AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___for the District of Delaware___ on the following

☐ Trademarks or   ☒ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED<br>7/13/2021 | U.S. DISTRICT COURT<br>for the District of Delaware |
|---|---|---|
| PLAINTIFF<br>NIPPON SHINYAKU CO., LTD. | | DEFENDANT<br>SAREPTA THERAPEUTICS, INC. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 9,708,361 | 7/18/2017 | Nippon Shinyaku |
| 2 | 10,385,092 | 8/20/2019 | Nippon Shinyaku |
| 3 | 10,407,461 | 9/10/2019 | Nippon Shinyaku |
| 4 | 10,487,106 | 11/26/2019 | Nippon Shinyaku |
| 5 | 10,647,741 | 5/20/2020 | Nippon Shinyaku |

Additional patents including by initial pleading listed below.

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED<br>7/13/2021 | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☒ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 10,662,217 | 5/26/2020 | Nippon Shinyaku |
| 2 | 10,683,322 | 6/16/2020 | Nippon Shinyaku |
| 3 | 9,994,851 | 6/12/2018 | Sarepta Therapeutics, Inc. |
| 4 | 10,227,590 | 3/12/2019 | Sarepta Therapeutics, Inc. |
| 5 | 10,266,827 | 4/23/2019 | Sarepta Therapeutics, Inc. |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director**   **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**   **Copy 4—Case file copy**