# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

|  |  |
|---|---|
| NIPPON SHINYAKU CO., LTD., a Japanese company; <br><br> Plaintiff, <br><br> v. <br><br> SAREPTA THERAPEUTICS, INC., a Delaware corporation <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> CIVIL ACTION NO. _____ |

**PLAINTIFF NIPPON SHINYAKU CO., LTD.'S RULE 7.1
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule Civil Procedure 7.1, plaintiff Nippon Shinyaku Co., Ltd. ("Nippon Shinyaku"), by and through its undersigned counsel, hereby certifies that Nippon Shinyaku, a nongovernmental corporate party in the above listed civil action, does not have any parent corporation and no publicly held corporation owns 10% or more of the stock of Nippon Shinyaku.

Dated: July 13, 2021

Amanda S. Williamson (to be admitted *pro hac vice*)
Christopher J. Betti (to be admitted *pro hac vice*)
Maria E. Doukas (to be admitted *pro hac vice*)
Michael T. Sikora (to be admitted *pro hac vice*)
110 N. Wacker Drive, Ste. 2800
Chicago, IL  60601
Telephone:  312.324.1000
Fax:  312.324.1001
amanda.williamson@morganlewis.com

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

*/s/Amy M. Dudash*
Amy M. Dudash (DE Bar No. 5741)
1201 N. Market Street, Suite 2201
Wilmington, Delaware 19801
Telephone:  302.574.3000
Fax:  302.574.3001
amy.dudash@morganlewis.com

*Attorneys for Plaintiff Nippon*

christopher.betti@morganlewis.com
maria.doukas@morganlewis.com
michael.sikora@morganlewis.com

*Shinyaku Co., Ltd.*