IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., a Japanese company; <br><br> Plaintiff, <br><br> v. <br><br> SAREPTA THERAPEUTICS, INC., a Delaware corporation <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> CIVIL ACTION NO. _____ |

**[PROPOSED] ORDER**

This 15th day of July, 2021, the Court having reviewed Plaintiff Nippon Shinyaku Co., Ltd. ("Nippon Shinyaku")'s Motion to Seal its Motion to Seal, Complaint, Exhibits to Complaint, and Memorandum of Law in Support of Motion for Preliminary Injunction, and the Court having determined the good cause exists for the requested sealing, now therefore,

IT IS HEREBY ORDERED that Nippon Shinyaku's Motion to Seal is GRANTED.

*Maryellen Noreika*
U.S. District Court Judge