IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., a Japanese company;<br><br>Plaintiff,<br><br>v.<br><br>SAREPTA THERAPEUTICS, INC., a Delaware corporation<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

This __ day of _____, 2021, the Court having reviewed Plaintiff Nippon Shinyaku Co., Ltd. ("Nippon Shinyaku")'s Motion for Preliminary Injunction, IT IS HEREBY ORDERED that:

1. Nippon Shinyaku's Motion is GRANTED.

2. Sarepta Therapeutics, Inc. is HEREBY ORDERED to within five (5) days of the date of this Order withdraw its previously-filed petitions for *inter partes* review ("IPR") of U.S. Patent Nos. 9,708,361; 10,385,092; 10,407,461; 10,487,106; 10,647,741; 10,662,217; and 10,683,322;

3. Sarepta Therapeutics, Inc. shall take no further action in the IPR proceedings aside from effectuating withdrawal of the aforementioned petitions.

_____
U.S. District Court Judge