IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 21-1015 (LPS) ) |
| SAREPTA THERAPEUTICS, INC., | ) ) |
| Defendant. | ) |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for the defendant to file its answering brief in opposition to plaintiff's motion for preliminary injunction (D.I. 4) is extended until August 11, 2021, and the time for defendant to answer, move or otherwise respond to the complaint (D.I. 2) is extended until September 3, 2021.

| | |
|---|---|
| MORGAN, LEWIS & BOCKIUS LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Amy M. Dudash* | */s/ Jack B. Blumenfeld* |
| Amy M. Dudash (#5741)<br>1201 North Market Street, Suite 2201<br>Wilmington, DE 19801<br>(302) 574-3000<br>amy.dudash@morganlewis.com | Jack B. Blumenfeld (#1014)<br>Megan E. Dellinger (#5739)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>mdellinger@morrisnichols.com |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |

July 26, 2021

SO ORDERED this _____ day of _____, 2021.

_____
United States District Court Judge