# MOTIONIN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., a Japanese company;<br><br>                 Plaintiff,<br><br>v.<br><br>SAREPTA THERAPEUTICS, INC., a Delaware corporation<br><br>                 Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 1:21-cv-01015-LPS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5, and the attached Certifications, counsel moves for the admission *pro hac vice* of Amanda S. Williamson, Christopher J. Betti, Krista Vink Venegas, Maria E. Doukas and Michael T. Sikora to represent Plaintiff Nippon Shinyaku Co., Ltd. in this matter.

Date:  July 27, 2021                                                    **MORGAN, LEWIS & BOCKIUS LLP**

   /s/     Amy M. Dudash
Amy M. Dudash (DE Bar ID No. 5741)
1201 N. Market Street, Suite 2201
Wilmington, DE 19801
Telephone: (302) 574-3000
Facsimile: (302) 574-3001
amy.dudash@morganlewis.com

*Counsel for Plaintiff*


IT IS HEREBY ORDERED this ___ day of _____, 2021.