IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 21-1015 (LPS) ) |
| SAREPTA THERAPEUTICS, INC., | ) ) |
| Defendant. | ) ) |

**[PROPOSED] ORDER**

This 16th day of August, 2021, the Court having reviewed Defendant Sarepta Therapeutics, Inc.'s ("Sarepta") Motion to Seal its Motion to Seal and its Answering Brief in Opposition to Plaintiff Nippon Shinyaku Co., Ltd.'s Motion for Preliminary Injunction, and the Court having determined good cause exists for the requested sealing, now therefore,

IT IS HEREBY ORDERED that Sarepta's Motion to Seal is GRANTED.

_____
The Honorable Leonard P. Stark
United States District Judge