## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

NIPPON SHINYAKU CO., LTD., a
Japanese company;

                  Plaintiff,

v.

SAREPTA THERAPEUTICS, INC., a
Delaware corporation

                  Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CIVIL ACTION NO.  1:21-CV-01015-LPS

## PLAINTIFF'S REQUEST FOR ORAL ARGUMENT REGARDING ITS MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Local Rule 7.1.4,  Plaintiff Nippon Shinyaku Co., Ltd. ("Nippon") respectfully requests that the Court hold oral argument regarding Nippon's Motion for Preliminary Injunction (D.I.  4).  Briefing was completed on this Motion on August 25, 2021.  *See* D.I. 25.

Dated:  August 25, 2021

Amanda S. Williamson (admitted *pro hac vice*)
Christopher J. Betti (admitted *pro hac* vice)
Krista V. Venegas (admitted *pro hac* vice)
Maria E. Doukas (admitted *pro hac vice*)
Michael T. Sikora (admitted *pro hac vice*)
110 N. Wacker Drive, Ste 2800
Chicago, IL  60601
Telephone:  312.324.1000
Fax:  312.324.1001
amanda.williamson@morganlewis.com
christopher.betti@morganlewis.com
krista.venegas@morganlewis.com
maria.doukas@morganlewis.com
michael.sikora@morganlewis.com

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

/s/Amy M. Dudash
Amy M. Dudash (DE Bar No. 5741)
1201 N. Market Street
Suite 2201
Wilmington, Delaware 19801
Telephone:  302.574.3000
Fax:  302.574.3001
amy.dudash@morganlewis.com

*Attorneys for Plaintiff Nippon
Shinyaku Co., Ltd.*