# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**Jack B. Blumenfeld**
(302) 351-9291
(302) 425-3012 FAX
jblumenfeld@mnat.com

August 27, 2021

The Honorable Leonard P. Stark  *VIA ELECTRONIC FILING*
United States District Court
  For the District of Delaware
844 North King Street
Wilmington, DE 19801

Re: *Nippon Shinyaku Co., Ltd. v. Sarepta Therapeutics, Inc.*
C.A. No. 21-1015 (LPS)

Dear Judge Stark:

Briefing has been completed on Nippon Shinyaku Co., Ltd.'s Motion for Preliminary Injunction (D.I. 4). Pursuant to D. Del. LR 7.1.4, defendant Sarepta Therapeutics, Inc. requests oral argument on that motion.

Respectfully,

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)

JBB/bac

cc: All Counsel of Record (via electronic mail)