# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., a Japanese company; <br><br> Plaintiff, <br><br> v. <br><br> SAREPTA THERAPEUTICS, INC., a Delaware corporation <br><br> Defendant. | CIVIL ACTION NO. 1:21-CV-01015-LPS |

## [PROPOSED] ORDER

This 27th day of Aug., 2021, the Court having reviewed Plaintiff Nippon Shinyaku Co., Ltd. ("Nippon Shinyaku")'s Motion to Seal its Motion to Seal and Reply Memorandum of Law in Support of Motion for Preliminary Injunction, and the Court having determined the good cause exists for the requested sealing, now therefore,

IT IS HEREBY ORDERED that Nippon Shinyaku's Motion to Seal is GRANTED.

_____
U.S. District Court Judge

Redacted version shall be filed consistent with Local Rules.