IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-1015 (LPS) |
| | ) |
| SAREPTA THERAPEUTICS, INC., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT SAREPTA THERAPEUTICS, INC.'S MOTION
TO DISMISS CLAIMS II-X OF NIPPON SHINYAKU'S COMPLAINT
AND TO STRIKE PARAGRAPHS 11, 66, AND 69 OF THE COMPLAINT**

Defendant Sarepta Therapeutics, Inc. ("Sarepta") hereby moves pursuant to Fed. R. Civ. P. 12(f) to strike paragraphs 11, 66, and 69 of the Complaint (D.I. 2) and pursuant to Fed. R. Civ. P. 12(b)(1) to dismiss Claims II and III of the Complaint for lack of subject matter jurisdiction. Sarepta also moves pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss Claim II of the Complaint for failure to state a claim on which relief can be granted. Finally, Sarepta moves pursuant to Fed. R. Civ. P. 12(b)(7) to dismiss Claims IV-X of the Complaint for failure to join an indispensable party under Fed. R. Civ. P. 19. The grounds for this motion are more fully set forth in Sarepta's opening brief, filed herewith.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Charles E. Lipsey<br>J. Derek McCorquindale<br>FINNEGAN, HENDERSON, FARABOW,<br>   GARRETT & DUNNER, LLP<br>1875 Explorer Street, Suite 800<br>Reston, VA  20190-6023<br>(571) 203-2700<br><br>Michael J. Flibbert<br>Aaron Gleaton Clay<br>FINNEGAN, HENDERSON, FARABOW,<br>   GARRETT & DUNNER, LLP<br>901 New York Avenue, NW<br>Washington, DC  20001-4413<br>(202) 408-4000<br><br>Alissa K. Lipton<br>FINNEGAN, HENDERSON, FARABOW,<br>   GARRETT & DUNNER, LLP<br>Two Seaport Lane<br>Boston, MA  02210-2001<br>(617) 646-1600<br><br><br>September 3, 2021 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Jack B. Blumenfeld*<br><br>_____<br>Jack B. Blumenfeld (#1014)<br>Megan E. Dellinger (#5739)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>mdellinger@morrisnichols.com<br><br>*Attorneys for Defendant* |

**RULE 7.1.1 STATEMENT**

Pursuant to D. Del. LR 7.1.1, counsel for Defendant Sarepta Therapeutics, Inc. states that reasonable efforts, including verbal communication between Delaware counsel, were made to reach agreement with Plaintiff Nippon Shinyaku Co., Ltd. on the portion of this motion seeking to strike portions of the Complaint (D.I. 2) under Fed. R. Civ. P. 12(f), but the parties were unable to reach agreement.

/s/ *Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 3, 2021, 2021, upon the following in the manner indicated:

| | |
|---|---|
| Amy M. Dudash, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>1201 North Market Street, Suite 2201<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Amanda S. Williamson, Esquire<br>Christopher J. Betti, Esquire<br>Krista Vink Venegas, Esquire<br>Maria E. Doukas, Esquire<br>Michael T. Sikora, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>110 North Wacker Drive, Suite 2800<br>Chicago, IL  60606<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)