## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of California and the District of Colubmia, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court.

Dated: September 8, 2021

Jitsuro Morishita
MORGAN, LEWIS & BOCKIUS LLP
16F, Marunouchi Building
2-4-1 Marunouchi, Chiyoda-ku
Tokyo 100-6316 Japan
Telephone: 81.3.4578.2530
Facsimile: 81.3.4578.2501
jitsuro.morishita@morganlewis.com