IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

|   |   |
|---|---|
| NIPPON SHINYAKU CO., LTD., a Japanese company;<br><br>Plaintiff,<br><br>v.<br><br>SAREPTA THERAPEUTICS, INC., a Delaware corporation<br><br>Defendant. | CIVIL ACTION NO. 1:21-CV-01015-LPS |

**[PROPOSED] ORDER**

This 13th day of September, 2021, the Court having reviewed Plaintiff Nippon Shinyaku Co., Ltd. ("Nippon Shinyaku")'s Motion to Seal its Motion to Seal and First Amended Complaint, and the Court having determined the good cause exists for the requested sealing, now therefore,

IT IS HEREBY ORDERED that Nippon Shinyaku's Motion to Seal is GRANTED. Nippon Shinyaku shall file redacted versions of its Motion to Seal and First Amended Complaint consistent with the D. Del. Local Rules.

U.S. District Court Judge