## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 21-1015 (LPS) ) |
| SAREPTA THERAPEUTICS, INC., | ) ) |
| Defendant. | ) |

### STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for Plaintiff to file redacted versions of the First Amended Complaint (D.I. 39) and Motion to Seal (D.I. 38) is extended until September 24, 2021.

MORGAN, LEWIS & BOCKIUS LLP

/s/ *Amy M. Dudash*

Amy M. Dudash (#5741)
1201 North Market Street, Suite 2201
Wilmington, DE 19801
(302) 574-3000
amy.dudash@morganlewis.com

*Attorney for Plaintiff*

Dated: September 16, 2021

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Megan E. Dellinger*

Jack B. Blumenfeld (#1014)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Defendant*

SO ORDERED this ___ day of September, 2021.

_____
United States District Court Judge