## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., a Japanese company;<br><br>Plaintiff,<br><br>v.<br><br>SAREPTA THERAPEUTICS, INC., a Delaware corporation<br><br>Defendant. | CIVIL ACTION NO. 1:21-CV-01015-LPS |

### [PROPOSED] ORDER

This 21st day of September, 2021, the Court having reviewed Plaintiff Nippon Shinyaku Co., Ltd. ("Nippon Shinyaku")'s Motion to Seal its Motion to Seal and Opposition to Defendant's Motion to Strike and to Dismiss Claims II-IX of Plaintiff's Complaint ("Opposition"), and the Court having determined the good cause exists for the requested sealing, now therefore,

IT IS HEREBY ORDERED that Nippon Shinyaku's Motion to Seal is GRANTED. Nippon Shinyaku shall file redacted versions of its Motion to Seal and Opposition consistent with the D. Del. Local Rules.

_____
U.S. District Court Judge