IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 21-1015 (LPS) |
| v. | ) |
| | ) |
| SAREPTA THERAPEUTICS, INC., | ) |
| | ) |
| Defendant. | ) |

**SAREPTA'S REPLY IN SUPPORT OF ITS MOTION TO STRIKE
ALLEGATIONS IN NIPPON SHINYAKU'S ORIGINAL COMPLAINT**

Defendant Sarepta Therapeutics, Inc. ("Sarepta") files this paper in response to Plaintiff Nippon Shinyaku Co., Ltd.'s ("Nippon Shinyaku's") Opposition to Sarepta's Motion to Dismiss Claims II-X and to Strike Select Paragraphs of Nippon Shinyaku's Complaint. *See* D.I. 44. Sarepta's motion is moot, however, and no further briefing is necessary.

1. Nippon Shinyaku filed an original complaint on July 13, 2021 ("Original Complaint"). *See* D.I. 2. On September 3, 2021, Sarepta timely filed a Motion to Strike and to Dismiss Claims II-X of Nippon Shinyaku's Original Complaint ("Motion to Strike and Dismiss"). *See* D.I. 32, 33.

2. In response to Sarepta's Motion to Strike and Dismiss, Nippon Shinyaku filed a First Amended Complaint ("Amended Complaint") on September 10, 2021. *See* D.I. 39.

3. Notwithstanding its Amended Complaint, Nippon Shinyaku thereafter filed a brief in opposition to Sarepta's Motion to Strike and Dismiss its Original Complaint on September 17, 2021. *See* D.I. 44.

4. Nippon Shinyaku's Amended Complaint, however, renders Sarepta's pending motion (D.I. 32, 33) moot. *See, e.g., St. Clair Intellectual Prop. Consultants, Inc. v. Hewlett-

*Packard Co.*, No. 10-425-LPS, 2012 WL 1134318, at *1, 3 (D. Del. Mar. 28, 2012). Nippon Shinyaku agrees. *See* D.I. 44 at 1 ("Sarepta's motion to strike paragraphs 11, 66, and 69 of the Original Complaint (D.I. 3[2], 33) is also mooted.").

5. As a result, no further briefing on Sarepta's Motion to Strike and Dismiss (D.I. 32, 33) is necessary. Sarepta is concurrently filing a new motion to strike and dismiss Claims II-III of Nippon Shinyaku's Amended Complaint.

|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
|  | */s/ Megan E. Dellinger* |
| OF COUNSEL: | Jack B. Blumenfeld (#1014) |
|  | Megan E. Dellinger (#5739) |
| Charles E. Lipsey | 1201 North Market Street |
| J. Derek McCorquindale | P.O. Box 1347 |
| FINNEGAN, HENDERSON, FARABOW, | Wilmington, DE  19899 |
| GARRETT & DUNNER, LLP | (302) 658-9200 |
| 1875 Explorer Street, Suite 800 | jblumenfeld@morrisnichols.com |
| Reston, VA  20190-6023 | mdellinger@morrisnichols.com |
| (571) 203-2700 |  |
|  | *Attorneys for Defendant* |
| Michael J. Flibbert |  |
| Aaron Gleaton Clay |  |
| FINNEGAN, HENDERSON, FARABOW, |  |
| GARRETT & DUNNER, LLP |  |
| 901 New York Avenue, NW |  |
| Washington, DC  20001-4413 |  |
| (202) 408-4000 |  |
|  |  |
| Alissa K. Lipton |  |
| FINNEGAN, HENDERSON, FARABOW, |  |
| GARRETT & DUNNER, LLP |  |
| Two Seaport Lane |  |
| Boston, MA  02210-2001 |  |
| (617) 646-1600 |  |

September 24, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 24, 2021, upon the following in the manner indicated:

| | |
|---|---|
| Amy M. Dudash, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>1201 North Market Street, Suite 2201<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Amanda S. Williamson, Esquire<br>Christopher J. Betti, Esquire<br>Krista Vink Venegas, Esquire<br>Maria E. Doukas, Esquire<br>Michael T. Sikora, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>110 North Wacker Drive, Suite 2800<br>Chicago, IL  60606<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Jitsuro Morishita, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>16F, Marunouchi Building,<br>2-4-1 Marunouchi, Chiyoda-ku<br>Tokyo, 100-6316 Japan<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Megan E. Dellinger*

Megan E. Dellinger (#5739)