IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-1015 (LPS) |
| | ) |
| SAREPTA THERAPEUTICS, INC., | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER**

This ___ day of September 2021, the Court having reviewed Defendant Sarepta Therapeutics, Inc.'s ("Sarepta") Motion to Seal its Motion to Seal and Opening Brief in Support of its Motion to Dismiss Claims II-III and to Strike Portions of Plaintiff Nippon Shinyaku's First Amended Complaint, and the Court having determined good cause exists for the requested sealing, now therefore,

IT IS HEREBY ORDERED that Sarepta's Motion to Seal is GRANTED.

_____
The Honorable Leonard P. Stark
United States District Judge