# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., a Japanese company;<br><br>Plaintiff,<br><br>v.<br><br>SAREPTA THERAPEUTICS, INC., a Delaware corporation<br><br>Defendant. | CIVIL ACTION NO. 1:21-cv-01015-LPS |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5, and the attached Certification, counsel moves for the admission *pro hac vice* of Zachary Miller to represent Plaintiff Nippon Shinyaku Co., Ltd. in this matter.

Date: October 7, 2021

**MORGAN, LEWIS & BOCKIUS LLP**

 /s/  *Amy M. Dudash*
Amy M. Dudash (DE Bar ID No. 5741)
1201 N. Market Street, Suite 2201
Wilmington, DE 19801
Telephone: (302) 574-3000
Facsimile: (302) 574-3001
amy.dudash@morganlewis.com

*Counsel for Plaintiff*

IT IS HEREBY ORDERED this ___ day of _____, 2021.