IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NIPPON SHINYAKU CO., LTD.,              )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )   C.A. No. 21-1015 (LPS)
                                        )
SAREPTA THERAPEUTICS, INC.,             )
                                        )
            Defendant.                  )

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of

the Court, that the deadline for Defendant to file its reply brief in support of its motion to dismiss

and to strike (D.I. 53) is extended to October 22, 2021.

MORGAN, LEWIS & BOCKIUS LLP                   MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Amy M. Dudash*                           */s/ Megan E. Dellinger*

_____              _____
Amy M. Dudash (#5741)                         Jack B. Blumenfeld (#1014)
1201 North Market Street, Suite 2201          Megan E. Dellinger (#5739)
Wilmington, DE  19801                         1201 North Market Street
(302) 574-3000                                P.O. Box 1347
amy.dudash@morganlewis.com                    Wilmington, DE  19899
                                              (302) 658-9200
*Attorney for Plaintiff*                      jblumenfeld@morrisnichols.com
                                              mdellinger@morrisnichols.com

                                              *Attorneys for Defendant*

October 12, 2021


            SO ORDERED this _____ day of October 2021.


                              _____
                              United States District Court Judge