**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., a Japanese company; <br><br> Plaintiff, <br><br> v. <br><br> SAREPTA THERAPEUTICS, INC., a Delaware corporation <br><br> Defendant. | CIVIL ACTION NO. 1:21-CV-01015-LPS |

**[PROPOSED] ORDER**

This 13th day of October, 2021, the Court having reviewed Plaintiff Nippon Shinyaku Co., Ltd. ("Nippon Shinyaku")'s Motion to Seal its Motion to Seal and Opposition to Defendant's Motion to Dismiss Claims II-III and to Strike Selected Paragraphs of the First Amended Complaint ("Opposition"), and the Court having determined the good cause exists for the requested sealing, now therefore,

IT IS HEREBY ORDERED that Nippon Shinyaku's Motion to Seal is GRANTED. Nippon Shinyaku shall file redacted versions of its Motion to Seal and Opposition consistent with the D. Del. Local Rules.

_____
U.S. District Court Judge