# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., a Japanese company;<br><br>    Plaintiff,<br><br>v.<br><br>SAREPTA THERAPEUTICS, INC., a Delaware corporation<br><br>    Defendant. | CIVIL ACTION NO. 1:21-CV-01015-LPS |

## PLAINTIFF'S REQUEST FOR ORAL ARGUMENT REGARDING DEFENDANT'S MOTION TO DISMISS AND STRIKE

Pursuant to Local Rule 7.1.4, Plaintiff Nippon Shinyaku Co., Ltd. respectfully requests that the Court hold oral argument regarding defendant Sarepta Therapeutics, Inc.'s Motion to Dismiss Counts II-III of Plaintiff's First Amended Complaint and to Strike Portions of the First Amended Complaint (D.I. 53). Briefing was completed on this Motion on October 22, 2021. *See* D.I. 71.

Dated: October 26, 2021

Amanda S. Williamson (admitted *pro hac vice*)
Christopher J. Betti (admitted *pro hac* vice)
Krista V. Venegas (admitted *pro hac* vice)
Maria E. Doukas (admitted *pro hac vice*)
Michael T. Sikora (admitted *pro hac vice*)
110 N. Wacker Drive, Ste 2800
Chicago, IL  60601
Telephone:  312.324.1000
Fax:  312.324.1001
amanda.williamson@morganlewis.com
christopher.betti@morganlewis.com
krista.venegas@morganlewis.com
maria.doukas@morganlewis.com
michael.sikora@morganlewis.com

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

*/s/Amy M. Dudash*
Amy M. Dudash (DE Bar No. 5741)
1201 N. Market Street, Suite 2201
Wilmington, Delaware 19801
Telephone:  302.574.3000
Fax:  302.574.3001
amy.dudash@morganlewis.com

*Attorneys for Plaintiff Nippon Shinyaku Co., Ltd.*