# Morgan Lewis

**Amy M. Dudash**
+1.302.574.7293
amy.dudash@morganlewis.com

November 23, 2021

**VIA CM/ECF**

Honorable Judge Leonard P. Stark
J. Caleb Boggs Federal Building
844 N. King Street, Unit 26, Room 6124
Wilmington, DE  19801-3555

**Re:** *Nippon Shinyaku Co. v. Sarepta Therapeutics, Inc.*, C.A. No. 1:21-cv-01015-LPS

Dear Judge Stark:

The parties in the above-captioned matter write to request the scheduling of a discovery teleconference.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer via phone on November 19, 2021.

Delaware Counsel for Plaintiff:  Amy M. Dudash
Lead Counsel for Plaintiff:  Amanda S. Williamson; Krista V. Venegas

Delaware Counsel for Defendant:  Jack B. Blumenfeld
Lead Counsel for Defendant:  Michael J. Flibbert; Aaron G. Clay; J. Derek McCorquindale

The disputes requiring judicial attention are set forth below:

Whether Defendant should be required to participate in a Rule 26(f) conference at this time.

Whether discovery should be stayed until the resolution of pending matters.

Respectfully submitted,

*/s/ Amy M. Dudash*

Amy M. Dudash (DE Bar No. 5741)

cc:  All Counsel of Record (via CM/ECF)

**Morgan, Lewis & Bockius LLP**

1201 N. Market Street, Suite 2201
Wilmington, DE  19801
United States

T +1.302.574.3000
F +1.302.574.3001