# United States Court of Appeals for the Federal Circuit

---

**NIPPON SHINYAKU CO., LTD.,**

*Plaintiff-Appellant*

v.

**SAREPTA THERAPEUTICS, INC.,**

*Defendant-Appellee*

---

2021-2369

---

Appeal from the United States District Court for the District of Delaware in No. 1:21-cv-01015-LPS, Judge Leonard P. Stark.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**REVERSED AND REMANDED**

FOR THE COURT

February 8, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court