# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., Plaintiff,<br><br>v.<br><br>SAREPTA THERAPEUTICS, INC., Defendant.<br><br>―――――――――――――――――<br><br>SAREPTA THERAPEUTICS, INC., Defendant and Counter-Plaintiff<br><br>v.<br><br>NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC., Plaintiff and Counter-Defendants. | C.A. No. 21-1015 (MN) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5, and the attached Certification, counsel moves for the admission *pro hac vice* of Guylaine Haché, Ph.D. to represent Plaintiff/Counterclaim Defendant Nippon Shinyaku Co., Ltd. and Counterclaim Defendant NS Pharma, Inc. in this matter.

Date: April 18, 2022

**MORGAN, LEWIS & BOCKIUS LLP**

 */s/    Amy M. Dudash*
Amy M. Dudash (DE Bar ID No. 5741)
1201 N. Market Street, Suite 2201
Wilmington, DE 19801
Telephone: (302) 574-3000
Facsimile: (302) 574-3001
amy.dudash@morganlewis.com

*Counsel for Plaintiff/Counter Defendants*

IT IS HEREBY ORDERED this ___ day of _____, 2022.