# United States Court of Appeals
# for the Federal Circuit

---

**NIPPON SHINYAKU CO., LTD.,**
*Plaintiff-Appellant*

v.

**SAREPTA THERAPEUTICS, INC.,**
*Defendant-Appellee*

---

2021-2369

---

Appeal from the United States District Court for the District of Delaware in No. 1:21-cv-01015-LPS, Judge Leonard P Stark.

---

## MANDATE

---

In accordance with the judgment of this Court, entered February 8, 2022, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

May 4, 2022                    /s/ Peter R. Marksteiner
    Date                       Peter R. Marksteiner
                               Clerk of Court