IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SAREPTA THERAPEUTICS, INC., ) <br> ) <br> Defendant. ) <br> SAREPTA THERAPEUTICS, INC., ) <br> ) <br> Defendant and Counter-Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NIPPON SHINYAKU CO., LTD. ) <br> and NS PHARMA, INC. ) <br> ) <br> Plaintiff and Counter- ) <br> Defendants. ) | C.A. No. 21-1015 (GBW) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of *Sarepta Therapeutics, Inc.'s Fourth Set of Requests for the Production of Documents and Things (Nos. 91-94)* were caused to be served on November 30, 2022, upon the following in the manner indicated:

Amy M. Dudash, Esquire                                                                                 *VIA ELECTRONIC MAIL*
MORGAN, LEWIS & BOCKIUS LLP
1201 North Market Street, Suite 2201
Wilmington, DE 19801
*Attorneys for Plaintiff*

| | |
|---|---|
| Amanda S. Williamson, Esquire | *VIA ELECTRONIC MAIL* |
| Christopher J. Betti, Esquire | |
| Krista Vink Venegas, Esquire | |
| Maria E. Doukas, Esquire | |
| Michael T. Sikora, Esquire | |
| Zachary Miller, Esquire | |
| Michael T. Sikora, Esquire | |
| Guylaine Haché, Ph.D. | |
| MORGAN, LEWIS & BOCKIUS LLP | |
| 110 North Wacker Drive, Suite 2800 | |
| Chicago, IL 60606 | |
| *Attorneys for Plaintiff* | |
| | |
| Eric Kraeutler, Esquire | *VIA ELECTRONIC MAIL* |
| MORGAN, LEWIS & BOCKIUS LLP | |
| 1701 Market Street | |
| Philadelphia, PA 19103 | |
| *Attorneys for Plaintiff* | |
| | |
| Jitsuro Morishita, Esquire | *VIA ELECTRONIC MAIL* |
| MORGAN, LEWIS & BOCKIUS LLP | |
| 16F, Marunouchi Building, | |
| 2-4-1 Marunouchi, Chiyoda-ku | |
| Tokyo, 100-6316 Japan | |
| *Attorneys for Plaintiff* | |

|  |  |
|---|---|
| OF COUNSEL:<br><br>Charles E. Lipsey<br>J. Derek McCorquindale<br>FINNEGAN, HENDERSON, FARABOW,<br>　GARRETT & DUNNER, LLP<br>1875 Explorer Street, Suite 800<br>Reston, VA  20190-6023<br>(571) 203-2700<br><br>William B. Raich<br>Michael J. Flibbert<br>Aaron G. Clay<br>FINNEGAN, HENDERSON, FARABOW,<br>　GARRETT & DUNNER, LLP<br>901 New York Avenue, NW<br>Washington, DC  20001-4413<br>(202) 408-4000<br><br>Alissa K. Lipton<br>FINNEGAN, HENDERSON, FARABOW,<br>　GARRETT & DUNNER, LLP<br>Two Seaport Lane<br>Boston, MA  02210-2001<br>(617) 646-1600<br><br>November 30, 2022 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Megan E. Dellinger*<br><br>Jack B. Blumenfeld (#1014)<br>Megan E. Dellinger (#5739)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>mdellinger@morrisnichols.com<br><br>*Attorneys for Defendant/Counter-Plaintiff*<br>*Sarepta Therapeutics, Inc.* |

3

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 30, 2022, upon the following in the manner indicated:

| | |
|---|---|
| Amy M. Dudash, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>1201 North Market Street, Suite 2201<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |
| Amanda S. Williamson, Esquire<br>Christopher J. Betti, Esquire<br>Krista Vink Venegas, Esquire<br>Maria E. Doukas, Esquire<br>Michael T. Sikora, Esquire<br>Zachary Miller, Esquire<br>Guylaine Haché, Ph.D.<br>MORGAN, LEWIS & BOCKIUS LLP<br>110 North Wacker Drive, Suite 2800<br>Chicago, IL  60606<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |
| Eric Kraeutler, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA  19103<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |
| Jitsuro Morishita, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>16F, Marunouchi Building,<br>2-4-1 Marunouchi, Chiyoda-ku<br>Tokyo, 100-6316 Japan<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |

*/s/ Megan E. Dellinger*

Megan E. Dellinger (#5739)