# Exhibit A

**THE ASSERTED NS PATENTS**

| Term | Claim Language | NS's Proposed Construction / Contention | NS Intrinsic Evidence[1] | Sarepta's Proposed Construction / Contention | Sarepta Intrinsic Evidence[2] |
|---|---|---|---|---|---|
| 1 | "antisense oligomer . . . consisting of the nucleotide sequence of SEQ ID NO: 57"<br><br>'361 Patent, cls. 1, 3-7 | Plain and ordinary meaning – no construction needed. | **Ex. C, '361 Patent Specification:**<br>Table 7; Claim 1.<br><br>**Ex. J, '361 Patent File History:**<br>• Office Action Response (July 22, 2016), NS00000753 – 763<br>• Office Action Response (February | "antisense oligomer having the sequence of SEQ ID NO: 57 (guugccuccg guucugaagg uguuc) with no nucleobase additions, substitutions or modifications thereof" | Ex. C (the '361 patent) at claims 1-7;<br><br>Ex. C (the '361 patent) at 40:24-26, cols. 8-9 (Table 1), cols. 40-42 (Table 7);<br><br>Ex. J (U.S. Appl. No. 14/615,504, Non-Final OA dated Mar. 25, 2016) at NS00000739-744; and<br><br>Ex. J (U.S. Appl. No. 14/615,504, Response to |

---

[1] The citations to intrinsic evidence listed herein are exemplary and are not meant to be limiting or exhaustive. Specifically, NS notes that the NS Patents share identical or near-identical specifications, and incorporates by reference the disclosures in the remaining NS Patents that are identical or similar to the disclosures identified with respect to any specific patent. NS reserves the right to rely on additional and/or alternative intrinsic evidence in briefing. NS also reserves the right to rely on any intrinsic evidence on which Sarepta relies, and any intrinsic evidence contradicting or otherwise rebutting any evidence on which Sarepta relies. Additionally, NS reserves the right to submit an expert declaration(s) or testimony consistent with the intrinsic evidence in support of NS's proposed constructions or to rebut Sarepta's arguments and/or any expert declaration(s) or testimony submitted by Sarepta.

[2] The citations to intrinsic evidence listed herein are exemplary and are not meant to be limiting or exhaustive. Sarepta reserves the right to rely on additional and/or alternative intrinsic evidence in briefing. Sarepta also reserves the right to rely on any intrinsic evidence on which NS relies, and any intrinsic evidence contradicting or otherwise rebutting any evidence on which NS relies. Additionally, Sarepta reserves the right to submit an expert declaration(s) or testimony consistent with the intrinsic evidence in support of Sarepta's proposed constructions or to rebut NS's arguments and/or any expert declaration(s) or testimony submitted by NS.

| Term | Claim Language | NS's Proposed Construction / Contention | NS Intrinsic Evidence[1] | Sarepta's Proposed Construction / Contention | Sarepta Intrinsic Evidence[2] |
|---|---|---|---|---|---|
| | | | 27, 2017), NS00000787 – 794 | | Non-Final OA dated July 22, 2016) at NS00000756-761. |
| 2 | "e) reacting said Compound 3 with a deprotecting agent to form Compound 4" <br><br> *'322 Patent, cls. 1-10* | Plain and ordinary meaning – no construction needed. | **Ex. I, '322 Patent Specification:** <br> Col. 12:59-64; 13:64-67; 14:31-44; 22:8-23:67; Claims 1, 4-6, 9-10. <br><br> **Ex. K, '322 Patent File History:** <br> • Second Preliminary Amendment (December 18, 2019), NS00035143 – 35155 <br> • Third Preliminary Amendment (January 10, 2020), NS00035186 – 35198 <br> • Examiner Interview Summary (January 13, 2020), NS00035213 | Plain and ordinary meaning, i.e., "chemically reacting a deprotecting agent directly with Compound 3 of step d), which results in Compound 4" | Ex. I (the '322 patent) at claims 1-10; <br><br> Ex. I (the '322 patent) at cols. 14-23, 31:35-33:32; <br><br> Ex. K (As-Filed Application) at NS00035005-17, -28-31; and <br><br> Ex. K (Preliminary Amendment dated December 18, 2019) at NS00035147, -149-155. |

| Term | Claim Language | NS's Proposed Construction / Contention | NS Intrinsic Evidence[1] | Sarepta's Proposed Construction / Contention | Sarepta Intrinsic Evidence[2] |
|---|---|---|---|---|---|
| 3 | "f) reacting Compound 4 with an acid to form said oligomer" or "f) reacting said Compound 4 with an acid to form said PMO" <br><br> *'322 Patent, cls. 1-10* | Plain and ordinary meaning – no construction needed. | **Ex. I, '322 Patent Specification:** <br> Col. 12:59-64; 13:64-67; 14:31-44; 22:8-23:67; Claims 1, 4-6, 9-10. <br><br> **Ex. K, '322 Patent File History:** <br> • Second Preliminary Amendment (December 18, 2019), NS00035143 – 35155 <br> • Third Preliminary Amendment (January 10, 2020), NS00035186 – 35198 <br> • Examiner Interview Summary (January 13, 2020), NS00035213 | Plain and ordinary meaning, i.e., "chemically reacting an acid directly with Compound 4 of step e), which results in the oligomer or the PMO" <br><br> Step f) must occur after step e). | Ex. I (the '322 patent) at claims 1-10; <br><br> Ex. I (the '322 patent) at cols. 14-23, 31:35-33:32; <br><br> Ex. K (As-Filed Application) at NS00035005-17, -28-31; and <br><br> Ex. K (Preliminary Amendment dated December 18, 2019) at NS00035147, -149-155. |