# Exhibit B

## THE ASSERTED UWA PATENTS

| Term | Claim Language | Sarepta's Proposed Construction / Contention | Sarepta Intrinsic Evidence[1] | NS's Proposed Construction / Contention | NS Intrinsic Evidence[2] |
|---|---|---|---|---|---|
| 1 | "antisense oligonucleotide of 20 to 31 bases comprising a base sequence that is 100% complementary to consecutive bases of a target region of exon 53 of the human | *Not indefinite*  *No construction needed in light of inter alia, the intrinsic evidence and the knowledge of a person of ordinary skill in the art*  To the extent construction is needed, Sarepta proposes that the phrase should be | Ex. L (the '851 patent) at claims 1-2; Ex. M (the '590 patent) at claims 1-2; Ex. N (the '827 patent) at claims 1-2; Ex. L (the '851 patent) at 2:20-41, 2:55-63, 4:25-38, 4:47-49, 22:41-65, 23:24-41, 23:43-57, 23:62-24:5, 24:48-25:17, 25:18-38, 25:61- | *Indefinite*;  Or, in the alternative:  "antisense oligonucleotide with 20 to 31 bases that includes any sequence of bases that is part of the antisense oligonucleotide that are | **Ex. L, '851 Patent Specification:**  Abstract; Col. 1:49-2:41; 2:64-3:21; 3:22-40; 3:61-4:27; 4:30-62; 5:32-6:67; 21:56-22:66; 23:10-14; 23:24-25:38; 25:52-26:3; 27:21-46; 27:60-28:8; 28:39-44; 32:15-60; 33:43-34:20; 35:21-39; 36:22-39; |

---

[1] The citations to intrinsic evidence listed herein are exemplary and are not meant to be limiting or exhaustive. Sarepta reserves the right to rely on additional and/or alternative intrinsic evidence in briefing. Sarepta also reserves the right to rely on any intrinsic evidence on which NS relies, and any intrinsic evidence contradicting or otherwise rebutting any evidence on which NS relies. Additionally, Sarepta reserves the right to submit an expert declaration(s) or testimony consistent with the intrinsic evidence in support of Sarepta's proposed constructions or to rebut NS's arguments and/or any expert declaration(s) or testimony submitted by NS. Unless indicated otherwise, the citations to the specification of the UWA patents refer to the specification of the '851 patent as a representative example.

[2] The citations to intrinsic evidence listed herein are exemplary and are not meant to be limiting or exhaustive. Specifically, NS notes that the UWA Patents share identical or near-identical specifications, and incorporates by reference the disclosures in the remaining UWA Patents that are identical or similar to the disclosures identified with respect to any specific patent. NS reserves the right to rely on additional and/or alternative intrinsic evidence in briefing. NS also reserves the right to rely on any intrinsic evidence on which Sarepta relies, and any intrinsic evidence contradicting or otherwise rebutting any evidence on which Sarepta relies. Additionally, NS reserves the right to submit an expert declaration(s) or testimony consistent with the intrinsic evidence in support of NS's proposed constructions or to rebut Sarepta's arguments and/or any expert declaration(s) or testimony submitted by Sarepta.

| Term | Claim Language | Sarepta's Proposed Construction / Contention | Sarepta Intrinsic Evidence[1] | NS's Proposed Construction / Contention | NS Intrinsic Evidence[2] |
|---|---|---|---|---|---|
| | dystrophin pre-mRNA"<br><br>'851 Patent, cls. 1-2, '590 Patent, cls. 1-2, '827 Patent, cl. 1 | given its plain and ordinary meaning, i.e., "antisense oligonucleotide that has 20 to 31 bases, which collectively form a sequence that is 100% complementary to a segment of the pre-mRNA transcribed from exon 53 of the human dystrophin gene" | 26:3, cols. 7-19 (Table 1A); and<br><br>Ex. R (Interference No. 106,007, Decision dated May 12, 2016). | 100% complementary to consecutive bases of a target region of exon 53 of the human dystrophin pre-mRNA" | 64:34-50, Tables 1A, 1B, 1C, 39; Figures 1, 2.<br><br>**Ex. O, '851 Patent File History:**<br>- Non-Final Rej. (Oct. 5, 2017), SRPT-VYDS-0004606 – 4615.<br>- Resp. to Non-Final Rej. (Jan. 5, 2018), SRPT-VYDS-0004781 – 4799.<br>- Final Rej. (Apr. 4, 2018), SRPT-VYDS-0004945 – 4951.<br><br>**Ex. P, '590 Patent File History:**<br>- Non-Final Rej. (Oct. 18, 2018), SRPT-VYDS-0005388 – 5393 |

