# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., Plaintiff, <br><br> v. <br><br> SAREPTA THERAPEUTICS, INC., Defendant. <br><br> SAREPTA THERAPEUTICS, INC., Defendant and Counter-Plaintiff <br><br> v. <br><br> NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC., Plaintiff and Counter-Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 21-1015 (MN) |

## NOTICE OF SERVICE

Please take notice that on December 30, 2022, Nippon Shinyaku Co., Ltd.'s and NS Pharma, Inc.'s Responses and Objections to Sarepta Therapeutics, Inc.'s Fourth Request for the Production of Documents and Things (Nos. 91-94) were served on the following counsel for Defendant:

Jack B. Blumenfeld
Megan E. Dellinger
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

| | |
|---|---|
| Dated: December 30, 2022 | Respectfully submitted, <br><br> MORGAN, LEWIS & BOCKIUS LLP |
| Amanda S. Williamson (admitted *pro hac vice*) <br> Christopher J. Betti (admitted *pro hac* vice) <br> Krista V. Venegas (admitted *pro hac* vice) <br> Maria E. Doukas (admitted *pro hac vice*) <br> Zachary Miller (admitted *pro hac vice*) <br> Guylaine Haché (admitted *pro hac vice*) | /s/*Amy M. Dudash* <br> Amy M. Dudash (DE Bar No. 5741) <br> 1201 N. Market Street, Suite 2201 <br> Wilmington, Delaware 19801 <br> Telephone: 302.574.3000 <br> Fax: 302.574.3001 |

Michael T. Sikora (admitted *pro hac vice*)
110 N. Wacker Drive, Ste 2800
Chicago, IL 60601
Telephone: 312.324.1000
Fax: 312.324.1001
amanda.williamson@morganlewis.com
christopher.betti@morganlewis.com
krista.venegas@morganlewis.com
maria.doukas@morganlewis.com
zachary.miler@morganlewis.com
guylaine.hache@morganlewis.com
michael.sikora@morganlewis.com

Eric Kraeutler (admitted *pro hac vice*)
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.693.5000
Fax: 215.963.5001
eric.kraeutler@morganlewis.com

amy.dudash@morganlewis.com

*Attorneys for Plaintiff Nippon Shinyaku Co., Ltd.*