IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 21-1015 (GBW) |
| SAREPTA THERAPEUTICS, INC., | ) |
| Defendant. | ) |
| SAREPTA THERAPEUTICS, INC., | ) |
| Defendant and Counter-Plaintiff, | ) |
| v. | ) |
| NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC. | ) |
| Plaintiff and Counter-Defendants. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Sarepta Therapeutics, Inc.'s Opening Claim Construction Brief* were caused to be served on January 5, 2023, upon the following in the manner indicated:

Amy M. Dudash, Esquire                                    *VIA ELECTRONIC MAIL*
MORGAN, LEWIS & BOCKIUS LLP
1201 North Market Street, Suite 2201
Wilmington, DE  19801
*Attorneys for Plaintiff*

Amanda S. Williamson, Esquire                                   *VIA ELECTRONIC MAIL*
Christopher J. Betti, Esquire
Krista Vink Venegas, Esquire
Maria E. Doukas, Esquire
Michael T. Sikora, Esquire
Zachary Miller, Esquire
Michael T. Sikora, Esquire
Guylaine Haché, Ph.D.
M<small>ORGAN</small>, L<small>EWIS</small> & B<small>OCKIUS</small> LLP
110 North Wacker Drive, Suite 2800
Chicago, IL  60606
*Attorneys for Plaintiff*

Eric Kraeutler, Esquire                                         *VIA ELECTRONIC MAIL*
M<small>ORGAN</small>, L<small>EWIS</small> & B<small>OCKIUS</small> LLP
1701 Market Street
Philadelphia, PA  19103
*Attorneys for Plaintiff*

Jitsuro Morishita, Esquire                                      *VIA ELECTRONIC MAIL*
M<small>ORGAN</small>, L<small>EWIS</small> & B<small>OCKIUS</small> LLP
16F, Marunouchi Building,
2-4-1 Marunouchi, Chiyoda-ku
Tokyo, 100-6316 Japan
*Attorneys for Plaintiff*

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Megan E. Dellinger* |
| OF COUNSEL: | Jack B. Blumenfeld (#1014) |
| | Megan E. Dellinger (#5739) |
| Charles E. Lipsey | 1201 North Market Street |
| J. Derek McCorquindale | P.O. Box 1347 |
| FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP | Wilmington, DE  19899 |
| 1875 Explorer Street, Suite 800 | (302) 658-9200 |
| Reston, VA  20190-6023 | jblumenfeld@morrisnichols.com |
| (571) 203-2700 | mdellinger@morrisnichols.com |
| | *Attorneys for Defendant/Counter-Plaintiff Sarepta Therapeutics, Inc.* |
| William B. Raich | |
| Michael J. Flibbert | |
| Aaron G. Clay | |
| Yoonjin Lee | |
| FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP | |
| 901 New York Avenue, NW | |
| Washington, DC  20001-4413 | |
| (202) 408-4000 | |
| | |
| Alissa K. Lipton | |
| FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP | |
| Two Seaport Lane | |
| Boston, MA  02210-2001 | |
| (617) 646-1600 | |
| | |
| January 6, 2023 | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 6, 2023, upon the following in the manner indicated:

| | |
|---|---|
| Amy M. Dudash, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>1201 North Market Street, Suite 2201<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |
| Amanda S. Williamson, Esquire<br>Christopher J. Betti, Esquire<br>Krista Vink Venegas, Esquire<br>Maria E. Doukas, Esquire<br>Michael T. Sikora, Esquire<br>Zachary Miller, Esquire<br>Guylaine Haché, Ph.D.<br>MORGAN, LEWIS & BOCKIUS LLP<br>110 North Wacker Drive, Suite 2800<br>Chicago, IL 60606<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |
| Eric Kraeutler, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |
| Jitsuro Morishita, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>16F, Marunouchi Building,<br>2-4-1 Marunouchi, Chiyoda-ku<br>Tokyo, 100-6316 Japan<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |

*/s/ Megan E. Dellinger*

Megan E. Dellinger (#5739)