# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>SAREPTA THERAPEUTICS, INC., )<br>)<br>*Defendant*. )<br>)<br>SAREPTA THERAPEUTICS, INC., )<br>)<br>*Defendant and Counter-Plaintiff*, )<br>)<br>v. )<br>)<br>NIPPON SHINYAKU CO., LTD. and )<br>NS PHARMA, INC. )<br>)<br>*Plaintiff and Counter-Defendants*. ) | C.A. No. 21-1015-GBW<br><br>JURY TRIAL DEMANDED |

### STIPULATION TO EXTEND TIME FOR SUBMISSION OF
### JOINT TECHNOLOGY TUTORIAL

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline for the parties to submit the joint technology tutorial pursuant to paragraph 7 of the operative Scheduling Order (D.I. 143) is hereby extended one week until January 24, 2023.

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

*/s/ Amy M. Dudash*

Amy M. Dudash (#5741)
1201 North Market Street, Suite 2201
Wilmington, DE 19801
(302) 574-3000
amy.dudash@morganlewis.com

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

Jack B. Blumenfeld (#1014)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

- 2 -

*Counsel for Plaintiff and Counter-Defendants Nippon Shinyaku Co., Ltd. and NS Pharma, Inc.*

*Counsel for Defendant and Counter-Plaintiff Sarepta Therapeutics, Inc.*

<u>Dated</u>:  January 13, 2023

SO ORDERED this __ day of January, 2023.

_____
Honorable Gregory B. Williams
United States District Court Judge