# Morgan Lewis

**Amy M. Dudash**
+1.302.574.7293
amy.dudash@morganlewis.com

January 24, 2023

**VIA HAND DELIVERY & CM/ECF**

Honorable Gregory B. Williams
844 N. King Street, Room 6124
Wilmington, DE 19801-3555

Re: *Nippon Shinyaku Co. v. Sarepta Therapeutics, Inc.*, C.A. No. 21-1015-GBW

Dear Judge Williams:

Pursuant to paragraph 7 of the Scheduling Order (D.I. 143), as modified by the Court's January 17, 2023 Oral Order, please find enclosed three disks containing the parties' joint technology tutorial.

If the Court experiences any difficulties in viewing the joint technology tutorial presentation, please let us know.

Respectfully submitted,

*/s/ Amy M. Dudash*

Amy M. Dudash (DE Bar No. 5741)

CC: Counsel of Record (via CM/ECF)

**Morgan, Lewis & Bockius** LLP

1201 N. Market Street, Suite 2201
Wilmington, DE  19801        T +1.302.574.3000
United States                F +1.302.574.3001