IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 21-1015 (GBW) |
| SAREPTA THERAPEUTICS, INC., | ) ) ) |
| Defendant. | ) |
| SAREPTA THERAPEUTICS, INC., | ) ) |
| Defendant/Counter-Plaintiff, | ) ) |
| v. | ) ) |
| NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC. | ) ) ) |
| Plaintiff/Counter-Defendants. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Sarepta Therapeutics, Inc.'s Third Set of Interrogatories to Nippon Shinyaku Co., Ltd. and NS Pharma, Inc. (Nos. 13-17)* were caused to be served on February 14, 2023, upon the following in the manner indicated:

Amy M. Dudash, Esquire                                         *VIA ELECTRONIC MAIL*
MORGAN, LEWIS & BOCKIUS LLP
1201 North Market Street, Suite 2201
Wilmington, DE  19801
*Attorneys for Plaintiff*

| | |
|---|---|
| Amanda S. Williamson, Esquire<br>Christopher J. Betti, Esquire<br>Krista Vink Venegas, Esquire<br>Maria E. Doukas, Esquire<br>Michael T. Sikora, Esquire<br>Zachary Miller, Esquire<br>Michael T. Sikora, Esquire<br>Guylaine Haché, Ph.D.<br>MORGAN, LEWIS & BOCKIUS LLP<br>110 North Wacker Drive, Suite 2800<br>Chicago, IL  60606<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Eric Kraeutler, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA  19103<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Jitsuro Morishita, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>16F, Marunouchi Building,<br>2-4-1 Marunouchi, Chiyoda-ku<br>Tokyo, 100-6316 Japan<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

|  |  |
|---|---|
| OF COUNSEL:<br><br>Charles E. Lipsey<br>J. Derek McCorquindale<br>Ryan P. O'Quinn<br>FINNEGAN, HENDERSON, FARABOW,<br>　GARRETT & DUNNER, LLP<br>1875 Explorer Street, Suite 800<br>Reston, VA  20190-6023<br>(571) 203-2700<br><br>William B. Raich<br>Michael J. Flibbert<br>Yoonjin Lee<br>Yoonhee Kim<br>FINNEGAN, HENDERSON, FARABOW,<br>　GARRETT & DUNNER, LLP<br>901 New York Avenue, NW<br>Washington, DC  20001-4413<br>(202) 408-4000<br><br>Alissa K. Lipton<br>FINNEGAN, HENDERSON, FARABOW,<br>　GARRETT & DUNNER, LLP<br>Two Seaport Lane<br>Boston, MA  02210-2001<br>(617) 646-1600<br><br>February 14, 2023 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Megan E. Dellinger*<br><br>Jack B. Blumenfeld (#1014)<br>Megan E. Dellinger (#5739)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>mdellinger@morrisnichols.com<br><br>*Attorneys for Defendant/Counter-Plaintiff*<br>*Sarepta Therapeutics, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 14, 2023, upon the following in the manner indicated:

| | |
|---|---|
| Amy M. Dudash, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>1201 North Market Street, Suite 2201<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |
| Amanda S. Williamson, Esquire<br>Christopher J. Betti, Esquire<br>Krista Vink Venegas, Esquire<br>Maria E. Doukas, Esquire<br>Michael T. Sikora, Esquire<br>Zachary Miller, Esquire<br>Guylaine Haché, Ph.D.<br>MORGAN, LEWIS & BOCKIUS LLP<br>110 North Wacker Drive, Suite 2800<br>Chicago, IL  60606<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |
| Eric Kraeutler, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA  19103<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |
| Jitsuro Morishita, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>16F, Marunouchi Building,<br>2-4-1 Marunouchi, Chiyoda-ku<br>Tokyo, 100-6316 Japan<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |

*/s/ Megan E. Dellinger*

Megan E. Dellinger (#5739)