## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., Plaintiff, <br><br> v. <br><br> SAREPTA THERAPEUTICS, INC., Defendant. <br><br> SAREPTA THERAPEUTICS, INC., Defendant and Counter-Plaintiff <br><br> v. <br><br> NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC., Plaintiff and Counter-Defendants. | C.A. No. 21-1015 (MN) |

## NOTICE OF SERVICE

Please take notice that on March 3, 2023, Nippon Shinyaku Co., Ltd.'s and NS Pharma, Inc.'s Second Set of Interrogatories (Nos. 14-21) and First Set of Requests for Admission (Nos. 1-10) were served via electronic mail on the following:

Jack B. Blumenfeld
Megan E. Dellinger
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

Dated: March 3, 2023

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

Amanda S. Williamson (admitted *pro hac vice*)
Christopher J. Betti (admitted *pro hac* vice)
Krista V. Venegas (admitted *pro hac* vice)
Maria E. Doukas (admitted *pro hac vice*)
Zachary Miller (admitted *pro hac vice*)
Guylaine Haché (admitted *pro hac vice*)
Michael T. Sikora (admitted *pro hac vice*)
110 N. Wacker Drive, Ste 2800

/s/*Amy M. Dudash*
Amy M. Dudash (DE Bar No. 5741)
1201 N. Market Street, Suite 2201
Wilmington, Delaware 19801
Telephone: 302.574.3000
Fax: 302.574.3001
amy.dudash@morganlewis.com

<div style="display: flex;">

Chicago, IL  60601  
Telephone:  312.324.1000  
Fax:  312.324.1001  
amanda.williamson@morganlewis.com  
christopher.betti@morganlewis.com  
krista.venegas@morganlewis.com  
maria.doukas@morganlewis.com  
zachary.miler@morganlewis.com  
guylaine.hache@morganlewis.com  
michael.sikora@morganlewis.com  

Eric Kraeutler (admitted *pro hac vice*)  
1701 Market Street  
Philadelphia, PA  19103  
Telephone: 215.693.5000  
Fax: 215.963.5001  
eric.kraeutler@morganlewis.com  

*Attorneys for Plaintiff Nippon Shinyaku Co., Ltd.*

</div>