# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SAREPTA THERAPEUTICS, INC., Defendant. ) <br> ) <br> SAREPTA THERAPEUTICS, INC., Defendant ) <br> and Counter-Plaintiff ) <br> ) <br> v. ) <br> ) <br> NIPPON SHINYAKU CO., LTD. and ) <br> NS PHARMA, INC., Plaintiff and Counter- ) <br> Defendants. ) <br> ) | C.A. No. 21-1015 (MN) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5, and the attached Certification, counsel moves for the admission *pro hac vice* of Wan-Shon Lo to represent Plaintiff/Counterclaim Defendant Nippon Shinyaku Co., Ltd. and Counterclaim Defendant NS Pharma, Inc. in this matter.

Date: March 6, 2023                    **MORGAN, LEWIS & BOCKIUS LLP**

                                                                                 /s/   Amy M. Dudash
                                                              Amy M. Dudash (DE Bar ID No. 5741)
                                                              1201 N. Market Street, Suite 2201
                                                              Wilmington, DE 19801
                                                              Telephone: (302) 574-3000
                                                              Facsimile: (302) 574-3001
                                                              amy.dudash@morganlewis.com

                                                              *Counsel for Nippon Shinyaku Co., Ltd. and NS*
                                                              *Pharma, Inc.*

IT IS HEREBY ORDERED this ___ day of _____, 2023.