### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., Plaintiff, <br><br> v. <br><br> SAREPTA THERAPEUTICS, INC., Defendant. <br><br> SAREPTA THERAPEUTICS, INC., Defendant and Counter-Plaintiff <br><br> v. <br><br> NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC., Plaintiff and Counter-Defendants. | C.A. No. 21-1015 (MN) |

### NOTICE OF SERVICE

Please take notice that on March 16, 2023, Nippon Shinyaku Co., Ltd.'s and NS Pharma, Inc.'s Responses and Objections to Sarepta Therapeutics, Inc.'s Third Set of Interrogatories (Nos. 13-17) was served via electronic mail on the following:

Jack B. Blumenfeld
Megan E. Dellinger
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

Dated: March 16, 2023

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

Amanda S. Williamson (admitted *pro hac vice*)
Christopher J. Betti (admitted *pro hac* vice)
Krista V. Venegas (admitted *pro hac* vice)
Maria E. Doukas (admitted *pro hac vice*)
Zachary Miller (admitted *pro hac vice*)
Guylaine Haché (admitted *pro hac vice*)
Michael T. Sikora (admitted *pro hac vice*)
110 N. Wacker Drive, Ste 2800

/s/*Amy M. Dudash*
Amy M. Dudash (DE Bar No. 5741)
1201 N. Market Street, Suite 2201
Wilmington, Delaware 19801
Telephone: 302.574.3000
Fax: 302.574.3001
amy.dudash@morganlewis.com

Chicago, IL  60601  
Telephone:  312.324.1000  
Fax:  312.324.1001  
amanda.williamson@morganlewis.com  
christopher.betti@morganlewis.com  
krista.venegas@morganlewis.com  
maria.doukas@morganlewis.com  
zachary.miler@morganlewis.com  
guylaine.hache@morganlewis.com  
michael.sikora@morganlewis.com  

Eric Kraeutler (admitted *pro hac vice*)  
1701 Market Street  
Philadelphia, PA  19103  
Telephone: 215.693.5000  
Fax: 215.963.5001  
eric.kraeutler@morganlewis.com  

*Attorneys for Plaintiff Nippon Shinyaku Co., Ltd.*