IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 21-1015 (GBW) |
| ) | |
| SAREPTA THERAPEUTICS, INC., ) | **VOLUME 1 (Part 1) (Exhibits 1-4)** |
| ) | |
| Defendant. ) | |
| ) | |
| SAREPTA THERAPEUTICS, INC., ) | |
| ) | |
| Defendant and Counter-Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| NIPPON SHINYAKU CO., LTD. ) | |
| and NS PHARMA, INC. ) | |
| ) | |
| Plaintiff and Counter- ) | |
| Defendants. ) | |

### JOINT APPENDIX TO CLAIM CONSTRUCTION BRIEF
### FOR THE WILTON/UWA PATENTS

MORGAN, LEWIS & BOCKIUS LLP
Amy M. Dudash (#5741)
1201 North Market Street, Suite 2201
Wilmington, DE  19801
(302) 574-3000
amy.dudash@morganlewis.com

*Attorneys for Plaintiff/Counterclaim Defendant Nippon Shinyaku Co., Ltd. and Counterclaim Defendant NS Pharma, Inc.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Defendant/Counter-Plaintiff Sarepta Therapeutics, Inc.*

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| Amanda S. Williamson<br>Christopher J. Betti<br>Krista V. Venegas<br>Maria E. Doukas<br>Zachary Miller<br>Guylaine Haché<br>Michael T. Sikora<br>MORGAN, LEWIS & BOCKIUS LLP<br>110 North Wacker Drive, Suite 2800<br>Chicago, IL 60601<br>(312) 324-1000<br><br>Eric Kraeutler<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br>(215) 693-5000 | Charles E. Lipsey<br>J. Derek McCorquindale<br>Ryan O'Quinn<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP<br>1875 Explorer Street, Suite 800<br>Reston, VA 20190-6023<br>(571) 203-2700<br><br>William B. Raich<br>Michael J. Flibbert<br>Yoonhee Kim<br>Yoonjin Lee<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP<br>901 New York Avenue, NW<br>Washington, DC 20001-4413<br>(202) 408-4000<br><br>Alissa K. Lipton<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP<br>Two Seaport Lane<br>Boston, MA 02210-2001<br>(617) 646-1600 |

March 20, 2023

# JOINT APPENDIX

| Exhibit Number | Description |
|---|---|
| 1 | U.S. Patent No. 9,994,851 |
| 2 | U.S. Patent No. 10,227,590 |
| 3 | U.S. Patent No. 10,266,827 |
| 4 | Aartsma-Rus et al., "Targeted Exon Skipping as a Potential Gene Correction Therapy for Duchenne Muscular Dystrophy," *Neuromuscul. Disord.* (2002) 12: S71-S77 ("Aartsma-Rus 2002") |
| 5 | Aartsma-Rus et al., "Antisense-Mediated Exon Slipping: A Versatile Tool with Therapeutic and Research Applications," *RNA* (2007) 13(10): 1609-1624 ("Aartsma-Rus 2007") |
| 6 | Arora et al., "Neutrally Charged Phosphorodiamidate Morpholino Antisense Oligomers: Uptake, Efficacy and Pharmacokinetics," *Curr. Pharm. Biotechnol.* (2004) 5(5): 431-439 ("Arora 2004") |
| 7 | Alberts et al., *Molecular Biology of the Cell* 191-234, 299-374 (4th ed. 2002) ("Alberts 2002") |
| 8 | Botvin Madorsky at al., "Psychosocial Aspects of Death and Dying in Duchenne Muscular Dystrophy," *Arch. Phys. Med. Rehabil.* (1984) 65(2): 79-82 ("Botvin Madorsky 1984") |
| 9 | Exondys 51® (Eteplirsen) Prescribing Information (Revised: 1/2022) ("Eteplirsen Label") |
| 10 | European Patent No. 2206781 B1 |
| 11 | Nippon Shinyaku Co. Ltd., Opposition Against European Patent No. 2206781 B1 ("NS Notice of Opposition") |
| 12 | FDA News Release dated September 19, 2016 ("FDA 2016") |
| 13 | FDA News Release dated December 12, 2019 ("FDA 2019") |
| 14 | FDA News Release dated August 12, 2020 ("FDA 2020") |
| 15 | Vyondys 53® (Golodirsen) Prescribing Information (Revised: 2/2021) ("Golodirsen Label") |
| 16 | Hoffman et al., "Conservation of the Duchenne Muscular Dystrophy Gene in Mice and Humans," *Science* (1987) 238(4825): 347-350 ("Hoffman 1987") |
| 17 | Interference No. 106,007, Decision dated May 12, 2016 |
| 18 | Koenig et al., "The Complete Sequence of Dystrophin Predicts a Rod-Shaped Cytoskeletal Protein," *Cell* (1988) 53(2):219-228 ("Koenig 1988") |
| 19 | Mann et al., "Improved Antisense Oligonucleotide Induced Exon Skipping in the Mdx Mouse Model of Muscular Dystrophy," *J. Gene Med.* (2002) 4(6): 644-654 |
| 20 | Prosecution History Excerpt of U.S. Application No. 15/273,772 |
| 21 | Prosecution History Excerpt of U.S. Patent No. 9,708,361 |
| 22 | Prosecution History Excerpt of U.S. Patent No. 9,994,851 |
| 23 | Prosecution History Excerpt of U.S. Patent No. 10,266,827 |
| 24 | Summerton et al., "Morpholino Antisense Oligomers: Design, Preparation, and Properties," *Antisense Nucleic Acid Drug Dev.* (1997) 7(3): 187-195 ("Summerton 1997(a)") |

