# Morgan Lewis

**Amy M. Dudash**
+1.302.574.7293
amy.dudash@morganlewis.com

March 20, 2023

**VIA HAND DELIVERY & CM/ECF**

Honorable Gregory B. Williams
844 N. King Street, Room 6124
Wilmington, DE 19801-3555

Re: *Nippon Shinyaku Co. v. Sarepta Therapeutics, Inc.*, C.A. No. 21-1015-GBW

Dear Judge Williams:

Pursuant to paragraph 10 of the Scheduling Order (D.I. 143), Plaintiff/Counter-Defendant Nippon Shinyaku Co., Ltd. and Counter-Defendant NS Pharma (collectively, "Nippon Shinyaku") and Defendant/Counter-Plaintiff Sarepta Therapeutics, Inc. ("Sarepta") submit this joint letter regarding the April 19, 2023 claim construction hearing in the above-referenced matter.

The parties jointly request two hours per side be allotted for the hearing given that Nippon Shinyaku and Sarepta have each asserted infringement of their patents and the parties will file two joint claim construction briefs. Neither party requests leave to present live testimony at the hearing.

Respectfully submitted,

*/s/ Amy M. Dudash*

Amy M. Dudash (DE Bar No. 5741)

CC: Counsel of Record (via CM/ECF)