# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 21-1015 (GBW) |
| SAREPTA THERAPEUTICS, INC., | ) ) ) |
| Defendant. | ) |
| SAREPTA THERAPEUTICS, INC., | ) ) |
| Defendant and Counter-Plaintiff, | ) ) ) |
| v. | ) ) |
| NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC. | ) ) ) ) |
| Plaintiff and Counter-Defendants. | ) ) |

**JOINT APPENDIX IN SUPPORT OF THE
<u>JOINT CLAIM CONSTRUCTION BRIEF FOR THE NS PATENTS</u>**

## VOLUME 1 OF 3

| Ex. No. | Description |
|---|---|
| 1 | U.S. Patent No. 9,708,361 |
| 2 | U.S. Patent No. 10,683,322 |
| 3 | Prosecution History Excerpt of U.S. Patent No. 9,708,361 |
| 4 | Alberts et al., *Molecular Biology of the Cell* 191-234, 299-374 (4th ed. 2002) ("Alberts 2002") |
| 5 | Chan et al., "Antisense Oligonucleotides: From Design to Therapeutic Application," *Clin. Exp. Pharmacol. Physiol.* (2006) 33(5-6): 533-540 ("Chan 2006") |
| 6 | Moulton et al., "Gene Knockdowns in Adult Animals: PPMOs and Vivo-Morpholinos," *Molecules* (2009) 14(3): 1304-1323 ("Moulton 2009") |

## VOLUME 2 OF 3

| | |
|---|---|
| 7 | Pon, "Solid-Phase Supports for Oligonucleotide Synthesis," *Curr. Protoc. Nucleic Acid Chem.* (2000) 00(1): 3.1.1.-3.1.28 ("Pon 2000") |
| 8 | Summerton et al., "Morpholino Antisense Oligomers: Design, Preparation, and Properties," *Antisense Nucleic Acid Drug Dev.* (1997) 7(3): 187-195 ("Summerton 1997") |
| 9 | Summerton, "Morpholinos and PNAs Compared," *Lett. Pept. Sci.* (2003) 10: 215-236 ("Summerton 2003") |
| 10 | Collins English Dictionary, 11th ed. (2011) |
| 11 | Vyondys 53® (Golodirsen) Prescribing Information (Revised: 2/2021) |
| 12 | Ltr. from Mr. Miller dated Jan. 1, 2023 |
| 13 | Comprehensive Organic Synthesis, 2nd ed. (2014) Vol. 2, pp. 273-339 |
| 14 | Declaration of Bradley L. Pentelute Ph.D. dated February 5, 2023 |
| 15 | Declaration of Nathan W. Luedtke, Ph.D. dated February 27, 2023 |
| 16 | Flickinger et al., "Spatial Photorelease of Oligonucleotides, Using a Safety-Catch Photolabile Linker" *Organic Letters*, Vol. 8, No. 11 2357-2360 (2006) |
| 17 | Weichelt, F., "Topic: Safety-Catch Linker (SCAL) |
| 18 | Ti et al., "Transient Protection: Efficient One-Flask Syntheses of Protected Deoxynucleosides," *J. Am. Chem. Soc.*, 104, 1316-1319 (1982) |
| 19 | MacCoss, et al., "Facile detriylation of nucleoside derivatives by using trifluoracetic acid" |
| 20 | Reply Declaration of Dr. Bradley L. Pentelute |

## VOLUME 3 OF 3

| | |
|---|---|
| 21 | U.S. Patent No. 10,385,092 |
| 22 | U.S. Patent No. 10,407,461 |
| 23 | U.S. Patent No. 10,487,106 |
| 24 | U.S. Patent No. 10,647,741 |
| 25 | U.S. Patent No. 10,662,217 |

Dated: March 20, 2023

Respectfully submitted,

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

Jack B. Blumenfeld (DE Bar No. 1014)
Megan E. Dellinger (DE Bar No. 5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
Telephone: (302) 658-9200
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Defendant/Counter-Plaintiff Sarepta Therapeutics, Inc.*

MORGAN LEWIS & BOCKIUS LLP

*/s/Amy M. Dudash*

Amy M. Dudash (DE Bar No. 5741)
1201 N. Market Street,
Suite 2201
Wilmington, Delaware 19801
Telephone: 302.574.3000
Fax: 302.574.3001
amy.dudash@morganlewis.com

*Attorneys for Plaintiff/Counterclaim Defendant Nippon Shinyaku Co., Ltd. and Counterclaim Defendant NS Pharma, Inc.*

## **CERTIFICATE OF SERVICE**

I, Amy M. Dudash, an attorney certify that on March 20, 2023, a true and correct copy of the foregoing document was filed and served on all counsel of record via CM/ECF.

*/s/ Amy M. Dudash*
_____
Amy M. Dudash (DE Bar No. 5741)