IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 21-1015 (GBW) |
| SAREPTA THERAPEUTICS, INC., | ) |
| Defendant. | ) |
| SAREPTA THERAPEUTICS, INC., | ) |
| Defendant/Counter-Plaintiff, | ) |
| v. | ) |
| NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC. | ) |
| Plaintiff/Counter-Defendants. | ) |

**SAREPTA THERAPEUTICS, INC.'S MOTION TO AMEND
THE ANSWER, DEFENSES, AND COUNTERCLAIMS
TO NIPPON SHINYAKU CO., LTD.'S SECOND AMENDED COMPLAINT**

Pursuant to Fed R. Civ. P. 15(a)(2) and Paragraph 2 of the Scheduling Order (D.I. 143), Counter-Plaintiff/Defendant Sarepta Therapeutics, Inc. ("Sarepta") hereby moves for leave to file a First Amended Answer, Defenses, and Counterclaims ("First Amended Answer") to add The University of Western Australia ("UWA") as a counter-plaintiff on Sarepta's infringement counterclaims in this action. The grounds for this motion are fully set forth in Sarepta's letter brief in support of its motion, filed concurrently herewith.

A copy of Sarepta's and UWA's (collectively, "Counter-Plaintiffs") proposed First Amended Answer is attached as Exhibit 1, and a blackline version of the proposed First Amended Answer indicating the changes from the prior pleading is attached as Exhibit 2.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Charles E. Lipsey<br>J. Derek McCorquindale<br>Ryan P. O'Quinn<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP<br>1875 Explorer Street, Suite 800<br>Reston, VA  20190-6023<br>(571) 203-2700<br><br>William B. Raich<br>Michael J. Flibbert<br>Yoonhee Kim<br>Yoonjin Lee<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP<br>901 New York Avenue, NW<br>Washington, DC  20001-4413<br>(202) 408-4000<br><br>Alissa K. Lipton<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP<br>Two Seaport Lane<br>Boston, MA  02210-2001<br>(617) 646-1600<br><br>March 21, 2023 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Megan E. Dellinger*<br><br>_____<br>Jack B. Blumenfeld (#1014)<br>Megan E. Dellinger (#5739)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>mdellinger@morrisnichols.com<br><br>*Attorneys for Defendant/Counter-Plaintiff*<br>*Sarepta Therapeutics, Inc.* |

## **RULE 7.1.1 CERTIFICATE**

Pursuant to D. Del. LR 7.1.1, counsel (including Delaware counsel) for Sarepta and Nippon Shinyaku had several written communications about the subject matter of this motion and met and conferred by telephone on March 9, 2023 and again on March 17, 2023, but the parties were unable to reach agreement on the subject matter of this motion.

*/s/ Megan E. Dellinger*

_____
Megan E. Dellinger (#5739)

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 21, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

  I further certify that I caused copies of the foregoing document to be served on March 21, 2023, upon the following in the manner indicated:

| | |
|---|---|
| Amy M. Dudash, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>1201 North Market Street, Suite 2201<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Amanda S. Williamson, Esquire<br>Christopher J. Betti, Esquire<br>Krista Vink Venegas, Esquire<br>Maria E. Doukas, Esquire<br>Michael T. Sikora, Esquire<br>Zachary Miller, Esquire<br>Guylaine Haché, Ph.D.<br>Wan-Shon Lo, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>110 North Wacker Drive, Suite 2800<br>Chicago, IL 60606<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Eric Kraeutler, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Jitsuro Morishita, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>16F, Marunouchi Building,<br>2-4-1 Marunouchi, Chiyoda-ku<br>Tokyo, 100-6316 Japan<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

                */s/ Megan E. Dellinger*
                _____
                Megan E. Dellinger (#5739)