## Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

───

302 658 9200
302 658 3989 Fax

**Megan E. Dellinger**
(302) 351-9366
mdellinger@morrisnichols.com

March 31, 2023

The Honorable Gregory B. Williams                              *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801-3555

> Re:   *Nippon Shinyaku Co., Ltd. v. Sarepta Therapeutics, Inc.*
>        C.A. No. 21-1015 (GBW)

Dear Judge Williams:

     Pursuant to Paragraph 5(c) of the Scheduling Order (D.I. 143), the parties write to confirm that briefing has been completed on Defendant's Motion to Amend the Answer, Defenses, and Counterclaims to Nippon Shinyaku Co. Ltd.'s Second Amended Complaint (D.I. 175) and request a teleconference to address this motion.

                                        Respectfully,

                                        */s/ Megan E. Dellinger*

                                        Megan E. Dellinger (#5739)

MED/lev

cc:   Clerk of the Court (via hand delivery)
       All Counsel of Record (via electronic mail)