# Morgan Lewis

**Amy M. Dudash**
+1.302.574.7293
amy.dudash@morganlewis.com

April 3, 2023

**VIA CM/ECF**

Honorable Gregory B. Williams
844 N. King Street, Room 6124
Wilmington, DE 19801-3555

Re: <u>Nippon Shinyaku Co. v. Sarepta Therapeutics, Inc.</u>, C.A. No. 21-1015-GBW

Dear Judge Williams:

Pursuant to paragraph 5(c) of the Scheduling Order in the above-referenced action (D.I. 143), I write on behalf of all parties to confirm that briefing has been completed regarding Nippon Shinyaku Co. and NS Pharma, Inc.'s Motion for Leave to File an Amended Answer (D.I. 177). The parties request a teleconference to address this Motion.

Respectfully submitted,

*/s/ Amy M. Dudash*

Amy M. Dudash (DE Bar No. 5741)

CC: Counsel of Record (Via CM/ECF)

**Morgan, Lewis & Bockius LLP**

1201 N. Market Street, Suite 2201
Wilmington, DE 19801
United States

T +1.302.574.3000
F +1.302.574.3001