# Morgan Lewis

**Amy M. Dudash**
+1.302.574.7293
amy.dudash@morganlewis.com

April 3, 2023

**VIA CM/ECF**

Honorable Gregory B. Williams
844 N. King Street, Room 6124
Wilmington, DE 19801-3555

Re: *Nippon Shinyaku Co. v. Sarepta Therapeutics, Inc.*, C.A. No. 21-1015-GBW

Dear Judge Williams:

I write on behalf of Nippon Shinyaku Co. and NS Pharma, Inc. (collectively, "NS") regarding Sarepta Therapeutics, Inc. ("Sarepta")'s Motion to Amend its Answer, Counterclaims, and Defenses to add the University of Western Australia ("UWA") as a counter-plaintiff (D.I. 175). In light of concessions that Sarepta made in its reply letter and representation that UWA will participate in discovery if joined as a party (*see* D.I. 184 at 2), NS hereby withdraws its opposition to Sarepta's Motion to Amend.

Respectfully submitted,

*/s/ Amy M. Dudash*

Amy M. Dudash (DE Bar No. 5741)

CC: Counsel of Record (Via CM/ECF)