# Morgan Lewis

**Amy M. Dudash**
+1.302.574.7293
amy.dudash@morganlewis.com

May 22, 2023

**VIA CM/ECF**

Honorable Gregory B. Williams
844 N. King Street, Room 6124
Wilmington, DE 19801-3555

Re:  *Nippon Shinyaku Co. v. Sarepta Therapeutics, Inc.*, C.A. No. 21-1015-GBW

Dear Judge Williams:

The parties in the above-referenced matter write to request the scheduling of a discovery teleconference. The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet and-confer by telephone on the following date: April 14, 2023, with certain of these attorneys (including Delaware counsel for both parties) also participating in a meet-and-confer by telephone on May 22, 2023.

Delaware Counsel: Amy Dudash (Nippon Shinyaku), Megan Dellinger (Sarepta)

Lead Counsel: Amanda Williamson, Krista Venegas, Michael Sikora (Nippon Shinyaku), and Alissa Lipton, Yoonhee Kim, Ryan O'Quinn, and Kaitlyn Pehrson (Sarepta).

The dispute requiring judicial attention is whether Sarepta must produce license agreements relating to DMD therapies beyond solely exon-skipping therapies. Sarepta disputes the relevancy of this information.

Respectfully submitted,

*/s/ Amy M. Dudash*

Amy M. Dudash (DE Bar No. 5741)

CC: Counsel of Record (via CM/ECF)