**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| v. | ) C.A. No. 21-1015 (GBW) |
| | ) |
| SAREPTA THERAPEUTICS, INC., | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |
| SAREPTA THERAPEUTICS, INC. and | ) |
| THE UNIVERSITY OF WESTERN | ) |
| AUSTRALIA, | ) |
| | ) |
| | ) |
| Defendant/Counter-Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| NIPPON SHINYAKU CO., LTD. and | ) |
| NS PHARMA, INC., | ) |
| | ) |
| | ) |
| Plaintiff/Counter-Defendants. | ) |

## NOTICE OF SERVICE

Please take notice that on May 26, 2023, Nippon Shinyaku Co., Ltd.'s and NS Pharma,

Inc.'s Responses and Objections to Sarepta Therapeutics, Inc.'s Notice of Deposition (Topics 1-

73) was served via electronic mail on the following:

Jack B. Blumenfeld
Megan E. Dellinger
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

Charles E. Lipsey

J. Derek McCorquindale
Ryan P. O'Quinn
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
1875 Explorer Street, Suite 800
Reston, VA  20190-6023
(571) 203-2700

William B. Raich
Michael J. Flibbert
Yoonhee Kim
Yoonjin Lee
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC  20001-4413
(202) 408-4000

Alissa K. Lipton
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
Two Seaport Lane
Boston, MA  02210-2001
(617) 646-1600


Dated:  May 26, 2023                    Respectfully submitted,

                                        MORGAN, LEWIS & BOCKIUS LLP

Amanda S. Williamson (admitted *pro hac vice*)    */s/Amy M. Dudash*
Christopher J. Betti (admitted *pro hac* vice)    Amy M. Dudash (DE Bar No. 5741)
Krista V. Venegas (admitted *pro hac* vice)       1201 N. Market Street, Suite 2201
Maria E. Doukas (admitted *pro hac vice*)         Wilmington, Delaware 19801
Zachary Miller (admitted *pro hac vice*)          Telephone:  302.574.3000
Guylaine Haché (admitted *pro hac vice*)          Fax:  302.574.3001
Michael T. Sikora (admitted *pro hac vice*)       amy.dudash@morganlewis.com
110 N. Wacker Drive, Ste 2800
Chicago, IL  60601                                *Attorneys for Plaintiff Nippon Shinyaku Co.,*
Telephone:  312.324.1000                          *Ltd.*
Fax:  312.324.1001
amanda.williamson@morganlewis.com
christopher.betti@morganlewis.com
krista.venegas@morganlewis.com
maria.doukas@morganlewis.com
zachary.miler@morganlewis.com
guylaine.hache@morganlewis.com
michael.sikora@morganlewis.com

Eric Kraeutler (admitted *pro hac vice*)
1701 Market Street

Philadelphia, PA  19103
Telephone: 215.693.5000
Fax: 215.963.5001
eric.kraeutler@morganlewis.com