# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU, LTD., <br><br> Plaintiff, <br><br> v. <br><br> SAREPTA THERAPEUTICS, INC., et al., <br><br> Defendants. | C.A. No. 21-1015-GBW |

## ORDER

At Wilmington this 31st day of May, 2023:

**IT IS HEREBY ORDERED** that, pursuant to Fed. R. Civ. P. 53(a)(1)(C), the above-captioned case is hereby referred to the Clerk of Court for assignment of a Special Master for the purpose of hearing discovery disputes. Upon selection of a Special Master, the Court shall enter a further Order appointing the same. *See* Fed. R. Civ. P. 53(b).

_____<br>
GREGORY B. WILLIAMS<br>
UNITED STATES DISTRICT JUDGE