IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 21-1015 (GBW) |
| SAREPTA THERAPEUTICS, INC., | ) ) ) |
| Defendant. | ) |
| SAREPTA THERAPEUTICS, INC. and THE UNIVERSITY OF WESTERN AUSTRALIA, | ) ) ) |
| Counter-Plaintiffs, | ) ) ) |
| v. | ) ) ) |
| NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC. | ) ) ) ) |
| Counter-Defendants. | ) |

**STIPULATION AND [PROPOSED] ORDER
ADDING UWA TO PROTECTIVE ORDER**

WHEREAS, on April 21, 2023, the Court granted Defendant Sarepta Therapeutics, Inc.'s ("Sarepta") Motion to Amend its Answer, Counterclaims, and Defenses to add the University of Western Australia ("UWA") as a counter-plaintiff (*see* D.I. 175; D.I. 194; D.I. 195);

WHEREAS, the parties agree that UWA should be added as a party to the Protective Order (D.I. 117) entered in this case;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that:

1. UWA shall be bound by the Protective Order and is a "Party" under the terms of that Protective Order;

2.  Paragraph 7.3(b) of the Protective Order shall be amended to add (i) Paul Shanahan, Director, Governance and General Counsel of UWA; and (ii) Samantha Tough, Pro Vice-Chancellor Industry and Commercial of UWA, as UWA's In-House Counsel who may view "HIGHLY CONFIDENTIAL" information or items produced by a Designating Party upon executing and providing a copy of the Acknowledgement and Agreement to Be Bound (Exhibit A to D.I. 117) to all Outside Counsel of record in this Action, pursuant to the terms of Paragraph 7.3(b).

MORGAN, LEWIS & BOCKIUS LLP

*/s/ Amy M. Dudash*

Amy M. Dudash (#5741)
1201 North Market Street, Suite 2201
Wilmington, DE 19801
(302) 574-3000
amy.dudash@morganlewis.com

*Attorneys for Plaintiffs and Counter-Defendants*

June 6, 2023

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

Jack B. Blumenfeld (#1014)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Defendants and Counter-Plaintiffs*

SO ORDERED this _____ day of _____, 2023.

_____
United States District Court Judge