# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 21-1015 (GBW) |
| SAREPTA THERAPEUTICS, INC., | ) ) ) |
| Defendant. | ) |
| SAREPTA THERAPEUTICS, INC. and THE UNIVERSITY OF WESTERN AUSTRALIA, | ) ) ) ) |
| Defendant/Counter-Plaintiffs, | ) |
| v. | ) |
| NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC., | ) ) ) |
| Plaintiff/Counter-Defendants. | ) |

## NOTICE TO TAKE DEPOSITIONS

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30(b)(1), Nippon Shinyaku Co., Ltd. and NS Pharma, Inc. will take the following depositions upon oral examination as set forth below, or as otherwise agreed upon by counsel:

| WITNESS | DATE AND TIME | LOCATION |
|---|---|---|
| Brian Forsa | June 14, 2023<br>9:00 AM Eastern | Burns Levison<br>125 High Street<br>Boston, MA 02110-1624 |
| Steve Wilton | June 15, 2023<br>9:00 AM Eastern | Burns Levison<br>125 High Street<br>Boston, MA 02110-1624 |

The depositions will be recorded by video and stenographic means before a notary public or other officer qualified to administer oaths and will continue day-to-day thereafter until completed, Saturdays, Sundays and Holidays excepted. The depositions shall be used for discovery purposes and may be used as evidence at trial or any hearing in this case. You are invited to attend and participate as provided in the Federal Rules of Civil Procedure.

| | |
|---|---|
| Dated: June 12, 2023 | Respectfully submitted, |
| | MORGAN, LEWIS & BOCKIUS LLP |
| Amanda S. Williamson (admitted *pro hac vice*) | /s/*Amy M. Dudash* |
| Christopher J. Betti (admitted *pro hac* vice) | Amy M. Dudash (DE Bar No. 5741) |
| Krista V. Venegas (admitted *pro hac* vice) | 1201 N. Market Street, Suite 2201 |
| Maria E. Doukas (admitted *pro hac vice*) | Wilmington, Delaware 19801 |
| Zachary Miller (admitted *pro hac vice*) | Telephone: 302.574.3000 |
| Guylaine Haché (admitted *pro hac vice*) | Fax: 302.574.3001 |
| Michael T. Sikora (admitted *pro hac vice*) | amy.dudash@morganlewis.com |
| 110 N. Wacker Drive, Ste 2800 | |
| Chicago, IL 60601 | *Attorneys for Nippon Shinyaku Co., Ltd. and* |
| Telephone: 312.324.1000 | *NS Pharma, Inc.* |
| Fax: 312.324.1001 | |
| amanda.williamson@morganlewis.com | |
| christopher.betti@morganlewis.com | |
| krista.venegas@morganlewis.com | |
| maria.doukas@morganlewis.com | |
| zachary.miler@morganlewis.com | |
| guylaine.hache@morganlewis.com | |
| michael.sikora@morganlewis.com | |

Eric Kraeutler (admitted *pro hac vice*)
1701 Market Street
Philadelphia, PA  19103
Telephone: 215.693.5000
Fax: 215.963.5001
eric.kraeutler@morganlewis.com

## CERTIFICATE OF SERVICE

I certify that on June 12, 2023, I caused a true and correct copy of the foregoing document to be filed and served via the Court's CM/ECF system upon the following counsel of record:

Jack B. Blumenfeld
Megan E. Dellinger
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

Charles E. Lipsey
J. Derek McCorquindale
Ryan P. O'Quinn
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
1875 Explorer Street, Suite 800
Reston, VA  20190-6023
(571) 203-2700

William B. Raich
Michael J. Flibbert
Yoonhee Kim
Yoonjin Lee
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC  20001-4413
(202) 408-4000

Alissa K. Lipton
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
Two Seaport Lane
Boston, MA  02210-2001
(617) 646-1600

*/s/ Amy M. Dudash*
Amy M. Dudash