IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 21-1015 (GBW) |
| SAREPTA THERAPEUTICS, INC., | ) ) ) |
| Defendant. | ) |
| SAREPTA THERAPEUTICS, INC. and THE UNIVERSITY OF WESTERN AUSTRALIA, | ) ) ) |
| Defendant/Counter-Plaintiffs, | ) ) |
| v. | ) ) |
| NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC. | ) ) ) |
| Plaintiff/Counter-Defendants. | ) |

### SAREPTA'S NOTICE OF RULE 30(b)(1) DEPOSITION OF NAOKI WATANABE

PLEASE TAKE NOTICE, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant and Counter-Plaintiff Sarepta Therapeutics, Inc. ("Sarepta") will take the deposition upon oral examination of Naoki Watanabe. The deposition will commence at 9:00 a.m. CDT on June 26, 2023 at Morgan, Lewis & Bockius LLP, 110 N Upper Wacker Drive, Chicago, IL.

The deposition will proceed in accordance with the Federal Rules of Civil Procedure and the Local Rules for the District of Delaware, for the purpose of discovery, for use at trial and for such other purposes as are permitted by law. The deposition will be taken before a notary public or other officer authorized to administer oaths, who will swear in the witness and administer the oath. The deposition will continue day-to-day until completion with such adjournments as may be

necessary. If the witness requires an interpreter, each two hours of deposition testimony shall be counted as one hour and 15 minutes. (D.I. 143 at Paragraph 4(e)(i).) The deposition may be recorded by audio, videotape, stenographic means, and/or real time computer means.

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  |  |
|  | */s/ Megan E. Dellinger* |
|  | _____ |
| OF COUNSEL: | Jack B. Blumenfeld (#1014) |
|  | Megan E. Dellinger (#5739) |
| Charles E. Lipsey | 1201 North Market Street |
| J. Derek McCorquindale | P.O. Box 1347 |
| Ryan P. O'Quinn | Wilmington, DE 19899 |
| L. Scott Burwell | (302) 658-9200 |
| FINNEGAN, HENDERSON, FARABOW, | jblumenfeld@morrisnichols.com |
|   GARRETT & DUNNER, LLP | mdellinger@morrisnichols.com |
| 1875 Explorer Street, Suite 800 |  |
| Reston, VA 20190-6023 | *Attorneys for Defendant/Counter-Plaintiffs* |
| (571) 203-2700 | *Sarepta Therapeutics, Inc. and The University of* |
|  | *Western Australia* |
| William B. Raich |  |
| John M. Williamson |  |
| Michael J. Flibbert |  |
| Yoonhee Kim |  |
| Yoonjin Lee |  |
| FINNEGAN, HENDERSON, FARABOW, |  |
|   GARRETT & DUNNER, LLP |  |
| 901 New York Avenue, NW |  |
| Washington, DC 20001-4413 |  |
| (202) 408-4000 |  |
|  |  |
| Alissa K. Lipton |  |
| FINNEGAN, HENDERSON, FARABOW, |  |
|   GARRETT & DUNNER, LLP |  |
| Two Seaport Lane |  |
| Boston, MA 02210-2001 |  |
| (617) 646-1600 |  |
|  |  |
| June 16, 2023 |  |

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 16, 2023, upon the following in the manner indicated:

| | |
|---|---|
| Amy M. Dudash, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>1201 North Market Street, Suite 2201<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Amanda S. Williamson, Esquire<br>Christopher J. Betti, Esquire<br>Krista Vink Venegas, Esquire<br>Maria E. Doukas, Esquire<br>Michael T. Sikora, Esquire<br>Zachary Miller, Esquire<br>Guylaine Haché, Ph.D.<br>Wan-Shon Lo, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>110 North Wacker Drive, Suite 2800<br>Chicago, IL  60606<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Eric Kraeutler, Esquire<br>Alison P. Patitucci, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA  19103<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Jitsuro Morishita, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>16F, Marunouchi Building,<br>2-4-1 Marunouchi, Chiyoda-ku<br>Tokyo, 100-6316 Japan<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Megan E. Dellinger*
_____
Megan E. Dellinger (#5739)