IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) C.A. No. 21-1015 (GBW) |
| SAREPTA THERAPEUTICS, INC., | ) ) ) |
| Defendant. | ) |
| SAREPTA THERAPEUTICS, INC. and THE UNIVERSITY OF WESTERN AUSTRALIA, | ) ) ) ) |
| Defendant/Counter-Plaintiffs, | ) |
| v. | ) ) |
| NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC., | ) ) ) |
| Plaintiff/Counter-Defendants. | ) |

**NOTICE TO TAKE DEPOSITIONS**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30(b)(1), Nippon Shinyaku Co., Ltd. and NS Pharma, Inc. will take the following deposition upon oral examination as set forth below, or as otherwise agreed upon by counsel:

| WITNESS | DATE AND TIME | LOCATION |
|---|---|---|
| Emily Naughton | July 12, 2023 9:00 AM Eastern | Finnegan, Henderson, Farabow, Garrett & Dunner, LLP Two Seaport Lane Boston, MA 02210-2001 |

The deposition will be recorded by video and stenographic means before a notary public or other officer qualified to administer oaths and will continue day-to-day thereafter until

completed, Saturdays, Sundays and Holidays excepted. The deposition shall be used for discovery purposes and may be used as evidence at trial or any hearing in this case. You are invited to attend and participate as provided in the Federal Rules of Civil Procedure.

Dated: June 20, 2023

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

Amanda S. Williamson (admitted *pro hac vice*)
Christopher J. Betti (admitted *pro hac* vice)
Krista V. Venegas (admitted *pro hac* vice)
Maria E. Doukas (admitted *pro hac vice*)
Zachary Miller (admitted *pro hac vice*)
Guylaine Haché (admitted *pro hac vice*)
Michael T. Sikora (admitted *pro hac vice*)
110 N. Wacker Drive, Ste 2800
Chicago, IL 60601
Telephone: 312.324.1000
Fax: 312.324.1001
amanda.williamson@morganlewis.com
christopher.betti@morganlewis.com
krista.venegas@morganlewis.com
maria.doukas@morganlewis.com
zachary.miler@morganlewis.com
guylaine.hache@morganlewis.com
michael.sikora@morganlewis.com

Eric Kraeutler (admitted *pro hac vice*)
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.693.5000
Fax: 215.963.5001
eric.kraeutler@morganlewis.com

*/s/Amy M. Dudash*
Amy M. Dudash (DE Bar No. 5741)
1201 N. Market Street, Suite 2201
Wilmington, Delaware 19801
Telephone: 302.574.3000
Fax: 302.574.3001
amy.dudash@morganlewis.com

*Attorneys for Nippon Shinyaku Co., Ltd. and NS Pharma, Inc.*

## **CERTIFICATE OF SERVICE**

      I certify that on June 20, 2023, I caused a true and correct copy of the foregoing document to be filed and served via the Court's CM/ECF system upon the following counsel of record:

Jack B. Blumenfeld
Megan E. Dellinger
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

Charles E. Lipsey
J. Derek McCorquindale
Ryan P. O'Quinn
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
1875 Explorer Street, Suite 800
Reston, VA  20190-6023
(571) 203-2700

William B. Raich
Michael J. Flibbert
Yoonhee Kim
Yoonjin Lee
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC  20001-4413
(202) 408-4000

Alissa K. Lipton
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
Two Seaport Lane
Boston, MA  02210-2001
(617) 646-1600

                                            */s/ Amy M. Dudash*
                                            Amy M. Dudash