# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>)  C.A. No. 21-1015 (GBW)<br>) |
| SAREPTA THERAPEUTICS, INC., | )<br>)<br>) |
| Defendant. | ) |
| SAREPTA THERAPEUTICS, INC. and THE UNIVERSITY OF WESTERN AUSTRALIA, | )<br>)<br>)<br>) |
| Defendant/Counter-Plaintiffs, | )<br>) |
| v. | )<br>) |
| NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC., | )<br>)<br>) |
| Plaintiff/Counter-Defendants. | ) |

## NOTICE OF SERVICE

Please take notice that on June 21, 2023, Nippon Shinyaku Co., Ltd.'s and NS Pharma, Inc.'s First Supplemental Responses and Objections to Sarepta Therapeutics, Inc.'s First Set of Interrogatories (Nos. 1-3, 5 and 6) and First Supplemental Responses and Objections to Sarepta Therapeutics, Inc.'s Second Set of Interrogatories (No. 12) were served via electronic mail on the following:

Jack B. Blumenfeld
Megan E. Dellinger
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

Charles E. Lipsey
J. Derek McCorquindale
Ryan P. O'Quinn
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
1875 Explorer Street, Suite 800
Reston, VA  20190-6023
(571) 203-2700
charles.lipsey@finnegan.com
derek.mccorquindale@finnegan.com
ryan.o'quinn@finnegan.com

William B. Raich
Michael J. Flibbert
Yoonhee Kim
Yoonjin Lee
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC  20001-4413
(202) 408-4000
william.raich@finnegan.com
michael.flibbert@finnegan.com
yoonhee.kim@finnegan.com
yoonjin.lee@finnegan.com;

Alissa K. Lipton
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
Two Seaport Lane
Boston, MA  02210-2001
(617) 646-1600
alissa.lipton@finnegan.com

Dated:  June 21, 2023                             Respectfully submitted,

                                                  MORGAN, LEWIS & BOCKIUS LLP

Amanda S. Williamson (admitted *pro hac* vice)    /s/*Amy M. Dudash*
Christopher J. Betti (admitted *pro hac* vice)    Amy M. Dudash (DE Bar No. 5741)
Krista V. Venegas (admitted *pro hac* vice)       1201 N. Market Street, Suite 2201
Maria E. Doukas (admitted *pro hac* vice)         Wilmington, Delaware 19801
Zachary Miller (admitted *pro hac* vice)          Telephone:  302.574.3000
Guylaine Haché (admitted *pro hac* vice)          Fax:  302.574.3001
Michael T. Sikora (admitted *pro hac* vice)       amy.dudash@morganlewis.com
110 N. Wacker Drive, Ste 2800
Chicago, IL  60601

Telephone:  312.324.1000
Fax:  312.324.1001
amanda.williamson@morganlewis.com
christopher.betti@morganlewis.com
krista.venegas@morganlewis.com
maria.doukas@morganlewis.com
zachary.miler@morganlewis.com
guylaine.hache@morganlewis.com
michael.sikora@morganlewis.com

Eric Kraeutler (admitted *pro hac vice*)
1701 Market Street
Philadelphia, PA  19103
Telephone: 215.693.5000
Fax: 215.963.5001
eric.kraeutler@morganlewis.com

*Attorneys for Plaintiff Nippon Shinyaku Co., Ltd.*