IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., Plaintiff, <br> v. <br> SAREPTA THERAPEUTICS, INC., Defendant. | ) ) ) ) ) ) ) |
| SAREPTA THERAPEUTICS, INC., Defendant and Counter-Plaintiff, and UNIVERSITY OF WESTERN AUSTRALIA, Counter-Plaintiff <br> v. <br> NIPPON SHINYAKU CO., LTD., Plaintiff and Counter-Defendant and NS PHARMA, INC., Counter-Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) |

C.A. No. 21-1015 (GBW)

**NIPPON SHINYAKU CO., LTD. AND NS PHARMA, INC.'S MOTION TO COMPEL**

Nippon Shinyaku Co., Ltd. and NS Pharma, Inc. (collectively, "Nippon Shinyaku") hereby move the Special Master to (1) compel Sarepta Therapeutics, Inc. ("Sarepta") to produce Sarepta's license agreements for antisense oligonucleotide and Duchenne Muscular Dystrophy ("DMD") therapies beyond merely the accused product Vyondys53®; and (2) compel Sarepta and the University of Western Australia ("UWA") to make at least one of Dr. Sue Fletcher and Dr. Graham McClorey—named co-inventors of the UWA Patents asserted by Sarepta and UWA in the instant action—available for deposition.

The reasons for the instant Motion are set forth in the accompanying letter brief in support, which is incorporated herein by reference.

| | |
|---|---|
| June 15, 2023 | Respectfully submitted, |
| | MORGAN, LEWIS & BOCKIUS LLP |
| Amanda S. Williamson (admitted *pro hac vice*) | Amy M. Dudash (DE Bar No. 5741) |
| Christopher J. Betti (admitted *pro hac* vice) | 1201 N. Market Street, Suite 2201 |
| Krista V. Venegas (admitted *pro hac* vice) | Wilmington, DE 19801 |
| Wan-Shon Lo (admitted *pro hac vice*) | Telephone: 302.574.3000 |
| Maria E. Doukas (admitted *pro hac vice*) | Fax: 302.574.3001 |
| Zachary Miller (admitted *pro hac vice*) | amy.dudash@morganlewis.com |
| Guylaine Haché (admitted *pro hac vice*) | |
| Michael T. Sikora (admitted *pro hac vice*) | *Attorneys for Plaintiff/Counterclaim Defendant Nippon Shinyaku Co., Ltd. and Counterclaim Defendant NS Pharma, Inc.* |
| 110 N. Wacker Drive, Ste 2800 | |
| Chicago, IL  60601 | |
| Telephone:  312.324.1000 | |
| Fax:  312.324.1001 | Dated:  June 15, 2023 |
| amanda.williamson@morganlewis.com | |
| christopher.betti@morganlewis.com | |
| krista.venegas@morganlewis.com | |
| shon.lo@morganlewis.com | |
| maria.doukas@morganlewis.com | |
| zachary.miller@morganlewis.com | |
| guylaine.hache@morganlewis.com | |
| michael.sikora@morganlewis.com | |

Eric Kraeutler (admitted *pro hac vice*)
Alison Patitucci (admitted (*pro hac vice*)
1701 Market Street
Philadelphia, PA  19103
Telephone: 215.693.5000
Fax: 215.963.5001
eric.kraeutler@morganlewis.com
alison.patitucci@morganlewis.com