IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SAREPTA THERAPEUTICS, INC., ) <br> ) <br> Defendant. ) <br> SAREPTA THERAPEUTICS, INC. and THE ) <br> UNIVERSITY OF WESTERN AUSTRALIA, ) <br> ) <br> Defendant/Counter-Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> NIPPON SHINYAKU CO., LTD. ) <br> and NS PHARMA, INC. ) <br> ) <br> Plaintiff/Counter-Defendants. ) | C.A. No. 21-1015 (GBW) |

**STIPULATION AND [PROPOSED] ORDER
TO EXTEND TIME FOR CERTAIN CASE DEADLINES**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the following case deadlines be extended as follows:

| EVENT | CURRENT DATE (D.I. 143) | AMENDED DATE |
|---|---|---|
| Fact Discovery Cut Off (¶ 4a) | July 27, 2023 | July 27, 2023 (**no change**) |
| Plaintiff & Counterclaim-Plaintiff to Provide Final Validity Contentions (¶ 7h) | July 20, 2023 | August 10, 2023 |
| Opening Expert Reports (¶ 4f) | August 14, 2023 | September 5, 2023 |
| Rebuttal Expert Reports (¶ 4f) | September 11, 2023 | October 2, 2023 |
| Reply Expert Reports (¶ 4f) | October 2, 2023 | October 23, 2023 |
| Close of Expert Discovery (¶ 4f) | October 30, 2023 | November 20, 2023 |
| Case Dispositive Motions (Opening Briefs) (¶13a) | November 20, 2023 | December 11, 2023 |

| EVENT | CURRENT DATE (D.I. 143) | AMENDED DATE |
|---|---|---|
| Answering Case Dispositive Briefs (¶13a) | December 15, 2023 | January 12, 2024 |
| Reply Case Dispositive Briefs (¶13a) | January 10, 2024 | January 26, 2024 |
| Deadline to File Proposed Voir Dire, Preliminary Jury Instructions, and Final Jury Instructions (¶ 20) | 7 days before Pretrial Conference | 7 days before Pretrial Conference (**no change**) |
| Deadline to File Joint Proposed Final Pretrial Order (¶ 19) | 7 days before Pretrial Conference | 7 days before Pretrial Conference (**no change**) |
| Pretrial Conference (¶ 19) | May 6, 2024 | May 6, 2024 (**no change**) |
| Trial (7-day jury) (¶ 21) | May 13, 2024 | May 13, 2024 (**no change**) |

Although the date for the close of fact discovery remains unchanged, the parties agree to take certain outstanding depositions out of time, as previously agreed in correspondence between the parties or by court order.  The parties also agree to mutually exchange final supplementation to the parties' objections and responses to Interrogatories and Requests for Admission served to date on August 15, 2023.  This stipulation does not permit the parties to serve any new written discovery that has not been served as of June 27, 2023.

MORGAN, LEWIS & BOCKIUS LLP

*/s/ Amy M. Dudash*

---

Amy M. Dudash (#5741)
1201 North Market Street, Suite 2201
Wilmington, DE  19801
(302) 574-3000
amy.dudash@morganlewis.com

*Attorneys for Plaintiffs and Counter-Defendants Nippon Shinyaku Co., Ltd. and NS Pharma, Inc.*

July 18, 2023

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

---

Jack B. Blumenfeld (#1014)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Defendants and Counter-Plaintiffs Sarepta Therapeutics, Inc. and The University of Western Australia*

- 3 -

SO ORDERED this \_\_\_\_\_ day of _____, 2023.

The Honorable Gregory B. Williams
United States District Court Judge