EXHIBIT AD

(12) 特許協力条約に基づいて公開された国際出願

(19) 世界知的所有権機関
国際事務局



(43) 国際公開日
**2012 年 3 月 8 日(08.03.2012)**

**PCT**

(10) 国際公開番号
## WO 2012/029986 A1

(51) 国際特許分類:
*C12N 15/113* (2010.01)    *A61P 21/04* (2006.01)
*A61K 31/7125* (2006.01)    *C07H 21/04* (2006.01)

(21) 国際出願番号: PCT/JP2011/070318

(22) 国際出願日: 2011 年 8 月 31 日(31.08.2011)

(25) 国際出願の言語: 日本語

(26) 国際公開の言語: 日本語

(30) 優先権データ:
特願 2010-196032 2010 年 9 月 1 日(01.09.2010)    JP

(71) 出願人 (米国を除く全ての指定国について): 日本新薬株式会社(NIPPON SHINYAKU CO., LTD.) [JP/JP]; 〒6018550 京都府京都市南区吉祥院西ノ庄門口町１４番地 Kyoto (JP). 独立行政法人国立精神・神経医療研究センター(NATIONAL CENTER OF NEUROLOGY AND PSYCHIATRY) [JP/JP]; 〒1878551 東京都小平市小川東町４丁目１番１号 Tokyo (JP).

(72) 発明者; および
(75) 発明者/出願人 (米国についてのみ): 渡辺直樹 (WATANABE, Naoki) [JP/JP]; 〒3050003 茨城県つくば市桜一丁目２１−３ルヴィオⅠⅠ−４０２ Ibaraki (JP). 佐藤洋平(SATOU, Youhei) [JP/JP]; 〒6650811 兵庫県宝塚市南ひばりガ丘１丁目１

３番５号 Hyogo (JP). 武田伸一 (TAKEDA, Shin'ichi) [JP/JP]; 〒1878551 東京都小平市小川東町４丁目１番１号独立行政法人国立精神・神経医療研究センター内 Tokyo (JP). 永田哲也(NAGATA, Tetsuya) [JP/JP]; 〒1878551 東京都小平市小川東町４丁目１番１号独立行政法人国立精神・神経医療研究センター内 Tokyo (JP).

(74) 代理人: 小林浩, 外(KOBAYASHI, Hiroshi et al.); 〒1040028 東京都中央区八重洲二丁目８番７号福岡ビル９階 阿部・井窪・片山法律事務所 Tokyo (JP).

(81) 指定国 (表示のない限り、全ての種類の国内保護が可能): AE, AG, AL, AM, AO, AT, AU, AZ, BA, BB, BG, BH, BR, BW, BY, BZ, CA, CH, CL, CN, CO, CR, CU, CZ, DE, DK, DM, DO, DZ, EC, EE, EG, ES, FI, GB, GD, GE, GH, GM, GT, HN, HR, HU, ID, IL, IN, IS, JP, KE, KG, KM, KN, KP, KR, KZ, LA, LC, LK, LR, LS, LT, LU, LY, MA, MD, ME, MG, MK, MN, MW, MX, MY, MZ, NA, NG, NI, NO, NZ, OM, PE, PG, PH, PL, PT, QA, RO, RS, RU, RW, SC, SD, SE, SG, SK, SL, SM, ST, SV, SY, TH, TJ, TM, TN, TR, TT, TZ, UA, UG, US, UZ, VC, VN, ZA, ZM, ZW.

(84) 指定国 (表示のない限り、全ての種類の広域保護が可能): ARIPO (BW, GH, GM, KE, LR, LS, MW, MZ, NA, SD, SL, SZ, TZ, UG, ZM, ZW), ユーラシア

[続葉有]

(54) **Title:** ANTISENSE NUCLEIC ACID

(54) 発明の名称：アンチセンス核酸

図 1



AA Skipping efficiency (%)

(57) **Abstract:** Disclosed is a drug which efficiently allows skipping of the 53rd exon in the human dystrophin gene. Disclosed is an oligomer which makes possible skipping of the 53rd exon of the human dystrophin gene.

(57) 要約: 本発明は、ヒトジストロフィン遺伝子の第 53 番目のエクソンを高効率にスキッピングさせる薬剤を提供することを目的とする。 本発明は、ヒトジストロフィン遺伝子の第 53 番目のエクソンのスキッピングを可能にするオリゴマーを提供する。

WO 2012/029986 A1

# WO 2012/029986 A1 |||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||

(AM, AZ, BY, KG, KZ, MD, RU, TJ, TM), ヨーロッパ
(AL, AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR,
GB, GR, HR, HU, IE, IS, IT, LT, LU, LV, MC, MK, MT,
NL, NO, PL, PT, RO, RS, SE, SI, SK, SM, TR), OAPI
(BF, BJ, CF, CG, CI, CM, GA, GN, GQ, GW, ML, MR,
NE, SN, TD, TG).

添付公開書類:

— 国際調査報告（条約第 21 条(3)）

— 明細書の別個の部分として表した配列リスト
　（規則 5.2(a)）

WO 2012/029986                                                    PCT/JP2011/070318

明 細 書

発明の名称

アンチセンス核酸

5

技術分野

本発明は、ヒトジストロフィン遺伝子の第 53 番目のエクソンのスキッピングを可能にするアンチセンスオリゴマー及び該オリゴマーを含む医薬組成物に関する。

10 背景技術

デュシェンヌ型筋ジストロフィー（DMD）は出生男子約3,500人に1人が発症する最も頻度の高い遺伝性進行性筋萎縮症である。乳幼児期には正常のヒトとほとんど変わらない運動機能を示すが、4～5歳頃から筋力低下がみられる。その後筋力低下は進行し12歳頃までに歩行不能になり、20歳代で心不全または呼吸器不全により死

15 に至る重篤な疾患である。現在、DMDに対する有効な治療法はなく、新たな治療薬の開発が強く求められている。

DMDはジストロフィン遺伝子の変異が原因であることが知られている。ジストロフィン遺伝子はX染色体に存在し、220万塩基対のDNAから成る巨大な遺伝子である。DNAからmRNA前駆体に転写され、さらにスプライシングによりイントロンが除かれ

20 79のエクソンが結合したmRNAが合成される。このmRNAから3,685のアミノ酸に翻訳され、ジストロフィンタンパク質が生成される。ジストロフィンタンパク質は筋細胞の膜安定性の維持に関与しており、筋細胞を壊れにくくするために必要である。DMD患者のジストロフィン遺伝子は変異を有するため、筋細胞において機能を有するジストロフィンタンパク質が殆ど発現されない。そのため、DMD患者体内では、

25 筋細胞の構造を維持できなくなり、多量のカルシウムイオンが筋細胞内に流れ込む。その結果、炎症に似た反応が生じ、線維化が進むために筋細胞が再生されにくくなる。

ベッカー型筋ジストロフィー（BMD）もジストロフィン遺伝子の変異が原因であるが、その症状は筋萎縮による筋力低下を呈するものの一般にDMDと比較して軽く、

1

WO 2012/029986                                           PCT/JP2011/070318

筋力低下の進行も遅く、多くの場合、成人期に発症する。DMDとBMDとの臨床症状の違いは、変異によりジストロフィンのmRNAがジストロフィンタンパク質へと翻訳される際のアミノ酸読み取り枠が破壊されるか、あるいは維持されるかによるものと考えられている（非特許文献1）。つまり、DMDでは、アミノ酸読み取り枠がずれる

5   変異を有することにより、機能を持つジストロフィンタンパク質がほとんど発現しないが、BMDでは変異によりエクソンの一部は欠失しているが、アミノ酸読み取り枠は維持されているために不完全ながらも機能を有するジストロフィンタンパク質が産生される。

DMD の治療法として、エクソンスキッピング法が期待されている。この方法は、

10  スプライシングを改変することでジストロフィンの mRNA のアミノ酸読み取り枠を修復し、部分的に機能を回復したジストロフィンタンパク質の発現を誘導する方法である（非特許文献 2）。エクソンスキッピングの対象となるアミノ酸配列部分は失われることになる。そのためこの治療で発現されるジストロフィンタンパク質は正常のものより短くなるが、アミノ酸読み取り枠が維持されるために筋細胞を安定

15  化する機能が部分的に保持される。従って、エクソンスキッピングにより、DMD は、より軽症の BMD と同じような症状を呈するようになると期待されている。エクソンスキッピング法は、マウスやイヌによる動物実験を経て、ヒト DMD 患者に対する臨床試験が行われている。

エクソンスキッピングは、5'若しくは 3'スプライス部位のいずれか若しくは

20  両方、又はエクソンの内部を標的とするアンチセンス核酸の結合により誘導することができる。エクソンは両方のスプライス部位がスプライソソーム複合体によって認識された場合のみ mRNA に包含される。従って、スプライス部位をアンチセンス核酸でターゲッティングすることにより、エクソンスキッピングを誘導することができる。また、エクソンがスプライシングの機構に認識されるためにはエクソンス

25  プライシングエンハンサー（ESE）への SR タンパク質の結合が必要であると考えられており、ESE をターゲッティングすることでもエクソンのスキッピングを誘導することができる。

ジストロフィン遺伝子の変異は DMD 患者によって異なるため、遺伝子変異の場所や種類に応じたアンチセンス核酸が必要になる。これまでに、西オーストラリア大

2

WO 2012/029986                                                    PCT/JP2011/070318

学のSteve Wiltonらによって79個全てのエクソンに対してエクソンスキッピング
を誘導するアンチセンス核酸が作製されており（非特許文献3）、オランダの
Annemieke Aartsma-Rusらによって39種類のエクソンに対してエクソンスキッピ
ングを誘導するアンチセンス核酸が作られている（非特許文献4）。

5    全DMD患者の8%程度は、第53番目のエクソン（以下、「エクソン53」という）
をスキッピングすることで治療可能と考えられている。近年では、ジストロフィン
遺伝子のエクソン53をエクソンスキッピングのターゲットとした研究について、
複数の研究機関から報告がなされている（特許文献1～4；非特許文献5）。しかし
ながら、エクソン53を高効率にスキッピングさせる技術は、いまだに確立されて
10   いない。


特許文献1  ：  国際公開公報 WO 2006/000057
特許文献2  ：  国際公開公報 WO 2004/048570
特許文献3  ：  米国特許公開公報  US 2010/0168212
15   特許文献4  ：  国際公開公報 WO 2010/048586
非特許文献1  ：  Monaco A. P. et al., Genomics 1988; 2: p. 90-95
非特許文献2  ：  Matsuo M., Brain Dev 1996; 18: p. 167-172
非特許文献3  ：  Wilton S. D., e t al., Molecular Therapy 2007: 15: p.
1288-96
20   非特許文献4  ：  Annemieke Aartsma-Rus et al., (2002) Neuromuscular
Disorders 12: S71-S77
非特許文献5  ：  Linda J. Popplewell et al., (2010) Neuromuscular
Disorders, vol. 20, no. 2, p. 102-10


25   発明の開示
上記のような状況において、ジストロフィン遺伝子のエクソン53のスキッピン
グを強く誘導するアンチセンスオリゴマー及びそのオリゴマーを含む筋ジストロ
フィー治療薬が望まれている。
本発明者らは、ジストロフィン遺伝子の構造を詳細に研究した結果、ジストロ

3

フィン遺伝子の mRNA 前駆体（以下、「pre-mRNA」という）のうちエクソン 53 の 5'
末端から第 32〜56 番目周辺のヌクレオチドからなる配列をアンチセンスオリゴマー
ーでターゲッティングすることにより、高効率にエクソン 53 のスキッピングを誘
導できることを見出した。本発明者らは、この知見に基づき、本発明を完成させ
5   た。

即ち、本発明は、以下のとおりである。
　[1]　ヒトジストロフィン遺伝子の第 53 番目のエクソンのスキッピングを可能に
するアンチセンスオリゴマーであって、ヒトジストロフィン遺伝子の第 53 番目の
10   エクソンの 5' 末端から第 31〜53 番目、第 31〜54 番目、第 31〜55 番目、第 31〜
56 番目、第 31〜57 番目、第 31〜58 番目、第 32〜53 番目、第 32〜54 番目、第 32
〜55 番目、第 32〜56 番目、第 32〜57 番目、第 32〜58 番目、第 33〜53 番目、第
33〜54 番目、第 33〜55 番目、第 33〜56 番目、第 33〜57 番目、第 33〜58 番目、
第 34〜53 番目、第 34〜54 番目、第 34〜55 番目、第 34〜56 番目、第 34〜57 番目、
15   第 34〜58 番目、第 35〜53 番目、第 35〜54 番目、第 35〜55 番目、第 35〜56 番目、
第 35〜57 番目、第 35〜58 番目、第 36〜53 番目、第 36〜54 番目、第 36〜55 番目、
第 36〜56 番目、第 36〜57 番目又は第 36〜58 番目のヌクレオチドからなる配列の
いずれか 1 つに相補的な塩基配列からなる、アンチセンスオリゴマー。
　[2]　オリゴヌクレオチドである、前記 [1] に記載のアンチセンスオリゴマー。
20   [3]　前記オリゴヌクレオチドを構成する少なくとも 1 つのヌクレオチドの糖部分
及び/又はリン酸結合部分が修飾されている、前記 [2] に記載のアンチセンスオリ
ゴマー。
　[4]　前記オリゴヌクレオチドを構成する少なくとも 1 つのヌクレオチドの糖部分
が、2' 位の-OH 基が、OR、R、R' OR、SH、SR、NH$_2$、NHR、NR$_2$、N$_3$、CN、F、Cl、Br
25   及び I からなる群より選択されるいずれかの基で置換されたリボースである、前
記 [3] に記載のアンチセンスオリゴマー。
　（上記 R は、アルキル又はアリールを示し、上記 R' は、アルキレンを示す。）
　[5]　前記オリゴヌクレオチドを構成する少なくとも 1 つのヌクレオチドのリン酸
結合部分が、ホスホロチオエート結合、ホスホロジチオエート結合、アルキルホ

4

スホネート結合、ホスホロアミデート結合、及びボラノフォスフェート結合のか
らなる群より選択されるいずれか 1 つのものである、前記 [3] 又は [4] に記載のア
ンチセンスオリゴマー。

　[6]　モルホリノオリゴマーである、前記 [1] に記載のアンチセンスオリゴマー。

5　[7]　ホスホロジアミデートモルホリノオリゴマーである、前記 [6] に記載のアンチ
センスオリゴマー。

　[8]　5'末端が、下記化学式（1）〜（3）のいずれかの基である、前記 [1] 〜 [7]
のいずれか 1 項に記載のアンチセンスオリゴマー。



10　　　　　　　（1）　　　　　　　（2）　　（3）

　[9]　ヒトジストロフィン遺伝子の第 53 番目のエクソンの 5'末端から第 32〜56
番目又は第 36〜56 番目のヌクレオチドからなる配列に相補的な塩基配列からなる、
前記 [1] 〜 [8] のいずれか 1 項に記載のアンチセンスオリゴマー。

15　[10]　配列番号 2〜37 からなる群より選択されるいずれか 1 つの塩基配列からなる、
前記 [1] 〜 [8] のいずれか 1 項に記載のアンチセンスオリゴマー。

　[11]　配列番号 11、17、23、29 及び 35 からなる群より選択されるいずれか 1 つの
塩基配列からなる、前記 [1] 〜 [8] のいずれか 1 項に記載のアンチセンスオリゴマ
ー。

20　[12]　配列番号 11 又は 35 のいずれか 1 つの塩基配列からなる、前記 [1] 〜 [8] のい
ずれか 1 項に記載のアンチセンスオリゴマー。

　[13]　前記 [1] 〜 [12] のいずれか 1 項に記載のアンチセンスオリゴマー、その医薬
的に許容可能な塩又は水和物を有効成分とする、筋ジストロフィー治療用医薬組
成物。

5

　　　本発明のアンチセンスオリゴマーにより、ヒトジストロフィン遺伝子のエクソン53のスキッピングを高効率に誘導することが可能である。また、本発明の医薬組成物を投与することにより、デュシェンヌ型筋ジストロフィーの症状を、効果的に軽

5　減することができる。


図面の簡単な説明

　　　図1： ヒト横紋筋肉腫細胞株（RD 細胞）におけるヒトジストロフィン遺伝子エクソン53のスキッピング効率を示す図である。

10　　　図2： ヒト正常組織由来線維芽細胞（TIG-119 細胞）にヒト myoD 遺伝子を導入して筋肉細胞に分化誘導した細胞におけるヒトジストロフィン遺伝子のエクソン53のスキッピング効率を示す図である。

　　　図3： ヒト DMD 患者由来線維芽細胞（5017 細胞）にヒト myoD 遺伝子を導入して筋肉細胞に分化誘導した細胞におけるヒトジストロフィン遺伝子のエクソン53

15　のスキッピング効率を示す図である。

　　　図4： ヒト DMD 患者（エクソン 45-52 欠失）由来線維芽細胞にヒト myoD 遺伝子を導入して筋肉細胞に分化誘導した細胞におけるヒトジストロフィン遺伝子のエクソン53のスキッピング効率を示す図である。

　　　図5： ヒト DMD 患者（エクソン 48-52 欠失）由来線維芽細胞にヒト myoD 遺伝

20　子を導入して筋肉細胞に分化誘導した細胞におけるヒトジストロフィン遺伝子のエクソン53のスキッピング効率を示す図である。

　　　図6： ヒト DMD 患者（エクソン 48-52 欠失）由来線維芽細胞にヒト myoD 遺伝子を導入して筋肉細胞に分化誘導した細胞におけるヒトジストロフィン遺伝子のエクソン53のスキッピング効率を示す図である。

25　　　図7： ヒト DMD 患者（エクソン 45-52 欠失またはエクソン 48-52 欠失）由来線維芽細胞にヒト myoD 遺伝子を導入して筋肉細胞に分化誘導した細胞におけるヒトジストロフィン遺伝子のエクソン53のスキッピング効率を示す図である。

　　　図8： ヒト DMD 患者（エクソン 45-52 欠失）由来線維芽細胞にヒト myoD 遺伝子を導入して筋肉細胞に分化誘導した細胞におけるヒトジストロフィン遺伝子の

6

エクソン 53 のスキッピング効率を示す図である。

図9： ヒト横紋筋肉腫細胞 (RD 細胞) におけるヒトジストロフィン遺伝子の
エクソン 53 のスキッピング効率 (2'-OMe-S-RNA) を示す図である。

5 図10： ヒト横紋筋肉腫細胞 (RD 細胞) におけるヒトジストロフィン遺伝子
のエクソン 53 のスキッピング効率 (2'-OMe-S-RNA) を示す図である。

図11： ヒト横紋筋肉腫細胞 (RD 細胞) におけるヒトジストロフィン遺伝子
のエクソン 53 のスキッピング効率 (2'-OMe-S-RNA) を示す図である。

