# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> SAREPTA THERAPEUTICS, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 21-1015 (GBW) <br> ) <br> ) <br> ) <br> ) |
| SAREPTA THERAPEUTICS, INC. and THE UNIVERSITY OF WESTERN AUSTRALIA, <br><br> Defendant/Counter-Plaintiffs, <br><br> v. <br><br> NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC., <br><br> Plaintiff/Counter-Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

Please take notice that on July 27, 2023, Nippon Shinyaku Co. Ltd.'s and NS Pharma, Inc.'s First Supplemental Response to Interrogatory No. 21 and Appendix, Responses and Objections to Sixth Supplemental Set of Interrogatories (No. 30-35), Responses and Objections to Second Set of Requests for Admission (No. 38-48), and Responses and Objections to Fifth Request for Production (No. 95-100) were served via electronic mail on the following:

Jack B. Blumenfeld  
Megan E. Dellinger  
MORRIS, NICHOLS, ARSHT & TUNNELL LLP  
1201 North Market Street  
P.O. Box 1347  
Wilmington, DE 19899  
(302) 658-9200

jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

Charles E. Lipsey
J. Derek McCorquindale
Ryan P. O'Quinn
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
1875 Explorer Street, Suite 800
Reston, VA  20190-6023
(571) 203-2700
charles.lipsey@finnegan.com
derek.mccorquindale@finnegan.com
ryan.o'quinn@finnegan.com

William B. Raich
Michael J. Flibbert
Yoonhee Kim
Yoonjin Lee
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC  20001-4413
(202) 408-4000
william.raich@finnegan.com
michael.flibbert@finnegan.com
yoonhee.kim@finnegan.com
yoonjin.lee@finnegan.com;

Alissa K. Lipton
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
Two Seaport Lane
Boston, MA  02210-2001
(617) 646-1600
alissa.lipton@finnegan.com

Dated:  July 27, 2023

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

| | |
|---|---|
| Amanda S. Williamson (admitted *pro hac vice*) | */s/Amy M. Dudash* |
| Christopher J. Betti (admitted *pro hac* vice) | Amy M. Dudash (DE Bar No. 5741) |
| Krista V. Venegas (admitted *pro hac* vice) | 1201 N. Market Street, Suite 2201 |
| Maria E. Doukas (admitted *pro hac vice*) | Wilmington, Delaware 19801 |
| Zachary Miller (admitted *pro hac vice*) | Telephone:  302.574.3000 |
| Guylaine Haché (admitted *pro hac vice*) | Fax:  302.574.3001 |
| Michael T. Sikora (admitted *pro hac vice*) | amy.dudash@morganlewis.com |
| 110 N. Wacker Drive, Ste 2800 | |
| Chicago, IL  60601 | |

Telephone:  312.324.1000
Fax:  312.324.1001
amanda.williamson@morganlewis.com
christopher.betti@morganlewis.com
krista.venegas@morganlewis.com
maria.doukas@morganlewis.com
zachary.miler@morganlewis.com
guylaine.hache@morganlewis.com
michael.sikora@morganlewis.com

Eric Kraeutler (admitted *pro hac vice*)
1701 Market Street
Philadelphia, PA  19103
Telephone: 215.693.5000
Fax: 215.963.5001
eric.kraeutler@morganlewis.com

*Attorneys for Plaintiff Nippon Shinyaku Co., Ltd.*