# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
___

(302) 658-9200
(302) 658-3989 FAX

**Jack B. Blumenfeld**
(302) 351-9291
(302) 425-3012 FAX
jblumenfeld@morrisnichols.com

July 28, 2023

The Honorable Gregory B. Williams                                                         *VIA ELECTRONIC FILING*
United States District Court
 for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DC  19801-3555

      Re:    *Nippon Shinyaku Co., Ltd. v. Sarepta Therapeutics, Inc.*
              C.A. No. 21-1015 (GBW)

Dear Judge Williams:

      I write on behalf of Defendants Sarepta and UWA.

      The court has appointed Monté Squire to address issues relating to the parties' discovery disputes (D.I. 219).  On June 8, 2023, the parties filed a joint letter requesting judicial assistance regarding a dispute over whether Nippon Shinyaku ("NS") is permitted to disclose Protected Material to Dr. Matthew Wood and whether a protective order should issue to preclude NS's use of Dr. Wood as an expert in this litigation (D.I. 220).  On June 14, 2023, Special Master Squire notified the parties that he would not adjudicate the dispute regarding Dr. Wood, which would instead be decided by Your Honor.

      Under the Scheduling Order, as amended, opening expert reports are due to be served in less than six weeks, on September 5, 2023.  Accordingly, Defendants respectfully request that the Court enter a briefing and hearing schedule for resolution of the dispute regarding Dr. Wood.

      Respectfully,

      */s/ Jack B. Blumenfeld*

      Jack B. Blumenfeld (#1014)

JBB/bac

cc:     Clerk of the Court (via hand delivery)
          All Counsel of Record (via electronic mail)