# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., Plaintiff, | ) |
| v. | ) |
| SAREPTA THERAPEUTICS, INC., Defendant. | ) C.A. No. 21-1015 (GBW) |
| SAREPTA THERAPEUTICS, INC., and THE UNIVERSITY OF WESTERN AUSTRALIA, Defendant and Counter-Plaintiffs | ) |
| v. | ) |
| NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC., Plaintiff and Counter-Defendants. | ) |

## ORDER GRANTING NIPPON SHINYAKU CO. LTD. AND NS PHARMA, INC.'S MOTION FOR THE ISSUANCE OF A REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE

AND NOW this 1st day of August, 2023, the Court having reviewed Plaintiff/Counter-Defendant Nippon Shinyaku Co. Ltd. and Counter-Defendant NS Pharma, Inc. (collectively "NS")'s Motion for the Issuance of a Request for International Assistance and any papers in support thereof and opposition thereto, IT IS HEREBY ORDERED that NS's Motion is GRANTED.

The Court shall issue the Letter of Request, which was attached as Exhibit A to NS's Motion, to the Competent Authority of Australia to compel the production of documents from and testimony of Sue Fletcher.

GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE