# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> SAREPTA THERAPEUTICS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 21-1015 (GBW) |
| SAREPTA THERAPEUTICS, INC. and THE UNIVERSITY OF WESTERN AUSTRALIA, <br><br> Defendant/Counter-Plaintiffs, <br><br> v. <br><br> NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC., <br><br> Plaintiff/Counter-Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF SERVICE

Please take notice that on August 10, 2023, Nippon Shinyaku Co. Ltd.'s and NS Pharma, Inc.'s Validity Contentions were served via electronic mail on the following:

Jack B. Blumenfeld
Megan E. Dellinger
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

Charles E. Lipsey
J. Derek McCorquindale
Ryan P. O'Quinn

F<small>INNEGAN</small>, H<small>ENDERSON</small>, F<small>ARABOW</small>, G<small>ARRETT</small> & D<small>UNNER</small>, LLP
1875 Explorer Street, Suite 800
Reston, VA  20190-6023
(571) 203-2700
charles.lipsey@finnegan.com
derek.mccorquindale@finnegan.com
ryan.o'quinn@finnegan.com

William B. Raich
Michael J. Flibbert
Yoonhee Kim
Yoonjin Lee
F<small>INNEGAN</small>, H<small>ENDERSON</small>, F<small>ARABOW</small>, G<small>ARRETT</small> & D<small>UNNER</small>, LLP
901 New York Avenue, NW
Washington, DC  20001-4413
(202) 408-4000
william.raich@finnegan.com
michael.flibbert@finnegan.com
yoonhee.kim@finnegan.com
yoonjin.lee@finnegan.com;

Alissa K. Lipton
F<small>INNEGAN</small>, H<small>ENDERSON</small>, F<small>ARABOW</small>, G<small>ARRETT</small> & D<small>UNNER</small>, LLP
Two Seaport Lane
Boston, MA  02210-2001
(617) 646-1600
alissa.lipton@finnegan.com


Dated:  August 10, 2023                                 Respectfully submitted,

                                                        MORGAN, LEWIS & BOCKIUS LLP

Amanda S. Williamson (admitted *pro hac vice*)           /s/*Amy M. Dudash*
Christopher J. Betti (admitted *pro hac* vice)           Amy M. Dudash (DE Bar No. 5741)
Krista V. Venegas (admitted *pro hac* vice)              1201 N. Market Street, Suite 2201
Maria E. Doukas (admitted *pro hac vice*)                Wilmington, Delaware 19801
Zachary Miller (admitted *pro hac vice*)                 Telephone:  302.574.3000
Guylaine Haché (admitted *pro hac vice*)                 Fax:  302.574.3001
Michael T. Sikora (admitted *pro hac vice*)              amy.dudash@morganlewis.com
110 N. Wacker Drive, Ste 2800
Chicago, IL  60601
Telephone:  312.324.1000                                 *Attorneys for Plaintiff Nippon Shinyaku Co., Ltd.*
Fax:  312.324.1001
amanda.williamson@morganlewis.com
christopher.betti@morganlewis.com

krista.venegas@morganlewis.com
maria.doukas@morganlewis.com
zachary.miler@morganlewis.com
guylaine.hache@morganlewis.com
michael.sikora@morganlewis.com

Eric Kraeutler (admitted *pro hac vice*)
1701 Market Street
Philadelphia, PA  19103
Telephone: 215.693.5000
Fax: 215.963.5001
eric.kraeutler@morganlewis.com