# Exhibit A



**Patitucci, Alison P.**

| | |
|---|---|
| **From:** | O'Quinn, Ryan <Ryan.O'Quinn@finnegan.com> |
| **Sent:** | Thursday, June 1, 2023 7:29 PM |
| **To:** | Lo, Shon; Dudash, Amy M.; Williamson, Amanda S.; Betti, Ph.D., Christopher J.; Venegas, Ph.D., Krista Vink; Kraeutler, Eric; Doukas, Maria E.; Morishita, Jitsuro; Sikora, Michael T.; Miller, Zachary D.; Hache, Ph.D., Guylaine; NS District Court |
| **Cc:** | jblumenfeld@morrisnichols.com; mdellinger@mnat.com; Lipton, Alissa; Lipsey, Charles; Flibbert, Michael; Clay, Aaron; Kozikowski, John; McCorquindale, J. Derek; Raich, William; Lee, Yoonjin; Kim, Yoonhee |
| **Subject:** | RE: Nippon Shinyaku, Ltd. v. Sarepta Therapeutics, Inc., No. 1:21-cv-01015-LPS - Disclosure of Experts |

[EXTERNAL EMAIL]
Counsel,

Sarepta and UWA object to NS's use of Matthew Wood as an expert in this matter. At the outset, NS's disclosure of Dr. Wood in the form of a 2-page "CV" falls well short of the requirements of Section 7.6(a) of the Protective Order, which require disclosure of "any non-confidential employment and consulting positions for the last four years" and identification of "any litigation or administrative proceeding in connection with which the Expert has offered expert testimony…during the preceding five years."

More importantly, however, as NS and Dr. Wood are undoubtedly aware, Dr. Wood ███████████████████ ██. While our investigation is continuing, we are aware of ██ ███████████████████████████████████████████████████████████████████████ ██.

Any further contact with Dr. Wood by NS in this matter is improper and may expose NS, its attorneys, and Dr. Wood to sanctions and/or civil liability. Accordingly, please **immediately** confirm the following:

- Dr. Wood has not at any time disclosed confidential information of Sarepta or UWA to NS or its attorneys.
- NS has reminded Dr. Wood of ████████████████████████████ ██████████ with NS or its attorneys.
- NS has not and will not induce Dr. Wood to share any Sarepta or UWA confidential information with NS or its attorneys.

To the extent you are unable or unwilling to confirm any of the above points this evening, please explain why not in writing, and provide your availability to meet and confer tomorrow or over the weekend on the issue pursuant to Sarepta filing one or more motions with the Court.

We will address the disclosures of Mssrs. Maness and Strober under separate cover.

With best regards,
Ryan

**Ryan P. O'Quinn, Ph.D.**
Partner
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
1875 Explorer Street, Suite 800, Reston, VA 20190-6023
571.203.2426 | fax: 202.408.4400 | ryan.o'quinn@finnegan.com | www.finnegan.com

# FINNEGAN

**From:** Lo, Shon <shon.lo@morganlewis.com>
**Sent:** Wednesday, May 31, 2023 4:28 PM
**To:** jblumenfeld@morrisnichols.com; mdellinger@mnat.com; Lipton, Alissa <Alissa.Lipton@finnegan.com>; Lipsey, Charles <charles.lipsey@finnegan.com>; Flibbert, Michael <michael.flibbert@finnegan.com>; Clay, Aaron <Aaron.Clay@finnegan.com>; Kozikowski, John <John.Kozikowski@finnegan.com>; McCorquindale, J. Derek <Derek.McCorquindale@finnegan.com>; Raich, William <William.Raich@finnegan.com>; Lee, Yoonjin <Yoonjin.Lee@finnegan.com>; Kim, Yoonhee <Yoonhee.Kim@finnegan.com>; O'Quinn, Ryan <Ryan.O'Quinn@finnegan.com>
**Cc:** Dudash, Amy M. <amy.dudash@morganlewis.com>; Williamson, Amanda S. <amanda.williamson@morganlewis.com>; Betti, Ph.D., Christopher J. <christopher.betti@morganlewis.com>; Venegas, Ph.D., Krista Vink <krista.venegas@morganlewis.com>; Kraeutler, Eric <eric.kraeutler@morganlewis.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; Morishita, Jitsuro <jitsuro.morishita@morganlewis.com>; Sikora, Michael T. <michael.sikora@morganlewis.com>; Miller, Zachary D. <zachary.miller@morganlewis.com>; Hache, Ph.D., Guylaine <guylaine.hache@morganlewis.com>; NS District Court <NSDistrictCourt@morganlewis.com>
**Subject:** RE: Nippon Shinyaku, Ltd. v. Sarepta Therapeutics, Inc., No. 1:21-cv-01015-LPS - Disclosure of Experts

---

*EXTERNAL* Email:

---

**Shon Lo**
**Morgan, Lewis & Bockius LLP**
110 North Wacker Drive | Chicago, IL 60606-1511
Direct: +1.312.324.1742 | Main: +1.312.324.1000 | Fax: +1.312.324.1001
shon.lo@morganlewis.com | www.morganlewis.com
Assistant: Katie Thompson | +1.312.324.1125 | katie.thompson@morganlewis.com

---

**From:** Lo, Shon <shon.lo@morganlewis.com>
**Sent:** Wednesday, May 31, 2023 3:26 PM
**To:** jblumenfeld@morrisnichols.com; mdellinger@mnat.com; alissa.lipton@finnegan.com; charles.lipsey@finnegan.com; michael.flibbert@finnegan.com; aaron.clay@finnegan.com; John.Kozikowski@finnegan.com; derek.mccorquindale@finnegan.com; William.raich@finnegan.com; Yoonjin.lee@finnegan.com; yoonhee.kim@finnegan.com; ryan.o'quinn@finnegan.com
**Cc:** Dudash, Amy M. <amy.dudash@morganlewis.com>; Williamson, Amanda S. <amanda.williamson@morganlewis.com>; Betti, Ph.D., Christopher J. <christopher.betti@morganlewis.com>; Venegas, Ph.D., Krista Vink <krista.venegas@morganlewis.com>; Kraeutler, Eric <eric.kraeutler@morganlewis.com>; Doukas, Maria E. <maria.doukas@morganlewis.com>; Morishita, Jitsuro <jitsuro.morishita@morganlewis.com>; Sikora, Michael T. <michael.sikora@morganlewis.com>; Miller, Zachary D. <zachary.miller@morganlewis.com>; Hache, Ph.D., Guylaine <guylaine.hache@morganlewis.com>; NS District Court <NSDistrictCourt@morganlewis.com>
**Subject:** Nippon Shinyaku, Ltd. v. Sarepta Therapeutics, Inc., No. 1:21-cv-01015-LPS - Disclosure of Experts

Counsel for Sarepta and UWA,
Pursuant to Section 7.6 of the Stipulated Protective Order, we hereby disclose Robert Maness, Jonathan B Strober, and Matthew JA Wood as experts to whom we plan to disclose Protected Material.

Sincerely,
Shon

**Shon Lo**

**Morgan, Lewis & Bockius LLP**
110 North Wacker Drive | Chicago, IL 60606-1511
Direct: +1.312.324.1742 | Main: +1.312.324.1000 | Fax: +1.312.324.1001
shon.lo@morganlewis.com | www.morganlewis.com
Assistant: Katie Thompson | +1.312.324.1125 | katie.thompson@morganlewis.com

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.