IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., Plaintiff, <br><br> v. <br><br> SAREPTA THERAPEUTICS, INC., Defendant. <br><br><br> SAREPTA THERAPEUTICS, INC., and THE UNIVERSITY OF WESTERN AUSTRALIA, Defendant and Counter-Plaintiffs <br><br> v. <br><br> NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC., Plaintiff and Counter-Defendants. | C.A. No. 21-1015 (GBW) |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO SERVE AMENDED FINAL INFRINGEMENT CONTENTIONS**

And now this _____ day of August, 2023, the Court having reviewed Plaintiff Nippon Shinyaku Co., Ltd. ("NS")'s Unopposed Motion for Leave to Serve Amended Final Infringement Contentions, IT IS HEREBY ORDERED THAT:

1. NS's Motion for Leave is GRANTED.

2. NS is permitted to serve its Amended Final Infringement Contentions on Defendants/Counterclaimants.

_____
Honorable Gregory B. Williams
U.S. District Court Judge