# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., Plaintiff, <br><br> v. <br><br> SAREPTA THERAPEUTICS, INC., Defendant. <br><br><br> SAREPTA THERAPEUTICS, INC., and THE UNIVERSITY OF WESTERN AUSTRALIA, Defendant and Counter-Plaintiffs <br><br> v. <br><br> NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC., Plaintiff and Counter-Defendants. | C.A. No. 21-1015 (GBW) |

## [PROPOSED] ORDER

AND NOW this ___ day of August, 2023, having considered Plaintiff/Counter-Defendants Nippon Shinyaku Co., Ltd. and NS Pharma, Inc. (collectively, "NS")'s Motion for Leave to File Reply, it is HEREBY ORDERED THAT:

1. NS's Motion for Leave is GRANTED.

2. The reply letter brief attached to NS's Motion for Leave shall be deemed filed as of the date of this Order.

_____
Honorable Gregory B. Williams
U.S. District Court Judge