IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> SAREPTA THERAPEUTICS, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 21-1015 (GBW) <br> ) <br> ) **PUBLIC VERSION** <br> ) <br> ) <br> ) |
| SAREPTA THERAPEUTICS, INC. and THE UNIVERSITY OF WESTERN AUSTRALIA, <br><br> Defendant/Counter-Plaintiffs, <br><br> v. <br><br> NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC. <br><br> Plaintiff/Counter-Defendants. | ) **Confidential Version Filed: August 14, 2023** <br> ) <br> ) **Public Version Filed: August 21, 2023** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**SAREPTA'S MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF
ITS MOTION TO EXCLUDE DR. MATTHEW WOOD AS AN EXPERT WITNESS**

Defendant/Counterclaim Plaintiff Sarepta Therapeutics, Inc. ("Sarepta") respectfully moves the Court for leave to submit a reply to D.I. 308, Plaintiff Nippon Shinyaku Co., Ltd. ("NS")'s letter responding to Sarepta's letter seeking to exclude Dr. Matthew Wood as an expert witness in this case, D.I. 298. Pursuant to D. Del. LR 7.1.2(b), parties may file additional papers only with the Court's approval. "A Court may grant leave to file [an additional paper] if it responds to new evidence, facts, or arguments." *St. Clair Intellectual Prop. Consultants, Inc. v. Samsung Elecs. Co.*, 291 F.R.D. 75, 80 (D. Del. 2013). NS's responsive letter included a Declaration from Dr. Wood (D.I. 309) that raised new information and also suggested that Dr. Wood had violated

███████████████████████████████████████████████████████████

██████████████████████████████████████ Because these facts were raised for the first time in NS's responsive letter, and the Court did not order reply letters, Sarepta had no opportunity to address this evidence, which provides further support for their motion, in their opening brief. Furthermore, NS will not be prejudiced because it is NS who first put these facts in issue in its answering letter, and Sarepta seeks only to clarify the record and explain the significance of these new facts to the Court as it evaluates the motion to exclude Dr. Wood.

For these reasons, Sarepta respectfully requests that the Court grant this motion for leave to file the reply letter submitted herewith (*see* Ex. A).

|  |  |
|---|---|
| OF COUNSEL:<br><br>Charles E. Lipsey<br>J. Derek McCorquindale<br>Ryan P. O'Quinn<br>L. Scott Burwell<br>FINNEGAN, HENDERSON, FARABOW,<br>   GARRETT & DUNNER, LLP<br>1875 Explorer Street, Suite 800<br>Reston, VA 20190-6023<br>(571) 203-2700<br><br>William B. Raich<br>Michael J. Flibbert<br>John M. Williamson<br>Yoonhee Kim<br>Yoonjin Lee<br>Kaitlyn S. Pehrson<br>FINNEGAN, HENDERSON, FARABOW,<br>   GARRETT & DUNNER, LLP<br>901 New York Avenue, NW<br>Washington, DC 20001-4413<br>(202) 408-4000<br><br>Alissa K. Lipton<br>Eric J. Lee, Ph.D.<br>FINNEGAN, HENDERSON, FARABOW,<br>   GARRETT & DUNNER, LLP<br>Two Seaport Lane<br>Boston, MA 02210-2001<br>(617) 646-1600<br><br>August 14, 2023 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Megan E. Dellinger*<br><br>_____<br>Jack B. Blumenfeld (#1014)<br>Megan E. Dellinger (#5739)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>mdellinger@morrisnichols.com<br><br>*Attorneys for Defendant/Counter-Plaintiffs Sarepta Therapeutics, Inc. and The University of Western Australia* |

3

## **RULE 7.1.1 CERTIFICATE**

Pursuant to D. Del. LR 7.1.1, counsel (including Delaware counsel) for Sarepta and Nippon Shinyaku met and conferred by telephone on August 11, 2023. Nippon Shinyaku has stated that it opposes this motion.

*/s/ Megan E. Dellinger*
_____
Megan E. Dellinger (#5739)

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 21-1015 (GBW) |
| SAREPTA THERAPEUTICS, INC., | ) ) REDACTED - PUBLIC VERSION |
| Defendant. | ) |
| SAREPTA THERAPEUTICS, INC. and THE UNIVERSITY OF WESTERN AUSTRALIA, | ) ) ) |
| Defendant/Counter-Plaintiffs, | ) ) |
| v. | ) ) |
| NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC. | ) ) ) |
| Plaintiff/Counter-Defendants. | ) |

**SAREPTA'S REPLY TO ITS LETTER TO THE HONORABLE GREGORY B. WILLIAMS REGARDING MOTION TO EXCLUDE <u>DR. MATTHEW WOOD AS AN EXPERT WITNESS</u>**

Dear Judge Williams:

    Sarepta respectfully submits this letter in reply to NS's August 10, 2023, letter (D.I. 308) responding to Sarepta's August 3, 2023, letter (D.I. 298) seeking to disqualify Dr. Matthew Wood from serving as an expert for NS. NS's response and its accompanying Declaration from Dr. Wood (D.I. 309) demonstrate why Dr. Wood should be precluded from serving as an expert for NS, as the risk identified by Sarepta that Dr. Wood may disclose information ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ has now become a reality.

