IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> SAREPTA THERAPEUTICS, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 21-1015 (GBW) <br> ) <br> ) **REDACTED – PUBLIC VERSION** <br> ) **Original Filing Date: August 16, 2023** <br> ) **Redacted Filing Date: August 23, 2023** |
| SAREPTA THERAPEUTICS, INC. and THE UNIVERSITY OF WESTERN AUSTRALIA, <br><br> Defendant/Counter-Plaintiffs, <br><br> v. <br><br> NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC. <br><br> Plaintiff/Counter-Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**EXHIBITS IN SUPPORT OF
DEFENDANT SAREPTA THERAPEUTICS, INC.'S SECOND AMENDED ANSWER,
DEFENSES, AND COUNTERCLAIMS TO PLAINTIFF
NIPPON SHINYAKU CO., LTD.'S SECOND AMENDED COMPLAINT**

**VOLUME 1**