IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SAREPTA THERAPEUTICS, INC., ) <br> ) <br> Defendant. ) | C.A. No. 21-1015 (GBW) <br><br> **REDACTED – PUBLIC VERSION** <br> **Original Filing Date: August 16, 2023** <br> **Redacted Filing Date: August 23, 2023** |
| SAREPTA THERAPEUTICS, INC. and THE UNIVERSITY OF WESTERN AUSTRALIA, ) <br> ) <br> Defendant/Counter-Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> NIPPON SHINYAKU CO., LTD. <br> and NS PHARMA, INC. ) <br> ) <br> Plaintiff/Counter-Defendants. ) | |

**EXHIBITS IN SUPPORT OF
DEFENDANT SAREPTA THERAPEUTICS, INC.'S SECOND AMENDED ANSWER,
DEFENSES, AND COUNTERCLAIMS TO PLAINTIFF
NIPPON SHINYAKU CO., LTD.'S SECOND AMENDED COMPLAINT**

**VOLUME 2**