IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 21-1015 (GBW) |
| SAREPTA THERAPEUTICS, INC., | ) ) ) |
| Defendant. | ) |
| SAREPTA THERAPEUTICS, INC. and THE UNIVERSITY OF WESTERN AUSTRALIA, | ) ) ) |
| Defendant/Counter-Plaintiffs, | ) ) |
| v. | ) ) |
| NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC. | ) ) ) |
| Plaintiff/Counter-Defendants. | ) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to D. Del. LR 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Amanda P. Reeves of LATHAM & WATKINS LLP to represent Defendant/Counter-Plaintiff Sarepta Therapeutics, Inc. in this matter.

|  |  |
|---|---|
| OF COUNSEL: | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Megan E. Dellinger* |
| Charles E. Lipsey | _____ |
| J. Derek McCorquindale | Jack B. Blumenfeld (#1014) |
| Ryan P. O'Quinn | Megan E. Dellinger (#5739) |
| L. Scott Burwell | 1201 North Market Street |
| FINNEGAN, HENDERSON, FARABOW, | P.O. Box 1347 |
|   GARRETT & DUNNER, LLP | Wilmington, DE  19899 |
| 1875 Explorer Street, Suite 800 | (302) 658-9200 |
| Reston, VA  20190-6023 | jblumenfeld@morrisnichols.com |
| (571) 203-2700 | mdellinger@morrisnichols.com |
|  |  |
|  | *Attorneys for Defendant/Counter-Plaintiffs Sarepta Therapeutics, Inc. and The University of Western Australia* |

OF COUNSEL (cont.):

William B. Raich
Michael J. Flibbert
John M. Williamson
Yoonhee Kim
Yoonjin Lee
Kaitlyn S. Pehrson
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC  20001-4413
(202) 408-4000

Alissa K. Lipton
Eric J. Lee, Ph.D.
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
Two Seaport Lane
Boston, MA  02210-2001
(617) 646-1600

August 25, 2023

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____          _____
                                United States District Judge

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Virginia and the District of Columbia and pursuant to D. Del. LR 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 09/01/2016, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date:  August 25, 2023              */s/ Amanda P. Reeves*
                                    Amanda P. Reeves
                                    LATHAM & WATKINS LLP
                                    555 Eleventh Street, NW, Suite 1000
                                    Washington, D.C., 20004
                                    (202) 637-2200
                                    amanda.reeves@lw.com

3

## CERTIFICATE OF SERVICE

      I hereby certify that on August 25, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

      I further certify that I caused copies of the foregoing document to be served on August 25, 2023, upon the following in the manner indicated:

| | |
|---|---|
| Amy M. Dudash, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>1201 North Market Street, Suite 2201<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |
| Amanda S. Williamson, Esquire<br>Christopher J. Betti, Esquire<br>Krista Vink Venegas, Esquire<br>Maria E. Doukas, Esquire<br>Michael T. Sikora, Esquire<br>Zachary Miller, Esquire<br>Guylaine Haché, Ph.D.<br>Wan-Shon Lo, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>110 North Wacker Drive, Suite 2800<br>Chicago, IL 60606<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |
| Eric Kraeutler, Esquire<br>Alison P. Patitucci, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |
| Jitsuro Morishita, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>16F, Marunouchi Building,<br>2-4-1 Marunouchi, Chiyoda-ku<br>Tokyo, 100-6316 Japan<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |

                                              */s/ Megan E. Dellinger*
                                              Megan E. Dellinger (#5739)