## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 21-1015 (GBW) |
| ) | |
| SAREPTA THERAPEUTICS, INC. ) | **DEMAND FOR JURY TRIAL** |
| ) | |
| Defendant. ) | |
| ————————————————— ) | |
| ) | |
| SAREPTA THERAPEUTICS, INC. and THE ) | |
| UNIVERSITY OF WESTERN AUSTRALIA, ) | |
| ) | |
| Defendant/Counter-Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| NIPPON SHINYAKU CO., LTD. ) | |
| and NS PHARMA, INC., ) | |
| ) | |
| Plaintiff/Counter-Defendants. ) | |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME
## FOR FILING ANSWERS TO COUNTERCLAIMS

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline for the parties to answer, move, or otherwise respond to each other's respective counterclaims (D.I. 324, D.I. 328) is hereby extended until September 1, 2023.

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

/s/ Amy M. Dudash
_____

Amy M. Dudash (#5741)
1201 North Market Street, Suite 2201
Wilmington, DE  19801
(302) 574-3000
amy.dudash@morganlewis.com

*Counsel for Plaintiff and Counter-Defendants*
*Nippon Shinyaku Co., Ltd. and NS Pharma,*
*Inc.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Megan E. Dellinger
_____

Jack B. Blumenfeld (#1014)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

*Counsel for Defendant/Counter-Plaintiffs*
*Sarepta Therapeutics, Inc. and The University*
*of Western Australia*

Dated:  August 30, 2023

SO ORDERED this __ day of _____, 2023.

_____
Honorable Gregory B. Williams
United States District Court Judge

- 2 -