# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., Plaintiff, <br> v. <br> SAREPTA THERAPEUTICS, INC., Defendant. <br><br> SAREPTA THERAPEUTICS, INC., Defendant and Counter-Plaintiff, and UNIVERSITY OF WESTERN AUSTRALIA, Counter-Plaintiff <br> v. <br> NIPPON SHINYAKU CO., LTD., Plaintiff and Counter-Defendant and NS PHARMA, INC., Counter-Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 21-1015 (GBW) |

## NIPPON SHINYAKU CO., LTD. AND NS PHARMA, INC.'S MOTION TO COMPEL

Nippon Shinyaku Co., Ltd. and NS Pharma, Inc. (collectively, "Nippon Shinyaku") hereby move the Special Master to compel (1) Sarepta Therapeutics, Inc. ("Sarepta") to produce corporate designee(s) to testify regarding Topics 67 and 93 of Nippon Shinyaku's 30(b)(6) Notice to Sarepta; (2) Sarepta to produce information sufficient to show the relative amount of free drug it provides for the accused product, Vyondys53, as compared with its other exon-skipping products, Exondys51 and Amondys45; (3) the University of Western Australia ("UWA") to produce non-privileged documents responsive to Nippon Shinyaku's Requests for Production and disclose to Nippon Shinyaku any search terms used to locate responsive documents; and (4) UWA to produce corporate designee(s) to testify in Delaware regarding Topics 9, 13, 14, 16, 21, 24, 25, 26, 27, 29, 31, 32, 33, 34, 40, 41, 43, 44, 45, 46, 47, 48, 50, 51, 52, 57, 58, and 59 of Nippon Shinyaku's 30(b)(6) Notice to UWA.

The reasons for the instant Motion are set forth in the accompanying letter brief in support, which is incorporated herein by reference.

| | |
|---|---|
| August 15, 2023 | Respectfully submitted, |
| | MORGAN, LEWIS & BOCKIUS LLP |
| | /s/ Amy M. Dudash |
| | Amy M. Dudash (DE Bar No. 5741) |
| Amanda S. Williamson (admitted *pro hac vice*) | 1201 N. Market Street, Suite 2201 |
| Christopher J. Betti (admitted *pro hac* vice) | Wilmington, DE 19801 |
| Krista V. Venegas (admitted *pro hac* vice) | Telephone: 302.574.3000 |
| Wan-Shon Lo (admitted *pro hac vice*) | Fax: 302.574.3001 |
| Maria E. Doukas (admitted *pro hac vice*) | amy.dudash@morganlewis.com |
| Zachary Miller (admitted *pro hac vice*) | |
| Guylaine Haché (admitted *pro hac vice*) | *Attorneys for Plaintiff/Counterclaim* |
| Michael T. Sikora (admitted *pro hac vice*) | *Defendant Nippon Shinyaku Co., Ltd. and* |
| 110 N. Wacker Drive, Ste 2800 | *Counterclaim Defendant NS Pharma, Inc.* |
| Chicago, IL 60601 | |
| Telephone: 312.324.1000 | |
| Fax: 312.324.1001 | |
| amanda.williamson@morganlewis.com | |
| christopher.betti@morganlewis.com | |
| krista.venegas@morganlewis.com | |
| shon.lo@morganlewis.com | |
| maria.doukas@morganlewis.com | |
| zachary.miller@morganlewis.com | |
| guylaine.hache@morganlewis.com | |
| michael.sikora@morganlewis.com | |
| | |
| Eric Kraeutler (admitted *pro hac vice*) | |
| Alison Patitucci (admitted (*pro hac vice*) | |
| 1701 Market Street | |
| Philadelphia, PA 19103 | |
| Telephone: 215.693.5000 | |
| Fax: 215.963.5001 | |
| eric.kraeutler@morganlewis.com | |
| alison.patitucci@morganlewis.com | |