IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SAREPTA THERAPEUTICS, INC., ) <br> ) <br> Defendant. ) <br> SAREPTA THERAPEUTICS, INC. and ) <br> UNIVERSITY OF WESTERN AUSTRALIA, ) <br> ) <br> Defendant/Counter-Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NIPPON SHINYAKU CO., LTD. ) <br> and NS PHARMA, INC. ) <br> ) <br> Plaintiff/Counter-Defendants. ) | C.A. No. 21-1015 (GBW) |

### SAREPTA THERAPEUTICS, INC.'S MOTION TO COMPEL

Pursuant to the Court's procedures for resolution of discovery disputes and disputes relating to protective orders (D.I. 143, Paragraph 4(g)), the Order Appointing Special Master (D.I. 219, ¶ 3(a)), and Special Master Order #4 (D.I. 306), Sarepta Therapeutics, Inc. ("Sarepta") hereby moves for an order compelling Nippon Shinyaku Co., Ltd. ("NS") to produce:

(i) a Rule 30(b)(6) witness to provide testimony on three research reports in NS's custody (NS00102924-987, NS00102988-3060, NS000103061-110, collectively the "CERI Reports");

(ii) all documents relating to the CERI Reports and any correspondence within NS, between NS and the Chemical Evaluation and Research Institute, and between NS and any other entity or individual, regarding the CERI Reports; and

(iii) an additional Rule 30(b)(6) witness with respect to Sarepta's Topic No. 31, relating to the first awareness by NS and/or National Center of Neurology and Psychiatry of Popplewell et al., Neuromuscul Disord (2010) 20:102-10 and U.S. Patent Publication No. 2010/0168212.

The bases for these requests are set forth in the letter brief that is being submitted to the Special Master concurrent with this motion.

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Megan E. Dellinger* |
| OF COUNSEL: | Jack B. Blumenfeld (#1014) |
|  | Megan E. Dellinger (#5739) |
| Charles E. Lipsey | 1201 North Market Street |
| J. Derek McCorquindale | P.O. Box 1347 |
| Ryan P. O'Quinn | Wilmington, DE  19899 |
| FINNEGAN, HENDERSON, FARABOW, | (302) 658-9200 |
|   GARRETT & DUNNER, LLP | jblumenfeld@morrisnichols.com |
| 1875 Explorer Street, Suite 800 | mdellinger@morrisnichols.com |
| Reston, VA  20190-6023 |  |
| (571) 203-2700 | *Attorneys for Defendant/Counter-Plaintiffs Sarepta Therapeutics, Inc. and The University of Western Australia* |
| William B. Raich |  |
| Michael J. Flibbert |  |
| Yoonhee Kim |  |
| Yoonjin Lee |  |
| FINNEGAN, HENDERSON, FARABOW, |  |
|   GARRETT & DUNNER, LLP |  |
| 901 New York Avenue, NW |  |
| Washington, DC  20001-4413 |  |
| (202) 408-4000 |  |
|  |  |
| Alissa K. Lipton |  |
| FINNEGAN, HENDERSON, FARABOW, |  |
|   GARRETT & DUNNER, LLP |  |
| Two Seaport Lane |  |
| Boston, MA  02210-2001 |  |
| (617) 646-1600 |  |
|  |  |
| August 15, 2023 |  |