# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 21-1015 (GBW) |
| ) | |
| SAREPTA THERAPEUTICS, INC. ) | **DEMAND FOR JURY TRIAL** |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| SAREPTA THERAPEUTICS, INC. and THE ) | |
| UNIVERSITY OF WESTERN AUSTRALIA, ) | |
| ) | |
| Defendant/Counter-Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| NIPPON SHINYAKU CO., LTD. ) | |
| and NS PHARMA, INC., ) | |
| ) | |
| Plaintiff/Counter-Defendants. ) | |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND CERTAIN DEADLINES

WHEREAS, Nippon Shinyaku Co. Ltd. and NS Pharma, Inc. (collectively, "NS") determined a technical error impacted its review and production of non-privileged and non-work product protected documents relating to the CERI Reports as ordered by Special Master Squire;

WHEREAS, production of these documents is necessary in advance of the 30(b)(6) deposition related to the CERI Reports as ordered by Special Master Squire;

WHEREAS, amending the deadlines for production and deposition regarding the CERI Reports may impact forthcoming expert reports;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the following deadlines are amended as set forth below:

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| NS's production of non-privileged and non-work product protected documents relating to the CERI Reports and production of a privilege log pertaining to the same. | September 21, 2023 (D.I. 348 at 20) | September 28, 2023 |
| NS's production of a 30(b)(6) witness to provide testimony regarding the CERI Reports. | September 28, 2023 (D.I. 348 at 21) | October 4, 2023 |
| Rebuttal Expert Reports | October 5, 2023 (D.I. 341) | October 11, 2023 |
| Reply Expert Reports | October 24, 2023 (D.I. 341) | October 27, 2023 |

No other deadlines, including the November 20, 2023 close of expert discovery, are altered by this stipulation.

Respectfully submitted,

| | |
|---|---|
| MORGAN, LEWIS & BOCKIUS LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ *Amy M. Dudash* | /s/ *Megan E. Dellinger* |
| Amy M. Dudash (#5741)<br>1201 North Market Street, Suite 2201<br>Wilmington, DE 19801<br>(302) 574-3000<br>amy.dudash@morganlewis.com | Jack B. Blumenfeld (#1014)<br>Megan E. Dellinger (#5739)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>mdellinger@morrisnichols.com |
| *Counsel for Plaintiff and Counter-Defendants Nippon Shinyaku Co., Ltd. and NS Pharma, Inc.* | *Counsel for Defendant and Counter-Plaintiff Sarepta Therapeutics, Inc.* |

Dated: September 25, 2023

- 3 -

SO ORDERED this ___ day of _____, 2023.

                                                                    _____
                                                                    Honorable Gregory B. Williams
                                                                    United States District Court Judge