# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> SAREPTA THERAPEUTICS, INC., <br><br> Defendant. <br><br> SAREPTA THERAPEUTICS, INC. and THE UNIVERSITY OF WESTERN AUSTRALIA, <br><br> Defendant/Counter-Plaintiffs, <br><br> v. <br><br> NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC., <br><br> Plaintiff/Counter-Defendants. | C.A. No. 21-1015 (GBW) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *(1) Reply Expert Report of Christine C. Esau, Ph.D. Regarding Infringement of Certain NS Patents, (2) Reply Expert Report of Dr. Michelle L. Hastings Regarding the Invalidity of the UWA Patents, (3) Reply Expert Report of Nathan W. Luedtke, Ph.D. Regarding Infringement of U.S. Patent No. 10,683,322, (4) Expert Reply Report of Robert S. Maness, Ph.D., (5) Expert Reply Report of Dr. Matthew J.A. Wood, (6) Reply Expert Report of Scott E. Kamholz, Esq., (7), Reply Technical Expert Report of Jonathan Strober, M.D., and (8) Reply Expert Report and Disclosure of Mark Hosfield* were caused to be served on October 27, 2023, upon the following in the manner indicated:

| | |
|---|---|
| Jack B. Blumenfeld<br>Megan E. Dellinger<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>mdellinger@morrisnichols.com | *VIA ELECTRONIC MAIL* |
| Charles E. Lipsey<br>J. Derek McCorquindale<br>Ryan P. O'Quinn<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP<br>1875 Explorer Street, Suite 800<br>Reston, VA  20190-6023<br>(571) 203-2700<br>charles.lipsey@finnegan.com<br>derek.mccorquindale@finnegan.com<br>ryan.o'quinn@finnegan.com | *VIA ELECTRONIC MAIL* |
| William B. Raich<br>Michael J. Flibbert<br>Yoonhee Kim<br>Yoonjin Lee<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP<br>901 New York Avenue, NW<br>Washington, DC  20001-4413<br>(202) 408-4000<br>william.raich@finnegan.com<br>michael.flibbert@finnegan.com<br>yoonhee.kim@finnegan.com<br>yoonjin.lee@finnegan.com | *VIA ELECTRONIC MAIL* |
| Alissa K. Lipton<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP<br>Two Seaport Lane<br>Boston, MA  02210-2001<br>(617) 646-1600<br>alissa.lipton@finnegan.com | *VIA ELECTRONIC MAIL* |

Dated: October 30, 2023

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

Amanda S. Williamson (admitted *pro hac vice*)
Christopher J. Betti (admitted *pro hac* vice)
Krista V. Venegas (admitted *pro hac* vice)
Maria E. Doukas (admitted *pro hac vice*)
Zachary Miller (admitted *pro hac vice*)
Guylaine Haché (admitted *pro hac vice*)
Michael T. Sikora (admitted *pro hac vice*)
110 N. Wacker Drive, Ste 2800
Chicago, IL 60601
Telephone: 312.324.1000
Fax: 312.324.1001
amanda.williamson@morganlewis.com
christopher.betti@morganlewis.com
krista.venegas@morganlewis.com
maria.doukas@morganlewis.com
zachary.miler@morganlewis.com
guylaine.hache@morganlewis.com
michael.sikora@morganlewis.com

*/s/Amy M. Dudash*
Amy M. Dudash (DE Bar No. 5741)
1201 N. Market Street, Suite 2201
Wilmington, Delaware 19801
Telephone: 302.574.3000
Fax: 302.574.3001
amy.dudash@morganlewis.com

*Attorneys for Plaintiff/Counterclaim Defendant Nippon Shinyaku Co., Ltd. and Counterclaim Defendant NS Pharma, Inc.*