IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 21-1015 (GBW) |
| SAREPTA THERAPEUTICS, INC., | ) |
| Defendant. | ) |
| SAREPTA THERAPEUTICS, INC. and THE UNIVERSITY OF WESTERN AUSTRALIA, | ) |
| Defendant/Counter-Plaintiffs, | ) |
| v. | ) |
| NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC. | ) |
| Plaintiff/Counter-Defendants. | ) |

**NOTICE OF DEPOSITION OF SCOTT E. KAMHOLZ**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure and the applicable Local Rules of the District Court for the District of Delaware, Defendant and Counter-Plaintiffs Sarepta Therapeutics, Inc. ("Sarepta") and The University of Western Australia ("UWA"), by their undersigned attorneys, will take the deposition upon oral examination of Scott E. Kamholz. The deposition will commence at 9:00 a.m. CDT on November 3, 2023 at 110 North Wacker Drive, Chicago, IL 60606-0511.

The deposition will proceed in accordance with the Federal Rules of Civil Procedure and the Local Rules for the District of Delaware, for the purpose of discovery, for use at trial and for such other purposes as are permitted by law. The deposition will be taken before a notary public

or other officer authorized to administer oaths, appearing remotely, if necessary, who will swear in the witness and administer the oath. The deposition testimony will be recorded by sound/audio, video, stenographic means and/or by real time display of testimony. The testimony taken pursuant to this Notice of Deposition may be used for any and all appropriate purposes as provided by the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and agreement between the parties.

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Megan E. Dellinger* |
| OF COUNSEL: | Jack B. Blumenfeld (#1014) |
|  | Megan E. Dellinger (#5739) |
| Charles E. Lipsey | 1201 North Market Street |
| J. Derek McCorquindale | P.O. Box 1347 |
| Ryan P. O'Quinn | Wilmington, DE  19899 |
| L. Scott Burwell | (302) 658-9200 |
| FINNEGAN, HENDERSON, FARABOW, | jblumenfeld@morrisnichols.com |
|    GARRETT & DUNNER, LLP | mdellinger@morrisnichols.com |
| 1875 Explorer Street, Suite 800 |  |
| Reston, VA  20190-6023 | *Attorneys for Defendant/Counter-Plaintiffs* |
| (571) 203-2700 | *Sarepta Therapeutics, Inc. and The University of Western Australia* |
| William B. Raich |  |
| Michael J. Flibbert |  |
| John M. Williamson |  |
| Yoonhee Kim |  |
| Yoonjin Lee |  |
| Kaitlyn S. Pehrson |  |
| FINNEGAN, HENDERSON, FARABOW, |  |
|    GARRETT & DUNNER, LLP |  |
| 901 New York Avenue, NW |  |
| Washington, DC  20001-4413 |  |
| (202) 408-4000 |  |

2

Alissa K. Lipton
Eric J. Lee, Ph.D.
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, LLP
Two Seaport Lane
Boston, MA  02210-2001
(617) 646-1600

Amanda P. Reeves
Anna M. Rathbun
Graham B. Haviland
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C.  20004
(202) 637-2200

October 30, 2023

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 30, 2023, upon the following in the manner indicated:

| | |
|---|---|
| Amy M. Dudash, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>1201 North Market Street, Suite 2201<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Amanda S. Williamson, Esquire<br>Christopher J. Betti, Esquire<br>Krista Vink Venegas, Esquire<br>Maria E. Doukas, Esquire<br>Michael T. Sikora, Esquire<br>Zachary Miller, Esquire<br>Guylaine Haché, Ph.D.<br>Wan-Shon Lo, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>110 North Wacker Drive, Suite 2800<br>Chicago, IL  60606<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Alison P. Patitucci, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA  19103<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Jitsuro Morishita, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>16F, Marunouchi Building,<br>2-4-1 Marunouchi, Chiyoda-ku<br>Tokyo, 100-6316 Japan<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

/s/ *Megan E. Dellinger*

_____
Megan E. Dellinger (#5739)