IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> SAREPTA THERAPEUTICS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 21-1015 (GBW) |
| SAREPTA THERAPEUTICS, INC. and THE UNIVERSITY OF WESTERN AUSTRALIA, <br><br> Defendant/Counter-Plaintiffs, <br><br> v. <br><br> NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC., <br><br> Plaintiff/Counter-Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF DEPOSITION OF ANDREW HIRSHFELD

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, and the applicable Local Rules of the District Court for the District of Delaware Nippon Shinyaku Co., Ltd. and NS Pharma, Inc., by their undersigned attorneys, will take the deposition upon oral examination as set forth below, or as otherwise agreed upon by counsel:

| WITNESS | DATE AND TIME | LOCATION |
|---|---|---|
| Andrew Hirshfeld | November 17, 2023 <br> 9:00 a.m. Eastern | Remote <br> via Videoconference |

The deposition will be recorded by video and stenographic means before a notary public or other officer qualified to administer oaths. The deposition shall be used for discovery purposes and may be used as evidence at trial or any hearing in this case. You are invited to attend and participate as provided in the Federal Rules of Civil Procedure.

| | |
|---|---|
| Dated: November 2, 2023 | Respectfully submitted, |
| | MORGAN, LEWIS & BOCKIUS LLP |
| Amanda S. Williamson (admitted *pro hac vice*)<br>Christopher J. Betti (admitted *pro hac* vice)<br>Krista V. Venegas (admitted *pro hac* vice)<br>Maria E. Doukas (admitted *pro hac vice*)<br>Zachary Miller (admitted *pro hac vice*)<br>Guylaine Haché (admitted *pro hac vice*)<br>Michael T. Sikora (admitted *pro hac vice*)<br>110 N. Wacker Drive, Ste 2800<br>Chicago, IL 60601<br>Telephone: 312.324.1000<br>Fax: 312.324.1001<br>amanda.williamson@morganlewis.com<br>christopher.betti@morganlewis.com<br>krista.venegas@morganlewis.com<br>maria.doukas@morganlewis.com<br>zachary.miler@morganlewis.com<br>guylaine.hache@morganlewis.com<br>michael.sikora@morganlewis.com | /s/Amy M. Dudash<br>Amy M. Dudash (DE Bar No. 5741)<br>1201 N. Market Street, Suite 2201<br>Wilmington, Delaware 19801<br>Telephone: 302.574.3000<br>Fax: 302.574.3001<br>amy.dudash@morganlewis.com<br><br>*Attorneys for Nippon Shinyaku Co., Ltd. and NS Pharma, Inc.* |

## CERTIFICATE OF SERVICE

      I certify that on November 2, 2023, I caused a true and correct copy of the foregoing document to be filed and served via the Court's CM/ECF system upon the following counsel of record:

Jack B. Blumenfeld
Megan E. Dellinger
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

Charles E. Lipsey
J. Derek McCorquindale
Ryan P. O'Quinn
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
1875 Explorer Street, Suite 800
Reston, VA  20190-6023
(571) 203-2700

William B. Raich
Michael J. Flibbert
Yoonhee Kim
Yoonjin Lee
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC  20001-4413
(202) 408-4000

Alissa K. Lipton
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
Two Seaport Lane
Boston, MA  02210-2001
(617) 646-1600

                                                                                 */s/ Amy M. Dudash*
                                                                                    Amy M. Dudash