IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SAREPTA THERAPEUTICS, INC., ) <br> ) <br> Defendant. ) <br> SAREPTA THERAPEUTICS, INC. and THE ) <br> UNIVERSITY OF WESTERN AUSTRALIA, ) <br> ) <br> Defendant/Counter-Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> NIPPON SHINYAKU CO., LTD. ) <br> and NS PHARMA, INC. ) <br> ) <br> Plaintiff/Counter-Defendants. ) | C.A. No. 21-1015 (GBW) |

**SAREPTA'S MOTION TO STRIKE
<u>DR. MATTHEW WOOD'S EXPERT REPORTS</u>**

Defendant Sarepta Therapeutics, Inc ("Sarepta") hereby moves the Court for an order striking the Expert Reports of Dr. Matthew Wood. The grounds for this Motion are set forth in Sarepta's opening letter brief and exhibits filed herewith.

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Megan E. Dellinger* |
| OF COUNSEL: | _____ |
| | Jack B. Blumenfeld (#1014) |
| Charles E. Lipsey | Megan E. Dellinger (#5739) |
| J. Derek McCorquindale | 1201 North Market Street |
| Ryan P. O'Quinn | P.O. Box 1347 |
| L. Scott Burwell | Wilmington, DE  19899 |
| FINNEGAN, HENDERSON, FARABOW, | (302) 658-9200 |
|     GARRETT & DUNNER, LLP | jblumenfeld@morrisnichols.com |
| 1875 Explorer Street, Suite 800 | mdellinger@morrisnichols.com |
| Reston, VA  20190-6023 | |
| (571) 203-2700 | *Attorneys for Defendant/Counter-Plaintiffs Sarepta Therapeutics, Inc. and The University of Western Australia* |
| William B. Raich | |
| Michael J. Flibbert | |
| John M. Williamson | |
| Yoonhee Kim | |
| Yoonjin Lee | |
| Kaitlyn S. Pehrson | |
| FINNEGAN, HENDERSON, FARABOW, | |
|     GARRETT & DUNNER, LLP | |
| 901 New York Avenue, NW | |
| Washington, DC  20001-4413 | |
| (202) 408-4000 | |
| | |
| Alissa K. Lipton | |
| Eric J. Lee, Ph.D. | |
| FINNEGAN, HENDERSON, FARABOW, | |
|     GARRETT & DUNNER, LLP | |
| Two Seaport Lane | |
| Boston, MA  02210-2001 | |
| (617) 646-1600 | |
| | |
| Amanda P. Reeves | |
| Anna M. Rathbun | |
| Graham B. Haviland | |
| Jesse Aaron Vella | |
| LATHAM & WATKINS LLP | |
| 555 Eleventh Street, NW, Suite 1000 | |
| Washington, D.C.  20004 | |
| (202) 637-2200 | |
| | |
| November 30, 2023 | |

2

## **RULE 7.1.1 CERTIFICATE**

I hereby certify that counsel for the parties, including lead and Delaware counsel, discussed the subject of the foregoing motion and that the parties were unable to reach agreement.

*/s/ Megan E. Dellinger*
_____
Megan E. Dellinger (#5739)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 21-1015 (GBW) |
| SAREPTA THERAPEUTICS, INC., | ) |
| Defendant. | ) |
| SAREPTA THERAPEUTICS, INC. and THE UNIVERSITY OF WESTERN AUSTRALIA, | ) |
| Defendant/Counter-Plaintiffs, | ) |
| v. | ) |
| NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC. | ) |
| Plaintiff/Counter-Defendants. | ) |

**[PROPOSED] ORDER**

The Court, having considered Defendant Sarepta Therapeutics, Inc's Motion to Strike the Expert Reports of Dr. Matthew Wood and all submissions related thereto;

IT IS HEREBY ORDERED this ___ day of _____, 2023 that the Motion is GRANTED.  The expert reports of Dr. Matthew Wood (Exs. 1-3 to Sarepta's opening letter brief in support of the Motion) are stricken in their entirety.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 30, 2023, upon the following in the manner indicated:

| | |
|---|---|
| Amy M. Dudash, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>1201 North Market Street, Suite 2201<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Amanda S. Williamson, Esquire<br>Christopher J. Betti, Esquire<br>Krista Vink Venegas, Esquire<br>Maria E. Doukas, Esquire<br>Michael T. Sikora, Esquire<br>Zachary Miller, Esquire<br>Guylaine Haché, Ph.D.<br>Wan-Shon Lo, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>110 North Wacker Drive, Suite 2800<br>Chicago, IL  60606<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Alison P. Patitucci, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA  19103<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Jitsuro Morishita, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>16F, Marunouchi Building,<br>2-4-1 Marunouchi, Chiyoda-ku<br>Tokyo, 100-6316 Japan<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

/s/ *Megan E. Dellinger*

_____
Megan E. Dellinger (#5739)