EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE**

| | |
|---|---|
| **NIPPON SHINYAKU CO., LTD.,**<br>**Plaintiff,**<br><br>v.<br><br>**SAREPTA THERAPEUTICS, INC.,**<br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| **SAREPTA THERAPEUTICS, INC. and**<br>**THE UNIVERSITY OF WESTERN**<br>**AUSTRALIA, Defendant and Counter-**<br>**Plaintiff**<br><br>v.<br><br>**NIPPON SHINYAKU CO., LTD. and**<br>**NS PHARMA, INC., Plaintiff and**<br>**Counter-Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**C.A. No. 21-1015 (GBW)**

**EXPERT REPORT OF DR. MATTHEW J.A. WOOD**

September 8, 2023

Matthew J.A. Wood, F.Med.Sci., MA, D.Phil.

# TABLE OF CONTENTS

**Page**

I.  INTRODUCTION AND ASSIGNMENT ................................................................. 1

II.  QUALIFICATIONS ............................................................................................. 2

III.  BACKGROUND OF ANALYSIS ........................................................................ 3

    A.  Person of Ordinary Skill in the Art ........................................................... 3

    B.  Inventorship ............................................................................................... 4

IV.  BACKGROUND REGARDING THE SCOPE AND CONTENT OF THE PRIOR ART AT THE TIME OF THE CLAIMED INVENTION .................................. 4

    A.  Duchenne Muscular Dystrophy ................................................................. 4

    B.  Becker Muscular Dystrophy ...................................................................... 6

    C.  Transcription, Splicing, and Translation .................................................... 7

    D.  Conceptual Framework for Treating DMD by Exon Skipping ......................... 12

    E.  Antisense Oligonucleotides for Exon Skipping ......................................... 14

    1.  Requirements for Exon Skipping .............................................................. 14

    2.  Prominent Classes of AON Proposed for Exon Skipping ......................... 16

    3.  *In vitro* skipping assays ............................................................................ 20

    F.  *In Vitro* Exon Skipping Experiments Are Unpredictable ........................... 21

    G.  Mismatches Unpredictably Alter Efficacy of AON Exon Skipping Activity ...... 27

    H.  Additional Challenges with *In Vivo* Exon Skipping .................................. 29

    1.  AONs have yet to fulfill their potential ................................................... 29

    2.  Drug delivery as a barrier to effective treatment .................................... 30

    3.  Lack of animal models ............................................................................. 33

V.  INVENTIONS IN THE UWA PATENTS ............................................................ 34

    A.  Overview of the UWA Patents .................................................................. 34

    B.  Exon 53 AONs disclosed in the UWA Patents .......................................... 40

    1.  AON Annealing Site .................................................................................. 42

    2.  AON Length .............................................................................................. 44

    C.  The Inventors of the UWA Patents did not have a definite and permanent idea of the complete and operative invention disclosed in the UWA Patents ...................................................................................................... 46

VI.  RESERVATION OF RIGHTS AND TRIAL EXHIBITS ..................................... 49

## TABLE OF EXHIBITS

| Exhibit 1 | List of Materials Reviewed. |
|-----------|------------------------------|
| Exhibit 2 | Curriculum Vitae. |

## I.    INTRODUCTION AND ASSIGNMENT

1.    I have been asked by counsel for Nippon Shinyaku Co. Ltd. ("Nippon Shinyaku") and NS Pharma, Inc. ("NS Pharma," collectively with Nippon Shinyaku "NS") to provide an opinion concerning the state of the art of exon skipping therapies for treatment of Duchenne muscular dystrophy ("DMD") and what a person of ordinary skill in the art ("POSA") would have understood the inventors of the asserted patents to have invented based on the Specification. This expert report ("Report") presents the opinions I have formed at this time. If asked, I will testify based upon my study of the materials identified in Exhibit 1 and throughout this Report, as well as my own previous knowledge and experience on this subject matter.

2.    I understand that NS alleges that Sarepta Therapeutics, Inc. ("Sarepta") infringes several of NS's patents and that Sarepta alleges that NS infringes three patents owned by the University of Western Australia ("UWA") and exclusively licensed by Sarepta. I have reviewed only publicly available information.

3.    I understand from counsel for NS ("counsel") that I may be provided additional information as this case proceeds, including rebuttal opinions that may be offered by experts for Sarepta Therapeutics, Inc. ("Sarepta") and the University of Western Australia ("UWA"). Accordingly, I may need to change or augment my analysis and opinions in light of any new information or evidence that is presented after this Report. I expressly reserve the right to do so, including to opine on any evidence raised in those rebuttal opinions.

4.    My consulting rate for this case is £650 GBP per hour. My compensation is not related to the outcome of this action, and I have no financial interest in the outcome of this case.

## II. QUALIFICATIONS

5.    My qualifications to testify about my opinions herein, the UWA Patents, and relevant technology described in my curriculum vitae ("CV"), which is attached as Exhibit 2, and are summarized below.  My CV includes my educational background and academic work history.

6.    I am a Professor of Neuroscience at the University of Oxford in the United Kingdom. I am also a Professorial Fellow at Somerville College, one of the colleges of the University of Oxford.

7.    In 1987, I earned a Bachelor's degree in Medicine and Surgery at University of Cape Town (Cape Town, South Africa). By 1992, I had completed my D. Phil in Medicine/Physiological Science at University of Oxford (Oxford, UK).

8.    From 1994-1998, I was a University Lecturer in Anatomical Science in the Department of Human Anatomy and Genetics at the University of Oxford. From 1999-2010, I was a University Lecturer in Biomedical Science in the Department of Physiology, Anatomy, and Genetics at the University of Oxford. Since 2010 I have been Professor of Neuroscience first in the Department of Physiology, Anatomy, and Genetics and since 2018 in the Department of Paediatrics at the University of Oxford. From 2013-2016, I was the Associate Head of the Medical Sciences Division at the University of Oxford. Since 2016, I have been the Deputy Head of the Medical Sciences Division at the University of Oxford.

9.    My laboratory researches gene therapies for degenerative disorders of the nervous system and muscle, including DMD. The main focus of our research is the investigation of novel therapeutic approaches using short nucleic acids that target RNA and in particular the development of novel delivery methodologies to enhance the efficacy of therapeutic nucleic acids including

antisense oligonucleotide agents for DMD. Such methodologies include the development of peptide-based and nanotechnology-based delivery agents.

10.    As my CV shows, I have roughly 350 peer-reviewed publications in this field, with many additional extramural invited presentations, oral presentations, and poster presentations.

11.    I have received awards and recognition for my work, both internally within my research institution and externally from other organizations, including numerous awarded grants. Of particular note, in 2020 I became an Elected Fellow of the Academy of Medical Sciences in the United Kingdom.

12.    My professional affiliations, publications, patents, and honors are further detailed in my CV, attached as Exhibit 2.

### III.    BACKGROUND OF ANALYSIS

13.    In considering and forming my opinions, I have reviewed and analyzed the information and materials identified in this Report. As stated, a list of the materials I reviewed in preparation of this Report is attached as Exhibit 1.

14.    I am not an attorney and do not have formal training in the law regarding patents. This section presents my understanding of currently applicable legal principles, explained to me by counsel, which I have used in forming my opinions.

#### A.    Person of Ordinary Skill in the Art

15.    I am informed that a person of ordinary skill in the art ("POSA") is a hypothetical person skilled in the relevant art, not a judge, not a layperson, not a person skilled in the remote arts, and not a genius in the relevant art. Relevant factors in determining the level of ordinary skill in the art include the educational level of the inventors of the patent in suit and of those working in the field at the relevant time. Other relevant considerations include various prior art approaches

3

employed in the art, types of problems encountered in the art, the rapidity with which innovations are made, and the sophistication of the technology involved.

### B.    Inventorship

16.    I am informed that inventorship occurs when an inventor forms in his mind a definite and permanent idea of the complete and operative invention, as it is hereafter to be applied in practice. An idea is definite and permanent when the inventor has a specific, settled idea, a particular solution to the problem at hand, not just a general goal or research plan he hopes to pursue.  I am informed that in an unpredictable field like antisense oligonucleotides for exon skipping, the inventor must contemporaneously recognize and appreciate the invention, and the invention must have known utility for there to be invention.

### IV.    BACKGROUND REGARDING THE SCOPE AND CONTENT OF THE PRIOR ART AT THE TIME OF THE CLAIMED INVENTION

17.    The following is largely drawn from the Technical Background section of my November 28, 2014 declaration submitted to the United States Patent & Trademark Office Patent Trial and Appeal Board in Interference Nos. 106,007, 106,008, and 106,013 in support of UWA's positions in those interferences.  Interference No. 106,007 Ex. 2081 at ¶¶ 13-108; Interference No. 106,008 Ex. 2081 at ¶¶ 13-108; Interference No. 106,013 Ex. 2081 at  ¶¶ 13-108.  Because many aspects of the technical background have not changed since 2014, I have adapted those paragraphs and reiterated them below.

### A.    Duchenne Muscular Dystrophy

18.    DMD is an X-chromosome-linked neuromuscular genetic disease that occurs in approximately one in every 3,500 boys born worldwide. It primarily affects male children, with most boys diagnosed between the ages of 3 to 5 years.

19.    Symptoms of DMD usually appear in infants and toddlers. Affected children may experience developmental delays such as difficulty in walking, climbing stairs or standing from a sitting position. As the disease progresses, muscle weakness in the lower limbs spreads to the arms, neck and other areas. Most patients require full-time use of a wheelchair in their early teens, and then progressively lose the ability to independently perform activities of daily living such as using the restroom, bathing, and feeding.

20.    Upon further progression of the disease, patients experience increased difficulty in breathing due to respiratory muscle dysfunction and typically require ventilation support. Additionally, cardiac dysfunction can lead to heart failure. DMD is universally fatal, with patients usually succumbing to the disease in their twenties.

21.    DMD is caused by a change(s) (known as a mutation) in the gene that encodes a protein called dystrophin. These mutations may include large deletions (about 60-70 percent), large duplications (about 10 percent) or other small changes (about 15-30 percent), but invariably they prevent synthesis of functional dystrophin protein.

22.    Dystrophin plays a key structural role in muscle fiber function. In healthy muscle, dystrophin interacts with other proteins at the cell membrane to stabilize and protect the cell during regular activity involving muscle contraction and relaxation.

23.    Patients with DMD produce little or no dystrophin in their muscle. Without dystrophin, normal activity causes excessive damage to muscle cells, and they are ultimately replaced by fibrotic tissue and fat, leading to a progressive loss of function.

24.    Despite a great medical need for a cure, as of this date there are limited FDA approved therapies for treating DMD. The FDA has granted accelerated approval of four antisense oligonucleotides for exon skipping: (1) eteplirsen (Exondys 51) for skipping for Exon 51 of the

5

dystrophin pre-mRNA; (2) golodirsen (Vyondys 53) for skipping Exon 53 of the dystrophin pre-mRNA; (3) viltolarsen (Viltepso®) for skipping Exon 53 of the dystrophin pre-mRNA; and (4) casimersen (Amondys 45) for skipping Exon 45 of the dystrophin pre-mRNA. The FDA has also granted accelerated approval of Delandistrogene moxeparvovec (Elvidys) a gene therapy treatment for pediatric patients 4 through 5 years of age.

### B. __Becker Muscular Dystrophy__

25.    Becker Muscular Dystrophy ("BMD") also results from mutations in the dystrophin gene, but symptoms in patients with BMD are milder and typically display a later, and much slower, rate of progression. BMD symptoms are variable but include slowly progressing muscle weakness, with the ability to walk typically continuing well into adulthood.

26.    Patients with BMD generally carry a mutation (or several) that causes the body to make a functional, though shorter, form of the dystrophin protein. Errington et al., J. Gene Med. 2003; 5:518-27 ("Errington 2003") at 524. Many BMD patients make dystrophin protein missing portions, even substantial portions, of the central domain of the dystrophin protein. This means that loss of even a substantial part of the central domain of the dystrophin protein can occur with relatively little impact on protein function. Douglas & Wood, Molecular & Cellular Neurosci. 2013; 56:169-85 ("Douglas & Wood 2013")  at 172.

27.    This contrasts with mutations causing DMD, which typically disrupt the mRNA reading-frame or prevent synthesis of either end of the dystrophin protein. Errington 2003 at 524.

28.    The goal of exon skipping therapies to treat DMD, the technology at issue in these proceedings, is to correct for specific genetic mutations that cause DMD and restore the patient's ability to make a partially functional, though shorter, form of the dystrophin protein, similar to

dystrophin protein found in BMD patients. To understand how this works, some additional background is required.

### C.    <u>Transcription, Splicing, and Translation</u>

29.    Mammalian cells are surrounded by a membrane and usually contain an inner body, the nucleus, which is also surrounded by a membrane. Deoxyribonucleic acid ("DNA"), found in the nucleus of cells, carries the genetic information used in the development and functioning of all living organisms.

30.    DNA is constructed from four main nucleotide building blocks. Each of these nucleotides contains a phosphate group linked to a five-carbon-atom deoxyribose sugar group, which in turn is joined to one of four possible nucleobases: adenine (A), cytosine (C), guanine (G), and thymine (T).

31.    The figure below shows each of the four naturally occurring nucleotides of DNA, all of which contain the sugar deoxyribose, a phosphate group, and a nucleobase.



sugar deoxyribose   phosphate group   nucelobase

32.     The nucleobases "adenine" and "guanine" are examples of purines, which are bicyclic aromatic compounds. The nucleobases "cytosine" and "thymine" are examples of pyrimidines, which are monocyclic aromatic compounds.

33.     Nucleotides in DNA are joined together by internucleotide linkages between the sugar of one nucleotide and the phosphate of the next. These bonds are called phosphodiester linkages. The following figure shows a portion of a DNA polynucleotide chain, including the phosphodiester linkages that connect the nucleotides.



As can be seen above, each nucleotide in the chain contains a nucleobase and a sugar, sometimes called the chemical backbone, and each nucleotide is connected by the internucleotide linkage.

34.     The four naturally occurring DNA nucleobases form "complementary" pairs that interact through hydrogen bonds, with the purines interacting with the pyrimidines. Adenine (A) interacts with thymine (T), and cytosine (C) interacts with guanine (G). This is called Watson-

Crick base pairing and is illustrated in the following figure for A-T and G-C pairing, with dotted lines representing hydrogen bonds:



35.     Base pairing allows two complementary DNA strands to form a double helix. The complementary nature of base pairing also allows cells to make copies of DNA strands because the sequence of nucleobases on one strand dictates the nucleobase sequence of the other strand.

36.     In cells, DNA is organized into very long structures called chromosomes. Human chromosomes contain about 22,000 genes, each of which encodes a different protein. Despite this, substantial portions of our chromosomes do not encode proteins. It is estimated that about 1.5% of the human genome consists of protein-coding regions, with the remainder consisting of non-coding sequences.

37.     To create proteins, DNA in the nucleus needs to be "transcribed" into messenger ribonucleic acid ("mRNA").

38.     Like DNA, RNA is constructed from four nucleotide building blocks. Each RNA nucleotide contains a phosphate group linked to a ribose sugar group, which in turn is linked to one of four possible nucleobases: adenine (A), cytosine (C), guanine (G), or uracil (U).  Naturally occurring RNA therefore chemically differs from DNA in that (1) the sugar group is ribose instead of deoxyribose and (2) RNA contains the pyrimidine nucleobase uracil (U) instead of the nucleobase thymine (T). The following figure shows a portion of an RNA polynucleotide chain, including the phosphodiester linkages that connect each ribonucleotide. As can be seen below,

9

each nucleotide in the RNA chain contains a nucleobase and a ribose sugar, and each nucleotide is connected by an internucleotide linkage.



39.    Transcription of DNA into mRNA is a multi-step process. In the nucleus, genes are transcribed to form a precursor mRNA (or "pre-mRNA"), with the nucleobase sequence of the DNA dictating the nucleobase sequence of the pre-mRNA. These nuclear pre-mRNAs include "exons," segments that encode protein that are typically retained in the mature mRNA, as well as "introns," which are typically removed from the pre-mRNA in a process called "splicing." Splicing

10

of the pre-mRNA transcript occurs in the nucleus shortly after transcription, and is mediated by a large complex of proteins and RNAs called the "spliceosome."

40.    A schematic of two exons separated by a single intron is shown in the following figure. During the splicing process, the intron (or "intervening sequence") is removed (spliced) from the mature mRNA.



41.    Introns contain a donor site at one end and an acceptor site at the other. Both the donor and acceptor sites are required for splicing. Certain other nucleotide sequences, called intronic or exonic splicing enhancers or intronic/exonic splicing silencers, also can influence splicing efficiency.

42.    Exon skipping, the subject of the technology at issue in this litigation, involves the therapeutic manipulation of splicing events. As explained in the following section, exon skipping aims to manipulate pre-mRNA splicing using antisense oligonucleotides ("AONs").

43.    Following pre-mRNA splicing, the "mature" mRNA is transported out of the nucleus. That mRNA can then be "translated" into a protein.

44.    It is useful to consider the example of dystrophin in considering these concepts. The dystrophin gene is one of the longest human genes, covering about 2,400,000 nucleotides of the X chromosome. In a healthy individual, the transcription machinery in the nucleus produces

full-length dystrophin pre-mRNA transcripts measuring about 2,400,000 nucleotides. These full-length pre-mRNA transcripts contain 79 exons and 78 introns.

45.      The splicing machinery in the nucleus then removes all 78 introns, many of which are very large, creating a mature transcript of about 14,000 nucleotides. It is the splicing machinery that therefore generates the actual coding region for the protein by splicing together the exons from the pre-mRNA.

46.      Healthy patients produce at least seven shorter forms of dystrophin protein, each transcribed using an alternative promoter. There are also likely to be considerably more forms of dystrophin owing to the presence of multiple alternative splicing events. Nevertheless, the full-length skeletal muscle isoform encodes a protein that is 3,685 amino acids in length. Douglas & Wood 2013 at 170.

47.      As mentioned, after splicing the dystrophin mRNA is transported out of the nucleus into the cytoplasm, where the dystrophin protein is produced.

**D.      Conceptual Framework for Treating DMD by Exon Skipping**

48.      As discussed above, loss of a portion of the dystrophin protein, even a substantial portion of the dystrophin protein, can occur with relatively little impact on protein function.

49.      However, in many patients with DMD, deletion of an exon or exons produce a "frame shift" such that the remaining exons are misaligned or "out of frame," interrupting proper translation of the genetic code into protein. Patients with these mutations typically produce little or no functional dystrophin protein.

50.      Exon skipping seeks to realign the remaining exons, making them "in-frame," by causing the cellular machinery to "skip" over an exon in the pre-mRNA. By restoring the reading

12

frame, the cellular machinery is able to translate the mRNA into a functional, though shorter, form of dystrophin.

51.    Exon skipping therapies therefore must be patient specific, in that a patient's specific mutation will determine which exon-skipping therapy will provide a therapeutic benefit. Thus, although a cluster or collection of mutations can all be treated by skipping the same exon, each patient must be evaluated to determine if he or she can be treated by skipping a particular exon. With respect to patients with DMD, while deletions are spread across the 79 DMD exons, there are specific "hotspot" regions where deletions are particularly common, such as between exons 45 and 55 where around 70% of deletions are located. Douglas & Wood 2013 at  172. Patients carrying these mutations are promising candidates for exon therapy treatments.

52.    Other patients with DMD carry "nonsense" mutations that cause premature termination of the dystrophin protein. Nonsense mutations are point mutations that introduce a premature "stop" codon, preventing translation of full-length protein. These patients also typically produce little or no functional dystrophin protein. Nonsense mutations are believed to account for around 15% of known DMD mutations. Exon skipping therapies could also be designed to skip exons containing these nonsense mutations, such that cells would make functional, though shorter, dystrophin protein. Of course, in these cases the reading frame must still be maintained, so single exon skipping for these mutations is limited to those exons that are not frame-shifted. However, this would still apply to around 47% of patients with dystrophin nonsense mutations. Douglas & Wood 2013 at 172.

53.    The following figure shows the principle of exon skipping in DMD. In this example, exon 50 of DMD is deleted, causing a frameshift in the resulting spliced mRNA. Addition of an AON (shown in red and annotated with an arrow) that specifically binds to a target sequence

within exon 51 mediates skipping of this exon by the spliceosome (the cellular machinery responsible for exon skipping), such that exon 49 is spliced directly to exon 52. Although the resulting mRNA is missing the portion of the dystrophin protein encoded by exons 50 and 51, this has a minimal effect on overall protein function.



Douglas & Wood 2013 at 173.

54.     Available data suggests that up to approximately 80% of DMD patients carry mutations potentially amenable to exon skipping. Studies show that approximately 13% of DMD patients are candidates for treatment by exon 51 skipping, and another 8% of patients are candidates for treatment by exon 53 skipping. Douglas & Wood 2013 at 172.

**E.     Antisense Oligonucleotides for Exon Skipping**

**1.     Requirements for Exon Skipping**

55.     AONs are the primary therapeutics being investigated for exon skipping. AONs are single-stranded, short lengths of nucleotides. AONs have molecular weights 10-20 times that of a small molecule and, as explained below, are subject to a multitude of possible chemical modifications.

56.     To be effective therapeutic agents for modulating splicing, AONs ideally possess a number of intrinsic properties.

14

- First, the AON should bind in a sequence-specific manner to the target pre-mRNA: the higher the specificity, the less chance of unwanted off-target effects.

- Second, the AON needs to bind to its target with appropriate affinity. If the AON binds poorly, it will not induce exon skipping (or will not induce sufficient exon skipping). On the other hand, if the AON binds too tightly, it will not detach quickly enough (or at all) from a particular target transcript. Detachment is essential because dystrophin pre-mRNAs are constantly being generated in muscle cells. If detachment is too slow (or does not occur), the AON will not induce sufficient exon skipping.

- Third, the AON needs to be delivered effectively to the appropriate tissue type or cells upon administration.

- Fourth, because the body contains numerous proteins that degrade oligonucleotides (called "nucleases"), an exon skipping AON should be resistant to nuclease degradation to allow it to reach its desired target intact and to maximize its potential duration of action once there.

- Fifth, upon reaching the appropriate tissue type or cells, the AON needs to penetrate into the cell and also into the appropriate intracellular compartment. Because pre-mRNA splicing takes place in the nucleus, it is critical that an exon skipping AON localize to the nucleus once it is taken up.

- Sixth, once complexed with the target pre-mRNA, the AON/RNA duplex should be resistant to the nuclease RNase H, which normally degrades RNA bound up in duplexes.

- Seventh, the AON should not be toxic.

- Eighth, the AON should have favorable pharmacokinetic and pharmacodynamic properties.

15

Douglas & Wood 2013 at 173.

## 2.    Prominent Classes of AON Proposed for Exon Skipping

57.    Because chemical changes can be made at almost every position of the nucleobase, chemical backbone, and internucleotide linkages, the number of possible modifications to naturally occurring  DNA/RNA nucleotides is immense. In an effort to cope with the many requirements for exon skipping, scientists have explored many different AON chemistries, including AONs with modifications to the nucleobase, the backbone, the internucleotide linkages, and combinations of each.

58.    AON chemistries can vary significantly from naturally occurring nucleotides. However, they preserve the ability to form Watson-Crick base pairs with pre-mRNA through the maintenance of nucleobases (sometimes modified) in the correct sequence orientation. Although not exhaustive, a selection of significant types of AON chemistries proposed for exon skipping is illustrated in the following figure and discussed below. These include phosphorothioate ("PS"), morpholino ("PMO"), 2'-O-methylphosphorothioate (2'OMe), 2'-O-methoxyethyl (MOE), locked nucleic acid ("LNA"), and peptide nucleic acid ("PNA").





Jarver et al., Nucleic Acid Ther. 2014; 24(1):37-47 ("Jarver 2014") at 38.

59.    Phosphorothioates are chemically similar to RNA, but the non-bridging oxygen atom of the phosphate group of RNA is replaced by a sulfur atom. As illustrated in the following figure, commonly used phosphorothioates include 2'-O-methyl phosphorothioate ("2'-O-Me-PS"), which have a methyl group attached to the oxygen atom at the 2' position of the ribose ring, as well as 2'-O-methoxyethyl phosphorothioate ("2'-MOE-PS"), which add a methoxy group instead of a methyl group. These modifications confer some nuclease resistance.



Jarver 2014 at 38.

60.    Phosphorothioates retain a negative charge. As explained below, this property aids in their solubility, but it also makes them "sticky," meaning that they have a tendency to nonspecifically bind proteins, which can prove problematic for efficient delivery *in vivo* and lead to toxicity.

61.    Phosphorodiamidate morpholino oligomers (called "morpholinos" or "PMOs") have six-membered morpholine rings in place of ribose. Additionally, each "nucleotide" is joined together by phosphorodiamidate linkages rather than phosphodiester linkages.

62.    Morpholinos are nuclease and RNase H resistant and have no charge on their backbone at physiologic pH. Morpholinos have minimal toxicity and are very stable, as the majority of administered compound is excreted essentially unchanged in urine. Unlike phosphorothioates, they have no net electrical charge and therefore do not tend to interact with non-target molecules. Douglas & Wood 2013 at 174.

63.    Peptide nucleic acids ("PNAs") replace the sugar group of DNA and RNA with repeating N-(2-aminoethyl)-glycine units linked by peptide bonds (which are typically found in proteins, not nucleic acids).

