IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NIPPON SHINYAKU CO., LTD., Plaintiff, v. SAREPTA THERAPEUTICS, INC., Defendant. | ) | C.A. No. 21-1015 (GBW) |
| SAREPTA THERAPEUTICS, INC. and THE UNIVERSITY OF WESTERN AUSTRALIA, Defendant/Counter-Plaintiffs, v. NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC. Plaintiff/Counter-Defendants. | ) | |

**SAREPTA THERAPEUTICS, INC. AND THE UNIVERSITY OF WESTERN AUSTRALIA'S MOTION TO EXCLUDE INEQUITABLE CONDUCT OPINIONS AND TESTIMONY FROM SCOTT E. KAMHOLZ, ESQ.**

Pursuant to Federal Rule of Evidence 702, Sarepta Therapeutics, Inc. ("Sarepta") and the University of Western Australia ("UWA") respectfully move for the Court to exclude the opinions and testimony of Scott E. Kamholz, Esq. relating to inequitable conduct, including the opinions provided in his Opening, Rebuttal, and Reply Reports, served on September 8, 2023, October 11, 2023, and October 27, 2023, respectively, and to preclude Dr. Kamholz from testifying at trial. The grounds for this Motion are set forth in the Opening Brief in support thereof, filed concurrently.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

Jack B. Blumenfeld (#1014)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Defendant/Counter-Plaintiffs Sarepta Therapeutics, Inc. and The University of Western Australia*

OF COUNSEL:

Charles E. Lipsey
J. Derek McCorquindale
Ryan P. O'Quinn
L. Scott Burwell
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
1875 Explorer Street, Suite 800
Reston, VA 20190-6023
(571) 203-2700

William B. Raich
Michael J. Flibbert
John M. Williamson
Yoonhee Kim
Yoonjin Lee
Kaitlyn S. Pehrson
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4000

Alissa K. Lipton
Eric J. Lee, Ph.D.
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
Two Seaport Lane
Boston, MA 02210-2001
(617) 646-1600

Amanda P. Reeves
Anna M. Rathbun
Graham B. Haviland
Jesse Aaron Vella
Michael A. Morin
David P. Frazier
Rebecca L. Rabenstein
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
(202) 637-2200

Ernest Yakob
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

December 11, 2023

**RULE 7.1.1 CERTIFICATION**

Pursuant to D. Del. LR 7.1.1, the subject of this motion was raised with counsel for Nippon Shinyaku Co., Ltd. and NS Pharma, Inc. during a telephonic meet and confer that included Delaware counsel for all parties, and the parties were not able to reach agreement.

*/s/ Megan E. Dellinger*

Megan E. Dellinger (#5739)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NIPPON SHINYAKU CO., LTD.,

Plaintiff,

v.

SAREPTA THERAPEUTICS, INC.,

Defendant.

SAREPTA THERAPEUTICS, INC. and THE UNIVERSITY OF WESTERN AUSTRALIA,

Defendant/Counter-Plaintiffs,

v.

NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC.

Plaintiff/Counter-Defendants.

C.A. No. 21-1015 (GBW)

**[PROPOSED] ORDER GRANTING SAREPTA THERAPEUTICS, INC. AND THE UNIVERSITY OF WESTERN AUSTRALIA'S MOTION TO EXCLUDE INEQUITABLE CONDUCT OPINIONS AND TESTIMONY FROM SCOTT E. KAMHOLZ, ESQ.**

Having considered Sarepta Therapeutics, Inc. ("Sarepta") and the University of Western Australia's ("UWA's") motion to exclude the opinions and testimony of Scott E. Kamholz, Esq. relating to inequitable conduct, and all related papers filed in connection therewith,

**IT IS HEREBY ORDERED** that Sarepta and UWA's motion is **GRANTED**: the opinions and testimony of Scott E. Kamholz, Esq. relating to inequitable conduct (set forth in Dr. Kamholz's Opening, Rebuttal, and Reply Reports, served on September 8, 2023, October 11, 2023, and October 27, 2023) is hereby excluded, and NS shall not offer Dr. Kamholz as a witness at trial.

**IT IS SO ORDERED**, this ___ day of ____________________________, 2024.

______________________________
The Honorable Gregory B. Williams
U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 11, 2023, upon the following in the manner indicated:

Amy M. Dudash, Esquire *VIA ELECTRONIC MAIL*
MORGAN, LEWIS & BOCKIUS LLP
1201 North Market Street, Suite 2201
Wilmington, DE 19801
*Attorneys for Plaintiff*

Amanda S. Williamson, Esquire *VIA ELECTRONIC MAIL*
Christopher J. Betti, Esquire
Krista Vink Venegas, Esquire
Maria E. Doukas, Esquire
Michael T. Sikora, Esquire
Zachary Miller, Esquire
Guylaine Haché, Ph.D.
Wan-Shon Lo, Esquire
MORGAN, LEWIS & BOCKIUS LLP
110 North Wacker Drive, Suite 2800
Chicago, IL 60606
*Attorneys for Plaintiff*

Alison P. Patitucci, Esquire *VIA ELECTRONIC MAIL*
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
*Attorneys for Plaintiff*

Jitsuro Morishita, Esquire *VIA ELECTRONIC MAIL*
MORGAN, LEWIS & BOCKIUS LLP
16F, Marunouchi Building,
2-4-1 Marunouchi, Chiyoda-ku
Tokyo, 100-6316 Japan
*Attorneys for Plaintiff*

*/s/ Megan E. Dellinger*
Megan E. Dellinger (#5739)