IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 21-1015 (GBW) |
| SAREPTA THERAPEUTICS, INC., | ) ) ) ) |
| Defendant. | ) |
| SAREPTA THERAPEUTICS, INC. and THE UNIVERSITY OF WESTERN AUSTRALIA, | ) ) ) |
| Defendant/Counter-Plaintiffs, | ) ) |
| v. | ) ) |
| NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC. | ) ) ) ) |
| Plaintiff/Counter-Defendants. | ) |

**SAREPTA THERAPEUTICS, INC.'S MOTION TO EXCLUDE DOCTRINE OF EQUIVALENTS OPINIONS AND TESTIMONY OF DR. NATHAN W. LUEDTKE**

Pursuant to Federal Rule of Evidence 702, Sarepta Therapeutics, Inc. ("Sarepta") respectfully moves for the Court to exclude the opinions and testimony of Dr. Nathan W. Luedtke relating to infringement of U.S. Patent No. 10,683,322 under the doctrine of equivalents, including his Opening Expert Report and his Reply Expert Report, served on September 8, 2023 and October 27, 2023, respectively, and to preclude Dr. Luedtke from testifying at trial. The grounds for this Motion are set forth in the Opening Brief in support thereof, filed concurrently.

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Megan E. Dellinger* |
| OF COUNSEL: | Jack B. Blumenfeld (#1014) |
| | Megan E. Dellinger (#5739) |
| Charles E. Lipsey | 1201 North Market Street |
| J. Derek McCorquindale | P.O. Box 1347 |
| Ryan P. O'Quinn | Wilmington, DE  19899 |
| L. Scott Burwell | (302) 658-9200 |
| FINNEGAN, HENDERSON, FARABOW, | jblumenfeld@morrisnichols.com |
|   GARRETT & DUNNER, LLP | mdellinger@morrisnichols.com |
| 1875 Explorer Street, Suite 800 | |
| Reston, VA  20190-6023 | *Attorneys for Defendant/Counter-Plaintiffs* |
| (571) 203-2700 | *Sarepta Therapeutics, Inc. and The University of* |
| | *Western Australia* |

OF COUNSEL (cont.):

William B. Raich
Michael J. Flibbert
John M. Williamson
Yoonhee Kim
Yoonjin Lee
Kaitlyn S. Pehrson
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC  20001-4413
(202) 408-4000

Alissa K. Lipton
Eric J. Lee, Ph.D.
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
Two Seaport Lane
Boston, MA  02210-2001
(617) 646-1600

Amanda P. Reeves
Anna M. Rathbun
Graham B. Haviland
Jesse Aaron Vella
Michael A. Morin
David P. Frazier
Rebecca L. Rabenstein
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C.  20004
(202) 637-2200


Ernest Yakob
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

## **RULE 7.1.1 CERTIFICATION**

Pursuant to D. Del. LR 7.1.1, the subject of this motion was raised with counsel for Nippon Shinyaku Co., Ltd. and NS Pharma, Inc. during a telephonic meet and confer that included Delaware counsel for all parties, and the parties were not able to reach agreement.

*/s/ Megan E. Dellinger*

---
Megan E. Dellinger (#5739)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 21-1015 (GBW) |
| SAREPTA THERAPEUTICS, INC., | ) ) ) |
| Defendant. | ) |
| SAREPTA THERAPEUTICS, INC. and THE UNIVERSITY OF WESTERN AUSTRALIA, | ) ) ) |
| Defendant/Counter-Plaintiffs, | ) ) |
| v. | ) ) |
| NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC. | ) ) ) |
| Plaintiff/Counter-Defendants. | ) |

**[PROPOSED] ORDER GRANTING SAREPTA THERAPEUTICS, INC.'S MOTION TO EXCLUDE DOCTRINE OF EQUIVALENTS OPINIONS AND TESTIMONY FROM DR. NATHAN W. LUEDTKE**

Having considered Sarepta Therapeutics, Inc.'s ("Sarepta's") motion to exclude the opinions and testimony of Dr. Nathan W. Luedtke relating to infringement under the doctrine of equivalents and to preclude Dr. Luedtke from testifying at trial, and all related papers filed in connection therewith,

**IT IS HEREBY ORDERED** that Sarepta's Motion is **GRANTED**: the testimony and opinions of Dr. Nathan W. Luedtke relating to infringement of U.S. Patent No. 10,683,322 under the doctrine of equivalents (set forth in Dr. Luedtke's Opening and Reply Expert Reports, served on September 8, 2023 and October 27, 2023, respectively) is hereby excluded, and NS shall not offer Dr. Luedtke as a witness at trial.

**IT IS SO ORDERED**, this ___ day of _____, 2024.

_____
The Honorable Gregory B. Williams
U.S. District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 11, 2023, upon the following in the manner indicated:

| | |
|---|---|
| Amy M. Dudash, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>1201 North Market Street, Suite 2201<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Amanda S. Williamson, Esquire<br>Christopher J. Betti, Esquire<br>Krista Vink Venegas, Esquire<br>Maria E. Doukas, Esquire<br>Michael T. Sikora, Esquire<br>Zachary Miller, Esquire<br>Guylaine Haché, Ph.D.<br>Wan-Shon Lo, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>110 North Wacker Drive, Suite 2800<br>Chicago, IL 60606<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Alison P. Patitucci, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Jitsuro Morishita, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>16F, Marunouchi Building,<br>2-4-1 Marunouchi, Chiyoda-ku<br>Tokyo, 100-6316 Japan<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

/s/ *Megan E. Dellinger*

_____
Megan E. Dellinger (#5739)