IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD.,<br>　　　　Plaintiff,<br><br>v.<br><br>SAREPTA THERAPEUTICS, INC.,<br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| SAREPTA THERAPEUTICS, INC. and THE UNIVERSITY OF WESTERN AUSTRALIA,<br>　　　　Defendant/Counter-Plaintiffs,<br><br>v.<br><br>NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC.,<br>　　　　Plaintiff/Counter-Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

C.A. No. 21-1015 (GBW)

**DEMAND FOR JURY TRIAL**

## [PROPOSED] ORDER

AND NOW, this ____ day of _____, 2024 it is hereby ordered that:

1. Plaintiff/Counter-Defendant Nippon Shinyaku Co., Ltd. and Counter-Defendant NS Pharma, Inc.'s Motion for Summary Judgment of Invalidity of the UWA Patents (Claim II of the Second Amended Complaint, D.I. 86 and Second Defense of NS's Answer to Sarepta's Counterclaims, D.I. 96) is GRANTED;

2. Judgment is entered in favor of Plaintiff and Counter-Defendant and against Defendant Sarepta Therapeutics, Inc. and Counter-Plaintiff University of Western Australia regarding this claim.

_____
Honorable Gregory B. Williams