IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD.,<br>        Plaintiff,<br><br>v.<br><br>SAREPTA THERAPEUTICS, INC.,<br>        Defendant.<br><br>SAREPTA THERAPEUTICS, INC. and THE UNIVERSITY OF WESTERN AUSTRALIA,<br>        Defendant/Counter-Plaintiffs,<br><br>v.<br><br>NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC.,<br>        Plaintiff/Counter Defendants. | C.A. No. 21-1015 (GBW)<br><br>**DEMAND FOR JURY TRIAL** |

**NS'S MOTION FOR SUMMARY JUDGMENT NO. 2 -
<u>INFRINGEMENT OF CERTAIN NS PATENTS</u>**

Pursuant to Federal Rule of Civil Procedure 56, plaintiff Nippon Shinyaku Co., Ltd. and Counter-Defendant NS Pharma, Inc. hereby moves for summary judgment that (i) Sarepta Therapeutics, Inc. directly and indirectly infringes claims 1-3 of US Patent No. 10,385,092 (the "'092 Patent"), claims 1-2 of US Patent No. 10,407,461 (the "'461 Patent"), and claims 1-2 of US Patent No. 10,487,106 (the "'106 Patent") under 35 U.S.C. § 271 (a), (b), and (c); and (ii) Sarepta Therapeutics, Inc. indirectly infringes claims 1-12 of US Patent No. 10,647,741 (the "'741 Patent") and claims 1-4 of US Patent No. 10,662,217 (the "'217 Patent") under 35 U.S.C. § 271 (b) and (c). The grounds for the instant motion are set forth in the accompanying opening brief in support, which is incorporated herein by reference.

Dated: December 11, 2023

Amanda S. Williamson (admitted *pro hac* vice)
Christopher J. Betti (admitted *pro hac* vice)
Krista V. Venegas (admitted *pro hac* vice)
Wan-Shon Lo (admitted *pro hac* vice)
Maria E. Doukas (admitted *pro hac vice*)
Zachary D. Miller (admitted *pro hac vice*)
Guylaine Haché (admitted *pro hac vice*)
Michael T. Sikora (admitted *pro hac vice*)
110 N. Wacker Drive, Suite 2800
Chicago, IL  60601
Telephone:  312.324.1000
Fax:  312.324.1001
amanda.williamson@morganlewis.com
christopher.betti@morganlewis.com
krista.venegas@morganlewis.com
shon.lo@morganlewis.com
maria.doukas@morganlewis.com
zachary.miller@morganlewis.com
guylaine.hache@morganlewis.com
michael.sikora@morganlewis.com

Alison P. Patitucci (admitted *pro hac vice*)
2222 Market Street
Philadelphia, PA  19103
Telephone: 215.693.5000
Fax: 215.963.5001
alison.patitucci@morganlewis.com

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

<u>/s/*Amy M. Dudash*</u>
Amy M. Dudash (DE Bar No. 5741)
1201 N. Market Street, Suite 2201
Wilmington, Delaware 19801
Telephone:  302.574.3000
Fax:  302.574.3001
amy.dudash@morganlewis.com

*Attorneys for Plaintiff/Counterclaim Defendant Nippon Shinyaku Co., Ltd. and Counterclaim Defendant NS Pharma, Inc.*