IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., <br> Plaintiff, <br> v. <br> SAREPTA THERAPEUTICS, INC., <br> Defendant. <br><br> SAREPTA THERAPEUTICS, INC. and THE UNIVERSITY OF WESTERN AUSTRALIA, <br> Defendant/Counter-Plaintiffs, <br> v. <br> NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC., <br> Plaintiff/Counter Defendants. | C.A. No. 21-1015 (GBW) <br><br> **DEMAND FOR JURY TRIAL** |

**[PROPOSED] ORDER**

AND NOW, this _____ day of _____, 2024 it is hereby ordered that:

1. Plaintiff Nippon Shinyaku Co., Ltd.'s and Counter-Defendant NS Pharma, Inc.'s Motion for Summary Judgment regarding Infringement of Certain NS Patents is GRANTED;

2. Judgment is entered in favor of Plaintiff and against defendant Sarepta Therapeutics, Inc. finding that (i) Sarepta Therapeutics, Inc. directly and indirectly infringes claims 1-3 of US Patent No. 10,385,092 (the "'092 Patent"), claims 1-2 of US Patent No. 10,407,461 (the "'461 Patent"), and claims 1-2 of US Patent No. 10,487,106 (the "'106 Patent") under 35 U.S.C. § 271 (a), (b), and (c); and (ii) Sarepta Therapeutics, Inc. indirectly infringes claims 1-12 of US Patent No. 10,647,741 (the "'741 Patent") and claims 1-4 of US Patent No. 10,662,217 (the "'217 Patent") under 35 U.S.C. § 271 (b) and (c).

_____
Honorable Gregory B. Williams