IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD.,<br>　　　　Plaintiff,<br><br>v.<br><br>SAREPTA THERAPEUTICS, INC.,<br>　　　　Defendant.<br><br>SAREPTA THERAPEUTICS, INC. and THE UNIVERSITY OF WESTERN AUSTRALIA,<br>　　　　Defendant/Counter-Plaintiffs<br><br>v.<br><br>NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC.,<br>　　　　Plaintiff/Counter Defendants. | C.A. No. 21-1015 (GBW)<br><br>**DEMAND FOR JURY TRIAL** |

**[PROPOSED] ORDER**

AND NOW, this _____ day of _____, 2024 it is hereby ordered that:

1. Plaintiff Nippon Shinyaku Co., Ltd.'s Motion for Partial Summary Judgment regarding its breach of contract claim (Count I of the Second Amended Complaint, D.I. 86) is GRANTED;

2. Judgment is entered in favor of Plaintiff and against defendant Sarepta Therapeutics, Inc. regarding this claim.

3. Plaintiff is awarded $948,018.22 in damages for its breach of contract claim.

_____
Honorable Gregory B. Williams