# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO. LTD., <br><br> Plaintiff, <br><br> v. <br><br> SAREPTA THERAPEUTICS, INC., <br><br> Defendant. | C.A. No. 21-1015 (GBW) <br><br> **DEMAND FOR JURY TRIAL** |
| SAREPTA THERAPEUTICS, INC. and THE UNIVERSITY OF WESTERN AUSTRALIA <br><br> Defendant/Counter Plaintiffs, <br><br> v. <br><br> NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC. <br><br> Plaintiff/Counter Defendants. | |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT NO. 4 - <u>NO ANTICIPATION</u>**

Pursuant to Federal Rule of Civil Procedure 56, plaintiff Nippon Shinyaku Co., Ltd. hereby moves for partial summary judgment no anticipation of claim 3 of the '092 Patent, claim 2 of the '461 Patent, and claims 1-4 of the '217 Patent. The grounds for the instant motion are set forth in the accompanying opening brief in support, which is incorporated herein by reference.

1

| | |
|---|---|
| Dated:     December 11, 2023 | Respectfully submitted,<br><br>**MORGAN, LEWIS & BOCKIUS LLP** |
| Christopher J. Betti (admitted *pro hac* vice)<br>Krista V. Venegas (admitted *pro hac* vice)<br>Wan-Shon Lo (admitted *pro hac* vice)<br>Maria E. Doukas (admitted *pro hac vice*)<br>Zachary D. Miller (admitted *pro hac vice*)<br>Guylaine Haché (admitted *pro hac vice*)<br>Michael T. Sikora (admitted *pro hac vice*)<br>110 N. Wacker Drive, Suite 2800<br>Chicago, IL  60601<br>Telephone:  312.324.1000<br>Fax:  312.324.1001<br>amanda.williamson@morganlewis.com<br>christopher.betti@morganlewis.com<br>krista.venegas@morganlewis.com<br>shon.lo@morganlewis.com<br>maria.doukas@morganlewis.com<br>zachary.miller@morganlewis.com<br>guylaine.hache@morganlewis.com<br>michael.sikora@morganlewis.com<br><br>Alison P. Patitucci (admitted *pro hac vice*)<br>2222 Market Street<br>Philadelphia, PA  19103<br>Telephone: 215.693.5000<br>Fax: 215.963.5001<br>alison.patitucci@morganlewis.com | */s/ Amy M. Dudash*<br>Amy M. Dudash (DE Bar No. 5741)<br>1201 N. Market Street, Suite 2201<br>Wilmington, Delaware 19801<br>Telephone:  302.574.3000<br>Fax:  302.574.3001<br>amy.dudash@morganlewis.com<br><br>*Attorneys for Plaintiff/Counterclaim Defendant Nippon Shinyaku Co., Ltd. and Counterclaim Defendant NS Pharma, Inc.* |