IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO. LTD., <br><br> Plaintiff, <br><br> v. <br><br> SAREPTA THERAPEUTICS, INC., <br><br> Defendant. | C.A. No. 21-1015 (GBW) <br><br> **DEMAND FOR JURY TRIAL** |
| SAREPTA THERAPEUTICS, INC. and THE UNIVERSITY OF WESTERN AUSTRALIA <br><br> Defendant/Counter Plaintiffs, <br><br> v. <br><br> NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC. <br><br> Plaintiff/Counter Defendants. | |

**[PROPOSED] ORDER**

AND NOW, this ____ day of _____, 2024 it is hereby ordered that:

1. Plaintiff Nippon Shinyaku Co., Ltd.'s Motion for Partial Summary Judgment No. 3 of No Anticipation for Claim 3 of the '092 Patent, Claim 2 of the '461 Patent, and Claims 1-4 of the '217 Patent is GRANTED;

2. Judgment is entered in favor of Plaintiff and against defendant Sarepta Therapeutics, Inc. regarding this defense.

_____
Honorable Gregory B. Williams