IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD.,<br>        Plaintiff,<br><br>v.<br><br>SAREPTA THERAPEUTICS, INC.,<br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)    C.A. No. 21-1015 (GBW)<br><br>     **DEMAND FOR JURY TRIAL** |
| SAREPTA THERAPEUTICS, INC. and THE UNIVERSITY OF WESTERN AUSTRALIA,<br>        Defendant/Counter-Plaintiffs,<br><br>v.<br><br>NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC.,<br>        Plaintiff/Counter Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER

AND NOW, this _____ day of _____, 2024 it is hereby ordered that:

1. Plaintiff Nippon Shinyaku Co., Ltd.'s Motion for Partial Summary Judgment No. 5 of No Inequitable Conduct (Counterclaim VI and Fifteenth Defense of the Second Amended Answer and Counterclaims, D.I. 328) is GRANTED;

2. Judgment is entered in favor of Plaintiff and against defendant Sarepta Therapeutics, Inc. regarding this defense.

_____<br>
Honorable Gregory B. Williams