IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD.,<br>        Plaintiff,<br><br>v.<br><br>SAREPTA THERAPEUTICS, INC.,<br>        Defendant.<br><br>SAREPTA THERAPEUTICS, INC. and THE UNIVERSITY OF WESTERN AUSTRALIA,<br>        Defendant/Counter-Plaintiffs<br><br>v.<br><br>NIPPON SHINYAKU CO., LTD. And NS PHARMA, INC.,<br>        Plaintiff/Counter Defendants. | C.A. No. 21-1015 (GBW)<br><br>**DEMAND FOR JURY TRIAL** |

## [PROPOSED] ORDER

AND NOW, this ____ day of _____, 2024 it is hereby ordered that:

1. Plaintiff Nippon Shinyaku Co., Ltd.'s *Daubert* Motion to Exclude Testimony and Opinions of Andrew Hirshfeld is GRANTED;

2. Mr. Hirshfeld's opinions regarding the governing law including opinions in paragraphs 23-31, 69-75, 86-100 of Mr. Hirshfeld's October 11, 2023 Expert Report and paragraphs 12-14 of Mr. Hirshfeld's October 27, 2023 Rebuttal Report are hereby excluded.

_____
Honorable Gregory B. Williams