# Exhibit A

# REDACTED IN ITS ENTIRETY

# Exhibit B

REDACTED

IN ITS

ENTIRETY