IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SAREPTA THERAPEUTICS, INC., ) <br> ) <br> Defendant. ) <br> SAREPTA THERAPEUTICS, INC. and THE ) <br> UNIVERSITY OF WESTERN AUSTRALIA, ) <br> ) <br> Defendant/Counter-Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> NIPPON SHINYAKU CO., LTD. ) <br> and NS PHARMA, INC. ) <br> ) <br> Plaintiff/Counter-Defendants. ) | C.A. No. 21-1015 (GBW) <br><br> ▬▬▬▬▬▬ <br><br> ▬▬▬▬▬▬▬▬▬▬▬▬ <br><br> **VOLUME 2 OF 6 (Exhibits 9-14 Part 1)** <br><br> REDACTED - PUBLIC VERSION |

**DECLARATION OF MEGAN E. DELLINGER IN SUPPORT OF SAREPTA
THERAPEUTICS, INC. AND THE UNIVERSITY OF WESTERN AUSTRALIA'S
MOTIONS FOR SUMMARY JUDGMENT AND MOTIONS TO EXCLUDE CERTAIN
OPINIONS AND TESTIMONY OF PLAINTIFF/COUNTER-DEFENDANTS' EXPERTS**