IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., | ) |
| | ) |
| Plaintiff, | ) C.A. No. 21-1015 (GBW) |
| | ) |
| v. | ) ▮▮▮▮▮▮▮▮▮▮ |
| | ) |
| SAREPTA THERAPEUTICS, INC., | ) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| | ) |
| Defendant. | ) |
| SAREPTA THERAPEUTICS, INC. and THE | ) **VOLUME 4 OF 6 (Exhibits 16-22)** |
| UNIVERSITY OF WESTERN AUSTRALIA, | ) |
| | ) REDACTED - PUBLIC VERSION |
| Defendant/Counter-Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| NIPPON SHINYAKU CO., LTD. | ) |
| and NS PHARMA, INC. | ) |
| | ) |
| Plaintiff/Counter-Defendants. | ) |

**DECLARATION OF MEGAN E. DELLINGER IN SUPPORT OF SAREPTA
THERAPEUTICS, INC. AND THE UNIVERSITY OF WESTERN AUSTRALIA'S
MOTIONS FOR SUMMARY JUDGMENT AND MOTIONS TO EXCLUDE CERTAIN
OPINIONS AND TESTIMONY OF PLAINTIFF/COUNTER-DEFENDANTS' EXPERTS**