# EXHIBIT 16



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS, SHALL COME:

**UNITED STATES DEPARTMENT OF COMMERCE**
United States Patent and Trademark Office

April 25, 2022

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE FILE WRAPPER AND CONTENTS OF:

APPLICATION NUMBER: *16/112,453*
FILING DATE: *August 24, 2018*
PATENT NUMBER: *10,266,827*
ISSUE DATE: *April 23, 2019*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

Wanda Montgomery
**Certifying Officer**

SRPT-VYDS-0005993

DocCode – SEQ.TXT

# SCORE Placeholder Sheet for IFW Content

Application Number: 16112453          Document Date: 08/24/2018

The presence of this form in the IFW record indicates that the following document type was received in electronic format on the date identified above.  This content is stored in the SCORE database.

Since this was an electronic submission, there is no physical artifact folder, no artifact folder is recorded in PALM, and no paper documents or physical media exist.  The TIFF images in the IFW record were created from the original documents that are stored in SCORE.

- Sequence Listing

At the time of document entry (noted above):
- USPTO employees may access SCORE content via eDAN using the Supplemental Content tab, or via the SCORE web page.
- External customers may access SCORE content via PAIR using the Supplemental Content tab.

Form Revision Date:  August 26, 2013

SRPT-VYDS-0005994

PTO/AIA/15 (10-17)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# UTILITY
# PATENT APPLICATION
# TRANSMITTAL

*(Only for new nonprovisional applications under 37 CFR 1.53(b))*

| Attorney Docket No. | 4140.01500B1 |
| First Named Inventor | Stephen Donald WILTON |
| Title | See attached addendum |
| Priority Mail Express® Label No. | |

## APPLICATION ELEMENTS

*See MPEP chapter 600 concerning utility patent application contents.*

**ADDRESS TO:**

**Commissioner for Patents**
**P.O. Box 1450**
**Alexandria, VA 22313-1450**

1. ☐ **Fee Transmittal Form**
   (PTO/SB/17 or equivalent)

2. ☑ **Applicant asserts small entity status.**
   See 37 CFR 1.27

3. ☐ **Applicant certifies micro entity status.** See 37 CFR 1.29.
   Applicant must attach form PTO/SB/15A or B or equivalent.

4. ☑ **Specification**          [Total Pages 68]
   Both the claims and abstract must start on a new page.
   *(See MPEP § 608.01(a) for information on the preferred arrangement)*

5. ☑ **Drawing(s)** (35 U.S.C. 113)    [Total Sheets 22]

6. **Inventor's Oath or Declaration**     [Total Pages ___]
   *(including substitute statements under 37 CFR 1.64 and assignments serving as an oath or declaration under 37 CFR 1.63(e))*
   a. ☐ Newly executed (original or copy)
   b. ☐ A copy from a prior application (37 CFR 1.63(d))

7. ☑ **Application Data Sheet** *See note below.*
   See 37 CFR 1.76 (PTO/AIA/14 or equivalent)

8. **CD-ROM or CD-R**
   in duplicate, large table, or Computer Program *(Appendix)*
   ☐ Landscape Table on CD

9. **Nucleotide and/or Amino Acid Sequence Submission**
   *(if applicable, items a. – c. are required)*
   a. ☑ Computer Readable Form (CRF)
   b. ☐ Specification Sequence Listing on:
      i. ☐ CD-ROM or CD-R (2 copies); or
      ii. ☐ Paper
   c. ☐ Statements verifying identity of above copies

## ACCOMPANYING APPLICATION PAPERS

10. ☐ **Assignment Papers**
    (cover sheet & document(s))
    Name of Assignee ___

11. ☐ **37 CFR 3.73(c) Statement**      ☐ **Power of Attorney**
    (when there is an assignee)

12. ☐ **English Translation Document**
    (if applicable)

13. ☐ **Information Disclosure Statement**
    (PTO/SB/08 or PTO-1449)
    ☐ Copies of citations attached

14. ☐ **Preliminary Amendment**

15. ☐ **Return Receipt Postcard**
    (MPEP § 503) (Should be specifically itemized)

16. ☐ **Certified Copy of Priority Document(s)**
    (if foreign priority is claimed)

17. ☐ **Nonpublication Request**
    Under 35 U.S.C. 122(b)(2)(B)(i). Applicant must attach form PTO/SB/35 or equivalent.

18. ☑ **Other:** Authorization Under 37 C.F.R. 1.136(a)(3)
    Certification and Request for Prioritized Examination
    Under 37 CFR 1.102(e)

**\*Note:** (1) Benefit claims under 37 CFR 1.78 and foreign priority claims under 1.55 **must** be included in an Application Data Sheet (ADS).
(2) For applications filed under 35 U.S.C. 111, the application must contain an ADS specifying the applicant if the applicant is an assignee, person to whom the inventor is under an obligation to assign, or person who otherwise shows sufficient proprietary interest in the matter. See 37 CFR 1.46(b).

## 19. CORRESPONDENCE ADDRESS

☑ The address associated with Customer Number: 153767      **OR**   ☐ Correspondence address below

| Name | |
| Address | |
| City | | State | | Zip Code | |
| Country | | Telephone | | Email | |

| Signature | /John M. Covert, #38,759/ | Date | Aug. 24, 2018 |
| Name (Print/Type) | John M. Covert | Registration No. (Attorney/Agent) | 38,759 |

This collection of information is required by 37 CFR 1.53(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

# Addendum

ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING
AND METHODS OF USE THEREOF

SRPT-VYDS-0005996

```
===========================================================
Sequence Listing was accepted.
See attached Validation Report.
If you need help call the Patent Electronic Business Center at (866)
217-9197 (toll free).
Reviewer: Saleem, Syed (ASRC)
Timestamp: [year=2018; month=8; day=29; hr=10; min=16; sec=54; ms=751; ]
===========================================================
```

SRPT-VYDS-0005997

Validated By CRFValidator v 1.0.0.2

Application No:        16112453          Version No:          1.0

Input Set:

Output Set:

| | |
|---|---|
| Started: | 2018-08-24 18:47:54.340 |
| Finished: | 2018-08-24 18:47:55.473 |
| Elapsed: | 0 hr(s) 0 min(s) 1 sec(s) 133 ms |
| Total Warnings: | 212 |
| Total Errors: | 1 |
| No. of SeqIDs Defined: | 214 |
| Actual SeqID Count: | 214 |

| Error code | | Error Description |
|---|---|---|
| E | 287 | Invalid WIPO ST.2 date format; Use (YYYY-MM-DD) in <141> |
| W | 213 | Artificial or Unknown found in <213> in SEQ ID (1) |
| W | 213 | Artificial or Unknown found in <213> in SEQ ID (2) |
| W | 213 | Artificial or Unknown found in <213> in SEQ ID (3) |
| W | 213 | Artificial or Unknown found in <213> in SEQ ID (4) |
| W | 213 | Artificial or Unknown found in <213> in SEQ ID (5) |
| W | 213 | Artificial or Unknown found in <213> in SEQ ID (6) |
| W | 213 | Artificial or Unknown found in <213> in SEQ ID (7) |
| W | 213 | Artificial or Unknown found in <213> in SEQ ID (8) |
| W | 213 | Artificial or Unknown found in <213> in SEQ ID (9) |
| W | 213 | Artificial or Unknown found in <213> in SEQ ID (10) |
| W | 213 | Artificial or Unknown found in <213> in SEQ ID (11) |
| W | 213 | Artificial or Unknown found in <213> in SEQ ID (12) |
| W | 213 | Artificial or Unknown found in <213> in SEQ ID (13) |
| W | 213 | Artificial or Unknown found in <213> in SEQ ID (14) |
| W | 213 | Artificial or Unknown found in <213> in SEQ ID (15) |
| W | 213 | Artificial or Unknown found in <213> in SEQ ID (16) |
| W | 213 | Artificial or Unknown found in <213> in SEQ ID (17) |
| W | 213 | Artificial or Unknown found in <213> in SEQ ID (18) |
| W | 213 | Artificial or Unknown found in <213> in SEQ ID (19) |

SRPT-VYDS-0005998

**Input Set:**

**Output Set:**

|  |  |
|---|---|
| **Started:** | 2018-08-24 18:47:54.340 |
| **Finished:** | 2018-08-24 18:47:55.473 |
| **Elapsed:** | 0 hr(s) 0 min(s) 1 sec(s) 133 ms |
| **Total Warnings:** | 212 |
| **Total Errors:** | 1 |
| **No. of SeqIDs Defined:** | 214 |
| **Actual SeqID Count:** | 214 |

Error code      Error Description

W   213          Artificial or Unknown found in <213>  in SEQ ID (20)
                      This error has occured more than 20 times, will not be displayed

SRPT-VYDS-0005999

SEQUENCE LISTING

```
<110> WILTON, STEPHEN DONALD
      FLETCHER, SUE
      MCCLOREY, GRAHAM

<120> ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS
      OF USE THEREOF

<130> 4140.01500B1

<140> US 16/112,453
<141> 2018-08-24

<150> US 15/274,772
<151> 2016-09-23

<150> 14/740,097
<151> 2015-06-15

<150> 13/741,150
<151> 2013-01-14

<150> 13/168,857
<151> 2011-06-24

<150> 12/837,359
<151> 2010-07-15

<150> 11/570,691
<151> 2008-01-15

<150> PCT/AU2005/000943
<151> 2005-06-28

<150> AU 2004903474
<151> 2004-06-28

<160> 214

<170> PatentIn version 3.5

<210> 1
<211> 24
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 1
gauagguggu aucaacaucu guaa                                      24


<210> 2
```

```
<211> 21
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 2
gauagguggu aucaacaucu g                                    21


<210> 3
<211> 25
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 3
gauagguggu aucaacaucu guaag                                25


<210> 4
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 4
ggugguauca acacucuguaa                                     20


<210> 5
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 5
guaucaacau cuguaagcac                                      20


<210> 6
<211> 23
```

SRPT-VYDS-0006001

```
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 6
ugcauguucc agucguugug ugg                                23


<210> 7
<211> 25
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 7
cacuauucca gucaaauagg ucugg                              25


<210> 8
<211> 25
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 8
auuuaccaac cuucaggauc gagua                              25


<210> 9
<211> 21
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 9
ggccuaaaac acauacacau a                                  21


<210> 10
<211> 20
<212> RNA
```

SRPT-VYDS-0006002

```
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Canine 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 10
cauuuuugac cuacaugugg                                          20


<210> 11
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Canine 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 11
uuugaccuac auguggaaag                                          20


<210> 12
<211> 26
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Canine 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 12
uacauuuuug accuacaugu ggaaag                                   26


<210> 13
<211> 22
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Canine 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 13
auuuuugacc uacaugggaa ag                                       22


<210> 14
<211> 23
<212> RNA
<213> Artificial Sequence
```

```
<220>
<223> Description of Artificial Sequence: Synthetic
      Canine 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 14
uacgaguuga uugucggacc cag                                        23


<210> 15
<211> 25
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Canine 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 15
guggucuccu uaccuaugac ugugg                                      25


<210> 16
<211> 17
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Canine 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 16
ggucuccuua ccuauga                                               17


<210> 17
<211> 24
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 17
ugucucagua aucuucuuac cuau                                       24


<210> 18
<211> 24
<212> RNA
<213> Artificial Sequence
```

```
<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 18
ucuuaccuau gacuauggau gaga                                   24


<210> 19
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 19
gcaugaacuc uuguggaucc                                        20


<210> 20
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 20
ccaggguacu acuuacauua                                        20


<210> 21
<211> 21
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 21
aucguguguc acagcaucca g                                      21


<210> 22
<211> 30
<212> RNA
<213> Artificial Sequence

<220>
```

```
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide


<400> 22
uguucagggc augaacucuu guggauccuu                                    30



<210> 23
<211> 31
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 23
uaggaggcgc cucccauccu guaggucacu g                                  31



<210> 24
<211> 31
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 24
aggucuagga ggcgccuccc auccuguagg u                                  31



<210> 25
<211> 25
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 25
gcgccuccca uccuguaggu cacug                                         25



<210> 26
<211> 26
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
```

SRPT-VYDS-0006006

```
          Human 2'-O-methyl phosphorothioate antisense
          oligonucleotide

<400> 26
cuucgaggag gucuaggagg cgccuc                                    26


<210> 27
<211> 21
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 27
cucccauccu guaggucacu g                                         21


<210> 28
<211> 22
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 28
uaccaguuuu ugcccuguca gg                                        22


<210> 29
<211> 26
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 29
ucaauaugcu gcucccaaa cugaaa                                     26


<210> 30
<211> 25
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
```

SRPT-VYDS-0006007

```
        oligonucleotide

<400> 30
cuaggaggcg ccucccaucc uguag                                      25


<210> 31
<211> 31
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 31
uuaugauuuc caucuacgau gucaguacuu c                               31


<210> 32
<211> 31
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 32
cuuaccugcc aguggaggau uauauuccaa a                               31


<210> 33
<211> 25
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 33
caucaggauu cuuaccugcc agugg                                      25


<210> 34
<211> 25
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide
```

SRPT-VYDS-0006008

```
<400> 34
cgaugucagu acuuccaaua uucac                                          25


<210> 35
<211> 18
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 35
accauucauc aggauucu                                                 18


<210> 36
<211> 18
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 36
accugccagu ggaggauu                                                 18


<210> 37
<211> 27
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 37
ccaauauuca cuaaaucaac cuguuaa                                       27


<210> 38
<211> 30
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide
```

```
<400> 38
caggauucuu accugccagu ggaggauuau                                   30


<210> 39
<211> 31
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 39
acgaugucag uacuuccaau auucacuaaa u                                 31


<210> 40
<211> 31
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 40
auuuccaucu acgaugucag uacuuccaau a                                 31


<210> 41
<211> 21
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 41
caggagcuuc caaaugcugc a                                            21


<210> 42
<211> 29
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 42
```

cuugucuuca ggagcuucca aaugcugca                                    29


<210> 43
<211> 22
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 43
uccucagcag aaagaagcca cg                                           22


<210> 44
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 44
uuagaaaucu cuccuugugc                                              20


<210> 45
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 45
uaaauugggu guuacacaau                                              20


<210> 46
<211> 24
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 46
cccugaggca uucccaucuu gaau                                         24

SRPT-VYDS-0006011

```
<210> 47
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 47
aggacuuacu ugcuuuguuu                                          20


<210> 48
<211> 23
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 48
cuugaauuua ggagauucau cug                                      23


<210> 49
<211> 23
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 49
caucuucuga uaauuuuccu guu                                      23


<210> 50
<211> 24
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 50
ucuucuguuu uuguuuagcca guca                                    24
```

SRPT-VYDS-0006012

```
<210> 51
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 51
ucuauguaaa cugaaaauuu                                            20


<210> 52
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 52
uucuggagau ccauuaaaac                                            20


<210> 53
<211> 24
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 53
cagcaguugc gugaucucca cuag                                       24


<210> 54
<211> 21
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 54
uucaucaacu accaccacca u                                          21
```

SRPT-VYDS-0006013

```
<210> 55
<211> 25
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 55
cuaagcaaaa uaaucugacc uuaag                                     25


<210> 56
<211> 28
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 56
cuuguaaaag aacccagcgg ucuucugu                                  28


<210> 57
<211> 22
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 57
caucuacaga uguuugccca uc                                        22


<210> 58
<211> 23
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 58
gaaggauguc uuguaaaaga acc                                       23


<210> 59
```

SRPT-VYDS-0006014

```
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 59
accuguucuu caguaagacg                                          20


<210> 60
<211> 24
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 60
caugacacac cuguucuuca guaa                                     24


<210> 61
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<4
```

Doc Code: TRACK1.REQ
Document Description: TrackOne Request

PTO/AIA/424 (04-14)

## CERTIFICATION AND REQUEST FOR PRIORITIZED EXAMINATION
## UNDER 37 CFR 1.102(e) (Page 1 of 1)

| First Named Inventor: | Stephen Donald WILTON | Nonprovisional Application Number (if known): | |
|---|---|---|---|
| Title of Invention: | ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF | | |

**APPLICANT HEREBY CERTIFIES THE FOLLOWING AND REQUESTS PRIORITIZED EXAMINATION FOR THE ABOVE-IDENTIFIED APPLICATION.**

1. The processing fee set forth in 37 CFR 1.17(i)(1) and the prioritized examination fee set forth in 37 CFR 1.17(c) have been filed with the request. The publication fee requirement is met because that fee, set forth in 37 CFR 1.18(d), is currently $0. The basic filing fee, search fee, and examination fee are filed with the request or have been already been paid. I understand that any required excess claims fees or application size fee must be paid for the application.

2. I understand that the application may not contain, or be amended to contain, more than four independent claims, more than thirty total claims, or any multiple dependent claims, and that any request for an extension of time will cause an outstanding Track I request to be dismissed.

3. The applicable box is checked below:

   I. ☑ **Original Application (Track One) - Prioritized Examination under § 1.102(e)(1)**

   i. (a) The application is an original nonprovisional utility application filed under 35 U.S.C. 111(a). This certification and request is being filed with the utility application via EFS-Web.
   ---OR---
   (b) The application is an original nonprovisional plant application filed under 35 U.S.C. 111(a). This certification and request is being filed with the plant application in paper.

   ii. An executed inventor's oath or declaration under 37 CFR 1.63 or 37 CFR 1.64 for each inventor, **or** the application data sheet meeting the conditions specified in 37 CFR 1.53(f)(3)(i) is filed with the application.

   II. ☐ **Request for Continued Examination - Prioritized Examination under § 1.102(e)(2)**

   i. A request for continued examination has been filed with, or prior to, this form.
   ii. If the application is a utility application, this certification and request is being filed via EFS-Web.
   iii. The application is an original nonprovisional utility application filed under 35 U.S.C. 111(a), or is a national stage entry under 35 U.S.C. 371.
   iv. This certification and request is being filed prior to the mailing of a first Office action responsive to the request for continued examination.
   v. No prior request for continued examination has been granted prioritized examination status under 37 CFR 1.102(e)(2).

| Signature | /John M. Covert, #38,759/ | Date | Aug. 24, 2018 |
|---|---|---|---|
| Name (Print/Typed) | John M. Covert | Practitioner Registration Number | 38,759 |

**Note:** This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4(d) for signature requirements and certifications. Submit multiple forms if more than one signature is required.*

☐ *Total of _____ forms are submitted.

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Inventors: WILTON *et al.* | Confirmation No.: *To Be Assigned* |
| Applicant: The University of Western Australia | Art Unit: *To Be Assigned* |
| Application No.: *To Be Assigned* | Examiner: *To Be Assigned* |
| Filed: August 24, 2018 | Atty. Docket: 4140.01500B1 |

Title: **ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF**

**Authorization to Treat a Reply as Incorporating an Extension of Time Under 37 C.F.R. § 1.136(a)(3)**

Commissioner for Patents
PO Box 1450
Alexandria, VA 22313-1450

Commissioner:

The U.S. Patent and Trademark Office is hereby authorized to treat any concurrent or future reply that requires a petition for an extension of time under this paragraph for its timely submission, as incorporating a petition for extension of time for the appropriate length of time. The U.S. Patent and Trademark Office is hereby authorized to charge all required extension of time fees to our Deposit Account No. 19-0036, if such fees are not otherwise provided for in such reply.

Respectfully submitted,

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

John M. Covert
Attorney for Applicant
Registration No. 38,759

Date:  Aug. 24, 2018

1100 New York Avenue, N.W.
Washington, D.C. 20005-3934
(202) 371-2600
9894726_1.docx

SRPT-VYDS-0006017

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 4140.01500B1 |
|---|---|---|
| | Application Number | |

| Title of Invention | ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF |
|---|---|

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76.
This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2:

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2 (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

## Inventor Information:

**Inventor    1**    [Remove]
**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Stephen | Donald | WILTON | |

**Residence Information (Select One)** ○ US Residency ● Non US Residency ○ Active US Military Service

| City | Applecross | Country of Residence [i] | AU |
|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | 18 Spey Road | | |
|---|---|---|---|
| Address 2 | | | |
| City | Applecross | State/Province | |
| Postal Code | 6153 | Country [i] | AU |

**Inventor    2**    [Remove]
**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Sue | | FLETCHER | |

**Residence Information (Select One)** ○ US Residency ● Non US Residency ○ Active US Military Service

| City | Bayswater | Country of Residence [i] | AU |
|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | 14 Roberts Street | | |
|---|---|---|---|
| Address 2 | | | |
| City | Bayswater | State/Province | |
| Postal Code | 6053 | Country [i] | AU |

**Inventor    3**    [Remove]
**Legal Name**

SRPT-VYDS-0006018

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 4140.01500B1 |
|---|---|---|
| | Application Number | |

| Title of Invention | ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF |
|---|---|

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Graham | | MCCLOREY | |

**Residence Information (Select One)**  ○ US Residency  ● Non US Residency  ○ Active US Military Service

| City | Bayswater | Country of Residence i | | AU |
|---|---|---|---|---|

Mailing Address of Inventor:

| Address 1 | 8 Digwood Close |
|---|---|
| Address 2 | |

| City | Bayswater | State/Province | |
|---|---|---|---|
| Postal Code | 6053 | Country i | AU |

All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the **Add** button.    [ Add ]

## Correspondence Information:

Enter either Customer Number or complete the Correspondence Information section below.
For further information see 37 CFR 1.33(a).

☐ An Address is being provided for the correspondence Information of this application.

| Customer Number | 153767 |
|---|---|
| Email Address | | [ Add Email ] [ Remove Email ] |

## Application Information:

| Title of the Invention | ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF | |
|---|---|---|
| Attorney Docket Number | 4140.01500B1 | Small Entity Status Claimed  ☒ |
| Application Type | Nonprovisional | |
| Subject Matter | Utility | |
| Total Number of Drawing Sheets (if any) | 22 | Suggested Figure for Publication (if any) | |

## Filing By Reference:

Only complete this section when filing an application by reference under 35 U.S.C. 111(c) and 37 CFR 1.57(a). Do not complete this section if application papers including a specification and any drawings are being filed. Any domestic benefit or foreign priority information must be provided in the appropriate section(s) below (i.e., "Domestic Benefit/National Stage Information" and "Foreign Priority Information").

For the purposes of a filing date under 37 CFR 1.53(b), the description and any drawings of the present application are replaced by this reference to the previously filed application, subject to conditions and requirements of 37 CFR 1.57(a).

| Application number of the previously filed application | Filing date (YYYY-MM-DD) | Intellectual Property Authority or Country |
|---|---|---|
| | | |

SRPT-VYDS-0006019

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 4140.01500B1 |
|---|---|---|
| | Application Number | |

| Title of Invention | ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF |
|---|---|

## Publication Information:

| ☐ | Request Early Publication (Fee required at time of Request 37 CFR 1.219) |
|---|---|
| ☐ | **Request Not to Publish.** I hereby request that the attached application not be published under 35 U.S.C. 122(b) and certify that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing. |

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32). Either enter Customer Number or complete the Representative Name section below. If both sections are completed the customer Number will be used for the Representative Information during processing.

| Please Select One: | ◉ Customer Number | ◯ US Patent Practitioner | ◯ Limited Recognition (37 CFR 11.9) |
|---|---|---|---|
| Customer Number | 153767 | | |

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, 365(c) or 386(c) or indicate National Stage entry from a PCT application. Providing benefit claim information in the Application Data Sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78.
When referring to the current application, please leave the "Application Number" field blank.

| Prior Application Status | Pending | | | Remove |
|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) | |
| | Continuation of | 15274772 | 2016-09-23 | |

| Prior Application Status | Patented | | | | Remove |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 15274772 | Continuation of | 14740097 | 2015-06-15 | 9605262 | 2017-03-28 |

| Prior Application Status | Abandoned | | | Remove |
|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) | |
| 14740097 | Continuation of | 13741150 | 2013-01-14 | |

| Prior Application Status | Abandoned | | | Remove |
|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) | |
| 13741150 | Continuation of | 13168857 | 2011-06-24 | |

EFS Web 2.2.13

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 4140.01500B1 |
|---|---|---|
| | Application Number | |

| Title of Invention | ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF |
|---|---|

| Prior Application Status | Patented | | | | [Remove] |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 13168857 | Continuation of | 12837359 | 2010-07-15 | 8232384 | 2012-07-31 |

| Prior Application Status | Patented | | | | [Remove] |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 12837359 | Continuation of | 11570691 | 2008-01-15 | 7807816 | 2010-10-05 |

| Prior Application Status | Expired | | |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| 11570691 | a 371 of international | PCT/AU2005/000943 | 2005-06-28 |

Additional Domestic Benefit/National Stage Data may be generated within this form by selecting the Add button.

## Foreign Priority Information:

This section allows for the applicant to claim priority to a foreign application. Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55. When priority is claimed to a foreign application that is eligible for retrieval under the priority document exchange program (PDX)[i] the information will be used by the Office to automatically attempt retrieval pursuant to 37 CFR 1.55(i)(1) and (2). Under the PDX program, applicant bears the ultimate responsibility for ensuring that a copy of the foreign application is received by the Office from the participating foreign intellectual property office, or a certified copy of the foreign priority application is filed, within the time period specified in 37 CFR 1.55(g)(1).

| Application Number | Country[i] | Filing Date (YYYY-MM-DD) | Access Code[i] (if applicable) | [Remove] |
|---|---|---|---|---|
| 2004903474 | AU | 2004-06-28 | | |

Additional Foreign Priority Data may be generated within this form by selecting the Add button.

## Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications

☐ This application (1) claims priority to or the benefit of an application filed before March 16, 2013 and (2) also contains, or contained at any time, a claim to a claimed invention that has an effective filing date on or after March 16, 2013.
NOTE: By providing this statement under 37 CFR 1.55 or 1.78, this application, with a filing date on or after March 16, 2013, will be examined under the first inventor to file provisions of the AIA.

EFS Web 2.2.13

SRPT-VYDS-0006021

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 4140.01500B1 |
| | Application Number | |

| Title of Invention | ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF |

## Authorization or Opt-Out of Authorization to Permit Access:

When this Application Data Sheet is properly signed and filed with the application, applicant has provided written authority to permit a participating foreign intellectual property (IP) office access to the instant application-as-filed (see paragraph A in subsection 1 below) and the European Patent Office (EPO) access to any search results from the instant application (see paragraph B in subsection 1 below).

Should applicant choose not to provide an authorization identified in subsection 1 below, applicant **must opt-out** of the authorization by checking the corresponding box A or B or both in subsection 2 below.

**NOTE**: This section of the Application Data Sheet is **ONLY** reviewed and processed with the **INITIAL** filing of an application. After the initial filing of an application, an Application Data Sheet cannot be used to provide or rescind authorization for access by a foreign IP office(s). Instead, Form PTO/SB/39 or PTO/SB/69 must be used as appropriate.

1. **Authorization to Permit Access by a Foreign Intellectual Property Office(s)**

A. **Priority Document Exchange (PDX)** - Unless box A in subsection 2 (opt-out of authorization) is checked, the undersigned hereby **grants the USPTO authority** to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the State Intellectual Property Office of the People's Republic of China (SIPO), the World Intellectual Property Organization (WIPO), and any other foreign intellectual property office participating with the USPTO in a bilateral or multilateral priority document exchange agreement in which a foreign application claiming priority to the instant patent application is filed, access to: (1) the instant patent application-as-filed and its related bibliographic data, (2) any foreign or domestic application to which priority or benefit is claimed by the instant application and its related bibliographic data, and (3) the date of filing of this Authorization. See 37 CFR 1.14(h)(1).

B. **Search Results from U.S. Application to EPO** - Unless box B in subsection 2 (opt-out of authorization) is checked, the undersigned hereby **grants the USPTO authority** to provide the EPO access to the bibliographic data and search results from the instant patent application when a European patent application claiming priority to the instant patent application is filed. See 37 CFR 1.14(h)(2).

The applicant is reminded that the EPO's Rule 141(1) EPC (European Patent Convention) requires applicants to submit a copy of search results from the instant application without delay in a European patent application that claims priority to the instant application.

2. **Opt-Out of Authorizations to Permit Access by a Foreign Intellectual Property Office(s)**

☐ A. Applicant **DOES NOT** authorize the USPTO to permit a participating foreign IP office access to the instant application-as-filed. If this box is checked, the USPTO will not be providing a participating foreign IP office with any documents and information identified in subsection 1A above.

☐ B. Applicant **DOES NOT** authorize the USPTO to transmit to the EPO any search results from the instant patent application. If this box is checked, the USPTO will not be providing the EPO with search results from the instant application.

**NOTE:** Once the application has published or is otherwise publicly available, the USPTO may provide access to the application in accordance with 37 CFR 1.14.

SRPT-VYDS-0006022

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 4140.01500B1 |
|---|---|---|
| | Application Number | |

| Title of Invention | ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF |
|---|---|

## Applicant Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

**Applicant 1**

If the applicant is the inventor (or the remaining joint inventor or inventors under 37 CFR 1.45), this section should not be completed. The information to be provided in this section is the name and address of the legal representative who is the applicant under 37 CFR 1.43; or the name and address of the assignee, person to whom the inventor is under an obligation to assign the invention, or person who otherwise shows sufficient proprietary interest in the matter who is the applicant under 37 CFR 1.46. If the applicant is an applicant under 37 CFR 1.46 (assignee, person to whom the inventor is obligated to assign, or person who otherwise shows sufficient proprietary interest) together with one or more joint inventors, then the joint inventor or inventors who are also the applicant should be identified in this section.

Clear

| ⦿ Assignee | ○ Legal Representative under 35 U.S.C. 117 | ○ Joint Inventor |
|---|---|---|
| ○ Person to whom the inventor is obligated to assign. | ○ Person who shows sufficient proprietary interest | |

If applicant is the legal representative, indicate the authority to file the patent application, the inventor is:

Name of the Deceased or Legally Incapacitated Inventor:

If the Applicant is an Organization check here. ☒

| Organization Name | The University of Western Australia |
|---|---|

**Mailing Address Information For Applicant:**

| Address 1 | 35 Stirling Highway | | |
|---|---|---|---|
| Address 2 | | | |
| City | Crawley | State/Province | |
| Country | AU | Postal Code | 6009 |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Applicant Data may be generated within this form by selecting the Add button.

## Assignee Information including Non-Applicant Assignee Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

SRPT-VYDS-0006023

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 4140.01500B1 |
|---|---|---|
| | Application Number | |

| Title of Invention | ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF |
|---|---|

## Assignee    1

Complete this section if assignee information, including non-applicant assignee information, is desired to be included on the patent application publication. An assignee-applicant identified in the "Applicant Information" section will appear on the patent application publication as an applicant. For an assignee-applicant, complete this section only if identification as an assignee is also desired on the patent application publication.

| If the Assignee or Non-Applicant Assignee is an Organization check here. | ☒ |
|---|---|

| Organization Name | The University of Western Australia |
|---|---|

**Mailing Address Information For Assignee including Non-Applicant Assignee:**

| Address 1 | 35 Stirling Highway | | |
|---|---|---|---|
| Address 2 | | | |
| City | Crawley | State/Province | |
| Country i | AU | Postal Code | 6009 |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Assignee or Non-Applicant Assignee Data may be generated within this form by selecting the Add button.

## Signature:

NOTE: This Application Data Sheet must be signed in accordance with 37 CFR 1.33(b). **However, if this Application Data Sheet is submitted with the INITIAL filing of the application and either box A or B is not checked in subsection 2 of the "Authorization or Opt-Out of Authorization to Permit Access" section, then this form must also be signed in accordance with 37 CFR 1.14(c).**

This Application Data Sheet **must** be signed by a patent practitioner if one or more of the applicants is a **juristic entity** (e.g., corporation or association). If the applicant is two or more joint inventors, this form must be signed by a patent practitioner, all joint inventors who are the applicant, or one or more joint inventor-applicants who have been given power of attorney (e.g., see USPTO Form PTO/AIA/81) on behalf of all joint inventor-applicants.

See 37 CFR 1.4(d) for the manner of making signatures and certifications.

| Signature | /John M. Covert, #38,759/ | | | Date (YYYY-MM-DD) | 2018-08-24 |
|---|---|---|---|---|---|
| First Name | John | Last Name | Covert | Registration Number | 38759 |

Additional Signature may be generated within this form by selecting the Add button.

SRPT-VYDS-0006024

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 4140.01500B1 |
|---|---|---|
| | Application Number | |

| Title of Invention | ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF |
|---|---|

This collection of information is required by 37 CFR 1.76. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data sheet form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

SRPT-VYDS-0006025

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

SRPT-VYDS-0006026

ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING
AND METHODS OF USE THEREOF

CROSS-REFERENCE TO RELATED APPLICATIONS

5        This application is a continuation of U.S. Patent Application No. 15/274,772, filed September 23, 2016, now pending, which application is a continuation of U.S. Patent Application No. 14/740,097, filed June 15, 2015, now issued as U.S. Patent No. 9,605,262, which application is a continuation of U.S. Patent Application No. 13/741,150, filed January 14, 2013, now abandoned, which application is a continuation of U.S. Patent

10      Application No. 13/168,857, filed June 24, 2011, now abandoned, which application is a continuation of U.S. Patent Application No. 12/837,359, filed July 15, 2010, now issued as U.S. Patent No. 8,232,384, which application is a continuation of U.S. Patent Application No. 11/570,691, filed January 15, 2008, now issued as U.S. Patent No. 7,807,816, which application is a 35 U.S.C. § 371 National Phase Application of PCT/AU2005/000943, filed

15      June 28, 2005, which claims priority to Australian Patent Application No. 2004903474, filed June 28, 2004; which applications are each incorporated herein by reference in their entireties.

STATEMENT AS TO FEDERALLY SPONSORED RESEARCH

20      This invention was made with government support under grant number R01 NS044146 awarded by the National Institutes of Health. The government has certain rights in the invention.

STATEMENT REGARDING SEQUENCE LISTING

25      The Sequence Listing associated with the application is provided in text format in lieu of a paper copy, and is hereby incorporated by reference into the specification. The name of the text file containing the Sequence Listing is 4140.01500B1_SL.txt. The text file is 62,078 bytes, was created on August 23, 2018 and is being submitted electronically via EFS-Web.

1

4140.01500B1

FIELD OF THE INVENTION

The present invention relates to novel antisense compounds and compositions suitable for facilitating exon skipping. It also provides methods for inducing exon skipping using the novel antisense compounds as well as therapeutic compositions adapted for use in the methods of the invention.

BACKGROUND ART

Significant effort is currently being expended researching methods for suppressing or compensating for disease-causing mutations in genes. Antisense technologies are being developed using a range of chemistries to affect gene expression at a variety of different levels (transcription, splicing, stability, translation). Much of that research has focused on the use of antisense compounds to correct or compensate for abnormal or disease-associated genes in a myriad of different conditions.

Antisense molecules are able to inhibit gene expression with exquisite specificity and because of this many research efforts concerning oligonucleotides as modulators of gene expression have focused on inhibiting the expression of targeted genes such as oncogenes or viral genes. The antisense oligonucleotides are directed either against RNA (sense strand) or against DNA where they form triplex structures inhibiting transcription by RNA polymerase II. To achieve a desired effect in specific gene down-regulation, the oligonucleotides must either promote the decay of the targeted mRNA or block translation of that mRNA, thereby effectively preventing *de novo* synthesis of the undesirable target protein.

Such techniques are not useful where the object is to up-regulate production of the native protein or compensate for mutations which induce premature termination of translation such as nonsense or frame-shifting mutations. Furthermore, in cases where a normally functional protein is prematurely terminated because of mutations therein, a means for restoring some functional protein production through antisense technology has been shown to be possible through intervention during the splicing processes (Sierakowska H, *et al.*, (1996) <u>Proc Natl Acad Sci USA</u> 93, 12840-12844; Wilton SD, *et al.*, (1999)

2

4140.01500B1

Neuromusc Disorders 9, 330-338; van Deutekom JC *et al.*, (2001) Human Mol Genet 10, 1547-1554). In these cases, the defective gene transcript should not be subjected to targeted degradation so the antisense oligonucleotide chemistry should not promote target mRNA decay.

5          In a variety of genetic diseases, the effects of mutations on the eventual expression of a gene can be modulated through a process of targeted exon skipping during the splicing process. The splicing process is directed by complex multi-particle machinery that brings adjacent exon-intron junctions in pre-mRNA into close proximity and performs cleavage of phosphodiester bonds at the ends of the introns with their subsequent
10    reformation between exons that are to be spliced together. This complex and highly precise process is mediated by sequence motifs in the pre-mRNA that are relatively short semi-conserved RNA segments to which bind the various nuclear splicing factors that are then involved in the splicing reactions. By changing the way the splicing machinery reads or recognises the motifs involved in pre-mRNA processing, it is possible to create
15    differentially spliced mRNA molecules. It has now been recognised that the majority of human genes are alternatively spliced during normal gene expression, although the mechanisms invoked have not been identified. Using antisense oligonucleotides, it has been shown that errors and deficiencies in a coded mRNA could be bypassed or removed from the mature gene transcripts.

20          In nature, the extent of genetic deletion or exon skipping in the splicing process is not fully understood, although many instances have been documented to occur, generally at very low levels (Sherrat TG, *et al.*, (1993) Am J Hum Genet 53, 1007-1015). However, it is recognised that if exons associated with disease-causing mutations can be specifically deleted from some genes, a shortened protein product can sometimes be
25    produced that has similar biological properties of the native protein or has sufficient biological activity to ameliorate the disease caused by mutations associated with the target exon (Lu QL, *et al.*, (2003) Nature Medicine 9, 1009-1014; Aartsma-Rus A *et al.*, (2004) Am J Hum Genet 74: 83-92).

3

SRPT-VYDS-0006029

4140.01500B1

This process of targeted exon skipping is likely to be particularly useful in long genes where there are many exons and introns, where there is redundancy in the genetic constitution of the exons or where a protein is able to function without one or more particular exons (*e.g.* with the dystrophin gene, which consists of 79 exons; or possibly

5    some collagen genes which encode for repeated blocks of sequence or the huge nebulin or titin genes which are comprised of ~80 and over 370 exons, respectively).

Efforts to redirect gene processing for the treatment of genetic diseases associated with truncations caused by mutations in various genes have focused on the use of antisense oligonucleotides that either: (1) fully or partially overlap with the elements

10   involved in the splicing process; or (2) bind to the pre-mRNA at a position sufficiently close to the element to disrupt the binding and function of the splicing factors that would normally mediate a particular splicing reaction which occurs at that element (*e.g.*, binds to the pre-mRNA at a position within 3, 6, or 9 nucleotides of the element to be blocked).

For example, modulation of mutant dystrophin pre-mRNA splicing with

15   antisense oligoribonucleotides has been reported both *in vitro* and *in vivo*. In one type of dystrophin mutation reported in Japan, a 52-base pair deletion mutation causes exon 19 to be removed with the flanking introns during the splicing process (Matsuo *et al.*, (1991) J Clin Invest., 87:2127-2131). An *in vitro* minigene splicing system has been used to show that a 31-mer 2'-O-methyl oligoribonucleotide complementary to the 5' half of the deleted

20   sequence in dystrophin Kobe exon 19 inhibited splicing of wild-type *pre-mRNA* (Takeshima *et al.* (1995), J. Clin. Invest., 95, 515-520). The same oligonucleotide was used to induce exon skipping from the native dystrophin gene transcript in human cultured lymphoblastoid cells.

Dunckley *et al.*, (1997) Nucleosides & Nucleotides, 16, 1665-1668

25   described *in vitro* constructs for analysis of splicing around exon 23 of mutated dystrophin in the *mdx* mouse mutant, a model for muscular dystrophy. Plans to analyse these constructs *in vitro* using 2' modified oligonucleotides targeted to splice sites within and adjacent to mouse dystrophin exon 23 were discussed, though no target sites or sequences were given.

4

SRPT-VYDS-0006030

4140.01500B1

2'-O-methyl oligoribonucleotides were subsequently reported to correct dystrophin deficiency in myoblasts from the *mdx* mouse from this group.  An antisense oligonucleotide targeted to the 3' splice site of murine dystrophin intron 22 was reported to cause skipping of the mutant exon as well as several flanking exons and created a novel in-

5     frame dystrophin transcript with a novel internal deletion.  This mutated dystrophin was expressed in 1-2% of antisense treated mdx myotubes.  Use of other oligonucleotide modifications such as 2'-O-methoxyethyl phosphodiesters are described (Dunckley *et al.* (1998) Human Mol. Genetics, 5, 1083-90).

Thus, antisense molecules may provide a tool in the treatment of genetic

10    disorders such as Duchenne Muscular Dystrophy (DMD).  However, attempts to induce exon skipping using antisense molecules have had mixed success.  Studies on dystrophin exon 19, where successful skipping of that exon from the dystrophin pre-mRNA was achieved using a variety of antisense molecules directed at the flanking splice sites or motifs within the exon involved in exon definition as described by Errington *et al.* (2003) J

15    Gen Med 5, 518-527".

In contrast to the apparent ease of exon 19 skipping, the first report of exon 23 skipping in the *mdx* mouse by Dunckley *et al.*, (1998) is now considered to be reporting only a naturally occurring revertant transcript or artefact rather than any true antisense activity.  In addition to not consistently generating transcripts missing exon 23, Dunckley

20    *et al.*, (1998) did not show any time course of induced exon skipping, or even titration of antisense oligonucleotides, to demonstrate dose dependent effects where the levels of exon skipping corresponded with increasing or decreasing amounts of antisense oligonucleotide. Furthermore, this work could not be replicated by other researchers.

The first example of specific and reproducible exon skipping in the *mdx*

25    mouse model was reported by Wilton *et al.*, (1999) Neuromuscular Disorders 9, 330-338. By directing an antisense molecule to the donor splice site, consistent and efficient exon 23 skipping was induced in the dystrophin mRNA within 6 hours of treatment of the cultured cells.  Wilton *et al*, (1999), also describe targeting the acceptor region of the mouse dystrophin pre-mRNA with longer antisense oligonucleotides and being unable to repeat

5

SRPT-VYDS-0006031

4140.01500B1

the published results of Dunckley *et al.*, (1998). No exon skipping, either 23 alone or multiple removal of several flanking exons, could be reproducibly detected using a selection of antisense oligonucleotides directed at the acceptor splice site of intron 22.

5            While the first antisense oligonucleotide directed at the intron 23 donor splice site induced consistent exon skipping in primary cultured myoblasts, this compound was found to be much less efficient in immortalized cell cultures expressing higher levels of dystrophin. However, with refined targeting and antisense oligonucleotide design, the efficiency of specific exon removal was increased by almost an order of magnitude (see Mann CJ *et al.*, (2002) J Gen Med 4, 644-654).

10            Thus, there remains a need to provide antisense oligonucleotides capable of binding to and modifying the splicing of a target nucleotide sequence. Simply directing the antisense oligonucleotides to motifs presumed to be crucial for splicing is no guarantee of the efficacy of that compound in a therapeutic setting.

## SUMMARY OF THE INVENTION

15            The present invention provides antisense molecule compounds and compositions suitable for binding to RNA motifs involved in the splicing of pre-mRNA that are able to induce specific and efficient exon skipping and a method for their use thereof.

           The choice of target selection plays a crucial role in the efficiency of exon 20 skipping and hence its subsequent application of a potential therapy. Simply designing antisense molecules to target regions of pre-mRNA presumed to be involved in splicing is no guarantee of inducing efficient and specific exon skipping. The most obvious or readily defined targets for splicing intervention are the donor and acceptor splice sites although there are less defined or conserved motifs including exonic splicing enhancers, silencing 25 elements and branch points.

           The acceptor and donor splice sites have consensus sequences of about 16 and 8 bases respectively (see Figure 1 for schematic representation of motifs and domains involved in exon recognition, intron removal and the splicing process).

6

SRPT-VYDS-0006032

4140.01500B1

According to a first aspect, the invention provides antisense molecules capable of binding to a selected target to induce exon skipping.

For example, to induce exon skipping in exons 3 to 8, 10 to 16, 19 to 40, 42 to 44, 46, 47, and 50 to 53 in the Dystrophin gene transcript the antisense molecules are preferably selected from the group listed in Table 1A.

In a further example, it is possible to combine two or more antisense oligonucleotides of the present invention together to induce multiple exon skipping in exons 19-20, and 53. This is a similar concept to targeting of a single exon. A combination or "cocktail" of antisense oligonucleotides are directed at adjacent exons to induce efficient exon skipping.

In another example, to induce exon skipping in exons 19-20, 31, 34 and 53 it is possible to improve exon skipping of a single exon by joining together two or more antisense oligonucleotide molecules. This concept is termed by the inventor as a "weasel", an example of a cunningly designed antisense oligonucleotide. A similar concept has been described in Aartsma-Rus A *et al.*, (2004) Am J Hum Genet 74: 83-92).

According to a second aspect, the present invention provides antisense molecules selected and or adapted to aid in the prophylactic or therapeutic treatment of a genetic disorder comprising at least an antisense molecule in a form suitable for delivery to a patient.

According to a third aspect, the invention provides a method for treating a patient suffering from a genetic disease wherein there is a mutation in a gene encoding a particular protein and the affect of the mutation can be abrogated by exon skipping, comprising the steps of: (a) selecting an antisense molecule in accordance with the methods described herein; and (b) administering the molecule to a patient in need of such treatment.

The invention also addresses the use of purified and isolated antisense oligonucleotides of the invention, for the manufacture of a medicament for treatment of a genetic disease.

The invention further provides a method of treating a condition characterised by Duchenne muscular dystrophy, which method comprises administering to

7

4140.01500B1

a patient in need of treatment an effective amount of an appropriately designed antisense oligonucleotide of the invention, relevant to the particular genetic lesion in that patient. Further, the invention provides a method for prophylactically treating a patient to prevent or at least minimise Duchene muscular dystrophy, comprising the step of: administering to

5    the patient an effective amount of an antisense oligonucleotide or a pharmaceutical composition comprising one or more of these biological molecules.

    The invention also provides kits for treating a genetic disease, which kits comprise at least a antisense oligonucleotide of the present invention, packaged in a suitable container and instructions for its use.

10        Other aspects and advantages of the invention will become apparent to those skilled in the art from a review of the ensuing description, which proceeds with reference to the following figures.

BRIEF DESCRIPTION OF THE DRAWINGS

Figure 1     Schematic representation of motifs and domains involved in exon
15        recognition, intron removal and the splicing process (SEQ ID NOS: 213 and 214).

Figure 2.     Diagrammatic representation of the concept of antisense oligonucleotide induced exon skipping to by-pass disease-causing mutations (not drawn to scale).  The hatched box represents an exon carrying a mutation that
20        prevents the translation of the rest of the mRNA into a protein.  The solid black bar represents an antisense oligonucleotide that prevents inclusion of that exon in the mature mRNA.

Figure 3     Gel electrophoresis showing differing efficiencies of two antisense molecules directed at exon 8 acceptor splice site.  The preferred compound
25        [H8A(-06+18)] induces strong and consistent exon skipping at a transfection concentration of 20 nanomolar in cultured normal human muscle cells.  The less preferred antisense oligonucleotide [H8A(-06+14)] also induces efficient exon skipping, but at much higher concentrations.  Other antisense

8

4140.01500B1

oligonucleotides directed at exon 8 either only induced lower levels of exon skipping or no detectable skipping at all (not shown).

Figure 4    Gel electrophoresis showing differing efficiencies of two antisense molecules directed at internal domains within exon 7, presumably exon

5    splicing enhancers. The preferred compound [H7A(+45+67)] induces strong and consistent exon skipping at a transfection concentration of 20 nanomolar in cultured human muscle cells. The less preferred antisense oligonucleotide [H7A(+2+26)] induces only low levels of exon skipping at the higher transfection concentrations. Other antisense oligonucleotides

10    directed at exon 7 either only induced lower levels of exon skipping or no detectable skipping at all (not shown).

Figure 5    Gel electrophoresis showing an example of low efficiency exon 6 skipping using two non-preferred antisense molecules directed at human exon 6 donor splice site. Levels of induced exon 6 skipping are either very low

15    [H6D(+04-21)] or almost undetectable [H6D(+18-04)]. These are examples of non-preferred antisense oligonucleotides to demonstrate that antisense oligonucleotide design plays a crucial role in the efficacy of these compounds.

Figure 6    Gel electrophoresis showing strong and efficient human exon 6 skipping

20    using an antisense molecules [H6A(+69+91)] directed at an exon 6 internal domain, presumably an exon splicing enhancer. This preferred compound induces consistent exon skipping at a transfection concentration of 20 nanomolar in cultured human muscle cells.

Figure 7    Gel electrophoresis showing strong human exon 4 skipping using an

25    antisense molecule H4A(+13+32) directed at an exon 6 internal domain, presumably an exon splicing enhancer. This preferred compound induces strong and consistent exon skipping at a transfection concentration of 20 nanomolar in cultured human muscle cells,

9

SRPT-VYDS-0006035

4140.01500B1

Figure 8A      Gel electrophoresis showing strong human exon 12 skipping using antisense molecule H12A(+52+75) directed at exon 12 internal domain.

Figure 8B      Gel electrophoresis showing strong human exon 11 skipping using antisense molecule H11A(+75+97) directed at an exon 11 internal domain.

5    Figure 9A      Gel electrophoresis showing strong human exon 15 skipping using antisense molecules H15A(+48+71) and H15A(-12+19) directed at an exon 15 internal domain.

Figure 9B      Gel electrophoresis showing strong human exon 16 skipping using antisense molecules H16A(-12+19) and H16A(-06+25).

10    Figure 10      Gel electrophoresis showing human exon 19/20 skipping using antisense molecules H20A(+44+71) and H20A(+149+170) directed at an exon 20 and a "cocktail" of antisense oligonucleotides H19A(+35+65, H20A(+44+71) and H20A(+149+170) directed at exons 19/20.

Figure 11      Gel electrophoresis showing human exon 19/20 skipping using "weasels" directed at exons 19 and 20.
15

Figure 12      Gel electrophoresis showing exon 22 skipping using antisense molecules H22A(+125+106), H22A(+47+69), H22A(+80+101) and H22D(+13-11) directed at exon 22.

Figure 13      Gel electrophoresis showing exon 31 skipping using antisense molecules H31D(+01-25) and H31D(+03-22); and a "cocktail" of antisense molecules directed at exon 31.
20

Figure 14      Gel electrophoresis showing exon 33 skipping using antisense molecules H33A(+30+56) and H33A(+64+88) directed at exon 33.

Figure 15      Gel electrophoresis showing exon 35 skipping using antisense molecules H35A(+141+161), H35A(+116+135), and H35A(+24+43) and a "cocktail of two antisense molecules, directed at exon 35.
25

Figure 16      Gel electrophoresis showing exon 36 skipping using antisense molecules H32A(+49+73) and H36A(+26+50) directed at exon 36.

10

4140.01500B1

Figure 17    Gel electrophoresis showing exon 37 skipping using antisense molecules H37A(+82+105) and H37A(+134+157) directed at exon 37.

Figure 18    Gel electrophoresis showing exon 38 skipping using antisense molecule H38A(+88+112) directed at exon 38.

5    Figure 19    Gel electrophoresis showing exon 40 skipping using antisense molecule H40A(-05+17) directed at exon 40.

Figure 20    Gel electrophoresis showing exon 42 skipping using antisense molecule H42A(-04+23) directed at exon 42.

Figure 21    Gel electrophoresis showing exon 46 skipping using antisense molecule H46A(+86+115) directed a# exon 46

10    Figure 22    Gel electrophoresis showing exon 51, exon 52 and exon 53 skipping using various antisense molecules directed at exons 51, 52 and 53, respectively. A "cocktail" of antisense molecules is also shown directed at exon 53.

BRIEF DESCRIPTION OF THE SEQUENCE LISTINGS

15

| SEQ ID | SEQUENCE | NUCLEOTIDE SEQUENCE (5' - 3') |
|---|---|---|
| 1 | H8A(-06+18) | GAU AGG UGG UAU CAA CAU CUG UAA |
| 2 | H8A (-03+18) | GAU AGG UGG UAU CAA CAU CUG |
| 3 | H8A(-07+18) | GAU AGG UGG UAU CAA CAU CUG UAA G |
| 4 | H8A(-06+14) | GGU GGU AUC AAC AUC UGU AA |
| 5 | H8A(-10+10) | GUA UCA ACA UCU GUA AGC AC |
| 6 | H7A(+45+67) | UGC AUG UUC CAG UCG UUG UGU GG |
| 7 | H7A(+02+26) | CAC UAU UCC AGU CAA AUA GGU CUG G |
| 8 | H7D(+15-10) | AUU UAC CAA CCU UCA GGA UCG AGU A |
| 9 | H7A(-18+03) | GGC CUA AAA CAC AUA CAC AUA |
| 10 | C6A(-10+10) | CAU UUU UGA CCU ACA UGU GG |
| 11 | C6A(-14+06) | UUU GAC CUA CAU GUG GAA AG |
| 12 | C6A(-14+12) | UAC AUU UUU GAC CUA CAU GUG GAA AG |
| 13 | C6A(-13+09) | AUU UUU GAC CUA CAU GGG AAA G |
| 14 | CH6A(+69+91) | UAC GAG UUG AUU GUC GGA CCC AG |
| 15 | C6D(+12-13) | GUG GUC UCC UUA CCU AUG ACU GUG G |
| 16 | C6D(+06-11) | GGU CUC CUU ACC UAU GA |
| 17 | H6D(+04-21) | UGU CUC AGU AAU CUU CUU ACC UAU |
| 18 | H6D(+18-04) | UCU ACU CUA UGA CUA UGG AUG AGA |

11

SRPT-VYDS-0006037

4140.01500B1

| SEQ ID | SEQUENCE | NUCLEOTIDE SEQUENCE (5' - 3') |
|---|---|---|
| 19 | H4A(+13+32) | GCA UGA ACU CUU GUG GAU CC |
| 20 | H4D(+04-16) | CCA GGG UAC UAC UUA CAU UA |
| 21 | H4D(-24-44) | AUC GUG UGU CAC AGC AUC CAG |
| 22 | H4A(+11+40) | UGU UCA GGG CAU GAA CUC UUG UGG AUC CUU |
| 23 | H3A(+30+60) | UAG GAG GCG CCU CCC AUC CUG UAG GUC ACU G |
| 24 | H3A(+35+65) | AGG UCU AGG AGG CGC CUC CCA UCC UGU AGG U |
| 25 | H3A(+30+54) | GCG CCU CCC AUC CUG UAG GUC ACU G |
| 26 | H3D(+46-21) | CUU CGA GGA GGU CUA GGA GGC GCC UC |
| 27 | H3A(+30+50) | CUC CCA UCC UGU AGG UCA CUG |
| 28 | H3D(+19-03) | UAC CAG UUU UUG CCC UGU CAG G |
| 29 | H3A(-06+20) | UCA AUA UGC UGC UUC CCA AAC UGA AA |
| 30 | H3A(+37+61) | CUA GGA GGC GCC UCC CAU CCU GUA G |
| 31 | H5A(+20+50) | UUA UGA UUU CCA UCU ACG AUG UCA GUA CUU C |
| 32 | H5D(+25-05) | CUU ACC UGC CAG UGG AGG AUU AUA UUC CAA A |
| 33 | H5D(+10-15) | CAU CAG GAU UCU UAC CUG CCA GUG G |
| 34 | H5A(+10+34) | CGA UGU CAG UAC UUC CAA UAU UCA C |
| 35 | H5D(-04-21) | ACC AUU CAU CAG GAU UCU |
| 36 | H5D(+16-02) | ACC UGC CAG UGG AGG AUU |
| 37 | H5A(-07+20) | CCA AUA UUC ACU AAA UCA ACC UGU UAA |
| 38 | H5D(+18-12) | CAG GAU UGU UAC CUG CCA GUG GAG GAU UAU |
| 39 | H5A(+05+35) | ACG AUG UCA GUA CUU CCA AUA UUC ACU AAA U |
| 40 | H5A(+15+45) | AUU UCC AUC UAC GAU GUC AGU ACU UCC AAU A |
| 41 | H10A(-05+16) | CAG GAG CUU CCA AAU GCU GCA |
| 42 | H10A(-05+24) | CUU GUC UUC AGG AGC UUC CAA AUG CUG CA |
| 43 | H10A(+98+119) | UCC UCA GCA GAA AGA AGC CAC G |
| 44 | H10A(+130+149) | UUA GAA AUC UCU CCU UGU GC |
| 45 | H10A(-33-14) | UAA AUU GGG UGU UAC ACA AU |
| 46 | H11D(+26+49) | CCC UGA GGC AUU CCC AUC UUG AAU |
| 47 | H11D(+11-09) | AGG ACU UAC UUG CUU UGU UU |
| 48 | H11A(+118+140) | CUU GAA UUU AGG AGA UUC AUC UG |
| 49 | H11A(+75+97) | CAU CUU CUG AUA AUU UUC CUG UU |
| 50 | H12A(+52+75) | UCU UCU GUU UUU GUU AGC CAG UCA |
| 51 | H12A(-10+10) | UCU AUG UAA ACU GAA AAU UU |

12

SRPT-VYDS-0006038

4140.01500B1

| SEQ ID | SEQUENCE | NUCLEOTIDE SEQUENCE (5' - 3') |
|---|---|---|
| 52 | H12A(+11+30) | UUC UGG AGA UCC AUU AAA AC |
| 53 | H13A(+77+100) | CAG CAG UUG CGU GAU CUC CAC UAG |
| 54 | H13A(+55+75) | UUC AUC AAC UAC CAC CAC CAU |
| 55 | H13D(+06-19) | CUA AGC AAA AUA AUC UGA CCU UAA G |
| 56 | H14A(+37+64) | CUU GUA AAA GAA CCC AGC GGU CUU CUG U |
| 57 | H14A(+14+35) | CAU CUA CAG AUG UUU GCC CAU C |
| 58 | H14A(+51+73) | GAA GGA UGU CUU GUA AAA GAA CC |
| 59 | H14D(-02+18) | ACC UGU UCU UCA GUA AGA CG |
| 60 | H14D(+14-10) | CAU GAC ACA CCU GUU CUU CAG UAA |
| 61 | H14A(+61+80) | CAU UUG AGA AGG AUG UCU UG |
| 62 | H14A(-12+12) | AUC UCC CAA UAC CUG GAG AAG AGA |
| 63 | H15A(-12+19) | GCC AUG CAC UAA AAA GGC ACU GCA AGA CAU U |
| 64 | H15A(+48+71) | UCU UUA AAG CCA GUU GUG UGA AUC |
| 65 | H15A(+08+28) | UUU CUG AAA GCC AUG CAC UAA |
| 66 | H15D(+17-08) | GUA CAU ACG GCC AGU UUU UGA AGA C |
| 67 | H16A(-12+19) | CUA GAU CCG CUU UUA AAA CCU GUU AAA ACA A |
| 68 | H16A(-06+25) | UCU UUU CUA GAU CCG CUU UUA AAA CCU GUU A |
| 69 | H16A(-06+19) | CUA GAU CCG CUU UUA AAA CCU GUU A |
| 70 | H16A(+87+109) | CCG UCU UCU UGG UCA CUG ACU UA |
| 71 | H16A(-07+19) | CUA GAU CCG CUU UUA AAA CCU GUU AA |
| 72 | H16A(-07+13) | CCG CUU UUA AAA CCU GUU AA |
| 73 | H16A(+12+37) | UGG AUU GCU UUU UCU UUU CUA GAU CC |
| 74 | H16A(+92+116) | CAU GCU UCC GUC UUC UUG GUC ACU G |
| 75 | H16A(+45+67) | G AUC UUG UUU GAG UGA AUA CAG U |
| 76 | H16A(+105+126) | GUU AUC AGC CCA UGC UUC CGU C |
| 77 | H16D(+05-20) | UGA UAA UUG GUA UCA CUA ACC UGU G |
| 78 | H16D(+12-11) | GUA UCA CUA ACC UGU GCU GUA C |
| 79 | H19A(+35+53) | CUG CUG GCA UCU UGC AGU U |
| 80 | H19A(+35+65) | GCC UGA GCU GAU CUG CUG GCA UCU UGC AGU U |
| 81 | H20A(+44+71) | CUG GCA GAA UUC GAU CCA CCG GCU GUU C |
| 82 | H20A(+147+168) | CAG CAG UAG UUG UCA UCU GCU C |
| 83 | H20A(+185+203) | UGA UGG GGU GGU GGG UUG G |
| 84 | H20A(-08+17) | AUC UGC AUU AAC ACC CUC UAG AAA G |
| 85 | H20A(+30+53) | CCG GUG GAU CGA UUC UGC UGG CUG UGA GGC |
| 86 | H20A(-11+17) | AUC UGC AUU AAC ACC CUC UAG AAA GAA A |
| 87 | H20D(+08-20) | GAA GGA GAA GAG AUU CUU ACC UUA CAA A |
| 88 | H20A(+44+63) | AUU CGA UCC ACC GGC UGU UC |

13

SRPT-VYDS-0006039

4140.01500B1

| SEQ ID | SEQUENCE | NUCLEOTIDE SEQUENCE (5' - 3') |
|---|---|---|
| 89 | H20A(+149+168) | CAG CAG UAG UUG UCA UCU GC |
| 90 | H21A(-06+16) | GCC GGU UGA CUU CAU CCU GUG C |
| 91 | H21A(+85+106) | CUG CAU CCA GGA ACA UGG GUC C |
| 92 | H21A(+85+108) | GUC UGC AUC CAG GAA CAU GGG UC |
| 93 | H21A(+08+31) | GUU GAA GAU CUG AUA GCC GGU UGA |
| 94 | H21D(+18-07) | UAC UUA CUG UUC GUA GCU CUU UCU |
| 95 | H22A(+22+45) | CAC UCA UGG UCU CCU GAU AGC GCA |
| 96 | H22A(+125+106) | CUG CAA UUC CCC GAG UCU CUG C |
| 97 | H22A(+47+69) | ACU GCU GGA CCC AUG UCC UGA UG |
| 98 | H22A(+80+101) | CUA AGU UGA GGU AUG GAG AGU |
| 99 | H22D(+13-11) | UAU UCA CAG ACC UGC AAU UCC CC |
| 100 | H23A(+34+59) | ACA GUG GUG CUG AGA UAG UAU AGG CC |
| 101 | H23A(+18+39) | UAG GCC ACU UUG UUG CUC UUG C |
| 102 | H23A(+72+90) | UUC AGA GGG CGC UUU CUU C |
| 103 | H24A(+48+70) | GGG CAG GCC AUU CCU CCU UCA GA |
| 104 | H24A(-02+22) | UCU UCA GGG UUU GUA UGU GAU UCU |
| 105 | H25A(+9+36) | CUG GGC UGA AUU GUC UGA AUA UCA CUG |
| 106 | H25A(+131+156) | CUG UUG GCA CAU GUG AUC CCA CUA AG |
| 107 | H25D(+16-08) | GUC UAU ACC UGU UGG CAC AUG UGA |
| 108 | H26A(+132+156) | UGC UUU CUG UAA UUC AUC UGG AGU U |
| 109 | H26A(-07+19) | CCU CCU UUC UGG CAU AGA CCU UCC AC |
| 110 | H26A(+68+92) | UGU GUC AUC CAU UCG UGC AUC UCU G |
| 111 | H27A(+82+106) | UUA AGG CCU CUU GUG CUA CAG GUG G |
| 112 | H27A(-4+19) | GGG GCU CUU CUU UAG CUC UCU GA |
| 113 | H27D(+19-03) | GAC UUC CAA AGU CUU GCA UUU C |
| 114 | H28A(-05+19) | GCC AAC AUG CCC AAA CUU CCU AAG |
| 115 | H28A(+99+124) | CAG AGA UUU CCU CAG CUC CGC CAG GA |
| 116 | H28D(+16-05) | CUU ACA UCU AGC ACC UCA GAG |
| 117 | H29A(+57+81) | UCC GCC AUC UGU UAG GGU CUG UGC C |
| 118 | H29A(+18+42) | AUU UGG GUU AUC CUC UGA AUG UCG C |
| 119 | H29D(+17-05) | CAU ACC UCU UCA UGU AGU UCC C |
| 120 | H30A(+122+147) | CAU UUG AGC UGC GUC CAC CUU GUC UG |
| 121 | H30A(+25+50) | UCC UGG GCA GAC UGG AUG CUC UGU UC |
| 122 | H30D(+19-04) | UUG CCU GGG CUU CCU GAG GCA UU |
| 123 | H31D(+06-18) | UUC UGA AAU AAC AUA UAC CUG UGC |
| 124 | H31D(+03-22) | UAG UUU CUG AAA UAA CAU AUA CCU G |
| 125 | H31A(+05+25) | GAC UUG UCA AAU CAG AUU GGA |
| 126 | H31D(+04-20) | GUU UCU GAA AUA ACA UAU ACC UGU |
| 127 | H32D(+04-16) | CAC CAG AAU AAC AUA CCA CA |
| 128 | H32A(+151+170) | CAA UGA UUU AGC UGU GAC UG |
| 129 | H32A(+10+32) | CGA AAC UUC AUG GAG ACA UCU UG |

14

SRPT-VYDS-0006040

4140.01500B1

| SEQ ID | SEQUENCE | NUCLEOTIDE SEQUENCE (5' - 3') |
|---|---|---|
| 130 | H32A(+49+73) | CUU GUA GAC GCU GCU CAA AAU UGG C |
| 131 | H33D(+09-11) | CAU GCA CAC ACC UUU GCU CC |
| 132 | H33A(+53+76) | UCU GUA CAA UCU GAC GUC CAG UCU |
| 133 | H33A(+30+56) | GUC UUU AUC ACC AUU UCC ACU UCA GAC |
| 134 | H33A(+64+88) | CCG UCU GCU UUU UCU GUA CAA UCU G |
| 135 | H34A(+83+104) | UCC AUA UCU GUA GCU GCC AGC C |
| 136 | H34A(+143+165) | CCA GGC AAC UUC AGA AUC CAA AU |
| 137 | H34A(-20+10) | UUU CUG UUA CCU GAA AAG AAU UAU AAU GAA |
| 138 | H34A(+46+70) | CAU UCA UUU CCU UUC GCA UCU UAC G |
| 139 | H34A(+95+120) | UGA UCU CUU UGU CAA UUC CAU AUC UG |
| 140 | H34D(+10-20) | UUC AGU GAU AUA GGU UUU ACC UUU CCC CAG |
| 141 | H34A(+72+96) | CUG UAG CUG CCA GCC AUU CUG UCA AG |
| 142 | H35A(+141+161) | UCU UCU GCU CGG GAG GUG ACA |
| 143 | H35A(+116+135) | CCA GUU ACU AUU CAG AAG AC |
| 144 | H35A(+24+43) | UCU UCA GGU GCA CCU UCU GU |
| 145 | H36A(+26+50) | UGU GAU GUG GUC CAC AUU CUG GUC A |
| 146 | H36A(-02+18) | CCA UGU GUU UCU GGU AUU CC |
| 147 | H37A(+26+50) | CGU GUA GAG UCC ACC UUU GGG CGU A |
| 148 | H37A(+82+105) | UAC UAA UUU CCU GCA GUG GUC ACC |
| 149 | H37A(+134+157) | UUC UGU GUG AAA UGG CUG CAA AUC |
| 150 | H38A(-01+19) | CCU UCA AAG GAA UGG AGG CC |
| 151 | H38A(+59+83) | UGC UGA AUU UCA GCC UCC AGU GGU U |
| 152 | H38A(+88+112) | UGA AGU CUU CCU CUU UCA GAU UCA C |
| 153 | H39A(+62+85) | CUG GCU UUC UCU CAU CUG UGA UUC |
| 154 | H39A(+39+58) | GUU GUA AGU UGU CUC CUC UU |
| 155 | H39A(+102+121) | UUG UCU GUA ACA GCU GCU GU |
| 156 | H39D(+10-10) | GCU CUA AUA CCU UGA GAG CA |
| 157 | H40A(-05+17) | CUU UGA GAC CUC AAA UCC UGU U |
| 158 | H40A(+129+153) | CUU UAU UUU CCU UUC AUC UCU GGG C |
| 159 | H42A(-04+23) | AUC GUU UCU UCA CGG ACA GUG UGC UGG |
| 160 | H42A(+86+109) | GGG CUU GUG AGA CAU GAG UGA UUU |
| 161 | H42D(+19-02) | A CCU UCA GAG GAC UCC UCU UGC |
| 162 | H43D(+10-15) | UAU GUG UUA CCU ACC CUU GUC GGU C |
| 163 | H43A(+101+120) | GGA GAG AGC UUC CUG UAG CU |
| 164 | H43A(+78+100) | UCA CCC UUU CCA CAG GCG UUG CA |
| 165 | H44A(+85+104) | UUU GUG UCU UUC UGA GAA AC |
| 166 | H44D(+10-10) | AAA GAC UUA CCU UAA GAU AC |
| 167 | H44A(-06+14) | AUC UGU CAA UUC GCC UGC AG |
| 168 | H46D(+16-04) | UUA CCU UGA CUU GCU CAA GC |

15

SRPT-VYDS-0006041

4140.01500B1

| SEQ ID | SEQUENCE | NUCLEOTIDE SEQUENCE (5' - 3') |
|---|---|---|
| 169 | H46A(+90+109) | UCC AGG UUC AAG UGG GAU AC |
| 170 | H47A(+76+100) | GCU CUU CUG GGC UUA UGG GAG CAC U |
| 171 | H47D(+25-02) | ACC UUU AUC CAC UGG AGA UUU GUC UGC |
| 172 | H47A(-9+12) | UUC CAC CAG UAA CUG AAA CAG |
| 173 | H50A(+02+30) | CCA CUC AGA GCU CAG AUC UUC UAA CUU CC |
| 174 | H50A(+07+33) | CUU CCA CUC AGA GCU CAG AUC UUC UAA |
| 175 | H50D(+07-18) | GGG AUC AGA UAU ACU UAC AGG CUC C |
| 176 | H51A(-01+25) | ACC AGA GUA ACA GUC UGA GUA GGA GC |
| 177 | H51D(+16-07) | CUC AUA CCU UCU GCU UGA UGA UC |
| 178 | H51A(+111 +134) | UUC UGU CCA AGC CCG GUU GAA AUC |
| 179 | H51A(+61+90) | ACA UCA AGG AAG AUG GCA UUU CUA GUU UGG |
| 180 | H51A(+66+90) | ACA UCA AGG AAG AUG GCA UUU CUA G |
| 181 | H51A(+66+95) | CUC CAA CAU CAA GGA AGA UGG CAU UUC UAG |
| 182 | H51D(+08-17) | AUC AUU UUU UCU CAU ACC UUC UGC U |
| 183 | H51A/D(+08-17) & (-15+) | AUC AUU UUU UCU CAU ACC UUC UGC UAG GAG CUA AAA |
| 184 | H51A(+175+195) | CAC CCA CCA UCA CCC UCU GUG |
| 185 | H51A(+199+220) | AUC AUC UCG UUG AUA UCC UCA A |
| 186 | H52A(-07+14) | UCC UGC AUU GUU GCC UGU AAG |
| 187 | H52A(+12+41) | UCC AAC UGG GGA CGC CUC UGU UCC AAA UCC |
| 188 | H52A(+17+37) | ACU GGG GAC GCC UCU GUU CCA |
| 189 | H52A(+93+112) | CCG UAA UGA UUG UUC UAG CC |
| 190 | H52D(+05-15) | UGU UAA AAA ACU UAC UUC GA |
| 191 | H53A(+45+69) | CAU UCA ACU GUU GCC UCC GGU UCU G |
| 192 | H53A(+39+62) | CUG UUG CCU CCG GUU CUG AAG GUG |
| 193 | H53A(+39+69) | CAU UCA ACU GUU GCC UCC GGU UCU GAA GGU G |
| 194 | H53D(+14-07) | UAC UAA CCU UGG UUU CUG UGA |
| 195 | H53A(+23+47) | CUG AAG GUG UUC UUG UAC UUC AUC C |
| 196 | H53A(+150+176) | UGU AUA GGG ACC CUC CUU CCA UGA CUC |
| 197 | H53D(+20-05) | CUA ACC UUG GUU UCU GUG AUU UUC U |
| 198 | H53D(+09-18) | GGU AUC UUU GAU ACU AAC CUU GGU UUC |
| 199 | H53A(-12+10) | AUU CUU UCA ACU AGA AUA AAA G |
| 200 | H53A(-07+18) | GAU UCU GAA UUC UUU CAA CUA GAA U |
| 201 | H53A(+07+26) | AUC CCA CUG AUU GAU AAU UC |
| 202 | H53A(+124+145) | UUG GCU CUG GCC UGU CCU AAG A |
| 203 | H46A(+86+115) | CUC UUU UCC AGG UUC AAG UGG GAU ACU AGC |

16

SRPT-VYDS-0006042

4140.01500B1

| SEQ ID | SEQUENCE | NUCLEOTIDE SEQUENCE (5' - 3') |
|---|---|---|
| 204 | H46A(+107+137) | CAA GCU UUU CUU UUA GUU GCU GCU CUU UUC C |
| 205 | H46A(-10+20) | UAU UCU UUU GUU CUU CUA GCC UGG AGA AAG |
| 206 | H46A(+50+77) | CUG CUU CCU CCA ACC AUA AAA CAA AUU C |
| 207 | H45A(-06+20) | CCA AUG CCA UCC UGG AGU UCC UGU AA |
| 208 | H45A(+91 +110) | UCC UGU AGA AUA CUG GCA UC |
| 209 | H45A(+125+151) | UGC AGA CCU CCU GCC ACC GCA GAU UCA |
| 210 | H45D(+16 -04) | CUA CCU CUU UUU UCU GUC UG |
| 211 | H45A(+71+90) | UGU UUU UGA GGA UUG CUG AA |

**Table 1A:** Description of 2'-O-methyl phosphorothioate antisense oligonucleotides that have been used to date to study induced exon skipping during the processing of the dystrophin pre-mRNA.  Since these 2'-O-methyl antisense oligonucleotides are more RNA-like, U represents uracil.  With other antisense chemistries such as peptide nucleic acids or morpholinos, these U bases may be shown as "T".

| SEQ ID | SEQUENCE | NUCLEOTIDE SEQUENCE (5'-3') |
|---|---|---|
| 81 | H20A(+44+71) | CUG GCA GAA UUC GAU CCA CCG GCU |
| 82 | H20A(+147+168) | GUU C<br>CAG CAG UAG UUG UCA UCU GCU C |
| 80 | H19A(+35+65) | GCC UGA GCU GAU CUG CUG GCA UCU |
| 81 | H20A(+44+71) | UGC |
| 82 | H20A(+147+168) | AGU U<br>CUG GCA GAA UUC GAU CCA CCG GCU<br>GUU C<br>CAG CAG UAG UUG UCA UCU GCU C |
| 194 | H53D(+14-07) | UAC UAA CCU UGG UUU CUG UGA |
| 195 | H53A(+23+47) | CUG AAG GUG UUC UUG UAC UUC AUC C |
| 196 | H53A(+150+175) | UGU AUA GGG ACC CUC CUU CCA UGA CUC |

**Table 1B:** Description of a cocktail of 2'-O-methyl phosphorothioate antisense oligonucleotides that have been used to date to study induced exon skipping during the processing of the dystrophin pre-mRNA.

| SEQ ID | SEQUENCE | NUCLEOTIDE SEQUENCE (5'-3') |
|---|---|---|
| 81 | H20A(+44+71)- | CUG GCA GAA UUC GAU CCA CCG GCU GUU C- |
| 82 | H20A(+147+168) | CAG CAG UAG UUG UCA UCU GCU C |

17

4140.01500B1

| SEQ ID | SEQUENCE | NUCLEOTIDE SEQUENCE (5'-3') |
|---|---|---|
| 80 | H19A(+35+65)- | GCC UGA GCU GAU CUG CUG GCA UCU UGC AGU U |
| 88 | H20A(+44+63)- | -AUU CGA UCC ACC GGC UGU UC- |
| 79 | H20A(+149+168) | CUG CUG GCA UCU UGC AGU U |
| 80 | H19A(+35+65)- | GCC UGA GCU GAU CUG CUG GCA UCU UGC AGU U |
| 88 | H20A(+44+63) | -AUU CGA UCC ACC GGC UGU UC- |
| 80 | H19A(+35+65)- | GCC UGA GCU GAU CUG CUG GCA UCU UGC AGU U |
| 79 | H20A(+149+168) | -CUG CUG GCA UCU UGC AGU U |
| 138 | H34A(+46+70)- | CAU UCA UUU CCU UUC GCA UCU UAC G- |
| 139 | H34A(+94+120) | UGA UCU CUU UGU CAA UUC CAU AUC UG |
| 124 | H31D(+03-22)-UU- | UAG UUU CUG AAA UAA CAU AUA CCU G-UU- |
| 144 | H35A(+24+43) | UCU UCA GGU GCA CCU UCU GU |
| 195 | H53A(+23+47)-AA- | CUG AAG GUG UUC UUG UAC UUC AUC C- |
| 196 | H53A(+150+175)-AA- | UGU AUA GGG ACC CUC CUU CCA UGA CUC-AA- |
| 194 | H53D(+14-07) | UAC UAA CCU UGG UUU CUG UGA |
| -212 | Aimed at exons 19/20/20 | CAG CAG UAG UUG UCA UCU GCU CAA CUG GCA GAA UUC GAU CCA CCG GCU GUU CAA GCC UGA GCU GAU CUG CUC GCA UCU UGC AGU |

**Table 1C:** Description of a "weasel" of 2'-O-methyl phosphorothioate antisense oligonucleotides that have been used to date to study induced exon skipping during the processing of the dystrophin pre-mRNA.


DETAILED DESCRIPTION OF THE INVENTION


5    General

    Those skilled in the art will appreciate that the invention described herein is susceptible to variations and modifications other than those specifically described.  It is to be understood that the invention includes all such variation and modifications.  The invention also includes all of the steps, features, compositions and compounds referred to

18

SRPT-VYDS-0006044

4140.01500B1

or indicated in the specification, individually or collectively and any and all combinations or any two or more of the steps or features.

The present invention is not to be limited in scope by the specific embodiments described herein, which are intended for the purpose of exemplification only. Functionally equivalent products, compositions and methods are clearly within the scope of the invention as described herein.

Sequence identity numbers (SEQ ID NO:) containing nucleotide and amino acid sequence information included in this specification are collected at the end of the description and have been prepared using the programme PatentIn Version 3.0. Each nucleotide or amino acid sequence is identified in the sequence listing by the numeric indicator <210> followed by the sequence identifier (e.g. <210>1, <210>2, etc.). The length, type of sequence and source organism for each nucleotide or amino acid sequence are indicated by information provided in the numeric indicator fields <211>, <212> and <213>, respectively. Nucleotide and amino acid sequences referred to in the specification are defined by the information provided in numeric indicator field <400> followed by the sequence identifier (e.g. <400>1, <400>2, etc.).

An antisense molecules nomenclature system was proposed and published to distinguish between the different antisense molecules (see Mann et al., (2002) J Gen Med 4, 644-654). This nomenclature became especially relevant when testing several slightly different antisense molecules, all directed at the same target region, as shown below:

H # A/D (x : y).

The first letter designates the species (e.g. H: human, M: murine, C: canine) "#" designates target dystrophin exon number.

"A/D" indicates acceptor or donor splice site at the beginning and end of the exon, respectively.

(x y) represents the annealing coordinates where "-" or "+" indicate intronic or exonic sequences respectively. As an example, A(-6+18) would indicate the last 6 bases of the intron preceding the target exon and the first 18 bases of the target exon. The closest

19

SRPT-VYDS-0006045

4140.01500B1

splice site would be the acceptor so these coordinates would be preceded with an "A". Describing annealing coordinates at the donor splice site could be D(+2-18) where the last 2 exonic bases and the first 18 intronic bases correspond to the annealing site of the antisense molecule. Entirely exonic annealing coordinates that would be represented by

5    A(+65+85), that is the site between the 65th and 85th nucleotide from the start of that exon.

The entire disclosures of all publications (including patents, patent applications, journal articles, laboratory manuals, books, or other documents) cited herein are hereby incorporated by reference. No admission is made that any of the references constitute prior art or are part of the common general knowledge of those working in the

10   field to which this invention relates.

As used necessarily herein the term "derived" and "derived from" shall be taken to indicate that a specific integer may be obtained from a particular source *albeit* not directly from that source.

Throughout this specification, unless the context requires o#herwise, the

15   word "comprise", or variations such as "comprises" or "comprising", will be understood to imply the inclusion of a stated integer or group of integers but not the exclusion of any other integer or group of integers.

Other definitions for selected terms used herein may be found within the detailed description of the invention and apply throughout. Unless otherwise defined, all

20   other scientific and technical terms used herein have the same meaning as commonly understood to one of ordinary skill in the art to which the invention belongs.

DESCRIPTION OF THE PREFERRED EMBODIMENT

When antisense molecule(s) are targeted to nucleotide sequences involved in splicing in exons within pre-mRNA sequences, normal splicing of the exon may be

25   inhibited causing the splicing machinery to by-pass the entire mutated exon from the mature mRNA. The concept of antisense oligonucleotide induced exon skipping is shown in Figure 2. In many genes, deletion of an entire exon would lead to the production of a non-functional protein through the loss of important functional domains or the disruption of

20

SRPT-VYDS-0006046

4140.01500B1

the reading frame. In some proteins, however, it is possible to shorten the protein by
deleting one or more exons, without disrupting the reading frame, from within the protein
without seriously altering the biological activity of the protein. Typically, such proteins
have a structural role and or possess functional domains at their ends. The present
5   invention describes antisense molecules capable of binding to specified dystrophin pre-
mRNA targets and re-directing processing of that gene.

Antisense Molecules

According to a first aspect of the invention, there is provided antisense
molecules capable of binding to a selected target to induce exon skipping. To induce exon
10   skipping in exons of the Dystrophin gene transcript, the antisense molecules are preferably
selected from the group of compounds shown in Table 1A. There is also provided a
combination or "cocktail" of two or more antisense oligonucleotides capable of binding to
a selected target to induce exon skipping. To induce exon skipping in exons of the
Dystrophin gene transcript, the antisense molecules in a "cocktail" are preferably selected
15   from the group of compounds shown in Table 1B. Alternatively, exon skipping may be
induced by antisense oligonucleotides joined together "weasels" preferably selected from
the group of compounds shown in Table 1C.

Designing antisense molecules to completely mask consensus splice sites
may not necessarily generate any skipping of the targeted exon. Furthermore, the inventors
20   have discovered that size or length of the antisense oligonucleotide itself is not always a
primary factor when designing antisense molecules. With some targets such as exon 19,
antisense oligonucleotides as short as 12 bases were able to induce exon skipping, *albeit*
not as efficiently as longer (20-31 bases) oligonucleotides. In some other targets, such as
murine dystrophin exon 23, antisense oligonucleotides only 17 residues long were able to
25   induce more efficient skipping than another overlapping compound of 25 nucleotides.

The inventors have also discovered that there does not appear to be any
standard motif that can be blocked or masked by antisense molecules to redirect splicing.
In some exons, such as mouse dystrophin exon 23, the donor splice site was the most

21

SRPT-VYDS-0006047

4140.01500B1

amenable to target to re-direct skipping of that exon. It should be noted that designing and testing a series of exon 23 specific antisense molecules to anneal to overlapping regions of the donor splice site showed considerable variation in the efficacy of induced exon skipping. As reported in Mann *et al.*, (2002) there was a significant variation in the

5    efficiency of bypassing the nonsense mutation depending upon antisense oligonucleotide annealing ("Improved antisense oligonucleotide induced exon skipping in the *mdx* mouse model of muscular dystrophy". J Gen Med 4: 644-654). Targeting the acceptor site of exon 23 or several internal domains was not found to induce any consistent exon 23 skipping.

10              In other exons targeted for removal, masking the donor splice site did not induce any exon skipping. However, by directing antisense molecules to the acceptor splice site (human exon 8 as discussed below), strong and sustained exon skipping was induced. It should be noted that removal of human exon 8 was tightly linked with the co-removal of exon 9. There is no strong sequence homology between the exon 8 antisense

15    oligonucleotides and corresponding regions of exon 9 so it does not appear to be a matter of cross reaction. Rather the splicing of these two exons is inextricably linked. This is not an isolated instance as the same effect is observed in canine cells where targeting exon 8 for removal also resulted in the skipping of exon 9. Targeting exon 23 for removal in the mouse dystrophin pre-mRNA also results in the frequent removal of exon 22 as well. This

20    effect occurs in a dose dependent manner and also indicates close coordinated processing of 2 adjacent exons.

              In other targeted exons, antisense molecules directed at the donor or acceptor splice sites did not induce exon skipping while annealing antisense molecules to intra-exonic regions (*i.e.* exon splicing enhancers within human dystrophin exon 6) was

25    most efficient at inducing exon skipping. Some exons, both mouse and human exon 19 for example, are readily skipped by targeting antisense molecules to a variety of motifs. That is, targeted exon skipping is induced after using antisense oligonucleotides to mask donor and acceptor splice sites or exon splicing enhancers.

22

4140.01500B1

To identify and select antisense oligonucleotides suitable for use in the modulation of exon skipping, a nucleic acid sequence whose function is to be modulated must first be identified. This may be, for example, a gene (or mRNA transcribed form the gene) whose expression is associated with a particular disorder or disease state, or a nucleic

5    acid molecule from an infectious agent. Within the context of the present invention, preferred target site(s) are those involved in mRNA splicing (*i.e.* splice donor sites, splice acceptor sites, or exonic splicing enhancer elements). Splicing branch points and exon recognition sequences or splice enhancers are also potential target sites for modulation of mRNA splicing.

10    Preferably, the present invention aims to provide antisense molecules capable of binding to a selected target in the dystrophin pre-mRNA to induce efficient and consistent exon skipping. Duchenne muscular dystrophy arises from mutations that preclude the synthesis of a functional dystrophin gene product. These Duchenne muscular dystrophy gene defects are typically nonsense mutations or genomic rearrangements such

15    as deletions, duplications or micro-deletions or insertions that disrupt the reading frame. As the human dystrophin gene is a large and complex gene with the 79 exons being spliced together to generate a mature mRNA with an open reading frame of approximately 11,000 bases, there are many positions where these mutations can occur. Consequently, a comprehensive antisense oligonucleotide based therapy to address many of the different

20    disease-causing mutations in the dystrophin gene will require that many exons can be targeted for removal during the splicing process.

Within the context of the present invention, preferred target site(s) are those involved in mRNA splicing (*i.e.* splice donor sites, splice acceptor sites or exonic splicing enhancer elements). Splicing branch points and exon recognition sequences or splice

25    enhancers are also potential target sites for modulation of mRNA splicing.

The oligonucleotide and the DNA or RNA are complementary to each other when a sufficient number of corresponding positions in each molecule are occupied by nucleotides which can hydrogen bond with each other. Thus, "specifically hybridisable" and "complementary" are terms which are used to indicate a sufficient degree of

23

SRPT-VYDS-0006049

4140.01500B1

complementarity or precise pairing such that stable and specific binding occurs between the oligonucleotide and the DNA or RNA target. It is understood in the art that the sequence of an antisense molecule need not be 100% complementary to that of its target sequence to be specifically hybridisable. An antisense molecule is specifically hybridisable when

5    binding of the compound to the target DNA or RNA molecule interferes with the normal function of the target DNA or RNA to cause a loss of utility, and there is a sufficient degree of complementarity to avoid non-specific binding of the antisense compound to non-target sequences under conditions in which specific binding is desired, *i.e.*, under physiological conditions in the case of *in vivo* assays or therapeutic treatment, and in the

10    case of *in vitro* assays, under conditions in which the assays are performed.

         While the above method may be used to select antisense molecules capable of deleting any exon from within a protein that is capable of being shortened without affecting its biological function, the exon deletion should not lead to a reading frame shift in the shortened transcribed mRNA. Thus, if in a linear sequence of three exons the end of

15    the first exon encodes two of three nucleotides in a codon and the next exon is deleted then the third exon in the linear sequence must start with a single nucleotide that is capable of completing the nucleotide triplet for a codon. If the third exon does not commence with a single nucleotide there will be a reading frame shift that would lead to the generation of truncated or a non-functional protein.

20         It will be appreciated that the codon arrangements at the end of exons in structural proteins may not always break at the end of a codon, consequently there may be a need to delete more than one exon from the pre-mRNA to ensure in-frame reading of the mRNA. In such circumstances, a plurality of antisense oligonucleotides may need to be selected by the method of the invention wherein each is directed to a different region

25    responsible for inducing splicing in the exons that are to be deleted.

         The length of an antisense molecule may vary so long as it is capable of binding selectively to the intended location within the pre-mRNA molecule. The length of such sequences can be determined in accordance with selection procedures described herein. Generally, the antisense molecule will be from about 10 nucleotides in length up to

24

SRPT-VYDS-0006050

4140.01500B1

about 50 nucleotides in length. It will be appreciated however that any length of nucleotides within this range may be used in the method. Preferably, the length of the antisense molecule is between 17 to 30 nucleotides in length.

In order to determine which exons can be connected in a dystrophin gene,
5   reference should be made to an exon boundary map. Connection of one exon with another is based on the exons possessing the same number at the 3' border as is present at the 5' border of the exon to which it is being connected. Therefore, if exon 7 were deleted, exon 6 must connect to either exons 12 or 18 to maintain the reading frame. Thus, antisense oligonucleotides would need to be selected which redirected splicing for exons 7 to 11 in
10  the first instance or exons 7 to 17 in the second instance. Another and somewhat simpler approach to restore the reading frame around an exon 7 deletion would be to remove the two flanking exons. Induction of exons 6 and 8 skipping should result in an in-frame transcript with the splicing of exons 5 to 9. In practise however, targeting exon 8 for removal from the pre-mRNA results in the co-removal of exon 9 so the resultant transcript
15  would have exon 5 joined to exon 10. The inclusion or exclusion of exon 9 does not alter the reading frame. Once the antisense molecules to be tested have been identified, they are prepared according to standard techniques known in the art. The most common method for producing antisense molecules is the methylation of the 2' hydroxyribose position and the incorporation of a phosphorothioate backbone produces molecules that superficially
20  resemble RNA but that are much more resistant to nuclease degradation.

To avoid degradation of pre-mRNA during duplex formation with the antisense molecules, the antisense molecules used in the method may be adapted to minimise or prevent cleavage by endogenous RNase H. This property is highly preferred as the treatment of the RNA with the unmethylated oligonucleotides either intracellularly
25  or in crude extracts that contain RNase H leads to degradation of the pre-mRNA: antisense oligonucleotide duplexes. Any form of modified antisense molecules that is capable of by-passing or not inducing such degradation may be used in the present method. An example of antisense molecules which when duplexed with RNA are not cleaved by cellular RNase H is 2'-O-methyl derivatives. 2'-O-methyl-oligoribonucleotides are very stable in a cellular

25

4140.01500B1

environment and in animal tissues, and their duplexes with RNA have higher Tm values than their ribo- or deoxyribo- counterparts.

Antisense molecules that do not activate RNase H can be made in accordance with known techniques (*see, e.g.*, U.S. Pat. 5,149,797). Such antisense

5    molecules, which may be deoxyribonucleotide or ribonucleotide sequences, simply contain any structural modification which sterically hinders or prevents binding of RNase H to a duplex molecule containing the oligonucleotide as one member thereof, which structural modification does not substantially hinder or disrupt duplex formation. Because the portions of the oligonucleotide involved in duplex formation are substantially different

10   from those portions involved in RNase H binding thereto, numerous antisense molecules that do not activate RNase H are available. For example, such antisense molecules may be oligonucleotides wherein at least one, or all, of the inter-nucleotide bridging phosphate residues are modified phosphates, such as methyl phosphonates, methyl phosphorothioates, phosphoromorpholidates, phosphoropiperazidates and phosphoramidates. For example,

15   every other one of the internucleotide bridging phosphate residues may be modified as described. In another non-limiting example, such antisense molecules are molecules wherein at least one, or all, of the nucleotides contain a 2' lower alkyl moiety (*e.g.*, $C_1$-$C_4$, linear or branched, saturated or unsaturated alkyl, such as methyl, ethyl, ethenyl, propyl, 1-propenyl, 2-propenyl, and isopropyl). For example, every other one of the nucleotides may

20   be modified as described.

While antisense oligonucleotides are a preferred form of the antisense molecules, the present invention comprehends other oligomeric antisense molecules, including but not limited to oligonucleotide mimetics such as are described below.

Specific examples of preferred antisense compounds useful in this invention

25   include oligonucleotides containing modified backbones or non-natural inter-nucleoside linkages. As defined in this specification, oligonucleotides having modified backbones include those that retain a phosphorus atom in the backbone and those that do not have a phosphorus atom in the backbone. For the purposes of this specification, and as sometimes

26

4140.01500B1

referenced in the art, modified oligonucleotides that do not have a phosphorus atom in their inter-nucleoside backbone can also be considered to be oligonucleosides.

In other preferred oligonucleotide mimetics, both the sugar and the inter-nucleoside linkage, *i.e.*, the backbone, of the nucleotide units are replaced with novel

5    groups. The base units are maintained for hybridization with an appropriate nucleic acid target compound. One such oligomeric compound, an oligonucleotide mimetic that has been shown to have excellent hybridization properties, is referred to as a peptide nucleic acid (PNA). In PNA compounds, the sugar-backbone of an oligonucleotide is replaced with an amide containing backbone, in particular an aminoethylglycine backbone. The

10    nucleo-bases are retained and are bound directly or indirectly to aza nitrogen atoms of the amide portion of the backbone.

Modified oligonucleotides may also contain one or more substituted sugar moieties. Oligonucleotides may also include nucleobase (often referred to in the art simply as "base") modifications or substitutions. Certain nucleo-bases are particularly useful for

15    increasing the binding affinity of the oligomeric compounds of the invention. These include 5-substituted pyrimidines, 6-azapyrimidines and N-2, N-6 and O-6 substituted purines, including 2-aminopropyladenine, 5-propynyluracil and 5-propynylcytosine. 5-methylcytosine substitutions have been shown to increase nucleic acid duplex stability by 0.6-1.2°C and are presently preferred base substitutions, even more particularly when

20    combined with 2'-O-methoxyethyl sugar modifications.

Another modification of the oligonucleotides of the invention involves chemically linking to the oligonucleotide one or more moieties or conjugates that enhance the activity, cellular distribution or cellular uptake of the oligonucleotide. Such moieties include but are not limited to lipid moieties such as a cholesterol moiety, cholic acid, a

25    thioether, *e.g.*, hexyl-S-tritylthiol, a thiocholesterol, an aliphatic chain, *e.g.*, dodecandiol or undecyl residues, a phospholipid, *e.g.*, di-hexadecyl-rac-glycerol or triethylammonium 1,2-di-O-hexadecyl-rac-glycero-3-H-phosphonate, a polyamine or a polyethylene glycol chain, or adamantane acetic acid, a palmityl moiety, or an octadecylamine or hexylamino-carbonyl-oxycholesterol moiety.

27

4140.01500B1

It is not necessary far all positions in a given compound to be uniformly modified, and in fact more than one of the aforementioned modifications may be incorporated in a single compound or even at a single nucleoside within an oligonucleotide. The present invention also includes antisense compounds that are chimeric compounds.

5 "Chimeric" antisense compounds or "chimeras," in the context of this invention, are antisense molecules, particularly oligonucleotides, which contain two or more chemically distinct regions, each made up of at least one monomer unit, *i.e.*, a nucleotide in the case of an oligonucleotide compound. These oligonucleotides typically contain at least one region wherein the oligonucleotide is modified so as to confer upon the increased resistance to 10 nuclease degradation, increased cellular uptake, and an additional region for increased binding affinity for the target nucleic acid.

Methods of Manufacturing Antisense Molecules

The antisense molecules used in accordance with this invention may be conveniently and routinely made through the well-known technique of solid phase 15 synthesis. Equipment for such synthesis is sold by several vendors including, for example, Applied Biosystems (Foster City, Calif.). One method for synthesising oligonucleotides on a modified solid support is described in U.S. Pat. No. 4,458,066.

Any other means for such synthesis known in the art may additionally or alternatively be employed. It is well known to use similar techniques to prepare 20 oligonucleotides such as the phosphorothioates ~ and alkylated derivatives. In one such automated embodiment, diethyl-phosphoramidites are used as starting materials and may be synthesized as described by Beaucage, *et al.*, (1981) *Tetrahedron Letters*, 22:1859-1862.

The antisense molecules of the invention are synthesised *in vitro* and do not include antisense compositions of biological origin, or genetic vector constructs designed 25 to direct the *in vivo* synthesis of antisense molecules. The molecules of the invention may also be mixed, encapsulated, conjugated or otherwise associated with other molecules, molecule structures or mixtures of compounds, as for example, liposomes, receptor

28

4140.01500B1

targeted molecules, oral, rectal, topical or other formulations, for assisting in uptake, distribution and/or absorption.

Therapeutic Agents

The present invention also can be used as a prophylactic or therapeutic,
5    which may be utilised for the purpose of treatment of a genetic disease.

Accordingly, in one embodiment the present invention provides antisense molecules that bind to a selected target in the dystrophin pre-mRNA to induce efficient and consistent exon skipping described herein in a therapeutically effective amount admixed with a pharmaceutically acceptable carrier, diluent, or excipient.

10    The phrase "pharmaceutically acceptable" refers to molecular entities and compositions that are physiologically tolerable and do not typically produce an allergic or similarly untoward reaction, such as gastric upset and the like, when administered to a patient. The term "carrier" refers to a diluent, adjuvant, excipient, or vehicle with which the compound is administered. Such pharmaceutical carriers can be sterile liquids, such as
15    water and oils, including those of petroleum, animal, vegetable or synthetic origin, such as peanut oil, soybean oil, mineral oil, sesame oil and the like. Water or saline solutions and aqueous dextrose and glycerol solutions are preferably employed as carriers, particularly for injectable solutions. Suitable pharmaceutical carriers are described in Martin, *Remington's Pharmaceutical Sciences*, 18th Ed., Mack Publishing Co., Easton, PA, (1990).

20    In a more specific form of the invention there are provided pharmaceutical compositions comprising therapeutically effective amounts of an antisense molecule together with pharmaceutically acceptable diluents, preservatives, solubilizers, emulsifiers, adjuvants and/or carriers. Such compositions include diluents of various buffer content (*e.g.*, Tris-HCl, acetate, phosphate), pH and ionic strength and additives such as detergents
25    and solubilizing agents (*e.g.*, Tween 80, Polysorbate 80), anti-oxidants (*e.g.*, ascorbic acid, sodium metabisulfite), preservatives (*e.g.*, Thimersol, benzyl alcohol) and bulking substances (*e.g.*, lactose, mannitol). The material may be incorporated into particulate preparations of polymeric compounds such as polylactic acid, polyglycolic acid, etc. or into

29

4140.01500B1

liposomes. Hylauronic acid may also be used. Such compositions may influence the physical state, stability, rate of *in vivo* release, and rate of *in vivo* clearance of the present proteins and derivatives. *See, e.g., Martin, Remington's Pharmaceutical Sciences*, 18th Ed. (1990, Mack Publishing Co., Easton, PA 18042) pages 1435-1712 that are herein incorporated by reference. The compositions may be prepared in liquid form, or may be in dried powder, such as lyophilised form.

It will be appreciated that pharmaceutical compositions provided according to the present invention may be administered by any means known in the art. Preferably, the pharmaceutical compositions for administration are administered by injection, orally, or by the pulmonary, or nasal route. The antisense molecules are more preferably delivered by intravenous, intra-arterial, intraperitoneal, intramuscular, or subcutaneous routes of administration.

Antisense molecule based therapy

Also addressed by the present invention is the use of antisense molecules of the present invention, for manufacture of a medicament for modulation of a genetic disease.

The delivery of a therapeutically useful amount of antisense molecules may be achieved by methods previously published. For example, intracellular delivery of the antisense molecule may be via a composition comprising an admixture of the antisense molecule and an effective amount of a block copolymer. An example of this method is described in US patent application US 20040248833.

Other methods of delivery of antisense molecules to the nucleus are described in Mann CJ *et al.*, (2001) ["*Antisense-induced exon skipping and the synthesis of dystrophin in the mdx mouse*". Proc., Natl. Acad. Science, 98(1) 42-47J and in Gebski etal., (2003). Human Molecular Genetics, 12(15): 1801-1811.

A method for introducing a nucleic acid molecule into a cell by way of an expression vector either as naked DNA or complexed to lipid carriers, is described in US patent US 6,806,084.

30

SRPT-VYDS-0006056

4140.01500B1

It may be desirable to deliver the antisense molecule in a colloidal dispersion system. Colloidal dispersion systems include macromolecule complexes, nanocapsules, microspheres, beads, and lipid-based systems including oil-in-water emulsions, micelles, mixed micelles, and liposomes or liposome formulations.

5          Liposomes are artificial membrane vesicles which are useful as delivery vehicles *in vitro* and *in vivo*. These formulations may have net cationic, anionic or neutral charge characteristics and are useful characteristics with *in vitro*, *in vivo* and *ex vivo* delivery methods. It has been shown that large unilamellar vesicles (LUV), which range in size from 0.2-4.0 .PHI.m can encapsulate a substantial percentage of an aqueous buffer

10     containing large macromolecules. RNA, and DNA can be encapsulated within the aqueous interior and be delivered to cells in a biologically active form (Fraley, *et al.*, Trends Biochem. Sci., 6:77, 1981).

In order for a liposome to be an efficient gene transfer vehicle, the following characteristics should be present: (1) encapsulation of the antisense molecule of interest at

15     high efficiency while not compromising their biological activity; (2) preferential and substantial binding to a target cell in comparison to non-target cells; (3) delivery of the aqueous contents of the vesicle to the target cell cytoplasm at high efficiency; and (4) accurate and effective expression of genetic information (Mannino, *et al.*, Biotechniques, 6:682, 1988).

20     The composition of the liposome is usually a combination of phospholipids, particularly high-phase-transition-temperature phospholipids, usually in combination with steroids, especially cholesterol. Other phospholipids or other lipids may also be used. The physical characteristics of liposomes depend on pH, ionic strength, and the presence of divalent cations.

25     Alternatively, the antisense construct may be combined with other pharmaceutically acceptable carriers or diluents to produce a pharmaceutical composition. Suitable carriers and diluents include isotonic saline solutions, for example phosphate-buffered saline. The composition may be formulated for parenteral, intramuscular, intravenous, subcutaneous, intraocular, oral or transdermal administration.

31

4140.01500B1

The routes of administration described are intended only as a guide since a skilled practitioner will be able to determine readily the optimum route of administration and any dosage for any particular animal and condition. Multiple approaches for introducing functional new genetic material into cells, both *in vitro* and *in vivo* have been

5    attempted (Friedmann (1989) Science, 244:1275-1280).

These approaches include integration of the gene to be expressed into modified retroviruses (Friedmann (1989) supra; Rosenberg (1991) Cancer Research 51(18), suppl.: 5074S-5079S); integration into non-retrovirus vectors (Rosenfeld, *et al.* (1992) Cell, 68:143-155; Rosenfeld, *et al.* (1991) Science, 252:431-434); or delivery of a transgene

10   linked to a heterologous promoter-enhancer element via liposomes (Friedmann (1989), supra; Brigham, *et al.* (1989) Am. J. Med. Sci., 298:278-281; Nabel, *et al.* (1990) Science, 249:1285-1288; Hazinski, *et al.* (1991) Am. J. Resp. Cell Molec. Biol., 4:206-209; and Wang and Huang (1987) Proc. Natl. Acad. Sci. (USA), 84:7851-7855); coupled to ligand-specific, cation-based transport systems (Wu and Wu (1988) J. Biol. Chem., 263:14621-

15   14624) or the use of naked DNA, expression vectors (Nabel et al. (1990), supra); Wolff *et al.* (1990) Science, 247:1465-1468). Direct injection of transgenes into tissue produces only localized expression (Rosenfeld (1992) supra); Rosenfeld *et al.* (1991) supra; Brigham *et al.* (1989) supra; Nabel (1990) supra; and Hazinski *et al.* (1991) supra). The Brigham *et al.* group (Am. J. Med. Sci. (1989) 298:278-281 and Clinical Research (1991) 39

20   (abstract)) have reported *in vivo* transfection only of lungs of mice following either intravenous or intratracheal administration of a DNA liposome complex. An example of a review article of human gene therapy procedures is: Anderson, Science (1992) 256:808-813.

The antisense molecules of the invention encompass any pharmaceutically

25   acceptable salts, esters, or salts of such esters, or any other compound which, upon administration to an animal including a human, is capable of providing (directly or indirectly) the biologically active metabolite or residue thereof. Accordingly, for example, the disclosure is also drawn to prodrugs and pharmaceutically acceptable salts of the

32

SRPT-VYDS-0006058

4140.01500B1

compounds of the invention, pharmaceutically acceptable salts of such pro-drugs, and other bioequivalents.

The term "pharmaceutically acceptable salts" refers to physiologically and pharmaceutically acceptable salts of the compounds of the invention: *i.e.*, salts that retain

5   the desired biological activity of the parent compound and do not impart undesired toxicological effects thereto.

For oligonucleotides, preferred examples of pharmaceutically acceptable salts include but are not limited to (a) salts formed with cations such as sodium, potassium, ammonium, magnesium, calcium, polyamines such as spermine and spermidine, etc.; (b)

10   acid addition salts formed with inorganic acids, for example hydrochloric acid, hydrobromic acid, sulfuric acid, phosphoric acid, nitric acid and the like; (c) salts formed with organic acids such as, for example, acetic acid, oxalic acid, tartaric acid, succinic acid, malefic acid, fumaric acid, gluconic acid, citric acid, malic acid, ascorbic acid, benzoic acid, tannic acid, palmitic acid, alginic acid, polygiutamic acid, naphthalenesulfonic acid,

15   methanesulfonic acid, p-toluenesulfonic acid, naphthalenedisulfonic acid, polygalacturonic acid, and the like; and (d) salts formed from elemental anions such as chlorine, bromine, and iodine. The pharmaceutical compositions of the present invention may be administered in a number of ways depending upon whether local or systemic treatment is desired and upon the area to be treated. Administration may be topical (including

20   ophthalmic and to mucous membranes including rectal delivery), pulmonary, *e.g.*, by inhalation or insufflation of powders or aerosols, (including by nebulizer, intratracheal, intranasal, epidermal and transdermal), oral or parenteral. Parenteral administration includes intravenous, intra-arterial, subcutaneous, intraperitoneal or intramuscular injection or infusion; or intracranial, *e.g.*, intrathecal or intraventricular, administration.

25   Oligonucleotides with at least one 2'-O-methoxyethyl modification are believed to be particularly useful for oral administration.

The pharmaceutical formulations of the present invention, which may conveniently be presented in unit dosage form, may be prepared according to conventional techniques well known in the pharmaceutical industry. Such techniques include the step of

33

4140.01500B1

bringing into association the active ingredients with the pharmaceutical carrier(s) or excipient(s). In general the formulations are prepared by uniformly and intimately bringing into association the active ingredients with liquid carriers or finely divided solid carriers or both, and then, if necessary, shaping the product.

5     <u>Kits of the Invention</u>

        The invention also provides kits for treatment of a patient with a genetic disease which kit comprises at least an antisense molecule, packaged in a suitable container, together with instructions for its use.

        In a preferred embodiment, the kits will contain at least one antisense

10   molecule as shown in Table 1A, or a cocktail of antisense molecules as shown in Table 1B or a "weasel" compound as shown in Table 1C. The kits may also contain peripheral reagents such as buffers, stabilizers, etc.

        Those of ordinary skill in the field should appreciate that applications of the above method has wide application for identifying antisense molecules suitable for use in

15   the treatment of many other diseases.


<div align="center">EXAMPLES</div>

        The following Examples serve to more fully describe the manner of using the above-described invention, as well as to set forth the best modes contemplated for carrying out various aspects of the invention. It is understood that these Examples in no

20   way serve to limit the true scope of this invention, but rather are presented for illustrative purposes. The references cited herein are expressly incorporated by reference.

        Methods of molecular cloning, immunology and protein chemistry, which are not explicitly described in the following examples, are reported in the literature and are known by those skilled in the art. General texts that described conventional molecular

25   biology, microbiology, and recombinant DNA techniques within the skill of the art, included, for example: Sambrook *et al*, *Molecular Cloning: A Laboratory Manual*, Second Edition, Cold Spring Harbor Laboratory Press, Cold Spring Harbor, New York (1989);

<div align="center">34</div>

SRPT-VYDS-0006060

4140.01500B1

Glover ed., *DNA Cloning: A Practical Approach*, Volumes I and II, MRL Press, Ltd., Oxford, U.K. (1985); and Ausubel, F., Brent, R., Kingston, R.E., Moore, D.D., Seidman, J.G., Smith, J.A., Struhl, K. *Current Protocols in Molecular Biology.* Greene Publishing Associates/Wiley Intersciences, New York (2002).

5      <u>DETERMINING INDUCED EXON SKIPPING IN HUMAN MUSCLE CELLS</u>

Attempts by the inventors to develop a rational approach in antisense molecules design were not completely successful as there did not appear to be a consistent trend that could be applied to all exons.  As such, the identification of the most effective and therefore most therapeutic antisense molecules compounds has been the result of

10    empirical studies.

These empirical studies involved the use of computer programs to identify motifs potentially involved in the splicing process.  Other computer programs were also used to identify regions of the pre-mRNA which may not have had extensive secondary structure and therefore potential sites for annealing of antisense molecules.  Neither of

15    these approaches proved completely reliable in designing antisense oligonucleotides for reliable and efficient induction of exon skipping.

Annealing sites on the human dystrophin pre-mRNA were selected for examination, initially based upon known or predicted motifs or regions involved in splicing.  2OMe antisense oligonucleotides were designed to be complementary to the

20    target sequences under investigation and were synthesised on an Expedite 8909 Nucleic Acid Synthesiser.  Upon completion of synthesis, the oligonucleotides were cleaved from the support column and de-protected in ammonium hydroxide before being desalted.  The quality of the oligonucleotide synthesis was monitored by the intensity of the trityl signals upon each deprotection step during the synthesis as detected in the synthesis log.  The

25    concentration of the antisense oligonucleotide was estimated by measuring the absorbance of a diluted aliquot at 260nm.

Specified amounts of the antisense molecules were then tested for their ability to induce exon skipping in an *in vitro* assay, as described below.

35

SRPT-VYDS-0006061

4140.01500B1

Briefly, normal primary myoblast cultures were prepared from human muscle biopsies obtained after informed consent.  The cells were propagated and allowed to differentiate into myotubes using standard culturing techniques.  The cells were then transfected with the antisense oligonucleotides by delivery of the oligonucleotides to the 5   cells as cationic lipoplexes, mixtures of antisense molecules or cationic liposome preparations.

The cells were then allowed to grow for another 24 hours, after which total RNA was extracted and molecular analysis commenced.  Reverse transcriptase amplification (RT-PCR) was undertaken to study the targeted regions of the dystrophin 10   pre-mRNA or induced exonic re-arrangements.

For example, in the testing of an antisense molecule for inducing exon 19 skipping the RT-PCR test scanned several exons to detect involvement of any adjacent exons.  For example, when inducing skipping of exon 19, RT-PCR was carried out with primers that amplified across exons 17 and 21.  Amplifications of even larger products in 15   this area (*i.e.* exons 13-26) were also carried out to ensure that there was minimal amplification bias for the shorter induced skipped transcript.  Shorter or exon skipped products tend to be amplified more efficiently and may bias the estimated of the normal and induced transcript.

The sizes of the amplification reaction products were estimated on an 20   agarose gel and compared against appropriate size standards.  The final confirmation of identity of these products was carried out by direct DNA sequencing to establish that the correct or expected exon junctions have been maintained.

Once efficient exon skipping had been induced with one antisense molecule, subsequent overlapping antisense molecules may be synthesized and then evaluated in the 25   assay as described above.  Our definition of an efficient antisense molecule is one that induces strong and sustained exon skipping at transfection concentrations in the order of 300 nM or less.

36

SRPT-VYDS-0006062

4140.01500B1

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 8

Antisense oligonucleotides directed at exon 8 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

5    Figure 3 shows differing efficiencies of two antisense molecules directed at exon 8 acceptor splice site. H8A(-06+18) [SEQ ID NO:1], which anneals to the last 6 bases of intron 7 and the first 18 bases of exon 8, induces substantial exon 8 and 9 skipping when delivered into cells at a concentration of 20 nM. The shorter antisense molecule, H8A(-06+14) [SEQ ID NO: 4] was only able to induce exon 8 and 9 skipping at 300 nM, a

10    concentration some 15 fold higher than H8A(-06+18), which is the preferred antisense molecule.

This data shows that some particular antisense molecules induce efficient exon skipping while another antisense molecule, which targets a near-by or overlapping region, can be much less efficient. Titration studies show one compound is able to induce

15    targeted exon skipping at 20 nM while the less efficient antisense molecules only induced exon skipping at concentrations of 300 nM and above. Therefore, we have shown that targeting of the antisense molecules to motifs involved in the splicing process plays a crucial role in the overall efficacy of that compound.

Efficacy refers to the ability to induce consistent skipping of a target exon.

20    However, sometimes skipping of the target exons is consistently associated with a flanking exon. That is, we have found that the splicing of some exons is tightly linked. For example, in targeting exon 23 in the mouse model of muscular dystrophy with antisense molecules directed at the donor site of that exon, dystrophin transcripts missing exons 22 and 23 are frequently detected. As another example, when using an antisense molecule

25    directed to exon 8 of the human dystrophin gene, all induced transcripts are missing both exons 8 and 9. Dystrophin transcripts missing only exon 8 are not observed.

Table 2 below discloses antisense molecule sequences that induce exon 8 (and 9) skipping.

37

SRPT-VYDS-0006063

4140.01500B1

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 1 | H8A(-06+18) | 5'-GAU AGG UGG UAU CAA CAU CUG UAA | Very strong to 20 nM |
| 2 | H8A (-03+18) | 5'-GAU AGG UGG UAU CAA CAU CUG | Very strong skipping to 40nM |
| 3 | H8A(-07+18) | 5'-GAU AGG UGG UAU CAA CAU CUG UAA G | Strong skipping to 40nM |
| 4 | H8A(-06+14) | 5'-GGU GGU AUC AAC AUC UGU AA | Skipping to 300nM |
| 5 | H8A(-10+10) | 5'-GUA UCA ACA UCU GUA AGC AC | Patchy/weak skipping to 100nm |

Table 2

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 7

Antisense oligonucleotides directed at exon 7 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as

5    described above.

Figure 4 shows the preferred antisense molecule, H7A(+45+67) [SEQ ID NO: 6], and another antisense molecule, H7A(+2+26) [SEQ ID NO: 7], inducing exon 7 skipping. Nested amplification products span exons 3 to 9. Additional products above the induced transcript missing exon 7 arise from amplification from carry-over outer primers

10   from the RT-PCR as well as heteroduplex formation.

Table 3 below discloses antisense molecule sequences for induced exon 7 skipping.

38

SRPT-VYDS-0006064

4140.01500B1

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|--------|--------------------------------|----------|----------------------------|
| 6 | H7A(+45+67) | 5' - UGC AUG UUC CAG UCG UUG UGU GG | Strong skipping to 20nM |
| 7 | H7A(+02+26) | 5' - CAC UAU UCC AGU CAA AUA GGU CUG G | Weak skipping at 100nM |
| 8 | H7D(+15-10) | 5' -AUU UAC CAA CCU UCA GGA UCG AGU A | Weak skipping to 300nM |
| 9 | H7A(-18+03) | 5' - GGC CUA AAA CAC AUA CAC AUA | Weak skipping to 300nM |

Table 3

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 6

Antisense oligonucleotides directed at exon 6 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

Figure 5 shows an example of two non-preferred antisense molecules inducing very low levels of exon 6 skipping in cultured human cells. Targeting this exon for specific removal was first undertaken during a study of the canine model using the oligonucleotides as listed in Table 4, below. Some of the human specific oligonucleotides were also evaluated, as shown in Figure 5. In this example, both antisense molecules target the donor splice site and only induced low levels of exon 6 skipping. Both H6D(+4-21) [SEQ ID NO: 17] and H6D(+18-4) [SEQ ID NO: 18] would be regarded as non-preferred antisense molecules.

One antisense oligonucleotide that induced very efficient exon 6 skipping in the canine model, C6A(+69+91) [SEQ ID NO: 14], would anneal perfectly to the corresponding region in human dystrophin exon 6. This compound was evaluated, found to be highly efficient at inducing skipping of that target exon, as shown in Figure 6 and is regarded as the preferred compound for induced exon 6 skipping. Table 4 below discloses antisense molecule sequences for induced exon 6 skipping.

5

10

15

20

39

SRPT-VYDS-0006065

4140.01500B1

| SEQ ID | Antisense Oligo name | Sequence | Ability to induce skipping |
|--------|---------------------|----------|---------------------------|
| 10 | C6A(-10+10) | 5' CAU UUU UGA CCU ACA UGU GG | No skipping |
| 11 | C6A(-14+06) | 5' UUU GAC CUA CAU GUG GAA AG | No skipping |
| 12 | C6A(-14+12) | 5' UAC AUU UUU GAC CUA CAU GUG GAA AG | No skipping |
| 13 | C6A(-13+09) | 5' AUU UUU GAC CUA CAU GGG AAA G | No skipping |
| 14 | CH6A(+69+91) | 5' UAC GAG UUG AUU GUC GGA CCC AG | Strong skipping to 20 nM |
| 15 | C6D(+12-13) | 5' GUG GUC UCC UUA CCU AUG ACU GUG G | Weak skipping at 300 nM |
| 16 | C6D(+06-11) | 5' GGU CUC CUU ACC UAU GA | No skipping |
| 17 | H6D(+04-21) | 5' UGU CUC AGU AAU CUU CUU ACC UAU | Weak skipping to 50 nM |
| 18 | H6D(+18-04) | 5' UCU UAC CUA UGA CUA UGG AUG AGA | Very weak skipping to 300 nM |

Table 4

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 4

Antisense oligonucleotides directed at exon 4 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as

5    described above.

Figure 7 shows an example of a preferred antisense molecule inducing skipping of exon 4 skipping in cultured human cells. In this example, one preferred antisense compound, H4A(+13+32) [SEQ ID NO:19], which targeted a presumed exonic splicing enhancer induced efficient exon skipping at a concentration of 20 nM while other

10    non-preferred antisense oligonucleotides failed to induce even low levels of exon 4 skipping. Another preferred antisense molecule inducing skipping of exon 4 was H4A(+111+40) [SEQ ID NO:22], which induced efficient exon skipping at a concentration of 20 nM.

Table 5 below discloses antisense molecule sequences for inducing exon 4

15    skipping.

40

SRPT-VYDS-0006066

4140.01500B1

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 19 | H4A(+13+32) | 5' GCA UGA ACU CUU GUG GAU CC | Skipping to 20 nM |
| 22 | H4A(+11+40) | 5' UGU UCA GGG CAU GAA CUC UUG UGG AUC CUU | Skipping to 20 nM |
| 20 | H4D(+04-16) | 5' CCA GGG UAC UAC UUA CAU UA | No skipping |
| 21 | H4D(-24-44) | 5' AUC GUG UGU CAC AGC AUC CAG | No skipping |

Table 5

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 3

Antisense oligonucleotides directed at exon 3 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

H3A(+30+60) [SEQ ID NO:23] induced substantial exon 3 skipping when delivered into cells at a concentration of 20 nM to 600 nM. The antisense molecule, H3A(+35+65) [SEQ ID NO: 24] induced exon skipping at 300 nM.

Table 6 below discloses antisense molecule sequences that induce exon 3 skipping.

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 23 | H3A(+30+60) | UAG GAG GCG CCU CCC AUC CUG UAG GUC ACU G | Moderate skipping to 20 to 600 nM |
| 24 | H3A(+35+65) | AGG UCU AGG AGG CGC CUC CCA UCC UGU AGG U | Working to 300 nM |
| 25 | H3A(+30+54) | GCG CCU CCC AUC CUG UAG GUC ACU G | Moderate 100-600 nM |
| 26 | H3D(+46-21) | CUU CGA GGA GGU CUA GGA GGC GCC UC | No skipping |
| 27 | H3A(+30+50) | CUC CCA UCC UGU AGG UCA CUG | Moderate 20-600 nM |
| 28 | H3D(+19-03) | UAC CAG UUU UUG CCC UGU CAG G | No skipping |
| 29 | H3A(-06+20) | UCA AUA UGC UGC UUCCCA AAC UGA AA | No skipping |

41

4140.01500B1

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|--------|-------------------------------|----------|---------------------------|
| 30 | H3A(+37+61) | CUA GGA GGC GCC UCC CAU CCU GUA G | No skipping |

Table 6

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 5

Antisense oligonucleotides directed at exon 5 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as
5   described above.

H5A(+20+50) [SEQ ID NO:31] induces substantial exon 5 skipping when delivered into cells at a concentration of 100 nM. Table 7 below shows other antisense molecules tested. The majority of these antisense molecules were not as effective at exon skipping as H5A(+20+50). However, H5A(+15+45) [SEQ ID NO: 40] was able to induce
10   exon 5 skipping at 300 nM.

Table 7 below discloses antisense molecule sequences that induce exon 5 skipping.

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|--------|-------------------------------|----------|---------------------------|
| 31 | H5A(+20+50) | UUA UGA UUU CCA UCU ACG AUG UCA GUA CUU C | Working to 100 nM |
| 32 | H5D(+25-05) | CUU ACC UGC CAG UGG AGG AUU AUA UUC CAA A | No skipping |
| 33 | H5D(+10-15) | CAU CAG GAU UCU UAC CUG CCA GUG G | Inconsistent at 300 nM |
| 34 | H5A(+10+34) | CGA UGU CAG UAC UUC CAA UAU UCA C | Very weak |
| 35 | H5D(-04-21) | ACC AUU CAU CAG GAU UCU | No skipping |
| 36 | H5D(+16-02) | ACC UGC CAG UGG AGG AUU | No skipping |
| 37 | H5A(-07+20) | CCA AUA UUC ACU AAA UCA ACC UGU UAA | No skipping |
| 38 | H5D(+18-12) | CAG GAU UCU UAC CUG CCA GUG GAG GAU UAU | No skipping |

42

SRPT-VYDS-0006068

4140.01500B1

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|--------|-------------------------------|----------|---------------------------|
| 39 | H5A(+05+35) | ACG AUG UCA GUA CUU CCA AUA UUC ACU AAA U | No skipping |
| 40 | H5A(+15+45) | AUU UCC AUC UAC GAU GUC AGU ACU UCC AAU A | Working to 300 nM |

Table 7

ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 10

Antisense oligonucleotides directed at exon 10 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as

5    described above.

H10A(-05+16) [SEQ ID NO:41] induced substantial exon 10 skipping when delivered into cells. Table 8 below shows other antisense molecules tested. The antisense molecules ability to induce exon skipping was variable. Table 8 below discloses antisense molecule sequences that induce exon 10 skipping.

10

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|--------|-------------------------------|----------|---------------------------|
| 41 | H10A(-05+16) | CAG GAG CUU CCA AAU GCU GCA | Not tested |
| 42 | H10A(-05+24) | CUU GUC UUC AGG AGC UUC CAA AUG CUG CA | Not tested |
| 43 | H10A(+98+119) | UCC UCA GCA GAA AGA AGC CAC G | Not tested |
| 44 | H10A(+130+149) | UUA GAA AUC UCU CCU UGU GC | No skipping |
| 45 | H10A(-33-14) | UAA AUU GGG UGU UAC ACA AU | No skipping |

Table 8

ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 11

Antisense oligonucleotides directed at exon 11 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as

15    described above.

Figure 8B shows an example of H11A(+75+97) [SEQ ID NO:49] antisense molecule inducing exon 11 skipping in cultured human cells. H11A(+75+97) induced substantial exon 11 skipping when delivered into cells at a concentration of 5 nM. Table 9

43

4140.01500B1

below shows other antisense molecules tested. The antisense molecules ability to induce exon skipping was observed at 100 nM.

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 46 | H11D(+26+49) | CCC UGA GGC AUU CCC AUC UUG AAU | Skipping at 100 nM |
| 47 | H11D(+11-09) | AGG ACU UAC UUG CUU UGU UU | Skipping at 100 nM |
| 48 | H11A(+118+140) | CUU GAA UUU AGG AGA UUC AUC UG | Skipping at 100 nM |
| 49 | H11A(+75+97) | CAU CUU CUG AUA AUU UUC CUG UU | Skipping at 100 nM |
| 46 | H11D(+26+49) | CCC UGA GGC AUU CCC AUC UUG AAU | Skipping at 5nM |

Table 9

5        ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 12

Antisense oligonucleotides directed at exon 12 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

H12A(+52+75) [SEQ ID NO:50] induced substantial exon 12 skipping

10    when delivered into cells at a concentration of 5 nM, as shown in Figure 8A. Table 10 below shows other antisense molecules tested at a concentration range of 5, 25, 50, 100, 200 and 300 nM. The antisense molecules ability to induce exon skipping was variable.

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 50 | H12A(+52+75) | UCU UCU GUU UUU GUU AGC CAG UCA | Skipping at 5 nM |
| 51 | H12A(-10+10) | UCU AUG UAA ACU GAA AAU UU | Skipping at 100 nM |
| 52 | H12A(+11+30) | UUC UGG AGA UCC AUU AAA AC | No skipping |

Table 10

44

SRPT-VYDS-0006070

4140.01500B1

### ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 13

Antisense oligonucleotides directed at exon 13 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

5      H13A(+77+100) [SEQ ID NO:53] induced substantial exon 13 skipping when delivered into cells at a concentration of 5 nM. Table 11 below includes two other antisense molecules tested at a concentration range of 5, 25, 50, 100, 200 and 300 nM. These other antisense molecules were unable to induce exon skipping.

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 53 | H13A(+77+100) | CAG CAG UUG CGU GAU CUC CAC UAG | Skipping at 5 nM |
| 54 | H13A(+55+75) | UUC AUC AAC UAC CAC CAC CAU | No skipping |
| 55 | H13D(+06-19) | CUA AGC AAA AUA AUC UGA CCU UAA G | No skipping |

10                            Table 11

### ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 14

Antisense oligonucleotides directed at exon 14 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

15      H14A(+37+64) [SEQ ID NO:56] induced weak exon 14 skipping when delivered into cells at a concentration of 100 nM. Table 12 below includes other antisense molecules tested at a concentration range of 5, 25, 50, 100, 200 and 300 nM. The other antisense molecules were unable to induce exon skipping at any of the concentrations tested.

20

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 56 | H14A(+37+64) | CUU GUA AAA GAA CCC AGC GGU CUU CUG U | Skipping at 100 nM |

45

4140.01500B1

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 57 | H14A(+14+35) | CAU CUA CAG AUG UUU GCC CAU C | No skipping |
| 58 | H14A(+51+73) | GAA GGA UGU CUU GUA AAA GAA CC | No skipping |
| 59 | H14D(-02+18) | ACC UGU UCU UCA GUA AGA CG | No skipping |
| 60 | H14D(+14-10) | CAU GAC ACA CCU GUU CUU CAG UAA | No skipping |
| 61 | H14A(+61 +80) | CAU UUG AGA AGG AUG UCU UG | No skipping |
| 62 | H14A(-12+12) | AUC UCC CAA UAC CUG GAG AAG AGA | No skipping |

Table 12

ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 15

Antisense oligonucleotides directed at exon 15 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

H15A(-12+19) [SEQ ID NO:63] and H15A(+48+71) [SEQ ID NO:64] induced substantial exon 15 skipping when delivered into cells at a concentration of 10 Nm, as shown in Figure 9A. Table 13 below includes other antisense molecules tested at a concentration range of 5, 25, 50, 100, 200 and 300 Nm. These other antisense molecules were unable to induce exon skipping at any of the concentrations tested.

46

SRPT-VYDS-0006072

4140.01500B1

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|--------|-------------------------------|----------|---------------------------|
| 63 | H15A(-12+19) | GCC AUG CAC UAA AAA GGC ACU GCA AGA CAU U | Skipping at 5Nm |
| 64 | H15A(+48+71) | UCU UUA AAG CCA GUU GUG UGA AUC | Skipping at 5Nm |
| 65 | H15A(+08+28) | UUU CUG AAA GCC AUG CAC UAA | No skipping |
| 63 | H15A(-12+19) | GCC AUG CAC UAA AAA GGC ACU GCA AGA CAU U | No skipping |
| 66 | H15D(+17-08) | GUA CAU ACG GCC AGU UUU UGA AGA C | No skipping |

Table 13

ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 16

Antisense oligonucleotides directed at exon 16 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

H16A(-12+19) [SEQ ID NO:67] and H16A(-06+25) [SEQ ID NO:68] induced substantial exon 16 skipping when delivered into cells at a concentration of 10 nM, as shown in Figure 9B. Table 14 below includes other antisense molecules tested. H16A(-06+19) [SEQ ID NO:69] and H16A(+87+109) [SEQ ID NO:70] were tested at a concentration range of 5, 25, 50, 100, 200 and 300 nM. These two antisense molecules were able to induce exon skipping at 25 nM and 100 nM, respectively. Additional antisense molecules were tested at 100, 200 and 300 nM and did not result in any exon skipping.

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|--------|-------------------------------|----------|---------------------------|
| 67 | H16A(-12+19) | CUA GAU CCG CUU UUA AAA CCU GUU AAA ACA A | Skipping at 5 nM |
| 68 | H16A(-06+25) | UCU UUU CUA GAU CCG CUU UUA AAA CCU GUU A | Skipping at 5 nM |
| 69 | H16A(-06+19) | CUA GAU CCG CUU UUA AAA CCU GUU A | Skipping at 25 nM |
| 70 | H16A(+87+109) | CCG UCU UCU GGG UCA CUG ACU UA | Skipping at 100 nM |

47

SRPT-VYDS-0006073

4140.01500B1

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 71 | H16A(-07+19) | CUA GAU CCG CUU UUA AAA CCU GUU AA | No skipping |
| 72 | H16A(-07+13) | CCG CUU UUA AAA CCU GUU AA | No skipping |
| 73 | H16A(+12+37) | UGG AUU GCU UUU UCU UUU CUA GAU CC | No skipping |
| 74 | H16A(+92+116) | CAU GCU UCC GUC UUC UGG GUC ACU G | No skipping |
| 75 | H16A(+45+67) | G AUC UUG UUU GAG UGA AUA CAG U | No skipping |
| 76 | H16A(+105+126) | GUU AUC AG CCA UGC UUC CGU C | No skipping |
| 77 | H16D(+05-20) | UGA UAA UUG GUA UCA CUA ACC UGU G | No skipping |
| 78 | H16D(+12-11) | GUA UCA CUA ACC UGU GCU GUA C | No skipping |

Table 14

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 19

Antisense oligonucleotides directed at exon 19 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

H19A(+35+65) [SEQ ID NO:79] induced substantial exon 19 skipping when delivered into cells at a concentration of 10 nM. This antisense molecule also showed very strong exon skipping at concentrations of 25, 50, 100, 300 and 600 nM.

Figure 10 illustrates exon 19 and 20 skipping using a "cocktail" of antisense oligonucleotides, as tested using gel electrophoresis. It is interesting to note that it was not easy to induce exon 20 skipping using single antisense oligonucleotides H20A(+44+71) [SEQ ID NO:81] or H20A(+149+170) [SEQ ID NO:82], as illustrated in sections 2 and 3 of the gel shown in Figure 10. Whereas, a "cocktail" of antisense oligonucleotides was more efficient as can be seen in section 4 of Figure 10 using a "cocktail" of antisense oligonucleotides H20A(+44+71) and H20A(+149+170). When the cocktail was used to target exon 19, skipping was even stronger (see section 5, Figure 10).

Figure 11 illustrates gel electrophoresis results of exon 19/20 skipping using "weasels" The "weasels" were effective in skipping exons 19 and 20 at concentrations of 25, 50, 100, 300 and 600 nM. A further "weasel" sequence is shown in the last row of Table 3C. This compound should give good results.

48

SRPT-VYDS-0006074

4140.01500B1

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 20

Antisense oligonucleotides directed at exon 20 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

5        None of the antisense oligonucleotides tested induced exon 20 skipping when delivered into cells at a concentration of 10, 25, 50, 300 or 600 nM (see Table 15). Antisense molecules H20A(-11+17) [SEQ ID NO:86] and H20D(+08-20) [SEQ ID NO:87] are yet to be tested.

However, a combination or "cocktail" of H20A(+44+71) [SEQ ID NO: 81]

10    and H20(+149+170) [SEQ ID NO:82] in a ratio of 1:1, exhibited very strong exon skipping at a concentration of 100 nM and 600 nM.  Further, a combination of antisense molecules H19A(+35+65) [SEQ ID NO:79], H20A(+44+71) [SEQ ID NO:81] and H20A(+149+170) [SEQ ID NO:82] in a ratio of 2:1:1, induced very strong exon skipping at a concentration ranging from 10 nM to 600 nM.

15

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|--------|-------------------------------|----------|----------------------------|
| 81 | H20A(+44+71) | CUG GCA GAA UUC GAU CCA CCG GCU GUU C | No skipping |
| 82 | H20A(+147+168) | CAG CAG UAG UUG UCA UCU GCU C | No skipping |
| 83 | H20A(+185+203) | UGA UGG GGU GGU GGG UUG G | No skipping |
| 84 | H20A(-08+17) | AUC UGC AUU AAC ACC CUC UAG AAA G | No skipping |
| 85 | H20A(+30+53) | CCG GCU GUU CAG UUG UUC UGA GGC | No skipping |
| 86 | H20A(-11+17) | AUC UGC AUU AAC ACC CUC UAG AAA GAA A | Not tested yet |
| 87 | H20D(+08-20) | GAA GGA GAA GAG AUU CUU ACC UUA CAA A | Not tested yet |
| 81 & 82 | H20A(+44+71) & H20A(+147+168) | CUG GCA GAA UUC GAU CCA CCG GCU GUU C CAG CAG UAG UUG UCA UCU GCU C | Very strong skipping |
| 80, 81 | H19A(+35+65); | GCC UGA GCU GAU CUG CUG GCA UCU | Very strong |

49

SRPT-VYDS-0006075

4140.01500B1

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| & 82 | H20A(+44+71); H20A(+147+168) | UGC AGU U; CUG GCA GAA UUC GAU CCA CCG GCU GUU C; CAG CAG UAG UUG UCA UCU GCU C | skipping |

Table 15

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 21

Antisense oligonucleotides directed at exon 21 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as
5   described above.

H21A(+85+108) [SEQ ID NO:92] and H21A(+85+106) [SEQ ID NO:91] induced exon 21 skipping when delivered into cells at a concentration of 50 nM. Table 16 below includes other antisense molecules tested at a concentration range of 5, 25, 50, 100, 200 and 300 nM. These antisense molecules showed a variable ability to induce exon
10   skipping

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 90 | H21A(-06+16) | GCC GGU UGA CUU CAU CCU GUG C | Skips at 600 nM |
| 91 | H21A(+85+106) | CUG CAU CCA GGA ACA UGG GUC C | Skips at 50 nM |
| 92 | H21A(+85+108) | GUC UGC AUC CAG GAA CAU GGG UC | Skips at 50 nM |
| 93 | H21A(+08+31) | GUU GAA GAU CUG AUA GCC GGU UGA | Skips faintly to |
| 94 | H21D(+18-07) | UAC UUA CUG UCU GUA GCU CUU UCU | No skipping |

Table 16

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 22

Antisense oligonucleotides directed at exon 22 were prepared and tested for
15   their ability to induce exon skipping in human muscle cells using similar methods as described above.

50

SRPT-VYDS-0006076

Figure 12 illustrates differing efficiencies of two antisense molecules directed at exon 22 acceptor splice site. H22A(+125+106) [SEQ ID NO:96] and H22A(+80+101) [SEQ ID NO: 98] induce strong exon 22 skipping from 50 nM to 600 nM concentration.

5      H22A(+125+146) [SEQ ID NO:96] and H22A(+80+101) [SEQ ID NO:98] induced exon 22 skipping when delivered into cells at a concentration of 50 nM. Table 17 below shows other antisense molecules tested at a concentration range of 50, 100, 300 and 600 nM. These antisense molecules showed a variable ability to induce exon skipping.

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|--------|-------------------------------|----------|---------------------------|
| 95 | H22A(+22+45) | CAC UCA UGG UCU CCU GAU AGC GCA | No skipping |
| 96 | H22A(+125+146) | CUG CAA UUC CCC GAG UCU CUG C | Skipping to 50 nM |
| 97 | H22A(+47+69) | ACU GCU GGA CCC AUG UCC UGA UG | Skipping to 300 nM |
| 98 | H22A(+80+101) | CUA AGU UGA GGU AUG GAG AGU | Skipping to 50 nM |
| 99 | H22D(+13-11) | UAU UCA CAG ACC UGC AAU UCC CC | No skipping |

10                    Table 17


<u>ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 23</u>

Antisense oligonucleotides directed at exon 23 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

15      Table 18 below shows antisense molecules tested at a concentration range of 25, 50, 100, 300 and 600 nM. These antisense molecules showed no ability to induce exon skipping or are yet to be tested.

51

4140.01500B1

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 100 | H23A(+34+59) | ACA GUG GUG CUG AGA UAG UAU AGG CC | No skipping |
| 101 | H23A(+18+39) | UAG GCC ACU UUG UUG CUC UUG C | No Skipping |
| 102 | H23A(+72+90) | UUC AGA GGG CGC UUU CUU C | No Skipping |

Table 18

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 24

Antisense oligonucleotides directed at exon 24 were prepared using similar methods as described above. Table 19 below outlines the antisense oligonucleotides directed at exon 24 that are yet to be tested for their ability to induce exon 24 skipping.

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 103 | H24A(+48+70) | GGG CAG GCC AUU CCU CCU UCA GA | Needs testing |
| 104 | H24A(-02+22) | UCU UCA GGG UUU GUA UGU GAU UCU | Needs testing |

Table 19

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 25

Antisense oligonucleotides directed at exon 25 were prepared using similar methods as described above. Table 20 below shows the antisense oligonucleotides directed at exon 25 that are yet to be tested for their ability to induce exon 25 skipping.

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 105 | H25A(+9+36) | CUG GGC UGA AUU GUC UGA AUA UCA CUG | Needs testing |
| 106 | H25A(+131+156) | CUG UUG GCA CAU GUG AUC CCA CUG AG | Needs testing |
| 107 | H25D(+16-08) | GUC UAU ACC UGU UGG CAC AUG UGA | Needs testing |

Table 20

52

4140.01500B1

ANTISENSE OLIGONUCIEOTIDES DIRECTED AT EXON 26

Antisense oligonucleotides directed at exon 26 were prepared using similar methods as described above.  Table 21 below outlines the antisense oligonucleotides directed at exon 26 that are yet to be tested for their ability to induce exon 26 skipping.

5

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|--------|--------------------------------|----------|----------------------------|
| 108 | H26A(+132+156) | UGC UUU CUG UAA UUC AUC UGG AGU U | Needs testing |
| 109 | H26A(-07+19) | CCU CCU UUC UGG CAU AGA CCU UCC AC | Needs testing |
| 110 | H26A(+68+92) | UGU GUC AUC CAU UCG UGC AUC UCU G | Faint skipping at 600 nM |

Table 21

ANTISENSE OLIQONUCLEOTIDES DIRECTED AT EXON 27

Antisense oligonucleotides directed at exon 27 were prepared using similar methods as described above.  Table 22 below outlines the antisense oligonucleotides

10    directed at exon 27 that are yet to be tested for their ability to induce exon 27 skipping.

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|--------|--------------------------------|----------|----------------------------|
| 111 | H27A(+82+106) | UUA AGG CCU CUU GUG CUA CAG GUG G | Needs testing |
| 112 | H27A(-4+19) | GGG CCU CUU CUU UAG CUC UCU GA | Faint skipping at 600 and 300 nM |
| 113 | H27D(+19-03) | GAC UUC CAA AGU CUU GCA UUU C | v. strong skipping at 600 and 300 nM |

Table 22

ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 28

Antisense oligonucleotides directed at exon 28 were prepared using similar

15    methods as described above.  Table 23 below outlines the antisense oligonucleotides directed at exon 28 that are yet to be tested for their ability to induce exon 28 skipping.

53

SRPT-VYDS-0006079

4140.01500B1

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 114 | H28A(-05+19) | GCC AAC AUG CCC AAA CUU CCU AAG | v. strong skipping at 600 and 300 nM |
| 115 | H28A(+99+124) | CAG AGA UUU CCU CAG CUC CGC CAG GA | Needs testing |
| 116 | H28D(+16-05) | CUU ACA UCU AGC ACC UCA GAG | v. strong skipping at 600 and 300 nM |

Table 23

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 29

Antisense oligonucleotides directed at exon 29 were prepared using similar

5    methods as described above. Table 24 below outlines the antisense oligonucleotides

directed at exon 29 that are yet to be tested for their ability to induce exon 29 skipping.

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 117 | H29A(+57+81) | UCC GCC AUC UGU UAG GGU CUG UGC C | Needs testing |
| 118 | H29A(+18+42) | AUU UGG GUU AUC CUC UGA AUG UCG C | v. strong skipping at 600 and 300 nM |
| 119 | H29D(+17-05) | CAU ACC UCU UCA UGU AGU UCC C | v. strong skipping at 600 and 300 nM |

Table 24

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 30

10    Antisense oligonucleotides directed at exon 30 were prepared using similar

methods as described above. Table 25 below outlines the antisense oligonucleotides

directed at exon 30 that are yet to be tested for their ability to induce exon 30 skipping.

54

SRPT-VYDS-0006080

4140.01500B1

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|--------|-------------------------------|----------|---------------------------|
| 120 | H30A(+122+147) | CAU UUG AGC UGC GUC CAC CUU GUC UG | Needs testing |
| 121 | H30A(+25+50) | UCC UGG GCA GAC UGG AUG CUC UGU UC | Very strong skipping at 600 and 300 nM. |
| 122 | H30D(+19-04) | UUG CCU GGG CUU CCU GAG GCA UU | Very strong skipping at 600 and 300 nM. |

Table 25

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 31

Antisense oligonucleotides directed at exon 31 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as

5    described above.

Figure 13 illustrates differing efficiencies of two antisense molecules directed at exon 31 acceptor splice site and a "cocktail" of exon 31 antisense oligonucleotides at varying concentrations. H31D(+03-22) [SEQ ID NO:124] substantially induced exon 31 skipping when delivered into cells at a concentration of 20 nM. Table 26

10   below also includes other antisense molecules tested at a concentration of 100 and 300 nM. These antisense molecules showed a variable ability to induce exon skipping.

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|--------|-------------------------------|----------|---------------------------|
| 123 | H31D(+06-18) | UUC UGA AAU AAC AUA UAC CUG UGC | Skipping to 300 nM |
| 124 | H31D(+03-22) | UAG UUU CUG AAA UAA CAU AUA CCU G | Skipping to 20 nM |
| 125 | H31A(+05+25) | GAC UUG UCA AAU CAG AUU GGA | No skipping |
| 126 | H31D(+04-20) | GUU UCU GAA AUA ACA UAU ACC UGU | Skipping to 300 nM |

Table 26

55

4140.01500B1

## ANTISENSE OLIGONUCTEOTIDES DIRECTED AT EXON 32

Antisense oligonucleotides directed at exon 32 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

5          H32D(+04-16) [SEQ ID NO:127] and H32A(+49+73) [SEQ ID NO:130] induced exon 32 skipping when delivered into cells at a concentration of 300 nM. Table 27 below also shows other antisense molecules tested at a concentration of 100 and 300 nM. These antisense molecules did not show an ability to induce exon skipping.

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 127 | H32D(+04-16) | CAC CAG AAA UAC AUA CCA CA | Skipping to 300 nM |
| 128 | H32A(+151+170) | CAA UGA UUU AGC UGU GAC UG | No skipping |
| 129 | H32A(+10+32) | CGA AAC UUC AUG GAG ACA UCU UG | No skipping |
| 130 | H32A(+49+73) | CUU GUA GAC GCU GCU CAA AAU UGG C | Skipping to 300 nM |

10                                      Table 27

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 33

Antisense oligonucleotides directed at exon 33 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

15          Figure 14 shows differing efficiencies of two antisense molecules directed at exon 33 acceptor splice site. H33A(+64+88) [SEQ ID NO:134] substantially induced exon 33 skipping when delivered into cells at a concentration of 10 nM. Table 28 below includes other antisense molecules tested at a concentration of 100, 200 and 300 nM. These antisense molecules showed a variable ability to induce exon skipping.

20

56

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 131 | H33D(+09-11) | CAU GCA CAC ACC UUU GCU CC | No skipping |
| 132 | H33A(+53+76) | UCU GUA CAA UCU GAC GUC CAG UCU | Skipping to 200 nM |
| 133 | H33A(+30+56) | GUG UUU AUC ACC AUU UCC ACU UCA GAC | Skipping to 200 nM |
| 134 | H33A(+64+88) | GCG UCU GCU UUU UCU GUA CAA UCU G | Skipping to 10 nM |

Table 28

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 34

Antisense oligonucleotides directed at exon 34 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as

5    described above.

Table 29 below includes antisense molecules tested at a concentration of 100 and 300 nM. These antisense molecules showed a variable ability to induce exon skipping.

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 135 | H34A(+83+104) | UCC AUA UCU GUA GCU GGC AGC C | No skipping |
| 136 | H34A(+143+165) | CCA GGC AAC UUC AGA AUC CAA AU | No skipping |
| 137 | H34A(-20+10) | UUU CUG UUA CCU GAA AAG AAU UAU AAU GAA | Not tested |
| 138 | H34A(+46+70) | CAU UCA UUU CCU UUC GCA UCU UAC G | Skipping to 300 nM |
| 139 | H34A(+95+120) | UGA UCU CUU UGU CAA UUC CAU AUC UG | Skipping to 300 nM |
| 140 | H34D(+10-20) | UUC AGU GAU AUA GGU UUU ACC UUU CCC CAG | Not tested |
| 141 | H34A(+72+96) | CUG UAG CUG CCA GCC AUU CUG UCA AG | No skipping |

10    Table 29

57

SRPT-VYDS-0006083

4140.01500B1

### ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 35

Antisense oligonucleotides directed at exon 35 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

5          Figure 15 shows differing efficiencies of antisense molecules directed at exon 35 acceptor splice site. H35A(+24+43) [SEQ ID NO:144] substantially induced exon 35 skipping when delivered into cells at a concentration of 20 nM. Table 30 below also includes other antisense molecules tested at a concentration of 100 and 300 nM. These antisense molecules showed no ability to induce exon skipping.

10

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|--------|-------------------------------|----------|---------------------------|
| 142 | H35A(+141+161) | UCU UCU GCU CGG GAG GUG ACA | Skipping to 20 nM |
| 143 | H35A(+116+135) | CCA GUU ACU AUU CAG AAG AC | No skipping |
| 144 | H35A(+24+43) | UCU UCA GGU GCA CCU UCU GU | No skipping |

Table 30

### ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 36

Antisense oligonucleotides directed at exon 36 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

15

Antisense molecule H36A(+26+50) [SEQ ID NO:145] induced exon 36 skipping when delivered into cells at a concentration of 300 nM, as shown in Figure 16.

### ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 37

Antisense oligonucleotides directed at exon 37 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

20

Figure 17 shows differing efficiencies of two antisense molecules directed at exon 37 acceptor splice site. H37A(+82+105) [SEQ ID NO:148] and H37A(+134+157)

58

SRPT-VYDS-0006084

4140.01500B1

[SEQ ID NO:149] substantially induced exon 37 skipping when delivered into cells at a concentration of 10 nM. Table 31 below shows the antisense molecules tested.

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 147 | H37A(+26+50) | CGU GUA GAG UCC ACC UUU GGG CGU A | No skipping |
| 148 | H37A(+82+105) | UAC UAA UUU CCU GCA GUG GUC ACC | Skipping to 10 nM |
| 149 | H37A(+134+157) | UUC UGU GUG AAA UGG CUG CAA AUC | Skipping to 10 nM |

Table 31

5            ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 38

Antisense oligonucleotides directed at exon 38 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

Figure 18 illustrates antisense molecule H38A(+88+112) [SEQ ID NO:152]

10  , directed at exon 38 acceptor splice site. H38A(+88+112) substantially induced exon 38 skipping when delivered into cells at a concentration of 10 nM. Table 32 below shows the antisense molecules tested and their ability to induce exon skipping.

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 150 | H38A(-01+19) | CCU UCA AAG GAA UGG AGG CC | No skipping |
| 151 | H38A(+59+83) | UGC UGA AUU UCA GCC UCC AGU GGU U | Skipping to 10 nM |
| 152 | H38A(+88+112) | UGA AGU CUU CCU CUU UCA GAU UCA C | Skipping to 10 nM |

Table 32

15            ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 39

Antisense oligonucleotides directed at exon 39 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

59

SRPT-VYDS-0006085

H39A(+62+85) [SEQ ID NO:153] induced exon 39 skipping when delivered into cells at a concentration of 100 nM.  Table 33 below shows the antisense molecules tested and their ability to induce exon skipping.

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 153 | H39A(+62+85) | CUG GCU UUC UCU CAU CUG UGA UUC | Skipping to 100 nM |
| 154 | H39A(+39+58) | GUU GUA AGU UGU CUC CUC UU | No skipping |
| 155 | H39A(+102+121) | UUG UCU GUA ACA GCU GCU GU | No skipping |
| 156 | H39D(+10-10) | GCU CUA AUA CCU UGA GAG CA | Skipping to 300 nM |

5                                                Table 33

### ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 40

Antisense oligonucleotides directed at exon 40 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

10            Figure 19 illustrates antisense molecule H40A(-05+17) [SEQ ID NO:157] directed at exon 40 acceptor splice site.  H40A(-05+17) and H40A(+129+153) [SEQ ID NO:158] both substantially induced exon 40 skipping when delivered into cells at a concentration of 5 nM.

### ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 42

15            Antisense oligonucleotides directed at exon 42 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

Figure 20 illustrates antisense molecule H42A(-04+23) [SEQ ID NO:159], directed at exon 42 acceptor splice site.  H42A(-4+23) and H42D(+19-02) [SEQ ID
20    NO:161] both induced exon 42 skipping when delivered into cells at a concentration of 5 nM.  Table 34 below shows the antisense molecules tested and their ability to induce exon 42 skipping.

60

4140.01500B1

| SEQ ID | Antisense afigonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 159 | H42A(-4+23) | AUC GUU UCU UCA CGG ACA GUG UGG UGC | Skipping to 5 nM |
| 160 | H42A(+86+109) | GGG CUU GUG AGA CAU GAG UGA UUU | Skipping to 100 nM |
| 161 | H42D(+19-02) | A CCU UCA GAG GAC UCC UCU UGC | Skipping to 5 nM |

Table 34

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 43

Antisense oligonucleotides directed at exon 43 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as
5    described above.

H43A(+101+120) [SEQ ID NO:163] induced exon 43 skipping when delivered into cells at a concentration of 25 nM. Table 35 below includes the antisense molecules tested and their ability to induce exon 43 skipping.

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 162 | H43D(+10-15) | UAU GUG UUA CCU ACC CUU GUC GGU C | Skipping to 100 nM |
| 163 | H43A(+101+120) | GGA GAG AGC UUC CUG UAG CU | Skipping to 25 nM |
| 164 | H43A(+78+100) | UCA CCC UUU CCA CAG GCG UUG CA | Skipping to 200 n M |

10                                        Table 35

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 44

Antisense oligonucleotides directed at exon 44 were prepared using similar methods as described above. Testing fior the ability of these antisense molecules to induce exon 44 skipping is still in progress. The antisense molecules under review are shown as
15    SEQ ID Nos: 165 to 167 in Table 1A.

61

SRPT-VYDS-0006087

4140.01500B1

ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 45

Antisense oligonucleotides directed at exon 45 were prepared using similar methods as described above. Testing for the ability of these antisense molecules to induce exon 45 skipping is still in progress. The antisense molecules under review are shown as SEQ ID Nos: 207 to 211 in Table 1A.

ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 46

Antisense oligonucleotides directed at exon 46 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

Figure 21 illustrates the efficiency of one antisense molecule directed at exon 46 acceptor splice site. Antisense oligonucleotide H46A(+86+115) [SEQ ID NO:203] showed very strong ability to induce exon 46 skipping. Table 36 below includes antisense molecules tested. These antisense molecules showed varying ability to induce exon 46 skipping.

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|--------|--------------------------------|----------|----------------------------|
| 168 | H46D(+16-04) | UUA CCU UGA CUU GCU CAA GC | No skipping |
| 169 | H46A(+90+109) | UCC AGG UUC AAG UGG GAU AC | No skipping |
| 203 | H46A(+86+115) | CUC UUU UCC AGG UUC AAG UGG GAU ACU AGC | Good skipping to 100 nM |
| 204 | H46A(+107+137) | CAA GCU UUU CUU UUA GUU GCU GCU CUU UUC C | Good skipping to 100 nM |
| 205 | H46A(-10+20) | UAU UCU UUU GUU CUU CUA GCC UGG AGA AAG | Weak skipping |
| 206 | H46A(+50+77) | CUG CUU CCU CCA ACC AUA AAA CAA AUU C | Weak skipping |

Table 36

62

4140.01500B1

ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 47

Antisense oligonucleotides directed at exon 47 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above,

H47A(+76+100) [SEQ ID NO:170] and H47A(-09+12) [SEQ ID NO:172] both induced exon 47 skipping when delivered into cells at a concentration of 200 nM. H47D(+25-02) [SEQ ID NO: 171] is yet to be prepared and tested.

ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 50

Antisense oligonucleotides directed at exon 50 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

Antisense oligonucleotide molecule H50A(+02+30) [SEQ ID NO: 173] was a strong inducer of exon skipping. Further, H50A(+07+33) [SEQ ID NO:174] and H50D(+07-18) [SEQ ID NO:175] both induced exon 50 skipping when delivered into cells at a concentration of 100 nM.

ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 51

Antisense oligonucleotides directed at exon 51 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

Figure 22 illustrates differing efficiencies of two antisense molecules directed at exon 51 acceptor splice site. Antisense oligonucleotide H51A(+66+90) [SEQ ID NO:180] showed the stronger ability to induce exon 51 skipping. Table 37 below includes antisense molecules tested at a concentration range of 25, 50, 100, 300 and 600 nM. These antisense molecules showed varying ability to induce exon 51 skipping. The strongest inducers of exon skipping were antisense oligonucleotide H51A(+61+90) [SEQ ID NO: 179] and H51A(+66+95) [SEQ ID NO: 181].

63

SRPT-VYDS-0006089

4140.01500B1

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 176 | H51A(-01+25) | ACC AGA GUA ACA GUC UGA GUA GGA GC | Faint skipping |
| 177 | H51D(+16-07) | CUC AUA CCU UCU GCU UGA UGA UC | Skipping at 300 nM |
| 178 | H51A(+111+134) | UUC UGU CCA AGC CCG GUU GAA AUC | Needs re- testing |
| 179 | H51A(+61+90) | ACA UCA AGG AAG AUG GCA UUU CUA GUU UGG | Very strong skipping |
| 180 | H51A(+66+90) | ACA UCA AGG AAG AUG GCA UUU CUA G | skipping |
| 181 | H51A(+66+95) | CUC AAA CAU CAA GGA AGA UGG CAU UUC UAG | Very strong skipping |
| 182 | H51D(+08-17) | AUC AUU UUU UCU CAU ACC UUC UGC U | No skipping |
| 183 | H51A/D(+08-17) & (-15+?) | AUC AUU UUU UCU CAU ACC UUC UGC UAG GAG CUA AAA | No skipping |
| 184 | H51A(+175+195) | CAC CCA CCA UCA GCC UCU GUG | No skipping |
| 185 | H51A(+199+220) | AUC AUC UCG UUG AUA UCC UCA A | No skipping |

Table 37

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 52

Antisense oligonucleotides directed at exon 52 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as

5 described above.

Figure 22 also shows differing efficiencies of four antisense molecules directed at exon 52 acceptor splice site. The most effective antisense oligonucleotide for inducing exon 52 skipping was H52A(+17+37) [SEQ ID NO:188].

Table 38 below shows antisense molecules tested at a concentration range of

10 50, 100, 300 and 600 nM. These antisense molecules showed varying ability to induce exon 50 skipping. Antisense molecules H52A(+12+41) [SEQ ID NO:187] and

64

H52A(+17+37) [SEQ ID NO:188] showed the strongest exon 50 skipping at a
concentration of 50 nM.

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 186 | H52A(-07+14) | UCC UGC AUU GUU GCC UGU AAG | No skipping |
| 187 | H52A(+12+41) | UCC AAC UGG GGA CGC CUC UGU UCC AAA UCC | Very strong skipping |
| 188 | H52A(+17+37) | ACU GGG GAC GCC UCU GUU CCA | Skipping to 50 nM |
| 189 | H52A(+93+112) | CCG UAA UGA UUG UUC UAG CC | No skipping |
| 190 | H52D(+05-15) | UGU UAA AAA ACU UAC UUC GA | No skipping |

Table 38

5          ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 53

Antisense oligonucleotides directed at exon 53 were prepared and tested for
their ability to induce exon skipping in human muscle cells using similar methods as
described above.

Figure 22 also shows antisense molecule H53A(+39+69) [SEQ ID NO:193]
10   directed at exon 53 acceptor splice site. This antisense oligonucleotide was able to induce
exon 53 skipping at 5, 100, 300 and 600 nM. A "cocktail" of three exon 53 antisense
oligonucleotides: H53A(+23+47) [SEQ ID NO:195], H53A(+150+176) [SEQ ID NO:196]
and H53D(+14-07) [SEQ ID NO:194], was also tested, as shown in Figure 20 and
exhibited an ability to induce exon skipping.

15          Table 39 below includes other antisense molecules tested at a concentration
range of 50, 100, 300 and 600 nM. These antisense molecules showed varying ability to
induce exon 53 skipping. Antisense molecule H53A(+39+69) [SEQ ID NO:193] induced
the strongest exon 53 skipping.

65

4140.01500B1

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|--------|-------------------------------|----------|---------------------------|
| 191 | H53A(+45+69) | CAU UCA ACU GUU GCC UCC GGU UCU G | Faint skipping at 50 nM |
| 192 | H53A(+39+62) | CUG UUG CCU CCG GUU CUG AAG GUG | Faint skipping at 50 nM |
| 193 | H53A(+39+69) | CAU UCA ACU GUU GCC UCC GGU UCU GAA GGU G | Strong skipping to 50 nM |
| 194 | H53D(+14-07) | UAC UAA CCU UGG UUU CUG UGA | Very faint skipping to 50 nM |
| 195 | H53A(+23+47) | CUG AAG GUG UUC UUG UAC UUC AUC C | Very faint skipping to 50 nM |
| 196 | H53A(+150+176) | UGU AUA GGG ACC CUC CUU CCA UGA CUC | Very faint skipping to 50 nM |
| 197 | H53D(+20-05) | CUA ACC UUG GUU UCU GUG AUU UUC U | Not made yet |
| 198 | H53D(+09-18) | GGU AUC UUU GAU ACU AAC CUU GGU UUC | Faint at 600 nM |
| 199 | H53A(-12+10) | AUU CUU UCA ACU AGA AUA AAA G | No skipping |
| 200 | H53A(-07+18) | GAU UCU GAA UUG UUU CAA CUA GAA U | No skipping |
| 201 | H53A(+07+26) | AUC CCA CUG AUU CUG AAU UC | No skipping |
| 202 | H53A(+124+145) | UUG GCU CUG GCC UGU CCU AAG A | No skipping |

Table 39

66

SRPT-VYDS-0006092

4140.01500B1

**What is claimed is:**

1.     A method for treating a patient with Duchenne muscular dystrophy (DMD) in need
thereof who has a mutation of the DMD gene that is amenable to exon 53 skipping,
5     comprising administering to the patient an antisense oligonucleotide of 20 to 31 bases
comprising a base sequence that is 100% complementary to consecutive bases of a target
region of exon 53 of the human dystrophin pre-mRNA, wherein the target region is within
annealing site H53A(+23+47) and annealing site H53A(+39+69), wherein the base
sequence comprises at least 12 consecutive bases of CUG AAG GUG UUC UUG UAC
10     UUC AUC C (SEQ ID NO: 195), in which uracil bases are thymine bases, wherein the
antisense oligonucleotide is a morpholino antisense oligonucleotide, and wherein the
antisense oligonucleotide induces exon 53 skipping; or a pharmaceutically acceptable salt
thereof.

15     2.     The method of claim 2, wherein the antisense oligonucleotide is administered
intravenously.

20

25

30

67

SRPT-VYDS-0006093

4140.01500B1

# ABSTRACT

An antisense molecule capable of binding to a selected target site to induce exon skipping in the dystrophin gene, as set forth in SEQ ID NO: 1 to 214.

5

10

68

SRPT-VYDS-0006094



FIGURE 1

2/22



# FIGURE 2

SRPT-VYDS-0006096

3/22

H8A(-06+14)                    H8A(-06+18)
M 600 300 100  50  20  UT  600 300 100  50  20  UT      M



# FIGURE 3

SRPT-VYDS-0006097

4/22

H7A(+45+67)              H7A(+2+26)

M   600  300  100  50  20  600N M   600 300 100  50   20  600N M



# FIGURE 4

SRPT-VYDS-0006098

5/22



FIGURE 5

SRPT-VYDS-0006099

6/22

6A(+69+91)

M        600      300      200      100      50       20       UT



**FIGURE 6**

SRPT-VYDS-0006100

7/22

H4A(+13+32)

M   600   300   100   50   20   UT   Neg   M



**FIGURE 7**

SRPT-VYDS-0006101

SRPT-VYDS-0006102



JSR610 -    H12A(+52+75)

JSR604 -    H11A(+75+97)

**FIGURE 8A**          **FIGURE 8B**



H15A(+48+71)        H15A(-12+19)          H16A(-12+19)        H16A(-06+25)

JSR428        JSR427          JSR390        JSR309

**FIGURE 9A**              **FIGURE 9B**

9/22

SRPT-VYDS-0006103



100bp 600 100 | 600 100 | 600 100 | 600 300 100 50 | 600 300 100 50 | L2K  UT

HM19A(+35+36)

H20A(+44+71)

H20A(+149+170)

**20/20 cocktail**
H20A(+44+71)
H20A(+149+170)

**19/20/20 cocktail**
HM19A(+35+36)
H20A(+44+71)
H20A(+149+170)

**FIGURE 10**

10/22

SRPT-VYDS-0006104

SRPT-VYDS-0006105



11/22

**Weasel19/20/20**
H19A(+35+53)-aa-
H20A(+44+63)-aa-
H20A(+149+168)

**Weasel19/20**
H19A(+35+53)-
aa-
H20A(+44+63)

**Weasel19/20**
H19A(+35+53)-
aa-
H20A(+149+168)

**19/20/20 cocktail**
HM19A(+35+36)
H20A(+44+71)
H20A(+149+170)

# FIGURE 11



**FIGURE 12**

13/22



FIGURE 13

SRPT-VYDS-0006107



200  100  50  20  10   200  100  50  20  10   L2K UT

H33A(+30+56)              H33A(+64+88)

14/22

**FIGURE 14**

SRPT-VYDS-0006108

**FIGURE 15**

SRPT-VYDS-0006109

15/22

16/22



FIGURE 16

SRPT-VYDS-0006110



**FIGURE 17**

SRPT-VYDS-0006111

**H38A(+88+112)**



## FIGURE 18

SRPT-VYDS-0006112

18/22

19/22



FIGURE 19

SRPT-VYDS-0006113

20/22



FIGURE 20

SRPT-VYDS-0006114

21/22

**H46A(+86+115)**



# FIGURE 21

SRPT-VYDS-0006115



**FIGURE 22**

SRPT-VYDS-0006116

```
                        4140_01500B1_SL_
                         SEQUENCE LISTING

<110> WILTON, STEPHEN DONALD
      FLETCHER, SUE
      MCCLOREY, GRAHAM

<120> ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS
      OF USE THEREOF

<130> 4140.01500B1

<140>  Not yet assigned
<141>  Herewith

<150>  US 15/274,772
<151>  2016-09-23

<150> 14/740,097
<151> 2015-06-15

<150> 13/741,150
<151> 2013-01-14

<150> 13/168,857
<151> 2011-06-24

<150> 12/837,359
<151> 2010-07-15

<150> 11/570,691
<151> 2008-01-15

<150> PCT/AU2005/000943
<151> 2005-06-28

<150> AU 2004903474
<151> 2004-06-28

<160> 214

<170> PatentIn version 3.5

<210> 1
<211> 24
<212> RNA
<213> Artificial Sequence

<220>
```

Page 1

```
                              4140_01500B1_SL_
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 1
gauaggguggu aucaacaucu guaa                                        24


<210> 2
<211> 21
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 2
gauaggguggu aucaacaucu g                                           21


<210> 3
<211> 25
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 3
gauaggguggu aucaacaucu guaag                                       25


<210> 4
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 4
ggugguauca acacucuguaa                                             20
```

SRPT-VYDS-0006118

4140_01500B1_SL_

```
<210> 5
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 5
guaucaacau cguuaagcac                                            20


<210> 6
<211> 23
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 6
ugcauguucc agucguugug ugg                                        23


<210> 7
<211> 25
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 7
cacuauucca gucaaauagg ucugg                                      25


<210> 8
<211> 25
<212> RNA
<213> Artificial Sequence
```

SRPT-VYDS-0006119

4140_01500B1_SL_

```
<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 8
auuuaccaac cuucaggauc gagua                                    25


<210> 9
<211> 21
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 9
ggccuaaaac acauacacau a                                        21


<210> 10
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Canine 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 10
cauuuuugac cuacaugugg                                          20


<210> 11
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Canine 2'-O-methyl phosphorothioate antisense
      oligonucleotide
```

SRPT-VYDS-0006120

4140_01500B1_SL_

```
<400> 11
uuugaccuac auguggaaag                                              20


<210> 12
<211> 26
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Canine 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 12
uacauuuug accuacaugu ggaaag                                        26


<210> 13
<211> 22
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Canine 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 13
auuuuugacc uacaugggaa ag                                           22


<210> 14
<211> 23
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Canine 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 14
uacgaguuga uugucggacc cag                                          23


<210> 15
<211> 25
```

SRPT-VYDS-0006121

4140_01500B1_SL_

```
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Canine 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 15
guggucuccu uaccuaugac ugugg                                        25


<210> 16
<211> 17
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Canine 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 16
ggucuccuua ccuauga                                                 17


<210> 17
<211> 24
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 17
ugucucagua aucuucuuac cuau                                         24


<210> 18
<211> 24
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
```

Page 6

4140_01500B1_SL_
    oligonucleotide

<400> 18
ucuuaccuau gacuauggau gaga                                                    24


<210> 19
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
    Human 2'-O-methyl phosphorothioate antisense
    oligonucleotide

<400> 19
gcaugaacuc uuguggaucc                                                         20


<210> 20
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
    Human 2'-O-methyl phosphorothioate antisense
    oligonucleotide

<400> 20
ccaggguacu acuuacauua                                                         20


<210> 21
<211> 21
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
    Human 2'-O-methyl phosphorothioate antisense
    oligonucleotide

<400> 21
aucguguguc acagcaucca g                                                       21


Page 7

SRPT-VYDS-0006123

4140_01500B1_SL_

```
<210> 22
<211> 30
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 22
uguucagggc augaacucuu guggauccuu                                    30


<210> 23
<211> 31
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 23
uaggaggcgc cucccauccu guaggucacu g                                  31


<210> 24
<211> 31
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 24
aggucuagga ggcgccuccc auccuguagg u                                  31


<210> 25
<211> 25
<212> RNA
<213> Artificial Sequence

<220>
```

Page 8

SRPT-VYDS-0006124

4140_01500B1_SL_

```
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 25
gcgccuccca uccuguaggu cacug                                    25


<210> 26
<211> 26
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 26
cuucgaggag gucuaggagg cgccuc                                   26


<210> 27
<211> 21
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 27
cucccauccu guaggucacu g                                        21


<210> 28
<211> 22
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 28
uaccaguuuu ugcccuguca gg                                       22
```

SRPT-VYDS-0006125

4140_01500B1_SL_

<210> 29
<211> 26
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 29
ucaauaugcu gcuucccaaa cugaaa                                    26


<210> 30
<211> 25
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 30
cuaggaggcg ccucccaucc uguag                                    25


<210> 31
<211> 31
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 31
uuaugauuuc caucuacgau gucaguacuu c                             31


<210> 32
<211> 31
<212> RNA
<213> Artificial Sequence

SRPT-VYDS-0006126

4140_01500B1_SL_

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 32
cuuaccugcc aguggaggau uauauuccaa a                                  31


<210> 33
<211> 25
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 33
caucaggauu cuuaccugcc agugg                                         25


<210> 34
<211> 25
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 34
cgaugucagu acuuccaaua uucac                                         25


<210> 35
<211> 18
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

SRPT-VYDS-0006127

4140_01500B1_SL_

```
<400> 35
accauucauc aggauucu                                              18


<210> 36
<211> 18
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 36
accugccagu ggaggauu                                              18


<210> 37
<211> 27
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 37
ccaauauuca cuaaaucaac cuguuaa                                    27


<210> 38
<211> 30
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 38
caggauucuu accugccagu ggaggauuau                                 30


<210> 39
<211> 31
```

SRPT-VYDS-0006128

4140_01500B1_SL_

```
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 39
acgaugucag uacuuccaau auucacuaaa u                          31


<210> 40
<211> 31
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 40
auuuccaucu acgaugucag uacuuccaau a                          31


<210> 41
<211> 21
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 41
caggagcuuc caaaugcugc a                                     21


<210> 42
<211> 29
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
```

Page 13

4140_01500B1_SL_

oligonucleotide

<400> 42
cuugucuuca ggagcuucca aaugcugca                                         29


<210> 43
<211> 22
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 43
uccucagcag aaagaagcca cg                                                22


<210> 44
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 44
uuagaaaucu cuccuugugc                                                   20


<210> 45
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 45
uaaauugggu guuacacaau                                                   20


Page 14

SRPT-VYDS-0006130

4140_01500B1_SL_

```
<210> 46
<211> 24
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 46
cccugaggca uucccaucuu gaau                                        24


<210> 47
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 47
aggacuuacu ugcuuuguuu                                             20


<210> 48
<211> 23
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 48
cuugaauuua ggagauucau cug                                         23


<210> 49
<211> 23
<212> RNA
<213> Artificial Sequence

<220>
```

SRPT-VYDS-0006131

4140_01500B1_SL_

```
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 49
caucuucuga uaauuuuccu guu                                    23


<210> 50
<211> 24
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 50
ucuucuguuu uuguuagcca guca                                   24


<210> 51
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 51
ucuauguaaa cugaaaauuu                                        20


<210> 52
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 52
uucuggagau ccauuaaaac                                        20
```

Page 16

SRPT-VYDS-0006132

4140_01500B1_SL_

<210> 53
<211> 24
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 53
cagcaguugc gugaucucca cuag                                          24


<210> 54
<211> 21
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 54
uucaucaacu accaccacca u                                             21


<210> 55
<211> 25
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 55
cuaagcaaaa uaaucugacc uuaag                                         25


<210> 56
<211> 28
<212> RNA
<213> Artificial Sequence

Page 17

SRPT-VYDS-0006133

4140_01500B1_SL_

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 56
cuuguaaaag aacccagcgg ucuucugu                                    28


<210> 57
<211> 22
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 57
caucuacaga uguuugccca uc                                          22


<210> 58
<211> 23
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 58
gaaggauguc uuguaaaaga acc                                         23


<210> 59
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

SRPT-VYDS-0006134

4140_01500B1_SL_

```
<400> 59
accuguucuu caguaagacg                                                    20


<210> 60
<211> 24
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 60
caugacacac cuguucuuca guaa                                               24


<210> 61
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 61
cauuugagaa ggaugucuug                                                    20


<210> 62
<211> 24
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 62
aucucccaau accuggagaa gaga                                               24


<210> 63
<211> 31
```

Page 19

SRPT-VYDS-0006135

4140_01500B1_SL_

<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 63
gccaugcacu aaaaaggcac ugcaagacau u                                    31


<210> 64
<211> 24
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 64
ucuuuaaagc caguugugug aauc                                            24


<210> 65
<211> 21
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 65
uuucugaaag ccaugcacua a                                               21


<210> 66
<211> 25
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense

SRPT-VYDS-0006136

4140_01500B1_SL_
oligonucleotide

<400> 66
guacauacgg ccaguuuuug aagac                                          25


<210> 67
<211> 31
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 67
cuagauccgc uuuuaaaacc uguuaaaaca a                                   31


<210> 68
<211> 31
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 68
ucuuuucuag auccgcuuuu aaaaccuguu a                                   31


<210> 69
<211> 25
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 69
cuagauccgc uuuuaaaacc uguua                                          25


Page 21

SRPT-VYDS-0006137

4140_01500B1_SL_

<210> 70
<211> 23
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
     Human 2'-O-methyl phosphorothioate antisense
     oligonucleotide

<400> 70
ccgucuucug ggucacugac uua                                          23


<210> 71
<211> 26
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
     Human 2'-O-methyl phosphorothioate antisense
     oligonucleotide

<400> 71
cuagauccgc uuuuaaaacc uguuaa                                       26


<210> 72
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
     Human 2'-O-methyl phosphorothioate antisense
     oligonucleotide

<400> 72
ccgcuuuuaa aaccuguuaa                                              20


<210> 73
<211> 26
<212> RNA
<213> Artificial Sequence

<220>

Page 22

4140_01500B1_SL_

<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 73
uggauugcuu uuucuuuucu agaucc                                    26


<210> 74
<211> 25
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 74
caugcuuccg ucuucugggu cacug                                     25


<210> 75
<211> 23
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 75
gaucuuguuu gagugaauac agu                                       23


<210> 76
<211> 22
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 76
guuauccagc caugcuuccg uc                                        22

Page 23

SRPT-VYDS-0006139

4140_01500B1_SL_

```
<210> 77
<211> 25
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 77
ugauaauugg uaucacuaac cugug                                        25


<210> 78
<211> 22
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 78
guaucacuaa ccugugcugu ac                                          22


<210> 79
<211> 19
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 79
cugcuggcau cuugcaguu                                              19


<210> 80
<211> 31
<212> RNA
<213> Artificial Sequence
```

Page 24

4140_01500B1_SL_

```
<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 80
gccugagcug aucugcuggc acuuugcagu u                              31


<210> 81
<211> 28
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 81
cuggcagaau ucgauccacc ggcuguuc                                 28


<210> 82
<211> 22
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 82
cagcaguagu ugucaucugc uc                                       22


<210> 83
<211> 19
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide
```

Page 25

SRPT-VYDS-0006141

4140_01500B1_SL_

<400> 83
ugauggggug guggguugg                                                   19


<210> 84
<211> 25
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 84
aucugcauua acacccucua gaaag                                            25


<210> 85
<211> 24
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 85
ccggcuguuc aguuguucug aggc                                             24


<210> 86
<211> 28
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 86
aucugcauua acacccucua gaaagaaa                                         28


<210> 87
<211> 28

Page 26

4140_01500B1_SL_

<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 87
gaaggagaag agauucuuac cuuacaaa                                        28


<210> 88
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 88
auucgaucca ccggcguuc                                                  20


<210> 89
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 89
cagcaguagu ugucaucugc                                                 20


<210> 90
<211> 22
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense

SRPT-VYDS-0006143

4140_01500B1_SL_

oligonucleotide

<400> 90
gccgguugac uucauccugu gc                                                    22


<210> 91
<211> 22
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 91
cugcauccag gaacaugggu cc                                                    22


<210> 92
<211> 23
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 92
gucugcaucc aggaacaugg guc                                                   23


<210> 93
<211> 24
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 93
guugaagauc ugauagccgg uuga                                                  24


Page 28

SRPT-VYDS-0006144

4140_01500B1_SL_

<210> 94
<211> 24
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
     Human 2'-O-methyl phosphorothioate antisense
     oligonucleotide

<400> 94
uacuuacugu cuguagcucu uucu                                      24


<210> 95
<211> 24
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
     Human 2'-O-methyl phosphorothioate antisense
     oligonucleotide

<400> 95
cacucauggu cuccugauag cgca                                      24


<210> 96
<211> 22
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
     Human 2'-O-methyl phosphorothioate antisense
     oligonucleotide

<400> 96
cugcaauucc ccgagucucu gc                                        22


<210> 97
<211> 23
<212> RNA
<213> Artificial Sequence

<220>

Page 29

SRPT-VYDS-0006145

```
                                    4140_01500B1_SL_
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 97
acugcuggac ccauguccug aug                                           23


<210> 98
<211> 21
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 98
cuaaguugag guauggagag u                                             21


<210> 99
<211> 23
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 99
uauucacaga ccugcaauuc ccc                                           23


<210> 100
<211> 26
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 100
acaguggugc ugagauagua uaggcc                                        26
```

SRPT-VYDS-0006146

4140_01500B1_SL_

<210> 101
<211> 22
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 101
uaggccacuu uguugcucuu gc                                             22


<210> 102
<211> 19
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 102
uucagagggc gcuuucuuc                                                 19


<210> 103
<211> 23
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 103
gggcaggcca uuccuccuuc aga                                            23


<210> 104
<211> 24
<212> RNA
<213> Artificial Sequence

Page 31

SRPT-VYDS-0006147

4140_01500B1_SL_

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 104
ucuucagggu uuguauguga uucu                                        24


<210> 105
<211> 27
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 105
cugggcugaa uugucugaau aucacug                                     27


<210> 106
<211> 26
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 106
cuguuggcac augugauccc acugag                                      26


<210> 107
<211> 24
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

Page 32

4140_01500B1_SL_

<400> 107
gucuauaccu guuggcacau guga                                          24


<210> 108
<211> 25
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 108
ugcuuucugu aauucaucug gaguu                                         25


<210> 109
<211> 26
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 109
ccuccuuucu ggcauagacc uuccac                                        26


<210> 110
<211> 25
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 110
ugugucaucc auucgugcau cucug                                         25


<210> 111
<211> 25

Page 33

SRPT-VYDS-0006149

4140_01500B1_SL_

<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 111
uuaaggccuc uugugcuaca ggugg                                          25


<210> 112
<211> 23
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 112
gggccucuuc uuuagcucuc uga                                            23


<210> 113
<211> 22
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 113
gacuuccaaa gucuugcauu uc                                             22


<210> 114
<211> 24
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense

Page 34

4140_01500B1_SL_
oligonucleotide

<400> 114
gccaacaugc ccaaacuucc uaag                                              24


<210> 115
<211> 26
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 115
cagagauuuc cucagcuccg ccagga                                            26


<210> 116
<211> 21
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 116
cuuacaucua gcaccucaga g                                                 21


<210> 117
<211> 25
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 117
uccgccaucu guuagggucu gugcc                                             25

SRPT-VYDS-0006151

4140_01500B1_SL_

<210> 118
<211> 25
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
     Human 2'-O-methyl phosphorothioate antisense
     oligonucleotide

<400> 118
auuuggguua uccucugaau gucgc                                    25


<210> 119
<211> 22
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
     Human 2'-O-methyl phosphorothioate antisense
     oligonucleotide

<400> 119
cauaccucuu cauguaguuc cc                                       22


<210> 120
<211> 26
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
     Human 2'-O-methyl phosphorothioate antisense
     oligonucleotide

<400> 120
cauuugagcu gcguccaccu ugucug                                   26


<210> 121
<211> 26
<212> RNA
<213> Artificial Sequence

<220>

Page 36

SRPT-VYDS-0006152

4140_01500B1_SL_
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 121
uccugggcag acuggaugcu cuguuc                                        26


<210> 122
<211> 23
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 122
uugccugggc uuccugaggc auu                                          23


<210> 123
<211> 24
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 123
uucugaaaua acauauaccu gugc                                         24


<210> 124
<211> 25
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 124
uaguuucuga aauaacauau accug                                        25

Page 37

4140_01500B1_SL_

```
<210> 125
<211> 21
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 125
gacuugucaa aucagauugg a                                        21


<210> 126
<211> 24
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 126
guuucugaaa uaacauauac cugu                                     24


<210> 127
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 127
caccagaaau acauaccaca                                          20


<210> 128
<211> 20
<212> RNA
<213> Artificial Sequence
```

Page 38

4140_01500B1_SL_

&lt;220&gt;
&lt;223&gt; Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

&lt;400&gt; 128
caaugauuua gcugugacug                                           20


&lt;210&gt; 129
&lt;211&gt; 23
&lt;212&gt; RNA
&lt;213&gt; Artificial Sequence

&lt;220&gt;
&lt;223&gt; Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

&lt;400&gt; 129
cgaaacuuca uggagacauc uug                                       23


&lt;210&gt; 130
&lt;211&gt; 25
&lt;212&gt; RNA
&lt;213&gt; Artificial Sequence

&lt;220&gt;
&lt;223&gt; Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

&lt;400&gt; 130
cuuguagacg cugcucaaaa uuggc                                     25


&lt;210&gt; 131
&lt;211&gt; 20
&lt;212&gt; RNA
&lt;213&gt; Artificial Sequence

&lt;220&gt;
&lt;223&gt; Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

Page 39

4140_01500B1_SL_

<400> 131
caugcacaca ccuuugcucc                                          20


<210> 132
<211> 24
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 132
ucuguacaau cugacgucca gucu                                     24


<210> 133
<211> 27
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 133
gucuuuauca ccauuccac uucagac                                   27


<210> 134
<211> 25
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 134
ccgucugcuu uuucuguaca aucug                                    25


<210> 135
<211> 22

Page 40

SRPT-VYDS-0006156

4140_01500B1_SL_

```
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 135
uccauaucug uagcugccag cc                                        22


<210> 136
<211> 23
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 136
ccaggcaacu ucagaaucca aau                                       23


<210> 137
<211> 30
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 137
uuucuguuac cugaaaagaa uuauaaugaa                                30


<210> 138
<211> 25
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
```

Page 41

4140_01500B1_SL_
     oligonucleotide

<400> 138
cauucauuuc cuuucgcauc uuacg                                        25


<210> 139
<211> 26
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
     Human 2'-O-methyl phosphorothioate antisense
     oligonucleotide

<400> 139
ugaucucuuu gucaauucca uaucug                                      26


<210> 140
<211> 30
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
     Human 2'-O-methyl phosphorothioate antisense
     oligonucleotide

<400> 140
uucagugaua uagguuuuac cuuuccccag                                  30


<210> 141
<211> 26
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
     Human 2'-O-methyl phosphorothioate antisense
     oligonucleotide

<400> 141
cuguagcugc cagccauucu gucaag                                      26


Page 42

SRPT-VYDS-0006158

4140_01500B1_SL_

<210> 142
<211> 21
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
     Human 2'-O-methyl phosphorothioate antisense
     oligonucleotide

<400> 142
ucuucugcuc gggaggugac a                                          21


<210> 143
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
     Human 2'-O-methyl phosphorothioate antisense
     oligonucleotide

<400> 143
ccaguuacua uucagaagac                                            20


<210> 144
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
     Human 2'-O-methyl phosphorothioate antisense
     oligonucleotide

<400> 144
ucuucaggug caccuucugu                                            20


<210> 145
<211> 25
<212> RNA
<213> Artificial Sequence

<220>

Page 43

SRPT-VYDS-0006159

4140_01500B1_SL_
```
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 145
ugugaugugg uccacauucu gguca                                    25


<210> 146
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 146
ccauguguuu cgguauucc                                           20


<210> 147
<211> 25
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 147
cguguagagu ccaccuuugg gcgua                                    25


<210> 148
<211> 24
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 148
uacuaauuuc cugcaguggu cacc                                     24
```
Page 44

4140_01500B1_SL_

<210> 149
<211> 24
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 149
uucuguguga aauggcugca aauc                                              24


<210> 150
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 150
ccuucaaagg aauggaggcc                                                   20


<210> 151
<211> 25
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 151
ugcugaauuu cagccuccag ugguu                                             25


<210> 152
<211> 25
<212> RNA
<213> Artificial Sequence

Page 45

SRPT-VYDS-0006161

4140_01500B1_SL_

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 152
ugaagucuuc cucuuucaga uucac                                          25


<210> 153
<211> 24
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 153
cuggcuuucu cucaucugug auuc                                           24


<210> 154
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense oligonucleotide

<400> 154
guuguaaguu gucuccucuu                                                20


<210> 155
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 155

Page 46

4140_01500B1_SL_

uugucuguaa cagcugcugu                                                    20


<210> 156
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 156
gcucuaauac cuugagagca                                                    20


<210> 157
<211> 22
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 157
cuuugagacc ucaaauccug uu                                                 22


<210> 158
<211> 25
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 158
cuuuauuuuc cuuucaucuc ugggc                                              25


<210> 159
<211> 27
<212> RNA

Page 47

SRPT-VYDS-0006163

4140_01500B1_SL_

<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 159
aucguuucuu cacggacagu gugcugg                                          27


<210> 160
<211> 24
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 160
gggcuuguga gacaugagug auuu                                             24


<210> 161
<211> 22
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 161
accuucagag gacuccucuu gc                                               22


<210> 162
<211> 25
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

Page 48

SRPT-VYDS-0006164

4140_01500B1_SL_

<400> 162
uauuguuac cuacccuugu cgguc                                          25


<210> 163
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 163
ggagagagcu uccuguagcu                                               20


<210> 164
<211> 23
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 164
ucacccuuuc cacaggcguu gca                                           23


<210> 165
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 165
uuugugucuu ucugagaaac                                               20


<210> 166

Page 49

SRPT-VYDS-0006165

4140_01500B1_SL_

<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 166
aaagacuuac cuuaagauac                                              20


<210> 167
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 167
aucugucaaa ucgccugcag                                              20


<210> 168
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 168
uuaccuugac uugcucaagc                                              20


<210> 169
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic

SRPT-VYDS-0006166

```
                              4140_01500B1_SL_
        Human 2'-O-methyl phosphorothioate antisense
        oligonucleotide

  <400> 169
  uccagguuca aguggqauac                                              20



  <210> 170
  <211> 25
  <212> RNA
  <213> Artificial Sequence

  <220>
  <223> Description of Artificial Sequence: Synthetic
        Human 2'-O-methyl phosphorothioate antisense
        oligonucleotide

  <400> 170
  gcucuucugg gcuuauggga gcacu                                        25



  <210> 171
  <211> 27
  <212> RNA
  <213> Artificial Sequence

  <220>
  <223> Description of Artificial Sequence: Synthetic
        Human 2'-O-methyl phosphorothioate antisense
        oligonucleotide

  <400> 171
  accuuuaucc acuggagauu ugucugc                                      27



  <210> 172
  <211> 21
  <212> RNA
  <213> Artificial Sequence

  <220>
  <223> Description of Artificial Sequence: Synthetic
        Human 2'-O-methyl phosphorothioate antisense
        oligonucleotide

  <400> 172
  uuccaccagu aacugaaaca g                                            21
```

SRPT-VYDS-0006167

4140_01500B1_SL_

<210> 173
<211> 29
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 173
ccacucagag cucagaucuu cuaacuucc                                          29


<210> 174
<211> 27
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 174
cuuccacuca gagcucagau cuucuaa                                            27


<210> 175
<211> 25
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 175
gggauccagu auacuuacag gcucc                                              25


<210> 176
<211> 26
<212> RNA
<213> Artificial Sequence

4140_01500B1_SL_

```
<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 176
accagaguaa cagucugagu aggagc                                    26


<210> 177
<211> 23
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 177
cucauaccuu cugcuugaug auc                                       23


<210> 178
<211> 24
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 178
uucuguccaa gcccgguuga aauc                                      24


<210> 179
<211> 30
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 179
```

SRPT-VYDS-0006169

4140_01500B1_SL_

acaucaagga agauggcauu ucuaguuugg                                        30


<210> 180
<211> 25
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 180
acaucaagga agauggcauu ucuag                                             25


<210> 181
<211> 30
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 181
cuccaacauc aaggaagaug gcauuucuag                                        30


<210> 182
<211> 25
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 182
aucauuuuuu cucauaccuu cugcu                                             25


<210> 183
<211> 36
<212> RNA

Page 54

4140_01500B1_SL_

<213> Artificial Sequence

<220>

<223> Description of Artificial Sequence: Synthetic
     Human 2'-O-methyl phosphorothioate antisense
     oligonucleotide

<400> 183
aucauuuuuu cucauaccuu cugcuaggag cuaaaa                              36

<210> 184
<211> 21
<212> RNA
<213> Artificial Sequence

<220>

<223> Description of Artificial Sequence: Synthetic
     Human 2'-O-methyl phosphorothioate antisense
     oligonucleotide

<400> 184
cacccaccau cacccucugu g                                             21

<210> 185
<211> 22
<212> RNA
<213> Artificial Sequence

<220>

<223> Description of Artificial Sequence: Synthetic
     Human 2'-O-methyl phosphorothioate antisense
     oligonucleotide

<400> 185
aucaucucgu ugauauccuc aa                                            22

<210> 186
<211> 21
<212> RNA
<213> Artificial Sequence

<220>

<223> Description of Artificial Sequence: Synthetic
     Human 2'-O-methyl phosphorothioate antisense
     oligonucleotide

Page 55

SRPT-VYDS-0006171

4140_01500B1_SL_

<400> 186
uccugcauug uugccuguaa g                                          21


<210> 187
<211> 30
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 187
uccaacuggg gacgccucug uuccaaaucc                                 30


<210> 188
<211> 21
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 188
acuggggacg ccucuguucc a                                          21


<210> 189
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 189
ccguaaugau uguucuagcc                                            20


<210> 190

SRPT-VYDS-0006172

4140_01500B1_SL_

```
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 190
uguuaaaaaa cuuacuucga                                          20


<210> 191
<211> 25
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 191
cauucaacug uugccuccgg uucug                                    25


<210> 192
<211> 24
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 192
cuguugccuc cgguucugaa ggug                                     24


<210> 193
<211> 31
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
```

Page 57

SRPT-VYDS-0006173

4140_01500B1_SL_
Human 2'-O-methyl phosphorothioate antisense
oligonucleotide

<400> 193
cauucaacug uugccuccgg uucugaaggu g                                31

<210> 194
<211> 21
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
Human 2'-O-methyl phosphorothioate antisense
oligonucleotide

<400> 194
uacuaaccuu gguuucugug a                                           21

<210> 195
<211> 25
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
Human 2'-O-methyl phosphorothioate antisense
oligonucleotide

<400> 195
cugaaggugu ucuuguacuu caucc                                       25

<210> 196
<211> 27
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
Human 2'-O-methyl phosphorothioate antisense
oligonucleotide

<400> 196
uguauaggga cccuccuucc augacuc                                     27

Page 58

SRPT-VYDS-0006174

4140_01500B1_SL_

<210> 197
<211> 25
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
     Human 2'-O-methyl phosphorothioate antisense
     oligonucleotide

<400> 197
cuaaccuugg uuucugugau uuucu                                    25


<210> 198
<211> 27
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
     Human 2'-O-methyl phosphorothioate antisense
     oligonucleotide

<400> 198
gguaucuuug auacuaaccu ugguuuc                                  27


<210> 199
<211> 22
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
     Human 2'-O-methyl phosphorothioate antisense
     oligonucleotide

<400> 199
auucuuucaa cuagaauaaa ag                                       22


<210> 200
<211> 25
<212> RNA
<213> Artificial Sequence

Page 59

SRPT-VYDS-0006175

4140_01500B1_SL_

```
<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 200
gauucugaau ucuuucaacu agaau                                    25


<210> 201
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 201
aucccacuga uucugaauuc                                          20


<210> 202
<211> 22
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 202
uuggcucugg ccuguccuaa ga                                       22


<210> 203
<211> 30
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 203
```

Page 60

SRPT-VYDS-0006176

4140_01500B1_SL_

cucuuuucca gguucaagug ggauacuagc                                          30


<210> 204
<211> 31
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 204
caagcuuuuc uuuuaguugc ugcucuuuuc c                                         31


<210> 205
<211> 30
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 205
uauucuuuug uucuucuagc cuggagaaag                                           30


<210> 206
<211> 28
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 206
cugcuuccuc caaccauaaa acaaauuc                                             28


<210> 207
<211> 26
<212> RNA

Page 61

SRPT-VYDS-0006177

4140_01500B1_SL_

<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 207
ccaaugccau ccuggaguuc cuguaa                                    26


<210> 208
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 208
uccuguagaa uacuggcauc                                           20


<210> 209
<211> 27
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 209
ugcagaccuc cugccaccgc agauuca                                   27


<210> 210
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

Page 62

4140_01500B1_SL_

<400> 210
cuaccucuuu uuucugucug                                                        20


<210> 211
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 211
uguuuuugag gauugcugaa                                                        20


<210> 212
<211> 84
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 212
cagcaguagu ugcaucugc ucaacuggca gaauucgauc caccggcugu ucaagccuga            60

gcugaucugc ucgcaucuug cagu                                                   84


<210> 213
<211> 44
<212> RNA
<213> Homo sapiens

<400> 213
ucaugcacug agugaccucu uucucgcagg cgcuagcugg agca                            44


<210> 214
<211> 22
<212> RNA
<213> Homo sapiens

Page 63

4140_01500B1_SL_

<400> 214
ccgugcagac ugacggucuc au                                          22

SRPT-VYDS-0006180

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | |
| **Filing Date:** | |
| **Title of Invention:** | ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF |
| **First Named Inventor/Applicant Name:** | Stephen Donald WILTON |
| **Filer:** | John Michael Covert/Tamara Haynesworth |
| **Attorney Docket Number:** | 4140.01500B1 |

Filed as Small Entity

**Filing Fees for   Track I Prioritized Examination - Nonprovisional Application under 35 USC 111(a)**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| UTILITY FILING FEE (ELECTRONIC FILING) | 4011 | 1 | 75 | 75 |
| UTILITY SEARCH FEE | 2111 | 1 | 330 | 330 |
| UTILITY EXAMINATION FEE | 2311 | 1 | 380 | 380 |
| REQUEST FOR PRIORITIZED EXAMINATION | 2817 | 1 | 2000 | 2000 |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| PROCESSING FEE, EXCEPT PROV. APPLS. | 2830 | 1 | 70 | 70 |

SRPT-VYDS-0006181

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | | **Total in USD ($)** | | **2855** |

SRPT-VYDS-0006182

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 33537848 |
| **Application Number:** | 16112453 |
| **International Application Number:** | |
| **Confirmation Number:** | 3144 |
| **Title of Invention:** | ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF |
| **First Named Inventor/Applicant Name:** | Stephen Donald WILTON |
| **Customer Number:** | 153767 |
| **Filer:** | John Michael Covert/Tamara Haynesworth |
| **Filer Authorized By:** | John Michael Covert |
| **Attorney Docket Number:** | 4140.01500B1 |
| **Receipt Date:** | 24-AUG-2018 |
| **Filing Date:** | |
| **Time Stamp:** | 18:45:10 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | CARD |
| Payment was successfully received in RAM | $ 2855 |
| RAM confirmation Number | 082718INTEFSW18474600 |
| Deposit Account | |
| Authorized User | |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |

**File Listing:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Miscellaneous Incoming Letter | 2018-08-24-Miscellaneous-Letter-4140-01500B1.PDF | 280522 <br> 50bf66960b809c2facbb810d3cb2400164844765 | no | 2 |
| Warnings: | | | | | |
| Information: | | | | | |
| 2 | Transmittal of New Application | 2018-08-24-Utility-Transmittal-4140-01500B1.pdf | 213018 <br> 91f9d9495a2b7c48155668aa30e8ca9b0124f2f9 | no | 2 |
| Warnings: | | | | | |
| Information: | | | | | |
| 3 | TrackOne Request | 2018-08-24-Request-TrackOne-4140-01500B1.PDF | 249409 <br> dc813ef3cafa8484402ef04f4dca1c58b7061b36 | no | 2 |
| Warnings: | | | | | |
| Information: | | | | | |
| 4 | Authorization for Extension of Time all replies | 2018-08-24-EOT-Authorization-4140-01500B1.PDF | 116474 <br> 1ca0cce2a5962032ea04d6c2ddc29f7140fdf409c | no | 1 |
| Warnings: | | | | | |
| Information: | | | | | |
| 5 | Application Data Sheet | 2018-08-24-ADS-4140-01500B1.PDF | 109399 <br> b6bec3f720473f003336a4d29f9aeeba9714 7a7e | no | 9 |
| Warnings: | | | | | |
| Information: | | | | | |
| This is not an USPTO supplied ADS fillable form | | | | | |
| 6 | | 2018-08-24-Nonprovisional-Application-4140-01500B1.PDF | 261912 <br> 7b9b0fe5be13193ca8d2a1e4af24e0faa108 59de | yes | 68 |

| | Multipart Description/PDF files in .zip description | | | |
|---|---|---|---|---|
| | **Document Description** | | **Start** | **End** |
| | Specification | | 1 | 66 |
| | Claims | | 67 | 67 |
| | Abstract | | 68 | 68 |

**Warnings:**

**Information:**

| 7 | Drawings-only black and white line drawings | 2018-08-24-Drawing-4140-01500B1.pdf | 2081956 | no | 22 |
|---|---|---|---|---|---|
| | | | 1b8f210117197c7bee661bdb39bbce54b746ebfa | | |

**Warnings:**

**Information:**

| 8 | Sequence Listing (Text File) | 4140_01500B1_SL_.txt | 62078 | no | - |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 9 | Fee Worksheet (SB06) | fee-info.pdf | 38505 | no | 2 |
|---|---|---|---|---|---|
| | | | c6704b4eee8cddd9f6a1c1a39adcb286fc1136b0 | | |

**Warnings:**

**Information:**

| **Total Files Size (in bytes):** | | | 3413273 |
|---|---|---|---|

SRPT-VYDS-0006185

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

SRPT-VYDS-0006186

JOHN M. COVERT
DIRECTOR
(202) 772-8623
JCOVERT@STERNEKESSLER.COM


Sterne Kessler
STERNE KESSLER GOLDSTEIN & FOX

August 24, 2018

Commissioner for Patents
PO Box 1450
Alexandria, VA 22313-1450

Re:    U.S. Non-Provisional Utility Patent Application Under 37 C.F.R. § 1.53(b)
       (*Continuation of Appl. No. 15/274,772; Filing Date: September 23, 2016*)
       Appl. No. *To Be Assigned*; Filing Date: August 24, 2018
       For:  **ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF**
       Applicant:  The University of Western Australia
       Our Ref:   4140.01500B1

Commissioner:

    Transmitted herewith for appropriate action are the following documents:

1.     Payment made via EFS-Web in the amount of $2,855.00 (small entity) to cover:

       $2,000.00    Track 1 Filing Fee – Certification and Request for Prioritized Examination (Track 1);

       $70.00       Processing Fee - Certification and Request for Prioritized Examination (Track 1);

       $785.00      Patent Application Fee (including basic filing, search, and examination fees);

2.     Utility Patent Application Transmittal (PTO/AIA/15);

3.     Certification and Request for Prioritized Examination Under 37 C.F.R. § 1.102(e) (Track 1);

4.     Authorization to Treat a Reply As Incorporating An Extension of Time Under 37 C.F.R. § 1.136(a)(3);

5.     U.S. Utility Patent Application entitled:

       **ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF**

       and naming as inventors:

       Stephen Donald WILTON, Sue FLETCHER, and Graham MCCLOREY

---

Sterne, Kessler, Goldstein & Fox P.L.L.C. | 1100 New York Avenue, NW | Washington, D.C. 20005
P 202.371.2600 | F 202.371.2540 | sternekessler.com

SRPT-VYDS-0006187

Commissioner for Patents
August 24, 2018
Page 2

the application containing:

    i.    66 pages of description prior to the claims;

    ii.    1 page of claims (2 claims);

    iii.    a one (1) page abstract;

    iv.    22 sheets of drawings: (Figures 1-22);

6.    An Application Data Sheet (37 C.F.R. § 1.76);

7.    Sequence Listing (text file).

***The above-listed documents are filed electronically through EFS-Web.***

Correspondence should be sent to Customer No. 153767.

The U.S. Patent and Trademark Office is hereby authorized to charge any fee deficiency and any additional fees required to continue prosecution or appeal of this application (including issue fee, fees for net addition of claims or forwarding to appeal) or credit any overpayment to our Deposit Account No. 19-0036.

Respectfully submitted,

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

John M. Covert
Attorney for Applicant
Registration No. 38,759

JMC/NPS:dmc
Enclosures

9891263_1.docx

SRPT-VYDS-0006188

PTO/AIA/01 (06-12)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## DECLARATION (37 CFR 1.63) FOR UTILITY OR DESIGN APPLICATION USING AN APPLICATION DATA SHEET (37 CFR 1.76)

| Title of Invention | ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF |
|---|---|

As the below named inventor, I hereby declare that:

This declaration is directed to:

☐ The attached application, or

☒ United States application or PCT international application number ___13/741,150___ filed on ___01/14/2013___.

The above-identified application was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

### WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

LEGAL NAME OF INVENTOR

Inventor: ___Stephen Donald WILTON___          Date (Optional): ___26/03/13___

Signature: _____

Note: An application data sheet (PTO/SB/14 or equivalent), including naming the entire inventive entity, must accompany this form or must have been previously filed. Use an additional PTO/AIA/01 form for each additional inventor.

SRPT-VYDS-0006222

PTO/AIA/01 (06-12)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## DECLARATION (37 CFR 1.63) FOR UTILITY OR DESIGN APPLICATION USING AN APPLICATION DATA SHEET (37 CFR 1.76)

| Title of Invention | ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF |
|---|---|

As the below named inventor, I hereby declare that:

This declaration is directed to:

[ ]  The attached application, or

[x]  United States application or PCT international application number ___13/741,150___ filed on ___01/14/2013___ .

The above-identified application was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

### WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

LEGAL NAME OF INVENTOR

Inventor: ___Sue FLETCHER___       Date (Optional): _26/04/2013_

Signature: _[signature]_

Note: An application data sheet (PTO/SB/14 or equivalent), including naming the entire inventive entity, must accompany this form or must have been previously filed. Use an additional PTO/AIA/01 form for each additional inventor.

SRPT-VYDS-0006223

PTO/AIA/01 (06-12)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## DECLARATION (37 CFR 1.63) FOR UTILITY OR DESIGN APPLICATION USING AN APPLICATION DATA SHEET (37 CFR 1.76)

| Title of Invention | ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF |
|---|---|

As the below named inventor, I hereby declare that:

This declaration is directed to:

☐ The attached application, or

☒ United States application or PCT international application number ___13/741,150___
filed on ___01/14/2013___ .

The above-identified application was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

### WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

LEGAL NAME OF INVENTOR

Inventor: ___Graham MCCLOREY___     Date (Optional): _26-08-13_

Signature: _Graham McElroy_

Note: An application data sheet (PTO/SB/14 or equivalent), including naming the entire inventive entity, must accompany this form or must have been previously filed. Use an additional PTO/AIA/01 form for each additional inventor.

SRPT-VYDS-0006224

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 16112453 |
| **Filing Date:** | 24-Aug-2018 |
| **Title of Invention:** | ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF |
| **First Named Inventor/Applicant Name:** | Stephen Donald WILTON |
| **Filer:** | Neil P. Shull/Debbie Colonna |
| **Attorney Docket Number:** | 4140.01500B1 |

Filed as Small Entity

**Filing Fees for** Utility under 35 USC 111(a)

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| LATE FILING FEE FOR OATH OR DECLARATION | 2051 | 1 | 80 | 80 |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |

SRPT-VYDS-0006225

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| **Total in USD ($)** | | | | **80** |

SRPT-VYDS-0006226

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 34311459 |
| **Application Number:** | 16112453 |
| **International Application Number:** | |
| **Confirmation Number:** | 3144 |
| **Title of Invention:** | ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF |
| **First Named Inventor/Applicant Name:** | Stephen Donald WILTON |
| **Customer Number:** | 153767 |
| **Filer:** | Neil P. Shull/Debbie Colonna |
| **Filer Authorized By:** | Neil P. Shull |
| **Attorney Docket Number:** | 4140.01500B1 |
| **Receipt Date:** | 14-NOV-2018 |
| **Filing Date:** | 24-AUG-2018 |
| **Time Stamp:** | 16:49:25 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | CARD |
| Payment was successfully received in RAM | $80 |
| RAM confirmation Number | 111518INTEFSW16495600 |
| Deposit Account | |
| Authorized User | |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |

SRPT-VYDS-0006227

**File Listing:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Miscellaneous Incoming Letter | 2018-11-14-Response-Notice-File-Corr-App-Papers-4140-01500B1.PDF | 107139<br><br>f0c34b6cd12377c0906472ccf4f334b2003b cccd | no | 3 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Drawings-only black and white line drawings | 2018-11-14-Replacement-Drawings-4140-01500B1.PDF | 13179958<br><br>491d61cbdfb902ccf76a8a20a11fd6622357 e6f7 | no | 22 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | Oath or Declaration filed | 2018-11-14-Declarations-4140-01500B1.PDF | 291510<br><br>c6e328c39fa4ec45ebad1b5748dffa8d3d35 739f | no | 3 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 4 | Fee Worksheet (SB06) | fee-info.pdf | 30666<br><br>0c4b4f850d518ffcbde5a721bfe45b8402bf 2ccb | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | **Total Files Size (in bytes):** | 13609273 | | |

SRPT-VYDS-0006228

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

Doc Code: PA..
Document Description: Power of Attorney

PTO/AIA/82B (07-13)
Approved for use through 01/31/2018. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number

## POWER OF ATTORNEY BY APPLICANT

I hereby revoke all previous powers of attorney given in the application identified in either the attached transmittal letter or the boxes below.

| Application Number | Filing Date |
|---|---|
| 16/112,453 | August 24, 2018 |

(Note: The boxes above may be left blank if information is provided on form PTO/AIA/82A.)

[✓] I hereby appoint the Patent Practitioner(s) associated with the following Customer Number as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the application referenced in the attached transmittal letter (form PTO/AIA/82A) or identified above:   | 153767 |

OR

[ ] I hereby appoint Practitioner(s) named in the attached list (form PTO/AIA/82C) as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the patent application referenced in the attached transmittal letter (form PTO/AIA/82A) or identified above. (Note: Complete form PTO/AIA/82C.)

Please recognize or change the correspondence address for the application identified in the attached transmittal letter or the boxes above to:

[✓] The address associated with the above-mentioned Customer Number

OR

[ ] The address associated with Customer Number: | 153767 |

OR

| [ ] | Firm or Individual Name | |
|---|---|---|
| Address | | |
| City | State | Zip |
| Country | | |
| Telephone | Email | |

I am the Applicant (if the Applicant is a juristic entity, list the Applicant name in the box):

## THE UNIVERSITY OF WESTERN AUSTRALIA

[ ] Inventor or Joint Inventor (title not required below)

[ ] Legal Representative of a Deceased or Legally Incapacitated Inventor (title not required below)

[✓] Assignee or Person to Whom the Inventor is Under an Obligation to Assign (provide signer's title if applicant is a juristic entity)

[ ] Person Who Otherwise Shows Sufficient Proprietary Interest (e.g., a petition under 37 CFR 1.46(b)(2) was granted in the application or is concurrently being filed with this document) (provide signer's title if applicant is a juristic entity)

### SIGNATURE of Applicant for Patent

The undersigned (whose title is supplied below) is authorized to act on behalf of the applicant (e.g., where the applicant is a juristic entity).

| Signature | *Robyn Owens* | Date (Optional) | – 6 DEC 2018 |
|---|---|---|---|
| Name | Professor Robyn Owens | | |
| Title | Deputy Vice-Chancellor (Research) | | |

NOTE: Signature - This form must be signed by the applicant in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications. If more than one applicant, use multiple forms.

[ ] Total of _____ forms are submitted.

This collection of information is required by 37 CFR 1.131, 1.32, and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

SRPT-VYDS-0006244

PTO/AIA/96 (08-12)
Approved for use through 01/31/2013. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## STATEMENT UNDER 37 CFR 3.73(c)

Applicant/Patent Owner: The University of Western Australia

Application No./Patent No.: 16/112,453    Filed/Issue Date: August 24, 2018

Titled: ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF

The University of Western Australia , a university

(Name of Assignee)    (Type of Assignee, e.g., corporation, partnership, university, government agency, etc.)

states that, for the patent application/patent identified above, it is (choose **one** of options 1, 2, 3 or 4 below):

1. [✓] The assignee of the entire right, title, and interest.

2. [ ] An assignee of less than the entire right, title, and interest (check applicable box):

> [ ] The extent (by percentage) of its ownership interest is _____%. Additional Statement(s) by the owners holding the balance of the interest <u>must be submitted</u> to account for 100% of the ownership interest.

> [ ] There are unspecified percentages of ownership. The other parties, including inventors, who together own the entire right, title and interest are:

> Additional Statement(s) by the owner(s) holding the balance of the interest <u>must be submitted</u> to account for the entire right, title, and interest.

3. [ ] The assignee of an undivided interest in the entirety (a complete assignment from one of the joint inventors was made). The other parties, including inventors, who together own the entire right, title, and interest are:

> Additional Statement(s) by the owner(s) holding the balance of the interest <u>must be submitted</u> to account for the entire right, title, and interest.

4. [ ] The recipient, via a court proceeding or the like (*e.g.*, bankruptcy, probate), of an undivided interest in the entirety (a complete transfer of ownership interest was made). The certified document(s) showing the transfer is attached.

The interest identified in option 1, 2 or 3 above (not option 4) is evidenced by either (choose **one** of options A or B below):

A. [✓] An assignment from the inventor(s) of the patent application/patent identified above. The assignment was recorded in the United States Patent and Trademark Office at Reel 047727 , Frame 0025 , or for which a copy thereof is attached.

B. [ ] A chain of title from the inventor(s), of the patent application/patent identified above, to the current assignee as follows:

> 1. From: _____ To: _____

> The document was recorded in the United States Patent and Trademark Office at

> Reel _____, Frame _____, or for which a copy thereof is attached.

> 2. From: _____ To: _____

> The document was recorded in the United States Patent and Trademark Office at

> Reel _____, Frame _____, or for which a copy thereof is attached.

[Page 1 of 2]

This collection of information is required by 37 CFR 3.73(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/AIA/96 (08-12)
Approved for use through 01/31/2013. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## STATEMENT UNDER 37 CFR 3.73(c)

3. From: _____ To: _____

    The document was recorded in the United States Patent and Trademark Office at

    Reel _____, Frame _____, or for which a copy thereof is attached.

4. From: _____ To: _____

    The document was recorded in the United States Patent and Trademark Office at

    Reel _____, Frame _____, or for which a copy thereof is attached.

5. From: _____ To: _____

    The document was recorded in the United States Patent and Trademark Office at

    Reel _____, Frame _____, or for which a copy thereof is attached.

6. From: _____ To: _____

    The document was recorded in the United States Patent and Trademark Office at

    Reel _____, Frame _____, or for which a copy thereof is attached.

☐    Additional documents in the chain of title are listed on a supplemental sheet(s).

☑    As required by 37 CFR 3.73(c)(1)(i), the documentary evidence of the chain of title from the original owner to the assignee was, or concurrently is being, submitted for recordation pursuant to 37 CFR 3.11.

    [NOTE: A separate copy (i.e., a true copy of the original assignment document(s)) must be submitted to Assignment Division in accordance with 37 CFR Part 3, to record the assignment in the records of the USPTO. See MPEP 302.08]

The undersigned (whose title is supplied below) is authorized to act on behalf of the assignee.

| | |
|---|---|
| /John M. Covert/ John M. Covert Reg. #38,759 for | 13 Dec. 2018 |
| Signature | Date |
| Eric K. Steffe | 36,688 |
| Printed or Typed Name | Title or Registration Number |

[Page 2 of 2]

SRPT-VYDS-0006246

Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.  The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2.  A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3.  A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4.  A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5.  A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6.  A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7.  A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (*i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8.  A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9.  A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

SRPT-VYDS-0006247

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 34574407 |
| **Application Number:** | 16112453 |
| **International Application Number:** | |
| **Confirmation Number:** | 3144 |
| **Title of Invention:** | ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF |
| **First Named Inventor/Applicant Name:** | Stephen Donald WILTON |
| **Customer Number:** | 153767 |
| **Filer:** | Neil P. Shull/Debbie Colonna |
| **Filer Authorized By:** | Neil P. Shull |
| **Attorney Docket Number:** | 4140.01500B1 |
| **Receipt Date:** | 13-DEC-2018 |
| **Filing Date:** | 24-AUG-2018 |
| **Time Stamp:** | 13:49:55 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Power of Attorney | 4140_01500B1_POA.pdf | 2016918<br>ff818c0fcd497169f69d84203620303a98a2cc0 | no | 1 |

Warnings:

SRPT-VYDS-0006248

**Information:**

| 2 | Assignee showing of ownership per 37 CFR 3.73 | 4140_01500B1_Statement_373 c.pdf | 81696 | no | 3 |
| | | | e91e953a715aa237407a3de288571fda706 38083 | | |

**Warnings:**

**Information:**

| | Total Files Size (in bytes): | 2098614 |
|---|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

SRPT-VYDS-0006249



**UNITED STATES PATENT AND TRADEMARK OFFICE**

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 16/112,453 | 08/24/2018 | Stephen Donald WILTON | 4140.01500B1 |

153767
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 NEW YORK AVENUE, N.W.
WASHINGTON, DC 20005

**CONFIRMATION NO. 3144**

**POA ACCEPTANCE LETTER**

*OC000000104521137*

Date Mailed: 12/18/2018

## NOTICE OF ACCEPTANCE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 12/13/2018.

The Power of Attorney in this application is accepted. Correspondence in this application will be mailed to the above address as provided by 37 CFR 1.33.

Questions about the contents of this notice and the requirements it sets forth should be directed to the Office of Data Management, Application Assistance Unit, at **(571) 272-4000** or **(571) 272-4200** or **1-888-786-0101**.

/tlulu/

_____

page 1 of 1

SRPT-VYDS-0006250

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Inventor: WILTON, S., et al. | Confirmation No.: 3144 |
| Applicant: SAREPTA THERAPEUTICS | Art Unit: 1635 |
| Application No.: 16/112,453 | Examiner: CHONG, K. |
| Filing Date: August 24, 2018 | Atty. Docket: 4140.01500B1 |

Title: **ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF**

## Information Disclosure Statement

*Mail Stop Amendment*

Commissioner for Patents
PO Box 1450
Alexandria, VA 22313-1450

Commissioner:

Listed on accompanying IDS Forms PTO/SB/08a/b equivalent are documents that may be considered material to the patentability of this application as defined in 37 C.F.R. §1.56, and in compliance with the duty of disclosure requirements of 37 C.F.R. §§ 1.97 and 1.98.

Where the publication date of a listed document does not provide a month of publication, the year of publication of the listed document is sufficiently earlier than the effective U.S. filing date and any foreign priority date so that the month of publication is not in issue. Applicant has listed publication dates on the attached IDS Forms based on information presently available to the undersigned. However, the listed publication dates should not be construed as an admission that the information was actually published on the date indicated.

Applicant reserves the right to establish the patentability of the claimed invention over any of the information provided herewith, and/or to prove that this information may not be prior art, and/or to prove that this information may not be enabling for the teachings purportedly offered.

SRPT-VYDS-0006280

- 2 -                                    STEPHEN DONALD WILTON
                                         Application No. 16/112,453

This statement should not be construed as a representation that a search has been made, or that information more material to the examination of the present patent application does not exist. The Examiner is specifically requested not to rely solely on the material submitted herewith.

Applicant has checked the appropriate boxes below.

☐ 1.    Statement under 37 C.F.R. 1.704(d). Each item of information contained in this Information Disclosure Statement: (i) was first cited in any communication from a patent office in a counterpart[1] foreign or international application or from the Office; and this communication was not received by any individual designated in Sec. 1.56(c) more than thirty days prior to the filing of this information disclosure statement; OR (ii) is a communication that was issued by a patent office in a counterpart foreign or international application or by the Office, and this communication was not received by any individual designated in Sec. 1.56(c) more than thirty days prior to the filing of the information disclosure statement.

☐ 2.    Filing under 37 C.F.R. § 1.97(b). This Information Disclosure Statement is being filed within three months of the date of filing of a national application other than a continued prosecution application (CPA), OR within three months of the date of entry of the national stage as set forth in 37 C.F.R. § 1.491 in an international application, OR before the mailing date of a first Office Action on the merits OR before the mailing of a first Office Action

_____

[1] The term counterpart foreign patent application means that a claim for priority has been made in either the U.S. application or a foreign application based on the other, or that the disclosures of the U.S. and foreign patent applications are substantively identical (e.g., an application filed in the European Patent Office claiming the same U.K. priority as claimed in the U.S. application).

Atty. Dkt. No. 4140.01500B1

- 3 -                                STEPHEN DONALD WILTON
                                     Application No. 16/112,453

after the filing of a request for continued examination under 37 C.F.R. § 1.114. No statement
or fee is required.

☒ 3.  Filing under 37 C.F.R. § 1.97(c). This Information Disclosure Statement is being filed more
       than three months after the U.S. filing date AND after the mailing date of the first Office
       Action on the merits, but before the mailing date of a Final Rejection, or Notice of
       Allowance, or an action that otherwise closes prosecution in the application.

       ☐ a.  Statement under 37 C.F.R. § 1.97(e)(1). I hereby state that each item of information
             contained in this Information Disclosure Statement was first cited in any
             communication from a foreign patent office in a counterpart foreign application not
             more than three months prior to the filing of this Information Disclosure Statement.
             37 C.F.R. § 1.97(e)(1).

       ☐ b.  Statement under 37 C.F.R. § 1.97(e)(2). I hereby state that no item of information in
             this Information Disclosure Statement was cited in a communication from a foreign
             patent office in a counterpart foreign application and, to my knowledge after making
             reasonable inquiry, was known to any individual designated in 37 C.F.R. § 1.56(c)
             more than three months prior to the filing of this Information Disclosure Statement.
             37 C.F.R. § 1.97(e)(2).

       ☒ c.  The required fee is provided through online credit card payment authorization in the
             amount of $120.00 in payment of the fee under 37 C.F.R. § 1.17(p).

☐ 4.  Filing under 37 C.F.R. § 1.97(d) This Information Disclosure Statement is being filed more
       than three months after the U.S. filing date and after the mailing date of a Final Rejection or

                                                                    Atty. Dkt. No. 4140.01500B1

SRPT-VYDS-0006282

- 4 -                                    STEPHEN DONALD WILTON
                                         Application No. 16/112,453

Notice of Allowance, but on or before payment of the Issue Fee. The required fee is

provided through online credit card payment authorization in the amount of $120.00 in

payment of the fee under 37 C.F.R. § 1.17(p); in addition:

☐ a.    Statement under 37 C.F.R. § 1.97(e)(1). I hereby state that each item of information

contained in this Information Disclosure Statement was first cited in any

communication from a foreign patent office in a counterpart foreign application not

more than three months prior to the filing of this Information Disclosure Statement.

37 C.F.R. § 1.97(e)(1).

☐ b.    Statement under 37 C.F.R. § 1.97(e)(2). I hereby state that no item of information in

this Information Disclosure Statement was cited in a communication from a foreign

patent office in a counterpart foreign application and, to my knowledge after making

reasonable inquiry, was known to any individual designated in 37 C.F.R. § 1.56(c)

more than three months prior to the filing of this Information Disclosure Statement.

37 C.F.R. § 1.97(e)(2).

☐ 5.    The patent family for one or more foreign language documents submitted herewith includes

a United States patent, and other patent, in the English language. Copies of both the

particular foreign patent(s) or published foreign patent applications cited in the foreign

patent office communication, and that are not already of record in this application, are

enclosed. Copies of the related United States or other English language patent or published

application from the family list, if not already of record, are listed on the accompanying

SB/08A form. For the purposes of a statement under 37 CFR 1.97(e)(1), the United States or

Atty. Dkt. No. 4140.01500B1

SRPT-VYDS-0006283

- 5 -                                STEPHEN DONALD WILTON
                                     Application No. 16/112,453

other English language patent or published application are to be construed as being cited by

the foreign patent office. MPEP 609.04(b)(V).

☐ 6.  The document(s) was/were cited in a search report by a foreign patent office in a counterpart

foreign application. Submission of an English language version of the search report that

indicates the degree of relevance found by the foreign office is provided in satisfaction of

the requirement for a concise explanation of relevance. MPEP 609.04(a)(III).

☐ 7.  A concise explanation of the relevance of the non-English language document(s) appears

below in accordance with 37 C.F.R. § 1.98(a)(3).

☒ 8.  Copies of documents **NPL709-NPL714** are submitted. However, copies of documents **FP1-**

**FP127** and **NPL1-NPL708** are not submitted.  In addition, in accordance with 37 C.F.R. §

1.98(a)(2)(ii), no copies of U.S. patents and patent application publications cited as

documents **US1-US219** on the attached IDS Forms are submitted.

☒ 9.  Copies of the **FP1-FP127** and **NPL1-NPL708** documents were cited by or submitted to the

Office in an IDS that complies with 37 C.F.R. § 1.98(a)-(c) in Application No. 15/274,772,

filed September 23, 2016, which is relied upon for an earlier filing date under 35 U.S.C.

§ 120. Thus, copies of these documents are not attached. 37 C.F.R. § 1.98(d).

☐ 10. It is expected that the examiner will review the prosecution and cited art in the parent

Application No(s). _____ in accordance with MPEP 2001.06(b), and

indicate in the next communication from the office that the art cited in the earlier

prosecution history has been reviewed in connection with the present application.

Atty. Dkt. No. 4140.01500B1

SRPT-VYDS-0006284

- 6 -                                STEPHEN DONALD WILTON
                                     Application No. 16/112,453

☒ 11. In accordance with the Federal Circuit decision in *Dayco Prods., Inc. v. Total Containment, Inc.* 329 F.3d 1358 (Fed. Cir. 2003), Applicant submits herewith Office Actions from the co-pending U.S. Patent Application No. 15/645,842, filed July 10, 2017, as document **NPL709**; U.S. Patent Application No. 15/655,646, filed July 20, 2017, as documents **NPL710**;  U.S. Patent Application No. 15/673,019, filed August 9, 2017, as document **NPL711;** and U.S. Patent Application No. 16/112,371, filed August 24, 2018, as document **NPL714**.  The identification of these Office Actions is not to be construed as a waiver of secrecy as to those applications now or upon issuance of the present application as a patent. The Examiner is respectfully requested to consider the cited applications and the art cited therein during examination.

It is respectfully requested that the Examiner initial and return a copy of the enclosed IDS Forms, and indicate in the official file wrapper of this patent application that the documents have been considered.

Atty. Dkt. No. 4140.01500B1

- 7 -                          STEPHEN DONALD WILTON
                               Application No. 16/112,453

The U.S. Patent and Trademark Office is hereby authorized to charge any fee deficiency, or

credit any overpayment, to our Deposit Account No. 19-0036.

                               Respectfully submitted,

                               STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

                               /Neil P. Shull/

                               Neil P. Shull
                               Attorney for Applicant
                               Registration No. 60,238
Date:    ____January 17, 2019_____

1100 New York Avenue, N.W.
Washington, D.C. 20005-3934
(202) 371-2600
10582165_1.docx

                                                    Atty. Dkt. No. 4140.01500B1

SRPT-VYDS-0006286

Doc code: IDS

Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (03-15)
Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

## INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( Not for submission under 37 CFR 1.99)

| Application Number | 16/112,453 |
|---|---|
| Filing Date | August 24, 2018 |
| First Named Inventor | WILTON, Stephen |
| Art Unit | 1635 |
| Examiner Name | K. Chong |
| Attorney Docket Number | 4140.01500B1 |

### U.S. PATENTS · Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button. · Add

### U.S. PATENT APPLICATION PUBLICATIONS · Remove

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button. · Add

### FOREIGN PATENT DOCUMENTS · Remove

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2]i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T5 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

If you wish to add additional Foreign Patent Document citation information please click the Add button · Add

### NON-PATENT LITERATURE DOCUMENTS · Remove

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T5 |
|---|---|---|---|

EFS Web 2.1.17

SRPT-VYDS-0006287

| | |
|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number    16/112,453 |
| | Filing Date    August 24, 2018 |
| | First Named Inventor    WILTON, Stephen |
| | Art Unit    1635 |
| | Examiner Name    K. Chong |
| | Attorney Docket Number    4140.01500B1 |

| | NPL1 | Extended European Search Report, EP 17159328.8, dated September 5, 2017, 10 pages. |
|---|---|---|

If you wish to add additional non-patent literature document citation information please click the Add button   **Add**

## EXAMINER SIGNATURE

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

SRPT-VYDS-0006288

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (03-15)
Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | 16/112,453 | |
| Filing Date | August 24, 2018 | |
| First Named Inventor | WILTON, Stephen | |
| Art Unit | 1635 | |
| Examiner Name | K. Chong | |
| Attorney Docket Number | 4140.01500B1 | |

**U.S.PATENTS** — Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | US1 | 9506058 | | 2016-11-29 | Kaye | |
| | US2 | 9605262 | | 2017-03-28 | Wilton et al. | |

If you wish to add additional U.S. Patent citation information please click the Add button. — Add

**U.S.PATENT APPLICATION PUBLICATIONS** — Remove

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | US3 | 20130190390 | A1 | 2013-07-25 | SAZANI et al. | |
| | US4 | 20170009233 | A1 | 2017-01-12 | WILTON et al. | |

If you wish to add additional U.S. Published Application citation information please click the Add button. — Add

**FOREIGN PATENT DOCUMENTS** — Remove

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2]i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | FP1 | 2013/142087 | WO | A1 | 2013-09-26 | Sarepta Therapeutics, Inc | | |

EFS Web 2.1.17

SRPT-VYDS-0006289

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | Application Number | | 16/112,453 | | | |
| | | Filing Date | | August 24, 2018 | | | |
| | | First Named Inventor | | WILTON, Stephen | | | |
| | | Art Unit | | 1635 | | | |
| | | Examiner Name | | K. Chong | | | |
| | | Attorney Docket Number | | 4140.01500B1 | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FP2 | 2014/172669 | WO | A1 | 2014-10-23 | Research Institute at Nationwide Children's Hosp. | | |
| FP3 | 2017/059131 | WO | A1 | 2017-04-06 | Sarepta Therapeutics, Inc | | |

If you wish to add additional Foreign Patent Document citation information please click the Add button [Add]

### NON-PATENT LITERATURE DOCUMENTS [Remove]

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T5 |
|---|---|---|---|
| | NPL2 | GenBank AF213437.1 Dated January 17, 2002 | |
| | NPL3 | International Search Report and Written Opinion, PCT/US2016/054534, dated January 17, 2017, 13 pages. | |
| | NPL4 | KOLE et al., "Exon skipping therapy for Duchenne muscular dystrophy," Advanced Drug Delivery Reviews, vol. 87:104-107 (2015). | |
| | NPL5 | WHO Drug Information, International Nonproprietary Names for Pharmaceutical Substances (INN), Proposed INN: List 115, "CASIMERSEN," vol. 30(2): 3 pages (2016) | |
| | NPL6 | WHO Drug Information, International Nonproprietary Names for Pharmaceutical Substances (INN), Proposed INN: List 115, "Golodirsen," vol. 30(2): 3 pages (2016) | |

If you wish to add additional non-patent literature document citation information please click the Add button [Add]

### EXAMINER SIGNATURE

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

SRPT-VYDS-0006290

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (03-15)
Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
|---|---|---|
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | | **U.S.PATENTS** | | | | Remove |
|---|---|---|---|---|---|---|
| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
| | US5 | 8436163 | | 2013-05-07 | Iversen et al. | |
| | US6 | 9416361 | | 2016-08-16 | Iversen et al. | |

If you wish to add additional U.S. Patent citation information please click the Add button.  **Add**

| | | **U.S.PATENT APPLICATION PUBLICATIONS** | | | | Remove |
|---|---|---|---|---|---|---|
| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
| | US7 | 20040266720 | A1 | 2004-12-30 | Iversen et al. | |
| | US8 | 20120053228 | A1 | 2012-03-01 | Iversen et al. | |
| | US9 | 20140045916 | A1 | 2014-02-13 | Iversen et al. | |
| | US10 | 20150232839 | A1 | 2015-08-20 | Iversen et al. | |

SRPT-VYDS-0006291

| | | | | | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | | 16/112,453 | | |
| | Filing Date | | August 24, 2018 | | |
| | First Named Inventor | | WILTON, Stephen | | |
| | Art Unit | | 1635 | | |
| | Examiner Name | | K. Chong | | |
| | Attorney Docket Number | | 4140.01500B1 | | |

| | US11 | 20160298111 | A1 | 2016-10-13 | Bestwick et al. |
|---|---|---|---|---|---|

If you wish to add additional U.S. Published Application citation information please click the Add button. [Add]

### FOREIGN PATENT DOCUMENTS    [Remove]

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2]i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

If you wish to add additional Foreign Patent Document citation information please click the Add button [Add]

### NON-PATENT LITERATURE DOCUMENTS    [Remove]

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|
| | | | |

If you wish to add additional non-patent literature document citation information please click the Add button [Add]

### EXAMINER SIGNATURE

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

EFS Web 2.1.17

SRPT-VYDS-0006292

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (03-15)
Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| | |
|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | |

| | |
|---|---|
| Application Number | 16/112,453 |
| Filing Date | August 24, 2018 |
| First Named Inventor | WILTON, Stephen |
| Art Unit | 1635 |
| Examiner Name | K. Chong |
| Attorney Docket Number | 4140.01500B1 |

| | | U.S.PATENTS | | | | Remove |
|---|---|---|---|---|---|---|
| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
| | US12 | 9453225 | | 2016-09-27 | Sazani et al. | |
| | US13 | 9447417 | | 2016-09-20 | Sazani et al. | |
| | US14 | 9447416 | | 2016-09-20 | Sazani et al. | |
| | US15 | 9447415 | | 2016-09-20 | Wilton et al. | |
| | US16 | 9441229 | | 2016-09-13 | Wilton et al. | |
| | US17 | 9434948 | | 2016-09-06 | Sazani et al. | |
| | US18 | 9422555 | | 2016-08-23 | Wilton et al. | |

| If you wish to add additional U.S. Patent citation information please click the Add button. | Add |
|---|---|
| **U.S.PATENT APPLICATION PUBLICATIONS** | Remove |

EFS Web 2.1.17

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | 16/112,453 |
| Filing Date | August 24, 2018 |
| First Named Inventor | WILTON, Stephen |
| Art Unit | 1635 |
| Examiner Name | K. Chong |
| Attorney Docket Number | 4140.01500B1 |

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | US19 | 20160177301 | A1 | 2016-06-23 | Wilton et al. | |

If you wish to add additional U.S. Published Application citation information please click the Add button. [Add]

**FOREIGN PATENT DOCUMENTS** [Remove]

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2]i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

If you wish to add additional Foreign Patent Document citation information please click the Add button [Add]

**NON-PATENT LITERATURE DOCUMENTS** [Remove]

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|
| | NPL7 | Errata to the Sarepta Briefing Information for the April 25, 2016 Meeting of the Peripheral and Central Nervous System Drugs Advisory Committee, Eteplirsen Errata Document, NDA 206488, 5 pages. | |
| | NPL8 | Extended European Search Report, EP 15190341.6, dated April 28, 2016, 9 pages. | |
| | NPL9 | FDA Briefing Information for the April 25, 2016 Meeting of the Peripheral and Central Nervous System Drugs Advisory Committee, Eteplirsen, NDA 206488, 115 pages | |
| | NPL10 | FDA News Release, "FDA grants accelerated approval to first drug for Duchenne muscular dystrophy," September 19, 2016, 3 pages. | |

SRPT-VYDS-0006294

| | | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | | | |
|---|---|---|---|
| | NPL11 | Jett Foundation Presentation by McSherry, C. "Patient and Caregiver-Reported Outcomes of Patients in Clinical Trials of Eteplirsen for Treatment of Duchenne" at Peripheral and Central Nervous System Drugs Advisory Committee, April 25, 2016, 17 pages. | |
| | NPL12 | Letter from the FDA to Sarepta Therapeutics, Inc., Re: ACCELERATED APPROVAL for the use of Exondys 51 (eteplirsen), FDA Reference ID: 3987286, dated September 19, 2016, 11 pages. | |
| | NPL13 | Letter to the U.S. Food and Drug Administration, (Dr. Billy Dunn, M.D. Director Division of Neurology Products, Office of Drug Evaluation 1, Center for Drug Evaluation and Research), for The Peripheral and Central Nervous System Advisory Committee Meeting (AdComm) supporting approval of eteplirsen, dated February 24, 2016, 4 pages. | |
| | NPL14 | Letter to the U.S. Food and Drug Administration, (Dr. Janet Woodcock, M.D. Director, CDER), from The Congress of The United States regarding Duchenne muscular dystrophy, dated February 17, 2016, 7 pages. | |
| | NPL15 | Prescribing Information for EXONDYS 51 (eteplirsen) Injection, dated 09/2016, 10 pages | |
| | NPL16 | Sarepta Briefing Information for the April 25, 2016 Meeting of the Peripheral and Central Nervous System Drugs Advisory Committee, Eteplirsen Briefing Document, NDA 206488, 186 pages. | |
| | NPL17 | Sarepta Presentation at Peripheral and Central Nervous System Drugs Advisory Committee, April 25, 2016, 133 pages | |
| | NPL18 | Sarepta Press Release, Sarepta Issues Statement on Advisory Committee Outcome for Use of Eteplirsen in the Treatment of Duchenne Muscular Dystrophy, April 25, 2016, 2 pages | |
| | NPL19 | Sarepta Therapeutics, Inc. News Release, "Sarepta Therapeutics Announces FDA Accelerated Approval of EXONDYS 51™ (eteplirsen) injection, an Exon Skipping Therapy to Treat Duchenne Muscular Dystrophy (DMD) Patients Amenable to Skipping Exon 51," September 19, 2016, 2 pages. | |
| | NPL20 | U.S. Food and Drug Administration Presentation at Peripheral and Central Nervous System Drugs Advisory Committee, April 25, 2016, 178 pages. | |
| | NPL21 | University of Western Australia v. Academisch Ziekenhuis Leiden, Decision - Motions – 37 C.F.R. § 41.125(a), filed in Patent Interference No. 106008, September 20, 2016, pages 1-20 (Doc 480) | |

SRPT-VYDS-0006295

| | | | |
|---|---|---|---|
| | | Application Number | 16/112,453 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | Filing Date | August 24, 2018 |
| | | First Named Inventor | WILTON, Stephen |
| | | Art Unit | 1635 |
| | | Examiner Name | K. Chong |
| | | Attorney Docket Number | 4140.01500B1 |

| | | | |
|---|---|---|---|
| | NPL22 | University of Western Australia v. Academisch Ziekenhuis Leiden, Decision - Motions - 37 CFR § 41.125(a) (Substitute), filed in Patent Interference No. 106007, May 12, 2016, pages 1-53 (Doc 476) | |
| | NPL23 | University of Western Australia v. Academisch Ziekenhuis Leiden, Judgment - Motions - 37 C.F.R. § 41.127 filed in Patent Interference No. 106008, September 20, 2016, pages 1-3 (Doc 481) | |
| | NPL24 | University of Western Australia v. Academisch Ziekenhuis Leiden, Judgment - Motions - 37 CFR § 41.127, filed in Patent Interference No. 106007, April 29, 2016, pages 1-3, (Doc 474) | |
| | NPL25 | University of Western Australia v. Academisch Ziekenhuis Leiden, Redeclaration - 37 CFR 41.203(c), filed in Patent Interference No. 106007, April 29, 2016, pages 1-2, (Doc 473) | |
| | NPL26 | University of Western Australia v. Academisch Ziekenhuis Leiden, Withdrawal and Reissue of Decision on Motions, filed in Patent Interference No. 106007, May 12, 2016, pages 1-2 (Doc 475) | |
| | NPL27 | University of Western Australia v. Academisch Ziekenhuis Leiden, Decision - Motions - 37 CFR § 41.125(a), filed in Patent Interference No. 106007, April 29, 2016, pages 1-53, (Doc 472) | |

| If you wish to add additional non-patent literature document citation information please click the Add button | Add |
|---|---|

| **EXAMINER SIGNATURE** | | | |
|---|---|---|---|
| Examiner Signature | | Date Considered | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

SRPT-VYDS-0006296

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (03-15)
Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**
( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | 16/112,453 |
| Filing Date | August 24, 2018 |
| First Named Inventor | WILTON, Stephen |
| Art Unit | 1635 |
| Examiner Name | K. Chong |
| Attorney Docket Number | 4140.01500B1 |

## U.S.PATENTS  Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button.  Add

## U.S.PATENT APPLICATION PUBLICATIONS  Remove

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button.  Add

## FOREIGN PATENT DOCUMENTS  Remove

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2]i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | FP4 | 2000-325085 | JP | A | 2000-11-28 | MATSUO MASAFUMI, ET AL. | | |
| | FP5 | 2002-010790 | JP | A | 2002-01-15 | MATSUO MASAFUMI, ET AL. | | |
| | FP6 | 2002-325582 | JP | A | 2002-11-12 | MATSUO, MASAFUMI, ET AL. | | |

EFS Web 2.1.17

SRPT-VYDS-0006297

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | Application Number | 16/112,453 |
| | | Filing Date | August 24, 2018 |
| | | First Named Inventor | WILTON, Stephen |
| | | Art Unit | 1635 |
| | | Examiner Name | K. Chong |
| | | Attorney Docket Number | 4140.01500B1 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FP7 | 2002-340857 | JP | A | 2002-11-27 | MATSUSHITA ELECTRIC IND CO LTD | | |
| FP8 | 2002-529499 | JP | A | 2002-09-10 | ELI LILLY AND COMPANY | | |
| FP9 | 2004-509622 | JP | A | 2004-04-02 | ACADEMISCH ZIEKENHUIS LEIDEN | | |
| FP10 | 2010-268815 | JP | A | 2010-12-02 | MATSUO MASAFUMI | | |
| FP11 | 2011-101655 | JP | A | 2011-05-26 | ACADEMISCH ZIEKENHUIS LEIDEN | | |
| FP12 | 2011-200235 | JP | A | 2011-10-13 | ACADEMISCH ZIEKENHUIS LEIDEN | | |
| FP13 | 2014-054250 | JP | A | 2014-03-27 | NIPPON SHINYAKU CO LTD. | | |
| FP14 | 2014-111638 | JP | A | 2014-06-19 | ACADEMISCH, ZIEKENHUIS LEIDEN | | |
| FP15 | 2014-138589 | JP | A | 2014-07-31 | ACADEMISCH, ZIEKENHUIS LEIDEN | | |
| FP16 | 4777777 | JP | B2 | 2011-09-21 | KOBE UNIVERSITY | | |
| FP17 | 4846965 | JP | B2 | 2011-12-28 | ACADEMISCH ZIEKENHUIS LEIDEN | | |

SRPT-VYDS-0006298

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
|---|---|---|
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| FP18 | 5138722 | JP | B2 | 2013-02-06 | MATSUO MASAFUMI, | | |
| FP19 | 5378423 | JP | B2 | 2013-12-25 | ACADEMISCH ZIEKENHUIS LEIDEN | | |
| FP20 | 00/15780 | WO | A1 | 2000-03-23 | University College London | | |
| FP21 | 00/44897 | WO | A1 | 2000-08-03 | AVI Biopharma, Inc. | | |
| FP22 | 00/78341 | WO | A1 | 2000-12-28 | Murdoch Childrens Research Institute | | |
| FP23 | 01/49775 | WO | A2 | 2001-07-12 | AVI Biopharma, Inc. | | |
| FP24 | 01/72765 | WO | A1 | 2001-10-04 | ISIS Pharmaceuticals, Inc. | | |
| FP25 | 01/83503 | WO | A2 | 2001-11-08 | Hybridon, Inc | | |
| FP26 | 01/83740 | WO | A2 | 2001-11-08 | AVI Biopharma, Inc. | | |
| FP27 | 02/18656 | WO | A2 | 2002-03-07 | AVI BIOPHARMA, INC. | | |
| FP28 | 02/24906 | WO | A1 | 2002-03-28 | Academisch Ziekenhuis Leiden | | |

SRPT-VYDS-0006299

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | Application Number | 16/112,453 |
| --- | --- | --- | --- |
| | | Filing Date | August 24, 2018 |
| | | First Named Inventor | WILTON, Stephen |
| | | Art Unit | 1635 |
| | | Examiner Name | K. Chong |
| | | Attorney Docket Number | 4140.01500B1 |

| | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| FP29 | 02/29406 | WO | A1 | 2002-04-11 | Murto, James | | |
| FP30 | 03/053341 | WO | A2 | 2003-07-03 | Isis Pharmaceuticals, Inc. | | |
| FP31 | 04/048570 | WO | A1 | 2004-06-10 | Kobe University | | ✕ |
| FP32 | 04/083432 | WO | A1 | 2004-09-30 | Academisch Ziekenhuis Leiden | | ☐ |
| FP33 | 04/083446 | WO | A2 | 2004-09-30 | Academisch Ziekenhuis Leiden | | ☐ |
| FP34 | 2005/115479 | WO | A2 | 2005-12-08 | Avi Biopharma, Inc | | ☐ |
| FP35 | 2006/000057 | WO | A1 | 2006-01-05 | University of Western Australia | | ☐ |
| FP36 | 2006/021724 | WO | A2 | 2006-03-02 | Genethon et al. | | ☒ |
| FP37 | 2006/112705 | WO | A2 | 2006-10-26 | Academisch Ziekenhuis Leiden | | ☐ |
| FP38 | 2007/058894 | WO | A2 | 2007-05-24 | The University of North Carolina at Chapel Hill et | | ☐ |
| FP39 | 2007/133812 | WO | A2 | 2007-11-22 | Philadelphia Health & Education Corporation, D/B/A | | ☐ |

SRPT-VYDS-0006300

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | 16/112,453 | |
| Filing Date | August 24, 2018 | |
| First Named Inventor | WILTON, Stephen | |
| Art Unit | 1635 | |
| Examiner Name | K. Chong | |
| Attorney Docket Number | 4140.01500B1 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FP40 | 2007/135105 | WO | A1 | 2007-11-29 | Academisch Ziekenhuis Leiden | | ☐ |
| FP41 | 2008/036127 | WO | A2 | 2008-03-27 | Avi Biopharma, Inc. | | ☐ |
| FP42 | 2009/054725 | WO | A2 | 2009-04-30 | Academisch Ziekenhuis Leiden et al. | | ☐ |
| FP43 | 2009/101399 | WO | A1 | 2009-08-20 | Isis Innovation Limited | | ☐ |
| FP44 | 2009/139630 | WO | A2 | 2009-11-19 | Prosensa Technologies B.V. et al. | | ☐ |
| FP45 | 2010/048586 | WO | A1 | 2010-04-29 | AVI Biopharma, Inc. | | ☐ |
| FP46 | 2010/050801 | WO | A1 | 2010-05-06 | Prosensa Technologies B.V. et al. | | ☐ |
| FP47 | 2010/050802 | WO | A2 | 2010-05-06 | Academisch Ziekenhuis Leiden et al. | | ☐ |
| FP48 | 2010/115993 | WO | A1 | 2010-10-14 | Association Institut de Myologie et al. | | ☐ |
| FP49 | 2010/123369 | WO | A1 | 2010-10-28 | Prosensa Technologies B.V. | | ☐ |
| FP50 | 2010/136415 | WO | A1 | 2010-12-02 | Universita Degli Studi di Roma "La Sapienza" | | ☐ |

SRPT-VYDS-0006301

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
|---|---|---|
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FP51 | 2010/136417 | WO | A1 | 2010-12-02 | Universita Degli Studi di Roma "La Sapienza" | | ☐ |
| FP52 | 2010/150231 | WO | A1 | 2010-12-29 | Universita Degli Studi di Ferrara | | ☐ |
| FP53 | 2011/024077 | WO | A2 | 2011-03-03 | Inserm, Institut National de la Sante et de la Rec | | ☐ |

| If you wish to add additional Foreign Patent Document citation information please click the Add button | Add |
|---|---|

### NON-PATENT LITERATURE DOCUMENTS    Remove

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T5 |
|---|---|---|---|
| | NPL28 | AON PS1966 Mass Spectrometry Data, Pages 8,   Exhibit Number 1154 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | NPL29 | AON PS1966 UPLC Data, Pages 2,   Exhibit Number 1165 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | NPL30 | AON PS1967 Mass Spectrometry Data, Pages 7,   Exhibit Number 1155 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | NPL31 | AON PS1967 UPLC Data, Pages 2,   Exhibit Number 1166 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | NPL32 | AON PS229 (h53AON1) HPLC Chromatograph  Pages 2, Exhibit Number 1140 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | NPL33 | AON PS229 (h53AON1) HPLC Method Report,  Pages 3, Exhibit Number 1139 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |

SRPT-VYDS-0006302

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
| --- | --- | --- |
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | | | |
| --- | --- | --- | --- |
| | NPL34 | AON PS229 (h53AON1) Mass Spectrometry Data, Pages 3,   Exhibit Number 1142 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | NPL35 | AON PS229 (h53AON1) Synthesis Laboratory Notebook Entry, Pages  1, Exhibit Number 1137 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | NPL36 | AON PS229L (h53AON229L) Certificate of Analysis, Pages 1, Exhibit Number 1129 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL37 | AON PS43 (h51AON1) Certificate of Analysis, Pages 1, Exhibit Number 1134 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | NPL38 | AON PS43 (h51AON1) HPLC Chromatogram, Pages 1, Exhibit Number 1131 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL39 | AON PS43 (h51AON1) HPLC Method Report, Pages 4, Exhibit Number 1130 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL40 | AON PS43 (h51AON1) Mass Spectrometry Data, Pages 3, Exhibit Number 1135 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | NPL41 | AON PS43 (h51AON1) UPLC-UV Data, Pages  2, Exhibit Number 1136 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | NPL42 | AONs PS1958, PS1959, PS1960, PS1961, PS1962, PS1963, PS1964, PS1965, PS1966, and PS1967 HPLC Method Report, Pages 3,   Exhibit Number 1143 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | NPL43 | Applicant-Initiated Interview Summary dated April 8, 2013 in U.S. Application Serial No. 13/094,548, (University of Western Australia Exhibit 2144, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-11). | |
| | NPL44 | Arechavala-Gomeza V, et al., "Immunohistological intensity measurements as a tool to assess sarcolemma-associated protein expression," Neuropathol Appl Neurobiol 2010;36: 265-74. | |

SRPT-VYDS-0006303

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | NPL45 | ARECHAVALA-GOMEZA, V. et al., "Comparative Analysis of Antisense Oligonucleotide Sequences for Targeted Skipping of Exon 51 During Dystrophin Pre-mRNA Splicing in Human Muscle," Human Gene Therapy, Vol. 18:798-810 (2007) | |
| | NPL46 | ARORA, Vikram et al., "c-Myc Antisense Limits Rat Liver Regeneration and Indicates Role for c-Myc in Regulating Cytochrome P-450 3A Activity," The Journal of Pharmacology and Experimental Therapeutics, Vol. 292(3):921-928 (2000) | |
| | NPL47 | Asetek Danmark A/S v. CMI USA, Inc., 2014 WL 5990699, N.D. Cal. 2014, 8 pages, (Academisch Ziekenhuis Leiden Exhibit 1237, filed May 5, 2015 in Interference 106007 and 106008). | |
| | NPL48 | ASVADI, Parisa et al., "Expression and functional analysis of recombinant scFv and diabody fragments with specificity for human RhD," Journal of Molecular Recognition, Vol. 15:321-330 (2002) | |
| | NPL49 | Australian Application No. 2004903474, 36 pages, dated July 22, 2005 (Exhibit Number 1004 filed in interferences 106008, 106007 on November 18, 2014) | |
| | NPL50 | AVI BioPharma, Inc., "Exon 51 Sequence of Dystrophin," Document D19 as filed in Opposition of European Patent EP1619249, filed June 23, 2009, 7 pages | |
| | NPL51 | AZL's PCT/NL03/00214 (the as-filed AZL PCT Application) Exhibit No. 1006, filed in Interference No. 106,007, 64 pages, December 23, 2014 | |
| | NPL52 | AZL's U.S. Patent Application No. 14/295,311 and claims, as-filed June 3, 2014 ("the '311 Application") (Exhibit Number 1077 filed in interferences 106008, 106007 on December 23, 2014) | |
| | NPL53 | Azofeifa J, et al., "X-chromosome methylation in manifesting and healthy carriers of dystrophinopathies: concordance of activation ratios among first degree female relatives and skewed inactivation as cause of the affected phenotypes," Hum Genet 1995;96:167-176. | |
| | NPL54 | BEAUCAGE, S.L. et al., "Deoxynucleoside Phosphoramidites - A New Class of Key Intermediates for Deoxypolynucleotide Synthesis," Tetrahedron Letters, Vol. 22(20):1859-1862 (1981) | |
| | NPL55 | BELLARE, Priya et al., "A role for ubiquitin in the spliceosome assembly pathway," Nature Structural & Molecular Biology, Vol. 15(5):444-451 (2008) (Exhibit Number 1057 filed in interferences 106008, 106007 on November 18, 2014) | |

SRPT-VYDS-0006304

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | 16/112,453 | |
| Filing Date | August 24, 2018 | |
| First Named Inventor | WILTON, Stephen | |
| Art Unit | 1635 | |
| Examiner Name | K. Chong | |
| Attorney Docket Number | 4140.01500B1 | |

| | | | |
|---|---|---|---|
| | NPL56 | BELLARE, Priya et al., "Ubiquitin binding by a variant Jab1/MPN domain in the essential pre-mRNA splicing factor Prp8p," RNA, Vol. 12:292-302 (2006) (Exhibit Number 1056 filed in interferences 106008,106007 on November 18, 2014) | |
| | NPL57 | BENNETT, C. Frank et al., "RNA Targeting Therapeutics: Molecular Mechanisms of Antisense Oligonucleotides as a Therapeutic Platform," Annu. Rev. Pharmacol. Toxicol., Vol. 50:259-293 (2010) (Exhibit Number 1025 filed in interferences 106008, 106007 on November 18, 2014) | |
| | NPL58 | BERGE, Stephen M. et al., "Pharmaceutical Salts," Journal of Pharmaceutical Sciences, Vol. 66(1):1-18 (1977) | |
| | NPL59 | Bestas et al., "Design and Application of Bispecific Splice Switching Oligonucleotides," Nuc. Acid Therap., Vol. 24, No. 1, pp. 13-24 (2014), Exhibit Number 1120 filed in interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL60 | BRAASCH, Dwaine A. et al., "Locked nucleic acid (LNA): fine-tuning the recognition of DNA and RNA," Chemistry & Biology, Vol. 8:1-7 (2001) (Exhibit Number 2009 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL61 | BRAASCH, Dwaine A. et al., "Novel Antisense and Peptide Nucleic Acid Strategies for Controlling Gene Expression," Biochemistry, Vol. 41(14):4503-4510 (2002) (Exhibit Number 2006 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL62 | BREMMER-BOUT, Mattie et al., "Targeted Exon Skipping in Transgenic hDMD Mice: A Model for Direct Preclinical Screening of Human-Specific Antisense Oligonucleotides," Molecular Therapy, Vol. 10(2):232-240 (2004) (Exhibit Number 2024 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL63 | Brooke MH, et al., "Clinical investigation in Duchenne dystrophy: 2. Determination of the "power" of therapeutic trials based on the natural history," Muscle Nerve. 1983;6:91-103. | |
| | NPL64 | BROWN, Susan C. et al., "Dystrophic phenotype induced in vitro by antibody blockade of muscle alpha-dystroglycan-laminin interaction," Journal of Cell Science, Vol. 112:209-216 (1999) | |
| | NPL65 | Bushby K, et al. "Diagnosis and management of Duchenne muscular dystrophy, part 1: diagnosis, and pharmacological and psychosocial management," Lancet Neurol 2010;9:77-93. | |
| | NPL66 | Bushby KM, et al., "The clinical, genetic and dystrophin characteristics of Becker muscular dystrophy," II. Correlation of phenotype with genetic and protein abnormalities. J Neurol 1993;240: 105-112. | |

SRPT-VYDS-0006305

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
|---|---|---|
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | | |
|---|---|---|
| NPL67 | Bushby KM, et al., "The clinical, genetic and dystrophin characteristics of Becker muscular dystrophy," I. Natural history. J Neurol 1993;240:98-104. | |
| NPL68 | CANONICO, A.E. et al., "Expression of a CMV Promoter Drive Human alpha-1 Antitrypsin Gene in Cultured Lung Endothelial Cells and in the Lungs of Rabbits," Clinical Research, Vol. 39(2):219A (1991) | |
| NPL69 | CIRAK, Sebahattin et al., "Exon skipping and dystrophin restoration in patients with Duchenne muscular dystrophy after systemic phosphorodiamidate morpholino oligomer treatment: an open-label, phase 2, dose-escalation study," Lancet, Vol. 378(9791):595-605 (2011) | |
| NPL70 | Claim Chart 11/233,495, Pages 57, Exhibit Number 1216 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| NPL71 | Claim Chart 13/550,210, Pages 45, Exhibit Number 1217 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| NPL72 | Claim Chart, US 7,807,816, 14 pages (Exhibit Number 1063 filed in interferences 106008, 106007 on November 18, 2014) | |
| NPL73 | Claim Chart, US 7,960,541, 17 pages (Exhibit Number 1064 filed in interferences 106008, 106007 on November 18, 2014) | |
| NPL74 | Claim Chart, US 8,455,636, 32 pages (Exhibit Number 1062 filed in interferences 106008, 106007 on November 18, 2014) | |
| NPL75 | Claim Comparison Chart – Claims 11 and 29 in 13/550,210, Pages 1, Exhibit Number 1226 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| NPL76 | Claim Comparison Chart 13/550,210 vs 11/233,495, Pages 12, Exhibit Number 1218 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| NPL77 | Claim Comparison Chart 13/550,210 vs 12/198,007, Pages 1, Exhibit Number 1219 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |

SRPT-VYDS-0006306

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (03-15)
Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

**INFORMATION DISCLOSURE
STATEMENT BY APPLICANT**
( Not for submission under 37 CFR 1.99)

| Application Number | 16/112,453 |
|---|---|
| Filing Date | August 24, 2018 |
| First Named Inventor | WILTON, Stephen |
| Art Unit | 1635 |
| Examiner Name | K. Chong |
| Attorney Docket Number | 4140.01500B1 |

**U.S.PATENTS** [Remove]

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button. [Add]

**U.S.PATENT APPLICATION PUBLICATIONS** [Remove]

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button. [Add]

**FOREIGN PATENT DOCUMENTS** [Remove]

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2]i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | FP54 | 2011/045747 | WO | A1 | 2011-04-21 | Universita Delgi Studi Di Ferrara | | |
| | FP55 | 2011/057350 | WO | A1 | 2011-05-19 | The University of Western Australia | | |
| | FP56 | 2011/143008 | WO | A1 | 2011-11-17 | The Charlotte-Mecklenburg Hospital Authority D/B/A | | |

SRPT-VYDS-0006307

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | 16/112,453 | |
| Filing Date | August 24, 2018 | |
| First Named Inventor | WILTON, Stephen | |
| Art Unit | 1635 | |
| Examiner Name | K. Chong | |
| Attorney Docket Number | 4140.01500B1 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FP57 | 2012/001941 | WO | A1 | 2012-01-05 | Hagiwara, Masatoshi et al. | | ✕ |
| FP58 | 2012/029986 | WO | A1 | 2012-03-08 | Nippon Shinyaku Co., Ltd. et al. | | ☒ |
| FP59 | 2012/043730 | WO | A1 | 2012-04-05 | Nippon Shinyaku Co., Ltd. | | ☒ |
| FP60 | 2012/109296 | WO | A1 | 2012-08-16 | The Charlotte-Mecklenburg Hospital Authority D/B/A | | ☐ |
| FP61 | 2012/150960 | WO | A1 | 2012-11-08 | Avi Biopharma, Inc | | ☐ |
| FP62 | 2013/033407 | WO | A2 | 2013-03-07 | The Regents of the University of California | | ☐ |
| FP63 | 2013/053928 | WO | A1 | 2013-04-18 | Association Institut De Myologie et al. | | ☐ |
| FP64 | 2013/100190 | WO | A1 | 2013-07-04 | Nippon Shinyaku Co., Ltd. et al. | | ☒ |
| FP65 | 2013/112053 | WO | A1 | 2013-08-01 | Prosensa Technologies B.V. | | ☐ |
| FP66 | 2014/007620 | WO | A2 | 2014-01-09 | Prosensa Technologies B.V. | | ☐ |
| FP67 | 2014/100714 | WO | A1 | 2014-06-26 | Sarepta Therapeutics, Inc | | ☐ |

SRPT-VYDS-0006308

| | INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | |
|---|---|---|

| Application Number | 16/112,453 |
|---|---|
| Filing Date | August 24, 2018 |
| First Named Inventor | WILTON, Stephen |
| Art Unit | 1635 |
| Examiner Name | K. Chong |
| Attorney Docket Number | 4140.01500B1 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| FP68 | 2014/153220 | WO | A2 | 2014-09-25 | Sarepta Therapeutics, Inc | | | ☐ |
| FP69 | 2014/153240 | WO | A2 | 2014-09-25 | Sarepta Therapeutics, Inc | | | ☐ |
| FP70 | 2014144978 | WO | A2 | 2014-09-18 | SAREPTA THERAPEUTICS, INC. | | | ☐ |
| FP71 | 93/20227 | WO | A1 | 1993-10-14 | Abbott Laboratories | | | ☐ |
| FP72 | 94/02595 | WO | A1 | 1994-02-03 | Ribozyme Pharmaceuticals, Inc. | | | ☐ |
| FP73 | 94/26887 | WO | A1 | 1994-11-24 | The University of North Carolina at Chapel Hill | | | ☐ |
| FP74 | 96/10391 | WO | A1 | 1996-04-11 | The University of British Columbia | | | ☐ |
| FP75 | 96/10392 | WO | A1 | 1996-04-11 | The University of British Columbia | | | ☐ |
| FP76 | 97/30067 | WO | A1 | 1997-08-21 | Isis Pharmaceuticals, Inc. | | | ☐ |
| FP77 | 97/34638 | WO | A1 | 1997-09-25 | The Regents of the University of California | | | ☐ |

| If you wish to add additional Foreign Patent Document citation information please click the Add button | Add |
|---|---|

| **NON-PATENT LITERATURE DOCUMENTS** | Remove |
|---|---|

SRPT-VYDS-0006309

| | | Application Number | 16/112,453 |
|---|---|---|---|
| | | Filing Date | August 24, 2018 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | First Named Inventor | WILTON, Stephen |
| | | Art Unit | 1635 |
| | | Examiner Name | K. Chong |
| | | Attorney Docket Number | 4140.01500B1 |

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T⁵ |
|---|---|---|---|
| | NPL78 | Claims from US Application No. 11/233,495, 6 pages, dated September 21, 2005 (Exhibit Number 2068 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL79 | Classification Excerpts from USPC System, 21 pages, (Academisch Ziekenhuis Leiden Exhibit 1234, filed May 5, 2015 in Interference 106007 and 106008). | |
| | NPL80 | COLLINS, C.A. et al., "Duchenne's muscular dystrophy: animal models used to investigate pathogenesis and develop therapeutic strategies," Int. J. Exp. Pathol., Vol. 84(4):165-172 (2003) | |
| | NPL81 | Confirmation of Dystrophin Exon 48 to 50 Deletion in Cell Line 8036 Laboratory Notebook Entry, Pages 3, Exhibit Number 1167 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | NPL82 | Confirmation of Dystrophin Exon 52 Deletion in Cell Line R1809 Laboratory; Notebook Entry, Pages 3, Exhibit Number 1168 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | NPL83 | Confirmatory Study of Eteplirsen in DMD Patients, An Open-Label, Multi-Center, 48-Week Study With a Concurrent Untreated Control Arm to Evaluate the Efficacy and Safety of Eteplirsen in Duchenne Muscular Dystrophy ,Clinical Trials.gov, Clinical Trial Identifier NCT02255552, October 1, 2014, 3 pages | |
| | NPL84 | Confirmatory Study of Eteplirsen in DMD Patients, An Open-Label, Multi-Center, 48-Week Study With a Concurrent Untreated Control Arm to Evaluate the Efficacy and Safety of Eteplirsen in Duchenne Muscular Dystrophy, Clinical Trials.gov, Clinical Trial Identifier NCT02255552, May 26, 2015, 3 pages. | |
| | NPL85 | Coolidge v. Efendic, 2008 WL 2080735, Int. No. 105,457 (BPAI May 16, 2008), 42 pages, (Academisch Ziekenhuis Leiden Exhibit 1235, filed May 5, 2015 in Interference 106007 and 106008). | |
| | NPL86 | COREY, David R. et al., "Morpholino antisense oligonucleotides: tools for investigating vertebrate development," Genome Biology, Vol. 2(5):1015.1 - 1015.3 (2001) (Exhibit Number 1026 filed in interferences 106008, 106007 on November 18, 2014) | |
| | NPL87 | Corrected Priority Statement filed by UWA in Int. No. 106,008 (as PN 219),Pages 5, Exhibit Number 1002 filed in Interference 106,013 on February 17, 2015. | |

SRPT-VYDS-0006310

| | | | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 | |
| | Filing Date | August 24, 2018 | |
| | First Named Inventor | WILTON, Stephen | |
| | Art Unit | 1635 | |
| | Examiner Name | K. Chong | |
| | Attorney Docket Number | 4140.01500B1 | |

| | | | |
|---|---|---|---|
| | NPL88 | Cortes, Jesus J., et al., "Mutations in the conserved loop of human U5 snRNA generate use of novel cryptic 5´ splice sites in vivo," EMBO J., Vol. 12, No. 13, pp. 5181-5189 (1993), Exhibit Number 1187 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL89 | CROOKE, Stanley T., Antisense Drug Technology, Principles, Strategies, and Applications, Marcel Dekker, Inc., New York, Chapters 15 and 16, pages 375-389, 391-469 (2001) (Exhibit Number 2075 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL90 | Curriculum Vitae of Judith van Deutekom, Pages 6, Exhibit Number 1126 filed in interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL91 | Curriculum Vitae, Erik Joseph Sontheimer, 18 pages, dated September 29, 2014 (Exhibit Number 1013 filed in interferences 106008, 106007 on November 18, 2014) | |
| | NPL92 | CV, Professor Matthew J.A. Wood, 3 pages (Exhibit Number 2003 filed in interferences 106008, 106007 on November 18, 2014) | |
| | NPL93 | DAVIS, Richard J. et al., "Fusion of PAX7 to FKHR by the Variant t(1;13)(p36;q14) Translocation in Alveolar Rhabdomyosarcoma," Cancer Research, Vol. 54:2869-2872 (1994) (Exhibit Number 1027 filed in interferences 106008, 106007 on November 18, 2014) | |
| | NPL94 | DE ANGELIS, Fernanda Gabriella et al., "Chimeric snRNA molecules carrying antisense sequences against the splice junctions of exon 51 of the dystrophic pre-mRNA induce exon skipping and restoration of a dystrophin synthesis in 48-50 DMD cells," PNAS, Vol. 99(14):9456-9461 (2002) | |
| | NPL95 | Decision on Appeal, Ex Parte Martin Gleave and Hideaki Miyake, Appeal No. 2005-2447, Appl. No. 09/619,908 (January 31, 2006) (2009 WL 6927761 (Bd.Pat.App.& Interf.), Pages 12, Exhibit Number 1207 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL96 | Decision on Request for ReHearing, Ex Parte Roderick John Scott, Appeal No. 2008-004077, Appl. No. 10/058,825 (January 6, 2010) (2010 WL 191079 (Bd.Pat.App. & Interf.),Pages 21,  Exhibit Number 1208 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL97 | Declaration of Judith C.T. van Deutekom Under 37 C.F.R. §1.132, filed on January 27, 2012, in U.S. Patent Reexamination Control No 90/011,320, regarding U.S. Patent No. 7,534,879, (University of Western Australia Exhibit 2133, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-10). | |
| | NPL98 | Declaration of Judith van Deutekom, Pages 45, Exhibit Number 1125 filed in interferences 106,007 and 106,008 on February 17, 2015. | |

SRPT-VYDS-0006311

| | | | |
|---|---|---|---|
| | INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
| | | Filing Date | August 24, 2018 |
| | | First Named Inventor | WILTON, Stephen |
| | | Art Unit | 1635 |
| | | Examiner Name | K. Chong |
| | | Attorney Docket Number | 4140.01500B1 |

| | | |
|---|---|---|
| NPL99 | DELLORUSSO, Christiana et al., "Functional correction of adult mdx mouse muscle using gutted adenoviral vectors expressing full-length dystrophin," PNAS, Vol. 99(20):12979-12984 (2002) | |
| NPL100 | Deposition Transcript of Erik J. Sontheimer, Ph.D. of January 21, 2015 (99 pages), Exhibit Number 1215 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| NPL101 | Deposition Transcript of Matthew J. A. Wood, M.D. , D. Phil., January 22, 2015, including Errata Sheet, Pages 198, Exhibit Number 1007 filed in Interference 106,013 on February 17, 2015. | |
| NPL102 | Deposition Transcript of Matthew J. A. Wood, M.D., D. Phil., Pages 196, Exhibit Number 1122 filed in interferences 106,007 and 106,008 on February 17, 2015. | |
| NPL103 | Desalting of Oligonucleotides, Pages 2, Exhibit Number 1132 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| NPL104 | DIRKSEN, Wessel P. et al., "Mapping the SF2/ASF Binding Sites in the Bovine Growth Hormone Exonic Splicing Enhancer," The Journal of Biological Chemistry, Vol. 275(37):29170-29177 (2000) | |
| NPL105 | DOMINSKI, Zbigniew et al., "Identification and Characterization by Antisense Oligonucleotides of Exon and Intron Sequences Required for Splicing," Molecular and Cellular Biology, Vol. 14(11):7445-7454 (1994) | |
| NPL106 | DOMINSKI, Zbigniew et al., "Restoration of correct splicing in thalassemic pre-mRNA by antisense oligonucleotides," Proc. Natl. Acad. Sci. USA, Vol. 90:8673-8677 (1993) | |
| NPL107 | DORAN, Philip et al., "Proteomic profiling of antisense-induced exon skipping reveals reversal of pathobiochemical abnormalities in dystrophic mdx diaphragm," Proteomics, Vol. 9:671-685, DOI 10.1002/pmic.200800441 (2009) | |
| NPL108 | DOUGLAS, Andrew G.L. et al., "Splicing therapy for neuromuscular disease," Molecular and Cellular Neuroscience, Vol. 56:169-185 (2013) (Exhibit Number 2005 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| NPL109 | Doyle, Donald F., et al. (2001) "Inhibition of Gene Expression Inside Cells by PeptideNucleic Acids: Effect of mRNA Target Sequence, Mismatched Bases, and PNA Length," Biochemistry 40:53-64, (Exhibit Number 2123 filed in interferences 106,007 and 106,008 on February 17, 2015. | |

SRPT-VYDS-0006312

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
| --- | --- | --- |
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | NPL110 | Dr. Wood Errata Sheet – 22 Jan 2015, Pages 2, Exhibit Number 1227 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| --- | --- | --- | --- |
| | NPL111 | DUNCKLEY, Matthew G. et al., "Modification of splicing in the dystrophin gene in cultured Mdx muscle cells by antisense oligoribonucleotides," Human Molecular Genetics, Vol. 5(1):1083-1090 (1995) | |
| | NPL112 | DUNCKLEY, Matthew G. et al., "Modulation of Splicing in the DMD Gene by Antisense Oligoribonucleotides," Nucleosides & Nucleotides, Vol. 16(7-9):1665-1668 (1997) | |
| | NPL113 | ECKSTEIN, F., "Nucleoside Phosphorothioates," Ann. Rev. Biochem., Vol. 54:367-402 (1985) (Exhibit Number 1028 filed in interferences 106008, 106007 on November 18, 2014) | |
| | NPL114 | ELAYADI, Anissa N. et al., "Application of PNA and LNA oligomers to chemotherapy," Current Opinion in Investigational Drugs, Vol. 2(4):558-561 (2001) | |
| | NPL115 | Email from Danny Huntington to Interference Trial Section, dated September 21, 2014, Pages 2, Exhibit Number 3001 filed in Interference 106,007, 106,008, and 106,013 on September 26, 2014. | |
| | NPL116 | Email From Sharon Crane to Interference Trial Section, dated November 13, 2014, Pages 2, Exhibit Number 3002 filed in Interference 106,007, 106,008, and 106,013 on dated November 14, 2014. | |
| | NPL117 | Emery, A.E. H., "Population frequencies of inherited neuromuscular diseases - a world survey," Neuromuscul Disord 1991;1:19-29. | |
| | NPL118 | Errata sheet for the January 22, 2015 deposition of Matthew J. A. Wood, M.D., D. PHIL., 2 pages, (Exhibit Number 2128 filed in interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL119 | Errata sheet for the March 12, 2015 deposition of Erik J. Sontheimer, Ph.D., (University of Western Australia Exhibit 2149, filed April 3, 2015 in Interferences 106007, 106008, and 106013, page 1). | |
| | NPL120 | ERRINGTON, Stephen J. et al., "Target selection for antisense oligonucleotide induced exon skipping in the dystrophin gene," The Journal of Gene Medicine, Vol. 5:518-527 (2003) | |

SRPT-VYDS-0006313

| | | Application Number | 16/112,453 |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | Filing Date | August 24, 2018 |
| | | First Named Inventor | WILTON, Stephen |
| | | Art Unit | 1635 |
| | | Examiner Name | K. Chong |
| | | Attorney Docket Number | 4140.01500B1 |

| | | | |
|---|---|---|---|
| | NPL121 | European Office Action for Application No. 09752572.9, 5 pages, dated February 29, 2012 | |
| | NPL122 | European Response, Application No. 10004274.6, 7 pages, dated November 5, 2013 (Exhibit Number 1060 filed in interferences 106008, 106007 on November 18, 2014) | |
| | NPL123 | European Response, Application No. 12198517.0, 7 pages, dated October 21, 2014 (Exhibit Number 2084 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL124 | European Response, Application No. 13160338.3, 4 pages, dated June 26, 2014 (Exhibit Number 2085 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL125 | European Search Report for Application No. 10004274.6, 12 pages, dated January 2, 2013 | |
| | NPL126 | European Search Report for Application No. 12162995.0, 11 pages, dated January 15, 2013 | |
| | NPL127 | European Search Report, EP15168694.6, dated July 23, 2015, pages 1-8. | |

| If you wish to add additional non-patent literature document citation information please click the Add button | Add |
|---|---|

| **EXAMINER SIGNATURE** | | | |
|---|---|---|---|
| Examiner Signature | | Date Considered | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [5] Applicant is to place a check mark here if English language translation is attached.

SRPT-VYDS-0006314

| | | | |
|---|---|---|---|
| | | Application Number | 16/112,453 |
| | | Filing Date | August 24, 2018 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | First Named Inventor | WILTON, Stephen |
| | | Art Unit | 1635 |
| | | Examiner Name | K. Chong |
| | | Attorney Docket Number | 4140.01500B1 |

| | | | |
|---|---|---|---|
| | NPL128 | HARDING, PL et al., "The Influence of Antisense Oligonucleotide Length on Dystrophin Exon Skipping," Molecular Therapy, Vol. 15(1):157-166 (2007) (Exhibit Number 1030 filed in interferences 106008, 106007 on November 18, 2014) | |
| | NPL129 | HAREL-BELLAN, Annick et al., "Specific Inhibition of c-myc Protein Biosynthesis Using an Antisense Synthetic Deoxy-Oligonucleotide in Human T Lymphocytes," The Journal of Immunology, Vol. 140(7):2431-2435 (1988) | |
| | NPL130 | Havenga, M.J.E., et al., "Exploiting the Natural Diversity in Adenovirus Tropism for Therapy and Prevention of Disease," J. Virol., Vol. 76, No. 9, pp. 4612-4620 (May, 2002), Exhibit Number 1123 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | NPL131 | HEASMAN, Janet, "Morpholino Oligos: Making Sense of Antisense?" Developmental Biology, Vol. 243:209-214 (2002) | |
| | NPL132 | HEEMSKERK, Hans A. et al., "In vivo comparison of 2'-O-methyl phosphorothioate and morpholino antisense oligonucleotides for Duchenne muscular dystrophy exon skipping," The Journal of Gene Medicine, Vol. 11:257-266 (2009) (Exhibit Number 2020 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL133 | HEID, Christian A. et al., "Real Time Quantitative PCR," Genome Research, Vol. 6:986-994 (1996) (Exhibit Number 1061 filed in interferences 106008, 106007 on November 18, 2014) | |
| | NPL134 | HERSCHLAG, Daniel et al., "Contributions of 2' Hydroxyl Groups of the RNA Substrate to Binding and Catalysis by the Tetrahymena Ribozyme: An Energetic Picture of an Active Site Composed of RNA," Biochemistry, Vol. 32:8299-8311 (1993) (Exhibit Number 1031 filed in interferences 106008, 106007 on November 18, 2014) | |
| | NPL135 | Hoffman EP, et al., "Characterization of dystrophin in muscle-biopsy specimens from patients with Duchenne's or Becker's muscular dystrophy" N Engl J Med 1988;318:1363-68. | |
| | NPL136 | Hoffman EP, et al., "Restoring dystrophin expression in Duchenne muscular dystrophy muscle: Progress in exon skipping and stop codon read through," Am J Path 2011;179:12-22. | |
| | NPL137 | HUDZIAK, Robert M. et al., "Antiproliferative Effects of Steric Blocking Phosphorodiamidate Morpholino Antisense Agents Directed against c-myc," Antisense & Nucleic Acid Drug Development, Vol. 10:163-176 (2000) (Exhibit Number 1032 filed in interferences 106008, 106007 on November 18, 2014) | |
| | NPL138 | HUDZIAK, Robert M. et al., "Resistance of Morpholino Phosphorodiamidate Oligomers to Enzymatic Degradation," Antisense & Nucleic Acid Drug Development, Vol. 6:267-272 (1996) | |

SRPT-VYDS-0006315

| | | | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 | |
| | Filing Date | August 24, 2018 | |
| | First Named Inventor | WILTON, Stephen | |
| | Art Unit | 1635 | |
| | Examiner Name | K. Chong | |
| | Attorney Docket Number | 4140.01500B1 | |

| | | | |
|---|---|---|---|
| | NPL139 | HUSSEY, Nicole D. et al., "Analysis of five Duchenne muscular dystrophy exons and gender determination using conventional duplex polymerase chain reaction on single cells," Molecular Human Reproduction, Vol. 5(11):1089-1094 (1999) | |
| | NPL140 | Interim Guidance on Patent Subject Matter Eligibility ("the December Guidance," 16 pages,(Exhibit Number 2119 filed in interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL141 | International Patent Application No. PCT/AU2000/00693 ("Wraight"), published as WO 00/78341 on December 28, 2000, 201 pages, (Exhibit Number 2125 filed in interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL142 | International Preliminary Report on Patentability and Written Opinion for Application No. PCT/US2009/061960, 8 pages, dated April 26, 2011 | |
| | NPL143 | International Preliminary Report on Patentability for Application No. PCT/AU2005/000943, 8 pages, dated December 28, 2006 | |
| | NPL144 | International Preliminary Report on Patentability, PCT/US2013/077216, dated June 23, 2015, pages 1-7. | |
| | NPL145 | International Preliminary Report on Patentability, PCT/US2014/029610, dated July 1, 2015, pages 1-122. | |
| | NPL146 | International Preliminary Report on Patentability, PCT/US2014/029689, dated September 15, 2015, pages 1-10. | |
| | NPL147 | International Preliminary Report on Patentability, PCT/US2014/029766, dated September 15, 2015, pages 1-10. | |
| | NPL148 | International Search Report and Written Opinion of the International Searching Authority issued in International Patent Application No. PCT/US2013/077216, 5 pages, dated March 27, 2014 | |
| | NPL149 | International Search Report and Written Opinion of the International Searching Authority issued in International Patent Application No. PCT/US2014/029610, 6 pages, dated September 18, 2014 | |

SRPT-VYDS-0006316

| | | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | | | |
|---|---|---|---|
| | NPL150 | International Search Report and Written Opinion of the International Searching Authority issued in International Patent Application No. PCT/US2014/029689, 8 pages, dated October 21, 2014 | |
| | NPL151 | International Search Report and Written Opinion of the International Searching Authority issued in International Patent Application No. PCT/US2014/029766, 8 pages, dated October 21, 2014 | |
| | NPL152 | International Search Report for Application No. PCT/AU2005/000943, 5 pages, dated October 20, 2005 | |
| | NPL153 | International Search Report for Application No. PCT/US01/14410, 5 pages, dated March 6, 2002 | |
| | NPL154 | International Search Report for Application No. PCT/US2009/061960, 9 pages, dated April 6, 2010 | |
| | NPL155 | Invitation to pay fees and Partial International Search Report issued by the International Search Authority in International Patent Application No. PCT/US2014/029689, 8 pages, dated July 29, 2014 | |
| | NPL156 | ISIS Pharmaceuticals website, 2 pages, http://www.isispharm.com/Pipeline/Therapeutic-Areas/Other.htm (2014) (Exhibit Number 2021 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL157 | IVERSEN, Patrick L. et al., "Efficacy of Antisense Morpholino Oligomer Targeted to c-myc in Prostate Cancer Xenograft Murine Model and a Phase I Safety Study in Humans," Clinical Cancer Research, Vol. 9:2510-2519 (2003) | |
| | NPL158 | JARVER, Peter et al., "A Chemical View of Oligonucleotides for Exon Skipping and Related Drug Applications," Nucleic Acid Therapeutics, Vol. 24(1):37-47 (2014) (Exhibit Number 2061 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL159 | JASON, Tracey L.H. et al., "Toxicology of antisense therapeutics," Toxicology and Applied Pharmacology, Vol. 201:66-83 (2004) (Exhibit Number 2027 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL160 | JEARAWIRIYAPAISARN, Natee et al., "Long-term improvement in mdx cardiomyopathy after therapy with peptide-conjugated morpholino oligomers," Cardiovascular Research, Vol. 85:444-453 (2010) | |

SRPT-VYDS-0006317

| | | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | | |
|---|---|---|
| | NPL161 | JEARAWIRIYAPAISARN, Natee et al., "Sustained Dystrophin Expression Induced by Peptide-conjugated Morpholino Oligomers in the Muscles of mdx Mice," Mol. Ther., Vol. 16(9):1624-1629 (2008) | |
| | NPL162 | Job Posting by Sarepta for "Scientist II, Muscle Biology" (2 pages), (Academisch Ziekenhuis Leiden Exhibit 1233, filed April 3, 2015 in Interference 106007 and 106008). | |
| | NPL163 | JONES, Simon S. et al., "The Protection of Uracil and Guanine Residues in Oligonucleotide Synthesis," Tetrahedron Letters, Vol. 22(47):4755-4758 (1981) | |
| | NPL164 | KARLEN, Yann et al., "Statistical significance of quantitative PCR," BMC Bioinformatics, 8:131, 16 pages (2007) (Exhibit Number 1033 filed in interferences 106008, 106007 on November 18, 2014) | |
| | NPL165 | KARRAS, James G. et al., "Deletion of Individual Exons and Induction of Soluble Murine Interleukin-5 Receptor-alpha Chain Expression through Antisense Oligonucleotide-Mediated Redirection of Pre-mRNA splicing," Molecular Pharmacology, Vol. 58:380-387 (2000) | |
| | NPL166 | KAYE, Ed, "Results of the Eteplirsen Phase 2b and Phase 2b Extension Study in Duchenne Muscular Dystrophy," 8th Annual Meeting of the Oligonucleotide Therapeutics Society, Session 9: Advances in Oligonucleotide Clinical Development II, Page 48 (2012) | |
| | NPL167 | KINALI, Maria et al., "Local restoration of dystrophin expression with the morpholino oligomer AVI-4658 in Duchenne muscular dystrophy: a single-blind, placebo-controlled, dose-escalation, proof-of-concept study," Lancet Neurol., Vol. 8:918-928 (2009) | |
| | NPL168 | King et al., "A Dictionary of Genetics," Oxford University Press, 4th Ed. (1990), Exhibit Number 1189 filed in interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL169 | KOENIG, M. et al., "The Complete Sequence of Dystrophin Predicts a Rod-Shaped Cytoskeleton Protein," Cell, Vol. 53:219-228 (1988) (Exhibit Number 1010 filed in interferences 106008, 106007 on November 18, 2014) | |
| | NPL170 | KOENIG, M. et al., "The Molecular Basis for Duchenne versus Becker Muscular Dystrophy: Correlation of Severity with Type of Deletion," Am. J. Hum. Genet., Vol. 45:498-506 (1989) (Exhibit Number 1011 filed in interferences 106008, 106007 on November 18, 2014) | |
| | NPL171 | Kohler M, et al., "Quality of life, physical disability and respiratory impairment in Duchenne muscular dystrophy," Am J Respir Crit Care Med 2005;172:1032-6. | |

SRPT-VYDS-0006318

| | | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | | |
|---|---|---|
| NPL172 | KOSHKIN, Alexei A. et al., "LNA (Locked Nucleic Acids): Synthesis of the Adenine, Cytosine, Guanine, 5-Methylcytosine, Thymine and Uracil Bicyclonucleoside Monomers, Oligomerisation, and Unprecedented Nucleic Acid Recognition," Tetrahedron, Vol. 54:3607-3630 (1998) (Exhibit Number 2007 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| NPL173 | Kurreck J., "Antisense Technologies: Improvement Through Novel Chemical Modifications", European Journal of Biochemistry, Vol.270(8):1628-1644 (2003) | |
| NPL174 | Lab-on-a-Chip Data, Pages 28, Exhibit Number 1185 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| NPL175 | Laboratory Notebook Entry (Exon 51 Experiments): RT-PCR Analysis of 8036 Cells, Pages 2, Exhibit Number 1179 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| NPL176 | Laboratory Notebook Entry (Exon 51 Experiments): RT-PCR Analysis of KM155.C25 Cells, Pages 2, Exhibit Number 1178 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| NPL177 | Laboratory Notebook Entry (Exon 51 Experiments): Transfection of 8036 Cells, Pages 1, Exhibit Number 1172 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |

| If you wish to add additional non-patent literature document citation information please click the Add button | Add |
|---|---|

**EXAMINER SIGNATURE**

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

SRPT-VYDS-0006319

| | | | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 | |
| | Filing Date | August 24, 2018 | |
| | First Named Inventor | WILTON, Stephen | |
| | Art Unit | 1635 | |
| | Examiner Name | K. Chong | |
| | Attorney Docket Number | 4140.01500B1 | |

| | | | |
|---|---|---|---|
| | NPL178 | Excerpts from Prosecution History of Application No. 13/741,150: Notice of Allowance dated March 16, 2015; List of References cited by Applicant and Considered by Examiner; Notice of Allowance and Fees due dated September 18, 2014; Amendment in Response to Non-Final Office Action dated July 11, 2014, (Academisch Ziekenhuis Leiden Exhibit 1229, filed April 3, 2015 in Interference 106007 and 106008, pages 1-133). | |
| | NPL179 | Excerpts from Prosecution History of Application No. 13/826,880: Notice of Allowance dated January 26, 2015 and Amendment in Response to Non-Final Office Action dates October 15, 2014, (Academisch Ziekenhuis Leiden Exhibit 1228, filed April 3, 2015 in Interference 106007 and 106008, pages 1-16). | |
| | NPL180 | Excerpts from Yeo (Ed.), "Systems Biology of RNA Binding Proteins," Adv. Exp. Med. Biol., Chapter 9, 56 pages (2014), (Academisch Ziekenhuis Leiden Exhibit 1232, filed April 3, 2015 in Interference 106007 and 106008, pages 1-56). | |
| | NPL181 | Excerpts of SEC Form 8-K, dated November 23 2014, for BioMarin Pharmaceutical Inc., (University of Western Australia Exhibit 2129, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-9). | |
| | NPL182 | Exon 46 Sequence of Dystrophin, Document D18 as filed in Opposition of European Patent EP1619249, filed June 23, 2009, 1 page | |
| | NPL183 | Exon 51 Internal Sequence Schematic, Pages 1, Exhibit Number 1224 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL184 | Exon 53 Internal Sequence Schematic, Pages 1, Exhibit Number 1225 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL185 | Fairclough et al., "Therapy for Duchenne muscular dystrophy: renewed optimism from genetic approaches," Nature Reviews, Vol. 14, pp. 373-378 (June, 2013), Exhibit Number 1112 filed in interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL186 | FALL, Abbie M. et al., "Induction of revertant fibres in the mdx mouse using antisense oligonucleotides," Genetic Vaccines and Therapy, Vol. 4:3, doi:10.1186/1479-0556-4-3, 12 pages (2006) | |
| | NPL187 | FDA Briefing Document, "Peripheral and Central Nervous System," Drugs Advisory Committee Meeting, NDA 206488 Eteplirsen, Food and Drug Administration, pages 1-73, January 22, 2016. | |
| | NPL188 | Federal Register, Vol. 58, No. 183, pp. 49432-49434, September 23, 1993 (6 pages); [Cited as: 58 FR 49432-01, 1993 WL 371451 (F.R.)], Exhibit Number 1221 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |

SRPT-VYDS-0006320

| | | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | | | |
|---|---|---|---|
| | NPL189 | Federal Register, Vol. 69, No. 155, pp. 49960-50020 dated August 12, 2004 (62 pages), Exhibit Number 1220 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL190 | File Excerpt from AZL U.S. Patent Application 11/233,495: Amendment After Non-Final Office Action, as-filed November 1, 2010 (Exhibit Number 1085 filed in interferences 106008, 106007 on December 23, 2014) | |
| | NPL191 | File Excerpt from AZL U.S. Patent Application 11/233,495: Claims examined in Non-Final Office Action, dated December 1, 2008 (Exhibit Number 1079 filed in interferences 106008, 106007 on December 23, 2014) | |
| | NPL192 | File Excerpt from AZL U.S. Patent Application 11/233,495: Final Office Action dated August 31, 2010 (Exhibit Number 1086 filed in interferences 106008, 106007 on December 23, 2014) | |
| | NPL193 | File Excerpt from U.S. Patent Application 11/233,495: Non-Final Office Action dated December 1, 2008 and Final Office Action dated June 25, 2009 (Exhibit Number 1078 filed in interferences 106008, 106007 on December 23, 2014) | |
| | NPL194 | File Excerpt from U.S. Patent Application No. 12/198,007: AZL's Preliminary Amendment and Response, as-filed November 7, 2008 (Exhibit Number 1075 filed in interferences 106008, 106007 on December 23, 2014) | |
| | NPL195 | File Excerpt from U.S. Patent Application No. 12/976,381: AZL's First Preliminary Amendment, as-filed December 22, 2010 (Exhibit Number 1076 filed in interferences 106008, 106007 on December 23, 2014) | |
| | NPL196 | File Excerpts from Prosecution History of U.S. Patent Application No. 13/270,992 ("UWA's U.S. Patent 8,486,907), Pages 122, Exhibit Number 1006 filed in Interference 106,013 on February 17, 2015. | |
| | NPL197 | File Excerpts from U.S. Patent Application No. 11/233,495: Response to Non- Final Office Action, as filed July 26, 2011 (14 pages), Exhibit Number 1222 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL198 | File Excerpts from U.S. Patent Application No. 13/270,992 ("UWA's U.S. Patent 8,486,907): NFOA, dated 7/30/2012; Applicant-Initiated Interview Summary, dated 11/8/2012; Amendment, as filed January 30, 2013; NOA, dated 4/4/2013, Exhibit Number 1118 (122 pages) filed in interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL199 | Flanagan, W. Michael, et al., "A cytosine analog that confers enhanced potency to antisense oligonucleotides," Proc. Nat'l Acad. Sci. USA, Vol. 96, pp. 3513-3518 (March, 1999), Exhibit Number 1211 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |

SRPT-VYDS-0006321

| | | | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 | |
| | Filing Date | August 24, 2018 | |
| | First Named Inventor | WILTON, Stephen | |
| | Art Unit | 1635 | |
| | Examiner Name | K. Chong | |
| | Attorney Docket Number | 4140.01500B1 | |

| | | | |
|---|---|---|---|
| | NPL200 | FLANIGAN, Kevin M. et al., "Pharmacokinetics and safety of single doses of drisapersen in non-ambulant subjects with Duchenne muscular dystrophy: Results of a double-blind randomized clinical trial," Neuromuscular Disorders, Vol. 24:16-24 (2014) (Exhibit Number 2038 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL201 | Flanigan, Kevin M., et al. (2003) "Rapid Direct Sequence Analysis of the Dystrophin Gene," Am. J. Hum. Genet. 72:931-939, dated February 17, 2015 (Exhibit Number 2120 filed in interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL202 | Fletcher S., et al, "Morpholino oligomer-mediated exon skipping averts the onset of dystrophic pathology in the mdx mouse. Mol Ther 2007;15:1587-1592. | |
| | NPL203 | FLETCHER, Sue et al., "Dystrophin Isoform Induction In Vivo by Antisense-mediated Alternative Splicing," Molecular Therapy, Vol. 18(6):1218-1223 (2010) | |
| | NPL204 | FLETCHER, Sue et al., "Targeted Exon Skipping to Address 'Leaky' Mutations in the Dystrophin Gene," Molecular Therapy-Nucleic Acids, Vol. 1, e48, doi:10.1038/mtna.2012.40, 11 pages (2012) | |
| | NPL205 | FLETCHER, Susan et al., "Dystrophin expression in the mdx mouse after localised and systemic administration of a morpholino antisense oligonucleotide," J. Gene Med., Vol. 8:207-216 (2006) | |
| | NPL206 | FLETCHER, Susan et al., "Gene therapy and molecular approaches to the treatment of hereditary muscular disorders," Curr. Opin. Neurol., Vol. 13:553-560 (2000) | |
| | NPL207 | FOSTER, Helen et al., "Genetic Therapeutic Approaches for Duchenne Muscular Dystrophy," Human Gene Therapy, Vol. 23:676-687 (2012) | |
| | NPL208 | Fourth Declaration of Erik Sontheimer, Ph.D. (Pursuant to Bd.R. 41.155(b)(2) and SO 155.1.3 and 155.1.4), dated March 9, 2015, (University of Western Australia Exhibit 2138, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-4). | |
| | NPL209 | FRAGALL, Clayton T. et al., "Mismatched single stranded antisense oligonucleotides can induce efficient dystrophin splice switching," BMC Medical Genetics, Vol. 12:141, 8 pages (2011) (Exhibit Number 2019 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL210 | FRALEY, Robert et al., "New generation liposomes: the engineering of an efficient vehicle for intracellular delivery of nucleic acids," Trends Biochem., Vol. 6:77-80 (1981) | |

SRPT-VYDS-0006322

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
|---|---|---|
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | | | |
|---|---|---|---|
| | NPL211 | FRAZIER, Kendall S. et al., "Species-specific Inflammatory Responses as a Primary Component for the Development of Glomerular Lesions in Mice and Monkeys Following Chronic Administration of a Second-generation Antisense Oligonucleotide," Toxicologica Pathology, 13 pages (2013) | |
| | NPL212 | FRIEDMANN, Theodore, "Progress Toward Human Gene Therapy," Science, Vol. 244(4910):1275-1281 (1989) | |
| | NPL213 | GEBSKI, Bianca L. et al., "Morpholino antisense oligonucleotide induced dystrophin exon 23 skipping in mdx mouse muscle," Human Molecular Genetics, Vol. 12(15):1801-1811 (2003) | |
| | NPL214 | Generic Method for Average Mass Determination Using LC-UV-MS in the Negative Mode, Pages 15,   Exhibit Number 1145 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | NPL215 | Generic UPLC Purity Method for Oligonucleotides (19- to 25-mers), Pages 18,   Exhibit Number 1156 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | NPL216 | GENNARO, Alfonso R., (ed.), Remington's Pharmaceutical Sciences, 18th Edition, Mack Publishing, Co., Easton PA, 2020 pages (1990) | |
| | NPL217 | GILES, Richard V. et al., "Antisense Morpholino Oligonucleotide Analog Induces Missplicing of C-myc mRNA," Antisense & Nucleic Acid Drug Development, Vol. 9:213-220 (1999) | |
| | NPL218 | GlaxoSmithKline Press Release, Issued in London, UK, dated June 27, 2013 (5 pages), Exhibit Number 1202 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL219 | GlaxoSmithKline, "GSK and Prosensa announce start of Phase III study of investigational Duchenne Muscular Dystrophy medication," press release, 6 pages, dated January 19, 2011 (Exhibit Number 2060  filed in interferences 106006, 106013, 106007 on November 18, 2014) | |
| | NPL220 | GlaxoSmithKline, "Prosensa regains rights to drisapersen from GSK and retains rights to all other programmes for the treatment of Duchenne muscular dystrophy (DMD), press release, 4 pages, dated January 13, 2014 (Exhibit 2040 in Interferences 106007, 106008, and 106013 on November 18, 2014). | |
| | NPL221 | GOEMANS, Nathalie M. et al., "Systemic Administration of PRO051 in Duchenne's Muscular Dystrophy," The New England Journal of Medicine, Vol. 364:1513-1522 (2011) (Exhibit Number 2036  filed in interferences 106008, 106013, 106007 on November 18, 2014) | |

SRPT-VYDS-0006323

| | | |
|---|---|---|
| | Application Number | 16/112,453 |
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**
( Not for submission under 37 CFR 1.99)

| | | |
|---|---|---|
| | NPL222 | GORDON, Peter M. et al., "Metal ion catalysis during the exon-ligation step of nuclear pre-mRNA splicing: Extending the parallels between the spliceosome and group II introns," RNA, Vol. 6:199-205 (2000) (Exhibit Number 1055 filed in interferences 106008, 106007 on November 18, 2014) | |
| | NPL223 | Gordon, Peter M., et al., "Kinetic Characterization of the Second Step of Group II Intron Splicing: Role of Metal Ions and the Cleavage Site 2´-OH in Catalysis," Biochemistry, Vol. 39, pp. 12939-12952 (2000), Exhibit Number 1188 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL224 | GOYENVALLE, Aurelie et al., "Prevention of Dystrophic Pathology in Severely Affected Dystrophin/Utrophin-deficient Mice by Morpholino-oligomer-mediated Exon-skipping," Molecular Therapy, Vol. 18(1):198-205 (2010) | |
| | NPL225 | HAMMOND, Suzan M. et al., "Correlating In Vitro Splice Switching Activity With Systemic In Vivo Delivery Using Novel ZEN-modified Oligonucleotides," Molecular Therapy - Nucleic Acids, Vol. 3:1, 11 pages (2014) (Exhibit Number 2011 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL226 | Hammond, Suzan M., et al., "Genetic therapies for RNA mis-splicing diseases," Cell, Vol.27, No. 5, pp. 196-205 (May, 2011), Exhibit Number 1113 filed in interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL227 | Hammond, Suzan M., et al., "PRO-051, an antisense oligonucleotide for the potential treatment of Duchenne muscular dystrophy," Curr. Opinion Mol. Therap., Vol. 12, No. 4, pp. 478-486 (2010), Exhibit Number 1121 filed in interferences 106,007 and 106,008 on February 13, 2015. | |

| If you wish to add additional non-patent literature document citation information please click the Add button | Add |
|---|---|

**EXAMINER SIGNATURE**

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through a citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document.  [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [5] Applicant is to place a check mark here if English language translation is attached.

SRPT-VYDS-0006324

| | | Application Number | 16/112,453 |
|---|---|---|---|
| | | Filing Date | August 24, 2018 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | First Named Inventor | WILTON, Stephen |
| | | Art Unit | 1635 |
| | | Examiner Name | K. Chong |
| | | Attorney Docket Number | 4140.01500B1 |

| | NPL228 | Laboratory Notebook Entry (Exon 51 Experiments): Transfection of KM155.C25 Cells, Pages 1,  Exhibit Number 1171 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
|---|---|---|---|
| | NPL229 | Laboratory Notebook Entry (Exon 53 Experiments): RT-PCR Analysis of KM155.C25 Cells, Pages 2,  Exhibit Number 1180 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | NPL230 | Laboratory Notebook Entry (Exon 53 Experiments): RT-PCR Analysis of R1809 Cells, Pages 2,  Exhibit Number 1181 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | NPL231 | Laboratory Notebook Entry (Exon 53 Experiments): Transfection of KM155.C25 Cells, Pages 1,  Exhibit Number 1173 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | NPL232 | Laboratory Notebook Entry (Exon 53 Experiments): Transfection of R1809 Cells, Pages 1,  Exhibit Number 1174 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | NPL233 | Laboratory Notebook Entry: General RNA recovery, 1 Page, Exhibit Number 1176 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | NPL234 | Laboratory Notebook Entry: Lab-on-a-Chip Analysis, Pages 3, Exhibit Number 1184 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | NPL235 | Larsen et al., "Antisense properties of peptide nucleic acid," Biochim. Et Biophys. Acta, Vol. 1489, pp. 159-166 (1999), Exhibit Number 1190 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL236 | List of Publications for Matthew J. A. Wood, M.D., D. PHIL., 11 pages, (Exhibit Number 2124 filed in interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL237 | LIU, Hong-Xiang et al., "Identification of functional exonic splicing enhancer motifs recognized by individual SR proteins," Genes & Development, Vol. 12:1998-2012 (1998) | |
| | NPL238 | Lu et al, "Massive Idiosyncratic Exon Skipping Corrects the Nonsense Mutation in Dystrophic Mouse Muscle and Produces Functional Revertant Fibers by Clonal Expansion," THE JOURNAL OF CELL BIOLOGY, Vol. 148(5): 985-995, March 6, 2000 ("Lu et al.") (Exhibit Number 1082 filed in interferences 106008, 106007 on December 23, 2014) | |

SRPT-VYDS-0006325

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
|---|---|---|
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | | | |
|---|---|---|---|
| | NPL239 | LU, Qi Long et al., "Functional amounts of dystrophin produced by skipping the mutated exon in the mdx dystrophic mouse," Nature Medicine, Vol. 9(8):1009-1014 (2003) | |
| | NPL240 | LU, Qi-long et al., "What Can We Learn From Clinical Trials of Exon Skipping for DMD?" Molecular Therapy - Nucleic Acids, Vol. 3:e152, doi:10.1038/mtna.2014.6, 4 pages (2014) | |
| | NPL241 | Lyophilisation of Oligonucleotides, Pages 2, Exhibit Number 1133 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL242 | MANN, Christopher J. et al., "Antisense-induced exon skipping and synthesis of dystrophin in the mdx mouse," PNAS, Vol. 98(1):42-47 (2001) | |
| | NPL243 | MANN, Christopher J. et al., "Improved antisense oligonucleotide induced exon skipping in the mdx mouse model of muscular dystrophy," The Journal of Gene Medicine, Vol. 4:644-654 (2002) | |
| | NPL244 | MANNINO, Raphael J. et al., "Liposome Mediated Gene Transfer," BioTechniques, Vol. 6(7):682-690 (1988) | |
| | NPL245 | Manual of Patent Examining Procedure 2308.02 (6th ed., rev. 3, July 1997), (University of Western Australia Exhibit 2143, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-2). | |
| | NPL246 | Manzur A, et al.,. "Glucocorticoid corticosteroids for Duchenne muscular dystrophy," Cochrane Database Syst Rev. 2004;(2):CD003725. | |
| | NPL247 | MARSHALL, N.B. et al., "Arginine-rich cell-penetrating peptides facilitate delivery of antisense oligomers into murine leukocytes and alter pre-mRNA splicing," Journal of Immunological Methods, Vol. 325:114-126 (2007) | |
| | NPL248 | Mathews et al., "Expanded Sequence Dependence of Thermodynamic Parameters Improves Prediction of RNA Secondary Structure," J. Mol. Biol. 288:911-940 (1999), (University of Western Australia Exhibit 2131, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-31). | |
| | NPL249 | Mathews et al., "Expanded Sequence Dependence of Thermodynamic Parameters Improves Prediction of RNA Secondary Structure," J. Mol. Biol., Vol. 288, pp. 911-940 (1999), Exhibit Number 1212 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |

SRPT-VYDS-0006326

| | | | |
|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 | |
| | Filing Date | August 24, 2018 | |
| | First Named Inventor | WILTON, Stephen | |
| | Art Unit | 1635 | |
| | Examiner Name | K. Chong | |
| | Attorney Docket Number | 4140.01500B1 | |

| | | | |
|---|---|---|---|
| | NPL250 | MATSUO, Masafumi et al., "Exon Skipping during Splicing of Dystrophin mRNA Precursor due to an Intraexon Deletion in the Dystrophin Gene of Duchenne Muscular Dystrophy Kobe," J. Clin. Invest., Vol. 87:2127-2131 (1991) | |
| | NPL251 | MATSUO, Masafumi et al., "Treatment of Duchenne Muscular Dystrophy with Oligonucleotides against an Exonic Splicing Enhancer Sequence," Basic Appl. Myol., Vol. 13(6):281-285 (2003) | |
| | NPL252 | MATSUO, Masafumi, "Duchenne and Becker Muscular Dystrophy: From Gene Diagnosis to Molecular Therapy," IUBMB Life, Vol. 53:147-152 (2002) | |
| | NPL253 | MATSUO, Masafumi, "Duchenne/Becker muscular dystrophy: from molecular diagnosis to gene therapy," Brain & Development, Vol. 18:167-172 (1996) | |
| | NPL254 | MATTEUCCI, Mark, "Structural modifications toward improved antisense oligonucleotides," Perspectives in Drug Discovery and Design, Vol. 4:1-16 (1996) | |
| | NPL255 | Mazzone E, et al. "Functional changes in Duchenne muscular dystrophy: a 12-month longitudinal cohort study," Neurology 2011;77(3):250-6. | |
| | NPL256 | MCCARVILLE, M. Beth et al., "Rhabdomyosarcoma in Pediatric Patients: The Good, the Bad, and the Unusual," AJR, Vol. 176:1563-1569 (2001) (Exhibit Number 1034 filed in interferences 106008, 106007 on November 18, 2014) | |
| | NPL257 | MCCLOREY, G. et al., "Antisense oligonucleotide-induced exon skipping restores dystrophin expression in vitro in a canine model of DMD," Gene Therapy, Vol. 13:1373-1381 (2006) | |
| | NPL258 | MCCLOREY, G. et al., "Induced dystrophin exon skipping in human muscle explants," Neuromuscular Disorders, Vol. 16:583-590 (2006) | |
| | NPL259 | MCCLOREY, Graham et al., "Splicing intervention for Duchenne muscular dystrophy," Current Opinion in Pharmacology, Vol. 5:529-534 (2005) | |
| | NPL260 | McDonald CM, et al., "Profiles of Neuromuscular Diseases, Duchenne muscular dystrophy," Am J Phys Med Rehabil 1995;74:S70-S92 | |

SRPT-VYDS-0006327

| | | | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 | |
| | Filing Date | August 24, 2018 | |
| | First Named Inventor | WILTON, Stephen | |
| | Art Unit | 1635 | |
| | Examiner Name | K. Chong | |
| | Attorney Docket Number | 4140.01500B1 | |

| | | | |
|---|---|---|---|
| | NPL261 | McDonald CM, et al., "The 6-minute walk test as a new outcome measure in Duchenne muscular dystrophy," Muscle Nerve 2010;41:500-10. | |
| | NPL262 | McDonald CM, et al., "The 6-minute walk test in Duchenne/Becker muscular dystrophy: longitudinal observations," Muscle Nerve 2010;42: 966-74. | |
| | NPL263 | Mendell JR et al., "Evidence-based path to newborn screening for Duchenne muscular Dystrophy," Ann Neurol 2012;71:304-13. | |
| | NPL264 | Mendell JR, et al., "Dystrophin immunity revealed by gene therapy in Duchenne muscular dystrophy," N Engl J Med 2010;363:1429-37. | |
| | NPL265 | Mendell JR, et al., "Randomized, double-blind six-month trial of prednisone in Duchenne's muscular dystrophy," N Engl J Med 1989;320:1592-97. | |
| | NPL266 | MENDELL, Jerry R. et al., "Eteplirsen for the Treatment of Duchenne Muscular Dystrophy," Ann. Neurol., Vol. 74:637-647 (2013) (Exhibit Number 2058 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL267 | MENDELL, Jerry R. et al., "Eteplirsen in Duchenne Muscular Dystrophy (DMD): 144 Week Update on Six-Minute Walk Test (6MWT) and Safety," slideshow, presented at the 19th International Congress of the World Muscle Society, 17 pages (2014) (Exhibit Number 2059 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL268 | MENDELL, Jerry R. et al., "Gene therapy for muscular dystrophy: Lessons learned and path forward," Neuroscience Letters, Vol. 527:90-99 (2012) | |
| | NPL269 | Merlini L, et al., "Early corticosteroid treatment in 4 Duchenne muscular dystrophy patients: 14-year follow-up," Muscle Nerve 2012;45:796-802. | |
| | NPL270 | Mfold illustrations for Exon 51 and Exon 53 with varying amounts of intron sequence, (University of Western Australia Exhibit 2132, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-2). | |
| | NPL271 | MITRPANT, Chalermchai et al., "Rational Design of Antisense Oligomers to Induce Dystrophin Exon Skipping," Molecular Therapy, Vol. 17(8):1418-1426 (2009) | |

SRPT-VYDS-0006328

| | | |
|---|---|---|
| | Application Number | 16/112,453 |
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**
( Not for submission under 37 CFR 1.99)

| | | |
|---|---|---|
| NPL272 | MONACO, Anthony P. et al., "An Explanation for the Phenotypic Differences between Patients Bearing Partial Deletions of the DMD Locus," Genomics, Vol. 2:90-95 (1988) | |
| NPL273 | Morcos, Paul A., "Gene switching: analyzing a broad range of mutations using steric block antisense oligonucleotides," Methods in Enzymology, Vol. 313:174-189 (1999) | |
| NPL274 | MOULTON, H.M., "Compound and Method for Treating Myotonic Dystrophy," U.S. Application No. 12/493,140, 82 pages, filed June 26, 2009 | |
| NPL275 | MOULTON, Hong M. et al., "Morpholinos and their peptide conjugates: Therapeutic promise and challenge for Duchenne muscular dystrophy," Biochimica et Biophysica Acta, Vol. 1798:2296-2303 (2010) | |
| NPL276 | Muntoni F, et al., "Dystrophin and mutations: one gene, several proteins, multiple phenotypes," Lancet Neurol. 2003;2:731-40. | |
| NPL277 | MUNTONI, Francesco et al., "128th ENMC International Workshop on 'Preclinical optimization and Phase I/II Clinical Trials Using Antisense Oligonucleotides in Duchenne Muscular Dystrophy' 22-24 October 2004, Naarden, The Netherlands," Neuromuscular Disorders, Vol. 15:450-457 (2005) (Exhibit Number 2025 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |

If you wish to add additional non-patent literature document citation information please click the Add button [ Add ]

**EXAMINER SIGNATURE**

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

SRPT-VYDS-0006329

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | | |
|---|---|---|
| NPL278 | MUNTONI, Francesco et al., "149th ENMC International Workshop and 1st TREAT-NMD Workshop on: 'Planning Phase I/II Clinical trials using Systemically Delivered Antisense Oligonucleotides in Duchenne Muscular Dystrophy,'" Neuromuscular Disorders, Vol. 18:268-275 (2008) | |
| NPL279 | NELSON, David L. et al., "Nucleotides and Nucleic Acids," Lehninger Principles of Biochemistry, 3rd Edition, Chapter 10, pages 325-328 and glossary page G-11, Worth Publishers, New York (2000) | |
| NPL280 | Nguyen TM, et. Al., "Use of Epitope libraries to identify exon-specific monoclonal antibodies for characterization of altered dystrophins in muscular dystrophy," Am J Hum Genet 1993;52:1057-66. | |
| NPL281 | Oberbauer, "Renal uptake of an 18-mer phosphorothioate oligonucleotide," Kidney Int'l, Vol. 48, pp. 1226-1232 (1995), Exhibit Number 1191 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| NPL282 | Oligonucleotide Cleavage and Deprotection Laboratory Notebook Entry, Pages 1, Exhibit Number 1138 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| NPL283 | Oligonucleotide diagrams, 5 pages (Exhibit Number 1053 filed in interferences 106008, 106007 on November 18, 2014) | |
| NPL284 | Partial European Search Report for Application No. 10004274.6, 6 pages, dated October 2, 2012 | |
| NPL285 | Partial European Search Report for Application No. 12162995.0, 6 pages, dated October 2, 2012 | |
| NPL286 | Patentee's Response to European Patent Application No. 05076770.6, dated July 28, 2006, 4 pages | |
| NPL287 | Patrick O. Brown and Tidear D. Shalon v. Stephen P.A. Fodor, Dennis W. Solas and William J. Dower: Interference Merits Panel, Interference No. 104,358, 24 pages, dated August 9, 1999 (Exhibit Number 2113 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| NPL288 | PCT Application as-filed for application No. PCT/NL03/00214, 71 pages, dated September 21, 2005 (Exhibit Number 2042 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |

SRPT-VYDS-0006330

| | | | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 | |
| | Filing Date | August 24, 2018 | |
| | First Named Inventor | WILTON, Stephen | |
| | Art Unit | 1635 | |
| | Examiner Name | K. Chong | |
| | Attorney Docket Number | 4140.01500B1 | |

| | | | |
|---|---|---|---|
| | NPL289 | PD-10 Desalting Columns, Pages 12, Exhibit Number 1141 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | NPL290 | Popplewell, et al., Design of Phosphorodiamidate Morpholino Oligomers (PMOs) For the Induction of Exon Skipping of the Human DMD Gene, DSGT Poster, 2008, 1 page. | |
| | NPL291 | POPPLEWELL, Linda et al., "Design of phosphorodiamidate morpholino oligmers (PMOs) for the induction of exon skipping of the human DMD gene," Human Gene Therapy 19(10): ESGCT 2008 Poster Presentations, Page 1174, Poster No. P203 | |
| | NPL292 | POPPLEWELL, Linda J. et al., "Comparative analysis of antisense oligonucleotide sequences targeting exon 53 of the human DMD gene: Implications for future clinical trials," Neuromuscular Disorders, Vol. 20(2):102-110 (2010) 9 pages (Exhibit Number 2031 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL293 | POPPLEWELL, Linda J. et al., "Design of Antisense Oligonucleotides for Exon Skipping of the Human Dystrophin Gene," Human Gene Therapy 19(4): BSGT 2008 Poster Presentation, Page 407, Poster No. P-35 | |
| | NPL294 | POPPLEWELL, Linda J. et al., "Design of Phosphorodiamidate Morpholino Oligomers (PMOs) for the Induction of Exon Skipping of the Human DMD Gene," Molecular Therapy, Vol. 17(3):554-561 (2009) | |
| | NPL295 | POPPLEWELL, Linda J. et al., "Targeted Skipping of Exon 53 of the Human DMD Gene Recommendation of the Highly Efficient Antisense Oligonucleotide for Clinical Trial," Human Gene Therapy 20(4): BSGT 2009 Poster Presentations, Page 399, Poster No. P10 | |
| | NPL296 | Poster Abstract Listing for The Tenth Annual Meeting of the RNA Society, held at the Banff Centre for Conferences, in Banff, Alberta, Canada, from May 24-29, 2005, (University of Western Australia Exhibit 2137, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-11). | |
| | NPL297 | Pramono, "Induction of Exon Skipping of the Dystrophin Transcript in Lymphoblastoid Cells by Transfecting an Antisense Oligodeoxynucleotide Complementary to an Exon Recognition Sequence," Biochem. and Biophy. Res. Comm., Vol. 226, pp. 445-449 (1996), Exhibit Number 1192 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL298 | Preliminary Amendment for Application No. 12/976,381, 4 pages, dated December 22, 2010 (Exhibit Number 2066 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL299 | Preliminary Amendment for Application No. 12/198,007, 3 pages, dated November 7, 2008 (Exhibit Number 2067 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |

SRPT-VYDS-0006331

| | | Application Number | 16/112,453 |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | Filing Date | August 24, 2018 |
| | | First Named Inventor | WILTON, Stephen |
| | | Art Unit | 1635 |
| | | Examiner Name | K. Chong |
| | | Attorney Docket Number | 4140.01500B1 |

| | | | |
|---|---|---|---|
| | NPL300 | Program Schedule for The Tenth Annual Meeting of the RNA Society, held at the Banff Centre for Conferences, in Banff, Alberta, Canada, from May 24-29, 2005, (University of Western Australia Exhibit 2136, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-4). | |
| | NPL301 | Proliferation and Differentiation of Myoblast Cultures, Pages 2,   Exhibit Number 1169 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | NPL302 | Prosensa Press Release, dated October 10, 2014 (2 pages), Exhibit Number 1203 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL303 | Prosensa, "GSK and Prosensa Announce Primary Endpoint Not Met in Phase III Study of Drisapersen in Patients With Duchenne Muscular Dystrophy," press release, 4 pages, dated September 20, 2013 (Exhibit Number 2039 filed in Interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL304 | Raz et al. v. Davis et al., Board of Patent Appeals and Inteferences, Patent and Trademark Office, Int. No. 105,712, Tech. Ctr. 1600, September 29, 2011 (24 pages) (2011 WL 4568986 (Bd.Pat.App. & Interf.), Exhibit Number 1209 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL305 | REESE, Colin B. et al., "Reaction Between 1-Arenesulphonyl-3-Nitro-1,2,4-Triazoles and Nucleoside Base Residues. Elucidation of the Nature of Side-Reactions During Oligonucleotide Synthesis," Tetrahedron Letters, Vol. 21:2265-2268 (1980) | |
| | NPL306 | REESE, Colin B. et al., "The Protection of Thymine and Guanine Residues in Oligodeoxyribonucleotide Synthesis," J. Chem. Soc. Perkin Trans. 1, pages 1263-1271 (1984) | |
| | NPL307 | Reexamination Certificate – Application No. 90/011,320, issued March 27, 2012, 2 pages, (Exhibit Number 1072 filed in Interferences 106008, 106007 on December 23, 2014) | |
| | NPL308 | Reply to EPO Communication dated June 26, 2014 in European Application Serial No. 13160338, (University of Western Australia Exhibit 2145, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-4). | |
| | NPL309 | Reply to EPO Communication dated October 21, 2014 in European Application Serial No. 12198517, (University of Western Australia Exhibit 2148, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-7). | |
| | NPL310 | Reply to EPO Communication dated October 23, 2014 in European Application Serial No. 12198485, (University of Western Australia Exhibit 2147, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-8). | |

SRPT-VYDS-0006332

<table>
<tr><td colspan="2"><strong>INFORMATION DISCLOSURE STATEMENT BY APPLICANT</strong><br>( Not for submission under 37 CFR 1.99)</td><td>Application Number</td><td>16/112,453</td></tr>
</table>

| | Application Number | 16/112,453 |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | | |
|---|---|---|
| NPL311 | Response to Office Action and Amendments to the Claims for Application No. 13/550,210, 10 pages, dated May 12, 2014 (Exhibit Number 2064 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| NPL312 | Rhodes et al., "BioMarin Bulks Up," BioCentury, pp. 6-8 (December, 2014), Exhibit Number 1193 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| NPL313 | RNA Isolation Using RNA-BEE, Pages 1, Exhibit Number 1175 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| NPL314 | ROBERTS, Roland G. et al., "Exon Structure of the Human Dystrophin Gene," Genomics, Vol. 16:536-538 (1993) | |
| NPL315 | Roest et al., "Application of In Vitro Myo-Differentiation of Non-Muscle Cells to Enhance Gene Expression and Facilitate Analysis of Muscle Proteins," Neuromuscul. Disord., Vol. 6, No. 3, pp. 195-202 (May, 1996), Exhibit Number 1124 filed in interferences 106,007 and 106,008 on February 17, 2015. | |
| NPL316 | ROSSO, Mario G. et al., "An Arabidopsis thaliana T-DNA mutagenized population (GABI-Kat) for flanking sequence tag-based reverse genetics," Plant Molecular Biology, Vol. 53:247-259 (2003) | |
| NPL317 | Saito, T. et al., "First-in-Human Study of NS-065/NCNP-01; the Morpholino Based Antisense Oligonucleotide for Exon 53 Skipping in Duchenne Muscular Dystrophy," ASGCT meeting , May 13, 2015, Abstract [136] 1 page. | |
| NPL318 | Saito, T. et al., "First-in-Human Study of NS-065/NCNP-01; the Morpholino Based Antisense Oligonucleotide for Exon 53 Skipping in Duchenne Muscular Dystrophy," ASGCT meeting , May 13, 2015, pages 1-11. | |
| NPL319 | Sarepta Therapeutics Press Release, dated January 12, 2015, Exhibit Number 1119 filed in interferences 106,007 and 106,008 on February 17, 2015. | |
| NPL320 | Sarepta Therapeutics, Advisory Committee Briefing Materials: Available for Public Release, "Peripheral and Central Nervous System Drugs Advisory Committee," Eteplirsen Briefing Document Addendum, NDA 206488, pages 1-9, dated January 22, 2016. | |
| NPL321 | Sarepta Therapeutics, Advisory Committee Briefing Materials: Available for Public Release, "Peripheral and Central Nervous System Drugs Advisory Committee," Eteplirsen Briefing Document, NDA 206488, pages 1-166, dated January 22, 2016. | |

SRPT-VYDS-0006333

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
| --- | --- | --- |
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | NPL322 | Sarepta, "AVI BioPharma Initiates Dosing in Phase 2 Study of Eteplirsen in Duchenne Muscular Dystrophy Patients," press release, 4 pages, dated August 15, 2011 (Exhibit Number 2082 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| --- | --- | --- | --- |
| | NPL323 | Sarepta, "Sarepta Therapeutics Announces Eteplirsen Demonstrates Continued Stability on Walking Test through 120 Weeks in Phase IIb Study in Duchenne Muscular Dystrophy," press release, 3 pages, dated January 15, 2014 (Exhibit Number 2034  filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL324 | Sarepta, "Sarepta Therapeutics Reports Long-Term Outcomes through 144 Weeks from Phase IIb Study of Eteplirsen in Duchenne Muscular Dystrophy," press release, http://investorrelations.sarepta.com/phoenix.zhtml?c=64231&amp; p=irol-newsArticle&amp;id=1946426, 4 pages, dated July 10, 2014 | |
| | NPL325 | Scully, Michele et al., "Review of Phase II and Phase III Clinical Trials for Duchenne Muscular Dystrophy", Expert Opinion on Orphan Drugs, Vol.1(1):33-46 (2013) | |
| | NPL326 | Second Preliminary Amendment filed in US Application No. 13/550,210, 5 pages, dated January 3, 2013 (Exhibit Number 2062 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL327 | Second Written Opinion for Application No. PCT/AU2010/001520, 7 pages, dated October 13, 2011 | |

| If you wish to add additional non-patent literature document citation information please click the Add button | Add |
| --- | --- |

| **EXAMINER SIGNATURE** | | | |
| --- | --- | --- | --- |
| Examiner Signature | | Date Considered | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through a citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MEP 901.04.  [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document.  [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [5] Applicant is to place a check mark here if English language translation is attached.

SRPT-VYDS-0006334

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
|---|---|---|
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | | |
|---|---|---|
| NPL328 | Semi Quantitative Lab-on-Chip Analysis of Second PCR Product, Pages 1, Exhibit Number 1183 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| NPL329 | Sequence Listing - Serial No. 13/550,210, as filed July 16, 2012 (9 pages), Exhibit Number 1205 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| NPL330 | Sequence of Exon 46 of Dystrophin Gene, 1 page | |
| NPL331 | Sequence of Exon 51 of Dystrophin Gene, 1 page | |
| NPL332 | Shabanpoor et al., "Bi-specific splice-switching PMO oligonucleotides conjugated via a single peptide active in a mouse model of Duchenne muscular dystrophy," Nucleic Acids Res., pp. 1-11 (December, 2014), Exhibit Number 1114 filed in interferences 106,007 and 106,008 on February 17, 2015. | |
| NPL333 | SHAPIRO, Marvin B. et al., "RNA splice junctions of different classes of eukaryotes: sequence statistics and functional implications in gene expression," Nucleic Acids Research, Vol. 15(17):7155-7174 (1987) | |
| NPL334 | SHERRATT, Tim G. et al., "Exon Skipping and Translation in Patients with Frameshift Deletions in the Dystrophin Gene," Am. J. Hum. Genet., Vol. 53:1007-1015 (1993) | |
| NPL335 | SHIGA, Nobuyuki et al., "Disruption of the Splicing Enhancer Sequence within Exon 27 of the Dystrophin Gene by a Nonsense Mutation Induced Partial Skipping of the Exon and Is Responsible for Becker Muscular Dystrophy," J. Clin. Invest., Vol. 100(9):2204-2210 (1997) | |
| NPL336 | SHIMIZU, Miho et al., "Oligo(2'-O-methyl)ribonucleotides Effective probes for duplex DNA," FEBS Letters, Vol. 302 (2):155-158 (1992) (Exhibit Number 1035 filed in interferences 106008, 106007 on November 18, 2014) | |
| NPL337 | Siemens Healthcare Diagnostics, Inc. v. Enzo Life Sciences, Inc., 2013 WL 4411227, *11 [Parallel cite: U.S.D.C., D. Mass., Civil No. 10-40124-FDS], Decided Aug. 14, 2013 (12 pages); [Cited as: 2013 WL 4411227], Exhibit Number 1210 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| NPL338 | SIERAKOWSKA, Halina et al., "Repair of thalassemic human beta-globin mRNA in mammalian cells by antisense oligonucleotides," Proc. Natl. Acad. Sci. USA, Vol. 93:12840-12844 (1996) | |

SRPT-VYDS-0006335

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | Application Number | 16/112,453 |
|---|---|---|---|
| | | Filing Date | August 24, 2018 |
| | | First Named Inventor | WILTON, Stephen |
| | | Art Unit | 1635 |
| | | Examiner Name | K. Chong |
| | | Attorney Docket Number | 4140.01500B1 |

| | | |
|---|---|---|
| | NPL339 | Sontheimer et al., "Metal ion catalysis during group II intron self-splicing: parallels with the spliceosome," Genes & Development, Vol. 13, pp. 1729-1741 (1999), Exhibit Number 1195 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL340 | Sontheimer et al., "Three Novel Functional Variants of Human U5 Small Nuclear RNA," Vol. 12, No. 2, pp. 734-746 (Feb., 1992), Exhibit Number 1194 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL341 | SONTHEIMER, Erik J. et al., "Metal ion catalysis during splicing of premessenger RNA," Nature, Vol. 388:801-805 (1997) (Exhibit Number 1036 filed in interferences 106008, 106007 on November 18, 2014) | |
| | NPL342 | SONTHEIMER, Erik J. et al., "The U5 and U6 Small Nuclear RNAs as Active Site Components of the Spliceosome," Science, Vol. 262:1989-1997 (1993) (Exhibit Number 1058 filed in interferences 106008, 106007 on November 18, 2014) | |
| | NPL343 | Standard Operating Procedure FPLC Desalting, Pages 6,  Exhibit Number 1144 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | NPL344 | Stanton, Robert et al., "Chemical Modification Study of Antisense Gapmers", Nucleic Acid Therapeutics, Vol. 22(5): 344-359 (2012) | |
| | NPL345 | Statement On A Nonproprietary Name Adopted By the USAN Council, ETEPLIRSEN, Chemical Structure, 2010, pages 1-5. | |
| | NPL346 | STEIN, CA, "Delivery of antisense oligonucleotides to cells: a consideration of some of the barriers," Monographic supplement series: Oligos & Peptides - Chimica Oggi - Chemistry Today, Vol. 32(2):4-7 (2014) (Exhibit Number 2022 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL347 | STEIN, Cy A. et al., "Therapeutic Oligonucleotides: The Road Not Taken," Clin. Cancer Res., Vol. 17(20):6369-6372 (2011) (Exhibit Number 2026 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL348 | STEIN, David et al., "A Specificity Comparison of Four Antisense Types: Morpholino, 2'-O-Methyl RNA, DNA, and PHosphorothioate DNA," Antisense & Nucleic Acid Drug Development, Vol. 7:151-157 (1997) | |
| | NPL349 | Strober JB, "Therapeutics in Duchenne muscular dystrophy," NeuroRX 2006; 3:225-34. | |

SRPT-VYDS-0006336

| | | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | | | |
|---|---|---|---|
| | NPL350 | Summary of Professional Experience (Dr. Erik J. Sontheimer), Pages 4, Exhibit Number 1223 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL351 | SUMMERTON, James et al., "Morpholino and Phosphorothioate Antisense Oligomers Compared in Cell-Free and In-Cell Systems," Antisense & Nucleic Acid Drug Development, Vol. 7:63-70 (1997) | |
| | NPL352 | SUMMERTON, James et al., "Morpholino Antisense Oligomers: Design, Preparation, and Properties," Antisense & Nucleic Acid Drug Development, Vol. 7:187-195 (1997) | |
| | NPL353 | SUMMERTON, James, "Morpholino antisense oligomers: the case for an Rnase H-independent structural type," Biochimica et Biophysica Acta, Vol. 1489:141-158 (1999) (Exhibit Number 1038 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL354 | Supplementary European Search Report for Application No. 10829367.1, 8 pages, dated May 22, 2013 | |
| | NPL355 | Suter et al., "Double-target antisense U7 snRNAs promote efficient skipping of an aberrant exon in three human Beta-thalassemic mutations," 8:13 HUMAN MOLECULAR GENETICS 2415-2423 (1999) (Exhibit Number 1083 filed in interferences 106008, 106007 on December 23, 2014) | |
| | NPL356 | T HOEN, Peter A.C. et al., "Generation and Characterization of Transgenic Mice with the Full-length Human DMD Gene," The Journal of Biological Chemistry, Vol. 283(9):5899-5907 (2008) Exhibit Number 2030 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL357 | Table 1: Primer and Product Details for Exon 51 and 53 Reports on AONs of 20 to 50 Nucleotides dd 07 JAN 2015, Pages 1, Exhibit Number 1177 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | NPL358 | Takeshima et al., "Oligonucleotides against a splicing enhancer sequence led to dystrophin production in muscle cells from a Duchenne muscular dystrophy patient," Brain & Dev., Vol. 23, pp. 788-790 (2001), Exhibit Number 1196 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL359 | TAKESHIMA, Yasuhiro et al., "Modulation of In Vitro Splicing of the Upstream Intron by Modifying an Intra-Exon Sequence Which Is Deleted from the Dystrophin Gene in Dystrophin Kobe," J. Clin. Invest., Vol. 95:515-520 (1995) | |
| | NPL360 | TANAKA, Kenji et al., "Polypurine Sequences within a Downstream Exon Function as a Splicing Enhancer," Molecular and Cellular Biology, Vol. 14(2):1347-1354 (1994) | |

SRPT-VYDS-0006337

| | | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | | | |
|---|---|---|---|
| | NPL361 | Telios Pharms., Inc. v. Merck KgaA, No. 96-1307, 1998 WL 35272018 (S.D. Cal. Nov. 18, 1998), 11 pages (Exhibit Number 2153 filed in interference 106013 on October 29, 2015) | |
| | NPL362 | THANH, Le Thiet et al., "Characterization of Revertant Muscle Fibers in Duchenne Muscular Dystrophy, Using Exon-Specific Monoclonal Antibodies against Dystrophin," Am. J. Hum. Genet., Vol. 56:725-731 (1995) | |
| | NPL363 | The Regents of the University of California v. Dako North America, Inc., U.S.D.C., N.D. California, No. C05-03955 MHP, April 22, 2009 (2009 WL 1083446 (N.D.Cal.), Exhibit Number 1206 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL364 | TIAN, Xiaobing et al., "Imaging Oncogene Expression," Ann. N.Y. Acad. Sci., Vol. 1002:165-188 (2003) (Exhibit Number 2029 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL365 | Transcript of 2nd Deposition of Erik J. Sontheimer, Ph.D., dated March 12, 2015, (Academisch Ziekenhuis Leiden Exhibit 1231, filed April 3, 2015 in Interference 106007 and 106008, pages 1-185). | |
| | NPL366 | Transcript of 2nd Deposition of Matthew J.A. Wood, M.D., D. Phil, dated March 5, 2015, (Academisch Ziekenhuis Leiden Exhibit 1230, filed April 3, 2015 in Interference 106007 and 106008, pages 1-117). | |
| | NPL367 | Transcript of December 12, 2014 Teleconference with Administrative Patent Judge Schafer (rough draft) (previously filed in Int. No. 106,008 as Ex. 2114),  Pages 28 Exhibit Number 1001 filed in Interference 106,013 on February 17, 2015. | |
| | NPL368 | Transcript of the January 21, 2015 deposition of Erik Sontheimer, Ph.D., Patent Interference Nos. 106,007 and 106,008, 98 pages, dated January 21, 2015 (Exhibit Number 2122  filed in interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL369 | Transcript of the March 11, 2015 deposition of Judith van Deutekom, Ph.D., (University of Western Australia Exhibit 2141, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-168). | |
| | NPL370 | Transcript of the March 12, 2015 deposition of Erik J. Sontheimer, Ph.D., (University of Western Australia Exhibit 2142, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-183). | |
| | NPL371 | Transcript of the March 5, 2015 deposition of Matthew J. A. Wood, M.D., D. PHIL., (University of Western Australia Exhibit 2146, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-115). | |

SRPT-VYDS-0006338

<table>
<tr><td></td><td>Application Number</td><td>16/112,453</td></tr>
<tr><td rowspan="6">INFORMATION DISCLOSURE STATEMENT BY APPLICANT<br>( Not for submission under 37 CFR 1.99)</td><td>Filing Date</td><td>August 24, 2018</td></tr>
<tr><td>First Named Inventor</td><td>WILTON, Stephen</td></tr>
<tr><td>Art Unit</td><td>1635</td></tr>
<tr><td>Examiner Name</td><td>K. Chong</td></tr>
<tr><td>Attorney Docket Number</td><td>4140.01500B1</td></tr>
</table>

| | | |
|---|---|---|
| NPL372 | Transfection of AON,  Pages 1,   Exhibit Number 1170 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| NPL373 | U.S. Food and Drug Administration Statement, dated December 30, 2014 (2 pages), Exhibit Number 1204 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| NPL374 | U.S. Patent Application No. 12/198,007, as-filed August 25, 2008 ("the '007 Application") (Exhibit Number 1073 filed in Interferences 106008, 106007 on December 23, 2014) | |
| NPL375 | U.S. Patent Application No. 12/976,381, as-filed December 22, 2010 ("the '381 Application") (Exhibit Number 1074 filed in interferences 106008, 106007 on December 23, 2014) | |
| NPL376 | U.S. Patent Application Publication No. 2001/0056077 ("Matsuo") 10 pages, (Exhibit Number 1080 filed in Interferences 106008, 106007 on December 23, 2014) | |
| NPL377 | U.S. Patent Application Publication No. 2002/0049173 ("Bennett et al.") 50 pages, (Exhibit Number 1081 filed in interferences 106008, 106007 on December 23, 2014) | |

| If you wish to add additional non-patent literature document citation information please click the Add button | Add |
|---|---|

**EXAMINER SIGNATURE**

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through a citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document.  [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [5] Applicant is to place a check mark here if English language translation is attached.

SRPT-VYDS-0006339

| | | | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 | |
| | Filing Date | August 24, 2018 | |
| | First Named Inventor | WILTON, Stephen | |
| | Art Unit | 1635 | |
| | Examiner Name | K. Chong | |
| | Attorney Docket Number | 4140.01500B1 | |

| | | | |
|---|---|---|---|
| | NPL378 | U.S. Patent No. 5,190,931 ("the '931 Patent") 22 pages,(Exhibit Number 1069 filed in interferences 106008, 106007 on December 23, 2014) | |
| | NPL379 | U.S. Patent No. 7,001,761 (the "Xiao" Patent) 64 pages, (Exhibit Number 1070 filed in interferences 106008, 106007 on December 23, 2014) | |
| | NPL380 | University of Western Australia Objections to Opposition Evidence, served on February 24, 2015 filed in Interference No. 106,007, Exhibit 2150, filed April 10, 2015 in Interference Nos. 106007 and 106008, pages 1-15. | |
| | NPL381 | University of Western Australia Objections to Opposition Evidence, served on February 24, 2015, filed in Interference No. 106,008, Exhibit 2151, filed April 10, 2015, in Interference Nos. 106007and 106008, pages 1-15. | |
| | NPL382 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden List of Exhibits (as of Apr. 3, 2015), filed in Patent Interference No. 106,007, April 3, 2015, pages 1-18, (Doc 423). | |
| | NPL383 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden List of Exhibits (as of Apr. 3, 2015), filed in Patent Interference No. 106,008, April 3, 2015, pages 1-18 (Doc 435). | |
| | NPL384 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden List of Exhibits, 18 pages, Patent Interference No. 106,007, (Doc 391), dated February 17, 2015. | |
| | NPL385 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden List of Exhibits, 18 pages, Patent Interference No. 106,008, (Doc 398), dated February 17, 2015. | |
| | NPL386 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden List of Exhibits, 3 pages, Patent Interference No. 106,013, (Doc 147), dated February 17, 2015. | |
| | NPL387 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Notice of Service of Supplemental Evidence, 3 pages, Patent Interference No. 106,007 (Doc 414), dated March 9, 2015. | |
| | NPL388 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Notice of Service of Supplemental Evidence, 3 pages, Patent Interference No. 106,008 (Doc 422), dated March 9, 2015. | |

SRPT-VYDS-0006340

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

|  | NPL389 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Opposition 1 (35 U.S.C. § 112(a)), 83 pages, Patent Interference No. 106,008,  (Doc 400), dated February 17, 2015 |  |
|  | NPL390 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Opposition 1 (35 U.S.C. § 112(a)), 93 pages, Patent Interference No. 106,007,  (Doc 392), dated February 17, 2015 |  |
|  | NPL391 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Opposition 1 (Standing Order ¶ 203.1 and 37 C.F.R. § 41.202(a) and (e)), 20 pages, Patent Interference No. 106,013,  (Doc 148), dated February 17, 2015 |  |
|  | NPL392 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Opposition 2 (Indefiniteness), 31 pages, Patent Interference No. 106,007,  (Doc 396), dated February 17, 2015 |  |
|  | NPL393 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Opposition 2 (Indefiniteness), 32 pages, Patent Interference No. 106,008,  (Doc 401), dated February 17, 2015 |  |
|  | NPL394 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Opposition 3 (35 U.S.C. §135(b)), 44 pages, Patent Interference No. 106,008,  (Doc 397), dated February 17, 2015 |  |
|  | NPL395 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Opposition 3 (Standing Order § 203.1 and 37 C.F.R. § 41.202(a) and (e)), 20 pages, Patent Interference No. 106,007, (Doc 389), dated February 17, 2015. |  |
|  | NPL396 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Reply 1 (For Judgment that UWA'a Claims are Unpatentable Under 35 U.S.C. §§ 102 and 103), dated April 3, 2015, filed in Patent Interference No. 106008, pages 1-17 (Doc 431). |  |
|  | NPL397 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Reply 1 (For Judgment that UWA's Claims are Unpatentable Under 35 U.S.C. §§ 102 and 103), dated April 3, 2015, filed in Patent Interference No. 106007, pages 1-17 (Doc 424). |  |
|  | NPL398 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Reply 2 (To Deny the Benefit of AU 2004903474), dated April 3, 2015, filed in Patent Interference No. 106007, pages 1-11(Doc 425). |  |
|  | NPL399 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Reply 2 (To Deny the Benefit of AU 2004903474), dated April 3, 2015, filed in Patent Interference No. 106008, pages 1-12 (Doc 432). |  |

SRPT-VYDS-0006341

| | | | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 | |
| | Filing Date | August 24, 2018 | |
| | First Named Inventor | WILTON, Stephen | |
| | Art Unit | 1635 | |
| | Examiner Name | K. Chong | |
| | Attorney Docket Number | 4140.01500B1 | |

| | | | |
|---|---|---|---|
| | NPL400 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Reply 3 (For Judgment of Unpatentability based on Myriad) dated April 3, 2015, filed in Patent Interference No. 106007, pages 1-12 (Doc 426). | |
| | NPL401 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Reply 3 (For Judgment of Unpatentability based on Myriad) dated April 3, 2015, filed in Patent Interference No. 106008, pages 1-13 (Doc 433). | |
| | NPL402 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Reply 4 (In Support of Responsive Motion 4 to Add Two New Claims) dated April 3, 2015, filed in Patent Interference No. 106007, pages 1-17 (Doc 427). | |
| | NPL403 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Reply 4 (In Support of Responsive Motion 4 to Add Two New Claims) dated April 3, 2015, filed in Patent Interference No. 106008, pages 1-17 (Doc 434). | |
| | NPL404 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Request For Oral Argument, filed in Patent Interference No. 106,007, April 10, 2015, pages 1-3 (Doc 454). | |
| | NPL405 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Request For Oral Argument, filed in Patent Interference No. 106,008, April 10, 2015, pages 1-3 (Doc 462). | |
| | NPL406 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Responsive Motion 4 (To Add Two New Claims), 57 pages, Patent Interference No. 106,008, (Doc 245), dated December 23, 2014. | |
| | NPL407 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Responsive Motion 4 (To Add Two New Claims), 65 pages, Patent Interference No. 106,007, (Doc 241), dated December 23, 2014. | |
| | NPL408 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Statement Regarding Oral Argument, filed in Patent Interference No. 106,013, April 10, 2015, pages 1-3 (Doc 189). | |
| | NPL409 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden's List of Exhibits as of May 5, 2015, filed in Patent Interference No. 106,007, May 5, 2015, pages 1-18 (Doc 466). | |
| | NPL410 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden's List of Exhibits as of May 5, 2015, filed in Patent Interference No. 106,008, May 5, 2015, pages 1-18 (Doc 474). | |

SRPT-VYDS-0006342

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | 16/112,453 | |
| Filing Date | August 24, 2018 | |
| First Named Inventor | WILTON, Stephen | |
| Art Unit | 1635 | |
| Examiner Name | K. Chong | |
| Attorney Docket Number | 4140.01500B1 | |

| | | | |
|---|---|---|---|
| | NPL411 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden's Opposition 4 (To Not Exclude Evidence), filed in Patent Interference No. 106,007, May 5, 2015, pages 1-22 (Doc 465). | |
| | NPL412 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden's Opposition 4 (To Not Exclude Evidence), filed in Patent Interference No. 106,008, May 5, 2015, pages 1-21 (Doc 473). | |
| | NPL413 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden's Second Supplemental Notice of Real Party in Interest, filed in Patent Interference No. 106,007, May 28, 2015, pages 1-3, (Doc 468) | |
| | NPL414 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden's Second Supplemental Notice of Real Party in Interest, filed in Patent Interference No. 106,008, May 28, 2015, pages 1-3, (Doc 476) | |
| | NPL415 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden's Second Supplemental Notice of Real Party in Interest, filed in Patent Interference No. 106013, May 28, 2015, pages 1-3, (Doc 191) | |
| | NPL416 | University of Western Australia v. Academisch Ziekenhuis Leiden, ACADEMISH ZIEKENHUIS LEIDEN SUPPLEMENTAL NOTICE OF REAL PARTY IN INTEREST, Pages 3, DOC 149, Patent Interference No. 106,013 dated February 23, 2015. | |
| | NPL417 | University of Western Australia v. Academisch Ziekenhuis Leiden, ACADEMISH ZIEKENHUIS LEIDEN SUPPLEMENTAL NOTICE OF REAL PARTY IN INTEREST, Pages 3, Doc 413, Patent Interference No. 106,007 dated February 23, 2015. | |
| | NPL418 | University of Western Australia v. Academisch Ziekenhuis Leiden, ACADEMISH ZIEKENHUIS LEIDEN SUPPLEMENTAL NOTICE OF REAL PARTY IN INTEREST, Pages 3, Doc 421, Patent Interference No. 106,0008 dated February 23, 2015. | |
| | NPL419 | University of Western Australia v. Academisch Ziekenhuis Leiden, Amendment and Response, US Application No. 11/233,495, Filed 1/22/2014, 8 pages, (Exhibit Number 2117 filed in interferences 106,007 and 106, 008, on February 17, 2015. | |
| | NPL420 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL Annotated Copy of Claims, Patent Interference No. 106,007, 15 pages, dated August 15, 2014 (Doc 15) | |
| | NPL421 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL Annotated Copy of Claims, Patent Interference No. 106,008, 14 pages, dated August 21, 2014 (Doc 14) | |

SRPT-VYDS-0006343

<table>
<tr><td rowspan="6"></td><td></td><td></td></tr>
</table>

| | | Application Number | 16/112,453 |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | Filing Date | August 24, 2018 |
| | | First Named Inventor | WILTON, Stephen |
| | | Art Unit | 1635 |
| | | Examiner Name | K. Chong |
| | | Attorney Docket Number | 4140.01500B1 |

| | | |
|---|---|---|
| NPL422 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL Annotated Copy of Claims, Patent Interference No. 106,013, 14 pages, dated October 27, 2014 (Doc 16) | |
| NPL423 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL Clean Copy of Claims and Sequence, filed in Patent Interference No. 106,013, 5 pages, dated October 15, 2014 (Doc 12) | |
| NPL424 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL Corrected Notice of Related Proceedings, Patent Interference No. 106,007, 3 pages, dated August 1, 2014 (Doc 13) | |
| NPL425 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL Exhibit List, 10 pages, Patent Interference No. 106,007 dated December 23, 2014 (Doc 240) | |
| NPL426 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL Exhibit List, 10 pages, Patent Interference No. 106,008, dated December 23, 2014 (Doc 244) | |
| NPL427 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL List of Exhibits, 9 pages, Patent Interference No. 106,007, dated November 18, 2014 (Doc 209) | |

| If you wish to add additional non-patent literature document citation information please click the Add button | Add |
|---|---|

## EXAMINER SIGNATURE

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through a citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document.  [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [5] Applicant is to place a check mark here if English language translation is attached.

SRPT-VYDS-0006344

| | | | |
|---|---|---|---|
| | **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
| | | Filing Date | August 24, 2018 |
| | | First Named Inventor | WILTON, Stephen |
| | | Art Unit | 1635 |
| | | Examiner Name | K. Chong |
| | | Attorney Docket Number | 4140.01500B1 |

| | | | |
|---|---|---|---|
| | NPL428 | University of Western Australia v. Academisch Ziekenhuis Leiden, Azl List of Exhibits, as of November 18, 2014, 9 pages, Patent Interference No. 106,008, dated November 18, 2014 (Doc 212) | |
| | NPL429 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL List of Proposed Motions, Patent Interference No. 106,007, 6 pages, dated September 10, 2014 (Doc 16) | |
| | NPL430 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL List of Proposed Motions, Patent Interference No. 106,008, 8 pages, dated September 10, 2014 (Doc 15) | |
| | NPL431 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL Motion 1 (For Judgment that UWA's Claims are Unpatentable Under 35 U.S.C. sections 102 and 103), 69 pages, Patent Interference No. 106,007, dated November 18, 2014 (Doc 181) | |
| | NPL432 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL Motion 1 (For Judgment that UWA's Claims are Unpatentable Under 35 U.S.C. sections 102 and 103), 69 pages, Patent Interference No. 106,008, dated November 18, 2014 (Doc 184) | |
| | NPL433 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL Motion 2 (To Deny UWA the Benefit of AU 2004903474), 23 pages, Patent Interference No. 106,007, dated November 18, 2014 (Doc 26) | |
| | NPL434 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL Motion 2 (To Deny UWA the Benefit of AU 2004903474), 24 pages, Patent Interference No. 106,008, dated November 18, 2014 (Doc 29) | |
| | NPL435 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL Motion 3 (For Judgment of Unpatentability based on Myriad) 20 pages, Patent Interference No. 106,008, dated November 18, 2014 (Doc 30) | |
| | NPL436 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL Motion 3 (For Judgment of Unpatentability based on Myriad), 19 pages, Patent Interference No. 106,007, dated November 18, 2014 (Doc 27) | |
| | NPL437 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL Notice of Related Proceedings, Patent Interference No. 106,007, 3 pages, dated July 31, 2014 (Doc 6) | |
| | NPL438 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL Notice of Related Proceedings, Patent Interference No. 106,008, 3 pages, dated August 5, 2014 (Doc 7) | |

SRPT-VYDS-0006345

| | | | |
|---|---|---|---|
| | | Application Number | 16/112,453 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | Filing Date | August 24, 2018 |
| | | First Named Inventor | WILTON, Stephen |
| | | Art Unit | 1635 |
| | | Examiner Name | K. Chong |
| | | Attorney Docket Number | 4140.01500B1 |

| | | | |
|---|---|---|---|
| | NPL439 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL Notice of Related Proceedings, Patent Interference No. 106,013, 3 pages, dated October 15, 2014 (Doc 11) | |
| | NPL440 | University of Western Australia v. Academisch Ziekenhuis Leiden, Clean Copy of Claims and Sequences, 5 pages, dated August 5, 2014, Interference No. 106,008, (Exhibit Number 2047 filed in interferences 106,008, 106,013, 106,007 on November 18, 2014) | |
| | NPL441 | University of Western Australia v. Academisch Ziekenhuis Leiden, Clean Copy of Claims and Sequences, 5 pages, dated July 31, 2014, Interference No. 106,007, (Exhibit Number 2045 filed in interferences 106,008, 106,013, 106,007 on November 18, 2014) | |
| | NPL442 | University of Western Australia v. Academisch Ziekenhuis Leiden, Clean Copy of Claims and Sequences, 5 pages, dated October 15, 2014., Interference No. 106,013,  (Exhibit Number 2050 filed in interferences 106,008, 106,013, 106,007 on November 18, 2014) | |
| | NPL443 | University of Western Australia v. Academisch Ziekenhuis Leiden, Decision- Motions- 37 CFR§ 41.125(a), filed in Patent Interference No. 106,013, June 22, 2015, pages 1-12 (Doc 192). | |
| | NPL444 | University of Western Australia v. Academisch Ziekenhuis Leiden, Decision- Priority 37 CFR § 41.125 (a), 18 pages, Patent Interference No. 106,013, (Doc 196), dated September 29, 2015. | |
| | NPL445 | University of Western Australia v. Academisch Ziekenhuis Leiden, Decision-Rehearing -37 CFR § 41.125(c), filed in Patent Interference No. 106,013, December 29, 2015, pages 1-12 (Doc 202). | |
| | NPL446 | University of Western Australia v. Academisch Ziekenhuis Leiden, Declaration of Erik Sontheimer dated November 17, 2014, Exhibit 1012 filed in Patent Interference Nos. 106,007 and 106,008, 112 pages, filed November 18, 2014 | |
| | NPL447 | University of Western Australia v. Academisch Ziekenhuis Leiden, Declaration of Interference, Patent Interference No. 106,007, 7 pages, dated July 18, 2014 (Doc 1) | |
| | NPL448 | University of Western Australia v. Academisch Ziekenhuis Leiden, Declaration of Interference, Patent Interference No. 106,008, 7 pages, dated July 24, 2014 (Doc 1) | |
| | NPL449 | University of Western Australia v. Academisch Ziekenhuis Leiden, Declaration of Interference, Patent Interference No. 106,013, 8 pages, dated September 29, 2014 (Doc 1) | |

SRPT-VYDS-0006346

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | NPL450 | University of Western Australia v. Academisch Ziekenhuis Leiden, Declaration of Matthew J.A. Wood, Patent Interference Nos. 106,007, 106,008 and 106,013, 184 pages, dated November 18, 2014 (Exhibit Number 2081 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL451 | University of Western Australia v. Academisch Ziekenhuis Leiden, Joint Stipulation regarding Time Periods 2, 3 and 4, 3 pages, Patent Interference No. 106,013, (Doc 135), dated November 25, 2015. | |
| | NPL452 | University of Western Australia v. Academisch Ziekenhuis Leiden, Joint Stipulation regarding Time Periods 3-4, 4 pages, Patent Interference No. 106,007, (Doc 243), dated January 29, 2015. | |
| | NPL453 | University of Western Australia v. Academisch Ziekenhuis Leiden, Joint Stipulation regarding Time Periods 3-4, 4 pages, Patent Interference No. 106,008, (Doc 247), dated January 29, 2015. | |
| | NPL454 | University of Western Australia v. Academisch Ziekenhuis Leiden, Joint Stipulation regarding Time Periods 3-4, 4 pages, Patent Interference No. 106,013, (Doc 137), dated January 29, 2015. | |
| | NPL455 | University of Western Australia v. Academisch Ziekenhuis Leiden, Joint Stipulation Regarding Time Periods 4-6, 4 pages, Patent Interference No. 106,007, dated March 19, 2015 (Doc 416) | |
| | NPL456 | University of Western Australia v. Academisch Ziekenhuis Leiden, Joint Stipulation Regarding Time Periods 4-6, 4 pages, Patent Interference No. 106013, (Doc 151), dated March 19, 2015. | |
| | NPL457 | University of Western Australia v. Academisch Ziekenhuis Leiden, Joint Stipulation Regarding Time Periods 4-6, 4 pages, Patent Interference No.106,008, (Doc 424 ), dated March 19, 2015. | |
| | NPL458 | University of Western Australia v. Academisch Ziekenhuis Leiden, Judgment-37 CFR § 41.127, 2 pages, Patent Interference No. 106,013, (Doc 197), dated September 29, 2015. | |
| | NPL459 | University of Western Australia v. Academisch Ziekenhuis Leiden, Miscellaneous Order under 37 CFR 41.104(a), 4 pages, Patent Interference Nos. 106,007 and 106,008, dated December 15, 2014 | |
| | NPL460 | University of Western Australia v. Academisch Ziekenhuis Leiden, Order - Authorizing Motions, Patent Interference No. 106,007, 3 pages, dated September 26, 2014 (Doc 20) | |

SRPT-VYDS-0006347

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
| --- | --- | --- |
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | | |
| --- | --- | --- |
| NPL461 | University of Western Australia v. Academisch Ziekenhuis Leiden, Order - Authorizing Motions, Patent Interference No. 106,007, 6 pages, dated September 23, 2014 (Doc 19) | |
| NPL462 | University of Western Australia v. Academisch Ziekenhuis Leiden, Order - Authorizing Motions, Patent Interference No. 106,008, 6 pages, dated September 23, 2014 (Doc 18) | |
| NPL463 | University of Western Australia v. Academisch Ziekenhuis Leiden, Order - Miscellaneous 37 C.F.R. 41.104(a), 2 pages, Patent Interference Nos. 106,007, 106,008, 106,013, dated November 14, 2014 | |
| NPL464 | University of Western Australia v. Academisch Ziekenhuis Leiden, Order to Show Cause- 37 CFR§ 41.104(a), filed in Patent Interference No. 106,013, June 22, 2015, pages 1-3 (Doc 193). | |
| NPL465 | University of Western Australia v. Academisch Ziekenhuis Leiden, Redeclaration, Patent Interference No. 106,008, 2 pages, dated September 23, 2014 (Doc 19) | |
| NPL466 | University of Western Australia v. Academisch Ziekenhuis Leiden, Second Declaration of Matthew J. A. Wood, M.D., D. PHIL., Patent Interference Nos. 106,007 and 106,008, 78 pages, dated February 17, 2015 (Exhibit Number 2116 filed in interferences 106,007 and 106,008,on February 17, 2015. | |
| NPL467 | University of Western Australia v. Academisch Ziekenhuis Leiden, Statement Concerning Initial Settlement Discussions, 3 pages, Patent Interference No. 106,013, (Doc 136), dated December 30, 2014. | |
| NPL468 | University of Western Australia v. Academisch Ziekenhuis Leiden, Statement Concerning Subsequent Settlement Discussions, 3 pages, Patent Interference No. 106,007, (Doc 242), dated December 30, 2014. | |
| NPL469 | University of Western Australia v. Academisch Ziekenhuis Leiden, Statement Concerning Subsequent Settlement Discussions, 3 pages, Patent Interference No. 106,008, (Doc 246), dated December 30, 2014. | |
| NPL470 | University of Western Australia v. Academisch Ziekenhuis Leiden, Statement Concerning Subsequent Settlement Discussions, filed in Patent Interference No. 106,013, August 24, 2015, pages 1-3 (Doc 195). | |
| NPL471 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Austalia Response to Order to Show Cause, filed in Patent Interference No. 106,013, July 20, 2015, pages 1-28 (Doc 194). | |

EFS Web 2.1.17

SRPT-VYDS-0006348

| | | Application Number | 16/112,453 |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | Filing Date | August 24, 2018 |
| | | First Named Inventor | WILTON, Stephen |
| | | Art Unit | 1635 |
| | | Examiner Name | K. Chong |
| | | Attorney Docket Number | 4140.01500B1 |

| | NPL472 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Exhibit List as of April 10, 2015, filed in Patent Interference No. 106,007, April 10, 2015, pages 1-10 (Doc 456). | |
|---|---|---|---|
| | NPL473 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Exhibit List as of April 10, 2015, filed in Patent Interference No. 106,008, April 10, 2015, pages 1-10 (Doc 464). | |
| | NPL474 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Exhibit List as of April 3, 2015, filed in Interference 106007, April 3, 2015, pages 1-10 (Doc 431). | |
| | NPL475 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Exhibit List as of April 3, 2015, filed in Interference 106008, April 3, 2015, pages 1-10 (Doc 439). | |
| | NPL476 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Exhibit List as of April 3, 2015, filed in Interference 106013, April 3, 2015, pages 1-10 (Doc 153). | |
| | NPL477 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Exhibit List As of October 29, 2015, filed in Patent Interference No. 106,013, October 29, 2015, pages 1-10 (Doc 199). | |

If you wish to add additional non-patent literature document citation information please click the Add button [ Add ]

## EXAMINER SIGNATURE

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through a citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document.  [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [5] Applicant is to place a check mark here if English language translation is attached.

SRPT-VYDS-0006349

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
|---|---|---|
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | NPL478 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Miscellaneous Motion 4 (to exclude evidence), filed in Patent Interference No. 106,007, April 10, 2015, pages 1-21 (Doc 455). | |
|---|---|---|---|
| | NPL479 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Miscellaneous Motion 4 (to exclude evidence), filed in Patent Interference No. 106,008, April 10, 2015, pages 1-21 (Doc 463). | |
| | NPL480 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Opposition 1 (Regarding Patentability Under 35 U.S.C. § 102/103), 38 pages, Patent Interference No. 106,007, (Doc 393), dated February 17, 2015 | |
| | NPL481 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Opposition 1 (Regarding Patentability Under 35 U.S.C. § 102/103), 39 pages, Patent Interference No. 106,008, (Doc 402), dated February 17, 2015 | |
| | NPL482 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Opposition 2 (To Retain UWA's Benefit of AU 2004903474), 31 pages, Patent Interference No. 106,008, (Doc 403), dated February 17, 2015 | |
| | NPL483 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Opposition 2 (To Retain UWA's Benefit of AU 2004903474), 37 pages, Patent Interference No. 106,007, (Doc 394), dated February 17, 2015 | |
| | NPL484 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Opposition 3 (Regarding Patentability Under 35 U.S.C. § 101), 22 pages, Patent Interference No. 106,007, (Doc 395), dated February 17, 2015 | |
| | NPL485 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Opposition 3 (Regarding Patentability Under 35 U.S.C. § 101), 22 pages, Patent Interference No. 106,008, (Doc 404), dated February 17, 2015 | |
| | NPL486 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Opposition 4 (To deny entry of AZL's Proposed New Claims 104 and 105), 36 pages, Patent Interference No. 106,007, (Doc 397), dated February 17, 2015 | |
| | NPL487 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Opposition 4 (To deny entry of AZL's Proposed New Claims 30 and 31), 36 pages, Patent Interference No. 106,008, (Doc 405), dated February 17, 2015 | |
| | NPL488 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Reply 1 (to AZL Opposition 1), filed April 3, 2015 in Interference 106007, pages 1-28 (Doc 428). | |

SRPT-VYDS-0006350

| | | | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 | |
| | Filing Date | August 24, 2018 | |
| | First Named Inventor | WILTON, Stephen | |
| | Art Unit | 1635 | |
| | Examiner Name | K. Chong | |
| | Attorney Docket Number | 4140.01500B1 | |

| | | | |
|---|---|---|---|
| | NPL489 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Reply 1 (to AZL Opposition 1), filed April 3, 2015 in Interference 106008, pages 1-28, (Doc 436). | |
| | NPL490 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Reply 1 (to Maintain the Interference) filed April 3, 2015 in Interference 106013, pages 1-17 (Doc 152). | |
| | NPL491 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Reply 2 (to AZL Opposition 2) filed April 3, 2015 in Interference 106007, pages 1-22 (Doc 429) | |
| | NPL492 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Reply 2 (to AZL Opposition 2) filed April 3, 2015 in Interference 106008, pages 1-22 (Doc 437). | |
| | NPL493 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Reply 3 (for Judgment under 35 U.S.C. §135(b)) filed April 3, 2015 in Interference 106008, pages 1-19 (Doc 438). | |
| | NPL494 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Reply 3 (to Institute an Interference) filed April 3, 2015 in Interference 106007, pages 1-17 (Doc 430). | |
| | NPL495 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Reply 4 (To Exclude Evidence), filed in Patent Interference No. 106,007, May 12, 2015, pages 1-13 (Doc 467). | |
| | NPL496 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Reply 4 (To Exclude Evidence), filed in Patent Interference No. 106,008, May 12, 2015, pages 1-13 (Doc 475). | |
| | NPL497 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Request for Oral Argument, filed in Patent Interference No. 106,007, April 10, 2015, pages 1-4 (Doc 457). | |
| | NPL498 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Request for Oral Argument, filed in Patent Interference No. 106,008, April 10, 2015, pages 1-4 (Doc 465). | |
| | NPL499 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Request for Oral Argument, filed in Patent Interference No. 106,013, April 10, 2015, pages 1-3 (Doc 190). | |

SRPT-VYDS-0006351

| | | Application Number | 16/112,453 |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | Filing Date | August 24, 2018 |
| | | First Named Inventor | WILTON, Stephen |
| | | Art Unit | 1635 |
| | | Examiner Name | K. Chong |
| | | Attorney Docket Number | 4140.01500B1 |

| | | | |
|---|---|---|---|
| | NPL500 | Program Schedule for The Tenth Annual Meeting of the RNA Society, held at the Banff Centre for Conferences, in Banff, Alberta, Canada, from May 24-29, 2005, (University of Western Australia Exhibit 2136, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-4). | |
| | NPL501 | Proliferation and Differentiation of Myoblast Cultures, Pages 2,   Exhibit Number 1169 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | NPL502 | Prosensa Press Release, dated October 10, 2014 (2 pages), Exhibit Number 1203 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL503 | Prosensa, "GSK and Prosensa Announce Primary Endpoint Not Met in Phase III Study of Drisapersen in Patients With Duchenne Muscular Dystrophy," press release, 4 pages, dated September 20, 2013 (Exhibit Number 2039 filed in Interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL504 | Raz et al. v. Davis et al., Board of Patent Appeals and Inteferences, Patent and Trademark Office, Int. No. 105,712, Tech. Ctr. 1600, September 29, 2011 (24 pages) (2011 WL 4568986 (Bd.Pat.App. & Interf.), Exhibit Number 1209 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL505 | REESE, Colin B. et al., "Reaction Between 1-Arenesulphonyl-3-Nitro-1,2,4-Triazoles and Nucleoside Base Residues. Elucidation of the Nature of Side-Reactions During Oligonucleotide Synthesis," Tetrahedron Letters, Vol. 21:2265-2268 (1980) | |
| | NPL506 | REESE, Colin B. et al., "The Protection of Thymine and Guanine Residues in Oligodeoxyribonucleotide Synthesis," J. Chem. Soc. Perkin Trans. 1, pages 1263-1271 (1984) | |
| | NPL507 | Reexamination Certificate – Application No. 90/011,320, issued March 27, 2012, 2 pages, (Exhibit Number 1072 filed in Interferences 106008, 106007 on December 23, 2014) | |
| | NPL508 | Reply to EPO Communication dated June 26, 2014 in European Application Serial No. 13160338, (University of Western Australia Exhibit 2145, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-4). | |
| | NPL509 | Reply to EPO Communication dated October 21, 2014 in European Application Serial No. 12198517, (University of Western Australia Exhibit 2148, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-7). | |
| | NPL510 | Reply to EPO Communication dated October 23, 2014 in European Application Serial No. 12198485, (University of Western Australia Exhibit 2147, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-8). | |

SRPT-VYDS-0006352

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | 16/112,453 | |
| Filing Date | August 24, 2018 | |
| First Named Inventor | WILTON, Stephen | |
| Art Unit | 1635 | |
| Examiner Name | K. Chong | |
| Attorney Docket Number | 4140.01500B1 | |

| | | |
|---|---|---|
| | NPL511 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Exhibit list, 7 pages, Patent Interference No. 106,013, dated November 18, 2014 (Doc 134) | |
| | NPL512 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Exhibit List, 7 pages, Patent Interference Nos. 106,008, dated December 12, 2014 (Doc 221) | |
| | NPL513 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Exhibit List, 8 pages, Patent Interference No. 106,007, dated December 12, 2014 (Doc 217) | |
| | NPL514 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA List of Proposed Motions, Patent Interference No. 106,007, 7 pages, dated September 10, 2014 (Doc 17) | |
| | NPL515 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA List of Proposed Motions, Patent Interference No. 106,008, 6 pages, dated September 10, 2014 (Doc 16) | |
| | NPL516 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Miscellaneous Motion 1 (for authorization to file terminal disclaimer), 5 pages, Patent Interference No. 106,008, dated October 17, 2014 (Doc 22) | |
| | NPL517 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Motion 1 (For Judgment Under 35 U.S.C., section 112(a)), 40 pages, Patent Interference No. 106,007, dated November 18, 2014 (Doc 210) | |
| | NPL518 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Motion 1 (For Judgment Under 35 § 112(a)) Patent Interference No. 106,008 (Doc 213), 38 Pages, on November 18, 2014 | |
| | NPL519 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Motion 1 (To Maintain Interference between UWA US Patent No. 8,486,907 and AZL USSN 14/198,992), 45 pages, Patent Interference No. 106,013, dated November 18, 2014 (Doc 133) | |
| | NPL520 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Motion 2 (For Judgment Under 35 U.S.C. section 112(b)), 32 pages, Patent Interference No. 106,008, dated November 18, 2014 (Doc 214) | |
| | NPL521 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Motion 2 (For Judgment Under 35 U.S.C. section 112(b)), 34 pages, Patent Interference No. 106,007, dated November 18, 2014 (Doc 211) | |

SRPT-VYDS-0006353

| | | | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 | |
| | Filing Date | August 24, 2018 | |
| | First Named Inventor | WILTON, Stephen | |
| | Art Unit | 1635 | |
| | Examiner Name | K. Chong | |
| | Attorney Docket Number | 4140.01500B1 | |

| | | | |
|---|---|---|---|
| | NPL522 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Motion 3 (For judgment that Claims 11-12, 14-15, and 17-29 of Application No. 13/550,210 are barred under 35 U.S.C. section 135(b)), 25 Pages, Patent Interference No. 106,008, dated November 18, 2014 (Doc 215) | |
| | NPL523 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Motion 3 Requesting an additional Interference between UWA U.S. Patent No. 8,455,636 and AZL USSN 14/248,279, 36 pages, Patent Interference No. 106,007, dated November 18, 2014 (Doc 212) | |
| | NPL524 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Notice of Filing Priority Statement, 2 pages, Patent Interference No. 106,007, dated November 18, 2014 (Doc 215) | |
| | NPL525 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Notice of Filing Priority Statement, 2 pages, Patent Interference No. 106,008, dated November 18, 2014 (Doc 218) | |
| | NPL526 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Notice of Recent Authority, filed in Patent Interference No. 106,007, July 2, 2015, pages 1-16 (Doc 469). | |
| | NPL527 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Notice of Recent Authority, filed in Patent Interference No. 106,007, September 2, 2015, pages 1-18 (Doc 470). | |

| If you wish to add additional non-patent literature document citation information please click the Add button | Add |
|---|---|

## EXAMINER SIGNATURE

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

SRPT-VYDS-0006354

| | | Application Number | 16/112,453 |
|---|---|---|---|
| | | Filing Date | August 24, 2018 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | First Named Inventor | WILTON, Stephen |
| | | Art Unit | 1635 |
| | | Examiner Name | K. Chong |
| | | Attorney Docket Number | 4140.01500B1 |

| | | |
|---|---|---|
| NPL528 | US Application No. 14/248,279, 29 pages; excerpts of prosecution history including: Amendment under 37 CFR 1.312 dated September 19, 2014; Amendment in Response to Final Office Action dated August 7, 2014; Declaration under 37 CFR 1.132 dated May 26, 2014; Declaration under 37 CFR 1.132 dated May 27, 2014; Response dated June 3, 2014 (Exhibit Number 2057 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| NPL529 | US Application No.13/550,210, 27 pages; excerpts of prosecution history including: Response and Amendment dated May 12, 2014; Response to Non-Final Office Action dated January 21, 2014; Second Preliminary Amendment dated January 3, 2013 (Exhibit Number 2055 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| NPL530 | US claim amendments for Application No. 13/550,210, 3 pages, dated May 12, 2014 (Exhibit Number 2078 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| NPL531 | US Claims for Application No. 12/976,381, 1 page, dated December 22, 2010 (Exhibit Number 2065 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| NPL532 | US Declaration of Richard K. Bestwick, for Application No. 11/570,691, 5 pages, dated June 15, 2010 (Exhibit Number 1044 filed in interferences 106008, 106007 on November 18, 2014) | |
| NPL533 | US E-mail from Patent Trial and Appeal Board to Danny Huntington, 2 pages, dated October 9, 2014 (Exhibit Number 2002 filed in interferences 106008 on October 17, 2014) | |
| NPL534 | US Non-Final Office Action for Application No. 11/570,691, 16 pages, dated March 15, 2010 (Exhibit Number 1042 filed in interferences 106008, 106007 on November 18, 2014) | |
| NPL535 | US Office Action for Application No. 13/271,080, 25 pages, dated July 30, 2012 (Exhibit Number 1048 filed in interferences 106008, 106007 on November 18, 2014) | |
| NPL536 | US Office Action for Application No. 13/550,210, 12 pages, dated September 27, 2013 (Exhibit Number 2080 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| NPL537 | US Office Action for Application No. 13/902,376, 7 pages, dated January 7, 2014 (Exhibit Number 1045 filed in interferences 106008, 106007 on November 18, 2014) | |
| NPL538 | US Patent Application No. 12/198,007 as-filed, 64 pages, dated August 25, 2008 (Exhibit Number 2092 filed in interferences 106008, 106013, and 106007 on November 18, 2014) | |

SRPT-VYDS-0006355

| | | Application Number | 16/112,453 |
|---|---|---|---|
| | | Filing Date | August 24, 2018 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | First Named Inventor | WILTON, Stephen |
| | | Art Unit | 1635 |
| | | Examiner Name | K. Chong |
| | | Attorney Docket Number | 4140.01500B1 |

| | NPL539 | US Preliminary Amendment and application as-filed for Application No. 12/976,381,64 pages, dated December 22, 2010 (Exhibit No. 2089 filed in Interferences 106007, 106008, and 106013 on November 18, 2014) | |
|---|---|---|---|
| | NPL540 | US Preliminary Amendment for Application No. 11/233,495, 10 pages, dated September 21, 2005 (Exhibit Number 2069 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL541 | US Preliminary Remarks for Application No. 14/198,992, 1 page, dated March 6, 2014 (Exhibit Number 2097 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL542 | US Proposed Terminal Disclaimer for Application No. 12/860,078, 2 pages, dated October 17, 2014 (Exhibit Number 2001 filed in interference 106008 on October 17, 2014) | |
| | NPL543 | US Remarks for Application No. 14/248,279, 2 pages, dated August 27, 2014 (Exhibit Number 2110 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL544 | US Response and amendments for Application No. 13/550,210, 12 pages, dated January 21, 2014 (Exhibit Number 2063 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL545 | US Revised Figure 4H, US Application No. 13/271,080, 1 page (Exhibit Number 1050 filed in interferences 106008, 106007 on November 18, 2014) | |
| | NPL546 | US Terminal Disclaimer for Application No. 14/198,992, 1 page, dated July 15, 2014 (Exhibit Number 2096 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL547 | US Terminal Disclaimer for Application No. 14/248,279, 1 page, dated August 7, 2014 (Exhibit Number 2109 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL548 | US Track One Request, Application as-filed, and Application Data Sheet for Application No. 14/248,279, 68 pages, dated April 8, 2014 (Exhibit Number 2108 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL549 | US Transmittal, application as-filed, and Preliminary Amendment for Application No. 11/570,691, 102 pages, dated December 15, 2006 (Exhibit Number 2103 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |

SRPT-VYDS-0006356

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
|---|---|---|
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | | | |
|---|---|---|---|
| | NPL550 | US Transmittal, application as-filed, and Preliminary Amendment for Application No. 13/270,992, 101 pages, dated October 11, 2011 (Exhibit Number 2098 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL551 | US Transmittal, application as-filed, and Preliminary Amendment for Application No. 13/271,080, 115 pages, dated October 11, 2011 (Exhibit Number 2111 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL552 | US Updated Filing Receipt for Application No. 13/550,210, 3 pages, dated December 11, 2012 (Exhibit Number 2044 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL553 | USPTO "2014 Procedure for Subject Matter Eligibility Analysis of Claims Reciting or Involving...Natural Products" ("the March Guidance"), 19 pages, (Exhibit Number 2118 filed in interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL554 | USPTO Written Description Training Materials, Revised March 25, 2008, Example 12, 6 pages, (Exhibit Number 1068 filed in interferences 106008, 106007 on December 23, 2014) | |
| | NPL555 | UWA Clean Copy of Claims and Sequence, as filed in Interference No. 106,007 on August 1, 2014 (Paper 12), 8 pages, (Exhibit Number 2126 filed in interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL556 | UWA Clean Copy of Claims and Sequence, as filed in Interference No. 106,007 on August 7, 2014 (Paper 12), 8 pages, (Exhibit Number 2127 filed in interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL557 | UWA Motion 1 (For Judgment Under 35 § 112(a)) from Int. No. 106,007 (PN210), 40 Pages, Exhibit Number 1005 filed in Interference 106,013 on February 17, 2015. | |
| | NPL558 | UWA Motion 1 (For Judgment Under 35 § 112(a)) from Int. No. 106,008 (Doc 213), Pages 38, Exhibit Number 1004 filed in Interference 106,013 on February 17, 2015. | |
| | NPL559 | UWA submission of teleconference transcript , 28 pages, dated December 12, 2014 (Exhibit Number 2114 filed in interferences 106008 and 106007 on December 12, 2014) | |
| | NPL560 | Valorization Memorandum published by the Dutch Federation of University Medical Centers in March 2009, (University of Western Australia Exhibit 2140, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-33). | |

SRPT-VYDS-0006357

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | NPL561 | VAN DEUTEKOM et al., "Antisense-induced exon skipping restores dystrophin expression in DMD patient derived muscle cells," HUMAN MOLECULAR GENETICS Vol. 10, No. 15: 1547-1554 (2001) (Exhibit Number 1084 filed in interferences 106008, 106007 on December 23, 2014) | |
| | NPL562 | van Deutekom et al., "Local Dystrophin Restoration with Antisense Oligonucleotide PRO051," N. Engl. J. Med., Vol. 357, No. 26, pp. 2677-2686 (December, 2007), Exhibit Number 1213 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL563 | VAN DEUTEKOM, Judith C. T. et al., "Advances in Duchenne Muscular Dystrophy Gene Therapy," Nature Reviews Genetics, Vol. 4(10):774-783 (2003) | |
| | NPL564 | Van Ommen 2002 PCT (WO 02/24906 AI), 43 pages,(Exhibit Number 1071 filed in interferences 106008, 106007 on December 23, 2014) | |
| | NPL565 | van Putten M, et al., "The Effects of Low Levels of Dystrophin on Mouse Muscle Function and Pathology. PLoS ONE 2012;7:e31937, 13 pages | |
| | NPL566 | Van Vliet, Laura et al., "Assessment of the Feasibility of Exon 45-55 Multiexon Skipping for Duchenne Muscular Dystrophy", BMC Medical Genetics, Vol.9(1):105 (2008) | |
| | NPL567 | VERMA, Sandeep et al., "Modified Oligonucleotides: Synthesis and Strategy for Users," Annu. Rev. Biochem., Vol. 67:99-134 (1998) (Exhibit Number 1040 filed in interferences 106008, 106007 on November 18, 2014) | |
| | NPL568 | Vikase Corp. v. Am. Nat'l. Can Co., No. 93-7651, 1996 WL 377054 (N.D. Ill. July 1, 1996), 3 pages (Exhibit Number 2152 filed in interference 106013 on October 29, 2015) | |
| | NPL569 | VOIT, Thomas et al., "Safety and efficacy of drisapersen for the treatment of Duchenne muscular dystrophy (DEMAND II): an exploratory, randomised, placebo-controlled phase 2 study," Lancet Neurol., Vol. 13:987-996 (2014) (Exhibit Number 2037 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL570 | VOLLOCH, Vladimir et al., "Inhibition of Pre-mRNA Splicing by Antisense RNA in Vitro: Effect of RNA Containing Sequences Complementary to Exons," Biochemical and Biophysical Research Communications, Vol. 179 (3):1593-1599 (1991) | |
| | NPL571 | Wahlestedt et al., "Potent and nontoxic antisense oligonucleotides containing locked nucleic acids," PNAS, Vol. 97, No. 10, pp. 5633-5638 (May, 2000), Exhibit Number 1201 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |

SRPT-VYDS-0006358

| | | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | | |
|---|---|---|
| NPL572 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Notice of Recent Authority, filed in Patent Interference No. 106,008, July 2, 2015, pages 1-16 (Doc 477). | |
| NPL573 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Notice of Recent Authority, filed in Patent Interference No. 106,008, September 2, 2015, pages 1-18 (Doc 478). | |
| NPL574 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Notice of Related Proceedings, Patent Interference No. 106,007, 3 pages, dated August 1, 2014 (Doc 11) | |
| NPL575 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Notice of Related Proceedings, Patent Interference No. 106,008, 5 pages, dated August 7, 2014 (Doc 11) | |
| NPL576 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Notice of Related Proceedings, Patent Interference No. 106,013, 3 pages, dated October 14, 2014 (Doc 6) | |
| NPL577 | US 7,960,541 (Wilton et al.), Pages 84, Exhibit Number 1002 filed in interferences 106,007 and 106,008 on November 18, 2014. | |
| NPL578 | US 8,450,474 (Wilton et al.), Pages 95, Exhibit Number 1087 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| NPL579 | US 8,455,634 (Wilton et al.) Pages 96, Exhibit Number 1088 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| NPL580 | US 8,455,635 (Wilton et al.), Pages 96, Exhibit Number 1089 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| NPL581 | US 8,455,636 (Wilton et al.), Pages 92, Exhibit Number 1003 filed in interferences 106,007 and 106,008 on November 18, 2014. | |
| NPL582 | US 8,476,423 (Wilton et al.), Pages 95, Exhibit Number 1111 filed in interferences 106,007 and 106,008 on February 13, 2015. | |

SRPT-VYDS-0006359

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
|---|---|---|
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | | | |
|---|---|---|---|
| | NPL583 | US 8,501,703 (Bennett et al.), Pages 16, Exhibit Number 1090 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | NPL584 | US 8,501,704 (Mourich et al.), Pages 39, Exhibit Number 1091 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | NPL585 | US 8,524,676 (Stein et al.), Pages 28, Exhibit Number 1092 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | NPL586 | US 8,524,880 (Wilton et al.), Pages 89, Exhibit Number 1093 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | NPL587 | US 8,536,147 (Weller et al.), Pages 95, Exhibit Number 1094 filed in interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL588 | US 8,592,386 (Mourich et al.), Pages 46, Exhibit Number 1095 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | NPL589 | US 8,618,270 (Iversen et al.), Pages 28, Exhibit Number 1096 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | NPL590 | US 8,637,483 (Wilton et al.), Pages 157, Exhibit Number 1097 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | NPL591 | US 8,697,858 (Iversen), Pages 95, Exhibit Number 1098 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | NPL592 | US 8,703,735 (Iversen et al.) Pages 73, Exhibit Number 1099 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | NPL593 | US 8,741,863 (Moulton et al.), Pages 68, Exhibit Number 1100 filed in interferences 106,007 and 106,008 on February 13, 2015. | |

SRPT-VYDS-0006360

| | | Application Number | 16/112,453 |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | Filing Date | August 24, 2018 |
| | | First Named Inventor | WILTON, Stephen |
| | | Art Unit | 1635 |
| | | Examiner Name | K. Chong |
| | | Attorney Docket Number | 4140.01500B1 |

| | | |
|---|---|---|
| NPL594 | US 8,759,307 (Stein et al.), Pages 35, Exhibit Number 1101 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| NPL595 | US 8,779,128 (Hanson et al.), Pages 104, Exhibit Number 1102 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| NPL596 | US 8,785,407 (Stein et al.), Pages 35, Exhibit Number 1103 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| NPL597 | US 8,785,410 (Iversen et al.), Pages 20, Exhibit Number 1104 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| NPL598 | US 8,835,402 (Kole et al.), Pages 27, Exhibit Number 1105 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| NPL599 | US 8,865,883 (Sazani et al.), Pages 199, Exhibit Number 1106 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| NPL600 | US 8,871,918 (Sazani et al.), Pages 195, Exhibit Number 1107 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| NPL601 | US 8,877,725 (Iversen et al.), Pages 34, Exhibit Number 1108 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| NPL602 | US 8,895,722 (Iversen et al.), Pages 29, Exhibit Number 1109 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| NPL603 | US 8,906,872 (Iversen et al.), Pages 69, Exhibit Number 1110 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| NPL604 | US Abandonment for Application No. 13/902,376, 1 page, dated June 12, 2014 (Exhibit Number 1047 filed in interferences 106008, 106007 on November 18, 2014) | |

SRPT-VYDS-0006361

| | | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | | |
|---|---|---|
| NPL605 | US Amendment After Non-Final Action for Application No. 11/233,495, 31 pages, dated June 24, 2010 (Exhibit Number 2073 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| NPL606 | US Amendment for Application No. 11/233,495, 15 pages, dated April 1, 2009 (Exhibit Number 2071 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| NPL607 | US Amendment for Application No. 11/233,495, 19 pages, dated September 16, 2009 (Exhibit Number 2072 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| NPL608 | US Amendment for Application No. 11/233,495, 9 pages, dated October 31, 2007 (Exhibit Number 2070 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| NPL609 | US Amendment for Application No. 11/570,691, 9 pages, dated June 15, 2010 (Exhibit Number 1043 filed in interferences 106008, 106007 on November 18, 2014) | |
| NPL610 | US Amendment for Application No. 13/271,080, 30 pages, dated January 30, 2013 (Exhibit Number 1049 filed in interferences 106008, 106007 on November 18, 2014) | |
| NPL611 | US Amendment for Application No. 13/902,376, 36 pages, dated March 21, 2014 (Exhibit Number 1046 filed in interferences 106008, 106007 on November 18, 2014) | |
| NPL612 | US Amendment in Response to Advisory Action for Application No. 11/233,495, 23 pages, dated March 14, 2011 (Exhibit Number 2074 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| NPL613 | US Amendments to the Claims for Application No. 11/233,495, 4 pages, dated May 8, 2014 (Exhibit Number 2077 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| NPL614 | US Amendments to the Claims for Application No. 14/198,992, 3 pages, dated July 16, 2014 (Exhibit Number 2079 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| NPL615 | US Applicant-Initiated Interview Summary and Notice of Allowance for Application No. 13/550,210, 9 pages dated May 19, 2014 (Exhibit Number 2076 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |

| | | | |
|---|---|---|---|
| | | Application Number | 16/112,453 |
| | | Filing Date | August 24, 2018 |
| **INFORMATION DISCLOSURE** | | First Named Inventor | WILTON, Stephen |
| **STATEMENT BY APPLICANT** | | Art Unit | 1635 |
| ( Not for submission under 37 CFR 1.99) | | Examiner Name | K. Chong |
| | | Attorney Docket Number | 4140.01500B1 |

| | NPL616 | US application as-filed and Preliminary Amendment for Application No. 13/550,210, 59 pages dated July 16, 2012 (Exhibit Number 2087 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
|---|---|---|---|
| | NPL617 | US Application as-filed for application No. 14/198,992, 52 pages, dated March 6, 2014 (Exhibit Number 2086 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL618 | US Application as-filed, Application Data Sheet, and Preliminary Amendment for Application No. 12/837,359, 101 pages, dated July 15, 2010 (Exhibit Number 2100 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL619 | US Application for Letters Patent for Application No. 11/233,495 as-filed and preliminary amendment, 77 pages, dated September 21, 2005 (Exhibit Number 2095 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL620 | US Application No. 11/233,495, 74 pages; excerpts of prosecution history including: US Supplemental Amendment and Response dated May 8, 2014; Second Supplemental Response dated July 25, 2013; Supplemental Amendment dated June 26, 2013; Amendment after Non-final Action dated November 1, 2010; Amendment under 35 USC 1.114 dated September 16, 2009 (Exhibit Number 2054 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL621 | US Application No. 14/198,992, 17 pages; excerpts of prosecution history including: Supplemental Amendment dated July 16, 2014; Response to Non-Final Office Action dated July 14, 2014 (Exhibit Number 2056 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |

If you wish to add additional non-patent literature document citation information please click the Add button | Add |

### EXAMINER SIGNATURE

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document.  [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [5] Applicant is to place a check mark here if English language translation is attached.

SRPT-VYDS-0006363

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (03-15)
Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**
( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | 16/112,453 |
| Filing Date | August 24, 2018 |
| First Named Inventor | WILTON, Stephen |
| Art Unit | 1635 |
| Examiner Name | K. Chong |
| Attorney Docket Number | 4140.01500B1 |

| | | | U.S.PATENTS | | | Remove |
|---|---|---|---|---|---|---|
| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
| | | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button. | Add

| | | | U.S.PATENT APPLICATION PUBLICATIONS | | | Remove |
|---|---|---|---|---|---|---|
| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
| | | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button. | Add

| | | | FOREIGN PATENT DOCUMENTS | | | | Remove |
|---|---|---|---|---|---|---|---|
| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2]i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
| | | | | | | | |

If you wish to add additional Foreign Patent Document citation information please click the Add button | Add

| | | NON-PATENT LITERATURE DOCUMENTS | Remove |
|---|---|---|---|
| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |

EFS Web 2.1.17

SRPT-VYDS-0006364

| | INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|---|

| Application Number | 16/112,453 |
|---|---|
| Filing Date | August 24, 2018 |
| First Named Inventor | WILTON, Stephen |
| Art Unit | 1635 |
| Examiner Name | K. Chong |
| Attorney Docket Number | 4140.01500B1 |

| | | | |
|---|---|---|---|
| | NPL622 | WILTON, Stephen D. et al., "Antisense oligonucleotides in the treatment of Duchenne muscular dystrophy: where are we now?" Neuromuscular Disorders, Vol. 15:399-402 (2005) | |
| | NPL623 | WILTON, Stephen D. et al., "Specific removal of the nonsense mutation from the mdx dystrophin mRNA using antisense oligonucleotides," Neuromuscular Disorders, Vol. 9:330-338 (1999) | |
| | NPL624 | WO 2002/24906 A1 of AZL, (University of Western Australia Exhibit 2134, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-43.) | |
| | NPL625 | WO 2004/083432 (the published AZL PCT Application, "Van Ommen"), Pages 71, Exhibit Number 1003 filed in Interference 106,013 on February 17, 2015. | |
| | NPL626 | WO 2013/112053 A1, (University of Western Australia Exhibit 2130, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-177). | |
| | NPL627 | WOLFF, Jon A. et al., "Direct Gene Transfer into Mouse Muscle in Vivo," Science, Vol. 247:1465-1468 (1990) | |
| | NPL628 | WONG, Marisa L. et al., "Real-time PCR for mRNA quantitation," BioTechniques, Vol. 39:75-85 (2005) (Exhibit Number 1066 filed in interferences 106008, 106007 on November 18, 2014) | |
| | NPL629 | Wood, "Toward an Oligonucleotide Therapy for Duchenne Muscular Dystrophy: A Complex Development Challenge," Science Translational Medicine, Vol. 2, No. 25, pp. 1-6 (March, 2010), Exhibit Number 1116 filed in interferences 106,007 and 106,008 on February 17, 2015,Doc 335. | |
| | NPL630 | Written Opinion for Application No. PCT/AU2010/001520, 6 pages, dated January 21, 2011 | |
| | NPL631 | WU, B. et al., "Dose-dependent restoration of dystrophin expression in cardiac muscle of dystrophic mice by systemically delivered morpholino," Gene Therapy, Vol. 17:132-140 (2010) | |
| | NPL632 | WU, Bo et al., "Effective rescue of dystrophin improves cardiac function in dystrophin-deficient mice by a modified morpholino oligomer," PNAS, Vol. 105(39):14814-14819 (2008) | |

SRPT-VYDS-0006365

| | | |
|---|---|---|
| | **Application Number** | 16/112,453 |
| | **Filing Date** | August 24, 2018 |
| | **First Named Inventor** | WILTON, Stephen |
| | **Art Unit** | 1635 |
| | **Examiner Name** | K. Chong |
| | **Attorney Docket Number** | 4140.01500B1 |

**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**
( Not for submission under 37 CFR 1.99)

| | | |
|---|---|---|
| NPL633 | WU, Bo et al., "Targeted Skipping of Human Dystrophin Exons in Transgenic Mouse Model Systemically for Antisense Drug Development," PLoS One, Vol. 6(5):e19906, 11 pages (2011) | |
| NPL634 | WU, George Y. et al., "Receptor-mediated Gene Delivery and Expression in Vivo," The Journal of Biological Chemistry, Vol. 263(29):14621-14624 (1988) | |
| NPL635 | WU, George Y. et al., "Receptor-mediated in Vitro Gene Transformation by a Soluble DNA Carrier System," The Journal of Biological Chemistry, Vol. 262(10):4429-4432 (1987) | |
| NPL636 | Wyatt et al. "Site-specific cross-linking of mammalian U5 snRNP to the 5´ splice site before the first step of pre-mRNA splicing," Genes & Development, Vol. 6, pp. 2542-2553 (1992), Exhibit Number 1198 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| NPL637 | Yin et al., "A fusion peptide directs enhanced systemic dystrophin exon skipping and functional restoration in dystrophin-deficient mdx mice," Human Mol. Gen., Vol. 18, No. 22, pp. 4405-4414 (2009), Exhibit Number 1200 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| NPL638 | Yin et al., "Cell Penetrating peptide-conjugated antisense oligonucleotides restore systemic muscle and cardiac dystrophin expression and function," Human Mol. Gen., Vol. 17, No. 24, pp. 3909-3918 (2008), Exhibit Number 1199 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| NPL639 | Yin et al., "Functional Rescue of Dystrophin-deficient mdx Mice by a ChimericPeptide-PMO," Mol. Therapy, Vol. 18, No. 10, pp. 1822-1829 (October, 2010), Exhibit Number 1117 filed in interferences 106,007 and 106,008 on February 17, 2015. | |
| NPL640 | Yokota et al., "Efficacy of Systematic Morpholino Exon-Skipping in Duchenne Dystrophy Dogs," American Neurological Assoc., Vol. 65, No. 6, pp. 667-676 (June, 2009), Exhibit Number 1214 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| NPL641 | Zoltek Corp. v. U.S., 95 Fed. Cl. 681 (2011), 23 pages, (Academisch Ziekenhuis Leiden Exhibit 1236, filed May 5, 2015 in Interference 106007 and 106008). | |

If you wish to add additional non-patent literature document citation information please click the Add button   Add

**EXAMINER SIGNATURE**

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

EFS Web 2.1.17

SRPT-VYDS-0006366

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (03-15)
Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | |
|---|---|
| Application Number | 16/112,453 |
| Filing Date | August 24, 2018 |
| First Named Inventor | WILTON, Stephen |
| Art Unit | 1635 |
| Examiner Name | K. Chong |
| Attorney Docket Number | 4140.01500B1 |

| U.S.PATENTS | | | | | | Remove |
|---|---|---|---|---|---|---|
| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
| | US20 | 9249416 | | 2016-02-02 | Wilton et al. | |
| | US21 | 9234198 | | 2016-01-12 | Sazani et al. | |
| | US22 | 9228187 | | 2016-01-05 | Wilton et al. | |
| | US23 | 9217148 | | 2015-12-22 | Bestwick et al. | |
| | US24 | 9175286 | | 2015-11-03 | Wilton et al. | |
| | US25 | 9035040 | | 2015-05-19 | Wilton et al. | |
| | US26 | 9024007 | | 2015-05-05 | Wilton et al. | |
| | US27 | 9018368 | | 2015-04-28 | Wilton et al. | |

EFS Web 2.1.17

SRPT-VYDS-0006367

| | | | | |
|---|---|---|---|---|
| | | **Application Number** | 16/112,453 | |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | **Filing Date** | August 24, 2018 | |
| | | **First Named Inventor** | WILTON, Stephen | |
| | | **Art Unit** | 1635 | |
| | | **Examiner Name** | K. Chong | |
| | | **Attorney Docket Number** | 4140.01500B1 | |

| | US28 | 8906872 | | 2014-12-09 | Iversen et al. | |
|---|---|---|---|---|---|---|
| | US29 | 8895722 | | 2014-11-25 | Iversen et al. | |
| | US30 | 8877725 | | 2014-11-04 | Iversen et al. | |
| | US31 | 8871918 | | 2014-10-28 | Sazani et al. | |
| | US32 | 8865883 | | 2014-10-21 | Sazani et al. | |
| | US33 | 8835402 | | 2014-09-16 | Kole et al. | |
| | US34 | 8785410 | | 2014-07-22 | Iversen et al. | |
| | US35 | 8785407 | | 2014-07-22 | Stein et al. | |
| | US36 | 8779128 | | 2014-07-15 | Hanson et al. | |
| | US37 | 8759507 | | 2014-06-24 | Van Deutekom | |
| | US38 | 8759307 | | 2014-06-24 | Stein et al. | |

SRPT-VYDS-0006368

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
| --- | --- | --- |
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| | US39 | 8741863 | 2014-06-03 | Moulton et al. | |
| | US40 | 8697858 | 2014-04-15 | Iversen | |
| | US41 | 8637483 | 2014-01-28 | Wilton et al. | |
| | US42 | 8624019 | 2014-01-07 | Matsuo et al. | |
| | US43 | 8618270 | 2013-12-31 | Iversen et al. | |
| | US44 | 8592386 | 2013-11-26 | Mourich et al. | |
| | US45 | 8552172 | 2013-10-08 | Popplewell et al. | |
| | US46 | 8536147 | 2013-09-17 | Weller et al. | |
| | US47 | 8524880 | 2013-09-03 | Wilton et al. | |
| | US48 | 8524676 | 2013-09-03 | Stein et al. | |
| | US49 | 8501704 | 2013-08-06 | Mourich et al. | |

SRPT-VYDS-0006369

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | 16/112,453 | |
| Filing Date | August 24, 2018 | |
| First Named Inventor | WILTON, Stephen | |
| Art Unit | 1635 | |
| Examiner Name | K. Chong | |
| Attorney Docket Number | 4140.01500B1 | |

| | | | | | |
|---|---|---|---|---|---|
| US50 | 8501703 | 2013-08-06 | Bennett et al. | |
| US51 | 8486907 | 2013-07-16 | Wilton et al. | |
| US52 | 8476423 | 2013-07-02 | Wilton et al. | |
| US53 | 8461325 | 2013-06-11 | Popplewell et al. | |
| US54 | 8455636 | 2013-06-04 | Wilton et al. | |
| US55 | 8455635 | 2013-06-04 | Wilton et al. | |
| US56 | 8455634 | 2013-06-04 | Wilton et al. | |
| US57 | 8450474 | 2013-05-28 | Wilton et al. | |
| US58 | 8361979 | 2013-01-29 | Aartsma-Rus et al. | |
| US59 | 8324371 | 2012-12-04 | Popplewell et al. | |
| US60 | 8232384 | 2012-07-31 | Wilton et al. | |

SRPT-VYDS-0006370

<table>
<tr><td rowspan="8" colspan="2"><strong>INFORMATION DISCLOSURE STATEMENT BY APPLICANT</strong><br>( Not for submission under 37 CFR 1.99)</td></tr>
</table>

| | |
|---|---|
| Application Number | 16/112,453 |
| Filing Date | August 24, 2018 |
| First Named Inventor | WILTON, Stephen |
| Art Unit | 1635 |
| Examiner Name | K. Chong |
| Attorney Docket Number | 4140.01500B1 |

| | | | | |
|---|---|---|---|---|
| US61 | 8084601 | 2011-12-27 | Popplewell et al. | |
| US62 | 7973015 | 2011-07-05 | van Ommen et al. | |
| US63 | 7960541 | 2011-06-14 | Wilton et al. | |
| US64 | 7902160 | 2011-03-08 | Matsuo et al. | |
| US65 | 7807816 | 2010-10-05 | Wilton et al. | |
| US66 | 7655788 | 2010-02-02 | Khvorova et al. | |
| US67 | 7655785 | 2010-02-02 | Bentwich | |
| US68 | 7534879 | 2009-05-19 | van Deutekom | |
| US69 | 7468418 | 2008-12-23 | Iversen et al. | |
| US70 | 7314750 | 2008-01-01 | Zhou | |
| US71 | 7250289 | 2007-07-31 | Zhou | |

EFS Web 2.1.17

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | Application Number | 16/112,453 |
| --- | --- | --- | --- |
| | | Filing Date | August 24, 2018 |
| | | First Named Inventor | WILTON, Stephen |
| | | Art Unit | 1635 |
| | | Examiner Name | K. Chong |
| | | Attorney Docket Number | 4140.01500B1 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| | US72 | 7163695 | 2007-01-16 | Mixson | |
| | US73 | 7070807 | 2006-07-04 | Mixson | |
| | US74 | 7001761 | 2006-02-21 | Xiao | |
| | US75 | 6806084 | 2004-10-19 | Debs et al. | |
| | US76 | 6784291 | 2004-08-31 | Iversen et al. | |
| | US77 | 6727355 | 2004-04-27 | Matsuo et al. | |
| | US78 | 6656732 | 2003-12-02 | Bennett et al. | |
| | US79 | 6653467 | 2003-11-25 | Matsuo et al. | |
| | US80 | 6653466 | 2003-11-25 | Matsuo | |
| | US81 | 6451991 | 2002-09-17 | Martin et al. | |
| | US82 | 6391636 | 2002-05-21 | Monia | |

SRPT-VYDS-0006372

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | Application Number | 16/112,453 |
|---|---|---|---|
| | | Filing Date | August 24, 2018 |
| | | First Named Inventor | WILTON, Stephen |
| | | Art Unit | 1635 |
| | | Examiner Name | K. Chong |
| | | Attorney Docket Number | 4140.01500B1 |

| | US83 | 6312900 | | 2001-11-06 | Dean et al. | |
|---|---|---|---|---|---|---|
| | US84 | 6210892 | | 2001-04-03 | Bennett et al. | |
| | US85 | 6153436 | | 2000-11-28 | Hermonat et al. | |
| | US86 | 5976879 | | 1999-11-02 | Kole et al. | |
| | US87 | 5916808 | | 1999-06-29 | Kole et al. | |
| | US88 | 5892023 | | 1999-04-06 | Pirotzky et al. | |
| | US89 | 5869252 | | 1999-02-09 | Bouma et al. | |
| | US90 | 5801154 | | 1998-09-01 | Baracchini et al. | |
| | US91 | 5698685 | | 1997-12-16 | Summerton et al. | |
| | US92 | 5665593 | | 1997-09-09 | Kole et al. | |
| | US93 | 5627274 | | 1997-05-06 | Kole et al. | |

SRPT-VYDS-0006373

<table>
<tr><td rowspan="7">INFORMATION DISCLOSURE STATEMENT BY APPLICANT<br>( Not for submission under 37 CFR 1.99)</td><td>Application Number</td><td>16/112,453</td></tr>
<tr><td>Filing Date</td><td>August 24, 2018</td></tr>
<tr><td>First Named Inventor</td><td>WILTON, Stephen</td></tr>
<tr><td>Art Unit</td><td>1635</td></tr>
<tr><td>Examiner Name</td><td>K. Chong</td></tr>
<tr><td>Attorney Docket Number</td><td>4140.01500B1</td></tr>
</table>

| | | | | |
|---|---|---|---|---|
| US94 | 5521063 | 1996-05-28 | Summerton et al. | |
| US95 | 5506337 | 1996-04-09 | Summerton et al. | |
| US96 | 5217866 | 1993-06-08 | Summerton et al. | |
| US97 | 5190931 | 1993-03-02 | Inouye | |
| US98 | 5185444 | 1993-09-09 | Summerton et al. | |
| US99 | 5166315 | 1992-11-24 | Summerton et al. | |
| US100 | 5149797 | 1992-09-22 | Pederson et al. | |
| US101 | 5142047 | 1992-08-28 | Summerton et al. | |
| US102 | 5138045 | 1992-08-11 | Cook et al. | |
| US103 | 5034506 | 1991-07-23 | Summerton et al. | |
| US104 | 4458066 | 1984-07-03 | Caruthers et al. | |

SRPT-VYDS-0006374

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | |
|---|---|
| Application Number | 16/112,453 |
| Filing Date | August 24, 2018 |
| First Named Inventor | WILTON, Stephen |
| Art Unit | 1635 |
| Examiner Name | K. Chong |
| Attorney Docket Number | 4140.01500B1 |

| If you wish to add additional U.S. Patent citation information please click the Add button. | Add |
|---|---|

Remove

### U.S. PATENT APPLICATION PUBLICATIONS

| Examiner Initial* | Cite No | Publication Number | Kind Code¹ | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | US105 | 20160040162 | A1 | 2016-02-11 | BESTWICK et al. | |
| | US106 | 20160002637 | A1 | 2016-01-07 | Sazani et al. | |
| | US107 | 20160002635 | A1 | 2016-01-07 | Wilton et al. | |
| | US108 | 20160002634 | A1 | 2016-01-07 | Sazani et al. | |
| | US109 | 20160002633 | A1 | 2016-01-07 | Sazani et al. | |
| | US110 | 20160002632 | A1 | 2016-01-07 | Wilton et al. | |
| | US111 | 20160002631 | A1 | 2016-01-07 | Wilton et al. | |
| | US112 | 20150057330 | A1 | 2015-02-26 | Wilton et al. | |
| | US113 | 20150045413 | A1 | 2015-02-12 | De Visser et al. | |

SRPT-VYDS-0006375

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | | Application Number | 16/112,453 |
|---|---|---|---|---|
| | | | Filing Date | August 24, 2018 |
| | | | First Named Inventor | WILTON, Stephen |
| | | | Art Unit | 1635 |
| | | | Examiner Name | K. Chong |
| | | | Attorney Docket Number | 4140.01500B1 |

| | US114 | 20150361428 | A1 | 2015-12-17 | Bestwick et al. | |
|---|---|---|---|---|---|---|
| | US115 | 20150353931 | A1 | 2015-12-10 | Wilton et al. | |
| | US116 | 20150152415 | A1 | 2015-06-04 | SAZANI et al. | |
| | US117 | 20150376618 | A1 | 2015-12-31 | Sazani et al. | |
| | US118 | 20150376617 | A1 | 2015-12-31 | SAZANI et al. | |
| | US119 | 20150376616 | A1 | 2015-12-31 | Wilton et al. | |
| | US120 | 20150376615 | A1 | 2015-12-31 | Wilton et al. | |
| | US121 | 20140275212 | A1 | 2014-09-18 | van Deutekom | |
| | US122 | 20140221458 | A1 | 2014-08-07 | De Kimpe et al. | |
| | US123 | 20140213635 | A1 | 2014-07-31 | Van DEUTEKOM | |
| | US124 | 20140128592 | A1 | 2014-05-08 | De Kimpe et al. | |

SRPT-VYDS-0006376

<table>
<tr><td rowspan="7"><strong>INFORMATION DISCLOSURE STATEMENT BY APPLICANT</strong><br>( Not for submission under 37 CFR 1.99)</td><td>Application Number</td><td>16/112,453</td></tr>
</table>

| | | | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | | | | | |
|---|---|---|---|---|---|
| US125 | 20140113955 | A1 | 2014-04-24 | De Kimpe et al. | |
| US126 | 20140057964 | A1 | 2014-02-27 | POPPLEWELL et al. | |
| US127 | 20140357855 | A1 | 2014-12-04 | Van DEUTEKOM et al. | |
| US128 | 20140357698 | A1 | 2014-12-04 | Van DEUTEKOM et al. | |
| US129 | 20140350076 | A1 | 2014-11-27 | van Deutekom | |
| US130 | 20140350067 | A1 | 2014-11-27 | Wilton et al. | |
| US131 | 20140343266 | A1 | 2014-11-20 | Watanabe et al. | |
| US132 | 20140329881 | A1 | 2014-11-06 | Bestwick et al. | |
| US133 | 20140329762 | A1 | 2014-11-06 | KAYE | |
| US134 | 20140323544 | A1 | 2014-10-30 | BESTWICK et al. | |
| US135 | 20140316123 | A1 | 2014-10-23 | Matsuo et al. | |

SRPT-VYDS-0006377

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | | Application Number | 16/112,453 |
| | | | Filing Date | August 24, 2018 |
| | | | First Named Inventor | WILTON, Stephen |
| | | | Art Unit | 1635 |
| | | | Examiner Name | K. Chong |
| | | | Attorney Docket Number | 4140.01500B1 |

| | | | | | |
|---|---|---|---|---|---|
| US136 | 20140315977 | A1 | 2014-10-23 | BESTWICK et al. | |
| US137 | 20140315862 | A1 | 2014-10-23 | Kaye | |
| US138 | 20140296323 | A1 | 2014-10-02 | Leumann et al. | |
| US139 | 20140243516 | A1 | 2014-08-28 | WILTON et al. | |
| US140 | 20140243515 | A1 | 2014-08-28 | WILTON et al. | |
| US141 | 20140155587 | A1 | 2014-06-05 | WILTON et al. | |
| US142 | 20140094500 | A1 | 2014-04-03 | SAZANI et al. | |
| US143 | 20140080898 | A1 | 2014-03-20 | Wilton et al. | |
| US144 | 20140080896 | A1 | 2014-03-20 | Nelson et al. | |
| US145 | 20130302806 | A1 | 2013-11-14 | Van Deutekom | |
| US146 | 20130289096 | A1 | 2013-10-31 | POPPLEWELL et al. | |

SRPT-VYDS-0006378

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|

| Application Number | 16/112,453 |
|---|---|
| Filing Date | August 24, 2018 |
| First Named Inventor | WILTON, Stephen |
| Art Unit | 1635 |
| Examiner Name | K. Chong |
| Attorney Docket Number | 4140.01500B1 |

| | | | | | |
|---|---|---|---|---|---|
| US147 | 20130211062 | A1 | 2013-08-15 | Watanabe et al. | |
| US148 | 20130197220 | A1 | 2013-08-01 | Ueda | |
| US149 | 20130090465 | A1 | 2013-04-11 | MATSUO et al. | |
| US150 | 20130072671 | A1 | 2013-03-21 | Van Deutekom | |
| US151 | 20130331438 | A1 | 2013-12-12 | WILTON et al. | |
| US152 | 20130274313 | A1 | 2013-10-17 | WILTON et al. | |
| US153 | 20130253180 | A1 | 2013-09-26 | WILTON et al. | |
| US154 | 20130253033 | A1 | 2013-09-26 | WILTON et al. | |
| US155 | 20130217755 | A1 | 2013-08-22 | WILTON et al. | |
| US156 | 20130116310 | A1 | 2013-05-09 | Wilton et al. | |
| US157 | 20120202752 | A1 | 2012-08-09 | Lu | |

SRPT-VYDS-0006379

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | Application Number | 16/112,453 |
|---|---|---|---|
| | | Filing Date | August 24, 2018 |
| | | First Named Inventor | WILTON, Stephen |
| | | Art Unit | 1635 |
| | | Examiner Name | K. Chong |
| | | Attorney Docket Number | 4140.01500B1 |

| | US158 | 20120172415 | A1 | 2012-07-05 | Voit et al. | |
|---|---|---|---|---|---|---|
| | US159 | 20120149756 | A1 | 2012-06-14 | Schumperli et al. | |
| | US160 | 20120122801 | A1 | 2012-05-17 | PLATENBURG | |
| | US161 | 20120115150 | A1 | 2012-05-10 | Bozzoni et al. | |
| | US162 | 20120108653 | A1 | 2012-05-03 | POPPLEWELL et al. | |
| | US163 | 20120108652 | A1 | 2012-05-03 | POPPLEWELL et al. | |
| | US164 | 20120065169 | A1 | 2012-03-15 | Hanson et al. | |
| | US165 | 20120059042 | A1 | 2012-03-08 | Platenburg et al. | |
| | US166 | 20120046342 | A1 | 2012-02-23 | Van Deutekom et al. | |
| | US167 | 20120041050 | A1 | 2012-02-16 | Wilton et al. | |
| | US168 | 20120029060 | A1 | 2012-02-02 | Wilton et al. | |

SRPT-VYDS-0006380

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | | | | Application Number | 16/112,453 |
| Filing Date | August 24, 2018 |
| First Named Inventor | WILTON, Stephen |
| Art Unit | 1635 |
| Examiner Name | K. Chong |
| Attorney Docket Number | 4140.01500B1 |

| | US169 | 20120029059 | A1 | 2012-02-02 | Wilton et al. | |
|---|---|---|---|---|---|---|
| | US170 | 20120029058 | A1 | 2012-02-02 | Wilton et al. | |
| | US171 | 20120029057 | A1 | 2012-02-02 | Wilton et al. | |
| | US172 | 20120022145 | A1 | 2012-01-26 | Wilton et al. | |
| | US173 | 20120022144 | A1 | 2012-01-26 | Wilton et al. | |
| | US174 | 20120022134 | A1 | 2012-01-26 | DE KIMPE et al. | |
| | US175 | 20120289457 | A1 | 2012-11-15 | Hanson | |
| | US176 | 20120065244 | A1 | 2012-03-15 | Popplewell et al. | |
| | US177 | 20110312086 | A1 | 2011-12-22 | Van Deutekom | |
| | US178 | 20110294753 | A1 | 2011-12-01 | De Kimpe et al. | |
| | US179 | 20110281787 | A1 | 2011-11-17 | Lu et al. | |

SRPT-VYDS-0006381

| | | | | | |
|---|---|---|---|---|---|
| | | | **Application Number** | 16/112,453 | |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | | Filing Date | August 24, 2018 | |
| | | | First Named Inventor | WILTON, Stephen | |
| | | | Art Unit | 1635 | |
| | | | Examiner Name | K. Chong | |
| | | | Attorney Docket Number | 4140.01500B1 | |

| | US180 | 20110263686 | A1 | 2011-10-27 | WILTON et al. | |
|---|---|---|---|---|---|---|
| | US181 | 20110263682 | A1 | 2011-10-27 | De Kimpe et al. | |
| | US182 | 20110110960 | A1 | 2011-05-12 | PLATENBURG | |
| | US183 | 20110046360 | A1 | 2011-02-24 | MATSUO et al. | |
| | US184 | 20110046203 | A1 | 2011-02-24 | Wilton et al. | |
| | US185 | 20110015258 | A1 | 2011-01-20 | Wilton et al. | |
| | US186 | 20110015253 | A1 | 2011-01-20 | Wilton et al. | |
| | US187 | 20100168212 | A1 | 2010-07-01 | POPPLEWELL et al. | |
| | US188 | 20100130591 | A1 | 2010-05-27 | Sazani et al. | |
| | US189 | 20100016215 | A1 | 2010-01-21 | Moulton et al. | |
| | US190 | 20090312532 | A1 | 2009-12-17 | Van Deutekom et al. | |

SRPT-VYDS-0006382

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | Application Number | 16/112,453 |
| | | Filing Date | August 24, 2018 |
| | | First Named Inventor | WILTON, Stephen |
| | | Art Unit | 1635 |
| | | Examiner Name | K. Chong |
| | | Attorney Docket Number | 4140.01500B1 |

| | US191 | 20090269755 | A1 | 2009-10-29 | Aartsma-Rus et al. | |
| | US192 | 20090228998 | A1 | 2009-09-10 | van Ommen et al. | |
| | US193 | 20090099066 | A1 | 2009-04-16 | Moulton et al. | |
| | US194 | 20090088562 | A1 | 2009-04-02 | Weller et al. | |
| | US195 | 20090082547 | A1 | 2009-03-26 | Iversen et al. | |
| | US196 | 20090076246 | A1 | 2009-03-19 | van Deutekom | |
| | US197 | 20080209581 | A1 | 2008-08-28 | van Ommen et al. | |
| | US198 | 20080200409 | A1 | 2008-08-21 | Wilson et al. | |
| | US199 | 20080194463 | A1 | 2008-08-14 | Weller et al. | |
| | US200 | 20070265215 | A1 | 2007-11-15 | Iversen et al. | |
| | US201 | 20070082861 | A1 | 2007-04-12 | Matsuo et al. | |

SRPT-VYDS-0006383

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | Application Number | 16/112,453 |
|---|---|---|---|
| | | Filing Date | August 24, 2018 |
| | | First Named Inventor | WILTON, Stephen |
| | | Art Unit | 1635 |
| | | Examiner Name | K. Chong |
| | | Attorney Docket Number | 4140.01500B1 |

| | US202 | 20070037165 | A1 | 2007-02-15 | Venter et al. | |
|---|---|---|---|---|---|---|
| | US203 | 20060287268 | A1 | 2006-12-21 | Iversen et al. | |
| | US204 | 20060147952 | A1 | 2006-07-06 | van Ommen et al. | |
| | US205 | 20060099616 | A1 | 2006-05-11 | van Ommen et al. | |
| | US206 | 20060148740 | A1 | 2006-07-06 | Platenburg | |
| | US207 | 20050153935 | A1 | 2005-07-14 | Iversen et al. | |
| | US208 | 20050048495 | A1 | 2005-03-03 | Baker et al. | |
| | US209 | 20050026164 | A1 | 2005-02-03 | Zhou | |
| | US210 | 20040254137 | A1 | 2004-12-16 | Ackermann et al. | |
| | US211 | 20040248833 | A1 | 2004-12-09 | Emanuele et al. | |
| | US212 | 20030235845 | A1 | 2003-12-25 | van Ommen et al. | |

SRPT-VYDS-0006384

| | | | | | |
|---|---|---|---|---|---|
| | | **Application Number** | 16/112,453 | | |
| **INFORMATION DISCLOSURE** | | Filing Date | August 24, 2018 | | |
| **STATEMENT BY APPLICANT** | | First Named Inventor | WILTON, Stephen | | |
| ( **Not for submission under 37 CFR 1.99**) | | Art Unit | 1635 | | |
| | | Examiner Name | K. Chong | | |
| | | Attorney Docket Number | 4140.01500B1 | | |

| | US213 | 20030224353 | A1 | 2003-12-04 | Stein et al. | |
|---|---|---|---|---|---|---|
| | US214 | 20030166588 | A1 | 2003-09-04 | Iversen et al. | |
| | US215 | 20020156235 | A1 | 2002-10-24 | Manoharan et al. | |
| | US216 | 20020110819 | A1 | 2002-08-15 | Weller et al. | |
| | US217 | 20020049173 | A1 | 2002-04-25 | Bennett et al. | |
| | US218 | 20020055481 | A1 | 2002-05-09 | Matsuo et al. | |
| | US219 | 20010056077 | A1 | 2001-12-27 | Matsuo | |

If you wish to add additional U.S. Published Application citation information please click the Add button.  Add

**FOREIGN PATENT DOCUMENTS**    Remove

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | FP78 | 2003284638 | AU | A1 | 2004-06-18 | KOBE UNIVERSITY | | |
| | FP79 | 780517 | AU | B2 | 2005-03-24 | JCR PHARMACEUTICALS CO., LTD. | | |

SRPT-VYDS-0006385

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 | | | | |
| | | Filing Date | August 24, 2018 | | | | |
| | | First Named Inventor | WILTON, Stephen | | | | |
| | | Art Unit | 1635 | | | | |
| | | Examiner Name | K. Chong | | | | |
| | | Attorney Docket Number | 4140.01500B1 | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FP80 | 2507125 | CA | A1 | 2004-06-10 | MATSUO, MASAFUMI | | |
| FP81 | 1054058 | EP | A1 | 2000-11-22 | JCR PHARMACEUTICALS CO., LTD. | | |
| FP82 | 1160318 | EP | A2 | 2001-12-05 | JCR PHARMACEUTICALS CO., LTD. | | |
| FP83 | 1191097 | EP | A1 | 2002-03-27 | LEIDS UNIVERSITAIR MEDISCH CENTRUM | | |
| FP84 | 1191098 | EP | A2 | 2002-03-27 | JCR PHARMACEUTICALS CO., LTD. | | |
| FP85 | 1191098 | EP | B9 | 2006-06-28 | JCR Pharmaceuticals Co., Ltd | | |
| FP86 | 1495769 | EP | A1 | 2005-01-12 | LBR MEDBIOTECH B.V. | | |
| FP87 | 1495769 | EP | B1 | 2008-02-27 | LBR Medbiotech B V | | |
| FP88 | 1544297 | EP | A2 | 2005-06-22 | JCR PHARMACEUTICALS CO., LTD. | | |
| FP89 | 1544297 | EP | B1 | 2009-09-16 | JCR Pharmaceuticals Co., Ltd | | |
| FP90 | 1568769 | EP | A1 | 2005-08-31 | MATSUO, MASAFUMI ET AL. | | |

SRPT-VYDS-0006386

| | | INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
|---|---|---|---|---|
| | | | Filing Date | August 24, 2018 |
| | | | First Named Inventor | WILTON, Stephen |
| | | | Art Unit | 1635 |
| | | | Examiner Name | K. Chong |
| | | | Attorney Docket Number | 4140.01500B1 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| FP91 | 1606407 | EP | B1 | 2013-12-18 | ACADEMISCH ZIEKENHUIS LEIDEN | | |
| FP92 | 1619249 | EP | A1 | 2006-01-25 | ACADEMISCH ZIEKENHUIS LEIDEN | | |
| FP93 | 1619249 | EP | B1 | 2006-01-25 | Academisch Ziekenhuis Leiden | | |
| FP94 | 1766010 | EP | B1 | 2011-02-16 | THE UNIVERSITY WESTERN AUSTRALIA | | |
| FP95 | 1857548 | EP | A1 | 2007-11-21 | ACADEMISCH ZIEKENHUIS LEIDEN | | |
| FP96 | 2119783 | EP | A1 | 2009-11-18 | PROSENSA TECHNOLOGIES B.V. | | |
| FP97 | 2135948 | EP | A2 | 2009-12-23 | MATSUO, MASAFUMI, ET AL. | | |
| FP98 | 2135948 | EP | B1 | 2014-09-17 | Matsuo, Masafumi | | |
| FP99 | 2206781 | EP | A2 | 2010-07-14 | THE UNIVERSITY OF WESTERN AUSTRALIA | | |
| FP100 | 2258863 | EP | A1 | 2010-12-08 | UNIVERSITA 'DEGLI STUDI DI ROMA "LA SAPIENZA" | | |
| FP101 | 2284264 | EP | A1 | 2011-02-16 | ACADEMISCH ZIEKENHUIS LEIDEN | | |

SRPT-VYDS-0006387

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | Application Number | 16/112,453 |
| --- | --- | --- | --- |
| | | Filing Date | August 24, 2018 |
| | | First Named Inventor | WILTON, Stephen |
| | | Art Unit | 1635 |
| | | Examiner Name | K. Chong |
| | | Attorney Docket Number | 4140.01500B1 |

| | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| FP102 | 2374885 | EP | A2 | 2011-10-12 | MATSUO, MASAFUMI ET AL. | | |
| FP103 | 2386636 | EP | A2 | 2011-11-16 | MATSUO, MASAFUMI ET AL. | | |
| FP104 | 2392660 | EP | A2 | 2011-12-07 | MATSUO, MASAFUMI ET AL. | | |
| FP105 | 2435582 | EP | B1 | 2013-10-23 | UNIVERSITA DEGLI STUDI DI ROMA LA SAPIENZA | | |
| FP106 | 2435583 | EP | B1 | 2014-07-09 | UNIVERSITA DEGLI STUDI DI ROMA LA SAPIENZA | | |
| FP107 | 2488165 | EP | B1 | 2014-07-23 | UNIVERSITA DELGI STUDI DI FERRA | | |
| FP108 | 2500430 | EP | A2 | 2012-09-19 | UNIV WESTERN AUSTRALIA | | |
| FP109 | 2530153 | EP | A1 | 2012-12-05 | MATSUO, MASAFUMI ET AL. | | |
| FP110 | 2530154 | EP | A1 | 2012-12-05 | MATSUO, MASAFUMI ET AL. | | |
| FP111 | 2530155 | EP | A1 | 2012-12-05 | MATSUO, MASAFUMI ET AL. | | |
| FP112 | 2530156 | EP | A1 | 2012-12-05 | MATSUO, MASAFUMI ET AL. | | |

SRPT-VYDS-0006388

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | Application Number | 16/112,453 |
|---|---|---|---|
| | | Filing Date | August 24, 2018 |
| | | First Named Inventor | WILTON, Stephen |
| | | Art Unit | 1635 |
| | | Examiner Name | K. Chong |
| | | Attorney Docket Number | 4140.01500B1 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| FP113 | 2581448 | EP | A1 | 2013-04-17 | ASSOCIATION INSTITUT DE MYOLOGIE ET AL. | | |
| FP114 | 2594640 | EP | A1 | 2013-05-22 | ACADEMISCH ZIEKENHUIS LEIDEN | | |
| FP115 | 2594641 | EP | A1 | 2013-05-22 | ACADEMISCH ZIEKENHUIS LEIDEN | | |
| FP116 | 2594642 | EP | A1 | 2013-05-22 | ACADEMISCH ZIEKENHUIS LEIDEN | | |
| FP117 | 2602322 | EP | A1 | 2013-06-12 | ACADEMISCH ZIEKENHUIS LEIDEN | | |
| FP118 | 2607484 | EP | A1 | 2013-06-26 | PROSENSA TECHNOLOGIES B.V. | | |
| FP119 | 2612917 | EP | A1 | 2013-07-10 | NIPPON SHINYAKU CO., LTD. | | |
| FP120 | 2614827 | EP | A2 | 2013-07-17 | ACADEMISCH ZIEKENHUIS LEIDEN | | |
| FP121 | 2623507 | EP | A1 | 2013-08-07 | NIPPON SHINYAKU CO., LTD. | | |
| FP122 | 2636740 | EP | A1 | 2013-09-11 | ACADEMISCH ZIEKENHUIS LEIDEN | | |
| FP123 | 2636741 | EP | A1 | 2013-09-11 | ACADEMISCH ZIEKENHUIS LEIDEN | | |

SRPT-VYDS-0006389

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | 16/112,453 | |
| Filing Date | August 24, 2018 | |
| First Named Inventor | WILTON, Stephen | |
| Art Unit | 1635 | |
| Examiner Name | K. Chong | |
| Attorney Docket Number | 4140.01500B1 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FP124 | 2636742 | EP | A1 | 2013-09-11 | ACADEMISCH ZIEKENHUIS LEIDEN | | |
| FP125 | 2799548 | EP | A1 | 2014-11-05 | NIPPON SHINYAKU CO., LTD | | |
| FP126 | 2801618 | EP | A1 | 2014-11-12 | ACADEMISCH ZIEKENHUIS LEIDEN | | |
| FP127 | 1160318 | EP | B1 | 2008-05-28 | JCR Pharmaceuticals Co., Ltd | | |

If you wish to add additional Foreign Patent Document citation information please click the Add button  **Add**

### NON-PATENT LITERATURE DOCUMENTS  **Remove**

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T5 |
|---|---|---|---|
| | NPL642 | "Efficacy Study of AVI-4658 to Induce Dystrophin Expression in Selected Duchenne Muscular Dystrophy Patients" ClinicalTrials.gov dated January 22, 2013 | |
| | NPL643 | "Efficacy Study of AVI-4658 to Induce Dystrophin Expression in Selected Duchenne Muscular Dystrophy Patients," Clinical Trial Identifier No. NCT01396239, ClinicalTrials.gov, dated July, 15, 2011, page 1-4. | |
| | NPL644 | "Efficacy, Safety, and Tolerability Rollover Study of Eteplirsen in Subjects with Duchenne Muscular Dystrophy," Clinical Trial Identifier No. NCT01540409, ClinicalTrials.gov, published online February 23, 2012, page 1-4. | |
| | NPL645 | "Eteplirsen - Inhibitor of Dystrophin Expression - Treatment of Duchenne Muscular Dystrophy", Drugs of the Future, Vol.38(1):13-17 (2013) | |
| | NPL646 | "Open-Label, Multiple-Dose, Efficacy, Safety, and; Tolerability Study of Eteplirsen in Subjects With Duchenne; Muscular Dystrophy Who Participated in Study 4658-US-; 201," ClinicalTrials.gov dated July 31, 2012, 3 pages ; | |

SRPT-VYDS-0006390

| | | Application Number | 16/112,453 |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | Filing Date | August 24, 2018 |
| | | First Named Inventor | WILTON, Stephen |
| | | Art Unit | 1635 |
| | | Examiner Name | K. Chong |
| | | Attorney Docket Number | 4140.01500B1 |

| | | | |
|---|---|---|---|
| | NPL647 | "Open-Label, Multiple-Dose, Efficacy, Safety, and; Tolerability Study of Eteplirsen in Subjects With Duchenne; Muscular Dystrophy Who Participated in Study 4658-US-; 201," ClinicalTrials.gov dated October 17, 2013, 3 pages ; | |
| | NPL648 | "Open-Label, Multiple-Dose, Efficacy, Safety, and; Tolerability Study of Eteplirsen in Subjects With Duchenne; Muscular Dystrophy Who Participated in Study 4658-US-; 201," ClinicalTrials.gov dated February 27, 2012, 3 pages ; | |
| | NPL649 | 2nd Expert Declaration of Dr. Erik Sontheimer ("2nd S Decl.") (Exhibit Number 1067 filed in interferences 106008, 106007 on December 23, 2014) | |
| | NPL650 | 3rd Declaration of Erik J. Sontheimer, Ph.D. ("3rd S. Decl."),  Pages 123,  Exhibit Number 1186 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL651 | A Comparative Study on AONs between 20 and 50 Nucleotides Designed  to Induce the Skipping of Exon 53 from the Dystrophin Pre-mRNA, Pages 6, Exhibit Number 1128 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL652 | A Comparative Study on AONs Between 20 and 50 Nucleotides Designed to Induce the Skipping of Exon 51 from the Dystrophin Pre-mRNA, Pages 6, Exhibit Number 1127 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL653 | Aartsma-Rus A, et al. "Theoretic applicability of antisense-mediated exon skipping for Duchenne muscular dystrophy mutations," Hum Mutat 2009;30:293-99. | |
| | NPL654 | Aartsma-Rus et al., "Antisense-induced exon skipping for duplications in Duchenne muscular dystrophy," BMC Medical Genetics 8:43 (2007), (University of Western Australia Exhibit 2135, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-9.) | |
| | NPL655 | AARTSMA-RUS, Annemieke et al., "194th ENMC international workshop. 3rd ENMC workshop on exon skipping: Towards clinical application of antisense-mediated exon skipping for Duchenne muscular dystrophy 8-10 December 2012, Naarden, The Netherlands," Neuromuscular Disorders, Vol. 23:934-944 (2013) | |
| | NPL656 | AARTSMA-RUS, Annemieke et al., "Antisense-Induced Multiexon Skipping for Duchenne Muscular Dystrophy Makes More Sense," Am. J. Hum. Genet., Vol. 74:83-92 (2004) | |
| | NPL657 | AARTSMA-RUS, Annemieke et al., "Functional Analysis of 114 Exon-Internal AONs for Targeted DMD Exon Skipping: Indication for Steric Hindrance of SR Protein Binding Sites," Oligonucleotides, Vol. 15:284-297 (2005) (Exhibit Number 2016 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |

SRPT-VYDS-0006391

| | | | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 | |
| | Filing Date | August 24, 2018 | |
| | First Named Inventor | WILTON, Stephen | |
| | Art Unit | 1635 | |
| | Examiner Name | K. Chong | |
| | Attorney Docket Number | 4140.01500B1 | |

| | | | |
|---|---|---|---|
| NPL658 | AARTSMA-RUS, Annemieke et al., "Guidelines for Antisense Oligonucleotide Design and Insight Into Splice-modulating Mechanisms," Molecular Therapy, Vol. 17(3):548-553 (2009) (Exhibit Number 2014 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| NPL659 | AARTSMA-RUS, Annemieke et al., "Guidelines for Antisense Oligonucleotide Design and Insight Into Splice-modulating Mechanisms," Molecular Therapy, Vol. 17(3):548-553 (2009). Supplementary Table 1. | |
| NPL660 | AARTSMA-RUS, Annemieke et al., "Targeted exon skipping as a potential gene correction therapy for Duchenne muscular dystrophy," Neuromuscular Disorders, Vol. 12:S71-S77 (2002) | |
| NPL661 | AARTSMA-RUS, Annemieke et al., "Therapeutic antisense-induced exon skipping in cultured muscle cells from six different DMD patients," Human Molecular Genetics, Vol. 12(8):907-914 (2003) | |
| NPL662 | ABBS, Stephen et al., "A convenient multiplex PCR system for the detection of dystrophin gene deletions: a comparative analysis with cDNA hybridisation shows mistypings by both methods," J. Med. Genet., Vol. 28:304-311 (1991) | |
| NPL663 | Abes, S. et al., "Efficient Splicing Correction by PNA Conjugation to an R6-Penetratin Delivery Peptide", Nucleic Acids Research Vol.35(13):4495-4502 (2007) | |
| NPL664 | AGRAWAL, Sudhir et al., "GEM 91 - An Antisense Oligonucleotide Phosphorothioate as a Therapeutic Agent for AIDS," Antisense Research and Development, Vol. 2:261-266 (1992) | |
| NPL665 | AGRAWAL, Sudhir et al., "Oligodeoxynucleoside phosphoramidates and phosphorothioates as inhibitors of human immunodeficiency virus," Proc. Natl. Acad. Sci. USA, Vol. 85:7079-7083 (1988) | |
| NPL666 | Ahmad A, et al., "Mdx mice inducibly expressing dystrophin provide insights into the potential of gene therapy for Duchenne muscular dystrophy," Hum Mol Genet 2000;9:2507-2515. | |
| NPL667 | AKHTAR, Saghir et al., "Cellular uptake and intracellular fate of antisense oligonucleotides," Trends in Cell Biology, Vol. 2:139-144 (1992) | |
| NPL668 | AKHTAR, Saghir, "Delivery Strategies for Antisense Oligonucleotide Therapeutics," CRC Press, Inc., Boca Raton, FL, 160 pages (1995) | |

SRPT-VYDS-0006392

| | | | Application Number | 16/112,453 |
|---|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | | Filing Date | August 24, 2018 |
| | | | First Named Inventor | WILTON, Stephen |
| | | | Art Unit | 1635 |
| | | | Examiner Name | K. Chong |
| | | | Attorney Docket Number | 4140.01500B1 |

| | | | |
|---|---|---|---|
| | NPL669 | Alignments of Dystrophin mRNA and Oligonucleotides, 6 pages, submitted to the Patent Trial and Appeal Board in Interference No. 106008, dated November 18, 2014 (Exhibit Number 1054 filed in interferences 106008, 106007 on November 18, 2014) | |
| | NPL670 | ALTER, Julia et al., "Systemic delivery of morpholino oligonucleotide restores dystrophin expression bodywide and improves dystrophic pathology," Nature Medicine, Vol. 12(2):175-177 (2006) | |
| | NPL671 | Amendment under 37 CFR 1.312 for Application No. 14/248,279, 5 pages, dated September 19, 2014 (Exhibit Number 2053 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL672 | Analysis of Second PCR Product by Gel Electrophoresis, Pages 1, Exhibit Number 1182 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | NPL673 | ANDERSON, W. French, "Human Gene Therapy," Science, Vol. 256:808-813 (1992) | |
| | NPL674 | Annotated scenario introduced and referred to during March 12, 2015 deposition of Erik J. Sontheimer, Ph.D., (University of Western Australia Exhibit 2139, filed April 3, 2015 in Interferences 106007, 106008, and 106013, page 1.) | |
| | NPL675 | ANTHONY, Karen et al., "Dystrophin quantification: Biological and Translational Research Implications," Neurology, Vol. 83:1-8 (2014) (Exhibit Number 2028 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL676 | AON PS1958 Mass Spectrometry Data, Pages 7, Exhibit Number 1146 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | NPL677 | AON PS1958 UPLC Data, Pages 2, Exhibit Number 1157 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | NPL678 | AON PS1959 Mass Spectrometry Data, Pages 5, Exhibit Number 1147 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | NPL679 | AON PS1959 UPLC Data, Pages 2, Exhibit Number 1158 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |

SRPT-VYDS-0006393

| | | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | | |
|---|---|---|
| NPL680 | AON PS1960 Mass Spectrometry Data, Pages 8,   Exhibit Number 1148 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| NPL681 | AON PS1960 UPLC Data, Pages 2,   Exhibit Number 1159 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| NPL682 | AON PS1961 Mass Spectrometry Data, Pages 5,   Exhibit Number 1149 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| NPL683 | AON PS1961 UPLC Data, Pages 2,   Exhibit Number 1160 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| NPL684 | AON PS1962 Mass Spectrometry Data, Pages 7,   Exhibit Number 1150 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| NPL685 | AON PS1962 UPLC Data, Pages 2,   Exhibit Number 1161 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| NPL686 | AON PS1963 Mass Spectrometry Data, Pages 10,   Exhibit Number 1151 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| NPL687 | AON PS1963 UPLC Data, Pages 2,   Exhibit Number 1162 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| NPL688 | AON PS1964 Mass Spectrometry Data, Pages 13,   Exhibit Number 1152 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| NPL689 | AON PS1964 UPLC Data, Pages 2,   Exhibit Number 1163 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| NPL690 | AON PS1965 Mass Spectrometry Data, Pages 9,   Exhibit Number 1153 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |

SRPT-VYDS-0006394

| | Application Number | 16/112,453 |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99**) | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | NPL691 | AON PS1965 UPLC Data, Pages 2,   Exhibit Number 1164 filed in Interferences 106,007 and 106,008 on February 16, 2015. |
|---|---|---|

| If you wish to add additional non-patent literature document citation information please click the Add button | Add |
|---|---|

**EXAMINER SIGNATURE**

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through a citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

SRPT-VYDS-0006395

| | | | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 | |
| | Filing Date | August 24, 2018 | |
| | First Named Inventor | WILTON, Stephen | |
| | Art Unit | 1635 | |
| | Examiner Name | K. Chong | |
| | Attorney Docket Number | 4140.01500B1 | |

| | | | |
|---|---|---|---|
| | NPL692 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Request for Rehearing, filed in Patent Interference No. 106,013, October 29, 2015, pages 1-20 (Doc 198). | |
| | NPL693 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Revised Designation of Lead and Backup Counsel, 4 pages, Patent Interference No. 106,007, (Doc 415), dated March 10, 2015. | |
| | NPL694 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Revised Designation of Lead and Backup Counsel, 4 pages, Patent Interference No. 106,013, (Doc 150 ), dated March 10, 2015. | |
| | NPL695 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Revised Designation of Lead and Backup Counsel, 5 pages, Patent Interference No. 106,008, (Doc 423 ), dated March 10, 2015. | |
| | NPL696 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia, Exhibit List as of February 17, 2015, 8 pages, Patent Interference No. 106,007, (Doc No. 398) dated February 17, 2015. | |
| | NPL697 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia, Exhibit List as of February 17, 2015, 8 pages, Patent Interference No. 106,008, (Doc No. 406) dated February 17, 2015. | |
| | NPL698 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Clean Copy of Involved Claims and Sequence, Patent Interference No. 106,007, 8 pages, dated August 1, 2014 (Doc 12) | |
| | NPL699 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Clean Copy of Involved Claims and Sequence, Patent Interference No. 106,013, 7 pages, dated October 14, 2014 (Doc 7) | |
| | NPL700 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Clean Copy of Involved Claims and Sequences, Patent Interference No. 106,008, 8 pages, dated August 7, 2014 (Doc 12) | |
| | NPL701 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Exhibit List as of November 18, 2014, 7 pages, Patent Interference No. 106,008, dated November 18, 2014 (Doc 216) | |
| | NPL702 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Exhibit list, 7 pages, Patent Interference No. 106,007, dated November 18, 2014 (Doc 213) | |

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
|---|---|---|
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | NPL703 | Wang et al., "In Vitro evaluation of novel antisense oligonucleotides is predictive of in vivo exon skipping activity for Duchenne muscular dystrophy," J. Gene Medicine, Vol. 12, pp. 354-364 (March, 2010), Exhibit Number 1115 filed in interferences 106,007 and 106,008 on February 17, 2015. | |
|---|---|---|---|
| | NPL704 | WANG, Chen-Yen et al., "pH-sensitive immunoliposomes mediate target-cell-specific delivery and controlled expression of a foreign gene in mouse," Proc. Natl. Acad. Sci. USA, Vol. 84:7851-7855 (1987) | |
| | NPL705 | WATAKABE, Akiya et al., "The role of exon sequences in splice site selection," Genes & Development, Vol. 7:407-418 (1993) | |
| | NPL706 | Watanabe et al., "Plasma Protein Binding of an Antisense Oligonucleotide Targeting Human ICAM-1 (ISIS 2302)," Oligonucleotides, Vol. 16, pp. 169- 180 (2006), Exhibit Number 1197 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL707 | WIJNAENDTS, L.C.D. et al., "Prognostic importance of DNA flow cytometric variables in rhabdomyosarcomas," J. Clin. Pathol., Vol. 46:948-952 (1993) (Exhibit Number 1041 filed in interferences 106008, 106007 on November 18, 2014) | |
| | NPL708 | Wilton et al. (2007) "Antisense Oligonucleotide-induced Exon Skipping Across the Human Dystrophin Gene Transcript," Molecular Therapy 15(7):1288-1296, 10 pages, (Exhibit Number 2121 filed in interferences 106,007 and 106,008 on February 17, 2015 | |

| If you wish to add additional non-patent literature document citation information please click the Add button | Add |
|---|---|

**EXAMINER SIGNATURE**

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

SRPT-VYDS-0006397

Equivalent of Form PTO/SB/08b (7-09)

| Substitute for form 1449/PTO | | | **Complete if Known** | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | | | Application Number | 16/112,453 |
| | | | Filing Date | August 24, 2018 |
| | | | First Named Inventor | Stephen Donald WILTON |
| | | | Art Unit | 1635 |
| | | | Examiner Name | Chong, Kimberly |
| Sheet | 1 | of | 1 | Attorney Docket Number | 4140.01500B1 |

| | | **NON PATENT LITERATURE DOCUMENTS** | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published | T[2] |
| | NPL709 | Office Action mailed July 12, 2018, in United States Patent Application No. 15/645,842, Wilton et al., filed July 10, 2017, 19 pages | |
| | NPL710 | Office Action mailed July 31, 2018, in United States Patent Application No. 15/655,646, Wilton et al., filed July 20, 2017, 15 pages | |
| | NPL711 | Office Action mailed September 7, 2018, in United States Patent Application No. 15/673,019, Wilton et al., filed August 9, 2017, 9 pages | |
| | NPL712 | KOENIG, M., et al., "Alternative splicing of human dystrophin mRNA generates isoforms at the carboxy terminus," Letters to Nature 338:509-511, Nature Publishing Group, United Kingdom (1989) | |
| | NPL713 | TAKESHIMA, Y., et al., "Modulation of in vitro splicing of the upstream intron by modifying an intra-exon sequence which is deleted from the dystrophin gene in dystrophin Kobe," The Journal of Clinical Investigation 95:515-520, The American Society for Clinical Investigation (United States) (1995) | |
| | NPL714 | Office Action mailed October 18, 2018, in United States Patent Application No. 16/112,371, Wilton et al., filed August 24, 2018, 6 pages | |

10582146_1.docx

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
[1] Applicant's unique citation designation number (optional). [2] Applicant is to place a check mark here if English language Translation is attached.

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 16112453 |
| **Filing Date:** | 24-Aug-2018 |
| **Title of Invention:** | ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF |
| **First Named Inventor/Applicant Name:** | Stephen Donald WILTON |
| **Filer:** | Neil P. Shull/Debbie Colonna |
| **Attorney Docket Number:** | 4140.01500B1 |

Filed as Small Entity

**Filing Fees for** Utility under 35 USC 111(a)

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |

SRPT-VYDS-0006460

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| SUBMISSION- INFORMATION DISCLOSURE STMT | 2806 | 1 | 120 | 120 |
| **Total in USD ($)** | | | | **120** |

SRPT-VYDS-0006461

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 34888051 |
| **Application Number:** | 16112453 |
| **International Application Number:** | |
| **Confirmation Number:** | 3144 |
| **Title of Invention:** | ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF |
| **First Named Inventor/Applicant Name:** | Stephen Donald WILTON |
| **Customer Number:** | 153767 |
| **Filer:** | Neil P. Shull/Debbie Colonna |
| **Filer Authorized By:** | Neil P. Shull |
| **Attorney Docket Number:** | 4140.01500B1 |
| **Receipt Date:** | 17-JAN-2019 |
| **Filing Date:** | 24-AUG-2018 |
| **Time Stamp:** | 16:35:40 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | CARD |
| Payment was successfully received in RAM | $ 120 |
| RAM confirmation Number | 011819INTEFSW16362000 |
| Deposit Account | |
| Authorized User | |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |

SRPT-VYDS-0006462

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 4140_01500B1_Amendment_Reply.pdf | 117936<br><br>9f30ba491cff0523553b70685f0997f93e061219 | yes | 6 |

| | Multipart Description/PDF files in .zip description | | | | |
|---|---|---|---|---|---|
| | Document Description | | Start | | End |
| | Amendment/Req. Reconsideration-After Non-Final Reject | | 1 | | 1 |
| | Claims | | 2 | | 2 |
| | Applicant Arguments/Remarks Made in an Amendment | | 3 | | 6 |

| Warnings: |
|---|
| Information: |

| 2 | Transmittal Letter | 4140_01500B1_IDS_Pleading.pdf | 118365<br><br>4b1d4923f460f6ca56448cc89eb2d859ec9851c8 | no | 7 |
|---|---|---|---|---|---|

| Warnings: |
|---|
| Information: |

| 3 | Information Disclosure Statement (IDS) Form (SB08) | 4140_01500B1_IDS_Form_08a_08b.pdf | 3244431<br><br>c817d588c489d2fc2f59b85d1dff3fee2fa24efa | no | 111 |
|---|---|---|---|---|---|

| Warnings: |
|---|
| Information: |
| This is not an USPTO supplied IDS fillable form |

| 4 | Information Disclosure Statement (IDS) Form (SB08) | 4140_01500B1_IDS_Form_08b.pdf | 117461<br><br>6683dcb25ef58690e19db7aafc96de364616b1ec | no | 1 |
|---|---|---|---|---|---|

| Warnings: |
|---|
| Information: |
| This is not an USPTO supplied IDS fillable form |

SRPT-VYDS-0006463

| 5 | Non Patent Literature | NPL709_OA_15645842_071220 18.PDF | 1070489<br><br>b2652239d9aa211887f7b618bb322b5b90c 06e7c | no | 20 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 6 | Non Patent Literature | NPL710_NFOA_15655646_073 12018.PDF | 760181<br><br>0cc4bf8872ce3927586d536cb5982d03706 abc57 | no | 16 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 7 | Non Patent Literature | NPL711_OA_15673019_090720 18.PDF | 351983<br><br>6f183500377fb479091b657f104936290d71 ff0a | no | 9 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 8 | Non Patent Literature | NPL712_Koenig_1989.PDF | 633941<br><br>4fcf2caf4917ccza67ae3d1a3c48638c0de830 165 | no | 3 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 9 | Non Patent Literature | NPL713_Takeshima.PDF | 727124<br><br>4c6c7c321f8ff4b8d39690979f2fd70dfb803 61a | no | 7 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 10 | Non Patent Literature | NPL714_OA_1018201.PDF | 213648<br><br>4e89d10f8902cb12b4d545b133d8171e835 170a0 | no | 6 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 11 | Fee Worksheet (SB06) | fee-info.pdf | 30593<br><br>57d9e312ba6917939d270585f6153d0087 5e869 | no | 2 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| | **Total Files Size (in bytes):** | | 7386152 | | |
|---|---|---|---|---|---|

SRPT-VYDS-0006464

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

SRPT-VYDS-0006465

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

153767    7590    02/12/2019
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 NEW YORK AVENUE, N.W.
WASHINGTON, DC 20005

| EXAMINER |
|---|
| CHONG, KIMBERLY |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1635 | |

DATE MAILED: 02/12/2019

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 16/112,453 | 08/24/2018 | Stephen Donald WILTON | 4140.01500B1 | 3144 |

TITLE OF INVENTION: ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | SMALL | $500 | $0.00 | $0.00 | $500 | 05/13/2019 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN <u>THREE MONTHS</u> FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. <u>THIS STATUTORY PERIOD CANNOT BE EXTENDED.</u> SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the ENTITY STATUS shown above. If the ENTITY STATUS is shown as SMALL or MICRO, verify whether entitlement to that entity status still applies.

If the ENTITY STATUS is the same as shown above, pay the TOTAL FEE(S) DUE shown above.

If the ENTITY STATUS is changed from that shown above, on PART B - FEE(S) TRANSMITTAL, complete section number 5 titled "Change in Entity Status (from status indicated above)".

For purposes of this notice, small entity fees are 1/2 the amount of undiscounted fees, and micro entity fees are 1/2 the amount of small entity fees.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Maintenance fees are due in utility patents issuing on applications filed on or after Dec. 12, 1980. It is patentee's responsibility to ensure timely payment of maintenance fees when due. More information is available at www.uspto.gov/PatentMaintenanceFees.**

Page 1 of 3

PTOL-85 (Rev. 02/11)

SRPT-VYDS-0006467

**PART B - FEE(S) TRANSMITTAL**

Complete and send this form, together with applicable fee(s), by mail or fax, or via EFS-Web.

| By mail, send to: | Mail Stop ISSUE FEE<br>Commissioner for Patents<br>P.O. Box 1450<br>Alexandria, Virginia 22313-1450 | By fax, send to:  (571)-273-2885 |
|---|---|---|

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

153767        7590        02/12/2019
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 NEW YORK AVENUE, N.W.
WASHINGTON, DC 20005

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**

I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being transmitted to the USPTO via EFS-Web or by facsimile to (571) 273-2885, on the date below.

_____ (Typed or printed name)

_____ (Signature)

_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 16/112,453 | 08/24/2018 | Stephen Donald WILTON | 4140.01500B1 | 3144 |

TITLE OF INVENTION: ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | SMALL | $500 | $0.00 | $0.00 | $500 | 05/13/2019 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| CHONG, KIMBERLY | 1635 | 514-04400A |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-09 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list
(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,
(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____

2 _____

3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document must have been previously recorded, or filed for recordation, as set forth in 37 CFR 3.11 and 37 CFR 3.81(a). Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                (B) RESIDENCE: (CITY and STATE OR COUNTRY)


Please check the appropriate assignee category or categories (will not be printed on the patent) : ☐ Individual ☐ Corporation or other private group entity ☐ Government

4a. Fees submitted: ☐ Issue Fee  ☐ Publication Fee (if required)  ☐ Advance Order - # of Copies _____

4b. Method of Payment: (Please first reapply any previously paid fee shown above)

☐ Electronic Payment via EFS-Web    ☐ Enclosed check    ☐ Non-electronic payment by credit card (Attach form PTO-2038)

☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment to Deposit Account No. _____

5. **Change in Entity Status** (from status indicated above)

☐ Applicant certifying micro entity status. See 37 CFR 1.29

☐ Applicant asserting small entity status. See 37 CFR 1.27

☐ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.
NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.
NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

| Authorized Signature _____ | Date _____ |
|---|---|
| Typed or printed name _____ | Registration No. _____ |

PTOL-85 Part B (08-18) Approved for use through 01/31/2020        OMB 0651-0033        U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

SRPT-VYDS-0006468

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 16/112,453 | 08/24/2018 | Stephen Donald WILTON | 4140.01500B1 | 3144 |

153767    7590    02/12/2019

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 NEW YORK AVENUE, N.W.
WASHINGTON, DC 20005

| EXAMINER |
|---|
| CHONG, KIMBERLY |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1635 | |

DATE MAILED: 02/12/2019

**Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)**
(Applications filed on or after May 29, 2000)

The Office has discontinued providing a Patent Term Adjustment (PTA) calculation with the Notice of Allowance.

Section 1(h)(2) of the AIA Technical Corrections Act amended 35 U.S.C. 154(b)(3)(B)(i) to eliminate the requirement that the Office provide a patent term adjustment determination with the notice of allowance. See Revisions to Patent Term Adjustment, 78 Fed. Reg. 19416, 19417 (Apr. 1, 2013). Therefore, the Office is no longer providing an initial patent term adjustment determination with the notice of allowance. The Office will continue to provide a patent term adjustment determination with the Issue Notification Letter that is mailed to applicant approximately three weeks prior to the issue date of the patent, and will include the patent term adjustment on the patent. Any request for reconsideration of the patent term adjustment determination (or reinstatement of patent term adjustment) should follow the process outlined in 37 CFR 1.705.

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

PTOL-85 (Rev. 02/11)

SRPT-VYDS-0006469

## OMB Clearance and PRA Burden Statement for PTOL-85 Part B

The Paperwork Reduction Act (PRA) of 1995 requires Federal agencies to obtain Office of Management and Budget approval before requesting most types of information from the public. When OMB approves an agency request to collect information from the public, OMB (i) provides a valid OMB Control Number and expiration date for the agency to display on the instrument that will be used to collect the information and (ii) requires the agency to inform the public about the OMB Control Number's legal significance in accordance with 5 CFR 1320.5(b).

The information collected by PTOL-85 Part B is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 30 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450. Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b) (2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.  The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2.  A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3.  A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4.  A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5.  A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6.  A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7.  A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8.  A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9.  A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

| *Notice of Allowability* | Application No.<br>16/112,453 | | Applicant(s)<br>WILTON et al. | |
|---|---|---|---|---|
| | Examiner<br>KIMBERLY CHONG | | Art Unit<br>1635 | AIA Status<br>No |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☑ This communication is responsive to <u>01/17/2019</u>.
   - ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

3. ☑ The allowed claim(s) is/are <u>1-2</u>. As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see **http://www.uspto.gov/patents/init_events/pph/index.jsp** or send an inquiry to **PPHfeedback@uspto.gov**.

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   **Certified copies:**
   - a) ☐ All    b) ☐ Some    *c) ☐ None of the:
     1. ☐ Certified copies of the priority documents have been received.
     2. ☐ Certified copies of the priority documents have been received in Application No. _____ .
     3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).
   - * Certified copies not received: _____ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ CORRECTED DRAWINGS (as "replacement sheets") must be submitted.
   - ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____ .
   **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1. ☐ Notice of References Cited (PTO-892)
2. ☑ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date <u>01/17/2019</u>.
3. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material _____ .
4. ☐ Interview Summary (PTO-413), Paper No./Mail Date. _____ .

5. ☐ Examiner's Amendment/Comment
6. ☑ Examiner's Statement of Reasons for Allowance
7. ☐ Other _____ .

/KIMBERLY CHONG/
Primary Examiner, Art Unit 1635

SRPT-VYDS-0006471

Application/Control Number: 16/112,453                                                Page 2
Art Unit: 1635

### *Notice of Pre-AIA or AIA Status*

The present application is being examined under the pre-AIA first to invent

provisions.


### *Reasons for Allowance*

The following is an examiner's statement of reasons for allowance: the

amendments filed 01/17/2019 have overcome the rejections of record.  Claims 1 and 2

are in condition for allowance.


Any comments considered necessary by applicant must be submitted no later

than the payment of the issue fee and, to avoid processing delays, should preferably

accompany the issue fee.  Such submissions should be clearly labeled "Comments on

Statement of Reasons for Allowance."


### *Conclusion*

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to **KIMBERLY CHONG at (571)272-3111**.  The examiner

can normally be reached Monday thru Friday between M-F 8:00am-4:30pm.

If attempts to reach the examiner by telephone are unsuccessful please contact

the SPE for 1674 Ram Shukla at 571-272-0735. The fax phone number for the

organization where this application or proceeding is assigned is 571-273-8300.

Patent applicants with problems or questions regarding electronic images that
can be viewed in the Patent Application Information Retrieval system (PAIR) can now
contact the USPTO's Patent Electronic Business Center (Patent EBC) for assistance.
Representatives are available to answer your questions daily from 6 am to midnight

Application/Control Number: 16/112,453                                            Page 3
Art Unit: 1635

(EST). The toll free number is (866) 217-9197. When calling please have your
application serial or patent number, the type of document you are having an image
problem with, the number of pages and the specific nature of the problem.  The Patent
Electronic Business Center will notify applicants of the resolution of the problem within
5-7 business days. Applicants can also check PAIR to confirm that the problem has
been corrected.  The USPTO's Patent Electronic Business Center is a complete service
center supporting all patent business on the Internet. The USPTO's PAIR system
provides Internet-based access to patent application status and history information. It
also enables applicants to view the scanned images of their own application file
folder(s) as well as general patent information available to the public. For more
information about the PAIR system, see http://pair-direct.uspto.gov.

     For all other customer support, please call the USPTO Call Center (UCC) at 800-
786-9199.

/Kimberly Chong/
Primary Examiner
Art Unit 1635

SRPT-VYDS-0006473

| Issue Classification | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 16/112,453 | WILTON et al. |
| | **Examiner** | **Art Unit** |
| | KIMBERLY CHONG | 1635 |

**CPC**

| Symbol | | | | Type | Version |
|---|---|---|---|---|---|
| C12N | / | 15 | / | 113 | F | 2013-01-01 |
| C12N | / | 2320 | / | 30 | A | 2013-01-01 |
| C12N | / | 2310 | / | 3341 | A | 2013-01-01 |
| C12N | / | 2310 | / | 321 | A | 2013-01-01 |
| C12N | / | 2310 | / | 315 | A | 2013-01-01 |
| C12N | / | 2310 | / | 33 | A | 2013-01-01 |
| C12N | / | 2310 | / | 3233 | A | 2013-01-01 |
| C12N | / | 2310 | / | 11 | A | 2013-01-01 |
| C12N | / | 2320 | / | 33 | A | 2013-01-01 |
| C12N | / | 2310 | / | 3519 | A | 2013-01-01 |

**CPC Combination Sets**

| Symbol | | | Type | Set | Ranking | Version |
|---|---|---|---|---|---|---|
| | | | | | | |

| | | Total Claims Allowed: |
|---|---|---|
| NONE | | |
| (Assistant Examiner) | (Date) | 2 |
| /KIMBERLY CHONG/ | 04 February 2019 | O.G. Print Claim(s) | O.G. Print Figure |
| Primary Examiner, Art Unit 1635 | | 1 | none |
| (Primary Examiner) | (Date) | | |

U.S. Patent and Trademark Office

Part of Paper No.: 20190204

SRPT-VYDS-0006474

| *Issue Classification* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 16/112,453 | WILTON et al. |
| | **Examiner** | **Art Unit** |
| | KIMBERLY CHONG | 1635 |

| INTERNATIONAL CLASSIFICATION | | | | | |
|---|---|---|---|---|---|
| **CLAIMED** | | | | | |
| C07H | | 21 | | 04 | |
| **NON-CLAIMED** | | | | | |
| | | | | | |

| US ORIGINAL CLASSIFICATION | |
|---|---|
| **CLASS** | **SUBCLASS** |
| 536 | 24.5 |

| CROSS REFERENCES(S) | | | | | |
|---|---|---|---|---|---|
| **CLASS** | **SUBCLASS (ONE SUBCLASS PER BLOCK)** | | | | |
| | | | | | |

| NONE | | Total Claims Allowed: | |
|---|---|---|---|
| (Assistant Examiner) | (Date) | 2 | |
| /KIMBERLY CHONG/ Primary Examiner, Art Unit 1635 | 04 February 2019 | O.G. Print Claim(s) | O.G. Print Figure |
| (Primary Examiner) | (Date) | 1 | none |

U.S. Patent and Trademark Office

Part of Paper No.: 20190204

SRPT-VYDS-0006475

| **Issue Classification** | **Application/Control No.** 16/112,453 | **Applicant(s)/Patent Under Reexamination** WILTON et al. |
|---|---|---|
| | **Examiner** KIMBERLY CHONG | **Art Unit** 1635 |

☑ Claims renumbered in the same order as presented by applicant ☐ CPA ☐ T.D. ☐ R.1.47

**CLAIMS**

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

| NONE | | **Total Claims Allowed:** | |
|---|---|---|---|
| (Assistant Examiner) | (Date) | 2 | |
| /KIMBERLY CHONG/ Primary Examiner, Art Unit 1635 | 04 February 2019 | O.G. Print Claim(s) | O.G. Print Figure |
| (Primary Examiner) | (Date) | 1 | none |

U.S. Patent and Trademark Office

Part of Paper No.: 20190204

SRPT-VYDS-0006476

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 16/112,453 | WILTON et al. |
| | **Examiner** | **Art Unit** |
| | KIMBERLY CHONG | 1635 |

| CPC - Searched* | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| C07H 21/04 | 12/19/2018 | KC |
| | | |

| CPC Combination Sets - Searched* | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| | | |

| US Classification - Searched* | | | |
|---|---|---|---|
| **Class** | **Subclass** | **Date** | **Examiner** |
| | | | |

* See search history printout included with this form or the SEARCH NOTES box below to determine the scope of the search.

| Search Notes | | |
|---|---|---|
| **Search Notes** | **Date** | **Examiner** |
| C07H 21/04 | 12/19/2018 | KC |
| SEQ ID No. 195 | 12/18/2018 | KC |
| PALM inventor name search | 12/18/2018 | KC |
| updated | 02/04/2019 | KC |

| Interference Search | | | |
|---|---|---|---|
| **US Class/CPC Symbol** | **US Subclass/CPC Group** | **Date** | **Examiner** |
| 536 | 24.5 | 02/04/2019 | KC |

| | |
|---|---|
| | |

Part of Paper No.: 20190204

SRPT-VYDS-0006477

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (03-15)
Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**
( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | 16/112,453 |
| Filing Date | August 24, 2018 |
| First Named Inventor | WILTON, Stephen |
| Art Unit | 1635 |
| Examiner Name | K. Chong |
| Attorney Docket Number | 4140.01500B1 |

**U.S. PATENTS** [Remove]

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button. [Add]

**U.S. PATENT APPLICATION PUBLICATIONS** [Remove]

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button. [Add]

**FOREIGN PATENT DOCUMENTS** [Remove]

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2]i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

If you wish to add additional Foreign Patent Document citation information please click the Add button [Add]

**NON-PATENT LITERATURE DOCUMENTS** [Remove]

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
| --- | --- | --- |
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | NPL1 | Extended European Search Report, EP 17159328.8, dated September 5, 2017, 10 pages. |
| --- | --- | --- |

If you wish to add additional non-patent literature document citation information please click the Add button [Add]

## EXAMINER SIGNATURE

| Examiner Signature | | Date Considered | |
| --- | --- | --- | --- |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006479

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (03-15)
Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**
( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | 16/112,453 |
| Filing Date | August 24, 2018 |
| First Named Inventor | WILTON, Stephen |
| Art Unit | 1635 |
| Examiner Name | K. Chong |
| Attorney Docket Number | 4140.01500B1 |

| | | **U.S.PATENTS** | | | | Remove |
|---|---|---|---|---|---|---|
| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
| | US1 | 9506058 | | 2016-11-29 | Kaye | |
| | US2 | 9605262 | | 2017-03-28 | Wilton et al. | |

If you wish to add additional U.S. Patent citation information please click the Add button.  [Add]

| | | **U.S.PATENT APPLICATION PUBLICATIONS** | | | | Remove |
|---|---|---|---|---|---|---|
| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
| | US3 | 20130190390 | A1 | 2013-07-25 | SAZANI et al. | |
| | US4 | 20170009233 | A1 | 2017-01-12 | WILTON et al. | |

If you wish to add additional U.S. Published Application citation information please click the Add button.  [Add]

| | | **FOREIGN PATENT DOCUMENTS** | | | | | Remove |
|---|---|---|---|---|---|---|---|
| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
| | FP1 | 2013/142087 | WO | A1 | 2013-09-26 | Sarepta Therapeutics, Inc | | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006480

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 | | | | | |
| | Filing Date | August 24, 2018 | | | | | |
| | First Named Inventor | WILTON, Stephen | | | | | |
| | Art Unit | 1635 | | | | | |
| | Examiner Name | K. Chong | | | | | |
| | Attorney Docket Number | 4140.01500B1 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | FP2 | 2014/172669 | WO | A1 | 2014-10-23 | Research Institute at Nationwide Children's Hosp. | | |
| | FP3 | 2017/059131 | WO | A1 | 2017-04-06 | Sarepta Therapeutics, Inc | | |

If you wish to add additional Foreign Patent Document citation information please click the Add button  [Add]

### NON-PATENT LITERATURE DOCUMENTS    [Remove]

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T5 |
|---|---|---|---|
| | NPL2 | GenBank AF213437.1 Dated January 17, 2002 | |
| | NPL3 | International Search Report and Written Opinion, PCT/US2016/054534, dated January 17, 2017, 13 pages. | |
| | NPL4 | KOLE et al., "Exon skipping therapy for Duchenne muscular dystrophy," Advanced Drug Delivery Reviews, vol. 87:104-107 (2015). | |
| | NPL5 | WHO Drug Information, International Nonproprietary Names for Pharmaceutical Substances (INN), Proposed INN: List 115, "CASIMERSEN," vol. 30(2): 3 pages (2016) | |
| | NPL6 | WHO Drug Information, International Nonproprietary Names for Pharmaceutical Substances (INN), Proposed INN: List 115, "Golodirsen," vol. 30(2): 3 pages (2016) | |

If you wish to add additional non-patent literature document citation information please click the Add button  [Add]

### EXAMINER SIGNATURE

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through a citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (03-15)
Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | 16/112,453 |
| Filing Date | August 24, 2018 |
| First Named Inventor | WILTON, Stephen |
| Art Unit | 1635 |
| Examiner Name | K. Chong |
| Attorney Docket Number | 4140.01500B1 |

## U.S.PATENTS    Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | US5 | 8436163 | | 2013-05-07 | Iversen et al. | |
| | US6 | 9416361 | | 2016-08-16 | Iversen et al. | |

If you wish to add additional U.S. Patent citation information please click the Add button.    Add

## U.S.PATENT APPLICATION PUBLICATIONS    Remove

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | US7 | 20040266720 | A1 | 2004-12-30 | Iversen et al. | |
| | US8 | 20120053228 | A1 | 2012-03-01 | Iversen et al. | |
| | US9 | 20140045916 | A1 | 2014-02-13 | Iversen et al. | |
| | US10 | 20150232839 | A1 | 2015-08-20 | Iversen et al. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006482

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
|---|---|---|
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | US11 | 20160298111 | A1 | 2016-10-13 | Bestwick et al. | |
|---|---|---|---|---|---|---|

If you wish to add additional U.S. Published Application citation information please click the Add button. **Add**

## FOREIGN PATENT DOCUMENTS  **Remove**

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2]i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

If you wish to add additional Foreign Patent Document citation information please click the Add button **Add**

## NON-PATENT LITERATURE DOCUMENTS  **Remove**

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|
| | | | |

If you wish to add additional non-patent literature document citation information please click the Add button **Add**

## EXAMINER SIGNATURE

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006483

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (03-15)
Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | |
|---|---|
| Application Number | 16/112,453 |
| Filing Date | August 24, 2018 |
| First Named Inventor | WILTON, Stephen |
| Art Unit | 1635 |
| Examiner Name | K. Chong |
| Attorney Docket Number | 4140.01500B1 |

### U.S.PATENTS    Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | US12 | 9453225 | | 2016-09-27 | Sazani et al. | |
| | US13 | 9447417 | | 2016-09-20 | Sazani et al. | |
| | US14 | 9447416 | | 2016-09-20 | Sazani et al. | |
| | US15 | 9447415 | | 2016-09-20 | Wilton et al. | |
| | US16 | 9441229 | | 2016-09-13 | Wilton et al. | |
| | US17 | 9434948 | | 2016-09-06 | Sazani et al. | |
| | US18 | 9422555 | | 2016-08-23 | Wilton et al. | |

If you wish to add additional U.S. Patent citation information please click the Add button.    Add

### U.S.PATENT APPLICATION PUBLICATIONS    Remove

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006484

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | Application Number | 16/112,453 |
|---|---|---|---|
| | | Filing Date | August 24, 2018 |
| | | First Named Inventor | WILTON, Stephen |
| | | Art Unit | 1635 |
| | | Examiner Name | K. Chong |
| | | Attorney Docket Number | 4140.01500B1 |

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | US19 | 20160177301 | A1 | 2016-06-23 | Wilton et al. | |

If you wish to add additional U.S. Published Application citation information please click the Add button. [Add]

## FOREIGN PATENT DOCUMENTS [Remove]

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2]i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

If you wish to add additional Foreign Patent Document citation information please click the Add button [Add]

## NON-PATENT LITERATURE DOCUMENTS [Remove]

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|
| | NPL7 | Errata to the Sarepta Briefing Information for the April 25, 2016 Meeting of the Peripheral and Central Nervous System Drugs Advisory Committee, Eteplirsen Errata Document, NDA 206488, 5 pages. | |
| | NPL8 | Extended European Search Report, EP 15190341.6, dated April 28, 2016, 9 pages. | |
| | NPL9 | FDA Briefing Information for the April 25, 2016 Meeting of the Peripheral and Central Nervous System Drugs Advisory Committee, Eteplirsen, NDA 206488, 115 pages | |
| | NPL10 | FDA News Release, "FDA grants accelerated approval to first drug for Duchenne muscular dystrophy," September 19, 2016, 3 pages. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

<table>
<tr><td></td><td rowspan="7"><strong>INFORMATION DISCLOSURE STATEMENT BY APPLICANT</strong><br>( Not for submission under 37 CFR 1.99)</td><td>Application Number</td><td>16/112,453</td></tr>
</table>

| | | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | | | |
|---|---|---|---|
| | NPL11 | Jett Foundation Presentation by McSherry, C. "Patient and Caregiver-Reported Outcomes of Patients in Clinical Trials of Eteplirsen for Treatment of Duchenne" at Peripheral and Central Nervous System Drugs Advisory Committee, April 25, 2016, 17 pages. | |
| | NPL12 | Letter from the FDA to Sarepta Therapeutics, Inc., Re: ACCELERATED APPROVAL for the use of Exondys 51 (eteplirsen), FDA Reference ID: 3987286, dated September 19, 2016, 11 pages. | |
| | NPL13 | Letter to the U.S. Food and Drug Administration, (Dr. Billy Dunn, M.D. Director Division of Neurology Products, Office of Drug Evaluation 1, Center for Drug Evaluation and Research), for The Peripheral and Central Nervous System Advisory Committee Meeting (AdComm) supporting approval of eteplirsen, dated February 24, 2016, 4 pages. | |
| | NPL14 | Letter to the U.S. Food and Drug Administration, (Dr. Janet Woodcock, M.D. Director, CDER), from The Congress of The United States regarding Duchenne muscular dystrophy, dated February 17, 2016, 7 pages. | |
| | NPL15 | Prescribing Information for EXONDYS 51 (eteplirsen) Injection, dated 09/2016, 10 pages | |
| | NPL16 | Sarepta Briefing Information for the April 25, 2016 Meeting of the Peripheral and Central Nervous System Drugs Advisory Committee, Eteplirsen Briefing Document, NDA 206488, 186 pages. | |
| | NPL17 | Sarepta Presentation at Peripheral and Central Nervous System Drugs Advisory Committee, April 25, 2016, 133 pages | |
| | NPL18 | Sarepta Press Release, Sarepta Issues Statement on Advisory Committee Outcome for Use of Eteplirsen in the Treatment of Duchenne Muscular Dystrophy, April 25, 2016, 2 pages | |
| | NPL19 | Sarepta Therapeutics, Inc. News Release, "Sarepta Therapeutics Announces FDA Accelerated Approval of EXONDYS 51™ (eteplirsen) injection, an Exon Skipping Therapy to Treat Duchenne Muscular Dystrophy (DMD) Patients Amenable to Skipping Exon 51," September 19, 2016, 2 pages. | |
| | NPL20 | U.S. Food and Drug Administration Presentation at Peripheral and Central Nervous System Drugs Advisory Committee, April 25, 2016, 178 pages. | |
| | NPL21 | University of Western Australia v. Academisch Ziekenhuis Leiden, Decision - Motions - 37 C.F.R. § 41.125(a), filed in Patent Interference No. 106008, September 20, 2016, pages 1-20 (Doc 480) | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006486

| | | | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 | |
| | Filing Date | August 24, 2018 | |
| | First Named Inventor | WILTON, Stephen | |
| | Art Unit | 1635 | |
| | Examiner Name | K. Chong | |
| | Attorney Docket Number | 4140.01500B1 | |

| | | |
|---|---|---|
| NPL22 | University of Western Australia v. Academisch Ziekenhuis Leiden, Decision - Motions - 37 CFR § 41.125(a) (Substitute), filed in Patent Interference No. 106007, May 12, 2016, pages 1-53 (Doc 476) | |
| NPL23 | University of Western Australia v. Academisch Ziekenhuis Leiden, Judgment - Motions - 37 C.F.R. § 41.127 filed in Patent Interference No. 106008, September 20, 2016, pages 1-3 (Doc 481) | |
| NPL24 | University of Western Australia v. Academisch Ziekenhuis Leiden, Judgment - Motions - 37 CFR § 41.127, filed in Patent Interference No. 106007, April 29, 2016, pages 1-3, (Doc 474) | |
| NPL25 | University of Western Australia v. Academisch Ziekenhuis Leiden, Redeclaration - 37 CFR 41.203(c), filed in Patent Interference No. 106007, April 29, 2016, pages 1-2, (Doc 473) | |
| NPL26 | University of Western Australia v. Academisch Ziekenhuis Leiden, Withdrawal and Reissue of Decision on Motions, filed in Patent Interference No. 106007, May 12, 2016, pages 1-2 (Doc 475) | |
| NPL27 | University of Western Australia v. Academisch Ziekenhuis Leiden, Decision - Motions - 37 CFR § 41.125(a), filed in Patent Interference No. 106007, April 29, 2016, pages 1-53, (Doc 472) | |

| If you wish to add additional non-patent literature document citation information please click the Add button | Add |
|---|---|

| **EXAMINER SIGNATURE** | | |
|---|---|---|
| Examiner Signature | | Date Considered | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006487

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (03-15)
Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**
( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | 16/112,453 |
| Filing Date | August 24, 2018 |
| First Named Inventor | WILTON, Stephen |
| Art Unit | 1635 |
| Examiner Name | K. Chong |
| Attorney Docket Number | 4140.01500B1 |

## U.S.PATENTS  [Remove]

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button.  [Add]

## U.S.PATENT APPLICATION PUBLICATIONS  [Remove]

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button.  [Add]

## FOREIGN PATENT DOCUMENTS  [Remove]

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2]i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | FP4 | 2000-325085 | JP | A | 2000-11-28 | MATSUO MASAFUMI, ET AL. | | |
| | FP5 | 2002-010790 | JP | A | 2002-01-15 | MATSUO MASAFUMI, ET AL. | | |
| | FP6 | 2002-325582 | JP | A | 2002-11-12 | MATSUO, MASAFUMI, ET AL. | | |

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006488

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
| --- | --- | --- |
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| FP7 | 2002-340857 | JP | A | 2002-11-27 | MATSUSHITA ELECTRIC IND CO LTD | | |
| FP8 | 2002-529499 | JP | A | 2002-09-10 | ELI LILLY AND COMPANY | | |
| FP9 | 2004-509622 | JP | A | 2004-04-02 | ACADEMISCH ZIEKENHUIS LEIDEN | | |
| FP10 | 2010-268815 | JP | A | 2010-12-02 | MATSUO MASAFUMI | | |
| FP11 | 2011-101655 | JP | A | 2011-05-26 | ACADEMISCH ZIEKENHUIS LEIDEN | | |
| FP12 | 2011-200235 | JP | A | 2011-10-13 | ACADEMISCH ZIEKENHUIS LEIDEN | | |
| FP13 | 2014-054250 | JP | A | 2014-03-27 | NIPPON SHINYAKU CO LTD. | | |
| FP14 | 2014-111638 | JP | A | 2014-06-19 | ACADEMISCH, ZIEKENHUIS LEIDEN | | |
| FP15 | 2014-138589 | JP | A | 2014-07-31 | ACADEMISCH, ZIEKENHUIS LEIDEN | | |
| FP16 | 4777777 | JP | B2 | 2011-09-21 | KOBE UNIVERSITY | | |
| FP17 | 4846965 | JP | B2 | 2011-12-28 | ACADEMISCH ZIEKENHUIS LEIDEN | | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

EFS Web 2.1.17

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | | 16/112,453 | | | | |
| | | Filing Date | | August 24, 2018 | | | | |
| | | First Named Inventor | | WILTON, Stephen | | | | |
| | | Art Unit | | 1635 | | | | |
| | | Examiner Name | | K. Chong | | | | |
| | | Attorney Docket Number | | 4140.01500B1 | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| FP18 | 5138722 | JP | B2 | 2013-02-06 | MATSUO MASAFUMI, | | | |
| FP19 | 5378423 | JP | B2 | 2013-12-25 | ACADEMISCH ZIEKENHUIS LEIDEN | | | |
| FP20 | 00/15780 | WO | A1 | 2000-03-23 | University College London | | | |
| FP21 | 00/44897 | WO | A1 | 2000-08-03 | AVI Biopharma, Inc. | | | |
| FP22 | 00/78341 | WO | A1 | 2000-12-28 | Murdoch Childrens Research Institute | | | |
| FP23 | 01/49775 | WO | A2 | 2001-07-12 | AVI Biopharma, Inc. | | | |
| FP24 | 01/72765 | WO | A1 | 2001-10-04 | ISIS Pharmaceuticals, Inc. | | | |
| FP25 | 01/83503 | WO | A2 | 2001-11-08 | Hybridon, Inc | | | |
| FP26 | 01/83740 | WO | A2 | 2001-11-08 | AVI Biopharma, Inc. | | | |
| FP27 | 02/18656 | WO | A2 | 2002-03-07 | AVI BIOPHARMA, INC. | | | |
| FP28 | 02/24906 | WO | A1 | 2002-03-28 | Academisch Ziekenhuis Leiden | | | |

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006490

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | 16/112,453 | |
| Filing Date | August 24, 2018 | |
| First Named Inventor | WILTON, Stephen | |
| Art Unit | 1635 | |
| Examiner Name | K. Chong | |
| Attorney Docket Number | 4140.01500B1 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FP29 | 02/29406 | WO | A1 | 2002-04-11 | Murto, James | | |
| FP30 | 03/053341 | WO | A2 | 2003-07-03 | Isis Pharmaceuticals, Inc. | | |
| FP31 | 04/048570 | WO | A1 | 2004-06-10 | Kobe University | | ☒ |
| FP32 | 04/083432 | WO | A1 | 2004-09-30 | Academisch Ziekenhuis Leiden | | ☐ |
| FP33 | 04/083446 | WO | A2 | 2004-09-30 | Academisch Ziekenhuis Leiden | | ☐ |
| FP34 | 2005/115479 | WO | A2 | 2005-12-08 | Avi Biopharma, Inc | | ☐ |
| FP35 | 2006/000057 | WO | A1 | 2006-01-05 | University of Western Australia | | ☐ |
| FP36 | 2006/021724 | WO | A2 | 2006-03-02 | Genethon et al. | | ☒ |
| FP37 | 2006/112705 | WO | A2 | 2006-10-26 | Academisch Ziekenhuis Leiden | | ☐ |
| FP38 | 2007/058894 | WO | A2 | 2007-05-24 | The University of North Carolina at Chapel Hill et | | ☐ |
| FP39 | 2007/133812 | WO | A2 | 2007-11-22 | Philadelphia Health & Education Corporation, D/B/A | | ☐ |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006491

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | Application Number | | 16/112,453 | | | | |
| | | | Filing Date | | August 24, 2018 | | | | |
| | | | First Named Inventor | | WILTON, Stephen | | | | |
| | | | Art Unit | | 1635 | | | | |
| | | | Examiner Name | | K. Chong | | | | |
| | | | Attorney Docket Number | | 4140.01500B1 | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | FP40 | 2007/135105 | | WO | A1 | 2007-11-29 | Academisch Ziekenhuis Leiden | | ☐ |
| | FP41 | 2008/036127 | | WO | A2 | 2008-03-27 | Avi Biopharma, Inc. | | ☐ |
| | FP42 | 2009/054725 | | WO | A2 | 2009-04-30 | Academisch Ziekenhuis Leiden et al. | | ☐ |
| | FP43 | 2009/101399 | | WO | A1 | 2009-08-20 | Isis Innovation Limited | | ☐ |
| | FP44 | 2009/139630 | | WO | A2 | 2009-11-19 | Prosensa Technologies B.V. et al. | | ☐ |
| | FP45 | 2010/048586 | | WO | A1 | 2010-04-29 | AVI Biopharma, Inc. | | ☐ |
| | FP46 | 2010/050801 | | WO | A1 | 2010-05-06 | Prosensa Technologies B.V. et al. | | ☐ |
| | FP47 | 2010/050802 | | WO | A2 | 2010-05-06 | Academisch Ziekenhuis Leiden et al. | | ☐ |
| | FP48 | 2010/115993 | | WO | A1 | 2010-10-14 | Association Institut de Myologie et al. | | ☐ |
| | FP49 | 2010/123369 | | WO | A1 | 2010-10-28 | Prosensa Technologies B.V. | | ☐ |
| | FP50 | 2010/136415 | | WO | A1 | 2010-12-02 | Universita Degli Studi di Roma "La Sapienza" | | ☐ |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006492

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
|---|---|---|
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | FP51 | 2010/136417 | | WO | A1 | 2010-12-02 | Universita Degli Studi di Roma "La Sapienza" | | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| | FP52 | 2010/150231 | | WO | A1 | 2010-12-29 | Universita Degli Studi di Ferrara | | ☐ |
| | FP53 | 2011/024077 | | WO | A2 | 2011-03-03 | Inserm, Institut National de la Sante et de la Rec | | ☐ |

| If you wish to add additional Foreign Patent Document citation information please click the Add button | Add |
|---|---|

| NON-PATENT LITERATURE DOCUMENTS | Remove |
|---|---|

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T⁵ |
|---|---|---|---|
| | NPL28 | AON PS1966 Mass Spectrometry Data, Pages 8,   Exhibit Number 1154 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | NPL29 | AON PS1966 UPLC Data, Pages 2,   Exhibit Number 1165 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | NPL30 | AON PS1967 Mass Spectrometry Data, Pages 7,   Exhibit Number 1155 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | NPL31 | AON PS1967 UPLC Data, Pages 2,   Exhibit Number 1166 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | NPL32 | AON PS229 (h53AON1) HPLC Chromatograph  Pages 2, Exhibit Number 1140 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | NPL33 | AON PS229 (h53AON1) HPLC Method Report,  Pages 3, Exhibit Number 1139 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006493

| | | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | | |
|---|---|---|
| NPL34 | AON PS229 (h53AON1) Mass Spectrometry Data, Pages 3,   Exhibit Number 1142 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| NPL35 | AON PS229 (h53AON1) Synthesis Laboratory Notebook Entry, Pages  1, Exhibit Number 1137 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| NPL36 | AON PS229L (h53AON229L) Certificate of Analysis, Pages 1, Exhibit Number 1129 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| NPL37 | AON PS43 (h51AON1) Certificate of Analysis, Pages 1, Exhibit Number 1134 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| NPL38 | AON PS43 (h51AON1) HPLC Chromatogram, Pages 1, Exhibit Number 1131 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| NPL39 | AON PS43 (h51AON1) HPLC Method Report, Pages 4, Exhibit Number 1130 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| NPL40 | AON PS43 (h51AON1) Mass Spectrometry Data, Pages 3, Exhibit Number 1135 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| NPL41 | AON PS43 (h51AON1) UPLC-UV Data, Pages  2, Exhibit Number 1136 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| NPL42 | AONs PS1958, PS1959, PS1960, PS1961, PS1962, PS1963, PS1964, PS1965, PS1966, and PS1967 HPLC Method Report, Pages 3,   Exhibit Number 1143 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| NPL43 | Applicant-Initiated Interview Summary dated April 8, 2013 in U.S. Application Serial No. 13/094,548, (University of Western Australia Exhibit 2144, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-11). | |
| NPL44 | Arechavala-Gomeza V, et al., "Immunohistological intensity measurements as a tool to assess sarcolemma-associated protein expression," Neuropathol Appl Neurobiol 2010;36: 265-74. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

| | | | | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 | | |
| | Filing Date | August 24, 2018 | | |
| | First Named Inventor | WILTON, Stephen | | |
| | Art Unit | 1635 | | |
| | Examiner Name | K. Chong | | |
| | Attorney Docket Number | 4140.01500B1 | | |

| | | | | |
|---|---|---|---|---|
| | NPL45 | ARECHAVALA-GOMEZA, V. et al., "Comparative Analysis of Antisense Oligonucleotide Sequences for Targeted Skipping of Exon 51 During Dystrophin Pre-mRNA Splicing in Human Muscle," Human Gene Therapy, Vol. 18:798-810 (2007) | | |
| | NPL46 | ARORA, Vikram et al., "c-Myc Antisense Limits Rat Liver Regeneration and Indicates Role for c-Myc in Regulating Cytochrome P-450 3A Activity," The Journal of Pharmacology and Experimental Therapeutics, Vol. 292(3):921-928 (2000) | | |
| | NPL47 | Asetek Danmark A/S v. CMI USA, Inc., 2014 WL 5990699, N.D. Cal. 2014, 8 pages, (Academisch Ziekenhuis Leiden Exhibit 1237, filed May 5, 2015 in Interference 106007 and 106008). | | |
| | NPL48 | ASVADI, Parisa et al., "Expression and functional analysis of recombinant scFv and diabody fragments with specificity for human RhD," Journal of Molecular Recognition, Vol. 15:321-330 (2002) | | |
| | NPL49 | Australian Application No. 2004903474, 36 pages, dated July 22, 2005 (Exhibit Number 1004 filed in interferences 106008, 106007 on November 18, 2014) | | |
| | NPL50 | AVI BioPharma, Inc., "Exon 51 Sequence of Dystrophin," Document D19 as filed in Opposition of European Patent EP1619249, filed June 23, 2009, 7 pages | | |
| | NPL51 | AZL's PCT/NL03/00214 (the as-filed AZL PCT Application) Exhibit No. 1006, filed in Interference No. 106,007, 64 pages, December 23, 2014 | | |
| | NPL52 | AZL's U.S. Patent Application No. 14/295,311 and claims, as-filed June 3, 2014 ("the '311 Application") (Exhibit Number 1077 filed in interferences 106008, 106007 on December 23, 2014) | | |
| | NPL53 | Azofeifa J, et al., "X-chromosome methylation in manifesting and healthy carriers of dystrophinopathies: concordance of activation ratios among first degree female relatives and skewed inactivation as cause of the affected phenotypes," Hum Genet 1995;96:167-176. | | |
| | NPL54 | BEAUCAGE, S.L. et al., "Deoxynucleoside Phosphoramidites - A New Class of Key Intermediates for Deoxypolynucleotide Synthesis," Tetrahedron Letters, Vol. 22(20):1859-1862 (1981) | | |
| | NPL55 | BELLARE, Priya et al., "A role for ubiquitin in the spliceosome assembly pathway," Nature Structural & Molecular Biology, Vol. 15(5):444-451 (2008) (Exhibit Number 1057 filed in interferences 106008, 106007 on November 18, 2014) | | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006495

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
|---|---|---|
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | | | |
|---|---|---|---|
| | NPL56 | BELLARE, Priya et al., "Ubiquitin binding by a variant Jab1/MPN domain in the essential pre-mRNA splicing factor Prp8p," RNA, Vol. 12:292-302 (2006) (Exhibit Number 1056 filed in interferences 106008,106007 on November 18, 2014) | |
| | NPL57 | BENNETT, C. Frank et al., "RNA Targeting Therapeutics: Molecular Mechanisms of Antisense Oligonucleotides as a Therapeutic Platform," Annu. Rev. Pharmacol. Toxicol., Vol. 50:259-293 (2010) (Exhibit Number 1025 filed in interferences 106008, 106007 on November 18, 2014) | |
| | NPL58 | BERGE, Stephen M. et al., "Pharmaceutical Salts," Journal of Pharmaceutical Sciences, Vol. 66(1):1-18 (1977) | |
| | NPL59 | Bestas et al., "Design and Application of Bispecific Splice Switching Oligonucleotides," Nuc. Acid Therap., Vol. 24, No. 1, pp. 13-24 (2014), Exhibit Number 1120 filed in interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL60 | BRAASCH, Dwaine A. et al., "Locked nucleic acid (LNA): fine-tuning the recognition of DNA and RNA," Chemistry & Biology, Vol. 8:1-7 (2001) (Exhibit Number 2009 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL61 | BRAASCH, Dwaine A. et al., "Novel Antisense and Peptide Nucleic Acid Strategies for Controlling Gene Expression," Biochemistry, Vol. 41(14):4503-4510 (2002) (Exhibit Number 2006 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL62 | BREMMER-BOUT, Mattie et al., "Targeted Exon Skipping in Transgenic hDMD Mice: A Model for Direct Preclinical Screening of Human-Specific Antisense Oligonucleotides," Molecular Therapy, Vol. 10(2):232-240 (2004) (Exhibit Number 2024 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL63 | Brooke MH, et al., "Clinical investigation in Duchenne dystrophy: 2. Determination of the "power" of therapeutic trials based on the natural history," Muscle Nerve. 1983;6:91-103. | |
| | NPL64 | BROWN, Susan C. et al., "Dystrophic phenotype induced in vitro by antibody blockade of muscle alpha-dystroglycan-laminin interaction," Journal of Cell Science, Vol. 112:209-216 (1999) | |
| | NPL65 | Bushby K, et al. "Diagnosis and management of Duchenne muscular dystrophy, part 1: diagnosis, and pharmacological and psychosocial management," Lancet Neurol 2010;9:77-93. | |
| | NPL66 | Bushby KM, et al., "The clinical, genetic and dystrophin characteristics of Becker muscular dystrophy," II. Correlation of phenotype with genetic and protein abnormalities. J Neurol 1993;240: 105-112. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006496

| | | |
|---|---|---|
| | Application Number | 16/112,453 |
| | Filing Date | August 24, 2018 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | | | |
|---|---|---|---|
| | NPL67 | Bushby KM, et al., "The clinical, genetic and dystrophin characteristics of Becker muscular dystrophy," I. Natural history. J Neurol 1993;240:98-104. | |
| | NPL68 | CANONICO, A.E. et al., "Expression of a CMV Promoter Drive Human alpha-1 Antitrypsin Gene in Cultured Lung Endothelial Cells and in the Lungs of Rabbits," Clinical Research, Vol. 39(2):219A (1991) | |
| | NPL69 | CIRAK, Sebahattin et al., "Exon skipping and dystrophin restoration in patients with Duchenne muscular dystrophy after systemic phosphorodiamidate morpholino oligomer treatment: an open-label, phase 2, dose-escalation study," Lancet, Vol. 378(9791):595-605 (2011) | |
| | NPL70 | Claim Chart 11/233,495, Pages 57, Exhibit Number 1216 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL71 | Claim Chart 13/550,210, Pages 45, Exhibit Number 1217 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL72 | Claim Chart, US 7,807,816, 14 pages (Exhibit Number 1063 filed in interferences 106008, 106007 on November 18, 2014) | |
| | NPL73 | Claim Chart, US 7,960,541, 17 pages (Exhibit Number 1064 filed in interferences 106008, 106007 on November 18, 2014) | |
| | NPL74 | Claim Chart, US 8,455,636, 32 pages (Exhibit Number 1062 filed in interferences 106008, 106007 on November 18, 2014) | |
| | NPL75 | Claim Comparison Chart - Claims 11 and 29 in 13/550,210, Pages 1, Exhibit Number 1226 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL76 | Claim Comparison Chart 13/550,210 vs 11/233,495, Pages 12, Exhibit Number 1218 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL77 | Claim Comparison Chart 13/550,210 vs 12/198,007, Pages 1, Exhibit Number 1219 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006497

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (03-15)
Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**
( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | 16/112,453 |
| Filing Date | August 24, 2018 |
| First Named Inventor | WILTON, Stephen |
| Art Unit | 1635 |
| Examiner Name | K. Chong |
| Attorney Docket Number | 4140.01500B1 |

**U.S.PATENTS** | Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button. | Add

**U.S.PATENT APPLICATION PUBLICATIONS** | Remove

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button. | Add

**FOREIGN PATENT DOCUMENTS** | Remove

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2]i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | FP54 | 2011/045747 | WO | A1 | 2011-04-21 | Universita Delgi Studi Di Ferrara | | |
| | FP55 | 2011/057350 | WO | A1 | 2011-05-19 | The University of Western Australia | | |
| | FP56 | 2011/143008 | WO | A1 | 2011-11-17 | The Charlotte-Mecklenburg Hospital Authority D/B/A | | |

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006498

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | |
|---|---|
| Application Number | 16/112,453 |
| Filing Date | August 24, 2018 |
| First Named Inventor | WILTON, Stephen |
| Art Unit | 1635 |
| Examiner Name | K. Chong |
| Attorney Docket Number | 4140.01500B1 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FP57 | 2012/001941 | WO | A1 | 2012-01-05 | Hagiwara, Masatoshi et al. | | ☒ |
| FP58 | 2012/029986 | WO | A1 | 2012-03-08 | Nippon Shinyaku Co., Ltd. et al. | | ☒ |
| FP59 | 2012/043730 | WO | A1 | 2012-04-05 | Nippon Shinyaku Co., Ltd. | | ☒ |
| FP60 | 2012/109296 | WO | A1 | 2012-08-16 | The Charlotte-Mecklenburg Hospital Authority D/B/A | | ☐ |
| FP61 | 2012/150960 | WO | A1 | 2012-11-08 | Avi Biopharma, Inc | | ☐ |
| FP62 | 2013/033407 | WO | A2 | 2013-03-07 | The Regents of the University of California | | ☐ |
| FP63 | 2013/053928 | WO | A1 | 2013-04-18 | Association Institut De Myologie et al. | | ☐ |
| FP64 | 2013/100190 | WO | A1 | 2013-07-04 | Nippon Shinyaku Co., Ltd. et al. | | ☒ |
| FP65 | 2013/112053 | WO | A1 | 2013-08-01 | Prosensa Technologies B.V. | | ☐ |
| FP66 | 2014/007620 | WO | A2 | 2014-01-09 | Prosensa Technologies B.V. | | ☐ |
| FP67 | 2014/100714 | WO | A1 | 2014-06-26 | Sarepta Therapeutics, Inc | | ☐ |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006499

| | | Application Number | 16/112,453 |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | Filing Date | August 24, 2018 |
| | | First Named Inventor | WILTON, Stephen |
| | | Art Unit | 1635 |
| | | Examiner Name | K. Chong |
| | | Attorney Docket Number | 4140.01500B1 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FP68 | 2014/153220 | WO | A2 | 2014-09-25 | Sarepta Therapeutics, Inc | | ☐ |
| FP69 | 2014/153240 | WO | A2 | 2014-09-25 | Sarepta Therapeutics, Inc | | ☐ |
| FP70 | 2014144978 | WO | A2 | 2014-09-18 | SAREPTA THERAPEUTICS, INC. | | ☐ |
| FP71 | 93/20227 | WO | A1 | 1993-10-14 | Abbott Laboratories | | ☐ |
| FP72 | 94/02595 | WO | A1 | 1994-02-03 | Ribozyme Pharmaceuticals, Inc. | | ☐ |
| FP73 | 94/26887 | WO | A1 | 1994-11-24 | The University of North Carolina at Chapel Hill | | ☐ |
| FP74 | 96/10391 | WO | A1 | 1996-04-11 | The University of British Columbia | | ☐ |
| FP75 | 96/10392 | WO | A1 | 1996-04-11 | The University of British Columbia | | ☐ |
| FP76 | 97/30067 | WO | A1 | 1997-08-21 | Isis Pharmaceuticals, Inc. | | ☐ |
| FP77 | 97/34638 | WO | A1 | 1997-09-25 | The Regents of the University of California | | ☐ |

| If you wish to add additional Foreign Patent Document citation information please click the Add button | Add |
|---|---|
| **NON-PATENT LITERATURE DOCUMENTS** | Remove |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006500

| | | |
|---|---|---|
| | Application Number | 16/112,453 |
| | Filing Date | August 24, 2018 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T5 |
|---|---|---|---|
| | NPL78 | Claims from US Application No. 11/233,495, 6 pages, dated September 21, 2005 (Exhibit Number 2068 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL79 | Classification Excerpts from USPC System, 21 pages, (Academisch Ziekenhuis Leiden Exhibit 1234, filed May 5, 2015 in Interference 106007 and 106008). | |
| | NPL80 | COLLINS, C.A. et al., "Duchenne's muscular dystrophy: animal models used to investigate pathogenesis and develop therapeutic strategies," Int. J. Exp. Pathol., Vol. 84(4):165-172 (2003) | |
| | NPL81 | Confirmation of Dystrophin Exon 48 to 50 Deletion in Cell Line 8036 Laboratory Notebook Entry,  Pages 3,   Exhibit Number 1167 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | NPL82 | Confirmation of Dystrophin Exon 52 Deletion in Cell Line R1809 Laboratory; Notebook Entry, Pages 3,   Exhibit Number 1168 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | NPL83 | Confirmatory Study of Eteplirsen in DMD Patients, An Open-Label, Multi-Center, 48-Week Study With a Concurrent Untreated Control Arm to Evaluate the Efficacy and Safety of Eteplirsen in Duchenne Muscular Dystrophy ,Clinical Trials.gov, Clinical Trial Identifier NCT02255552, October 1, 2014, 3 pages | |
| | NPL84 | Confirmatory Study of Eteplirsen in DMD Patients, An Open-Label, Multi-Center, 48-Week Study With a Concurrent Untreated Control Arm to Evaluate the Efficacy and Safety of Eteplirsen in Duchenne Muscular Dystrophy, Clinical Trials.gov, Clinical Trial Identifier NCT02255552, May 26, 2015, 3 pages. | |
| | NPL85 | Coolidge v. Efendic, 2008 WL 2080735, Int. No. 105,457 (BPAI May 16, 2008), 42 pages, (Academisch Ziekenhuis Leiden Exhibit 1235, filed May 5, 2015 in Interference 106007 and 106008). | |
| | NPL86 | COREY, David R. et al., "Morpholino antisense oligonucleotides: tools for investigating vertebrate development," Genome Biology, Vol. 2(5):1015.1 - 1015.3 (2001) (Exhibit Number 1026  filed in interferences 106008, 106007 on November 18, 2014) | |
| | NPL87 | Corrected Priority Statement filed by UWA in Int. No. 106,008 (as PN 219),Pages 5, Exhibit Number 1002 filed in Interference 106,013 on February 17, 2015. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006501

| | | | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 | |
| | Filing Date | August 24, 2018 | |
| | First Named Inventor | WILTON, Stephen | |
| | Art Unit | 1635 | |
| | Examiner Name | K. Chong | |
| | Attorney Docket Number | 4140.01500B1 | |

| | | | |
|---|---|---|---|
| | NPL88 | Cortes, Jesus J., et al., "Mutations in the conserved loop of human U5 snRNA generate use of novel cryptic 5´ splice sites in vivo," EMBO J., Vol. 12, No. 13, pp. 5181-5189 (1993), Exhibit Number 1187 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL89 | CROOKE, Stanley T., Antisense Drug Technology, Principles, Strategies, and Applications, Marcel Dekker, Inc., New York, Chapters 15 and 16, pages 375-389, 391-469 (2001) (Exhibit Number 2075 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL90 | Curriculum Vitae of Judith van Deutekom, Pages 6, Exhibit Number 1126 filed in interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL91 | Curriculum Vitae, Erik Joseph Sontheimer, 18 pages, dated September 29, 2014 (Exhibit Number 1013 filed in interferences 106008, 106007 on November 18, 2014) | |
| | NPL92 | CV, Professor Matthew J.A. Wood, 3 pages (Exhibit Number 2003 filed in interferences 106008, 106007 on November 18, 2014) | |
| | NPL93 | DAVIS, Richard J. et al., "Fusion of PAX7 to FKHR by the Variant t(1;13)(p36;q14) Translocation in Alveolar Rhabdomyosarcoma," Cancer Research, Vol. 54:2869-2872 (1994) (Exhibit Number 1027 filed in interferences 106008, 106007 on November 18, 2014) | |
| | NPL94 | DE ANGELIS, Fernanda Gabriella et al., "Chimeric snRNA molecules carrying antisense sequences against the splice junctions of exon 51 of the dystrophic pre-mRNA induce exon skipping and restoration of a dystrophin synthesis in 48-50 DMD cells," PNAS, Vol. 99(14):9456-9461 (2002) | |
| | NPL95 | Decision on Appeal, Ex Parte Martin Gleave and Hideaki Miyake, Appeal No. 2005-2447, Appl. No. 09/619,908 (January 31, 2006) (2009 WL 6927761 (Bd.Pat.App.& Interf.), Pages 12, Exhibit Number 1207 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL96 | Decision on Request for ReHearing, Ex Parte Roderick John Scott, Appeal No. 2008-004077, Appl. No. 10/058,825 (January 6, 2010) (2010 WL 191079 (Bd.Pat.App. & Interf.),Pages 21,  Exhibit Number 1208 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL97 | Declaration of Judith C.T. van Deutekom Under 37 C.F.R. §1.132, filed on January 27, 2012, in U.S. Patent Reexamination Control No 90/011,320, regarding U.S. Patent No. 7,534,879, (University of Western Australia Exhibit 2133, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-10). | |
| | NPL98 | Declaration of Judith van Deutekom, Pages 45, Exhibit Number 1125 filed in interferences 106,007 and 106,008 on February 17, 2015. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006502

| | | | |
|---|---|---|---|
| | | Application Number | 16/112,453 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | Filing Date | August 24, 2018 |
| | | First Named Inventor | WILTON, Stephen |
| | | Art Unit | 1635 |
| | | Examiner Name | K. Chong |
| | | Attorney Docket Number | 4140.01500B1 |

| | | | |
|---|---|---|---|
| | NPL99 | DELLORUSSO, Christiana et al., "Functional correction of adult mdx mouse muscle using gutted adenoviral vectors expressing full-length dystrophin," PNAS, Vol. 99(20):12979-12984 (2002) | |
| | NPL100 | Deposition Transcript of Erik J. Sontheimer, Ph.D. of January 21, 2015 (99 pages), Exhibit Number 1215 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL101 | Deposition Transcript of Matthew J. A. Wood, M.D. , D. Phil., January 22, 2015, including Errata Sheet, Pages 198, Exhibit Number 1007 filed in Interference 106,013 on February 17, 2015. | |
| | NPL102 | Deposition Transcript of Matthew J. A. Wood, M.D., D. Phil., Pages 196, Exhibit Number 1122 filed in interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL103 | Desalting of Oligonucleotides, Pages 2, Exhibit Number 1132 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL104 | DIRKSEN, Wessel P. et al., "Mapping the SF2/ASF Binding Sites in the Bovine Growth Hormone Exonic Splicing Enhancer," The Journal of Biological Chemistry, Vol. 275(37):29170-29177 (2000) | |
| | NPL105 | DOMINSKI, Zbigniew et al., "Identification and Characterization by Antisense Oligonucleotides of Exon and Intron Sequences Required for Splicing," Molecular and Cellular Biology, Vol. 14(11):7445-7454 (1994) | |
| | NPL106 | DOMINSKI, Zbigniew et al., "Restoration of correct splicing in thalassemic pre-mRNA by antisense oligonucleotides," Proc. Natl. Acad. Sci. USA, Vol. 90:8673-8677 (1993) | |
| | NPL107 | DORAN, Philip et al., "Proteomic profiling of antisense-induced exon skipping reveals reversal of pathobiochemical abnormalities in dystrophic mdx diaphragm," Proteomics, Vol. 9:671-685, DOI 10.1002/pmic.200800441 (2009) | |
| | NPL108 | DOUGLAS, Andrew G.L. et al., "Splicing therapy for neuromuscular disease," Molecular and Cellular Neuroscience, Vol. 56:169-185 (2013) (Exhibit Number 2005 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL109 | Doyle, Donald F., et al. (2001) "Inhibition of Gene Expression Inside Cells by PeptideNucleic Acids: Effect of mRNA Target Sequence, Mismatched Bases, and PNA Length," Biochemistry 40:53-64, (Exhibit Number 2123 filed in interferences 106,007 and 106,008 on February 17, 2015. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006503

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
| --- | --- | --- |
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | NPL110 | Dr. Wood Errata Sheet – 22 Jan 2015, Pages 2, Exhibit Number 1227 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| --- | --- | --- | --- |
| | NPL111 | DUNCKLEY, Matthew G. et al., "Modification of splicing in the dystrophin gene in cultured Mdx muscle cells by antisense oligoribonucleotides," Human Molecular Genetics, Vol. 5(1):1083-1090 (1995) | |
| | NPL112 | DUNCKLEY, Matthew G. et al., "Modulation of Splicing in the DMD Gene by Antisense Oligoribonucleotides," Nucleosides & Nucleotides, Vol. 16(7-9):1665-1668 (1997) | |
| | NPL113 | ECKSTEIN, F., "Nucleoside Phosphorothioates," Ann. Rev. Biochem., Vol. 54:367-402 (1985) (Exhibit Number 1028 filed in interferences 106008, 106007 on November 18, 2014) | |
| | NPL114 | ELAYADI, Anissa N. et al., "Application of PNA and LNA oligomers to chemotherapy," Current Opinion in Investigational Drugs, Vol. 2(4):558-561 (2001) | |
| | NPL115 | Email from Danny Huntington to Interference Trial Section, dated September 21, 2014, Pages 2, Exhibit Number 3001 filed in Interference 106,007, 106,008, and 106,013 on September 26, 2014. | |
| | NPL116 | Email From Sharon Crane to Interference Trial Section, dated November 13, 2014, Pages 2, Exhibit Number 3002 filed in Interference 106,007, 106,008, and 106,013 on dated November 14, 2014. | |
| | NPL117 | Emery, A.E. H., "Population frequencies of inherited neuromuscular diseases - a world survey," Neuromuscul Disord 1991;1:19-29. | |
| | NPL118 | Errata sheet for the January 22, 2015 deposition of Matthew J. A. Wood, M.D., D. PHIL., 2 pages, (Exhibit Number 2128 filed in interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL119 | Errata sheet for the March 12, 2015 deposition of Erik J. Sontheimer, Ph.D., (University of Western Australia Exhibit 2149, filed April 3, 2015 in Interferences 106007, 106008, and 106013, page 1). | |
| | NPL120 | ERRINGTON, Stephen J. et al., "Target selection for antisense oligonucleotide induced exon skipping in the dystrophin gene," The Journal of Gene Medicine, Vol. 5:518-527 (2003) | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006504

| | | Application Number | 16/112,453 |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | Filing Date | August 24, 2018 |
| | | First Named Inventor | WILTON, Stephen |
| | | Art Unit | 1635 |
| | | Examiner Name | K. Chong |
| | | Attorney Docket Number | 4140.01500B1 |

| | NPL121 | European Office Action for Application No. 09752572.9, 5 pages, dated February 29, 2012 | |
|---|---|---|---|
| | NPL122 | European Response, Application No. 10004274.6, 7 pages, dated November 5, 2013 (Exhibit Number 1060 filed in interferences 106008, 106007 on November 18, 2014) | |
| | NPL123 | European Response, Application No. 12198517.0, 7 pages, dated October 21, 2014 (Exhibit Number 2084 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL124 | European Response, Application No. 13160338.3, 4 pages, dated June 26, 2014 (Exhibit Number 2085 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL125 | European Search Report for Application No. 10004274.6, 12 pages, dated January 2, 2013 | |
| | NPL126 | European Search Report for Application No. 12162995.0, 11 pages, dated January 15, 2013 | |
| | NPL127 | European Search Report, EP15168694.6, dated July 23, 2015, pages 1-8. | |

If you wish to add additional non-patent literature document citation information please click the Add button    Add

**EXAMINER SIGNATURE**

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006505

| | | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | | | |
|---|---|---|---|
| | NPL128 | HARDING, PL et al., "The Influence of Antisense Oligonucleotide Length on Dystrophin Exon Skipping," Molecular Therapy, Vol. 15(1):157-166 (2007) (Exhibit Number 1030 filed in interferences 106008, 106007 on November 18, 2014) | |
| | NPL129 | HAREL-BELLAN, Annick et al., "Specific Inhibition of c-myc Protein Biosynthesis Using an Antisense Synthetic Deoxy-Oligonucleotide in Human T Lymphocytes," The Journal of Immunology, Vol. 140(7):2431-2435 (1988) | |
| | NPL130 | Havenga, M.J.E., et al., "Exploiting the Natural Diversity in Adenovirus Tropism for Therapy and Prevention of Disease," J. Virol., Vol. 76, No. 9, pp. 4612-4620 (May, 2002), Exhibit Number 1123 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | NPL131 | HEASMAN, Janet, "Morpholino Oligos: Making Sense of Antisense?" Developmental Biology, Vol. 243:209-214 (2002) | |
| | NPL132 | HEEMSKERK, Hans A. et al., "In vivo comparison of 2'-O-methyl phosphorothioate and morpholino antisense oligonucleotides for Duchenne muscular dystrophy exon skipping," The Journal of Gene Medicine, Vol. 11:257-266 (2009) (Exhibit Number 2020 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL133 | HEID, Christian A. et al., "Real Time Quantitative PCR," Genome Research, Vol. 6:986-994 (1996) (Exhibit Number 1061 filed in interferences 106008, 106007 on November 18, 2014) | |
| | NPL134 | HERSCHLAG, Daniel et al., "Contributions of 2' Hydroxyl Groups of the RNA Substrate to Binding and Catalysis by the Tetrahymena Ribozyme: An Energetic Picture of an Active Site Composed of RNA," Biochemistry, Vol. 32:8299-8311 (1993) (Exhibit Number 1031 filed in interferences 106008, 106007 on November 18, 2014) | |
| | NPL135 | Hoffman EP, et al., "Characterization of dystrophin in muscle-biopsy specimens from patients with Duchenne's or Becker's muscular dystrophy" N Engl J Med 1988;318:1363-68. | |
| | NPL136 | Hoffman EP, et al., "Restoring dystrophin expression in Duchenne muscular dystrophy muscle: Progress in exon skipping and stop codon read through," Am J Path 2011;179:12-22. | |
| | NPL137 | HUDZIAK, Robert M. et al., "Antiproliferative Effects of Steric Blocking Phosphorodiamidate Morpholino Antisense Agents Directed against c-myc," Antisense & Nucleic Acid Drug Development, Vol. 10:163-176 (2000) (Exhibit Number 1032 filed in interferences 106008, 106007 on November 18, 2014) | |
| | NPL138 | HUDZIAK, Robert M. et al., "Resistance of Morpholino Phosphorodiamidate Oligomers to Enzymatic Degradation," Antisense & Nucleic Acid Drug Development, Vol. 6:267-272 (1996) | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006506

| | | Application Number | 16/112,453 |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | Filing Date | August 24, 2018 |
| | | First Named Inventor | WILTON, Stephen |
| | | Art Unit | 1635 |
| | | Examiner Name | K. Chong |
| | | Attorney Docket Number | 4140.01500B1 |

| | | | |
|---|---|---|---|
| | NPL139 | HUSSEY, Nicole D. et al., "Analysis of five Duchenne muscular dystrophy exons and gender determination using conventional duplex polymerase chain reaction on single cells," Molecular Human Reproduction, Vol. 5(11):1089-1094 (1999) | |
| | NPL140 | Interim Guidance on Patent Subject Matter Eligibility ("the December Guidance," 16 pages,(Exhibit Number 2119 filed in interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL141 | International Patent Application No. PCT/AU2000/00693 ("Wraight"), published as WO 00/78341 on December 28, 2000, 201 pages, (Exhibit Number 2125 filed in interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL142 | International Preliminary Report on Patentability and Written Opinion for Application No. PCT/US2009/061960, 8 pages, dated April 26, 2011 | |
| | NPL143 | International Preliminary Report on Patentability for Application No. PCT/AU2005/000943, 8 pages, dated December 28, 2006 | |
| | NPL144 | International Preliminary Report on Patentability, PCT/US2013/077216, dated June 23, 2015, pages 1-7. | |
| | NPL145 | International Preliminary Report on Patentability, PCT/US2014/029610, dated July 1, 2015, pages 1-122. | |
| | NPL146 | International Preliminary Report on Patentability, PCT/US2014/029689, dated September 15, 2015, pages 1-10. | |
| | NPL147 | International Preliminary Report on Patentability, PCT/US2014/029766, dated September 15, 2015, pages 1-10. | |
| | NPL148 | International Search Report and Written Opinion of the International Searching Authority issued in International Patent Application No. PCT/US2013/077216, 5 pages, dated March 27, 2014 | |
| | NPL149 | International Search Report and Written Opinion of the International Searching Authority issued in International Patent Application No. PCT/US2014/029610, 6 pages, dated September 18, 2014 | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006507

| | | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | | | |
|---|---|---|---|
| | NPL150 | International Search Report and Written Opinion of the International Searching Authority issued in International Patent Application No. PCT/US2014/029689, 8 pages, dated October 21, 2014 | |
| | NPL151 | International Search Report and Written Opinion of the International Searching Authority issued in International Patent Application No. PCT/US2014/029766, 8 pages, dated October 21, 2014 | |
| | NPL152 | International Search Report for Application No. PCT/AU2005/000943, 5 pages, dated October 20, 2005 | |
| | NPL153 | International Search Report for Application No. PCT/US01/14410, 5 pages, dated March 6, 2002 | |
| | NPL154 | International Search Report for Application No. PCT/US2009/061960, 9 pages, dated April 6, 2010 | |
| | NPL155 | Invitation to pay fees and Partial International Search Report issued by the International Search Authority in International Patent Application No. PCT/US2014/029689, 8 pages, dated July 29, 2014 | |
| | NPL156 | ISIS Pharmaceuticals website, 2 pages, http://www.isispharm.com/Pipeline/Therapeutic-Areas/Other.htm (2014) (Exhibit Number 2021 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL157 | IVERSEN, Patrick L. et al., "Efficacy of Antisense Morpholino Oligomer Targeted to c-myc in Prostate Cancer Xenograft Murine Model and a Phase I Safety Study in Humans," Clinical Cancer Research, Vol. 9:2510-2519 (2003) | |
| | NPL158 | JARVER, Peter et al., "A Chemical View of Oligonucleotides for Exon Skipping and Related Drug Applications," Nucleic Acid Therapeutics, Vol. 24(1):37-47 (2014) (Exhibit Number 2061 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL159 | JASON, Tracey L.H. et al., "Toxicology of antisense therapeutics," Toxicology and Applied Pharmacology, Vol. 201:66-83 (2004) (Exhibit Number 2027 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL160 | JEARAWIRIYAPAISARN, Natee et al., "Long-term improvement in mdx cardiomyopathy after therapy with peptide-conjugated morpholino oligomers," Cardiovascular Research, Vol. 85:444-453 (2010) | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006508

| | | Application Number | 16/112,453 |
|---|---|---|---|

**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**
( Not for submission under 37 CFR 1.99)

| Filing Date | August 24, 2018 |
|---|---|
| First Named Inventor | WILTON, Stephen |
| Art Unit | 1635 |
| Examiner Name | K. Chong |
| Attorney Docket Number | 4140.01500B1 |

| | NPL161 | JEARAWIRIYAPAISARN, Natee et al., "Sustained Dystrophin Expression Induced by Peptide-conjugated Morpholino Oligomers in the Muscles of mdx Mice," Mol. Ther., Vol. 16(9):1624-1629 (2008) | |
|---|---|---|---|
| | NPL162 | Job Posting by Sarepta for "Scientist II, Muscle Biology" (2 pages), (Academisch Ziekenhuis Leiden Exhibit 1233, filed April 3, 2015 in Interference 106007 and 106008). | |
| | NPL163 | JONES, Simon S. et al., "The Protection of Uracil and Guanine Residues in Oligonucleotide Synthesis," Tetrahedron Letters, Vol. 22(47):4755-4758 (1981) | |
| | NPL164 | KARLEN, Yann et al., "Statistical significance of quantitative PCR," BMC Bioinformatics, 8:131, 16 pages (2007) (Exhibit Number 1033 filed in interferences 106008, 106007 on November 18, 2014) | |
| | NPL165 | KARRAS, James G. et al., "Deletion of Individual Exons and Induction of Soluble Murine Interleukin-5 Receptor-alpha Chain Expression through Antisense Oligonucleotide-Mediated Redirection of Pre-mRNA splicing," Molecular Pharmacology, Vol. 58:380-387 (2000) | |
| | NPL166 | KAYE, Ed, "Results of the Eteplirsen Phase 2b and Phase 2b Extension Study in Duchenne Muscular Dystrophy," 8th Annual Meeting of the Oligonucleotide Therapeutics Society, Session 9: Advances in Oligonucleotide Clinical Development II, Page 48 (2012) | |
| | NPL167 | KINALI, Maria et al., "Local restoration of dystrophin expression with the morpholino oligomer AVI-4658 in Duchenne muscular dystrophy: a single-blind, placebo-controlled, dose-escalation, proof-of-concept study," Lancet Neurol., Vol. 8:918-928 (2009) | |
| | NPL168 | King et al., "A Dictionary of Genetics," Oxford University Press, 4th Ed. (1990), Exhibit Number 1189 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL169 | KOENIG, M. et al., "The Complete Sequence of Dystrophin Predicts a Rod-Shaped Cytoskeleton Protein," Cell, Vol. 53:219-228 (1988) (Exhibit Number 1010 filed in interferences 106008, 106007 on November 18, 2014) | |
| | NPL170 | KOENIG, M. et al., "The Molecular Basis for Duchenne versus Becker Muscular Dystrophy: Correlation of Severity with Type of Deletion," Am. J. Hum. Genet., Vol. 45:498-506 (1989) (Exhibit Number 1011 filed in interferences 106008, 106007 on November 18, 2014) | |
| | NPL171 | Kohler M, et al., "Quality of life, physical disability and respiratory impairment in Duchenne muscular dystrophy," Am J Respir Crit Care Med 2005;172:1032-6. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006509

| | | |
|---|---|---|
| | Application Number | 16/112,453 |
| | Filing Date | August 24, 2018 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | | |
|---|---|---|
| NPL172 | KOSHKIN, Alexei A. et al., "LNA (Locked Nucleic Acids): Synthesis of the Adenine, Cytosine, Guanine, 5-Methylcytosine, Thymine and Uracil Bicyclonucleoside Monomers, Oligomerisation, and Unprecedented Nucleic Acid Recognition," Tetrahedron, Vol. 54:3607-3630 (1998) (Exhibit Number 2007 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| NPL173 | Kurreck J., "Antisense Technologies: Improvement Through Novel Chemical Modifications", European Journal of Biochemistry, Vol.270(8):1628-1644 (2003) | |
| NPL174 | Lab-on-a-Chip Data, Pages 28,  Exhibit Number 1185 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| NPL175 | Laboratory Notebook Entry (Exon 51 Experiments): RT-PCR Analysis of 8036 Cells, Pages 2, Exhibit Number 1179 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| NPL176 | Laboratory Notebook Entry (Exon 51 Experiments): RT-PCR Analysis of KM155.C25 Cells, Pages 2,  Exhibit Number 1178 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| NPL177 | Laboratory Notebook Entry (Exon 51 Experiments): Transfection of 8036 Cells, Pages 1,  Exhibit Number 1172 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |

| If you wish to add additional non-patent literature document citation information please click the Add button | Add |
|---|---|

## EXAMINER SIGNATURE

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through a citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006510

| | | |
|---|---|---|
| | | Application Number | 16/112,453 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | | |
|---|---|---|
| | NPL178 | Excerpts from Prosecution History of Application No. 13/741,150: Notice of Allowance dated March 16, 2015; List of References cited by Applicant and Considered by Examiner; Notice of Allowance and Fees due dated September 18, 2014; Amendment in Response to Non-Final Office Action dated July 11, 2014, (Academisch Ziekenhuis Leiden Exhibit 1229, filed April 3, 2015 in Interference 106007 and 106008, pages 1-133). | |
| | NPL179 | Excerpts from Prosecution History of Application No. 13/826,880: Notice of Allowance dated January 26, 2015 and Amendment in Response to Non-Final Office Action dates October 15, 2014, (Academisch Ziekenhuis Leiden Exhibit 1228, filed April 3, 2015 in Interference 106007 and 106008, pages 1-16). | |
| | NPL180 | Excerpts from Yeo (Ed.), "Systems Biology of RNA Binding Proteins," Adv. Exp. Med. Biol., Chapter 9, 56 pages (2014), (Academisch Ziekenhuis Leiden Exhibit 1232, filed April 3, 2015 in Interference 106007 and 106008, pages 1-56). | |
| | NPL181 | Excerpts of SEC Form 8-K, dated November 23 2014, for BioMarin Pharmaceutical Inc., (University of Western Australia Exhibit 2129, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-9). | |
| | NPL182 | Exon 46 Sequence of Dystrophin, Document D18 as filed in Opposition of European Patent EP1619249, filed June 23, 2009, 1 page | |
| | NPL183 | Exon 51 Internal Sequence Schematic, Pages 1, Exhibit Number 1224 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL184 | Exon 53 Internal Sequence Schematic, Pages 1, Exhibit Number 1225 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL185 | Fairclough et al., "Therapy for Duchenne muscular dystrophy: renewed optimism from genetic approaches," Nature Reviews, Vol. 14, pp. 373-378 (June, 2013), Exhibit Number 1112 filed in interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL186 | FALL, Abbie M. et al., "Induction of revertant fibres in the mdx mouse using antisense oligonucleotides," Genetic Vaccines and Therapy, Vol. 4:3, doi:10.1186/1479-0556-4-3, 12 pages (2006) | |
| | NPL187 | FDA Briefing Document, "Peripheral and Central Nervous System," Drugs Advisory Committee Meeting, NDA 206488 Eteplirsen, Food and Drug Administration, pages 1-73, January 22, 2016. | |
| | NPL188 | Federal Register, Vol. 58, No. 183, pp. 49432-49434, September 23, 1993 (6 pages); [Cited as: 58 FR 49432-01, 1993 WL 371451 (F.R.)], Exhibit Number 1221 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006511

| | | Application Number | 16/112,453 |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | Filing Date | August 24, 2018 |
| | | First Named Inventor | WILTON, Stephen |
| | | Art Unit | 1635 |
| | | Examiner Name | K. Chong |
| | | Attorney Docket Number | 4140.01500B1 |

| | NPL189 | Federal Register, Vol. 69, No. 155, pp. 49960-50020 dated August 12, 2004 (62 pages), Exhibit Number 1220 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
|---|---|---|---|
| | NPL190 | File Excerpt from AZL U.S. Patent Application 11/233,495: Amendment After Non-Final Office Action, as-filed November 1, 2010 (Exhibit Number 1085 filed in interferences 106008, 106007 on December 23, 2014) | |
| | NPL191 | File Excerpt from AZL U.S. Patent Application 11/233,495: Claims examined in Non-Final Office Action, dated December 1, 2008 (Exhibit Number 1079 filed in interferences 106008, 106007 on December 23, 2014) | |
| | NPL192 | File Excerpt from AZL U.S. Patent Application 11/233,495: Final Office Action dated August 31, 2010 (Exhibit Number 1086 filed in interferences 106008, 106007 on December 23, 2014) | |
| | NPL193 | File Excerpt from U.S. Patent Application 11/233,495: Non-Final Office Action dated December 1, 2008 and Final Office Action dated June 25, 2009 (Exhibit Number 1078 filed in interferences 106008, 106007 on December 23, 2014) | |
| | NPL194 | File Excerpt from U.S. Patent Application No. 12/198,007: AZL's Preliminary Amendment and Response, as-filed November 7, 2008 (Exhibit Number 1075 filed in interferences 106008, 106007 on December 23, 2014) | |
| | NPL195 | File Excerpt from U.S. Patent Application No. 12/976,381: AZL's First Preliminary Amendment, as-filed December 22, 2010 (Exhibit Number 1076 filed in interferences 106008, 106007 on December 23, 2014) | |
| | NPL196 | File Excerpts from Prosecution History of U.S. Patent Application No. 13/270,992 ("UWA's U.S. Patent 8,486,907), Pages 122, Exhibit Number 1006 filed in Interference 106,013 on February 17, 2015. | |
| | NPL197 | File Excerpts from U.S. Patent Application No. 11/233,495: Response to Non- Final Office Action, as filed July 26, 2011 (14 pages), Exhibit Number 1222 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL198 | File Excerpts from U.S. Patent Application No. 13/270,992 ("UWA's U.S. Patent 8,486,907): NFOA, dated 7/30/2012; Applicant-Initiated Interview Summary, dated 11/8/2012; Amendment, as filed January 30, 2013; NOA, dated 4/4/2013, Exhibit Number 1118 (122 pages)  filed in interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL199 | Flanagan, W. Michael, et al., "A cytosine analog that confers enhanced potency to antisense oligonucleotides," Proc. Nat'l Acad. Sci. USA, Vol. 96, pp. 3513-3518 (March, 1999), Exhibit Number 1211 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

| | | | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 | |
| | Filing Date | August 24, 2018 | |
| | First Named Inventor | WILTON, Stephen | |
| | Art Unit | 1635 | |
| | Examiner Name | K. Chong | |
| | Attorney Docket Number | 4140.01500B1 | |

| | | | |
|---|---|---|---|
| | NPL200 | FLANIGAN, Kevin M. et al., "Pharmacokinetics and safety of single doses of drisapersen in non-ambulant subjects with Duchenne muscular dystrophy: Results of a double-blind randomized clinical trial," Neuromuscular Disorders, Vol. 24:16-24 (2014) (Exhibit Number 2038 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL201 | Flanigan, Kevin M., et al. (2003) "Rapid Direct Sequence Analysis of the Dystrophin Gene," Am. J. Hum. Genet. 72:931-939, dated February 17, 2015 (Exhibit Number 2120 filed in interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL202 | Fletcher S., et al, "Morpholino oligomer-mediated exon skipping averts the onset of dystrophic pathology in the mdx mouse. Mol Ther 2007;15:1587-1592. | |
| | NPL203 | FLETCHER, Sue et al., "Dystrophin Isoform Induction In Vivo by Antisense-mediated Alternative Splicing," Molecular Therapy, Vol. 18(6):1218-1223 (2010) | |
| | NPL204 | FLETCHER, Sue et al., "Targeted Exon Skipping to Address 'Leaky' Mutations in the Dystrophin Gene," Molecular Therapy-Nucleic Acids, Vol. 1, e48, doi:10.1038/mtna.2012.40, 11 pages (2012) | |
| | NPL205 | FLETCHER, Susan et al., "Dystrophin expression in the mdx mouse after localised and systemic administration of a morpholino antisense oligonucleotide," J. Gene Med., Vol. 8:207-216 (2006) | |
| | NPL206 | FLETCHER, Susan et al., "Gene therapy and molecular approaches to the treatment of hereditary muscular disorders," Curr. Opin. Neurol., Vol. 13:553-560 (2000) | |
| | NPL207 | FOSTER, Helen et al., "Genetic Therapeutic Approaches for Duchenne Muscular Dystrophy," Human Gene Therapy, Vol. 23:676-687 (2012) | |
| | NPL208 | Fourth Declaration of Erik Sontheimer, Ph.D. (Pursuant to Bd.R. 41.155(b)(2) and SO 155.1.3 and 155.1.4), dated March 9, 2015, (University of Western Australia Exhibit 2138, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-4). | |
| | NPL209 | FRAGALL, Clayton T. et al., "Mismatched single stranded antisense oligonucleotides can induce efficient dystrophin splice switching," BMC Medical Genetics, Vol. 12:141, 8 pages (2011) (Exhibit Number 2019 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL210 | FRALEY, Robert et al., "New generation liposomes: the engineering of an efficient vehicle for intracellular delivery of nucleic acids," Trends Biochem., Vol. 6:77-80 (1981) | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006513

| | | | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 | |
| | Filing Date | August 24, 2018 | |
| | First Named Inventor | WILTON, Stephen | |
| | Art Unit | 1635 | |
| | Examiner Name | K. Chong | |
| | Attorney Docket Number | 4140.01500B1 | |

| | | | |
|---|---|---|---|
| | NPL211 | FRAZIER, Kendall S. et al., "Species-specific Inflammatory Responses as a Primary Component for the Development of Glomerular Lesions in Mice and Monkeys Following Chronic Administration of a Second-generation Antisense Oligonucleotide," Toxicologica Pathology, 13 pages (2013) | |
| | NPL212 | FRIEDMANN, Theodore, "Progress Toward Human Gene Therapy," Science, Vol. 244(4910):1275-1281 (1989) | |
| | NPL213 | GEBSKI, Bianca L. et al., "Morpholino antisense oligonucleotide induced dystrophin exon 23 skipping in mdx mouse muscle," Human Molecular Genetics, Vol. 12(15):1801-1811 (2003) | |
| | NPL214 | Generic Method for Average Mass Determination Using LC-UV-MS in the Negative Mode, Pages 15, Exhibit Number 1145 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | NPL215 | Generic UPLC Purity Method for Oligonucleotides (19- to 25-mers), Pages 18, Exhibit Number 1156 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | NPL216 | GENNARO, Alfonso R., (ed.), Remington's Pharmaceutical Sciences, 18th Edition, Mack Publishing, Co., Easton PA, 2020 pages (1990) | |
| | NPL217 | GILES, Richard V. et al., "Antisense Morpholino Oligonucleotide Analog Induces Missplicing of C-myc mRNA," Antisense & Nucleic Acid Drug Development, Vol. 9:213-220 (1999) | |
| | NPL218 | GlaxoSmithKline Press Release, Issued in London, UK, dated June 27, 2013 (5 pages), Exhibit Number 1202 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL219 | GlaxoSmithKline, "GSK and Prosensa announce start of Phase III study of investigational Duchenne Muscular Dystrophy medication," press release, 6 pages, dated January 19, 2011 (Exhibit Number 2060 filed in interferences 106006, 106013, 106007 on November 18, 2014) | |
| | NPL220 | GlaxoSmithKline, "Prosensa regains rights to drisapersen from GSK and retains rights to all other programmes for the treatment of Duchenne muscular dystrophy (DMD), press release, 4 pages, dated January 13, 2014 (Exhibit 2040 in Interferences 106007, 106008, and 106013 on November 18, 2014). | |
| | NPL221 | GOEMANS, Nathalie M. et al., "Systemic Administration of PRO051 in Duchenne's Muscular Dystrophy," The New England Journal of Medicine, Vol. 364:1513-1522 (2011) (Exhibit Number 2036 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006514

| | | Application Number | 16/112,453 |
|---|---|---|---|
| | | Filing Date | August 24, 2018 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | First Named Inventor | WILTON, Stephen |
| | | Art Unit | 1635 |
| | | Examiner Name | K. Chong |
| | | Attorney Docket Number | 4140.01500B1 |

| | NPL222 | GORDON, Peter M. et al., "Metal ion catalysis during the exon-ligation step of nuclear pre-mRNA splicing: Extending the parallels between the spliceosome and group II introns," RNA, Vol. 6:199-205 (2000) (Exhibit Number 1055 filed in interferences 106008, 106007 on November 18, 2014) | |
|---|---|---|---|
| | NPL223 | Gordon, Peter M., et al., "Kinetic Characterization of the Second Step of Group II Intron Splicing: Role of Metal Ions and the Cleavage Site 2´-OH in Catalysis," Biochemistry, Vol. 39, pp. 12939-12952 (2000), Exhibit Number 1188 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL224 | GOYENVALLE, Aurelie et al., "Prevention of Dystrophic Pathology in Severely Affected Dystrophin/Utrophin-deficient Mice by Morpholino-oligomer-mediated Exon-skipping," Molecular Therapy, Vol. 18(1):198-205 (2010) | |
| | NPL225 | HAMMOND, Suzan M. et al., "Correlating In Vitro Splice Switching Activity With Systemic In Vivo Delivery Using Novel ZEN-modified Oligonucleotides," Molecular Therapy - Nucleic Acids, Vol. 3:1, 11 pages (2014) (Exhibit Number 2011 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL226 | Hammond, Suzan M., et al., "Genetic therapies for RNA mis-splicing diseases," Cell, Vol.27, No. 5, pp. 196-205 (May, 2011), Exhibit Number 1113 filed in interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL227 | Hammond,Suzan M., et al., "PRO-051, an antisense oligonucleotide for the potential treatment of Duchenne muscular dystrophy," Curr. Opinion Mol. Therap., Vol. 12, No. 4, pp. 478-486 (2010), Exhibit Number 1121 filed in interferences 106,007 and 106,008 on February 13, 2015. | |

| If you wish to add additional non-patent literature document citation information please click the Add button | Add |
|---|---|

| **EXAMINER SIGNATURE** | | | |
|---|---|---|---|
| Examiner Signature | | Date Considered | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MEPP 901.04.  [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document.  [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [5] Applicant is to place a check mark here if English language translation is attached.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

| | | | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 | |
| | Filing Date | August 24, 2018 | |
| | First Named Inventor | WILTON, Stephen | |
| | Art Unit | 1635 | |
| | Examiner Name | K. Chong | |
| | Attorney Docket Number | 4140.01500B1 | |

| | | | |
|---|---|---|---|
| | NPL228 | Laboratory Notebook Entry (Exon 51 Experiments): Transfection of KM155.C25 Cells, Pages 1, Exhibit Number 1171 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | NPL229 | Laboratory Notebook Entry (Exon 53 Experiments): RT-PCR Analysis of KM155.C25 Cells, Pages 2, Exhibit Number 1180 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | NPL230 | Laboratory Notebook Entry (Exon 53 Experiments): RT-PCR Analysis of R1809 Cells, Pages 2, Exhibit Number 1181 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | NPL231 | Laboratory Notebook Entry (Exon 53 Experiments): Transfection of KM155.C25 Cells, Pages 1, Exhibit Number 1173 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | NPL232 | Laboratory Notebook Entry (Exon 53 Experiments): Transfection of R1809 Cells, Pages 1, Exhibit Number 1174 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | NPL233 | Laboratory Notebook Entry: General RNA recovery, 1 Page, Exhibit Number 1176 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | NPL234 | Laboratory Notebook Entry: Lab-on-a-Chip Analysis, Pages 3, Exhibit Number 1184 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | NPL235 | Larsen et al., "Antisense properties of peptide nucleic acid," Biochim. Et Biophys. Acta, Vol. 1489, pp. 159-166 (1999), Exhibit Number 1190 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL236 | List of Publications for Matthew J. A. Wood, M.D., D. PHIL., 11 pages, (Exhibit Number 2124 filed in interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL237 | LIU, Hong-Xiang et al., "Identification of functional exonic splicing enhancer motifs recognized by individual SR proteins," Genes & Development, Vol. 12:1998-2012 (1998) | |
| | NPL238 | Lu et al, "Massive Idiosyncratic Exon Skipping Corrects the Nonsense Mutation in Dystrophic Mouse Muscle and Produces Functional Revertant Fibers by Clonal Expansion," THE JOURNAL OF CELL BIOLOGY, Vol. 148(5): 985-995, March 6, 2000 ("Lu et al.") (Exhibit Number 1082 filed in interferences 106008, 106007 on December 23, 2014) | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006516

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
| --- | --- | --- |
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | | | |
| --- | --- | --- | --- |
| | NPL239 | LU, Qi Long et al., "Functional amounts of dystrophin produced by skipping the mutated exon in the mdx dystrophic mouse," Nature Medicine, Vol. 9(8):1009-1014 (2003) | |
| | NPL240 | LU, Qi-long et al., "What Can We Learn From Clinical Trials of Exon Skipping for DMD?" Molecular Therapy - Nucleic Acids, Vol. 3:e152, doi:10.1038/mtna.2014.6, 4 pages (2014) | |
| | NPL241 | Lyophilisation of Oligonucleotides, Pages 2, Exhibit Number 1133 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL242 | MANN, Christopher J. et al., "Antisense-induced exon skipping and synthesis of dystrophin in the mdx mouse," PNAS, Vol. 98(1):42-47 (2001) | |
| | NPL243 | MANN, Christopher J. et al., "Improved antisense oligonucleotide induced exon skipping in the mdx mouse model of muscular dystrophy," The Journal of Gene Medicine, Vol. 4:644-654 (2002) | |
| | NPL244 | MANNINO, Raphael J. et al., "Liposome Mediated Gene Transfer," BioTechniques, Vol. 6(7):682-690 (1988) | |
| | NPL245 | Manual of Patent Examining Procedure 2308.02 (6th ed., rev. 3, July 1997), (University of Western Australia Exhibit 2143, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-2). | |
| | NPL246 | Manzur A, et al., "Glucocorticoid corticosteroids for Duchenne muscular dystrophy," Cochrane Database Syst Rev. 2004;(2):CD003725. | |
| | NPL247 | MARSHALL, N.B. et al., "Arginine-rich cell-penetrating peptides facilitate delivery of antisense oligomers into murine leukocytes and alter pre-mRNA splicing," Journal of Immunological Methods, Vol. 325:114-126 (2007) | |
| | NPL248 | Mathews et al., "Expanded Sequence Dependence of Thermodynamic Parameters Improves Prediction of RNA Secondary Structure," J. Mol. Biol. 288:911-940 (1999), (University of Western Australia Exhibit 2131, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-31). | |
| | NPL249 | Mathews et al., "Expanded Sequence Dependence of Thermodynamic Parameters Improves Prediction of RNA Secondary Structure," J. Mol. Biol., Vol. 288, pp. 911-940 (1999), Exhibit Number 1212 filed in Interferences 106007 and 106,008 on February 17, 2015. | |

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
| --- | --- | --- |
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | | | |
| --- | --- | --- | --- |
| | NPL250 | MATSUO, Masafumi et al., "Exon Skipping during Splicing of Dystrophin mRNA Precursor due to an Intraexon Deletion in the Dystrophin Gene of Duchenne Muscular Dystrophy Kobe," J. Clin. Invest., Vol. 87:2127-2131 (1991) | |
| | NPL251 | MATSUO, Masafumi et al., "Treatment of Duchenne Muscular Dystrophy with Oligonucleotides against an Exonic Splicing Enhancer Sequence," Basic Appl. Myol., Vol. 13(6):281-285 (2003) | |
| | NPL252 | MATSUO, Masafumi, "Duchenne and Becker Muscular Dystrophy: From Gene Diagnosis to Molecular Therapy," IUBMB Life, Vol. 53:147-152 (2002) | |
| | NPL253 | MATSUO, Masafumi, "Duchenne/Becker muscular dystrophy: from molecular diagnosis to gene therapy," Brain & Development, Vol. 18:167-172 (1996) | |
| | NPL254 | MATTEUCCI, Mark, "Structural modifications toward improved antisense oligonucleotides," Perspectives in Drug Discovery and Design, Vol. 4:1-16 (1996) | |
| | NPL255 | Mazzone E, et al. "Functional changes in Duchenne muscular dystrophy: a 12-month longitudinal cohort study," Neurology 2011;77(3):250-6. | |
| | NPL256 | MCCARVILLE, M. Beth et al., "Rhabdomyosarcoma in Pediatric Patients: The Good, the Bad, and the Unusual," AJR, Vol. 176:1563-1569 (2001) (Exhibit Number 1034 filed in interferences 106008, 106007 on November 18, 2014) | |
| | NPL257 | MCCLOREY, G. et al., "Antisense oligonucleotide-induced exon skipping restores dystrophin expression in vitro in a canine model of DMD," Gene Therapy, Vol. 13:1373-1381 (2006) | |
| | NPL258 | MCCLOREY, G. et al., "Induced dystrophin exon skipping in human muscle explants," Neuromuscular Disorders, Vol. 16:583-590 (2006) | |
| | NPL259 | MCCLOREY, Graham et al., "Splicing intervention for Duchenne muscular dystrophy," Current Opinion in Pharmacology, Vol. 5:529-534 (2005) | |
| | NPL260 | McDonald CM, et al., "Profiles of Neuromuscular Diseases, Duchenne muscular dystrophy," Am J Phys Med Rehabil 1995;74:S70-S92 | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006518

| | | | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 | |
| | Filing Date | August 24, 2018 | |
| | First Named Inventor | WILTON, Stephen | |
| | Art Unit | 1635 | |
| | Examiner Name | K. Chong | |
| | Attorney Docket Number | 4140.01500B1 | |

| | | | |
|---|---|---|---|
| | NPL261 | McDonald CM, et al., "The 6-minute walk test as a new outcome measure in Duchenne muscular dystrophy," Muscle Nerve 2010;41:500-10. | |
| | NPL262 | McDonald CM, et al., "The 6-minute walk test in Duchenne/Becker muscular dystrophy: longitudinal observations," Muscle Nerve 2010;42: 966-74. | |
| | NPL263 | Mendell JR et al., "Evidence-based path to newborn screening for Duchenne muscular Dystrophy," Ann Neurol 2012;71:304-13. | |
| | NPL264 | Mendell JR, et al., "Dystrophin immunity revealed by gene therapy in Duchenne muscular dystrophy," N Engl J Med 2010;363:1429-37. | |
| | NPL265 | Mendell JR, et al., "Randomized, double-blind six-month trial of prednisone in Duchenne's muscular dystrophy," N Engl J Med 1989;320:1592-97. | |
| | NPL266 | MENDELL, Jerry R. et al., "Eteplirsen for the Treatment of Duchenne Muscular Dystrophy," Ann. Neurol., Vol. 74:637-647 (2013) (Exhibit Number 2058 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL267 | MENDELL, Jerry R. et al., "Eteplirsen in Duchenne Muscular Dystrophy (DMD): 144 Week Update on Six-Minute Walk Test (6MWT) and Safety," slideshow, presented at the 19th International Congress of the World Muscle Society, 17 pages (2014) (Exhibit Number 2059 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL268 | MENDELL, Jerry R. et al., "Gene therapy for muscular dystrophy: Lessons learned and path forward," Neuroscience Letters, Vol. 527:90-99 (2012) | |
| | NPL269 | Merlini L, et al., "Early corticosteroid treatment in 4 Duchenne muscular dystrophy patients: 14-year follow-up," Muscle Nerve 2012;45:796-802. | |
| | NPL270 | Mfold illustrations for Exon 51 and Exon 53 with varying amounts of intron sequence, (University of Western Australia Exhibit 2132, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-2). | |
| | NPL271 | MITRPANT, Chalermchai et al., "Rational Design of Antisense Oligomers to Induce Dystrophin Exon Skipping," Molecular Therapy, Vol. 17(8):1418-1426 (2009) | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006519

| | | | |
|---|---|---|---|
| | | Application Number | 16/112,453 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | Filing Date | August 24, 2018 |
| | | First Named Inventor | WILTON, Stephen |
| | | Art Unit | 1635 |
| | | Examiner Name | K. Chong |
| | | Attorney Docket Number | 4140.01500B1 |

| | | |
|---|---|---|
| NPL272 | MONACO, Anthony P. et al., "An Explanation for the Phenotypic Differences between Patients Bearing Partial Deletions of the DMD Locus," Genomics, Vol. 2:90-95 (1988) | |
| NPL273 | Morcos, Paul A., "Gene switching: analyzing a broad range of mutations using steric block antisense oligonucleotides," Methods in Enzymology, Vol. 313:174-189 (1999) | |
| NPL274 | MOULTON, H.M., "Compound and Method for Treating Myotonic Dystrophy," U.S. Application No. 12/493,140, 82 pages, filed June 26, 2009 | |
| NPL275 | MOULTON, Hong M. et al., "Morpholinos and their peptide conjugates: Therapeutic promise and challenge for Duchenne muscular dystrophy," Biochimica et Biophysica Acta, Vol. 1798:2296-2303 (2010) | |
| NPL276 | Muntoni F, et al., "Dystrophin and mutations: one gene, several proteins, multiple phenotypes," Lancet Neurol. 2003;2:731-40. | |
| NPL277 | MUNTONI, Francesco et al., "128th ENMC International Workshop on 'Preclinical optimization and Phase I/II Clinical Trials Using Antisense Oligonucleotides in Duchenne Muscular Dystrophy' 22-24 October 2004, Naarden, The Netherlands," Neuromuscular Disorders, Vol. 15:450-457 (2005) (Exhibit Number 2025 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |

| If you wish to add additional non-patent literature document citation information please click the Add button | Add |
|---|---|

**EXAMINER SIGNATURE**

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

| | | | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 | |
| | Filing Date | August 24, 2018 | |
| | First Named Inventor | WILTON, Stephen | |
| | Art Unit | 1635 | |
| | Examiner Name | K. Chong | |
| | Attorney Docket Number | 4140.01500B1 | |

| | | | |
|---|---|---|---|
| | NPL278 | MUNTONI, Francesco et al., "149th ENMC International Workshop and 1st TREAT-NMD Workshop on: 'Planning Phase I/II Clinical trials using Systemically Delivered Antisense Oligonucleotides in Duchenne Muscular Dystrophy,'" Neuromuscular Disorders, Vol. 18:268-275 (2008) | |
| | NPL279 | NELSON, David L. et al., "Nucleotides and Nucleic Acids," Lehninger Principles of Biochemistry, 3rd Edition, Chapter 10, pages 325-328 and glossary page G-11, Worth Publishers, New York (2000) | |
| | NPL280 | Nguyen TM, et. Al., "Use of Epitope libraries to identify exon-specific monoclonal antibodies for characterization of altered dystrophins in muscular dystrophy," Am J Hum Genet 1993;52:1057-66. | |
| | NPL281 | Oberbauer, "Renal uptake of an 18-mer phosphorothioate oligonucleotide," Kidney Int'l, Vol. 48, pp. 1226-1232 (1995), Exhibit Number 1191 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL282 | Oligonucleotide Cleavage and Deprotection Laboratory Notebook Entry, Pages 1, Exhibit Number 1138 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | NPL283 | Oligonucleotide diagrams, 5 pages (Exhibit Number 1053 filed in interferences 106008, 106007 on November 18, 2014) | |
| | NPL284 | Partial European Search Report for Application No. 10004274.6, 6 pages, dated October 2, 2012 | |
| | NPL285 | Partial European Search Report for Application No. 12162995.0, 6 pages, dated October 2, 2012 | |
| | NPL286 | Patentee's Response to European Patent Application No. 05076770.6, dated July 28, 2006, 4 pages | |
| | NPL287 | Patrick O. Brown and Tidear D. Shalon v. Stephen P.A. Fodor, Dennis W. Solas and William J. Dower: Interference Merits Panel, Interference No. 104,358, 24 pages, dated August 9, 1999 (Exhibit Number 2113 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL288 | PCT Application as-filed for application No. PCT/NL03/00214, 71 pages, dated September 21, 2005 (Exhibit Number 2042 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006521

| | | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | | | |
|---|---|---|---|
| | NPL289 | PD-10 Desalting Columns, Pages 12, Exhibit Number 1141 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | NPL290 | Popplewell, et al., Design of Phosphorodiamidate Morpholino Oligomers (PMOs) For the Induction of Exon Skipping of the Human DMD Gene, DSGT Poster, 2008, 1 page. | |
| | NPL291 | POPPLEWELL, Linda et al., "Design of phosphorodiamidate morpholino oligmers (PMOs) for the induction of exon skipping of the human DMD gene," Human Gene Therapy 19(10): ESGCT 2008 Poster Presentations, Page 1174, Poster No. P203 | |
| | NPL292 | POPPLEWELL, Linda J. et al., "Comparative analysis of antisense oligonucleotide sequences targeting exon 53 of the human DMD gene: Implications for future clinical trials," Neuromuscular Disorders, Vol. 20(2):102-110 (2010) 9 pages (Exhibit Number 2031 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL293 | POPPLEWELL, Linda J. et al., "Design of Antisense Oligonucleotides for Exon Skipping of the Human Dystrophin Gene," Human Gene Therapy 19(4): BSGT 2008 Poster Presentation, Page 407, Poster No. P-35 | |
| | NPL294 | POPPLEWELL, Linda J. et al., "Design of Phosphorodiamidate Morpholino Oligomers (PMOs) for the Induction of Exon Skipping of the Human DMD Gene," Molecular Therapy, Vol. 17(3):554-561 (2009) | |
| | NPL295 | POPPLEWELL, Linda J. et al., "Targeted Skipping of Exon 53 of the Human DMD Gene Recommendation of the Highly Efficient Antisense Oligonucleotide for Clinical Trial," Human Gene Therapy 20(4): BSGT 2009 Poster Presentations, Page 399, Poster No. P10 | |
| | NPL296 | Poster Abstract Listing for The Tenth Annual Meeting of the RNA Society, held at the Banff Centre for Conferences, in Banff, Alberta, Canada, from May 24-29, 2005, (University of Western Australia Exhibit 2137, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-11). | |
| | NPL297 | Pramono, "Induction of Exon Skipping of the Dystrophin Transcript in Lymphoblastoid Cells by Transfecting an Antisense Oligodeoxynucleotide Complementary to an Exon Recognition Sequence," Biochem. and Biophy. Res. Comm., Vol. 226, pp. 445-449 (1996), Exhibit Number 1192 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL298 | Preliminary Amendment for Application No. 12/976,381, 4 pages, dated December 22, 2010 (Exhibit Number 2066 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL299 | Preliminary Amendment for Application No. 12/198,007, 3 pages, dated November 7, 2008 (Exhibit Number 2067 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006522

| | | Application Number | 16/112,453 |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | Filing Date | August 24, 2018 |
| | | First Named Inventor | WILTON, Stephen |
| | | Art Unit | 1635 |
| | | Examiner Name | K. Chong |
| | | Attorney Docket Number | 4140.01500B1 |

| | | | |
|---|---|---|---|
| | NPL300 | Program Schedule for The Tenth Annual Meeting of the RNA Society, held at the Banff Centre for Conferences, in Banff, Alberta, Canada, from May 24-29, 2005, (University of Western Australia Exhibit 2136, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-4). | |
| | NPL301 | Proliferation and Differentiation of Myoblast Cultures, Pages 2,  Exhibit Number 1169 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | NPL302 | Prosensa Press Release, dated October 10, 2014 (2 pages), Exhibit Number 1203 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL303 | Prosensa, "GSK and Prosensa Announce Primary Endpoint Not Met in Phase III Study of Drisapersen in Patients With Duchenne Muscular Dystrophy," press release, 4 pages, dated September 20, 2013 (Exhibit Number 2039 filed in Interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL304 | Raz et al. v. Davis et al., Board of Patent Appeals and Inteferences, Patent and Trademark Office, Int. No. 105,712, Tech. Ctr. 1600, September 29, 2011 (24 pages) (2011 WL 4568986 (Bd.Pat.App. & Interf.), Exhibit Number 1209 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL305 | REESE, Colin B. et al., "Reaction Between 1-Arenesulphonyl-3-Nitro-1,2,4-Triazoles and Nucleoside Base Residues. Elucidation of the Nature of Side-Reactions During Oligonucleotide Synthesis," Tetrahedron Letters, Vol. 21:2265-2268 (1980) | |
| | NPL306 | REESE, Colin B. et al., "The Protection of Thymine and Guanine Residues in Oligodeoxyribonucleotide Synthesis," J. Chem. Soc. Perkin Trans. 1, pages 1263-1271 (1984) | |
| | NPL307 | Reexamination Certificate – Application No. 90/011,320, issued March 27, 2012, 2 pages, (Exhibit Number 1072 filed in Interferences 106008, 106007 on December 23, 2014) | |
| | NPL308 | Reply to EPO Communication dated June 26, 2014 in European Application Serial No. 13160338, (University of Western Australia Exhibit 2145, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-4). | |
| | NPL309 | Reply to EPO Communication dated October 21, 2014 in European Application Serial No. 12198517, (University of Western Australia Exhibit 2148, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-7). | |
| | NPL310 | Reply to EPO Communication dated October 23, 2014 in European Application Serial No. 12198485, (University of Western Australia Exhibit 2147, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-8). | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006523

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | | 16/112,453 |
| Filing Date | | August 24, 2018 |
| First Named Inventor | | WILTON, Stephen |
| Art Unit | | 1635 |
| Examiner Name | | K. Chong |
| Attorney Docket  Number | | 4140.01500B1 |

| | | |
|---|---|---|
| NPL311 | Response to Office Action and Amendments to the Claims for Application No. 13/550,210, 10 pages, dated May 12, 2014 (Exhibit Number 2064 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| NPL312 | Rhodes et al., "BioMarin Bulks Up," BioCentury, pp. 6-8 (December, 2014), Exhibit Number 1193 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| NPL313 | RNA Isolation Using RNA-BEE, Pages 1,  Exhibit Number 1175 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| NPL314 | ROBERTS, Roland G. et al., "Exon Structure of the Human Dystrophin Gene," Genomics, Vol. 16:536-538 (1993) | |
| NPL315 | Roest et al., "Application of In Vitro Myo-Differentiation of Non-Muscle Cells to Enhance Gene Expression and Facilitate Analysis of Muscle Proteins," Neuromuscul. Disord., Vol. 6, No. 3, pp. 195-202 (May, 1996), Exhibit Number 1124 filed in interferences 106,007 and 106,008 on February 17, 2015. | |
| NPL316 | ROSSO, Mario G. et al., "An Arabidopsis thaliana T-DNA mutagenized population (GABI-Kat) for flanking sequence tag-based reverse genetics," Plant Molecular Biology, Vol. 53:247-259 (2003) | |
| NPL317 | Saito, T. et al., "First-in-Human Study of NS-065/NCNP-01; the Morpholino Based Antisense Oligonucleotide for Exon 53 Skipping in Duchenne Muscular Dystrophy," ASGCT meeting , May 13, 2015, Abstract [136] 1 page. | |
| NPL318 | Saito, T. et al., "First-in-Human Study of NS-065/NCNP-01; the Morpholino Based Antisense Oligonucleotide for Exon 53 Skipping in Duchenne Muscular Dystrophy," ASGCT meeting , May 13, 2015, pages 1-11. | |
| NPL319 | Sarepta Therapeutics Press Release, dated January 12, 2015,  Exhibit Number 1119 filed in interferences 106,007 and 106,008 on February 17, 2015. | |
| NPL320 | Sarepta Therapeutics, Advisory Committee Briefing Materials: Available for Public Release, "Peripheral and Central Nervous System Drugs Advisory Committee," Eteplirsen Briefing Document Addendum,  NDA 206488, pages 1-9, dated January 22, 2016. | |
| NPL321 | Sarepta Therapeutics, Advisory Committee Briefing Materials: Available for Public Release, "Peripheral and Central Nervous System Drugs Advisory Committee," Eteplirsen Briefing Document,  NDA 206488, pages 1-166, dated January 22, 2016. | |

ALL REFERENCES  CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006524

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | NPL322 | Sarepta, "AVI BioPharma Initiates Dosing in Phase 2 Study of Eteplirsen in Duchenne Muscular Dystrophy Patients," press release, 4 pages, dated August 15, 2011 (Exhibit Number 2082 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL323 | Sarepta, "Sarepta Therapeutics Announces Eteplirsen Demonstrates Continued Stability on Walking Test through 120 Weeks in Phase IIb Study in Duchenne Muscular Dystrophy," press release, 3 pages, dated January 15, 2014 (Exhibit Number 2034 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL324 | Sarepta, "Sarepta Therapeutics Reports Long-Term Outcomes through 144 Weeks from Phase IIb Study of Eteplirsen in Duchenne Muscular Dystrophy," press release, http://investorrelations.sarepta.com/phoenix.zhtml?c=64231&amp;p=irol-newsArticle&amp;id=1946426, 4 pages, dated July 10, 2014 | |
| | NPL325 | Scully, Michele et al., "Review of Phase II and Phase III Clinical Trials for Duchenne Muscular Dystrophy", Expert Opinion on Orphan Drugs, Vol.1(1):33-46 (2013) | |
| | NPL326 | Second Preliminary Amendment filed in US Application No. 13/550,210, 5 pages, dated January 3, 2013 (Exhibit Number 2062 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL327 | Second Written Opinion for Application No. PCT/AU2010/001520, 7 pages, dated October 13, 2011 | |

| If you wish to add additional non-patent literature document citation information please click the Add button | Add |

## EXAMINER SIGNATURE

| Examiner Signature | | Date Considered | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006525

| | INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
|---|---|---|---|
| | | Filing Date | August 24, 2018 |
| | | First Named Inventor | WILTON, Stephen |
| | | Art Unit | 1635 |
| | | Examiner Name | K. Chong |
| | | Attorney Docket Number | 4140.01500B1 |

| | NPL328 | Semi Quantitative Lab-on-Chip Analysis of Second PCR Product, Pages 1, Exhibit Number 1183 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
|---|---|---|---|
| | NPL329 | Sequence Listing - Serial No. 13/550,210, as filed July 16, 2012 (9 pages), Exhibit Number 1205 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL330 | Sequence of Exon 46 of Dystrophin Gene, 1 page | |
| | NPL331 | Sequence of Exon 51 of Dystrophin Gene, 1 page | |
| | NPL332 | Shabanpoor et al., "Bi-specific splice-switching PMO oligonucleotides conjugated via a single peptide active in a mouse model of Duchenne muscular dystrophy," Nucleic Acids Res., pp. 1-11 (December, 2014), Exhibit Number 1114 filed in interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL333 | SHAPIRO, Marvin B. et al., "RNA splice junctions of different classes of eukaryotes: sequence statistics and functional implications in gene expression," Nucleic Acids Research, Vol. 15(17):7155-7174 (1987) | |
| | NPL334 | SHERRATT, Tim G. et al., "Exon Skipping and Translation in Patients with Frameshift Deletions in the Dystrophin Gene," Am. J. Hum. Genet., Vol. 53:1007-1015 (1993) | |
| | NPL335 | SHIGA, Nobuyuki et al., "Disruption of the Splicing Enhancer Sequence within Exon 27 of the Dystrophin Gene by a Nonsense Mutation Induced Partial Skipping of the Exon and Is Responsible for Becker Muscular Dystrophy," J. Clin. Invest., Vol. 100(9):2204-2210 (1997) | |
| | NPL336 | SHIMIZU, Miho et al., "Oligo(2'-O-methyl)ribonucleotides Effective probes for duplex DNA," FEBS Letters, Vol. 302 (2):155-158 (1992) (Exhibit Number 1035 filed in interferences 106008, 106007 on November 18, 2014) | |
| | NPL337 | Siemens Healthcare Diagnostics, Inc. v. Enzo Life Sciences, Inc., 2013 WL 4411227, *11 [Parallel cite: U.S.D.C., D. Mass., Civil No. 10-40124-FDS], Decided Aug. 14, 2013 (12 pages); [Cited as: 2013 WL 4411227], Exhibit Number 1210 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL338 | SIERAKOWSKA, Halina et al., "Repair of thalassemic human beta-globin mRNA in mammalian cells by antisense oligonucleotides," Proc. Natl. Acad. Sci. USA, Vol. 93:12840-12844 (1996) | |

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

| | | Application Number | 16/112,453 |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | Filing Date | August 24, 2018 |
| | | First Named Inventor | WILTON, Stephen |
| | | Art Unit | 1635 |
| | | Examiner Name | K. Chong |
| | | Attorney Docket Number | 4140.01500B1 |

| | | | |
|---|---|---|---|
| | NPL339 | Sontheimer et al., "Metal ion catalysis during group II intron self-splicing: parallels with the spliceosome," Genes & Development, Vol. 13, pp. 1729-1741 (1999), Exhibit Number 1195 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL340 | Sontheimer et al., "Three Novel Functional Variants of Human U5 Small Nuclear RNA," Vol. 12, No. 2, pp. 734-746 (Feb., 1992), Exhibit Number 1194 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL341 | SONTHEIMER, Erik J. et al., "Metal ion catalysis during splicing of premessenger RNA," Nature, Vol. 388:801-805 (1997) (Exhibit Number 1036 filed in interferences 106008, 106007 on November 18, 2014) | |
| | NPL342 | SONTHEIMER, Erik J. et al., "The U5 and U6 Small Nuclear RNAs as Active Site Components of the Spliceosome," Science, Vol. 262:1989-1997 (1993) (Exhibit Number 1058 filed in interferences 106008, 106007 on November 18, 2014) | |
| | NPL343 | Standard Operating Procedure FPLC Desalting, Pages 6,  Exhibit Number 1144 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | NPL344 | Stanton, Robert et al., "Chemical Modification Study of Antisense Gapmers", Nucleic Acid Therapeutics, Vol. 22(5): 344-359 (2012) | |
| | NPL345 | Statement On A Nonproprietary Name Adopted By the USAN Council, ETEPLIRSEN, Chemical Structure, 2010, pages 1-5. | |
| | NPL346 | STEIN, CA, "Delivery of antisense oligonucleotides to cells: a consideration of some of the barriers," Monographic supplement series: Oligos & Peptides - Chimica Oggi - Chemistry Today, Vol. 32(2):4-7 (2014) (Exhibit Number 2022 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL347 | STEIN, Cy A. et al., "Therapeutic Oligonucleotides: The Road Not Taken," Clin. Cancer Res., Vol. 17(20):6369-6372 (2011) (Exhibit Number 2026 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL348 | STEIN, David et al., "A Specificity Comparison of Four Antisense Types: Morpholino, 2'-O-Methyl RNA, DNA, and PHosphorothioate DNA," Antisense & Nucleic Acid Drug Development, Vol. 7:151-157 (1997) | |
| | NPL349 | Strober JB, "Therapeutics in Duchenne muscular dystrophy," NeuroRX 2006; 3:225-34. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006527

| | | |
|---|---|---|
| | Application Number | 16/112,453 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | | |
|---|---|---|
| | NPL350 | Summary of Professional Experience (Dr. Erik J. Sontheimer), Pages 4, Exhibit Number 1223 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL351 | SUMMERTON, James et al., "Morpholino and Phosphorothioate Antisense Oligomers Compared in Cell-Free and In-Cell Systems," Antisense & Nucleic Acid Drug Development, Vol. 7:63-70 (1997) | |
| | NPL352 | SUMMERTON, James et al., "Morpholino Antisense Oligomers: Design, Preparation, and Properties," Antisense & Nucleic Acid Drug Development, Vol. 7:187-195 (1997) | |
| | NPL353 | SUMMERTON, James, "Morpholino antisense oligomers: the case for an Rnase H-independent structural type," Biochimica et Biophysica Acta, Vol. 1489:141-158 (1999) (Exhibit Number 1038 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL354 | Supplementary European Search Report for Application No. 10829367.1, 8 pages, dated May 22, 2013 | |
| | NPL355 | Suter et al., "Double-target antisense U7 snRNAs promote efficient skipping of an aberrant exon in three human Beta-thalassemic mutations," 8:13 HUMAN MOLECULAR GENETICS 2415-2423 (1999) (Exhibit Number 1083 filed in interferences 106008, 106007 on December 23, 2014) | |
| | NPL356 | T HOEN, Peter A.C. et al., "Generation and Characterization of Transgenic Mice with the Full-length Human DMD Gene," The Journal of Biological Chemistry, Vol. 283(9):5899-5907 (2008) Exhibit Number 2030 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL357 | Table 1: Primer and Product Details for Exon 51 and 53 Reports on AONs of 20 to 50 Nucleotides dd 07 JAN 2015, Pages 1, Exhibit Number 1177 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | NPL358 | Takeshima et al., "Oligonucleotides against a splicing enhancer sequence led to dystrophin production in muscle cells from a Duchenne muscular dystrophy patient," Brain & Dev., Vol. 23, pp. 788-790 (2001), Exhibit Number 1196 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL359 | TAKESHIMA, Yasuhiro et al., "Modulation of In Vitro Splicing of the Upstream Intron by Modifying an Intra-Exon Sequence Which Is Deleted from the Dystrophin Gene in Dystrophin Kobe," J. Clin. Invest., Vol. 95:515-520 (1995) | |
| | NPL360 | TANAKA, Kenji et al., "Polypurine Sequences within a Downstream Exon Function as a Splicing Enhancer," Molecular and Cellular Biology, Vol. 14(2):1347-1354 (1994) | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006528

| | | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | | | |
|---|---|---|---|
| | NPL361 | Telios Pharms., Inc. v. Merck KgaA, No. 96-1307, 1998 WL 35272018 (S.D. Cal. Nov. 18, 1998), 11 pages (Exhibit Number 2153 filed in interference 106013 on October 29, 2015) | |
| | NPL362 | THANH, Le Thiet et al., "Characterization of Revertant Muscle Fibers in Duchenne Muscular Dystrophy, Using Exon-Specific Monoclonal Antibodies against Dystrophin," Am. J. Hum. Genet., Vol. 56:725-731 (1995) | |
| | NPL363 | The Regents of the University of California v. Dako North America, Inc., U.S.D.C., N.D. California, No. C05-03955 MHP, April 22, 2009 (2009 WL 1083446 (N.D.Cal.), Exhibit Number 1206 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL364 | TIAN, Xiaobing et al., "Imaging Oncogene Expression," Ann. N.Y. Acad. Sci., Vol. 1002:165-188 (2003) (Exhibit Number 2029 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL365 | Transcript of 2nd Deposition of Erik J. Sontheimer, Ph.D., dated March 12, 2015, (Academisch Ziekenhuis Leiden Exhibit 1231, filed April 3, 2015 in Interference 106007 and 106008, pages 1-185). | |
| | NPL366 | Transcript of 2nd Deposition of Matthew J.A. Wood, M.D., D. Phil, dated March 5, 2015, (Academisch Ziekenhuis Leiden Exhibit 1230, filed April 3, 2015 in Interference 106007 and 106008, pages 1-117). | |
| | NPL367 | Transcript of December 12, 2014 Teleconference with Administrative Patent Judge Schafer (rough draft) (previously filed in Int. No. 106,008 as Ex. 2114),  Pages 28 Exhibit Number 1001 filed in Interference 106,013 on February 17, 2015. | |
| | NPL368 | Transcript of the January 21, 2015 deposition of Erik Sontheimer, Ph.D., Patent Interference Nos. 106,007 and 106,008, 98 pages, dated January 21, 2015 (Exhibit Number 2122  filed in interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL369 | Transcript of the March 11, 2015 deposition of Judith van Deutekom, Ph.D., (University of Western Australia Exhibit 2141, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-168). | |
| | NPL370 | Transcript of the March 12, 2015 deposition of Erik J. Sontheimer, Ph.D., (University of Western Australia Exhibit 2142, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-183). | |
| | NPL371 | Transcript of the March 5, 2015 deposition of Matthew J. A. Wood, M.D., D. PHIL., (University of Western Australia Exhibit 2146, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-115). | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006529

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
| --- | --- | --- |
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | NPL372 | Transfection of AON, Pages 1,  Exhibit Number 1170 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| --- | --- | --- | --- |
| | NPL373 | U.S. Food and Drug Administration Statement, dated December 30, 2014 (2 pages), Exhibit Number 1204 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL374 | U.S. Patent Application No. 12/198,007, as-filed August 25, 2008 ("the '007 Application") (Exhibit Number 1073 filed in interferences 106008, 106007 on December 23, 2014) | |
| | NPL375 | U.S. Patent Application No. 12/976,381, as-filed December 22, 2010 ("the '381 Application") (Exhibit Number 1074 filed in interferences 106008, 106007 on December 23, 2014) | |
| | NPL376 | U.S. Patent Application Publication No. 2001/0056077 ("Matsuo") 10 pages, (Exhibit Number 1080 filed in interferences 106008, 106007 on December 23, 2014) | |
| | NPL377 | U.S. Patent Application Publication No. 2002/0049173 ("Bennett et al.") 50 pages, (Exhibit Number 1081 filed in interferences 106008, 106007 on December 23, 2014) | |

| If you wish to add additional non-patent literature document citation information please click the Add button | Add |
| --- | --- |

### EXAMINER SIGNATURE

| Examiner Signature | | Date Considered | |
| --- | --- | --- | --- |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through a citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document.  [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [5] Applicant is to place a check mark here if English language translation is attached.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006530

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
|---|---|---|
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | | | |
|---|---|---|---|
| | NPL378 | U.S. Patent No. 5,190,931 ("the '931 Patent") 22 pages,(Exhibit Number 1069 filed in interferences 106008, 106007 on December 23, 2014) | |
| | NPL379 | U.S. Patent No. 7,001,761 (the "Xiao" Patent) 64 pages, (Exhibit Number 1070 filed in interferences 106008, 106007 on December 23, 2014) | |
| | NPL380 | University of Western Australia Objections to Opposition Evidence, served on February 24, 2015 filed in Interference No. 106,007, Exhibit 2150, filed April 10, 2015 in Interference Nos. 106007 and 106008, pages 1-15. | |
| | NPL381 | University of Western Australia Objections to Opposition Evidence, served on February 24, 2015, filed in Interference No. 106,008, Exhibit 2151, filed April 10, 2015, in Interference Nos. 106007and 106008, pages 1-15. | |
| | NPL382 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden List of Exhibits (as of Apr. 3, 2015), filed in Patent Interference No. 106,007, April 3, 2015, pages 1-18, (Doc 423). | |
| | NPL383 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden List of Exhibits (as of Apr. 3, 2015), filed in Patent Interference No. 106,008, April 3, 2015, pages 1-18 (Doc 435). | |
| | NPL384 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden List of Exhibits, 18 pages, Patent Interference No. 106,007, (Doc 391) dated February 17, 2015. | |
| | NPL385 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden List of Exhibits, 18 pages, Patent Interference No. 106,008, (Doc 398) dated February 17, 2015. | |
| | NPL386 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden List of Exhibits, 3 pages, Patent Interference No. 106,013, (Doc 147) dated February 17, 2015. | |
| | NPL387 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Notice of Service of Supplemental Evidence, 3 pages, Patent Interference No. 106,007 (Doc 414), dated March 9, 2015. | |
| | NPL388 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Notice of Service of Supplemental Evidence, 3 pages, Patent Interference No. 106,008 (Doc 422), dated March 9, 2015. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006531

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | 16/112,453 | |
| Filing Date | August 24, 2018 | |
| First Named Inventor | WILTON, Stephen | |
| Art Unit | 1635 | |
| Examiner Name | K. Chong | |
| Attorney Docket Number | 4140.01500B1 | |

| | | | |
|---|---|---|---|
| | NPL389 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Opposition 1 (35 U.S.C. § 112(a)), 83 pages, Patent Interference No. 106,008, (Doc 400), dated February 17, 2015 | |
| | NPL390 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Opposition 1 (35 U.S.C. § 112(a)), 93 pages, Patent Interference No. 106,007, (Doc 392), dated February 17, 2015 | |
| | NPL391 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Opposition 1 (Standing Order ¶ 203.1 and 37 C.F.R. § 41.202(a) and (e)), 20 pages, Patent Interference No. 106,013, (Doc 148), dated February 17, 2015 | |
| | NPL392 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Opposition 2 (Indefiniteness), 31 pages, Patent Interference No. 106,007, (Doc 396), dated February 17, 2015 | |
| | NPL393 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Opposition 2 (Indefiniteness), 32 pages, Patent Interference No. 106,008, (Doc 401), dated February 17, 2015 | |
| | NPL394 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Opposition 3 (35 U.S.C. §135(b)), 44 pages, Patent Interference No. 106,008, (Doc 397), dated February 17, 2015 | |
| | NPL395 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Opposition 3 (Standing Order § 203.1 and 37 C.F.R. § 41.202(a) and (e)), 20 pages, Patent Interference No. 106,007, (Doc 389), dated February 17, 2015. | |
| | NPL396 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Reply 1 (For Judgment that UWA'a Claims are Unpatentable Under 35 U.S.C. §§ 102 and 103), dated April 3, 2015, filed in Patent Interference No. 106008, pages 1-17 (Doc 431). | |
| | NPL397 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Reply 1 (For Judgment that UWA's Claims are Unpatentable Under 35 U.S.C. §§ 102 and 103), dated April 3, 2015, filed in Patent Interference No. 106007, pages 1-17 (Doc 424). | |
| | NPL398 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Reply 2 (To Deny the Benefit of AU 2004903474), dated April 3, 2015, filed in Patent Interference No. 106007, pages 1-11(Doc 425). | |
| | NPL399 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Reply 2 (To Deny the Benefit of AU 2004903474), dated April 3, 2015, filed in Patent Interference No. 106008, pages 1-12 (Doc 432). | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006532

<table>
<tr>
<td rowspan="7"><strong>INFORMATION DISCLOSURE STATEMENT BY APPLICANT</strong><br>( Not for submission under 37 CFR 1.99)</td>
<td>Application Number</td>
<td>16/112,453</td>
</tr>
<tr><td>Filing Date</td><td>August 24, 2018</td></tr>
<tr><td>First Named Inventor</td><td>WILTON, Stephen</td></tr>
<tr><td>Art Unit</td><td>1635</td></tr>
<tr><td>Examiner Name</td><td>K. Chong</td></tr>
<tr><td>Attorney Docket Number</td><td>4140.01500B1</td></tr>
</table>

| | | |
|---|---|---|
| NPL400 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Reply 3 (For Judgment of Unpatentability based on Myriad) dated April 3, 2015, filed in Patent Interference No. 106007, pages 1-12 (Doc 426). | |
| NPL401 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Reply 3 (For Judgment of Unpatentability based on Myriad) dated April 3, 2015, filed in Patent Interference No. 106008, pages 1-13 (Doc 433). | |
| NPL402 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Reply 4 (In Support of Responsive Motion 4 to Add Two New Claims) dated April 3, 2015, filed in Patent Interference No. 106007, pages 1-17 (Doc 427). | |
| NPL403 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Reply 4 (In Support of Responsive Motion 4 to Add Two New Claims) dated April 3, 2015, filed in Patent Interference No. 106008, pages 1-17 (Doc 434). | |
| NPL404 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Request For Oral Argument, filed in Patent Interference No. 106,007, April 10, 2015, pages 1-3 (Doc 454). | |
| NPL405 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Request For Oral Argument, filed in Patent Interference No. 106,008, April 10, 2015, pages 1-3 (Doc 462). | |
| NPL406 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Responsive Motion 4 (To Add Two New Claims), 57 pages, Patent Interference No. 106,008, (Doc 245), dated December 23, 2014. | |
| NPL407 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Responsive Motion 4 (To Add Two New Claims), 65 pages, Patent Interference No. 106,007, (Doc 241), dated December 23, 2014. | |
| NPL408 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Statement Regarding Oral Argument, filed in Patent Interference No. 106,013, April 10, 2015, pages 1-3 (Doc 189). | |
| NPL409 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden's List of Exhibits as of May 5, 2015, filed in Patent Interference No. 106,007, May 5, 2015, pages 1-18 (Doc 466). | |
| NPL410 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden's List of Exhibits as of May 5, 2015, filed in Patent Interference No. 106,008, May 5, 2015, pages 1-18 (Doc 474). | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006533

| | | | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 | |
| | Filing Date | August 24, 2018 | |
| | First Named Inventor | WILTON, Stephen | |
| | Art Unit | 1635 | |
| | Examiner Name | K. Chong | |
| | Attorney Docket Number | 4140.01500B1 | |

| | | | |
|---|---|---|---|
| | NPL411 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden's Opposition 4 (To Not Exclude Evidence), filed in Patent Interference No. 106,007, May 5, 2015, pages 1-22 (Doc 465). | |
| | NPL412 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden's Opposition 4 (To Not Exclude Evidence), filed in Patent Interference No. 106,008, May 5, 2015, pages 1-21 (Doc 473). | |
| | NPL413 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden's Second Supplemental Notice of Real Party in Interest, filed in Patent Interference No. 106,007, May 28, 2015, pages 1-3, (Doc 468) | |
| | NPL414 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden's Second Supplemental Notice of Real Party in Interest, filed in Patent Interference No. 106,008, May 28, 2015, pages 1-3, (Doc 476) | |
| | NPL415 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden's Second Supplemental Notice of Real Party in Interest, filed in Patent Interference No. 106013, May 28, 2015, pages 1-3, (Doc 191) | |
| | NPL416 | University of Western Australia v. Academisch Ziekenhuis Leiden, ACADEMISH ZIEKENHUIS LEIDEN SUPPLEMENTAL NOTICE OF REAL PARTY IN INTEREST, Pages 3, DOC 149, Patent Interference No. 106,013 dated February 23, 2015. | |
| | NPL417 | University of Western Australia v. Academisch Ziekenhuis Leiden, ACADEMISH ZIEKENHUIS LEIDEN SUPPLEMENTAL NOTICE OF REAL PARTY IN INTEREST, Pages 3, Doc 413, Patent Interference No. 106,007 dated February 23, 2015. | |
| | NPL418 | University of Western Australia v. Academisch Ziekenhuis Leiden, ACADEMISH ZIEKENHUIS LEIDEN SUPPLEMENTAL NOTICE OF REAL PARTY IN INTEREST, Pages 3, Doc 421, Patent Interference No. 106,0008 dated February 23, 2015. | |
| | NPL419 | University of Western Australia v. Academisch Ziekenhuis Leiden, Amendment and Response, US Application No. 11/233,495, Filed 1/22/2014, 8 pages, (Exhibit Number 2117 filed in interferences 106,007 and 106, 008, on February 17, 2015. | |
| | NPL420 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL Annotated Copy of Claims, Patent Interference No. 106,007, 15 pages, dated August 15, 2014 (Doc 15) | |
| | NPL421 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL Annotated Copy of Claims, Patent Interference No. 106,008, 14 pages, dated August 21, 2014 (Doc 14) | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006534

| | | Application Number | 16/112,453 |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | Filing Date | August 24, 2018 |
| | | First Named Inventor | WILTON, Stephen |
| | | Art Unit | 1635 |
| | | Examiner Name | K. Chong |
| | | Attorney Docket Number | 4140.01500B1 |

| | | | |
|---|---|---|---|
| | NPL422 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL Annotated Copy of Claims, Patent Interference No. 106,013, 14 pages, dated October 27, 2014 (Doc 16) | |
| | NPL423 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL Clean Copy of Claims and Sequence, filed in Patent Interference No. 106,013, 5 pages, dated October 15, 2014 (Doc 12) | |
| | NPL424 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL Corrected Notice of Related Proceedings, Patent Interference No. 106,007, 3 pages, dated August 1, 2014 (Doc 13) | |
| | NPL425 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL Exhibit List, 10 pages, Patent Interference No. 106,007 dated December 23, 2014 (Doc 240) | |
| | NPL426 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL Exhibit List, 10 pages, Patent Interference No. 106,008, dated December 23, 2014 (Doc 244) | |
| | NPL427 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL List of Exhibits, 9 pages, Patent Interference No. 106,007, dated November 18, 2014 (Doc 209) | |

| If you wish to add additional non-patent literature document citation information please click the Add button | Add |
|---|---|

| **EXAMINER SIGNATURE** | | | |
|---|---|---|---|
| Examiner Signature | | Date Considered | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006535

| | | |
|---|---|---|
| | Application Number | 16/112,453 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | | |
|---|---|---|
| | NPL428 | University of Western Australia v. Academisch Ziekenhuis Leiden, Azl List of Exhibits, as of November 18, 2014, 9 pages, Patent Interference No. 106,008, dated November 18, 2014 (Doc 212) | |
| | NPL429 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL List of Proposed Motions, Patent Interference No. 106,007, 6 pages, dated September 10, 2014 (Doc 16) | |
| | NPL430 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL List of Proposed Motions, Patent Interference No. 106,008, 8 pages, dated September 10, 2014 (Doc 15) | |
| | NPL431 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL Motion 1 (For Judgment that UWA's Claims are Unpatentable Under 35 U.S.C. sections 102 and 103), 69 pages, Patent Interference No. 106,007, dated November 18, 2014 (Doc 181) | |
| | NPL432 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL Motion 1 (For Judgment that UWA's Claims are Unpatentable Under 35 U.S.C. sections 102 and 103), 69 pages, Patent Interference No. 106,008, dated November 18, 2014 (Doc 184) | |
| | NPL433 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL Motion 2 (To Deny UWA the Benefit of AU 2004903474), 23 pages, Patent Interference No. 106,007, dated November 18, 2014 (Doc 26) | |
| | NPL434 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL Motion 2 (To Deny UWA the Benefit of AU 2004903474), 24 pages, Patent Interference No. 106,008, dated November 18, 2014 (Doc 29) | |
| | NPL435 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL Motion 3 (For Judgment of Unpatentability based on Myriad) 20 pages, Patent Interference No. 106,008, dated November 18, 2014 (Doc 30) | |
| | NPL436 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL Motion 3 (For Judgment of Unpatentability based on Myriad), 19 pages, Patent Interference No. 106,007, dated November 18, 2014 (Doc 27) | |
| | NPL437 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL Notice of Related Proceedings, Patent Interference No. 106,007, 3 pages, dated July 31, 2014 (Doc 6) | |
| | NPL438 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL Notice of Related Proceedings, Patent Interference No. 106,008, 3 pages, dated August 5, 2014 (Doc 7) | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006536

| | | | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 | |
| | Filing Date | August 24, 2018 | |
| | First Named Inventor | WILTON, Stephen | |
| | Art Unit | 1635 | |
| | Examiner Name | K. Chong | |
| | Attorney Docket Number | 4140.01500B1 | |

| | | |
|---|---|---|
| | NPL439 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL Notice of Related Proceedings, Patent Interference No. 106,013, 3 pages, dated October 15, 2014 (Doc 11) | |
| | NPL440 | University of Western Australia v. Academisch Ziekenhuis Leiden, Clean Copy of Claims and Sequences, 5 pages, dated August 5, 2014, Interference No. 106,008, (Exhibit Number 2047 filed in interferences 106,008, 106,013, 106,007 on November 18, 2014) | |
| | NPL441 | University of Western Australia v. Academisch Ziekenhuis Leiden, Clean Copy of Claims and Sequences, 5 pages, dated July 31, 2014, Interference No. 106,007, (Exhibit Number 2045 filed in interferences 106,008, 106,013, 106,007 on November 18, 2014) | |
| | NPL442 | University of Western Australia v. Academisch Ziekenhuis Leiden, Clean Copy of Claims and Sequences, 5 pages, dated October 15, 2014., Interference No. 106,013,  (Exhibit Number 2050 filed in interferences 106,008, 106,013, 106,007 on November 18, 2014) | |
| | NPL443 | University of Western Australia v. Academisch Ziekenhuis Leiden, Decision- Motions- 37 CFR§ 41.125(a), filed in Patent Interference No. 106,013, June 22, 2015, pages 1-12 (Doc 192). | |
| | NPL444 | University of Western Australia v. Academisch Ziekenhuis Leiden, Decision- Priority 37 CFR § 41.125 (a), 18 pages, Patent Interference No. 106,013, (Doc 196), dated September 29, 2015. | |
| | NPL445 | University of Western Australia v. Academisch Ziekenhuis Leiden, Decision-Rehearing -37 CFR § 41.125(c), filed in Patent Interference No. 106,013, December 29, 2015, pages 1-12 (Doc 202). | |
| | NPL446 | University of Western Australia v. Academisch Ziekenhuis Leiden, Declaration of Erik Sontheimer dated November 17, 2014, Exhibit 1012 filed in Patent Interference Nos. 106,007 and 106,008, 112 pages, filed November 18, 2014 | |
| | NPL447 | University of Western Australia v. Academisch Ziekenhuis Leiden, Declaration of Interference, Patent Interference No. 106,007, 7 pages, dated July 18, 2014 (Doc 1) | |
| | NPL448 | University of Western Australia v. Academisch Ziekenhuis Leiden, Declaration of Interference, Patent Interference No. 106,008, 7 pages, dated July 24, 2014 (Doc 1) | |
| | NPL449 | University of Western Australia v. Academisch Ziekenhuis Leiden, Declaration of Interference, Patent Interference No. 106,013, 8 pages, dated September 29, 2014 (Doc 1) | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006537

| | | | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 | |
| | Filing Date | August 24, 2018 | |
| | First Named Inventor | WILTON, Stephen | |
| | Art Unit | 1635 | |
| | Examiner Name | K. Chong | |
| | Attorney Docket Number | 4140.01500B1 | |

| | | | |
|---|---|---|---|
| | NPL450 | University of Western Australia v. Academisch Ziekenhuis Leiden, Declaration of Matthew J.A. Wood, Patent Interference Nos. 106,007, 106,008 and 106,013, 184 pages, dated November 18, 2014 (Exhibit Number 2081 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL451 | University of Western Australia v. Academisch Ziekenhuis Leiden, Joint Stipulation regarding Time Periods 2, 3 and 4, 3 pages, Patent Interference No. 106,013, (Doc 135), dated November 25, 2015. | |
| | NPL452 | University of Western Australia v. Academisch Ziekenhuis Leiden, Joint Stipulation regarding Time Periods 3-4, 4 pages, Patent Interference No. 106,007, (Doc 243), dated January 29, 2015. | |
| | NPL453 | University of Western Australia v. Academisch Ziekenhuis Leiden, Joint Stipulation regarding Time Periods 3-4, 4 pages, Patent Interference No. 106,008, (Doc 247), dated January 29, 2015. | |
| | NPL454 | University of Western Australia v. Academisch Ziekenhuis Leiden, Joint Stipulation regarding Time Periods 3-4, 4 pages, Patent Interference No. 106,013, (Doc 137), dated January 29, 2015. | |
| | NPL455 | University of Western Australia v. Academisch Ziekenhuis Leiden, Joint Stipulation Regarding Time Periods 4-6, 4 pages, Patent Interference No. 106,007, dated March 19, 2015 (Doc 416) | |
| | NPL456 | University of Western Australia v. Academisch Ziekenhuis Leiden, Joint Stipulation Regarding Time Periods 4-6, 4 pages, Patent Interference No. 106013, (Doc 151), dated March 19, 2015. | |
| | NPL457 | University of Western Australia v. Academisch Ziekenhuis Leiden, Joint Stipulation Regarding Time Periods 4-6, 4 pages, Patent Interference No.106,008, (Doc 424 ), dated March 19, 2015. | |
| | NPL458 | University of Western Australia v. Academisch Ziekenhuis Leiden, Judgment-37 CFR § 41.127, 2 pages, Patent Interference No. 106,013, (Doc 197), dated September 29, 2015. | |
| | NPL459 | University of Western Australia v. Academisch Ziekenhuis Leiden, Miscellaneous Order under 37 CFR 41.104(a), 4 pages, Patent Interference Nos. 106,007 and 106,008, dated December 15, 2014 | |
| | NPL460 | University of Western Australia v. Academisch Ziekenhuis Leiden, Order - Authorizing Motions, Patent Interference No. 106,007, 3 pages, dated September 26, 2014 (Doc 20) | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006538

| | | | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 | |
| | Filing Date | August 24, 2018 | |
| | First Named Inventor | WILTON, Stephen | |
| | Art Unit | 1635 | |
| | Examiner Name | K. Chong | |
| | Attorney Docket Number | 4140.01500B1 | |

| | | | |
|---|---|---|---|
| | NPL461 | University of Western Australia v. Academisch Ziekenhuis Leiden, Order - Authorizing Motions, Patent Interference No. 106,007, 6 pages, dated September 23, 2014 (Doc 19) | |
| | NPL462 | University of Western Australia v. Academisch Ziekenhuis Leiden, Order - Authorizing Motions, Patent Interference No. 106,008, 6 pages, dated September 23, 2014 (Doc 18) | |
| | NPL463 | University of Western Australia v. Academisch Ziekenhuis Leiden, Order - Miscellaneous 37 C.F.R. 41.104(a), 2 pages, Patent Interference Nos. 106,007, 106,008, 106,013, dated November 14, 2014 | |
| | NPL464 | University of Western Australia v. Academisch Ziekenhuis Leiden, Order to Show Cause- 37 CFR§ 41.104(a), filed in Patent Interference No. 106,013, June 22, 2015, pages 1-3 (Doc 193). | |
| | NPL465 | University of Western Australia v. Academisch Ziekenhuis Leiden, Redeclaration, Patent Interference No. 106,008, 2 pages, dated September 23, 2014 (Doc 19) | |
| | NPL466 | University of Western Australia v. Academisch Ziekenhuis Leiden, Second Declaration of Matthew J. A. Wood, M.D., D. PHIL., Patent Interference Nos. 106,007 and 106,008, 78 pages, dated February 17, 2015 (Exhibit Number 2116 filed in interferences 106,007 and 106,008,on February 17, 2015. | |
| | NPL467 | University of Western Australia v. Academisch Ziekenhuis Leiden, Statement Concerning Initial Settlement Discussions, 3 pages, Patent Interference No. 106,013, (Doc 136), dated December 30, 2014. | |
| | NPL468 | University of Western Australia v. Academisch Ziekenhuis Leiden, Statement Concerning Subsequent Settlement Discussions, 3 pages, Patent Interference No. 106,007, (Doc 242), dated December 30, 2014. | |
| | NPL469 | University of Western Australia v. Academisch Ziekenhuis Leiden, Statement Concerning Subsequent Settlement Discussions, 3 pages, Patent Interference No. 106,008, (Doc 246), dated December 30, 2014. | |
| | NPL470 | University of Western Australia v. Academisch Ziekenhuis Leiden, Statement Concerning Subsequent Settlement Discussions, filed in Patent Interference No. 106,013, August 24, 2015, pages 1-3 (Doc 195). | |
| | NPL471 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Austalia Response to Order to Show Cause, filed in Patent Interference No. 106,013, July 20, 2015, pages 1-28 (Doc 194). | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

| | | |
|---|---|---|
| | Application Number | 16/112,453 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | | |
|---|---|---|
| | NPL472 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Exhibit List as of April 10, 2015, filed in Patent Interference No. 106,007, April 10, 2015, pages 1-10 (Doc 456). |
| | NPL473 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Exhibit List as of April 10, 2015, filed in Patent Interference No. 106,008, April 10, 2015, pages 1-10 (Doc 464). |
| | NPL474 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Exhibit List as of April 3, 2015, filed in Interference 106007, April 3, 2015, pages 1-10 (Doc 431). |
| | NPL475 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Exhibit List as of April 3, 2015, filed in Interference 106008, April 3, 2015, pages 1-10 (Doc 439). |
| | NPL476 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Exhibit List as of April 3, 2015, filed in Interference 106013, April 3, 2015, pages 1-10 (Doc 153). |
| | NPL477 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Exhibit List As of October 29, 2015, filed in Patent Interference No. 106,013, October 29, 2015, pages 1-10 (Doc 199). |

If you wish to add additional non-patent literature document citation information please click the Add button | Add

### EXAMINER SIGNATURE

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006540

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
| --- | --- | --- |
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | | | |
| --- | --- | --- | --- |
| | NPL478 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Miscellaneous Motion 4 (to exclude evidence), filed in Patent Interference No. 106,007, April 10, 2015, pages 1-21 (Doc 455). | |
| | NPL479 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Miscellaneous Motion 4 (to exclude evidence), filed in Patent Interference No. 106,008, April 10, 2015, pages 1-21 (Doc 463). | |
| | NPL480 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Opposition 1 (Regarding Patentability Under 35 U.S.C. § 102/103), 38 pages, Patent Interference No. 106,007, (Doc 393), dated February 17, 2015 | |
| | NPL481 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Opposition 1 (Regarding Patentability Under 35 U.S.C. § 102/103), 39 pages, Patent Interference No. 106,008, (Doc 402), dated February 17, 2015 | |
| | NPL482 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Opposition 2 (To Retain UWA's Benefit of AU 2004903474), 31 pages, Patent Interference No. 106,008, (Doc 403), dated February 17, 2015 | |
| | NPL483 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Opposition 2 (To Retain UWA's Benefit of AU 2004903474), 37 pages, Patent Interference No. 106,007, (Doc 394), dated February 17, 2015 | |
| | NPL484 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Opposition 3 (Regarding Patentability Under 35 U.S.C. § 101), 22 pages, Patent Interference No. 106,007, (Doc 395), dated February 17, 2015 | |
| | NPL485 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Opposition 3 (Regarding Patentability Under 35 U.S.C. § 101), 22 pages, Patent Interference No. 106,008, (Doc 404), dated February 17, 2015 | |
| | NPL486 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Opposition 4 (To deny entry of AZL's Proposed New Claims 104 and 105), 36 pages, Patent Interference No. 106,007, (Doc 397), dated February 17, 2015 | |
| | NPL487 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Opposition 4 (To deny entry of AZL's Proposed New Claims 30 and 31), 36 pages, Patent Interference No. 106,008, (Doc 405), dated February 17, 2015 | |
| | NPL488 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Reply 1 (to AZL Opposition 1), filed April 3, 2015 in Interference 106007, pages 1-28 (Doc 428). | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006541

| | | | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 | |
| | Filing Date | August 24, 2018 | |
| | First Named Inventor | WILTON, Stephen | |
| | Art Unit | 1635 | |
| | Examiner Name | K. Chong | |
| | Attorney Docket Number | 4140.01500B1 | |

| | | | |
|---|---|---|---|
| | NPL489 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Reply 1 (to AZL Opposition 1), filed April 3, 2015 in Interference 106008, pages 1-28, (Doc 436). | |
| | NPL490 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Reply 1 (to Maintain the Interference) filed April 3, 2015 in Interference 106013, pages 1-17 (Doc 152). | |
| | NPL491 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Reply 2 (to AZL Opposition 2) filed April 3, 2015 in Interference 106007, pages 1-22 (Doc 429) | |
| | NPL492 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Reply 2 (to AZL Opposition 2) filed April 3, 2015 in Interference 106008, pages 1-22 (Doc 437). | |
| | NPL493 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Reply 3 (for Judgment under 35 U.S.C. §135(b)) filed April 3, 2015 in Interference 106008, pages 1-19 (Doc 438). | |
| | NPL494 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Reply 3 (to Institute an Interference) filed April 3, 2015 in Interference 106007, pages 1-17 (Doc 430). | |
| | NPL495 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Reply 4 (To Exclude Evidence), filed in Patent Interference No. 106,007, May 12, 2015, pages 1-13 (Doc 467). | |
| | NPL496 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Reply 4 (To Exclude Evidence), filed in Patent Interference No. 106,008, May 12, 2015, pages 1-13 (Doc 475). | |
| | NPL497 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Request for Oral Argument, filed in Patent Interference No. 106,007, April 10, 2015, pages 1-4 (Doc 457). | |
| | NPL498 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Request for Oral Argument, filed in Patent Interference No. 106,008, April 10, 2015, pages 1-4 (Doc 465). | |
| | NPL499 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Request for Oral Argument, filed in Patent Interference No. 106,013, April 10, 2015, pages 1-3 (Doc 190). | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

| | | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | | | |
|---|---|---|---|
| | NPL500 | Program Schedule for The Tenth Annual Meeting of the RNA Society, held at the Banff Centre for Conferences, in Banff, Alberta, Canada, from May 24-29, 2005, (University of Western Australia Exhibit 2136, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-4). | |
| | NPL501 | Proliferation and Differentiation of Myoblast Cultures, Pages 2,  Exhibit Number 1169 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | NPL502 | Prosensa Press Release, dated October 10, 2014 (2 pages), Exhibit Number 1203 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL503 | Prosensa, "GSK and Prosensa Announce Primary Endpoint Not Met in Phase III Study of Drisapersen in Patients With Duchenne Muscular Dystrophy," press release, 4 pages, dated September 20, 2013 (Exhibit Number 2039 filed in Interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL504 | Raz et al. v. Davis et al., Board of Patent Appeals and Inteferences, Patent and Trademark Office, Int. No. 105,712, Tech. Ctr. 1600, September 29, 2011 (24 pages) (2011 WL 4568986 (Bd.Pat.App. & Interf.), Exhibit Number 1209 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL505 | REESE, Colin B. et al., "Reaction Between 1-Arenesulphonyl-3-Nitro-1,2,4-Triazoles and Nucleoside Base Residues. Elucidation of the Nature of Side-Reactions During Oligonucleotide Synthesis," Tetrahedron Letters, Vol. 21:2265-2268 (1980) | |
| | NPL506 | REESE, Colin B. et al., "The Protection of Thymine and Guanine Residues in Oligodeoxyribonucleotide Synthesis," J. Chem. Soc. Perkin Trans. 1, pages 1263-1271 (1984) | |
| | NPL507 | Reexamination Certificate – Application No. 90/011,320, issued March 27, 2012, 2 pages, (Exhibit Number 1072 filed in Interferences 106008, 106007 on December 23, 2014) | |
| | NPL508 | Reply to EPO Communication dated June 26, 2014 in European Application Serial No. 13160338, (University of Western Australia Exhibit 2145, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-4). | |
| | NPL509 | Reply to EPO Communication dated October 21, 2014 in European Application Serial No. 12198517, (University of Western Australia Exhibit 2148, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-7). | |
| | NPL510 | Reply to EPO Communication dated October 23, 2014 in European Application Serial No. 12198485, (University of Western Australia Exhibit 2147, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-8). | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006543

| | | | | |
|---|---|---|---|---|
| | | Application Number | 16/112,453 | |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | Filing Date | August 24, 2018 | |
| | | First Named Inventor | WILTON, Stephen | |
| | | Art Unit | 1635 | |
| | | Examiner Name | K. Chong | |
| | | Attorney Docket Number | 4140.01500B1 | |

| | | | |
|---|---|---|---|
| | NPL511 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Exhibit list, 7 pages, Patent Interference No. 106,013, dated November 18, 2014 (Doc 134) | |
| | NPL512 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Exhibit List, 7 pages, Patent Interference Nos. 106,008, dated December 12, 2014 (Doc 221) | |
| | NPL513 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Exhibit List, 8 pages, Patent Interference No. 106,007, dated December 12, 2014 (Doc 217) | |
| | NPL514 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA List of Proposed Motions, Patent Interference No. 106,007, 7 pages, dated September 10, 2014 (Doc 17) | |
| | NPL515 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA List of Proposed Motions, Patent Interference No. 106,008, 6 pages, dated September 10, 2014 (Doc 16) | |
| | NPL516 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Miscellaneous Motion 1 (for authorization to file terminal disclaimer), 5 pages, Patent Interference No. 106,008, dated October 17, 2014 (Doc 22) | |
| | NPL517 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Motion 1 (For Judgment Under 35 U.S.C., section 112(a)), 40 pages, Patent Interference No. 106,007, dated November 18, 2014 (Doc 210) | |
| | NPL518 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Motion 1 (For Judgment Under 35 § 112(a)) Patent Interference No. 106,008 (Doc 213), 38 Pages, on November 18, 2014 | |
| | NPL519 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Motion 1 (To Maintain Interference between UWA US Patent No. 8,486,907 and AZL USSN 14/198,992), 45 pages, Patent Interference No. 106,013, dated November 18, 2014 (Doc 133) | |
| | NPL520 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Motion 2 (For Judgment Under 35 U.S.C. section 112(b)), 32 pages, Patent Interference No. 106,008, dated November 18, 2014 (Doc 214) | |
| | NPL521 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Motion 2 (For Judgment Under 35 U.S.C. section 112(b)), 34 pages, Patent Interference No. 106,007, dated November 18, 2014 (Doc 211) | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

| | | | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 | |
| | Filing Date | August 24, 2018 | |
| | First Named Inventor | WILTON, Stephen | |
| | Art Unit | 1635 | |
| | Examiner Name | K. Chong | |
| | Attorney Docket Number | 4140.01500B1 | |

| | NPL522 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Motion 3 (For judgment that Claims 11-12, 14-15, and 17-29 of Application No. 13/550,210 are barred under 35 U.S.C. section 135(b)), 25 Pages, Patent Interference No. 106,008, dated November 18, 2014 (Doc 215) | |
|---|---|---|---|
| | NPL523 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Motion 3 Requesting an additional Interference between UWA U.S. Patent No. 8,455,636 and AZL USSN 14/248,279, 36 pages, Patent Interference No. 106,007, dated November 18, 2014 (Doc 212) | |
| | NPL524 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Notice of Filing Priority Statement, 2 pages, Patent Interference No. 106,007, dated November 18, 2014 (Doc 215) | |
| | NPL525 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Notice of Filing Priority Statement, 2 pages, Patent Interference No. 106,008, dated November 18, 2014 (Doc 218) | |
| | NPL526 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Notice of Recent Authority, filed in Patent Interference No. 106,007, July 2, 2015, pages 1-16 (Doc 469). | |
| | NPL527 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Notice of Recent Authority, filed in Patent Interference No. 106,007, September 2, 2015, pages 1-18 (Doc 470). | |

| If you wish to add additional non-patent literature document citation information please click the Add button | Add |
|---|---|

### EXAMINER SIGNATURE

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006545

| | | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | | |
|---|---|---|
| | NPL528 | US Application No. 14/248,279, 29 pages; excerpts of prosecution history including: Amendment under 37 CFR 1.312 dated September 19, 2014; Amendment in Response to Final Office Action dated August 7, 2014; Declaration under 37 CFR 1.132 dated May 26, 2014; Declaration under 37 CFR 1.132 dated May 27, 2014; Response dated June 3, 2014 (Exhibit Number 2057 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL529 | US Application No.13/550,210, 27 pages; excerpts of prosecution history including: Response and Amendment dated May 12, 2014; Response to Non-Final Office Action dated January 21, 2014; Second Preliminary Amendment dated January 3, 2013 (Exhibit Number 2055 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL530 | US claim amendments for Application No. 13/550,210, 3 pages, dated May 12, 2014 (Exhibit Number 2078 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL531 | US Claims for Application No. 12/976,381, 1 page, dated December 22, 2010 (Exhibit Number 2065 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL532 | US Declaration of Richard K. Bestwick, for Application No. 11/570,691, 5 pages, dated June 15, 2010 (Exhibit Number 1044 filed in interferences 106008, 106007 on November 18, 2014) | |
| | NPL533 | US E-mail from Patent Trial and Appeal Board to Danny Huntington, 2 pages, dated October 9, 2014 (Exhibit Number 2002 filed in interferences 106008 on October 17, 2014) | |
| | NPL534 | US Non-Final Office Action for Application No. 11/570,691, 16 pages, dated March 15, 2010 (Exhibit Number 1042 filed in interferences 106008, 106007 on November 18, 2014) | |
| | NPL535 | US Office Action for Application No. 13/271,080, 25 pages, dated July 30, 2012 (Exhibit Number 1048 filed in interferences 106008, 106007 on November 18, 2014) | |
| | NPL536 | US Office Action for Application No. 13/550,210, 12 pages, dated September 27, 2013 (Exhibit Number 2080 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL537 | US Office Action for Application No. 13/902,376, 7 pages, dated January 7, 2014 (Exhibit Number 1045 filed in interferences 106008, 106007 on November 18, 2014) | |
| | NPL538 | US Patent Application No. 12/198,007 as-filed, 64 pages, dated August 25, 2008 (Exhibit Number 2092 filed in interferences 106008, 106013, and 106007 on November 18, 2014) | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006546

| | | | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 | |
| | Filing Date | August 24, 2018 | |
| | First Named Inventor | WILTON, Stephen | |
| | Art Unit | 1635 | |
| | Examiner Name | K. Chong | |
| | Attorney Docket Number | 4140.01500B1 | |

| | | | |
|---|---|---|---|
| | NPL539 | US Preliminary Amendment and application as-filed for Application No. 12/976,381,64 pages, dated December 22, 2010 (Exhibit No. 2089 filed in Interferences 106007, 106008, and 106013 on November 18, 2014) | |
| | NPL540 | US Preliminary Amendment for Application No. 11/233,495, 10 pages, dated September 21, 2005 (Exhibit Number 2069 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL541 | US Preliminary Remarks for Application No. 14/198,992, 1 page, dated March 6, 2014 (Exhibit Number 2097 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL542 | US Proposed Terminal Disclaimer for Application No. 12/860,078, 2 pages, dated October 17, 2014 (Exhibit Number 2001 filed in interference 106008 on October 17, 2014) | |
| | NPL543 | US Remarks for Application No. 14/248,279, 2 pages, dated August 27, 2014 (Exhibit Number 2110 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL544 | US Response and amendments for Application No. 13/550,210, 12 pages, dated January 21, 2014 (Exhibit Number 2063 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL545 | US Revised Figure 4H, US Application No. 13/271,080, 1 page (Exhibit Number 1050 filed in interferences 106008, 106007 on November 18, 2014) | |
| | NPL546 | US Terminal Disclaimer for Application No. 14/198,992, 1 page, dated July 15, 2014 (Exhibit Number 2096 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL547 | US Terminal Disclaimer for Application No. 14/248,279, 1 page, dated August 7, 2014 (Exhibit Number 2109 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL548 | US Track One Request, Application as-filed, and Application Data Sheet for Application No. 14/248,279, 68 pages, dated April 8, 2014 (Exhibit Number 2108 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL549 | US Transmittal, application as-filed, and Preliminary Amendment for Application No. 11/570,691, 102 pages, dated December 15, 2006 (Exhibit Number 2103 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006547

| | | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | | |
|---|---|---|
| | NPL550 | US Transmittal, application as-filed, and Preliminary Amendment for Application No. 13/270,992, 101 pages, dated October 11, 2011 (Exhibit Number 2098 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL551 | US Transmittal, application as-filed, and Preliminary Amendment for Application No. 13/271,080, 115 pages, dated October 11, 2011 (Exhibit Number 2111 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL552 | US Updated Filing Receipt for Application No. 13/550,210, 3 pages, dated December 11, 2012 (Exhibit Number 2044 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL553 | USPTO "2014 Procedure for Subject Matter Eligibility Analysis of Claims Reciting or Involving...Natural Products" ("the March Guidance"), 19 pages, (Exhibit Number 2118 filed in interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL554 | USPTO Written Description Training Materials, Revised March 25, 2008, Example 12, 6 pages, (Exhibit Number 1068 filed in interferences 106008, 106007 on December 23, 2014) | |
| | NPL555 | UWA Clean Copy of Claims and Sequence, as filed in Interference No. 106,007 on August 1, 2014 (Paper 12), 8 pages, (Exhibit Number 2126 filed in interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL556 | UWA Clean Copy of Claims and Sequence, as filed in Interference No. 106,007 on August 7, 2014 (Paper 12), 8 pages, (Exhibit Number 2127 filed in interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL557 | UWA Motion 1 (For Judgment Under 35 § 112(a)) from Int. No. 106,007 (PN210), 40 Pages, Exhibit Number 1005 filed in Interference 106,013 on February 17, 2015. | |
| | NPL558 | UWA Motion 1 (For Judgment Under 35 § 112(a)) from Int. No. 106,008 (Doc 213), Pages 38, Exhibit Number 1004 filed in Interference 106,013 on February 17, 2015. | |
| | NPL559 | UWA submission of teleconference transcript , 28 pages, dated December 12, 2014 (Exhibit Number 2114 filed in interferences 106008 and 106007 on December 12, 2014) | |
| | NPL560 | Valorization Memorandum published by the Dutch Federation of University Medical Centers in March 2009, (University of Western Australia Exhibit 2140, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-33). | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

| | | Application Number | 16/112,453 |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | Filing Date | August 24, 2018 |
| | | First Named Inventor | WILTON, Stephen |
| | | Art Unit | 1635 |
| | | Examiner Name | K. Chong |
| | | Attorney Docket Number | 4140.01500B1 |

| | | | |
|---|---|---|---|
| | NPL561 | VAN DEUTEKOM et al., "Antisense-induced exon skipping restores dystrophin expression in DMD patient derived muscle cells," HUMAN MOLECULAR GENETICS Vol. 10, No. 15: 1547-1554 (2001) (Exhibit Number 1084 filed in interferences 106008, 106007 on December 23, 2014) | |
| | NPL562 | van Deutekom et al., "Local Dystrophin Restoration with Antisense Oligonucleotide PRO051," N. Engl. J. Med., Vol. 357, No. 26, pp. 2677-2686 (December, 2007), Exhibit Number 1213 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL563 | VAN DEUTEKOM, Judith C. T. et al., "Advances in Duchenne Muscular Dystrophy Gene Therapy," Nature Reviews Genetics, Vol. 4(10):774-783 (2003) | |
| | NPL564 | Van Ommen 2002 PCT (WO 02/24906 AI), 43 pages,(Exhibit Number 1071 filed in interferences 106008, 106007 on December 23, 2014) | |
| | NPL565 | van Putten M, et al., "The Effects of Low Levels of Dystrophin on Mouse Muscle Function and Pathology. PLoS ONE 2012;7:e31937, 13 pages | |
| | NPL566 | Van Vliet, Laura et al., "Assessment of the Feasibility of Exon 45-55 Multiexon Skipping for Duchenne Muscular Dystrophy", BMC Medical Genetics, Vol.9(1):105 (2008) | |
| | NPL567 | VERMA, Sandeep et al., "Modified Oligonucleotides: Synthesis and Strategy for Users," Annu. Rev. Biochem., Vol. 67:99-134 (1998) (Exhibit Number 1040 filed in interferences 106008, 106007 on November 18, 2014) | |
| | NPL568 | Vikase Corp. v. Am. Nat'l. Can Co., No. 93-7651, 1996 WL 377054 (N.D. Ill. July 1, 1996), 3 pages (Exhibit Number 2152 filed in interference 106013 on October 29, 2015) | |
| | NPL569 | VOIT, Thomas et al., "Safety and efficacy of drisapersen for the treatment of Duchenne muscular dystrophy (DEMAND II): an exploratory, randomised, placebo-controlled phase 2 study," Lancet Neurol., Vol. 13:987-996 (2014) (Exhibit Number 2037 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL570 | VOLLOCH, Vladimir et al., "Inhibition of Pre-mRNA Splicing by Antisense RNA in Vitro: Effect of RNA Containing Sequences Complementary to Exons," Biochemical and Biophysical Research Communications, Vol. 179 (3):1593-1599 (1991) | |
| | NPL571 | Wahlestedt et al., "Potent and nontoxic antisense oligonucleotides containing locked nucleic acids," PNAS, Vol. 97, No. 10, pp. 5633-5638 (May, 2000), Exhibit Number 1201 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006549

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
|---|---|---|
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | | | |
|---|---|---|---|
| | NPL572 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Notice of Recent Authority, filed in Patent Interference No. 106,008, July 2, 2015, pages 1-16 (Doc 477). | |
| | NPL573 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Notice of Recent Authority, filed in Patent Interference No. 106,008, September 2, 2015, pages 1-18 (Doc 478). | |
| | NPL574 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Notice of Related Proceedings, Patent Interference No. 106,007, 3 pages, dated August 1, 2014 (Doc 11) | |
| | NPL575 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Notice of Related Proceedings, Patent Interference No. 106,008, 5 pages, dated August 7, 2014 (Doc 11) | |
| | NPL576 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Notice of Related Proceedings, Patent Interference No. 106,013, 3 pages, dated October 14, 2014 (Doc 6) | |
| | NPL577 | US 7,960,541 (Wilton et al.), Pages 84, Exhibit Number 1002 filed in interferences 106,007 and 106,008 on November 18, 2014. | |
| | NPL578 | US 8,450,474 (Wilton et al.), Pages 95, Exhibit Number 1087 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | NPL579 | US 8,455,634 (Wilton et al.) Pages 96, Exhibit Number 1088 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | NPL580 | US 8,455,635 (Wilton et al.), Pages 96, Exhibit Number 1089 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | NPL581 | US 8,455,636 (Wilton et al.), Pages 92, Exhibit Number 1003 filed in interferences 106,007 and 106,008 on November 18, 2014. | |
| | NPL582 | US 8,476,423 (Wilton et al.), Pages 95, Exhibit Number 1111 filed in interferences 106,007 and 106,008 on February 13, 2015. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006550

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
|---|---|---|
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | | | |
|---|---|---|---|
| | NPL583 | US 8,501,703 (Bennett et al.), Pages 16, Exhibit Number 1090 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | NPL584 | US 8,501,704 (Mourich et al.), Pages 39, Exhibit Number 1091 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | NPL585 | US 8,524,676 (Stein et al.), Pages 28, Exhibit Number 1092 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | NPL586 | US 8,524,880 (Wilton et al.), Pages 89, Exhibit Number 1093 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | NPL587 | US 8,536,147 (Weller et al.), Pages 95, Exhibit Number 1094 filed in interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL588 | US 8,592,386 (Mourich et al.), Pages 46, Exhibit Number 1095 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | NPL589 | US 8,618,270 (Iversen et al.), Pages 28, Exhibit Number 1096 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | NPL590 | US 8,637,483 (Wilton et al.), Pages 157, Exhibit Number 1097 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | NPL591 | US 8,697,858 (Iversen), Pages 95, Exhibit Number 1098 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | NPL592 | US 8,703,735 (Iversen et al.) Pages 73, Exhibit Number 1099 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | NPL593 | US 8,741,863 (Moulton et al.), Pages 68, Exhibit Number 1100 filed in interferences 106,007 and 106,008 on February 13, 2015. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006551

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
|---|---|---|
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | | | |
|---|---|---|---|
| | NPL594 | US 8,759,307 (Stein et al.), Pages 35, Exhibit Number 1101 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | NPL595 | US 8,779,128 (Hanson et al.), Pages 104, Exhibit Number 1102 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | NPL596 | US 8,785,407 (Stein et al.), Pages 35, Exhibit Number 1103 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | NPL597 | US 8,785,410 (Iversen et al.), Pages 20, Exhibit Number 1104 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | NPL598 | US 8,835,402 (Kole et al.), Pages 27, Exhibit Number 1105 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | NPL599 | US 8,865,883 (Sazani et al.), Pages 199, Exhibit Number 1106 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | NPL600 | US 8,871,918 (Sazani et al.), Pages 195, Exhibit Number 1107 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | NPL601 | US 8,877,725 (Iversen et al.), Pages 34, Exhibit Number 1108 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | NPL602 | US 8,895,722 (Iversen et al.), Pages 29, Exhibit Number 1109 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | NPL603 | US 8,906,872 (Iversen et al.), Pages 69, Exhibit Number 1110 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | NPL604 | US Abandonment for Application No. 13/902,376, 1 page, dated June 12, 2014 (Exhibit Number 1047 filed in interferences 106008, 106007 on November 18, 2014) | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006552

| | | | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 | |
| | Filing Date | August 24, 2018 | |
| | First Named Inventor | WILTON, Stephen | |
| | Art Unit | 1635 | |
| | Examiner Name | K. Chong | |
| | Attorney Docket Number | 4140.01500B1 | |

| | | | |
|---|---|---|---|
| | NPL605 | US Amendment After Non-Final Action for Application No. 11/233,495, 31 pages, dated June 24, 2010 (Exhibit Number 2073 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL606 | US Amendment for Application No. 11/233,495, 15 pages, dated April 1, 2009 (Exhibit Number 2071 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL607 | US Amendment for Application No. 11/233,495, 19 pages, dated September 16, 2009 (Exhibit Number 2072 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL608 | US Amendment for Application No. 11/233,495, 9 pages, dated October 31, 2007 (Exhibit Number 2070 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL609 | US Amendment for Application No. 11/570,691, 9 pages, dated June 15, 2010 (Exhibit Number 1043 filed in interferences 106008, 106007 on November 18, 2014) | |
| | NPL610 | US Amendment for Application No. 13/271,080, 30 pages, dated January 30, 2013 (Exhibit Number 1049 filed in interferences 106008, 106007 on November 18, 2014) | |
| | NPL611 | US Amendment for Application No. 13/902,376, 36 pages, dated March 21, 2014 (Exhibit Number 1046 filed in interferences 106008, 106007 on November 18, 2014) | |
| | NPL612 | US Amendment in Response to Advisory Action for Application No. 11/233,495, 23 pages, dated March 14, 2011 (Exhibit Number 2074 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL613 | US Amendments to the Claims for Application No. 11/233,495, 4 pages, dated May 8, 2014 (Exhibit Number 2077 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL614 | US Amendments to the Claims for Application No. 14/198,992, 3 pages, dated July 16, 2014 (Exhibit Number 2079 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL615 | US Applicant-Initiated Interview Summary and Notice of Allowance for Application No. 13/550,210, 9 pages dated May 19, 2014 (Exhibit Number 2076 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006553

<table>
<tr><td rowspan="7"></td></tr>
</table>

| | | |
|---|---|---|
| | Application Number | 16/112,453 |
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( Not for submission under 37 CFR 1.99)

| | | |
|---|---|---|
| NPL616 | US application as-filed and Preliminary Amendment for Application No. 13/550,210, 59 pages dated July 16, 2012 (Exhibit Number 2087 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| NPL617 | US Application as-filed for application No. 14/198,992, 52 pages, dated March 6, 2014 (Exhibit Number 2086 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| NPL618 | US Application as-filed, Application Data Sheet, and Preliminary Amendment for Application No. 12/837,359, 101 pages, dated July 15, 2010 (Exhibit Number 2100 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| NPL619 | US Application for Letters Patent for Application No. 11/233,495 as-filed and preliminary amendment, 77 pages, dated September 21, 2005 (Exhibit Number 2095 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| NPL620 | US Application No. 11/233,495, 74 pages; excerpts of prosecution history including: US Supplemental Amendment and Response dated May 8, 2014; Second Supplemental Response dated July 25, 2013; Supplemental Amendment dated June 26, 2013; Amendment after Non-final Action dated November 1, 2010; Amendment under 35 USC 1.114 dated September 16, 2009 (Exhibit Number 2054 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| NPL621 | US Application No. 14/198,992, 17 pages; excerpts of prosecution history including: Supplemental Amendment dated July 16, 2014; Response to Non-Final Office Action dated July 14, 2014 (Exhibit Number 2056 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |

If you wish to add additional non-patent literature document citation information please click the Add button | Add |

## EXAMINER SIGNATURE

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006554

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (03-15)
Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| | |
|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | |

| | |
|---|---|
| Application Number | 16/112,453 |
| Filing Date | August 24, 2018 |
| First Named Inventor | WILTON, Stephen |
| Art Unit | 1635 |
| Examiner Name | K. Chong |
| Attorney Docket Number | 4140.01500B1 |

## U.S.PATENTS  [Remove]

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button. [Add]

## U.S.PATENT APPLICATION PUBLICATIONS  [Remove]

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button. [Add]

## FOREIGN PATENT DOCUMENTS  [Remove]

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2]i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

If you wish to add additional Foreign Patent Document citation information please click the Add button [Add]

## NON-PATENT LITERATURE DOCUMENTS  [Remove]

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006555

| | | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | | |
|---|---|---|
| | NPL622 | WILTON, Stephen D. et al., "Antisense oligonucleotides in the treatment of Duchenne muscular dystrophy: where are we now?" Neuromuscular Disorders, Vol. 15:399-402 (2005) | |
| | NPL623 | WILTON, Stephen D. et al., "Specific removal of the nonsense mutation from the mdx dystrophin mRNA using antisense oligonucleotides," Neuromuscular Disorders, Vol. 9:330-338 (1999) | |
| | NPL624 | WO 2002/24906 A1 of AZL, (University of Western Australia Exhibit 2134, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-43.) | |
| | NPL625 | WO 2004/083432 (the published AZL PCT Application, "Van Ommen"), Pages 71, Exhibit Number 1003 filed in Interference 106,013 on February 17, 2015. | |
| | NPL626 | WO 2013/112053 A1, (University of Western Australia Exhibit 2130, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-177). | |
| | NPL627 | WOLFF, Jon A. et al., "Direct Gene Transfer into Mouse Muscle in Vivo," Science, Vol. 247:1465-1468 (1990) | |
| | NPL628 | WONG, Marisa L. et al., "Real-time PCR for mRNA quantitation," BioTechniques, Vol. 39:75-85 (2005) (Exhibit Number 1066 filed in interferences 106008, 106007 on November 18, 2014) | |
| | NPL629 | Wood, "Toward an Oligonucleotide Therapy for Duchenne Muscular Dystrophy: A Complex Development Challenge," Science Translational Medicine, Vol. 2, No. 25, pp. 1-6 (March, 2010), Exhibit Number 1116 filed in interferences 106,007 and 106,008 on February 17, 2015,Doc 335. | |
| | NPL630 | Written Opinion for Application No. PCT/AU2010/001520, 6 pages, dated January 21, 2011 | |
| | NPL631 | WU, B. et al., "Dose-dependent restoration of dystrophin expression in cardiac muscle of dystrophic mice by systemically delivered morpholino," Gene Therapy, Vol. 17:132-140 (2010) | |
| | NPL632 | WU, Bo et al., "Effective rescue of dystrophin improves cardiac function in dystrophin-deficient mice by a modified morpholino oligomer," PNAS, Vol. 105(39):14814-14819 (2008) | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006556

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
|---|---|---|
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | NPL633 | WU, Bo et al., "Targeted Skipping of Human Dystrophin Exons in Transgenic Mouse Model Systemically for Antisense Drug Development," PLoS One, Vol. 6(5):e19906, 11 pages (2011) | |
|---|---|---|---|
| | NPL634 | WU, George Y. et al., "Receptor-mediated Gene Delivery and Expression in Vivo," The Journal of Biological Chemistry, Vol. 263(29):14621-14624 (1988) | |
| | NPL635 | WU, George Y. et al., "Receptor-mediated in Vitro Gene Transformation by a Soluble DNA Carrier System," The Journal of Biological Chemistry, Vol. 262(10):4429-4432 (1987) | |
| | NPL636 | Wyatt et al. "Site-specific cross-linking of mammalian U5 snRNP to the 5′ splice site before the first step of pre-mRNA splicing," Genes & Development, Vol. 6, pp. 2542-2553 (1992), Exhibit Number 1198 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL637 | Yin et al., "A fusion peptide directs enhanced systemic dystrophin exon skipping and functional restoration in dystrophin-deficient mdx mice," Human Mol. Gen., Vol. 18, No. 22, pp. 4405-4414 (2009), Exhibit Number 1200 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL638 | Yin et al., "Cell Penetrating peptide-conjugated antisense oligonucleotides restore systemic muscle and cardiac dystrophin expression and function," Human Mol. Gen., Vol. 17, No. 24, pp. 3909-3918 (2008), Exhibit Number 1199 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL639 | Yin et al., "Functional Rescue of Dystrophin-deficient mdx Mice by a ChimericPeptide-PMO," Mol. Therapy, Vol. 18, No. 10, pp. 1822-1829 (October, 2010), Exhibit Number 1117 filed in interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL640 | Yokota et al., "Efficacy of Systematic Morpholino Exon-Skipping in Duchenne Dystrophy Dogs," American Neurological Assoc., Vol. 65, No. 6, pp. 667-676 (June, 2009), Exhibit Number 1214 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL641 | Zoltek Corp. v. U.S., 95 Fed. Cl. 681 (2011), 23 pages, (Academisch Ziekenhuis Leiden Exhibit 1236, filed May 5, 2015 in Interference 106007 and 106008). | |

| If you wish to add additional non-patent literature document citation information please click the Add button | Add |
|---|---|

### EXAMINER SIGNATURE

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006557

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (03-15)
Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**
( Not for submission under 37 CFR 1.99)

| Application Number | 16/112,453 |
|---|---|
| Filing Date | August 24, 2018 |
| First Named Inventor | WILTON, Stephen |
| Art Unit | 1635 |
| Examiner Name | K. Chong |
| Attorney Docket Number | 4140.01500B1 |

| | | | U.S.PATENTS | | | Remove |
|---|---|---|---|---|---|---|

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | US20 | 9249416 | | 2016-02-02 | Wilton et al. | |
| | US21 | 9234198 | | 2016-01-12 | Sazani et al. | |
| | US22 | 9228187 | | 2016-01-05 | Wilton et al. | |
| | US23 | 9217148 | | 2015-12-22 | Bestwick et al. | |
| | US24 | 9175286 | | 2015-11-03 | Wilton et al. | |
| | US25 | 9035040 | | 2015-05-19 | Wilton et al. | |
| | US26 | 9024007 | | 2015-05-05 | Wilton et al. | |
| | US27 | 9018368 | | 2015-04-28 | Wilton et al. | |

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006558

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | |
|---|---|
| Application Number | 16/112,453 |
| Filing Date | August 24, 2018 |
| First Named Inventor | WILTON, Stephen |
| Art Unit | 1635 |
| Examiner Name | K. Chong |
| Attorney Docket Number | 4140.01500B1 |

| | | | | | |
|---|---|---|---|---|---|
| | US28 | 8906872 | 2014-12-09 | Iversen et al. | |
| | US29 | 8895722 | 2014-11-25 | Iversen et al. | |
| | US30 | 8877725 | 2014-11-04 | Iversen et al. | |
| | US31 | 8871918 | 2014-10-28 | Sazani et al. | |
| | US32 | 8865883 | 2014-10-21 | Sazani et al. | |
| | US33 | 8835402 | 2014-09-16 | Kole et al. | |
| | US34 | 8785410 | 2014-07-22 | Iversen et al. | |
| | US35 | 8785407 | 2014-07-22 | Stein et al. | |
| | US36 | 8779128 | 2014-07-15 | Hanson et al. | |
| | US37 | 8759507 | 2014-06-24 | Van Deutekom | |
| | US38 | 8759307 | 2014-06-24 | Stein et al. | |

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006559

| | | | | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99**) | Application Number | 16/112,453 | | |
| | Filing Date | August 24, 2018 | | |
| | First Named Inventor | WILTON, Stephen | | |
| | Art Unit | 1635 | | |
| | Examiner Name | K. Chong | | |
| | Attorney Docket Number | 4140.01500B1 | | |

| | | | | | |
|---|---|---|---|---|---|
| | US39 | 8741863 | 2014-06-03 | Moulton et al. | |
| | US40 | 8697858 | 2014-04-15 | Iversen | |
| | US41 | 8637483 | 2014-01-28 | Wilton et al. | |
| | US42 | 8624019 | 2014-01-07 | Matsuo et al. | |
| | US43 | 8618270 | 2013-12-31 | Iversen et al. | |
| | US44 | 8592386 | 2013-11-26 | Mourich et al. | |
| | US45 | 8552172 | 2013-10-08 | Popplewell et al. | |
| | US46 | 8536147 | 2013-09-17 | Weller et al. | |
| | US47 | 8524880 | 2013-09-03 | Wilton et al. | |
| | US48 | 8524676 | 2013-09-03 | Stein et al. | |
| | US49 | 8501704 | 2013-08-06 | Mourich et al. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006560

<table>
<tr><td rowspan="2">INFORMATION DISCLOSURE STATEMENT BY APPLICANT<br>( Not for submission under 37 CFR 1.99)</td><td>Application Number</td><td>16/112,453</td></tr>
</table>

| | Application Number | 16/112,453 |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | | | | | |
|---|---|---|---|---|---|
| | US50 | 8501703 | 2013-08-06 | Bennett et al. | |
| | US51 | 8486907 | 2013-07-16 | Wilton et al. | |
| | US52 | 8476423 | 2013-07-02 | Wilton et al. | |
| | US53 | 8461325 | 2013-06-11 | Popplewell et al. | |
| | US54 | 8455636 | 2013-06-04 | Wilton et al. | |
| | US55 | 8455635 | 2013-06-04 | Wilton et al. | |
| | US56 | 8455634 | 2013-06-04 | Wilton et al. | |
| | US57 | 8450474 | 2013-05-28 | Wilton et al. | |
| | US58 | 8361979 | 2013-01-29 | Aartsma-Rus et al. | |
| | US59 | 8324371 | 2012-12-04 | Popplewell et al. | |
| | US60 | 8232384 | 2012-07-31 | Wilton et al. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006561

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
|---|---|---|
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | | | | | |
|---|---|---|---|---|---|
| US61 | 8084601 | 2011-12-27 | Popplewell et al. | |
| US62 | 7973015 | 2011-07-05 | van Ommen et al. | |
| US63 | 7960541 | 2011-06-14 | Wilton et al. | |
| US64 | 7902160 | 2011-03-08 | Matsuo et al. | |
| US65 | 7807816 | 2010-10-05 | Wilton et al. | |
| US66 | 7655788 | 2010-02-02 | Khvorova et al. | |
| US67 | 7655785 | 2010-02-02 | Bentwich | |
| US68 | 7534879 | 2009-05-19 | van Deutekom | |
| US69 | 7468418 | 2008-12-23 | Iversen et al. | |
| US70 | 7314750 | 2008-01-01 | Zhou | |
| US71 | 7250289 | 2007-07-31 | Zhou | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006562

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | | |
|---|---|---|---|
| Application Number | 16/112,453 |
| Filing Date | August 24, 2018 |
| First Named Inventor | WILTON, Stephen |
| Art Unit | 1635 |
| Examiner Name | K. Chong |
| Attorney Docket Number | 4140.01500B1 |

| | | | | |
|---|---|---|---|---|
| | US72 | 7163695 | 2007-01-16 | Mixson |
| | US73 | 7070807 | 2006-07-04 | Mixson |
| | US74 | 7001761 | 2006-02-21 | Xiao |
| | US75 | 6806084 | 2004-10-19 | Debs et al. |
| | US76 | 6784291 | 2004-08-31 | Iversen et al. |
| | US77 | 6727355 | 2004-04-27 | Matsuo et al. |
| | US78 | 6656732 | 2003-12-02 | Bennett et al. |
| | US79 | 6653467 | 2003-11-25 | Matsuo et al. |
| | US80 | 6653466 | 2003-11-25 | Matsuo |
| | US81 | 6451991 | 2002-09-17 | Martin et al. |
| | US82 | 6391636 | 2002-05-21 | Monia |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006563

| | | | | | |
|---|---|---|---|---|---|
| | | **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 | |
| | | | Filing Date | August 24, 2018 | |
| | | | First Named Inventor | WILTON, Stephen | |
| | | | Art Unit | 1635 | |
| | | | Examiner Name | K. Chong | |
| | | | Attorney Docket Number | 4140.01500B1 | |

| | | | | | |
|---|---|---|---|---|---|
| | US83 | 6312900 | 2001-11-06 | Dean et al. | |
| | US84 | 6210892 | 2001-04-03 | Bennett et al. | |
| | US85 | 6153436 | 2000-11-28 | Hermonat et al. | |
| | US86 | 5976879 | 1999-11-02 | Kole et al. | |
| | US87 | 5916808 | 1999-06-29 | Kole et al. | |
| | US88 | 5892023 | 1999-04-06 | Pirotzky et al. | |
| | US89 | 5869252 | 1999-02-09 | Bouma et al. | |
| | US90 | 5801154 | 1998-09-01 | Baracchini et al. | |
| | US91 | 5698685 | 1997-12-16 | Summerton et al. | |
| | US92 | 5665593 | 1997-09-09 | Kole et al. | |
| | US93 | 5627274 | 1997-05-06 | Kole et al. | |

EFS Web 2.1.17        ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006564

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | 16/112,453 | |
| Filing Date | August 24, 2018 | |
| First Named Inventor | WILTON, Stephen | |
| Art Unit | 1635 | |
| Examiner Name | K. Chong | |
| Attorney Docket Number | 4140.01500B1 | |

| | | | | | |
|---|---|---|---|---|---|
| | US94 | 5521063 | 1996-05-28 | Summerton et al. | |
| | US95 | 5506337 | 1996-04-09 | Summerton et al. | |
| | US96 | 5217866 | 1993-06-08 | Summerton et al. | |
| | US97 | 5190931 | 1993-03-02 | Inouye | |
| | US98 | 5185444 | 1993-09-09 | Summerton et al. | |
| | US99 | 5166315 | 1992-11-24 | Summerton et al. | |
| | US100 | 5149797 | 1992-09-22 | Pederson et al. | |
| | US101 | 5142047 | 1992-08-28 | Summerton et al. | |
| | US102 | 5138045 | 1992-08-11 | Cook et al. | |
| | US103 | 5034506 | 1991-07-23 | Summerton et al. | |
| | US104 | 4458066 | 1984-07-03 | Caruthers et al. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006565

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | |
|---|---|
| Application Number | 16/112,453 |
| Filing Date | August 24, 2018 |
| First Named Inventor | WILTON, Stephen |
| Art Unit | 1635 |
| Examiner Name | K. Chong |
| Attorney Docket Number | 4140.01500B1 |

| If you wish to add additional U.S. Patent citation information please click the Add button. | Add |
|---|---|

**U.S.PATENT APPLICATION PUBLICATIONS** — Remove

| Examiner Initial* | Cite No | Publication Number | Kind Code¹ | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | US105 | 20160040162 | A1 | 2016-02-11 | BESTWICK et al. | |
| | US106 | 20160002637 | A1 | 2016-01-07 | Sazani et al. | |
| | US107 | 20160002635 | A1 | 2016-01-07 | Wilton et al. | |
| | US108 | 20160002634 | A1 | 2016-01-07 | Sazani et al. | |
| | US109 | 20160002633 | A1 | 2016-01-07 | Sazani et al. | |
| | US110 | 20160002632 | A1 | 2016-01-07 | Wilton et al. | |
| | US111 | 20160002631 | A1 | 2016-01-07 | Wilton et al. | |
| | US112 | 20150057330 | A1 | 2015-02-26 | Wilton et al. | |
| | US113 | 20150045413 | A1 | 2015-02-12 | De Visser et al. | |

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | Application Number | 16/112,453 |
|---|---|---|---|
| | | Filing Date | August 24, 2018 |
| | | First Named Inventor | WILTON, Stephen |
| | | Art Unit | 1635 |
| | | Examiner Name | K. Chong |
| | | Attorney Docket Number | 4140.01500B1 |

| | | | | | |
|---|---|---|---|---|---|
| US114 | 20150361428 | A1 | 2015-12-17 | Bestwick et al. | |
| US115 | 20150353931 | A1 | 2015-12-10 | Wilton et al. | |
| US116 | 20150152415 | A1 | 2015-06-04 | SAZANI et al. | |
| US117 | 20150376618 | A1 | 2015-12-31 | Sazani et al. | |
| US118 | 20150376617 | A1 | 2015-12-31 | SAZANI et al. | |
| US119 | 20150376616 | A1 | 2015-12-31 | Wilton et al. | |
| US120 | 20150376615 | A1 | 2015-12-31 | Wilton et al. | |
| US121 | 20140275212 | A1 | 2014-09-18 | van Deutekom | |
| US122 | 20140221458 | A1 | 2014-08-07 | De Kimpe et al. | |
| US123 | 20140213635 | A1 | 2014-07-31 | Van DEUTEKOM | |
| US124 | 20140128592 | A1 | 2014-05-08 | De Kimpe et al. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006567

<table>
<tr><td rowspan="7">INFORMATION DISCLOSURE STATEMENT BY APPLICANT<br>( Not for submission under 37 CFR 1.99)</td><td>Application Number</td><td>16/112,453</td></tr>
<tr><td>Filing Date</td><td>August 24, 2018</td></tr>
<tr><td>First Named Inventor</td><td>WILTON, Stephen</td></tr>
<tr><td>Art Unit</td><td>1635</td></tr>
<tr><td>Examiner Name</td><td>K. Chong</td></tr>
<tr><td>Attorney Docket Number</td><td>4140.01500B1</td></tr>
</table>

| | | | | | |
|---|---|---|---|---|---|
| US125 | 20140113955 | A1 | 2014-04-24 | De Kimpe et al. | |
| US126 | 20140057964 | A1 | 2014-02-27 | POPPLEWELL et al. | |
| US127 | 20140357855 | A1 | 2014-12-04 | Van DEUTEKOM et al. | |
| US128 | 20140357698 | A1 | 2014-12-04 | Van DEUTEKOM et al. | |
| US129 | 20140350076 | A1 | 2014-11-27 | van Deutekom | |
| US130 | 20140350067 | A1 | 2014-11-27 | Wilton et al. | |
| US131 | 20140343266 | A1 | 2014-11-20 | Watanabe et al. | |
| US132 | 20140329881 | A1 | 2014-11-06 | Bestwick et al. | |
| US133 | 20140329762 | A1 | 2014-11-06 | KAYE | |
| US134 | 20140323544 | A1 | 2014-10-30 | BESTWICK et al. | |
| US135 | 20140316123 | A1 | 2014-10-23 | Matsuo et al. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006568

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | Application Number | 16/112,453 |
| | | Filing Date | August 24, 2018 |
| | | First Named Inventor | WILTON, Stephen |
| | | Art Unit | 1635 |
| | | Examiner Name | K. Chong |
| | | Attorney Docket Number | 4140.01500B1 |

| | US136 | 20140315977 | A1 | 2014-10-23 | BESTWICK et al. | |
| | US137 | 20140315862 | A1 | 2014-10-23 | Kaye | |
| | US138 | 20140296323 | A1 | 2014-10-02 | Leumann et al. | |
| | US139 | 20140243516 | A1 | 2014-08-28 | WILTON et al. | |
| | US140 | 20140243515 | A1 | 2014-08-28 | WILTON et al. | |
| | US141 | 20140155587 | A1 | 2014-06-05 | WILTON et al. | |
| | US142 | 20140094500 | A1 | 2014-04-03 | SAZANI et al. | |
| | US143 | 20140080898 | A1 | 2014-03-20 | Wilton et al. | |
| | US144 | 20140080896 | A1 | 2014-03-20 | Nelson et al. | |
| | US145 | 20130302806 | A1 | 2013-11-14 | Van Deutekom | |
| | US146 | 20130289096 | A1 | 2013-10-31 | POPPLEWELL et al. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006569

<table>
<tr><td rowspan="8"><strong>INFORMATION DISCLOSURE STATEMENT BY APPLICANT</strong><br>( Not for submission under 37 CFR 1.99)</td><td>Application Number</td><td>16/112,453</td></tr>
</table>

| | | | | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT**<br>( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | | | | |
|---|---|---|---|---|
| US147 | 20130211062 | A1 | 2013-08-15 | Watanabe et al. |
| US148 | 20130197220 | A1 | 2013-08-01 | Ueda |
| US149 | 20130090465 | A1 | 2013-04-11 | MATSUO et al. |
| US150 | 20130072671 | A1 | 2013-03-21 | Van Deutekom |
| US151 | 20130331438 | A1 | 2013-12-12 | WILTON et al. |
| US152 | 20130274313 | A1 | 2013-10-17 | WILTON et al. |
| US153 | 20130253180 | A1 | 2013-09-26 | WILTON et al. |
| US154 | 20130253033 | A1 | 2013-09-26 | WILTON et al. |
| US155 | 20130217755 | A1 | 2013-08-22 | WILTON et al. |
| US156 | 20130116310 | A1 | 2013-05-09 | Wilton et al. |
| US157 | 20120202752 | A1 | 2012-08-09 | Lu |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006570

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | 16/112,453 |
| Filing Date | August 24, 2018 |
| First Named Inventor | WILTON, Stephen |
| Art Unit | 1635 |
| Examiner Name | K. Chong |
| Attorney Docket Number | 4140.01500B1 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | US158 | 20120172415 | A1 | 2012-07-05 | Voit et al. | |
| | US159 | 20120149756 | A1 | 2012-06-14 | Schumperli et al. | |
| | US160 | 20120122801 | A1 | 2012-05-17 | PLATENBURG | |
| | US161 | 20120115150 | A1 | 2012-05-10 | Bozzoni et al. | |
| | US162 | 20120108653 | A1 | 2012-05-03 | POPPLEWELL et al. | |
| | US163 | 20120108652 | A1 | 2012-05-03 | POPPLEWELL et al. | |
| | US164 | 20120065169 | A1 | 2012-03-15 | Hanson et al. | |
| | US165 | 20120059042 | A1 | 2012-03-08 | Platenburg et al. | |
| | US166 | 20120046342 | A1 | 2012-02-23 | Van Deutekom et al. | |
| | US167 | 20120041050 | A1 | 2012-02-16 | Wilton et al. | |
| | US168 | 20120029060 | A1 | 2012-02-02 | Wilton et al. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006571

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | 16/112,453 | |
| Filing Date | August 24, 2018 | |
| First Named Inventor | WILTON, Stephen | |
| Art Unit | 1635 | |
| Examiner Name | K. Chong | |
| Attorney Docket Number | 4140.01500B1 | |

| | | | | | |
|---|---|---|---|---|---|
| US169 | 20120029059 | A1 | 2012-02-02 | Wilton et al. | |
| US170 | 20120029058 | A1 | 2012-02-02 | Wilton et al. | |
| US171 | 20120029057 | A1 | 2012-02-02 | Wilton et al. | |
| US172 | 20120022145 | A1 | 2012-01-26 | Wilton et al. | |
| US173 | 20120022144 | A1 | 2012-01-26 | Wilton et al. | |
| US174 | 20120022134 | A1 | 2012-01-26 | DE KIMPE et al. | |
| US175 | 20120289457 | A1 | 2012-11-15 | Hanson | |
| US176 | 20120065244 | A1 | 2012-03-15 | Popplewell et al. | |
| US177 | 20110312086 | A1 | 2011-12-22 | Van Deutekom | |
| US178 | 20110294753 | A1 | 2011-12-01 | De Kimpe et al. | |
| US179 | 20110281787 | A1 | 2011-11-17 | Lu et al. | |

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006572

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | Application Number | 16/112,453 |
| Filing Date | August 24, 2018 |
| First Named Inventor | WILTON, Stephen |
| Art Unit | 1635 |
| Examiner Name | K. Chong |
| Attorney Docket Number | 4140.01500B1 |

| | US180 | 20110263686 | A1 | 2011-10-27 | WILTON et al. | |
| | US181 | 20110263682 | A1 | 2011-10-27 | De Kimpe et al. | |
| | US182 | 20110110960 | A1 | 2011-05-12 | PLATENBURG | |
| | US183 | 20110046360 | A1 | 2011-02-24 | MATSUO et al. | |
| | US184 | 20110046203 | A1 | 2011-02-24 | Wilton et al. | |
| | US185 | 20110015258 | A1 | 2011-01-20 | Wilton et al. | |
| | US186 | 20110015253 | A1 | 2011-01-20 | Wilton et al. | |
| | US187 | 20100168212 | A1 | 2010-07-01 | POPPLEWELL et al. | |
| | US188 | 20100130591 | A1 | 2010-05-27 | Sazani et al. | |
| | US189 | 20100016215 | A1 | 2010-01-21 | Moulton et al. | |
| | US190 | 20090312532 | A1 | 2009-12-17 | Van Deutekom et al. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006573

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | | Application Number | 16/112,453 |
|---|---|---|---|---|
| | | | Filing Date | August 24, 2018 |
| | | | First Named Inventor | WILTON, Stephen |
| | | | Art Unit | 1635 |
| | | | Examiner Name | K. Chong |
| | | | Attorney Docket Number | 4140.01500B1 |

| | US191 | 20090269755 | A1 | 2009-10-29 | Aartsma-Rus et al. | |
|---|---|---|---|---|---|---|
| | US192 | 20090228998 | A1 | 2009-09-10 | van Ommen et al. | |
| | US193 | 20090099066 | A1 | 2009-04-16 | Moulton et al. | |
| | US194 | 20090088562 | A1 | 2009-04-02 | Weller et al. | |
| | US195 | 20090082547 | A1 | 2009-03-26 | Iversen et al. | |
| | US196 | 20090076246 | A1 | 2009-03-19 | van Deutekom | |
| | US197 | 20080209581 | A1 | 2008-08-28 | van Ommen et al. | |
| | US198 | 20080200409 | A1 | 2008-08-21 | Wilson et al. | |
| | US199 | 20080194463 | A1 | 2008-08-14 | Weller et al. | |
| | US200 | 20070265215 | A1 | 2007-11-15 | Iversen et al. | |
| | US201 | 20070082861 | A1 | 2007-04-12 | Matsuo et al. | |

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006574

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | 16/112,453 | |
| Filing Date | August 24, 2018 | |
| First Named Inventor | WILTON, Stephen | |
| Art Unit | 1635 | |
| Examiner Name | K. Chong | |
| Attorney Docket Number | 4140.01500B1 | |

| | | | | | |
|---|---|---|---|---|---|
| US202 | 20070037165 | A1 | 2007-02-15 | Venter et al. | |
| US203 | 20060287268 | A1 | 2006-12-21 | Iversen et al. | |
| US204 | 20060147952 | A1 | 2006-07-06 | van Ommen et al. | |
| US205 | 20060099616 | A1 | 2006-05-11 | van Ommen et al. | |
| US206 | 20060148740 | A1 | 2006-07-06 | Platenburg | |
| US207 | 20050153935 | A1 | 2005-07-14 | Iversen et al. | |
| US208 | 20050048495 | A1 | 2005-03-03 | Baker et al. | |
| US209 | 20050026164 | A1 | 2005-02-03 | Zhou | |
| US210 | 20040254137 | A1 | 2004-12-16 | Ackermann et al. | |
| US211 | 20040248833 | A1 | 2004-12-09 | Emanuele et al. | |
| US212 | 20030235845 | A1 | 2003-12-25 | van Ommen et al. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006575

<table>
<tr><td colspan="2"><strong>INFORMATION DISCLOSURE STATEMENT BY APPLICANT</strong><br>( Not for submission under 37 CFR 1.99)</td><td>Application Number</td><td>16/112,453</td></tr>
</table>

| | | | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | | | | | |
|---|---|---|---|---|---|
| US213 | 20030224353 | A1 | 2003-12-04 | Stein et al. | |
| US214 | 20030166588 | A1 | 2003-09-04 | Iversen et al. | |
| US215 | 20020156235 | A1 | 2002-10-24 | Manoharan et al. | |
| US216 | 20020110819 | A1 | 2002-08-15 | Weller et al. | |
| US217 | 20020049173 | A1 | 2002-04-25 | Bennett et al. | |
| US218 | 20020055481 | A1 | 2002-05-09 | Matsuo et al. | |
| US219 | 20010056077 | A1 | 2001-12-27 | Matsuo | |

If you wish to add additional U.S. Published Application citation information please click the Add button. | Add |

**FOREIGN PATENT DOCUMENTS** | Remove |

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2]i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | FP78 | 2003284638 | AU | A1 | 2004-06-18 | KOBE UNIVERSITY | | |
| | FP79 | 780517 | AU | B2 | 2005-03-24 | JCR PHARMACEUTICALS CO., LTD. | | |

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | | | | | | | |
|------|---------|----|----|------------|------------------------------------------|--|--|
| FP80 | 2507125 | CA | A1 | 2004-06-10 | MATSUO, MASAFUMI | | |
| FP81 | 1054058 | EP | A1 | 2000-11-22 | JCR PHARMACEUTICALS CO., LTD. | | |
| FP82 | 1160318 | EP | A2 | 2001-12-05 | JCR PHARMACEUTICALS CO., LTD. | | |
| FP83 | 1191097 | EP | A1 | 2002-03-27 | LEIDS UNIVERSITAIR MEDISCH CENTRUM | | |
| FP84 | 1191098 | EP | A2 | 2002-03-27 | JCR PHARMACEUTICALS CO., LTD. | | |
| FP85 | 1191098 | EP | B9 | 2006-06-28 | JCR Pharmaceuticals Co., Ltd | | |
| FP86 | 1495769 | EP | A1 | 2005-01-12 | LBR MEDBIOTECH B.V. | | |
| FP87 | 1495769 | EP | B1 | 2008-02-27 | LBR Medbiotech B V | | |
| FP88 | 1544297 | EP | A2 | 2005-06-22 | JCR PHARMACEUTICALS CO., LTD. | | |
| FP89 | 1544297 | EP | B1 | 2009-09-16 | JCR Pharmaceuticals Co., Ltd | | |
| FP90 | 1568769 | EP | A1 | 2005-08-31 | MATSUO, MASAFUMI ET AL. | | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006577

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | 16/112,453 | |
| Filing Date | August 24, 2018 | |
| First Named Inventor | WILTON, Stephen | |
| Art Unit | 1635 | |
| Examiner Name | K. Chong | |
| Attorney Docket Number | 4140.01500B1 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FP91 | 1606407 | EP | B1 | 2013-12-18 | ACADEMISCH ZIEKENHUIS LEIDEN | | |
| FP92 | 1619249 | EP | A1 | 2006-01-25 | ACADEMISCH ZIEKENHUIS LEIDEN | | |
| FP93 | 1619249 | EP | B1 | 2006-01-25 | Academisch Ziekenhuis Leiden | | |
| FP94 | 1766010 | EP | B1 | 2011-02-16 | THE UNIVERSITY WESTERN AUSTRALIA | | |
| FP95 | 1857548 | EP | A1 | 2007-11-21 | ACADEMISCH ZIEKENHUIS LEIDEN | | |
| FP96 | 2119783 | EP | A1 | 2009-11-18 | PROSENSA TECHNOLOGIES B.V. | | |
| FP97 | 2135948 | EP | A2 | 2009-12-23 | MATSUO, MASAFUMI, ET AL. | | |
| FP98 | 2135948 | EP | B1 | 2014-09-17 | Matsuo, Masafumi | | |
| FP99 | 2206781 | EP | A2 | 2010-07-14 | THE UNIVERSITY OF WESTERN AUSTRALIA | | |
| FP100 | 2258863 | EP | A1 | 2010-12-08 | UNIVERSITA 'DEGLI STUDI DI ROMA "LA SAPIENZA" | | |
| FP101 | 2284264 | EP | A1 | 2011-02-16 | ACADEMISCH ZIEKENHUIS LEIDEN | | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006578

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 | | |
| | | | | Filing Date | August 24, 2018 | | |
| | | | | First Named Inventor | WILTON, Stephen | | |
| | | | | Art Unit | 1635 | | |
| | | | | Examiner Name | K. Chong | | |
| | | | | Attorney Docket Number | 4140.01500B1 | | |

| FP102 | 2374885 | EP | A2 | 2011-10-12 | MATSUO, MASAFUMI ET AL. | | |
|---|---|---|---|---|---|---|---|
| FP103 | 2386636 | EP | A2 | 2011-11-16 | MATSUO, MASAFUMI ET AL. | | |
| FP104 | 2392660 | EP | A2 | 2011-12-07 | MATSUO, MASAFUMI ET AL. | | |
| FP105 | 2435582 | EP | B1 | 2013-10-23 | UNIVERSITA DEGLI STUDI DI ROMA LA SAPIENZA | | |
| FP106 | 2435583 | EP | B1 | 2014-07-09 | UNIVERSITA DEGLI STUDI DI ROMA LA SAPIENZA | | |
| FP107 | 2488165 | EP | B1 | 2014-07-23 | UNIVERSITA DELGI STUDI DI FERRA | | |
| FP108 | 2500430 | EP | A2 | 2012-09-19 | UNIV WESTERN AUSTRALIA | | |
| FP109 | 2530153 | EP | A1 | 2012-12-05 | MATSUO, MASAFUMI ET AL. | | |
| FP110 | 2530154 | EP | A1 | 2012-12-05 | MATSUO, MASAFUMI ET AL. | | |
| FP111 | 2530155 | EP | A1 | 2012-12-05 | MATSUO, MASAFUMI ET AL. | | |
| FP112 | 2530156 | EP | A1 | 2012-12-05 | MATSUO, MASAFUMI ET AL. | | |

EFS Web 2.1.17          ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | Application Number | 16/112,453 |
| --- | --- | --- | --- |
| | | Filing Date | August 24, 2018 |
| | | First Named Inventor | WILTON, Stephen |
| | | Art Unit | 1635 |
| | | Examiner Name | K. Chong |
| | | Attorney Docket Number | 4140.01500B1 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| FP113 | 2581448 | EP | A1 | 2013-04-17 | ASSOCIATION INSTITUT DE MYOLOGIE ET AL. |
| FP114 | 2594640 | EP | A1 | 2013-05-22 | ACADEMISCH ZIEKENHUIS LEIDEN |
| FP115 | 2594641 | EP | A1 | 2013-05-22 | ACADEMISCH ZIEKENHUIS LEIDEN |
| FP116 | 2594642 | EP | A1 | 2013-05-22 | ACADEMISCH ZIEKENHUIS LEIDEN |
| FP117 | 2602322 | EP | A1 | 2013-06-12 | ACADEMISCH ZIEKENHUIS LEIDEN |
| FP118 | 2607484 | EP | A1 | 2013-06-26 | PROSENSA TECHNOLOGIES B.V. |
| FP119 | 2612917 | EP | A1 | 2013-07-10 | NIPPON SHINYAKU CO., LTD. |
| FP120 | 2614827 | EP | A2 | 2013-07-17 | ACADEMISCH ZIEKENHUIS LEIDEN |
| FP121 | 2623507 | EP | A1 | 2013-08-07 | NIPPON SHINYAKU CO., LTD. |
| FP122 | 2636740 | EP | A1 | 2013-09-11 | ACADEMISCH ZIEKENHUIS LEIDEN |
| FP123 | 2636741 | EP | A1 | 2013-09-11 | ACADEMISCH ZIEKENHUIS LEIDEN |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006580

| | | Application Number | 16/112,453 |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | Filing Date | August 24, 2018 |
| | | First Named Inventor | WILTON, Stephen |
| | | Art Unit | 1635 |
| | | Examiner Name | K. Chong |
| | | Attorney Docket Number | 4140.01500B1 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FP124 | 2636742 | EP | A1 | 2013-09-11 | ACADEMISCH ZIEKENHUIS LEIDEN | | |
| FP125 | 2799548 | EP | A1 | 2014-11-05 | NIPPON SHINYAKU CO., LTD | | |
| FP126 | 2801618 | EP | A1 | 2014-11-12 | ACADEMISCH ZIEKENHUIS LEIDEN | | |
| FP127 | 1160318 | EP | B1 | 2008-05-28 | JCR Pharmaceuticals Co., Ltd | | |

| If you wish to add additional Foreign Patent Document citation information please click the Add button | Add |
|---|---|

| **NON-PATENT LITERATURE DOCUMENTS** | Remove |
|---|---|

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T5 |
|---|---|---|---|
| | NPL642 | "Efficacy Study of AVI-4658 to Induce Dystrophin Expression in Selected Duchenne Muscular Dystrophy Patients" ClinicalTrials.gov dated January 22, 2013 | |
| | NPL643 | "Efficacy Study of AVI-4658 to Induce Dystrophin Expression in Selected Duchenne Muscular Dystrophy Patients," Clinical Trial Identifier No. NCT01396239, ClinicalTrials.gov, dated July, 15, 2011, page 1-4. | |
| | NPL644 | "Efficacy, Safety, and Tolerability Rollover Study of Eteplirsen in Subjects with Duchenne Muscular Dystrophy," Clinical Trial Identifier No. NCT01540409, ClinicalTrials.gov, published online February 23, 2012, page 1-4. | |
| | NPL645 | "Eteplirsen - Inhibitor of Dystrophin Expression - Treatment of Duchenne Muscular Dystrophy", Drugs of the Future, Vol.38(1):13-17 (2013) | |
| | NPL646 | "Open-Label, Multiple-Dose, Efficacy, Safety, and; Tolerability Study of Eteplirsen in Subjects With Duchenne; Muscular Dystrophy Who Participated in Study 4658-US-; 201," ClinicalTrials.gov dated July 31, 2012, 3 pages ; | |

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006581

| | | |
|---|---|---|
| | Application Number | 16/112,453 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | | |
|---|---|---|
| NPL647 | "Open-Label, Multiple-Dose, Efficacy, Safety, and; Tolerability Study of Eteplirsen in Subjects With Duchenne; Muscular Dystrophy Who Participated in Study 4658-US-; 201," ClinicalTrials.gov dated October 17, 2013, 3 pages ; | |
| NPL648 | "Open-Label, Multiple-Dose, Efficacy, Safety, and; Tolerability Study of Eteplirsen in Subjects With Duchenne; Muscular Dystrophy Who Participated in Study 4658-US-; 201," ClinicalTrials.gov dated February 27, 2012, 3 pages ; | |
| NPL649 | 2nd Expert Declaration of Dr. Erik Sontheimer ("2nd S Decl.") (Exhibit Number 1067 filed in interferences 106008, 106007 on December 23, 2014) | |
| NPL650 | 3rd Declaration of Erik J. Sontheimer, Ph.D. ("3rd S. Decl."), Pages 123, Exhibit Number 1186 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| NPL651 | A Comparative Study on AONs between 20 and 50 Nucleotides Designed to Induce the Skipping of Exon 53 from the Dystrophin Pre-mRNA, Pages 6, Exhibit Number 1128 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| NPL652 | A Comparative Study on AONs Between 20 and 50 Nucleotides Designed to Induce the Skipping of Exon 51 from the Dystrophin Pre-mRNA, Pages 6, Exhibit Number 1127 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| NPL653 | Aartsma-Rus A, et al. "Theoretic applicability of antisense-mediated exon skipping for Duchenne muscular dystrophy mutations," Hum Mutat 2009;30:293-99. | |
| NPL654 | Aartsma-Rus et al., "Antisense-induced exon skipping for duplications in Duchenne muscular dystrophy," BMC Medical Genetics 8:43 (2007), (University of Western Australia Exhibit 2135, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-9.) | |
| NPL655 | AARTSMA-RUS, Annemieke et al., "194th ENMC international workshop. 3rd ENMC workshop on exon skipping: Towards clinical application of antisense-mediated exon skipping for Duchenne muscular dystrophy 8-10 December 2012, Naarden, The Netherlands," Neuromuscular Disorders, Vol. 23:934-944 (2013) | |
| NPL656 | AARTSMA-RUS, Annemieke et al., "Antisense-Induced Multiexon Skipping for Duchenne Muscular Dystrophy Makes More Sense," Am. J. Hum. Genet., Vol. 74:83-92 (2004) | |
| NPL657 | AARTSMA-RUS, Annemieke et al., "Functional Analysis of 114 Exon-Internal AONs for Targeted DMD Exon Skipping: Indication for Steric Hindrance of SR Protein Binding Sites," Oligonucleotides, Vol. 15:284-297 (2005) (Exhibit Number 2016 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

| | | | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 | |
| | Filing Date | August 24, 2018 | |
| | First Named Inventor | WILTON, Stephen | |
| | Art Unit | 1635 | |
| | Examiner Name | K. Chong | |
| | Attorney Docket Number | 4140.01500B1 | |

| | | | |
|---|---|---|---|
| NPL658 | AARTSMA-RUS, Annemieke et al., "Guidelines for Antisense Oligonucleotide Design and Insight Into Splice-modulating Mechanisms," Molecular Therapy, Vol. 17(3):548-553 (2009) (Exhibit Number 2014 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| NPL659 | AARTSMA-RUS, Annemieke et al., "Guidelines for Antisense Oligonucleotide Design and Insight Into Splice-modulating Mechanisms," Molecular Therapy, Vol. 17(3):548-553 (2009). Supplementary Table 1. | |
| NPL660 | AARTSMA-RUS, Annemieke et al., "Targeted exon skipping as a potential gene correction therapy for Duchenne muscular dystrophy," Neuromuscular Disorders, Vol. 12:S71-S77 (2002) | |
| NPL661 | AARTSMA-RUS, Annemieke et al., "Therapeutic antisense-induced exon skipping in cultured muscle cells from six different DMD patients," Human Molecular Genetics, Vol. 12(8):907-914 (2003) | |
| NPL662 | ABBS, Stephen et al., "A convenient multiplex PCR system for the detection of dystrophin gene deletions: a comparative analysis with cDNA hybridisation shows mistypings by both methods," J. Med. Genet., Vol. 28:304-311 (1991) | |
| NPL663 | Abes, S. et al., "Efficient Splicing Correction by PNA Conjugation to an R6-Penetratin Delivery Peptide", Nucleic Acids Research Vol.35(13):4495-4502 (2007) | |
| NPL664 | AGRAWAL, Sudhir et al., "GEM 91 - An Antisense Oligonucleotide Phosphorothioate as a Therapeutic Agent for AIDS," Antisense Research and Development, Vol. 2:261-266 (1992) | |
| NPL665 | AGRAWAL, Sudhir et al., "Oligodeoxynucleoside phosphoramidates and phosphorothioates as inhibitors of human immunodeficiency virus," Proc. Natl. Acad. Sci. USA, Vol. 85:7079-7083 (1988) | |
| NPL666 | Ahmad A, et al., "Mdx mice inducibly expressing dystrophin provide insights into the potential of gene therapy for Duchenne muscular dystrophy," Hum Mol Genet 2000;9:2507-2515. | |
| NPL667 | AKHTAR, Saghir et al., "Cellular uptake and intracellular fate of antisense oligonucleotides," Trends in Cell Biology, Vol. 2:139-144 (1992) | |
| NPL668 | AKHTAR, Saghir, "Delivery Strategies for Antisense Oligonucleotide Therapeutics," CRC Press, Inc., Boca Raton, FL, 160 pages (1995) | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

| | | Application Number | 16/112,453 |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | Filing Date | August 24, 2018 |
| | | First Named Inventor | WILTON, Stephen |
| | | Art Unit | 1635 |
| | | Examiner Name | K. Chong |
| | | Attorney Docket Number | 4140.01500B1 |

| | | | |
|---|---|---|---|
| | NPL669 | Alignments of Dystrophin mRNA and Oligonucleotides, 6 pages, submitted to the Patent Trial and Appeal Board in Interference No. 106008, dated November 18, 2014 (Exhibit Number 1054 filed in interferences 106008, 106007 on November 18, 2014) | |
| | NPL670 | ALTER, Julia et al., "Systemic delivery of morpholino oligonucleotide restores dystrophin expression bodywide and improves dystrophic pathology," Nature Medicine, Vol. 12(2):175-177 (2006) | |
| | NPL671 | Amendment under 37 CFR 1.312 for Application No. 14/248,279, 5 pages, dated September 19, 2014 (Exhibit Number 2053 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL672 | Analysis of Second PCR Product by Gel Electrophoresis, Pages 1, Exhibit Number 1182 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | NPL673 | ANDERSON, W. French, "Human Gene Therapy," Science, Vol. 256:808-813 (1992) | |
| | NPL674 | Annotated scenario introduced and referred to during March 12, 2015 deposition of Erik J. Sontheimer, Ph.D., (University of Western Australia Exhibit 2139, filed April 3, 2015 in Interferences 106007, 106008, and 106013, page 1.) | |
| | NPL675 | ANTHONY, Karen et al., "Dystrophin quantification: Biological and Translational Research Implications," Neurology, Vol. 83:1-8 (2014) (Exhibit Number 2028 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | NPL676 | AON PS1958 Mass Spectrometry Data, Pages 7, Exhibit Number 1146 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | NPL677 | AON PS1958 UPLC Data, Pages 2, Exhibit Number 1157 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | NPL678 | AON PS1959 Mass Spectrometry Data, Pages 5, Exhibit Number 1147 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | NPL679 | AON PS1959 UPLC Data, Pages 2, Exhibit Number 1158 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006584

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | NPL680 | AON PS1960 Mass Spectrometry Data, Pages 8,   Exhibit Number 1148 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | NPL681 | AON PS1960 UPLC Data, Pages 2,   Exhibit Number 1159 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | NPL682 | AON PS1961 Mass Spectrometry Data, Pages 5,   Exhibit Number 1149 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | NPL683 | AON PS1961 UPLC Data, Pages 2,   Exhibit Number 1160 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | NPL684 | AON PS1962 Mass Spectrometry Data, Pages 7,   Exhibit Number 1150 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | NPL685 | AON PS1962 UPLC Data, Pages 2,   Exhibit Number 1161 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | NPL686 | AON PS1963 Mass Spectrometry Data, Pages 10,   Exhibit Number 1151 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | NPL687 | AON PS1963 UPLC Data, Pages 2,   Exhibit Number 1162 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | NPL688 | AON PS1964 Mass Spectrometry Data, Pages 13,   Exhibit Number 1152 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | NPL689 | AON PS1964 UPLC Data, Pages 2,   Exhibit Number 1163 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | NPL690 | AON PS1965 Mass Spectrometry Data, Pages 9,   Exhibit Number 1153 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006585

| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 16/112,453 |
| | Filing Date | August 24, 2018 |
| | First Named Inventor | WILTON, Stephen |
| | Art Unit | 1635 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | 4140.01500B1 |

| | NPL691 | AON PS1965 UPLC Data, Pages 2,  Exhibit Number 1164 filed in Interferences 106,007 and 106,008 on February 16, 2015. |

| If you wish to add additional non-patent literature document citation information please click the Add button | Add |

**EXAMINER SIGNATURE**

| Examiner Signature | | Date Considered | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through a citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document.  [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [5] Applicant is to place a check mark here if English language translation is attached.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006586

| | INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | |
|---|---|---|
| Application Number | 16/112,453 | |
| Filing Date | August 24, 2018 | |
| First Named Inventor | WILTON, Stephen | |
| Art Unit | 1635 | |
| Examiner Name | K. Chong | |
| Attorney Docket Number | 4140.01500B1 | |

| | | |
|---|---|---|
| NPL692 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Request for Rehearing, filed in Patent Interference No. 106,013, October 29, 2015, pages 1-20 (Doc 198). | |
| NPL693 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Revised Designation of Lead and Backup Counsel, 4 pages, Patent Interference No. 106,007, (Doc 415), dated March 10, 2015. | |
| NPL694 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Revised Designation of Lead and Backup Counsel, 4 pages, Patent Interference No. 106,013, (Doc 150 ), dated March 10, 2015. | |
| NPL695 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Revised Designation of Lead and Backup Counsel, 5 pages, Patent Interference No. 106,008, (Doc 423 ), dated March 10, 2015. | |
| NPL696 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia, Exhibit List as of February 17, 2015, 8 pages, Patent Interference No. 106,007, (Doc No. 398) dated February 17, 2015. | |
| NPL697 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia, Exhibit List as of February 17, 2015, 8 pages, Patent Interference No. 106,008, (Doc No. 406) dated February 17, 2015. | |
| NPL698 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Clean Copy of Involved Claims and Sequence, Patent Interference No. 106,007, 8 pages, dated August 1, 2014 (Doc 12) | |
| NPL699 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Clean Copy of Involved Claims and Sequence, Patent Interference No. 106,013, 7 pages, dated October 14, 2014 (Doc 7) | |
| NPL700 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Clean Copy of Involved Claims and Sequences, Patent Interference No. 106,008, 8 pages, dated August 7, 2014 (Doc 12) | |
| NPL701 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Exhibit List as of November 18, 2014, 7 pages, Patent Interference No. 106,008, dated November 18, 2014 (Doc 216) | |
| NPL702 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Exhibit list, 7 pages, Patent Interference No. 106,007, dated November 18, 2014 (Doc 213) | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006587

| | | Application Number | 16/112,453 |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | Filing Date | August 24, 2018 |
| | | First Named Inventor | WILTON, Stephen |
| | | Art Unit | 1635 |
| | | Examiner Name | K. Chong |
| | | Attorney Docket  Number | 4140.01500B1 |

| | NPL703 | Wang et al., "In Vitro evaluation of novel antisense oligonucleotides is predictive of in vivo exon skipping activity for Duchenne muscular dystrophy," J. Gene Medicine, Vol. 12, pp. 354-364 (March, 2010), Exhibit Number 1115 filed in interferences 106,007 and 106,008 on February 17, 2015. | |
|---|---|---|---|
| | NPL704 | WANG, Chen-Yen et al., "pH-sensitive immunoliposomes mediate target-cell-specific delivery and controlled expression of a foreign gene in mouse," Proc. Natl. Acad. Sci. USA, Vol. 84:7851-7855 (1987) | |
| | NPL705 | WATAKABE, Akiya et al., "The role of exon sequences in splice site selection," Genes & Development, Vol. 7:407-418 (1993) | |
| | NPL706 | Watanabe et al., "Plasma Protein Binding of an Antisense Oligonucleotide Targeting Human ICAM-1 (ISIS 2302)," Oligonucleotides, Vol. 16, pp. 169- 180 (2006), Exhibit Number 1197 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | NPL707 | WIJNAENDTS, L.C.D. et al., "Prognostic importance of DNA flow cytometric variables in rhabdomyosarcomas," J. Clin. Pathol., Vol. 46:948-952 (1993) (Exhibit Number 1041 filed in interferences 106008, 106007 on November 18, 2014) | |
| | NPL708 | Wilton et al. (2007) "Antisense Oligonucleotide-induced Exon Skipping Across the Human Dystrophin Gene Transcript," Molecular Therapy 15(7):1288-1296, 10  pages, (Exhibit Number 2121  filed in interferences 106,007 and 106,008 on February 17, 2015 | |

| If you wish to add additional non-patent literature document citation information please click the Add button | Add |
|---|---|

| **EXAMINER SIGNATURE** | | | |
|---|---|---|---|
| Examiner Signature | /KIMBERLY CHONG/  (02/04/2019) | Date Considered | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through a citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [5] Applicant is to place a check mark here if English language translation is attached.

ALL REFERENCES  CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006588

Equivalent of Form PTO/SB/08b (7-09)

| Substitute for form 1449/PTO | | | Complete if Known | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | | | Application Number | 16/112,453 |
| | | | Filing Date | August 24, 2018 |
| | | | First Named Inventor | Stephen Donald WILTON |
| | | | Art Unit | 1635 |
| | | | Examiner Name | Chong, Kimberly |
| Sheet | 1 | of | 1 | Attorney Docket Number | 4140.01500B1 |

| | | **NON PATENT LITERATURE DOCUMENTS** | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published | T[2] |
| | NPL709 | Office Action mailed July 12, 2018, in United States Patent Application No. 15/645,842, Wilton et al., filed July 10, 2017, 19 pages | |
| | NPL710 | Office Action mailed July 31, 2018, in United States Patent Application No. 15/655,646, Wilton et al., filed July 20, 2017, 15 pages | |
| | NPL711 | Office Action mailed September 7, 2018, in United States Patent Application No. 15/673,019, Wilton et al., filed August 9, 2017, 9 pages | |
| | NPL712 | KOENIG, M., et al., "Alternative splicing of human dystrophin mRNA generates isoforms at the carboxy terminus," Letters to Nature 338:509-511, Nature Publishing Group, United Kingdom (1989) | |
| | NPL713 | TAKESHIMA, Y., et al., "Modulation of in vitro splicing of the upstream intron by modifying an intra-exon sequence which is deleted from the dystrophin gene in dystrophin Kobe," The Journal of Clinical Investigation 95:515-520, The American Society for Clinical Investigation (United States) (1995) | |
| | NPL714 | Office Action mailed October 18, 2018, in United States Patent Application No. 16/112,371, Wilton et al., filed August 24, 2018, 6 pages | |

10582146_1.docx

| Examiner Signature | /KIMBERLY CHONG/ (02/04/2019) | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.
[1] Applicant's unique citation designation number (optional). [2] Applicant is to place a check mark here if English language Translation is attached.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0006589

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | ISSUE DATE | PATENT NO. | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 16/112,453 | 04/23/2019 | 10266827 | 4140.01500B1 | 3144 |

153767        7590        04/03/2019

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 NEW YORK AVENUE, N.W.
WASHINGTON, DC 20005

# ISSUE NOTIFICATION

The projected patent number and issue date are specified above.

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(application filed on or after May 29, 2000)

The Patent Term Adjustment is 0 day(s). Any patent to issue from the above-identified application will include an indication of the adjustment on the front page.

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Application Assistance Unit (AAU) of the Office of Data Management (ODM) at (571)-272-4200.

APPLICANT(s)  (Please see PAIR WEB site http://pair.uspto.gov for additional applicants):

Stephen Donald WILTON, Applecross, AUSTRALIA;
The University of Western Australia, Crawley, AUSTRALIA;
Sue FLETCHER, Bayswater, AUSTRALIA;
Graham MCCLOREY, Bayswater, AUSTRALIA;

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The USA offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to encourage and facilitate business investment. To learn more about why the USA is the best country in the world to develop technology, manufacture products, and grow your business, visit SelectUSA.gov.

IR103 (Rev. 10/09)

SRPT-VYDS-0006604

# EXHIBIT 17



8242788

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

*May 10, 2022*

**THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE FILE WRAPPER AND CONTENTS OF:**

**APPLICATION NUMBER:** *13/741,150*
**FILING DATE:** *January 14, 2013*

Certified by

Performing the Functions and Duties of the
Under Secretary of Commerce
for Intellectual Property
and Director of the United States
Patent and Trademark Office

SRPT-VYDS-0130130

ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING
AND METHODS OF USE THEREOF

CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. Patent Application No. 13/168,857, filed
5    June 24, 2011, now pending, which application is a continuation of U.S. Patent Application
No. 12/837,359, filed July 15, 2010, now issued as U.S. Patent No. 8,232,384, which
application is a continuation of U.S. Patent Application No. 11/570,691, filed January 15,
2008, now issued as U.S. Patent No. 7,807,816, which application is a 35 U.S.C. § 371
National Phase Application of PCT/AU2005/000943, filed June 28, 2005, which claims
10    priority to Australian Patent Application No. 2004903474, filed June 28, 2004; which
applications are each incorporated herein by reference in their entireties.


STATEMENT REGARDING SEQUENCE LISTING

The Sequence Listing associated with the application is provided in text format in
15    lieu of a paper copy, and is hereby incorporated by reference into the specification.  The
name of the text file containing the Sequence Listing is SequenceListing.txt.  The text file
is 61 Kilobytes, was created on January 14, 2013 and is being submitted electronically via
EFS-Web.


FIELD OF THE INVENTION

20    The present invention relates to novel antisense compounds and
compositions suitable for facilitating exon skipping.  It also provides methods for inducing
exon skipping using the novel antisense compounds as well as therapeutic compositions
adapted for use in the methods of the invention..


BACKGROUND ART

25    Significant effort is currently being expended researching methods for
suppressing or compensating for disease-causing mutations in genes.  Antisense

1

SRPT-VYDS-0130131

technologies are being developed using a range of chemistries to affect gene expression at a variety of different levels (transcription, splicing, stability, translation). Much of that research has focused on the use of antisense compounds to correct or compensate for abnormal or disease-associated genes in a myriad of different conditions.

5          Antisense molecules are able to inhibit gene expression with exquisite specificity and because of this many research efforts concerning oligonucleotides as modulators of gene expression have focused on inhibiting the expression of targeted genes such as oncogenes or viral genes. The antisense oligonucleotides are directed either against RNA (sense strand) or against DNA where they form triplex structures inhibiting transcription by RNA polymerase II. To achieve a desired effect in specific gene down-regulation, the oligonucleotides must either promote the decay of the targeted mRNA or block translation of that mRNA, thereby effectively preventing *de novo* synthesis of the undesirable target protein.

          Such techniques are not useful where the object is to up-regulate production of the native protein or compensate for mutations which induce premature termination of translation such as nonsense or frame-shifting mutations. Furthermore, in cases where a normally functional protein is prematurely terminated because of mutations therein, a means for restoring some functional protein production through antisense technology has been shown to be possible through intervention during the splicing processes (Sierakowska H, *et al*., (1996) <u>Proc Natl Acad Sci USA</u> 93, 12840-12844; Wilton SD, *et al*., (1999) <u>Neuromusc Disorders</u> 9, 330-338; van Deutekom JC *et al*., (2001) <u>Human Mol Genet</u> 10, 1547-1554). In these cases, the defective gene transcript should not be subjected to targeted degradation so the antisense oligonucleotide chemistry should not promote target mRNA decay.

25          In a variety of genetic diseases, the effects of mutations on the eventual expression of a gene can be modulated through a process of targeted exon skipping during the splicing process. The splicing process is directed by complex multi-particle machinery that brings adjacent exon-intron junctions in pre-mRNA into close proximity and performs cleavage of phosphodiester bonds at the ends of the introns with their subsequent

2

SRPT-VYDS-0130132

reformation between exons that are to be spliced together.  This complex and highly
precise process is mediated by sequence motifs in the pre-mRNA that are relatively short
semi-conserved RNA segments to which bind the various nuclear splicing factors that are
then involved in the splicing reactions.  By changing the way the splicing machinery reads

5      or recognises the motifs involved in pre-mRNA processing, it is possible to create
differentially spliced mRNA molecules.  It has now been recognised that the majority of
human genes are alternatively spliced during normal gene expression, although the
mechanisms invoked have not been identified.  Using antisense oligonucleotides, it has
been shown that errors and deficiencies in a coded mRNA could be bypassed or removed

10     from the mature gene transcripts.

In nature, the extent of genetic deletion or exon skipping in the splicing
process is not fully understood, although many instances have been documented to occur,
generally at very low levels (Sherrat TG, *et al*., (1993) Am J Hum Genet 53, 1007-1015).
However, it is recognised that if exons associated with disease-causing mutations can be

15     specifically deleted from some genes, a shortened protein product can sometimes be
produced that has similar biological properties of the native protein or has sufficient
biological activity to ameliorate the disease caused by mutations associated with the target
exon (Lu QL, *et al.*, (2003) Nature Medicine 9, 1009-1014; Aartsma-Rus A *et al*., (2004)
Am J Hum Genet 74: 83-92).

20     This process of targeted exon skipping is likely to be particularly useful in
long genes where there are many exons and introns, where there is redundancy in the
genetic constitution of the exons or where a protein is able to function without one or more
particular exons (*e.g.* with the dystrophin gene, which consists of 79 exons; or possibly
some collagen genes which encode for repeated blocks of sequence or the huge nebulin or

25     titin genes which are comprised of ~80 and over 370 exons, respectively).

Efforts to redirect gene processing for the treatment of genetic diseases
associated with truncations caused by mutations in various genes have focused on the use
of antisense oligonucleotides that either: (1) fully or partially overlap with the elements
involved in the splicing process; or (2) bind to the pre-mRNA at a position sufficiently

3

close to the element to disrupt the binding and function of the splicing factors that would normally mediate a particular splicing reaction which occurs at that element (*e.g.*, binds to the pre-mRNA at a position within 3, 6, or 9 nucleotides of the element to be blocked).

For example, modulation of mutant dystrophin pre-mRNA splicing with
5    antisense oligoribonucleotides has been reported both *in vitro* and *in vivo*. In one type of dystrophin mutation reported in Japan, a 52-base pair deletion mutation causes exon 19 to be removed with the flanking introns during the splicing process (Matsuo *et al*., (1991) <u>J Clin Invest.</u>, 87:2127-2131). An *in vitro* minigene splicing system has been used to show that a 31-mer 2'-O-methyl oligoribonucleotide complementary to the 5' half of the deleted
10   sequence in dystrophin Kobe exon 19 inhibited splicing of wild-type *pre-mRNA* (Takeshima *et al*. (1995), <u>J. Clin. Invest.</u>, 95, 515-520). The same oligonucleotide was used to induce exon skipping from the native dystrophin gene transcript in human cultured lymphoblastoid cells.

Dunckley *et al*., (1997) <u>Nucleosides & Nucleotides</u>, 16, 1665-1668
15   described *in vitro* constructs for analysis of splicing around exon 23 of mutated dystrophin in the *mdx* mouse mutant, a model for muscular dystrophy. Plans to analyse these constructs *in vitro* using 2' modified oligonucleotides targeted to splice sites within and adjacent to mouse dystrophin exon 23 were discussed, though no target sites or sequences were given.

20   2'-O-methyl oligoribonucleotides were subsequently reported to correct dystrophin deficiency in myoblasts from the *mdx* mouse from this group. An antisense oligonucleotide targeted to the 3' splice site of murine dystrophin intron 22 was reported to cause skipping of the mutant exon as well as several flanking exons and created a novel in-frame dystrophin transcript with a novel internal deletion. This mutated dystrophin was
25   expressed in 1-2% of antisense treated mdx myotubes. Use of other oligonucleotide modifications such as 2'-O-methoxyethyl phosphodiesters are described (Dunckley *et al*. (1998) <u>Human Mol. Genetics</u>, 5, 1083-90).

Thus, antisense molecules may provide a tool in the treatment of genetic disorders such as Duchenne Muscular Dystrophy (DMD). However, attempts to induce

4

SRPT-VYDS-0130134

exon skipping using antisense molecules have had mixed success. Studies on dystrophin exon 19, where successful skipping of that exon from the dystrophin pre-mRNA was achieved using a variety of antisense molecules directed at the flanking splice sites or motifs within the exon involved in exon definition as described by Errington *et al*. (2003) <u>J Gen Med</u> 5, 518-527".

5

In contrast to the apparent ease of exon 19 skipping, the first report of exon 23 skipping in the *mdx* mouse by Dunckley *et al*., (1998) is now considered to be reporting only a naturally occurring revertant transcript or artefact rather than any true antisense activity. In addition to not consistently generating transcripts missing exon 23, Dunckley *et al*., (1998) did not show any time course of induced exon skipping, or even titration of antisense oligonucleotides, to demonstrate dose dependent effects where the levels of exon skipping corresponded with increasing or decreasing amounts of antisense oligonucleotide. Furthermore, this work could not be replicated by other researchers.

10

The first example of specific and reproducible exon skipping in the *mdx* mouse model was reported by Wilton *et al*., (1999) <u>Neuromuscular Disorders</u> 9, 330-338. By directing an antisense molecule to the donor splice site, consistent and efficient exon 23 skipping was induced in the dystrophin mRNA within 6 hours of treatment of the cultured cells. Wilton *et al*, (1999), also describe targeting the acceptor region of the mouse dystrophin pre-mRNA with longer antisense oligonucleotides and being unable to repeat the published results of Dunckley *et al*., (1998). No exon skipping, either 23 alone or multiple removal of several flanking exons, could be reproducibly detected using a selection of antisense oligonucleotides directed at the acceptor splice site of intron 22.

15

20

While the first antisense oligonucleotide directed at the intron 23 donor splice site induced consistent exon skipping in primary cultured myoblasts, this compound was found to be much less efficient in immortalized cell cultures expressing higher levels of dystrophin. However, with refined targeting and antisense oligonucleotide design, the efficiency of specific exon removal was increased by almost an order of magnitude (see Mann CJ *et al*., (2002) J Gen Med 4, 644-654).

25

5

SRPT-VYDS-0130135

Thus, there remains a need to provide antisense oligonucleotides capable of binding to and modifying the splicing of a target nucleotide sequence. Simply directing the antisense oligonucleotides to motifs presumed to be crucial for splicing is no guarantee of the efficacy of that compound in a therapeutic setting.

5    SUMMARY OF THE INVENTION

The present invention provides antisense molecule compounds and compositions suitable for binding to RNA motifs involved in the splicing of pre-mRNA that are able to induce specific and efficient exon skipping and a method for their use thereof.

10    The choice of target selection plays a crucial role in the efficiency of exon skipping and hence its subsequent application of a potential therapy. Simply designing antisense molecules to target regions of pre-mRNA presumed to be involved in splicing is no guarantee of inducing efficient and specific exon skipping. The most obvious or readily defined targets for splicing intervention are the donor and acceptor splice sites although

15    there are less defined or conserved motifs including exonic splicing enhancers, silencing elements and branch points.

The acceptor and donor splice sites have consensus sequences of about 16 and 8 bases respectively (see Figure 1 for schematic representation of motifs and domains involved in exon recognition, intron removal and the splicing process).

20    According to a first aspect, the invention provides antisense molecules capable of binding to a selected target to induce exon skipping.

For example, to induce exon skipping in exons 3 to 8, 10 to 16, 19 to 40, 42 to 44, 46, 47, and 50 to 53 in the Dystrophin gene transcript the antisense molecules are preferably selected from the group listed in Table 1A.

25    In a further example, it is possible to combine two or more antisense oligonucleotides of the present invention together to induce multiple exon skipping in exons 19-20, and 53. This is a similar concept to targeting of a single exon. A

6

combination or "cocktail" of antisense oligonucleotides are directed at adjacent exons to induce efficient exon skipping.

In another example, to induce exon skipping in exons 19-20, 31, 34 and 53 it is possible to improve exon skipping of a single exon by joining together two or more

5    antisense oligonucleotide molecules.  This concept is termed by the inventor as a "weasel", an example of a cunningly designed antisense oligonucleotide.  A similar concept has been described in Aartsma-Rus A *et al.*, (2004) <u>Am J Hum Genet</u> 74: 83-92).

According to a second aspect, the present invention provides antisense molecules selected and or adapted to aid in the prophylactic or therapeutic treatment of a

10   genetic disorder comprising at least an antisense molecule in a form suitable for delivery to a patient.

According to a third aspect, the invention provides a method for treating a patient suffering from a genetic disease wherein there is a mutation in a gene encoding a particular protein and the affect of the mutation can be abrogated by exon skipping,

15   comprising the steps of: (a) selecting an antisense molecule in accordance with the methods described herein; and (b) administering the molecule to a patient in need of such treatment.

The invention also addresses the use of purified and isolated antisense oligonucleotides of the invention, for the manufacture of a medicament for treatment of a genetic disease.

20   The invention further provides a method of treating a condition characterised by Duchenne muscular dystrophy, which method comprises administering to a patient in need of treatment an effective amount of an appropriately designed antisense oligonucleotide of the invention, relevant to the particular genetic lesion in that patient. Further, the invention provides a method for prophylactically treating a patient to prevent

25   or at least minimise Duchene muscular dystrophy, comprising the step of: administering to the patient an effective amount of an antisense oligonucleotide or a pharmaceutical composition comprising one or more of these biological molecules.

7

SRPT-VYDS-0130137

The invention also provides kits for treating a genetic disease, which kits comprise at least a antisense oligonucleotide of the present invention, packaged in a suitable container and instructions for its use.

Other aspects and advantages of the invention will become apparent to those skilled in the art from a review of the ensuing description, which proceeds with reference to the following figures.

BRIEF DESCRIPTION OF THE DRAWINGS

Figure 1        Schematic representation of motifs and domains involved in exon recognition, intron removal and the splicing process (SEQ ID NOS: 213 and 214).

Figure 2.       Diagrammatic representation of the concept of antisense oligonucleotide induced exon skipping to by-pass disease-causing mutations (not drawn to scale). The hatched box represents an exon carrying a mutation that prevents the translation of the rest of the mRNA into a protein. The solid black bar represents an antisense oligonucleotide that prevents inclusion of that exon in the mature mRNA.

Figure 3        Gel electrophoresis showing differing efficiencies of two antisense molecules directed at exon 8 acceptor splice site. The preferred compound [H8A(-06+18)] induces strong and consistent exon skipping at a transfection concentration of 20 nanomolar in cultured normal human muscle cells. The less preferred antisense oligonucleotide [H8A(-06+14)] also induces efficient exon skipping, but at much higher concentrations. Other antisense oligonucleotides directed at exon 8 either only induced lower levels of exon skipping or no detectable skipping at all (not shown).

Figure 4        Gel electrophoresis showing differing efficiencies of two antisense molecules directed at internal domains within exon 7, presumably exon splicing enhancers. The preferred compound [H7A(+45+67)] induces strong and consistent exon skipping at a transfection concentration of 20

8

SRPT-VYDS-0130138

nanomolar in cultured human muscle cells.  The less preferred antisense oligonucleotide [H7A(+2+26)] induces only low levels of exon skipping at the higher transfection concentrations.  Other antisense oligonucleotides directed at exon 7 either only induced lower levels of exon skipping or no

5          detectable skipping at all (not shown).

Figure 5     Gel electrophoresis showing an example of low efficiency exon 6 skipping using two non-preferred antisense molecules directed at human exon 6 donor splice site.  Levels of induced exon 6 skipping are either very low [H6D(+04-21)] or almost undetectable [H6D(+18-04)].  These are examples

10          of non-preferred antisense oligonucleotides to demonstrate that antisense oligonucleotide design plays a crucial role in the efficacy of these compounds.

Figure 6     Gel electrophoresis showing strong and efficient human exon 6 skipping using an antisense molecules [H6A(+69+91)] directed at an exon 6 internal

15          domain, presumably an exon splicing enhancer.  This preferred compound induces consistent exon skipping at a transfection concentration of 20 nanomolar in cultured human muscle cells.

Figure 7     Gel electrophoresis showing strong human exon 4 skipping using an antisense molecule H4A(+13+32) directed at an exon 6 internal domain,

20          presumably an exon splicing enhancer.  This preferred compound induces strong and consistent exon skipping at a transfection concentration of 20 nanomolar in cultured human muscle cells,

Figure 8     Gel electrophoresis showing (8B) strong human exon 11 skipping using antisense molecule H11A(+75+97) directed at an exon 11 internal domain;

25          and (8B) strong human exon 12 skipping using antisense molecule H12A(+52+75) directed at exon 12 internal domain.

Figure 9     Gel electrophoresis showing (9A) strong human exon 15 skipping using antisense molecules H15A(+48+71) and H15A(-12+19) directed at an exon

9

SRPT-VYDS-0130139

15 internal domain; and (9B) strong human exon 16 skipping using antisense molecules H16A(-12+19) and H16A(-06+25).

Figure 10    Gel electrophoresis showing human exon 19/20 skipping using antisense molecules H20A(+44+71) and H20A(+149+170) directed at an exon 20 and

5                a "cocktail" of antisense oligonucleotides H19A(+35+65, H20A(+44+71) and H20A(+149+170) directed at exons 19/20.

Figure 11    Gel electrophoresis showing human exon 19/20 skipping using "weasels" directed at exons 19 and 20.

Figure 12    Gel electrophoresis showing exon 22 skipping using antisense molecules

10               H22A(+125+106), H22A(+47+69), H22A(+80+101) and H22D(+13-11) directed at exon 22.

Figure 13    Gel electrophoresis showing exon 31 skipping using antisense molecules H31D(+01-25) and H31D(+03-22); and a "cocktail" of antisense molecules directed at exon 31.

15   Figure 14    Gel electrophoresis showing exon 33 skipping using antisense molecules H33A(+30+56) and H33A(+64+88) directed at exon 33.

Figure 15    Gel electrophoresis showing exon 35 skipping using antisense molecules H35A(+141+161), H35A(+116+135), and H35A(+24+43) and a "cocktail of two antisense molecules, directed at exon 35.

20   Figure 16    Gel electrophoresis showing exon 36 skipping using antisense molecules H32A(+49+73) and H36A(+26+50) directed at exon 36.

Figure 17    Gel electrophoresis showing exon 37 skipping using antisense molecules H37A(+82+105) and H37A(+134+157) directed at exon 37.

Figure 18    Gel electrophoresis showing exon 38 skipping using antisense molecule

25               H38A(+88+112) directed at exon 38.

Figure 19    Gel electrophoresis showing exon 40 skipping using antisense molecule H40A(-05+17) directed at exon 40.

Figure 20    Gel electrophoresis showing exon 42 skipping using antisense molecule H42A(-04+23) directed at exon 42.

10

SRPT-VYDS-0130140

Figure 21    Gel electrophoresis showing exon 46 skipping using antisense molecule H46A(+86+115) directed a# exon 46

Figure 22    Gel electrophoresis showing exon 51, exon 52 and exon 53 skipping using various antisense molecules directed at exons 51, 52 and 53, respectively.  A "cocktail" of antisense molecules is also shown directed at exon 53.

5

BRIEF DESCRIPTION OF THE SEQUENCE LISTINGS

| SEQ ID | SEQUENCE | NUCLEOTIDE SEQUENCE (5' - 3') |
|---|---|---|
| 1 | H8A(-06+18) | GAU AGG UGG UAU CAA CAU CUG UAA |
| 2 | H8A (-03+18) | GAU AGG UGG UAU CAA CAU CUG |
| 3 | H8A(-07+18) | GAU AGG UGG UAU CAA CAU CUG UAA G |
| 4 | H8A(-06+14) | GGU GGU AUC AAC AUC UGU AA |
| 5 | H8A(-10+10) | GUA UCA ACA UCU GUA AGC AC |
| 6 | H7A(+45+67) | UGC AUG UUC CAG UCG UUG UGU GG |
| 7 | H7A(+02+26) | CAC UAU UCC AGU CAA AUA GGU CUG G |
| 8 | H7D(+15-10) | AUU UAC CAA CCU UCA GGA UCG AGU A |
| 9 | H7A(-18+03) | GGC CUA AAA CAC AUA CAC AUA |
| 10 | C6A(-10+10) | CAU UUU UGA CCU ACA UGU GG |
| 11 | C6A(-14+06) | UUU GAC CUA CAU GUG GAA AG |
| 12 | C6A(-14+12) | UAC AUU UUU GAC CUA CAU GUG GAA AG |
| 13 | C6A(-13+09) | AUU UUU GAC CUA CAU GGG AAA G |
| 14 | CH6A(+69+91) | UAC GAG UUG AUU GUC GGA CCC AG |
| 15 | C6D(+12-13) | GUG GUC UCC UUA CCU AUG ACU GUG G |
| 16 | C6D(+06-11) | GGU CUC CUU ACC UAU GA |
| 17 | H6D(+04-21) | UGU CUC AGU AAU CUU CUU ACC UAU |
| 18 | H6D(+18-04) | UCU UAC CUA UGA CUA UGG AUG AGA |
| 19 | H4A(+13+32) | GCA UGA ACU CUU GUG GAU CC |
| 20 | H4D(+04-16) | CCA GGG UAC UAC UUA CAU UA |
| 21 | H4D(-24-44) | AUC GUG UGU CAC AGC AUC CAG |
| 22 | H4A(+11+40) | UGU UCA GGG CAU GAA CUC UUG UGG AUC CUU |
| 23 | H3A(+30+60) | UAG GAG GCG CCU CCC AUC CUG UAG GUC ACU G |
| 24 | H3A(+35+65) | AGG UCU AGG AGG CGC CUC CCA UCC UGU AGG U |
| 25 | H3A(+30+54) | GCG CCU CCC AUC CUG UAG GUC ACU G |
| 26 | H3D(+46-21) | CUU CGA GGA GGU CUA GGA GGC GCC UC |
| 27 | H3A(+30+50) | CUC CCA UCC UGU AGG UCA CUG |

11

| SEQ ID | SEQUENCE | NUCLEOTIDE SEQUENCE (5' - 3') |
|---|---|---|
| 28 | H3D(+19-03) | UAC CAG UUU UUG CCC UGU CAG G |
| 29 | H3A(-06+20) | UCA AUA UGC UGC UUC CCA AAC UGA AA |
| 30 | H3A(+37+61) | CUA GGA GGC GCC UCC CAU CCU GUA G |
| 31 | H5A(+20+50) | UUA UGA UUU CCA UCU ACG AUG UCA GUA CUU C |
| 32 | H5D(+25-05) | CUU ACC UGC CAG UGG AGG AUU AUA UUC CAA A |
| 33 | H5D(+10-15) | CAU CAG GAU UCU UAC CUG CCA GUG G |
| 34 | H5A(+10+34) | CGA UGU CAG UAC UUC CAA UAU UCA C |
| 35 | H5D(-04-21) | ACC AUU CAU CAG GAU UCU |
| 36 | H5D(+16-02) | ACC UGC CAG UGG AGG AUU |
| 37 | H5A(-07+20) | CCA AUA UUC ACU AAA UCA ACC UGU UAA |
| 38 | H5D(+18-12) | CAG GAU UGU UAC CUG CCA GUG GAG GAU UAU |
| 39 | H5A(+05+35) | ACG AUG UCA GUA CUU CCA AUA UUC ACU AAA U |
| 40 | H5A(+15+45) | AUU UCC AUC UAC GAU GUC AGU ACU UCC AAU A |
| 41 | H10A(-05+16) | CAG GAG CUU CCA AAU GCU GCA |
| 42 | H10A(-05+24) | CUU GUC UUC AGG AGC UUC CAA AUG CUG CA |
| 43 | H10A(+98+119) | UCC UCA GCA GAA AGA AGC CAC G |
| 44 | H10A(+130+149) | UUA GAA AUC UCU CCU UGU GC |
| 45 | H10A(-33-14) | UAA AUU GGG UGU UAC ACA AU |
| 46 | H11D(+26+49) | CCC UGA GGC AUU CCC AUC UUG AAU |
| 47 | H11D(+11-09) | AGG ACU UAC UUG CUU UGU UU |
| 48 | H11A(+118+140) | CUU GAA UUU AGG AGA UUC AUC UG |
| 49 | H11A(+75+97) | CAU CUU CUG AUA AUU UUC CUG UU |
| 50 | H12A(+52+75) | UCU UCU GUU UUU GUU AGC CAG UCA |
| 51 | H12A(-10+10) | UCU AUG UAA ACU GAA AAU UU |
| 52 | H12A(+11+30) | UUC UGG AGA UCC AUU AAA AC |
| 53 | H13A(+77+100) | CAG CAG UUG CGU GAU CUC CAC UAG |
| 54 | H13A(+55+75) | UUC AUC AAC UAC CAC CAU |
| 55 | H13D(+06-19) | CUA AGC AAA AUA AUC UGA CCU UAA G |
| 56 | H14A(+37+64) | CUU GUA AAA GAA CCC AGC GGU CUU CUG U |
| 57 | H14A(+14+35) | CAU CUA CAG AUG UUU GCC CAU C |
| 58 | H14A(+51+73) | GAA GGA UGU CUU GUA AAA GAA CC |
| 59 | H14D(-02+18) | ACC UGU UCU UCA GUA AGA CG |
| 60 | H14D(+14-10) | CAU GAC ACA CCU GUU CUU CAG UAA |
| 61 | H14A(+61+80) | CAU UUG AGA AGG AUG UCU UG |
| 62 | H14A(-12+12) | AUC UCC AAU ACU CUG GAG AAG AGA |
| 63 | H15A(-12+19) | GCC AUG CAC UAA AAA GGC ACU GCA AGA |

SRPT-VYDS-0130142

| SEQ ID | SEQUENCE | NUCLEOTIDE SEQUENCE (5' - 3') |
|---|---|---|
| | | CAU U |
| 64 | H15A(+48+71) | UCU UUA AAG CCA GUU GUG UGA AUC |
| 65 | H15A(+08+28) | UUU CUG AAA GCC AUG CAC UAA |
| 66 | H15D(+17-08) | GUA CAU ACG GCC AGU UUU UGA UGA C |
| 67 | H16A(-12+19) | CUA GAU CCG CUU UUA AAA CCU GUU AAA ACA A |
| 68 | H16A(-06+25) | UCU UUU CUA GAU CCG CUU UUA AAA CCU GUU A |
| 69 | H16A(-06+19) | CUA GAU CCG CUU UUA AAA CCU GUU A |
| 70 | H16A(+87+109) | CCG UCU UCU GGG UCA CUG ACU UA |
| 71 | H16A(-07+19) | CUA GAU CCG CUU UUA AAA CCU GUU AA |
| 72 | H16A(-07+13) | CCG CUU UUA AAA CCU GUU AA |
| 73 | H16A(+12+37) | UGG AUU GCU UUU UCU UUU CUA GAU CC |
| 74 | H16A(+92+116) | CAU GCU UCC GUC UUC UGG GUC ACU G |
| 75 | H16A(+45+67) | G AUC UUG UUU GAG UGA AUA CAG U |
| 76 | H16A(+105+126) | GUU AUC CAG CCA UGC UUC CGU C |
| 77 | H16D(+05-20) | UGA UAA UUG GUA UCA CUA ACC UGU G |
| 78 | H16D(+12-11) | GUA UCA CUA ACC UGU GCU GUA C |
| 79 | H19A(+35+53) | CUG CUG GCA UCU UGC AGU U |
| 80 | H19A(+35+65) | GCC UGA GCU GAU CUG CUG GCA UCU UGC AGU U |
| 81 | H20A(+44+71) | CUG GCA GAA UUC GAU CCA CCG GCU GUU C |
| 82 | H20A(+147+168) | CAG CAG UAG UUG UCA UCU GCU C |
| 83 | H20A(+185+203) | UGA UGG GGU GGU GGG UUG G |
| 84 | H20A(-08+17) | AUC UGC AUU AAC ACC CUC UAG AAA G |
| 85 | H20A(+30+53) | CCG GCU GUU CAG UUG UUC UGA GGC |
| 86 | H20A(-11+17) | AUC UGC AUU AAC ACC CUC UAG AAA GAA A |
| 87 | H20D(+08-20) | GAA GGA GAA GAG AUU CUU ACC UUA CAA A |
| 88 | H20A(+44+63) | AUU CGA UCC ACC GGC UGU UC |
| 89 | H20A(+149+168 | CAG CAG UAG UUG UCA UCU GC |
| 90 | H21A(-06+16) | GCC GGU UGA CUU CAU CCU GUG C |
| 91 | H21A(+85+106) | CUG CAU CCA GGA ACA UGG GUC C |
| 92 | H21A(+85+108) | GUC UGC AUC CAG GAA CAU GGG UC |
| 93 | H21A(+08+31) | GUU GAA GAU CUG AUA GCC GGU UGA |
| 94 | H21D(+18-07) | UAC UUA CUG UCU GUA GCU CUU UCU |
| 95 | H22A(+22+45) | CAC UCA UGG UCU CCU GAU AGC GCA |
| 96 | H22A(+125+106) | CUG CAA UUC CCC GAG UCU CUG C |
| 97 | H22A(+47+69) | ACU GCU GGA CCC AUG UCC UGA UG |
| 98 | H22A(+80+101) | CUA AGU UGA GGU AUG GAG AGU |
| 99 | H22D(+13-11) | UAU UCA CAG ACC UGC AAU UCC CC |
| 100 | H23A(+34+59) | ACA GUG GUG CUG AGA UAG UAU AGG CC |

13

SRPT-VYDS-0130143

| SEQ ID | SEQUENCE | NUCLEOTIDE SEQUENCE (5' - 3') |
|---|---|---|
| 101 | H23A(+18+39) | UAG GCC ACU UUG UUG CUC UUG C |
| 102 | H23A(+72+90) | UUC AGA GGG CGC UUU CUU C |
| 103 | H24A(+48+70) | GGG CAG GCC AUU CCU CCU UCA GA |
| 104 | H24A(-02+22) | UCU UCA GGG UUU GUA UGU GAU UCU |
| 105 | H25A(+9+36) | CUG GGC UGA AUU GUC UGA AUA UCA CUG |
| 106 | H25A(+131+156) | CUG UUG GCA CAU GUG AUC CCA CUG AG |
| 107 | H25D(+16-08) | GUC UAU ACC UGU UGG CAC AUG UGA |
| 108 | H26A(+132+156) | UGC UUU CUG UAA UUC AUC UGG AGU U |
| 109 | H26A(-07+19) | CCU CCU UUC UGG CAU AGA CCU UCC AC |
| 110 | H26A(+68+92) | UGU GUC AUC CAU UCG UGC AUC UCU G |
| 111 | H27A(+82+106) | UUA AGG CCU CUU GUG CUA CAG GUG G |
| 112 | H27A(-4+19) | GGG GCU CUU CUU UAG CUC UCU GA |
| 113 | H27D(+19-03) | GAC UUC CAA AGU CUU GCA UUU C |
| 114 | H28A(-05+19) | GCC AAC AUG CCC AAA CUU CCU AAG |
| 115 | H28A(+99+124) | CAG AGA UUU CCU CAG CUC CGC CAG GA |
| 116 | H28D(+16-05) | CUU ACA UCU AGC ACC UCA GAG |
| 117 | H29A(+57+81) | UCC GCC AUC UGU UAG GGU CUG UGC C |
| 118 | H29A(+18+42) | AUU UGG GUU AUC CUC UGA AUG UCG C |
| 119 | H29D(+17-05) | CAU ACC UCU UCA UGU AGU UCC C |
| 120 | H30A(+122+147) | CAU UUG AGC UGC GUC CAC CUU GUC UG |
| 121 | H30A(+25+50) | UCC UGG GCA GAC UGG AUG CUC UGU UC |
| 122 | H30D(+19-04) | UUG CCU GGG CUU CCU GAG GCA UU |
| 123 | H31D(+06-18) | UUC UGA AAU AAC AUA UAC CUG UGC |
| 124 | H31D(+03-22) | UAG UUU CUG AAA UAA CAU AUA CCU G |
| 125 | H31A(+05+25) | GAC UUG UCA AAU CAG AUU GGA |
| 126 | H31D(+04-20) | GUU UCU GAA AUA ACA UAU ACC UGU |
| 127 | H32D(+04-16) | CAC CAG AAA UAC AUA CCA CA |
| 128 | H32A(+151+170) | CAA UGA UUU AGC UGU GAC UG |
| 129 | H32A(+10+32) | CGA AAC UUC AUG GAG ACA UCU UG |
| 130 | H32A(+49+73) | CUU GUA GAC GCU GCU CAA AAU UGG C |
| 131 | H33D(+09-11) | CAU GCA CAC ACC UUU GCU CC |
| 132 | H33A(+53+76) | UCU GUA CAA UCU GAC GUC CAG UCU |
| 133 | H33A(+30+56) | GUC UUU AUC ACC AUU UCC ACU UCA GAC |
| 134 | H33A(+64+88) | CCG UCU GCU UUU UCU GUA CAA UCU G |
| 135 | H34A(+83+104) | UCC AUA UCU GUA GCU GCC AGC C |
| 136 | H34A(+143+165) | CCA GGC AAC UUC AGA AUC CAA AU |
| 137 | H34A(-20+10) | UUU CUG UUA CCU GAA AAG AAU UAU AAU GAA |
| 138 | H34A(+46+70) | CAU UCA UUU CCU UUC GCA UCU UAC G |
| 139 | H34A(+95+120) | UGA UCU CUU UGU CAA UUC CAU AUC UG |
| 140 | H34D(+10-20) | UUC AGU GAU AUA GGU UUU ACC UUU CCC |

14

SRPT-VYDS-0130144

| SEQ ID | SEQUENCE | NUCLEOTIDE SEQUENCE (5' - 3') |
|---|---|---|
| | | CAG |
| 141 | H34A(+72+96) | CUG UAG CUG CCA GCC AUU CUG UCA AG |
| 142 | H35A(+141+161) | UCU UCU GCU CGG GAG GUG ACA |
| 143 | H35A(+116+135) | CCA GUU ACU AUU CAG AAG AC |
| 144 | H35A(+24+43) | UCU UCA GGU GCA CCU UCU GU |
| 145 | H36A(+26+50) | UGU GAU GUG GUC CAC AUU CUG GUC A |
| 146 | H36A(-02+18) | CCA UGU GUU UCU GGU AUU CC |
| 147 | H37A(+26+50) | CGU GUA GAG UCC ACC UUU GGG CGU A |
| 148 | H37A(+82+105) | UAC UAA UUU CCU GCA GUG GUC ACC |
| 149 | H37A(+134+157) | UUC UGU GUG AAA UGG CUG CAA AUC |
| 150 | H38A(-01+19) | CCU UCA AAG GAA UGG AGG CC |
| 151 | H38A(+59+83) | UGC UGA AUU UCA GCC UCC AGU GGU U |
| 152 | H38A(+88+112) | UGA AGU CUU CCU CUU UCA GAU UCA C |
| 153 | H39A(+62+85) | CUG GCU UUC UCU CAC UUG UGA UUC |
| 154 | H39A(+39+58) | GUU GUA AGU UGU CUC CUC UU |
| 155 | H39A(+102+121) | UUG UCU GUA ACA GCU GCU GU |
| 156 | H39D(+10-10) | GCU CUA AUA CCU UGA GAG CA |
| 157 | H40A(-05+17) | CUU UGA GAC CUC AAA UCC UGU U |
| 158 | H40A(+129+153) | CUU UAU UUU CCU UUC AUC UCU GGG C |
| 159 | H42A(-04+23) | AUC GUU UCU UCA CGG ACA GUG UGC UGG |
| 160 | H42A(+86+109) | GGG CUU GUG AGA CAU GAG UGA UUU |
| 161 | H42D(+19-02) | A CCU UCA GAG GAC UCC UCU UGC |
| 162 | H43D(+10-15) | UAU GUG UUA CCU ACC CUU GUC GGU C |
| 163 | H43A(+101+120) | GGA GAG AGC UUC CUG UAG CU |
| 164 | H43A(+78+100) | UCA CCC UUU CCA CAG GCG UUG CA |
| 165 | H44A(+85+104) | UUU GUG UCU UUC UGA GAA AC |
| 166 | H44D(+10-10) | AAA GAC UUA CCU UAA GAU AC |
| 167 | H44A(-06+14) | AUC UGU CAA AUC GCC UGC AG |
| 168 | H46D(+16-04) | UUA CCU UGA CUU GCU CAA GC |
| 169 | H46A(+90+109) | UCC AGG UUC AAG UGG GAU AC |
| 170 | H47A(+76+100) | GCU CUU CUG GGC UUA UGG GAG CAC U |
| 171 | H47D(+25-02) | ACC UUU AUC CAC UGG AGA UUU GUC UGC |
| 172 | H47A(-9+12) | UUC CAC CAG UAA CUG AAA CAG |
| 173 | H50A(+02+30) | CCA CUC AGA GCU CAG AUC UUC UAA CUU CC |
| 174 | H50A(+07+33) | CUU CCA CUC AGA GCU CAG AUC UUC UAA |
| 175 | H50D(+07-18) | GGG AUC CAG UAU ACU UAC AGG CUC C |
| 176 | H51A(-01+25) | ACC AGA GUA ACA GUC UGA GUA GGA GC |
| 177 | H51D(+16-07) | CUC AUA CCU UCU GCU UGA UGA UC |
| 178 | H51A(+111 +134) | UUC UGU CCA AGC CCG GUU GAA AUC |
| 179 | H51A(+61+90) | ACA UCA AGG AAG AUG GCA UUU CUA GUU UGG |

SRPT-VYDS-0130145

| SEQ ID | SEQUENCE | NUCLEOTIDE SEQUENCE (5' - 3') |
|---|---|---|
| 180 | H51A(+66+90) | ACA UCA AGG AAG AUG GCA UUU CUA G |
| 181 | H51A(+66+95) | CUC CAA CAU CAA GGA AGA UGG CAU UUC UAG |
| 182 | H51D(+08-17) | AUC AUU UUU UCU CAU ACC UUC UGC U |
| 183 | H51A/D(+08-17) & (-15+) | AUC AUU UUU UCU CAU ACC UUC UGC UAG GAG CUA AAA |
| 184 | H51A(+175+195) | CAC CCA CCA UCA CCC UCU GUG |
| 185 | H51A(+199+220) | AUC AUC UCG UUG AUA UCC UCA A |
| 186 | H52A(-07+14) | UCC UGC AUU GUU GCC UGU AAG |
| 187 | H52A(+12+41) | UCC AAC UGG GGA CGC CUC UGU UCC AAA UCC |
| 188 | H52A(+17+37) | ACU GGG GAC GCC UCU GUU CCA |
| 189 | H52A(+93+112) | CCG UAA UGA UUG UUC UAG CC |
| 190 | H52D(+05-15) | UGU UAA AAA ACU UAC UUC GA |
| 191 | H53A(+45+69) | CAU UCA ACU GUU GCC UCC GGU UCU G |
| 192 | H53A(+39+62) | CUG UUG CCU CCG GUU CUG AAG GUG |
| 193 | H53A(+39+69) | CAU UCA ACU GUU GCC UCC GGU UCU GAA GGU G |
| 194 | H53D(+14-07) | UAC UAA CCU UGG UUU CUG UGA |
| 195 | H53A(+23+47) | CUG AAG GUG UUC UUG UAC UUC AUC C |
| 196 | H53A(+150+176) | UGU AUA GGG ACC CUC CUU CCA UGA CUC |
| 197 | H53D(+20-05) | CUA ACC UUG GUU UCU GUG AUU UUC U |
| 198 | H53D(+09-18) | GGU AUC UUU GAU ACU AAC CUU GGU UUC |
| 199 | H53A(-12+10) | AUU CUU UCA ACU AGA AUA AAA G |
| 200 | H53A(-07+18) | GAU UCU GAA UUC UUU CAA CUA GAA U |
| 201 | H53A(+07+26) | AUC CCA CUG AUU CUG AAU UC |
| 202 | H53A(+124+145) | UUG GCU CUG GCC UGU CCU AAG A |
| 203 | H46A(+86+115) | CUC UUU UCC AGG UUC AAG UGG GAU ACU AGC |
| 204 | H46A(+107+137) | CAA GCU UUU CUU UUA GUU GCU GCU CUU UUC C |
| 205 | H46A(-10+20) | UAU UCU UUU GUU CUU CUA GCC UGG AGA AAG |
| 206 | H46A(+50+77) | CUG CUU CCU CCA ACC AUA AAA CAA AUU C |
| 207 | H45A(-06+20) | CCA AUG CCA UCC UGG AGU UCC UGU AA |
| 208 | H45A(+91 +110) | UCC UGU AGA AUA CUG GCA UC |
| 209 | H45A(+125+151) | UGC AGA CCU CCU GCC ACC GCA GAU UCA |
| 210 | H45D(+16 -04) | CUA CCU CUU UUU UCU GUC UG |
| 211 | H45A(+71+90) | UGU UUU UGA GGA UUG CUG AA |

SRPT-VYDS-0130146

**Table 1A:** Description of 2'-O-methyl phosphorothioate antisense oligonucleotides that have been used to date to study induced exon skipping during the processing of the dystrophin pre-mRNA.  Since these 2'-O-methyl antisense oligonucleotides are more RNA-like, U represents uracil.  With other antisense chemistries such as peptide nucleic acids or morpholinos, these U bases may be shown as "T".

| SEQ ID | SEQUENCE | NUCLEOTIDE SEQUENCE (5'-3') |
|---|---|---|
| 81 | H20A(+44+71) | CUG GCA GAA UUC GAU CCA CCG GCU |
| 82 | H20A(+147+168) | GUU C |
| | | CAG CAG UAG UUG UCA UCU GCU C |
| 80 | H19A(+35+65) | GCC UGA GCU GAU CUG CUG GCA UCU |
| 81 | H20A(+44+71) | UGC |
| 82 | H20A(+147+168) | AGU U |
| | | CUG GCA GAA UUC GAU CCA CCG GCU |
| | | GUU C |
| | | CAG CAG UAG UUG UCA UCU GCU C |
| 194 | H53D(+14-07) | UAC UAA CCU UGG UUU CUG UGA |
| 195 | H53A(+23+47) | CUG AAG GUG UUC UUG UAC UUC AUC C |
| 196 | H53A(+150+175) | UGU AUA GGG ACC CUC CUU CCA UGA CUC |

**Table 1B:** Description of a cocktail of 2'-O-methyl phosphorothioate antisense oligonucleotides that have been used to date to study induced exon skipping during the processing of the dystrophin pre-mRNA.

| SEQ ID | SEQUENCE | NUCLEOTIDE SEQUENCE (5'-3') |
|---|---|---|
| 81 | H20A(+44+71)- | CUG GCA GAA UUC GAU CCA CCG GCU GUU C- |
| 82 | H20A(+147+168) | CAG CAG UAG UUG UCA UCU GCU C |
| 80 | H19A(+35+65)- | GCC UGA GCU GAU CUG CUG GCA UCU UGC AGU U |
| 88 | H20A(+44+63)- | -AUU CGA UCC ACC GGC UGU UC- |
| 79 | H20A(+149+168) | CUG CGA UCU UGC AGU U |
| 80 | H19A(+35+65)- | GCC UGA GCU GAU CUG CUG GCA UCU UGC AGU U |
| 88 | H20A(+44+63) | -AUU CGA UCC ACC GGC UGU UC- |
| 80 | H19A(+35+65)- | GCC UGA GCU GAU CUG CUG GCA UCU UGC AGU U |
| 79 | H20A(+149+168) | -CUG CUG GCA UCU UGC AGU U |
| 138 | H34A(+46+70)- | CAU UCA UUU CCU UUC GCA UCU UAC G- |
| 139 | H34A(+94+120) | UGA UCU CUU UGU CAA UUC CAU AUC UG |

SRPT-VYDS-0130147

| SEQ ID | SEQUENCE | NUCLEOTIDE SEQUENCE (5'-3') |
|---|---|---|
| 124 | H31D(+03-22)-UU- | UAG UUU CUG AAA UAA CAU AUA CCU G-UU- |
| 144 | H35A(+24+43) | UCU UCA GGU GCA CCU UCU GU |
| 195 | H53A(+23+47)-AA- | CUG AAG GUG UUC UUG UAC UUC AUC C- |
| 196 | H53A(+150+175)-AA- | UGU AUA GGG ACC CUC CUU CCA UGA CUC-AA- |
| 194 | H53D(+14-07) | UAC UAA CCU UGG UUU CUG UGA |
| -<br>212 | Aimed at exons 19/20/20 | CAG CAG UAG UUG UCA UCU GCU CAA CUG<br>GCA GAA UUC GAU CCA CCG GCU GUU CAA<br>GCC UGA GCU GAU CUG CUC GCA UCU<br>UGC AGU |

**Table 1C:** Description of a "weasel" of 2'-O-methyl phosphorothioate antisense oligonucleotides that have been used to date to study induced exon skipping during the processing of the dystrophin pre-mRNA.


DETAILED DESCRIPTION OF THE INVENTION


5   General

Those skilled in the art will appreciate that the invention described herein is susceptible to variations and modifications other than those specifically described. It is to be understood that the invention includes all such variation and modifications. The invention also includes all of the steps, features, compositions and compounds referred to

10   or indicated in the specification, individually or collectively and any and all combinations or any two or more of the steps or features.

The present invention is not to be limited in scope by the specific embodiments described herein, which are intended for the purpose of exemplification only. Functionally equivalent products, compositions and methods are clearly within the scope of

15   the invention as described herein.

Sequence identity numbers (SEQ ID NO:) containing nucleotide and amino acid sequence information included in this specification are collected at the end of the description and have been prepared using the programme Patentln Version 3.0. Each

18

SRPT-VYDS-0130148

nucleotide or amino acid sequence is identified in the sequence listing by the numeric indicator <210> followed by the sequence identifier (*e.g.* <210>1, <210>2, etc.). The length, type of sequence and source organism for each nucleotide or amino acid sequence are indicated by information provided in the numeric indicator fields <211>, <212> and

5 <213>, respectively. Nucleotide and amino acid sequences referred to in the specification are defined by the information provided in numeric indicator field <400> followed by the sequence identifier (*e.g.* <400>1, <400>2, etc.).

An antisense molecules nomenclature system was proposed and published to distinguish between the different antisense molecules (see Mann *et al.*, (2002) J Gen

10 Med 4, 644-654). This nomenclature became especially relevant when testing several slightly different antisense molecules, all directed at the same target region, as shown below:

H # A/D (x : y).

The first letter designates the species (*e.g.* H: human, M: rnurine, C: canine)

15 "#" designates target dystrophin exon number.

"A/D" indicates acceptor or donor splice site at the beginning and end of the exon, respectively.

(x y) represents the annealing coordinates where "-" or "+" indicate intronic or exonic sequences respectively. As an example, A(-6+18) would indicate the last 6 bases

20 of the intron preceding the target exon and the first 18 bases of the target exon. The closest splice site would be the acceptor so these coordinates would be preceded with an "A". Describing annealing coordinates at the donor splice site could be D(+2-18) where the last 2 exonic bases and the first 18 intronic bases correspond to the annealing site of the antisense molecule. Entirely exonic annealing coordinates that would be represented by

25 A(+65+85), that is the site between the 65th and 85th nucleotide from the start of that exon.

The entire disclosures of all publications (including patents, patent applications, journal articles, laboratory manuals, books, or other documents) cited herein are hereby incorporated by reference. No admission is made that any of the references

19

SRPT-VYDS-0130149

constitute prior art or are part of the common general knowledge of those working in the field to which this invention relates.

As used necessarily herein the term "derived" and "derived from" shall be taken to indicate that a specific integer may be obtained from a particular source *albeit* not directly from that source.

Throughout this specification, unless the context requires o#herwise, the word "comprise", or variations such as "comprises" or "comprising", will be understood to imply the inclusion of a stated integer or group of integers but not the exclusion of any other integer or group of integers.

Other definitions for selected terms used herein may be found within the detailed description of the invention and apply throughout.  Unless otherwise defined, all other scientific and technical terms used herein have the same meaning as commonly understood to one of ordinary skill in the art to which the invention belongs.

DESCRIPTION OF THE PREFERRED EMBODIMENT

When antisense molecule(s) are targeted to nucleotide sequences involved in splicing in exons within pre-mRNA sequences, normal splicing of the exon may be inhibited causing the splicing machinery to by-pass the entire mutated exon from the mature mRNA.  The concept of antisense oligonucleotide induced exon skipping is shown in Figure 2.  In many genes, deletion of an entire exon would lead to the production of a non-functional protein through the loss of important functional domains or the disruption of the reading frame.  In some proteins, however, it is possible to shorten the protein by deleting one or more exons, without disrupting the reading frame, from within the protein without seriously altering the biological activity of the protein.  Typically, such proteins have a structural role and or possess functional domains at their ends.  The present invention describes antisense molecules capable of binding to specified dystrophin pre-mRNA targets and re-directing processing of that gene.

20

SRPT-VYDS-0130150

Antisense Molecules

According to a first aspect of the invention, there is provided antisense molecules capable of binding to a selected target to induce exon skipping. To induce exon skipping in exons of the Dystrophin gene transcript, the antisense molecules are preferably

5    selected from the group of compounds shown in Table 1A. There is also provided a combination or "cocktail" of two or more antisense oligonucleotides capable of binding to a selected target to induce exon skipping. To induce exon skipping in exons of the Dystrophin gene transcript, the antisense molecules in a "cocktail" are preferably selected from the group of compounds shown in Table 1B. Alternatively, exon skipping may be

10   induced by antisense oligonucleotides joined together "weasels" preferably selected from the group of compounds shown in Table 1C.

Designing antisense molecules to completely mask consensus splice sites may not necessarily generate any skipping of the targeted exon. Furthermore, the inventors have discovered that size or length of the antisense oligonucleotide itself is not always a

15   primary factor when designing antisense molecules. With some targets such as exon 19, antisense oligonucleotides as short as 12 bases were able to induce exon skipping, *albeit* not as efficiently as longer (20-31 bases) oligonucleotides. In some other targets, such as murine dystrophin exon 23, antisense oligonucleotides only 17 residues long were able to induce more efficient skipping than another overlapping compound of 25 nucleotides.

20   The inventors have also discovered that there does not appear to be any standard motif that can be blocked or masked by antisense molecules to redirect splicing. In some exons, such as mouse dystrophin exon 23, the donor splice site was the most amenable to target to re-direct skipping of that exon. It should be noted that designing and testing a series of exon 23 specific antisense molecules to anneal to overlapping regions of

25   the donor splice site showed considerable variation in the efficacy of induced exon skipping. As reported in Mann *et al*., (2002) there was a significant variation in the efficiency of bypassing the nonsense mutation depending upon antisense oligonucleotide annealing ("Improved antisense oligonucleotide induced exon skipping in the *mdx* mouse model of muscular dystrophy". J Gen Med 4: 644-654). Targeting the acceptor site of

21

SRPT-VYDS-0130151

exon 23 or several internal domains was not found to induce any consistent exon 23 skipping.

In other exons targeted for removal, masking the donor splice site did not induce any exon skipping.  However, by directing antisense molecules to the acceptor

5    splice site (human exon 8 as discussed below), strong and sustained exon skipping was induced.  It should be noted that removal of human exon 8 was tightly linked with the co-removal of exon 9.  There is no strong sequence homology between the exon 8 antisense oligonucleotides and corresponding regions of exon 9 so it does not appear to be a matter of cross reaction.  Rather the splicing of these two exons is inextricably linked.  This is not

10   an isolated instance as the same effect is observed in canine cells where targeting exon 8 for removal also resulted in the skipping of exon 9.  Targeting exon 23 for removal in the mouse dystrophin pre-mRNA also results in the frequent removal of exon 22 as well.  This effect occurs in a dose dependent manner and also indicates close coordinated processing of 2 adjacent exons.

15   In other targeted exons, antisense molecules directed at the donor or acceptor splice sites did not induce exon skipping while annealing antisense molecules to intra-exonic regions (*i.e.* exon splicing enhancers within human dystrophin exon 6) was most efficient at inducing exon skipping.  Some exons, both mouse and human exon 19 for example, are readily skipped by targeting antisense molecules to a variety of motifs.  That

20   is, targeted exon skipping is induced after using antisense oligonucleotides to mask donor and acceptor splice sites or exon splicing enhancers.

To identify and select antisense oligonucleotides suitable for use in the modulation of exon skipping, a nucleic acid sequence whose function is to be modulated must first be identified.  This may be, for example, a gene (or mRNA transcribed form the

25   gene) whose expression is associated with a particular disorder or disease state, or a nucleic acid molecule from an infectious agent.  Within the context of the present invention, preferred target site(s) are those involved in mRNA splicing (*i.e.* splice donor sites, splice acceptor sites, or exonic splicing enhancer elements).  Splicing branch points and exon

22

recognition sequences or splice enhancers are also potential target sites for modulation of mRNA splicing.

Preferably, the present invention aims to provide antisense molecules capable of binding to a selected target in the dystrophin pre-mRNA to induce efficient and
5    consistent exon skipping.  Duchenne muscular dystrophy arises from mutations that preclude the synthesis of a functional dystrophin gene product.  These Duchenne muscular dystrophy gene defects are typically nonsense mutations or genomic rearrangements such as deletions, duplications or micro-deletions or insertions that disrupt the reading frame. As the human dystrophin gene is a large and complex gene with the 79 exons being spliced
10    together to generate a mature mRNA with an open reading frame of approximately 11,000 bases, there are many positions where these mutations can occur.  Consequently, a comprehensive antisense oligonucleotide based therapy to address many of the different disease-causing mutations in the dystrophin gene will require that many exons can be targeted for removal during the splicing process.

15    Within the context of the present invention, preferred target site(s) are those involved in mRNA splicing (*i.e.* splice donor sites, splice acceptor sites or exonic splicing enhancer elements).  Splicing branch points and exon recognition sequences or splice enhancers are also potential target sites for modulation of mRNA splicing.

The oligonucleotide and the DNA or RNA are complementary to each other
20    when a sufficient number of corresponding positions in each molecule are occupied by nucleotides which can hydrogen bond with each other.  Thus, "specifically hybridisable" and "complementary" are terms which are used to indicate a sufficient degree of complementarity or precise pairing such that stable and specific binding occurs between the oligonucleotide and the DNA or RNA target.  It is understood in the art that the sequence
25    of an antisense molecule need not be 100% complementary to that of its target sequence to be specifically hybridisable.  An antisense molecule is specifically hybridisable when binding of the compound to the target DNA or RNA molecule interferes with the normal function of the target DNA or RNA to cause a loss of utility, and there is a sufficient degree of complementarity to avoid non-specific binding of the antisense compound to

23

SRPT-VYDS-0130153

non-target sequences under conditions in which specific binding is desired, *i.e.*, under physiological conditions in the case of *in vivo* assays or therapeutic treatment, and in the case of *in vitro* assays, under conditions in which the assays are performed.

While the above method may be used to select antisense molecules capable

5      of deleting any exon from within a protein that is capable of being shortened without affecting its biological function, the exon deletion should not lead to a reading frame shift in the shortened transcribed mRNA. Thus, if in a linear sequence of three exons the end of the first exon encodes two of three nucleotides in a codon and the next exon is deleted then the third exon in the linear sequence must start with a single nucleotide that is capable of

10    completing the nucleotide triplet for a codon. If the third exon does not commence with a single nucleotide there will be a reading frame shift that would lead to the generation of truncated or a non-functional protein.

It wilt be appreciated that the codon arrangements at the end of exons in structural proteins may not always break at the end of a codon, consequently there may be

15    a need to delete more than one exon from the pre-mRNA to ensure in-frame reading of the mRNA. In such circumstances, a plurality of antisense oligonucleotides may need to be selected by the method of the invention wherein each is directed to a different region responsible for inducing splicing in the exons that are to be deleted.

The length of an antisense molecule may vary so long as it is capable of

20    binding selectively to the intended location within the pre-mRNA molecule. The length of such sequences can be determined in accordance with selection procedures described herein. Generally, the antisense molecule will be from about 10 nucleotides in length up to about 50 nucleotides in length. It will be appreciated however that any length of nucleotides within this range may be used in the method. Preferably, the length of the

25    antisense molecule is between 17 to 30 nucleotides in length.

In order to determine which exons can be connected in a dystrophin gene, reference should be made to an exon boundary map. Connection of one exon with another is based on the exons possessing the same number at the 3' border as is present at the 5' border of the exon to which it is being connected. Therefore, if exon 7 were deleted, exon

24

SRPT-VYDS-0130154

6 must connect to either exons 12 or 18 to maintain the reading frame. Thus, antisense oligonucleotides would need to be selected which redirected splicing for exons 7 to 11 in the first instance or exons 7 to 17 in the second instance. Another and somewhat simpler approach to restore the reading frame around an exon 7 deletion would be to remove the

5    two flanking exons. Induction of exons 6 and 8 skipping should result in an in-frame transcript with the splicing of exons 5 to 9. In practise however, targeting exon 8 for removal from the pre-mRNA results in the co-removal of exon 9 so the resultant transcript would have exon 5 joined to exon 10. The inclusion or exclusion of exon 9 does not alter the reading frame. Once the antisense molecules to be tested have been identified, they are

10   prepared according to standard techniques known in the art. The most common method for producing antisense molecules is the methylation of the 2' hydroxyribose position and the incorporation of a phosphorothioate backbone produces molecules that superficially resemble RNA but that are much more resistant to nuclease degradation.

        To avoid degradation of pre-mRNA during duplex formation with the

15   antisense molecules, the antisense molecules used in the method may be adapted to minimise or prevent cleavage by endogenous RNase H. This property is highly preferred as the treatment of the RNA with the unmethylated oligonucleotides either intracellularly or in crude extracts that contain RNase H leads to degradation of the pre-mRNA: antisense oligonucleotide duplexes. Any form of modified antisense molecules that is capable of by-

20   passing or not inducing such degradation may be used in the present method. An example of antisense molecules which when duplexed with RNA are not cleaved by cellular RNase H is 2'-O-methyl derivatives. 2'-O-methyl-oligoribonucleotides are very stable in a cellular environment and in animal tissues, and their duplexes with RNA have higher Tm values than their ribo- or deoxyribo- counterparts.

25      Antisense molecules that do not activate RNase H can be made in accordance with known techniques (*see, e.g.*, U.S. Pat. 5,149,797). Such antisense molecules, which may be deoxyribonucleotide or ribonucleotide sequences, simply contain any structural modification which sterically hinders or prevents binding of RNase H to a duplex molecule containing the oligonucleotide as one member thereof, which structural

25

SRPT-VYDS-0130155

modification does not substantially hinder or disrupt duplex formation. Because the portions of the oligonucleotide involved in duplex formation are substantially different from those portions involved in RNase H binding thereto, numerous antisense molecules that do not activate RNase H are available. For example, such antisense molecules may be

5    oligonucleotides wherein at least one, or all, of the inter-nucleotide bridging phosphate residues are modified phosphates, such as methyl phosphonates, methyl phosphorothioates, phosphoromorpholidates, phosphoropiperazidates and phosphoramidates. For example, every other one of the internucleotide bridging phosphate residues may be modified as described. In another non-limiting example, such antisense molecules are molecules

10   wherein at least one, or all, of the nucleotides contain a 2' lower alkyl moiety (*e.g.*, $C_1$-$C_4$, linear or branched, saturated or unsaturated alkyl, such as methyl, ethyl, ethenyl, propyl, 1-propenyl, 2-propenyl, and isopropyl). For example, every other one of the nucleotides may be modified as described.

While antisense oligonucleotides are a preferred form of the antisense

15   molecules, the present invention comprehends other oligomeric antisense molecules, including but not limited to oligonucleotide mimetics such as are described below.

Specific examples of preferred antisense compounds useful in this invention include oligonucleotides containing modified backbones or non-natural inter-nucleoside linkages. As defined in this specification, oligonucleotides having modified  backbones

20   include those that retain a phosphorus atom in the backbone and those that do not have a phosphorus atom in the backbone. For the purposes of this specification, and as sometimes referenced in the art, modified oligonucleotides that do not have a phosphorus atom in their inter-nucleoside backbone can also be considered to be oligonucleosides.

In other preferred oligonucleotide mimetics, both the sugar and the inter-

25   nucleoside linkage, *i.e.*, the backbone, of the nucleotide units are replaced with novel groups. The base units are maintained for hybridization with an appropriate nucleic acid target compound. One such oligomeric compound, an oligonucleotide mimetic that has been shown to have excellent hybridization properties, is referred to as a peptide nucleic acid (PNA). In PNA compounds, the sugar-backbone of an oligonucleotide is replaced

26

SRPT-VYDS-0130156

with an amide containing backbone, in particular an aminoethylglycine backbone. The
nucleo-bases are retained and are bound directly or indirectly to aza nitrogen atoms of the
amide portion of the backbone.

Modified oligonucleotides may also contain one or more substituted sugar
5    moieties. Oligonucleotides may also include nucleobase (often referred to in the art simply
as "base") modifications or substitutions. Certain nucleo-bases are particularly useful for
increasing the binding affinity of the oligomeric compounds of the invention. These
include 5-substituted pyrimidines, 6-azapyrimidines and N-2, N-6 and O-6 substituted
purines, including 2-aminopropyladenine, 5-propynyluracil and 5-propynylcytosine. 5-
10   methylcytosine substitutions have been shown to increase nucleic acid duplex stability by
0.6-1.2°C and are presently preferred base substitutions, even more particularly when
combined with 2'-O-methoxyethyl sugar modifications.

Another modification of the oligonucleotides of the invention involves
chemically linking to the oligonucleotide one or more moieties or conjugates that enhance
15   the activity, cellular distribution or cellular uptake of the oligonucleotide. Such moieties
include but are not limited to lipid moieties such as a cholesterol moiety, cholic acid, a
thioether, *e.g.*, hexyl-S-tritylthiol, a thiocholesterol, an aliphatic chain, *e.g.*, dodecandiol or
undecyl residues, a phospholipid, *e.g.*, di-hexadecyl-rac-glycerol or triethylammonium 1,2-
di-O-hexadecyl-rac-glycero-3-H-phosphonate, a polyamine or a polyethylene glycol chain,
20   or adamantane acetic acid, a palmityl moiety, or an octadecylamine or hexylamino-
carbonyl-oxycholesterol moiety.

It is not necessary far all positions in a given compound to be uniformly
modified, and in fact more than one of the aforementioned modifications may be
incorporated in a single compound or even at a single nucleoside within an oligonucleotide.
25   The present invention also includes antisense compounds that are chimeric compounds.
"Chimeric" antisense compounds or "chimeras," in the context of this invention, are
antisense molecules, particularly oligonucleotides, which contain two or more chemically
distinct regions, each made up of at least one monomer unit, *i.e.*, a nucleotide in the case of
an oligonucleotide compound. These oligonucleotides typically contain at least one region

27

SRPT-VYDS-0130157

wherein the oligonucleotide is modified so as to confer upon the increased resistance to
nuclease degradation, increased cellular uptake, and an additional region for increased
binding affinity for the target nucleic acid.

Methods of Manufacturing Antisense Molecules

5          The antisense molecules used in accordance with this invention may be
conveniently and routinely made through the well-known technique of solid phase
synthesis.  Equipment for such synthesis is sold by several vendors including, for example,
Applied Biosystems (Foster City, Calif.).  One method for synthesising oligonucleotides on
a modified solid support is described in U.S. Pat. No. 4,458,066.

10          Any other means for such synthesis known in the art may additionally or
alternatively be employed.  It is well known to use similar techniques to prepare
oligonucleotides such as the phosphorothioates ~ and alkylated derivatives.  In one such
automated embodiment, diethyl-phosphoramidites are used as starting materials and may
be synthesized as described by Beaucage, *et al*., (1981) *Tetrahedron Letters*, 22:1859-1862.

15          The antisense molecules of the invention are synthesised *in vitro* and do not
include antisense compositions of biological origin, or genetic vector constructs designed
to direct the *in vivo* synthesis of antisense molecules.  The molecules of the invention may
also be mixed, encapsulated, conjugated or otherwise associated with other molecules,
molecule structures or mixtures of compounds, as for example, liposomes, receptor
20   targeted molecules, oral, rectal, topical or other formulations, for assisting in uptake,
distribution and/or absorption.

Therapeutic Agents

          The present invention also can be used as a prophylactic or therapeutic,
which may be utilised for the purpose of treatment of a genetic disease.

25          Accordingly, in one embodiment the present invention provides antisense
molecules that bind to a selected target in the dystrophin pre-mRNA to induce efficient and

28

SRPT-VYDS-0130158

consistent exon skipping described herein in a therapeutically effective amount admixed with a pharmaceutically acceptable carrier, diluent, or excipient.

The phrase "pharmaceutically acceptable" refers to molecular entities and compositions that are physiologically tolerable and do not typically produce an allergic or

5   similarly untoward reaction, such as gastric upset and the like, when administered to a patient. The term "carrier" refers to a diluent, adjuvant, excipient, or vehicle with which the compound is administered. Such pharmaceutical carriers can be sterile liquids, such as water and oils, including those of petroleum, animal, vegetable or synthetic origin, such as peanut oil, soybean oil, mineral oil, sesame oil and the like. Water or saline solutions and

10  aqueous dextrose and glycerol solutions are preferably employed as carriers, particularly for injectable solutions. Suitable pharmaceutical carriers are described in Martin, *Remington's Pharmaceutical Sciences*, 18th Ed., Mack Publishing Co., Easton, PA, (1990).

In a more specific form of the invention there are provided pharmaceutical compositions comprising therapeutically effective amounts of an antisense molecule

15  together with pharmaceutically acceptable diluents, preservatives, solubilizers, emulsifiers, adjuvants and/or carriers. Such compositions include diluents of various buffer content (*e.g.*, Tris-HCl, acetate, phosphate), pH and ionic strength and additives such as detergents and solubilizing agents (*e.g.*, Tween 80, Polysorbate 80), anti-oxidants (*e.g.*, ascorbic acid, sodium metabisulfite), preservatives (*e.g.*, Thimersol, benzyl alcohol) and bulking

20  substances (*e.g.*, lactose, mannitol). The material may be incorporated into particulate preparations of polymeric compounds such as polylactic acid, polyglycolic acid, etc. or into liposomes. Hylauronic acid may also be used. Such compositions may influence the physical state, stability, rate of *in vivo* release, and rate of *in vivo* clearance of the present proteins and derivatives. *See, e.g.*, *Martin*, *Remington's Pharmaceutical Sciences*, 18th Ed.

25  (1990, Mack Publishing Co., Easton, PA 18042) pages 1435-1712 that are herein incorporated by reference. The compositions may be prepared in liquid form, or may be in dried powder, such as lyophilised form.

It will be appreciated that pharmaceutical compositions provided according to the present invention may be administered by any means known in the art. Preferably,

29

the pharmaceutical compositions for administration are administered by injection, orally, or by the pulmonary, or nasal route.  The antisense molecules are more preferably delivered by intravenous, intra-arterial, intraperitoneal, intramuscular, or subcutaneous routes of administration.

5    Antisense molecule based therapy

Also addressed by the present invention is the use of antisense molecules of the present invention, for manufacture of a medicament for modulation of a genetic disease.

The delivery of a therapeutically useful amount of antisense molecules may
10   be achieved by methods previously published.  For example, intracellular delivery of the antisense molecule may be via a composition comprising an admixture of the antisense molecule and an effective amount of a block copolymer.  An example of this method is described in US patent application US 20040248833.

Other methods of delivery of antisense molecules to the nucleus are
15   described in Mann CJ *et al*., (2001) ["*Antisense-induced exon skipping and the synthesis of dystrophin in the mdx mouse*".  Proc., Natl. Acad. Science, 98(1) 42-47J and in Gebski etal., (2003).  Human Molecular Genetics, 12(15): 1801-1811.

A method for introducing a nucleic acid molecule into a cell by way of an expression vector either as naked DNA or complexed to lipid carriers, is described in US
20   patent US 6,806,084.

It may be desirable to deliver the antisense molecule in a colloidal dispersion system.  Colloidal dispersion systems include macromolecule complexes, nanocapsules, microspheres, beads, and lipid-based systems including oil-in-water emulsions, micelles, mixed micelles, and liposomes or liposome formulations.

25   Liposomes are artificial membrane vesicles which are useful as delivery vehicles *in vitro* and *in vivo*.  These formulations may have net cationic, anionic or neutral charge characteristics and are useful characteristics with *in vitro*, *in vivo* and *ex vivo* delivery methods.  It has been shown that large unilamellar vesicles (LUV), which range in

30

size from 0.2-4.0 .PHI.m can encapsulate a substantial percentage of an aqueous buffer containing large macromolecules. RNA, and DNA can be encapsulated within the aqueous interior and be delivered to cells in a biologically active form (Fraley, *et al*., Trends Biochem. Sci., 6:77, 1981).

5          In order for a liposome to be an efficient gene transfer vehicle, the following characteristics should be present: (1) encapsulation of the antisense molecule of interest at high efficiency while not compromising their biological activity; (2) preferential and substantial binding to a target cell in comparison to non-target cells; (3) delivery of the aqueous contents of the vesicle to the target cell cytoplasm at high efficiency; and (4)

10        accurate and effective expression of genetic information (Mannino, *et al*., Biotechniques, 6:682, 1988).

          The composition of the liposome is usually a combination of phospholipids, particularly high-phase-transition-temperature phospholipids, usually in combination with steroids, especially cholesterol. Other phospholipids or other lipids may also be used. The

15        physical characteristics of liposomes depend on pH, ionic strength, and the presence of divalent cations.

          Alternatively, the antisense construct may be combined with other pharmaceutically acceptable carriers or diluents to produce a pharmaceutical composition. Suitable carriers and diluents include isotonic saline solutions, for example phosphate-

20        buffered saline. The composition may be formulated for parenteral, intramuscular, intravenous, subcutaneous, intraocular, oral or transdermal administration.

          The routes of administration described are intended only as a guide since a skilled practitioner will be able to determine readily the optimum route of administration and any dosage for any particular animal and condition. Multiple approaches for

25        introducing functional new genetic material into cells, both *in vitro* and *in vivo* have been attempted (Friedmann (1989) Science, 244:1275-1280).

          These approaches include integration of the gene to be expressed into modified retroviruses (Friedmann (1989) supra; Rosenberg (1991) Cancer Research 51(18), suppl.: 5074S-5079S); integration into non-retrovirus vectors (Rosenfeld, *et al*. (1992) Cell,

31

SRPT-VYDS-0130161

68:143-155; Rosenfeld, *et al.* (1991) Science, 252:431-434); or delivery of a transgene linked to a heterologous promoter-enhancer element via liposomes (Friedmann (1989), supra; Brigham, *et al.* (1989) Am. J. Med. Sci., 298:278-281; Nabel, *et al.* (1990) Science, 249:1285-1288; Hazinski, *et al.* (1991) Am. J. Resp. Cell Molec. Biol., 4:206-209; and

5   Wang and Huang (1987) Proc. Natl. Acad. Sci. (USA), 84:7851-7855); coupled to ligand-specific, cation-based transport systems (Wu and Wu (1988) J. Biol. Chem., 263:14621-14624) or the use of naked DNA, expression vectors (Nabel et al. (1990), supra); Wolff *et al.* (1990) Science, 247:1465-1468).  Direct injection of transgenes into tissue produces only localized expression (Rosenfeld (1992) supra); Rosenfeld *et al.* (1991) supra; Brigham

10  *et al.* (1989) supra; Nabel (1990) supra; and Hazinski *et al.* (1991) supra).  The Brigham *et al.* group (Am. J. Med. Sci. (1989) 298:278-281 and Clinical Research (1991) 39 (abstract)) have reported *in vivo* transfection only of lungs of mice following either intravenous or intratracheal administration of a DNA liposome complex.  An example of a review article of human gene therapy procedures is: Anderson, Science (1992) 256:808-

15  813.

        The antisense molecules of the invention encompass any pharmaceutically acceptable salts, esters, or salts of such esters, or any other compound which, upon administration to an animal including a human, is capable of providing (directly or indirectly) the biologically active metabolite or residue thereof.  Accordingly, for example,

20  the disclosure is also drawn to prodrugs and pharmaceutically acceptable salts of the compounds of the invention, pharmaceutically acceptable salts of such pro-drugs, and other bioequivalents.

        The term "pharmaceutically acceptable salts" refers to physiologically and pharmaceutically acceptable salts of the compounds of the invention: *i.e.*, salts that retain

25  the desired biological activity of the parent compound and do not impart undesired toxicological effects thereto.

        For oligonucleotides, preferred examples of pharmaceutically acceptable salts include but are not limited to (a) salts formed with cations such as sodium, potassium, ammonium, magnesium, calcium, polyamines such as spermine and spermidine, etc.; (b)

32

SRPT-VYDS-0130162

acid addition salts formed with inorganic acids, for example hydrochloric acid, hydrobromic acid, sulfuric acid, phosphoric acid, nitric acid and the like; (c) salts formed with organic acids such as, for example, acetic acid, oxalic acid, tartaric acid, succinic acid, malefic acid, fumaric acid, gluconic acid, citric acid, malic acid, ascorbic acid, benzoic

5    acid, tannic acid, palmitic acid, alginic acid, polygiutamic acid, naphthalenesulfonic acid, methanesulfonic acid, p-toluenesulfonic acid, naphthalenedisulfonic acid, polygalacturonic acid, and the like; and (d) salts formed from elemental anions such as chlorine, bromine, and iodine.  The pharmaceutical compositions of the present invention may be administered in a number of ways depending upon whether local or systemic treatment is

10    desired and upon the area to be treated.  Administration may be topical (including ophthalmic and to mucous membranes including rectal delivery), pulmonary, *e.g.*, by inhalation or insufflation of powders or aerosols, (including by nebulizer, intratracheal, intranasal, epidermal and transdermal), oral or parenteral.  Parenteral administration includes intravenous, intra-arterial, subcutaneous, intraperitoneal or intramuscular injection

15    or infusion; or intracranial, *e.g.*, intrathecal or intraventricular, administration. Oligonucleotides with at least one 2'-O-methoxyethyl modification are believed to be particularly useful for oral administration.

The pharmaceutical formulations of the present invention, which may conveniently be presented in unit dosage form, may be prepared according to conventional

20    techniques well known in the pharmaceutical industry.  Such techniques include the step of bringing into association the active ingredients with the pharmaceutical carrier(s) or excipient(s).  In general the formulations are prepared by uniformly and intimately bringing into association the active ingredients with liquid carriers or finely divided solid carriers or both, and then, if necessary, shaping the product.

25    <u>Kits of the Invention</u>

The invention also provides kits for treatment of a patient with a genetic disease which kit comprises at least an antisense molecule, packaged in a suitable container, together with instructions for its use.

33

In a preferred embodiment, the kits will contain at least one antisense molecule as shown in Table 1A, or a cocktail of antisense molecules as shown in Table 1B or a "weasel" compound as shown in Table 1C. The kits may also contain peripheral reagents such as buffers, stabilizers, etc.

5          Those of ordinary skill in the field should appreciate that applications of the above method has wide application for identifying antisense molecules suitable for use in the treatment of many other diseases.


## EXAMPLES

The following Examples serve to more fully describe the manner of using

10     the above-described invention, as well as to set forth the best modes contemplated for carrying out various aspects of the invention. It is understood that these Examples in no way serve to limit the true scope of this invention, but rather are presented for illustrative purposes. The references cited herein are expressly incorporated by reference.

Methods of molecular cloning, immunology and protein chemistry, which

15     are not explicitly described in the following examples, are reported in the literature and are known by those skilled in the art. General texts that described conventional molecular biology, microbiology, and recombinant DNA techniques within the skill of the art, included, for example: Sambrook *et al*, *Molecular Cloning: A Laboratory Manual*, Second Edition, Cold Spring Harbor Laboratory Press, Cold Spring Harbor, New York (1989);

20     Glover ed., *DNA Cloning: A Practical Approach*, Volumes I and II, MRL Press, Ltd., Oxford, U.K. (1985); and Ausubel, F., Brent, R., Kingston, R.E., Moore, D.D., Seidman, J.G., Smith, J.A., Struhl, K. *Current Protocols in Molecular Biology*. Greene Publishing Associates/Wiley Intersciences, New York (2002).


## DETERMINING INDUCED EXON SKIPPING IN HUMAN MUSCLE CELLS

25          Attempts by the inventors to develop a rational approach in antisense molecules design were not completely successful as there did not appear to be a consistent trend that could be applied to all exons. As such, the identification of the most effective

34

SRPT-VYDS-0130164

and therefore most therapeutic antisense molecules compounds has been the result of empirical studies.

These empirical studies involved the use of computer programs to identify motifs potentially involved in the splicing process. Other computer programs were also

5   used to identify regions of the pre-mRNA which may not have had extensive secondary structure and therefore potential sites for annealing of antisense molecules. Neither of these approaches proved completely reliable in designing antisense oligonucleotides for reliable and efficient induction of exon skipping.

Annealing sites on the human dystrophin pre-mRNA were selected for

10   examination, initially based upon known or predicted motifs or regions involved in splicing. 2OMe antisense oligonucleotides were designed to be complementary to the target sequences under investigation and were synthesised on an Expedite 8909 Nucleic Acid Synthesiser. Upon completion of synthesis, the oligonucleotides were cleaved from the support column and de-protected in ammonium hydroxide before being desalted. The

15   quality of the oligonucleotide synthesis was monitored by the intensity of the trityl signals upon each deprotection step during the synthesis as detected in the synthesis log. The concentration of the antisense oligonucleotide was estimated by measuring the absorbance of a diluted aliquot at 260nm.

Specified amounts of the antisense molecules were then tested for their

20   ability to induce exon skipping in an *in vitro* assay, as described below.

Briefly, normal primary myoblast cultures were prepared from human muscle biopsies obtained after informed consent. The cells were propagated and allowed to differentiate into myotubes using standard culturing techniques. The cells were then transfected with the antisense oligonucleotides by delivery of the oligonucleotides to the

25   dells as cationic lipoplexes, mixtures of antisense molecules or cationic liposome preparations.

The cells were then allowed to grow for another 24 hours, after which total RNA was extracted and molecular analysis commenced. Reverse transcriptase

35

SRPT-VYDS-0130165

amplification (RT-PCR) was undertaken to study the targeted regions of the dystrophin pre-mRNA or induced exonic re-arrangements.

For example, in the testing of an antisense molecule for inducing exon 19 skipping the RT-PCR test scanned several exons to detect involvement of any adjacent

5   exons.  For example, when inducing skipping of exon 19, RT-PCR was carried out with primers that amplified across exons 17 and 21.  Amplifications of even larger products in this area (*i.e.* exons 13-26) were also carried out to ensure that there was minimal amplification bias for the shorter induced skipped transcript.  Shorter or exon skipped products tend to be amplified more efficiently and may bias the estimated of the normal

10  and induced transcript.

The sizes of the amplification reaction products were estimated on an agarose gel and compared against appropriate size standards.  The final confirmation of identity of these products was carried out by direct DNA sequencing to establish that the correct or expected exon junctions have been maintained.

15  Once efficient exon skipping had been induced with one antisense molecule, subsequent overlapping antisense molecules may be synthesized and then evaluated in the assay as described above.  Our definition of an efficient antisense molecule is one that induces strong and sustained exon skipping at transfection concentrations in the order of 300 nM or less.

20          ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 8

Antisense oligonucleotides directed at exon 8 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

Figure 3 shows differing efficiencies of two antisense molecules directed at

25  exon 8 acceptor splice site.  H8A(-06+18) [SEQ ID NO:1], which anneals to the last 6 bases of intron 7 and the first 18 bases of exon 8, induces substantial exon 8 and 9 skipping when delivered into cells at a concentration of 20 nM.  The shorter antisense molecule, H8A(-06+14) [SEQ ID NO: 4] was only able to induce exon 8 and 9 skipping at 300 nM, a

36

SRPT-VYDS-0130166

concentration some 15 fold higher than H8A(-06+18), which is the preferred antisense molecule.

This data shows that some particular antisense molecules induce efficient exon skipping while another antisense molecule, which targets a near-by or overlapping

5    region, can be much less efficient.  Titration studies show one compound is able to induce targeted exon skipping at 20 nM while the less efficient antisense molecules only induced exon skipping at concentrations of 300 nM and above.  Therefore, we have shown that targeting of the antisense molecules to motifs involved in the splicing process plays a crucial role in the overall efficacy of that compound.

10    Efficacy refers to the ability to induce consistent skipping of a target exon. However, sometimes skipping of the target exons is consistently associated with a flanking exon.  That is, we have found that the splicing of some exons is tightly linked.  For example, in targeting exon 23 in the mouse model of muscular dystrophy with antisense molecules directed at the donor site of that exon, dystrophin transcripts missing exons 22

15    and 23 are frequently detected.  As another example, when using an antisense molecule directed to exon 8 of the human dystrophin gene, all induced transcripts are missing both exons 8 and 9.  Dystrophin transcripts missing only exon 8 are not observed.

Table 2 below discloses antisense molecule sequences that induce exon 8 (and 9) skipping.

20

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 1 | H8A(-06+18) | 5'-GAU AGG UGG UAU CAA CAU CUG UAA | Very strong to 20 nM |
| 2 | H8A (-03+18) | 5'-GAU AGG UGG UAU CAA CAU CUG | Very strong skipping to 40nM |
| 3 | H8A(-07+18) | 5'-GAU AGG UGG UAU CAA CAU CUG UAA G | Strong skipping to 40nM |
| 4 | H8A(-06+14) | 5'-GGU GGU AUC AAC AUC UGU AA | Skipping to 300nM |
| 5 | H8A(-10+10) | 5'-GUA UCA ACA UCU GUA AGC AC | Patchy/weak skipping to 100nm |

Table 2

37

SRPT-VYDS-0130167

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 7

Antisense oligonucleotides directed at exon 7 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

5          Figure 4 shows the preferred antisense molecule, H7A(+45+67) [SEQ ID NO: 6], and another antisense molecule, H7A(+2+26) [SEQ ID NO: 7], inducing exon 7 skipping.  Nested amplification products span exons 3 to 9.  Additional products above the induced transcript missing exon 7 arise from amplification from carry-over outer primers from the RT-PCR as well as heteroduplex formation.

10          Table 3 below discloses antisense molecule sequences for induced exon 7 skipping.

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 6 | H7A(+45+67) | 5' - UGC AUG UUC CAG UCG UUG UGU GG | Strong skipping to 20nM |
| 7 | H7A(+02+26) | 5' - CAC UAU UCC AGU CAA AUA GGU CUG G | Weak skipping at 100nM |
| 8 | H7D(+15-10) | 5' -AUU UAC CAA CCU UCA GGA UCG AGU A | Weak skipping to 300nM |
| 9 | H7A(-18+03) | 5' - GGC CUA AAA CAC AUA CAC AUA | Weak skipping to 300nM |

Table 3

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 6

15          Antisense oligonucleotides directed at exon 6 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

Figure 5 shows an example of two non-preferred antisense molecules inducing very low levels of exon 6 skipping in cultured human cells.  Targeting this exon

20   for specific removal was first undertaken during a study of the canine model using the oligonucleotides as listed in Table 4, below.  Some of the human specific oligonucleotides

38

SRPT-VYDS-0130168

were also evaluated, as shown in Figure 5.  In this example, both antisense molecules target the donor splice site and only induced low levels of exon 6 skipping.  Both H6D(+4-21) [SEQ ID NO: 17] and H6D(+18-4) [SEQ ID NO: 18] would be regarded as non-preferred antisense molecules.

5    One antisense oligonucleotide that induced very efficient exon 6 skipping in the canine model, C6A(+69+91) [SEQ ID NO: 14], would anneal perfectly to the corresponding region in human dystrophin exon 6.  This compound was evaluated, found to be highly efficient at inducing skipping of that target exon, as shown in Figure 6 and is regarded as the preferred compound for induced exon 6 skipping.  Table 4 below discloses

10   antisense molecule sequences for induced exon 6 skipping.

| SEQ ID | Antisense Oligo name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 10 | C6A(-10+10) | 5' CAU UUU UGA CCU ACA UGU GG | No skipping |
| 11 | C6A(-14+06) | 5' UUU GAC CUA CAU GUG GAA AG | No skipping |
| 12 | C6A(-14+12) | 5' UAC AUU UUU GAC CUA CAU GUG GAA AG | No skipping |
| 13 | C6A(-13+09) | 5' AUU UUU GAC CUA CAU GGG AAA G | No skipping |
| 14 | CH6A(+69+91) | 5' UAC GAG UUG AUU GUC GGA CCC AG | Strong skipping to 20 nM |
| 15 | C6D(+12-13) | 5' GUG GUC UCC UUA CCU AUG ACU GUG G | Weak skipping at 300 nM |
| 16 | C6D(+06-11) | 5' GGU CUC CUU ACC UAU GA | No skipping |
| 17 | H6D(+04-21) | 5' UGU CUC AGU AAU CUU CUU ACC UAU | Weak skipping to 50 nM |
| 18 | H6D(+18-04) | 5' UCU UAC CUA UGA CUA UGG AUG AGA | Very weak skipping to 300 nM |

Table 4


## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 4

Antisense oligonucleotides directed at exon 4 were prepared and tested for

15   their ability to induce exon skipping in human muscle cells using similar methods as described above.

39

SRPT-VYDS-0130169

Figure 7 shows an example of a preferred antisense molecule inducing skipping of exon 4 skipping in cultured human cells. In this example, one preferred antisense compound, H4A(+13+32) [SEQ ID NO:19], which targeted a presumed exonic splicing enhancer induced efficient exon skipping at a concentration of 20 nM while other non-preferred antisense oligonucleotides failed to induce even low levels of exon 4 skipping. Another preferred antisense molecule inducing skipping of exon 4 was H4A(+111+40) [SEQ ID NO:22], which induced efficient exon skipping at a concentration of 20 nM.

Table 5 below discloses antisense molecule sequences for inducing exon 4 skipping.

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 19 | H4A(+13+32) | 5' GCA UGA ACU CUU GUG GAU CC | Skipping to 20 nM |
| 22 | H4A(+11+40) | 5' UGU UCA GGG CAU GAA CUC UUG UGG AUC CUU | Skipping to 20 nM |
| 20 | H4D(+04-16) | 5' CCA GGG UAC UAC UUA CAU UA | No skipping |
| 21 | H4D(-24-44) | 5' AUC GUG UGU CAC AGC AUC CAG | No skipping |

Table 5

ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 3

Antisense oligonucleotides directed at exon 3 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

H3A(+30+60) [SEQ ID NO:23] induced substantial exon 3 skipping when delivered into cells at a concentration of 20 nM to 600 nM. The antisense molecule, H3A(+35+65) [SEQ ID NO: 24] induced exon skipping at 300 nM.

Table 6 below discloses antisense molecule sequences that induce exon 3 skipping.

40

SRPT-VYDS-0130170

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 23 | H3A(+30+60) | UAG GAG GCG CCU CCC AUC CUG UAG GUC ACU G | Moderate skipping to 20 to 600 nM |
| 24 | H3A(+35+65) | AGG UCU AGG AGG CGC CUC CCA UCC UGU AGG U | Working to 300 nM |
| 25 | H3A(+30+54) | GCG CCU CCC AUC CUG UAG GUC ACU G | Moderate 100-600 nM |
| 26 | H3D(+46-21) | CUU CGA GGA GGU CUA GGA GGC GCC UC | No skipping |
| 27 | H3A(+30+50) | CUC CCA UCC UGU AGG UCA CUG | Moderate 20-600 nM |
| 28 | H3D(+19-03) | UAC CAG UUU UUG CCC UGU CAG G | No skipping |
| 29 | H3A(-06+20) | UCA AUA UGC UGC UUCCCA AAC UGA AA | No skipping |
| 30 | H3A(+37+61) | CUA GGA GGC GCC UCC CAU CCU GUA G | No skipping |

Table 6

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 5

Antisense oligonucleotides directed at exon 5 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

H5A(+20+50) [SEQ ID NO:31] induces substantial exon 5 skipping when delivered into cells at a concentration of 100 nM. Table 7 below shows other antisense molecules tested. The majority of these antisense molecules were not as effective at exon skipping as H5A(+20+50). However, H5A(+15+45) [SEQ ID NO: 40] was able to induce exon 5 skipping at 300 nM.

Table 7 below discloses antisense molecule sequences that induce exon 5 skipping.

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 31 | H5A(+20+50) | UUA UGA UUU CCA UCU ACG AUG UCA GUA CUU C | Working to 100 nM |
| 32 | H5D(+25-05) | CUU ACC UGC CAG UGG AGG | No skipping |

41

SRPT-VYDS-0130171

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| | | AUU AUA UUC CAA A | |
| 33 | H5D(+10-15) | CAU CAG GAU UCU UAC CUG CCA GUG G | Inconsistent at 300 nM |
| 34 | H5A(+10+34) | CGA UGU CAG UAC UUC CAA UAU UCA C | Very weak |
| 35 | H5D(-04-21) | ACC AUU CAU CAG GAU UCU | No skipping |
| 36 | H5D(+16-02) | ACC UGC CAG UGG AGG AUU | No skipping |
| 37 | H5A(-07+20) | CCA AUA UUC ACU AAA UCA ACC UGU UAA | No skipping |
| 38 | H5D(+18-12) | CAG GAU UCU UAC CUG CCA GUG GAG GAU UAU | No skipping |
| 39 | H5A(+05+35) | ACG AUG UCA GUA CUU CCA AUA UUC ACU AAA U | No skipping |
| 40 | H5A(+15+45) | AUU UCC AUC UAC GAU GUC AGU ACU UCC AAU A | Working to 300 nM |

Table 7

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 10

Antisense oligonucleotides directed at exon 10 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as

5    described above.

H10A(-05+16) [SEQ ID NO:41] induced substantial exon 10 skipping when delivered into cells. Table 8 below shows other antisense molecules tested. The antisense molecules ability to induce exon skipping was variable. Table 8 below discloses antisense molecule sequences that induce exon 10 skipping.

10

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 41 | H10A(-05+16) | CAG GAG CUU CCA AAU GCU GCA | Not tested |
| 42 | H10A(-05+24) | CUU GUC UUC AGG AGC UUC CAA AUG CUG CA | Not tested |
| 43 | H10A(+98+119) | UCC UCA GCA GAA AGA AGC CAC G | Not tested |
| 44 | H10A(+130+149) | UUA GAA AUC UCU CCU UGU GC | No skipping |
| 45 | H10A(-33-14) | UAA AUU GGG UGU UAC ACA AU | No skipping |

Table 8

42

SRPT-VYDS-0130172

ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 11

Antisense oligonucleotides directed at exon 11 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

5      Figure 8B shows an example of H11A(+75+97) [SEQ ID NO:49] antisense molecule inducing exon 11 skipping in cultured human cells. H11A(+75+97) induced substantial exon 11 skipping when delivered into cells at a concentration of 5 nM. Table 9 below shows other antisense molecules tested. The antisense molecules ability to induce exon skipping was observed at 100 nM.

10

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 46 | H11D(+26+49) | CCC UGA GGC AUU CCC AUC UUG AAU | Skipping at 100 nM |
| 47 | H11D(+11-09) | AGG ACU UAC UUG CUU UGU UU | Skipping at 100 nM |
| 48 | H11A(+118+140) | CUU GAA UUU AGG AGA UUC AUC UG | Skipping at 100 nM |
| 49 | H11A(+75+97) | CAU CUU CUG AUA AUU UUC CUG UU | Skipping at 100 nM |
| 46 | H11D(+26+49) | CCC UGA GGC AUU CCC AUC UUG AAU | Skipping at 5nM |

Table 9

ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 12

Antisense oligonucleotides directed at exon 12 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

15

H12A(+52+75) [SEQ ID NO:50] induced substantial exon 12 skipping when delivered into cells at a concentration of 5 nM, as shown in Figure 8A. Table 10 below shows other antisense molecules tested at a concentration range of 5, 25, 50, 100, 200 and 300 nM. The antisense molecules ability to induce exon skipping was variable.

20

43

SRPT-VYDS-0130173

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 50 | H12A(+52+75) | UCU UCU GUU UUU GUU AGC CAG UCA | Skipping at 5 nM |
| 51 | H12A(-10+10) | UCU AUG UAA ACU GAA AAU UU | Skipping at 100 nM |
| 52 | H12A(+11+30) | UUC UGG AGA UCC AUU AAA AC | No skipping |

Table 10

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 13

Antisense oligonucleotides directed at exon 13 were prepared and tested for
their ability to induce exon skipping in human muscle cells using similar methods as
5    described above.

H13A(+77+100) [SEQ ID NO:53] induced substantial exon 13 skipping
when delivered into cells at a concentration of 5 nM.  Table 11 below includes two other
antisense molecules tested at a concentration range of 5, 25, 50, 100, 200 and 300 nM.
These other antisense molecules were unable to induce exon skipping.

10

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 53 | H13A(+77+100) | CAG CAG UUG CGU GAU CUC CAC UAG | Skipping at 5 nM |
| 54 | H13A(+55+75) | UUC AUC AAC UAC CAC CAU | No skipping |
| 55 | H13D(+06-19) | CUA AGC AAA AUA AUC UGA CCU UAA G | No skipping |

Table 11

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 14

Antisense oligonucleotides directed at exon 14 were prepared and tested for
their ability to induce exon skipping in human muscle cells using similar methods as
15   described above.

H14A(+37+64) [SEQ ID NO:56] induced weak exon 14 skipping when
delivered into cells at a concentration of 100 nM.  Table 12 below includes other antisense

44

molecules tested at a concentration range of 5, 25, 50, 100, 200 and 300 nM.  The other antisense molecules were unable to induce exon skipping at any of the concentrations tested.

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|--------|-------------------------------|----------|---------------------------|
| 56 | H14A(+37+64) | CUU GUA AAA GAA CCC AGC GGU CUU CUG U | Skipping at 100 nM |
| 57 | H14A(+14+35) | CAU CUA CAG AUG UUU GCC CAU C | No skipping |
| 58 | H14A(+51+73) | GAA GGA UGU CUU GUA AAA GAA CC | No skipping |
| 59 | H14D(-02+18) | ACC UGU UCU UCA GUA AGA CG | No skipping |
| 60 | H14D(+14-10) | CAU GAC ACA CCU GUU CUU CAG UAA | No skipping |
| 61 | H14A(+61 +80) | CAU UUG AGA AGG AUG UCU UG | No skipping |
| 62 | H14A(-12+12) | AUC UCC CAA UAC CUG GAG AAG AGA | No skipping |

5                                            Table 12


## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 15

Antisense oligonucleotides directed at exon 15 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

10            H15A(-12+19) [SEQ ID NO:63] and H15A(+48+71) [SEQ ID NO:64] induced substantial exon 15 skipping when delivered into cells at a concentration of 10 Nm, as shown in Figure 9A.  Table 13 below includes other antisense molecules tested at a concentration range of 5, 25, 50, 100, 200 and 300 Nm.  These other antisense molecules were unable to induce exon skipping at any of the concentrations tested.

15

45

SRPT-VYDS-0130175

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|--------|-------------------------------|----------|---------------------------|
| 63 | H15A(-12+19) | GCC AUG CAC UAA AAA GGC ACU GCA AGA CAU U | Skipping at 5Nm |
| 64 | H15A(+48+71) | UCU UUA AAG CCA GUU GUG UGA AUC | Skipping at 5Nm |
| 65 | H15A(+08+28) | UUU CUG AAA GCC AUG CAC UAA | No skipping |
| 63 | H15A(-12+19) | GCC AUG CAC UAA AAA GGC ACU GCA AGA CAU U | No skipping |
| 66 | H15D(+17-08) | GUA CAU ACG GCC AGU UUU UGA AGA C | No skipping |

Table 13

ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 16

Antisense oligonucleotides directed at exon 16 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

H16A(-12+19) [SEQ ID NO:67] and H16A(-06+25) [SEQ ID NO:68] induced substantial exon 16 skipping when delivered into cells at a concentration of 10 nM, as shown in Figure 9B. Table 14 below includes other antisense molecules tested. H16A(-06+19) [SEQ ID NO:69] and H16A(+87+109) [SEQ ID NO:70] were tested at a concentration range of 5, 25, 50, 100, 200 and 300 nM. These two antisense molecules were able to induce exon skipping at 25 nM and 100 nM, respectively. Additional antisense molecules were tested at 100, 200 and 300 nM and did not result in any exon skipping.

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|--------|-------------------------------|----------|---------------------------|
| 67 | H16A(-12+19) | CUA GAU CCG CUU UUA AAA CCU GUU AAA ACA A | Skipping at 5 nM |
| 68 | H16A(-06+25) | UCU UUU CUA GAU CCG CUU UUA AAA CCU GUU A | Skipping at 5 nM |
| 69 | H16A(-06+19) | CUA GAU CCG CUU UUA AAA CCU GUU A | Skipping at 25 nM |
| 70 | H16A(+87+109) | CCG UCU UCU GGG UCA CUG ACU UA | Skipping at 100 nM |

46

SRPT-VYDS-0130176

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 71 | H16A(-07+19) | CUA GAU CCG CUU UUA AAA CCU GUU AA | No skipping |
| 72 | H16A(-07+13) | CCG CUU UUA AAA CCU GUU AA | No skipping |
| 73 | H16A(+12+37) | UGG AUU GCU UUU UCU UUU CUA GAU CC | No skipping |
| 74 | H16A(+92+116) | CAU GCU UCC GUC UUC UGG GUC ACU G | No skipping |
| 75 | H16A(+45+67) | G AUC UUG UUU GAG UGA AUA CAG U | No skipping |
| 76 | H16A(+105+126) | GUU AUC CAG CCA UGC UUC CGU C | No skipping |
| 77 | H16D(+05-20) | UGA UAA UUG GUA UCA CUA ACC UGU G | No skipping |
| 78 | H16D(+12-11) | GUA UCA CUA ACC UGU GCU GUA C | No skipping |

Table 14

ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 19

Antisense oligonucleotides directed at exon 19 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

H19A(+35+65) [SEQ ID NO:79] induced substantial exon 19 skipping when delivered into cells at a concentration of 10 nM. This antisense molecule also showed very strong exon skipping at concentrations of 25, 50, 100, 300 and 600 nM.

Figure 10 illustrates exon 19 and 20 skipping using a "cocktail" of antisense oligonucleotides, as tested using gel electrophoresis. It is interesting to note that it was not easy to induce exon 20 skipping using single antisense oligonucleotides H20A(+44+71) [SEQ ID NO:81] or H20A(+149+170) [SEQ ID NO:82], as illustrated in sections 2 and 3 of the gel shown in Figure 10. Whereas, a "cocktail" of antisense oligonucleotides was more efficient as can be seen in section 4 of Figure 10 using a "cocktail" of antisense oligonucleotides H20A(+44+71) and H20A(+149+170). When the cocktail was used to target exon 19, skipping was even stronger (see section 5, Figure 10).

Figure 11 illustrates gel electrophoresis results of exon 19/20 skipping using "weasels" The "weasels" were effective in skipping exons 19 and 20 at concentrations of 25, 50, 100, 300 and 600 nM. A further "weasel" sequence is shown in the last row of Table 3C. This compound should give good results.

47

ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 20

Antisense oligonucleotides directed at exon 20 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

5       None of the antisense oligonucleotides tested induced exon 20 skipping when delivered into cells at a concentration of 10, 25, 50, 300 or 600 nM (see Table 15). Antisense molecules H20A(-11+17) [SEQ ID NO:86] and H20D(+08-20) [SEQ ID NO:87] are yet to be tested.

However, a combination or "cocktail" of H20A(+44+71) [SEQ ID NO: 81]

10     and H20(+149+170) [SEQ ID NO:82] in a ratio of 1:1, exhibited very strong exon skipping at a concentration of 100 nM and 600 nM.  Further, a combination of antisense molecules H19A(+35+65) [SEQ ID NO:79], H20A(+44+71) [SEQ ID NO:81] and H20A(+149+170) [SEQ ID NO:82] in a ratio of 2:1:1, induced very strong exon skipping at a concentration ranging from 10 nM to 600 nM.

15

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 81 | H20A(+44+71) | CUG GCA GAA UUC GAU CCA CCG GCU GUU C | No skipping |
| 82 | H20A(+147+168) | CAG CAG UAG UUG UCA UCU GCU C | No skipping |
| 83 | H20A(+185+203) | UGA UGG GGU GGU GGG UUG G | No skipping |
| 84 | H20A(-08+17) | AUC UGC AUU AAC ACC CUC UAG AAA G | No skipping |
| 85 | H20A(+30+53) | CCG GCU GUU CAG UUG UUC UGA GGC | No skipping |
| 86 | H20A(-11+17) | AUC UGC AUU AAC ACC CUC UAG AAA GAA A | Not tested yet |
| 87 | H20D(+08-20) | GAA GGA GAA GAG AUU CUU ACC UUA CAA A | Not tested yet |
| 81 & 82 | H20A(+44+71) & H20A(+147+168) | CUG GCA GAA UUC GAU CCA CCG GCU GUU C<br>CAG CAG UAG UUG UCA UCU GCU C | Very strong skipping |
| 80, 81 | H19A(+35+65); | GCC UGA GCU GAU CUG CUG GCA UCU | Very strong |

SRPT-VYDS-0130178

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| & 82 | H20A(+44+71); H20A(+147+168) | UGC AGU U; CUG GCA GAA UUC GAU CCA CCG GCU GUU C; CAG CAG UAG UUG UCA UCU GCU C | skipping |

Table 15

<u>ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 21</u>

Antisense oligonucleotides directed at exon 21 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as

5    described above.

H21A(+85+108) [SEQ ID NO:92] and H21A(+85+106) [SEQ ID NO:91] induced exon 21 skipping when delivered into cells at a concentration of 50 nM. Table 16 below includes other antisense molecules tested at a concentration range of 5, 25, 50, 100, 200 and 300 nM. These antisense molecules showed a variable ability to induce exon

10    skipping

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 90 | H21A(-06+16) | GCC GGU UGA CUU CAU CCU GUG C | Skips at 600 nM |
| 91 | H21A(+85+106) | CUG CAU CCA GGA ACA UGG GUC C | Skips at 50 nM |
| 92 | H21A(+85+108) | GUC UGC AUC CAG GAA CAU GGG UC | Skips at 50 nM |
| 93 | H21A(+08+31) | GUU GAA GAU CUG AUA GCC GGU UGA | Skips faintly to |
| 94 | H21D(+18-07) | UAC UUA CUG UCU GUA GCU CUU UCU | No skipping |

Table 16

<u>ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 22</u>

Antisense oligonucleotides directed at exon 22 were prepared and tested for

15    their ability to induce exon skipping in human muscle cells using similar methods as described above.

49

SRPT-VYDS-0130179

Figure 12 illustrates differing efficiencies of two antisense molecules directed at exon 22 acceptor splice site. H22A(+125+106) [SEQ ID NO:96] and H22A(+80+101) [SEQ ID NO: 98] induce strong exon 22 skipping from 50 nM to 600 nM concentration.

5          H22A(+125+146) [SEQ ID NO:96] and H22A(+80+101) [SEQ ID NO:98] induced exon 22 skipping when delivered into cells at a concentration of 50 nM. Table 17 below shows other antisense molecules tested at a concentration range of 50, 100, 300 and 600 nM. These antisense molecules showed a variable ability to induce exon skipping.

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 95 | H22A(+22+45) | CAC UCA UGG UCU CCU GAU AGC GCA | No skipping |
| 96 | H22A(+125+146) | CUG CAA UUC CCC GAG UCU CUG C | Skipping to 50 nM |
| 97 | H22A(+47+69) | ACU GCU GGA CCC AUG UCC UGA UG | Skipping to 300 nM |
| 98 | H22A(+80+101) | CUA AGU UGA GGU AUG GAG AGU | Skipping to 50 nM |
| 99 | H22D(+13-11) | UAU UCA CAG ACC UGC AAU UCC CC | No skipping |

10                                    Table 17

ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 23

          Antisense oligonucleotides directed at exon 23 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

15          Table 18 below shows antisense molecules tested at a concentration range of 25, 50, 100, 300 and 600 nM. These antisense molecules showed no ability to induce exon skipping or are yet to be tested.

50

SRPT-VYDS-0130180

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 100 | H23A(+34+59) | ACA GUG GUG CUG AGA UAG UAU AGG CC | No skipping |
| 101 | H23A(+18+39) | UAG GCC ACU UUG UUG CUC UUG C | No Skipping |
| 102 | H23A(+72+90) | UUC AGA GGG CGC UUU CUU C | No Skipping |

Table 18

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 24

Antisense oligonucleotides directed at exon 24 were prepared using similar methods as described above.  Table 19 below outlines the antisense oligonucleotides directed at exon 24 that are yet to be tested for their ability to induce exon 24 skipping.

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 103 | H24A(+48+70) | GGG CAG GCC AUU CCU CCU UCA GA | Needs testing |
| 104 | H24A(-02+22) | UCU UCA GGG UUU GUA UGU GAU UCU | Needs testing |

Table 19

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 25

Antisense oligonucleotides directed at exon 25 were prepared using similar methods as described above.  Table 20 below shows the antisense oligonucleotides directed at exon 25 that are yet to be tested for their ability to induce exon 25 skipping.

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 105 | H25A(+9+36) | CUG GGC UGA AUU GUC UGA AUA UCA CUG | Needs testing |
| 106 | H25A(+131+156) | CUG UUG GCA CAU GUG AUC CCA CUG AG | Needs testing |
| 107 | H25D(+16-08) | GUC UAU ACC UGU UGG CAC AUG UGA | Needs testing |

Table 20

51

ANTISENSE OLIGONUCIEOTIDES DIRECTED AT EXON 26

Antisense oligonucleotides directed at exon 26 were prepared using similar methods as described above. Table 21 below outlines the antisense oligonucleotides directed at exon 26 that are yet to be tested for their ability to induce exon 26 skipping.

5

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 108 | H26A(+132+156) | UGC UUU CUG UAA UUC AUC UGG AGU U | Needs testing |
| 109 | H26A(-07+19) | CCU CCU UUC UGG CAU AGA CCU UCC AC | Needs testing |
| 110 | H26A(+68+92) | UGU GUC AUC CAU UCG UGC AUC UCU G | Faint skipping at 600 nM |

Table 21

ANTISENSE OLIQONUCLEOTIDES DIRECTED AT EXON 27

Antisense oligonucleotides directed at exon 27 were prepared using similar methods as described above. Table 22 below outlines the antisense oligonucleotides

10    directed at exon 27 that are yet to be tested for their ability to induce exon 27 skipping.

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 111 | H27A(+82+106) | UUA AGG CCU CUU GUG CUA CAG GUG G | Needs testing |
| 112 | H27A(-4+19) | GGG CCU CUU CUU UAG CUC UCU GA | Faint skipping at 600 and 300 nM |
| 113 | H27D(+19-03) | GAC UUC CAA AGU CUU GCA UUU C | v. strong skipping at 600 and 300 nM |

Table 22

ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 28

Antisense oligonucleotides directed at exon 28 were prepared using similar

15    methods as described above. Table 23 below outlines the antisense oligonucleotides directed at exon 28 that are yet to be tested for their ability to induce exon 28 skipping.

52

SRPT-VYDS-0130182

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 114 | H28A(-05+19) | GCC AAC AUG CCC AAA CUU CCU AAG | v. strong skipping at 600 and 300 nM |
| 115 | H28A(+99+124) | CAG AGA UUU CCU CAG CUC CGC CAG GA | Needs testing |
| 116 | H28D(+16-05) | CUU ACA UCU AGC ACC UCA GAG | v. strong skipping at 600 and 300 nM |

Table 23

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 29

Antisense oligonucleotides directed at exon 29 were prepared using similar

5    methods as described above.  Table 24 below outlines the antisense oligonucleotides

directed at exon 29 that are yet to be tested for their ability to induce exon 29 skipping.

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 117 | H29A(+57+81) | UCC GCC AUC UGU UAG GGU CUG UGC C | Needs testing |
| 118 | H29A(+18+42) | AUU UGG GUU AUC CUC UGA AUG UCG C | v. strong skipping at 600 and 300 nM |
| 119 | H29D(+17-05) | CAU ACC UCU UCA UGU AGU UCC C | v. strong skipping at 600 and 300 nM |

Table 24

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 30

10             Antisense oligonucleotides directed at exon 30 were prepared using similar

methods as described above.  Table 25 below outlines the antisense oligonucleotides

directed at exon 30 that are yet to be tested for their ability to induce exon 30 skipping.

53

SRPT-VYDS-0130183

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|--------|--------------------------------|----------|----------------------------|
| 120 | H30A(+122+147) | CAU UUG AGC UGC GUC CAC CUU GUC UG | Needs testing |
| 121 | H30A(+25+50) | UCC UGG GCA GAC UGG AUG CUC UGU UC | Very strong skipping at 600 and 300 nM. |
| 122 | H30D(+19-04) | UUG CCU GGG CUU CCU GAG GCA UU | Very strong skipping at 600 and 300 nM. |

Table 25

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 31

Antisense oligonucleotides directed at exon 31 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

Figure 13 illustrates differing efficiencies of two antisense molecules directed at exon 31 acceptor splice site and a "cocktail" of exon 31 antisense oligonucleotides at varying concentrations. H31D(+03-22) [SEQ ID NO:124] substantially induced exon 31 skipping when delivered into cells at a concentration of 20 nM. Table 26 below also includes other antisense molecules tested at a concentration of 100 and 300 nM. These antisense molecules showed a variable ability to induce exon skipping.

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|--------|--------------------------------|----------|----------------------------|
| 123 | H31D(+06-18) | UUC UGA AAU AAC AUA UAC CUG UGC | Skipping to 300 nM |
| 124 | H31D(+03-22) | UAG UUU CUG AAA UAA CAU AUA CCU G | Skipping to 20 nM |
| 125 | H31A(+05+25) | GAC UUG UCA AUU CAG AUU GGA | No skipping |
| 126 | H31D(+04-20) | GUU UCU GAA AUA ACA UAU ACC UGU | Skipping to 300 nM |

Table 26

54

SRPT-VYDS-0130184

ANTISENSE OLIGONUCTEOTIDES DIRECTED AT EXON 32

Antisense oligonucleotides directed at exon 32 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

5          H32D(+04-16) [SEQ ID NO:127] and H32A(+49+73) [SEQ ID NO:130] induced exon 32 skipping when delivered into cells at a concentration of 300 nM. Table 27 below also shows other antisense molecules tested at a concentration of 100 and 300 nM. These antisense molecules did not show an ability to induce exon skipping.

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|--------|-------------------------------|----------|---------------------------|
| 127 | H32D(+04-16) | CAC CAG AAA UAC AUA CCA CA | Skipping to 300 nM |
| 128 | H32A(+151+170) | CAA UGA UUU AGC UGU GAC UG | No skipping |
| 129 | H32A(+10+32) | CGA AAC UUC AUG GAG ACA UCU UG | No skipping |
| 130 | H32A(+49+73) | CUU GUA GAC GCU GCU CAA AAU UGG C | Skipping to 300 nM |

10                         Table 27

ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 33

Antisense oligonucleotides directed at exon 33 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

15          Figure 14 shows differing efficiencies of two antisense molecules directed at exon 33 acceptor splice site. H33A(+64+88) [SEQ ID NO:134] substantially induced exon 33 skipping when delivered into cells at a concentration of 10 nM. Table 28 below includes other antisense molecules tested at a concentration of 100, 200 and 300 nM. These antisense molecules showed a variable ability to induce exon skipping.

20

55

SRPT-VYDS-0130185

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 131 | H33D(+09-11) | CAU GCA CAC ACC UUU GCU CC | No skipping |
| 132 | H33A(+53+76) | UCU GUA CAA UCU GAC GUC CAG UCU | Skipping to 200 nM |
| 133 | H33A(+30+56) | GUG UUU AUC ACC AUU UCC ACU UCA GAC | Skipping to 200 nM |
| 134 | H33A(+64+88) | GCG UCU GCU UUU UCU GUA CAA UCU G | Skipping to 10 nM |

Table 28

ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 34

Antisense oligonucleotides directed at exon 34 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

Table 29 below includes antisense molecules tested at a concentration of 100 and 300 nM. These antisense molecules showed a variable ability to induce exon skipping.

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 135 | H34A(+83+104) | UCC AUA UCU GUA GCU GGC AGC C | No skipping |
| 136 | H34A(+143+165) | CCA GGC AAC UUC AGA AUC CAA AU | No skipping |
| 137 | H34A(-20+10) | UUU CUG UUA CCU GAA AAG AAU UAU AAU GAA | Not tested |
| 138 | H34A(+46+70) | CAU UCA UUU CCU UUC GCA UCU UAC G | Skipping to 300 nM |
| 139 | H34A(+95+120) | UGA UCU CUU UGU CAA UUC CAU AUC UG | Skipping to 300 nM |
| 140 | H34D(+10-20) | UUC AGU GAU AUA GGU UUU ACC UUU CCC CAG | Not tested |
| 141 | H34A(+72+96) | CUG UAG CUG CCA GCC AUU CUG UCA AG | No skipping |

Table 29

56

SRPT-VYDS-0130186

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 35

Antisense oligonucleotides directed at exon 35 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

5          Figure 15 shows differing efficiencies of antisense molecules directed at exon 35 acceptor splice site.  H35A(+24+43) [SEQ ID NO:144] substantially induced exon 35 skipping when delivered into cells at a concentration of 20 nM.  Table 30 below also includes other antisense molecules tested at a concentration of 100 and 300 nM.  These antisense molecules showed no ability to induce exon skipping.

10

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 142 | H35A(+141+161) | UCU UCU GCU CGG GAG GUG ACA | Skipping to 20 nM |
| 143 | H35A(+116+135) | CCA GUU ACU AUU CAG AAG AC | No skipping |
| 144 | H35A(+24+43) | UCU UCA GGU GCA CCU UCU GU | No skipping |

Table 30

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 36

Antisense oligonucleotides directed at exon 36 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as

15    described above.

Antisense molecule H36A(+26+50) [SEQ ID NO:145] induced exon 36 skipping when delivered into cells at a concentration of 300 nM, as shown in Figure 16.

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 37

Antisense oligonucleotides directed at exon 37 were prepared and tested for

20    their ability to induce exon skipping in human muscle cells using similar methods as described above.

Figure 17 shows differing efficiencies of two antisense molecules directed at exon 37 acceptor splice site.  H37A(+82+105) [SEQ ID NO:148] and H37A(+134+157)

57

SRPT-VYDS-0130187

[SEQ ID NO:149] substantially induced exon 37 skipping when delivered into cells at a concentration of 10 nM.  Table 31 below shows the antisense molecules tested.

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|--------|-------------------------------|----------|---------------------------|
| 147 | H37A(+26+50) | CGU GUA GAG UCC ACC UUU GGG CGU A | No skipping |
| 148 | H37A(+82+105) | UAC UAA UUU CCU GCA GUG GUC ACC | Skipping to 10 nM |
| 149 | H37A(+134+157) | UUC UGU GUG AAA UGG CUG CAA AUC | Skipping to 10 nM |

Table 31

5    ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 38

Antisense oligonucleotides directed at exon 38 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

Figure 18 illustrates antisense molecule H38A(+88+112) [SEQ ID NO:152]

10    , directed at exon 38 acceptor splice site.  H38A(+88+112) substantially induced exon 38 skipping when delivered into cells at a concentration of 10 nM.  Table 32 below shows the antisense molecules tested and their ability to induce exon skipping.

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|--------|-------------------------------|----------|---------------------------|
| 150 | H38A(-01+19) | CCU UCA AAG GAA UGG AGG CC | No skipping |
| 151 | H38A(+59+83) | UGC UGA AUU UCA GCC UCC AGU GGU U | Skipping to 10 nM |
| 152 | H38A(+88+112) | UGA AGU CUU CCU CUU UCA GAU UCA C | Skipping to 10 nM |

Table 32

15    ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 39

Antisense oligonucleotides directed at exon 39 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

58

SRPT-VYDS-0130188

H39A(+62+85) [SEQ ID NO:153] induced exon 39 skipping when delivered into cells at a concentration of 100 nM.  Table 33 below shows the antisense molecules tested and their ability to induce exon skipping.

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 153 | H39A(+62+85) | CUG GCU UUC UCU CAU CUG UGA UUC | Skipping to 100 nM |
| 154 | H39A(+39+58) | GUU GUA AGU UGU CUC CUC UU | No skipping |
| 155 | H39A(+102+121) | UUG UCU GUA ACA GCU GCU GU | No skipping |
| 156 | H39D(+10-10) | GCU CUA AUA CCU UGA GAG CA | Skipping to 300 nM |

5                                                                Table 33

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 40

Antisense oligonucleotides directed at exon 40 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

10          Figure 19 illustrates antisense molecule H40A(-05+17) [SEQ ID NO:157] directed at exon 40 acceptor splice site.  H40A(-05+17) and H40A(+129+153) [SEQ ID NO:158] both substantially induced exon 40 skipping when delivered into cells at a concentration of 5 nM.

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 42

15          Antisense oligonucleotides directed at exon 42 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

Figure 20 illustrates antisense molecule H42A(-04+23) [SEQ ID NO:159], directed at exon 42 acceptor splice site.  H42A(-4+23) and H42D(+19-02) [SEQ ID

20   NO:161] both induced exon 42 skipping when delivered into cells at a concentration of 5 nM.  Table 34 below shows the antisense molecules tested and their ability to induce exon 42 skipping.

59

SRPT-VYDS-0130189

| SEQ ID | Antisense afigonucleotide name | Sequence | Ability to induce skipping |
|--------|-------------------------------|----------|---------------------------|
| 159 | H42A(-4+23) | AUC GUU UCU UCA CGG ACA GUG UGG UGC | Skipping to 5 nM |
| 160 | H42A(+86+109) | GGG CUU GUG AGA CAU GAG UGA UUU | Skipping to 100 nM |
| 161 | H42D(+19-02) | A CCU UCA GAG GAC UCC UCU UGC | Skipping to 5 nM |

Table 34

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 43

Antisense oligonucleotides directed at exon 43 were prepared and tested for

their ability to induce exon skipping in human muscle cells using similar methods as

5    described above.

H43A(+101+120) [SEQ ID NO:163] induced exon 43 skipping when

delivered into cells at a concentration of 25 nM.  Table 35 below includes the antisense

molecules tested and their ability to induce exon 43 skipping.

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|--------|-------------------------------|----------|---------------------------|
| 162 | H43D(+10-15) | UAU GUG UUA CCU ACC CUU GUC GGU C | Skipping to 100 nM |
| 163 | H43A(+101+120) | GGA GAG AGC UUC CUG UAG CU | Skipping to 25 nM |
| 164 | H43A(+78+100) | UCA CCC UUU CCA CAG GCG UUG CA | Skipping to 200 n M |

10    Table 35

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 44

Antisense oligonucleotides directed at exon 44 were prepared using similar

methods as described above.  Testing fior the ability of these antisense molecules to induce

exon 44 skipping is still in progress.  The antisense molecules under review are shown as

15    SEQ ID Nos: 165 to 167 in Table 1A.

60

SRPT-VYDS-0130190

ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 45

      Antisense oligonucleotides directed at exon 45 were prepared using similar
methods as described above.  Testing for the ability of these antisense molecules to induce
exon 45 skipping is still in progress.  The antisense molecules under review are shown as
5    SEQ ID Nos: 207 to 211 in Table 1A.

ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 46

      Antisense oligonucleotides directed at exon 46 were prepared and tested for
their ability to induce exon skipping in human muscle cells using similar methods as
described above.

10        Figure 21 illustrates the efficiency of one antisense molecule directed at
exon 46 acceptor splice site.  Antisense oligonucleotide H46A(+86+115) [SEQ ID
NO:203] showed very strong ability to induce exon 46 skipping.  Table 36 below includes
antisense molecules tested.  These antisense molecules showed varying ability to induce
exon 46 skipping.

15

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 168 | H46D(+16-04) | UUA CCU UGA CUU GCU CAA GC | No skipping |
| 169 | H46A(+90+109) | UCC AGG UUC AAG UGG GAU AC | No skipping |
| 203 | H46A(+86+115) | CUC UUU UCC AGG UUC AAG UGG GAU ACU AGC | Good skipping to 100 nM |
| 204 | H46A(+107+137) | CAA GCU UUU CUU UUA GUU GCU GCU CUU UUC C | Good skipping to 100 nM |
| 205 | H46A(-10+20) | UAU UCU UUU GUU CUU CUA GCC UGG AGA AAG | Weak skipping |
| 206 | H46A(+50+77) | CUG CUU CCU CCA ACC AUA AAA CAA AUU C | Weak skipping |

Table 36

SRPT-VYDS-0130191

ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 47

Antisense oligonucleotides directed at exon 47 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

5      H47A(+76+100) [SEQ ID NO:170] and H47A(-09+12) [SEQ ID NO:172] both induced exon 47 skipping when delivered into cells at a concentration of 200 nM. H47D(+25-02) [SEQ ID NO: 171] is yet to be prepared and tested.

ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 50

Antisense oligonucleotides directed at exon 50 were prepared and tested for 10   their ability to induce exon skipping in human muscle cells using similar methods as described above.

Antisense oligonucleotide molecule H50A(+02+30) [SEQ ID NO: 173] was a strong inducer of exon skipping.  Further, H50A(+07+33) [SEQ ID NO:174] and H50D(+07-18) [SEQ ID NO:175] both induced exon 50 skipping when delivered into cells 15   at a concentration of 100 nM.

ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 51

Antisense oligonucleotides directed at exon 51 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

20      Figure 22 illustrates differing efficiencies of two antisense molecules directed at exon 51 acceptor splice site.  Antisense oligonucleotide H51A(+66+90) [SEQ ID NO:180] showed the stronger ability to induce exon 51 skipping.  Table 37 below includes antisense molecules tested at a concentration range of 25, 50, 100, 300 and 600 nM.  These antisense molecules showed varying ability to induce exon 51 skipping.  The 25   strongest inducers of exon skipping were antisense oligonucleotide H51A(+61+90) [SEQ ID NO: 179] and H51A(+66+95) [SEQ ID NO: 181].

62

SRPT-VYDS-0130192

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 176 | H51A(-01+25) | ACC AGA GUA ACA GUC UGA GUA GGA GC | Faint skipping |
| 177 | H51D(+16-07) | CUC AUA CCU UCU GCU UGA UGA UC | Skipping at 300 nM |
| 178 | H51A(+111+134) | UUC UGU CCA AGC CCG GUU GAA AUC | Needs re- testing |
| 179 | H51A(+61+90) | ACA UCA AGG AAG AUG GCA UUU CUA GUU UGG | Very strong skipping |
| 180 | H51A(+66+90) | ACA UCA AGG AAG AUG GCA UUU CUA G | skipping |
| 181 | H51A(+66+95) | CUC CAA CAU CAA GGA AGA UGG CAU UUC UAG | Very strong skipping |
| 182 | H51D(+08-17) | AUC AUU UUU UCU CAU ACC UUC UGC U | No skipping |
| 183 | H51A/D(+08-17) & (-15+?) | AUC AUU UUU UCU CAU ACC UUC UGC UAG GAG CUA AAA | No skipping |
| 184 | H51A(+175+195) | CAC CCA CCA UCA GCC UCU GUG | No skipping |
| 185 | H51A(+199+220) | AUC AUC UCG UUG AUA UCC UCA A | No skipping |

Table 37


ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 52

Antisense oligonucleotides directed at exon 52 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

Figure 22 also shows differing efficiencies of four antisense molecules directed at exon 52 acceptor splice site. The most effective antisense oligonucleotide for inducing exon 52 skipping was H52A(+17+37) [SEQ ID NO:188].

Table 38 below shows antisense molecules tested at a concentration range of 50, 100, 300 and 600 nM. These antisense molecules showed varying ability to induce exon 50 skipping. Antisense molecules H52A(+12+41) [SEQ ID NO:187] and

63

SRPT-VYDS-0130193

H52A(+17+37) [SEQ ID NO:188] showed the strongest exon 50 skipping at a concentration of 50 nM.

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 186 | H52A(-07+14) | UCC UGC AUU GUU GCC UGU AAG | No skipping |
| 187 | H52A(+12+41) | UCC AAC UGG GGA CGC CUC UGU UCC AAA UCC | Very strong skipping |
| 188 | H52A(+17+37) | ACU GGG GAC GCC UCU GUU CCA | Skipping to 50 nM |
| 189 | H52A(+93+112) | CCG UAA UGA UUG UUC UAG CC | No skipping |
| 190 | H52D(+05-15) | UGU UAA AAA ACU UAC UUC GA | No skipping |

Table 38

5 ## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 53

Antisense oligonucleotides directed at exon 53 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

Figure 22 also shows antisense molecule H53A(+39+69) [SEQ ID NO:193] 10 directed at exon 53 acceptor splice site. This antisense oligonucleotide was able to induce exon 53 skipping at 5, 100, 300 and 600 nM. A "cocktail" of three exon 53 antisense oligonucleotides: H53A(+23+47) [SEQ ID NO:195], H53A(+150+176) [SEQ ID NO:196] and H53D(+14-07) [SEQ ID NO:194], was also tested, as shown in Figure 20 and exhibited an ability to induce exon skipping.

15 Table 39 below includes other antisense molecules tested at a concentration range of 50, 100, 300 and 600 nM. These antisense molecules showed varying ability to induce exon 53 skipping. Antisense molecule H53A(+39+69) [SEQ ID NO:193] induced the strongest exon 53 skipping.

64

SRPT-VYDS-0130194

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 191 | H53A(+45+69) | CAU UCA ACU GUU GCC UCC GGU UCU G | Faint skipping at 50 nM |
| 192 | H53A(+39+62) | CUG UUG CCU CCG GUU CUG AAG GUG | Faint skipping at 50 nM |
| 193 | H53A(+39+69) | CAU UCA ACU GUU GCC UCC GGU UCU GAA GGU G | Strong skipping to 50 nM |
| 194 | H53D(+14-07) | UAC UAA CCU UGG UUU CUG UGA | Very faint skipping to 50 nM |
| 195 | H53A(+23+47) | CUG AAG GUG UUC UUG UAC UUC AUC C | Very faint skipping to 50 nM |
| 196 | H53A(+150+176) | UGU AUA GGG ACC CUC CUU CCA UGA CUC | Very faint skipping to 50 nM |
| 197 | H53D(+20-05) | CUA ACC UUG GUU UCU GUG AUU UUC U | Not made yet |
| 198 | H53D(+09-18) | GGU AUC UUU GAU ACU AAC CUU GGU UUC | Faint at 600 nM |
| 199 | H53A(-12+10) | AUU CUU UCA ACU AGA AUA AAA G | No skipping |
| 200 | H53A(-07+18) | GAU UCU GAA UUG UUU CAA CUA GAA U | No skipping |
| 201 | H53A(+07+26) | AUC CCA CUG AUU CUG AAU UC | No skipping |
| 202 | H53A(+124+145) | UUG GCU CUG GCC UGU CCU AAG A | No skipping |

Table 39

65

SRPT-VYDS-0130195

**The Claims Defining the Invention are as Follows**

1.      An antisense molecule capable of binding to a selected target site to induce exon skipping in the dystrophin gene, as set forth in SEQ ID NO: 1 to 202.

2.      An antisense molecule according to claim 1 capable of inducing exon skipping in exons 3, 4, 8, 10 to 16, 19 to 40, 42 to 44, 46, 47 and 50 to 53 of the dystrophin gene.

3.      A combination of two or more antisense molecules according to claim 1 or 2 capable of binding to a selected target to induce exon skipping in the dystrophin gene.

4.      A combination or two or more antisense molecules according to claim 3 selected from Table 1B.

5.      A combination of two or more antisense molecules according to claim 1 or 2 joined together to form a "weasel", wherein said weasel is capable of binding to a selected target to induce exon skipping in the dystrophin gene.

6.      A combination of two or more antisense molecules according to claim 5 selected from Table 1C.

7.      The antisense molecule according to any one of claims 1 to 6, capable of binding to a selected target site, wherein the target site is an rnRNA splicing site selected from a splicer donor site, splice acceptor sites or exonic splicing enhancer elements.

SRPT-VYDS-0130196

8.      A method of treating muscular dystrophy in a patient comprising administering to the patient a composition comprising an antisense molecule according to anyone of claims 1 to 6.

9.      A pharmaceutical or therapeutic composition for the treatment of
5   muscular dystrophy in a patient comprising (a) at least an antisense molecule according to any one of claims 1 to 6, and (b) one or more pharmaceutically acceptable carriers and/or diluents.

10.      The composition according to claim 9, comprising about 20 nM to 600 nM of the antisense molecule.

10                          11.      The use of an antisense molecule according to any one of claims 1 to 6 for the manufacture of a medicament for modulation of muscular dystrophy.

12.      An antisense molecule according to any one of claims 1 to 6 for use in antisense molecule based therapy.

13.      An antisense molecule according to any one of claims 1 to 6 as
15   herein before described with reference to the examples.

14.      A kit comprising at least one antisense molecule according to any one of claims 1 to 6, a suitable carrier and instructions for its use.

67

SRPT-VYDS-0130197

## ABSTRACT

5   An antisense molecule capable of binding to a selected target site to induce
exon skipping in the dystrophin gene, as set forth in SEQ ID NO: 1 to 202.

10

SRPT-VYDS-0130198

# FIGURE 1



SEQ ID NO:213                                                    SEQ ID NO:214

SRPT-VYDS-0130199

2/22



# FIGURE 2

SRPT-VYDS-0130200

H8A(-06+14) | H8A(-06+18)

M 600 300 100 50 20 UT 600 300 100 50 20 UT M



**FIGURE 3**

SRPT-VYDS-0130201

4/22

H7A(+45+67)          H7A(+2+26)

M   600  300 100 50  20  600NM 600 300 100  50  20 600N M



**FIGURE 4**

SRPT-VYDS-0130202

H6D(+4-21)                 H6D(+18+4)

(nM)

M   600 300 100  50  20  600N  M 600 300 100  50  20  UT



# FIGURE 5

SRPT-VYDS-0130203

6A(+69+91)



M       600     300     200     100     50      20      UT



**FIGURE 6**

H4A(+13+32)



FIGURE 7

SRPT-VYDS-0130205



**FIGURE 8**



FIGURE 9



**FIGURE 10**

SRPT-VYDS-0130208



**Weasel19/20/20**
H19A(+35+53)-aa-
H20A(+44+63)-aa-
H20A(+149+168)

**Weasel19/20**
H19A(+35+53)-
aa-
H20A(+44+63)

**Weasel19/20**
H19A(+35+53)-
aa-
H20A(+149+168)

**19/20/20 cocktail**
HM19A(+35+36)
H20A(+44+71)
H20A(+149+170)

## FIGURE 11

SRPT-VYDS-0130209

SRPT-VYDS-0130210



**FIGURE 12**



**FIGURE 13**

SRPT-VYDS-0130211

13/22

SRPT-VYDS-0130212



FIGURE 14

SRPT-VYDS-0130213



**FIGURE 15**

SRPT-VYDS-0130214

16/22



**FIGURE 16**

SRPT-VYDS-0130215

17/22



**FIGURE 17**

**H38A(+88+112)**



## FIGURE 18

SRPT-VYDS-0130216



FIGURE 19



**FIGURE 20**

SRPT-VYDS-0130218

H46A(+86+115)



**FIGURE 21**

SRPT-VYDS-0130219

SRPT-VYDS-0130220

22/22



**FIGURE 22**

PTO/AIA/14 (08-12)
Approved for use through 0011/2014 OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | AVN-008CN13 |
|---|---|---|
| | Application Number | |

| Title of Invention | ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF |
|---|---|

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76. This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2 (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

## Inventor Information:

| Inventor | 1 | | | | | Remove |
|---|---|---|---|---|---|---|
| **Legal Name** | | | | | | |

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| Mr. | Stephen | Donald | WILTON | |

**Residence Information (Select One)** ◯ US Residency  ⦿ Non US Residency  ◯ Active US Military Service

| City | Applecross | Country of Residence  i | AU |
|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | 18 Spey Road | | | |
|---|---|---|---|---|
| Address 2 | | | | |
| City | Applecross | | State/Province | |
| Postal Code | 6153 | Country i | AU | |

| Inventor | 2 | | | | | Remove |
|---|---|---|---|---|---|---|
| **Legal Name** | | | | | | |

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| Ms. | Sue | | FLETCHER | |

**Residence Information (Select One)** ◯ US Residency  ⦿ Non US Residency  ◯ Active US Military Service

| City | Bayswater | Country of Residence  i | AU |
|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | 14 Roberts Street | | | |
|---|---|---|---|---|
| Address 2 | | | | |
| City | Bayswater | | State/Province | |
| Postal Code | 6053 | Country i | AU | |

| Inventor | 3 | | | | | Remove |
|---|---|---|---|---|---|---|
| **Legal Name** | | | | | | |

SRPT-VYDS-0130221

PTO/AIA/14 (08-12)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | AVN-008CN13 |
|---|---|---|
| | Application Number | |

| Title of Invention | ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF |
|---|---|

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Graham | | McClorey | |

**Residence Information (Select One)** ○ US Residency  ● Non US Residency  ○ Active US Military Service

| City | Bayswater | Country of Residence | i | AU |
|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | | 8 Digwood Close | | | |
|---|---|---|---|---|---|
| Address 2 | | | | | |
| City | Bayswater | | | State/Province | |
| Postal Code | | 6053 | Country | I | AU |

| All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the **Add** button. | Add |
|---|---|

## Correspondence Information:

| Enter either Customer Number or complete the Correspondence Information section below. For further information see 37 CFR 1.33(a). |
|---|

| ☐ An Address is being provided for the correspondence Information of this application. |
|---|

| Customer Number | 00959 | | |
|---|---|---|---|
| Email Address | ipboston.docketing@nelsonmullins.com | Add Email | Remove Email |

## Application Information:

| Title of the Invention | ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF | | |
|---|---|---|---|
| Attorney Docket Number | AVN-008CN13 | Small Entity Status Claimed | ☒ |
| Application Type | Nonprovisional | | |
| Subject Matter | Utility | | |
| Suggested Class (if any) | | Sub Class (if any) | |
| Suggested Technology Center (if any) | | | |
| Total Number of Drawing Sheets (if any) | 22 | Suggested Figure for Publication (if any) | |

## Publication Information:

| ☐ Request Early Publication (Fee required at time of Request 37 CFR 1.219) |
|---|

| ☐ **Request Not to Publish.** I hereby request that the attached application not be published under 35 U.S.C. 122(b) and certify that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing. |
|---|

## Representative Information:

EFS Web 2.2.3

PTO/AIA/14 (08-12)
Approved for use through 00/00/20XX. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | AVN-008CN13 |
|---|---|---|
| | Application Number | |

| Title of Invention | ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF |
|---|---|

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32). Either enter Customer Number or complete the Representative Name section below. If both sections are completed the customer Number will be used for the Representative Information during processing.

| Please Select One: | ● Customer Number | ○ US Patent Practitioner | ○ Limited Recognition (37 CFR 11.9) |
|---|---|---|---|
| Customer Number | 00959 | | |

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, or 365(c) or indicate National Stage entry from a PCT application. Providing this information in the application data sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78.

| Prior Application Status | Pending | | | Remove | |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | | |
| | Continuation of | 13168857 | 2011-06-24 | | |

| Prior Application Status | Patented | | | | Remove |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 13168857 | Continuation of | 12/837539 | 2010-07-15 | 8232384 | 2012-07-31 |

| Prior Application Status | Patented | | | | Remove |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 12837359 | Continuation of | 11570691 | 2008-01-15 | 7807816B | 2010-10-05 |

| Prior Application Status | Pending | | | Remove | |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | | |
| 11570691 | a 371 of international | PCTAU2005000943 | 2005-06-28 | | |

Additional Domestic Benefit/National Stage Data may be generated within this form by selecting the **Add** button. [Add]

## Foreign Priority Information:

This section allows for the applicant to claim benefit of foreign priority and to identify any prior foreign application for which priority is not claimed. Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55(a).

| | | | Remove | |
|---|---|---|---|---|
| Application Number | Country ⁱ | Filing Date (YYYY-MM-DD) | Priority Claimed | |
| 2004903474 | AU | 2004-06-28 | ● Yes ○ No | |

Additional Foreign Priority Data may be generated within this form by selecting the **Add** button. [Add]

SRPT-VYDS-0130223

PTO/AIA/14 (08-12)
Approved for use through 00/00/20XX. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | AVN-008CN13 |
| | Application Number | |

| Title of Invention | ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF |

# Authorization to Permit Access:

| ☒ | Authorization to Permit Access to the Instant Application by the Participating Offices |

If checked, the undersigned hereby grants the USPTO authority to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the World Intellectual Property Office (WIPO), and any other intellectual property offices in which a foreign application claiming priority to the instant patent application is filed access to the instant patent application. See 37 CFR 1.14(c) and (h). This box should not be checked if the applicant does not wish the EPO, JPO, KIPO, WIPO, or other intellectual property office in which a foreign application claiming priority to the instant patent application is filed to have access to the instant patent application.

In accordance with 37 CFR 1.14(h)(3), access will be provided to a copy of the instant patent application with respect to: 1) the instant patent application-as-filed; 2) any foreign application to which the instant patent application claims priority under 35 U.S.C. 119(a)-(d) if a copy of the foreign application that satisfies the certified copy requirement of 37 CFR 1.55 has been filed in the instant patent application; and 3) any U.S. application-as-filed from which benefit is sought in the instant patent application.

In accordance with 37 CFR 1.14(c), access may be provided to information concerning the date of filing this Authorization.

# Applicant Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

**Applicant 1**

If the applicant is the inventor (or the remaining joint inventor or inventors under 37 CFR 1.45), this section should not be completed. The information to be provided in this section is the name and address of the legal representative who is the applicant under 37 CFR 1.43; or the name and address of the assignee, person to whom the inventor is under an obligation to assign the invention, or person who otherwise shows sufficient proprietary interest in the matter who is the applicant under 37 CFR 1.46. If the applicant is an applicant under 37 CFR 1.46 (assignee, person to whom the inventor is obligated to assign, or person who otherwise shows sufficient proprietary interest) together with one or more joint inventors, then the joint inventor or inventors who are also the applicant should be identified in this section.

| | | Remove |

| ◉ | Assignee | ○ | Legal Representative under 35 U.S.C. 117 |

| ○ | Person to whom the inventor is obligated to assign. | ○ | Person who shows sufficient proprietary interest |

If applicant is the legal representative, indicate the authority to file the patent application, the inventor is:

| | |

Name of the Deceased or Legally Incapacitated Inventor :

If the Assignee is an Organization check here.    ☒

| Organization Name | The University of Western Australia |

SRPT-VYDS-0130224

PTO/AIA/14 (08-12)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | AVN-008CN13 |
|---|---|---|
| | Application Number | |

| Title of Invention | ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF |
|---|---|

**Mailing Address Information:**

| Address 1 | 35 Stirling Highway | | |
|---|---|---|---|
| Address 2 | | | |
| City | Crawley | State/Province | |
| Country i | AU | Postal Code | |
| Phone Number | 6009 | Fax Number | |
| Email Address | | | |

Additional Applicant Data may be generated within this form by selecting the Add button.    | Add |

## Signature:    | Remove |

NOTE: This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications

| Signature | /Amy E. Mandragouras, Esq./ | | | Date (YYYY-MM-DD) | 2013-01-14 |
|---|---|---|---|---|---|
| First Name | Amy | Last Name | Mandragouras | Registration Number | 36207 |

Additional Signature may be generated within this form by selecting the Add button.    | Add |

This collection of information is required by 37 CFR 1.76. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data sheet form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

SRPT-VYDS-0130225

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.     The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.

2.     A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.     A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.     A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.     A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.     A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.     A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.     A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.     A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

SRPT-VYDS-0130226

I hereby certify that this paper (along with any paper referred to as being attached or enclosed) is being transmitted via the Office electronic filing system in accordance with 37 CFR § 1.6(a)(4).

Dated: January 14, 2013
Electronic Signature for Amy E. Mandragouras, Esq.:  /Amy E. Mandragouras, Esq./

Docket No.: AVN-008CN13
(PATENT)

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of:
Stephen Donald Wilton *et al.*

Application No.: Not Yet Assigned               Confirmation No.: N/A

Filed: Concurrently Herewith                    Art Unit: 1635

For:  ANTISENSE OLIGONUCLEOTIDES FOR          Examiner: K. Chong
      INDUCING EXON SKIPPING AND
      METHODS OF USE THEREOF

## STATEMENT PURSUANT TO 37 CFR 1.821

MS Sequence
Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Dear Madam:

Submitted herewith in connection with the above-referenced patent application and in full compliance with 37 C.F.R. §§1.821-1.825 is a computer readable copy and paper copy of the Sequence Listing (filed together as a .txt file via the United States Patent Office's Electronic Filing System).

I hereby state that I have reviewed the paper copy of the Sequence Listing, as required by 37 CFR 1.821(c), and have reviewed the computer readable form of the Sequence Listing, as required by 37 CFR 1.821(e), and that the content of the paper and computer readable copies for the above-referenced Patent application are the same as required by 37 CFR 1.821(f)

Application No.: Not Yet Assigned                          Docket No.: AVN-008CN12

(note that these documents are submitted as one electronic file). No new matter has been added to the Sequence Listing.

Dated:  January 14, 2013            Respectfully submitted,


                                    Electronic signature:  /Amy E. Mandragouras, Esq./
                                    Amy E. Mandragouras, Esq.
                                    Registration No.: 36,207
                                    NELSON MULLINS RILEY & SCARBOROUGH LLP
                                    One Post Office Square
                                    Boston, Massachusetts  02109-2127
                                    (800) 237-2000
                                    (617) 742-4214 (Fax)
                                    Attorney/Agent For Applicant

2

SRPT-VYDS-0130228

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 14696571 |
| **Application Number:** | 13741150 |
| **International Application Number:** | |
| **Confirmation Number:** | 3931 |
| **Title of Invention:** | ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF |
| **First Named Inventor/Applicant Name:** | Stephen Donald Wilton |
| **Customer Number:** | 959 |
| **Filer:** | Amy E. Mandragouras/Joanne Connors |
| **Filer Authorized By:** | Amy E. Mandragouras |
| **Attorney Docket Number:** | AVN-008CN13 |
| **Receipt Date:** | 14-JAN-2013 |
| **Filing Date:** | |
| **Time Stamp:** | 18:29:59 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Specification | Application.pdf | 285513 <br> a96ab0a40e71c96aa8ba15baf09e04048b7f 59be | no | 68 |

| Warnings: |
|---|
| Information: |

| 2 | Drawings-only black and white line drawings | Drawings.pdf | 8758953<br><br>310845a0c8fceccf6aff540a5bb9a332670170b0 | no | 22 |

**Warnings:**

**Information:**

| 3 | Application Data Sheet | ADS.pdf | 1064513<br><br>2d0074ff7726b97d4f6e1da12cb5ef6036270ab9 | no | 6 |

**Warnings:**

**Information:**

| 4 | CRF Statement Paper and CRF are the same | Statement.pdf | 27984<br><br>a9b93d38d0426510009be98b8f8e739519b63db11 | no | 2 |

**Warnings:**

**Information:**

| 5 | Sequence Listing (Text File) | SequenceListing.txt | 61942 | no | 0 |

**Warnings:**

**Information:**

| Total Files Size (in bytes): | 10198905 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

SRPT-VYDS-0130230

DocCode – SEQ.TXT

# SCORE Placeholder Sheet for IFW Content

## Application Number: 13741150     Document Date: 01/14/2013

The presence of this form in the IFW record indicates that the following document type was
received in electronic format on the date identified above. This content is stored in the SCORE
database.

- Sequence Listing

Since this was an electronic submission, there is no physical artifact folder, no artifact folder is
recorded in PALM, and no paper documents or physical media exist. The TIFF images in the
IFW record were created from the original documents that are stored in SCORE.

To access the documents in the SCORE database, refer to instructions developed by SIRA.

At the time of document entry (noted above):
  • Examiners may access SCORE content via the eDAN interface.
  • Other USPTO employees can bookmark the current SCORE URL
  (http://es/ScoreAccessWeb/).
  • External customers may access SCORE content via the Public and Private PAIR
  interfaces.

Form Revision Date: February 8, 2006

1

SRPT-VYDS-0130231

DocCode - SCORE

# SCORE Placeholder Sheet for IFW Content

Application Number: 13741150          Document Date: 01/14/2013

The presence of this form in the IFW record indicates that the following document type was received in electronic format on the date identified above. This content is stored in the SCORE database.

- Drawings – Other than Black and White Line Drawings

Since this was an electronic submission, there is no physical artifact folder, no artifact folder is recorded in PALM, and no paper documents or physical media exist. The TIFF images in the IFW record were created from the original documents that are stored in SCORE.

To access the documents in the SCORE database, refer to instructions developed by SIRA.

At the time of document entry (noted above):
- Examiners may access SCORE content via the eDAN interface.
- Other USPTO employees can bookmark the current SCORE URL (http://es/ScoreAccessWeb/).
- External customers may access SCORE content via the Public and Private PAIR interfaces.

Form Revision Date: February 8, 2006

SRPT-VYDS-0130232

```
============================================================
Sequence Listing was accepted.
See attached Validation Report.
If you need help call the Patent Electronic Business Center at (866)
217-9197 (toll free).
Reviewer: markspencer
Timestamp: [year=2013; month=1; day=25; hr=13; min=37; sec=41; ms=221; ]
============================================================
```

SRPT-VYDS-0130233

Validated By CRFValidator v 1.0

| | | | |
|---|---|---|---|
| Application No: | 13741150 | Version No: | 1.0 |

Input Set:

Output Set:

|  |  |
|---:|:---|
| Started: | 2013-01-14 18:30:30.742 |
| Finished: | 2013-01-14 18:30:34.054 |
| Elapsed: | 0 hr(s) 0 min(s) 3 sec(s) 312 ms |
| Total Warnings: | 212 |
| Total Errors: | 1 |
| No. of SeqIDs Defined: | 214 |
| Actual SeqID Count: | 214 |

| Error code | | Error Description |
|---|---|---|
| E | 287 | Invalid WIPO ST.2 date format; Use (YYYY-MM-DD) in <141> |
| W | 213 | Artificial or Unknown found in <213>  in SEQ ID (1) |
| W | 213 | Artificial or Unknown found in <213>  in SEQ ID (2) |
| W | 213 | Artificial or Unknown found in <213>  in SEQ ID (3) |
| W | 213 | Artificial or Unknown found in <213>  in SEQ ID (4) |
| W | 213 | Artificial or Unknown found in <213>  in SEQ ID (5) |
| W | 213 | Artificial or Unknown found in <213>  in SEQ ID (6) |
| W | 213 | Artificial or Unknown found in <213>  in SEQ ID (7) |
| W | 213 | Artificial or Unknown found in <213>  in SEQ ID (8) |
| W | 213 | Artificial or Unknown found in <213>  in SEQ ID (9) |
| W | 213 | Artificial or Unknown found in <213>  in SEQ ID (10) |
| W | 213 | Artificial or Unknown found in <213>  in SEQ ID (11) |
| W | 213 | Artificial or Unknown found in <213>  in SEQ ID (12) |
| W | 213 | Artificial or Unknown found in <213>  in SEQ ID (13) |
| W | 213 | Artificial or Unknown found in <213>  in SEQ ID (14) |
| W | 213 | Artificial or Unknown found in <213>  in SEQ ID (15) |
| W | 213 | Artificial or Unknown found in <213>  in SEQ ID (16) |
| W | 213 | Artificial or Unknown found in <213>  in SEQ ID (17) |
| W | 213 | Artificial or Unknown found in <213>  in SEQ ID (18) |
| W | 213 | Artificial or Unknown found in <213>  in SEQ ID (19) |

SRPT-VYDS-0130234

```
                    Input Set:


                   Output Set:



                     Started:   2013-01-14 18:30:30.742
                    Finished:   2013-01-14 18:30:34.054
                     Elapsed:   0 hr(s) 0 min(s) 3 sec(s) 312 ms
              Total Warnings:   212
                Total Errors:   1
     No. of SeqIDs Defined:     214
      Actual SeqID Count:       214
```

Error code       Error Description

```
W   213       Artificial or Unknown found in <213>  in SEQ ID (20)
                This error has occured more than 20 times, will not be displayed
```

SRPT-VYDS-0130235

SEQUENCE LISTING

```
<110> WILTON, STEPHEN DONALD
      FLETCHER, SUE
      MCCLOREY, GRAHAM

<120> ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS
      OF USE THEREOF

<130> AVN-008CN13
<140>  US 13/741,150
<141>  2013-01-14


<150> 13/168,857
<151> 2011-06-24

<150> 12/837,359
<151> 2010-07-15

<150> 11/570,691
<151> 2008-01-15

<150> PCT/AU2005/000943
<151> 2005-06-28

<150> AU 2004903474
<151> 2004-06-28


<160> 214

<170> PatentIn version 3.5

<210> 1
<211> 24
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 1
gauagguggu aucaacaucu guaa                                        24


<210> 2
<211> 21
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide
```

SRPT-VYDS-0130236

```
<400> 2
gauagguggu aucaacaucu g                                                21


<210> 3
<211> 25
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 3
gauagguggu aucaacaucu guaag                                            25


<210> 4
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 4
ggugguauca acaucuguaa                                                  20


<210> 5
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 5
guaucaacau cuguaagcac                                                  20


<210> 6
<211> 23
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 6
```

ugcauguucc agucguugug ugg                                          23


<210> 7
<211> 25
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 7
cacuauucca gucaaauagg ucugg                                        25


<210> 8
<211> 25
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 8
auuuaccaac cuucaggauc gagua                                        25


<210> 9
<211> 21
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 9
ggccuaaaac acauacacau a                                            21


<210> 10
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Canine 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 10
cauuuuugac cuacaugugg                                              20

SRPT-VYDS-0130238

```
<210> 11
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Canine 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 11
uuugaccuac auguggaaag                                          20


<210> 12
<211> 26
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Canine 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 12
uacauuuuug accuacaugu ggaaag                                   26


<210> 13
<211> 22
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Canine 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 13
auuuuugacc uacaugggaa ag                                       22


<210> 14
<211> 23
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Canine 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 14
uacgaguuga uugucggacc cag                                      23
```

```
<210> 15
<211> 25
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Canine 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 15
guggucuccu uaccuaugac ugugg                                        25


<210> 16
<211> 17
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Canine 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 16
ggucuccuua ccuauga                                                 17


<210> 17
<211> 24
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 17
ugucucagua aucuucuuac cuau                                         24


<210> 18
<211> 24
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 18
ucuuaccuau gacuauggau gaga                                         24
```

SRPT-VYDS-0130240

```
<210> 19
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 19
gcaugaacuc uuguggaucc                                                    20


<210> 20
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 20
ccaggguacu acuuacauua                                                    20


<210> 21
<211> 21
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 21
aucguguguc acagcaucca g                                                  21


<210> 22
<211> 30
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 22
uguucagggc augaacucuu guggauccuu                                         30


<210> 23
```

```
<211> 31
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 23
uaggaggcgc cucccauccu guaggucacu g                              31


<210> 24
<211> 31
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 24
aggucuagga ggcgccuccc auccuguagg u                              31


<210> 25
<211> 25
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 25
gcgccuccca uccuguaggu cacug                                     25


<210> 26
<211> 26
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 26
cuucgaggag gucuaggagg cgccuc                                    26


<210> 27
<211> 21
```

```
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 27
cucccauccu guaggucacu g                                          21


<210> 28
<211> 22
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 28
uaccaguuuu ugcccuguca gg                                         22


<210> 29
<211> 26
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 29
ucaauaugcu gcuucccaaa cugaaa                                     26


<210> 30
<211> 25
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 30
cuaggaggcg ccucccaucc uguag                                      25


<210> 31
<211> 31
<212> RNA
```

<213> Artificial Sequence

<220>

<223> Description of Artificial Sequence: Synthetic
     Human 2'-O-methyl phosphorothioate antisense
     oligonucleotide

<400> 31

uuaugauuuc caucuacgau gucaguacuu c                                    31

<210> 32
<211> 31
<212> RNA
<213> Artificial Sequence

<220>

<223> Description of Artificial Sequence: Synthetic
     Human 2'-O-methyl phosphorothioate antisense
     oligonucleotide

<400> 32

cuuaccugcc aguggaggau uauauuccaa a                                    31

<210> 33
<211> 25
<212> RNA
<213> Artificial Sequence

<220>

<223> Description of Artificial Sequence: Synthetic
     Human 2'-O-methyl phosphorothioate antisense
     oligonucleotide

<400> 33

caucaggauu cuuaccugcc agugg                                           25

<210> 34
<211> 25
<212> RNA
<213> Artificial Sequence

<220>

<223> Description of Artificial Sequence: Synthetic
     Human 2'-O-methyl phosphorothioate antisense
     oligonucleotide

<400> 34

cgaugucagu acuuccaaua uucac                                           25

<210> 35
<211> 18
<212> RNA
<213> Artificial Sequence

SRPT-VYDS-0130244

```
<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 35
accauucauc aggauucu                                          18


<210> 36
<211> 18
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 36
accugccagu ggaggauu                                          18


<210> 37
<211> 27
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 37
ccaauauuca cuaaaucaac cuguuaa                                27


<210> 38
<211> 30
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 38
caggauucuu accugccagu ggaggauuau                             30


<210> 39
<211> 31
<212> RNA
<213> Artificial Sequence
```

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 39
acgaugucag uacuuccaau auucacuaaa u                              31


<210> 40
<211> 31
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 40
auuuccaucu acgaugucag uacuuccaau a                              31


<210> 41
<211> 21
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 41
caggagcuuc caaaugcugc a                                         21


<210> 42
<211> 29
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 42
cuugucuuca ggagcuucca aaugcugca                                 29


<210> 43
<211> 22
<212> RNA
<213> Artificial Sequence

<220>

```
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 43
uccucagcag aaagaagcca cg                                    22


<210> 44
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 44
uuagaaaucu cuccuugugc                                       20


<210> 45
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 45
uaaauugggu guuacacaau                                       20


<210> 46
<211> 24
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 46
cccugaggca uucccaucuu gaau                                  24


<210> 47
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
```

SRPT-VYDS-0130247

          Human 2'-O-methyl phosphorothioate antisense
          oligonucleotide

<400> 47
aggacuuacu ugcuuuguuu                                          20

<210> 48
<211> 23
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 48
cuugaauuua ggagauucau cug                                      23

<210> 49
<211> 23
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 49
caucuucuga uaauuuuccu guu                                      23

<210> 50
<211> 24
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 50
ucuucuguuu uuguuagcca guca                                     24

<210> 51
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense

SRPT-VYDS-0130248

oligonucleotide

<400> 51
ucuauguaaa cugaaaauuu                                              20


<210> 52
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 52
uucuggagau ccauuaaaac                                              20


<210> 53
<211> 24
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 53
cagcaguugc gugaucucca cuag                                        24


<210> 54
<211> 21
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 54
uucaucaacu accaccacca u                                           21


<210> 55
<211> 25
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

SRPT-VYDS-0130249

```
<400> 55
cuaagcaaaa uaaucugacc uuaag                                    25


<210> 56
<211> 28
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 56
cuuguaaaag aacccagcgg ucuucugu                                 28


<210> 57
<211> 22
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 57
caucuacaga uguuugccca uc                                       22


<210> 58
<211> 23
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 58
gaaggauguc uuguaaaaga acc                                      23


<210> 59
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide
```

```
<400> 59
accuguucuu caguaagacg                                              20


<210> 60
<211> 24
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 60
caugacacac cuguucuuca guaa                                         24


<210> 61
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<4
```

PTO/AIA/01 (06-12)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## DECLARATION (37 CFR 1.63) FOR UTILITY OR DESIGN APPLICATION USING AN APPLICATION DATA SHEET (37 CFR 1.76)

| Title of Invention | ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF |
|---|---|

As the below named inventor, I hereby declare that:

This declaration is directed to:

[ ] The attached application, or

[x] United States application or PCT international application number    13/741,150

filed on    01/14/2013 .

The above-identified application was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

### WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

LEGAL NAME OF INVENTOR

Inventor:    Stephen Donald WILTON      Date (Optional): 26/03/13

Signature: _____

Note: An application data sheet (PTO/SB/14 or equivalent), including naming the entire inventive entity, must accompany this form or must have been previously filed. Use an additional PTO/AIA/01 form for each additional inventor.

SRPT-VYDS-0134063

PTO/AIA/01 (06-12)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## DECLARATION (37 CFR 1.63) FOR UTILITY OR DESIGN APPLICATION USING AN APPLICATION DATA SHEET (37 CFR 1.76)

| Title of Invention | ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF |
|---|---|

As the below named inventor, I hereby declare that:

This declaration is directed to:

[ ] The attached application, or

[x] United States application or PCT international application number ___13/741,150___
filed on ___01/14/2013___ .

The above-identified application was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

### WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

LEGAL NAME OF INVENTOR

Inventor: ___Sue FLETCHER___    Date (Optional): _26/04/2013_

Signature: _[signature]_

Note: An application data sheet (PTO/SB/14 or equivalent), including naming the entire inventive entity, must accompany this form or must have been previously filed. Use an additional PTO/AIA/01 form for each additional inventor.

SRPT-VYDS-0134064

PTO/AIA/01 (06-12)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## DECLARATION (37 CFR 1.63) FOR UTILITY OR DESIGN APPLICATION USING AN APPLICATION DATA SHEET (37 CFR 1.76)

| Title of Invention | ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF |
|---|---|

As the below named inventor, I hereby declare that:

This declaration is directed to:

☐ The attached application, or

☒ United States application or PCT international application number ____13/741,150____
filed on ____01/14/2013____ .

The above-identified application was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

### WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

LEGAL NAME OF INVENTOR

Inventor: ____Graham MCCLOREY____     Date (Optional): _26-03-13_

Signature: _Graham McClorey_

Note: An application data sheet (PTO/SB/14 or equivalent), including naming the entire inventive entity, must accompany this form or must have been previously filed. Use an additional PTO/AIA/01 form for each additional inventor.

SRPT-VYDS-0134065

PTO/AIA/22 (03-13)
Approved for use through 03/31/2013. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PETITION FOR EXTENSION OF TIME UNDER 37 CFR 1.136(a) | Docket Number (Optional) |
|---|---|
| | AVN-008CN13 |

| Application Number | 13/741,150-Conf. #3931 | Filed | January 14, 2013 |
|---|---|---|---|

| For | ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF |
|---|---|

| Art Unit | N/A | Examiner | Not Yet Assigned |
|---|---|---|---|

This is a request under the provisions of 37 CFR 1.136(a) to extend the period for filing a reply in the above-identified application.

The requested extension and fee are as follows (check time period desired and enter the appropriate fee below):

| | Fee | Small Entity Fee | Micro Entity Fee | |
|---|---|---|---|---|
| ☐ One month (37 CFR 1.17(a)(1)) | $200 | $100 | $50 | $ |
| ☒ Two months (37 CFR 1.17(a)(2)) | $600 | $300 | $150 | $ 300.00 |
| ☐ Three months (37 CFR 1.17(a)(3)) | $1,400 | $700 | $350 | $ |
| ☐ Four months (37 CFR 1.17(a)(4)) | $2,200 | $1,100 | $550 | $ |
| ☐ Five months (37 CFR 1.17(a)(5)) | $3000 | $1,500 | $750 | $ |

☒ Applicant asserts small entity status. See 37 CFR 1.27.

☐ Applicant certifies micro entity status. See 37 CFR 1.29.
Form PTO/SB/15A or B or equivalent must either be enclosed or have been submitted previously.

☐ A check in the amount of the fee is enclosed.

☐ Payment by credit card. Form PTO-2038 is attached.

☒ The Director has already been authorized to charge fees in this application to a Deposit Account.

☒ The Director is hereby authorized to charge any fees which may be required, or credit any overpayment, to Deposit Account Number ___12-0080___ .

☒ Payment made via EFS-Web.

**WARNING:** Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.

I am the

☐ applicant.

☒ attorney or agent of record. Registration Number ___36,207___ .

☐ attorney or agent acting under 37 CFR 1.34. Registration number _____.

| /Amy E. Mandragouras, Esq./ | June 7, 2013 |
|---|---|
| Signature | Date |
| Amy E. Mandragouras, Esq. | (617) 202-4626 |
| Typed or printed name | Telephone Number |

**NOTE:** This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications. Submit multiple forms if more than one signature is required, see below*.

☐ *Total of ___1___ forms are submitted.

I hereby certify that this paper (along with any paper referred to as being attached or enclosed) is being transmitted via the Office electronic filing system in accordance with 37 CFR § 1.6(a)(4).

Dated: June 7, 2013    Signature: /Amy E. Mandragouras, Esq./    (Amy E. Mandragouras, Esq.)

SRPT-VYDS-0134066

I hereby certify that this paper (along with any paper referred to as being attached or enclosed) is being transmitted via the Office electronic filing system in accordance with 37 CFR § 1.6(a)(4).

Dated: June 7, 2013    Signature: __/Amy E. Mandragouras, Esq./__
                                  (Amy E. Mandragouras, Esq.)

Docket No.: AVN-008CN13
(PATENT)

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of:
Stephen Donald Wilton *et al.*

Application No.: 13/741,150                    Confirmation No.: 3931

Filed: January 14, 2013                        Art Unit: N/A

For:  ANTISENSE OLIGONUCLEOTIDES FOR          Examiner: Not Yet Assigned
      INDUCING EXON SKIPPING
      AND METHODS OF USE THEREOF

MS Missing Parts
Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

## RESPONSE TO NOTICE TO FILE MISSING PARTS OF APPLICATION

Dear Madam:

In response to the Notice to File Missing Parts of Application – Filing Date Granted mailed February 7, 2013, Applicant respectfully submits the inventor Declarations, the Filing Fee for the Application, a Petition for Two-Month Extension of Time, and a Preliminary Amendment.  An Information Disclosure Statement, and an Information Disclosure Citation (PTO SB/08) are also being filed herewith.

Please charge our Deposit Account No. 12-0080 in the amount of $1,100.00 covering the fees set forth in 37 C.F.R. § 1.16(f), 1.16(a)(1), 1.16(k), and 1.16(o).  The Director is hereby

Application No.: 13/741,150                                    Docket No.: AVN-008CN13

authorized to charge any deficiency in the fees filed, asserted to be filed or which should have been filed herewith (or with any paper hereafter filed in this application by this firm) to our Deposit Account No. 12-0080, under Order No. AVN-008CN13.

Dated:  June 7, 2013                          Respectfully submitted,

                                              By  /Amy E. Mandragouras, Esq./
                                              Amy E. Mandragouras, Esq.
                                              Registration No.: 36,207
                                              NELSON MULLINS RILEY &
                                                  SCARBOROUGH LLP
                                              One Post Office Square
                                              Boston, Massachusetts  02109-2127
                                              (800) 237-2000
                                              (617) 742-4214 (Fax)
                                              Attorney/Agent For Applicant

SRPT-VYDS-0134068

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 13741150 |
| **Filing Date:** | 14-Jan-2013 |
| **Title of Invention:** | ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF |
| **First Named Inventor/Applicant Name:** | Stephen Donald WILTON |
| **Filer:** | Amy E. Mandragouras |
| **Attorney Docket Number:** | AVN-008CN13 |

Filed as Small Entity

## Utility under 35 USC 111(a) Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| Utility filing Fee (Electronic filing) | 4011 | 1 | 70 | 70 |
| Utility Search Fee | 2111 | 1 | 300 | 300 |
| Utility Examination Fee | 2311 | 1 | 360 | 360 |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| Late Filing Fee for Oath or Declaration | 2051 | 1 | 70 | 70 |
| **Petition:** | | | | |

SRPT-VYDS-0134069

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |
| Extension - 2 months with $0 paid | 2252 | 1 | 300 | 300 |
| **Miscellaneous:** | | | | |
| **Total in USD ($)** | | | | **1100** |

SRPT-VYDS-0134070

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 15975975 |
| **Application Number:** | 13741150 |
| **International Application Number:** | |
| **Confirmation Number:** | 3931 |
| **Title of Invention:** | ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF |
| **First Named Inventor/Applicant Name:** | Stephen Donald WILTON |
| **Customer Number:** | 959 |
| **Filer:** | Amy E. Mandragouras |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | AVN-008CN13 |
| **Receipt Date:** | 07-JUN-2013 |
| **Filing Date:** | 14-JAN-2013 |
| **Time Stamp:** | 17:00:06 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Deposit Account |
| Payment was successfully received in RAM | $1100 |
| RAM confirmation Number | 4178 |
| Deposit Account | 120080 |
| Authorized User | |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |
|     Charge any Additional Fees required under 37 C.F.R. Section 1.16 (National application filing, search, and examination fees) | |
|     Charge any Additional Fees required under 37 C.F.R. Section 1.17 (Patent application and reexamination processing fees) | |

Charge any Additional Fees required under 37 C.F.R. Section 1.19 (Document supply fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.20 (Post Issuance fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Transmittal Letter | Information_Disclosure_Statement.pdf | 37657 <br> a771ec4c97ec49077db94aed8e5f29b89b1f45a4 | no | 5 |

| **Warnings:** |
|---|
| **Information:** |

| 2 | Information Disclosure Statement (IDS) Form (SB08) | SB08-1.PDF | 619607 <br> f9effd9213ef863902dce587041529f389752<br>7bc | no | 18 |

| **Warnings:** |
|---|
| **Information:** |

| 3 | Information Disclosure Statement (IDS) Form (SB08) | SB08-2.PDF | 614108 <br> 295bdc5e3e5893f7858db04a4e326d26e67<br>78ad9 | no | 6 |

| **Warnings:** |
|---|
| **Information:** |

A U.S. Patent Number Citation or a U.S. Publication Number Citation is required in the Information Disclosure Statement (IDS) form for autoloading of data into USPTO systems. You may remove the form to add the required data in order to correct the Informational Message if you are citing U.S. References. If you chose not to include U.S. References, the image of the form will be processed and be made available within the Image File Wrapper (IFW) system. However, no data will be extracted from this form. Any additional data such as Foreign Patent Documents or Non Patent Literature will be manually reviewed and keyed into USPTO systems.

| 4 | Other Reference-Patent/App/Search documents | US_OAs_11-570691.PDF | 536346 <br> 87c7e321cf8ff9abc1986adbe17a247b5ca9<br>7138 | no | 15 |

| **Warnings:** |
|---|
| **Information:** |

| 5 | Other Reference-Patent/App/Search documents | US_OAs_12-837356.PDF | 591007 <br> 5d17d9ea109e101617eef44f8d990e93dc8<br>c47a5 | no | 17 |

| **Warnings:** |
|---|
| **Information:** |

| 6 | Other Reference-Patent/App/Search documents | US_OAs_12-837359.PDF | 1414697 <br> 3034aef03fe03f2cd0e156d3dc6427861b47<br>b4fa | no | 39 |

| **Warnings:** |
|---|
| **Information:** |

| 7 | Other Reference-Patent/App/Search documents | US_OA_13-168857.PDF | 328440 <br> 30b7c33f2ce7dcfcd40440a70dee8bca282c<br>1b8d | no | 9 |

| **Warnings:** |
|---|

SRPT-VYDS-0134072

| 8 | Other Reference-Patent/App/Search documents | US_OAs_13-168863.PDF | 567949 a5b41505f4d328c4a2a03304e434252d9ba54a6c | no | 17 |

| **Warnings:** | | | | | |

| **Information:** | | | | | |

| 9 | Other Reference-Patent/App/Search documents | US_OAs_13-270500.PDF | 1209702 805df60204ff72d80e890b5001904bb4753 5b4f7 | no | 33 |

| **Warnings:** | | | | | |

| **Information:** | | | | | |

| 10 | Other Reference-Patent/App/Search documents | US_OAs_13-270531.PDF | 681706 3212197965798d4eee02a56b47eb05ee9c85 b1afd | no | 19 |

| **Warnings:** | | | | | |

| **Information:** | | | | | |

| 11 | Other Reference-Patent/App/Search documents | US_OAs_13-270744.PDF | 799091 d4527fa1314b042295e42a8b6968a51095b 64c3d | no | 21 |

| **Warnings:** | | | | | |

| **Information:** | | | | | |

| 12 | Other Reference-Patent/App/Search documents | US_OAs_13-270937.PDF | 834603 49a49c624ce4583c4477fd393214a388a5b d351e | no | 23 |

| **Warnings:** | | | | | |

| **Information:** | | | | | |

| 13 | Other Reference-Patent/App/Search documents | US_OAs_13-270992.PDF | 1049315 9af7f350a99414eefc533a0c8e201dbd46063 0cc4 | no | 29 |

| **Warnings:** | | | | | |

| **Information:** | | | | | |

| 14 | Other Reference-Patent/App/Search documents | US_OAs_13-271080.PDF | 780410 a059271a78e2d97fa208ca96abe346ceec82 4864 | no | 22 |

| **Warnings:** | | | | | |

| **Information:** | | | | | |

| 15 | Other Reference-Patent/App/Search documents | US_OA_13-727415.PDF | 341402 b0eae59269e8e03bdd7c930387c7c08e2ae 7878b | no | 9 |

| **Warnings:** | | | | | |

| **Information:** | | | | | |

| 16 | Foreign Reference | EP1054058.PDF | 960994 582b797a408a9efed a88c799ce6cf14fdbe 900f | no | 16 |

| **Warnings:** | | | | | |

SRPT-VYDS-0134073

**Information:**

| 17 | Foreign Reference | EP1160318.PDF | 111374 70bb832e9b510d9d3196982d7656a210ae50b811 | no | 16 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 18 | Foreign Reference | EP1191098.PDF | 156438 ffc9c59aad4566eb670fb4e54a16e2f44cbeabaf | no | 21 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 19 | Foreign Reference | EP1544297.PDF | 110269 e8eb457e43297784d22a4e88837ce8b689db336a | no | 15 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 20 | Foreign Reference | EP1568769.PDF | 9835109 5890cff7362fd560eedf46d3551d1374728f205e | no | 409 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 21 | Foreign Reference | EP1619249.PDF | 1209939 a32fdf5657ed5a4f2193fae12394e036f7884761 | no | 36 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 22 | Foreign Reference | EP1857548.PDF | 593426 aaf5753c716a4d1bcd88bdcbd5e2d18019555fe6 | no | 45 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 23 | Foreign Reference | EP2135948.PDF | 7888542 415b6a133f470967b4e59642b6913dfb21794ac | no | 194 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 24 | Foreign Reference | EP2284264.PDF | 1657194 f1560250f44494 3ba663052412dd73bc7bf193e3 | no | 35 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 25 | Foreign Reference | EP2374885.PDF | 10338936 4ba9c722fbdcb7f34ea1e77a29c9e87239ca6187 | no | 192 |
|---|---|---|---|---|---|

**Warnings:**

| Information: | | | | | |
|---|---|---|---|---|---|
| 26 | Foreign Reference | EP2386636.PDF | 4238871<br>985a0c9023fb6f197344e13c5aea370a9f447246 | no | 196 |

**Warnings:**

| Information: | | | | | |
|---|---|---|---|---|---|
| 27 | Foreign Reference | EP2392660.PDF | 4238829<br>7a4e8c93a44ead4c9f16969f068aa33daba1c7fb | no | 194 |

**Warnings:**

| Information: | | | | | |
|---|---|---|---|---|---|
| 28 | Foreign Reference | EP2530153.PDF | 7691592<br>a230af440220d4aa37e219d17c209670693c09c8 | no | 184 |

**Warnings:**

| Information: | | | | | |
|---|---|---|---|---|---|
| 29 | Foreign Reference | EP2530154.PDF | 7571568<br>aaced8b76b3ce73a43a6b30c13e757f1624e11e0 | no | 179 |

**Warnings:**

| Information: | | | | | |
|---|---|---|---|---|---|
| 30 | Foreign Reference | EP2530155.PDF | 7620086<br>a65fa325976bbd4e18b53b45821b7cc833505c02 | no | 181 |

**Warnings:**

| Information: | | | | | |
|---|---|---|---|---|---|
| 31 | Foreign Reference | EP2530156.PDF | 7645005<br>d8ec23caa42f85dbcc473874044c70e50e941718 | no | 185 |

**Warnings:**

| Information: | | | | | |
|---|---|---|---|---|---|
| 32 | Foreign Reference | WO199320227.PDF | 2629200<br>0a517a87078c0c6cb38437e8fba96f8526a9d0d6 | no | 54 |

**Warnings:**

| Information: | | | | | |
|---|---|---|---|---|---|
| 33 | Foreign Reference | WO2002024906.PDF | 2092647<br>6a9fb73ae2448a545ab60eacf88f92003cac304d9 | no | 43 |

**Warnings:**

| Information: | | | | | |
|---|---|---|---|---|---|
| 34 | Foreign Reference | WO2003053341.PDF | 5252681<br>5dfb3b5f16c364ebc09229a5d002155fcbd9453b99 | no | 105 |

**Warnings:**

| Information: | | | | | |
|---|---|---|---|---|---|
| 35 | Foreign Reference | WO2004083446.PDF | 7996417<br>557ae810be4e7a835546d356bfe78347247ba648 | no | 117 |
| **Warnings:** | | | | | |
| Information: | | | | | |
| 36 | Foreign Reference | WO2006112705.PDF | 2372783<br>ac2d39c19275a65a2d8c3e866ef6da5651fb61a8 | no | 47 |
| **Warnings:** | | | | | |
| Information: | | | | | |
| 37 | Foreign Reference | WO2007135105.PDF | 2137071<br>5517f2acb1b62d284b93a0f16ad4f20b97d8aff6 | no | 37 |
| **Warnings:** | | | | | |
| Information: | | | | | |
| 38 | Foreign Reference | WO2009054725.PDF | 4833577<br>069f206e280a823172f9624d2aaf2dc5a8b60cde | no | 114 |
| **Warnings:** | | | | | |
| Information: | | | | | |
| 39 | Foreign Reference | WO2009101399.PDF | 2141630<br>546469eb0f51b241a5bafe1e4ee4b446c8ad1905 | no | 41 |
| **Warnings:** | | | | | |
| Information: | | | | | |
| 40 | Foreign Reference | WO2009139630.PDF | 2960744<br>6248166a850427b0d2ac01737e3a4d97ed856061 | no | 57 |
| **Warnings:** | | | | | |
| Information: | | | | | |
| 41 | Foreign Reference | WO2010050801.PDF | 2122568<br>d294c0eb3c74edf08459ce6ee0a226dff134605d | no | 44 |
| **Warnings:** | | | | | |
| Information: | | | | | |
| 42 | Foreign Reference | WO2010050802.PDF | 2821322<br>c25f4e182acb789a1c6e3eeb39539191f18b924 | no | 52 |
| **Warnings:** | | | | | |
| Information: | | | | | |
| 43 | Foreign Reference | WO2010115993.PDF | 7610494<br>e36c372046795217d42b5a4b919b659ded9c4ec8 | no | 89 |
| **Warnings:** | | | | | |

SRPT-VYDS-0134076

| Information: | | | | | |
|---|---|---|---|---|---|
| 44 | Foreign Reference | WO2010123369.PDF | 4521866 | no | 92 |
| | | | 95a084c0a3a6b023893b88b6030407075a46f2db | | |
| Warnings: | | | | | |
| Information: | | | | | |
| 45 | Foreign Reference | WO2010150231.PDF | 2161651 | no | 37 |
| | | | 9357c807c767f07ce94d94623b3d9ae090fa9c5e | | |
| Warnings: | | | | | |
| Information: | | | | | |
| 46 | Foreign Reference | WO2011024077.PDF | 2953179 | no | 31 |
| | | | cafc0435460ef5da9ec21f3536430eaa63f182c6 | | |
| Warnings: | | | | | |
| Information: | | | | | |
| 47 | Foreign Reference | WO2011057350.PDF | 4594588 | no | 102 |
| | | | 459aeae28d530da462bd903872f245f3edca5ff3 | | |
| Warnings: | | | | | |
| Information: | | | | | |
| 48 | Foreign Reference | WO2012001941.PDF | 2365859 | no | 55 |
| | | | dfa3ad615eaee87445331d1456603d43fc19c277 | | |
| Warnings: | | | | | |
| Information: | | | | | |
| 49 | Foreign Reference | WO2012029986.PDF | 2985939 | no | 96 |
| | | | 04f062cd087bebdb1f9462b27f204530f8db72b8 | | |
| Warnings: | | | | | |
| Information: | | | | | |
| 50 | Foreign Reference | WO2012109296.PDF | 1621876 | no | 41 |
| | | | b14ca1210b9a7e279b625711efd877436ca414d6 | | |
| Warnings: | | | | | |
| Information: | | | | | |
| 51 | Non Patent Literature | Cirak-Exon.PDF | 4443624 | no | 21 |
| | | | be1a8fb8f13bb14a33c836328c80f25baf0ad476 | | |
| Warnings: | | | | | |
| Information: | | | | | |
| 52 | Non Patent Literature | Dominski-Identification.PDF | 530758 | no | 10 |
| | | | e869efaadfa643b4d621079811af2472edb80035 | | |
| Warnings: | | | | | |

SRPT-VYDS-0134077

| Information: | | | | | |
|---|---|---|---|---|---|
| 53 | Non Patent Literature | Dominski-Restoration.PDF | 1511439 7fb375c69fc50371b9944b86284a84bf1b0c0b23 | no | 5 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 54 | Non Patent Literature | Fall-Induction.PDF | 507424 36db540994f83c4e9ee3e715673409f402fcdcb8 | no | 12 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 55 | Preliminary Amendment | Preliminary_Amendment.pdf | 33846 5c20d597d27fa2d3450c830d04ee525b62223575 | no | 4 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 56 | Oath or Declaration filed | Declarations.pdf | 223431 92fddf63961d77c1077250f989a10cfc34fed54d | no | 3 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 57 | Extension of Time | Extension.pdf | 23367 e57a8a20e61e91e5efe39661487b079a8a34c987 | no | 1 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 58 | Applicant Response to Pre-Exam Formalities Notice | Response_MP.pdf | 24363 1f2b01ac2c87aece1993b2cfb7e8c924d5821930 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 59 | Fee Worksheet (SB06) | fee-info.pdf | 38772 f1ffe028c6245a6049e602db401803aade43e154 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| **Total Files Size (in bytes):** | | | | 155787328 | |

SRPT-VYDS-0134078

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**

If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**

If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**

If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

SRPT-VYDS-0134079

# EXHIBITS 18-22 REDACTED IN THEIR ENTIRETY