# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO. LTD., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 21-1015 (GBW) ) |
| SAREPTA THERAPEUTICS, INC., | ) **DEMAND FOR JURY TRIAL** ) ) |
| Defendant. | ) ) |
| SAREPTA THERAPEUTICS, INC. and THE UNIVERSITY OF WESTERN AUSTRALIA | ) ) ) |
| Defendant/Counter Plaintiffs, | ) ) ) |
| v. | ) ) |
| NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC. | ) ) ) ) |
| Plaintiff/Counter Defendants. | ) ) |

**PLAINTIFF'S CONCISE STATEMENT OF FACTS IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT NO. 4 -**
<u>**NO ANTICIPATION**</u>

Amanda S. Williamson (admitted *pro hac vice*)
Christopher J. Betti (admitted *pro hac* vice)
Krista V. Venegas (admitted *pro hac* vice)
Wan-Shon Lo (admitted *pro hac vice*)
Maria E. Doukas (admitted *pro hac vice*)
Zachary Miller (admitted *pro hac vice*)
Guylaine Haché (admitted *pro hac vice*)
Michael T. Sikora (admitted *pro hac vice*)
110 N. Wacker Drive, Suite 2800
Chicago, IL  60601
Telephone:  312.324.1000 | Fax: 312.324.1001
amanda.williamson@morganlewis.com
christopher.betti@morganlewis.com
krista.venegas@morganlewis.com
shon.lo@morganlewis.com
maria.doukas@morganlewis.com
zachary.miller@morganlewis.com
guylaine.hache@morganlewis.com
michael.sikora@morganlewis.com

Amy M. Dudash (DE Bar No. 5741)
**MORGAN, LEWIS & BOCKIUS LLP**
1201 N. Market Street, Suite 2201
Wilmington, DE 19801
Telephone:  302.574.3000 | Fax: 302.574.3001
amy.dudash@morganlewis.com

Alison P. Patitucci (admitted *pro hac vice*)
2222 Market Street
Philadelphia, PA  19103
Telephone: 215.693.5000 | Fax: 215.963.5001
alison.patitucci@morganlewis.com

*Attorneys for Plaintiff/Counterclaim Defendant Nippon Shinyaku Co., Ltd. and Counterclaim Defendant NS Pharma, Inc.*

**Dated:  December 11, 2023**

1.      Sarepta Therapeutics, Inc. ("Sarepta") and the University of Western Australia ("UWA") have asserted that claim 3 of the '092 Patent, claim 2 of the '461 Patent, and claims 1-4 of the '217 Patent are anticipated by U.S. Patent Publication No. 2010/0168212 A1 ("'212 Popplewell").

2.      Each of claim 3 of the '092 Patent, claim 2 of the '461 Patent, and claims 1-4 of the '217 Patent requires that the 5'-end of the claimed PMO is attached to a triethylene glycol ("TEG") group.

3.      It is undisputed that '212 Popplewell does not disclose a PMO with the claimed 5'-TEG limitation. Ex. 13 (Dowdy Dep.) at 123:25–124:3; Ex. 2 (Reply Expert Report of Steven F. Dowdy, Ph.D.) ¶ 50.

1