# EXHIBIT 16

```
 1            IN THE UNITED STATES DISTRICT COURT
                   DISTRICT OF DELAWARE
 2   ------------------------------------------x
     NIPPON SHINYAKU CO., LTD.,
 3
                            Plaintiff,
 4

 5            -against-         C.A. No:
                                21-1015(GBW)
 6

 7
     SAREPTA THERAPEUTICS, INC.,
 8
                            Defendant.
 9   ------------------------------------------x
     SAREPTA THERAPEUTICS, INC. and
10   THE UNIVERSITY of WESTERN AUSTRALIA

11           Defendant/Counter-Plaintiffs,

12   V.

13   NIPPON SHINYAKU CO. LTD. and

14   NS PHARMA. INC.,

15         Plaintiff/Counter-Defendants.

16   ------------------------------------------x

17

18        VIDEOTAPED DEPOSITION of Non-Party Witness,

19   AMY MANDRAGOURAS, taken by the Plaintiff, pursuant to

20   Notice and Subpoena, held at law offices of Morgan Lewis

21   & Bockius LLP 1 Federal Street Boston Massachusetts

22   02110, on July 27, 2023, at 9:39 a.m., before a Notary

23   Public of the State of New York.

24
     ********************************************
25
```

Page 54

1  exon 53 -- antisense oligonucleotides directed at
2  exon 53, and that's at column 65 and 66 of the patent
3  document.
4  Q.    Thank you.  And how many of the antisense
5  oligonucleotides listed in Table 39 fall within the
6  genus of compounds claimed by Claim 1?
7  A.    So Table 39 includes a list of antisense
8  oligonucleotides, and the claim is directed to a target
9  region.  So it's a target region within annealing site
10 H53A(plus 23 to plus 47) and annealing site H53A(plus 39
11 to plus 69).  So based on that annealing site recited in
12 the claim, you have the first sequence, 191, 192, 193,
13 195 in that Table 39.
14 Q.    Sure, but Claim 1 includes other limitations
15 other than the -- specifying the target region, yes?
16 A.    Yes, so in addition, these -- these sequences,
17 when you look at the sequence table, the Claim 1
18 requires them to be 20 to 31, and if you look at the
19 sequence table, there's a -- description of Table 39,
20 sequences from 191 to 202 are found beginning at
21 column 133 through -- SEQ ID No. 202 is on column 137
22 and 138.
23       So there are sequences in the sequence table
24 from 20 to 31 bases in length as recited in the claim.
25 Q.    The antisense oligos in Table 39 do not include

Page 55

1  one that is only 20 base pairs in length, correct?
2  A.    The antisense oligonucleotides in Table 39
3  include antisense oligonucleotide 202, which is 20
4  nucleotides in length at column 137, 138.
5  Q.    Do you mean 201?
6  A.    Sorry, is that -- SEQ ID No. 200.  It goes
7  over.  201.  Yes, sorry, 201 is -- the typing is a
8  little bit off here.  So 201 is 20, correct.
9  Q.    Okay.  And does 20- -- Sequence ID No. 201
10 comprise at least 12 consecutive bases of Sequence ID
11 No. 195?
12 A.    No.
13 Q.    So looking at -- well -- looking at Claim 1,
14 what are the characteristics of the claim genus provided
15 in Claim 1?
16 A.    So I can read Claim 1.  Claim 1 is directed to:
17       "An antisense oligonucleotide of 20 to 31 bases
18 comprising a base sequence that is 100 percent
19 complementary to consecutive bases with target region of
20 exon 53 of the human dystrophin pre-mRNA, wherein the
21 target region is within annealing site H53A(plus 23
22 plus 47) and annealing site H53A(plus 39 to plus 69),
23 wherein the base sequence comprises at least 12
24 consecutive bases of" -- the sequence of SEQ ID No. 195
25 is recited in the claim.

Page 56

1       "In which uracil bases or thymine bases,
2  wherein the antisense oligonucleotides is the morpholino
3  antisense oligonucleotide, and wherein the antisense
4  oligonucleotide induces exon 53 skipping; or a
5  pharmaceutically acceptable salt thereof."
6       So those are the characteristics of the claimed
7  antisense oligonucleotides of Claim 1.
8  Q.    Can you break that down into components?
9  A.    Well, the first component of 20 to 31 bases
10 comprising a base sequence that is 100 percent
11 complementary to consecutive bases of a target region of
12 exon 53 of human dystrophin, pre-mRNA.  So there is a
13 link requirement of 20 to 31 bases which can be found --
14 support can be found in the patent specification that
15 that was the preferred length.
16 Q.    What is the second component of Claim 1?
17 A.    That's found at --
18 Q.    Oh, sorry.  I didn't mean to interrupt you.
19 Sorry.
20 A.    Column 23 about line -- line 63 with some
21 targets such as exon 19, antisense oligonucleotides as
22 short as 12 bases were able to induce exon skipping,
23 albeit not as efficient as longer (20 to 31 bases)
24 oligonucleotides.
25       So there's -- the description of that feature

