# EXHIBIT 19

Transcript of Naoki Watanabe, Ph.D.
Conducted on June 26, 2023

1 (1 to 4)

**1**

```
1              IN THE UNITED STATES DISTRICT COURT
2                 FOR THE DISTRICT OF DELAWARE
3      --------------------------------x
4      NIPPON SHINYAKU CO., LTD.,        :
5        Plaintiff,                      :
6          v.                            :
7      SAREPTA THERAPEUTICS, INC.,       :
8        Defendant.                      :
9      ------------------------------    :   C.A. No. 21-1015
10     SAREPTA THERAPEUTICS, INC. and    :
11     THE UNIVERSITY OF WESTERN         :
12     AUSTRALIA,                        :
13       Defendant/Counter-Plaintiffs,   :
14         v.                            :
15     NIPPON SHINYAKU CO., LTD. and NS  :
16     PHARMA, INC.,                     :
17       Plaintiff/Counter-Defendants.   :
18     --------------------------------x
19
20
21
22        Videotaped Deposition of NAOKI WATANABE, Ph.D.
23                    Chicago, Illinois
24                  Monday, June 26, 2023
25                     9:05 a.m. CST
```

**2**

```
1   Job No.:   493013
2   Pages:  1 - 146
3   Reported Stenographically by:
4   Tiffany M. Pietrzyk, CSR RPR CRR
5
6
7         Videotaped deposition of NAOKI WATANABE,
8   Ph.D., held at the location of:
9
10        MORGAN, LEWIS & BOCKIUS LLP
11        110 North Wacker Drive
12        Chicago, Illinois 60601
13        312.324.1000
14
15
16
17     Pursuant to notice, before Tiffany M. Pietrzyk, a
18  Certified Shorthand Reporter in the States of
19  Illinois, Texas, and California, Registered
20  Professional Reporter, Certified Realtime Reporter,
21  and a Notary Public in and for the State of
22  Illinois.
23
24
25
```

**3**

```
1              A P P E A R A N C E S
2     ON BEHALF OF NIPPON SHINYAKU CO., LTD. and NS
3     PHARMA, INC.:
4         AMANDA S. WILLIAMSON, ESQUIRE
5         GUYLAINE HACHE, Ph.D., ESQUIRE
6         MORGAN, LEWIS & BOCKIUS LLP
7         110 North Wacker Drive
8         Chicago, Illinois 60606
9         312.324.1450
10  and
11        MAMI HINO, ESQUIRE
12        ABE, IKUBO & KATAYAMA
13        Fukuoka Buiolding, 8-7
14        Yaesu 2 Chome
15        Chuo-Ku, Tokyo 104-0028
16        81-3-3273-2600
17
18
19
20
21
22
23
24
25
```

**4**

```
1     A P P E A R A N C E S   C O N T I N U E D
2   ON BEHALF OF SAREPTA THERAPEUTICS, INC. and THE
3   UNIVERSITY OF WESTERN AUSTRALIA:
4         WILLIAM B. RAICH, Ph.D., ESQUIRE
5         YOOJIN LEE, ESQUIRE
6         FINNEGAN, HENDERSON, FARABOW, GARRETT &
7         DUNNER, LLP
8         901 New York Avenue, NW
9         Washington, DC 20001
10        202.408.4000
11
12  ALSO PRESENT:
13        Marc D. Evans, JD (Sarepta)
14        Junko Y. Salmon (Interpreter)
15        Yumi Schweizer (Check Interpreter)
16        Gabriel Martin (Planet Depos Videographer)
17
18
19
20
21
22
23
24
25
```

Transcript of Naoki Watanabe, Ph.D.
Conducted on June 26, 2023

41

1  about two-thirds down the page to PCT/JP2011/070318?
2      A. Can you repeat that again, please?
3      Q. Sure.  Do you see reference to
4  PCT/JP2011/070318?
5      A. Again, please?
6      Q. Do you see reference to PCT/JP2011/070318?
7      A. Yes.
8      Q. Could you turn to Watanabe Exhibit 4?  And
9  Watanabe Exhibit 4 is a publication of International
10 Patent Application Number PCT/JP2011/070318;
11 correct?
12     A. Yes.
13     Q. And you are listed as an inventor of this
14 PCT; correct?
15     A. Yes.
16     Q. And you understand that Watanabe Exhibit 4
17 shares the same specification as Watanabe Exhibits 2
18 and 3?
19     A. Yes.
20     Q. So today, when we discuss the specification
21 of the NS patent, we'll work from Watanabe
22 Exhibit 4.
23       Is that okay?
24     A. Yes.
25     Q. What was your role in preparing Watanabe

42

1  Exhibit 4?
2      A. I provided the examples.
3      Q. Did you draft any portion of Watanabe
4  Exhibit 4?
5      A. Yes.
6      Q. Which portion of Watanabe Exhibit 4 did you
7  draft?
8      A. Experiment examples.  Test examples.
9      Q. Did you draft anything other than the
10 examples in Watanabe Exhibit 4?
11     A. I prepared the background art.
12     Q. Did you prepare any portions of Watanabe
13 Exhibit 4 in addition to the examples and background
14 art sections?
15     A. I don't recall.
16     Q. Who else was involved in drafting Watanabe
17 Exhibit 4?
18       MS. WILLIAMSON:  I just caution the witness
19 not to disclose any communications with counsel.
20 But you can answer as to the person or persons.
21     A. People who are in charge of intellectual
22 property within the Nippon Shinyaku -- NS
23 intellectual property group, as well as the patent
24 attorneys from Abe, A-b-e, Ikumo, I-k-u-m-o.
25       (Discussion in Japanese between the

43

1  interpreters.)
2      A. I'm sorry.  Ikubo, I-k-u-b-o and Katayama,
3  K-a-t-a-y-a-m-a.
4      Q. Did you select which experiments to include
5  in Watanabe Exhibit 4?
6      A. I don't recall.
7      Q. What was the role of your co-inventors in
8  drafting Watanabe Exhibit 4?
9        (Discussion in Japanese between the
10 interpreters.)
11     A. Can you ask the question again, please?
12     Q. What was the role of your co-inventors in
13 drafting Watanabe Exhibit 4?
14     A. I don't recall.
15     Q. After Watanabe Exhibit 4 was filed, what was
16 your role, if any, in prosecuting the NS patents?
17       MS. WILLIAMSON:  Again, I'd caution the
18 witness not to reveal the substance of any
19 communications with counsel.
20     A. When the people in charge of intellectual
21 property from NS intellectual property group asked
22 me for technical explanations, I provided the
23 explanation.
24     Q. Did you review any documents prepared in
25 relation to the prosecution of the Nippon Shinyaku

44

1  patents?
2        MS. WILLIAMSON:  Objection.  Vague.
3      A. Please ask the question again.
4      Q. Did you review any document prepared in
5  relation to the prosecution of the Nippon Shinyaku
6  patents?
7      A. Yes.
8      Q. Approximately when did you have discussions
9  with the Nippon Shinyaku IP department group about
10 the prosecution of the Nippon Shinyaku patents?
11     A. I don't recall.
12     Q. Did it happen more than once?
13     A. Yes.
14     Q. Did it happen more than twice?
15     A. I don't recall.
16     Q. When you reviewed documents prepared in
17 relation to the prosecution of the Nippon Shinyaku
18 patents, were those documents sent to you
19 electronically?
20     A. Yes.
21     Q. Could you turn to Watanabe Exhibit 3.  And
22 I'd like you to look at the claims, and we included
23 a Japanese translation of the claims.  And in
24 particular, could you please turn to claim 6 which
25 begins on the page labeled with Bates number NS 474.

Transcript of Naoki Watanabe, Ph.D.

Conducted on June 26, 2023

37 (145 to 148)

145

1        THE VIDEOGRAPHER:  We are going off the
2    record at 6:15 p.m. with the end of Day 1 of the
3    deposition of Naoki Watanabe.
4        (Off the record at 6:15 p.m.)
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

146

1    CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC
2
3        I, Tiffany M. Pietrzyk, CSR RPR CRR, the
4    officer before whom the foregoing deposition was
5    taken, do hereby certify that the foregoing
6    transcript is a true and correct record of the
7    testimony given; that said testimony was taken by me
8    stenographically and thereafter reduced to
9    typewriting under my direction; that reading and
10   signing was not requested; and that I am neither
11   counsel for, related to, nor employed by any of the
12   parties to this case and have no interest, financial
13   or otherwise, in its outcome.
14
15        IN WITNESS WHEREOF, I have hereunto set my
16   hand and affixed my notarial seal this 27th of
17   June, 2023.
18
19
20
21
22
23   My commission expires:
24        February 28th, 2024
25

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM