# EXHIBIT 20

### Page 147

```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF DELAWARE
    --------------------------------x
    NIPPON SHINYAKU CO., LTD.,      :
        Plaintiff,                  :
            v.                      :
    SAREPTA THERAPEUTICS, INC.,     :
        Defendant.                  :
    ------------------------------  :  C.A. No. 21-1015
    SAREPTA THERAPEUTICS, INC. and  :
    THE UNIVERSITY OF WESTERN       :
    AUSTRALIA,                      :
        Defendant/Counter-Plaintiffs, :
            v.                      :
    NIPPON SHINYAKU CO., LTD. and NS :
    PHARMA, INC.,                   :
        Plaintiff/Counter-Defendants. :
    --------------------------------x


            Continued Videotaped Deposition of
                 NAOKI WATANABE, Ph.D.
                    Chicago, Illinois
                 Tuesday, June 27, 2023
                       9:05 a.m. CST
```

### Page 148

```
Job No.: 493015
Pages: 147 - 218
Reported Stenographically by:
Tiffany M. Pietrzyk, CSR RPR CRR



        Videotaped deposition of NAOKI WATANABE,
Ph.D., held at the location of:

        MORGAN, LEWIS & BOCKIUS LLP
        110 North Wacker Drive
        Chicago, Illinois 60601
        312.324.1000




    Pursuant to notice, before Tiffany M. Pietrzyk, a
Certified Shorthand Reporter in the States of
Illinois, Texas, and California, Registered
Professional Reporter, Certified Realtime Reporter,
and a Notary Public in and for the State of
Illinois.
```

### Page 149

```
             A P P E A R A N C E S
    ON BEHALF OF NIPPON SHINYAKU CO., LTD. and NS
    PHARMA, INC.:
        AMANDA S. WILLIAMSON, ESQUIRE
        GUYLAINE HACHE, Ph.D., ESQUIRE
        MORGAN, LEWIS & BOCKIUS LLP
        110 North Wacker Drive
        Chicago, Illinois 60606
        312.324.1450
    and
        MAMI HINO, ESQUIRE
        ABE, IKUBO & KATAYAMA
        Fukuoka Buiolding, 8-7
        Yaesu 2 Chome
        Chuo-Ku, Tokyo 104-0028
        81-3-3273-2600
```

### Page 150

```
         A P P E A R A N C E S   C O N T I N U E D
    ON BEHALF OF SAREPTA THERAPEUTICS, INC. and THE
    UNIVERSITY OF WESTERN AUSTRALIA:
        WILLIAM B. RAICH, Ph.D., ESQUIRE
        YOOJIN LEE, ESQUIRE
        FINNEGAN, HENDERSON, FARABOW, GARRETT &
        DUNNER, LLP
        901 New York Avenue, NW
        Washington, DC 20001
        202.408.4000

    ALSO PRESENT:
        Marc D. Evans, JD (Sarepta)
        Junko Y. Salmon (Interpreter)
        Yumi Schweizer (Check Interpreter)
        Gabriel Martin (Planet Depos Videographer)
```

211

1   Q. Based on this evidence, does H53, 36 to 60,
2  exhibit superior skipping activity over H53, 30 to
3  49, OH?
4       MS. WILLIAMSON: Objection. Calls for
5  expert testimony.
6   A. Please repeat the question.
7   Q. Based on this evidence, does H53, 36 to 60
8  exhibit superior skipping activity over H53, 36 to
9  60 -- strike that.
10      Based on this evidence, does H53, 36 to 60
11 exhibit superior skipping activity over H53, 30 to
12 59, OH?
13      MS. WILLIAMSON: Objection. Calls for
14 expert testimony.
15  A. No.
16  Q. Who supervised the experiments in
17 Exhibit 47, the Ueda declaration?
18  A. I don't know.
19  Q. Who supervised the experiment that we just
20 looked at in your lab notebook, Exhibit 1?
21  A. I don't recall.
22  Q. Did Mr. Ueda supervise the experiment that
23 we just looked at, on page 158 of your lab notebook,
24 Exhibit 1?
25      MS. WILLIAMSON: Objection. Asked and

212

1  answered.
2   A. Please repeat your question.
3   Q. Did Mr. Ueda supervise the experiment that
4  we just looked at, on page 158 of your lab notebook,
5  Exhibit 1?
6       (Discussion in Japanese between the
7  interpreters.)
8       CHECK INTERPRETER: "We just looked at" you
9  needed to translate.
10      (Discussion in Japanese between the
11 interpreters.)
12      MS. WILLIAMSON: Objection. Asked and
13 answered.
14  A. I don't recall.
15  Q. Mr. Watanabe, do you understand that, as an
16 inventor, you have a duty of candor before the
17 United States Patent and Trademark Office?
18      INTERPRETER: Just a minute. I have to look
19 something up.
20      MR. RAICH: Let's go off the record. This
21 will be the final break.
22      THE VIDEOGRAPHER: We are going off the
23 record at 1:47 p.m.
24      (A short break was had.)
25      THE VIDEOGRAPHER: We are back on the record

213

1  at 1:52 p.m.
2  BY MR. RAICH:
3   Q. Mr. Watanabe, do you understand that, as an
4  inventor, you have a duty of candor before the
5  United States Patent and Trademark Office?
6   A. Yes.
7   Q. Mr. Watanabe, have you ever communicated
8  with a Zhengyu Feng about the prosecution of the
9  Nippon Shinyaku patents-in-suit?
10      MS. WILLIAMSON: I object to the question as
11 calling for privileged information, as Dr. Feng is
12 outside counsel for NS.
13      You can answer the question yes or no.
14  A. Please repeat the question.
15  Q. Yes or no, have you ever communicated with
16 Zhengyu Feng about the prosecution of the Nippon
17 Shinyaku patents-in-suit?
18  A. No.
19  Q. Yes or no, have you ever communicated with
20 Mercedes Meyer about the prosecution of the NS
21 patents-in-suit?
22      MS. WILLIAMSON: Same objection.
23      And I instruct the witness to limit his
24 answer to yes or no.
25  A. No.

214

1   Q. Have you ever communicated with Zhengyu Feng
2  or Mercedes Meyer about any of the European
3  declarations that we discussed today?
4       And you can answer yes, no, I don't know, or
5  I don't recall.
6       MS. WILLIAMSON: Same objection.
7       And I instruct the witness to limit his
8  answer to yes, no, or I do not recall.
9   A. I don't recall.
10  Q. Have you ever communicated with anyone from
11 the law firm of Drinker Biddle or Banner and Witcoff
12 about the prosecution of any of the Nippon Shinyaku
13 patents-in-suit?
14      And you can answer yes, no, or I don't
15 recall.
16      MS. WILLIAMSON: Same objection.
17      And I instruct the witness to limit his
18 answer to yes, no, or I do not recall.
19  A. No.
20  Q. Have you ever communicated with Ms. Hino
21 about the prosecution of any of the Nippon Shinyaku
22 patents-in-suit?
23      And you can answer yes, no, or I don't
24 recall.
25      MS. WILLIAMSON: I object to the question as

---

**215**

1  calling for privileged information.
2      And I instruct the witness to limit his
3  answer to yes, no, or I do not recall.
4      A. Yes.
5      Q. Have you ever discussed, with Ms. Hino,
6  about any of the European declarations that we
7  discussed today?
8      And you can answer yes, no, or I don't
9  recall.
10     MS. WILLIAMSON: I object to the question as
11 calling for privileged information. He can't answer
12 without disclosing the content of attorney-client
13 communication.
14     And I instruct the witness not to answer.
15     Q. When did you have communications with
16 Ms. Hino about the Nippon Shinyaku patents-in-suit?
17     MS. WILLIAMSON: Caution the witness not to
18 disclose any attorney-client communication. You can
19 answer as to the date, if you recall.
20     A. I don't recall.
21     MR. RAICH: So I'm gonna pass the witness.
22     We're gonna keep the deposition open. The
23 witness was unprepared to testify about attempts to
24 make a morpholino of 25 bases, targeting positions
25 36 to 60 of Exon 53.

**216**

1      He was unprepared to talk about awareness of
2  the Popplewell publication.
3      He was unprepared to talk about awareness of
4  the '212 publication.
5      Further, he testified that there were lab
6  books, recording the chemical syntheses of PMOs, but
7  no such lab books have been produced to us.
8      He testified that he communicated by email
9  with Mr. Sato about the development of the Exon 53
10 skipping project, but those emails were not produced
11 to us.
12     He testified that there was a database for
13 registration numbers and associated oligos at Nippon
14 Shinyaku, but that has not been produced to us.
15     He further testified that he had
16 communications with counsel multiple times, but
17 we've not received a privilege log, cataloging his
18 interactions with counsel.
19     For at least those reasons, we keep the
20 deposition open.
21     MS. WILLIAMSON: We object to keeping the
22 deposition open. Should you wish to depose
23 Mr. Watanabe again, you can take that up with the
24 court.
25     We will view this as closed.

**217**

1      THE VIDEOGRAPHER: Can I conclude? Do you
2  have --
3      MS. WILLIAMSON: Yes. I do not have any
4  questions for the witness.
5      THE VIDEOGRAPHER: Thank you.
6      We are going off the record at 2:00 p.m.,
7  with the end of deposition of Naoki Watanabe.
8      (Off the record at 2:00 p.m.)

**218**

1  CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC
2
3      I, Tiffany M. Pietrzyk, CSR RPR CRR, the
4  officer before whom the foregoing deposition was
5  taken, do hereby certify that the foregoing
6  transcript is a true and correct record of the
7  testimony given; that said testimony was taken by me
8  stenographically and thereafter reduced to
9  typewriting under my direction; that reading and
10 signing was not requested; and that I am neither
11 counsel for, related to, nor employed by any of the
12 parties to this case and have no interest, financial
13 or otherwise, in its outcome.
14
15     IN WITNESS WHEREOF, I have hereunto set my
16 hand and affixed my notarial seal this 27th of
17 June, 2023.

*Tiffany M. Pietrzyk*
My commission expires:
February 28th, 2024