# EXHIBIT 21



# Appendix

| Invoice | Date | Name |
|---------|------|------|
| 4738486 | 6/7/2021 | Williamson, A.S. |
| 4738486 | 6/8/2021 | Betti, C.J. |
| 4738486 | 6/8/2021 | Williamson, A.S. |
| 4738486 | 6/9/2021 | Sikora, M.T. |
| 4738486 | 6/16/2021 | Betti, C.J. |
| 4738486 | 6/18/2021 | Doukas, M.E. |
| 4738486 | 6/18/2021 | Williamson, A.S. |
| 4738486 | 6/20/2021 | Doukas, M.E. |
| 4738486 | 6/21/2021 | Doukas, M.E. |
| 4738486 | 6/21/2021 | Betti, C.J. |
| 4738486 | 6/21/2021 | Betti, C.J. |
| 4738486 | 6/21/2021 | Betti, C.J. |
| 4738486 | 6/21/2021 | Williamson, A.S. |
| 4738486 | 6/21/2021 | Williamson, A.S. |
| 4738486 | 6/21/2021 | Williamson, A.S. |
| 4738486 | 6/21/202 | Sikora, M.T. |
| 4738486 | 6/22/2021 | Williamson, A.S. |
| 4738486 | 6/22/2021 | Williamson, A.S. |
| 4738486 | 6/22/2021 | Williamson, A.S. |
| 4738486 | 6/22/2021 | Norikoshi, Y. |
| 4738486 | 6/22/2021 | Yamaguchi, N. |
| 4738486 | 6/22/2021 | Ito, N. |
| 4738486 | 6/22/2021 | Morishita, J. |
| 4738486 | 6/23/2021 | Betti, C.J. |
| 4738486 | 6/23/2021 | Williamson, A.S. |
| 4738486 | 6/23/2021 | Williamson, A.S. |

| Invoice | Date | Name |
|---------|------|------|
| 4738486 | 6/23/2021 | Norikoshi, Y. |
| 4738486 | 6/23/2021 | Morishita, J. |
| 4738486 | 6/24/2021 | Betti, C.J. |
| 4738486 | 6/24/2021 | Williamson, A.S. |
| 4738486 | 6/24/2021 | Williamson, A.S. |
| 4738486 | 6/24/2021 | Williamson, A.S. |
| 4738486 | 6/24/2021 | Williamson, A.S. |
| 4738486 | 6/24/2021 | Dudash, A.M |
| 4738486 | 6/24/2021 | Morishita, J. |
| 4738486 | 6/25/2021 | Williamson, A.S. |
| 4738486 | 6/25/2021 | Norikoshi, Y. |
| 4738486 | 6/25/2021 | Nguyen, L.T. |
| 4738486 | 6/27/2021 | Betti, C.J. |
| 4738486 | 6/28/2021 | Williamson, A.S. |
| 4738486 | 6/28/2021 | Norikoshi, Y. |
| 4738486 | 6/29/2021 | Betti, C.J. |
| 4738486 | 6/29/2021 | Williamson, A.S. |
| 4738486 | 6/29/2021 | Morishita, J. |
| 4738486 | 6/30/2021 | Doukas, M.E. |
| 4738486 | 6/30/2021 | Doukas, M.E. |

| Invoice | Date | Name |
|---------|------|------|
| 4738486 | 6/30/2021 | Dudash, A.M |
| 4738486 | 6/30/2021 | Nguyen, L.T. |
| 4765319 | 7/1/2021 | Doukas, M.E. |
| 4765319 | 7/1/2021 | Betti, C.J. |
| 4765319 | 7/1/2021 | Betti, C.J. |
| 4765319 | 7/1/2021 | Williamson, A.S. |
| 4765319 | 7/1/2021 | Williamson, A.S. |
| 4765319 | 7/1/2021 | Williamson, A.S. |
| 4765319 | 7/1/2021 | Dudash, A.M |
| 4765319 | 7/1/2021 | Sikora, M.T. |
| 4765319 | 7/1/2021 | Sikora, M.T. |
| 4765319 | 7/2/2021 | Doukas, M.E. |
| 4765319 | 7/2/2021 | Doukas, M.E. |
| 4765319 | 7/5/2021 | Venegas, K.V. |
| 4765319 | 7/5/2021 | Dudash, A.M |
| 4765319 | 7/6/2021 | Betti, C.J. |
| 4765319 | 7/6/2021 | Williamson, A.S. |
| 4765319 | 7/7/2021 | Doukas, M.E. |

| Invoice | Date | Name |
|---------|------|------|
| 4765319 | 7/7/2021 | Doukas, M.E. |
| 4765319 | 7/7/2021 | Betti, C.J. |
| 4765319 | 7/7/2021 | Williamson, A.S. |
| 4765319 | 7/7/2021 | Williamson, A.S. |
| 4765319 | 7/7/2021 | Williamson, A.S. |
| 4765319 | 7/7/2021 | Sikora, M.T. |
| 4765319 | 7/8/2021 | Doukas, M.E. |
| 4765319 | 7/8/2021 | Doi, E. |
| 4765319 | 7/9/2021 | Doukas, M.E. |
| 4765319 | 7/9/2021 | Williamson, A.S. |
| 4765319 | 7/9/2021 | Doi, E. |
| 4765319 | 7/12/2021 | Betti, C.J. |
| 4765319 | 7/12/2021 | Williamson, A.S. |
| 4765319 | 7/12/2021 | Dudash, A.M |
| 4765319 | 7/13/2021 | Williamson, A.S. |
| 4765319 | 7/13/2021 | Williamson, A.S. |
| 4765319 | 7/13/2021 | Dudash, A.M |
| 4765319 | 7/14/2021 | Betti, C.J. |
| 4765319 | 7/14/2021 | Betti, C.J. |

| Invoice | Date | Name |
|---------|------|------|
| 4765319 | 7/14/2021 | Morishita, J. |
| 4765319 | 7/16/2021 | Morishita, J. |
| 4765319 | 7/19/2021 | Williamson, A.S. |
| 4765319 | 7/20/2021 | Doi, E. |
| 4765319 | 7/20/2021 | Dudash, A.M |
| 4765319 | 7/21/2021 | Williamson, A.S. |
| 4765319 | 7/21/2021 | Williamson, A.S. |
| 4765319 | 7/21/2021 | Dudash, A.M |
| 4765319 | 7/26/2021 | Betti, C.J. |
| 4765319 | 7/26/2021 | Venegas, K.V. |
| 4765319 | 7/26/2021 | Dudash, A.M |
| 4765319 | 7/27/2021 | Doi, E. |
| 4801761 | 8/6/2021 | Sikora, M.T. |
| 4801761 | 8/7/2021 | Dudash, A.M |
| 4801761 | 8/11/2021 | Doukas, M.E. |
| 4801761 | 8/11/2021 | Doukas, M.E. |
| 4801761 | 8/11/2021 | Betti, C.J. |
| 4801761 | 8/11/2021 | Williamson, A.S. |
| 4801761 | 8/12/2021 | Doukas, M.E. |

| Invoice | Date | Name |
|---------|------|------|
| 4801761 | 8/12/2021 | Norikoshi, Y. |
| 4801761 | 8/13/2021 | Doukas, M.E. |
| 4801761 | 8/13/2021 | Betti, C.J. |
| 4801761 | 8/13/2021 | Williamson, A.S. |
| 4801761 | 8/13/2021 | Peterson, W.R. |
| 4801761 | 8/13/2021 | Venegas, K.V. |
| 4801761 | 8/13/2021 | Venegas, K.V. |
| 4801761 | 8/13/2021 | Dudash, A.M |
| 4801761 | 8/13/2021 | Morishita, J. |
| 4801761 | 8/16/2021 | Dudash, A.M |
| 4801761 | 8/17/2021 | Doukas, M.E. |
| 4801761 | 8/17/2021 | Williamson, A.S. |
| 4801761 | 8/17/2021 | Venegas, K.V. |
| 4801761 | 8/17/2021 | Hache, G. |
| 4801761 | 8/18/2021 | Doukas, M.E. |
| 4801761 | 8/18/2021 | Morishita, J. |
| 4801761 | 8/19/2021 | Doukas, M.E. |
| 4801761 | 8/19/2021 | Williamson, A.S. |
| 4801761 | 8/19/2021 | Peterson, W.R. |
| 4801761 | 8/19/2021 | Dudash, A.M |
| 4801761 | 8/20/2021 | Betti, C.J. |
| 4801761 | 8/23/2021 | Betti, C.J. |

| Invoice | Date | Name |
|---------|------|------|
| 4801761 | 8/23/2021 | Williamson, A.S. |
| 4801761 | 8/23/2021 | Venegas, K.V. |
| 4801761 | 8/23/2021 | Venegas, K.V. |
| 4801761 | 8/23/2021 | Dudash, A.M |
| 4801761 | 8/23/2021 | Sikora, M.T. |
| 4801761 | 8/24/2021 | Doukas, M.E. |
| 4801761 | 8/24/2021 | Venegas, K.V. |
| 4801761 | 8/24/2021 | Doi, E. |
| 4801761 | 8/25/2021 | Doukas, M.E. |
| 4801761 | 8/25/2021 | Williamson, A.S. |
| 4801761 | 8/25/2021 | Williamson, A.S. |
| 4801761 | 8/25/2021 | Venegas, K.V. |
| 4801761 | 8/25/2021 | Venegas, K.V. |
| 4801761 | 8/25/2021 | Doi, E. |
| 4801761 | 8/25/2021 | Dudash, A.M |
| 4801761 | 8/26/2021 | Williamson, A.S. |
| 4801761 | 8/26/2021 | Peterson, W.R. |
| 4801761 | 8/27/2021 | Williamson, A.S. |
| 4801761 | 8/27/2021 | Doi, E. |
| 4801761 | 8/31/2021 | Williamson, A.S. |
| 4801761 | 8/31/2021 | Dudash, A.M |
| 4810997 | 9/1/2021 | Williamson, A.S. |

| Invoice | Date | Name |
|---------|------|------|
| 4810997 | 9/1/2021 | Williamson, A.S. |
| 4810997 | 9/1/2021 | Doi, E. |
| 4810997 | 9/1/2021 | Dudash, A.M |
| 4810997 | 9/2/2021 | Williamson, A.S. |
| 4810997 | 9/3/2021 | Morishita, J. |
| 4810997 | 9/6/2021 | Morishita, J. |
| 4810997 | 9/7/2021 | Betti, C.J. |
| 4810997 | 9/7/2021 | Williamson, A.S. |
| 4810997 | 9/7/2021 | Venegas, K.V. |
| 4810997 | 9/21/2021 | Dudash, A.M |
| 4810997 | 9/22/2021 | Venegas, K.V. |
| 4810997 | 9/22/2021 | Venegas, K.V. |
| 4810997 | 9/23/2021 | Williamson, A.S. |
| 4810997 | 9/23/2021 | Dudash, A.M |
| 4810997 | 9/24/2021 | Williamson, A.S. |
| 4810997 | 9/24/2021 | Williamson, A.S. |
| 4810997 | 9/24/2021 | Williamson, A.S. |
| 4810997 | 9/24/2021 | Peterson, W.R. |
| 4810997 | 9/24/2021 | Venegas, K.V. |

| Invoice | Date | Name |
|---------|------|------|
| 4810997 | 9/24/2021 | Dudash, A.M |
| 4810997 | 9/25/2021 | Morishita, J. |
| 4810997 | 9/26/2021 | Betti, C.J. |
| 4810997 | 9/26/2021 | Williamson, A.S. |
| 4810997 | 9/26/2021 | Williamson, A.S. |
| 4810997 | 9/26/2021 | Venegas, K.V. |
| 4810997 | 9/27/2021 | Doukas, M.E. |
| 4810997 | 9/27/2021 | Doukas, M.E. |
| 4810997 | 9/27/2021 | Betti, C.J. |
| 4810997 | 9/27/2021 | Williamson, A.S. |
| 4810997 | 9/27/2021 | Williamson, A.S. |
| 4810997 | 9/27/2021 | Williamson, A.S. |
| 4810997 | 9/27/2021 | Williamson, A.S. |
| 4810997 | 9/27/2021 | Peterson, W.R. |
| 4810997 | 9/27/2021 | Venegas, K.V. |
| 4810997 | 9/27/2021 | Doi, E. |
| 4810997 | 9/27/2021 | Dudash, A.M |
| 4810997 | 9/27/2021 | Hong, E.M. |
| 4810997 | 9/27/2021 | Miller, Z.D. |
| 4810997 | 9/28/2021 | Doukas, M.E. |

| Invoice | Date | Name |
|---|---|---|
| 4810997 | 9/28/2021 | Doi, E. |
| 4810997 | 9/28/2021 | Dudash, A.M |
| 4810997 | 9/28/2021 | Morishita, J. |
| 4810997 | 9/29/2021 | Doukas, M.E. |
| 4810997 | 9/29/2021 | Betti, C.J. |
| 4810997 | 9/29/2021 | Betti, C.J. |
| 4810997 | 9/29/2021 | Williamson, A.S. |
| 4810997 | 9/29/2021 | Venegas, K.V. |
| 4810997 | 9/29/2021 | Venegas, K.V. |
| 4810997 | 9/29/2021 | Kim, T. |
| 4810997 | 9/29/2021 | Dudash, A.M |
| 4810997 | 9/29/2021 | Hong, E.M. |
| 4810997 | 9/29/2021 | Hong, E.M. |
| 4810997 | 9/29/2021 | Morishita, J. |
| 4810997 | 9/30/2021 | Doukas, M.E. |
| 4810997 | 9/30/2021 | Williamson, A.S. |
| 4810997 | 9/30/2021 | Williamson, A.S. |
| 4810997 | 9/30/2021 | Venegas, K.V. |
| 4810997 | 9/30/2021 | Dudash, A.M |
| 4810997 | 9/30/2021 | Hong, E.M. |
| 4810997 | 9/30/2021 | Hong, E.M. |
| 4832069 | 10/1/2021 | Doukas, M.E. |
| 4832069 | 10/1/2021 | Betti, C.J. |

| Invoice | Date | Name |
|---------|------|------|
| 4832069 | 10/1/2021 | Williamson, A.S. |
| 4832069 | 10/1/2021 | Williamson, A.S. |
| 4832069 | 10/1/2021 | Williamson, A.S. |
| 4832069 | 10/1/2021 | Peterson, W.R. |
| 4832069 | 10/1/2021 | Venegas, K.V. |
| 4832069 | 10/1/2021 | Dudash, A.M |
| 4832069 | 10/1/2021 | Hong, E.M. |
| 4832069 | 10/1/2021 | Hong, E.M. |
| 4832069 | 10/2/2021 | Doukas, M.E. |
| 4832069 | 10/2/2021 | Peterson, W.R. |
| 4832069 | 10/2/2021 | Hong, E.M. |
| 4832069 | 10/2/2021 | Hong, E.M. |
| 4832069 | 10/2/2021 | Hong, E.M. |
| 4832069 | 10/3/2021 | Doukas, M.E. |
| 4832069 | 10/3/2021 | Williamson, A.S. |
| 4832069 | 10/3/2021 | Dudash, A.M |
| 4832069 | 10/3/2021 | Hong, E.M. |
| 4832069 | 10/3/2021 | Hong, E.M. |
| 4832069 | 10/4/2021 | Doukas, M.E. |
| 4832069 | 10/4/2021 | Betti, C.J. |
| 4832069 | 10/4/2021 | Williamson, A.S. |
| 4832069 | 10/4/2021 | Williamson, A.S. |
| 4832069 | 10/4/2021 | Williamson, A.S. |
| 4832069 | 10/4/2021 | Penaloza, C. |
| 4832069 | 10/4/2021 | Penaloza, C. |
| 4832069 | 10/4/2021 | Penaloza, C. |

| Invoice | Date | Name |
|---------|------|------|
| 4832069 | 10/4/2021 | Doi, E. |
| 4832069 | 10/4/2021 | Hong, E.M. |
| 4832069 | 10/4/2021 | Rubin, H.C. |
| 4832069 | 10/4/2021 | Saukaitis, J. |
| 4832069 | 10/5/2021 | Williamson, A.S. |
| 4832069 | 10/5/2021 | Doi, E. |
| 4832069 | 10/5/2021 | Hong, E.M. |
| 4832069 | 10/6/2021 | Doukas, M.E. |
| 4832069 | 10/6/2021 | Betti, C.J. |
| 4832069 | 10/6/2021 | Williamson, A.S. |
| 4832069 | 10/6/2021 | Doi, E. |
| 4832069 | 10/6/2021 | Hache, G. |
| 4832069 | 10/7/2021 | Doukas, M.E. |
| 4832069 | 10/7/2021 | Williamson, A.S. |
| 4832069 | 10/7/2021 | Peterson, W.R. |
| 4832069 | 10/7/2021 | Dudash, A.M |
| 4832069 | 10/7/2021 | Hong, E.M. |
| 4832069 | 10/7/2021 | Morishita, J. |

| Invoice | Date | Name |
|---------|------|------|
| 4832069 | 10/13/2021 | Betti, C.J. |
| 4832069 | 10/13/2021 | Betti, C.J. |
| 4832069 | 10/13/2021 | Williamson, A.S. |
| 4832069 | 10/13/2021 | Venegas, K.V. |
| 4832069 | 10/13/2021 | Venegas, K.V. |
| 4832069 | 10/13/2021 | Hache, G. |
| 4832069 | 10/14/2021 | Doi, E. |
| 4832069 | 10/14/2021 | Morishita, J. |
| 4832069 | 10/15/2021 | Morishita, J. |
| 4832069 | 10/18/2021 | Hong, E.M. |
| 4832069 | 10/18/2021 | Morishita, J. |
| 4832069 | 10/19/2021 | Betti, C.J. |
| 4832069 | 10/19/2021 | Williamson, A.S. |
| 4832069 | 10/19/2021 | Morishita, J. |
| 4832069 | 10/19/2021 | Hache, G. |
| 4832069 | 10/20/2021 | Morishita, J. |
| 4832069 | 10/21/2021 | Doukas, M.E. |
| 4832069 | 10/21/2021 | Williamson, A.S. |
| 4832069 | 10/21/2021 | Peterson, W.R. |
| 4832069 | 10/21/2021 | Morishita, J. |
| 4832069 | 10/22/2021 | Morishita, J. |

| Invoice | Date | Name |
|---|---|---|
| 4832069 | 10/25/2021 | Doukas, M.E. |
| 4832069 | 10/25/2021 | Betti, C.J. |
| 4832069 | 10/25/2021 | Williamson, A.S. |
| 4832069 | 10/25/2021 | Doi, E. |
| 4832069 | 10/25/2021 | Morishita, J. |
| 4832069 | 10/26/2021 | Gillen, S. |
| 4832069 | 10/26/2021 | Morishita, J. |
| 4832069 | 10/27/2021 | Betti, C.J. |
| 4832069 | 10/27/2021 | Williamson, A.S. |
| 4832069 | 10/27/2021 | Hache, G. |
| 4832069 | 10/28/2021 | Morishita, J. |
| 4865661 | 11/2/2021 | Betti, C.J. |
| 4865661 | 11/2/2021 | Williamson, A.S. |
| 4865661 | 11/2/2021 | Peterson, W.R. |
| 4865661 | 11/2/2021 | Hong, E.M. |
| 4865661 | 11/2/2021 | Morishita, J. |
| 4865661 | 11/3/2021 | Doukas, M.E. |
| 4865661 | 11/3/2021 | Betti, C.J. |
| 4865661 | 11/3/2021 | Williamson, A.S. |
| 4865661 | 11/3/2021 | Williamson, A.S. |
| 4865661 | 11/3/2021 | Williamson, A.S. |
| 4865661 | 11/3/2021 | Peterson, W.R. |
| 4865661 | 11/3/2021 | Doi, E. |

| Invoice | Date | Name |
|---------|------|------|
| 4865661 | 11/3/2021 | Hong, E.M. |
| 4865661 | 11/3/2021 | Miller, Z.D. |
| 4865661 | 11/3/2021 | Morishita, J. |
| 4865661 | 11/3/2021 | Hache, G. |
| 4865661 | 11/4/2021 | Doukas, M.E. |
| 4865661 | 11/4/2021 | Williamson, A.S. |
| 4865661 | 11/4/2021 | Peterson, W.R. |
| 4865661 | 11/4/2021 | Morishita, J. |
| 4865661 | 11/5/2021 | Betti, C.J. |
| 4865661 | 11/8/2021 | Williamson, A.S. |
| 4865661 | 11/8/2021 | Williamson, A.S. |
| 4865661 | 11/8/2021 | Peterson, W.R. |
| 4865661 | 11/8/2021 | Venegas, K.V. |
| 4865661 | 11/8/2021 | Venegas, K.V. |
| 4865661 | 11/8/2021 | Hong, E.M. |
| 4865661 | 11/8/2021 | Hache, G. |
| 4865661 | 11/9/2021 | Doukas, M.E. |
| 4865661 | 11/9/2021 | Williamson, A.S. |
| 4865661 | 11/9/2021 | Hong, E.M. |
| 4865661 | 11/9/2021 | Hong, E.M. |
| 4865661 | 11/9/2021 | Hong, E.M. |
| 4865661 | 11/9/2021 | Hong, E.M. |
| 4865661 | 11/9/2021 | Morishita, J. |
| 4865661 | 11/10/2021 | Doi, E. |
| 4865661 | 11/10/2021 | Hong, E.M. |
| 4865661 | 11/10/2021 | Hong, E.M. |

15

| Invoice | Date | Name |
|---|---|---|
| 4865661 | 11/11/2021 | Williamson, A.S. |
| 4865661 | 11/11/2021 | Peterson, W.R. |
| 4865661 | 11/11/2021 | Hong, E.M. |
| 4865661 | 11/11/2021 | Hong, E.M. |
| 4865661 | 11/16/2021 | Williamson, A.S. |
| 4865661 | 11/18/2021 | Williamson, A.S. |
| 4865661 | 11/18/2021 | Venegas, K.V. |
| 4865661 | 11/18/2021 | Doi, E. |
| 4865661 | 11/19/2021 | Doi, E. |
| 4865661 | 11/19/2021 | Hong, E.M. |
| 4865661 | 11/23/2021 | Williamson, A.S. |
| 4865661 | 11/24/2021 | Betti, C.J. |
| 4865661 | 11/24/2021 | Williamson, A.S. |
| 4865661 | 11/24/2021 | Venegas, K.V. |
| 4865661 | 11/24/2021 | Dudash, A.M |
| 4865661 | 11/24/2021 | Morishita, J. |
| 4865661 | 11/25/2021 | Morishita, J. |
| 4872549 | 12/6/2021 | Hong, E. M. |
| 4872549 | 2/7/2021 | Williamson, A. S. |
| 4872549 | 12/8/2021 | Betti, C. J. |
| 4872549 | 12/8/2021 | Betti, C. J. |
| 4872549 | 12/8/2021 | Betti, C. J. |
| 4872549 | 12/8/2021 | Williamson, A. S. |

17

| Invoice | Date | Name |
| --- | --- | --- |
| 4872549 | 12/2/2021 | Venegas, K. V. |
| 4872549 | 12/8/2021 | Dudash, A. M. |
| 4872549 | 12/8/2021 | Morishita, J. |
| 4872549 | 12/9/2021 | Morishita, J. |
| 4872549 | 12/13/2021 | Hong, E. M. |
| 4872549 | 12/15/2021 | Gillen, S. |
| 4872549 | 12/16/2021 | Morishita, J. |
| 4872549 | 12/21/2021 | Williamson, A. S. |
| 4872549 | 12/21/2021 | Peterson, W. R. |
| 4872549 | 12/22/2021 | Hong, E. M. |
| 4872549 | 12/22/2021 | Hong, E. M. |
| 4872549 | 12/23/2021 | Hong, E. M. |
| 4872549 | 12/23/2021 | Betti, C. J. |
| 4872549 | 12/23/2021 | Peterson, W. R. |

| Invoice | Date | Name |
|---------|------|------|
| 4872549 | 12/23/2021 | Hong, E. M. |
| 4872549 | 12/23/2021 | Hong, E. M. |
| 4872549 | 12/27/2021 | Peterson, W. R. |
| 4872549 | 12/30/2021 | Peterson, W. R. |
| 4891057 | 1/4/2022 | Peterson, W. R. |
| 4891057 | 1/4/2022 | Venegas, K. V. |
| 4891057 | 1/5/2022 | Peterson, W. R. |
| 4891057 | 1/6/2022 | Morishita, J. |
| 4891057 | 1/7/2022 | Peterson, W. R. |
| 4891057 | 1/7/2022 | Venegas, K. V. |
| 4891057 | 1/7/2022 | Doi, E. |
| 4891057 | 1/7/2022 | Hong, E. M. |
| 4891057 | 1/7/2022 | Gillen, S. |
| 4891057 | 1/9/2022 | Peterson, W. R. |
| 4891057 | 1/9/2022 | Goldemberg, J. S. |
| 4891057 | 1/10/2022 | Doukas, M. E. |
| 4891057 | 1/10/2022 | Betti, C. J. |
| 4891057 | 1/10/2022 | Williamson, A. S. |

| Invoice | Date | Name |
|---------|------|------|
| 4891057 | 1/10/2022 | Venegas, K. V. |
| 4891057 | 1/10/2022 | Dudash, A. M. |
| 4891057 | 1/10/2022 | Goldemberg, J. S. |
| 4891057 | 1/10/2022 | Hong, E. M. |
| 4891057 | 1/10/2022 | Gillen, S. |
| 4891057 | 1/11/2022 | Doukas, M. E. |
| 4891057 | 1/11/2022 | Betti, C. J. |
| 4891057 | 1/11/2022 | Betti, C. J. |
| 4891057 | 1/11/2022 | Betti, C. J. |
| 4891057 | 1/11/2022 | Williamson, A. S. |
| 4891057 | 1/11/2022 | Williamson, A. S. |
| 4891057 | 1/11/2022 | Peterson, W. R. |
| 4891057 | 1/11/2022 | Venegas, K. V. |
| 4891057 | 1/11/2022 | Doi, E. |

| Invoice | Date | Name |
|---------|------|------|
| 4891057 | 1/11/2022 | Dudash, A. M. |
| 4891057 | 1/11/2022 | Norikoshi, Y. |
| 4891057 | 1/11/2022 | Goldemberg, J. S. |
| 4891057 | 1/11/2022 | Sikora, M. T. |
| 4891057 | 1/11/2022 | Morishita, J. |
| 4891057 | 1/12/2022 | Gillen, S. |
| 4891057 | 1/12/2022 | Morishita, J. |
| 4891057 | 1/13/2022 | Norikoshi, Y. |
| 4891057 | 1/13/2022 | Gillen, S. |
| 4891057 | 1/13/2022 | Morishita, J. |
| 4891057 | 1/17/2022 | Dudash, A. M. |
| 4891057 | 1/18/2022 | Williamson, A. S. |
| 4891057 | 1/19/2022 | Betti, C. J. |
| 4891057 | 1/19/2022 | Williamson, A. S. |
| 4891057 | 1/19/2022 | Venegas, K. V. |
| 4891057 | 1/19/2022 | Morishita, J. |
| 4891057 | 1/20/2022 | Morishita, J. |
| 4891057 | 1/24/2022 | Williamson, A. S. |
| 4891057 | 1/26/2022 | Betti, C. J. |
| 4891057 | 1/26/2022 | Betti, C. J. |
| 4891057 | 1/26/2022 | Williamson, A. S. |
| 4891057 | 1/26/2022 | Venegas, K. V. |
| 4891057 | 1/26/2022 | Morishita, J. |

| Invoice | Date | Name |
|---------|------|------|
| 4891057 | 1/26/2022 | Williamson, A. S. |
| 4891057 | 1/27/2022 | Hong, E. M. |
| 4914118 | 2/1/2022 | Williamson, A. S. |
| 4914118 | 2/1/2022 | Morishita, J. |
| 4914118 | 2/2/2022 | Betti, C. J. |
| 4914118 | 2/2/2022 | Betti, C. J. |
| 4914118 | 2/2/2022 | Williamson, A. S. |
| 4914118 | 2/2/2022 | Dudash, A. M. |
| 4914118 | 2/3/2022 | Morishita, J. |
| 4914118 | 2/4/2022 | Dudash, A. M. |
| 4914118 | 2/6/2022 | Dudash, A. M. |
| 4914118 | 2/7/2022 | Venegas, K. V. |
| 4914118 | 2/7/2022 | Doi, E. |

| Invoice | Date | Name |
|---------|------|------|
| 4914118 | 2/7/2022 | Dudash, A. M. |
| 4914118 | 2/7/2022 | Gillen, S. |
| 4914118 | 2/8/2022 | Betti, C. J. |
| 4914118 | 2/8/2022 | Betti, C. J. |
| 4914118 | 2/8/2022 | Betti, C. J. |
| 4914118 | 2/8/2022 | Williamson, A. S. |
| 4914118 | 2/8/2022 | Peterson, W. R. |
| 4914118 | 2/8/2022 | Venegas, K. V. |
| 4914118 | 2/8/2022 | Doi, E. |
| 4914118 | 2/8/2022 | Dudash, A. M. |
| 4914118 | 2/8/2022 | Hong, E. M. |
| 4914118 | 2/8/2022 | Sikora, M. T. |
| 4914118 | 2/8/2022 | Morishita, J. |
| 4914118 | 2/9/2022 | Williamson, A. S. |
| 4914118 | 2/9/2022 | Peterson, W. R. |

| Invoice | Date | Name |
|---------|------|------|
| 4914118 | 2/9/2022 | Venegas, K. V. |
| 4914118 | 2/9/2022 | Dudash, A. M. |
| 4914118 | 2/9/2022 | Morishita, J. |
| 4914118 | 2/10/2022 | Williamson, A. S. |
| 4914118 | 2/10/2022 | Peterson, W. R. |
| 4914118 | 2/10/2022 | Dudash, A. M. |
| 4914118 | 2/10/2022 | Hong, E. M. |
| 4914118 | 2/10/2022 | Salz, A. S. |
| 4914118 | 2/10/2022 | Morishita, J. |
| 4914118 | 2/11/2022 | Betti, C. J. |
| 4914118 | 2/11/2022 | Betti, C. J. |
| 4914118 | 2/11/2022 | Williamson, A. S. |
| 4914118 | 2/11/2022 | Peterson, W. R. |
| 4914118 | 2/11/2022 | Hong, E. M. |

| Invoice | Date | Name |
|---------|------|------|
| 4914118 | 2/11/2022 | Salz, A. S. |
| 4914118 | 2/14/2022 | Williamson, A. S. |
| 4914118 | 2/14/2022 | Dudash, A. M. |
| 4914118 | 2/15/2022 | Hong, E. M. |
| 4914118 | 2/15/2022 | Salz, A. S. |
| 4914118 | 2/16/2022 | Williamson, A. S. |
| 4914118 | 2/17/2022 | Hong, E. M. |
| 4914118 | 2/18/2022 | Gillen, S. |
| 4914118 | 2/24/2022 | Hong, E. M. |
| 4914118 | 2/28/2022 | Betti, C. J. |
| 4914118 | 2/28/2022 | Peterson, W. R. |
| 4914118 | 2/28/2022 | Venegas, K. V. |
| 4939221 | 3/1/2022 | Williamson, A. S. |
| 4939221 | 3/2/2022 | Betti, C. J. |
| 4939221 | 3/2/2022 | Williamson, A. S. |
| 4939221 | 3/2/2022 | Venegas, K. V. |
| 4939221 | 3/3/2022 | Betti, C. J. |
| 4939221 | 3/3/2022 | Salz, A. S. |
| 4939221 | 3/4/2022 | Salz, A. S. |
| 4939221 | 3/5/2022 | Peterson, W. R. |
| 4939221 | 3/7/2022 | Williamson, A. S. |
| 4939221 | 3/8/2022 | Williamson, A. S. |
| 4939221 | 3/9/2022 | Peterson, W. R. |
| 4939221 | 3/9/2022 | Doi, E. |
| 4939221 | 3/9/2022 | Hong, E. M. |

| Invoice | Date | Name |
|---------|------|------|
| 4939221 | 3/9/2022 | Salz, A. S. |
| 4939221 | 3/10/2022 | Betti, C. J. |
| 4939221 | 3/10/2022 | Williamson, A. S. |
| 4939221 | 3/10/2022 | Williamson, A. S. |
| 4939221 | 3/10/2022 | Peterson, W. R. |
| 4939221 | 3/10/2022 | Doi, E. |
| 4939221 | 3/10/2022 | Dudash, A. M. |
| 4939221 | 3/10/2022 | Hong, E. M. |
| 4939221 | 3/10/2022 | Salz, A. S. |
| 4939221 | 3/11/2022 | Morishita, J. |
| 4939221 | 3/11/2022 | Williamson, A. S. |
| 4939221 | 3/11/2022 | Peterson, W. R. |
| 4939221 | 3/11/2022 | Hong, E. M. |
| 4939221 | 3/11/2022 | Salz, A. S. |
| 4939221 | 3/11/2022 | Morishita, J. |
| 4939221 | 3/14/2022 | Betti, C. J. |
| 4939221 | 3/14/2022 | Williamson, A. S. |
| 4939221 | 3/14/2022 | Williamson, A. S. |
| 4939221 | 3/14/2022 | Salz, A. S. |
| 4939221 | 3/14/2022 | Miller, Z. D. |
| 4939221 | 3/15/2022 | Williamson, A. S. |
| 4939221 | 3/15/2022 | Salz, A. S. |
| 4939221 | 3/15/2022 | Morishita, J. |
| 4939221 | 3/18/2022 | Betti, C. J. |
| 4939221 | 3/18/2022 | Peterson, W. R. |

| Invoice | Date | Name |
|---------|------|------|
| 4939221 | 3/18/2022 | Doi, E. |
| 4939221 | 3/18/2022 | Salz, A. S. |
| 4939221 | 3/21/2022 | Peterson, W. R. |
| 4939221 | 3/22/2022 | Williamson, A. S. |
| 4939221 | 3/22/2022 | Peterson, W. R. |
| 4939221 | 3/23/2022 | Betti, C. J. |
| 4939221 | 3/23/2022 | Betti, C. J. |
| 4939221 | 3/23/2022 | Betti, C. J. |
| 4939221 | 3/23/2022 | Williamson, A. S. |
| 4939221 | 3/23/2022 | Williamson, A. S. |
| 4939221 | 3/23/2022 | Peterson, W. R. |
| 4939221 | 3/23/2022 | Venegas, K. V. |
| 4939221 | 3/23/2022 | Venegas, K. V. |
| 4939221 | 3/23/2022 | Dudash, A. M. |
| 4939221 | 3/23/2022 | Hong, E. M. |
| 4939221 | 3/23/2022 | Salz, A. S. |
| 4939221 | 3/23/2022 | Morishita, J. |
| 4939221 | 3/24/2022 | Doi, E. |
| 4939221 | 3/24/2022 | Sikora, M. T. |
| 4939221 | 3/24/2022 | Morishita, J. |
| 4952986 | 4/5/2022 | Williamson, A. S. |
| 4952986 | 4/5/2022 | Williamson, A. S. |
| 4952986 | 4/5/2022 | Venegas, K. V. |

| Invoice | Date | Name |
|---------|------|------|
| 4952986 | 4/11/2022 | Williamson, A. S. |
| 4952986 | 4/11/2022 | Williamson, A. S. |
| 4952986 | 4/11/2022 | Peterson, W. R. |
| 4952986 | 4/12/2022 | Williamson, A. S. |
| 4952986 | 4/12/2022 | Peterson, W. R. |
| 4952986 | 4/12/2022 | Goldemberg, J. S. |
| 4952986 | 4/13/2022 | Bregman, D.M. |
| 4952986 | 4/13/2022 | Betti, C. J. |
| 4952986 | 4/13/2022 | Williamson, A. S. |
| 4952986 | 4/13/2022 | Williamson, A. S. |
| 4952986 | 4/13/2022 | Venegas, K. V. |
| 4952986 | 4/14/2022 | Doukas, M. E. |
| 4952986 | 4/14/2022 | Williamson, A. S. |
| 4952986 | 4/14/2022 | Peterson, W. R. |
| 4952986 | 4/14/2022 | Goldemberg, J. S. |
| 4952986 | 4/15/2022 | Hong, E. M. |
| 4952986 | 4/19/2022 | Betti, C. J. |
| 4952986 | 4/19/2022 | Williamson, A. S. |
| 4952986 | 4/19/2022 | Williamson, A. S. |
| 4952986 | 4/25/2022 | Kraeutler, E. |

| Invoice | Date |
|---------|------|
| 4765322 | 6/24/2021 |
| 4765322 | 6/25/2021 |
| 4765322 | 6/30/2021 |
| 4765322 | 6/30/2021 |
| 4765322 | 7/1/2021 |
| 4765322 | 7/1/2021 |
| 4765322 | 7/1/2021 |
| 4765322 | 7/1/2021 |
| 4765322 | 7/2/2021 |
| 4765322 | 7/2/2021 |
| 4765322 | 7/6/2021 |
| 4765322 | 7/6/2021 |
| 4765322 | 7/7/2021 |
| 4765322 | 7/8/2021 |
| 4765322 | 7/11/2021 |
| 4765322 | 7/13/2021 |

| Invoice | Date |
|---------|------|
| 4765322 | 7/13/2021 |
| 4765322 | 7/14/2021 |
| 4765322 | 7/14/2021 |
| 4765322 | 7/21/2021 |
| 4765322 | 7/21/2021 |
| 4765322 | 7/23/2021 |
| 4765322 | 7/23/2021 |
| 4765322 | 7/23/2021 |
| 4765322 | 7/23/2021 |
| 4765322 | 7/26/2021 |
| 4765322 | 7/26/2021 |
| 4765322 | 7/27/2021 |
| 4765322 | 7/27/2021 |
| 4765322 | 7/27/2021 |
| 4765322 | 7/27/2021 |
| 4765322 | 7/27/2021 |

| Invoice | Date |
|---------|------|
| 4765322 | 7/27/2021 |
| 4765322 | 7/28/2021 |
| 4765322 | 7/28/2021 |
| 4765322 | 7/28/2021 |
| 4765322 | 7/28/2021 |
| 4765322 | 7/28/2021 |
| 4765322 | 7/28/2021 |
| 4765322 | 7/28/2021 |
| 4765322 | 7/28/2021 |
| 4765322 | 7/28/2021 |
| 4765322 | 7/28/2021 |
| 4765322 | 7/28/2021 |
| 4765322 | 7/28/2021 |
| 4765322 | 7/28/2021 |
| 4765322 | 7/28/2021 |
| 4765322 | 7/28/2021 |

| Invoice | Date |
|---------|------|
| 4765322 | 7/28/2021 |
| 4765323 | 7/28/2021 |
| 4765322 | 7/28/2021 |
| 4765322 | 7/29/2021 |
| 4765322 | 7/29/2021 |
| 4765322 | 7/29/2021 |
| 4765322 | 7/29/2021 |
| 4801764 | 8/3/2021 |
| 4801764 | 8/3/2021 |
| 4801764 | 8/3/2021 |
| 4801764 | 8/3/2021 |
| 4801764 | 8/4/2021 |
| 4801764 | 8/4/2021 |
| 4801764 | 8/4/2021 |
| 4801764 | 8/4/2021 |
| 4801764 | 8/4/2021 |
| 4801764 | 8/4/2021 |

| Invoice | Date |
|---------|------|
| 4801764 | 8/4/2021 |
| 4801764 | 8/5/2021 |
| 4801764 | 8/5/2021 |
| 4801764 | 8/5/2021 |
| 4801764 | 8/6/2021 |
| 4801764 | 8/6/2021 |
| 4801764 | 8/6/2021 |
| 4801764 | 8/9/2021 |
| 4801764 | 8/9/2021 |
| 4801764 | 8/9/2021 |
| 4801764 | 8/9/2021 |
| 4801764 | 8/10/2021 |
| 4801764 | 8/10/2021 |
| 4801764 | 8/10/2021 |
| 4801764 | 8/10/2021 |
| 4801764 | 8/11/2021 |

| Invoice | Date |
|---------|------|
| 4801764 | 8/11/2021 |
| 4801764 | 8/12/2021 |
| 4801764 | 8/12/2021 |
| 4801764 | 8/12/2021 |
| 4801764 | 8/13/2021 |
| 4801764 | 8/13/2021 |
| 4801764 | 8/13/2021 |
| 4801764 | 8/13/2021 |
| 4801764 | 8/13/2021 |
| 4801764 | 8/13/2021 |
| 4801764 | 8/13/2021 |
| 4801764 | 8/13/2021 |
| 4801764 | 8/13/2021 |
| 4801764 | 8/13/2021 |
| 4801764 | 8/15/2021 |

| Invoice | Date |
|---------|------|
| 4801764 | 8/16/2021 |
| 4801764 | 8/16/2021 |
| 4801764 | 8/16/2021 |
| 4801764 | 8/17/2021 |
| 4801764 | 8/17/2021 |
| 4801764 | 8/17/2021 |
| 4801764 | 8/17/2021 |
| 4801764 | 8/17/2021 |
| 4801764 | 8/17/2021 |
| 4801764 | 8/18/2021 |
| 4801764 | 8/18/2021 |
| 4801764 | 8/20/2021 |
| 4801764 | 8/20/2021 |
| 4801764 | 8/21/2021 |
| 4801764 | 8/22/2021 |
| 4801764 | 8/23/2021 |
| 4801764 | 8/23/2021 |

| Invoice | Date |
|---------|------|
| 4801764 | 8/23/2021 |
| 4801764 | 8/23/2021 |
| 4801764 | 8/23/2021 |
| 4801764 | 8/23/2021 |
| 4801764 | 8/24/2021 |
| 4801764 | 8/24/2021 |
| 4801764 | 8/25/2021 |
| 4801764 | 8/25/2021 |
| 4801764 | 8/25/2021 |
| 4801764 | 8/25/2021 |
| 4801764 | 8/25/2021 |
| 4801764 | 8/26/2021 |
| 4801764 | 8/26/2021 |
| 4801764 | 8/30/2021 |
| 4801764 | 8/30/2021 |
| 4801764 | 8/30/2021 |
| 4801764 | 8/30/2021 |
| 4801764 | 8/30/2021 |
| 4801764 | 8/31/2021 |

| Invoice | Date |
|---------|------|
| 4810999 | 9/1/2021 |
| 4810999 | 9/1/2021 |
| 4810999 | 9/1/2021 |
| 4810999 | 9/2/2021 |
| 4810999 | 9/2/2021 |
| 4810999 | 9/2/2021 |
| 4810999 | 9/2/2021 |
| 4810999 | 9/3/2021 |
| 4810999 | 9/3/2021 |
| 4810999 | 9/5/2021 |
| 4810999 | 9/7/2021 |
| 4810999 | 9/7/2021 |
| 4810999 | 9/10/2021 |
| 4810999 | 9/13/2021 |
| 4810999 | 9/14/2021 |

| Invoice | Date |
|---------|------|
| 4810999 | 9/27/2021 |
| 4810999 | 9/27/2021 |
| 4810999 | 9/28/2021 |
| 4810999 | 9/28/2021 |
| 4810999 | 9/28/2021 |
| 4810999 | 9/28/2021 |
| 4810999 | 9/29/2021 |
| 4810999 | 9/29/2021 |
| 4810999 | 9/30/2021 |
| 4810999 | 9/30/2021 |
| 4832071 | 10/1/2021 |
| 4832071 | 10/1/2021 |
| 4832071 | 10/2/2021 |
| 4832071 | 10/2/2021 |
| 4832071 | 10/3/2021 |
| 4832071 | 10/3/2021 |
| 4832071 | 10/4/2021 |
| 4832071 | 10/4/2021 |
| 4832071 | 10/4/2021 |
| 4832071 | 10/4/2021 |

| Invoice | Date |
|---------|------|
| 4832071 | 10/5/2021 |
| 4832071 | 10/5/2021 |
| 4832071 | 10/5/2021 |
| 4832071 | 10/5/2021 |
| 4832071 | 10/6/2021 |
| 4832071 | 10/6/2021 |
| 4832071 | 10/6/2021 |
| 4832071 | 10/6/2021 |
| 4832071 | 10/6/2021 |
| 4832071 | 10/6/2021 |
| 4832071 | 10/7/2021 |
| 4832071 | 10/7/2021 |
| 4832071 | 10/7/2021 |
| 4832071 | 10/7/2021 |
| 4832071 | 10/7/2021 |
| 4832071 | 10/8/2021 |
| 4832071 | 10/8/2021 |

| Invoice | Date |
|---------|------|
| 4832071 | 10/8/2021 |
| 4832071 | 10/8/2021 |
| 4832071 | 10/11/2021 |
| 4832071 | 10/12/2021 |
| 4832071 | 10/12/2021 |
| 4832071 | 10/12/2021 |
| 4832071 | 10/12/2021 |
| 4832071 | 10/12/2021 |
| 4832071 | 10/12/2021 |
| 4832071 | 10/13/2021 |
| 4832071 | 10/13/2021 |
| 4832071 | 10/14/2021 |
| 4832071 | 10/14/2021 |
| 4832071 | 10/15/2021 |
| 4832071 | 10/15/2021 |
| 4832071 | 10/15/2021 |

| Invoice | Date |
|---------|------|
| 4832071 | 10/15/2021 |
| 4832071 | 10/16/2021 |
| 4832071 | 10/17/2021 |
| 4832071 | 10/18/2021 |
| 4832071 | 10/18/2021 |
| 4832071 | 10/19/2021 |
| 4832071 | 10/19/2021 |
| 4832071 | 10/19/2021 |
| 4832071 | 10/19/2021 |
| 4832071 | 10/19/2021 |
| 4832071 | 10/20/2021 |
| 4832071 | 10/20/2021 |
| 4832071 | 10/20/2021 |
| 4832071 | 10/21/2021 |
| 4832071 | 10/21/2021 |
| 4832071 | 10/21/2021 |
| 4832071 | 10/21/2021 |

| Invoice | Date |
|---------|------|
| 4832071 | 10/21/2021 |
| 4832071 | 10/22/2021 |
| 4832071 | 10/22/2021 |
| 4832071 | 10/22/2021 |
| 4832071 | 10/25/2021 |
| 4832071 | 10/25/2021 |
| 4832071 | 10/25/2021 |
| 4832071 | 10/25/2021 |
| 4832071 | 10/25/2021 |
| 4832071 | 10/27/2021 |
| 4832071 | 10/27/2021 |
| 4832071 | 10/27/2021 |
| 4832071 | 10/28/2021 |
| 4832071 | 10/28/2021 |
| 4832071 | 10/28/2021 |

| Invoice | Date |
|---------|------|
| 4832071 | 10/28/2021 |
| 4832071 | 10/28/2021 |
| 4832071 | 10/29/2021 |
| 4832071 | 10/29/2021 |
| 4832071 | 10/29/2021 |
| 4832071 | 10/29/2021 |
| 4832071 | 10/30/2021 |
| 4832071 | 10/30/2021 |
| 4832071 | 10/31/2021 |
| 4865664 | 11/1/2021 |
| 4865664 | 11/1/2021 |
| 4865664 | 11/1/2021 |
| 4865664 | 11/2/2021 |
| 4865664 | 11/5/2021 |
| 4865664 | 11/5/2021 |
| 4865664 | 11/5/2021 |
| 4865664 | 11/6/2021 |
| 4865664 | 11/8/2021 |

| Invoice | Date |
|---------|------|
| 4865664 | 11/8/2021 |
| 4865664 | 11/8/2021 |
| 4865664 | 11/9/2021 |
| 4865664 | 11/9/2021 |
| 4865664 | 11/9/2021 |
| 4865664 | 11/10/2021 |
| 4865664 | 11/10/2021 |
| 4865664 | 11/10/2021 |
| 4865664 | 11/11/2021 |
| 4865664 | 11/11/2021 |
| 4865664 | 11/11/2021 |
| 4865664 | 11/11/2021 |
| 4865664 | 11/11/2021 |
| 4865664 | 11/11/2021 |
| 4865664 | 11/12/2021 |
| 4865664 | 11/12/2021 |
| 4865664 | 11/12/2021 |
| 4865664 | 11/12/2021 |
| 4865664 | 11/12/2021 |

| Invoice | Date |
|---------|------|
| 4865664 | 11/12/2021 |
| 4865664 | 11/14/2021 |
| 4865664 | 11/15/2021 |
| 4865664 | 11/15/2021 |
| 4865664 | 11/16/2021 |
| 4865664 | 11/16/2021 |
| 4865664 | 11/16/2021 |
| 4865664 | 11/17/2021 |
| 4865664 | 11/17/2021 |
| 4865664 | 11/18/2021 |
| 4865664 | 11/23/2021 |
| 4872552 | 12/8/2021 |
| 4872552 | 12/13/2021 |
| 4872552 | 12/13/2021 |
| 4872552 | 12/13/2021 |
| 4872552 | 12/14/2021 |
| 4872552 | 12/14/2021 |
| 4872552 | 12/15/2021 |
| 4872552 | 12/15/2021 |

| Invoice | Date |
|---------|------|
| 4872552 | 12/15/2021 |
| 4891059 | 1/7/2022 |
| 4891059 | 1/7/2022 |
| 4891059 | 1/8/2022 |
| 4891059 | 1/9/2022 |
| 4891059 | 1/10/2022 |
| 4891059 | 1/11/2022 |
| 4891059 | 1/11/2022 |
| 4891059 | 1/11/2022 |
| 4891059 | 1/11/2022 |
| 4891059 | 1/12/2022 |
| 4891059 | 1/12/2022 |
| 4891059 | 1/13/2022 |
| 4891059 | 1/13/2022 |
| 4891059 | 1/13/2022 |
| 4891059 | 1/13/2022 |
| 4891059 | 1/13/2022 |
| 4891059 | 1/14/2022 |
| 4891059 | 1/14/2022 |

| Invoice | Date |
|---------|------|
| 4891059 | 1/17/2022 |
| 4891059 | 1/18/2022 |
| 4891059 | 1/18/2022 |
| 4891059 | 1/18/2022 |
| 4891059 | 1/18/2022 |
| 4891059 | 1/18/2022 |
| 4891059 | 1/18/2022 |
| 4891059 | 1/19/2022 |
| 4891059 | 1/19/2022 |
| 4891059 | 1/19/2022 |
| 4891059 | 1/20/2022 |
| 4891059 | 1/20/2022 |
| 4891059 | 1/20/2022 |
| 4891059 | 1/20/2022 |
| 4891059 | 1/20/2022 |

| Invoice | Date |
|---------|------|
| 4891059 | 1/20/2022 |
| 4891059 | 1/20/2022 |
| 4891059 | 1/21/2022 |
| 4891059 | 1/21/2022 |
| 4891059 | 1/21/2022 |
| 4891059 | 1/21/2022 |
| 4891059 | 1/21/2022 |
| 4891059 | 1/24/2022 |
| 4891059 | 1/24/2022 |
| 4891059 | 1/24/2022 |
| 4891059 | 1/24/2022 |
| 4891059 | 1/24/2022 |
| 4891059 | 1/24/2022 |

| Invoice | Date |
|---------|------|
| 4891059 | 1/25/2022 |
| 4891059 | 1/25/2022 |
| 4891059 | 1/25/2022 |
| 4891059 | 1/25/2022 |
| 4891059 | 1/25/2022 |
| 4891059 | 1/26/2022 |
| 4891059 | 1/26/2022 |
| 4891059 | 1/27/2022 |
| 4891059 | 1/27/2022 |
| 4891059 | 1/27/2022 |
| 4891059 | 1/27/2022 |
| 4891059 | 1/27/2022 |
| 4891059 | 1/28/2022 |
| 4891059 | 1/28/2022 |
| 4891059 | 1/28/2022 |
| 4891059 | 1/28/2022 |
| 4891059 | 1/29/2022 |
| 4891059 | 1/29/2022 |

| Invoice | Date |
|---------|------|
| 4891059 | 1/29/2022 |
| 4891059 | 1/30/2022 |
| 4891059 | 1/30/2022 |
| 4891059 | 1/30/2022 |
| 4891059 | 1/31/2022 |
| 4891059 | 1/31/2022 |
| 4891059 | 1/31/2022 |
| 4891059 | 1/31/2022 |
| 4914123 | 2/1/2022 |
| 4914123 | 2/1/2022 |
| 4914123 | 2/1/2022 |
| 4914123 | 2/1/2022 |
| 4914123 | 2/1/2022 |
| 4914123 | 2/1/2022 |
| 4914123 | 2/2/2022 |

| Invoice | Date |
|---------|------|
| 4914123 | 2/2/2022 |
| 4914123 | 2/2/2022 |
| 4914123 | 2/2/2022 |
| 4914123 | 2/2/2022 |
| 4914123 | 2/3/2022 |
| 4914123 | 2/3/2022 |
| 4914123 | 2/4/2022 |
| 4914123 | 2/4/2022 |
| 4914123 | 2/4/2022 |
| 4914123 | 2/5/2022 |
| 4914123 | 2/7/2022 |
| 4914123 | 2/7/2022 |
| 4914123 | 2/7/2022 |

| Invoice | Date |
|---------|------|
| 4914123 | 2/8/2022 |
| 4914123 | 2/8/2022 |
| 4914123 | 2/8/2022 |
| 4914123 | 2/8/2022 |
| 4914123 | 2/9/2022 |
| 4914123 | 2/9/2022 |
| 4914123 | 2/9/2022 |
| 4914123 | 2/9/2022 |
| 4914123 | 2/9/2022 |
| 4914123 | 2/9/2022 |

| Invoice | Date |
|---------|------|
| 4914123 | 2/9/2022 |
| 4914123 | 2/9/2022 |
| 4914123 | 2/10/2022 |
| 4914123 | 2/10/2022 |
| 4914123 | 2/10/2022 |
| 4914123 | 2/11/2022 |
| 4914123 | 2/11/2022 |
| 4914123 | 2/11/2022 |
| 4914123 | 2/11/2022 |
| 4914123 | 2/11/2022 |
| 4914123 | 2/11/2022 |
| 4914123 | 2/11/2022 |
| 4914123 | 2/12/2022 |
| 4914123 | 2/13/2022 |

| Invoice | Date |
|---------|------|
| 4914123 | 2/13/2022 |
| 4914123 | 2/14/2022 |
| 4914123 | 2/14/2022 |
| 4914123 | 2/14/2022 |
| 4914123 | 2/14/2022 |
| 4914123 | 2/14/2022 |
| 4914123 | 2/16/2022 |
| 4914123 | 2/16/2022 |
| 4914123 | 2/16/2022 |
| 4914123 | 2/17/2022 |
| 4914123 | 2/17/2022 |
| 4914123 | 2/22/2022 |
| 4914123 | 2/22/2022 |

| Invoice | Date |
|---------|------|
| 4914123 | 2/22/2022 |
| 4914123 | 2/24/2022 |
| 4914123 | 2/24/2022 |
| 4914123 | 2/24/2022 |
| 4914123 | 2/25/2022 |
| 4914123 | 2/28/2022 |
| 4914123 | 2/28/2022 |
| 4939225 | 3/1/2022 |
| 4939225 | 3/5/2022 |
| 4939225 | 3/7/2022 |
| 4939225 | 3/8/2022 |
| 4939225 | 3/8/2022 |
| 4939225 | 3/8/2022 |
| 4939225 | 3/9/2022 |
| 4939225 | 3/9/2022 |
| 4939225 | 3/10/2022 |
| 4939225 | 3/10/2022 |
| 4939225 | 3/18/2022 |
| 4939225 | 3/18/2022 |
| 4939225 | 3/23/2022 |

| Invoice | Date |
|---------|------|
| 4939225 | 3/29/2022 |
| 4952999 | 4/4/2022 |
| 4952999 | 4/8/2022 |
| 4952999 | 4/18/2022 |
| 4952999 | 4/18/2022 |
| 4952999 | 4/22/2022 |
| 4952999 | 4/25/2022 |
| 4952999 | 4/27/2022 |
|  |  |