| Term | Claim Language | Sarepta's Proposed Construction / Contention | Sarepta Intrinsic Evidence[1] | NS's Proposed Construction / Contention | NS Intrinsic Evidence[2] |
|---|---|---|---|---|---|
| | | | | | **Ex. Q, '827 Patent File History:**<br>• Non-Final Rej. (Dec. 28, 2018), SRPT-VYDS-0006252 – 6262<br>• Resp. to Non-Final Rej. (Jan. 17, 2019), SRPT-VYDS-0006274 – 6279<br>• Notice of Allowance (Feb. 12, 2019), SRPT-VYDS-0006467 – 6473 |
| 1a | "a base sequence"<br><br>*'851 Patent, cls. 1-2, '590 Patent, cls. 1-2, '827 Patent, cl. 1* | *No construction needed in light of inter alia, the intrinsic evidence and the knowledge of a person of ordinary skill in the art*<br><br>To the extent construction is needed, Sarepta proposes that the phrase should be given its plain and ordinary meaning, i.e., | Ex. L (the '851 patent) at claims 1-2;<br><br>Ex. M (the '590 patent) at claims 1-2;<br><br>Ex. N (the '827 patent) at claims 1-2;<br><br>Ex. L (the '851 patent) at 23:62-24:5, 25:18-38, 25:61-26:3, cols. 7-19 (Table 1A); and | "any sequence of bases that is part of the antisense oligonucleotide" | **Ex. L, '851 Patent Specification:**<br>Col. 4:30-43; 4:44-62; 21:56-22:40; 22:54-66; 23:10-14; 23:24-28; 23:42-24:3; 24:48-60; 24:61-64; 25:18-38; 25:61-26:3; 27:21-46; 27:60-28:8; 64:34-50, Tables 1A, 1C, 39; Figure 1. |

| Term | Claim Language | Sarepta's Proposed Construction / Contention | Sarepta Intrinsic Evidence[1] | NS's Proposed Construction / Contention | NS Intrinsic Evidence[2] |
|---|---|---|---|---|---|
| | | "a linear sequence of bases" | Ex. R (Interference No. 106,007, Decision dated May 12, 2016). | | **Ex. O, '851 Patent File History:**<br><br>• Non-Final Rej. (Oct. 5, 2017), SRPT-VYDS-0004606 – 4615.<br><br>• Resp. to Non-Final Rej. (Jan. 5, 2018), SRPT-VYDS-0004781 – 4799.<br><br>• Final Rej. (Apr. 4, 2018), SRPT-VYDS-0004945 – 4951.<br><br>**Ex. P, '590 Patent File History:**<br><br>• Non-Final Rej. (Oct. 18, 2018), SRPT-VYDS-0005388 – 5393<br><br>**Ex. Q, '827 Patent File History:** |

| Term | Claim Language | Sarepta's Proposed Construction / Contention | Sarepta Intrinsic Evidence[1] | NS's Proposed Construction / Contention | NS Intrinsic Evidence[2] |
|---|---|---|---|---|---|
| | | | | | - Non-Final Rej. (Dec. 28, 2018), SRPT-VYDS-0006252 – 6262<br>- Resp. to Non-Final Rej. (Jan. 17, 2019), SRPT-VYDS-0006274 – 6279<br>- Notice of Allowance (Feb. 12, 2019), SRPT-VYDS-0006467 – 6473. |
| 1b | "a target region"<br><br>'851 Patent, cls. 1-2, '590 Patent, cls. 1-2, '827 Patent, cl. 1 | *Not indefinite*<br><br>*No construction needed in light of inter alia, the intrinsic evidence and the knowledge of a person of ordinary skill in the art*<br><br>To the extent construction is needed, Sarepta proposes that the phrase should be given its plain and | Ex. L (the '851 patent) at claims 1-2;<br><br>Ex. M (the '590 patent) at claims 1-2;<br><br>Ex. N (the '827 patent) at claims 1-2;<br><br>Ex. L (the '851 patent) at 2:20-41, 2:55-63, 4:25-38, 4:47-49, 22:41-65, 23:24-41, 23:43-57, 24:48-25:17, cols. 7-19 (Table 1A); and | *Indefinite.* | **Ex. L, '851 Patent Specification:**<br><br>Abstract, Col. 3:22-40; 3:61-4:27; 4:30-46; 5:32-6:67; 22:41-65; 23:24-25:38; 25:52-60; 28:39-44; 32:15-60; 33:43-34:20; 35:21-39; 36:22-39; 64:34-50, Table 39.<br><br>**Ex. O, '851 Patent File History:** |

| Term | Claim Language | Sarepta's Proposed Construction / Contention | Sarepta Intrinsic Evidence[1] | NS's Proposed Construction / Contention | NS Intrinsic Evidence[2] |
|---|---|---|---|---|---|
| | | ordinary meaning, i.e., "a segment of the pre-mRNA" | Ex. R (Interference No. 106,007, Decision dated May 12, 2016). | | • Non-Final Rej. (Oct. 5, 2017), SRPT-VYDS-0004606 – 4615.<br><br>• Resp. to Non-Final Rej. (Jan. 5, 2018), SRPT-VYDS-0004781 – 4799.<br><br>• Final Rej. (Apr. 4, 2018), SRPT-VYDS-0004945 – 4951.<br><br>**Ex. Q, '827 Patent File History:**<br><br>• Non-Final Rej. (Dec. 28, 2018), SRPT-VYDS-0006252 – 6262<br><br>• Resp. to Non-Final Rej. (Jan. 17, 2019), SRPT-VYDS-0006274 – 6279<br><br>• Notice of Allowance (Feb. 12, 2019), SRPT- |

| Term | Claim Language | Sarepta's Proposed Construction / Contention | Sarepta Intrinsic Evidence[1] | NS's Proposed Construction / Contention | NS Intrinsic Evidence[2] |
|---|---|---|---|---|---|
| | | | | | VYDS-0006467 – 6473 |
| 1c | "exon 53 of the human dystrophin pre-mRNA"<br><br>'851 Patent, cls. 1-2, '590 Patent, cls. 1-2, '827 Patent, cl. 1 | *Not indefinite*<br><br>*No construction needed in light of inter alia, the intrinsic evidence and the knowledge of a person of ordinary skill in the art*<br><br>To the extent construction is needed, Sarepta proposes that the phrase should be given its plain and ordinary meaning, i.e., "the pre-mRNA transcribed from exon 53 of the human dystrophin gene" | Ex. L (the '851 patent) at claims 1-2;<br><br>Ex. M (the '590 patent) at claims 1-2;<br><br>Ex. N (the '827 patent) at claims 1-2;<br><br>Ex. L (the '851 patent) at 2:20-41, 2:55-63, 4:25-38, 4:47-49, 22:41-65, 23:24-41, 23:43-57, 24:48-25:17, cols. 7-19 (Table 1A); and<br><br>Ex. R (Interference No. 106,007, Decision dated May 12, 2016). | *Indefinite.* | **Ex. L, '851 Patent Specification:**<br><br>1:49-2:41, 2:64-3:21, 5:35-40, 23:24-41, 24:38-25:17, 64:34-50, Table 1A, 1B, 1C, 39; Figures 1, 2.<br><br>**Ex. O, '851 Patent File History:**<br><br>- Non-Final Rej. (Oct. 5, 2017), SRPT-VYDS-0004606 – 4615.<br>- Resp. to Non-Final Rej. (Jan. 5, 2018), SRPT-VYDS-0004781 – 4799.<br>- Final Rej. (Apr. 4, 2018), SRPT-VYDS-0004945 – 4951. |

| Term | Claim Language | Sarepta's Proposed Construction / Contention | Sarepta Intrinsic Evidence[1] | NS's Proposed Construction / Contention | NS Intrinsic Evidence[2] |
|---|---|---|---|---|---|
| | | | | | **Ex. Q, '827 Patent File History:**<br><br>• Non-Final Rej. (Dec. 28, 2018), SRPT-VYDS-0006252 – 6262<br><br>• Resp. to Non-Final Rej. (Jan. 17, 2019), SRPT-VYDS-0006274 – 6279<br><br>• Notice of Allowance (Feb. 12, 2019), SRPT-VYDS-0006467 – 6473 |
| 2 | "wherein the target region is within annealing site H53A(+23+47) and annealing site H53A(+39+69)"<br><br>*'851 Patent, cls. 1-2* | *Not indefinite*<br><br>Sarepta proposes construing the phrase as: "the target region is within nucleotides +23 to +69 of exon 53 of the human dystrophin pre-mRNA" | Ex. L (the '851 patent) at claims 1-2;<br><br>Ex. L (the '851 patent) at 22:41-22:65, cols. 7-19 (Table 1A); and<br><br>Ex. Q (U.S. Appl. No. 16/112,453 Response to Non-Final OA dated Jan. 17, 2019) at SRPT-VYDS-0006275-278. | *Indefinite.* | **Ex. L, '851 Patent Specification:**<br><br>Abstract, Col. 3:22-40; 3:61-4:27; 4:30-46; 5:32-6:67; 22:41-65; 23:24-25:38; 25:52-60; 28:39-44; 32:15-60; 33:43-34:20; 35:21-39; 36:22-36; 64:34-50, Table 39. |

| Term | Claim Language | Sarepta's Proposed Construction / Contention | Sarepta Intrinsic Evidence[1] | NS's Proposed Construction / Contention | NS Intrinsic Evidence[2] |
|---|---|---|---|---|---|
| | | | | | **Ex. O, '851 Patent File History:**<br>• Non-Final Rej. (Oct. 5, 2017), SRPT-VYDS-0004606 – 4615.<br>• Resp. to Non-Final Rej. (Jan. 5, 2018), SRPT-VYDS-0004781 – 4799.<br>• Final Rej. (Apr. 4, 2018), SRPT-VYDS-0004945 – 4951.<br><br>**Ex. Q, '827 Patent File History:**<br>• Non-Final Rej. (Dec. 28, 2018), SRPT-VYDS-0006252 – 6262<br>• Resp. to Non-Final Rej. (Jan. 17, 2019), SRPT-VYDS-0006274 – 6279 |

| Term | Claim Language | Sarepta's Proposed Construction / Contention | Sarepta Intrinsic Evidence[1] | NS's Proposed Construction / Contention | NS Intrinsic Evidence[2] |
|---|---|---|---|---|---|
| | | | | | • Notice of Allowance (Feb. 12, 2019), SRPT-VYDS-0006467 – 6473 |
| 3 | "in which uracil bases are thymine bases" '851 Patent, cls. 1-2, '590 Patent, cls. 1-2, '827 Patent, cl. 1 | *Not indefinite* *No construction needed in light of inter alia, the intrinsic evidence and the knowledge of a person of ordinary skill in the art* To the extent construction is needed, Sarepta proposes that the phrase should be given its plain and ordinary meaning, i.e., "the antisense oligonucleotide has thymine bases instead of uracil bases" | Ex. L (the '851 patent) at claims 1-2; Ex. M (the '590 patent) at claims 1-2; Ex. N (the '827 patent) at claims 1-2; Ex. L (the '851 patent) at cols. 7-19 (Table 1A); Ex. S (U.S. Appl. No. 15/274,772 Final OA dated Sep. 18, 2017) at SRPT-VYDS-0094154-155; and Ex. S (U.S. Appl. No. 15/274,772 Response to Final OA dated Nov. 16, 2017) at SRPT-VYDS-0094179-182. | *Indefinite.* | **Ex. L, '851 Patent Specification:** Col. 4:30-43; 22:54-66; 23:42-24:3; 27:21-46; 64:34-50, Tables 1A, 39; Figure 1. **Ex. O, '851 Patent File History:** • Non-Final Rej. (Oct. 5, 2017), SRPT-VYDS-0004606 – 4615. • Resp. to Non-Final Rej. (Jan. 5, 2018), SRPT-VYDS-0004781 – 4799. • Final Rej. (Apr. 4, 2018), SRPT- |

| Term | Claim Language | Sarepta's Proposed Construction / Contention | Sarepta Intrinsic Evidence[1] | NS's Proposed Construction / Contention | NS Intrinsic Evidence[2] |
|---|---|---|---|---|---|
| | | | | | VYDS-0004945 – 4951. |