| Exhibit Number | Description |
|---|---|
| 25 | Summerton et al., "Morpholino and Phosphorothioate Antisense Oligomers Compared in Cell-Free and In-Cell Systems," *Antisense Nucleic Acid Drug Dev.* (1997) 7(2): 63-70 ("Summerton 1997(b)") |
| 26 | Summerton, "Morpholino Antisense Oligomers: The Case for an RNase H-Independent Structural Type," *Biochim. Biophys. Acta* (1999) 1489(1): 141-158 ("Summerton 1999") |
| 27 | Summerton, "Mopholinos and PNAs Compared," *Lett. Pept. Sci.* (2003) 10: 215-236 ("Summerton 2003") |
| 28 | Suzuki et al., "Gene Therapy for Duchenne Muscular Dystrophy," *Future Neurol.* (2006) 2(1): 87-96 ("Suzuki 2007") |
| 29 | U.S. Patent No. 9,708,361 |
| 30 | van Deutekom et al., "Antisense-Induced Exon Skipping Restores Dystrophin Expression in DMD Patient Derived Muscle Cells," *Hum. Mol. Genet.* (2001) 10(15): 1547-1554 ("van Deutekom 2001") |
| 31 | Viltepso® (Viltolarsen) Prescribing Information (Revised: 3/2021) ("Viltolarsen Label") |
| 32 | Wilton et al., "Specific Removal of the Nonsense Mutation from the Mdx Dystrophin mRNA Using Antisense Oligonucleotides," *Neuromuscul. Disord.* (1999) 9(5):330-338 ("Wilton 1999") |
| 33 | Wilton et al., "Antisense Oligonucleotides, Exon Skipping and the Dystrophin Gene Transcript," *Acta Myol.* (2005) 24(3): 222-229 ("Wilton 2005") |
| 34 | Aartsma-Rus et al., "Less is More: Therapeutic Exon Skipping for Duchenne Muscular Dystrophy," *Lancet Neurol.* (2009) 8(10): 873-875 ("Aartsma-Rus 2009") |
| 35 | Swanson, "FDA Approves Sarepta Therapeutics' Vyondys 53 for Treatment of DMD Amenable to Exon 53 Skipping," Muscular Dystrophy Association: Quest (December 13, 2019), https://mdaquest.org/fda-approves-sarepta-therapeutics-vyondys-53-for-treatment-of-dmd-amenable-to-exon-53-skipping/ ("MDA 2019") |
| 36 | Excerpt of Nippon Shinyaku Co. Ltd.'s Initial Invalidity Contentions, *Nippon Shinyaku Co., Ltd., v. Sarepta Therapeutics, Inc.*, No. 21-1015 (MN) (D. Del. Jul. 18, 2022) |
| 37 | Opening Declaration of Cy A. Stein, M.D., Ph.D. dated January 4, 2023 |
| 38 | U.S. Patent No. 8,084,601 |
| 39 | Gene Tools, LLC, *Morpholino History, Production, and Properties*, available at https://www.gene-tools.com/history_production_and_properties (last accessed Feb. 6, 2023) |
| 40 | Helm, J., *Towards Personalized Allele-Specific Antisense Oligonucleotide Therapies for Toxic Gain-of Function Neurodegenerative Diseases*, Pharmaceutics 2022, 14, 1708 |
| 41 | LEQVIO Prescribing Information, Revised 12/2021 |
| 42 | The Writing Center, Parallel Structure available at https://writingcenter.gmu.edu/writing-resources/grammar-style/parallel-structure (last accessed Feb. 6, 2023) |
| 43 | Declaration of Michelle L. Hastings, Ph.D. |

| Exhibit Number | Description |
|---|---|
| 44 | Merriam Webster Online Dictionary definition of "within" available at https://www.merriam-webster.com/dictionary/within (last accessed Feb. 6, 2023) |
| 45 | Prosecution History Excerpt of RE47,691 |
| 46 | Grammar Monster definition of "non-restrictive clause" available at https://www.grammar-monster.com/glossary/non-restrictive_clauses.htm (last accessed Feb. 6, 2023) |
| 47 | Koenig et al., "Complete Cloning of the Duchenne Muscular Dystrophy (DMD) cDNA and Preliminary Genomic Organization of the DMD Gene in Normal and Affected Individuals," *Cell* (1987) 50(3):509-517 ("Koenig 1987") |
| 48 | Havens et al., "Targeting RNA Splicing for Disease Therapy," *WIREs RNA* (2013) 4(3): 247-266 ("Havens 2013") |
| 49 | Havens et al., "Splice-Switching Antisense Oligonucleotides as Therapeutic Drugs," *Nucleic Acids Res.* (2016) 44(14): 6549-6563 ("Havens 2016") |
| 50 | Takeda et al., "Exon-Skipping in Duchenne Muscular Dystrophy," *J. Neuromuscul. Dis.* (2021) 8(s2): S343-S358 ("Takeda 2021") |
| 51 | Merriam-Webster, Inc., *Merriam-Webster's Collegiate Dictionary* 1341 (10th ed. 2000) ("Merriam-Webster Dictionary") |
| 52 | Univ. of Chi. Press, *The Chicago Manual of Style Online* § 6.19, https://www.chicagomanualofstyle.org/book/ed17/part2/ch06/psec019.html (last visited Feb. 21, 2023) |
| 53 | Reply Declaration of Cy A. Stein, M.D., Ph.D. dated February 27, 2023 |