図12： ヒト横紋筋肉腫細胞 (RD 細胞) におけるヒトジストロフィン遺伝子
のエクソン 53 のスキッピング効率 (2'-OMe-S-RNA) を示す図である。

10 図13： ヒト横紋筋肉腫細胞 (RD 細胞) におけるヒトジストロフィン遺伝子
のエクソン 53 のスキッピング効率 (2'-OMe-S-RNA) を示す図である。

図14： ヒト横紋筋肉腫細胞 (RD 細胞) におけるヒトジストロフィン遺伝子
のエクソン 53 のスキッピング効率 (2'-OMe-S-RNA) を示す図である。

図15： ヒト横紋筋肉腫細胞 (RD 細胞) におけるヒトジストロフィン遺伝子
15 のエクソン 53 のスキッピング効率 (2'-OMe-S-RNA) を示す図である。

図16： ヒト横紋筋肉腫細胞 (RD 細胞) におけるヒトジストロフィン遺伝子
のエクソン 53 のスキッピング効率 (2'-OMe-S-RNA) を示す図である。

図17： ヒト横紋筋肉腫細胞 (RD 細胞) におけるヒトジストロフィン遺伝子
のエクソン 53 のスキッピング効率 (2'-OMe-S-RNA) を示す図である。

20 図18： ヒト横紋筋肉腫細胞 (RD 細胞) におけるヒトジストロフィン遺伝子
のエクソン 53 のオリゴマー濃度別のスキッピング効率を示す図である。

図19： ヒト横紋筋肉腫細胞 (RD 細胞) におけるヒトジストロフィン遺伝子
のエクソン 53 のオリゴマー濃度別のスキッピング効率を示す図である。

25 発明を実施するための最良の形態

以下、本発明を詳細に説明する。以下の実施の形態は、本発明を説明するための
例示であり、本発明をこの実施の形態のみに限定する趣旨ではない。本発明は、そ
の要旨を逸脱しない限り、様々な形態で実施をすることができる。

なお、本明細書において引用した全ての文献、および公開公報、特許公報その

7

他の特許文献は、参照として本明細書に組み込むものとする。また、本明細書は、
2010 年 9 月 1 日に出願された本願優先権主張の基礎となる日本国特許出願（特願
2010-196032 号）の明細書及び図面に記載の内容を包含する。

5    1．アンチセンスオリゴマー

本発明は、ヒトジストロフィン遺伝子の第 53 番目のエクソンのスキッピングを
可能にするアンチセンスオリゴマーであって、ヒトジストロフィン遺伝子の第 53
番目のエクソンの 5’末端から第 31～53 番目、第 31～54 番目、第 31～55 番目、
第 31～56 番目、第 31～57 番目、第 31～58 番目、第 32～53 番目、第 32～54 番目、
10   第 32～55 番目、第 32～56 番目、第 32～57 番目、第 32～58 番目、第 33～53 番目、
第 33～54 番目、第 33～55 番目、第 33～56 番目、第 33～57 番目、第 33～58 番目、
第 34～53 番目、第 34～54 番目、第 34～55 番目、第 34～56 番目、第 34～57 番目、
第 34～58 番目、第 35～53 番目、第 35～54 番目、第 35～55 番目、第 35～56 番目、
第 35～57 番目、第 35～58 番目、第 36～53 番目、第 36～54 番目、第 36～55 番目、
15   第 36～56 番目、第 36～57 番目又は第 36～58 番目のヌクレオチドからなる配列（以
下、「標的配列」ともいう。）のいずれか 1 つに相補的な塩基配列からなる、アン
チセンスオリゴマー（以下、「本発明のオリゴマー」という）を提供する。

[ヒトジストロフィン遺伝子の第 53 番目のエクソン]
20   本発明において、「遺伝子」には、ゲノム遺伝子以外に、cDNA、mRNA 前駆体及
び mRNA も含まれる。好ましくは、遺伝子は、mRNA 前駆体、即ち、pre-mRNA であ
る。

ヒトゲノムにおいて、ヒトジストロフィン遺伝子は遺伝子座 Xp21.2 に存在する。
ヒトジストロフィン遺伝子は、3.0 Mbp のサイズを有しており、既知のヒト遺伝子
25   としては最大の遺伝子である。但し、ヒトジストロフィン遺伝子のコード領域は
わずか14kbに過ぎず、該コード領域は79個のエクソンとしてジストロフィン遺伝
子内に分散している（Roberts, RG., et al., Genomics, 16: 536-538 (1993)）。
ヒトジストロフィン遺伝子の転写物である pre-mRNA は、スプライシングを受けて
14kb の成熟 mRNA を生成する。ヒトの野生型ジストロフィン遺伝子の塩基配列は公

8

知である（GenBank Accession No. NM_004006）。

　ヒトの野生型ジストロフィン遺伝子のエクソン 53 の塩基配列を配列番号 1 に示
す。

5　　本発明のオリゴマーは、ヒトジストロフィン遺伝子のエクソン 53 のスキッピン
グにより、DMD 型ジストロフィン遺伝子でコードされるタンパク質を、BMD 型ジス
トロフィンタンパク質に改変することを目的として作製されたものである。従っ
て、本発明のオリゴマーのエクソンスキッピングの対象となるジストロフィン遺
伝子のエクソン 53 には、野生型だけではなく、変異型も含まれる。

10　　変異型のヒトジストロフィン遺伝子のエクソン 53 は、具体的には、以下の（a）
又は（b）に記載のポリヌクレオチドである。

　（a）配列番号 1 の塩基配列と相補的な塩基配列からなるポリヌクレオチドとスト
リンジェントな条件下でハイブリダイズするポリヌクレオチド；

　（b）配列番号 1 の塩基配列に対して、90%以上の同一性を有する塩基配列からな
15　るポリヌクレオチド

　本明細書中、「ポリヌクレオチド」とは、DNA 又は RNA を意味する。

　本明細書中、「ストリンジェントな条件下でハイブリダイズするポリヌクレオチ
ド」とは、例えば、配列番号 1 の塩基配列と相補的な塩基配列からなるポリヌクレ
20　オチドの全部又は一部をプローブとして、コロニーハイブリダイゼーション法、
プラークハイブリダイゼーション法又はサザンハイブリダイゼーション法などを
用いることにより得られるポリヌクレオチドをいう。ハイブリダイゼーションの
方法としては、例えば、"Sambrook & Russell,　Molecular Cloning : A
Laboratory Manual Vol. 3, Cold Spring Harbor, Laboratory Press 2001" 及び
25　"Ausubel, Current Protocols in Molecular Biology, John Wiley & Sons
1987-1997" などに記載されている方法を利用することができる。

　本明細書中、「相補的な塩基配列」とは、対象となる塩基配列とワトソン・クリ
ック対を形成する塩基配列に限定されるものではなく、揺らぎ塩基対（Wobble

9

base pair）を形成する塩基配列も含む。ここで、ワトソン・クリック対とは、アデ
ニン–チミン、アデニン–ウラシル及びグアニン–シトシン間に水素結合が形成され
る塩基対を意味し、揺らぎ塩基対とは、グアニン–ウラシル、イノシン–ウラシル、
イノシン–アデニン及びイノシン–シトシン間に水素結合が形成される塩基対を意
5　味する。また、「相補的な塩基配列」とは、対象となる塩基配列と１００％の相補
性を有していなくてもよく、例えば、対象となる塩基配列に対して、1～3 個、1
～2 個又は 1 個の非相補的塩基が含まれていてもよい。

　本明細書中、「ストリンジェントな条件」とは、低ストリンジェントな条件、中
10　ストリンジェントな条件及び高ストリンジェントな条件のいずれでもよい。「低ス
トリンジェントな条件」は、例えば、5×SSC、5×デンハルト溶液、0.5%SDS、
50%ホルムアミド、32℃の条件である。また、「中ストリンジェントな条件」は、
例えば、5×SSC、5×デンハルト溶液、0.5%SDS、50%ホルムアミド、42℃又は 5
×SSC、1% SDS、50 mM Tris–HCl（pH7.5）、50%ホルムアミド、42℃の条件であ
15　る。「高ストリンジェントな条件」は、例えば、5×SSC、5×デンハルト溶液、
0.5%SDS、50%ホルムアミド、50℃又は 0.2×SSC、0.1% SDS、65℃の条件であ
る。これらの条件において、温度を上げるほど高い同一性を有するポリヌクレオ
チドが効率的に得られることが期待できる。ただし、ハイブリダイゼーションの
ストリンジェンシーに影響する要素としては温度、プローブ濃度、プローブの長
20　さ、イオン強度、時間、塩濃度等の複数の要素が考えられ、当業者であればこれ
らの要素を適宜選択することで同様のストリンジェンシーを実現することが可能
である。

　なお、ハイブリダイゼーションに市販のキットを用いる場合は、例えば
25　Alkphos Direct Labelling and Detection System (GE Healthcare) を用いること
ができる。この場合は、キットに添付のプロトコールにしたがい、標識したプロ
ーブとのインキュベーションを一晩行った後、メンブレンを 55℃の条件下で
0.1% (w/v) SDS を含む 1 次洗浄バッファーで洗浄後、ハイブリダイズしたポリヌ
クレオチドを検出することができる。あるいは、配列番号 1 の塩基配列と相補的

10

な塩基配列の全部又は一部に基づいてプローブを作製する際に、市販の試薬(例え
ば、PCR ラベリングミックス(ロシュ・ダイアグノス社)等)を用いて該プローブ
をジゴキシゲニン(DIG)ラベルした場合には、DIG 核酸検出キット(ロシュ・ダ
イアグノス社)を用いてハイブリダイゼーションを検出することができる。

5

　上記のハイブリダイズ可能なポリヌクレオチド以外のポリヌクレオチドとして
は、相同性検索ソフトウェアである BLAST により、デフォルトのパラメーターを
用いて計算したときに、配列番号 1 のポリヌクレオチドと 90%以上、91%以上、
92%以上、93%以上、94%以上、95%以上、96%以上、97%以上、98%以上、
10　99%以上、99.1%以上、99.2%以上、99.3%以上、99.4%以上、99.5%以上、
99.6%以上、99.7%以上、99.8%以上、又は 99.9%以上の同一性を有するポリヌ
クレオチドをあげることができる。

　なお、塩基配列の同一性は、カーリン及びアルチュールによるアルゴリズム
15　BLAST (Basic Local Alignment Search Tool) (Proc. Natl. Acad. Sci. USA
872264-2268, 1990; Proc Natl Acad Sci USA 90: 5873, 1993) を用いて決定でき
る。BLAST のアルゴリズムに基づいた BLASTN や BLASTX と呼ばれるプログラムが開
発されている (Altschul SF, et al: J Mol Biol 215: 403, 1990)。BLASTN を用
いて塩基配列を解析する場合は、パラメーターは、例えば score = 100、
20　wordlength = 12 とする。BLAST と Gapped BLAST プログラムを用いる場合は、各プ
ログラムのデフォルトパラメーターを用いる。

　エクソン 53 の 5' 末端から第 31〜53 番目、第 31〜54 番目、第 31〜55 番目、第
31〜56 番目、第 31〜57 番目、第 31〜58 番目、第 32〜53 番目、第 32〜54 番目、
25　第 32〜55 番目、第 32〜56 番目、第 32〜57 番目、第 32〜58 番目、第 33〜53 番目、
第 33〜54 番目、第 33〜55 番目、第 33〜56 番目、第 33〜57 番目、第 33〜58 番目、
第 34〜53 番目、第 34〜54 番目、第 34〜55 番目、第 34〜56 番目、第 34〜57 番目、
第 34〜58 番目、第 35〜53 番目、第 35〜54 番目、第 35〜55 番目、第 35〜56 番目、
第 35〜57 番目、第 35〜58 番目、第 36〜53 番目、第 36〜54 番目、第 36〜55 番目、

11

WO 2012/029986                                                     PCT/JP2011/070318

第36〜56番目、第36〜57番目及び第36〜58番目のヌクレオチドからなる配列に
相補的な塩基配列の例を以下の表に示す。

表1

| エクソン53中の標的配列 | 相補的な塩基配列 | 配列番号 |
|---|---|---|
| 第31〜53番目 | 5'-CCGGTTCTGAAGGTGTTCTTGTA-3' | 配列番号2 |
| 第31〜54番目 | 5'-TCCGGTTCTGAAGGTGTTCTTGTA-3' | 配列番号3 |
| 第31〜55番目 | 5'-CTCCGGTTCTGAAGGTGTTCTTGTA-3' | 配列番号4 |
| 第31〜56番目 | 5'-CCTCCGGTTCTGAAGGTGTTCTTGTA-3' | 配列番号5 |
| 第31〜57番目 | 5'-GCCTCCGGTTCTGAAGGTGTTCTTGTA-3' | 配列番号6 |
| 第31〜58番目 | 5'-TGCCTCCGGTTCTGAAGGTGTTCTTGTA-3' | 配列番号7 |
| 第32〜53番目 | 5'-CCGGTTCTGAAGGTGTTCTTGT-3' | 配列番号8 |
| 第32〜54番目 | 5'-TCCGGTTCTGAAGGTGTTCTTGT-3' | 配列番号9 |
| 第32〜55番目 | 5'-CTCCGGTTCTGAAGGTGTTCTTGT-3' | 配列番号10 |
| 第32〜56番目 | 5'-CCTCCGGTTCTGAAGGTGTTCTTGT-3' | 配列番号11 |
| 第32〜57番目 | 5'-GCCTCCGGTTCTGAAGGTGTTCTTGT-3' | 配列番号12 |
| 第32〜58番目 | 5'-TGCCTCCGGTTCTGAAGGTGTTCTTGT-3' | 配列番号13 |
| 第33〜53番目 | 5'-CCGGTTCTGAAGGTGTTCTTG-3' | 配列番号14 |
| 第33〜54番目 | 5'-TCCGGTTCTGAAGGTGTTCTTG-3' | 配列番号15 |
| 第33〜55番目 | 5'-CTCCGGTTCTGAAGGTGTTCTTG-3' | 配列番号16 |
| 第33〜56番目 | 5'-CCTCCGGTTCTGAAGGTGTTCTTG-3' | 配列番号17 |
| 第33〜57番目 | 5'-GCCTCCGGTTCTGAAGGTGTTCTTG-3' | 配列番号18 |
| 第33〜58番目 | 5'-TGCCTCCGGTTCTGAAGGTGTTCTTG-3' | 配列番号19 |
| 第34〜53番目 | 5'-CCGGTTCTGAAGGTGTTCTT-3' | 配列番号20 |
| 第34〜54番目 | 5'-TCCGGTTCTGAAGGTGTTCTT-3' | 配列番号21 |
| 第34〜55番目 | 5'-CTCCGGTTCTGAAGGTGTTCTT-3' | 配列番号22 |
| 第34〜56番目 | 5'-CCTCCGGTTCTGAAGGTGTTCTT-3' | 配列番号23 |
| 第34〜57番目 | 5'-GCCTCCGGTTCTGAAGGTGTTCTT-3' | 配列番号24 |

WO 2012/029986                                                PCT/JP2011/070318

| 第 34～58 番目 | 5'-TGCCTCCGGTTCTGAAGGTGTTCTT-3' | 配列番号 25 |
|---|---|---|
| 第 35～53 番目 | 5'-CCGGTTCTGAAGGTGTTCT-3' | 配列番号 26 |
| 第 35～54 番目 | 5'-TCCGGTTCTGAAGGTGTTCT-3' | 配列番号 27 |
| 第 35～55 番目 | 5'-CTCCGGTTCTGAAGGTGTTCT-3' | 配列番号 28 |
| 第 35～56 番目 | 5'-CCTCCGGTTCTGAAGGTGTTCT-3' | 配列番号 29 |
| 第 35～57 番目 | 5'-GCCTCCGGTTCTGAAGGTGTTCT-3' | 配列番号 30 |
| 第 35～58 番目 | 5'-TGCCTCCGGTTCTGAAGGTGTTCT-3' | 配列番号 31 |
| 第 36～53 番目 | 5'-CCGGTTCTGAAGGTGTTC-3' | 配列番号 32 |
| 第 36～54 番目 | 5'-TCCGGTTCTGAAGGTGTTC-3' | 配列番号 33 |
| 第 36～55 番目 | 5'-CTCCGGTTCTGAAGGTGTTC-3' | 配列番号 34 |
| 第 36～56 番目 | 5'-CCTCCGGTTCTGAAGGTGTTC-3' | 配列番号 35 |
| 第 36～57 番目 | 5'-GCCTCCGGTTCTGAAGGTGTTC-3' | 配列番号 36 |
| 第 36～58 番目 | 5'-TGCCTCCGGTTCTGAAGGTGTTC-3' | 配列番号 37 |

　　　本発明のオリゴマーは、好ましくは、ヒトジストロフィン遺伝子の第 53 番目の
エクソンの 5'末端から第 32～56 番目、第 33～56 番目、第 34～56 番目、第 35～
56 番目又は第 36～56 番目のヌクレオチドからなる配列のいずれか 1 つに相補的な
5　塩基配列（例えば、配列番号 11、配列番号 17、配列番号 23、配列番号 29 又は配
列番号 35）からなる。
　　　好ましくは、本発明のオリゴマーは、ヒトジストロフィン遺伝子の第 53 番目の
エクソンの 5'末端から第 32～56 番目又は第 36～56 番目のヌクレオチドからなる
配列のいずれか 1 つに相補的な塩基配列（例えば、配列番号 11 又は配列番号 35）
10　からなるものである。


　　　「ヒトジストロフィン遺伝子の第 53 番目のエクソンのスキッピングを可能にす
る」とは、ヒトジストロフィン遺伝子の転写物（例えば、pre-mRNA）のエクソン
53 に相当する部位に本発明のオリゴマーが結合することにより、該転写物がスプ
15　ライシングを受けた際に、例えばエクソン 52 が欠失した DMD 患者の場合、エクソ

WO 2012/029986                                                      PCT/JP2011/070318

ン 51 の 3' 末端に相当する塩基配列の 3' 側にエクソン 54 の 5' 末端に相当する
塩基配列が連結し、コドンのフレームシフトが起こっていない成熟 mRNA が形成さ
れることを意味する。

　　従って、本発明のオリゴマーは、ヒトジストロフィン遺伝子のエクソン 53 のス
5　キッピングを可能にする限り、ターゲット配列に対して 100%相補的な塩基配列
を有していなくてもよい。例えば、本発明のオリゴマーには、ターゲット配列に対
して、1〜3 個、1〜2 個又は 1 個の非相補的塩基が含まれていてもよい。

　　ここで、前記「結合」は、本発明のオリゴマーとヒトジストロフィン遺伝子の転
写物とを混合した場合に、生理的条件下で両者がハイブリダイズして二本鎖を形
10　成することを意味する。上記「生理的条件下」とは、生体内と類似の pH、塩組成、
温度に調節された条件を意味する。例えば、25〜40℃、好ましくは 37℃、pH 5〜8、
好ましくは、pH 7.4 であって、塩化ナトリウム濃度が 150 mM の条件が挙げられ
る。

15　　　ヒトジストロフィン遺伝子のエクソン 53 のスキッピングが生じたか否かは、ジ
ストロフィン発現細胞（例えば、ヒト横紋筋肉腫細胞）に本発明のオリゴマーを導
入し、前記ジストロフィン発現細胞の total RNA から、ヒトジストロフィン遺伝子
の mRNA のエクソン 53 の周辺領域を RT-PCR 増幅し、該 PCR 増幅産物に対して
nested PCR 又はシークエンス解析を行うことにより確認することができる。
20　　　スキッピング効率は、ヒトジストロフィン遺伝子のmRNAを被検細胞から回収し、
該mRNAのうち、エクソン53がスキップしたバンドのポリヌクレオチド量「A」と、
エクソン53がスキップしなかったバンドのポリヌクレオチド量「B」を測定し、こ
れら「A」及び「B」の測定値に基づき、以下の式に従って計算することができる。

25　　　スキッピング効率（%）= A /（A ＋ B）x 100

　　本発明のオリゴマーとしては、例えば、18〜28 塩基の長さを有する、オリゴヌ
クレオチド、モルホリノオリゴマー、又はペプチド核酸（Peptide Nucleic
Acid:PNA）オリゴマーを挙げることができる。21〜25 塩基の長さが好ましく、モ

14

　ルホリノオリゴマーが好ましい。

　　前記オリゴヌクレオチド（以下、「本発明のオリゴヌクレオチド」という）は、
ヌクレオチドを構成単位とする本発明のオリゴマーであり、かかるヌクレオチド
5　は、リボヌクレオチド、デオキシリボヌクレオチド又は修飾ヌクレオチドのいず
れであってもよい。
　　修飾ヌクレオチドとは、リボヌクレオチド又はデオキシリボヌクレオチドを構
成する核酸塩基、糖部分、及びリン酸結合部分の全部又は一部が修飾されている
ものをいう。
10

　　核酸塩基としては、例えば、アデニン、グアニン、ヒポキサンチン、シトシン、
チミン、ウラシル又はそれらの修飾塩基を挙げることができる。かかる修飾塩基
としては、例えば、シュードウラシル、3-メチルウラシル, ジヒドロウラシル、5-
アルキルシトシン（例えば、5-メチルシトシン）、5-アルキルウラシル（例えば、
15　5-エチルウラシル）、5-ハロウラシル（5-ブロモウラシル）、6-アザピリミジン、
6-アルキルピリミジン（6-メチルウラシル）、2-チオウラシル、4-チオウラシル、
4-アセチルシトシン、5-(カルボキシヒドロキシメチル) ウラシル、5'-カルボキ
シメチルアミノメチル-2-チオウラシル、5-カルボキシメチルアミノメチルウラシ
ル、1-メチルアデニン、1-メチルヒポキサンチン、2, 2-ジメチルグアニン、3-メ
20　チルシトシン、2-メチルアデニン、2-メチルグアニン、N6-メチルアデニン、7-メ
チルグアニン、5-メトキシアミノメチル-2-チオウラシル、5-メチルアミノメチル
ウラシル、5-メチルカルボニルメチルウラシル、5-メチルオキシウラシル、5-メ
チル-2-チオウラシル、2-メチルチオ-N6-イソペンテニルアデニン、ウラシル-5-
オキシ酢酸、2-チオシトシン、プリン、2, 6-ジアミノプリン、2-アミノプリン、
25　イソグアニン、インドール、イミダゾール、キサンチン等が挙げられるが、これ
らに限定されるものではない。


　　糖部分の修飾としては、例えば、リボースの 2'位の修飾及び糖のその他の部
分の修飾を挙げることができる。リボースの 2'位の修飾としては、例えば、リ

ボースの 2'位の-OH 基を OR、R、R'OR、SH、SR、NH$_2$、NHR、NR$_2$、N$_3$、CN、F、Cl、Br、I に置換する修飾を挙げることができる。ここで、R はアルキル又はアリールを表す。R'はアルキレンを表す。

　糖のその他の部分の修飾としては、例えば、リボース又はデオキシリボースの
5　4'位の O を S に置換したもの、糖の 2'位と 4'位を架橋したもの、例えば、LNA (Locked Nucleic Acid) 又は ENA(2'-O,4'-C-Ethylene-bridged Nucleic Acids) などが挙げられるが、これらに限定されるものではない。

　リン酸結合部分の修飾としては、例えば、ホスホジエステル結合をホスホロチ
10　オエート結合、ホスホロジチオエート結合、アルキルホスホネート結合、ホスホロアミデート結合、ボラノフォスフェート結合（Enya et al: Bioorganic & Medicinal Chemistry , 2008, 18, 9154-9160 ）に置換する修飾を挙げることができる（例えば、特許再公表公報第 2006/129594 号及び第 2006/038608 号を参照）。

15　アルキルとしては、直鎖状または分枝鎖状の炭素数 1〜6 のアルキルが好ましい。具体的には、例えば、メチル、エチル、n-プロピル、イソプロピル、n-ブチル、イソブチル、sec-ブチル、tert-ブチル、n-ペンチル、イソペンチル、ネオペンチル、tert-ペンチル、n-ヘキシル、イソヘキシルが挙げられる。当該アルキルは置換されていてもよく、かかる置換基としては、例えば、ハロゲン、アルコキシ、
20　シアノ、ニトロを挙げることができ、これらが 1〜3 個置換されていてもよい。
　シクロアルキルとしては、炭素数 5〜12 のシクロアルキルが好ましい。具体的には、例えば、シクロペンチル、シクロヘキシル、シクロヘプチル、シクロオクチル、シクロデシル、シクロドデシルが挙げられる。
　ハロゲンとしては、フッ素、塩素、臭素、ヨウ素を挙げることができる。
25　アルコキシとしては、直鎖状または分枝鎖状の炭素数 1〜6 のアルコキシ、例えば、メトキシ、エトキシ、n-プロポキシ、イソプロポキシ、n-ブトキシ、イソブトキシ、sec-ブトキシ、tert-ブトキシ、n-ペンチルオキシ、イソペンチルオキシ、n-ヘキシルオキシ、イソヘキシルオキシ等を挙げることができる。とりわけ、炭素数 1〜3 のアルコキシが好ましい。

16

WO 2012/029986                                                    PCT/JP2011/070318

　　アリールとしては、炭素数 6～10 のアリールが好ましい。具体的には、例えば、
フェニル、α-ナフチル、β-ナフチルを挙げることができる。とりわけフェニル
が好ましい。当該アリールは置換されていてもよく、かかる置換基としては、例
えば、アルキル、ハロゲン、アルコキシ、シアノ、ニトロを挙げることができ、

5　　これらが 1～3 個置換されていてもよい。

　　アルキレンとしては、直鎖状または分枝鎖状の炭素数 1～6 のアルキレンが好ま
しい。具体的には、例えば、メチレン、エチレン、トリメチレン、テトラメチレ
ン、ペンタメチレン、ヘキサメチレン、2-（エチル）トリメチレン、1-（メチル）
テトラメチレンを挙げることができる。

10　　アシルとしては、直鎖状若しくは分枝鎖状のアルカノイル、又はアロイルを挙げ
ることができる。アルカノイルとしては、例えば、ホルミル、アセチル、2－メチ
ルアセチル、2，2－ジメチルアセチル、プロピオニル、ブチリル、イソブチリル、
ペンタノイル、2，2－ジメチルプロピオニル、ヘキサノイル等が挙げられる。ア
ロイルとしては、例えば、ベンゾイル、トルオイル、ナフトイルを挙げることがで

15　　きる。かかるアロイルは置換可能な位置において置換されていてもよく、アルキル
で置換されていてもよい。


　　本発明のオリゴヌクレオチドは、好ましくは、リボースの 2'位の-OH 基がメト
キシで置換され、リン酸結合部分がホスホロチオエート結合である、下記一般式

20　　で表される基を構成単位とする本発明のオリゴマーである。





（式中、Base は、核酸塩基を表す。）

25

　　本発明のオリゴヌクレオチドは、各種自動合成装置（例えば、AKTA oligopilot

17

plus 10 / 100（GE Healthcare））を用いて容易に合成することが可能であり、あ
るいは、第三者機関（例えば、Promega 社又は Takara 社）等に委託して作製する
こともできる。

5    本発明のモルホリノオリゴマーは、下記一般式で表される基を構成単位とする
本発明のオリゴマーである。



10    （式中、Base は、前記と同義であり；
W は、以下のいずれかの式で表わされる基を表す。



15    （式中、X は、−CH$_2$R$^1$、−O−CH$_2$R$^1$、−S−CH$_2$R$^1$、−NR$^2$R$^3$ 又は F を表し；

18

$R^1$ は、H、アルキルを表し；

$R^2$ 及び $R^3$ は、同一又は異なって、H、アルキル、シクロアルキル、又は、アリールを表し；

$Y_1$ は、0、S、$CH_2$ 又は $NR^1$ を表し；

5      $Y_2$ は、0、S 又は $NR^1$ を表し；

Z は、0 又は S を表す。））


モルホリノオリゴマーは、好ましくは、以下の式で表わされる基を構成単位とするオリゴマー（ホスホロジアミデートモルホリノオリゴマー（以下、「PMO」という））である。

10



（式中、Base、$R^2$、$R^3$ は、前記と同義である。）

15

モルホリノオリゴマーは、例えば、国際公開公報第 1991/009033 号、又は国際公開公報第 2009/064471 号に従って製造することができる。特に、PMO は、国際公開公報第 2009/064471 号に記載の方法に従って製造するか、又は以下に示す方法に従って製造することができる。

20

[PMO の製法]

PMO の１つの態様として、例えば、次の一般式（I）で表される化合物（以下、PMO（I）という）を挙げることができる。

19

WO 2012/029986                                    PCT/JP2011/070318



（Ⅰ）

　　［式中、各 Base、$R^2$、$R^3$ は、前記と同義であり；

　　n は、1〜99 の範囲内にある任意の整数であり、好ましくは、18〜28 の範囲内に
5　　ある任意の整数である。］


　　PMO（Ⅰ）は、公知の方法に従い製造することができるが、例えば、下記工程の操
作を実施することにより製造することができる。

　　下記工程に使用されている化合物及び試薬は、PMO の製造に一般的に使用されて
10　いるものであれば特に限定されない。


　　また、下記のすべての工程は、液相法又は固相法（マニュアル又は市販の固相自
動合成機を用いる）で実施することができる。固相法で PMO を製造する場合、操作
手順の簡便化及び合成の正確性の点から自動合成機を用いる方法が望ましい。

15

　　（1）工程 A：

　　次の一般式（Ⅱ）で表される化合物（以下、化合物（Ⅱ）という）に酸を作用さ
せることによって、次の一般式（Ⅲ）で表される化合物（以下、化合物（Ⅲ）と
いう。）を製造する工程。

20

WO 2012/029986                                                    PCT/JP2011/070318



（ＩＩ）                                （ＩＩＩ）

[式中、n、R², R³は、前記と同義であり；

各Bᵖは，独立して、保護されていてもよい核酸塩基を表し；

5　　Ｔは、トリチル基、モノメトキシトリチル基、又はジメトキシトリチル基を表し；

Ｌは、水素、アシル、又は次の一般式（ＩＶ）で表される基（以下、基（ＩＶ）と
いう。）を表す。]



（ＩＶ）

10

Bᵖに係る「核酸塩基」としては、Base と同じ「核酸塩基」を挙げることができ
る。但し、Bᵖに係る核酸塩基のアミノ基又は水酸基は保護されていてもよい。

かかるアミノ基の保護基としては、核酸の保護基として使用されるものであれば
特に制限されず、具体的には、例えば、ベンゾイル、4-メトキシベンゾイル、アセ
15　チル、プロピオニル、ブチリル、イソブチリル、フェニルアセチル、フェノキシア
セチル、4-tert-ブチルフェノキシアセチル、4-イソプロピルフェノキシアセチル、
（ジメチルアミノ）メチレンを挙げることができる。水酸基の保護基としては、例え
ば、2-シアノエチル、4－ニトロフェネチル、フェニルスルホニルエチル、メチル
スルホニルエチル、トリメチルシリルエチル、置換可能な任意の位置で1～5個の
20　電子吸引性基で置換されていてもよいフェニル、ジフェニルカルバモイル、ジメチ
ルカルバモイル、ジエチルカルバモイル、メチルフェニルカルバモイル、1-ピロリ
ジニルカルバモイル、モルホリノカルバモイル、4-（tert-ブチルカルボキシ）ベ

21

ンジル、4-[(ジメチルアミノ)カルボキシ]ベンジル、4-(フェニルカルボキシ)ベン
ジルを挙げることができる（例えば、国際公開公報第 2009/064471 号公報参照）。

　「固相担体」としては、核酸の固相反応に使用しうる担体であれば特に制限され
ないが、例えば、(i) モルホリノ核酸誘導体の合成に使用しうる試薬（例えば、ジ
5　クロロメタン、アセトニトリル、テトラゾール、N-メチルイミダゾール、ピリジン、
無水酢酸、ルチジン、トリフルオロ酢酸）にほとんど溶解せず、(ii) モルホリノ
核酸誘導体の合成に使用しうる試薬に対して化学的に安定であり、(iii) 化学修飾
ができ、(iv) 望ましいモルホリノ核酸誘導体の装填ができ、(v) 処理中にかかる
高圧に耐える十分な強度をもち、(vi) 一定の粒径範囲と分布であるものが望まし
10　い。具体的には、膨潤性ポリスチレン（例えば、アミノメチルポリスチレン樹脂　1%
ジベンジルベンゼン架橋（200〜400 メッシュ）(2.4〜3.0mmol/g)（東京化成社製）、
Aminomethylated Polystyrene Resin・HCl［ジベンジルベンゼン 1%、100〜200 メッ
シュ］（ペプチド研究所社製））、非膨潤性ポリスチレン（例えば、Primer Support (GE
Healthcare 社製））、PEG 鎖結合型ポリスチレン（例えば、NH$_2$-PEG resin（渡辺化
15　学社製）、TentaGel resin）、定孔ガラス（controlled pore glass;CPG）（例えば、
CPG 社製）、オキサリル化ー定孔ガラス（例えば、Alul ら、Nucleic Acids
Research, Vol.19, 1527(1991)を参照）、TentaGel 支持体ーアミノポリエチレングリ
コール誘導体化支持体（例えば、Wright ら、Tetrahedron
Letters, Vol.34, 3373(1993)を参照）、Poros-ポリスチレン/ジビニルベンゼンのコ
20　ポリマーを挙げることができる。

　「リンカー」としては、通常核酸やモルホリノ核酸誘導体を連結するために使用
される公知のものを用いることができるが、例えば、3-アミノプロピル、スクシニ
ル、2,2'-ジエタノールスルホニル、ロングチェーンアルキルアミノ (LCAA) を挙
げることができる。

25

　本工程は、化合物 (II) に酸を作用させることにより実施することができる。
　本工程に使用しうる「酸」としては、例えば、トリフルオロ酢酸、ジクロロ酢酸
又はトリクロロ酢酸を挙げることができる。酸の使用量としては、例えば、化合物
(II) 1 モルに対して 0.1 モル当量〜1000 モル当量の範囲内が適当であり、好まし

22

くは1モル当量〜100モル当量の範囲内である。

　また、前記酸と一緒に、有機アミンを使用することができる。有機アミンとしては、特に限定されるものではないが、例えば、トリエチルアミンを挙げることができる。有機アミンの使用量は、例えば、酸1モルに対して、0.01モル当量〜10モ
5　ル当量の範囲内が適当であり、好ましくは、0.1モル当量〜2モル当量の範囲内である。

　本工程において酸と有機アミンとの塩又は混合物を使用する場合には、例えば、トリフルオロ酢酸とトリエチルアミンの塩又は混合物を挙げることができ、より具体的には、トリフルオロ酢酸2当量に対してトリエチルアミン1当量を混合したも
10　のを挙げることができる。

　本工程に使用しうる酸は、0.1%〜30%の範囲内の濃度になるように適当な溶媒で希釈して使用することもできる。溶媒としては、反応に関与しなければ特に限定されないが、例えば、ジクロロメタン、アセトニトリル、アルコール類（エタノール、イソプロパノール、トリフルオロエタノールなど）、水又はこれらの混合物を挙げ
15　ることができる。

　上記反応における反応温度は、例えば、10℃〜50℃の範囲内が好ましく、より好ましくは、20℃〜40℃の範囲内であり、さらに好ましくは、25℃〜35℃の範囲内である。
20　反応時間は、使用する酸の種類、反応温度によって異なるが、通常 0.1分〜24時間の範囲内が適当である。好ましくは、1分〜5時間の範囲内である。

　また、本工程が終了した後、必要に応じて、系中に存在する酸を中和するために塩基を添加することができる。「塩基」としては、特に限定されないが、例えば、
25　ジイソプロピルアミンが挙げられる。塩基は、0.1%（v/v）〜30%（v/v）の範囲内の濃度になるように適当な溶媒で希釈して使用することもできる。

　本工程に用いる溶媒としては、反応に関与しなければ特に限定されないが、ジクロロメタン、アセトニトリル、アルコール類（エタノール、イソプロパノール、トリフルオロエタノールなど）、水又はこれらの混合物を挙げることができる。反応

23

温度は、例えば、10℃～50℃の範囲内が好ましく、より好ましくは、20℃～40℃の
範囲内であり、さらに好ましくは、25℃～35℃の範囲内である。

反応時間は、使用する塩基の種類、反応温度によって異なるが、通常0.1分～24
時間の範囲内が適当であり、好ましくは、1分～5時間の範囲内である。

5

なお、化合物（II）において、n=1であって、Lが基（IV）である、次の一般式
（IIa）で表される化合物（以下、化合物（IIa）という）は、以下の方法に従って
製造することができる。



10                            （ I I a ）

［式中、B$^p$、T、リンカー、固相担体は、前記と同義である。］

工程1：

15    次の一般式（V）で表される化合物にアシル化剤を作用させることによって、次
の一般式（VI）で表される化合物（以下、化合物（VI）という。）を製造する工程。



（V）                                    （ V I ）

20    ［式中、B$^p$、T、リンカーは、前記と同義であり；
R$^4$は、水酸基、ハロゲン、又は、アミノを表す。］

　　本工程は、化合物（V）を出発原料として、公知のリンカーの導入反応により実
施することができる。

　　特に、次の一般式（VIa）で表される化合物は、化合物（V）と無水コハク酸とを
用いてエステル化反応として知られた方法を実施することにより製造することが
5　できる。



（VＩａ）

　　［式中、Bᴾ、Tは、前記と同義である。］

10

　　工程2：

　　化合物（VI）に縮合剤等を作用させることによって、固相担体と反応させ、化合
物（IIa）を製造する工程。



15　　　　（VＩ）　　　　　　　　　　　　　　　　　　　　（ＩＩａ）

　　［式中、Bᴾ、R⁴、T、リンカー、固相担体は、前記と同義である。］

　　本工程は、化合物（VI）と固相担体とを用いて縮合反応として知られた方法により
20　製造することができる。

　　化合物（II）において、n=2〜99 であって、L が基（IV）である、次の一般式（IIa2）

25

で表される化合物は、化合物（IIa）を出発原料とし、本明細書に記載の PMO の製法
にかかる工程 A 及び工程 B を所望の回数繰り返し実施することにより製造すること
ができる。



（IIa2）

5

［式中、$B^P$、$R^2$、$R^3$、T、リンカー、固相担体は、前記と同義であり；
n' は、1～98 を表す。］

10　　また、化合物（II）において、n=1 であって、L が水素である、次の一般式（IIb）
で表される化合物は、例えば、国際公開公報第 1991/009033 号に記載の方法により
製造することができる。



（IIb）

15

［式中、$B^P$、T は、前記と同義である。］

　　化合物（II）において、n=2～99 であって、L が水素である、次の一般式（IIb2）
で表される化合物は、化合物（IIb）を出発原料とし、本明細書に記載の PMO の製
20　　法にかかる工程 A 及び工程 B を所望の回数繰り返し実施することにより製造するこ

26

とができる。



(ＩＩｂ２)

5    ［式中、$B^P$、$n'$、$R^2$、$R^3$、T は、前記と同義である。］

　また、化合物 (II) において、n=1 であって、L がアシルである、次の一般式 (IIc)
で表される化合物は、化合物 (IIb) に対してアシル化反応として知られた方法を
実施することにより製造することができる。

10



(ＩＩｃ)

　［式中、$B^P$、T は、前記と同義であり；

　　$R^5$ は、アシルを表す。］

15

　化合物 (II) において、n=2～99 であって、L がアシルである、次の一般式 (IIc2)
で表される化合物は、化合物 (IIc) を出発原料とし、本明細書に記載の PMO の製
法にかかる工程 A 及び工程 B を所望の回数繰り返し実施することにより製造するこ
とができる。

27

(ⅡⅠc2)

［式中、$B^P$、$n'$、$R^2$、$R^3$、$R^5$、T は、前記と同義である。］

5

（2）工程B：

化合物（Ⅲ）に塩基存在下にモルホリノモノマー化合物を作用させることによって、次の一般式（ⅤⅡ）で表される化合物（以下、化合物（ⅤⅡ）という。）を製造する工程。

10



（ⅡⅠ）                    モルホリノモノマー化合物                    （ⅤⅡ）

［式中、各 $B^P$、L、n、$R^2$、$R^3$、T は、前記と同義である。］

15      本工程は、化合物（Ⅲ）に塩基存在下にモルホリノモノマー化合物を作用させることにより実施することができる。

28

モルホリノモノマー化合物としては、例えば、次の一般式（VIII）で表される化
合物を挙げることができる。



（VIII）

5

［式中、B^P、R^2、R^3、Tは前記と同義である。］

　本工程に使用しうる「塩基」としては、例えば、ジイソプロピルアミン、トリエ
10　チルアミン、又は、N-エチルモルホリンを挙げることができる。塩基の使用量とし
ては、例えば、化合物（III）1モルに対して、1モル当量～1000モル当量の範囲
内が適当であり、好ましくは10モル当量～100モル当量の範囲内である。
　本工程に使用しうるモルホリノモノマー化合物および塩基は、0.1%～30%の濃度
になるように適当な溶媒で希釈して使用することもできる。溶媒としては、反応に
15　関与しなければ特に限定されないが、例えば、N,N-ジメチルイミダゾリドン、N-
メチルピペリドン、DMF、ジクロロメタン、アセトニトリル、テトラヒドロフラン、
又はこれらの混合物を挙げることができる。

　反応温度は、例えば、0℃～100℃の範囲内が好ましく、より好ましくは、10℃～
20　50℃の範囲内である。
　反応時間は、使用する塩基の種類、反応温度によって異なるが、通常1分～48
時間の範囲内が適当であり、好ましくは、30分～24時間の範囲内である。

　さらに本工程の終了後、必要に応じて、アシル化剤を添加することができる。「ア

29

WO 2012/029986                                    PCT/JP2011/070318

シル化剤」としては、例えば、無水酢酸、酢酸クロライド、フェノキシ酢酸無水物を挙げることができる。アシル化剤は、例えば、0.1%～30%の範囲内の濃度になるように適当な溶媒で希釈して使用することもできる。溶媒としては、反応に関与しなければ特に限定されないが、例えば、ジクロロメタン、アセトニトリル、アルコ

5　ール類（エタノール、イソプロパノール、トリフルオロエタノールなど）、水又はこれらの混合物を挙げることができる。

　　また、必要であれば、アシル化剤と一緒に、例えば、ピリジン、ルチジン、コリジン、トリエチルアミン、ジイソプロピルエチルアミン、N-エチルモルホリン等の塩基を使用することができる。アシル化剤の使用量としては、0.1モル当量～10000

10　モル当量の範囲内が好ましく、1モル当量～1000モル当量の範囲内がより好ましい。塩基の使用量としては、例えば、アシル化剤1モルに対して、0.1モル当量～100モル当量の範囲内が適当であり、好ましくは1モル当量～10モル当量の範囲内である。

　　本反応の反応温度は、10℃～50℃の範囲内が好ましく、より好ましくは、10℃～

15　50℃の範囲内が好ましく、より好ましくは、20℃～40℃の範囲内であり、さらに好ましくは、25℃～35℃の範囲内である。反応時間は、例えば、使用するアシル化剤の種類、反応温度によって異なるが、通常0.1分～24時間の範囲内が適当であり、好ましくは、1分から5時間の範囲内である。

20　（3）工程C：

　　工程Bにおいて製造される化合物（VII）において、脱保護剤を用いて保護基を脱離し、一般式（IX）で表される化合物を製造する工程。



（VII）                                    （IX）

30

[式中、Base、$B^P$、L、n、$R^2$、$R^3$、T は、前記と同義である。]

　　本工程は、化合物（VII）に脱保護剤を作用させることにより実施することがで
5　きる。

　　「脱保護剤」としては、例えば、濃アンモニア水、メチルアミンを挙げることが
できる。本工程に使用しうる「脱保護剤」は、例えば、水、メタノール、エタノー
ル、イソプロピルアルコール、アセトニトリル、テトラヒドロフラン、DMF、N,N-
10　ジメチルイミダゾリドン、N-メチルピペリドン又はこれらの混合溶媒で希釈して使
用することもできる。なかでも、エタノールが好ましい。脱保護剤の使用量として
は、例えば、化合物（VII）1 モルに対して、例えば、1 モル当量～100000 モル当
量の範囲内が適当であり、好ましくは 10 モル当量～1000 モル当量の範囲内である。

15　　　反応温度は、例えば、15℃～75℃の範囲内が適当であり、好ましくは 40℃～70℃
の範囲内であり、より好ましくは 50℃～60℃の範囲内である。脱保護反応時間は、
化合物（VII）の種類、反応温度等によって異なるが、10 分～30 時間の範囲内が適
当であり、好ましくは 30 分～24 時間の範囲内であり、より好ましくは 5 時間～20
時間の範囲内である。

20

　　（4）工程 D：
　　工程 C において製造される化合物（IX）に酸を作用させることによって、PMO（I）
を製造する工程。

31

WO 2012/029986                                          PCT/JP2011/070318



（ＩＸ）                                                  （Ｉ）

［式中、Base、n、$R^2$、$R^3$、T は、前記と同義である。］

5　　本工程は、化合物（ＩＸ）に酸を加えることによって実施することができる。

　　　本工程において使用しうる「酸」としては、例えば、トリクロロ酢酸、ジクロロ酢酸、酢酸、リン酸及び塩酸等を挙げることができる。酸の使用量としては、例え

10　ば、溶液の pH が 0.1〜4.0 の範囲内になるように使用するのが適当であり、より好ましくは 1.0〜3.0 の範囲内になるように使用する。溶媒としては、反応に関与しなければ特に限定されないが、例えば、アセトニトリル、水、又はこれらの混合溶媒を挙げることができる。

　　　反応温度は、10℃〜50℃の範囲内が好ましく、より好ましくは、20℃〜40℃の範

15　囲内であり、さらに好ましくは、25℃〜35℃の範囲内である。脱保護反応時間は、化合物（ＩＸ）の種類、反応温度等によって異なるが、0.1 分〜5 時間の範囲内が適当であり、好ましくは 1 分〜1 時間の範囲内であり、より好ましくは 1 分〜30 分の範囲内である。

20　　PMO（Ｉ）は、本工程で得られた反応混合物から通常の分離精製手段、例えば、抽出、濃縮、中和、濾過、遠心分離、再結晶、$C_8$ から $C_{18}$ の逆相カラムクロマトグラフィー、陽イオン交換カラムクロマトグラフィー、陰イオン交換カラムクロマトグラフィー、ゲルろ過カラムクロマトグラフィー、高速液体クロマトグラフィー、透析、限界ろ過などの手段を単独若しくは組み合わせて用いることにより得ることがで

32

き、所望の PMO(I) を単離精製することができる（例えば、国際公開公報 WO1991/09033 を参照）。

逆相クロマトグラフィーを用いて PMO(I) を精製する場合には、溶出溶媒として、例えば 20mM のトリエチルアミン／酢酸緩衝液とアセトニトリルの混合溶液を使用

5 することができる。

また、イオン交換クロマトグラフィーを用いて PMO(I) を精製する場合には、例えば、1M の食塩水と 10mM の水酸化ナトリウム水溶液の混合溶液を使用することができる。

10 ペプチド核酸は、下記一般式で表される基を構成単位とする本発明のオリゴマーである。



15 （式中、Base は、前記と同義である。）

ペプチド核酸は、例えば、以下の文献に従って製造することができる。
1）P. E. Nielsen, M. Egholm, R. H. Berg, O. Buchardt, Science, 254, 1497 (1991)
2）M. Egholm, O. Buchardt, P. E. Nielsen, R. H. Berg, Jacs., 114, 1895 (1992)
20 3）K. L. Dueholm, M. Egholm, C. Behrens, L. Christensen, H. F. Hansen, T. Vulpius, K. H. Petersen, R. H. Berg, P. E. Nielsen, O. Buchardt, J. Org. Chem., 59, 5767 (1994)
4）L. Christensen, R. Fitzpatrick, B. Gildea, K. H. Petersen, H. F. Hansen, T. Koch, M. Egholm, O. Buchardt, P. E. Nielsen, J.

33

WO 2012/029986                                              PCT/JP2011/070318

Coull, R. H. Berg, J. Pept. Sci., 1, 175 (1995)

　　5) T. Koch, H. F. Hansen, P. Andersen, T. Larsen, H. G. Batz, K. Otteson, H. Orum, J. Pept. Res., 49, 80 (1997)

5　　また、本発明のオリゴマーは、5'末端が、下記化学式 (1) ～ (3) のいずれかの基であってもよい。好ましくは(3)-OH である。



(1)　　　　　　　(2)　　　(3)

10　　以下、上記(1)、(2)及び(3)で示される基を、それぞれ「基(1)」、「基(2)」及び「基(3)」と呼ぶ。

## 2. 医薬組成物

　　本発明のオリゴマーは、従来技術に係るアンチセンスオリゴマーと比較して、
15　高効率にエクソン53のスキッピングを可能にする。従って、本発明のオリゴマーを含む医薬組成物を DMD 患者に投与することにより、高効率に筋ジストロフィーの症状を緩和することができると予測される。例えば、本発明のオリゴマーを含む医薬組成物を用いる場合、従来技術に係るオリゴマーと比べて少量の投与量でも同程度の治療効果を得られるため、副作用を軽減することができ、かつ経済的
20　である。

　　そこで、別の実施態様として、本発明のオリゴマー、その医薬的に許容可能な塩又は水和物を有効成分とする、筋ジストロフィー治療用医薬組成物（以下、「本発明の組成物」という）を提供する。

34

　　　本発明の組成物に含まれる本発明のオリゴマーの医薬的に許容可能な塩の例と

しては、ナトリウム塩、カリウム塩、リチウム塩のようなアルカリ金属塩、カル

シウム塩、マグネシウム塩のようなアルカリ土類金属塩；アルミニウム塩、鉄塩、

亜鉛塩、銅塩、ニッケル塩、コバルト塩などの金属塩；アンモニウム塩；t-オクチ

5　　ルアミン塩、ジベンジルアミン塩、モルホリン塩、グルコサミン塩、フェニルグ

リシンアルキルエステル塩、エチレンジアミン塩、N-メチルグルカミン塩、グア

ニジン塩、ジエチルアミン塩、トリエチルアミン塩、ジシクロヘキシルアミン塩、

N,　N′-ジベンジルエチレンジアミン塩、クロロプロカイン塩、プロカイン塩、

ジエタノールアミン塩、N-ベンジル-フェネチルアミン塩、ピペラジン塩、テトラ

10　　メチルアンモニウム塩、トリス(ヒドロキシメチル)アミノメタン塩のような有機

アミン塩;弗化水素酸塩、塩酸塩、臭化水素酸塩、沃化水素酸塩のようなハロゲン

化水素酸塩；硝酸塩、過塩素酸塩、硫酸塩、リン酸塩などの無機酸塩;メタンスル

ホン酸塩、トリフルオロメタンスルホン酸塩、エタンスルホン酸塩のような低級

アルカンスルホン酸塩；ベンゼンスルホン酸塩、p-トルエンスルホン酸塩のよう

15　　なアリールスルホン酸塩；酢酸塩、りんご酸塩、フマール酸塩、コハク酸塩、ク

エン酸塩、酒石酸塩、シュウ酸塩、マレイン酸塩などの有機酸塩;グリシン塩、リ

ジン塩、アルギニン塩、オルニチン塩、グルタミン酸塩、アスパラギン酸塩のよ

うなアミノ酸塩などが挙げられる。これらの塩は、公知の方法で製造することが

できる。あるいは、本発明の組成物に含まれる本発明のオリゴマーは、その水和

20　　物の形態にあってもよい。


　　　本発明の組成物の投与形態は、医薬的に許容可能な投与形態であれば特に制限

されず、治療方法に応じて選択することができるが、筋組織への送達容易性の観

点から、静脈内投与、動脈内投与、筋肉内投与、皮下投与、経口投与、組織内投

25　　与、経皮投与等が好ましい。また、本発明の組成物が取り得る剤型としては、特

に制限されないが、例えば、各種の注射剤、経口剤、点滴剤、吸入剤、軟膏剤、

ローション剤等を挙げることができる。


　　　本発明のオリゴマーを筋ジストロフィー患者に投与する場合、本発明の組成物

35

は、該オリゴマーの筋組織への送達を促進する担体を含むことが好ましい。この
ような担体は、医薬的に許容可能なものであれば特に制限されず、その例として、
カチオン性リポソーム、カチオン性ポリマー等のカチオン性担体、またはウイル
スエンベロープを利用した担体を挙げることができる。カチオン性リポソームと
5  しては、例えば、2-0-（2-ジエチルアミノエチル）カルバモイル-1,3-0-ジオレオ
イルグリセロールとリン脂質とを必須構成成分として形成されるリポソーム（以下、
「リポソーム A」という）、オリゴフェクトアミン（登録商標）（Invitrogen 社製）、
リポフェクチン（登録商標）（Invitrogen 社製）、リポフェクトアミン（登録商標）
（Invitrogen 社製）、Lipofectamine 2000（登録商標）（Invitrogen 社製）、DMRIE-C
10  （登録商標）（Invitrogen 社製）、GeneSilencer（登録商標）（Gene Therapy Systems
社製）、TransMessenger（登録商標）（QIAGEN 社製）、TransIT TKO（登録商標）（Mirus
社製）、Nucleofector II（Lonza）を挙げることができる。それらの中で、リポソ
ーム A が好ましい。カチオン性ポリマーとしては、例えば、JetSI（登録商標）
（Qbiogene 社製）、Jet-PEI（登録商標）（ポリエチレンイミン、Qbiogene 社製）
15  を挙げることができる。ウイルスエンベロープを利用した担体としては、例えば、
GenomeOne（登録商標）（HVJ-E リポソーム、石原産業社製）を挙げることができる。
あるいは、特許 2924179 号に記載の医薬デバイス、特許再公表公報第 2006/129594
号及び特許再公表公報第 2008/096690 号に記載のカチオン性担体を用いることも
できる。
20

本発明の組成物に含まれる本発明のオリゴマーの濃度は、担体の種類等によっ
て異なるが、0.1 nM〜100 μM の範囲内が適当であり、1 nM〜10 μM の範囲内が好
ましく、10 nM〜1 μM の範囲内がより好ましい。また、本発明の組成物に含まれ
る本発明のオリゴマーと担体との重量比（担体/本発明のオリゴマー）は、該オリ
25  ゴマーの性質及び該担体の種類等によって異なるが、0.1〜100 の範囲内が適当で
あり、1〜50 の範囲内が好ましく、10〜20 の範囲内がより好ましい。

本発明の組成物には、本発明のオリゴマーと上述した担体以外に、任意に医薬
的に許容可能な添加剤を配合することができる。かかる添加剤として、例えば、

36

WO 2012/029986                                    PCT/JP2011/070318

乳化補助剤（例えば、炭素数 6～22 の脂肪酸やその医薬的に許容可能な塩、アルブ
ミン、デキストラン）、安定化剤（例えば、コレステロール、ホスファチジン酸）、
等張化剤（例えば、塩化ナトリウム、グルコース、マルトース、ラクトース、スク
ロース、トレハロース）、pH 調整剤（例えば、塩酸、硫酸、リン酸、酢酸、水酸
5   化ナトリウム、水酸化カリウム、トリエタノールアミン）を挙げることができる。
これらを一種又は二種以上使用することができる。本発明の組成物中の当該添加
剤の含有量は、90 重量%以下が適当であり、70 重量%以下が好ましく、50 重量%
以下がより好ましい。

10   本発明の組成物は、担体の分散液に本発明のオリゴマーを加え、適当に攪拌す
ることにより調製することができる。また、添加剤は、本発明のオリゴマーの添
加前でも添加後でも適当な工程で添加することができる。本発明のオリゴマーを
添加させる際に用い得る水性溶媒としては、医薬的に許容可能なものであれば特
に制限されず、例えば、注射用水、注射用蒸留水、生理食塩水等の電解質液、ブ
15   ドウ糖液、マルトース液等の糖液を挙げることができる。また、かかる場合の pH
及び温度等の条件は、当業者が適宜選択することができる。

本発明の組成物は、例えば、液剤やその凍結乾燥製剤とすることができる。当
該凍結乾燥製剤は、常法により、液剤の形態を有している本発明の組成物を凍結
20   乾燥処理することにより調製することができる。例えば、液剤の形態を有してい
る本発明の組成物を適当な滅菌を行った後、所定量をバイアル瓶に分注し、約－
40～－20℃の条件で予備凍結を2時間程度行い、約0～10℃で減圧下に一次乾燥を
行い、次いで、約 15～25℃で減圧下に二次乾燥して凍結乾燥することができる。
そして、一般的にはバイアル内部を窒素ガスで置換し、打栓して本発明の組成物
25   の凍結乾燥製剤を得ることができる。

本発明の組成物の凍結乾燥製剤は、一般には任意の適当な溶液（再溶解液）の添
加によって再溶解し使用することができる。このような再溶解液としては、注射
用水、生理食塩水、その他一般輸液を挙げることができる。この再溶解液の液量

37

WO 2012/029986                                          PCT/JP2011/070318

は、用途等によって異なり特に制限されないが、凍結乾燥前の液量の 0.5〜2 倍量、又は 500 mL 以下が適当である。

5 　本発明の組成物を投与する際の用量としては、含有される本発明のオリゴマーの種類、剤形、年齢や体重等の患者の状態、投与経路、疾患の性質と程度を考慮した上で調製することが望ましいが、成人に対して本発明のオリゴマーの量として、1 日当たり 0.1mg〜10g/ヒトの範囲内が、好ましくは 1 mg〜1 g/ヒトの範囲内が一般的である。この数値は標的とする疾患の種類、投与形態、標的分子によっても異なる場合がある。従って、場合によってはこれ以下でも十分であるし、ま
10 た逆にこれ以上の用量を必要とするときもある。また 1 日 1 回から数回の投与又は 1 日から数日間の間隔で投与することができる。

　本発明の組成物の別の態様として、本発明のオリゴヌクレオチドを発現し得るベクターと上述した担体とを含む医薬組成物を挙げることができる。かかる発現
15 ベクターは、複数の本発明のオリゴヌクレオチドを発現し得るものであってもよい。当該組成物には、本発明のオリゴマーを含有する本発明の組成物と同様に、医薬的に許容可能な添加剤を添加することができる。当該組成物中に含まれる発現ベクターの濃度は、担体の種類等によって異なるが、0.1 nM〜100 μM の範囲内が適当であり、1 nM〜10 μM の範囲内が好ましく、10 nM〜1 μM の範囲内がより
20 好ましい。当該組成物中に含まれる発現ベクターと担体との重量比（担体/発現ベクター）は、発現ベクターの性質、担体の種類等によって異なるが、0.1〜100 の範囲内が適当であり、1〜50 の範囲内が好ましく、10〜20 の範囲内がより好ましい。また、当該組成物中に含まれる担体の含有量は、本発明のオリゴマーを含有する本発明の組成物の場合と同様であり、その調製方法等に関しても、本発明の
25 組成物の場合と同様である。

　以下に、実施例及び試験例を掲げて、本発明をさらに詳しく説明するが、本発明は実施例に示される範囲に限定されるものではない。

［実施例］

［参考例1］

アミノメチルポリスチレン樹脂に担持された 4－｛[（2S, 6R）－6－（4－ベンズア
ミド－2－オキソピリミジン－1－イル）－4－トリチルモルホリン－2－イル] メト
キシ｝－4－オキソブタン酸

工程1：4－｛[（2S, 6R）－6－（4－ベンズアミド－2－オキソピリミジン－1（2H）
－イル）－4－トリチルモルホリン－2－イル] メトキシ｝－4－オキソブタン酸の
製造

アルゴン雰囲気下、N－｛1－［（2R, 6S）－6－（ヒドロキシメチル）－4－トリ
チルモルホリン－2－イル]－2－オキソ－1, 2－ジヒドロピリミジン－4－イル｝
ベンズアミド 22.0g と 4－ジメチルアミノピリジン（4－DMAP）7.04g をジクロロメ
タン 269mL に懸濁し、無水コハク酸 5.76g を加え、室温で3時間撹拌した。反応液
にメタノール 40mL を加え、減圧濃縮した。残渣に酢酸エチルと 0.5M のリン酸二水
素カリウム水溶液を用いて抽出操作を行った。得られた有機層を 0.5M のリン酸二
水素カリウム水溶液、水、飽和食塩水の順で洗浄した。得られた有機層を硫酸ナト
リウムで乾燥し、減圧濃縮し、25.9g の目的物を得た。

工程2：アミノメチルポリスチレン樹脂に担持された 4－｛[（2S, 6R）－6－（4－
ベンズアミド－2－オキソピリミジン－1－イル）－4－トリチルモルホリン－2－イ
ル] メトキシ｝－4－オキソブタン酸の製造

4－｛[（2S, 6R）－6－（4－ベンズアミド－2－オキソピリミジン－1（2H）－イ
ル）－4－トリチルモルホリン－2－イル] メトキシ｝－4－オキソブタン酸 23.5g
をピリジン（脱水）336mL に溶解し、4－DMAP4.28g、1－エチル－3‐（3－ジメチ
ルアミノプロピル）カルボジイミド塩酸塩 40.3g を加えた。次いで、アミノメチル
ポリスチレン樹脂 1%DVB 架橋（東京化成工業社製、A1543）25.0g、トリエチル
アミン 24mL を加え、室温で4日間振とうした。反応後、樹脂をろ取した。得られ
た樹脂をピリジン、メタノール、ジクロロメタンの順で洗浄し、減圧乾燥した。得
られた樹脂にテトラヒドロフラン（脱水）150mL、無水酢酸 15mL、2, 6－ルチジン

39

WO 2012/029986                                      PCT/JP2011/070318

15mL を加え、室温で 2 時間振とうした。樹脂をろ取し、ピリジン、メタノール、ジクロロメタンの順で洗浄し、減圧乾燥し、33.7g の目的物を得た。

当該目的物のローディング量は、公知の方法を用いて、樹脂 1g 当たりのトリチルのモル量を 409nm における UV 吸光度を測定することにより決定した。樹脂のローディング量は、397.4μmol/g であった。

5

UV 測定条件

機器：U-2910（日立製作所）

溶媒：メタンスルホン酸

10         波長：265 nm

ε 値：45000

［参考例 2］

アミノメチルポリスチレン樹脂に担持された 4−オキソ−4−｛［(2S, 6R) −6− (6

15 −オキソ−2−［2−フェノキシアセタミド］−1H−プリン−9−イル) −4−トリチルモルホリン−2−イル］メトキシ｝ブタン酸

工程 1：N²−（フェノキシアセチル）グアノシンの製造

グアノシン 100g を 80℃で減圧下、24 時間乾燥した。ピリジン（脱水）500mL、ジクロロメタン（脱水）500mL を加え、アルゴン雰囲気下、0℃にてクロロトリメ

20 チルシラン 401mL を滴下し室温で 3 時間撹拌した。再度氷冷し、フェノキシアセチルクロライド 66.3g を滴下し、氷冷下、更に 3 時間撹拌した。反応液にメタノール 500ml を加え、室温で終夜撹拌後、減圧下溶媒を留去した。残渣にメタノール 500mL を加え、減圧下濃縮することを 3 回行った。残渣に水 4L を加え氷冷下 1 時間撹拌し、析出物をろ取した。このものを、水、次いで、冷メタノールで洗浄し、乾燥し

25 て目的化合物を 150.2g 得た（収率：102%）（参考：Org. Lett. (2004), Vol. 6, No. 15, 2555−2557）。

工程 2：N−｛9−［(2R, 6S) −6− (ヒドロキシメチル) −4−モルホリン−2−イル］−6−オキソ6, 9−ジヒドロ−1H−プリン−2−イル｝−2−フェノキシアセ

40

タミド　p－トルエンスルホン酸塩

　　工程1で得られた化合物30gをメタノール480mL に懸濁し、氷冷下、2N塩酸130mL
を加えた。次いで、四ほう酸アンモニウム4水和物56.8g、過ヨウ素酸ナトリウム
16.2g をこの順で加え、室温で3時間撹拌した。反応液を氷冷し、不溶物をろ過し
5　て除き、これをメタノール100mL で洗浄した。ろ液と洗浄液を合わせて氷冷し、2
－ピコリンボラン11.52g を加えて20分間撹拌後、p－トルエンスルホン酸・1水
和物54.6g をゆっくり加えて、4℃で終夜撹拌した。析出物をろ取し、冷メタノー
ル500mL で洗浄後、乾燥して目的化合物を17.7g 得た（収率：43.3%）。

$^1$H NMR（$\delta$, DMSO－d6）：9.9－9.2（2H, br）、8.35（1H, s）、7.55（2H, m）、7.35
10　（2H, m）、7.10（2H, d, J＝7.82Hz）、7.00（3H, m）、5.95（1H, dd, J＝10.64,
2.42Hz）、4.85（2H, s）、4.00（1H, m）、3.90－3.60（2H, m）、3.50－3.20（5H, m）、
2.90（1H, m）、2.25（3H, s）


　　工程3：N－{9－[（2R, 6S）－6－（ヒドロキシメチル）－4－トリチルモルホリ
15　ン－2－イル]－6－オキソ6, 9－ジヒドロ－1H－プリン－2－イル}－2－フェノ
キシアセタミドの製造

　　工程2で得られた化合物2.0g をジクロロメタン30mL に懸濁し、氷冷下、トリエ
チルアミン13.9g、トリチルクロリド18.3g を加えて、室温で1時間撹拌した。反
応液を飽和重曹水、次いで水で洗浄後乾燥し、有機層を減圧濃縮した。残渣に0.2M
20　クエン酸ナトリウム緩衝液（pH3）/メタノール（1：4 (v/v)）40mL を加えて撹拌
し、次いで水40mL を加えて氷冷下1時間撹拌した。これをろ取し、冷メタノール
で洗浄、乾燥して目的化合物を1.84g 得た（収率：82.0%）。


　　工程4：アミノメチルポリスチレン樹脂に担持された4－オキソ4－{[（2S, 6R）
25　－6－（6－オキソ－2－[2－フェノキシアセタミド]－1H－プリン－9－イル）－4
－トリチルモルホリン－2－イル]メトキシ}ブタン酸の製造

　　参考例1と同様の方法で標記化合物を製造した。但し、参考例1の工程1で用い
た N－{1－[（2R, 6S）－6－（ヒドロキシメチル）－4－トリチルモルホリン－2
－イル]－2－オキソ－1, 2－ジヒドロピリミジン－4－イル}ベンズアミドの代わ

41

WO 2012/029986                                    PCT/JP2011/070318

りに、本工程では、N－{9－［(2R, 6S)－6－(ヒドロキシメチル)－4－トリチルモルホリン－2－イル]－6－オキソ－6, 9－ジヒドロー1H－プリン－2－イル}－2－フェノキシアセタミドを使用した。

5　　［参考例3］

　　アミノメチルポリスチレン樹脂に担持された4－{[(2S, 6R)－6－(5－メチル－2, 4－ジオキソ－3, 4－ジヒドロピリミジン－1－イル)－4－トリチルモルホリン－2－イル]メトキシ}－4－オキソブタン酸

　　参考例1と同様の方法で標記化合物を製造した。但し、参考例1の工程1で用い
10　た N－{1－［(2R, 6S)－6－(ヒドロキシメチル)－4－トリチルモルホリン－2－イル]－2－オキソ－1, 2－ジヒドロピリミジン－4－イル}ベンズアミドの代わりに、本工程では、1－［(2R, 6S)－6－(ヒドロキシメチル)－4－トリチルモルホリン－2－イル]－5－メチルピリミジン－2, 4 (1H, 3H)－ジオンを使用した。

15　　［参考例4］

　　アミノメチルポリスチレン樹脂に担持された1, 12－ジオキソ－1－(4－トリチルピペラジン－1－イル)－2, 5, 8, 11－テトラオキサー15－ペンタデカン酸

　　参考例1と同様の方法で標記化合物を製造した。但し、参考例1の工程1で用い
　　た N－{1－［(2R, 6S)－6－(ヒドロキシメチル)－4－トリチルモルホリン－2
20　－イル]－2－オキソ－1, 2－ジヒドロピリミジン－4－イル}ベンズアミドの代わりに、本工程では、2－［2－(2－ヒドロキシエトキシ)エトキシ]エチル　4－トリチルピペラジン－1－カルボン酸（国際公開公報第 2009/064471 号に記載の化合物）を使用した。

25　　以下の実施例1～12、比較例1～3の記載に従い、表2 PMO No. 1-11, 13-16 に示す各種 PMO を合成した。合成した PMO を注射用水（大塚製薬工場社製）で溶解した。なお、PMO No. 12 はジーンツールズ社から購入した。

　　表2

WO 2012/029986                                              PCT/JP2011/070318

| PMO No. | エクソン 53 中の標的配列 | 備考 | 配列番号 |
|---|---|---|---|
| 1 | 第 31〜55 番目 | 5' 末端：基 (3) | 配列番号 4 |
| 2 | 第 32〜53 番目 | 5' 末端：基 (3) | 配列番号 8 |
| 3 | 第 32〜56 番目 | 5' 末端：基 (3) | 配列番号 11 |
| 4 | 第 33〜54 番目 | 5' 末端：基 (3) | 配列番号 15 |
| 5 | 第 34〜58 番目 | 5' 末端：基 (3) | 配列番号 25 |
| 6 | 第 36〜53 番目 | 5' 末端：基 (3) | 配列番号 32 |
| 7 | 第 36〜55 番目 | 5' 末端：基 (3) | 配列番号 34 |
| 8 | 第 36〜56 番目 | 5' 末端：基 (3) | 配列番号 35 |
| 9 | 第 36〜57 番目 | 5' 末端：基 (3) | 配列番号 36 |
| 10 | 第 33〜57 番目 | 5' 末端：基 (3) | 配列番号 18 |
| 11 | 第 39〜69 番目 | 非特許文献 3 の H53A (+39+69) （Table 1 参照）に相当する配列　5' 末端：基 (3) | 配列番号 38 |
| 12 | 第 30〜59 番目 | 非特許文献 5 の h53A30/1 (Table 1 参照) に相当する配列　5' 末端：基 (2) | 配列番号 39 |
| 13 | 第 32〜56 番目 | 5' 末端：基 (1) | 配列番号 11 |
| 14 | 第 36〜56 番目 | 5' 末端：基 (1) | 配列番号 35 |
| 15 | 第 30〜59 番目 | 非特許文献 5 の h53A30/1 (Table 1 参照) に相当する配列　5' 末端：基 (3) | 配列番号 39 |
| 16 | 第 23〜47 番目 | 特許文献 4 に記載の SEQ ID NO：429 に相当する配列 5' 末端：基 (3) | 配列番号 47 |

　［実施例 1］

PMO　No. 8

　アミノメチルポリスチレン樹脂に担持された 4−｛[ (2S，6R) −6−（4−ベンズ
5　アミドー2−オキソピリミジン−1 (2H) −イル) −4−トリチルモルホリン−2−イ
　ル] メトキシ｝−4−オキソブタン酸（参考例 1）2g（800μmol）を反応槽に移し
　入れ、ジクロロメタン 30mL を添加し、30 分間静置した。さらに、ジクロロメタン

43

WO 2012/029986                                                PCT/JP2011/070318

30mL で 2 回洗浄した後、下記合成サイクルを開始した。標記化合物の塩基配列に
なるよう、各サイクルにおいて所望のモルホリノモノマー化合物を添加した。

表3

| ステップ | 試薬 | 量 (mL) | 時間 (分) |
|---|---|---|---|
| 1 | デブロック溶液 | 30 | 2.0 |
| 2 | デブロック溶液 | 30 | 2.0 |
| 3 | デブロック溶液 | 30 | 2.0 |
| 4 | デブロック溶液 | 30 | 2.0 |
| 5 | デブロック溶液 | 30 | 2.0 |
| 6 | デブロック溶液 | 30 | 2.0 |
| 7 | 中和溶液 | 30 | 1.5 |
| 8 | 中和溶液 | 30 | 1.5 |
| 9 | 中和溶液 | 30 | 1.5 |
| 10 | 中和溶液 | 30 | 1.5 |
| 11 | 中和溶液 | 30 | 1.5 |
| 12 | 中和溶液 | 30 | 1.5 |
| 13 | ジクロロメタン | 30 | 0.5 |
| 14 | ジクロロメタン | 30 | 0.5 |
| 15 | ジクロロメタン | 30 | 0.5 |
| 16 | カップリング溶液 B | 20 | 0.5 |
| 17 | カップリング溶液 A | 6〜11 | 90.0 |
| 18 | ジクロロメタン | 30 | 0.5 |
| 19 | ジクロロメタン | 30 | 0.5 |
| 20 | ジクロロメタン | 30 | 0.5 |
| 21 | キャッピング溶液 | 30 | 3.0 |
| 22 | キャッピング溶液 | 30 | 3.0 |
| 23 | ジクロロメタン | 30 | 0.5 |

44

WO 2012/029986                                                    PCT/JP2011/070318

| 24 | ジクロロメタン | 30 | 0.5 |
| 25 | ジクロロメタン | 30 | 0.5 |

　なお、デブロック溶液としては、トリフルオロ酢酸（2当量）とトリエチルアミ
ン（1当量）の混合物を3%（w/v）になるように、1%（v/v）のエタノールと10%
（v/v）の2,2,2－トリフルオロエタノールを含有するジクロロメタン溶液で溶
5　解したものを用いた。中和溶液としては、N,N－ジイソプロピルエチルアミンを5%
（v/v）になるように、25%（v/v）の2－プロパノールを含有するジクロロメタン
溶液で溶解したものを用いた。カップリング溶液Aとしては、モルホリノモノマー
化合物を0.15Mになるように、10%（v/v）のN,N－ジイソプロピルエチルアミン
を含有する1,3－ジメチル－2－イミダゾリジノンで溶解したものを用いた。カッ
10　プリング溶液Bとしては、N,N－ジイソプロピルエチルアミンを10%（v/v）にな
るように、1,3－ジメチル－2－イミダゾリジノンで溶解したものを用いた。キャ
ッピング溶液としては、ジクロロメタンに対して20%（v/v）の無水酢酸と30%
（v/v）の2,6－ルチジンを溶解したものを使用した。

15　　上記で合成したPMOが担持されたアミノメチルポリスチレン樹脂を反応容器か
ら回収し、2時間以上室温で減圧乾燥した。乾燥したアミノメチルポリスチレン樹
脂に担持されたPMOを反応容器に入れ、28%アンモニア水ーエタノール（1/4）200mL
を加え、55℃で15時間撹拌した。アミノメチルポリスチレン樹脂をろ別し、水ー
エタノール（1/4）50mLで洗浄した。得られたろ液を減圧濃縮した。得られた残渣
20　を20mMの酢酸ートリエチルアミン緩衝液（TEAA緩衝液）とアセトニトリルの混合
溶媒（4/1）100mLに溶解し、メンブレンフィルターでろ過した。得られたろ液を
逆相HPLCにて精製した。使用した条件は、以下の通りである。

表4

| カラム | XTerra MS18 (Waters, φ50×100mm, 1CV＝200mL) |
| 流速 | 60mL/分 |

45

WO 2012/029986                                                      PCT/JP2011/070318

| カラム温度 | 室温 |
|---|---|
| A液 | 20mM　TEAA　緩衝液 |
| B液 | $CH_3CN$ |
| Gradient | (B)　conc.　20→50%/9CV |

　　各フラクションを分析して、アセトニトリル－水（1/1）100mL で目的物を回収
し、エタノール 200mL を添加し、減圧濃縮した。さらに、減圧乾燥し、白色固体を
得た。得られた固体に 10mM のリン酸水溶液 300mL を加え、懸濁させた。2M のリン
5　酸水溶液 10mL を加え、15 分間攪拌した。さらに、2M の水酸化ナトリウム水溶液
15mL を加えて中和した。さらに、2M の水酸化ナトリウム水溶液 15mL を加えてアル
カリ性とし、メンブレンフィルター（0.45μm）でろ過した。10mM の水酸化ナトリ
ウム水溶液 100mL で洗いこみ、水溶液として目的物を得た。

　　得られた目的物を含有する水溶液を陰イオン交換樹脂カラムで精製した。使用し
10　た条件は下記の通りである。

　　表5

| カラム | Source　30Q（GE　Healthcare,　φ40×150mm,　1CV＝200mL） |
|---|---|
| 流速 | 80 mL/min |
| カラム温度 | 室温 |
| A液 | 10mM の水酸化ナトリウム水溶液 |
| B液 | 10mM の水酸化ナトリウム水溶液，1M の塩化ナトリウム水溶液 |
| Gradient | (B)　conc.　5→35%/15CV |

　　各フラクションを分析（HPLC）し、目的物を水溶液として得た。得られた水溶液
15　に 0.1M のリン酸緩衝液（pH 6.0）225mL を添加し中和した。メンブレンフィルタ
ー（0.45μm）でろ過した。次いで、下記条件で限外ろ過を行い脱塩した。

　　表6

46

| Filter | PELLICON2  MINI  FILTER  PLBC  3K  Regenerated  Cellulose, Screen  Type  C |
|--------|-----------------------------------------------------------------------------|
| Size   | 0. 1m² |

　　ろ液を濃縮し、約 250mL の水溶液を得た。得られた水溶液をメンブレンフィルタ
ー（0.45μm）でろ過した。得られた水溶液を凍結乾燥して、白色綿状固体として
1.5g の目的化合物を得た。

5

　　　　　　　ESI－TOF－MS　計算値：6924.82
　　　　　　　測定値：6923.54

　　［実施例 2］

10　PMO. No. 1
　　実施例 1 と同様の方法に従って、標記化合物を製造した。

　　　　　　　MALDI－TOF－MS　計算値：8291.96
　　　　　　　測定値：8296.24

15

　　［実施例 3］

　　PMO. No. 2
　　実施例 1 と同様の方法に従って、標記化合物を製造した。

20　　　　　　ESI－TOF－MS　計算値：7310.13
　　　　　　　測定値：7309.23

　　［実施例 4］

　　PMO. No. 3
25　実施例 1 と同様の方法に従って、標記化合物を製造した。

47

ESI－TOF－MS　計算値：8270.94
測定値：8270.55


［実施例 5］

5　PMO. No. 4

　　実施例 1 と同様の方法に従って、標記化合物を製造した。但し、出発原料として、アミノメチルポリスチレン樹脂に担持された 4－(((2S, 6R)－6－(5－メチル－2, 4－ジオキソ－3, 4－ジヒドロピリミジン－1 (2H)－イル)－4－トリチルモルホリン－2－イル) メトキシ)－4－オキソブタン酸（参考例 3）を使用した。

10

ESI－TOF－MS　計算値：7310.13
測定値：7310.17


［実施例 6］

15　PMO. No. 5

　　実施例 1 と同様の方法に従って、標記化合物を製造した。但し、出発原料として、アミノメチルポリスチレン樹脂に担持された 4－(((2S, 6R)－6－(5－メチル－2, 4－ジオキソ－3, 4－ジヒドロピリミジン－1 (2H)－イル)－4－トリチルモルホリン－2－イル) メトキシ)－4－オキソブタン酸（参考例 3）を使用した。

20

ESI－TOF－MS　計算値：8270.94
測定値：8270.20


［実施例 7］

25　PMO. No. 6

　　実施例 1 と同様の方法に従って、標記化合物を製造した。

ESI－TOF－MS　計算値：5964.01
測定値：5963.68

48

WO 2012/029986                              PCT/JP2011/070318

［実施例 8］

PMO. No. 7

実施例 1 と同様の方法に従って、標記化合物を製造した。

5

ESI－TOF－MS　計算値：6609.55

測定値：6608.85

［実施例 9］

10　PMO. No. 9

実施例 1 と同様の方法に従って、標記化合物を製造した。但し、出発原料として、
アミノメチルポリスチレン樹脂に担持された 4－オキソ－4－（（（2S，6R）－6－（6
－オキソ－2－（2－フェノキシアセタミド）－1H－プリン－9（6H）－イル）－4
－トリチルモルホリン－2－イル）メトキシ）ブタン酸（参考例 2）を使用した。

15

ESI－TOF－MS　計算値：7280.11

測定値：7279.42

［実施例 10］

20　PMO. No. 10

実施例 1 と同様の方法に従って、標記化合物を製造した。但し、出発原料として、
アミノメチルポリスチレン樹脂に担持された 4－オキソ－4－（（（2S，6R）－6－（6
－オキソ－2－（2－フェノキシアセタミド）－1H－プリン－9（6H）－イル）－4
－トリチルモルホリン－2－イル）メトキシ）ブタン酸（参考例 2）を使用した。

25

ESI－TOF－MS　計算値：8295.95

測定値：8295.91

［実施例 11］

49

WO 2012/029986                                    PCT/JP2011/070318

PMO. No. 13

実施例1と同様の方法に従って、標記化合物を製造した。但し、出発原料として
アミノメチルポリスチレン樹脂に担持された1, 12-ジオキソ-1-（4-トリチル
ピペラジン-1-イル）-2, 5, 8, 11-テトラオキサ-15-ペンタデカン酸（参考
5　例4）を使用した。

ESI-TOF-MS　計算値：7276.15
測定値：7276.69

10　［実施例12］
PMO. No. 14

実施例1と同様の方法に従って、標記化合物を製造した。但し、出発原料として
アミノメチルポリスチレン樹脂に担持された1, 12-ジオキソ-1-（4-トリチル
ピペラジン-1-イル）-2, 5, 8, 11-テトラオキサ-15-ペンタデカン酸（参考
15　例4）を使用した。

ESI-TOF-MS　計算値：8622.27
測定値：8622.29

20　［比較例1］
PMO. No. 11

実施例1と同様の方法に従って、標記化合物を製造した。

ESI-TOF-MS　計算値：10274.63
25　測定値：10273.71

［比較例2］
PMO. No. 15

実施例1と同様の方法に従って、標記化合物を製造した。

50

ESI－TOF－MS　計算値：9941.33
測定値：9940.77

5    ［比較例3］
PMO. No. 16
　実施例1と同様の方法に従って、標記化合物を製造した。

ESI－TOF－MS　計算値：8238.94
10    測定値：8238.69

［試験例1］
In vitro アッセイ
　RD細胞（ヒト横紋筋肉腫細胞株）4×10$^5$個に対して、PMO No. 1～8の本発明のオ
15  リゴマー及びPMO No. 11のアンチセンスオリゴマー10 μMをAmaxa Cell Line
Nucleofector Kit Lを用いてNucleofector II (Lonza) により導入した。プログラ
ムはT-030を用いた。

　導入後、細胞を、10%ウシ胎児血清(FCS)（インビトロジェン社製）を含むEagle's
20  minimal essential medium(EMEM)培地（シグマ社製、以下同じ）2mL中、37℃、5%
CO$_2$条件下で一晩培養した。細胞をPBS（ニッスイ社製、以下同じ）で2回洗浄した
後、ISOGEN （ニッポンジーン社製）500 μlを細胞に添加し、数分間室温に放置
して細胞を溶解させ、該溶解物をEppendorfチューブに回収した。ISOGENに添付の
プロトコールに従ってtotal RNAを抽出した。抽出したtotal RNAの濃度はNanoDrop
25  ND-1000 （エル・エム・エス社製）を用いて測定した。

　抽出した total RNA　400 ngに対し、Titan One Tube RT-PCR Kit （ロシュ社製）
を用いて One-Step RT-PCR を行った。キットに添付のプロトコールに従って、反応
液を調製した。サーマルサイクラーはPTC-100 （MJ Research 社製）を用いた。用

51

いた RT-PCR のプログラムは、以下の通りである。

50℃、30 分間：逆転写反応
94℃、2 分間：熱変性
5      [94℃、10 秒間；58℃、30 秒間；68 ℃、45 秒間] x 30 サイクル：PCR 増幅
68℃、7 分間：ポリメラーゼの熱失活


RT-PCR に使用したフォワードプライマーとリバースプライマーの塩基配列は以
10   下の通りである。

フォワードプライマー：5'-AGGATTTGGAACAGAGGCGTC-3'    （配列番号40）
リバースプライマー：5'-GTCTGCCACTGGCGGAGGTC-3'    （配列番号41）


15   次に、上記 RT-PCR の増幅産物に対し、Taq DNA Polymerase（ロシュ社製）を用
いて nested PCR を行った。用いた PCR プログラムは、以下の通りである。

94℃、2 分間：熱変性
[94℃、15 秒間；58℃、30 秒間；68 ℃、45 秒間] x 30 サイクル：PCR 増幅
20   68℃、7 分間：ポリメラーゼの熱失活


上記 nested PCR に使用したフォワードプライマーとリバースプライマーの塩基
配列は以下の通りである。

25   フォワードプライマー：5'-CATCAAGCAGAAGGCAACAA-3'    （配列番号42）
リバースプライマー：5'-GAAGTTTCAGGGCCAAGTCA-3'    （配列番号 43）


上記nested PCRの反応産物1 μlをBioanalyzer（アジレント社製）を用いて解析
した。

52

　　　エクソン53 がスキップしたバンドのポリヌクレオチド量「A」と、エクソン53
がスキップしなかったバンドのポリヌクレオチド量「B」を測定した。これら「A」
及び「B」の測定値に基づき、以下の式に従って、スキッピング効率を求めた。

5　　　　スキッピング効率（%）= A /（A + B）x 100


実験結果

　　　結果を図1に示す。本実験により、PMO No. 1~8の本発明のオリゴマーは、いず
れもPMO No. 11のアンチセンスオリゴマーと比べて、著しく高い効率でエクソン53
10　をスキップさせることが判明した。特に、PMO No. 3及び8の本発明のオリゴマ
ーは、PMO No. 11のアンチセンスオリゴマーと比べて、4倍以上高いエクソンスキ
ッピング効率を示す。


　　　［試験例2］

15　ヒト線維芽細胞を用いた In vitro アッセイ

　　　ZsGreen1 共発現レトロウイルスベクターにより TIG-119 細胞（ヒト正常組織由
来線維芽細胞、医薬基盤研究所）又は 5017 細胞（ヒト DMD 患者由来線維芽細胞、
Coriell Institute for Medical Research）にヒト myoD 遺伝子（配列番号 44）を
導入した。

20　　　4 から 5 日間インキュベートした後に、FACS により ZsGreen 陽性の MyoD 転換線
維芽細胞を回収し、$5 \times 10^4$個/cm$^2$になるように 12 穴プレートに播種した。増殖培
地は 10%FCS 及び 1%Penicillin/Streptomycin (P/S)（シグマ　アルドリッチ社）
を含む Dulbecco's Modified Eagle Medium:Nutrient Mixture F-12 (DMEM・F-12)
（インビトロジェン社）を 1 mL 使用した。

25　　　24 時間後に分化培地（2%ウマ血清（インビトロジェン社）、1%P/S 及び ITS
Liquid Media Supplement（シグマ社）含有 DMEM/F-12）に交換した。2、3 日ごと
に培地交換を行い12 から 14 日間インキュベートし、筋管細胞に分化させた。

　　　その後、分化培地を 6 μM の Endo-Porter（ジーンツール社）含有分化培地に交
換し、終濃度 10μM になるようにモルホリノオリゴマーを添加した。48 時間イン

53

キュベート後に、TRIzol（インビトロジェン社製）により、細胞から total RNA を抽出した。抽出した total RNA 50 ng に対し、QIAGEN OneStep RT-PCR Kit を用いて RT-PCR を行った。添付のプロトコールに従って、反応液を調製した。サーマルサイクラーは iCycler（Bio-Rad 社製）を用いた。用いた RT-PCR のプログラム

5 は、以下の通りである。

　　　50℃、30 分間：逆転写反応
　　　95℃、15 分間：熱変性
　　　[94℃、1 分間；60℃、1 分間；72 ℃、1 分間] x 35 サイクル：PCR 増幅

10 　　　72℃、7 分間：ポリメラーゼの熱失活

　　　プライマーは hEX51F 及び hEX55R を使用した。

　　　hEX51F：5'-CGGGCTTGGACAGAACTTAC-3'　　（配列番号 45）

15 　　　hEx55R：5'-TCCTTACGGGTAGCATCCTG-3'　　（配列番号 46）

　　　上記RT-PCR反応の反応産物を2%アガロースゲル電気泳動によって分離し、GeneFlash（Syngene社）によりゲル写真を撮影した。Image J（アメリカ国立衛生研究所製）により、エクソン53 がスキップしたバンドのポリヌクレオチド量「A」

20 と、エクソン53がスキップしなかったバンドのポリヌクレオチド量「B」を測定した。これら「A」及び「B」の測定値に基づき、以下の式に従って、スキッピング効率を求めた。

　　　スキッピング効率（%）= A /（A + B）x 100

25

実験結果
　　　結果を図2及び図3に示す。本実験により、PMO No. 3、8及び9の本発明のオリゴマー（図2）は、TIG-119細胞において、いずれもPMO No. 12のアンチセンスオリゴマーと比べて、高い効率でエクソン53をスキッピングさせることが判明した（図2）。

54

　　特に、PMO No. 3及び8の本発明のオリゴマーは、PMO No. 12のアンチセンスオリゴ
マーと比べて、2倍以上高いエクソンスキッピング効率を示す（図2）。

　　また、本実験により、PMO No. 3及び8～10の本発明のオリゴマー（図3）は、5017
細胞において、いずれもPMO No. 12のアンチセンスオリゴマーと比べて、高い効率
5　でエクソン53をスキッピングさせることが判明した（図3）。特に、PMO No. 3及び8
の本発明のオリゴマーは、PMO No. 12のアンチセンスオリゴマーと比べて、7倍以
上高いエクソンスキッピング効率を示す（図3）。


　　[試験例3]

10　ヒト線維芽細胞を用いた In vitro アッセイ

　　エクソン 45 から 52 が欠失した DMD 患者またはエクソン 48 から 52 が欠失した
DMD 患者の左上腕内側より生検し、皮膚線維芽細胞株（ヒト DMD 患者（エクソン 45-52
またはエクソン 48-52）由来線維芽細胞）を樹立した。ZsGreen1 共発現レトロウイ
ルスベクターにより線維芽細胞にヒト myoD 遺伝子（配列番号 44）を導入した。

15　4 から 5 日間インキュベートした後に、FACS により ZsGreen 陽性の MyoD 転換線
維芽細胞を回収し、$5 \times 10^4$個/cm$^2$になるように 12 穴プレートに播種した。増殖培
地は 10%FCS 及び 1%Penicillin/Streptomycin (P/S)（シグマ　アルドリッチ社）
を含む Dulbecco's Modified Eagle Medium: Nutrient Mixture F-12 (DMEM/F-12)
（インビトロジェン社）を 1 mL 使用した。

20　24 時間後に分化培地（2%ウマ血清（インビトロジェン社）、1%P/S 及び ITS
Liquid Media Supplement（シグマ社）含有 DMEM/F-12）に交換した。2、3 日ごと
に培地交換を行い 12、14 または 20 日間インキュベートし、筋管細胞に分化させた。

　　その後、分化培地を 6 μM の Endo-Porter（ジーンツール社）含有分化培地に交
換し、終濃度 10μM になるようにモルホリノオリゴマーを添加した。48 時間イン
25　キュベート後に、TRIzol （インビトロジェン社製）により、細胞から total RNA
を抽出した。抽出した total RNA 50 ng に対し、QIAGEN OneStep RT-PCR Kit を
用いて RT-PCR を行った。添付のプロトコールに従って、反応液を調製した。サー
マルサイクラーは iCycler (Bio-Rad 社製) を用いた。用いた RT-PCR のプログラム
は、以下の通りである。

50℃、30 分間：逆転写反応

95℃、15 分間：熱変性

[94℃、1 分間；60℃、1 分間；72 ℃、1 分間] x 35 サイクル：PCR 増幅

5    72℃、7 分間：ポリメラーゼの熱失活

プライマーは hEx44F 及び h55R を使用した。

hEx44F：5' - TGTTGAGAAATGGCGGCGT-3'    (配列番号 48)

hEx55R：5' - TCCTTACGGGTAGCATCCTG-3'    (配列番号 46)

10

上記RT-PCR反応の反応産物を2%アガロースゲル電気泳動によって分離し、GeneFlash（Syngene社）によりゲル写真を撮影した。Image J（アメリカ国立衛生研究所製）により、エクソン53 がスキップしたバンドのポリヌクレオチド量「A」と、エクソン53がスキップしなかったバンドのポリヌクレオチド量「B」を測定し

15    た。これら「A」及び「B」の測定値に基づき、以下の式に従って、スキッピング効率を求めた。

スキッピング効率（%）= A / ( A + B ) x 100

20    実験結果

結果を図4及び図5に示す。本実験により、PMO No. 3 及び 8 の本発明のオリゴマーは、エクソン 45-52 欠失（図4）またはエクソン 48-52 欠失（図5）DMD 患者由来細胞において、80%以上の高い効率でエクソン 53 をスキッピングさせることが判明した。また、PMO No. 3 及び 8 の本発明のオリゴマーは、エクソン 45-52 欠

25    失 DMD 患者由来細胞において、PMO No. 15 のアンチセンスオリゴマーと比較して高い効率でエクソン 53 をスキッピングさせることが判明した（図4）。

[試験例 4]

ウェスタンブロッティング

56

PMO No.8の本発明のオリゴマーを 10μM の濃度で細胞に添加し、72 時間後の細胞から Complete Mini (Roche Applied Science 社製)含有 RIPA buffer (Thermo Fisher Scientific 社製) でタンパク質を抽出し、BCA protein assay kit (Thermo Fisher Scientific 社製)でタンパク質を定量した。NuPAGE Novex Tris-Acetate Gel

5    3-8% (Invitrogen 社製) で 150 V、75 分間電気泳動、セミドライブロッターで PVDF 膜 (Millipore 社製)へ転写した。PVDF 膜を 5% ECL Blocking agent (GE Healthcare 社製) でブロッキング後、抗ジストロフィン抗体 (NCL-Dys1, Novocastra 社製)溶液中で膜をインキュベートした。さらに、peroxidase-conjugated goat-antimouse IgG (型番、Bio-Rad)溶液中でインキュベートした後、 ECL Plus Western blotting

10    system (GE Healthcare 社製)により発色した。


免疫染色

PMO No.3 または No.8 の本発明のオリゴマーを細胞に添加し、72時間後の細胞を 3% paraformaldehyde、10分間で固定化した。10% Triton-X で 10分間インキュベートし

15    た。10%ヤギ血清含有 PBS でブロッキング、抗ジストロフィン抗体 (NCL-Dys1, Novocastra)溶液中で膜をインキュベート、さらに抗マウス IgG 抗体 (Invitrogen社製)溶液中で膜をインキュベートした。Pro Long Gold Antifade reagent (Invitrogen社製)でマウントし、蛍光顕微鏡で観察した。


20    実験結果

結果を図6及び図7に示す。本実験により、PMO No.3及び8の本発明のオリゴマーはジストロフィンタンパク質の発現を誘導することがウェスタンブロッティング (図6) 及び免疫染色 (図7) により確認できた。


25    [試験例5]

ヒト線維芽細胞を用いた In vitro アッセイ

試験例3と同様の方法で実験を行った。


実験結果

57

　　　結果を図8に示す。本実験により、PMO No. 3及び8の本発明のオリゴマーは、エ
クソン45-52欠失DMD患者由来細胞において、PMO No. 13及び14の本発明のオリゴマ
ーよりも高い効率でエクソン53をスキッピングさせることが判明した（図8）。

5　　　［試験例6］

　　In vitro アッセイ

　　　配列番号49〜123に記載の2'-O-メトキシ-ホスホロチオエート体
　　（2'-OMe-S-RNA）のアンチセンスオリゴマーを用いて実験を行った。アッセイに
用いた各種アンチセンスオリゴマーは日本バイオサービス社より購入した。各種ア
10　ンチセンスオリゴマーの配列を以下に示す。

　　　表7

| アンチセンスオリゴマー | 塩基配列 | 配列番号 |
|---|---|---|
| H53_39-69 | CAUUCAACUGUUGCCUCCGGUUCUGAAGGUG | 49 |
| H53_1-25 | UCCCACUGAUUCUGAAUUCUUUCAA | 50 |
| H53_6-30 | CUUCAUCCCACUGAUUCUGAAUUCU | 51 |
| H53_11-35 | UUGUACUUCAUCCCACUGAUUCUGA | 52 |
| H53_16-40 | UGUUCUUGUACUUCAUCCCACUGAU | 53 |
| H53_21-45 | GAAGGUGUUCUUGUACUUCAUCCCA | 54 |
| H53_26-50 | GUUCUGAAGGUGUUCUUGUACUUCA | 55 |
| H53_31-55 | CUCCGGUUCUGAAGGUGUUCUUGUA | 56 |
| H53_36-60 | GUUGCCUCCGGUUCUGAAGGUGUUC | 57 |
| H53_41-65 | CAACUGUUGCCUCCGGUUCUGAAGG | 58 |
| H53_46-70 | UCAUUCAACUGUUGCCUCCGGUUCU | 59 |
| H53_51-75 | ACAUUUCAUUCAACUGUUGCCUCCG | 60 |
| H53_56-80 | CUUUAACAUUUCAUUCAACUGUUGC | 61 |
| H53_61-85 | GAAUCCUUUAACAUUUCAUUCAACU | 62 |

WO 2012/029986

PCT/JP2011/070318

| H53_66-90 | GUGUUGAAUCCUUUAACAUUUCAUU | 63 |
|---|---|---|
| H53_71-95 | CCAUUGUGUUGAAUCCUUUAACAUU | 64 |
| H53_76-100 | UCCAGCCAUUGUGUUGAAUCCUUUA | 65 |
| H53_81-105 | UAGCUUCCAGCCAUUGUGUUGAAUC | 66 |
| H53_86-110 | UUCCUUAGCUUCCAGCCAUUGUGUU | 67 |
| H53_91-115 | GCUUCUUCCUUAGCUUCCAGCCAUU | 68 |
| H53_96-120 | GCUCAGCUUCUUCCUUAGCUUCCAG | 69 |
| H53_101-125 | GACCUGCUCAGCUUCUUCCUUAGCU | 70 |
| H53_106-130 | CCUAAGACCUGCUCAGCUUCUUCCU | 71 |
| H53_111-135 | CCUGUCCUAAGACCUGCUCAGCUUC | 72 |
| H53_116-140 | UCUGGCCUGUCCUAAGACCUGCUCA | 73 |
| H53_121-145 | UUGGCUCUGGCCUGUCCUAAGACCU | 74 |
| H53_126-150 | CAAGCUUGGCUCUGGCCUGUCCUAA | 75 |
| H53_131-155 | UGACUCAAGCUUGGCUCUGGCCUGU | 76 |
| H53_136-160 | UUCCAUGACUCAAGCUUGGCUCUGG | 77 |
| H53_141-165 | CCUCCUUCCAUGACUCAAGCUUGGC | 78 |
| H53_146-170 | GGGACCCUCCUUCCAUGACUCAAGC | 79 |
| H53_151-175 | GUAUAGGGACCCUCCUUCCAUGACU | 80 |
| H53_156-180 | CUACUGUAUAGGGACCCUCCUUCCA | 81 |
| H53_161-185 | UGCAUCUACUGUAUAGGGACCCUCC | 82 |
| H53_166-190 | UGGAUUGCAUCUACUGUAUAGGGAC | 83 |
| H53_171-195 | UCUUUUGGAUUGCAUCUACUGUAUA | 84 |
| H53_176-200 | GAUUUUCUUUUGGAUUGCAUCUACU | 85 |
| H53_181-205 | UCUGUGAUUUUCUUUUGGAUUGCAU | 86 |
| H53_186-210 | UGGUUUCUGUGAUUUUCUUUUGGAU | 87 |
| H53_84-108 | CCUUAGCUUCCAGCCAUUGUGUUGA | 88 |
| H53_88-112 | UCUUCCUUAGCUUCCAGCCAUUGUG | 89 |
| H53_119-143 | GGCUCUGGCCUGUCCUAAGACCUGC | 90 |

| | | |
|---|---|---|
| H53_124–148 | AGCUUGGCUCUGGCCUGUCCUAAGA | 91 |
| H53_128–152 | CUCAAGCUUGGCUCUGGCCUGUCCU | 92 |
| H53_144–168 | GACCCUCCUUCCAUGACUCAAGCUU | 93 |
| H53_149–173 | AUAGGGACCCUCCUUCCAUGACUCA | 94 |
| H53_153–177 | CUGUAUAGGGACCCUCCUUCCAUGA | 95 |
| H53_179–203 | UGUGAUUUUCUUUUGGAUUGCAUCU | 96 |
| H53_184–208 | GUUUCUGUGAUUUUCUUUUGGAUUG | 97 |
| H53_188–212 | CUUGGUUUCUGUGAUUUUCUUUUGG | 98 |
| H53_29–53 | CCGGUUCUGAAGGUGUUCUUGUACU | 99 |
| H53_30–54 | UCCGGUUCUGAAGGUGUUCUUGUAC | 100 |
| H53_32–56 | CCUCCGGUUCUGAAGGUGUUCUUGU | 101 |
| H53_33–57 | GCCUCCGGUUCUGAAGGUGUUCUUG | 102 |
| H53_34–58 | UGCCUCCGGUUCUGAAGGUGUUCUU | 103 |
| H53_35–59 | UUGCCUCCGGUUCUGAAGGUGUUCU | 104 |
| H53_37–61 | UGUUGCCUCCGGUUCUGAAGGUGUU | 105 |
| H53_38–62 | CUGUUGCCUCCGGUUCUGAAGGUGU | 106 |
| H53_39–63 | ACUGUUGCCUCCGGUUCUGAAGGUG | 107 |
| H53_40–64 | AACUGUUGCCUCCGGUUCUGAAGGU | 108 |
| H53_32–61 | UGUUGCCUCCGGUUCUGAAGGUGUUCUUGU | 109 |
| H53_32–51 | GGUUCUGAAGGUGUUCUUGU | 110 |
| H53_35–54 | UCCGGUUCUGAAGGUGUUCU | 111 |
| H53_37–56 | CCUCCGGUUCUGAAGGUGUU | 112 |
| H53_40–59 | UUGCCUCCGGUUCUGAAGGU | 113 |
| H53_42–61 | UGUUGCCUCCGGUUCUGAAG | 114 |
| H53_32–49 | UUCUGAAGGUGUUCUUGU | 115 |
| H53_35–52 | CGGUUCUGAAGGUGUUCU | 116 |
| H53_38–55 | CUCCGGUUCUGAAGGUGU | 117 |
| H53_41–58 | UGCCUCCGGUUCUGAAGG | 118 |

WO 2012/029986                                          PCT/JP2011/070318

| H53_44-61 | UGUUGCCUCCGGUUCUGA | 119 |
| H53_35-49 | UUCUGAAGGUGUUCU | 120 |
| H53_40-54 | UCCGGUUCUGAAGGU | 121 |
| H53_45-59 | UUGCCUCCGGUUCUG | 122 |
| H53_45-62 | CUGUUGCCUCCGGUUCUG | 123 |

　　　RD細胞（ヒト横紋筋肉腫細胞株）3×10⁵個を6穴プレートに播種し、10%ウシ胎児血清（FCS）（インビトロジェン社製）を含むEagle's minimal essential medium(EMEM)培地（シグマ社製、以下同じ）2mL中、37℃、5%CO₂条件下で一晩培

5　養した。上記のエクソン53スキッピング用の各種アンチセンスオリゴマー（日本バイオサービス社製）（1μM）とLipofectamine2000（インビトロジェン社製）の複合体を作成し、1.8mLで培地交換したRD細胞に、200μl添加し、終濃度100nMとした。

　　　添加後、一晩培養した。細胞をPBS（ニッスイ社製、以下同じ）で2回洗浄した後、

10　ISOGEN（ニッポンジーン社製）500μlを細胞に添加し、数分間室温に放置して細胞を溶解させ、該溶解物をEppendorfチューブに回収した。ISOGENに添付のプロトコールに従ってtotal RNAを抽出した。抽出したtotal RNAの濃度はNanoDrop ND-1000（エル・エム・エス社製）を用いて測定した。

　　　抽出したtotal RNA 400 ngに対し、Titan One Tube RT-PCR Kit（ロシュ社製）

15　を用いてOne-Step RT-PCRを行った。キットに添付のプロトコールに従って、反応液を調製した。サーマルサイクラーはPTC-100（MJ Research社製）を用いた。用いたRT-PCRのプログラムは、以下の通りである。

　　　50℃、30分間：逆転写反応

20　94℃、2分間：熱変性
　　　[94℃、10秒間；58℃、30分間；68℃、45秒間] x 30サイクル：PCR増幅
　　　68℃、7分間：ポリメラーゼの熱失活

　　　RT-PCRに使用したフォワードプライマーとリバースプライマーの塩基配列は以

61

下の通りである。

　　　　フォワードプライマー：5'-CATCAAGCAGAAGGCAACAA-3'　　（配列番号42）
　　　　リバースプライマー：5'-GAAGTTTCAGGGCCAAGTCA-3'　　（配列番号 43）

5

　　次に、上記 RT-PCR の増幅産物に対し、Taq DNA Polymerase（ロシュ社製）を用いて nested PCR を行った。用いた PCR プログラムは、以下の通りである。

　　　　94℃、2 分間：熱変性
10　　　［94℃、15 秒間；58℃、30 秒間；68 ℃、45 秒間］x 30 サイクル：PCR 増幅
　　　　68℃、7 分間：ポリメラーゼの熱失活

　　上記 nested PCR に使用したフォワードプライマーとリバースプライマーの塩基配列は以下の通りである。

15

　　　　フォワードプライマー：5'-AGGATTTGGAACAGAGGCGTC-3'　　（配列番号40）
　　　　リバースプライマー：5'-GTCTGCCACTGGCGGAGGTC-3'　　（配列番号41）

　　上記nested PCRの反応産物1 μlをBioanalyzer（アジレント社製）を用いて解析
20　　した。
　　エクソン53 がスキップしたバンドのポリヌクレオチド量「A」と、エクソン53 がスキップしなかったバンドのポリヌクレオチド量「B」を測定した。これら「A」及び「B」の測定値に基づき、以下の式に従って、スキッピング効率を求めた。

25　　　　スキッピング効率（%）= A /（A + B）x 100

　　実験結果
　　結果を図9から図17に示す。本実験により、ヒトジストロフィン遺伝子の第53番目のエクソンの5'末端から第31～61番目にアンチセンスオリゴマーを設計した場

WO 2012/029986                                              PCT/JP2011/070318

合、高い効率でエクソン53をスキッピングさせることが判明した。


[試験例7]

RD細胞（ヒト横紋筋肉腫細胞株）3.5×10⁵個に対して、アンチセンスオリゴマー
5   0.3〜30 μMをAmaxa Cell Line Nucleofector Kit Lを用いてNucleofector II
(Lonza) により導入した。プログラムはT-030を用いた。

導入後、細胞を、10%ウシ胎児血清(FCS)(インビトロジェン社製)を含むEagle's
minimal essential medium(EMEM) 培地（シグマ社製、以下同じ）2mL中、37℃、5%
CO₂条件下で一晩培養した。細胞をPBS（ニッスイ社製、以下同じ）で2回洗浄した
10  後、ISOGEN （ニッポンジーン社製）500 μl を細胞に添加し、数分間室温に放置
して細胞を溶解させ、該溶解物をEppendorfチューブに回収した。ISOGENに添付の
プロトコールに従ってtotal RNAを抽出した。抽出したtotal RNAの濃度はNanoDrop
ND-1000 (エル・エム・エス社製) を用いて測定した。

抽出した total RNA 400 ng に対し、QIAGEN OneStep RT-PCR Kit（キアゲン社
15  製）を用いて One-Step RT-PCR を行った。キットに添付のプロトコールに従って、
反応液を調製した。サーマルサイクラーは PTC-100 (MJ Research 社製) を用いた。
用いた RT-PCR のプログラムは、以下の通りである。


50℃、30 分間：逆転写反応
20  95℃、15 分間：熱変性
[94℃、30 秒間 ; 60℃、30 秒間 ; 72 ℃、1 分間] x 35 サイクル：PCR 増幅
72℃、10 分間：ポリメラーゼの熱失活


RT-PCR に使用したフォワードプライマーとリバースプライマーの塩基配列は以
25  下の通りである。


フォワードプライマー：5'-CATCAAGCAGAAGGCAACAA-3'    （配列番号42）
リバースプライマー：5'-GAAGTTTCAGGGCCAAGTCA-3'    （配列番号 43）


63

WO 2012/029986                                          PCT/JP2011/070318

上記PCRの反応産物1 μlをBioanalyzer（アジレント社製）を用いて解析した。

エクソン53 がスキップしたバンドのポリヌクレオチド量「A」と、エクソン53 がスキップしなかったバンドのポリヌクレオチド量「B」を測定した。これら「A」 及び「B」の測定値に基づき、以下の式に従って、スキッピング効率を求めた。

5

スキッピング効率（%）= A /（ A + B ）x 100

実験結果

結果を図 18 及び 19 に示す。本実験により、PMO No. 8 の本発明のオリゴマーは、
10 PMO No. 15 及び 16 のアンチセンスオリゴマーと比べて、著しく高い効率でエクソ ン 53 をスキッピングさせることが判明した（図 18）。また、PMO No. 3 及び 8 の本 発明のオリゴマーは、PMO No. 13 及び 14 の本発明のオリゴマーよりも著しく高い 効率でエクソン 53 をスキッピングさせることが判明した（図 19）。この結果から、 同一配列であっても、5'末端が-OH 基である方が、スキッピング効率が高いこと
15 が示される。

産業上の利用可能性

試験例に示す実験結果から、本発明のオリゴマー（PMO No. 1〜10）は、従来技 術に係るオリゴマー（PMO No. 11、12、15 及び 16）と比べ、いずれの細胞環境に
20 おいても、著しく高い効率でエクソン 53 をスキッピングさせることが示された。 また、試験例 2 で用いた 5017 細胞は、DMD 患者から採取した細胞であり、さらに、 試験例 3 及び 5 で用いた線維芽細胞も DMD 患者由来のエクソン 53 スキッピング対 象細胞である。特に、試験例 3 及び 5 において、本発明のオリゴマーは、エクソン 53 スキッピング対象となる DMD 患者由来の細胞において、90%以上のエクソン 53
25 スキッピング効率を示すため、本発明のオリゴマーは、実際に DMD 患者に投与した 場合にも、高効率にエクソン 53 をスキッピングさせるといえる。

従って、本発明のオリゴマーは、DMD の治療において、非常に有用である。

配列表フリーテキスト

64

配列番号 2：合成核酸

配列番号 3：合成核酸

配列番号 4：合成核酸

配列番号 5：合成核酸

5　　配列番号 6：合成核酸

配列番号 7：合成核酸

配列番号 8：合成核酸

配列番号 9：合成核酸

配列番号 10：合成核酸

10　　配列番号 11：合成核酸

配列番号 12：合成核酸

配列番号 13：合成核酸

配列番号 14：合成核酸

配列番号 15：合成核酸

15　　配列番号 16：合成核酸

配列番号 17：合成核酸

配列番号 18：合成核酸

配列番号 19：合成核酸

配列番号 20：合成核酸

20　　配列番号 21：合成核酸

配列番号 22：合成核酸

配列番号 23：合成核酸

配列番号 24：合成核酸

配列番号 25：合成核酸

25　　配列番号 26：合成核酸

配列番号 27：合成核酸

配列番号 28：合成核酸

配列番号 29：合成核酸

配列番号 30：合成核酸

配列番号 31：合成核酸

配列番号 32：合成核酸

配列番号 33：合成核酸

配列番号 34：合成核酸

5   配列番号 35：合成核酸

配列番号 36：合成核酸

配列番号 37：合成核酸

配列番号 38：合成核酸

配列番号 39：合成核酸

10  配列番号 40：合成核酸

配列番号 41：合成核酸

配列番号 42：合成核酸

配列番号 43：合成核酸

配列番号 45：合成核酸

15  配列番号 46：合成核酸

配列番号 47：合成核酸

配列番号 48：合成核酸

配列番号 49：合成核酸

配列番号 50：合成核酸

20  配列番号 51：合成核酸

配列番号 52：合成核酸

配列番号 53：合成核酸

配列番号 54：合成核酸

配列番号 55：合成核酸

25  配列番号 56：合成核酸

配列番号 57：合成核酸

配列番号 58：合成核酸

配列番号 59：合成核酸

配列番号 60：合成核酸

配列番号 61：合成核酸

配列番号 62：合成核酸

配列番号 63：合成核酸

配列番号 64：合成核酸

5　　配列番号 65：合成核酸

配列番号 66：合成核酸

配列番号 67：合成核酸

配列番号 68：合成核酸

配列番号 69：合成核酸

10　　配列番号 70：合成核酸

配列番号 71：合成核酸

配列番号 72：合成核酸

配列番号 73：合成核酸

配列番号 74：合成核酸

15　　配列番号 75：合成核酸

配列番号 76：合成核酸

配列番号 77：合成核酸

配列番号 78：合成核酸

配列番号 79：合成核酸

20　　配列番号 80：合成核酸

配列番号 81：合成核酸

配列番号 82：合成核酸

配列番号 83：合成核酸

配列番号 84：合成核酸

25　　配列番号 85：合成核酸

配列番号 86：合成核酸

配列番号 87：合成核酸

配列番号 88：合成核酸

配列番号 89：合成核酸

配列番号 90：合成核酸

配列番号 91：合成核酸

配列番号 92：合成核酸

配列番号 93：合成核酸

5　　配列番号 94：合成核酸

配列番号 95：合成核酸

配列番号 96：合成核酸

配列番号 97：合成核酸

配列番号 98：合成核酸

10　　配列番号 99：合成核酸

配列番号 100：合成核酸

配列番号 101：合成核酸

配列番号 102：合成核酸

配列番号 103：合成核酸

15　　配列番号 104：合成核酸

配列番号 105：合成核酸

配列番号 106：合成核酸

配列番号 107：合成核酸

配列番号 108：合成核酸

20　　配列番号 109：合成核酸

配列番号 110：合成核酸

配列番号 111：合成核酸

配列番号 112：合成核酸

配列番号 113：合成核酸

25　　配列番号 114：合成核酸

配列番号 115：合成核酸

配列番号 116：合成核酸

配列番号 117：合成核酸

配列番号 118：合成核酸

配列番号 119：合成核酸

配列番号 120：合成核酸

配列番号 121：合成核酸

配列番号 122：合成核酸

5    配列番号 123：合成核酸


配列表

WO 2012/029986                                                    PCT/JP2011/070318

請 求 の 範 囲

1.　　ヒトジストロフィン遺伝子の第53番目のエクソンのスキッピングを可能にするアンチセンスオリゴマーであって、ヒトジストロフィン遺伝子の第53番目のエクソンの5'末端から第31〜53番目、第31〜54番目、第31〜55番目、第31〜56番目、第31〜57番目、第31〜58番目、第32〜53番目、第32〜54番目、第32〜55番目、第32〜56番目、第32〜57番目、第32〜58番目、第33〜53番目、第33〜54番目、第33〜55番目、第33〜56番目、第33〜57番目、第33〜58番目、第34〜53番目、第34〜54番目、第34〜55番目、第34〜56番目、第34〜57番目、第34〜58番目、第35〜53番目、第35〜54番目、第35〜55番目、第35〜56番目、第35〜57番目、第35〜58番目、第36〜53番目、第36〜54番目、第36〜55番目、第36〜56番目、第36〜57番目又は第36〜58番目のヌクレオチドからなる配列のいずれか1つに相補的な塩基配列からなる、アンチセンスオリゴマー。

2.　　オリゴヌクレオチドである、請求項1に記載のアンチセンスオリゴマー。

3.　　前記オリゴヌクレオチドを構成する少なくとも1つのヌクレオチドの糖部分及び/又はリン酸結合部分が修飾されている、請求項2に記載のアンチセンスオリゴマー。

4.　　前記オリゴヌクレオチドを構成する少なくとも1つのヌクレオチドの糖部分が、2'位の$-OH$基が、$OR$、$R$、$R'OR$、$SH$、$SR$、$NH_2$、$NHR$、$NR_2$、$N_3$、$CN$、$F$、$Cl$、$Br$及び$I$からなる群より選択されるいずれかの基で置換されたリボースである、請求項3に記載のアンチセンスオリゴマー。

（上記$R$は、アルキル又はアリールを示し、上記$R'$は、アルキレンを示す。）

5.　　前記オリゴヌクレオチドを構成する少なくとも1つのヌクレオチドのリン酸結合部分が、ホスホロチオエート結合、ホスホロジチオエート結合、アルキルホスホネート結合、ホスホロアミデート結合、及びボラノフォスフェート結合からなる群より選択されるいずれか1つのものである、請求項3又は4に記載のアンチセンスオリゴマー。

6.　　モルホリノオリゴマーである、請求項1に記載のアンチセンスオリゴマー

。

7.　　ホスホロジアミデートモルホリノオリゴマーである、請求項6に記載のア
ンチセンスオリゴマー。

8.　　5'末端が、下記化学式（1）～（3）のいずれかの基である、請求項6又
は7に記載のアンチセンスオリゴマー。



（1）　　　　　　　　（2）　　　　（3）

9.　　ヒトジストロフィン遺伝子の第53番目のエクソンの5'末端から第32～
56番目又は第36～56番目のヌクレオチドからなる配列に相補的な塩基配列
からなる、請求項1～8のいずれか1項に記載のアンチセンスオリゴマー。

10.　　配列番号2～37からなる群より選択されるいずれか1つに示す塩基配列か
らなる、請求項1～8のいずれか1項に記載のアンチセンスオリゴマー。

11.　　配列番号11、17、23、29及び35からなる群より選択されるいずれか1
つの塩基配列からなる、請求項1～8のいずれか1項に記載のアンチセンスオ
リゴマー。

12.　　配列番号11又は35のいずれか1つの塩基配列からなる、請求項1～8の
いずれか1項に記載のアンチセンスオリゴマー。

13.　　請求項1～12のいずれか1項に記載のアンチセンスオリゴマー、その医薬
的に許容可能な塩又は水和物を有効成分とする、筋ジストロフィー治療用医
薬組成物。

WO 2012/029986                                           PCT/JP2011/070318

図 1



WO 2012/029986

PCT/JP2011/070318

図 2



図 3



図 4



WO 2012/029986                                          PCT/JP2011/070318

図 5



WO 2012/029986

PCT/JP2011/070318

図 6

WO 2012/029986

PCT/JP2011/070318

7/19

図 7



エクソン48-52欠失患者（PMOなし）　エクソン45-52欠失患者（PMO No.8）

エクソン48-52欠失患者（PMO No.8）　エクソン48-52欠失患者（PMO No.3）

WO 2012/029986                                      PCT/JP2011/070318

図 8



図 9



WO 2012/029986                                      PCT/JP2011/070318

図 10



WO 2012/029986                                    PCT/JP2011/070318

図 11



WO 2012/029986                                                    PCT/JP2011/070318

図 12



WO 2012/029986

PCT/JP2011/070318

図 13



WO 2012/029986                                      PCT/JP2011/070318

図 14



WO 2012/029986

PCT/JP2011/070318

図 15



図 16



WO 2012/029986                                    PCT/JP2011/070318

図 17



17/19

WO 2012/029986                                                   PCT/JP2011/070318

図 18



18/19

WO 2012/029986                                              PCT/JP2011/070318

図 19



| INTERNATIONAL SEARCH REPORT | International application No. |
|---|---|
| | PCT/JP2011/070318 |

**A.  CLASSIFICATION OF SUBJECT MATTER**
*C12N15/113*(2010.01)i, *A61K31/7125*(2006.01)i, *A61P21/04*(2006.01)i, *C07H21/04*(2006.01)n

According to International Patent Classification (IPC) or to both national classification and IPC

**B.  FIELDS SEARCHED**

Minimum documentation searched (classification system followed by classification symbols)
C12N15/113, A61K31/7125, A61P21/04, C07H21/04

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched
| Jitsuyo Shinan Koho | 1922-1996 | Jitsuyo Shinan Toroku Koho | 1996-2011 |
| Kokai Jitsuyo Shinan Koho | 1971-2011 | Toroku Jitsuyo Shinan Koho | 1994-2011 |

Electronic data base consulted during the international search (name of data base and, where practicable, search terms used)
CA/REGISTRY/MEDLINE/BIOSIS(STN), JSTPlus/JMEDPlus/JST7580(JDreamII), WPI

**C.  DOCUMENTS CONSIDERED TO BE RELEVANT**

| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| Y/A | US 2010/0168212 A1  (POPPLEWELL, L.), 01 July 2010 (01.07.2010), paragraphs [0002] to [0009]; examples; tables 1, 2; fig. 1, 3, 6 to 8; sequence no.24 (Family: none) | 1-8,10,11,13 /9,12,13 |
| Y/A | POPPLEWELL, L.J. et al., Design of phosphorodiamidate morpholino oligomers (PMOs) for the induction of exon skipping of the human DMD gene., Mol. Ther., 2009, Vol.17 No.3, p.554-561, summary, fig. 1, 2 | 1-8,10,11,13 /9,12,13 |

[X] Further documents are listed in the continuation of Box C.    [ ] See patent family annex.

| | |
|---|---|
| * Special categories of cited documents:<br>"A"  document defining the general state of the art which is not considered to be of particular relevance<br>"E"  earlier application or patent but published on or after the international filing date<br>"L"  document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified)<br>"O"  document referring to an oral disclosure, use, exhibition or other means<br>"P"  document published prior to the international filing date but later than the priority date claimed | "T"  later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention<br>"X"  document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone<br>"Y"  document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art<br>"&"  document member of the same patent family |

| Date of the actual completion of the international search | Date of mailing of the international search report |
|---|---|
| 29 September, 2011 (29.09.11) | 11 October, 2011 (11.10.11) |

| Name and mailing address of the ISA/ | Authorized officer |
|---|---|
| Japanese Patent Office | |
| Facsimile No. | Telephone No. |

Form PCT/ISA/210 (second sheet) (July 2009)

**INTERNATIONAL SEARCH REPORT**

International application No.

PCT/JP2011/070318

C (Continuation).   DOCUMENTS CONSIDERED TO BE RELEVANT

| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| Y/A | POPPLEWELL, L.J. et al., Comparative analysis of antisense oligonucleotide sequences targeting exon 53 of the human DMD gene: Implications for future clinical trials., Neuromuscul. Disord., 2010.02, Vol.20 No.2, p. 102-110, summary, table 1, fig. 1 | 1-8,10,11,13 /9,12,13 |
| Y/A | WO 2010/048586 A1  (AVI BIOPHARMA, INC.), 29 April 2010 (29.04.2010), pages 1 to 12; example 3; fig. 4A to I; sequence no.629 to 632; claim 4 & US 2010/0130591 A1 | 1-8,10,11,13 /9,12,13 |
| Y/A | AARTSMA-RUS, A. et al., Targeted exon skipping as a potential gene correction therapy for Duchenne muscular dystrophy., Neuromuscul. Disord., 2002, Vol.12 Supplement, p.S71-S77, summary, table 1, fig. 1-i | 1-8,10,11,13 /9,12,13 |
| Y/A | WILTON, S.D. et al., Mol. Ther., Antisense oligonucleotide-induced exon skipping across the human dystrophin gene transcript., 2007, Vol.15 No.7, p.1288-1296, summary, table 1, fig. 2-a | 1-8,10,11,13 /9,12,13 |
| Y/A | JP 2002-010790 A  (Masafumi MATSUO et al.), 15 January 2002 (15.01.2002), claim 4; sequence no.2; examples & US 6653467 B1          & EP 1160318 A2 & DE 60039038 D          & AU 6135400 A & CA 2319149 A1 | 1-8,10,11,13 /9,12,13 |
| Y/A | WO 2008/036127 A1  (AVI BIOPHARMA, INC.), 27 March 2008 (27.03.2008), page 41, lines 20 to 29; fig. 2L, M, O to R & JP 2010-505741 A      & US 2009/0088562 A1 & EP 2024499 A2          & CA 2651881 A1 | 8,10,11,13/ 9,12,13 |
| P,Y/P,A | WO 2011/057350 A1  (THE UNIVERSITY OF WESTERN AUSTRALIA), 19 May 2011 (19.05.2011), pages 58 to 59; table 43; fig. 43 (Family: none) | 1-8,10,11,13 /9,12,13 |

Form PCT/ISA/210 (continuation of second sheet) (July 2009)

| 国際調査報告 | 国際出願番号 PCT／JP2011／070318 |
|---|---|

**A.　発明の属する分野の分類（国際特許分類（IPC））**

Int.Cl.　C12N15/113(2010.01)i, A61K31/7125(2006.01)i, A61P21/04(2006.01)i, C07H21/04(2006.01)n

**B.　調査を行った分野**

調査を行った最小限資料（国際特許分類（IPC））

Int.Cl.　C12N15/113, A61K31/7125, A61P21/04, C07H21/04

最小限資料以外の資料で調査を行った分野に含まれるもの

| 日本国実用新案公報 | 1922－1996年 |
| 日本国公開実用新案公報 | 1971－2011年 |
| 日本国実用新案登録公報 | 1996－2011年 |
| 日本国登録実用新案公報 | 1994－2011年 |

国際調査で使用した電子データベース（データベースの名称、調査に使用した用語）

CA/REGISTRY/MEDLINE/BIOSIS(STN), JSTPlus/JMEDPlus/JST7580(JDreamII), WPI

**C.　関連すると認められる文献**

| 引用文献の<br>カテゴリー＊ | 引用文献名　及び一部の箇所が関連するときは、その関連する箇所の表示 | 関連する<br>請求項の番号 |
|---|---|---|
| Y/A | US 2010/0168212 A1 (POPPLEWELL, L.) 2010.07.01, 段落[0002]－[0009]、実施例、表1及び2、図1,3及び6-8、配列番号24（ファミリーなし） | 1-8, 10, 11, 13/9, 12, 13 |
| Y/A | POPPLEWELL, L. J. et al., Design of phosphorodiamidate morpholino oligomers (PMOs) for the induction of exon skipping of the human DMD gene., Mol. Ther., 2009, Vol.17 No.3, p.554-561, 要旨、図1及び2 | 1-8, 10, 11, 13/9, 12, 13 |

☑　C欄の続きにも文献が列挙されている。　　　　　　　　☐　パテントファミリーに関する別紙を参照。

＊　引用文献のカテゴリー
「A」特に関連のある文献ではなく、一般的技術水準を示すもの
「E」国際出願日前の出願または特許であるが、国際出願日以後に公表されたもの
「L」優先権主張に疑義を提起する文献又は他の文献の発行日若しくは他の特別な理由を確立するために引用する文献（理由を付す）
「O」口頭による開示、使用、展示等に言及する文献
「P」国際出願日前で、かつ優先権の主張の基礎となる出願

の日の後に公表された文献
「T」国際出願日又は優先日後に公表された文献であって出願と矛盾するものではなく、発明の原理又は理論の理解のために引用するもの
「X」特に関連のある文献であって、当該文献のみで発明の新規性又は進歩性がないと考えられるもの
「Y」特に関連のある文献であって、当該文献と他の1以上の文献との、当業者にとって自明である組合せによって進歩性がないと考えられるもの
「&」同一パテントファミリー文献

| 国際調査を完了した日<br>　　　　　29.09.2011 | 国際調査報告の発送日<br>　　　　　11.10.2011 | | |
|---|---|---|---|
| 国際調査機関の名称及びあて先<br>日本国特許庁（ISA／JP）<br>郵便番号100－8915<br>東京都千代田区霞が関三丁目4番3号 | 特許庁審査官（権限のある職員）<br>　鶴　剛史<br>電話番号　03－3581－1101　内線　3448 | 4B | 4670 |

様式PCT／ISA／210（第2ページ）（2009年7月）

<table>
<tr><td colspan="3" align="center">国際調査報告</td><td colspan="2">国際出願番号　ＰＣＴ／ＪＰ２０１１／０７０３１８</td></tr>
</table>

| C（続き）．　　関連すると認められる文献 | | |
| --- | --- | --- |
| 引用文献の<br>カテゴリー＊ | 引用文献名　及び一部の箇所が関連するときは、その関連する箇所の表示 | 関連する<br>請求項の番号 |
| Y/A | POPPLEWELL, L. J. et al., Comparative analysis of antisense oligonucleotide sequences targeting exon 53 of the human DMD gene: Implications for future clinical trials., Neuromuscul. Disord., 2010.02, Vol.20 No.2, p.102-110, 要旨、表1、図1 | 1-8, 10, 11, 13 /9, 12, 13 |
| Y/A | WO 2010/048586 A1 (AVI BIOPHARMA, INC.) 2010.04.29, 第1-12頁、実施例3、図4A-I、配列番号629-632、請求項4 & US 2010/0130591 A1 | 1-8, 10, 11, 13 /9, 12, 13 |
| Y/A | AARTSMA-RUS, A. et al., Targeted exon skipping as a potential gene correction therapy for Duchenne muscular dystrophy., Neuromuscul. Disord., 2002, Vol.12 Supplement, p.S71-S77, 要旨、表1、図1-i | 1-8, 10, 11, 13 /9, 12, 13 |
| Y/A | WILTON, S.D. et al., Mol. Ther., Antisense oligonucleotide-induced exon skipping across the human dystrophin gene transcript., 2007, Vol.15 No.7, p.1288-1296, 要旨、表1、図2-a | 1-8, 10, 11, 13 /9, 12, 13 |
| Y/A | JP 2002-010790 A (松尾 雅文 他) 2002.01.15, 請求項4、配列番号 2、実施例 & US 6653467 B1 & EP 1160318 A2 & DE 60039038 D & AU 6135400 A & CA 2319149 A1 | 1-8, 10, 11, 13 /9, 12, 13 |
| Y/A | WO 2008/036127 A1 (AVI BIOPHARMA, INC.) 2008.03.27, 第41頁 20-29行、図2L,M,O-R & JP 2010-505741 A & US 2009/0088562 A1 & EP 2024499 A2 & CA 2651881 A1 | 8, 10, 11, 13 /9, 12, 13 |
| P, Y /P, A | WO 2011/057350 A1 (THE UNIVERSITY OF WESTERN AUSTRALIA) 2011.05.19, 第58-59頁、表43、図43 （ファミリーなし） | 1-8, 10, 11, 13 /9, 12, 13 |