    Before the parties submitted their briefing concerning disqualification of Dr. Wood, Sarepta attempted to resolve this dispute through discussions with Dr. Wood's personal attorney regarding ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ As part of those discussions, Sarepta sent Dr. Wood's attorney documents in exchange for a promise that the shared materials and the information they contain would not be shared with NS. Ex. 1. Dr. Wood agreed to this condition and then promptly violated it by conveying to NS that the materials contained information regarding exon 53. (D.I. 309, ¶ 10; D.I. 308 at 1.) This validates Sarepta's concern that he is unable to maintain the confidentiality of its information as required ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ (D.I. 299-0, ¶ 10).

    Moreover, Dr. Wood's statement that his "recollection has since been refreshed" by his review of the materials provided to him illustrates Sarepta's concern that he cannot cabin the confidential information previously provided to him from other information he may consider in providing expert opinions. While Dr. Wood asserts that he "do[es] not recall" the substance of ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ his recollection regarding the substance of confidential communications ▆▆▆▆▆▆▆▆▆▆▆▆ as already been refreshed upon review of a single redacted document. Dr. Wood undoubtedly has a myriad of recollections of other information conveyed to him by Sarepta that are waiting to be refreshed if he is permitted to review other Protected Material in this case. And as courts have recognized in similar circumstances, Dr. Wood will be unable to ensure that the analysis he undertakes in providing expert opinions to NS will be untainted from the confidential information he obtained from Sarepta in the past. *See Monolithic Power Sys., Inc. v. Intersil Corp.*, No. 16-1125-LPS, 2018 WL 6113465, at * 1 (D. Del. Nov. 19, 2018); *Auto-Kaps, LLC v. Clorox Co.*, No. 15 Civ. 1737, 2016 WL 1122037, at *4 (E.D.N.Y. Mar. 22, 2016) ("Although [the proposed expert] may not think at this time that any knowledge he gained at [the opposing party] will be relevant, 'the danger is that no one may know how the information he learned from [the opposing party] may affect his opinion and [the expert] may inadvertently use confidential information.'") (*quoting Alien Tech. Corp. v. Intermec, Inc.,* No. 3:06-CV-51, 2007 WL 4261972, at *2 (D.N.D. Nov. 30, 2007)).

        Respectfully,

        */s/ Megan E. Dellinger*

        Megan E. Dellinger (#5739)

MED/bac  
Attachment

cc:    Clerk of the Court (via hand delivery; w/attachment)  
       All Counsel of Record (via electronic mail; w/attachment)

# EXHIBIT 1



**From:** Katherine Michon <kmichon@hmrhlaw.com>
**Sent:** Thursday, July 20, 2023 1:36 PM
**To:** Daniel Tarlow <DTarlow@princelobel.com>
**Subject:** RE: Sarepta - Dr. Woods

We do. Thanks.

Katherine J. Michon
Hartley Michon Robb Hannon LLP
155 Seaport Boulevard, 2nd Floor
Boston, MA 02210-2698
Main: (617) 723-8000
Direct: (617) 447-2802
Cell: (617) 645-3646
Fax: (617) 447-2800
www.hmrhlaw.com

This electronic message contains a communication from a law office, which communication is strictly confidential and intended solely for the use of the addressee. The communication may be privileged under the attorney-client and/or the attorney work product privileges. Any non-addressee is prohibited from reading, disseminating, distributing, or copying the communication contained herein. If you are in possession of the communication in error, please immediately notify the sender via electronic mail, excluding the original communication. Thank you.

**From:** Daniel Tarlow <DTarlow@princelobel.com>
**Sent:** Tuesday, July 18, 2023 4:36 PM
**To:** Katherine Michon <kmichon@hmrhlaw.com>
**Subject:** RE: Sarepta - Dr. Woods

Kathy, sorry for the delay. Sarepta is considering sharing some materials to respond to your request. However, before doing so, it would like for you and Dr. Wood to agree that the materials we provide (and the information they contain) will not be shared by you or Dr. Woods with Nippon Shinyaku or its counsel. Please let me know if you and your client will agree to this condition.

Thanks,

Dan

**From:** Katherine Michon <kmichon@hmrhlaw.com>
**Sent:** Monday, July 17, 2023 10:10 AM
**To:** Daniel Tarlow <DTarlow@princelobel.com>
**Subject:** RE: Sarepta - Dr. Woods

Hi Dan,  Happy Monday.   My turn to check in.  Anything?

Katherine J. Michon
Hartley Michon Robb Hannon LLP
155 Seaport Boulevard, 2nd Floor
Boston, MA  02210-2698
Main: (617) 723-8000
Direct: (617) 447-2802
Cell: (617) 645-3646
Fax: (617) 447-2800
www.hmrhlaw.com

_____

This electronic message contains a communication from a law office, which communication is strictly confidential and intended solely for the use of the addressee.  The communication may be privileged under the attorney-client and/or the attorney work product privileges.  Any non-addressee is prohibited from reading, disseminating, distributing, or copying the communication contained herein.  If you are in possession of the communication in error, please immediately notify the sender via electronic mail, excluding the original communication.  Thank you.

**From:** Daniel Tarlow <DTarlow@princelobel.com>
**Sent:** Friday, July 7, 2023 10:29 AM
**To:** Katherine Michon <kmichon@hmrhlaw.com>
**Subject:** RE: Sarepta - Dr. Woods

Thanks, will get back to you. FWIW, I am a bit incredulous that Dr. Woods is taking the position he never received materials and information about exon 53.

**From:** Katherine Michon <kmichon@hmrhlaw.com>
**Sent:** Thursday, July 6, 2023 1:47 PM
**To:** Daniel Tarlow <DTarlow@princelobel.com>
**Subject:** RE: Sarepta - Dr. Woods

Hi Dan,

Dr. Woods tells me the following:   According to his records ██████████████████████
████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████

As far as he can tell, he never was involved in, or received materials related to, exon 53.  Would you be willing to share the documents you found that demonstrate otherwise?

Thanks, Kathy


Katherine J. Michon
Hartley Michon Robb Hannon LLP
155 Seaport Boulevard, 2nd Floor
Boston, MA  02210-2698
Main: (617) 723-8000
Direct: (617) 447-2802
Cell: (617) 645-3646
Fax: (617) 447-2800
www.hmrhlaw.com
_____

This electronic message contains a communication from a law office, which communication is strictly confidential and intended solely for the use of the addressee.  The communication may be privileged under the attorney-client and/or the attorney work product privileges.  Any non-addressee is prohibited from reading, disseminating, distributing, or copying the communication contained herein.  If you are in possession of the communication in error, please immediately notify the sender via electronic mail, excluding the original communication.  Thank you.

**From:** Daniel Tarlow <DTarlow@princelobel.com>
**Sent:** Wednesday, July 5, 2023 4:15 PM
**To:** Katherine Michon <kmichon@hmrhlaw.com>
**Subject:** Sarepta - Dr. Woods

Kathy,

Hope you had a nice 4th.  When do you think you will be able to get back to me re Dr. Woods?

This email is intended for the confidential use of the addressees only. Because the information is subject to the attorney-client privilege and may be attorney work product, you should not file copies of this email with publicly accessible records. If you are not an addressee on this email or an addressee's authorized agent, you have received this email in error; please notify us immediately at 617 456 8000 and do not further review, disseminate or copy this email. Thank you.

-------------------------------

IRS Circular 230 Disclosure: Any federal tax advice or information included in this message or any attachment is not intended to be, and may not be, used to avoid tax penalties or to promote, market, or recommend any transaction, matter, entity, or investment plan discussed herein. Prince Lobel Tye LLP does not otherwise by this disclaimer limit you from disclosing the tax structure of any transaction addressed herein.

{This email originated from outside your Organization}

{This email originated from outside your Organization}

{This email originated from outside your Organization}

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 14, 2023, upon the following in the manner indicated:

| | |
|---|---|
| Amy M. Dudash, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>1201 North Market Street, Suite 2201<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Amanda S. Williamson, Esquire<br>Christopher J. Betti, Esquire<br>Krista Vink Venegas, Esquire<br>Maria E. Doukas, Esquire<br>Michael T. Sikora, Esquire<br>Zachary Miller, Esquire<br>Guylaine Haché, Ph.D.<br>Wan-Shon Lo, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>110 North Wacker Drive, Suite 2800<br>Chicago, IL  60606<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Eric Kraeutler, Esquire<br>Alison P. Patitucci, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA  19103<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

2

Jitsuro Morishita, Esquire  
MORGAN, LEWIS & BOCKIUS LLP  
16F, Marunouchi Building,  
2-4-1 Marunouchi, Chiyoda-ku  
Tokyo, 100-6316 Japan  
*Attorneys for Plaintiff*

*VIA ELECTRONIC MAIL*

*/s/ Megan E. Dellinger*

_____  
Megan E. Dellinger (#5739)

# CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 21, 2023, upon the following in the manner indicated:

| | |
|---|---|
| Amy M. Dudash, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>1201 North Market Street, Suite 2201<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |
| Amanda S. Williamson, Esquire<br>Christopher J. Betti, Esquire<br>Krista Vink Venegas, Esquire<br>Maria E. Doukas, Esquire<br>Michael T. Sikora, Esquire<br>Zachary Miller, Esquire<br>Guylaine Haché, Ph.D.<br>Wan-Shon Lo, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>110 North Wacker Drive, Suite 2800<br>Chicago, IL  60606<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |
| Eric Kraeutler, Esquire<br>Alison P. Patitucci, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA  19103<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |
| Jitsuro Morishita, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>16F, Marunouchi Building,<br>2-4-1 Marunouchi, Chiyoda-ku<br>Tokyo, 100-6316 Japan<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |

*/s/ Megan E. Dellinger*
_____
Megan E. Dellinger (#5739)