64.    Like morpholinos, PNAs are uncharged at physiologic pH. PNAs are also resistant to enzyme degradation. PNAs tend to have very high target binding affinity, but PNA/RNA mismatches are more destabilizing than a similar mismatch in an RNA/RNA duplex. Unmodified PNAs cannot readily cross cell membranes, and PNAs are less soluble than RNA oligonucleotides. Braasch & Corey, Biochem. 2002; 41(14):4503-10 ("Braasch & Corey 2002") at 4507-4508.

65.    As compared to RNA, locked nucleic acids ("LNAs") contain a bond connecting the 2'-oxygen of the ribose with the 4'-carbon. This bond "locks" the sugar portion of the

nucleotide in a particular confirmation, and as a consequence LNAs are conformationally inflexible. Braasch & Corey, Chem & Biol. 2001; 8:1-7 ("Braasch & Corey 2001") at 1.

66.    LNAs have an extremely high affinity for RNA and DNA. Additionally, LNAs have shown low toxicity in clinical trials and are RNase H resistant. Braasch & Corey 2001 at 3.

67.    Many modifications have been and can be made within these commonly used frameworks. For example, non-natural modified nucleobases could be used in place of A, C, G, T, and U. Such well-known nucleobases include, by way of example only, 5-substituted pyrimidines; 6-aza-pyrimidines; and N-2, N-6, and O-6 substituted purines.

68.    Such non-natural nucleobases may bind more or less tightly than their natural equivalent, and therefore may alter the affinity of a particular AON for its target. For example, 5-methyl-cytosine increases duplex stability as compared to unmodified cytosine (C). Koshkin et al., Tetrahedron 1998; 54:3607-30 at 3613.

69.    Researchers have also investigated AONs made with internucleotide linkages other than those called out above. These include, by way of example only, phosphotriester, methylphosphonate, phosphoroamidate, carbonyl, and sulfonyl linkages. Summerton & Weller, Antisense & Nucleic Acid Drug Dev. 1997; 7:187-95 at 189. Changing these internucleotide linkages can alter binding specificity and affinity, nuclease resistance, delivery to target tissue, uptake into cells, and intracellular targeting.

70.    AONs can also be made that are synthesized partly with one chemistry and partly from another. These are called "chimeric" or "hybrid" AONs. For example, "gapmers" have been studied that contain a central region of 2'-O-Me-PS nucleotides flanked by LNAs. Braasch & Corey 2002 at 4509. Similarly, LNA/2'-O-Me RNA chimeras have been developed to improve the potency and specificity of their action. Braasch & Corey 2002 at 4509.

71.    The stereochemistry of AONs can also be modified to change the pharmacologic properties. Iwamoto et al., Nature Biotechnol. 2017; 35:845-851 at Abstract. PS linkages can have two different stereochemical conformations. Accordingly, a 20mer length PS AON has the possibility of $2^{19}$ different stereochemical conformations.

### 3.    *In vitro* skipping assays

72.    Exon skipping is typically studied in cultured cells. Some studies use primary human myoblasts (muscle cells) isolated from human muscle biopsies of affected or non-affected individuals. Other studies use human muscle tumor cell lines.

73.    Regardless of the cell source, the cultured cells are often "transfected" with relatively high concentrations of AONs, often ranging from 100 nM to 1 mM. To facilitate cell transfection, chemical reagents such as polyethylenimine ("PEI") or lipofectamine are added to the cell cultures to help the AON penetrate the cellular membrane. These agents are relatively toxic and consequently are not suitable for use in patients. Alternatively, cell cultures can be transfected by nucleofection, which uses electricity to disrupt the integrity of the nuclear membrane to enable the AONs to directly enter the nucleus of target cells. Although these transfection techniques can be used *in vitro*, they cannot for safety reasons be used for delivering the AON drug to patients.

74.    Although different methods can be used to monitor exon skipping *in vitro*, the primary method is called RT-PCR. In this technique, RNA is isolated from cultured cells following transfection with the AON. An oligonucleotide adjacent to the target exon is used to "prime" the enzyme reverse transcriptase ("RT"), which converts the RNA into a complementary DNA (cDNA). That cDNA is then used as a template for exponential amplification using polymerase chain reaction ("PCR"). If the AON induces exon skipping, the PCR product will be shorter than

it otherwise would. This is depicted in the following figure, which shows that the AON induces formation of a smaller band having faster mobility than the control sample.



Adapted from Aartsma-Rus et al., Neuromuscular Disorders 2002, 12:S71-S77 ("Aartsma-Rus 2002"), Fig. 1(i). In this example, exon skipping appears relatively inefficient, as the presence of the large upper band reveals that most of the product contains exon 53. Notably, RT-PCR provides no information as to whether or not dystrophin protein is produced. In the case of DMD, it is the protein, not the RNA, that is necessary to restore muscle function.

        **F.**     ***In Vitro* Exon Skipping Experiments Are Unpredictable**

     75.     Even in these relatively controlled *in vitro* skipping studies, exon skipping is unpredictable.

     76.     In a 2001 publication, van Deutekom and coworkers found that, "[t]he efficacy of AONs is largely determined by their binding affinity for the target sequence. Due to base composition and pre-mRNA secondary or tertiary structure, ***it is difficult to predict which AONs are capable of binding the target sequence***." van Deutekom et al., Hum. Mol. Genet. 2001; 10(15):1547-54 ("van Deutekom 2001") at 1548 (emphasis added).

21

77.    Similarly, in 2002, Aartsma-Rus and colleagues concluded as follows: "We therefore **have no insight** into the actual position of the targeted sequence within the completely folded RNA structure. Its accessibility, and thus **the effectivity of any designed AON, will therefore still have to be tested empirically in the cells, as was done in this study.**" Aartsma-Rus 2002 at S76 (emphasis added).

78.    A 2007 paper by van Deutekom and colleagues states that "several years after the first attempts at dystrophin exon skipping with [antisense oligonucleotides], **there are still no clear rules to guide investigators in their design**, and in mouse and human muscle cells *in vitro* **there is great variability for different targets and exons**." Arechavala-Gomeza et al., Human Gene Ther. 2007; 18:798-810 ("Arechavala-Gomeza 2007") at 807 (emphasis added).

79.    In 2009, the Aartsma-Rus and colleagues wrote that while existing software programs can facilitate exon skipping AON design, "in general **a trial and error procedure** is still involved to identify potent AONs." Aartsma-Rus et al., Mol. Ther. 2009; 7(3):P548-53 ("Aartsma-Rus 2009") at 548 (emphasis added).

80.    There are numerous examples of this *in vitro* unpredictability. For example, van Deutekom and coworkers reported in 2001 that mAON9 induced exon skipping in cultured mouse muscle cells, but mAON8 did not. These AONs were both made with the same 2'-O-Me-PS chemistry and both apparently bound to their target sequences. Moreover, these AONs substantially overlapped, as both contained the nucleobase sequence "UUAGCUGCUGC" as well as additional nucleobases complementary to the mouse dystrophin gene. Yet one induced skipping of exon 46, and the other did not. van Deutekom 2001 at 1548.

81.    Another example was published by Wu and coworkers in 2011. These researchers screened a series of AONs covering more than two thirds of human dystrophin exon

50 and two flanking intron sequences. A subset of the tested sequences, all made with 2'-O-Me-PS chemistry, is shown in the Table below.

| Name | Target[1] | 2'-O-Me-PS AON Sequence | Length | Effect |
|------|-----------|------------------------|--------|--------|
| AO3PS | -19+1 | UCUUUAACAGAAAAGCAUAC | 20 | - |
| AO4PS | -19+3 | CCUCUUUAACAGAAAAGCAUAC | 22 | 4% |
| AO5PS | -19+8 | AACUUCCUCUUUAACAGAAAAGCAUAC | 27 | 21% |
| AO6PS | -19+13 | CUUCUAACUUCCUCUUUAACAGAAAAGCAUAC | 32 | 3% |

Wu et al., PLoS One 2011; 6(5);e19906 ("Wu 2011") at 4. The 20-mer AO3PS induced no detectable exon skipping. The 22-mer AO4PS, differing only in having two additional nucleotides complementary to the *DMD* gene, induced detectable exon skipping in 4% of cells. Adding an additional five nucleotides increased exon skipping to 21%. However, adding five more nucleotides largely abrogated this effect. Consistent with this Aartsma-Rus and coworkers similarly noted in a 2009 publication that increasing AON length could decrease exon skipping efficiency. Aartsma-Rus 2009 at 552.

82.    Similarly, Meloni and colleagues found in a 2007 publication that "AOs of 25-31 nucleotides are generally more effective at inducing exon skipping than shorter compounds. However, there appears to be an upper limit in optimal length, which may have to be established on a case-by-case basis." Harding et al., Mol Ther. 2007; 15(1):157-166 at 157. The observations on AON length versus skipping efficiency reported by Wu et al. are consistent with my experience. AONs have an optimal length, which is a result of a number of factors including nucleotide sequence, chemical modifications, and target accessibility, and when that length is either not reached or is exceeded the skipping efficiency drops off.

---

[1] The Target column shows the coordinates of the target site relative to the pre-mRNA sequence. "+" represents an exonic position and "-" represents an intronic position, with the numbers representing the first and last nucleotides AON target sequence. Wu 2011 at 4.

83.    Consequently, I would expect that the great majority of longer AONs, on the order of 50 nucleotides or longer, will not efficiently induce skipping for a number of reasons, if they induce it at all, to be useful as therapeutic agents for treating DMD. Those reasons include access to the complementary sequence in the pre-mRNA, binding affinity of the AON for the complementary sequence, and the ability to transfect longer AONs into cells and delivery longer AONS effectively to muscle tissues in DMD patients.

84.    Heemskerk and coworkers also highlight this unpredictability. Heemskerk et al., J. Gene Med. 2009; 11:257-66 ("Heemskerk 2009") at 259-60. For example, Heemskerk analyzed exon skipping by RT-PCR of mouse exon 23 with a "short" 2'-O-Me-PS AON that was 20 nucleotides in length, a "long" 2'-O-Me-PS AON that was 25 nucleotides in length, and the "long" AON made as a PMO. The sequences of these AONs are shown below:

| Name | 2'-O-Me-PS AON Sequence | Length |
|------|------------------------|--------|
| m23 AON5'ss | UCCAUUCGGCUCCAAACCGG | 20 |
| m23 AON5'ss long | UAAAGUCCAUUCGGCUCCAAACCGG | 25 |
| m23 PMO5'ss | TAAAGTCCATTCGGCTCCAAACCGG | 25 |

According to the authors, "[t]he PMO induces significantly higher levels of exon skipping than both [2'-O-Me-PS] AONs." *Id.* at 259. But "[t]he long [2'-O-Me-PS] is significantly less efficient than the short version." *Id.* at 259. This data shows the complex interactions between nucleotide length, nucleotide sequence, internucleotide linkages, and chemical backbone, and reinforces the need for empirically testing each chemically distinct AON.

85.    Another study, authored by Wilton's group at UWA, examined skipping of exon 23 from the mouse DMD gene by RT-PCR following transfection with a series of overlapping 2'-Me-O-PS AONs, as shown in the following figure. Of the AONs tested, only M23D(+12-13), M23D(+02-18), and M23D(-02-18) were effective in inducing detectable exon skipping. Mann et al., J Gene Med 2002; 4:644-54 at 647.

24



*Id.* at 646. Notably, the shorter AON M23D(-02-18), which is only 17 nucleotides in length, was particularly efficient at inducing skipping and was reported to induce exon skipping at concentrations as low as 5 nM. The authors concluded that they could improve "the efficiency of the technique" by "reduc[ing] the size and the effective dose of the AO[N]s" examined. *Id.* at 644.

86.    Arechavala-Gomeza and colleagues investigated eight specific AON sequences targeting human DMD exon 51 using two different chemical forms (2'-O-Me-PS and morpholino) in human muscle cells, human muscle explants, and human muscle explants from patients with DMD. Arechavala-Gomeza 2007 at 798. Five AONs targeting the 5' splice site were "surprisingly" determined to be largely ineffective at inducing skipping of exon 51. *Id.* at 803. Three other overlapping sequences complementary to portions of exon 51 were each capable of inducing exon 51 skipping in cells from healthy patients, including sequence B30 (targeting +66+95) and A20 (targeting +68+87). *Id.* at 803. But B30 induced significantly better exon skipping in cells derived from a DMD patient with a deletion in exons 48 and 50 than A20. *Id.* at 805 ("the skip achieved with AO A20 was less efficient"). Similarly, B30 induced significantly better skipping in cells derived from a DMD patient with a deletion in exon 50 than A20. *Id.* at 805 ("the percentage of the skip was 13% for AO[N] A20 and 73% for AO[N] B30.") This shows that both nucleobase sequence and target cell type influence exon skipping.

87.    Several factors complicate analysis of these and other studies. First, different AONs show varying effectiveness in different cell types (for example, cells from healthy individuals or DMD patients), as was observed in the Arechavala-Gomeza publication discussed above. Those authors report that "the very nature of this targeted exon skipping approach makes it impossible to test many of the specific sequences to be used in humans in healthy volunteers, because of the potential for disrupting the intact dystrophin open reading frame, leading to nonfunctional dystrophins." Arechavala-Gomeza 2007 at 808; *see also* Aartsma-Rus et al., Hum. Mol. Genet. 2003 12(8):907-14 ("Aartsma-Rus 2003") at 909. Similarly, an AON that appears to have activity in one type of patient cells, such as skeletal muscle, may not have activity in other types of patient cells, such as cardiac muscle for reasons such as the ability of AONs to penetrate the respective cell types. Douglas & Wood 2013 at 179.

88.    Second, *in vitro* exon skipping studies often use transfection reagents such as PEI that in essence form nanoparticles. It is impossible to know the actual AON dose administered to cells because these particles form suspensions. Complicating matters further, different reagents are used for transfecting cells with AONs having different chemical backbones, undermining "dose" and "efficiency" comparisons across studies. For example, we have recently shown that the *in vivo* activity of anionic AONs is correctly modeled *in vitro* only when using gymnotic delivery, that is, transfection of the AON into cells in the absence of a delivery agent like PEI. Hammond et al., Mol. Ther. Nucleic Acids. 2014; 3:E212 at 1.

89.    Third, even *in vitro*, it is difficult to extrapolate results from one AON class (for example a morpholino) to another. Because different AON chemistries influence binding affinity, each type of AON will have different binding characteristics, even with identical nucleobase sequences. This is reflected in the optimal lengths observed for AONs of different types: although

26

there may be exceptions, in my experience, the typical length for an exon skipping 2'-O-Me-PS is 18-20 nucleotides; the typical length for a morpholino is 22-30 nucleotides; the typical length for a PNA is 22-25 nucleotides; and the typical length for an LNA is 13-18 nucleotides. Thus, if one attempted exon skipping with a morpholino AON using a nucleobase sequence that induced *in vitro* skipping when contained in a LNA AON, it would be unlikely to induce *in vitro* skipping as effectively. Conversely, if one attempted exon skipping with a LNA AON using a nucleobase sequence that induced *in vitro* skipping with a morpholino AON backbone, it also would be unlikely to induce *in vitro* skipping as effectively, and moreover would likely bind to other parts of the genome because of the relatively high binding affinity of LNAs.

### G. Mismatches Unpredictably Alter Efficacy of AON Exon Skipping Activity

90.     A mismatch occurs when there is a discrepancy in the Watson-Crick base pairing of the AON and the target pre-mRNA. Several studies have evaluated the effects of mismatches on exon skipping.

91.     One study evaluated AONs designed against exon 19 of the mouse DMD gene in inducing skipping of the human DMD gene. With the exception of one AON (out of nine) containing seven mismatched bases, all mouse-specific AONs induced exon 19 skipping in human cells. However, 20- to 100-fold higher concentrations of mismatched 2'-O-Me-PS AONs were required as compared to perfectly complementary AONs. This was believed to result from the reduced annealing potential caused by the mismatched nucleobases. Errington 2003 at 525.

92.     Another study evaluated a panel of AONs designed to skip exon 25 from human dystrophin in normal and dystrophic patient cells. While the investigators expected that a single mismatch mutation would compromise AON binding and efficiency, the mismatched AON actually induced exon skipping *more* efficiently than a perfectly complementary AON. Fragall et

al., BNC Medical Genetics 2011; 12:141 at 5. As stated by the investigators, "most unexpectedly, H25A(+95+119), which annealed across the insertion and was therefore mismatched, induced the most robust exon skipping." *Id.*  In some instances, mismatches can therefore increase exon skipping efficiency.

93.    Another study revealed unpredictable interactions between mismatches and AON backbone type. There, the investigators investigated skipping of mouse *DMD* exons by AONs designed against the human *DMD* gene. The authors explained:

> For the longer [2'-O-Me-PS] and PMO [morpholino] AONs, there were at least two mismatches with the mouse sequence. For the [2'-O-Me-PS], these mismatches almost completely abolished AON efficacy. By contrast, two of the four PMOs tested induced skipping of the murine exon. For exon 51, this aspecific skipping was at a lower level than that observed for human exon 51. However, for exon 45, the skipping levels of the mouse and human exons were similar.

Heemskerk 2009 at 264. Thus, some mismatches abolished AON activity, while others did not. And the effect of the mismatches in some cases depended upon the particular chemical backbone used to construct the AON. Notably, the authors warn that the chance of mistargeting "will increase significantly" if AONs are unable to discriminate between their target sequence and a sequence containing two mismatches. *Id.* at 264.

94.    Mismatches between an AON and its target sequence in the dystrophin pre-mRNA, therefore, will affect the ability of the AON to induce exon skipping, but one cannot predict *a priori* the impact any given mismatch(es) will have on exon skipping activity, whether positive or negative. This was true in June 2004 and is still true today.

### H.  Additional Challenges with *In Vivo* Exon Skipping

#### 1.  AONs had yet to fulfill their potential as of 2005

95.    As of 2005, no exon skipping drug had been granted full approval by FDA. By 2009, however, PMOs and 2'-OMePSs had been evaluated in clinical trials for DMD and were observed to have favorable safety and efficacy profiles. van Deutekom et al., New England J. Med. 2007; 357:2677-86 at 2678 ("an intraexonic 2OMePS antisense oligonucleotide, PRO051"); Kinali et al., Lancet Neurol. 2009; 8:918-28 at 918 ("Intramuscular AVI-4658 [a PMO] was safe and induced the expression of dystrophin locally within treated muscle."); Arechavala-Gomeza 2007 at 800, Table 1 (listing several in vivo studies evaluating PMOs or 2'-OMePSs).); Arora et al., Current Pharm. Biotechnol. 2004; 5:431-39 at Abstract ("PMOs have shown excellent efficiency and safety profile via various routes of administration in multiple animal and human studies.")  The first exon-skipping drug, Sarepta's eteplirsen (AVI-4658), was conditionally approved in 2016 with the requirement that Sarepta provide data on functional benefit by 2021. Sarepta has not yet provided such data and will not complete its clinical trial until 2024 or later. Bendicksen et al., Ann Intern Med. Epub ahead of print Aug. 22, 2023.

96.    In fact, as of 2004, only one AON drug had ever been approved by FDA for any purpose. In 1998, Vitravene, was approved for intravitreal injection (into the eye), but is no longer marketed. Vitravene was superseded in the marketplace by small molecule protease inhibitors and combination treatments. Bradley, Nat. Milestones 2019, 5:59.

97.    The next AON drug, Kynamro, was not approved until 2013.  Kynamro likely works in part because the key cells it targets are liver cells, which are believed to be unusually susceptible to uptake of "naked" AONs without any special chemical modification or vehicle to facilitate delivery. Stein, Oligos & Peptides 2014, 32(2):4-7 ("Stein 2014") at 4.

29

98.    The relative paucity of marketed AONs shows that the unpredictability of this technology extends across all possible therapeutic uses for these drugs, and is not limited to exon skipping. Even when a particular AON chemistry is found to be suitable for one application, it may not be suitable for another. Rather, extensive optimization of any AON is required for any type of treatment.

### 2.    Drug delivery as a barrier to effective treatment

99.    In 2005, a major barrier to obtaining effective exon skipping *in vivo* was drug delivery. Indeed, for treatment of DMD, the design of the AON must allow effective delivery to skeletal muscle and cardiac muscle, and potentially other tissues. This was a significant technical challenge, as it requires "systemic" delivery throughout the body.

100.    The drug delivery challenges associated with exon skipping were well-documented in the scientific literature. For example, a 2001 publication states as follows:

> [L]ike all gene therapy protocols, ***the universal problem of delivery*** needs to be continually reassessed. Systemic delivery rather than intramuscular injection will undoubtedly be required to distribute the [AONs] if any significant clinical efficacy is to be obtained. Further experiments are necessary to address this problem of delivery . . ..

Mann et al., PNAS 2001; 98(1):42-47 ("Mann 2001") at 47 (emphasis added).

101.    In 2002, Aartsma-Rus and colleagues published an article in which they stated that "***theoretically***" targeted exon skipping "***may be*** therapeutically applicable." Aartsma-Rus 2002 at S71 (emphasis added.) In 2003, another publication by Aartsma-Rus and colleagues explained that "[o]ur results indicate that, ***provided that a suitable means of administration for the AONs is developed***, antisense-induced reading frame correction ***will be*** a promising therapeutic approach for many DMD patients carrying different deletions and point mutations." Aartsma-Rus 2003 at 911 (emphasis added).

102.    Moreover, in 2004, the Bremmer-Bout and coworkers wrote as follows:

> [I]t may be clear that following injections of reasonable (i.e. affordable) doses of pure AON without any delivery compound, the transfer of AONs into the nuclei of myofibers is too poor to allow sufficient levels of skipping. Therefore, various compounds should be evaluated to identify one that allows high delivery efficiencies without provoking significant toxic side effects. We show here that PEI, compared to the SAINT reagent, was more efficient in delivering the AONs into the myofibers and facilitating exon skipping. However, as expected from previous studies [25,26], PEI is toxic and induces extensive fiber degeneration and regeneration, with dose dependent infiltration of cytotoxic and helper T cells.

Bremmer-Bout et al., Mol. Ther. 2004; 10(2):232-40 ("Bremmer-Bout 2004") at 238.

103.    Furthermore, a 2005 publication co-authored by van Ommen states that "[a]dditional significant development will be necessary to improve the delivery aspects of AON before the antisense approach could be regarded as a realistic therapeutic option in DMD." Muntoni et al., Nueromuscular Disorders 2005; 15:450-57 at 450.

104.    Additionally, a 2011 publication, discussing the use of AONs for treating cancer, states that: "[d]espite huge expenditure on a vast array of delivery strategies, carrier molecules, etc., all of which suffer from cost issues, toxicity, poor delivery to tumors, or a combination, ***the foremost technologic hurdle blocking clinical progress for therapeutic [AONs]*** in cancer ***is delivery***." Stein & Goel, Clin Cancer Res 2011; 17(20):6369-72 at 6371 (emphasis added). These hurdles similarly exist for using AONs designed to treat DMD.

105.    Also, in 2013, I authored a review article characterizing AON drug delivery for treatment of DMD as a "significant and ever-present challenge," stating as follows:

> One of the most ***significant and ever-present challenges facing development of any new therapeutic agent is that of drug delivery***. This holds just as true for oligonucleotide-based therapies and indeed even the most efficient AON in vitro can only ever be as good as its in vivo delivery system. ***In DMD, the primary therapeutic target is skeletal muscle. This itself is no small task***, since skeletal muscle typically makes up between 30 and 40% of total body mass. Added to this, BMD patients with in-frame deletions comparable to those that would result from exon skipping treatments currently in development (e.g. exons 51, 53 and 45–55) have been found to express at least 40% of the dystrophin protein levels expressed

31

by controls and so AON delivery must hope to aim for similar levels of restoration.

Douglas & Wood 2013 at 179 (emphasis added and citations omitted.) DMD treatments must be able to reach cardiac muscle as well as skeletal muscle, but cardiac muscle has proven resistant to AON uptake. Douglas & Wood 2013 at 179.

106.    Additionally, a review published in April 2014 states that "an improved understanding of the *in vivo* barriers to oligo delivery" is needed before large scale clinical successes can be obtained. Stein 2014 at 7.

107.    AONs with different chemical backbones have very different issues in terms of drug delivery. PS AONs are highly negatively charged and thus hydrophilic, yet must cross hydrophobic lipid bilayers to enter cells. Stein 2014 at 4. For many years, researchers explored the use of carriers such as cationic lipids or other types of charge-neutralizing cationic polymers to facilitate cellular entry. While many of these compounds demonstrate efficacy *in vitro*, their *in vivo* utility is hampered by low efficacy, cost, and toxicity. Bremmer-Bout 2004 at 238 (quoted above); Stein 2014 at 4.

108.    Another challenge with PS AON drug delivery results from their "stickiness," in that they bind many proteins tightly. These unintended interactions can significantly reduce the amount of AON reaching the nuclei of target tissues. Stein 2014 at 5. In some circumstances, these interactions may facilitate delivery or prolong the circulating half-life of the AON. Geary et al., Adv. Drug Deliv. Rev. 2015; 87:46-51 at 46. The effects of these interactions, however, are unknown without testing.

109.    While theoretically one could compensate for inefficient delivery by increasing the dose administered, human clinical trials have highlighted several toxicities attributable to the chemical structure of AONs, including AONs with PS backbones. Jason et al., Tox. & Appl.

Pharmacol. 2004; 201:66-83 at 73. These include thrombocytopenia and hyperglycemia, activation of the complement and coagulation cascades, hypotension, and hepatocellular degradation. *Id.* at 74, 78. Thus, for example, Trecovirsen, a PS AON intended to treat HIV, was unsuccessful in clinical trials because of dose limiting toxicities. *Id.* at 76.

### 3.     Lack of animal models

110.     Animal models for AON exon skipping validation have limited suitability because AONs are sequence specific and the sequence of a gene often differs between animals and humans. Wu 2011 at 10.

111.     This lack of reliable animal models has hindered development of exon skipping therapies for DMD. According to one 2011 paper, "[t]he lack of reliable systems for screening [AON] targeting many human dystrophin exons, especially the lack of animal models for establishing systemic efficacy poses a challenge for [AON] drug development." Wu 2011 at 2.

112.     The *mdx* mouse is one model used to evaluate therapies for DMD. These mice contain a nonsense mutation in exon 23 of the mouse dystrophin mRNA that causes premature termination of translation. Mann 2001 at 42. However, because the mouse and human dystrophin genes have different nucleobase sequences, in many circumstances the *mdx* mouse is not a suitable model  to test the efficacy of specific AON sequences against *human* dystrophin.

113.     In order to target the human sequence directly, transgenic mice were developed carrying the full-size human *DMD* gene (hDMD). Bremmer-Bout 2004 at 233. This is also a deficient model, however, because the mice do not have a dystrophic phenotype. 't Hoen et al., J Biol Chem. 2008; 283(9):5899-907 at 5906. Researchers attempted to overcome this by crossbreeding this transgenic mouse with the *mdx* mouse (hDMD/*mdx*), but expression of human dystrophin compensates for the deficiency in mouse dystrophin. *Id.* at 5906. Thus, this mouse is

33

also phenotypically normal. Wu 2011 at 10. Because these mice do not display a dystrophic phenotype, the value of assessing drug delivery in these mice is limited because delivery to healthy tissue differs from delivery to dystrophic tissue. As stated in one recent paper, "[t]his has prevented the animal model from being effective for testing AOs . . ." Wu 2011 at 2.

114.    Even beyond the delivery issues, the *mdx* mouse and hDMD mouse are limited because exon skipping is assessed in a background where the spliceosome and other key participants in the splicing process are all encoded by mouse genes rather than human genes.

115.    There are numerous parameters to optimize to obtain therapeutic exon skipping in humans. These include the choice of delivery compound (efficient delivery versus toxicity); oligochemistry (interaction with delivery compounds, affinity for target RNA sequence, intracellular stability, and degree of toxicity or immunogenicity); and administration method (intramuscular versus systemic). Bremmer-Bout 2004 at 238.

116.    Unfortunately, the cell culture and animal studies available to date are a poor proxy for human clinical trials. As stated in one 2010 publication, "predicting the amount of skipping needed *in vitro* for an AO to be therapeutic in a patient is impossible; the efficiency of exon skipping is likely to differ from patient to patient and mutation to mutation, and the levels of dystrophin protein restoration will depend on the quality of the muscle itself when a clinical treatment is started." Popplewell et al., Neuromuscular Disorders 2010; 20(2):102-10 at 109.

## V.    INVENTIONS IN THE UWA PATENTS

### A.    Overview of the UWA Patents

117.    U.S. Patent No. 9,994,851 ("the '851 Patent) issued from U.S. App. No. 15/705,172 (filed on September 14, 2017) on June 12, 2018 and claims priority to U.S. App. No. 15/274,772 (filed Sep. 23, 2016), U.S. App. No. 14/740,097 (filed Jun. 15, 2015), U.S. App. No. 13/741,150

34

(filed Jan. 14, 2013), U.S. App. No. 13/168,857 (filed Jun. 24, 2011), U.S. App. No. 12/837,359 (filed Jul. 15, 2010), U.S. App. No. 11/570,691 (filed Jan. 15, 2008), PCT/AU2005/000943 (filed Jun. 28, 2005), and Australian App. No. 2004903474 (filed Jun. 28, 2004). Each of the applications in the '851 Patent was a continuation of its immediate parent. The named inventors of the '851 Patent are Stephen Donald Wilton, Sue Fletcher, and Graham McClorey. The '851 Patent's Abstract provides the following summary:

> An antisense molecule capable of binding to a selected target site to induce exon skipping in the dystrophin gene, as set forth in SEQ ID NO: 1 to 214.

'851 Patent, at Abstract.

118.   The '851 Patent has two claims. Claim 1 recites as follows:

> An antisense oligonucleotide of 20 to 31 bases comprising a base sequence that is 100% complementary to consecutive bases of a target region of exon 53 of the human dystrophin pre-mRNA, wherein the target region is within annealing site H53A(+23+47) and annealing site H53A(+39+69), wherein the base sequence comprises at least 12 consecutive bases of CUG AAG GUG UUC UUG UAC UUC AUC C (SEQ ID NO: 195), in which uracil bases are thymine bases, wherein the antisense oligonucleotide is a morpholino antisense oligonucleotide, and wherein the antisense oligonucleotide induces exon 53 skipping; or a pharmaceutically acceptable salt thereof.

*Id.* at claim 1. Claim 2 recites as follows:

> A pharmaceutical composition comprising: (i) an antisense oligonucleotide of 20 to 31 bases comprising a base sequence that is 100% complementary to consecutive bases of a target region of exon 53 of the human dystrophin pre-mRNA, wherein the target region is within annealing site H53A(+23+47) and annealing site H53A(+39+69), wherein the base sequence comprises at least 12 consecutive bases of CUG AAG GUG UUC UUG UAC UUC AUC C (SEQ ID NO: 195), in which uracil bases are thymine bases, wherein the antisense oligonucleotide is a morpholino antisense oligonucleotide, and wherein the antisense oligonucleotide induces exon 53 skipping, or a pharmaceutically acceptable salt thereof; and (ii) a pharmaceutically acceptable carrier.

*Id.* at claim 2.

35

119.    U.S. Patent No. 10,227,590 ("the '590 Patent") issued from U.S. App. No. 16/112,371 (filed on August 24, 2018) on March 12, 2019, which is a continuation of and claims priority to, U.S. App. No. 15/274,772 (filed Sep. 23, 2016), U.S. App. No. 14/740,097 (filed Jun. 15, 2015), U.S. App. No. 13/741,150 (filed Jan. 14, 2013), U.S. App. No. 13/168,857 (filed Jun. 24, 2011), U.S. App. No. 12/837,359 (filed Jul. 15, 2010), U.S. App. No. 11/570,691 (filed Jan. 15, 2008), PCT/AU2005/000943 (filed Jun. 28, 2005), and Australian App. No. 2004903474 (filed Jun. 28, 2004)  The named inventors of the '590 Patent are Stephen Donald Wilton, Sue Fletcher, and Graham McClorey.  The '590 Patent's Abstract provides the following summary:

> An antisense molecule capable of binding to a selected target site to induce exon skipping in the dystrophin gene, as set forth in SEQ ID NO: 1 to 214.

'590 Patent, at Abstract.

120.    The '590 Patent has two claims.  Claim 1 recites as follows:

> An antisense oligonucleotide of 20 to 31 bases comprising a base sequence that is 100% complementary to consecutive bases of a target region of exon 53 of the human dystrophin pre-mRNA, wherein the base sequence comprises at least 12 consecutive bases of CUG AAG GUG UUC UUG UAC UUC AUC C (SEQ ID NO: 195), in which uracil bases are thymine bases, wherein the antisense oligonucleotide is a morpholino antisense oligonucleotide, and wherein the antisense oligonucleotide induces exon 53 skipping; or a pharmaceutically acceptable salt thereof.

*Id.* at claim 1.  Claim 2 recites as follows:

> A pharmaceutical composition comprising: (i) an antisense oligonucleotide of 20 to 31 bases comprising a base sequence that is 100% complementary to consecutive bases of a target region of exon 53 of the human dystrophin pre-mRNA, wherein the base sequence comprises at least 12 consecutive bases of CUG AAG GUG UUC UUG UAC UUC AUC C (SEQ ID NO: 195), in which uracil bases are thymine bases, wherein the antisense oligonucleotide is a morpholino antisense oligonucleotide, and wherein the antisense oligonucleotide induces exon 53 skipping, or a pharmaceutically acceptable salt thereof; and (ii) a pharmaceutically acceptable carrier.

*Id.* at claim 2.

36

121. U.S. Patent No. 10,266,827 ("the '827 Patent") issued from U.S. App. No. 16/112,453 (filed on August 24, 2018) on April 23, 2019 and is a continuation of, and claims priority to, U.S. App. No. 15/274,772 (filed Sep. 23, 2016), U.S. App. No. 14/740,097 (filed Jun. 15, 2015), U.S. App. No. 13/741,150 (filed Jan. 14, 2013), U.S. App. No. 13/168,857 (filed Jun. 24, 2011), U.S. App. No. 12/837,359 (filed Jul. 15, 2010), U.S. App. No. 11/570,691 (filed Jan. 15, 2008), PCT/AU2005/000943 (filed Jun. 28, 2005), and Australian App. No. 2004903474 (filed Jun. 28, 2004). The named inventors of the '851 Patent are Stephen Donald Wilton, Sue Fletcher, and Graham McClorey. The '851 Patent's Abstract provides the following summary:

> An antisense molecule capable of binding to a selected target site to induce exon skipping in the dystrophin gene, as set forth in SEQ ID NO: 1 to 214.

'827 Patent, at Abstract.

122. The '827 Patent has two claims. Claim 1 recites as follows:

> A method for treating a patient with Duchenne muscular dystrophy (DMD) in need thereof who has a mutation of the DMD gene that is amenable to exon 53 skipping, comprising administering to the patient an antisense oligonucleotide of 20 to 31 bases comprising a base sequence that is 100% complementary to consecutive bases of a target region of exon 53 of the human dystrophin pre-mRNA, wherein the base sequence comprises at least 12 consecutive bases of CUG AAG GUG UUC UUG UAC UUC AUC C (SEQ ID NO: 195), in which uracil bases are thymine bases, wherein the antisense oligonucleotide is a morpholino antisense oligonucleotide, and wherein the antisense oligonucleotide induces exon 53 skipping; or a pharmaceutically acceptable salt thereof.

*Id.* at claim 1. Claim 2 depends from claim 1 and recites: "The method of claim 1, wherein the antisense oligonucleotide is administered intravenously." *Id.* at claim 2.

123. The UWA Patents share a common specification with each other and with the United States priority applications and June 28, 2005 PCT priority application. None of the UWA Patents add any additional substantive content to the United States priority applications and PCT priority application.

124.    Because the UWA Patents share a common specification and the claims include many identical requirements, (*see, e.g.*, Table 1 below), I will discuss them collectively unless otherwise noted.

### Table 1: Exemplary Claim Comparison

| '851 Patent, cl. 1 | '590 Patent, cl. 1 | '827 Patent, cl. 1 |
|---|---|---|
| An antisense oligonucleotide of 20 to 31 bases comprising a base sequence that is 100% complementary to consecutive bases of a target region of exon 53 of the human dystrophin pre-mRNA, wherein the target region is within annealing site H53A(+23+47) and annealing site H53A(+39+69), wherein the base sequence comprises at least 12 consecutive bases of CUG AAG GUG UUC UUG UAC UUC AUC C (SEQ ID NO: 195), in which uracil bases are thymine bases, wherein the antisense oligonucleotide is a morpholino antisense oligonucleotide, and wherein the antisense oligonucleotide induces exon 53 skipping; or a pharmaceutically acceptable salt thereof. | An antisense oligonucleotide of 20 to 31 bases comprising a base sequence that is 100% complementary to consecutive bases of a target region of exon 53 of the human dystrophin pre-mRNA, wherein the base sequence comprises at least 12 consecutive bases of CUG AAG GUG UUC UUG UAC UUC AUC C (SEQ ID NO: 195), in which uracil bases are thymine bases, wherein the antisense oligonucleotide is a morpholino antisense oligonucleotide, and wherein the antisense oligonucleotide induces exon 53 skipping; or a pharmaceutically acceptable salt thereof. | A method for treating a patient with Duchenne muscular dystrophy (DMD) in need thereof who has a mutation of the DMD gene that is amenable to exon 53 skipping, comprising administering to the patient an antisense oligonucleotide of 20 to 31 bases comprising a base sequence that is 100% complementary to consecutive bases of a target region of exon 53 of the human dystrophin pre-mRNA, wherein the base sequence comprises at least 12 consecutive bases of CUG AAG GUG UUC UUG UAC UUC AUC C (SEQ ID NO: 195), in which uracil bases are thymine bases, wherein the antisense oligonucleotide is a morpholino antisense oligonucleotide, and wherein the antisense oligonucleotide induces exon 53 skipping; or a pharmaceutically acceptable salt thereof. |

125.    As highlighted above, claim 1 of the '851 Patent includes a limitation that specifies the "the target region" of the AO as being "within annealing site H53A(+23+47) and annealing site H53A(+39+69)."  Claim 2 of the '851 Patent claims a pharmaceutical composition comprising

(i) the identical antisense oligonucleotides of the '851 Patent claim 1, and (ii) a pharmaceutically acceptable carrier. Claim 1 of the '590 Patent is directed to an AO having the recited features without specifying the coordinates of the "target region." Claim 2 of the '590 Patent claims a pharmaceutical composition comprising (i) the identical antisense oligonucleotides of the '590 Patent  claim 1, and (ii) a pharmaceutically acceptable carrier.  Claim 1 of the '827 Patent is directed to a method of treating DMD by administering the antisense oligonucleotides recited in the '590 Patent claim 1, and claim 2 of the '827 Patent depends on claim 1 and specifies that the antisense oligonucleotide is administered intravenously.

126.    I have been informed by counsel that certain terms used in the claims of the UWA Patents have been construed by the Court (shown in the table below). I have applied the plain and ordinary meaning of these terms as would be understood by a POSA at the time of the invention in this area of technology in my analysis.

| Term # | Term | Claim | Court-Ordered Construction |
|---|---|---|---|
| [1] | "a base sequence" | '851 Patent, claims 1 and 2 '590 Patent, claims 1 and 2 '827 Patent, claim 1 | Plain and ordinary meaning, which means "any sequence of bases that is part of the antisense oligonucleotide" |
| [2] | "a target region" | '851 Patent, claims 1 and 2 '590 Patent, claims 1 and 2 '827 Patent, claim 1 | Plain and ordinary meaning, which means "a segment of the pre-mRNA" |

| Term # | Term | Claim | Court-Ordered Construction |
|---|---|---|---|
| [3] | "exon 53 of the human dystrophin pre-mRNA" | '851 Patent, claims 1 and 2<br>'590 Patent, claims 1 and 2<br>'827 Patent, claim 1 | Plain and ordinary meaning, which means "the pre-mRNA transcribed from exon 53 of the human dystrophin gene" |
| [4] | "the target region is within anneal site H53A(+23+47) and annealing site H53A(+39+69)" | '851 Patent, claims 1 and 2 | "the target region is within nucleotides +23 to +69 of exon 53 of the human dystrophin pre-mRNA |
| [5] | "in which uracil bases are thymine bases" | '851 Patent, claims 1 and 2<br>'590 Patent, claims 1 and 2<br>'827 Patent, claim 1 | "the antisense oligonucleotide has thymine bases instead of uracil bases" |

**B.      Exon 53 AONs Disclosed in the UWA Patents**

127.    The UWA Patents' specification discloses an invention that "relate[] to novel antisense compounds and compositions suitable for facilitating exon skipping" and "methods for inducing exon skipping using the antisense compounds" '851 Patent 1:40-42.

128.    The inventors disclose 202 AONs for inducing exon skipping in one of exons 3 to 8, 10 to 15, 19 to 40, 42 to 44, 46, 47, and 50 to 53 of the human dystrophin pre-mRNA. '851 Patent 4:46-49; 7-19. The AOs are identified using a defined nomenclature system of "H#A/D(x:y)" where "the first letter designates the species (e.g., H: human, M: [Murine], C: canine). 'A/D' indicates acceptor or donor splice site at the beginning or end of the exon, respectively, (x y) indicates the (x y) represents the annealing coordinates where '−' or '+' indicate intronic or exonic sequences respectively." '851 Patent 22:47-55. For example, SEQ ID NO: 191, which is disclosed as H53A(+45+69), anneals to Human Exon 53 at nucleotides 45 through 69 from the start of the exon.

129.    Of the 211 AONs disclosed in the UWA Patents' specification, 12 are directed at exon 53. '851 Patent 64:46-50. The UWA Patent states that these 12 AONs were tested by

40

transfecting normal primary myoblasts with 2'OMe oligonucleotides, allowing the cells to grow for 24 hours, and using reverse transcriptase amplification (RT-PCR) to study the targeted regions of the dystrophin pre-mRNA or induced exonic re-arrangements. '851 Patent 32:31-60.  The specification provides no other information on experimental parameters, including those critical to assessing the data, such as whether any controls were included or what concentrations were tested.

130.    The data concerning exon 53 AONs in the UWA Patents' specification is sparse and inconsistent.  Table 2 below provides a summary of the AONs disclosed in the UWA Patents and the inventors' report on their experimental results:

**Table 2: UWA Patents Experimental Results**

| SEQ ID NO. | AON | Length | Ability to Induce Exon Skipping |
|---|---|---|---|
| 191 | H53A(+45+69) | 25 | Faint skipping at 50 nM |
| 192 | H53A(+39+62) | 24 | Faint skipping at 50 nM |
| 193 | H53A(+39+69) | 31 | Strong skipping to 50 nM |
| 194 | H53D(+14-07) | 21 | Very faint skipping to 50 nM |
| 195 | H53A(+23+47) | 25 | Very faint skipping to 50 nM |
| 196 | H53A(+150+176) | 27 | Very faint skipping to 50 nM |
| 197 | H53D(+20-05) | 25 | Not made yet |
| 198 | H53D(+09-18) | 27 | Faint at 600 nM |
| 199 | H53A(-12+10) | 22 | No Skipping |
| 200 | H53A(-07+18) | 25 | No Skipping |
| 201 | H53A(+07+26) | 20 | No Skipping |
| 202 | H53A(+124+145) | 22 | No Skipping |

Adapted from '851 Patent Table 39 and SEQ ID Nos: 191-202.

131.    In addition to the results reported in Table 39 of the specification, the inventors stated that these AONs "showed varying ability to induce exon 53 skipping," and that H53A(+39+69) "induced the strongest exon 53 skipping." '851 Patent 64:48-50. Figure 22 of the UWA Patents provides the only objective data concerning exon 53 skipping.  It is a gel showing, *inter alia*, the exon 53 skipping using H53A(+39+69):

41



Figure 22 provides little additional insight into what the inventors had discovered about exon 53 AONs generally, or H53A(+39+69)[2] specifically, as of the priority date. The specification states that Figure 22 shows that H53A(+39+69) "was able to induce exon 53 skipping at **5,** 100, 300 and 600 nM." '851 Patent 64:40-41 (emphasis added). However, Table 39 of the specification reports that H53A(+39+69) induced "strong to **50** nM." '851 Patent 65 (emphasis added). It is unclear whether this discrepancy is a typographical error or describing different results. This question cannot be resolved by reviewing Figure 22 because the lanes for H53D(+39+69) [sic] are not labeled with the concentration tested.

### C.    Disclosures Concerning AON Annealing Sites

132.    Consistent with my description above that one cannot predict *a priori* whether an AON with a given sequence can induce exon skipping, the inventors explain that when designing AONs, although "choice of target selection" is a critical factor in the efficacy of an AON, "[s]imply designing antisense molecules to target regions of pre-mRNA presumed to be involved in splicing is no guarantee of inducing efficient and specific exon skipping." '851 Patent 4:30-35.

---

[2] Figure 22 includes experimental results of exon skipping with "H53**D**(+39+69)." Based on my review of the specification as a whole, I have assumed that this is a typographical error and that Figure 22 shows results from testing H53**A**(+39+69).

133.    The UWA Patents' specification explains that the "inventors [] discovered that there does not appear to be any standard motif that can be blocked or masked by antisense molecules to redirect splicing." '851 Patent 24:4-6.  This is consistent with the inventors' note that their "[a]ttempts . . . to develop a rational approach in antisense molecules design were not completely successful as there did not appear to be a consistent trend that could be applied to all exons. As such, the identification of the most effective and therefore most therapeutic antisense molecules compounds has been the result of empirical studies." '851 Patent 32:15-21.

134.    As the inventors stated, H53A(+39+69) induced the strongest skipping of exon 53. Shortened versions of H53A(+39+69), namely H53A(+39+62), H53A(+45+69), were also reported to induce "faint" exon 53 skipping at 50 nM.  '851 Patent, Table 39.  The other AONs showed varying ability to induce skipping of exon 53 without any clear pattern showing a region outside of H53A(+39+69) that would be an effective target region for AONs to induce exon 53 skipping.

135.    Consistent with my earlier discussion, the inventors acknowledged in the UWA Patents' specification that an AON's ability to induce skipping can vary widely with even small changes in the annealing site. For example, AONs designed with overlapping sequences to an AON that had been identified as effective in induce skipping were unable to consistently induce exon skipping. '851 Patent 24:6-12. ("In some exons, such as mouse dystrophin exon 23, the donor splice site was the most amenable to target to re-direct skipping of that exon. It should be noted that designing and testing a series of exon 23 specific antisense molecules to anneal to overlapping regions of the donor splice site showed considerable variation in the efficacy of induced exon skipping.").

136.    These findings are further supported by the results of AONs targeting other exons in the UWA Patents' specification.  For example, Table 37 of the UWA Patent reports that H51D(+16-07) induces skipping at 300 nM, while H51D(+08-17) does not induce skipping despite an overlap of 15 bases with H51D(+16-07).  In contrast, Table 2 of the UWA Patent reports that H8A(-06+18), H8A(-03+18), H8A(-07+18), and H8A(-06+14) each induces exon skipping at concentrations between 20 nM and 300 nM.

**Table 3. Selected Results of Exons 8 and 51 AONs**

| Target | Sequence | Ability to Induce Exon Skipping |
|---|---|---|
| H51D(+16-07) | CUCAUACCUUCUGCUUGAUGAUC | Skipping at 300 nM |
| H51D(+08-17) | AUCAUUUUUUCUCAUACCUUCUGCU | No Skipping |
|  |  |  |
| H8A(-06+18) | GAUAGGUGGUAUCAACAUCUGUAA | Very strong to 20 nM |
| H8A(-03+18) | GAUAGGUGGUAUCAACAUCUG | Very strong to 40 nM |
| H8A(-07+18) | GAUAGGUGGUAUCAACAUCUGUAAG | Strong to 40 nM |
| H8A(-06+14) | GGUGGUAUCAACAUCUGUAA | Skipping to 300 nM |

Adapted from '851 Patent Tables 2, 37. Thus, it is not possible to predict whether two or more AONs having overlapping bases will uniformly induce exon skipping merely as a result of the overlapping bases.

**D.    Disclosures Concerning AON Length**

137.    The UWA Patents' specification states that the length of the AONs "may vary" and "generally" will be from 10 nucleotides to 50 nucleotides and "preferably between 17 to 30 nucleotides." '851 Patent 25:61-26:3. Nevertheless, the inventors explain that they "discovered that size or length of the antisense oligonucleotide itself is not always a primary factor when designing antisense molecules." '851 Patent 23:60-63. They suggest that optimal exon length may be exon-specific—for exon 19 AONs "as short as 12 bases were able to induce exon skipping, albeit not as efficiently as longer (20-31 bases) oligonucleotides" while for murine exon 23, AONs

44

"only 17 residues long were able to induce more efficient skipping than another overlapping compound of 25 nucleotides." '851 Patent 23:63-24:3.

138.    The AONs targeting exon 53 disclosed in the UWA Patents' specification range from 20 to 31 bases. '851 Patent 65.  Yet, many of these AONs were unable to induce skipping. Because the inventors tested a limited number AONs, it is not possible to determine whether length, annealing site, or a combination thereof affected the AONs efficacy.

139.    The unpredictability of AON length on exon skipping activity is further supported by the results of AONs targeting other exons in the UWA Patents' specification.  For example, as shown in Table 4, the UWA Patents' specification provides experimental results for AONs of 20 to 31 bases targeting the region (-07+25) of human dystrophin exon 16:

**Table 4. Selected Results of Exon 16 AONs**

| Target | Sequence | Length | Ability to Induce Exon Skipping |
|--------|----------|--------|--------------------------------|
| (-06+25) | UCUUUUCUAGAUCCGCUUUUAAAACCUGUUA | 31 | Skipping at 5 nM |
| (-06+19) | CUAGAUCCGCUUUUAAAACCUGUUA | 25 | Skipping at 25 nM |
| (-07+19) | CUAGAUCCGCUUUUAAAACCUGUUAA | 26 | No skipping |
| (-07+13) | CCGCUUUUAAAACCUGUUAA | 20 | No skipping |

Adapted from '851 Patent Table 14.

140.    These results show that AONs of varying lengths targeting the same region cannot uniformly induce exon skipping.  While a 31mer and a 25mer targeting exon region (-07+25) induced exon skipping, a 26mer targeting this same region did not induce any exon skipping.

141.    In contrast, other results in the UWA Patents' specification show that, for some exons and/or specific regions of exons, AONs of varying lengths targeting the same region are able to induce exon skipping.  For example, as shown in Table 5, the UWA Patents' specification provides experimental results for AONs of 20 to 30 bases targeting the region (+11+40) of human dystrophin exon 4:

45

**Table 5. Selected Results of Exon 4 AONs**

| Target | Sequence | Length | Ability to Induce Exon Skipping |
|--------|----------|--------|--------------------------------|
| (+13+32) | GCAUGAACUCUUGUGGAUCC | 20 | Skipping at 20 nM |
| (+11+40) | UGUUCAGGGCAUGAACUCUUGUGGAUCCUU | 30 | Skipping at 20 nM |

Adapted from '851 Patent Table 5. Both 20mer and 30mer AONs targeting the region (+11+40) of human dystrophin exon 4 were able to induce exon skipping. Thus, consistent with my description above, the results reported in the UWA Patents show that it is not possible to predict how the length of AON targeting a specific exon will affect its ability to induce exon skipping activity based on results from AONs targeting different exons.

**E.    The Inventors of the UWA Patents Did Not Have a Definite and Permanent Idea of the Complete and Operative Invention Claimed in the UWA Patents**

142.    The potentially conflicting description of the H53A(+39+69) results and ambiguous Figure 22 creates uncertainty as to what the inventors had discovered about that AON, and, by extension, what they recognized and appreciated about exon 53-skipping AONs beyond the subjective results provided for the 12 AONs in Table 39.

143.    It is my opinion that the inventors of the UWA Patents had, at most, formed a definite and permanent idea that certain specific AONs disclosed by sequence in the UWA Patents' specification induce exon 53 skipping, consistent with the originally-filed claims of the UWA Patents ("What is claimed is: 1. An antisense molecule capable of binding to a selected target site to induce exon skipping in the dystrophin gene, as set forth in SEQ ID NO: 1 to 202."). More specifically, at the time the inventors filed the applications leading to the UWA Patents, they had, at most, recognized that H53A(+45+69), H53A(+39+62), H53A(+39+69), H53D(+14-07), H53A(+23+47), H53A(+150+176), and H53D(+09-18) induced some level of exon skipping. *See* Table 39.

46

144.    In my opinion, based on my review of the UWA Patents' specification and the unpredictable nature of the field of AONs, the inventors had not invented any exon 53 skipping AONs beyond those they tested and reported to induce skipping.  In particular, it is my opinion that the UWA Patents' specification do not reflect any recognition or appreciation by the inventors of a target region spanning +23 to +69 of exon 53.  In my opinion, the UWA Patents' specification do not reflect invention of AONs of 20 to 31 bases that induce exon 53 skipping or a genus of antisense oligonucleotides complementary to 12 bases of H53A(+23+47) by the inventors.

145.    More specifically, it is my opinion that the inventors of the UWA Patents had not formed a definite and permanent idea of a range of AON lengths that would induce exon 53 skipping. As the inventors acknowledge in their UWA Patents' specification, that the "length of the antisense oligonucleotide itself is not always a primary factor when designing antisense molecules." '851 Patent 23:60-63. As I discussed above, the data reported in the UWA Patents' specification shows that AONs of varying the length were not able to consistently induce exon skipping. Moreover, it is not possible to extrapolate results concerning a suitable length or a range of suitable lengths from AONs targeting a different exon to AONs targeting exon 53.  Thus, although the UWA Patents' specification states that the length of the AONs "may vary" and "generally" will be from 10 nucleotides to 50 nucleotides" ('851 Patent 25:65-67), identifying AONs of lengths from 10 to 50 nucleotides which induce exon skipping was merely a general goal or research plan the inventors hoped to pursue to identify effective AONs.  With respect to exon 53, the information presented in the UWA Patents suggests that longer AONs may be more suitable than shorter ones.  H53A(+39+69) is a 31mer, the longest exon 53 AON tested.  The other, shorter exon 53 AONs were reported to induce at most faint skipping at 50 nM, even the two that overlapped with H53A(+39+69).  Table 39.  There is no data in the ÚWA Patents that indicates

the inventors had formed a definite and permanent idea that AONs as short as 20 bp would be capable of inducing exon 53 skipping.

146.    It is my opinion that the inventors of the UWA Patents had not formed a definite and permanent idea that AONs which are complementary to consecutive bases of a target region within annealing site H53A(+23+47) and annealing site H53A(+39+69) would induce exon skipping.  The inventors identified only four AONs complementary to consecutive bases within these annealing sites:  H53A(+45+69), H53A(+39+62), H53A(+39+69), and H53A(+23+47). Three of these AONs are within the (+39+69) region.  Yet only one was reported to induce more than faint skipping at 50 nM as a single AON: H53A(+39+69). Table 39.

147.    As the inventors acknowledged, "identification of the most effective and therefore most therapeutic antisense molecules compounds has been the result of empirical studies." '851 Patent 32:18-21.  The data reported in the UWA Patents' specification shows even when an AON overlaps with an AON known to induce exon skipping, it is not predictable as to whether the overlapping AON will induce exon skipping.  The inventors had not appreciated that all AONs designed to be complementary to bases within annealing site H53A(+23+47) and annealing site H53A(+39+69) would induce skipping of exon 53. Indeed, the data suggests otherwise—only AONs within the annealing site H53A(+39+69) induced "strong skipping," while H53A(+23+47) showed only "very faint skipping to 50 nM."

148.    To draw the conclusion that AONs targeting the region (+23+69) of exon 53 would induce skipping, the inventors would have had to test a large number of AONs within this region due to the unpredictable nature of the field. Yet, they tested only four, three of which were within the sub-region of (+39+69) of exon 53. Accordingly, identifying AONs which are complementary to consecutive bases within annealing site H53A(+23+47) and annealing site H53A(+39+69) and

48

which induce exon skipping is merely a general goal or research plan the inventors hoped to pursue to identify additional or more effective exon 53 skipping AONs.

149.    It is my opinion that the inventors of the UWA Patents had not formed a definite and permanent idea that AONs comprising at least 12 consecutive bases of H53A(+23+47) (i.e., SEQ ID NO: 195) would induce exon skipping.  The inventors had identified only a single AON comprising at least 12 consecutive bases of H53A(+23+47): H53A(+23+47) itself.  Thus, based on the UWA Patents' specification, it is unclear how the inventors arrived at claims directed to an AON comprising at least 12 consecutive bases of H53A(+23+47).  The UWA Patents' specification does not include *any* data showing which 12 consecutive bases of H53A(+23+47) are necessary or sufficient to arrive at an AON that induces skipping of exon 53, or that AONs shorter than 31 bases are capable of inducing more than faint skipping of exon 53.  As I described earlier, the data reported in the UWA Patents' specification shows even when a shorter AON overlaps with a longer AON known to induce exon skipping, it is not predictable as to whether the shorter, overlapping AON will induce exon skipping.

## VI.    RESERVATION OF RIGHTS AND TRIAL EXHIBITS

150.    I reserve the right to amend or supplement my opinions once I review any new/additional information and/or other new/additional documents or information subsequently produced by Sarepta, UWA, or any other party, including via opening expert reports of Sarepta's and UWA's experts.

151.    At trial I may use visual aids and demonstratives to show the bases for my opinions, such as photographs, drawings, excerpts from documents and materials I considered, videos, and animations. I reserve the right to utilize these at trial.

# Exhibit 1

## List of Materials Reviewed

**Publications**

- Aartsma-Rus et al., Neuromuscular Disorders 2002, 12:S71-S77
- Aartsma-Rus et al., Hum. Mol. Genet. 2003 12(8):907-14
- Aartsma-Rus et al., Mol. Ther. 2009; 7(3):P548-53
- Arechavala-Gomeza et al., Human Gene Ther. 2007; 18:798-810
- Arora et al., Current Pharm. Biotechnol. 2004; 5:431-39
- Basu & Wickstrom, Bioconjugate Chem 1997 8:481-88
- Bendicksen et al., Ann Intern Med. Epub ahead of print Aug. 22, 2023
- Braasch & Corey, Biochem. 2002; 41(14):4503-10
- Braasch & Corey, Chem & Biol. 2001; 8:1-7
- Bremmer-Bout et al., Mol. Ther. 2004; 10(2):232-40
- Bradley, Nat. Milestones 2019, 5:59
- Douglas & Wood, Molecular & Cellular Neurosci. 2013; 56:169-85
- Errington et al., J. Gene Med. 2003; 5:518-27
- Fragall et al., BNC Medical Genetics 2011; 12:141
- Geary et al., Adv. Drug Deliv. Rev. 2015; 87:46-51
- Hammond et al., Mol. Ther. Nucleic Acids. 2014; 3:E212
- Harding et al., Mol Ther. 2007; 15(1):157-166
- Heemskerk et al., J. Gene Med. 2009; 11:257-66
- Iwamoto et al., Nature Boitechnol. 2017; 35:845-851
- Jarver et al., Nucleic Acid Ther. 2014; 24(1):37-47
- Jason et al., Tox. & Appl. Pharmacol. 2004; 201:66-83
- Kinali et al., Lancet Neurol. 2009; 8:918-28
- Koshkin et al., Tetrahedron 1998; 54:3607-30
- Mann et al., PNAS 2001; 98(1):42-47
- Mann et al., J Gene Med 2002; 4:644-54
- Muntoni et al., Nueromuscular Disorders 2005; 15:450-57
- Popplewell et al., Neuromuscular Disordes 2010; 20(2):102-10

- Stein, Oligos & Peptides 2014, 32(2):4-7
- Stein & Goel, Clin Cancer Res 2011; 17(20):6369-72
- Summerton & Weller, Antisense & Nucleic Acid Drug Dev. 1997; 7:187-95
- 't Hoen et al., J Biol Chem. 2008; 283(9):5899-907
- van Deutekom et al., Hum. Mol. Genet. 2001; 10(15):1547-54
- van Deutekom et al., New England J. Med. 2007; 357:2677-86
- Wu et al., PLoS One 2011; 6(5);e19906

**Patents**
- U.S. Patent No. 9,994,851
- U.S. Patent No. 10,227,590
- U.S. Patent No. 10,266,827
- PCT Application No. PCT/AU2005/000943
- Australian App. No. 2004903474

**Other Documents**
- 2023-07-03 Memorandum Opinion re: Claim Construction, ECF No. 248
- 2023-07-03 Claim Construction Order, ECF No. 249
- 2014-11-18 Declaration of Matthew J.A. Wood, *University of W. Australia v. Academis Ziekenhuis Liden*, Interference Nos. 106,007, 106,008, & 106,013 (UWA Exhibit 2081).
- 2021-06-16 Declaration of David R. Corey, *Sarepta Therapeutics v. Nippon Shinyaku Co., Ltd.*, IPR No. 2021-01135 (Sarepta Exhibit 1095).

# Exhibit 2

**Matthew JA Wood FMedSci**
Professor of Neuroscience, University of Oxford, UK
Deputy Head Medical Sciences Division, University of Oxford, UK

**ORCID ID:** 0000-0002-5436-6011; Clinically Qualified, Not Active

## EDUCATION AND TRAINING

| INSTITUTION AND LOCATION | DEGREE | YEAR | FIELD OF STUDY |
|---|---|---|---|
| University of Cape Town, South Africa | B.M. B.Ch. | 1987 | Medicine (Distinction) |
| University of Oxford, Oxford, UK | M.A. D.Phil. | 1992 | Medicine/Physiological Science |

## PREVIOUS ACADEMIC POSITIONS

| | |
|---|---|
| 1987-89 | Medicine, Neurology and Neurosurgery, Groote Schuur Hospital, University of Cape Town, South Africa |
| 1992-94 | Medical Research Council Post-Doctoral Research Fellow and EPA Cephalosporin Research Fellow, Dept of Human Anatomy and Genetics, University of Oxford, UK |
| 1994-98 | University Lecturer in Anatomical Science, Dept of Human Anatomy and Genetics, and Fellow and Tutor in Medicine, Somerville College, University of Oxford, UK |
| 1999-2010 | University Lecturer in Biomedical Science, Dept of Physiology, Anatomy and Genetics, University of Oxford, UK |
| 2013-16 | Associate Head, Medical Sciences Division, University of Oxford, UK |
| 2019-21 | Founding Director, UK Nucleic Acid Therapy Accelerator (NATA), Harwell, UK |

## CURRENT APPOINTMENTS AND AFFILIATIONS

| | |
|---|---|
| 2010 | Professor of Neuroscience, Dept of Paediatrics, University of Oxford, UK |
| 2015 | Non-executive Director, Oxford University Innovation (OUI) |
| 2016 | Deputy Head, Medical Sciences Division, University of Oxford, UK |
| 2016 | Co-Founder, Evox Therapeutics |
| 2018 | Co-Founder, PepGen |
| 2018 | Director, MDUK Oxford Neuromuscular Centre |
| 2019 | Director, Oxford Harrington Rare Disease Centre |
| 2021 | Co-Founder, Orfonyx |
| 2022 | Co-Founder, Isogenix |

## ACADEMIC PRIZES, HONOURS, SELECTED EXTERNAL AFFILIATIONS

| | |
|---|---|
| 1989-92 | Beit Medical Fellowship |
| 1992-94 | EPA Cephalosporin Postdoctoral Research Fellowship |
| 1992-94 | MRC Postdoctoral Research Fellowship |
| 2001 | Young Investigator Award of the International Brain Research Organization |
| 2008 | International MDEX Consortium, Co-Chair and Executive Board Member |
| 2011 | Honorary Professor of Neuroscience, University of Cape Town |
| 2012-18 | Medical Research Council DCS/DPFS Board Member |
| 2014 | Vice President, Muscular Dystrophy UK |
| 2014-18 | TREAT NMD Global Neuromuscular Network, Executive Board Member |
| 2016-19 | MedCity London, Non-Executive Board Member |
| 2016 | Chair, Scientific Advisory Board, Evox Therapeutics |
| 2017 | Honorary Professor of Neuroscience, University of Tokyo |
| 2018 | Chair, Scientific Advisory Board, Pepgen |
| 2020 | Chair Scientific Advisory Board, Neuroscience Institute, University of Cape Town |
| 2020 | Elected Fellow, The Academy of Medical Sciences, UK |

## RECENT INVITED LECTURES AND SEMINARS (SINCE 2018)

| | |
|---|---|
| 2018 | Joana Domingos Memorial Lecture, University of Cambridge |
| 2018 | Plenary Lecture, World Muscle Society, Mendoza, Argentina |
| 2019 | Plenary Lecture, 5th Ottawa International Conference on Neuromuscular Disease |
| 2019 | Plenary Lecture, The Royal Society Bilateral Workshop, Arsenale, Venice, Italy |
| 2019 | Keynote Lecture, Myology, Bordeaux |
| 2020 | Web Lecture, TIDES Europe: Oligonucleotide & Peptide Therapeutics Virtual Conference |
| 2020 | Web Lecture, Japan Rare Disease Virtual Conference, Outstanding Academic Advisor |
| 2021 | Web Lecture, 17th Annual Meeting of the Oligonucleotide Therapeutics Society |
| 2022 | Web Lecture, Oligonucleotide therapeutics: challenges and opportunities, Royal Society |
| 2022 | Plenary Lecture, RNA Leaders World Conference, Basel, Switzerland |
| 2022 | Plenary Lecture, New Directions in Biology and Disease of Skeletal Muscle, Florida |
| 2022 | Web Lecture, IRT3NA 2022, XXIV International Round Table on Nucleosides, Nucleotides and Nucleic Acids, Stockholm, Sweden |
| 2022 | Plenary Lecture, SMi's Oligonucleotide Therapeutics and Delivery Conference, London, UK |

## CURRENT RESEARCH SUPPORT

| | |
|---|---|
| Dec 2017 – Oct 2023 | MRC \| Oligonucleotide therapy for neuromuscular disease \| Role: PI \| Total award: £1,8M |
| Jan 2019 – Jan 2024 | Muscular Dystrophy UK \|The Oxford MDUK Centre for Neuromuscular Disease \| Role: PI \|Total award: £1,3M |
| Feb 2019 – Jan 2024 | Harrington Discovery Institute, Cleveland USA \| The Oxford Harrington Rare Disease Centre \| Role: PI \| Total award: $5M |

| Sep 2019 – Aug 2024 | UKRI – Strategic Priority Fund | UK Nucleic Acid Therapy Accelerator (NATA) | Role: PI | Total Award: £30M |
|---|---|
| Dec 2019 – Aug 2023 | MRC | Oligonucleotide therapy for spinal muscular atrophy | Total award: £1,5M |
| Feb 2020 – Apr 2023 | Muscular Dystrophy UK | Extracellular vesicle therapy for Duchenne muscular dystrophy | Role: PI | Total award: £225,000 |
| Jul 2022 – Dec 2024 | MRC DPFS | Development of peptide-oligonucleotide therapy for Myotonic Dystrophy Type 1 | Role: PI | Award: approx. £750,000 |
| Oct 2022 – Sept 2025 | UKRI | UK NATA Oligonucleotide Delivery Challenge | Role: PI | Total Award: ~£8M |
| Oct 2022 – Sept 2029 | BHF Big Beat Challenge | Development of Genetic based Therapies for inherited heart muscle diseases | Role: Co-PI | Total Award: £30M |

## SELECTED PATENTS (OF A TOTAL OF ~25)

1. EVs for delivery of nucleic acid-based material (WO/2010/119256)
2. EVs for delivery of biotherapeutics (WO/2013/084000)
3. Cell-penetrating molecule (PCT/GB2015/053667/WO2016/087842)
4. Cell-penetrating peptides (GB1802598.1/PCT/GB2018/050423/WO2018/150196)
5. Cell-penetrating peptides (GB1812972.6)
6. Cell-penetrating peptides (GB1812980.9)

## SELECTED RECENT PUBLICATIONS (OF A TOTAL OF ~350)

1. Hammond SM, et al. (2022) Antibody-oligonucleotide conjugate achieves CNS delivery in animal models for spinal muscular atrophy. JCI Insight. 22:7(24): e154142.
2. Chwalenia K, et al. (2022) Exon skipping induces uniform dystrophin rescue with dose-dependent restoration of serum miRNA biomarkers and muscle biophysical properties. Mol Ther Nucleic Acids. 25: 29:955-968.
3. Baker YR, et al. (2022) An LNA-amide modification that enhances the cell uptake and activity of phosphorothioate exon-skipping oligonucleotides. Nat Commun., 12:13(1):4036.
4. Kandasamy P, et al. (2022). Control of backbone chemistry and chirality boost oligonucleotide splice switching activity. Nucleic Acids Res., 10:50(10):5443-5466.
5. Dar GH, et al. (2021). GAPDH controls extracellular vesicle biogenesis and enhances the therapeutic potential of EV mediated siRNA delivery to the brain. Nat Commun., 12(1), 6666
6. Gupta D, et al. (2021). Amelioration of systemic inflammation via the display of two different decoy protein receptors on extracellular vesicles. Nat Biomed Eng., 5(9), 1084-1098
7. Lim WF, et al. (2021). Gene therapy with AR isoform 2 rescues spinal and bulbar muscular atrophy phenotype by modulating AR transcriptional activity. Sci Adv, 7(34)
8. Meijboom KE, et al. (2021). Combining multiomics and drug perturbation profiles to identify muscle-specific treatments for spinal muscular atrophy. JCI Insight. 2021 Jul 8:6(13): e149446.
9. Herrmann IK, Wood M, & Fuhrmann G. (2021). Extracellular vesicles as a next-generation drug delivery platform. Nat Nanotechnol., 16(7), 748-759.
10. Conceiçao M, et al. (2020). Engineered extracellular vesicle decoy receptor-mediated modulation of the IL6 trans-signalling pathway in muscle. Biomaterials, 266, 120435.
11. Patutina OA, et al. (2020). Mesyl phosphoramidate backbone modified antisense oligonucleotides targeting miR-21 with enhanced in vivo therapeutic potency. Proc Natl Acad Sci USA, 117(51), 32370
12. Roberts TC, Langer R, & Wood MJA. (2020). Advances in oligonucleotide drug delivery. Nat Rev Drug Discov., 19(10), 673-694.
13. de Jong OG, et al. (2020). A CRISPR-Cas9-based reporter system for single-cell detection of extracellular vesicle-mediated functional transfer of RNA. Nat Commun., 11(1), 1701.
14. Breglio AM, et al. (2020). Exosomes mediate sensory hair cell protection in the inner ear. J Clin Invest. 1;130(5):2657-2672.
15. van Westering TLE, et al. (2020). Uniform sarcolemmal dystrophin expression is required to prevent extracellular microRNA release and improve dystrophic pathology. J Cachexia Sarcopenia Muscle. 11(2):578-593.
16. Klein AF, et al. (2019). Peptide-conjugated oligonucleotides evoke long-lasting myotonic dystrophy correction in patient-derived cells and mice. J Clin Invest., 129(11), 4739-4744.
17. Ezzat K, et al. (2019). The viral protein corona directs viral pathogenesis and amyloid aggregation. Nat Commun., 10(1), 2331.
18. Guiraud S, et al. (2019). The potential of utrophin and dystrophin combination therapies for Duchenne muscular dystrophy. Hum Mol Genet., 28(13), 2189-2200.
19. Coenen-Stass AML, et al. (2019). Extracellular microRNAs exhibit sequence-dependent stability and cellular release kinetics. RNA Biol. 2019 May;16(5):696-706.
20. Betts CA, et al. (2019). Cmah-dystrophin deficient mdx mice display an accelerated cardiac phenotype that is improved following peptide-PMO exon skipping treatment. Hum Mol Genet. 1:28(3):396-406.
21. Rinaldi C, Wood MJA (2018) Antisense oligonucleotides: the next frontier for treatment of neurological disorders. Nat Rev Neurol. 14(1):9-21.
22. Guiraud S, et al. (2018). Embryonic myosin is a regeneration marker to monitor utrophin-based therapies for DMD. Hum Mol Genet., 28(2), 307-319.
23. Coenen-Stass AML, et al. (2018). Comprehensive RNA-sequencing analysis in serum and muscle reveals novel small RNA signatures with biomarker potential for DMD. Mol Therapy Nucleic Acids, 13, 1-15.
24. Blain AM, et al. (2018). Peptide-conjugated phosphodiamidate oligomer-mediated exon skipping has benefits for cardiac function in mdx and Cmah-/-mdx mouse models of Duchenne muscular dystrophy. PLoS One, 13(6), e0198897.
25. Aoki Y, et al. (2017). C9orf72 and RAB7L1 regulate vesicle trafficking in amyotrophic lateral sclerosis and frontotemporal dementia. Brain, 140(4), 887-897.

# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **NIPPON SHINYAKU CO., LTD.,** Plaintiff, | ) ) ) | |
| **v.** | ) ) | **C.A. No. 21-1015 (GBW)** |
| **SAREPTA THERAPEUTICS, INC.,** Defendant. | ) ) ) | |
| | ) | |
| **SAREPTA THERAPEUTICS, INC. and THE UNIVERSITY OF WESTERN AUSTRALIA, Defendant and Counter-Plaintiff** | ) ) ) ) ) | |
| **v.** | ) ) | |
| **NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC., Plaintiff and Counter-Defendants.** | ) ) ) ) | |

**EXPERT REBUTTAL REPORT OF DR. MATTHEW J.A. WOOD**

October 11, 2023

_____

Matthew J.A. Wood, F. Med. Sci., MA, D.Phil

I.     INTRODUCTION AND ASSIGNMENT ........................................................ 1

II.    QUALIFICATIONS ........................................................................................ 2

III.   BACKGROUND OF ANALYSIS .................................................................... 2

       A.    Person of Ordinary Skill in the Art ...................................................... 2

IV.    SCOPE AND CONTENT OF THE PRIOR ART AS OF AUGUST 2011 ...................... 3

       A.    There Were No Recognized "Hot Spots" Within Exon 53 As of August
             2011 ................................................................................................... 3

       1.    State of the Art as of June 2005 ........................................................... 3

       2.    Wilton '057: January 2006 ................................................................... 6

       3.    Post-2006 Publications ........................................................................ 11

       4.    Sazani and Kole (Sarepta Therapeutics): April 2010 ......................... 22

       5.    Wilton PCT '350: May 2011 ............................................................... 27

       6.    Watanabe et al.: August 2011 ............................................................. 29

       B.    Designing An AON That Would Induce Exon Skipping Was
             Unpredictable As of August 2011 ....................................................... 29

       1.    There Were No Recognized "Hot Spots" as of August 2011. ............. 29

       2.    Sequence Does Not Predict Exon-Skipping Activity ......................... 31

       3.    Dr. Wilton and Sarepta Have Agreed That Exon Skipping Is
             Unpredictable ..................................................................................... 33

V.     RESERVATION OF RIGHTS AND TRIAL EXHIBITS ............................................. 34

## I.    INTRODUCTION AND ASSIGNMENT

1.    I was retained by counsel for Nippon Shinyaku Co. Ltd. ("Nippon Shinyaku") and NS Pharma, Inc. ("NS Pharma," collectively with Nippon Shinyaku "NS") in Nippon Shinyaku Co. Ltd.  v. Sarepta Therapeutics, Inc. as an independent technical expert.  In connection with my engagement, I issued a report on September 8, 2023 in which I was asked to provide an opinion concerning the state of the art of exon skipping therapies for treatment of Duchenne muscular dystrophy ("DMD") and what a person of ordinary skill in the art ("POSA") would have understood the inventors of the asserted patents to have invented based on the Specification (the "Opening Report").

2.    On September 8, 2023, counsel for Sarepta Therapeutics, Inc ("Sarepta") and the University of Western Australia ("UWA") served expert reports, including the expert report of Dr. Steve F. Dowdy, Ph.D. (the "Dowdy Report").  I was asked to prepare this rebuttal report to review and respond to the Dowdy Report.[1]  I have reviewed only publicly available information in doing so.

3.    I understand that NS alleges that Sarepta Therapeutics, Inc. ("Sarepta") infringes several of NS's patents and that Sarepta alleges that NS infringes three patents owned by the University of Western Australia ("UWA") and exclusively licensed by Sarepta.  More specifically, I understand NS has asserted claims 1-3 of U.S. Patent No. 10,385,092 ("the '092 patent"); claims 1-2 of U.S. Patent No. 10,407,461 ("the '461 patent"); claims 1-2 of U.S. Patent No. 10,487,106 ("the '106 patent"); claims 1-12 of U.S. Patent No. 10,647,741 ("the '741 patent"); claims 1-4 of

---

[1] I received a copy of the Dowdy Report in redacted form.  I understand the redactions covered Sarepta confidential information.

U.S. Patent No. 10,662,217 ("the '217 patent"); and claims 1-4 and 6-9 of U.S. Patent No. 10,683,322 ("the '322 patent") (collectively, the "NS Patents") against Sarepta and UWA.

4.      I understand from counsel for NS ("counsel") that I may be provided additional information as this case proceeds.  Accordingly, I may need to change or augment my analysis and opinions in light of any new information or evidence that is presented after this Report.  I expressly reserve the right to do so.

5.      My consulting rate for this case is £650 GBP per hour. My compensation is not related to the outcome of this action, and I have no financial interest in the outcome of this case.

## II.      QUALIFICATIONS

6.      A discussion of my qualifications to testify about my opinions herein, was provided in my Opening Report.

## III.      BACKGROUND OF ANALYSIS

7.      In considering and forming my opinion, I have reviewed and analyzed the information and materials identified in this Report. As stated, a list of the materials I reviewed in preparation of this report is attached as Exhibit 1.

8.      I am not an attorney and do not have formal training in the law regarding patents. This section presents my understanding of currently applicable legal principles, explained to me by counsel, which I have used in forming my opinions.

### A.      Person of Ordinary Skill in the Art

9.      I am informed that a POSA is a hypothetical person skilled in the relevant art, not a judge, not a layperson, not a person skilled in the remote arts, and not a genius in the relevant art.  Relevant factors in determining the level of ordinary skill in the art include the educational level of the inventors of the patent in suit and of those working in the field at the relevant time.

Other relevant considerations include various prior art approaches employed in the art, types of problems encountered in the art, the rapidity with which innovations are made, and the sophistication of the technology involved.

10.    I understand that NS and Sarepta have generally offered similar definitions of a POSA for the NS Patents.  Dowdy Rpt. ¶¶ 19-20.  For purposes of this report, I have applied Dr. Dowdy's definitions of a POSA for the NS Patents.  However, if NS's definition were adopted, this does not affect my opinions.

## IV.    SCOPE AND CONTENT OF THE PRIOR ART AS OF AUGUST 2011

### A.    There Were No Recognized "Hot Spots" Within Exon 53 As of August 2011.

11.    Dr. Dowdy opines that "by August 31, 2011, the hot spot within exon 53 had been identified and repeatedly verified." Dowdy Rpt. ¶ 110.  I disagree. Dr. Dowdy arrives at this opinion by selectively reviewing the art and cherry-picking results to determine such a "hot spot." *Id.* ¶¶ 91-109.  As I describe below, as of August 31, 2011, there was no recognized "hot spot" within exon 53 for targeting with an AON to induce skipping of exon 53. In my experience, "hot spots" are vanishingly rare, and to my knowledge do not exist within the human dystrophin gene.  Thus, while I adopt Dr. Dowdy's term, I do not agree with the underlying premise that a "hot spot" within exon 53 in fact exists, much less was recognized in 2005 by Dr. Wilton or others.

#### 1.    State of the Art as of June 2005

12.    As of 2005, there were only a few groups working to develop antisense oligonucleotides ("AONs") for treatment of Duchenne Muscular Dystrophy.  Several research groups had joined consortiums based largely on geography – Netherlands/Belgium and United Kingdom – and there were also groups working in Japan.  *See* Muntoni et al., Neuromuscular

Disorders 15:450-57 (2005) ("Muntoni 2005"), at 456.  I was a member of the UK consortium, as was Steve Wilton.  As of late 2004, UK researchers' work on AONs targeting exons 51 and 53 was well underway, with clinical trials contemplated.  At that time, Dr. Wilton's focus was on exons from the 5' end of the dystrophin gene, *i.e.* exons 35 and below.  *See id.* at 453-454.

13.     Dr. Dowdy discusses publications from groups working at Kobe University and Leiden University reporting on exon 53 skipping AONs prior to June 2005.  Dowdy Rpt. ¶¶ 92-96 (discussing Aartsma-Rus et al., Neuromuscular Disorders 12:S71-S77 (2002) ("Aartsma-Rus 2002"), U.S. Patent Number 6,653,467 from Matsuo et al. ("Matsuo US '467"), and EP Publication No. 1568769 ("Matsuo EP '769"), an English version of PCT Patent Publication No. WO2004/048570 by Matsuo et al.).  He opines that "the studies from these two groups were somewhat contradictory" because Matsuo's ethylene-bridged nucleic acid ("ENA") AO71, targeting the coordinates (+129+146), was reported to induce exon skipping while Aartsma-Rus' h53AON2, targeting bases (+128+145) was reported to not induce exon 53 skipping—despite being shifted just one base. Dowdy Rpt. ¶ 96.  I disagree with Dr. Dowdy's characterization.

14.     First, the results for Matsuo's AO71 showed no bands at all.  Matsuo EP '769, at Fig. 18.  Accordingly, the description of this figure cited by Dr. Dowdy is clearly erroneous, and no conclusions can be drawn regarding AO71's exon 53 skipping activity.  Even if I were to assume that Matsuo had undisclosed data showing that AO71 induced exon skipping, I would disagree that this would be contradictory to Aartsma-Rus' data.  Rather, it could be an example of the variability that is well-known in the field, either laboratory-to-laboratory or experiment-to-experiment.  Alternatively, it could be an example of AON to AON variability where shifting the AON target site by one base has a significant effect on exon skipping activity.  Many factors, including AON backbone chemistry, AON length, AON concentration, cell type tested,

incubation period, transfection method, use of delivery technology (e.g., endosomal escape or nuclear localization), and the inherent variability of primary cell cultures like primary myotubes and human skeletal muscle cells, may confound comparisons of results from different laboratories, even of AONs with the same sequence and backbone. *See also* Opening Report ¶¶ 87-89. Dr. Dowdy acknowledges that these differences can affect AON delivery and exon skipping activity. Dowdy Rpt. ¶¶ 640-641.

15.    Due to the unpredictability of exon skipping and variability in assay conditions used by different laboratories, and in different experiments from the same laboratory, it was and remains common for laboratories to make and test AONs having sequences published by other laboratories (and often variations thereof) to use as comparators, rather than merely relying on the published data. This is a way to account for inter-laboratory variability and also confirms the robustness of the skipping effect. It allows for a better assessment of the criticality of the target site and whether differences in results are primarily experimental noise.

16.    Thus, Aartsma-Rus 2002, Matsuo US '467, and Matsuo EP '769 illustrate the difficulties a person of ordinary skill in the art ("POSA") would have had in drawing general conclusions about what regions in exon 53 to target based on experimental data from different laboratories.

17.    Second, as I explained in my opening report, changing an AON by even a single base can change its ability or effectiveness to induce exon skipping. Opening Report ¶¶ 94, 135-137. Similarly, shifting an AON in the 5' or 3'-direction even by a single base can also change its ability or effectiveness to induce exon skipping. That is why the general consensus in the field as of 2004 and today is that the exon skipping potential of an AON must be assessed empirically.

5

18.     Thus, I generally agree with Dr. Dowdy that the limited data in Aartsma-Rus 2002 and the Matsuo references were insufficient to support the recognition of a particular region within exon 53 that would be amenable for exon skipping.  Dowdy Rpt. ¶ 96.  Where Dr. Dowdy and I diverge is the impact of the publication of PCT Patent Publication No. WO2006/000057 by Wilton et al., ("Wilton PCT '057") on January 5, 2006.  In my opinion, Wilton PCT '057 was preliminary, not "pivotal" and did not identify a "hot spot" spanning +23 to +69 of exon 53.  *Cf.* Dowdy Rpt. ¶¶ 97, 99.

### 2.     Wilton '057: January 2006

19.     Wilton PCT '057 published on January 5, 2006.  I understand from counsel that Wilton PCT '057 is the publication of the June 28, 2005 PCT to which the patents that Sarepta and UWA are asserting against NS—U.S. Patent No. 9,994,851 ("the '851 Patent"), U.S. Patent No. 10,227,590 ("the '590 Patent"), and U.S. Patent No. 10,266,827 ("the '827 Patent")—claim priority.  I also understand that Wilton PCT '057 is substantively similar to the '851 Patent, '590 Patent, and '827 Patent.  Accordingly, my analysis of the UWA Patents in my Opening Report is also applicable here. *See* Opening Report § V.

20.     Wilton PCT '057 discloses 211 AONs for inducing exon skipping in one of exons 3 to 8, 10 to 16, 19 to 40, 42 to 44, 46, 47, and 50 to 53 of the human dystrophin pre-mRNA Wilton PCT '057 at 6:6-8; 11-16. Of the 211 disclosed AONs, 12 target exon 53. *Id.* at 16 (SEQ ID Nos: 191-202). Of these 12 AONs, 7 target purely exonic sequences and 5 target intronic and exonic sequences—2 at the acceptor splice site, and 3 at the donor splice site. *Id.*

21.     The specification notes that "[a]ttempts by the inventors to develop a rational approach in antisense molecules design were not completely successful as there did not appear to be a consistent trend that could be applied to all exons.  As such, the identification of the most

effective and therefore most therapeutic antisense molecules compounds has been the result of empirical studies." *Id.* at 35:2-6. In other words, the inventors admit that they had failed to identify rules and principles that could be rationally applied to identifying effective AONs, and thus had to rely on empirical testing.

22.    Eleven of the 12 exon 53 AONs were synthesized as 2'-O-methyl AONs and tested for exon skipping activity by transfecting each AO in primary human myoblasts; the twelfth was "not made yet." *Id.* at 35:15-17, 24-29, Table 39. The inventors reported that the eleven AONs "showed varying ability to induce exon 53 skipping," and that H53A(+39+69) "induced the strongest exon 53 skipping." *Id.* at 62:13-15. Wilton PCT '057 Table 39 (reproduced in Table 1 part below) provides the results of these experiments.

**Table 1. Wilton PCT '057 Experimental Results.**
Adapted from Wilton PCT '057 Table 39

| SEQ ID NO. | AON | Ability to Induce Exon Skipping |
|---|---|---|
| 191 | H53A(+45+69) | Faint skipping at 50 nM |
| 192 | H53A(+39+62) | Faint skipping at 50 nM |
| 193 | H53A(+39+69) | Strong skipping to 50 nM |
| 194 | H53D(+14-07) | Very faint skipping to 50 nM |
| 195 | H53A(+23+47) | Very faint skipping to 50 nM |
| 196 | H53A(+150+176) | Very faint skipping to 50 nM |
| 197 | H53D(+20-05) | Not made yet |
| 198 | H53D(+09-18) | Faint at 600 nM |
| 199 | H53A(-12+10) | No Skipping |
| 200 | H53A(-07+18) | No Skipping |
| 201 | H53A(+07+26) | No Skipping |
| 202 | H53A(+124+145) | No Skipping |

7

23.     There is no disclosure in the specification of experimental details, or confirmation that experimental conditions such as AON concentrations, incubations times, and transfection agents were identical for the results reported in Table 39 of the specification.  Indeed, the specification describes three different delivery methods: cationic lipoplexes, mixtures of AONs, or cationic liposome preparations.  Wilton PCT '057 at 35:29-36:2.  Nor is there any disclosure of whether the results reported for the exon 53 AONs were reproducible, or how many replicates were done.  In sum, a POSA reading the specification would not know how skipping was assessed or analyzed, whether bands were quantified, experiments repeated, or statistical analyses conducted.  Given the scant information on experimental parameters that are known to affect the results observed, a POSA would view Wilton PCT '057 as describing results that were preliminary, not conclusive.

24.     Dr. Dowdy opines from these results that it "is readily apparent that some of the ASOs that were reported to induce exon 53 skipping are clustered between the 23rd to the 69th nucleotides of human exon 53" and that this demonstrates "for the first time a discrete region within exon 53 that is amenable for exon skipping (sometimes referred to as the 'hot spot')." Dowdy Rpt. ¶ 99. I disagree.  No POSA would have relied on the scant and clearly preliminary data of Wilton PCT '057 to conclude there is a "hot spot" from +23 to +69 of exon 53.  At most, Wilton PCT '057 showed that one AON, H53A(+39+69), had sufficient skipping activity to make it a reasonable choice for further investigation from among the AONs tested.

25.     Wilton PCT '057 characterizes the ability of each AON to induce exon skipping as "very faint," "faint," or "strong."[2]  A POSA would view these subjective and apparently

---

[2] Wilton PCT '057 provides a definition of an "efficient" antisense molecule, as "one that induces strong and sustained exon skipping at transfection concentrations in the order of 300 nM

arbitrary descriptions with skepticism.  There is no explanation as to the criteria used to assign these descriptions, or whether they were assigned after multiple experiments or just one.  It is also unclear whether "skipping to," or "skipping at" a particular concentration is an intentional distinction that describes different results or merely sloppy drafting.

26.    Figure 22 of the UWA Patents provides the only objective data concerning exon 53 skipping.  It is a gel showing the exon 53 skipping induced by H53A(+39+69), amongst other samples:



27.    As I explained in my Opening Report, Figure 22 provides little additional insight into what the inventors had discovered about exon 53 skipping AONs generally, or H53A(+39+69) specifically, as of the priority date.  There are also internal inconsistencies that cast doubt on the reliability of individual statements in the specification.  For example, the specification states that Figure 22 shows that H53A(+39+69)  "was able to induce exon 53 skipping at 5, 100, 300 and 600 nM."  Wilton PCT '057 at 62:6-7.  However, Table 39 of the specification reports that H53A(+39+69) induced "strong skipping to 50 nM."  *Id.* at 62 (emphasis added).  It is unclear

---

or less" but does not use that term to characterize any of the exon 53 AONs tested.  Wilton PCT '057 at 36:21-23.

whether this is an intentional description of different experimental results or a typographical error; the discrepancy cannot be resolved by reviewing Figure 22 because the lanes in the figure for "H53D(+39+69)" [sic] are not labeled with the concentrations tested.

28.    As I explained in my opening report, it is not possible to predict whether two or more AONs having overlapping bases will uniformly induce exon skipping (or induce exon skipping at all) merely as a result of the overlapping bases. Opening Report ¶¶ 135-136.  At the extreme, I am aware of examples where only a single nucleotide difference in sequence affects the exon skipping of an AON.  *See id.* ¶ 139.  Accordingly, I disagree with Dr. Dowdy's opinion that it is "readily apparent" that the exon 53-skipping AONs are "clustered" in the (+23+69) region.  A POSA would not have identified a "hot spot" in exon 53 based on the scant results from the four AONs the Wilton laboratory tested within that region—two of which reported as "faint skipping" and one "very faint."  In my opinion, the "faint" and "very faint" results refutes Dr. Dowdy's claim that Wilton PCT '057 identifies a "hot spot."

29.    I also disagree that a POSA would have viewed the results as describing a "cluster" of exon skipping AONs, much less a "readily apparent" cluster extending to +23.  H53A(+23+47) showed only "very faint skipping."  It overlaps with H53A(+39+69), the only AON to induce "strong skipping," by only 9 bases—less than half of the size of the H53A(+23+47) 25mer and less than one third the size of the H53A(+39+69) 31mer.  In view of the "very faint skipping" and small degree of overlap, the 5' end of H53A(+23+47) would not have been viewed as part of a "cluster" with the "strong" and "faint" skippers targeting the (+39,+69) region.  If anything, the "no skipping" result reported for H53A(+7+26) would indicate that the region between the +23 and +26 bases of exon 53 was ***not*** part of any "hot spot."

30.     Moreover, Dr. Dowdy's assertion that Wilton PCT '057 identifies a "hot spot" ignores that only a small portion of exon 53 is tested, and with only a small number of AONs. There are hundreds of millions of possible AONs within the putative +23 to +69 "hot spot," of varying length, backbone chemistry, and degree of complementarity, and Dr. Wilton tested only two AONs.  It is not scientifically plausible that a POSA would develop an expectation that other AONs targeting this region would cause (or would be more likely to cause) exon skipping.  *Cf.* Dowdy Rpt. ¶ 101.  The only conclusion that a POSA would have drawn regarding exon 53 skipping AONs based on the limited data and vague and subjective description of "skipping" in Wilton PCT '057 was that H53A(+39+69) had the most activity  of the AONs tested.  It is the only one that might possibly meet the definition of "efficient" ("induces strong and sustained exon skipping at transfection concentrations in the order of 300 nM or less") and thus be a potential starting point for further refinement as taught by the inventors.  Wilton PCT '057 at 36:19-24.  However, the data and information in the Wilton PCT '057 is so scant that even the positive result for H53A(+39+69) would have been viewed with skepticism by a POSA.

### 3.     Post-2006 Publications

31.     The number of research groups studying AONs for treating DMD did not significantly increase from 2005 to 2008 to 2012.  This is illustrated by the number of participants on the ENMC workshops on antisense oligonucleotides in DMD over the years.  In late 2004, twenty-six participants including parents, scientists, industry representatives, and clinicians participated in the 128th ENMC International Workshop.  Muntoni 2005 at 1.  The next ENMC workshop on this topic was held in late 2007, and thirty-one participants attended, including myself.  Muntoni et al.,  Neuromuscular Disorders 18:268-275 (2008)  ("Muntoni

11

2008"). The next ENMC workshop in this field was held in late 2012, and twenty-seven participants attended. Aartsma-Rus and Muntoni, Neuromuscular Disorders 23:934-944 (2013).

32.     In my opinion, publications post-dating Wilton PCT '057 demonstrate that there was no recognition in the art that the Wilton laboratory had identified a discrete region within exon 53 that is amenable for exon skipping that spanned the 23rd to 69th bases of exon 53. *Cf.* Dowdy Rpt. ¶ 99. This includes publications from the Wilton laboratory itself, indicating they had not recognized the existence of such a region either, as well as Royal Holloway College and Sarepta. The publications discussed below thus represent a significant fraction of the half-dozen or so academic research groups and biotechnology companies conducting AON research for DMD in the 2006 to 2011 timeframe.

### a.     Harding: January 2007

33.     In January 2007, the Wilton laboratory published a paper reporting the results of testing AONs that were identified in Wilton PCT '057.[3] Harding et al., Mol. Ther. 15(1):157-66 (2007) ("Harding 2007"). The results reported in Harding 2007 are shown in Table 2 below. The "skipping efficiency" is reported as "-," "+/-," "+," or "++". *Id.* This reporting nomenclature is not defined. Therefore, a POSA would not have been able to draw conclusions about the absolute skipping efficiency of any individual AON, and would have found it difficult to draw any conclusions on the relative skipping efficiency of the AONs that exhibited some degree of activity.

**Table 2.** Summary of the results reported in Harding 2007.

---

[3] Harding 2007 does not provide results for H53A(+150+176), identified in Wilton PCT '057 as SEQ ID NO: 196; rather, it reports the results of testing H53A(+151+175). Harding 2007 at Table 2.

12

| AON | Skipping efficiency |
|---|---|
| H53A(-07+18) | - |
| H53A(-12+10) | - |
| H53A(+23+47) | +/- |
| H53A(+39+62) | +/- |
| H53A(+39+69) | ++ |
| H53A(+45+69) | + |
| H53A(+124+145) | - |
| H53A(+151+175) | +/- |
| H53D(+09-18) | +/- |
| H53D(+14-07) | +/- |

34.     It is also difficult to reconcile the results reported in Harding 2007 with the results reported in Wilton PCT '057. For example, Wilton PCT '057 reports that H53A(+39+62) (SEQ ID NO: 192) and H53A(+45+69) (SEQ ID NO: 193) each induced "faint skipping at 50 nM." *See* Table 1, *supra*. However, Harding 2007 reports these two AONs, having exactly the same sequence and same 2'-O-methyl backbone chemistry as in Wilton PCT '057, induced different levels of skipping: "+/-" and "+," respectively. *See* Table 2, *supra*. Further, the data provided in Harding 2007 shows these two AONs induce very weak skipping at 600 nM, without even a trace of "faint skipping" to be seen at 50 nM. Harding 2007, at 164 and Fig. 4b and 4c. The data in Harding 2007 for H53A(+39+69) is roughly consistent with the results reported in Table 39 of Wilton PCT '057 ("strong skipping at 50 nM"). However, it is difficult to compare the gels shown in Harding Fig. 4d and Wilton PCT '057 Fig. 22 because the lanes are not labeled in the latter.

13

35.     Due to the lack of information in Wilton PCT '057, it is unclear whether Harding 2007 describes results from the same experiments or uses the same parameters as Wilton PCT '057, or describes results of additional experiments using different parameters.  Regardless, these near-contemporaneous yet inconsistent results from the same laboratory concerning some of the same exon 53 AONs cast doubt on the disclosures in Wilton PCT '057.   However, the conclusion that H53A(+39+69) had the most activity of the AONs tested was consistent between the two publications.  Harding 2007 even expressly states that the amenable site to redirect dystrophin splicing within exon 53 was +39+69.  *Id.* at 164.

36.     In my opinion, Harding 2007 shows only that there is a single AON in exon 53 that appears to have some good activity.  There is insufficient data to conclude that this region is a "hot spot" because shorter AONs between +39 +69 had only very weak activity.  Certainly there is no indication in either Wilton PCT '057 or Harding 2007 that AONs binding upstream of +39 would have good skipping activity."

37.     Harding 2007 shows that the Wilton laboratory focused on the surrounding region encompassed by their strongest skipper—H53A(+39+69)—to assess the effect of length.  *Id.* at 158, Figure 4. Their results indicated that the 31 base AON spanning the +39 to +69 region was far more active than shorter AONs within the that region.  *Id.*  From this a POSA would have understood that AON length may be an important determining factor for exon 53 in particular, although there is insufficient data in Harding 2007 to conclude that length was more important than target sequence or vice versa.

### b.      Wilton: July 2007

38.     In July 2007 (seven months after publishing Harding 2007), the Wilton laboratory published another paper reporting the results of testing some AONs that were identified in

14

Wilton PCT '057. Wilton et al., Mol. Ther. 15(7):1288-1296 (2007) ("Wilton 2007").  The only AON for exon 53 discussed was H53A(+39+69).  Wilton 2007, Table 1 and Fig. 2(a).  This indicates that the Wilton laboratory continued to focus on the H53A(+39+69) AON, not the other AONs tested in Wilton PCT '057.

### c.  Popplewell (Royal Holloway University): January 2009

39.  In January 2009, George Dickson's group at Royal Holloway University of London a published a paper reporting the design of phosphorodiamidate morpholino oligomers ("PMOs") to induce exon skipping in the DMD gene. Popplewell et al., Mol. Ther. 17(3):554-61 (2009) ("Popplewell 2009"). A set of 66 PMOs was designed to target exons 44-46, 51 and 53. *Id.* at 554.  To design the AONs, three algorithms were used to identify exonic splicing enhancers (ESEs) and exonic splicing suppressors or silencers, and a hybridization array analysis was performed. *Id.* at 554-55, Figure 1.  "The coincidence of ESEs as predicted by two or more algorithms and hybridization peaks determined experimentally, was used to design arrays of 25mer and, subsequently 30mer PMOs." *Id.* For exon 53, 17 25mer PMOs and 6 30mer PMOs were designed. *Id.* at Figure 1f.

40.  The exon-skipping activity of the exon 53 PMOs was determined by transfecting normal human skeletal muscle cells ("hSkMCs") with each PMO "hybridized to phosphorothioate-capped oligodeoxynucleotide leashes" at concentrations from 50 to 500 nM for 4 hours. *Id.* at 560.  RNA was extracted 24 hours after transfection and the percentage of exon skipping was determined using RT-PCR, which is a semi-quantitative analysis.  *Id.* The PMOs' annealing coordinates and % skipping at the reported "optimal concentration" are shown below in Table 3.

**Table 3.** Exon skipping results reported in Popplewell 2009

15

| PMO | Annealing Coordinates | % Skipping (nM) | | PMO | Annealing Coordinates | % Skipping (nM) |
|---|---|---|---|---|---|---|
| h53A1 | H53A(+35+59) | 12.7% (100) | | h53D1 | H53A(+149+173) | 0% (500) |
| h53A2 | H53A(+38+62) | 9.7% (100) | | h53D2 | H53A(+158+183) | 0.1% (500) |
| h53A3 | H53A(+41+65) | 2% (500) | | h53D3 | H53A(+170+194) | 3.7% (500) |
| h53A4 | H53A(+44+68) | 10.5% (500) | | h53D4 | H53A(+182+206) | 12.3% (500) |
| h53A5 | H53A(+47+71) | 9% (250) | | h53D5 | H53A(+188+212) | 7.9% (500) |
| h53A6 | H53A(+50+74) | 0.3% (500) | | h53A30/1 | H53A(+30+59) | 52.4% (100) |
| h53B1 | H53A(+69+93) | 0% (500) | | h53A30/2 | H53A(+33+62) | 87.2% (100) |
| h53B2 | H53A(+80+104) | 0.6% (500) | | h53A30/3 | H53A(+34+65) | 80.1% (250) |
| h53B3 | H53A(+90+114) | 3% (500) | | h53A30/4 | H53A(+39+68) | 38.6% (100) |
| h53C1 | H53A(+109+133) | 0% (500) | | h53A30/5 | H53A(+42+72) | 9.4% (100) |
| h53C2 | H53A(+116+140) | 0% (500) | | h53A30/6 | H53A(+45+74) | 35.9% (500) |
| h53C3 | H53A(+128+152) | 0% (500) | | | | |

*Id.* at Table S1.

41.     These results further demonstrate the unpredictability of designing AONs to induce exon 53 skipping.  First, despite the publication of Wilton PCT '057, the Dickson research group undertook the effort and expense of synthesizing and testing AONs covering a significant portion of exon 53 – starting at +30 and continuing through +212.  The AONs selected by the Dickson group show that they did not consider the +23 to +69 region of exon 53 to be of particular interest, much less a "hot spot."  Further, the AON selection shows that researchers in the field did not view the Wilton laboratory's previously published results as

16

identifying the boundaries of a "hot spot" on either end.  Typically, when refining AON design, researchers would create AONs that extended slightly beyond a previously-identified active region.  In this case, the Dickson group's design of AONs starting at +30 indicates that they considered the amenable region to start around +30 or a few bases further into exon 53.  And, the design and testing of numerous AONs extending beyond +69 of exon 53 indicates they did not view this base as the end of the "hot spot."

42.    Popplewell's results also confirmed Wilton 2007's observation that longer AONs worked better for exon 53.  The 30mer AONs targeted a region of exon 53 spanning +29 to +73. *Id.*  These AONs induced skipping between 9.4% to 87.2%.  *Id.*  For each of h53A1-h53A6, a corresponding 30mer that has an additional 5 bases on the 5' end was tested. When compared to the 25mer AONs with overlapping sequences, the 30mers showed improved exon skipping. *See id.*  However, it cannot be discerned whether that improvement is due to the length of the AON or the choice of annealing site.  No other 30mer AONs targeting other regions of exon 53 were tested.

43.    Popplewell's results also confirm that even AONs that bind to overlapping annealing sites may have significant variability in the amount of skipping induced.  For example, H53A(+47+71) induced 9% exon skipping at 250 nM. *Id.* Shifting the AON three bases 3' to H53A(+50+74) essentially abolished all exon skipping, even though both AONs were the same length.  *Id.*  Similarly, H53A(+42+72) induced 9.4% exon skipping at 100 nM, however shifting the annealing site three bases upstream dramatically improved skipping at that concentration, while shifting the annealing site three bases downstream also improved skipping, although to a lesser degree.  *Id.*   These effects were observed even though all three AONs were 30mers.  *Id.*

**Table 4.** Summary of results reported in Popplewell 2009.

| PMO | Annealing Coordinates | % Skipping | | PMO | Annealing Coordinates | % Skipping |
|---|---|---|---|---|---|---|
| h53A1 | H53A(+35+59) | 12.7% | | h53A30/1 | H53A(+30+59) | 52.4% |
| h53A2 | H53A(+38+62) | 9.7% | | h53A30/2 | H53A(+33+62) | 87.2% |
| h53A3 | H53A(+41+65) | 2% | | h53A30/3 | H53A(+34+65) | 80.1% |
| h53A4 | H53A(+44+68) | 10.5% | | h53A30/4 | H53A(+39+68) | 38.6% |
| h53A5 | H53A(+47+71) | 9% | | h53A30/5 | H53A(+42+72) | 9.4% |
| h53A6 | H53A(+50+74) | 0.3% | | h53A30/6 | H53A(+45+74) | 35.9% |

### d.    Popplewell (Royal Holloway): January 2010

44.    In January 2010, the Dickson group published another paper reporting the testing of AONs for skipping exon 53. Popplewell et al., Neuromuscular Disorders. 20(2):102-110 (2010) ("Popplewell 2010").  Popplewell 2010 includes co-authors outside of the Dickson group, including Steve Wilton and Annemieke Aartsma-Rus.  However, the AON design and testing was done by the Dickson group researchers. The 24 PMOs described in Popplewell 2010 were tested in primary human myoblasts from a DMD patient because the hSkMCs used in Popplewell 2009 do not "allow assessment of the therapeutic effect at the protein level (*i.e.* dystrophin restoration") because they are wild-type cells from healthy subjects carrying no mutation.  *Id.* at 104. The primary human myoblasts were derived from skeletal muscle biopsy samples from a DMD patient with a deletion of exons 45-52.  *Id.* at 103.  The "most bioactive" AON identified by Wilton—H53A(+39+69)—was also synthesized as a PMO and tested as a comparator.  *Id.* at 107.  Popplewell 2010 used a different naming nomenclature for AONs than Popplewell 2009. Table 5 below provides a list of the PMOs tested in Popplewell 2010 and the corresponding PMO in Popplewell 2009.

**Table 5.** Summary of results reported in Popplewell 2010.

| Popplewell 2010 PMO name | Popplewell 2009 name | Annealing Coordinates | Popplewell 2010 PMO name | Popplewell 2009 name | Annealing Coordinates |
|---|---|---|---|---|---|
| PMO-A | h53A1 | H53A(+35+59) | PMO-T | h53D1 | H53A(+149+173) |
| PMO-B | h53A2 | H53A(+38+62) | PMO-U | h53D2 | H53A(+158+183) |
| PMO-C | h53A3 | H53A(+41+65) | PMO-V | h53D3 | H53A(+170+194) |
| PMO-D | h53A4 | H53A(+44+68) | PMO-W | h53D4 | H53A(+182+206) |
| PMO-E | h53A5 | H53A(+47+71) | PMO-X | h53D5 | H53A(+188+212) |
| PMO-F | h53A6 | H53A(+50+74) | PMO-G | h53A30/1 | H53A(+30+59) |
| PMO-N | h53B1 | H53A(+69+93) | PMO-H | h53A30/2 | H53A(+33+62) |
| PMO-O | h53B2 | H53A(+80+104) | PMO-I | h53A30/3 | H53A(+34+65) |
| PMO-P | h53B3 | H53A(+90+114) | PMO-J | h53A30/4 | H53A(+39+68) |
| PMO-Q | h53C1 | H53A(+109+133) | PMO-K | h53A30/5 | H53A(+42+72) |
| PMO-R | h53C2 | H53A(+116+140) | PMO-L | h53A30/6 | H53A(+45+74) |
| PMO-S | h53C3 | H53A(+128+152) | PMO-M | N/A | H53A(+39+69) |

*Id.* at Table 1.

45. Popplewell 2010 states that +29 to +74 of exon 53 was "the region previously shown to be in open conformation, binding to which interferes with spliceosome-mediated pre-mRNA splicing, such that exon 53 is skipped," citing to Popplewell 2009 and Wilton 2007 for this premise. *Id.* at 104. As a preliminary matter, I am unaware that such an "open conformation" region was "shown," *i.e.,* assessed, measured or defined by the Dickson group or Wilton group. It was a hypothesis that was never proven. Further, the basis for this statement is not found in either Popplewell 2009 or Wilton 2007. Popplewell 2009 suggests areas of "open conformation" based on a hybridization array and MFOLD analysis, but not the +29 to +74 region.[4] Popplewell 2009 at Fig. 1(d) and Fig. 2. Wilton 2007 neither discusses any "open

[4] The MFold program has weaknesses that are and were well known at the time, namely, the RNA structure predicted is not guaranteed to be the native structure, MFold ignores complex RNA structures such as pseudoknots, and finally and most importantly, pre-RNA molecules do not exist in isolation, and nor do they exist as short RNAs that are the subject of MFold analysis.

conformations" nor the +29 to +74 region of exon 53.  Indeed, Wilton 2007 states "[n]o single motif emerged as a reliable AO target to bring about consistent exon removal."  Wilton 2007 at 1293.  As discussed above, the only exon 53 AON discussed in Wilton 2007 is H53A(+39+69). Popplewell 2009 concludes "our findings show that no single design tool is likely to be sufficient in isolation to allow the design of a bioactive AO, and empirical analysis is still required." Popplewell 2009 at 559.

46.     Popplewell 2010 directly compared "13 PMOs, whose target sites are within the sequence +29 to +74 of exon 53… at a 300 nM dose by nucleofection" in primary human patient myoblasts, culturing the cells for 3-21 days before RNA or protein was extracted to determine whether the PMO induced skipping of exon 53.[5]  *Id.* at 103.  Because nucleofection was used, leashes were not necessary to facilitate delivery. *Id.*  I note that there are differences between the assays described in Popplewell 2010 and Popplewell 2009 and Wilton PCT '057 that make it difficult to draw a general conclusion from these three studies, including AON backbone, AON length, cells used, incubation conditions, and transfection methods.

47.     The results are shown in Table 6 below.[6]

**Table 6.** Summary of results reported in Popplewell 2010.

| PMO | Annealing Coordinates | % Skipping | PMO | Annealing Coordinates | % Skipping |
|---|---|---|---|---|---|
| PMO-A | H53A(+35+59) | 68% | PMO-G | H53A(+30+59) | 73% |
| PMO-B | H53A(+38+62) | 56% | PMO-H | H53A(+33+62) | 68% |
| PMO-C | H53A(+41+65) | 15%-26% | PMO-I | H53A(+34+65) | 63% |
| PMO-D | H53A(+44+68) | 15%-26% | PMO-J | H53A(+39+68) | 37% |
| PMO-E | H53A(+47+71) | 15%-26% | PMO-K | H53A(+42+72) | 15%-26% |
| PMO-F | H53A(+50+74) | 15%-26% | PMO-L | H53A(+45+74) | 15%-26% |
|  |  |  | PMO-M | H53A(+39+69) | 52% |

---

[5] However, Popplewell 2010 does not report results for an AON that includes +29.

[6] The exact percentage of skipping for PMO-C, -D, -E, -F, -K, and -L were not reported; rather only that these were the least effective of the 13 tested and produced skipping "between 15% and 26%." Popplewell 2010 at 104.

20

48.     PMOs -A, -B, -G, -H, -I, and -M were selected for dose-response and time course experiments because they were the most effective. *Id.* PMO-G "gave sustained high levels of exon skipping (over 60%) for the 21 days" but PMO-A and PMO-H "also appear to perform very well." *Id.* PMOs -A, -G, -H, -I, and -M were then transfected into humanized mice, RNA was extracted from muscles and analyzed for exon 53 skipping. *Id.* at 107. The results are shown in Table 7 below.

**Table 7.** Summary of results reported in Popplewell 2010.

| PMO | Annealing Coordinates | % Skipping |
|---|---|---|
| PMO-A | H53A(+35+59) | 8% |
| PMO-G | H53A(+30+59) | 7.2% |
| PMO-H | H53A(+33+62) | 4.8% |
| PMO-I | H53A(+34+65) | 7.6% |
| PMO-M | H53A(+39+69) | <1% (limit of detection) |

49.     I note that PMO-M, which is reported as having essentially undetectable skipping, has the same annealing site coordinates, (+39+69), as the AON that Wilton PCT '057 reported as being a strong skipper in 2'-O-methyl form. Again, due to the lack of information in Wilton PCT '057 regarding experimental conditions, it is not possible to discern whether this dramatic difference in skipping activity is due to variations in experimental parameters or backbone chemistry. *See* Dowdy Rpt. ¶ 645 (opining that "a POSA could not draw meaningful conclusions as to the relative skipping efficiencies of ASOs… versus target regions reported in the prior art" due to differences including chemical backbones, transfection conditions, and ASO concentrations."). Regardless, Popplewell 2010's results with PMO-M contradict Dr. Dowdy's claim that a "hot spot" within exon 53 exists, much less between the +27 and +69 bases of exon 53.

21

50.     Popplewell recommends PMOs targeting the +30 to +65 region of exon 53 for consideration for clinical development.  Popplewell 2010 at 109.  The authors note that "although there are tools available to aid the design of AOs for the targeted skipping of DMD exons, the empirical analysis of AOs is still required." *Id.* at 108. They stated that the data presented indicates that "PMOs targeting within the sequence of +30+65 of exon 53 (namely PMO-A, -G, and -H) produce levels of exon skipping that may be considered effective" but the "possibility that a stepped base-by-base screening of AOs across the entirety of exon 53 and some indeterminate distance into the flanking intronic sequences might reveal an AO with a better dose-response and longevity of action profile." *Id.*  Thus, Popplewell 2010 authors, including Dr. Wilton, recognized that a base-by-base screen of the ***entire*** exon could identify AONs that might be more effective than the existing AONs in the +30 to +65 region.  Thus, a POSA would understand that Popplewell 2010 was not describing +30 to +65 as a "hot spot."

### 4.     Sazani and Kole (Sarepta Therapeutics): April 2010

51.     PCT Patent Publication No. WO2010/048586 by Peter Sazani and Ryszard Kole of AVI BioPharma (which later changed its name to Sarepta Therapeutics) ("Sazani '586") published on April 29, 2010.  This publication disclosed peptide conjugated-PMOs ("PPMOs") targeting exons 44-55 of the dystrophin gene. Sazani '586 at 69:24-25; 79-103. A series of 24 overlapping PPMOs targeting exon 53 were designed and tested for skipping efficacy in human rhabdomyosarcoma ("RD") cells as shown in Table 8 below. *Id.* at 79-103.  An additional forty-four AONs targeting exon 53 are also disclosed—twenty 30mers (SEQ ID Nos: 417, 419, 421, 432, 425, 427, 430, 432, 435, 437, 441, 442, and 626-633) and twenty-four 20mers (SEQ ID Nos: 452-451). *Id.* at 79-103.

**Table 8.** PPMOs made and tested in Sazani '586

| SEQ ID NO. | PPMO Name | Annealing Coordinates |
|---|---|---|
| 416 | Hu.DMD.Exon53.25.001 | H53A(-26-1) |
| 418 | Hu.DMD.Exon53.25.002.2 | H53A(-20+5) |
| 420 | Hu.DMD.Exon53.25.003.02 | H53A(-15+10) |
| 422 | Hu.DMD.Exon53.25.004.02 | H53A(-10+15) |
| 424 | Hu.DMD.Exon53.25.005.02 | H53A(-5+20) |
| 426 | Hu.DMD.Exon53.25.006.02 | H53A(+1+25) |
| 428 | Hu.DMD.Exon53.25.008 | H53A(+8+32) |
| 429 | Hu.DMD.Exon53.25.008.02 | H53A(+23+47) |
| 431 | Hu.DMD.Exon53.25.009.02 | H53A(+38+62) |
| 433 | Hu.DMD.Exon53.25.010.02 | H53A(+53+77) |
| 434 | Hu.DMD.Exon53.25.011 | H53A(+68+92) |
| 436 | Hu.DMD.Exon53.25.012.02 | H53A(+83+107) |
| 438 | Hu.DMD.Exon53.25.013.02 | H53A(+98+122) |
| 439 | Hu.DMD.Exon53.25.014 | H53A(+128+152) |
| 440 | Hu.DMD.Exon53.25.014.02 | H53A(+113+137) |
| 443 | Hu.DMD.Exon53.25.016.02 | H53A(+143+167) |
| 444 | Hu.DMD.Exon53.25.017 | H53A(+188+212) |
| 445 | Hu.DMD.Exon53.25.017.02 | H53A(+158+182) |
| 446 | Hu.DMD.Exon53.25.018 | H53D(+20-5) |
| 447 | Hu.DMD.Exon53.25.018.02 | H53A(+173+197) |
| 448 | Hu.DMD.Exon53.25.019 | H53D(+15-10) |
| 449 | Hu.DMD.Exon53.25.020 | H53D(+10-15) |
| 450 | Hu.DMD.Exon53.25.021 | H53D(+20-5) |
| 451 | Hu.DMD.Exon53.25.022 | H53D(-1-25) |

52.    For a graphical illustration of the exon 53 oligos from Sazani '586, I reproduce

Figure 4A, below:

23



53.    In my opinion, it is noteworthy that the Sarepta researchers undertook the cost and expense of synthesizing and testing AONs that spanned the entirety of the 212 base human exon 53, plus 25 bases upstream and downstream of the exon, for skipping activity.  In my opinion, this shows that there was no recognized "hot spot" within exon 53 at that time.  *Cf.* Dowdy Rpt. ¶¶ 99, 104.  Indeed, it appears that the Sarepta researchers either did not rely on Wilton PCT '057 at all to design AONs for the initial screen or were more focused outside of the +39+69 region that the Wilton laboratory had identified as an amenable region in Harding 2007.

54.    In Sazani '586, human RD cells were treated with each of the 24 PPMOs and after 48 hours RNA was extracted and examined for exon skipping using RT-PCR. *Id.* at 69-73. Although Sazani '586 reports that the PPMOs were evaluated at "various concentrations as described above," the actual concentrations tested for each PPMO are not disclosed.[7]  After testing all twenty-four PPMOs, three of them, H53A(+8+32), H53A(+23+47), and

---

[7] The materials and methods section merely states that the "PPMOs were diluted in warmed media to the desired molarity; cells were treated in a total of 1.0mL PPMO per well." Sazani '586 at 69:28-70:1.

H53A(+38+62), "were identified as effective in inducing exon-skipping and selected for additional evaluation" *Id.* at 75:30-76:1.  Sazani '586 conducted a dose-ranging study on the selected exon 53 PPMOs, testing at 1.0, 2.0, 3.0. 5.0 and 10.0 uM.  Fig. 4C-4G.  After further testing of H53A(+8+32), H53A(+23+47), and H53A(+38+62), H53A(+23+47) was shown to be the most effective. *Id.* at 76:2-4.

55.     Dr. Dowdy concludes that these results "independently confirmed the hot spot identified by Dr. Wilton and his coinventors [in Wilton PCT '057], including in particular the region targeted by H53A(+23+47)." Dowdy Rpt. ¶ 104.  I disagree.  Dr. Dowdy's conclusions overstate the disclosures of Sazani '586.  Importantly, the results of the preliminary screen Sazani relied on to select the three AONs for additional evaluation are not disclosed in the specification, and thus cannot be evaluated.  Dr. Dowdy appears to assume that the remaining twenty-one AOs were not "effective."  This assumption is clearly unsupported, substantively or logically, and complicated by the fact that Sazani '586 does not define "effective."

56.     For example, if what the Wilton PCT '057 discloses as "very faint skipping" was not considered to be "effective" in the Sazani '586 screen, there would be no report of such results in Sazani '586.  Accordingly, no conclusions can be made as to whether any particular region is a "hot spot" from this data.

57.     Sazani '586 compares PPMO H53A(+23+47) to PPMO H53A(+39+69), the most active AON sequence identified by Wilton PCT '057 and Harding 2007 (as 2'-O-methyl).  I note that this PPMO version of H53A(+39+69) should have ensured very highly effective delivery into the RD cells.  In Sazani '586, H53A(+23+47) "was shown to be superior to" H53A(+39+69).  Sazani '586 at 76:15-16 and Fig. 4H.  Indeed, in Figure 4H, H53A(+39+69) shows no discernible skipping activity whatsoever in RD cells. *Id.*  This is directly contradictory

25

to the results reported in Wilton PCT '057 where the 2'-O-methyl version of H53A(+23+47) was reported to induce "very faint skipping to 50 nM" while H53A(+39+69) was reported to induce "strong skipping to 50 nM." Wilton PCT '057 at Table 39; *see also* Harding 2007 at Fig. 4; Wilton 2007 at Fig. 2. Thus, rather than "further confirming" the existence of a "hot spot" as Dr. Dowdy opines, Sazani '586 in fact supports the opposite conclusion. *Cf.* Dowdy Rpt. ¶¶ 103-104.

58.     This discrepancy highlights the variability of exon skipping assays across different laboratories, and different experiments, as well as possibly the effects of different AON chemistries. These results, which truly are contradictory, exemplify why it was essential for those working in the field to independently confirm results rather than relying solely on published data from other laboratories. The experimental conditions for testing AONs typically yielded variable results, which made identifying an AON that was likely to perform well in human subjects a very challenging undertaking.

59.     I note that Dr. Dowdy's analysis of the disclosures of Wilton PCT '057 is inconsistent with his analysis of the results reported in Sazani '586. According to Dr. Dowdy, Wilton PCT '057 defines a "hot spot" based on the far end points of overlapping AONs that had any degree of skipping activity, even faint. Dowdy Rpt. ¶ 99. Yet, even though Sazani '586 discloses that H53A(+8+32) is "effective," Dr. Dowdy does not extend the "hot spot" to include the end point (+8) of this AON – even though it overlaps with the other two AONs described as "effective." Instead, Dr. Dowdy concludes that the inventors of Sazani '586 "further confirmed the exon 53 hot spot." Dowdy Rpt. ¶ 103. If Dr. Dowdy were applying consistent criteria, he would have concluded that Sazani '586 expanded the hot spot to +8.

26

### 5.    Wilton PCT '350: May 2011

60.    PCT Patent Publication No. WO2011/057350 by Wilton et al., ("Wilton PCT '350") published on May 19, 2011.  This publication "relates to novel antisense compounds and compositions suitable for facilitating exon skipping." Wilton PCT '350 at 1:4-5. The inventors state that, even in 2010, when this application was filed, that "[a]ttempts ... to develop a rational approach in antisense molecules design were not completely successful as there did not appear to be a consistent trend that could be applied to all exons. As such, the identification of the most effective and therefore most therapeutic antisense compounds has been the result of empirical studies." *Id.* at 33:12-16.  2'-O-methyl AONs were designed to target "known or predicted motifs or regions involved in splicing." *Id.* at 33:23-26.  The 2'-O-methyl AONs were synthesized and transfected into normal primary myoblasts. *Id.* at 34:5-10. After 24 hours, RNA was extracted and analysis of exon skipping was conducted using RT-PCR. *Id.* at 34:11-14

61.    Twenty-five 2'-O-methyl AONs targeting exon 53 were designed and synthesized. *Id.* at Table 43.  These AONs span approximately the first half of exon 53 from H53A(-49-26) (an AON targeting intronic sequences near the exon 53 splice acceptor site) to H53A(+69+98). *Id.* Thus, like Sazani '586, the Wilton laboratory spent time and resources synthesizing and testing AONs targeting portions of exon 53 for exon-skipping activity that were both outside of and within the "hot spot" Dr. Dowdy asserts they identified in 2005.  Notably, none of the AONs disclosed in Wilton PCT '350 targeted coordinates upstream of +27 in exon 53; none covered the 5' end of the alleged "hot spot" at +23.   In my opinion, this shows the Wilton laboratory did not regard the region of +23 to +27 to be part of a "hot spot" or even worth further testing.

27

62.    Like in Wilton PCT '057, the results are reported as "skipping to" or "skipping

at" a certain concentration. *Id.* at Table 43. The results are reproduced in Table 9 below.

**Table 9.** Summary of results reported in Wilton PCT '350.

| AON | Ability to Induce Skipping |
|---|---|
| H53A(-15+15) | No skipping |
| H53A(-32-06) | No skipping |
| H53A(-38-13) | No skipping |
| H53A(-49-26) | No skipping |
| Hint52(-47-23) | No skipping |
| H53A(+27+56) | Strong skipping to 25 nM, faint at 5 nM |
| H53A(+27+59) | Strong skipping to 10 nM, faint at 5 nM |
| H53A(+30+59) | Not reported |
| H53A(+30+64) | Strong skipping to 25 nM, faint at 10 nM |
| H53A(+30+69) | Strong skipping to 25 nM, faint at 5 nM |
| H53A(+33+63) | Strong skipping to 25 nM, faint at 5 nM |
| H53A(+33+65) | Strong skipping to 25 nM, faint at 2.5 nM |
| H53A(+33+67) | Strong skipping to 50 nM, faint at 5 nM |
| H53A(+35+67) | Strong skipping to 25 nM |
| H53A(+36+70) | Reasonable skipping to 5 nM |
| H53A(+37+67) | Strong skipping to 25 nM |
| H53A(+39+65) | Skipping 50 nM |
| H53A(+39+67) | Skipping 100 nM |
| H53A(+39+69)SNP | Skipping to 25 nM |
| H53A(+39+71) | Strong skipping to 25 nM |
| H53A(+40+70) | Skipping 50 nM |
| H53A(+41+69) | Skipping 50 nM |
| H53A(+42+71) | Strong skipping to 100 nM, faint at 5 nM |
| H53A(+43+69) | Skipping 50 nM |
| H53A(+69+98) | Skipping at 50 nM |

63.    There is no definition of what was considered to be "skipping," "strong skipping"

or "faint" skipping. The only objective exon 53 skipping data provided is in Figure 43, for

H53A(+33+65).

28

6.    **Watanabe et al.: August 2011**

64.    Watanabe et al. filed PCT/JP2011/070318 on August 31, 2011 ("Watanabe PCT '318"). I understand the patents asserted by NS each claim priority to Watanabe PCT '318, and share a common specification. For convenience, I will cite to the specification of U.S. 10,647,741 ("the '741 patent"). I understand the inventors later published an article describing the work underlying Watanabe PCT '318. Watanabe et al., Mol Ther Nucleic Acids, 13:442-449 (2018) ("Watanabe 2018"). As Dr. Dowdy acknowledges, the inventors of Watanabe PCT '318 made and tested a series of overlapping 25 base AONs targeting the *entirety* of exon 53. '741 patent, Table 7 and Figs. 13-17; Watanabe 2018, at 443; Dowdy Rpt. ¶¶ 459-460. That the Watanabe PCT '318 inventors undertook the effort and cost of evaluating the entirety of exon 53 supports my opinion that the information known in the art at the time, including that disclosed in Wilton PCT '057, was insufficient to identify or define a "hot spot" within exon 53.

B.    **Designing An AON That Would Induce Exon Skipping Was Unpredictable As of August 2011.**

1.    **There Were No Recognized "Hot Spots" as of August 2011.**

65.    Dr. Dowdy concludes that "by August 31, 2011, the hot spot within exon 53 had been identified and repeatedly verified." Dowdy Rpt. ¶ 110. I disagree—as described above, the conclusions that Dr. Dowdy drew from these publications were a misreading of the data as a whole. These laboratories use a variety of AON chemistries (e.g., 2'-O-methyl, PMOs, PPMOs, and ENAs) and divergent (or undisclosed) experimental parameters. Even the concept of a "hot spot" ignores the impact of length on an AON's ability to induce exon skipping, which is an important factor linked to the fundamental biophysical properties of the AON and its binding affinity, *e.g.,* how strongly it is likely to bind to the target sequence. Further, overarching

29

conclusions cannot be drawn from comparing these studies or in the field at all—as is well-known amongst those with more extensive experience with exon skipping studies, as illustrated by the articles discussed above.

66.    Dr. Dowdy provides a summary of the AONs published as of August 31, 2011 in support of his conclusion.  Dowdy Rpt. Fig. 18. In my opinion, Dr. Dowdy's Figure 18 is a classic example of confirmation bias.  First, Dr. Dowdy selectively included only those AONs that overlap with the exon 53 region he believes was the "hot spot."

67.    Second, Dr. Dowdy omits or ignores the information in the very same publications (and others) that show researchers designing and testing AONs outside of his putative "hot spot."  For example, the Royal Holloway group reported on AONs both upstream and downstream of the "hot spot" (h53B1, h53B2, h53B3, h53C1, h53C2, h53C3, h53D1, h53D2, h53D3, h53D4, h53D5), as did Sarepta (SEQ ID Nos: 416, 418, 420, 422, 424, 426, 436, 436, 439, 440, 443, 444, 445, 446, 447, 448, 449, 450, 451 in Sazani '586), as did Wilton (H53A(-15+15), H53A(-32-06), H53A(-38-13). H53A(-49-26), Hint52(-47-23), H53A(+69+98) in Wilton PCT '350).  Indeed, the majority of the AONs in each of the publications discussed above were outside of Dr. Dowdy's alleged "hot spot."  If Wilton PCT '057 had identified a "hot spot" recognizable by other researchers, there would have been no need for NS, Popplewell or Sazani to screen the entirety of exon 53 in 2010, or for Wilton to make and test AONs outside of the "hot spot" in 2011.

68.    Third, Figure 18 lacks nuance and important information.  Dr. Dowdy failed to note the AONs that induce *little or no* exon skipping overlapping with his putative "hot spot." For example, the 2'-O-methyl versions of H53A(+23+47), H53A(+45+69) and H53A(+39+62) in Wilton PCT '057,  h53A3 (+41+65), h53A5 (+47+71), h53A6 (+50+74), h53A30/5 (+42+72)

30

in Popplewell 2009, and the PPMO version of H53A(+39+69) in Sazani '586, all were reported to induce little or no skipping.  Yet in Figure 18, Dr. Dowdy fails to distinguish between these AONs that had barely any detectable exon skipping (or yielded inconsistent results) and AONs that were reported to have greater activity.  In my opinion, a POSA would take this additional information into account in designing AONs for exon 53 skipping or drawing any conclusions about the existence of a "hot spot."

69.     In order to determine whether there are one or more "hot spot(s)" within exon 53 that, if targeted with an AON, would induce exon skipping, a full micro-walk of the exon would be necessary.  Such a "micro-walk" would require an AON of a single length be moved base-by-base along exon 53. It would be important to understand which AONs induce exon skipping, but also to understand which AONs do not induce exon skipping.  Moreover, it would be necessary to repeat this micro-walk for several AON lengths to account for the impact the length has on the ability of an AON to induce skipping.  These studies had not been completed by August 2011, and to my knowledge have still not been published.  Even if such micro-walk studies were completed, there may not be a discrete "hot spot" within exon 53 because as I note in my Opening Report, moving an AON by even a single base in the 5'- or 3'-direction can change its ability to induce exon skipping, sometimes very significantly.

## 2.    Sequence Does Not Predict Exon-Skipping Activity

70.     Dr. Dowdy opines that "a POSA would have reasonably expected "that ASOs complementary to the region of H53A(+30+65) "would successfully cause exon skipping." Dowdy Rpt. ¶ 418.  I disagree.  As I describe in my Opening Report, even today, one cannot predict *a priori* whether a given AON will induce exon skipping. Opening Report §§ IV.F-H; V.B-C.  Dr. Wilton recognizes this, as he has repeatedly reported that the empirical studies are

necessary to identify AONs capable of inducing exon skipping. *E.g.*, Wilton PCT '057 at 35:3-6; Harding 2007; Wilton PCT '350 at 33:12-16; Aung-Htut et al., Int. J. Mol. Sci. 20:5030 (2019) ("Wilton 2019"), at 2 of 12.

71.     As I describe above, and in my Opening Report, one cannot predict whether a given AON will induce exon skipping by virtue of its sequence or annealing site on the exon RNA.  As was explained in Aartsma-Rus 2002, and was acknowledged in Popplewell 2009, the RNA's native structure may change the accessibility of a particular AON to bind to the exon pre-mRNA and thus induce exon skipping.  Aartsma-Rus 2002 at S76; Popplewell 2009 at Figure 2. It is the native structure in the context of the intracellular nuclear compartment where the pre-mRNA resides.  Moreover, this native structure is influenced not just by chemistry of the nuclear compartment but by a plethora of proteins that are present and that associate with the RNA. Knowing which sequences are accessible to AONs is not possible (yet) to predict because the overall three-dimensional structure of the entire dystrophin pre-mRNA has yet to be determined and thus the ability for any AON to bind to a given dystrophin pre-mRNA sequence cannot even be modeled, much less predicted.

72.     As of 2011, primitive RNA structure prediction algorithms such as MFold were limited in usefulness, as discussed above.  Further, dystrophin is a very large gene, and modelling it in its totality or within its native context in the nuclear compartment, with all the many other RNAs and components in this cellular compartment was not and is not possible. Models were and are incapable of taking into account the many chemicals and proteins that bind to RNA and alter its structure and accessibility.  Therefore, the idea that one could define an open confirmation by modelling and predict likely target sequences, or the activity of particular sequences, was not and is not possible.

32

73.    To predict therapeutically relevant levels of activity, this modeling would need to be done for many different cell types - such as skeletal muscle and heart muscle cells, and others. Further, many different types of mutations are relevant to skipping of exon 53, and how these mutations, many of which are large deletions, influence pre-mRNA structure and accessibility has not even begun to be studied.

74.    The end result of this complexity is the need for empirical studies to identify AONs that are capable of skipping an exon, and the lack of any "expectation of success" in identifying an AON that induces exon skipping by merely designing an AON to anneal within a given region of exon 53 without testing that AON empirically.  I note that a region such as the +30 to +65 recommended by Popplewell 2010, there are many millions of potential AONs that vary in length, chemistry, and other structural features that affect activity.

### 3.    Dr. Wilton and Sarepta Have Agreed That Exon Skipping Is Unpredictable

75.    Exon skipping was unpredictable as of 2011 and remains unpredictable today. For example, in 2019, Dr. Wilton stated "[u]ltimately, identifying target domains within a pre-mRNA that influence splicing and then refining AO design through micro-walking must be done empirically."  Wilton 2019 at 2 of 12.  Dr. Wilton describes "general guidelines that are efficient and effective in developing biologically active "AONs, with steps that include "further refine[ment] by micro-walking around the annealing site and/or altering AO length" and "transfection studies over a range of concentrations."  *Id.*  Dr. Wilton also wrote "experimental optimisation is therefore critical to the development of AO therapeutics."  *Id.* at p. 8 of 12.

76.    In 2016, Sarepta filed US patent application number 14/776,533 (the "'533 Application"), which claimed AONs targeting exon 53 for exon skipping.  '533 Application at

claims 1-20. I understand from counsel that the '533 Application claimed priority to a 2013 provisional application and thus the relevant date of invention is the filing date of that provisional application, March 14, 2013. *Id.* at 6-9.

77.     During prosecution of the '533 Application, Sarepta argued that there is a "high level of unpredictability" in the art with "no reasonable expectation of success" in "selecting specific [AONs] to induce effective exon skipping" of exon 53. '533 Application 8-28-2017 Office Action Response at 8, 20-21.  Rather Sarepta acknowledges that "each [AON] must be individually made and tested, the results are ***unpredictable*** as to whether any exon skipping . . . will be achieved." *Id.* at 15.  Even AONs that "overlap the same region" may not uniformly induce exon skipping. *Id.*  Sarepta further acknowledges that the effect of the chemistry (*i.e.* 2'-O-methyl or PMO) of an [AON] on its efficiency of exon skipping is unpredictable." *Id.*

78.     In a subsequent office action response, Sarepta argued that "a few changes to the [AON] can provide great changes in exon skipping efficiency." '533 Application 12-14-2018 Office Action Response at 22.

79.     Thus, as Sarepta has acknowledged, even as of 2013 one could not predict whether any given AON could induce exon skipping. Accordingly, there was no expectation of success in arriving at an AON that would induce exon skipping by merely selecting a sequence that would bind within a given region of the dystrophin pre-mRNA.

## V.     <u>RESERVATION OF RIGHTS AND TRIAL EXHIBITS</u>

80.     I reserve the right to amend or supplement my opinions once I review any new/additional information and/or other new/additional documents or information subsequently produced by Sarepta, UWA, or any other party, including via rebuttal expert reports of Sarepta's and UWA's experts.

34

81.     At trial I may use visual aids and demonstratives to show the bases for my opinions, such as photographs, drawings, excerpts from documents and materials I considered, videos, and animations. I reserve the right to utilize these at trial.

# EXHIBIT 1

**Exhibit 1 – Materials Considered**
**Expert Rebuttal Report of Dr. Matthew J.A. Wood**

**Expert Reports**

Opening Expert Report of Steven F. Dowdy, Ph.D. dated Sept. 8, 2023 (redacted)

**NS Patents**

U.S. Patent No. 9,708,361 (NS00000001-066)
U.S. Patent No. 10,385,092 (NS00000067-134)
U.S. Patent No. 10,407,461 (NS00000135-201)
U.S. Patent No. 10,487,106 (NS00000202-269)
U.S. Patent No. 10,647,741 (NS00000270-339)
U.S. Patent No. 10,662,217 (NS00000340-407)
U.S. Patent No. 10,683,322 (NS00000408-476)

**UWA Patents**

U.S. Patent No. 9,994,851 (SRPT-VYDS-0002641-756)
U.S. Patent No. 10,227,590 (SRPT-VYDS-0002757-869)
U.S. Patent No. 10,266,827 (SRPT-VYDS-0002870-983)

**U.S. Patent Documents**

U.S. Patent No. 6,653,467 (SRPT-VYDS-00229318-329)
U.S. Patent Application No. 14/776,533 (SRPT-VYDS-0020871-539)
U.S. Patent Application No. 14/776,533 8-28-2017 Office Action Response (SRPT-VYDS-0089321-352)
U.S. Patent Application No. 14/776,533 12-14-2018 Office Action Response (SRPT-VYDS-0089151-188)

**Other Patent References**

EP Publication No. 1568769 (Takeda Ex. 12A)
PCT/JP2011/070318 (NS00072659-754)
PCT Patent Publication No. WO2004/048570 (Takeda Ex. 12)
PCT Patent Publication No. WO2006/000057 (SRPT-VYDS-0007892-103)
PCT Patent Publication No. WO2010/048586 (SRPT-VYDS-0228276-437)
PCT Patent Publication No. WO2011/057350 (SRPT-VYDS-0008753-854)

**Publications**

Aartsma-Rus et al., Neuromuscular Disorders 12:S71-S77 (2002) (SRPT-VYDS-0008639-650)
Aartsma-Rus and Muntoni, Neuromuscular Disorders 23:934-94 (2013)
Aung-Htut et al., Int. J. Mol. Sci. 20:5030 (2019)
Harding et al., Mol. Ther. 15(1):157-66 (2007) (WILTON0015237-246)
Muntoni et al., Neuromuscular Disorders 15:450-57 (2005) (NS00143623-630)
Muntoni et al., Neuromuscular Disorders 18:268-275 (2008)
Popplewell et al., Mol. Ther. 17(3):554-61 (2009) (SRPT-VYDS-0008344-355) and Table S1

Popplewell et al., Neuromuscular Disorders. 20(2):102-110 (2010) (SRPT-VYDS-0198789-797)

Watanabe et al., Mol Ther Nucleic Acids, 13:442-449 (2018) (NS00054234-241)

Wilton et al., Mol. Ther. 15(7):1288-1296 (2007) (SRPT-VYDS-0007603-615)

EXHIBIT 3

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD.,<br>Plaintiff,<br><br>v.<br><br>SAREPTA THERAPEUTICS, INC.,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| SAREPTA THERAPEUTICS, INC. and<br>THE UNIVERSITY OF WESTERN<br>AUSTRALIA, Defendant and Counter-<br>Plaintiff<br><br>v.<br><br>NIPPON SHINYAKU CO., LTD. and<br>NS PHARMA, INC., Plaintiff and<br>Counter-Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

C.A. No. 21-1015 (GBW)

**EXPERT REPLY REPORT OF DR. MATTHEW J.A. WOOD**

October 27, 2023

Matthew J.A. Wood, F. Med. Sci., MA, D.Phil

I.      INTRODUCTION AND ASSIGNMENT .......................................................... 1

II.     REPLY TO DR. DOWDY ............................................................................... 2

        A.     The Field of Exon Skipping Was Unpredictable in 2005 and Remains
               Unpredictable. .................................................................................. 2

        B.     The UWA Specification Did Not Resolve the Unpredictability in the Field ........ 4

        1.     The UWA Specification Does Not Disclose a "Hot Spot" or Amenable
               Region Spanning +23 to +69 of Exon 53 to a POSA ............................. 5

        2.     There is No Disclosure that Any 12 Consecutive Bases of SEQ ID NO:
               195 (H53A(+23+47)) is Characteristic of Exon 53 Skipping AONs ................... 14

        3.     There is No Discussion of 20 to 31 Bases as an Appropriate Range of
               Lengths for Exon 53 Skipping AONs ................................................ 16

        C.     A POSA Would Have Concluded the Inventors Possessed Only the AONs
               Disclosed in the UWA Specification .................................................. 18

III.    RESERVATION OF RIGHTS AND TRIAL EXHIBITS ............................................. 19

## I.    INTRODUCTION AND ASSIGNMENT

1.    I was retained by counsel for Nippon Shinyaku Co. Ltd. ("Nippon Shinyaku") and NS Pharma, Inc. ("NS Pharma," collectively with Nippon Shinyaku "NS") in the above-captioned case as an independent technical expert.

2.    In connection with my engagement, I have issued two reports: an opening report on September 8, 2023 in which I provided opinions concerning the state of the art of exon skipping therapies for treatment of Duchenne muscular dystrophy ("DMD") and what a person of ordinary skill in the art would have understood the inventors of the asserted patents to have invented based on the Specification (the "Opening Report").

3.    On October 11, 2023, I issued a rebuttal report ("Rebuttal Report") responding to the opening expert report of Dr. Steve F. Dowdy, Ph.D. ("Dowdy Opening"). I have reviewed certain portions of the October 11, 2023 Rebuttal Expert Report of Steven F. Dowdy, Ph.D. ("Dowdy Rebuttal"), and submit this reply report to Dr. Dowdy's opinions. I understand from counsel for NS that I may be provided additional information as this case proceeds. Accordingly, I may need to change or augment my analysis and opinions in light of any new information or evidence that is presented after this Reply Report. I expressly reserve the right to do so.

4.    I hereby incorporate my Opening Report and Rebuttal Report by reference herein.

5.    In considering and forming my opinion, I have reviewed and analyzed the information and materials identified in this Reply Report. As stated, a list of the materials I reviewed in preparation of this Reply Report is attached as Exhibit 1. I have also used the applicable legal principles that were explained to me and are set forth in my Opening Report and Rebuttal Report, including applying the parties' similar definitions of a person of ordinary skill in the art ("POSA") in the relevant time frame.

## II.    REPLY TO DR. DOWDY

### A.    The Field of Exon Skipping Was Unpredictable in 2005 and Remains Unpredictable.

6.    As set forth collectively in my Opening and Rebuttal Reports (together, my "Reports"), a POSA reviewing U.S. Patent Nos. 9,994,851 ("the '851 Patent), 10,227,590 ("the '590 Patent"), 10,266,827 ("the '827 Patent) (collectively, the "UWA Patents"), or PCT/AU2005/000943 published as WO2006/000057 ("Wilton PCT '057"), which share a substantively identical specification (the "UWA Specification"), would not have understood that the inventors had recognized or appreciated the invention set forth in the claims of the UWA Patents as of the June 28, 2005 priority date.[1]    My opinion is informed by the consensus in the field that designing AONs for exon skipping was highly unpredictable and remains so to this day.

7.    Dr. Dowdy claims that it is unclear what Section IV of my Opening Report is intended to address.    Dowdy Rebuttal ¶¶ 456, 457.    That should be apparent from the title of that section: "Background Regarding the Scope and Content of the Prior Art at the Time of the Claimed Invention."    Dr. Dowdy claims that citations to articles published after June 28, 2005 rendered my intention for this section unclear.    Dowdy Rebuttal ¶ 457.    I disagree.

8.    The post-priority date articles referenced in this section include my own review article, which provides a historical overview and background information on splicing therapy for neuromuscular disease, and research reports that further support my opinions that a POSA as of

---

[1] Dr. Dowdy accuses me of speculating as to the inventors' state of mind.    Dowdy Rebuttal ¶ 454.    I have not.    As is plain from my Reports, I have provided my objective opinions from the perspective of a POSA in the relevant timeframe, i.e., 2005 for the UWA Patents and 2011 for claims 1-3 of U.S. Patent No. 10,385,092 ("the '092 patent"); claims 1-2 of U.S. Patent No. 10,407,461 ("the '461 patent"); claims 1-2 of U.S. Patent No. 10,487,106 ("the '106 patent"); claims 1-12 of U.S. Patent No. 10,647,741 ("the '741 patent"); claims 1-4 of U.S. Patent No. 10,662,217 ("the '217 patent"); and claims 1-4 and 6-9 of U.S. Patent No. 10,683,322 ("the '322 patent") (collectively, the "NS patents").

June 28, 2005 would have been familiar with the lack of predictability and reproducibility of exon skipping assays. That this unpredictability persisted after 2005—as evidenced by post-priority date publications discussed in my Reports—illustrates the state of the art as of the priority date of the UWA Patents and refutes Dr. Dowdy's claim that the UWA Patents alleviated this unpredictability.

9.    I note that during prosecution of the application issuing as the '851 Patent, and other applications claiming priority to Wilton PCT '057, Sarepta/UWA made similar arguments in support of the patentability of their claims over the prior art. For example, in a January 5, 2018 Amendment stating "at the time the instant invention was made, there was a significant level of unpredictability associated with selecting specific antisense oligonucleotide sequences to induce effective dystrophin exon skipping" and "the recognition of the lack of predictability in the field of exon skipping continued beyond 2005" going on to discuss the same three papers that I discuss in paragraphs 78-79 and 81 of my Opening Report, namely Arechavala-Gomeza et al. Hum. Gene Ther., 18(9): 798-810 (2007), Aartsma-Rus et al., Mol. Ter., 17(3):548-553 (2009), and Wu et al., PLoS One 2011; 6(5);e19906.  *See* SRPT-VYDS-0002984 at 4790, 93-95. Sarepta and UWA stated "[i]n summary, the … Aartsma-Rus and Wu *et al.* references, along with the Decision on Motions in the '007 interference, serve to illustrate the unpredictability associated with selecting *specific* antisense oligonucleotides that are effective for inducing skipping of dystrophin exons." SRPT-VYDS-0002984 at 4797 (emphasis original).

10.    These three references were also discussed in a February 6, 2015 Amendment in Response to Non-Final Office Action in U.S. application no. 14/317,952, an application with

claims directed to exon 53 skipping AONs.[2]  In that response, after discussing these references, Sarepta/UWA stated "[t]he art shows that studies performed before, and long after, the date of Applicants invention demonstrated that small changes in nucleotide sequence in overlapping antisense oligonucleotides have unpredictable effects.  Thus, there was a significant level of unpredictability associated with selecting a specific antisense oligonucleotide to induce effective exon skipping of human dystrophin pre-mRNA."  2015-02-06 Amendment at p. 14.

11.    I understand that Dr. Dowdy has characterized my assessment of the unpredictable nature of the field as based on AONs directed to exons other than exon 53.  My Rebuttal Report makes clear that exon 53 is no exception to the general rule, even after the publication of the UWA Specification as Wilton PCT '057.  Further, as the February 6, 2015 Amendment illustrates, Sarepta/UWA also did not believe the selection of AONs to induce skipping of exon 53 had become less unpredictable after the publication of the UWA Specification.

**B.    The UWA Specification Did Not Resolve the Unpredictability in the Field**

12.    Dr. Dowdy states that "[t]he *claims* of the Wilton Patents identify multiple structural features that collectively confer the claimed function of inducing exon 53 skipping: (1) 'antisense oligonucleotides'; (2) '20 to 31 bases'; (3) 'comprising a base sequence that is 100% complementary to consecutive bases of a target region of exon 53 of the human dystrophin pre-mRNA'; (4) 'the base sequence comprises at least 12 consecutive bases of … (SEQ ID NO:195)'; (5) 'in which uracil bases are thymine bases'; and (6) 'wherein the antisense oligonucleotide is a morpholino antisense oligonucleotide.'"  Dowdy Rebuttal ¶ 473.  What Dr. Dowdy does not

---

[2] This application issued as U.S. Patent No. 9,035,040 with claims directed to "[a]n antisense oligonucleotide of 25 nucleotides comprising at least 20 consecutive bases of C AUU CAA CUG UUG CCU CCG GUU CUG AAG GUG (SEQ ID NO: 193), in which cytosine bases are 5-methylcytosine bases, wherein the antisense oligonucleotide is a 2′-O-methyl phosphorothioate oligoribonucleotide, and wherein the antisense oligonucleotide specifically hybridizes to an exon 53 target region of the human dystrophin pre-mRNA to induce exon 53 skipping."

acknowledge is that the *claims* of the UWA Patents identifying these features in the context of exon 53 skipping were not filed until September 2017 (at the earliest) and therefore are not part of the disclosure of the UWA Patents as of June 2005.

13.     Notably, the UWA Specification nowhere states that the inventors had discovered or identified a "hot spot" or amenable region for exon 53 skipping.  The phrases "amenable region" and "hot spot" are not used in the UWA Specification.  Nor does the UWA Specification include sufficient disclosure such that a POSA would understand the inventors possessed, recognized, or appreciated that there was such "hot spot" or amenable region spanning +23 to +69 downstream of the acceptor site or that 20 to 31 bases or that at least 12 consecutive bases of SEQ ID NO: 195 are among six structural features that collectively confer exon 53 skipping activity on antisense oligonucleotides ("AONs").  *Cf.* Dowdy Rebuttal ¶ 473.  These purported structural characteristics were not identified until the application issuing as the '851 Patent was filed in September 2017.

14.     A POSA reviewing the UWA Specification upon its publication as Wilton PCT '057 would not have understood the inventors to have discovered, possessed, recognized, or appreciated any general properties of exon 53 skipping AONs that alleviated or resolved the unpredictable nature of designing such AONs to induce exon 53 skipping, much less the structural characteristics recited in the claims filed in the 2017 application that issued as the '851 Patent.

### 1.     The UWA Specification Does Not Disclose a "Hot Spot" or Amenable Region Spanning +23 to +69 of Exon 53 to a POSA

15.     Dr. Dowdy concedes (as he must) that the UWA Specification does not use the terms "hot spot" or "amenable region," and instead attempts to conflate the UWA Specification's general discussion of the need to have a "selected target" or target region—*i.e.*, a segment of the pre-mRNA to which an AON is complementary and to which it may be capable of binding.  Dowdy Rebuttal ¶¶ 467, 471.  References to the *need* for a "selected target" (which is true for every AON),

5

is very different from discussing or purporting to identify a "hot spot" or "a discrete region within exon 53 that is amenable for exon skipping" which Dr. Dowdy states is "sometimes referred to as the 'hot spot.'" Dowdy Report ¶ 99. The meaning of "hot spot" as Dr. Dowdy uses it is different from a "target region" which I understand the Court has construed to have its "plain and ordinary meaning, which means 'a segment of the pre-mRNA.'" Opening Report ¶ 126. The Court's construction is consistent with how Sarepta/UWA used the phrase and not how Dr. Dowdy uses it to imply an expectation of skipping activity. *Compare* March 21, 2014 Response submitted in U.S. application no. 13/902,376, at p. 33 ("As shown in Table 39, Applicants describe 3 target sequences on exon 53, H53A(+39+62), H53A(+39+69), and H53A(+45+69), which are complementary to the base sequence … (SEQ ID NO: 192) …. Each of these ***target regions*** includes a region of 18 bases having 100% complementarity to the sequence … (SEQ ID NO: 192).") (emphasis added) *with* Dowdy Rebuttal ¶¶ 467,471.

16.    Dr. Dowdy claims that the "relative strength of skipping … is immaterial to the identification of the hotspot." Dowdy Rebuttal ¶ 470. This claim is inconsistent with how Dr. Dowdy used the phrase "hot spot" to reference a region where a POSA could predict exon skipping activity, where the usual unpredictability of exon skipping is suspended, and where other researchers would accordingly focus their work. *See, e.g.*, Dowdy ¶¶ 99, 105, 116, 417; Dowdy Rebuttal ¶ 472. To identify a "hot spot" within exon 53—assuming one exists—would either require evidence of very many effective AONs of overlapping or non-overlapping sequence, varying length and varying chemistry, or elucidation of the underlying structural and/or mechanistic features, or both. Under Dr. Dowdy's newly flexible characterization of a "hot spot," the target region of any exon 53 AON that induced any level of exon skipping in any assay under any conditions could be considered a "hot spot." This is misleading because as used by Dr. Dowdy,

"hot spot" implies a degree of activity and certainty for AONs complementary to the "hot spot."

17.    Even with Dr. Dowdy's flexible and expansive definition, as discussed in my Rebuttal Report, a POSA would not have viewed the UWA Specification as disclosing or identifying a "hot spot" or amenable region for exon 53 skipping.  Rebuttal Report ¶¶ 19-30.  For the same reasons, a POSA would not have understood the inventors to have invented[3] such a "hot spot" or amenable region.  Further, the UWA Specification does not disclose sufficient information for a POSA to conclude that the boundaries of this "hot spot" or amenable region to be +23 to +69 bases from the exon 53 acceptor splice site, or that the inventors had invented these boundaries.

18.    Dr. Dowdy mischaracterizes my description of the information provided in the UWA Specification as to the testing methodology used by the inventors as "detailed."  Dowdy Rebuttal ¶ 459.  As set forth in my Reports, the disclosure in the specification is lacking in experimental details.  Opening Report ¶ 129; Rebuttal Report ¶ 23.  These details, including the incubation times and transfection reagents, controls and concentrations tested, and the number of replicates, would have been important to a POSA's evaluation of the information reported in the UWA Specification, and determination of what conclusions should or could be drawn.  *See* Rebuttal Report ¶ 23.  For example, data presented in peer-reviewed publications at the time were typically drawn from experiments that were repeated multiple times in order to show they were representative and reproducible.  This was often expressly stated in the materials and methods section, along with additional details that are lacking from the UWA Specification.  *See, e.g.*, Harding et al., Mol. Ther. 15(1):157-66 (2007) ("Harding 2007") at 165.  The absence of such details are not "nitpicks"; they represent the process by which reliable scientific evidence is

---

[3] When I use the term "invented" I am referring to what a POSA would have understood the inventors possessed, recognized, appreciated, conceived, or had a definite and permanent idea of as of the June 28, 2005 filing date of the UWA Patents.

gathered and knowledge advanced and are directly relevant to the weight and conclusions a POSA would draw from the UWA Specification.  *Cf.* Dowdy Rebuttal ¶ 460.

19.    Further, the inconsistencies between the UWA Specification's written description of the concentrations purportedly tested and Figure 22 would have affected what a POSA understood the inventors possessed, recognized or appreciated as of June 28, 2005.  The UWA Specification states that exon 51 AONs were tested at 25, 50, 100, 300 and 600 nM, exon 52 AONs were tested at 50, 100, 300 and 600 nM, and exon 53 AONs were tested at 5, 50, 100, 300 and 600 nM.  '851 Patent at 62:39-44, 63:39-49, 64:38-50.  A POSA would take the UWA Specification at face value and understand these concentrations were in fact tested and used to generate Table 39.[4]

20.    However, a POSA would not have been able to infer what control(s) were used by the inventors in their exon 53 experiments based on other figures in the UWA Specification.  *Cf.* Dowdy Rebuttal ¶ 460.  Unlike Figure 22, which includes the only exon 53 skipping data a POSA could independently evaluate, other figures in the UWA Specification have lane labels.  However, the inventors did not always include a control lane.  *See, e.g.*, Fig. 4, Fig. 8A.  Other figures have lanes labeled "UT," "neg cont." and "L2K" – sometimes on the same gel.  Fig. 9A, 9B, 13, 16.  Thus, I disagree with Dr. Dowdy that a POSA would have (or could have) reasonably inferred "that testing generally included an untreated negative control," much less what control was used for the exon 53 experiments, and which lanes in Figure 22, if any, are control lanes.  Dowdy Rebuttal ¶ 460.

---

[4] If the inventors had not in fact tested the exon 53 AONs at each of the concentrations stated in the UWA Specification, this would certainly affect a POSA's understanding of what the inventors had invented, as well as the weight (or lack thereof) he or she would assign to the scant results reported in Table 39 because those results are impossible to independently evaluate. Anything casting doubt on the reliability or accuracy of the inventors' subjective reporting would be material to a POSA's consideration of the UWA Specification.

21.    Figure 22 has other issues beyond the lack of lane labels and apparent lack of control lane(s).  These issues would affect how much a POSA would rely on the results in Figure 22 and the UWA Specification overall.  For example, as shown below, some lanes are heavily smeared, one of the H53D [sic] (+39+69) lanes is missing the unskipped transcript, and some lanes are missing bands altogether.  These technical issues with the gel would suggest to a POSA that the reported data may not be altogether reliable.



**FIGURE 22**

22.    Even if accepted at face value by a POSA, Figure 22 is difficult to interpret.  Figure 22 includes lanes for exon 51, 52 and 53 (all unlabeled).  Absent lane labels, a POSA might assume the lanes are in order by concentration tested, either ascending or descending.  However, this assumption is undercut by the gel itself.  For example, the unskippped band(s) for H53D

[sic](+39+69) in lane 2 are missing.  Either they are genuinely missing, in which case exon skipping is 100% or their absence reflects technical issues.  Complete exon skipping is highly unlikely and virtually unheard of, therefore the latter is the more likely explanation.  Moreover, because lane 2 would not be the highest concentration if the lanes were loaded in order by concentration tested, a POSA would expect to see this level of exon skipping in the lane that does reflect the highest concentration, lanes 1 or 4,  but instead the bands in these lanes look very similar to each other (as well as lane 3), despite the presumably 120-fold difference in AON concentration tested.  This is in turn problematic because a POSA would expect to see some sort of dose response over this magnitude of concentration difference.  In sum, a POSA would view the results in Figure 22 for H53D [sic] (+39+69) as reflecting technical defects in the underlying exon 53 assay, and therefore give it little weight.

23.     A POSA would understand from statements in the UWA Specification that H51A(+61+90) and H51A(+66+95) were the strongest inducers of exon 51 skipping, and that H52A(+12+41) and H52A(+17+37) showed the strongest exon 52 skipping.  '851 Patent at 62:39-63:49 and Tables 37 and 38.  Yet, Figure 22 does not show the data for the strongest skippers H51A(+61+90), H51A(+66+95) or H52A(+12+41).  Instead, Figure 22 includes lanes for AONs the UWA Specification indicates "needs re-testing" (H51A(+111+134)), "skipping" (H51A(+66+90)) and three reported as "no skipping" (H52A(-07+14), H52A(+93+112) and H52D(+05-15)).

**Table 1. Wilton PCT '057 Experimental Results.**
Adapted from Wilton PCT '057 Tables 37 and 38
Bold indicates run in Figure 22 gel

| SEQ ID NO. | AON | Ability to Induce Exon Skipping |
|---|---|---|
| 175 | H51A(-01+25) | Faint skipping |
| 177 | H51D(+16-07) | Skipping at 300 nM |

| SEQ ID NO. | AON | Ability to Induce Exon Skipping |
|---|---|---|
| **178** | **H51A(+111+134)** | **Needs re-testing** |
| 179 | H51A(+61+90) | Very strong skipping |
| **180** | **H51A(+66+90)** | **Skipping** |
| 181 | H51D(+66+95) | Very strong skipping |
| 182 | H51D(+08-17) | No skipping |
| 183 | H51A/D (+08-17) & (-15+?) | No skipping |
| 184 | H51A(+175+195) | No skipping |
| 185 | H51A(+199+220) | No skipping |
| **186** | **H52A(-07+14)** | **No skipping** |
| 187 | H52A(+12+41) | Very strong skipping |
| **188** | **H52A(+17+37)** | **Skipping to 50 nM** |
| **189** | **H52A(+93+112)** | **No skipping** |
| **190** | **H52D(+05-15)** | **No skipping** |

24.    In scientific publications, it is typical to include a clean, sharp image available to the authors and a best practice to include detailed methodological descriptions and other means by which other researchers can assess the reproducibility or quantitative significance of the data.  It is highly atypical to include inconclusive results, or an unlabeled and poor-quality image like Figure 22.  Thus, when Figure 22 is viewed as a whole and in the context of the UWA Specification, including the selection of samples run, it reinforces that a POSA would view the data as preliminary—potentially so preliminary that the inventors did not have time to reproduce the results or at least re-run their best AONs for these three exons on one clean gel.

25.    Contrary to Dr. Dowdy's assertion, Figure 22 does not confirm the results reported in Table 39 for H53A(+39+69).  Table 39 specifically reports "strong skipping to 50 nM" and the UWA Specification states H53A(+39+69) and other exon 53 AONs were tested at five

concentrations. There are only four lanes in Figure 22, and they are not labelled. Thus, Figure 22 does not confirm the inventors observed "strong skipping to 50 nM" as reported in Table 39. *Cf.* Dowdy Rebuttal ¶¶ 461, 468. While a POSA would need to accept the information in Table 39 at face value, he or she would view those results as preliminary as well after reviewing the UWA Specification as a whole and in the context of the general consensus and understanding in the field that exon skipping was unpredictable.

26.     Dr. Dowdy appears to believe that the potential discrepancy in the UWA Specification on the concentrations tested and issues with Figure 22 would have essentially no significance to a POSA. Dowdy Rebuttal ¶ 461. I disagree. Understanding what controls were used and concentrations tested is an essential and basic requirement for understanding whether the observed results reflect true skipping activity or are rather merely part of the noise inherent in the experiment. The UWA Specification falls short on this and other such essential and basic requirements, such as explaining experimental methods in sufficient detail so that their results can be understood and if necessary replicated. The lack of clarity, lack of specified and labeled controls, lack of detailed methodological description, and inconsistencies all undermine the scientific method and all would cause a POSA to question the quality of the scientific evidence presented in the UWA Specification.

27.     Dr. Dowdy also misstates the number of overlapping exon 53 AONs made and tested by the inventors: there were five, spanning +7 to +69, not four spanning +23 to +69 bases downstream of the exon 53 acceptor site. *See* '851 Patent, Table 39 *cf.* Dowdy Rebuttal ¶¶ 463, 467. Dr. Dowdy also makes no attempt to explain why he set the 5' end of the "hot spot" at +23 when "no skipping" was reported for an AON targeting H53A(+7+29). Nor does Dr. Dowdy to explain why he set the 3' end of the "hot spot" to +69 when the inventors did not test an overlapping

AON that extended 3' of +69.  Nor does Dr. Dowdy explain why the target region of H53A(+150+176), which showed "very faint skipping to 50 nM" according to Table 39, would not be considered a "hot spot" under his flexible definition based on any degree of observable exon 53 activity.  Dr. Dowdy's selection of +23 and +69 as the boundaries of the "hot spot" is either arbitrary or tainted by hindsight bias, or both.  A POSA would not have concluded from the UWA Specification that the inventors had invented a "hot spot" or amenable region of +23 to +69.

28.    I disagree with Dr. Dowdy's statement that the UWA Specification "describes a group of overlapping ASOs directed to a hot spot of human exon 53 that spans nucleotides +23 to +69." Dowdy Rebuttal ¶ 467.  Dr. Dowdy's use of "directed to" implies that the inventors designed the exon 53 AONs in the UWA Specification with the foreknowledge that they would induce skipping.  That is obviously counterfactual in view of the lack of predictability in the art of exon skipping as discussed in my Opening Report and Rebuttal Report.  Rather, a POSA would understand that the inventors designed a series of AONs spanning large portions of exon 53 in hopes of finding some through trial-and-error experimentation that would induce skipping.  Contrary to Dr. Dowdy's assertion, the UWA Specification simply does not "reveal" that the inventors "expected [the AONs] to induce exon 53 skipping."  Dowdy Rebuttal ¶ 467.  A POSA would understand based on the unpredictability of the art at the time of filing that the inventors would not have had an expectation that any of the exon 53 AONs they designed, whether as of the priority date or afterwards, would induce skipping before testing them empirically.

29.    Indeed, designing a series of AONs targeting large portions of an exon, like the exon 53 AONs described in the UWA Specification, was a typical first step (of many) to search for and identify AONs with skipping activity for a previously-unexplored exon.  I note that prior to the publication of the UWA Specification, the inventors had not published any work concerning

13

exon 53. Further, a POSA would have been aware that, as of late October 2004, the Wilton laboratory was reported to be working on designing AONs targeting exons 4, 8, 9, 15, 16, 19 and 20, 31, 33 and 35 that are towards the 5' portion of the dystrophin gene. *See* Muntoni et al., Neuromuscular Disorders 2005; 15:450-57 at 453-54. This would also reinforce to a POSA that the work reported in the UWA Specification on exon 53 was preliminary.

### 2. There is No Disclosure that Any 12 Consecutive Bases of SEQ ID NO: 195 (H53A(+23+47)) is Characteristic of Exon 53 Skipping AONs

30. Dr. Dowdy's opinion with respect to the "at least 12 consecutive bases of SEQ ID NO: 195" limitation of the UWA Patent claims, is similarly arbitrary or plagued by hindsight bias. Nowhere does the UWA Specification reflect any possession, recognition, or appreciation that any 12 consecutive bases of SEQ ID NO: 195, which is H53A(+23+47), is a common structural feature of all exon 53 skipping AONs.

31. The UWA Specification mentions the phrase "12 bases" once and in the context of discussing AONs for "some targets such as exon 19"—not exon 53—and states that such AONs were "not as efficient[] as longer (20-31 bases) oligonucleotides" at inducing skipping:

> Furthermore, the inventors have discovered that size or length of the antisense oligonucleotide itself is not always a primary factor when designing antisense molecules. With some targets such as exon 19, antisense oligonucleotides as short as 12 bases were able to induce exon skipping, albeit not as efficiently as longer (20-31 bases) oligonucleotides. In some other targets, such as murine dystrophin exon 23, antisense oligonucleotides only 17 residues long were able to induce more efficient skipping than another overlapping compound of 25 nucleotides.

'851 Patent at 23:60-24:3. [5]

---

[5] A POSA would have been aware that the discovery by the inventors that a 12 base AON was able to induce skipping was in fact limited to exon 19, and only in immortalized mouse cells with a mutation in exon 23, as described in Errington et al., J. Gene Med. 5: 518-527 (2003) at 523 (describing testing of one 12 base AON, HM19A(+46+57), in *mdx* cells). An earlier publication

32.     Thus, the UWA Specification fails to discuss "12 bases:" (i) as a "base sequence" that is part of an AON; (ii) in connection with exon 53; or (iii) in connection with SEQ ID NO: 195.  In fact, the UWA Specification does not disclose a 12 base AON *at all*; the shortest AON disclosed is the 17 base SEQ ID NO: 16 (C16D(+06-11)).

33.     From reading the UWA Specification, a POSA would have no inkling that the inventors had discovered that any 12 consecutive bases of SEQ ID NO: 195/H53A(+23+47) was a structural feature common to all exon 53 skipping AONs—if it is indeed such a feature.  In particular, 12 consecutive bases of SEQ ID NO: 195 is *not* a structural feature of any of the other exon 53 AONs disclosed in the UWA Specification.  The only AON reported to induce skipping in Table 39 that has 12 consecutive bases of H53A(+23+47) is H53A(+23+47) itself.  And, 12 consecutive bases is not a structural feature of the three AONs that were reported to have more skipping activity than H53A(+23+47) in Table 39.  Thus, the UWA Specification informs a POSA that 12 consecutive bases of H53A(+23+47) is *not* a structural feature common to all exon 53 skipping AONs.

34.     Dr. Dowdy criticizes me for focusing on the 12 consecutive bases of H53A(+23+47) limitation of the UWA Patent claims, purportedly taking it out of context.  Dowdy Rebuttal ¶ 473.  I disagree that I have taken this claim limitation out of context.  Further, my consideration of this limitation is appropriate.  Notably, the three AONs that were reported to have more skipping activity than H53A(+23+47) in Table 39 each have the other structural features that, according to Dr. Dowdy, "collectively confer the claimed function of inducing exon 53 skipping," namely, they are antisense oligonucleotides (Dowdy feature no. 1), 20 to 31 bases in length

---

from the Wilton laboratory reported that no detectable skipping was observed by 14 base AONs targeting M23D(-2-15) and M23D(-5-18).  Mann et al., J. Gene Med 4: 644-654 (2002) at 650.

(Dowdy feature no. 2), "100% complementary to consecutive bases of a target region of exon 53 of the human dystrophin pre-mRNA" (Dowdy feature no. 3);  the morpholino versions of which would have uracil bases instead of thymine bases (Dowdy feature nos. 5-6).  Dowdy ¶ 473.  Thus, the 12 consecutive bases of H53A(+23+47) limitation is critical to distinguishing the claimed genus of AONs from other exon 53 AONs disclosed in the UWA Specification.

35.    These three other AONs also target Dr. Dowdy's purported "hot spot" but are outside the scope of the claims.  This illustrates that Dr. Dowdy's discussion of how the inventors purportedly identified a "hot spot" or amenable region within exon 53 is a misdirection that conflates identifying a "hot spot" with identifying every potential AON targeting that region, much less every such AON having exon 53 skipping activity.  Even assuming that the inventors did identify a "hot spot" or amenable region within exon 53 (and that a POSA would have understood this from the UWA Specification—which they would not have) it does not follow that the inventors contemporaneously conceived, possessed, recognized, or appreciated each of the AONs that fall within the scope of the UWA Patents' claims, particularly given that its strongest performing AON H53A(+39+69) falls outside the scope of the claims.  Likewise, it does not follow that the inventors conceived, possessed, recognized, or appreciated that a subset of AONs including at least 12 consecutive bases of SEQ ID 195 within that purported "hot spot" had any particular structural feature that made them particularly amenable to exon 53 skipping.

### 3.    There is No Discussion of 20 to 31 Bases as an Appropriate Range of Lengths for Exon 53 Skipping AONs

36.    Dr. Dowdy states that "*[o]nce* the exon 53 hot spot was identified, the inventors of the Wilton Patents would have been able to draw from their extensive experience and identify an appropriate range of ASO length for inducing exon 53 skipping," thereby arriving at the "20 to 31 bases" recited in the UWA Patent claims.  Dowdy Rebuttal ¶ 465 (emphasis added).  But

16

this puts the chicken before the egg.  The inventors necessarily selected the length of the exon 53 AONs identified in the specification *before* identifying any purported hot spot by testing those AONs.  Therefore, a POSA would understand the inventors merely hoped that the length of their exon 53 AONs were "appropriate" rather than recognizing or appreciating that range prior to testing the AONs.  While the UWA Specification states that "[p]referably the length of the antisense molecule is between 17 to 30 nucleotides in length" ('851 Patent at 26:2-3), the inventors did not explain why they departed from this preferred range in designing AONs for exon 53.

37.    I also disagree with Dr. Dowdy's opinion that the UWA Specification "reveals that the inventors had a 'definite and permanent' idea of ASOs that are 20 to 31 bases in length, directed to this discrete [+23+69] region, and expected to induce exon 53 skipping" (Dowdy Rebuttal ¶ 467) at least because the UWA Specification does not disclose an AON shorter than 25 bases against the +23+69 region.  Thus, a POSA would not understand from the UWA Specification that the inventors had invented any AONs shorter than 25 bases that could induce exon 53 skipping.  Notably, the longest AON, the 31 base H53A(+39+69), was reportedly the strongest skipper, with shorter, 25 base AONs that were entirely within that same region (H53A(+45+69) and H53A(+39+62)) showed only faint skipping.  If anything, these preliminary results would have indicated to a POSA that a 31mer AON might work better for exon 53 than shorter, 25mer AONs.  Further, the sole 20mer tested, H53A(+07+26), was reported as "no skipping" despite overlapping with a 25mer, H53A(+23+47), that induced very faint skipping.

38.    Upon reviewing the preliminary results reported in Table 39 and the UWA Specification as a whole, a POSA would not understand the inventors to have had an expectation that AONs of 20 bases would induce exon 53 skipping, or understand that the inventors had

17

invented AONs of less than 25 bases that were capable of inducing exon 53 skipping, regardless of annealing site.  *Cf.* Dowdy Rebuttal ¶ 472.

### C.    A POSA Would Have Concluded the Inventors Possessed Only the AONs Disclosed in the UWA Specification

39.     As I have described in my Opening Report and Rebuttal Report, designing AONs for exon skipping for Duchenne Muscular Dystrophy was unpredictable in 2005 and remains unpredictable to this day, including for exon 53.  The UWA Specification added some preliminary data and knowledge to the field, but that is all.  In fact, I am unaware of any researcher in the field actually relying on the teachings of the UWA Specification to design AONs.  In my experience, researchers and POSAs in the field relied on their own work and peer-reviewed academic publications over patent disclosures which are not subject to peer review because of the unpredictability of exon skipping and the need to empirically test and validate AON sequences.

40.     A POSA would not have viewed one unlabeled gel and a subjective description of skipping, which is the sum total of the disclosure in the UWA Specification with respect to exon 53, to have reduced the degree of predictability in the field.  A POSA reviewing the UWA Specification in June 2005 would not have understood the inventors to have invented the structural features recited in the claims that were submitted in 2017 and which Dr. Dowdy claims collectively confer exon 53 skipping activity.  Indeed, those structural features are *not* common to all of the exon 53 AONs reported to have skipping activity according to the UWA Specification.  Therefore, in my opinion, the inventors did not invent the claims of the UWA Patents as of the filing date of Wilton PCT '057.

## III.    RESERVATION OF RIGHTS AND TRIAL EXHIBITS

41.    I reserve the right to amend or supplement my opinions once I review any new/additional information and/or other new/additional documents or information subsequently produced by Sarepta, UWA, or any other party, including via rebuttal expert reports of Sarepta's and UWA's experts.

42.    At trial I may use visual aids and demonstratives to show the bases for my opinions, such as photographs, drawings, excerpts from documents and materials I considered, videos, and animations. I reserve the right to utilize these at trial.

**Exhibit 1 – Materials Considered**
**Expert Reply Report of Dr. Matthew J.A. Wood**

**Expert Reports**
Opening Expert Report of Steven F. Dowdy, Ph.D. dated September 8, 2023 (redacted)
Rebuttal Expert Report of Steven F. Dowdy, Ph.D. dated October 11, 2023 (excerpted)
Expert Report of Dr. Matthew J.A. Wood dated September 8, 2023
Expert Rebuttal Report of Dr. Matthew J.A. Wood dated October 11, 2023

**NS Patents**
U.S. Patent No. 10,385,092 (NS00000067-0134)
U.S. Patent No. 10,407,461 (NS00000135-0201)
U.S. Patent No. 10,487,106 (NS00000202-0269)
U.S. Patent No. 10,647,741 (NS00000270-0339)
U.S. Patent No. 10,662,217 (NS00000340-0407)
U.S. Patent No. 10,683,322 (NS00000408-0476)

**UWA Patents**
U.S. Patent No. 9,035,040 (NS00156630-6732)
U.S. Patent No. 9,994,851 (SRPT-VYDS-0002641-5241)
U.S. Patent No. 10,227,590 (SRPT-VYDS-0002757-2869)
U.S. Patent No. 10,266,827 (SRPT-VYDS-0002870-2983)

**U.S. Patent Documents**
U.S. Patent Application No. 13/902,376, Response to Office Action (March 21, 2014)
       (NS00156573-6608)
U.S. Patent Application No. 14/317,952, Amendment in Response to Non-Final Office Action
       (February 6, 2015) (NS00156609-6629)

**Other Patent References**
PCT Patent Publication No. WO2006/000057 (SRPT-VYDS-0007892-8103)

**Publications**
Aartsma-Rus, Annemieke et al., *Guidelines for Antisense Oligonucleotide Design and Insight
       Into Splice-modulating Mechanisms*, 17(3) Mol. Ther. 548-553 (March 2009) (SRPT-
       VYDS-0008671-8680)

Arechavala-Gomeza, V. et al., *Comparative Analysis of Antisense Oligonucleotide Sequences for
       Targeted Skipping of Exon 51 During Dystrophin Pre-mRNA Splicing in Human Muscle*,
       18(9) Human. Gene Ther. 798-810 (September 2007) (SRPT-VYDS-0009069-9085)

Errington, Stephen J. et al., *Target selection for antisense oligonucleotide induced exon skipping
       in the dystrophin gene*, 5 J. Gene Med. 518-527 (January 21, 2003) (NS00035839-5848)

Harding, PL et al., *The Influence of Antisense Oligonucleotide Length on Dystrophin Exon Skipping*, 15(1) Mol. Ther. 157-166 (January 2007) (WILTON0015237-5246)

Mann, Christopher J. et al., *Improved antisense oligonucleotide induced exon skipping in the mdx mouse model of muscular dystrophy*, 4 J. Gene Med. 644-654 (August 13, 2002) (SRPT-VYDS-0008356-8364)

Muntoni, Francesco et al., *128th ENMC Int'l Workshop on 'Preclinical optimization and Phase I/II Clinical Trials Using Antisense Oligonucleotides in Duchenne Muscular Dystrophy' 22-24 October 2004, Naarden, The Netherlands*, 15 Neuromuscular Disorders 450-457 (February 18, 2005) (NS00143623-3630)

Wu, Bo et al., *Targeted Skipping of Human Dystrophin Exons in Transgenic Mouse Model Systemically for Antisense Drug Development*, 6(5) PLoS One e19906 (May 17, 2011) (NS00143659-3668)

EXHIBIT 4

REDACTED
IN ITS
ENTIRETY