Page 57

1  of Claim 1 of the length of the antisense
2  oligonucleotides, that 20 to 31 bases are efficient at
3  inducing exon skipping as well as oligonucleotides as
4  short as 12 bases.
5  Q.    And that passage does not discuss exon 53,
6  correct?
7  A.    No, but it's -- it says with some targets such
8  as exon 19, so that's given as an example.
9       And then the target region of exon 53 -- so the
10 concept of a target region is also described -- sorry,
11 I'm having trouble finding -- it was under a subheading,
12 if I recall.  Oh, sorry, it was back where I was.  I
13 apologize for the delay.
14      So -- okay.  It's column 24, line 61:
15 "Preferably, the present invention aims to provide
16 antisense molecules capable of binding to a selected
17 target region in the dystrophin pre-mRNA to induce
18 sufficient exon skipping."
19 Q.    I don't see the word "region" in there.
20 A.    Binding to a selected target -- and then at
21 column 25, about line 11:
22      "Within the context of the present invention,
23 preferred target site(s), target sites, are those
24 involved in mRNA splicing (i.e., splice, donor sites,
25 splice acceptor sites or exon splicing enhancer

Page 198

1  Thank you.
2       MS. LO:  I have nothing to recross.
3       MR. SUMMER:  Witness will reserve the
4  right to read and sign.
5       MS. LO:  How much time was spent
6  on this?
7       THE VIDEOGRAPHER:  We have spent six
8  hours and 24 minutes on the record.  The time
9  is now 5:19 and we're off the record.  Thank
10  you, everyone.
11       (Time Noted:  5:19 p.m.)

Page 199

1       A C K N O W L E D G M E N T
2
3  STATE OF NEW YORK    )
                         :ss
4  COUNTY OF          )
5
6       I, AMY MANDRAGOURAS, hereby certify that I
7  have read the transcript of my testimony taken under
8  oath in my deposition of the 27th day of July, 2023;
9  that the transcript is a true, complete and correct
10  record of my testimony, and that the answers on the
11  record as given by me are true and correct.
12
13
14  _____
15  AMY MANDRAGOURAS
16
17  Signed and subscribed to before
    me, this                day
18  of                , 2023.
19
20  _____
    Notary Public, State of New York

Page 200

1       C E R T I F I C A T E
2  STATE OF NEW YORK    )
3                       ) ss.:
4  COUNTY OF QUEENS )
5
6       I, BROOKE E. PERRY, a Notary Public
7  within and for the State of New York, do hereby
8  certify:
9       That AMY MANDRAGOURAS, the witness
10  whose deposition is hereinbefore set forth, was
11  duly sworn by me and that such deposition is a
12  true record of the testimony given by such
13  witness.
14       I further certify that I am not related
15  to any of the parties to this action by blood
16  or marriage; and that I am in no way interested
17  in the outcome of this matter.
18       IN WITNESS WHEREOF, I have hereunto set
19  my hand this 27th day of July, 2023.
20
21  *Brooke E. Perry*
    _____
22  BROOKE E. PERRY

Page 201

1       ERRATA SHEET
2  CASE NAME:    NIPPON SHINYAKU CO., LTD.  V. SAREPTA
3  THERAPEUTICS, INC.
4  DATE OF DEPOSITION:  August 6, 2023
5  WITNESS'S NAME:       AMY MANDRAGOURAS
6  PAGE    LINE (S)    CHANGE           REASON
7  ____|_____|_____|_____
8  ____|_____|_____|_____
9  ____|_____|_____|_____
10  ____|_____|_____|_____
11  ____|_____|_____|_____
12  ____|_____|_____|_____
13  ____|_____|_____|_____
14  ____|_____|_____|_____
15  ____|_____|_____|_____
16  ____|_____|_____|_____
17  ____|_____|_____|_____
18
19
20                        AMY MANDRAGOURAS
21  SUBSCRIBED AND SWORN TO BEFORE ME
22  THIS ____ DAY OF _____, 20__.
23  _____        _____
24  (NOTARY PUBLIC)         MY COMMISSION EXPIRES: