# EXHIBIT 28



8145738

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE

**United States Patent and Trademark Office**

*August 12, 2021*

**THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE FILE WRAPPER AND CONTENTS OF:**

**APPLICATION NUMBER:** *14/615,504*
**FILING DATE:** *February 06, 2015*
**PATENT NUMBER:** *9708361*
**ISSUE DATE:** *July 18, 2017*

Certified by

**Under Secretary of Commerce
for Intellectual Property
and Director of the United States
Patent and Trademark Office**

NS00000477

PTO/AIA/15 (03-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number

| UTILITY PATENT APPLICATION TRANSMITTAL | Attorney Docket No. | 209658-0001-01-US-518587 |
|---|---|---|
| | First Named Inventor | Naoki WATANABE |
| (ONLY FOR NEW NONPROVISIONAL APPLICATIONS UNDER 37 CFR 1.53(B)) | Title | ANTISENSE NUCLEIC ACIDS |
| | Express Mail Label No. | |

## APPLICATION ELEMENTS
*See MPEP chapter 600 concerning utility patent application contents.*

**ADDRESS TO:**
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

## ACCOMPANYING APPLICATION PAPERS

1. [X] Fee Transmittal Form (PTO/SB/17 or equivalent)
2. [ ] Applicant asserts small entity status. See 37 CFR 1.27
3. [ ] Applicant certifies micro entity status. See 37 CFR 1.29. Applicant must attach form PTO/SB/15A or B or equivalent.
4. [X] Specification [Total Pages 66]
   Both the claims and abstract must start on a new page.
   (See MPEP § 608.01(a) for information on the preferred arrangement)
5. [X] Drawing(s) (35 U.S.C. 113) [Total Sheets 19]
6. Inventor's Oath or Declaration [Total Pages 4]
   (including substitute statements under 37 CFR 1.64 and assignments serving as an oath or declaration under 37 CFR 1.63(e))
   a. [X] Newly executed (original or copy)
   b. [ ] A copy from a prior application (37 CFR 1.63(d))
7. [X] Application Data Sheet * See note below.
   See 37 CFR 1.76 (PTO/AIA/14 or equivalent)
8. CD-ROM or CD-R
   in duplicate, large table, or Computer Program (Appendix)
   [ ] Landscape Table on CD
9. Nucleotide and/or Amino Acid Sequence Submission (if applicable, items a. – c. are required)
   a. [X] Computer Readable Form (CRF)
   b. [X] Specification Sequence Listing on:
      i. [ ] CD-ROM or CD-R (2 copies); or
      ii. [X] Paper
   c. [X] Statements verifying identity of above copies

10. [ ] Assignment Papers (cover sheet & document(s))

Name of Assignee: _____

11. [ ] 37 CFR 3.73(c) Statement (when there is an assignee)    [ ] Power of Attorney
12. [ ] English Translation Document (if applicable)
13. [X] Information Disclosure Statement (PTO/SB/08 or PTO-1449)
    [ ] Copies of citations attached
14. [X] Preliminary Amendment
15. [ ] Return Receipt Postcard (MPEP § 503) (Should be specifically itemized)
16. [ ] Certified Copy of Priority Document(s) (if foreign priority is claimed)
17. [ ] Nonpublication Request
    Under 35 U.S.C. 122(b)(2)(B)(i). Applicant must attach form PTO/SB/35 or equivalent.
18. [X] Other: Request to Retrieve Electronic Copy of Priority Applications

*Note: (1) Benefit claims under 37 CFR 1.78 and foreign priority claims under 1.55 must be included in an Application Data Sheet (ADS).
(2) For applications filed under 35 U.S.C. 111, the application must contain an ADS specifying the applicant if the applicant is an assignee, person to whom the inventor is under an obligation to assign, or person who otherwise shows sufficient proprietary interest in the matter. See 37 CFR 1.46(b).*

## 19. CORRESPONDENCE ADDRESS

| [X] The address associated with Customer Number: | 055694 | OR | [ ] Correspondence address below |
|---|---|---|---|

| Name | |
|---|---|
| Address | |
| City | State | Zip Code |
| Country | Telephone | Email |

| Signature | | Date | February 6, 2015 |
|---|---|---|---|
| Name (Print/Type) | Zhengyu Feng, Ph.D. | Registration No. (Attorney/Agent) | 66,816 |

78644591.1

NS00000478

# DESCRIPTION

## ANTISENSE NUCLEIC ACIDS

5 **TECHNICAL FIELD**

The present invention relates to an antisense oligomer which causes skipping of exon 53 in the human dystrophin gene, and a pharmaceutical composition comprising the oligomer.

10 **BACKGROUND ART**

Duchenne muscular dystrophy (DMD) is the most frequent form of hereditary progressive muscular dystrophy that affects one in about 3,500 newborn boys. Although the motor functions are rarely different from healthy humans in infancy and childhood, muscle weakness is observed in children from around 4 to 5

15 years old. Then, muscle weakness progresses to the loss of ambulation by about 12 years old and death due to cardiac or respiratory insufficiency in the twenties. DMD is such a severe disorder. At present, there is no effective therapy for DMD available, and it has been strongly desired to develop a novel therapeutic agent.

DMD is known to be caused by a mutation in the dystrophin gene. The

20 dystrophin gene is located on X chromosome and is a huge gene consisting of 2.2 million DNA nucleotide pairs. DNA is transcribed into mRNA precursors, and introns are removed by splicing to synthesize mRNA in which 79 exons are joined together. This mRNA is translated into 3,685 amino acids to produce the dystrophin protein. The dystrophin protein is associated with the maintenance of membrane

25 stability in muscle cells and necessary to make muscle cells less fragile. The dystrophin gene from patients with DMD contains a mutation and hence, the dystrophin protein, which is functional in muscle cells, is rarely expressed. Therefore, the structure of muscle cells cannot be maintained in the body of the patients with DMD, leading to a large influx of calcium ions into muscle cells. Consequently, an

30 inflammation-like response occurs to promote fibrosis so that muscle cells can be regenerated only with difficulty.

Becker muscular dystrophy (BMD) is also caused by a mutation in the dystrophin gene. The symptoms involve muscle weakness accompanied by atrophy of muscle but are typically mild and slow in the progress of muscle weakness, when

35 compared to DMD. In many cases, its onset is in adulthood. Differences in clinical

1

NS00000479

symptoms between DMD and BMD are considered to reside in whether the reading frame for amino acids on the translation of dystrophin mRNA into the dystrophin protein is disrupted by the mutation or not (Non-Patent Document 1). More specifically, in DMD, the presence of mutation shifts the amino acid reading frame

5    so that the expression of functional dystrophin protein is abolished, whereas in BMD the dystrophin protein that functions, though imperfectly, is produced because the amino acid reading frame is preserved, while a part of the exons are deleted by the mutation.

Exon skipping is expected to serve as a method for treating DMD. This

10    method involves modifying splicing to restore the amino acid reading frame of dystrophin mRNA and induce expression of the dystrophin protein having the function partially restored (Non-Patent Document 2). The amino acid sequence part, which is a target for exon skipping, will be lost. For this reason, the dystrophin protein expressed by this treatment becomes shorter than normal one but since the

15    amino acid reading frame is maintained, the function to stabilize muscle cells is partially retained. Consequently, it is expected that exon skipping will lead DMD to the similar symptoms to that of BMD which is milder. The exon skipping approach has passed the animal tests using mice or dogs and now is currently assessed in clinical trials on human DMD patients.

20    The skipping of an exon can be induced by binding of antisense nucleic acids targeting either 5' or 3' splice site or both sites, or exon-internal sites. An exon will only be included in the mRNA when both splice sites thereof are recognized by the spliceosome complex. Thus, exon skipping can be induced by targeting the splice sites with antisense nucleic acids. Furthermore, the binding of an SR protein to an

25    exonic splicing enhancer (ESE) is considered necessary for an exon to be recognized by the splicing mechanism. Accordingly, exon skipping can also be induced by targeting ESE.

Since a mutation of the dystrophin gene may vary depending on DMD patients, antisense nucleic acids need to be desined based on the site or type of

30    respective genetic mutation. In the past, antisense nucleic acids that induce exon skipping for all 79 exons were produced by Steve Wilton, et al., University of Western Australia (Non-Patent Document 3), and the antisense nucleic acids which induce exon skipping for 39 exons were produced by Annemieke Aartsma-Rus, et al., Netherlands (Non-Patent Document 4).

35    It is considered that approximately 8% of all DMD patients may be treated

2

NS00000480

by skipping the 53rd exon (hereinafter referred to as "exon 53"). In recent years, a plurality of research organizations reported on the studies where exon 53 in the dystrophin gene was targeted for exon skipping (Patent Documents 1 to 4, Non-Patent Document 5). However, a technique for skipping exon 53 with a high efficiency has not yet been established.

Patent Document 1: International Publication WO 2006/000057

Patent Document 2: International Publication WO 2004/048570

Patent Document 3: US 2010/0168212

Patent Document 4: International Publication WO 2010/048586

Non-Patent Document 1: Monaco A. P. et al., Genomics 1988; 2: p. 90-95

Non-Patent Document 2: Matsuo M., Brain Dev 1996; 18: p. 167-172

Non-Patent Document 3: Wilton S. D., e t al., Molecular Therapy 2007: 15: p. 1288-96

Non-Patent Document 4: Annemieke Aartsma-Rus et al., (2002) Neuromuscular Disorders 12: S71–S77

Non-Patent Document 5: Linda J. Popplewell et al., (2010) Neuromuscular Disorders , vol. 20, no. 2, p. 102-10

## DISCLOSURE OF THE INVENTION

Under the foregoing circumstances, antisense oligomers that strongly induce exon 53 skipping in the dystrophin gene and muscular dystrophy therapeutics comprising oligomers thereof have been desired.

As a result of detailed studies of the structure of the dystrophin gene, the present inventors have found that exon 53 skipping can be induced with a high efficiency by targeting the sequence consisting of the 32nd to the 56th nucleotides from the 5' end of exon 53 in the mRNA precursor (hereinafter referred to as "pre-mRNA") in the dystrophin gene with antisense oligomers. Based on this finding, the present inventors have accomplished the present invention.

That is, the present invention is as follows.

[1] An antisense oligomer which causes skipping of the 53rd exon in the human dystrophin gene, consisting of a nucleotide sequence complementary to any one of the sequences consisting of the 31st to the 53rd, the 31st to the 54th, the 31st to the 55th, the 31st to the 56th, the 31st to the 57th, the 31st to the 58th, the 32nd to

3

NS00000481

the 53rd, the 32nd to the 54th, the 32nd to the 55th, the 32nd to the 56th, the 32nd to the 57th, the 32nd to the 58th, the 33rd to the 53rd, the 33rd to the 54th, the 33rd to the 55th, the 33rd to the 56th, the 33rd to the 57th, the 33rd to the 58th, the 34th to the 53rd, the 34th to the 54th, the 34th to the 55th, the 34th to the 56th, the 34th to

5    the 57th, the 34th to the 58th, the 35th to the 53rd, the 35th to the 54th, the 35th to the 55th, the 35th to the 56th, the 35th to the 57th, the 35th to the 58th, the 36th to the 53rd, the 36th to the 54th, the 36th to the 55th, the 36th to the 56th, the 36th to the 57th, or the 36th to the 58th nucleotides, from the 5' end of the 53rd exon in the human dystrophin gene.

10    [2] The antisense oligomer according to [1] above, which is an oligonucleotide.

[3] The antisense oligomer according to [2] above, wherein the sugar moiety and/or the phosphate-binding region of at least one nucleotide constituting the oligonucleotide is modified.

15    [4] The antisense oligomer according to [3] above, wherein the sugar moiety of at least one nucleotide constituting the oligonucleotide is a ribose in which the 2'-OH group is replaced by any one selected from the group consisting of OR, R, R'OR, SH, SR, $NH_2$, NHR, $NR_2$, $N_3$, CN, F, Cl, Br and I (wherein R is an alkyl or an aryl and R' is an alkylene).

20    [5] The antisense oligomer according to [3] or [4] above, wherein the phosphate-binding region of at least one nucleotide constituting the oligonucleotide is any one selected from the group consisting of a phosphorothioate bond, a phosphorodithioate bond, an alkylphosphonate bond, a phosphoramidate bond and a boranophosphate bond.

25    [6] The antisense oligomer according to [1] above, which is a morpholino oligomer.

[7] The antisense oligomer according to [6] above, which is a phosphorodiamidate morpholino oligomer.

[8] The antisense oligomer according to any one of [1] to [7] above, wherein
30    the 5' end is any one of the groups of chemical formulae (1) to (3) below:

4

NS00000482

(1)                    (2)              (3)

[9] The antisense oligomer according to any one of [1] to [8] above, consisting of a nucleotide sequence complementary to the sequences consisting of the 32nd to the 56th or the 36th to the 56th nucleotides from the 5' end of the 53rd exon in the human dystrophin gene.

[10] The antisense oligomer according to any one of [1] to [8] above, consisting of the nucleotide sequence shown by any one selected from the group consisting of SEQ ID NOS: 2 to 37.

[11] The antisense oligomer according to any one of [1] to [8] above, consisting of the nucleotide sequence shown by any one selected from the group consisting of SEQ ID NOS: 11, 17, 23, 29 and 35.

[12] The antisense oligomer according to any one of [1] to [8] above, consisting of the nucleotide sequence shown by SEQ ID NO: 11 or 35.

[13] A pharmaceutical composition for the treatment of muscular dystrophy, comprising as an active ingredient the antisense oligomer according to any one of [1] to [12] above, or a pharmaceutically acceptable salt or hydrate thereof.

The antisense oligomer of the present invention can induce exon 53 skipping in the human dystrophin gene with a high efficiency. In addition, the symptoms of Duchenne muscular dystrophy can be effectively alleviated by administering the pharmaceutical composition of the present invention.

**BRIEF DESCRIPTION OF DRAWINGS**

FIG. 1 shows the efficiency of exon 53 skipping in the human dystrophin gene in human rhabdomyosarcoma cell line (RD cells).

FIG. 2 shows the efficiency of exon 53 skipping in the human dystrophin gene in the cells where human myoD gene is introduced into human normal tissue-derived fibroblasts (TIG-119 cells) to induce differentiation into muscle cells.

5

FIG. 3 shows the efficiency of exon 53 skipping in the human dystrophin gene in the cells where human myoD gene is introduced into human DMD patient-derived fibroblasts (5017 cells) to induce differentiation into muscle cells.

FIG. 4 shows the efficiency of exon 53 skipping in the human dystrophin gene in the cells where human myoD gene is introduced into fibroblasts from human DMD patient (with deletion of exons 45-52) to induce differentiation into muscle cells.

FIG. 5 shows the efficiency of exon 53 skipping in the human dystrophin gene in the cells where human myoD gene is introduced into fibroblasts from human DMD patient (with deletion of exons 48-52) to induce differentiation into muscle cells.

FIG. 6 shows the efficiency of exon 53 skipping in the human dystrophin gene in the cells where human myoD gene is introduced into fibroblasts from human DMD patient (with deletion of exons 48-52) to induce differentiation into muscle cells.

FIG. 7 shows the efficiency of exon 53 skipping in the human dystrophin gene in the cells where human myoD gene is introduced into fibroblasts from human DMD patient (with deletion of exons 45-52 or deletion of exons 48-52) to induce differentiation into muscle cells.

FIG. 8 shows the efficiency of exon 53 skipping in the human dystrophin gene in the cells where human myoD gene is introduced into fibroblasts from human DMD patient (with deletion of exons 45-52) to induce differentiation into muscle cells.

FIG. 9 shows the efficiency of exon 53 skipping (2'-OMe-S-RNA) in the human dystrophin gene in human rhabdomyosarcoma cells (RD cells).

FIG. 10 shows the efficiency of exon 53 skipping (2'-OMe-S-RNA) in the human dystrophin gene in human rhabdomyosarcoma cells (RD cells).

FIG. 11 shows the efficiency of exon 53 skipping (2'-OMe-S-RNA) in the human dystrophin gene in human rhabdomyosarcoma cells (RD cells).

FIG. 12 shows the efficiency of exon 53 skipping (2'-OMe-S-RNA) in the human dystrophin gene in human rhabdomyosarcoma cells (RD cells).

FIG. 13 shows the efficiency of exon 53 skipping (2'-OMe-S-RNA) in the human dystrophin gene in human rhabdomyosarcoma cells (RD cells).

FIG. 14 shows the efficiency of exon 53 skipping (2'-OMe-S-RNA) in the human dystrophin gene in human rhabdomyosarcoma cells (RD cells).

6

NS00000484

FIG. 15 shows the efficiency of exon 53 skipping (2'-OMe-S-RNA) in the human dystrophin gene in human rhabdomyosarcoma cells (RD cells).

FIG. 16 shows the efficiency of exon 53 skipping (2'-OMe-S-RNA) in the human dystrophin gene in human rhabdomyosarcoma cells (RD cells).

FIG. 17 shows the efficiency of exon 53 skipping (2'-OMe-S-RNA) in the human dystrophin gene in human rhabdomyosarcoma cells (RD cells).

FIG. 18 shows the efficiency of exon 53 skipping in the human dystrophin gene in human rhabdomyosarcoma cells (RD cells) at the respective concentrations of the oligomers.

FIG. 19 shows the efficiency of exon 53 skipping in the human dystrophin gene in human rhabdomyosarcoma cells (RD cells) at the respective concentrations of the oligomers.

## BEST MODE FOR CARRYING OUT THE INVENTION

Hereinafter, the present invention is described in detail. The embodiments described below are intended to be presented by way of example merely to describe the invention but not limited only to the following embodiments. The present invention may be implemented in various ways without departing from the gist of the invention.

All of the publications, published patent applications, patents and other patent documents cited in the specification are herein incorporated by reference in their entirety. The specification hereby incorporates by reference the contents of the specification and drawings in the Japanese Patent Application (No. 2010-196032) filed September 1, 2010, from which the priority was claimed.

1. Antisense oligomer

The present invention provides the antisense oligomer (hereinafter referred to as the "oligomer of the present invention") which causes skipping of the 53rd exon in the human dystrophin gene, consisting of a nucleotide sequence complementary to any one of the sequences (hereinafter also referred to as "target sequences") consisting of the 31st to the 53rd, the 31st to the 54th, the 31st to the 55th, the 31st to the 56th, the 31st to the 57th, the 31st to the 58th, the 32nd to the 53rd, the 32nd to the 54th, the 32nd to the 55th, the 32nd to the 56th, the 32nd to the 57th, the 32nd to the 58th, the 33rd to the 53rd, the 33rd to the 54th, the 33rd to the 55th, the 33rd to the 56th, the 33rd to the 57th, the 33rd to the 58th, the 34th to the 53rd, the 34th to

7

the 54th, the 34th to the 55th, the 34th to the 56th, the 34th to the 57th, the 34th to the 58th, the 35th to the 53rd, the 35th to the 54th, the 35th to the 55th, the 35th to the 56th, the 35th to the 57th, the 35th to the 58th, the 36th to the 53rd, the 36th to the 54th, the 36th to the 55th, the 36th to the 56th, the 36th to the 57th, or the 36th to

5    the 58th nucleotides, from the 5' end of the 53rd exon in the human dystrophin gene.

[Exon 53 in human dystrophin gene]

In the present invention, the term "gene" is intended to mean a genomic gene and also include cDNA, mRNA precursor and mRNA. Preferably, the gene is

10    mRNA precursor, *i.e.*, pre-mRNA.

In the human genome, the human dystrophin gene locates at locus Xp21.2. The human dystrophin gene has a size of 3.0 Mbp and is the largest gene among known human genes. However, the coding regions of the human dystrophin gene are only 14 kb, distributed as 79 exons throughout the human dystrophin gene (Roberts,

15    RG., et al., Genomics, 16: 536-538 (1993)). The pre-mRNA, which is the transcript of the human dystrophin gene, undergoes splicing to generate mature mRNA of 14 kb. The nucleotide sequence of human wild-type dystrophin gene is known (GenBank Accession No. NM_004006).

The nucleotide sequence of exon 53 in the human wild-type dystrophin gene

20    is represented by SEQ ID NO: 1.

The oligomer of the present invention is designed to cause skipping of exon 53 in the human dystrophin gene, thereby modifying the protein encoded by DMD type of dystrophin gene into the BMD type of dystrophin protein. Accordingly, exon

25    53 in the dystrophin gene that is the target of exon skipping by the oligomer of the present invention includes both wild and mutant types.

Specifically, exon 53 mutants of the human dystrophin gene include the polynucleotides defined in (a) or (b) below.

(a) A polynucleotide that hybridizes under stringent conditions to a

30    polynucleotide consisting of a nucleotide sequence complementary to the nucleotide sequence of SEQ ID NO: 1; and,

(b) A polynucleotide consisting of a nucleotide sequence having at least 90% identity with the nucleotide sequence of SEQ ID NO: 1.

35    As used herein, the term "polynucleotide" is intended to mean DNA or

8

NS00000486

RNA.

As used herein, the term "polynucleotide that hybridizes under stringent conditions" refers to, for example, a polynucleotide obtained by colony hybridization, plaque hybridization, Southern hybridization or the like, using as a

5    probe all or part of a polynucleotide consisting of a nucleotide sequence complementary to the nucleotide sequence of, *e.g.*, SEQ ID NO: 1. The hybridization method which may be used includes methods described in, for example, "Sambrook & Russell, Molecular Cloning: A Laboratory Manual Vol. 3, Cold Spring Harbor, Laboratory Press 2001," "Ausubel, Current Protocols in Molecular Biology, John

10    Wiley & Sons 1987-1997," etc.

As used herein, the term "complementary nucleotide sequence" is not limited only to nucleotide sequences that form Watson-Crick pairs with target nucleotide sequences, but is intended to also include nucleotide sequences which form Wobble base pairs. As used herein, the term Watson-Crick pair refers to a pair

15    of nucleobases in which hydrogen bonds are formed between adenine-thymine, adenine-uracil or guanine-cytosine, and the term Wobble base pair refers to a pair of nucleobases in which hydrogen bonds are formed between guanine-uracil, inosine-uracil, inosine-adenine or inosine-cytosine. As used herein, the term "complementary nucleotide sequence" does not only refers to a nucleotide sequence

20    100% complementary to the target nucleotide sequence but also refers to a complementary nucleotide sequence that may contain, for example, 1 to 3, 1 or 2, or one nucleotide non-complementary to the target nucleotide sequence.


As used herein, the term "stringent conditions" may be any of low stringent

25    conditions, moderate stringent conditions or high stringent conditions. The term "low stringent conditions" are, for example, 5x SSC, 5x Denhardt's solution, 0.5% SDS, 50% formamide at 32°C. The term "moderate stringent conditions" are, for example, 5x SSC, 5x Denhardt's solution, 0.5% SDS, 50% formamide at 42°C, or 5x SSC, 1% SDS, 50 mM Tris-HCl (pH 7.5), 50% formamide at 42°C. The term "high stringent

30    conditions" are, for example, 5x SSC, 5x Denhardt's solution, 0.5% SDS, 50% formamide at 50°C or 0.2 x SSC, 0.1% SDS at 65°C. Under these conditions, polynucleotides with higher homology are expected to be obtained efficiently at higher temperatures, although multiple factors are involved in hybridization stringency including temperature, probe concentration, probe length, ionic strength,

35    time, salt concentration and others, and those skilled in the art may appropriately

9

NS00000487

select these factors to achieve similar stringency.

When commercially available kits are used for hybridization, for example, an Alkphos Direct Labeling and Detection System (GE Healthcare) may be used. In
5    this case, according to the attached protocol, after cultivation with a labeled probe overnight, the membrane is washed with a primary wash buffer containing 0.1% (w/v) SDS at 55°C, thereby detecting hybridized polynucleotides. Alternatively, in producing a probe based on the entire or part of the nucleotide sequence complementary to the nucleotide sequence of SEQ ID NO: 1, hybridization can be
10    detected with a DIG Nucleic Acid Detection Kit (Roche Diagnostics) when the probe is labeled with digoxigenin (DIG) using a commercially available reagent (e.g., a PCR Labeling Mix (Roche Diagnostics), etc.).

In addition to the polynucleotides described above, other polynucleotides
15    that can be hybridized include polynucleotides having 90% or higher, 91% or higher, 92% or higher, 93% or higher, 94% or higher, 95% or higher, 96% or higher, 97% or higher, 98% or higher, 99% or higher, 99.1% or higher, 99.2% or higher, 99.3% or higher, 99.4% or higher, 99.5% or higher, 99.6% or higher, 99.7% or higher, 99.8% or higher or 99.9% or higher identity with the polynucleotide of SEQ ID NO: 1, as
20    calculated by homology search software BLAST using the default parameters.

The identity between nucleotide sequences may be determined using algorithm BLAST (Basic Local Alignment Search Tool) by Karlin and Altschul (Proc. Natl. Acad. Sci. USA 872264-2268, 1990; Proc. Natl. Acad. Sci. USA 90: 5873,
25    1993). Programs called BLASTN and BLASTX based on the BLAST algorithm have been developed (Altschul SF, et al: J. Mol. Biol. 215: 403, 1990). When a nucleotide sequence is sequenced using BLASTN, the parameters are, for example, score = 100 and wordlength = 12. When BLAST and Gapped BLAST programs are used, the default parameters for each program are employed.

30

Examples of the nucleotide sequences complementary to the sequences consisting of the 31st to the 53rd, the 31st to the 54th, the 31st to the 55th, the 31st to the 56th, the 31st to the 57th, the 31st to the 58th, the 32nd to the 53rd, the 32nd to the 54th, the 32nd to the 55th, the 32nd to the 56th, the 32nd to the 57th, the 32nd to
35    the 58th, the 33rd to the 53rd, the 33rd to the 54th, the 33rd to the 55th, the 33rd to

NS00000488

the 56th, the 33rd to the 57th, the 33rd to the 58th, the 34th to the 53rd, the 34th to the 54th, the 34th to the 55th, the 34th to the 56th, the 34th to the 57th, the 34th to the 58th, the 35th to the 53rd, the 35th to the 54th, the 35th to the 55th, the 35th to

5    the 56th, the 35th to the 57th, the 35th to the 58th, the 36th to the 53rd, the 36th to the 54th, the 36th to the 55th, the 36th to the 56th, the 36th to the 57th and the 36th to the 58th nucleotides, from the 5' end of exon 53.

TABLE 1

| Target sequence in exon 53 | Complementary nucleotide sequence | SEQ ID NO: |
|---|---|---|
| 31 - 53 | 5'-CCGGTTCTGAAGGTGTTCTTGTA-3' | SEQ ID NO: 2 |
| 31 - 54 | 5'-TCCGGTTCTGAAGGTGTTCTTGTA-3' | SEQ ID NO: 3 |
| 31 - 55 | 5'-CTCCGGTTCTGAAGGTGTTCTTGTA-3' | SEQ ID NO: 4 |
| 31 - 56 | 5'-CCTCCGGTTCTGAAGGTGTTCTTGTA-3' | SEQ ID NO: 5 |
| 31 - 57 | 5'-GCCTCCGGTTCTGAAGGTGTTCTTGTA-3' | SEQ ID NO: 6 |
| 31 - 58 | 5'-TGCCTCCGGTTCTGAAGGTGTTCTTGTA-3' | SEQ ID NO: 7 |
| 32 - 53 | 5'-CCGGTTCTGAAGGTGTTCTTGT-3' | SEQ ID NO: 8 |
| 32 - 54 | 5'-TCCGGTTCTGAAGGTGTTCTTGT-3' | SEQ ID NO: 9 |
| 32 - 55 | 5'-CTCCGGTTCTGAAGGTGTTCTTGT-3' | SEQ ID NO: 10 |
| 32 - 56 | 5'-CCTCCGGTTCTGAAGGTGTTCTTGT-3' | SEQ ID NO: 11 |
| 32 - 57 | 5'-GCCTCCGGTTCTGAAGGTGTTCTTGT-3' | SEQ ID NO: 12 |
| 32 - 58 | 5'-TGCCTCCGGTTCTGAAGGTGTTCTTGT-3' | SEQ ID NO: 13 |
| 33 - 53 | 5'-CCGGTTCTGAAGGTGTTCTTG-3' | SEQ ID NO: 14 |
| 33 - 54 | 5'-TCCGGTTCTGAAGGTGTTCTTG-3' | SEQ ID NO: 15 |
| 33 - 55 | 5'-CTCCGGTTCTGAAGGTGTTCTTG-3' | SEQ ID NO: 16 |
| 33 - 56 | 5'-CCTCCGGTTCTGAAGGTGTTCTTG-3' | SEQ ID NO: 17 |
| 33 - 57 | 5'-GCCTCCGGTTCTGAAGGTGTTCTTG-3' | SEQ ID NO: 18 |
| 33 - 58 | 5'-TGCCTCCGGTTCTGAAGGTGTTCTTG-3' | SEQ ID NO: 19 |
| 34 - 53 | 5'-CCGGTTCTGAAGGTGTTCTT-3' | SEQ ID NO: 20 |
| 34 - 54 | 5'-TCCGGTTCTGAAGGTGTTCTT-3' | SEQ ID NO: 21 |
| 34 - 55 | 5'-CTCCGGTTCTGAAGGTGTTCTT-3' | SEQ ID NO: 22 |
| 34 - 56 | 5'-CCTCCGGTTCTGAAGGTGTTCTT-3' | SEQ ID NO: 23 |
| 34 - 57 | 5'-GCCTCCGGTTCTGAAGGTGTTCTT-3' | SEQ ID NO: 24 |

NS00000489

| 34 - 58 | 5'-TGCCTCCGGTTCTGAAGGTGTTCTT-3' | SEQ ID NO: 25 |
| 35 - 53 | 5'-CCGGTTCTGAAGGTGTTCT-3' | SEQ ID NO: 26 |
| 35 - 54 | 5'-TCCGGTTCTGAAGGTGTTCT-3' | SEQ ID NO: 27 |
| 35 - 55 | 5'-CTCCGGTTCTGAAGGTGTTCT-3' | SEQ ID NO: 28 |
| 35 - 56 | 5'-CCTCCGGTTCTGAAGGTGTTCT-3' | SEQ ID NO: 29 |
| 35 - 57 | 5'-GCCTCCGGTTCTGAAGGTGTTCT-3' | SEQ ID NO: 30 |
| 35 - 58 | 5'-TGCCTCCGGTTCTGAAGGTGTTCT-3' | SEQ ID NO: 31 |
| 36 - 53 | 5'-CCGGTTCTGAAGGTGTTC-3' | SEQ ID NO: 32 |
| 36 - 54 | 5'-TCCGGTTCTGAAGGTGTTC-3' | SEQ ID NO: 33 |
| 36 - 55 | 5'-CTCCGGTTCTGAAGGTGTTC-3' | SEQ ID NO: 34 |
| 36 - 56 | 5'-CCTCCGGTTCTGAAGGTGTTC-3' | SEQ ID NO: 35 |
| 36 - 57 | 5'-GCCTCCGGTTCTGAAGGTGTTC-3' | SEQ ID NO: 36 |
| 36 - 58 | 5'-TGCCTCCGGTTCTGAAGGTGTTC-3' | SEQ ID NO: 37 |

It is preferred that the oligomer of the present invention consists of a nucleotide sequence complementary to any one of the sequences consisting of the 32nd to the 56th, the 33rd to the 56th, the 34th to the 56th, the 35th to the 56th or the 36th to the 56th nucleotides (*e.g.*, SEQ ID NO: 11, SEQ ID NO: 17, SEQ ID NO: 23, SEQ ID NO: 29 or SEQ ID NO: 35), from the 5' end of the 53rd exon in the human dystrophin gene.

Preferably, the oligomer of the present invention consists of a nucleotide sequence complementary to any one of the sequences consisting of the 32nd to the 56th or the 36th to the 56th nucleotides (*e.g.*, SEQ ID NO: 11 or SEQ ID NO: 35), from the 5' end of the 53rd exon in the human dystrophin gene.

The term "cause skipping of the 53rd exon in the human dystrophin gene" is intended to mean that by binding of the oligomer of the present invention to the site corresponding to exon 53 of the transcript (*e.g.*, pre-mRNA) of the human dystrophin gene, for example, the nucleotide sequence corresponding to the 5' end of exon 54 is spliced at the 3' side of the nucleotide sequence corresponding to the 3' end of exon 51 in DMD patients with deletion of, exon 52 when the transcript undergoes splicing, thus resulting in formation of mature mRNA which is free of codon frame shift.

Accordingly, it is not required for the oligomer of the present invention to have a nucleotide sequence 100% complementary to the target sequence, as far as it

12

causes exon 53 skipping in the human dystrophin gene. The oligomer of the present invention may include, for example, 1 to 3, 1 or 2, or one nucleotide non-complementary to the target sequence.

Herein, the term "binding" described above is intended to mean that when the oligomer of the present invention is mixed with the transcript of human dystrophin gene, both are hybridized under physiological conditions to form a double strand nucleic acid. The term "under physiological conditions" refers to conditions set to mimic the *in vivo* environment in terms of pH, salt composition and temperature. The conditions are, for example, 25 to 40°C, preferably 37°C, pH 5 to 8, preferably pH 7.4 and 150 mM of sodium chloride concentration.

Whether the skipping of exon 53 in the human dystrophin gene is caused or not can be confirmed by introducing the oligomer of the present invention into a dystrophin expression cell (*e.g.*, human rhabdomyosarcoma cells), amplifying the region surrounding exon 53 of mRNA of the human dystrophin gene from the total RNA of the dystrophin expression cell by RT-PCR and performing nested PCR or sequence analysis on the PCR amplified product.

The skipping efficiency can be determined as follows. The mRNA for the human dystrophin gene is collected from test cells; in the mRNA, the polynucleotide level "A" of the band where exon 53 is skipped and the polynucleotide level "B" of the band where exon 53 is not skipped are measured. Using these measurement values of "A" and "B," the efficiency is calculated by the following equation:

Skipping efficiency (%) = A/(A + B) x 100

The oligomer of the present invention includes, for example, an oligonucleotide, morpholino oligomer or peptide nucleic acid (PNA), having a length of 18 to 28 nucleotides. The length is preferably from 21 to 25 nucleotides and morpholino oligomers are preferred.

The oligonucleotide described above (hereinafter referred to as "the oligonucleotide of the present invention") is the oligomer of the present invention composed of nucleotides as constituent units. Such nucleotides may be any of ribonucleotides, deoxyribonucleotides and modified nucleotides.

The modified nucleotide refers to one having fully or partly modified

13

NS00000491

nucleobases, sugar moieties and/or phosphate-binding regions, which constitute the
ribonucleotide or deoxyribonucleotide.

The nucleobase includes, for example, adenine, guanine, hypoxanthine,
5   cytosine, thymine, uracil, and modified bases thereof. Examples of such modified
nucleobases include, but not limited to, pseudouracil, 3-methyluracil, dihydrouracil,
5-alkylcytosines (*e.g.*, 5-methylcytosine), 5-alkyluracils (*e.g.*, 5-ethyluracil),
5-halouracils (5-bromouracil), 6-azapyrimidine, 6-alkylpyrimidines (6-methyluracil),
2-thiouracil, 4-thiouracil, 4-acetylcytosine, 5-(carboxyhydroxymethyl) uracil,
10   5'-carboxymethylaminomethyl-2-thiouracil, 5-carboxymethylaminomethyluracil,
1-methyladenine, 1-methylhypoxanthine, 2,2-dimethylguanine, 3-methylcytosine,
2-methyladenine, 2-methylguanine, N6-methyladenine, 7-methylguanine,
5-methoxyaminomethyl-2-thiouracil, 5-methylaminomethyluracil,
5-methylcarbonylmethyluracil, 5-methyloxyuracil, 5-methyl-2-thiouracil,
15   2-methylthio-N6-isopentenyladenine, uracil-5-oxyacetic acid, 2-thiocytosine, purine,
2,6-diaminopurine, 2-aminopurine, isoguanine, indole, imidazole, xanthine, etc.

Modification of the sugar moiety may include, for example, modifications at
the 2'-position of ribose and modifications of the other positions of the sugar. The
20   modification at the 2'-position of ribose includes replacement of the 2'-OH of ribose
with OR, R, R'OR, SH, SR, $NH_2$, NHR, $NR_2$, $N_3$, CN, F, Cl, Br or I, wherein R
represents an alkyl or an aryl and R' represents an alkylene.

The modification for the other positions of the sugar includes, for example,
replacement of O at the 4' position of ribose or deoxyribose with S, bridging between
25   2' and 4' positions of the sugar, *e.g.*, LNA (locked nucleic acid) or ENA
(2'-O,4'-C-ethylene-bridged nucleic acids), but is not limited thereto.

A modification of the phosphate-binding region includes, for example, a
modification of replacing phosphodiester bond with phosphorothioate bond,
30   phosphorodithioate bond, alkyl phosphonate bond, phosphoroamidate bond or
boranophosphate bond (Enya et al: Bioorganic & Medicinal Chemistry ,2008, 18,
9154-9160 ) (cf., *e.g.*, Japan Domestic Re-Publications of PCT Application Nos.
2006/129594 and 2006/038608).

35   The alkyl is preferably a straight or branched alkyl having 1 to 6 carbon

14

NS00000492

atoms. Specific examples include methyl, ethyl, *n*-propyl, isopropyl, *n*-butyl, isobutyl, *sec*-butyl, *tert*-butyl, *n*-pentyl, isopentyl, neopentyl, *tert*-pentyl, *n*-hexyl and isohexyl. The alkyl may optionally be substituted. Examples of such substituents are a halogen, an alkoxy, cyano and nitro. The alkyl may be substituted with 1 to 3 substituents.

5     The cycloalkyl is preferably a cycloalkyl having 5 to 12 carbon atoms. Specific examples include cyclopentyl, cyclohexyl, cycloheptyl, cyclooctyl, cyclodecyl and cyclododecyl.

The halogen includes fluorine, chlorine, bromine and iodine.

The alkoxy is a straight or branched alkoxy having 1 to 6 carbon atoms such 10   as methoxy, ethoxy, *n*-propoxy, isopropoxy, *n*-butoxy, isobutoxy, *sec*-butoxy, *tert*-butoxy, *n*-pentyloxy, isopentyloxy, *n*-hexyloxy, isohexyloxy, etc. Among others, an alkoxy having 1 to 3 carbon atoms is preferred.

The aryl is preferably an aryl having 6 to 10 carbon atoms. Specific examples include phenyl, α-naphthyl and β-naphthyl. Among others, phenyl is 15   preferred. The aryl may optionally be substituted. Examples of such substituents are an alkyl, a halogen, an alkoxy, cyano and nitro. The aryl may be substituted with one to three of such substituents.

The alkylene is preferably a straight or branched alkylene having 1 to 6 carbon atoms. Specific examples include methylene, ethylene, trimethylene, 20   tetramethylene, pentamethylene, hexamethylene, 2-(ethyl) trimethylene and 1-(methyl) tetramethylene.

The acyl includes a straight or branched alkanoyl or aroyl. Examples of the alkanoyl include formyl, acetyl, 2-methylacetyl, 2,2-dimethylacetyl, propionyl, butyryl, isobutyryl, pentanoyl, 2,2-dimethylpropionyl, hexanoyl, etc. Examples of the 25   aroyl include benzoyl, toluoyl and naphthoyl. The aroyl may optionally be substituted at substitutable positions and may be substituted with an alkyl(s).

Preferably, the oligonucleotide of the present invention is the oligomer of the present invention containing a constituent unit represented by general formula 30   below wherein the -OH group at position 2′ of ribose is substituted with methoxy and the phosphate-binding region is a phosphorothioate bond:

15

NS00000493

wherein Base represents a nucleobase.

The oligonucleotide of the present invention may be easily synthesized
using various automated synthesizer (*e.g.*, AKTA oligopilot plus 10/100 (GE
Healthcare)). Alternatively, the synthesis may also be entrusted to a third-party
organization (*e.g.*, Promega Inc., or Takara Co.), etc.

The morpholino oligomer of the present invention is the oligomer of the
present invention comprising the constituent unit represented by general formula
below:



wherein Base has the same significance as defined above, and,
W represents a group shown by any one of the following groups:

NS00000494

wherein X represents $-CH_2R^1$, $-O-CH_2R^1$, $-S-CH_2R^1$, $-NR_2R^3$ or F;

$R^1$ represents H or an alkyl;

$R^2$ and $R^3$, which may be the same or different, each represents H, an alkyl, a cycloalkyl or an aryl;

$Y_1$ represents O, S, $CH_2$ or $NR^1$;

$Y_2$ represents O, S or $NR^1$;

Z represents O or S.

Preferably, the morpholino oligomer is an oligomer comprising a constituent unit represented by general formula below (phosphorodiamidate morpholino oligomer (hereinafter referred to as "PMO")).



wherein Base, $R^2$ and $R^3$ have the same significance as defined above.

The morpholino oligomer may be produced in accordance with, *e.g.*, WO 1991/009033 or WO 2009/064471. In particular, PMO can be produced by the procedure described in WO 2009/064471 or produced by the process shown below.

[Method for producing PMO]

An embodiment of PMO is, for example, the compound represented by

17

NS00000495

general formula (I) below (hereinafter PMO (I)).



( 1 )

wherein Base, $R^2$ and $R^3$ have the same significance as defined above; and,

5        n is a given integer of 1 to 99, preferably a given integer of 18 to 28.

PMO (I) can be produced in accordance with a known method, for example,
can be produced by performing the procedures in the following steps.

The compounds and reagents used in the steps below are not particularly
10   limited so long as they are commonly used to prepare PMO.

Also, the following steps can all be carried out by the liquid phase method
or the solid phase method (using manuals or commercially available solid phase
automated synthesizers). In producing PMO by the solid phase method, it is desired
15   to use automated synthesizers in view of simple operation procedures and accurate
synthesis.

(1) Step A:

The compound represented by general formula (II) below (hereinafter
20   referred to as Compound (II)) is reacted with an acid to prepare the compound
represented by general formula (III) below (hereinafter referred to as Compound
(III)):

18

NS00000496

acid →

(II)                                    (III)

wherein n, $R^2$ and $R^3$ have the same significance as defined above;

each $B^P$ independently represents a nucleobase which may optionally be protected;

T represents trityl, monomethoxytrityl or dimethoxytrityl; and,

L represents hydrogen, an acyl or a group represented by general formula (IV) below (hereinafter referred to as group (IV)).



(IV)

The "nucleobase" for $B^P$ includes the same "nucleobase" as in Base, provided that the amino or hydroxy group in the nucleobase shown by $B^P$ may be protected.

Such protective group for amino is not particularly limited so long as it is used as a protective group for nucleic acids. Specific examples include benzoyl, 4-methoxybenzoyl, acetyl, propionyl, butyryl, isobutyryl, phenylacetyl, phenoxyacetyl, 4-tert-butylphenoxyacetyl, 4-isopropylphenoxyacetyl and (dimethylamino)methylene. Specific examples of the protective group for the hydroxy group include 2-cyanoethyl, 4-nitrophenethyl, phenylsulfonylethyl, methylsulfonylethyl and trimethylsilylethyl, and phenyl, which may be substituted by 1 to 5 electron-withdrawing group at optional substitutable positions, diphenylcarbamoyl, dimethylcarbamoyl, diethylcarbamoyl, methylphenylcarbamoyl, 1-pyrolidinylcarbamoyl, morpholinocarbamoyl, 4-(tert-butylcarboxy) benzyl, 4-[(dimethylamino)carboxy]benzyl and 4-(phenylcarboxy)benzyl, (cf., e.g., WO 2009/064471).

The "solid carrier" is not particularly limited so long as it is a carrier usable for the solid phase reaction of nucleic acids. It is desired for the solid carrier to have the following properties: e.g., (i) it is sparingly soluble in reagents that can be used

NS00000497

for the synthesis of morpholino nucleic acid derivatives (*e.g.*, dichloromethane, acetonitrile, tetrazole, *N*-methylimidazole, pyridine, acetic anhydride, lutidine, trifluoroacetic acid); (ii) it is chemically stable to the reagents usable for the synthesis of morpholino nucleic acid derivatives; (iii) it can be chemically modified;

5    (iv) it can be charged with desired morpholino nucleic acid derivatives; (v) it has a strength sufficient to withstand high pressure through treatments; and (vi) it has a uniform particle diameter range and distribution. Specifically, swellable polystyrene (*e.g.*, aminomethyl polystyrene resin 1% dibenzylbenzene crosslinked (200-400 mesh) (2.4-3.0 mmol/g) (manufactured by Tokyo Chemical Industry),

10    Aminomethylated Polystyrene Resin·HCl [dibenzylbenzene 1%, 100-200 mesh] (manufactured by Peptide Institute, Inc.)), non-swellable polystyrene (*e.g.*, Primer Support (manufactured by GE Healthcare)), PEG chain-attached polystyrene (*e.g.*, NH$_2$-PEG resin (manufactured by Watanabe Chemical Co.), TentaGel resin), controlled pore glass (controlled pore glass; CPG) (manufactured by, *e.g.*, CPG),

15    oxalyl-controlled pore glass (cf., *e.g.*, Alul et al., Nucleic Acids Research, Vol. 19, 1527 (1991)), TentaGel support-aminopolyethylene glycol-derivatized support (*e.g.*, Wright et al., cf., Tetrahedron Letters, Vol. 34, 3373 (1993)), and a copolymer of Poros-polystyrene/divinylbenzene.

       A "linker" which can be used is a known linker generally used to connect

20    nucleic acids or morpholino nucleic acid derivatives. Examples include 3-aminopropyl, succinyl, 2,2'-diethanolsulfonyl and a long chain alkyl amino (LCAA).


       This step can be performed by reacting Compound (II) with an acid.

25        The "acid" which can be used in this step includes, for example, trifluoroacetic acid, dichloroacetic acid and trichloroacetic acid. The acid used is appropriately in a range of, for example, 0.1 mol equivalent to 1000 mol equivalents based on 1 mol of Compound (II), preferably in a range of 1 mol equivalent to 100 mol equivalents based on 1 mol of Compound (II).

30        An organic amine can be used in combination with the acid described above. The organic amine is not particularly limited and includes, for example, triethylamine. The amount of the organic amine used is appropriately in a range of, *e.g.*, 0.01 mol equivalent to 10 mol equivalents, and preferably in a range of 0.1 mol equivalent to 2 mol equivalents, based on 1 mol of the acid.

35        When a salt or mixture of the acid and the organic amine is used in this step,

20

NS00000498

the salt or mixture includes, for example, a salt or mixture of trifluoroacetic acid and triethylamine, and more specifically, a mixture of 1 equivalent of triethylamine and 2 equivalents of trifluoroacetic acid.

The acid which can be used in this step may also be used in the form of a
5    dilution with an appropriate solvent in a concentration of 0.1% to 30%. The solvent is not particularly limited as far as it is inert to the reaction, and includes, for example, dichloromethane, acetonitrile, an alcohol (ethanol, isopropanol, trifluoroethanol, etc.), water, or a mixture thereof.

10    The reaction temperature in the reaction described above is preferably in a range of, *e.g.*, 10°C to 50°C, more preferably, in a range of 20°C to 40°C, and most preferably, in a range of 25°C to 35°C.

The reaction time may vary depending upon kind of the acid used and reaction temperature, and is appropriately in a range of 0.1 minute to 24 hours in
15    general, and preferably in a range of 1 minute to 5 hours.

After completion of this step, a base may be added, if necessary, to neutralize the acid remained in the system. The "base" is not particularly limited and includes, for example, diisopropylamine. The base may also be used in the form of a
20    dilution with an appropriate solvent in a concentration of 0.1% (v/v) to 30% (v/v).

The solvent used in this step is not particularly limited so long as it is inert to the reaction, and includes dichloromethane, acetonitrile, an alcohol (ethanol, isopropanol, trifluoroethanol, etc.), water, and a mixture thereof. The reaction temperature is preferably in a range of, *e.g.*, 10°C to 50°C, more preferably, in a
25    range of 20°C to 40°C, and most preferably, in a range of 25°C to 35°C.

The reaction time may vary depending upon kind of the base used and reaction temperature, and is appropriately in a range of 0.1 minute to 24 hours in general, and preferably in a range of 1 minute to 5 hours.

30    In Compound (II), the compound of general formula (IIa) below (hereinafter Compound (IIa)), wherein n is 1 and L is a group (IV), can be produced by the following procedure.

21

(IIa)

wherein $B^P$, T, linker and solid carrier have the same significance as defined above.

Step 1:

5          The compound represented by general formula (V) below is reacted with an acylating agent to prepare the compound represented by general formula (VI) below (hereinafter referred to as Compound (VI)).



( V )                                               ( V I )

10        wherein $B^P$, T and linker have the same significance as defined above; and,

$R^4$ represents hydroxy, a halogen or amino.

This step can be carried out by known procedures for introducing linkers, using Compound (V) as the starting material.

15        In particular, the compound represented by general formula (VIa) below can be produced by performing the method known as esterification, using Compound (V) and succinic anhydride.



( V I a )

20

wherein $B^P$ and T have the same significance as defined above.

Step 2:

22

Compound (VI)    is reacted with a solid career by a condensing agent to prepare Compound (IIa).



(VI)                                                    (IIa)

5

wherein $B^P$, $R^4$, T, linker and solid carrier have the same significance as defined above.

This step can be performed using Compound (VI) and a solid carrier in
10    accordance with a process known as condensation reaction.

In Compound (II), the compound represented by general formula (IIa2) below wherein n is 2 to 99 and L is a group represented by general formula (IV) can be produced by using Compound (IIa) as the starting material and repeating step A
15    and step B of the PMO production method described in the specification for a desired number of times.



(IIa2)

wherein $B^P$, $R^2$, $R^3$, T, linker and solid carrier have the same significance as defined
20    above; and,

n' represents 1 to 98.

In Compound (II), the compound of general formula (IIb) below wherein n is 1 and L is hydrogen can be produced by the procedure described in, *e.g.*, WO
25    1991/009033.

23

NS00000501

(Ⅱb)

wherein $B^P$ and T have the same significance as defined above.

In Compound (II), the compound represented by general formula (IIb2)
below wherein n is 2 to 99 and L is hydrogen can be produced by using Compound
(IIb) as the starting material and repeating step A and step B of the PMO production
method described in the specification for a desired number of times.



(Ⅱb2)

wherein $B^P$, n', $R^2$, $R^3$ and T have the same significance as defined above.

In Compound (II), the compound represented by general formula (IIc) below
wherein n is 1 and L is an acyl can be produced by performing the procedure known
as acylation reaction, using Compound (IIb).



(Ⅱc)

wherein $B^P$ and T have the same significance as defined above; and,
$R^5$ represents an acyl.

In Compound (II), the compound represented by general formula (IIc2)

24

NS00000502

below wherein n is 2 to 99 and L is an acyl can be produced by using Compound
(IIc) as the starting material and repeating step A and step B of the PMO production
method described in the specification for a desired number of times.



(I I c 2)

5

wherein $B^P$, n', $R^2$, $R^3$, $R^5$ and T have the same significance as defined above.

(2) Step B

Compound (III) is reacted with a morpholino monomer compound in the
10   presence of a base to prepare the compound represented by general formula (VII)
below (hereinafter referred to as Compound (VII)):



morpholino monomer compound

(I I I)                    (V I I)

wherein $B^P$, L, n, $R^2$, $R^3$ and T have the same significance as defined above.

15

This step can be performed by reacting Compound (III) with the morpholino
monomer compound in the presence of a base.

The morpholino monomer compound includes, for example, compounds
20   represented by general formula (VIII) below:

25

NS00000503

(V I I I)

wherein $B^P$, $R^2$, $R^3$ and T have the same significance as defined above.

5      The "base" which can be used in this step includes, for example, diisopropylamine, triethylamine and $N$-ethylmorpholine. The amount of the base used is appropriately in a range of 1 mol equivalent to 1000 mol equivalents based on 1 mol of Compound (III), preferably, 10 mol equivalents to 100 mol equivalents based on 1 mol of Compound (III).

10      The morpholino monomer compound and base which can be used in this step may also be used as a dilution with an appropriate solvent in a concentration of 0.1% to 30%. The solvent is not particularly limited as far as it is inert to the reaction, and includes, for example, N,N-dimethylimidazolidone, $N$-methylpiperidone, DMF, dichloromethane, acetonitrile, tetrahydrofuran, or a mixture thereof.

15      The reaction temperature is preferably in a range of, $e.g.$, 0°C to 100°C, and more preferably, in a range of 10°C to 50°C.

       The reaction time may vary depending upon kind of the base used and reaction temperature, and is appropriately in a range of 1 minute to 48 hours in 20      general, and preferably in a range of 30 minutes to 24 hours.

       Furthermore, after completion of this step, an acylating agent can be added, if necessary. The "acylating agent" includes, for example, acetic anhydride, acetyl chloride and phenoxyacetic anhydride. The acylating agent may also be used as a 25      dilution with an appropriate solvent in a concentration of 0.1% to 30%. The solvent is not particularly limited as far as it is inert to the reaction, and includes, for example, dichloromethane, acetonitrile, an alcohol(s) (ethanol, isopropanol, trifluoroethanol, etc.), water, or a mixture thereof.

26

NS00000504

If necessary, a base such as pyridine, lutidine, collidine, triethylamine, diisopropylethylamine, *N*-ethylmorpholine, etc. may also be used in combination with the acylating agent. The amount of the acylating agent is appropriately in a range of 0.1 mol equivalent to 10000 mol equivalents, and preferably in a range of 1

5  mol equivalent to 1000 mol equivalents. The amount of the base is appropriately in a range of, *e.g.*, 0.1 mol equivalent to 100 mol equivalents, and preferably in a range of 1 mol equivalent to 10 mol equivalents, based on 1 mol of the acylating agent.

The reaction temperature in this reaction is preferably in a range of 10°C to

10  50°C, more preferably, in a range of 10°C to 50°C, much more preferably, in a range of 20°C to 40°C, and most preferably, in a range of 25°C to 35°C. The reaction time may vary depending upon kind of the acylating agent used and reaction temperature, and is appropriately in a range of 0.1 minute to 24 hours in general, and preferably in a range of 1 minute to 5 hours.

15

(3) Step C:

In Compound (VII) produced in Step B, the protective group is removed using a deprotecting agent to prepare the compound represented by general formula (IX).

20



(V I I)                    (I X)

wherein Base, $B^P$, L, n, $R^2$, $R^3$ and T have the same significance as defined above.

25  This step can be performed by reacting Compound (VII) with a deprotecting agent.

The "deprotecting agent" includes, *e.g.*, conc. ammonia water and methylamine. The "deprotecting agent" used in this step may also be used as a

27

NS00000505

dilution with, *e.g.*, water, methanol, ethanol, isopropyl alcohol, acetonitrile, tetrahydrofuran, DMF, N,N-dimethylimidazolidone, *N*-methylpiperidone, or a mixture of these solvents. Among others, ethanol is preferred. The amount of the deprotecting agent used is appropriately in a range of, *e.g.*, 1 mol equivalent to

5    100000 mol equivalents, and preferably in a range of 10 mol equivalents to 1000 mol equivalents, based on 1 mol of Compound (VII).

The reaction temperature is appropriately in a range of 15°C to 75°C, preferably, in a range of 40°C to 70°C, and more preferably, in a range of 50°C to

10    60°C. The reaction time for deprotection may vary depending upon kind of Compound (VII), reaction temperature, etc., and is appropriately in a range of 10 minutes to 30 hours, preferably 30 minutes to 24 hours, and more preferably in a range of 5 hours to 20 hours.

15    (4) Step D:

PMO (I) is produced by reacting Compound (IX) produced in step C with an acid:



( I X )                                         ( I )

20

wherein Base, n, $R^2$, $R^3$ and T have the same significance as defined above.

This step can be performed by adding an acid to Compound (IX).

25        The "acid" which can be used in this step includes, for example, trichloroacetic acid, dichloroacetic acid, acetic acid, phosphoric acid, hydrochloric acid, etc. The acid used is appropriately used to allow the solution to have a pH range of 0.1 to 4.0, and more preferably, in a range of pH 1.0 to 3.0. The solvent is not particularly limited so long as it is inert to the reaction, and includes, for example,

28

NS00000506

acetonitrile, water, or a mixture of these solvents thereof.

The reaction temperature is appropriately in a range of 10°C to 50°C, preferably, in a range of 20°C to 40°C, and more preferably, in a range of 25°C to 35°C. The reaction time for deprotection may vary depending upon kind of Compound (IX), reaction temperature, etc., and is appropriately in a range of 0.1 minute to 5 hours, preferably 1 minute to 1 hour, and more preferably in a range of 1 minute to 30 minutes.

PMO (I) can be obtained by subjecting the reaction mixture obtained in this step to conventional means of separation and purification such as extraction, concentration, neutralization, filtration, centrifugal separation, recrystallization, reversed phase column chromatography $C_8$ to $C_{18}$, cation exchange column chromatography, anion exchange column chromatography, gel filtration column chromatography, high performance liquid chromatography, dialysis, ultrafiltration, etc., alone or in combination thereof. Thus, the desired PMO (I) can be isolated and purified (cf., *e.g.*, WO 1991/09033).

In purification of PMO (I) using reversed phase chromatography, *e.g.*, a solution mixture of 20 mM triethylamine/acetate buffer and acetonitrile can be used as an elution solvent.

In purification of PMO (I) using ion exchange chromatography, *e.g.*, a solution mixture of 1 M saline solution and 10 mM sodium hydroxide aqueous solution can be used as an elution solvent.

A peptide nucleic acid is the oligomer of the present invention having a group represented by the following general formula as the constituent unit:



wherein Base has the same significance as defined above.

29

Peptide nucleic acids can be prepared by referring to, *e.g.,* the following literatures.

1) P. E. Nielsen, M. Egholm, R. H. Berg, O. Buchardt, Science, 254, 1497 (1991)

5    2) M. Egholm, O. Buchardt, P. E. Nielsen, R. H. Berg, Jacs., 114, 1895 (1992)

3) K. L. Dueholm, M. Egholm, C. Behrens, L. Christensen, H. F. Hansen, T. Vulpius, K. H. Petersen, R. H. Berg, P. E. Nielsen, O. Buchardt, J. Org. Chem., 59, 5767 (1994)

4) L. Christensen, R. Fitzpatrick, B. Gildea, K. H. Petersen, H. F. Hansen, T. Koch,

10    M. Egholm, O. Buchardt, P. E. Nielsen, J.

Coull, R. H. Berg, J. Pept. Sci., 1, 175 (1995)

5) T. Koch, H. F. Hansen, P. Andersen, T. Larsen, H. G. Batz, K. Otteson, H. Orum, J. Pept. Res., 49, 80 (1997)

15    In the oligomer of the present invention, the 5' end may be any of chemical structures (1) to (3) below, and preferably is (3)-OH.



(1)                    (2)                    (3)

20    Hereinafter, the groups shown by (1), (2) and (3) above are referred to as "Group (1)," "Group (2)" and "Group (3)," respectively.

2. Pharmaceutical composition

The oligomer of the present invention causes exon 53 skipping with a higher

25    efficiency as compared to the prior art antisense oligomers. It is thus expected that conditions of muscular dystrophy can be relieved with high efficience by administering the pharmaceutical composition comprising the oligomer of the present invention to DMD patients. For example, when the pharmaceutical composition comprising the oligomer of the present invention is used, the same

30

NS00000508

therapeutic effects can be achieved even in a smaller dose than that of the oligomers of the prior art. Accordingly, side effects can be alleviated and such is economical.

In another embodiment, the present invention provides the pharmaceutical composition for the treatment of muscular dystrophy, comprising as an active
5   ingredient the oligomer of the present invention, a pharmaceutically acceptable salt or hydrate thereof (hereinafter referred to as "the composition of the present invention").

Examples of the pharmaceutically acceptable salt of the oligomer of the
10   present invention contained in the composition of the present invention are alkali metal salts such as salts of sodium, potassium and lithium; alkaline earth metal salts such as salts of calcium and magnesium; metal salts such as salts of aluminum, iron, zinc, copper, nickel, cobalt, etc.; ammonium salts; organic amine salts such as salts of t-octylamine, dibenzylamine, morpholine, glucosamine, phenylglycine alkyl ester,
15   ethylenediamine, $N$-methylglucamine, guanidine, diethylamine, triethylamine, dicyclohexylamine, $N, N'$-dibenzylethylenediamine, chloroprocaine, procaine, diethanolamine, $N$-benzylphenethylamine, piperazine, tetramethylammonium, tris(hydroxymethyl)aminomethane; hydrohalide salts such as salts of hydrofluorates, hydrochlorides, hydrobromides and hydroiodides; inorganic acid salts such as
20   nitrates, perchlorates, sulfates, phosphates, etc.; lower alkane sulfonates such as methanesulfonates, trifluoromethanesulfonates and ethanesulfonates; arylsulfonates such as benzenesulfonates and p-toluenesulfonates; organic acid salts such as acetates, malates, fumarates, succinates, citrates, tartarates, oxalates, maleates, etc.; and, amino acid salts such as salts of glycine, lysine, arginine, ornithine, glutamic
25   acid and aspartic acid. These salts may be produced by known methods. Alternatively, the oligomer of the present invention contained in the composition of the present invention may be in the form of a hydrate thereof.

Administration route for the composition of the present invention is not
30   particularly limited so long as it is pharmaceutically acceptable route for administration, and can be chosen depending upon method of treatment. In view of easiness in delivery to muscle tissues, preferred are intravenous administration, intraarterial administration, intramuscular administration, subcutaneous administration, oral administration, tissue administration, transdermal administration,
35   etc. Also, dosage forms which are available for the composition of the present

31

NS00000509

invention are not particularly limited, and include, for example, various injections, oral agents, drips, inhalations, ointments, lotions, etc.

In administration of the oligomer of the present invention to patients with muscular dystrophy, the composition of the present invention preferably contains a carrier to promote delivery of the oligomer to muscle tissues. Such a carrier is not particularly limited as far as it is pharmaceutically acceptable, and examples include cationic carriers such as cationic liposomes, cationic polymers, etc., or carriers using viral envelope. The cationic liposomes are, for example, liposomes composed of 2-O-(2-diethylaminoethyl)carabamoyl-1,3-O-dioleoylglycerol and phospholipids as the essential constituents (hereinafter referred to as "liposome A"), Oligofectamine (registered trademark) (manufactured by Invitrogen Corp.), Lipofectin (registered trademark) (manufactured by Invitrogen Corp.), Lipofectamine (registered trademark) (manufactured by Invitrogen Corp.), Lipofectamine 2000 (registered trademark) (manufactured by Invitrogen Corp.), DMRIE-C (registered trademark) (manufactured by Invitrogen Corp.), GeneSilencer (registered trademark) (manufactured by Gene Therapy Systems), TransMessenger (registered trademark) (manufactured by QIAGEN, Inc.), TransIT TKO (registered trademark) (manufactured by Mirus) and Nucleofector II (Lonza). Among others, liposome A is preferred. Examples of cationic polymers are JetSI (registered trademark) (manufactured by Qbiogene, Inc.) and Jet-PEI (registered trademark) (polyethylenimine, manufactured by Qbiogene, Inc.). An example of carriers using viral envelop is GenomeOne (registered trademark) (HVJ-E liposome, manufactured by Ishihara Sangyo). Alternatively, the medical devices described in Japanese Patent No. 2924179 and the cationic carriers described in Japanese Domestic Re-Publication PCT Nos. 2006/129594 and 2008/096690 may be used as well.

A concentration of the oligomer of the present invention contained in the composition of the present invention may vary depending on kind of the carrier, etc., and is appropriately in a range of 0.1 nM to 100 μM, preferably in a range of 1 nM to 10 μM, and more preferably in a range of 10 nM to 1 μM. A weight ratio of the oligomer of the present invention contained in the composition of the present invention and the carrier (carrier/oligomer of the present invention) may vary depending on property of the oligomer, type of the carrier, etc., and is appropriately in a range of 0.1 to 100, preferably in a range of 1 to 50, and more preferably in a

32

NS00000510

range of 10 to 20.

In addition to the oligomer of the present invention and the carrier described above, pharmaceutically acceptable additives may also be optionally formulated in
5    the composition of the present invention. Examples of such additives are emulsification aids (*e.g.*, fatty acids having 6 to 22 carbon atoms and their pharmaceutically acceptable salts, albumin and dextran), stabilizers (*e.g.*, cholesterol and phosphatidic acid), isotonizing agents (*e.g.*, sodium chloride, glucose, maltose, lactose, sucrose, trehalose), and pH controlling agents (*e.g.*, hydrochloric acid,
10   sulfuric acid, phosphoric acid, acetic acid, sodium hydroxide, potassium hydroxide and triethanolamine). One or more of these additives can be used. The content of the additive in the composition of the present invention is appropriately 90 wt% or less, preferably 70 wt% or less and more preferably, 50 wt% or less.

15   The composition of the present invention can be prepared by adding the oligomer of the present invention to a carrier dispersion and adequately stirring the mixture. Additives may be added at an appropriate step either before or after addition of the oligomer of the present invention. An aqueous solvent that can be used in adding the oligomer of the present invention is not particularly limited as far as it is
20   pharmaceutically acceptable, and examples are injectable water or injectable distilled water, electrolyte fluid such as physiological saline, etc., and sugar fluid such as glucose fluid, maltose fluid, etc. A person skilled in the art can appropriately choose conditions for pH and temperature for such matter.

25   The composition of the present invention may be prepared into, *e.g.*, a liquid form and its lyophilized preparation. The lyophilized preparation can be prepared by lyophilizing the composition of the present invention in a liquid form in a conventional manner. The lyophilization can be performed, for example, by appropriately sterilizing the composition of the present invention in a liquid form,
30   dispensing an aliquot into a vial container, performing preliminary freezing for 2 hours at conditions of about -40 to -20°C, performing a primary drying at 0 to 10°C under reduced pressure, and then performing a secondary drying at about 15 to 25°C under reduced pressure. In general, the lyophilized preparation of the composition of the present invention can be obtained by replacing the content of the vial with
35   nitrogen gas and capping.

NS00000511

The lyophilized preparation of the composition of the present invention can be used in general upon reconstitution by adding an optional suitable solution (reconstitution liquid) and redissolving the preparation. Such a reconstitution liquid includes injectable water , physiological saline and other infusion fluids. A volume of the reconstitution liquid may vary depending on the intended use, etc., is not particularly limited, and is suitably 0.5 to 2-fold greater than the volume prior to lyophilization or no more than 500 mL.

It is desired to control a dose of the composition of the present invention to be administered, by taking the following factors into account: the type and dosage form of the oligomer of the present invention contained; patients' conditions including age, body weight, etc.; administration route; and the characteristics and extent of the disease. A daily dose calculated as the amount of the oligomer of the present invention is generally in a range of 0.1 mg to 10 g/human, and preferably 1 mg to 1 g/human. This numerical range may vary occasionally depending on type of the target disease, administration route and target molecule. Therefore, a dose lower than the range may be sufficient in some occasion and conversely, a dose higher than the range may be required occasionally. The composition can be administered from once to several times daily or at intervals from one day to several days.

In still another embodiment of the composition of the present invention, there is provided a pharmaceutical composition comprising a vector capable of expressing the oligonucleotide of the present invention and the carrier described above. Such an expression vector may be a vector capable of expressing a plurality of the oligonucleotides of the present invention. The composition may be formulated with pharmaceutically acceptable additives as in the case with the composition of the present invention containing the oligomer of the present invention. A concentration of the expression vector contained in the composition may vary depending upon type of the career, etc., and is appropriately in a range of 0.1 nM to 100 μM, preferably in a range of 1 nM to 10 μM, and more preferably in a range of 10 nM to 1 μM. A weight ratio of the expression vector contained in the composition and the carrier (carrier/expression vector) may vary depending on property of the expression vector, type of the carrier, etc., and is appropriately in a range of 0.1 to 100, preferably in a range of 1 to 50, and more preferably in a range of 10 to 20. The content of the

34

NS00000512

carrier contained in the composition is the same as in the case with the composition
of the present invention containing the oligomer of the present invention, and a
method for producing the same is also the same as in the case with the composition
of the present invention.

5

Hereinafter, the present invention will be described in more detail with
reference to EXAMPLES and TEST EXAMPLES below, but is not deemed to be
limited thereto.

10   [EXAMPLES]
[REFERENCE EXAMPLE 1]
4-{[(2S,6R)-6-(4-Benzamido-2-oxopyrimidin-1-yl)-4-tritylmorpholin-2-yl]methoxy}
-4-oxobutanoic acid loaded onto aminomethyl polystyrene resin
Step 1: Production of

15   4-{[(2S,6R)-6-(4-benzamido-2-oxopyrimidin-1(2H)-yl)-4-tritylmorpholin-2-yl]meth
oxy}-4-oxobutanoic acid
Under argon atmosphere, 22.0 g of
N-{1-[(2R,6S)-6-(hydroxymethyl)-4-tritylmorpholin-2-yl]-2-oxo-1,2-dihydropyrimid
in-4-yl}benzamide and 7.04 g of 4-dimethylaminopyridine (4-DMAP) were

20   suspended in 269 mL of dichloromethane, and 5.76 g of succinic anhydride was
added to the suspension, followed by stirring at room temperature for 3 hours. To the
reaction solution was added 40 mL of methanol, and the mixture was concentrated
under reduced pressure. The residue was extracted using ethyl acetate and 0.5M
aqueous potassium dihydrogenphosphate solution. The resulting organic layer was

25   washed sequentially with 0.5M aqueous potassium dihydrogenphosphate solution,
water and brine in the order mentioned. The resulting organic layer was dried over
sodium sulfate and concentrated under reduced pressure to give 25.9 g of the
product.

30   Step 2: Production of
4-{[(2S,6R)-6-(4-benzamido-2-oxopyrimidin-1-yl)-4-tritylmorpholin-2-yl]methoxy}
-4-oxobutanoic acid loaded onto aminomethyl polystyrene resin
After 23.5 g of
4-{[(2S,6R)-6-(4-benzamido-2-oxopyrimidin-1(2H)-yl)-4-tritylmorpholin-2-yl]meth

35   oxy}-4-oxobutanoic acid was dissolved in 336 mL of pyridine (dehydrated), 4.28 g

35

NS00000513

of 4-DMAP and 40.3 g of 1-ethyl-3-(3-dimethylaminopropyl)carbodiimide

hydrochloride were added to the solution. Then, 25.0 g of Aminomethyl Polystyrene

Resin cross-linked with 1% DVB (manufactured by Tokyo Chemical Industry Co.,

Ltd., A1543) and 24 mL of triethylamine were added to the mixture, followed by

5    shaking at room temperature for 4 days. After completion of the reaction, the resin

was taken out by filtration. The resulting resin was washed sequentially with pyridine,

methanol and dichloromethane in the order mentioned, and dried under reduced

pressure. To the resulting resin were added 150 mL of tetrahydrofuran (dehydrate),

15 mL of acetic anhydride and 15 mL of 2,6-lutidine, and the mixture was shaken at

10    room temperature for 2 hours. The resin was taken out by filtration, washed

sequentially with pyridine, methanol and dichloromethane in the order mentioned,

and dried under reduced pressure to give 33.7 g of the product.

The loading amount of the product was determined by measuring UV

absorbance at 409 nm of the molar amount of the trityl per g resin using a known

15    method. The loading amount of the resin was 397.4 μmol/g.


Conditions of UV measurement

Device: U-2910 (Hitachi, Ltd.)

Solvent: methanesulfonic acid

20    Wavelength: 265 nm

ε Value: 45000


[REFERENCE EXAMPLE 2]

4-Oxo-4-{[(2S,6R)-6-(6-oxo-2-[2-phenoxyacetamido]-1H-purin-9-yl)-4-tritylmorpho

25    lin-2-yl]methoxy}butanoic acid loaded onto 2-aminomethylpolystyrene resin

Step 1: Production of $N^2$-(phenoxyacetyl)guanosine

Guanosine, 100 g, was dried at 80°C under reduced pressure for 24 hours.

After 500 mL of pyridine (anhydrous) and 500 mL of dichloromethane (anhydrous)

were added thereto, 401 mL of chlorotrimethylsilane was dropwise added to the

30    mixture under an argon atmosphere at 0°C, followed by stirring at room temperature

for 3 hours. The mixture was again ice-cooled and 66.3 g of phenoxyacetyl chloride

was dropwise added thereto. Under ice cooling, the mixture was stirred for further 3

hours. To the reaction solution was added 500 mL of methanol, and the mixture was

stirred at room temperature overnight. The solvent was then removed by distillation

35    under reduced pressure. To the residue was added 500 mL of methanol, and

36

NS00000514

concentration under reduced pressure was performed 3 times. To the residue was
added 4L of water, and the mixture was stirred for an hour under ice cooling. The
precipitates formed were taken out by filtration, washed sequentially with water and
cold methanol and then dried to give 150.2 g of the objective compound (yield:
5    102% ) (cf. :Org. Lett. (2004), Vol. 6, No. 15, 2555-2557).


Step 2:
*N*-{9-[(2R,6S)-6-(hydroxymethyl)-4-morpholin-2-yl]-6-oxo-6,9-dihydro-1H-purin-2-
yl}-2-phenoxyacetamide p-toluenesulfonate
10            In 480 mL of methanol was suspended 30 g of the compound obtained in
Step 1, and 130 mL of 2N hydrochloric acid was added to the suspension under ice
cooling. Subsequently, 56.8 g of ammonium tetraborate tetrahydrate and 16.2 g of
sodium periodate were added to the mixture in the order mentioned and stirred at
room temperature for 3 hours. The reaction solution was ice cooled and the insoluble
15   matters were removed by filtration, followed by washing with 100 mL of methanol.
The filtrate and washing liquid were combined and the mixture was ice cooled. To
the mixture was added 11.52 g of 2-picoline borane. After stirring for 20 minutes,
54.6 g of p-toluenesulfonic acid monohydrate was slowly added to the mixture,
followed by stirring at 4°C overnight. The precipitates were taken out by filtration
20   and washed with 500 mL of cold methanol and dried to give 17.7 g of the objective
compound (yield: 43.3% ).
$^1$H NMR ($\delta$, DMSO-d6): 9.9-9.2 (2H, br), 8.35 (1H, s), 7.55 (2H, m), 7.35 (2H, m),
7.10 (2H, d, J=7.82Hz), 7.00 (3H, m), 5.95 (1H, dd, J=10.64, 2.42Hz), 4.85 (2H, s),
4.00 (1H, m), 3.90-3.60 (2H, m), 3.50-3.20 (5H, m), 2.90 (1H, m), 2.25 (3H, s)

25

Step 3: Production of
*N*-{9-[(2R,6S)-6-(hydroxymethyl)-4-tritylmorpholin-2-yl]-6-oxo-6,9-dihydro-1H-
purin-2-yl}-2-phenoxyacetamide
             In 30 mL of dichloromethane was suspended 2.0 g of the compound
30   obtained in Step 2, and 13.9 g of triethylamine and 18.3 g of trityl chloride were
added to the suspension under ice cooling. The mixture was stirred at room
temperature for an hour. The reaction solution was washed with saturated sodium
bicarbonate aqueous solution and then with water, and dried. The organic layer was
concentrated under reduced pressure. To the residue was added 40 mL of 0.2M
35   sodium citrate buffer (pH 3)/methanol (1:4 (v/v)), and the mixture was stirred.

37

NS00000515

Subsequently, 40 mL of water was added and the mixture was stirred for an hour under ice cooling. The mixture was taken out by filtration, washed with cold methanol and dried to give 1.84 g of the objective compound (yield: 82.0% ).

5    Step 4: Production of
4-oxo-4-{[(2S,6R)-6-(6-oxo-2-[2-phenoxyacetamido]-1H-purin-9-yl)-4-tritylmorpholin-2-yl]methoxy}butanoic acid loaded onto aminomethyl polystyrene resin
        The title compound was produced in a manner similar to REFERENCE
10   EXAMPLE 1, except that
N-{9-[(2R,6S)-6-(hydroxymethyl)-4-tritylmorpholin-2-yl]-6-oxo-6,9-dihydro-1H-purin-2-yl}-2-phenoxyacetamide was used in this step, instead of
N-{1-[(2R,6S)-6-(hydroxymethyl)-4-tritylmorpholin-2-yl]-2-oxo-1,2-dihydropyrimidin-4-yl}benzamide used in Step 1 of REFERENCE EXAMPLE 1.

15
        [REFERENCE EXAMPLE 3]
        4-{[(2S,6R)-6-(5-Methyl-2,4-dioxo-3,4-dihydropyrimidin-1-yl)-4-tritylmorpholin-2-yl]methoxy}-4-oxobutanoic acid loaded onto aminomethyl polystyrene resin
        The title compound was produced in a manner similar to REFERENCE
20   EXAMPLE 1, except that
1-[(2R,6S)-6-(hydroxymethyl)-4-tritylmorpholin-2-yl]-5-methylpyrimidine-2,4 (1H,3H)-dione was used in this step, instead of
N-{1-[(2R,6S)-6-(hydroxymethyl)-4-tritylmorpholin-2-yl]-2-oxo-1,2-dihydropyrimidin-4-yl}benzamide used in Step 1 of REFERENCE EXAMPLE 1.

25
        [REFERENCE EXAMPLE 4]
        1,12-Dioxo-1-(4-tritylpiperazin-1-yl)-2,5,8,11-tetraoxa-15-pentadecanoic acid loaded onto aminomethyl polystyrene resin
        The title compound was produced in a manner similar to REFERENCE
30   EXAMPLE 1, except that 2-[2-(2-hydroxyethoxy)ethoxy]ethyl 4-tritylpiperazine-1-carboxylic acid (the compound described in WO 2009/064471) was used in this step, instead of
N-{1-[(2R,6S)-6-(hydroxymethyl)-4-tritylmorpholin-2-yl]-2-oxo-1,2-dihydropyrimidin-4-yl}benzamide.

35

38

NS00000516

According to the descriptions in EXAMPLES 1 to 12 and REFERENCE

EXAMPLES 1 to 3 below, various types of PMO shown by PMO Nos. 1-11 and

13-16 in TABLE 2 were synthesized. The PMO synthesized was dissolved in

injectable water (manufactured by Otsuka Pharmaceutical Factory, Inc.). PMO No.

5   12 was purchased from Gene Tools, LLC.


TABLE 2

| PMO No. | Target sequence in exon 53 | Note | SEQ ID NO: |
|---|---|---|---|
| 1 | 31 - 55 | 5' end: group (3) | SEQ ID NO: 4 |
| 2 | 32 - 53 | 5' end: group (3) | SEQ ID NO: 8 |
| 3 | 32 - 56 | 5' end: group (3) | SEQ ID NO: 11 |
| 4 | 33 - 54 | 5' end: group (3) | SEQ ID NO: 15 |
| 5 | 34 - 58 | 5' end: group (3) | SEQ ID NO: 25 |
| 6 | 36 - 53 | 5' end: group (3) | SEQ ID NO: 32 |
| 7 | 36 - 55 | 5' end: group (3) | SEQ ID NO: 34 |
| 8 | 36 - 56 | 5' end: group (3) | SEQ ID NO: 35 |
| 9 | 36 - 57 | 5' end: group (3) | SEQ ID NO: 36 |
| 10 | 33 - 57 | 5' end: group (3) | SEQ ID NO: 18 |
| 11 | 39 - 69 | Sequence corresponding to H53A(+39÷69) (cf. Table 1) in Non-Patent Document 3, 5' end: group (3) | SEQ ID NO: 38 |
| 12 | 30 - 59 | Sequence corresponding to h53A30/1 (cf. Table 1) in Non-Patent Document 5, 5' end: group (2) | SEQ ID NO: 39 |
| 13 | 32 - 56 | 5' end: group (1) | SEQ ID NO: 11 |
| 14 | 36 - 56 | 5' end: group (1) | SEQ ID NO: 35 |
| 15 | 30 - 59 | Sequence corresponding to h53A30/1 (cf. Table 1) in Non-Patent Document 5 5' end: group (3) | SEQ ID NO: 39 |
| 16 | 23 - 47 | Sequence corresponding to SEQ ID NO:429 described in Patent Document | SEQ ID NO: 47 |

39

NS00000517

| | | 4, 5' end: group (3) | |
|---|---|---|---|

[EXAMPLE 1]

PMO No. 8

4-{[(2S,6R)-6-(4-Benzamido-2-oxopyrimidin-1(2H)-yl)-4-tritylmorpholin-2
-yl]methoxy}-4-oxobutanoic acid, loaded onto aminomethyl polystyrene resin
(REFERENCE EXAMPLE 1), 2 g (800 μmol) was transferred to a reaction vessel,
and 30 mL of dichloromethane was added thereto. The mixture was allowed to stand
for 30 minutes. After the mixture was further washed twice with 30 mL of
dichloromethane, the following synthesis cycle was started. The desired morpholino
monomer compound was added in each cycle to give the nucleotide sequence of the
title compound.

TABLE 3

| Step | Reagent | Volume (mL) | Time (min) |
|---|---|---|---|
| 1 | deblocking solution | 30 | 2.0 |
| 2 | deblocking solution | 30 | 2.0 |
| 3 | deblocking solution | 30 | 2.0 |
| 4 | deblocking solution | 30 | 2.0 |
| 5 | deblocking solution | 30 | 2.0 |
| 6 | deblocking solution | 30 | 2.0 |
| 7 | neutralizing solution | 30 | 1.5 |
| 8 | neutralizing solution | 30 | 1.5 |
| 9 | neutralizing solution | 30 | 1.5 |
| 10 | neutralizing solution | 30 | 1.5 |
| 11 | neutralizing solution | 30 | 1.5 |
| 12 | neutralizing solution | 30 | 1.5 |
| 13 | dichloromethane | 30 | 0.5 |
| 14 | dichloromethane | 30 | 0.5 |
| 15 | dichloromethane | 30 | 0.5 |
| 16 | coupling solution B | 20 | 0.5 |
| 17 | coupling solution A | 6 - 11 | 90.0 |
| 18 | dichloromethane | 30 | 0.5 |
| 19 | dichloromethane | 30 | 0.5 |

40

NS00000518

| 20 | dichloromethane | 30 | 0.5 |
| 21 | capping solution | 30 | 3.0 |
| 22 | capping solution | 30 | 3.0 |
| 23 | dichloromethane | 30 | 0.5 |
| 24 | dichloromethane | 30 | 0.5 |
| 25 | dichloromethane | 30 | 0.5 |

The deblocking solution used was a solution obtained by dissolving a mixture of trifluoroacetic acid (2 equivalents) and triethylamine (1 equivalent) in a dichloromethane solution containing 1% (v/v) ethanol and 10% (v/v) 2,2,2-trifluoroethanol to be 3% (w/v). The neutralizing solution used was a solution obtained by dissolving N,N-diisopropylethylamine in a dichloromethane solution containing 25% (v/v) 2-propanol to be 5% (v/v). The coupling solution A used was a solution obtained by dissolving the morpholino monomer compound in 1,3-dimethyl-2-imidazolidinone containing 10% (v/v) N,N-diisopropylethylamine to be 0.15M. The coupling solution B used was a solution obtained by dissolving N,N-diisopropylethylamine in 1,3-dimethyl-2-imidazolidinone to be 10% (v/v). The capping solution used was a solution obtained by dissolving 20% (v/v) acetic anhydride and 30% (v/v) 2, 6-lutidine in dichloromethane.

The aminomethyl polystyrene resin loaded with the PMO synthesized above was recovered from the reaction vessel and dried at room temperature for at least 2 hours under reduced pressure. The dried PMO loaded onto aminomethyl polystyrene resin was charged in a reaction vessel, and 200 mL of 28% ammonia water-ethanol (1/4) was added thereto. The mixture was stirred at 55°C for 15 hours. The aminomethyl polystyrene resin was separated by filtration and washed with 50 mL of water-ethanol (1/4). The resulting filtrate was concentrated under reduced pressure. The resulting residue was dissolved in 100 mL of a solvent mixture of 20 mM acetic acid - triethylamine buffer (TEAA buffer) and acetonitrile (4/1) and filtered through a membrane filter. The filtrate obtained was purified by reversed phase HPLC. The conditions used are as follows.

TABLE 4

| Column | XTerra MS18 (Waters, φ50x 100 mm, 1CV=200 |
| --- | --- |

41

| | mL) |
|---|---|
| Flow rate | 60 mL/min |
| Column temperature | room temperature |
| Solution A | 20 mM TEAA buffer |
| Solution B | $CH_3CN$ |
| Gradient | (B) conc. 20→50% /9CV |

Each fraction was analyzed and the product was recovered in 100 mL of acetonitrile-water (1/1), to which 200 mL of ethanol was added. The mixture was concentrated under reduced pressure. Further drying under reduced pressure gave a

5  white solid. To the resulting solid was added 300 mL of 10 mM phosphoric acid aqueous solution to suspend the solid. To the suspension was added 10 mL of 2M phosphoric acid aqueous solution, and the mixture was stirred for 15 minutes. Furthermore, 15 mL of 2M sodium hydrate aqueous solution was added for neutralization. Then, 15 mL of 2M sodium hydroxide aqueous solution was added to

10  make the mixture alkaline, followed by filtration through a membrane filter (0.45μm). The mixture was thoroughly washed with 100 mL of 10 mM sodium hydroxide aqueous solution to give the product as an aqueous solution.

The resulting aqueous solution containing the product was purified by an anionic exchange resin column. The conditions used are as follows.

15

TABLE 5

| Column | Source 30Q (GE Healthcare, φ40x 150 mm, 1CV＝200 mL) |
|---|---|
| Flow rate | 80 mL/min |
| Column temp. | room temperature |
| Solution A | 10 mM sodium hydroxide aqueous solution |
| Solution B | 10 mM sodium hydroxide aqueous solution, 1M sodium chloride aqueous solution |
| Gradient | (B) conc. 5→35% /15CV |

Each fraction was analyzed (on HPLC) and the product was obtained as an aqueous solution. To the resulting aqueous solution was added 225 mL of 0.1M

20  phosphate buffer (pH 6.0) for neutralization. The mixture was filtered through a membrane filter (0.45 μm). Next, ultrafiltration was performed under the conditions

42

NS00000520

described below.

TABLE 6

| Filter | PELLICON2 MINI FILTER PLBC 3K Regenerated Cellulose, Screen Type C |
|--------|---------------------------------------------------------------------|
| Size   | 0.1 m$^2$                                                           |

5      The filtrate was concentrated to give approximately 250 mL of an aqueous solution. The resulting aqueous solution was filtered through a membrane filter (0.45 μm). The aqueous solution obtained was freeze-dried to give 1.5 g of the objective compound as a white cotton-like solid.

10      ESI-TOF-MS   Calcd.: 6924.82

Found: 6923.54

[EXAMPLE 2]

PMO, No. 1

15      The title compound was produced in accordance with the procedure of EXAMPLE 1.

MALDI-TOF-MS   Calcd.: 8291.96

Found: 8296.24

20

[EXAMPLE 3]

PMO, No. 2

     The title compound was produced in accordance with the procedure of EXAMPLE 1.

25

ESI-TOF-MS   Calcd.: 7310.13

Found: 7309.23

[EXAMPLE 4]

30 PMO, No. 3

     The title compound was produced in accordance with the procedure of EXAMPLE 1.

43

NS00000521

ESI-TOF-MS    Calcd.: 8270.94

Found: 8270.55

5    [EXAMPLE 5]

PMO. No. 4

The title compound was produced in accordance with the procedure of EXAMPLE 1, except that 4-(((2S,6R)-6-(5-methyl-2,4-dioxo-3,4-dihydropyrimidin-1(2H)-yl)-4-tritylmorpholi

10    n-2-yl)methoxy)-4-oxobutanoic acid (REFERENCE EXAMPLE 3) loaded onto aminomethyl polystyrene resin was used as the starting material.

ESI-TOF-MS    Calcd.: 7310.13

Found: 7310.17

15

[EXAMPLE 6]

PMO. No. 5

The title compound was produced in accordance with the procedure of EXAMPLE 1, except that

20    4-(((2S,6R)-6-(5-methyl-2,4-dioxo-3,4-dihydropyrimidin-1(2H)-yl)-4-tritylmorpholi n-2-yl)methoxy)-4-oxobutanoic acid loaded onto aminomethyl polystyrene resin (REFERENCE EXAMPLE 3) was used as the starting material.

ESI-TOF-MS    Calcd.: 8270.94

25    Found: 8270.20

[EXAMPLE 7]

PMO. No. 6

The title compound was produced in accordance with the procedure of

30    EXAMPLE 1.

ESI-TOF-MS    Calcd.: 5964.01

Found: 5963.68

35    [EXAMPLE 8]

44

NS00000522

PMO. No. 7

The title compound was produced in accordance with the procedure of EXAMPLE 1.

5    ESI-TOF-MS    Calcd.: 6609.55

Found: 6608.85

[EXAMPLE 9]

PMO. No. 9

10    The title compound was produced in accordance with the procedure of EXAMPLE 1, except that 4-oxo-4-(((2S,6R)-6-(6-oxo-2-(2-phenoxyacetamido)-1H-purin-9 (6H)-yl)-4-tritylmorpholin-2-yl)methoxy)butanoic acid loaded onto aminomethyl polystyrene resin (REFERENCE EXAMPLE 2) was used as the starting material.

15    ESI-TOF-MS    Calcd.: 7280.11

Found: 7279.42

[EXAMPLE 10]

20    PMO. No. 10

The title compound was produced in accordance with the procedure of EXAMPLE 1, except that 4-oxo-4-(((2S,6R)-6-(6-oxo-2-(2-phenoxyacetamido)-1H-purin-9 (6H)-yl)-4-tritylmorpholin-2-yl)methoxy)butanoic acid loaded onto aminomethyl

25    polystyrene resin (REFERENCE EXAMPLE 2) was used as the starting material.

ESI-TOF-MS    Calcd.: 8295.95

Found: 8295.91

30    [EXAMPLE 11]

PMO. No. 13

The title compound was produced in accordance with the procedure of EXAMPLE 1, except that 1,12-dioxo-1-(4-tritylpiperazin-1-yl)-2,5,8,11-tetraoxa-15-pentadecanoic acid loaded

35    onto aminomethyl polystyrene resin (REFERENCE EXAMPLE 4) was used as the

45

NS00000523

starting material.

ESI-TOF-MS    Calcd.: 7276.15
Found: 7276.69

5

[EXAMPLE 12]

PMO. No. 14

The title compound was produced in accordance with the procedure of EXAMPLE 1, except that

10    1,12-dioxo-1-(4-tritylpiperazin-1-yl)-2,5,8,11-tetraoxa-15-pentadecanoic acid loaded onto aminomethyl polystyrene resin (REFEENCE EXAMPLE 4) was used as the starting material.

ESI-TOF-MS    Calcd.: 8622.27
Found: 8622.29

15

[COMPARATIVE EXAMPLE 1]

PMO. No. 11

The title compound was produced in accordance with the procedure of

20    EXAMPLE 1.

ESI-TOF-MS    Calcd.: 10274.63
Found: 10273.71

25    [COMPARATIVE EXAMPLE 2]

PMO.No.15

The title compound was produced in accordance with the procedure of EXAMPLE 1.

30    ESI-TOF-MS    Calcd.: 9941.33
Found: 9940.77

[COMPARATIVE EXAMPLE 3]

PMO.No.16

35    The title compound was produced in accordance with the procedure of

46

NS00000524

EXAMPLE 1.

ESI-TOF-MS    Calcd.: 8238.94
Found: 8238.69

5

[TEST EXAMPLE 1]

In vitro assay

Using an Amaxa Cell Line Nucleofector Kit L on Nucleofector II (Lonza), 10 μM of the oligomers PMO Nos. 1 to 8 of the present invention and the antisense

10    oligomer PMO No. 11 were transfected with $4 \times 10^5$ of RD cells (human rhabdomyosarcoma cell line). The Program T-030 was used.

After transfection, the cells were cultured overnight in 2 mL of Eagle's minimal essential medium (EMEM) (manufactured by Sigma, hereinafter the same) containing 10% fetal calf serum (FCS) (manufactured by Invitrogen) under

15    conditions of 37°C and 5% $CO_2$. The cells were washed twice with PBS (manufactured by Nissui, hereinafter the same) and 500 μl of ISOGEN (manufactured by Nippon Gene) was added to the cells. After the cells were allowed to stand at room temperature for a few minutes to lyse the cells, the lysate was collected in an Eppendorf tube. The total RNA was extracted according to the

20    protocol attached to ISOGEN. The concentration of the total RNA extracted was determined using a NanoDrop ND-1000 (manufactured by LMS).

One-Step RT-PCR was performed with 400 ng of the extracted total RNA using a Titan One Tube RT-PCR Kit (manufactured by Roche). A reaction solution

25    was prepared in accordance with the protocol attached to the kit. A PTC-100 (manufactured by MJ Research) was used as a thermal cycler. The RT-PCR program used is as follows.

50°C, 30 mins: reverse transcription
30    94°C, 2 mins: thermal denaturation
[94°C, 10 seconds; 58°C, 30 seconds; 68 °C, 45 seconds] x 30 cycles: PCR amplification
68°C, 7 mins: final extension

35    The nucleotide sequences of the forward primer and reverse primer used for

47

NS00000525

RT-PCR are given below.

Forward primer: 5'-AGGATTTGGAACAGAGGCGTC-3' (SEQ ID NO: 40)
Reverse primer: 5'-GTCTGCCACTGGCGGAGGTC-3' (SEQ ID NO: 41)

5        Next, a nested PCR was performed with the product amplified by RT-PCR above using a Taq DNA Polymerase (manufactured by Roche). The PCR program used is as follows.

10     94°C, 2 mins: thermal denaturation
[94°C, 15 seconds; 58°C, 30 seconds; 68 °C, 45 seconds] x 30 cycles: PCR amplification
68°C, 7 mins: final extension

15     The nucleotide sequences of the forward primer and reverse primer used for the nested PCR above are given below.

Forward primer: 5'-CATCAAGCAGAAGGCAACAA-3' (SEQ ID NO: 42)
Reverse primer: 5'-GAAGTTTCAGGGCCAAGTCA-3' (SEQ ID NO: 43)

20     The reaction product, 1 µl, of the nested PCR above was analyzed using a Bioanalyzer (manufactured by Agilent Technologies, Inc.).

The polynucleotide level "A" of the band with exon 53 skipping and the polynucleotide level "B" of the band without exon 53 skipping were measured.

25     Based on these measurement values of "A" and "B," the skipping efficiency was determined by the following equation:

Skipping efficiency (%) = A/(A + B) x 100

30     Experimental results

The results are shown in FIG. 1. This experiment revealed that the oligomers PMO Nos. 1 to 8 of the present invention caused exon 53 skipping with a markedly high efficiency as compared to the antisense oligomer PMO No. 11. In particular, the oligomers PMO Nos. 3 and 8 of the present invention exhibited more than four times

35     higher exon skipping efficiency than that of the antisense oligomer PMO No. 11.

48

NS00000526

[TEST EXAMPLE 2]

In vitro assay using human fibroblasts

Human myoD gene (SEQ ID NO: 44) was introduced into TIG-119 cells

5    (human normal tissue-derived fibroblasts, National Institute of Biomedical Innovation) or 5017 cells (human DMD patient-derived fibroblasts, Coriell Institute for Medical Research) using a ZsGreen1 coexpression retroviral vector.

After incubation for 4 to 5 days, ZsGreen-positive MyoD-transformed fibroblasts were collected by FACS and plated at 5x $10^4$/cm$^2$ into a 12-well plate. As

10    a growth medium, there was used 1 mL of Dulbecco's Modified Eagle Medium: Nutrient Mixture F-12 (DMEM.F-12) (Invitrogen Corp.) containing10% FCS and 1% Penicillin/Streptomycin (P/S) (Sigma-Aldrich, Inc.).

The medium was replaced 24 hours later by differentiation medium (DMEM/F-12 containing 2% equine serum (Invitrogen Corp.), 1% P/S and ITS

15    Liquid Media Supplement (Sigma, Inc.)). The medium was exchanged every 2 to 3 days and incubation was continued for 12 to 14 days to differentiate into myotubes.

Subsequently, the differentiation medium was replaced by a differentiation medium containing 6 μM Endo-Porter (Gene Tools), and the morpholino oligomer was added thereto in a final concentration of 10 μM. After incubation for 48 hours,

20    total RNA was extracted from the cells using a TRIzol (manufactured by Invitrogen Corp.). RT-PCR was performed with 50 ng of the extracted total RNA using a QIAGEN OneStep RT-PCR Kit. A reaction solution was prepared in accordance with the protocol attached to the kit. An iCycler (manufactured by Bio-Rad) was used as a thermal cycler. The RT-PCR program used is as follows.

25

50°C, 30 mins: reverse transcription

95°C, 15 mins: thermal denaturation

[94°C, 1 mins; 60°C, 1 mins; 72 °C, 1 mins] x 35 cycles: PCR amplification

72°C, 7 mins: final extension

30

The primers used were hEX51F and hEX55R.

hEX51F: 5'-CGGGCTTGGACAGAACTTAC-3' (SEQ ID NO: 45)

hEx55R: 5'-TCCTTACGGGTAGCATCCTG-3' (SEQ ID NO: 46)

35

49

NS00000527

The reaction product of RT-PCR above was separated by 2% agarose gel electrophoresis and gel images were captured with a GeneFlash (Syngene). The polynucleotide level "A" of the band with exon 53 skipping and the polynucleotide level "B" of the band without exon 53 skipping were measured using an Image J

5    (manufactured by National Institutes of Health). Based on these measurement values of "A" and "B," the skipping efficiency was determined by the following equation.

$$\text{Skipping efficiency (\%)} = A/(A + B) \times 100$$

10    Experimental results

The results are shown in FIGS. 2 and 3. This experiment revealed that in TIG-119 cells, the oligomers PMO Nos. 3, 8 and 9 of the present invention (FIG. 2) all caused exon 53 skipping with a higher efficiency than the antisense oligomer PMO No. 12 (FIG. 2). In particular, the oligomers PMO Nos. 3 and 8 of the present

15    invention exhibited more than twice higher exon skipping efficiency than that of the antisense oligomer PMO No. 12 (FIG. 2).

Furthermore, this experiment revealed that the oligomers PMO Nos. 3 and 8 to 10 of the present invention (FIG. 3) all caused exon 53 skipping with a higher efficiency than the antisense oligomer PMO No. 12 (FIG. 3). In particular, the

20    oligomers PMO Nos. 3 and 8 of the present invention exhibited more than seven times higher exon skipping efficiency than that of the antisense oligomer PMO No. 12 (FIG. 3).

[TEST EXAMPLE 3]

25    In vitro assay using human fibroblasts

The skin fibroblast cell line (fibroblasts from human DMD patient (exons 45-52 or exons 48-52)) was established by biopsy from the medial left upper arm of DMD patient with deletion of exons 45-52 or DMD patient with deletion of exons 48-52. Human myoD gene (SEQ ID NO: 44) was introduced into the fibroblast cells

30    using a ZsGreen1 coexpression retroviral vector.

After incubation for 4 to 5 days, ZsGreen-positive MyoD-transformed fibroblasts were collected by FACS and plated at $5 \times 10^4/\text{cm}^2$ into a 12-well plate. As a growth medium, there was used 1 mL of Dulbecco's Modified Eagle Medium: Nutrient Mixture F-12 (DMEM/F-12) (Invitrogen Corp.) containing10% FCS and

35    1% Penicillin/Streptomycin (P/S) (Sigma-Aldrich, Inc.).

NS00000528

The medium was replaced 24 hours later by a differentiation medium
(DMEM/F-12 containing 2% equine serum (Invitrogen Corp.), 1% P/S and ITS
Liquid Media Supplement (Sigma, Inc.)). The medium was exchanged every 2 to 3
days and incubation was continued for 12, 14 or 20 days to differentiate into
5    myotubes.

Subsequently, the differentiation medium was replaced by a differentiation
medium containing 6 μM Endo-Porter (Gene Tools), and a morpholino oligomer was
added thereto at a final concentration of 10 μM. After incubation for 48 hours, total
RNA was extracted from the cells using a TRIzol (manufactured by Invitrogen
10   Corp.). RT-PCR was performed with 50 ng of the extracted total RNA using a
QIAGEN OneStep RT-PCR Kit. A reaction solution was prepared in accordance with
the protocol attached to the kit. An iCycler (manufactured by Bio-Rad) was used as a
thermal cycler. The RT-PCR program used is as follows.

15   50°C, 30 mins: reverse transcription
95°C, 15 mins: thermal denaturation
[94°C, 1 mins; 60°C, 1 mins; 72 °C, 1 mins] x 35 cycles: PCR amplification
72°C, 7 mins: final extension

20   The primers used were hEx44F and h55R.
hEx44F: 5'- TGTTGAGAAATGGCGGCGT-3' (SEQ ID NO: 48)
hEx55R: 5'- TCCTTACGGGTAGCATCCTG-3' (SEQ ID NO: 46)

The reaction product of RT-PCR above was separated by 2% agarose gel
25   electrophoresis and gel images were captured with a GeneFlash (Syngene). The
polynucleotide level "A" of the band with exon 53 skipping and the polynucleotide
level "B" of the band without exon 53 skipping were measured using an Image J
(manufactured by National Institutes of Health). Based on these measurement values
of "A" and "B," the skipping efficiency was determined by the following equation.
30

Skipping efficiency (%) = A/(A + B) x 100

Experimental results
The results are shown in FIGS. 4 and 5. This experiment revealed that the
35   oligomers PMO Nos. 3 and 8 of the present invention    caused exon 53 skipping

51

with an efficiency as high as more than 80% in the cells from DMD patient with deletion of exons 45-52 (FIG. 4) or deletion of exons 48-52 (FIG. 5). Also, the oligomers PMO Nos. 3 and 8 of the present invention were found to cause exon 53 skipping with a higher efficiency than that of the antisense oligomer PMO No. 15

5    in the cells from DMD patient with deletion of exons 45-52 (FIG. 4).

[TEST EXAMPLE 4]

Western blotting

The oligomer PMO No. 8 of the present invention was added to the cells at a
10   concentration of 10 μM, and proteins were extracted from the cells after 72 hours using a RIPA buffer (manufactured by Thermo Fisher Scientific) containing Complete Mini (manufactured by Roche Applied Science) and quantified using a BCA protein assay kit (manufactured by Thermo Fisher Scientific). The proteins were electrophoresed in NuPAGE Novex Tris-Acetate Gel 3-8% (manufactured by
15   Invitrogen) at 150V for 75 minutes and transferred onto a PVDF membrane (manufactured by Millipore) using a semi-dry blotter. The PVDF membrane was blocked with a 5% ECL Blocking agent (manufactured by GE Healthcare) and the membrane was then incubated in a solution of anti-dystrophin antibody (manufactured by NCL-Dys1, Novocastra). After further incubation in a solution of
20   peroxidase-conjugated goat-antimouse IgG (Model No. 170-6516, Bio-Rad), the membrane was stained with ECL Plus Western blotting system (manufactured by GE Healthcare).

Immunostaining

25   The oligomer PMO No. 3 or 8 of the present invention was added to the cells. The cells after 72 hours were fixed in 3% paraformaldehyde for 10 minutes, followed by incubation in 10% Triton-X for 10 minutes. After blocking in 10% goat serum-containing PBS, the membrane was incubated in a solution of anti-dystrophin antibody (NCL-Dys1, Novocastra). The membrane was further incubated in a
30   solution of anti-mouse IgG antibody (manufactured by Invitrogen). The membrane was mounted with Pro Long Gold Antifade reagent (manufactured by Invitrogen) and observed with a fluorescence microscope.

Experimental results

35   The results are shown in FIGS. 6 and 7. In this experiment it was confirmed

52

NS00000530

by western blotting (FIG. 6) and immunostaining (FIG. 7) that the oligomers PMO Nos. 3 and 8 of the present invention induced expression of the dystrophin protein.

[TEST EXAMPLE 5]

5    In vitro assay using human fibroblasts

The experiment was performed as in TEST EXAMPLE 3.

Experimental results

The results are shown in FIG. 8. This experiment revealed that in the cells
10    from DMD patients with deletion of exons 45-52, the oligomers PMO Nos. 3 to 8 of the present invention caused exon 53 skipping with a higher efficiency than the oligomers PMO Nos. 13 and 14 of the present invention (FIG. 8).

[TEST EXAMPLE 6]

15    In vitro assay

Experiments were performed using the antisense oligomers of 2'-O-methoxy-phosphorothioates (2'-OMe-S-RNA) shown by SEQ ID NO: 49 to SEQ ID NO: 123. Various antisense oligomers used for the assay were purchased from Japan Bio Services. The sequences of various antisense oligomers are given
20    below.

TABLE 7

| Antisense oligomer | Nucleotide sequence | SEQ ID NO: |
|---|---|---|
| H53_39-69 | CAUUCAACUGUUGCCUCCGGUUCUGAAGGUG | 49 |
| H53_1-25 | UCCCACUGAUUCUGAAUUCUUUCAA | 50 |
| H53_6-30 | CUUCAUCCCACUGAUUCUGAAUUCU | 51 |
| H53_11-35 | UUGUACUUCAUCCCACUGAUUCUGA | 52 |
| H53_16-40 | UGUUCUUGUACUUCAUCCCACUGAU | 53 |
| H53_21-45 | GAAGGUGUUCUUGUACUUCAUCCCA | 54 |
| H53_26-50 | GUUCUGAAGGUGUUCUUGUACUUCA | 55 |
| H53_31-55 | CUCCGGUUCUGAAGGUGUUCUUGUA | 56 |
| H53_36-60 | GUUGCCUCCGGUUCUGAAGGUGUUC | 57 |
| H53_41-65 | CAACUGUUGCCUCCGGUUCUGAAGG | 58 |

53

NS00000531

| H53_46-70 | UCAUUCAACUGUUGCCUCCGGUUCU | 59 |
| H53_51-75 | ACAUUUCAUUCAACUGUUGCCUCCG | 60 |
| H53_56-80 | CUUUAACAUUUCAUUCAACUGUUGC | 61 |
| H53_61-85 | GAAUCCUUUAACAUUUCAUUCAACU | 62 |
| H53_66-90 | GUGUUGAAUCCUUUAACAUUUCAUU | 63 |
| H53_71-95 | CCAUUGUGUUGAAUCCUUUAACAUU | 64 |
| H53_76-100 | UCCAGCCAUUGUGUUGAAUCCUUUA | 65 |
| H53_81-105 | UAGCUUCCAGCCAUUGUGUUGAAUC | 66 |
| H53_86-110 | UUCCUUAGCUUCCAGCCAUUGUGUU | 67 |
| H53_91-115 | GCUUCUUCCUUAGCUUCCAGCCAUU | 68 |
| H53_96-120 | GCUCAGCUUCUUCCUUAGCUUCCAG | 69 |
| H53_101-125 | GACCUGCUCAGCUUCUUCCUUAGCU | 70 |
| H53_106-130 | CCUAAGACCUGCUCAGCUUCUUCCU | 71 |
| H53_111-135 | CCUGUCCUAAGACCUGCUCAGCUUC | 72 |
| H53_116-140 | UCUGGCCUGUCCUAAGACCUGCUCA | 73 |
| H53_121-145 | UUGGCUCUGGCCUGUCCUAAGACCU | 74 |
| H53_126-150 | CAAGCUUGGCUCUGGCCUGUCCUAA | 75 |
| H53_131-155 | UGACUCAAGCUUGGCUCUGGCCUGU | 76 |
| H53_136-160 | UUCCAUGACUCAAGCUUGGCUCUGG | 77 |
| H53_141-165 | CCUCCUUCCAUGACUCAAGCUUGGC | 78 |
| H53_146-170 | GGGACCCUCCUUCCAUGACUCAAGC | 79 |
| H53_151-175 | GUAUAGGGACCCUCCUUCCAUGACU | 80 |
| H53_156-180 | CUACUGUAUAGGGACCCUCCUUCCA | 81 |
| H53_161-185 | UGCAUCUACUGUAUAGGGACCCUCC | 82 |
| H53_166-190 | UGGAUUGCAUCUACUGUAUAGGGAC | 83 |
| H53_171-195 | UCUUUUGGAUUGCAUCUACUGUAUA | 84 |
| H53_176-200 | GAUUUUCUUUUGGAUUGCAUCUACU | 85 |
| H53_181-205 | UCUGUGAUUUUCUUUUGGAUUGCAU | 86 |
| H53_186-210 | UGGUUUCUGUGAUUUUCUUUUGGAU | 87 |
| H53_84-108 | CCUUAGCUUCCAGCCAUUGUGUUGA | 88 |
| H53_88-112 | UCUUCCUUAGCUUCCAGCCAUUGUG | 89 |
| H53_119-143 | GGCUCUGGCCUGUCCUAAGACCUGC | 90 |
| H53_124-148 | AGCUUGGCUCUGGCCUGUCCUAAGA | 91 |
| H53_128-152 | CUCAAGCUUGGCUCUGGCCUGUCCU | 92 |

NS00000532

| H53_144-168 | GACCCUCCUUCCAUGACUCAAGCUU | 93 |
| H53_149-173 | AUAGGGACCCUCCUUCCAUGACUCA | 94 |
| H53_153-177 | CUGUAUAGGGACCCUCCUUCCAUGA | 95 |
| H53_179-203 | UGUGAUUUUCUUUUGGAUUGCAUCU | 96 |
| H53_184-208 | GUUUCUGUGAUUUUCUUUUGGAUUG | 97 |
| H53_188-212 | CUUGGUUUCUGUGAUUUUCUUUUGG | 98 |
| H53_29-53 | CCGGUUCUGAAGGUGUUCUUGUACU | 99 |
| H53_30-54 | UCCGGUUCUGAAGGUGUUCUUGUAC | 100 |
| H53_32-56 | CCUCCGGUUCUGAAGGUGUUCUUGU | 101 |
| H53_33-57 | GCCUCCGGUUCUGAAGGUGUUCUUG | 102 |
| H53_34-58 | UGCCUCCGGUUCUGAAGGUGUUCUU | 103 |
| H53_35-59 | UUGCCUCCGGUUCUGAAGGUGUUCU | 104 |
| H53_37-61 | UGUUGCCUCCGGUUCUGAAGGUGUU | 105 |
| H53_38-62 | CUGUUGCCUCCGGUUCUGAAGGUGU | 106 |
| H53_39-63 | ACUGUUGCCUCCGGUUCUGAAGGUG | 107 |
| H53_40-64 | AACUGUUGCCUCCGGUUCUGAAGGU | 108 |
| H53_32-61 | UGUUGCCUCCGGUUCUGAAGGUGUUCUUGU | 109 |
| H53_32-51 | GGUUCUGAAGGUGUUCUUGU | 110 |
| H53_35-54 | UCCGGUUCUGAAGGUGUUCU | 111 |
| H53_37-56 | CCUCCGGUUCUGAAGGUGUU | 112 |
| H53_40-59 | UUGCCUCCGGUUCUGAAGGU | 113 |
| H53_42-61 | UGUUGCCUCCGGUUCUGAAG | 114 |
| H53_32-49 | UUCUGAAGGUGUUCUUGU | 115 |
| H53_35-52 | CGGUUCUGAAGGUGUUCU | 116 |
| H53_38-55 | CUCCGGUUCUGAAGGUGU | 117 |
| H53_41-58 | UGCCUCCGGUUCUGAAGG | 118 |
| H53_44-61 | UGUUGCCUCCGGUUCUGA | 119 |
| H53_35-49 | UUCUGAAGGUGUUCU | 120 |
| H53_40-54 | UCCGGUUCUGAAGGU | 121 |
| H53_45-59 | UUGCCUCCGGUUCUG | 122 |
| H53_45-62 | CUGUUGCCUCCGGUUCUG | 123 |

RD cells (human rhabdomyosarcoma cell line) were plated at 3x $10^5$ in a
6-well plate and cultured in 2 mL of Eagle's minimal essential medium (EMEM)

55

NS00000533

(manufactured by Sigma, Inc., hereinafter the same) containing 10% fetal calf serum
(FCS) (manufactured by Invitrogen Corp.) under conditions of 37°C and 5% $CO_2$
overnight. Complexes of various antisense oligomers (Japan Bio Services) (1 μM)
for exon 53 skipping and Lipofectamine 2000 (manufactured by Invitrogen Corp.)
5    were prepared and 200 μl was added to RD cells where 1.8 mL of the medium was
exchanged, to reach the final concentration of 100 nM.

     After completion of the addition, the cells were cultured overnight. The cells
were washed twice with PBS (manufactured by Nissui, hereafter the same) and then
500 μl of ISOGEN (manufactured by Nippon Gene) were added to the cells. After
10   the cells were allowed to stand at room temperature for a few minutes for cell lysis,
the lysate was collected in an Eppendorf tube. The total RNA was extracted
according to the protocol attached to ISOGEN. The concentration of the total RNA
extracted was determined using a NanoDrop ND-1000 (manufactured by LMS).

     One-Step RT-PCR was performed with 400 ng of the extracted total RNA
15   using a Titan One Tube RT-PCR Kit (manufactured by Roche). A reaction solution
was prepared in accordance with the protocol attached to the kit. A PTC-100
(manufactured by MJ Research) was used as a thermal cycler. The RT-PCR program
used is as follows.

20        50°C, 30 mins: reverse transcription
     94°C, 2 mins: thermal denaturation
     [94°C, 10 seconds; 58°C, 30 seconds; 68 °C, 45 seconds] x 30 cycles: PCR
amplification
     68°C, 7 mins: final extension
25

     The nucleotide sequences of the forward primer and reverse primer used for
RT-PCR are given below.

     Forward primer: 5'-CATCAAGCAGAAGGCAACAA-3' (SEQ ID NO: 42)
30        Reverse primer: 5'-GAAGTTTCAGGGCCAAGTCA-3' (SEQ ID NO: 43)

     Subsequently, a nested PCR was performed with the amplified product of
RT-PCR above using a Taq DNA Polymerase (manufactured by Roche). The PCR
program used is as follows.

35

56

NS00000534

94°C, 2 mins: thermal denaturation

[94°C, 15 seconds; 58°C, 30 seconds; 68 °C, 45 seconds] x 30 cycles: PCR amplification

68°C, 7 mins: final extension

5

The nucleotide sequences of the forward primer and reverse primer used for the nested PCR above are given below.

Forward primer: 5'-AGGATTTGGAACAGAGGCGTC-3' (SEQ ID NO: 40)

10     Reverse primer: 5'-GTCTGCCACTGGCGGAGGTC-3' (SEQ ID NO: 41)

The reaction product, 1 μl, of the nested PCR above was analyzed using a Bioanalyzer (manufactured by Agilent Technologies, Inc.).

The polynucleotide level "A" of the band with exon 53 skipping and the

15     polynucleotide level "B" of the band without exon 53 skipping were measured. Based on these measurement values of "A" and "B," the skipping efficiency was determined by the following equation:

Skipping efficiency (%) = A/( A + B ) x 100

20

Experimental results

The results are shown in FIGS. 9 to 17. These experiments revealed that, when the antisense oligomers were designed at exons 31-61 from the 5' end of exon 53 in the human dystrophin gene, exon 53 skipping could be caused with a high

25     efficiency.

[TEST EXAMPLE 7]

Using an Amaxa Cell Line Nucleofector Kit L on Nucleofector II (Lonza), 0.3 to 30 μM of the antisense oligomers were transfected with $3.5 \times 10^5$ of RD cells

30     (human rhabdomyosarcoma cell line). The Program T-030 was used.

After the transfection, the cells were cultured overnight in 2 mL of Eagle's minimal essential medium (EMEM) (manufactured by Sigma, Inc., hereinafter the same) containing 10% fetal calf serum (FCS) (manufactured by Invitrogen Corp.) under conditions of 37°C and 5% $CO_2$. The cells were washed twice with PBS

35     (manufactured by Nissui, hereinafter the same) and 500 μl of ISOGEN

57

NS00000535

(manufactured by Nippon Gene) was then added to the cells. After the cells were allowed to stand at room temperature for a few minutes to lyse the cells, the lysate was collected in an Eppendorf tube. The total RNA was extracted according to the protocol attached to ISOGEN. The concentration of the total RNA extracted was

5    determined using a NanoDrop ND-1000 (manufactured by LMS).

One-Step RT-PCR was performed with 400 ng of the extracted total RNA using a QIAGEN OneStep RT-PCR Kit (manufactured by Qiagen, Inc.). A reaction solution was prepared in accordance with the protocol attached to the kit. The thermal cycler used was a PTC-100 (manufactured by MJ Research). The RT-PCR

10   program used is as follows..

50°C, 30 mins: reverse transcription
95°C, 15 mins: thermal denaturation
[94°C, 30 seconds; 60°C, 30 seconds; 72 °C, 1 mins] x 35 cycles: PCR

15   amplification
72°C, 10 mins: final extension

The nucleotide sequences of the forward primer and reverse primer used for RT-PCR are given below.

20

Forward primer: 5'-CATCAAGCAGAAGGCAACAA-3' (SEQ ID NO: 42)
Reverse primer: 5'-GAAGTTTCAGGGCCAAGTCA-3' (SEQ ID NO: 43)

The reaction product, 1 µl, of the PCR above was analyzed using a

25   Bioanalyzer (manufactured by Agilent Technologies, Inc.).

The polynucleotide level "A" of the band with exon 53 skipping and the polynucleotide level "B" of the band without exon 53 skipping were measured. Based on these measurement values of "A" and "B," the skipping efficiency was determined by the following equation:

30

Skipping efficiency (%) = A/(A + B) x 100

Experimental results

The results are shown in FIGS. 18 and 19. These experiments revealed that

35   the oligomer PMO No. 8 of the present invention caused exon 53 skipping with a

58

NS00000536

markedly high efficiency as compared to the antisense oligomers PMO Nos. 15 and
16 (FIG. 18). It was also revealed that the oligomers PMO Nos. 3 and 8 of the present
invention caused exon 53 skipping with a markedly high efficiency as compared to
the oligomers PMO Nos. 13 and 14 of the present invention (FIG. 19). These results
showed that the sequences with -OH group at the 5' end provide a higher skipping
efficiency even in the same sequences.

**INDUSTRIAL APPLICABILITY**

Experimental results in TEST EXAMPLES demonstrate that the oligomers
of the present invention (PMO Nos. 1 to 10) all caused exon 53 skipping with a
markedly high efficiency under all cell environments, as compared to the oligomers
(PMO Nos. 11, 12, 15 and 16) in accordance with the prior art. The 5017 cells used
in TEST EXAMPLE 2 are the cells isolated from DMD patients, and the fibroblasts
used in TEST EXAMPLES 3 and 5 are exon 53 skipping target cells from DMD
patients. Particularly in TEST EXAMPLES 3 and 5, the oligomers of the present
invention show the exon 53 skipping efficiency of 90% or higher in the cells from
DMD patients that are the target for exon 53 skipping. Consequently, the oligomers
of the present invention can induce exon 53 skipping with a high efficiency, when
DMD patients are administered.

Therefore, the oligomers of the present invention are extremely useful for
the treatment of DMD.

Sequence listing free text

SEQ ID NO: 2: synthetic nucleic acid
SEQ ID NO: 3: synthetic nucleic acid
SEQ ID NO: 4: synthetic nucleic acid
SEQ ID NO: 5: synthetic nucleic acid
SEQ ID NO: 6: synthetic nucleic acid
SEQ ID NO: 7: synthetic nucleic acid
SEQ ID NO: 8: synthetic nucleic acid
SEQ ID NO: 9: synthetic nucleic acid
SEQ ID NO: 10: synthetic nucleic acid
SEQ ID NO: 11: synthetic nucleic acid
SEQ ID NO: 12: synthetic nucleic acid
SEQ ID NO: 13: synthetic nucleic acid

59

NS00000537

SEQ ID NO: 14: synthetic nucleic acid

SEQ ID NO: 15: synthetic nucleic acid

SEQ ID NO: 16: synthetic nucleic acid

SEQ ID NO: 17: synthetic nucleic acid

5          SEQ ID NO: 18: synthetic nucleic acid

SEQ ID NO: 19: synthetic nucleic acid

SEQ ID NO: 20: synthetic nucleic acid

SEQ ID NO: 21: synthetic nucleic acid

SEQ ID NO: 22: synthetic nucleic acid

10         SEQ ID NO: 23: synthetic nucleic acid

SEQ ID NO: 24: synthetic nucleic acid

SEQ ID NO: 25: synthetic nucleic acid

SEQ ID NO: 26: synthetic nucleic acid

SEQ ID NO: 27: synthetic nucleic acid

15         SEQ ID NO: 28: synthetic nucleic acid

SEQ ID NO: 29: synthetic nucleic acid

SEQ ID NO: 30: synthetic nucleic acid

SEQ ID NO: 31: synthetic nucleic acid

SEQ ID NO: 32: synthetic nucleic acid

20         SEQ ID NO: 33: synthetic nucleic acid

SEQ ID NO: 34: synthetic nucleic acid

SEQ ID NO: 35: synthetic nucleic acid

SEQ ID NO: 36: synthetic nucleic acid

SEQ ID NO: 37: synthetic nucleic acid

25         SEQ ID NO: 38: synthetic nucleic acid

SEQ ID NO: 39: synthetic nucleic acid

SEQ ID NO: 40: synthetic nucleic acid

SEQ ID NO: 41: synthetic nucleic acid

SEQ ID NO: 42: synthetic nucleic acid

30         SEQ ID NO: 43: synthetic nucleic acid

SEQ ID NO: 45: synthetic nucleic acid

SEQ ID NO: 46: synthetic nucleic acid

SEQ ID NO: 47: synthetic nucleic acid

SEQ ID NO: 48: synthetic nucleic acid

35         SEQ ID NO: 49: synthetic nucleic acid

NS00000538

SEQ ID NO: 50: synthetic nucleic acid

SEQ ID NO: 51: synthetic nucleic acid

SEQ ID NO: 52: synthetic nucleic acid

SEQ ID NO: 53: synthetic nucleic acid

5    SEQ ID NO: 54: synthetic nucleic acid

SEQ ID NO: 55: synthetic nucleic acid

SEQ ID NO: 56: synthetic nucleic acid

SEQ ID NO: 57: synthetic nucleic acid

SEQ ID NO: 58: synthetic nucleic acid

10    SEQ ID NO: 59: synthetic nucleic acid

SEQ ID NO: 60: synthetic nucleic acid

SEQ ID NO: 61: synthetic nucleic acid

SEQ ID NO: 62: synthetic nucleic acid

SEQ ID NO: 63: synthetic nucleic acid

15    SEQ ID NO: 64: synthetic nucleic acid

SEQ ID NO: 65: synthetic nucleic acid

SEQ ID NO: 66: synthetic nucleic acid

SEQ ID NO: 67: synthetic nucleic acid

SEQ ID NO: 68: synthetic nucleic acid

20    SEQ ID NO: 69: synthetic nucleic acid

SEQ ID NO: 70: synthetic nucleic acid

SEQ ID NO: 71: synthetic nucleic acid

SEQ ID NO: 72: synthetic nucleic acid

SEQ ID NO: 73: synthetic nucleic acid

25    SEQ ID NO: 74: synthetic nucleic acid

SEQ ID NO: 75: synthetic nucleic acid

SEQ ID NO: 76: synthetic nucleic acid

SEQ ID NO: 77: synthetic nucleic acid

SEQ ID NO: 78: synthetic nucleic acid

30    SEQ ID NO: 79: synthetic nucleic acid

SEQ ID NO: 80: synthetic nucleic acid

SEQ ID NO: 81: synthetic nucleic acid

SEQ ID NO: 82: synthetic nucleic acid

SEQ ID NO: 83: synthetic nucleic acid

35    SEQ ID NO: 84: synthetic nucleic acid

NS00000539

SEQ ID NO: 85: synthetic nucleic acid

SEQ ID NO: 86: synthetic nucleic acid

SEQ ID NO: 87: synthetic nucleic acid

SEQ ID NO: 88: synthetic nucleic acid

5 SEQ ID NO: 89: synthetic nucleic acid

SEQ ID NO: 90: synthetic nucleic acid

SEQ ID NO: 91: synthetic nucleic acid

SEQ ID NO: 92: synthetic nucleic acid

SEQ ID NO: 93: synthetic nucleic acid

10 SEQ ID NO: 94: synthetic nucleic acid

SEQ ID NO: 95: synthetic nucleic acid

SEQ ID NO: 96: synthetic nucleic acid

SEQ ID NO: 97: synthetic nucleic acid

SEQ ID NO: 98: synthetic nucleic acid

15 SEQ ID NO: 99: synthetic nucleic acid

SEQ ID NO: 100: synthetic nucleic acid

SEQ ID NO: 101: synthetic nucleic acid

SEQ ID NO: 102: synthetic nucleic acid

SEQ ID NO: 103: synthetic nucleic acid

20 SEQ ID NO: 104: synthetic nucleic acid

SEQ ID NO: 105: synthetic nucleic acid

SEQ ID NO: 106: synthetic nucleic acid

SEQ ID NO: 107: synthetic nucleic acid

SEQ ID NO: 108: synthetic nucleic acid

25 SEQ ID NO: 109: synthetic nucleic acid

SEQ ID NO: 110: synthetic nucleic acid

SEQ ID NO: 111: synthetic nucleic acid

SEQ ID NO: 112: synthetic nucleic acid

SEQ ID NO: 113: synthetic nucleic acid

30 SEQ ID NO: 114: synthetic nucleic acid

SEQ ID NO: 115: synthetic nucleic acid

SEQ ID NO: 116: synthetic nucleic acid

SEQ ID NO: 117: synthetic nucleic acid

SEQ ID NO: 118: synthetic nucleic acid

35 SEQ ID NO: 119: synthetic nucleic acid

NS00000540

SEQ ID NO: 120: synthetic nucleic acid

SEQ ID NO: 121: synthetic nucleic acid

SEQ ID NO: 122: synthetic nucleic acid

SEQ ID NO: 123: synthetic nucleic acid

5

Sequence listing:

63

## CLAIMS

1. An antisense oligomer which causes skipping of the 53rd exon in the human dystrophin gene, consisting of a nucleotide sequence complementary to any one of the sequences consisting of the 31st to the 53rd, the 31st to the 54th, the 31st to the 55th, the 31st to the 56th, the 31st to the 57th, the 31st to the 58th, the 32nd to the 53rd, the 32nd to the 54th, the 32nd to the 55th, the 32nd to the 56th, the 32nd to the 57th, the 32nd to the 58th, the 33rd to the 53rd, the 33rd to the 54th, the 33rd to the 55th, the 33rd to the 56th, the 33rd to the 57th, the 33rd to the 58th, the 34th to the 53rd, the 34th to the 54th, the 34th to the 55th, the 34th to the 56th, the 34th to the 57th, the 34th to the 58th, the 35th to the 53rd, the 35th to the 54th, the 35th to the 55th, the 35th to the 56th, the 35th to the 57th, the 35th to the 58th, the 36th to the 53rd, the 36th to the 54th, the 36th to the 55th, the 36th to the 56th, the 36th to the 57th, or the 36th to the 58th nucleotides, from the 5' end of the 53rd exon in the human dystrophin gene.

2. The antisense oligomer according to claim 1, which is an oligonucleotide.

3. The antisense oligomer according to claim 2, wherein the sugar moiety and/or the phosphate-binding region of at least one nucleotide constituting the oligonucleotide is modified.

4. The antisense oligomer according to claim 3, wherein the sugar moiety of at least one nucleotide constituting the oligonucleotide is a ribose in which the 2'-OH group is replaced by any one selected from the group consisting of OR, R, R'OR, SH, SR, $NH_2$, NHR, $NR_2$, $N_3$, CN, F, Cl, Br and I (wherein R is an alkyl or an aryl and R' is an alkylene).

5. The antisense oligomer according to claim 3 or 4, wherein the phosphate-binding region of at least one nucleotide constituting the oligonucleotide is any one selected from the group consisting of a phosphorothioate bond, a phosphorodithioate bond, an alkylphosphonate bond, a phosphoramidate bond and a boranophosphate bond.

6. The antisense oligomer according to claim 1, which is a morpholino oligomer.

7. The antisense oligomer according to claim 6, which is a phosphorodiamidate morpholino oligomer.

8. The antisense oligomer according to claim 6 or 7, wherein the 5' end is any one of the groups of chemical formulae (1) to (3) below:

64

NS00000542

（１）          （２）          （３）

9. The antisense oligomer according to any one of claims 1 to 8, consisting of a nucleotide sequence complementary to the sequences consisting of the 32nd to the 56th or the 36th to the 56th nucleotides from the 5' end of the 53rd exon in the human dystrophin gene.

10. The antisense oligomer according to any one of claims 1 to 8, consisting of the nucleotide sequence shown by any one selected from the group consisting of SEQ ID NOS: 2 to 37.

11. The antisense oligomer according to any one of claims 1 to 8, consisting of the nucleotide sequence shown by any one selected from the group consisting of SEQ ID NOS: 11, 17, 23, 29 and 35.

12. The antisense oligomer according to any one of claims 1 to 8, consisting of the nucleotide sequence shown by SEQ ID NO: 11 or 35.

13. A pharmaceutical composition for the treatment of muscular dystrophy, comprising as an active ingredient the antisense oligomer according to any one of claims 1 to 12, or a pharmaceutically acceptable salt or hydrate thereof.

NS00000543

## ABSTRACT

The present invention provides a pharmaceutical composition which causes skipping of the 53rd exon in the human dystrophin gene with a high efficiency.

The present invention provides an oligomer which efficiently enables to cause skipping of the 53rd exon in the human dystrophin gene.

NS00000544



Figure 1

NS00000545

2/19

Figure 2



3/19

Figure 3



NS00000547

4/19



Figure 4

NS00000548

5/19

Figure 5



NS00000549

6/19

Figure 6



Figure 7

Patient with Exon 48-52 Deletion    Patient with Exon 45-52 Deletion
(No PMO)    (PMO No. 8)



Patient with Exon 48-52 Deletion    Patient with Exon 48-52 Deletion
(PMO No. 8)    (PMO No. 3)

7/19

NS00000551

8/19

Figure 8



NS00000552



Figure 9

9/19

NS00000553



NS00000554



Figure 11

NS00000555

12/19



Figure 12



Figure 13

NS00000557



**Skipping Efficiency (%)**

Figure 14

14/19

NS00000558



Figure 15

NS00000559



Figure 16

NS00000560



Figure 17

NS00000561

18/19



Figure 18

NS00000562

19/19



Figure 19

NS00000563

PTO/AIA/01 (06-12)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## DECLARATION (37 CFR 1.63) FOR UTILITY OR DESIGN APPLICATION USING AN APPLICATION DATA SHEET (37 CFR 1.76)

| Title of Invention | ANTISENSE NUCLEIC ACIDS |
|---|---|

As the below named inventor, I hereby declare that:

This declaration is directed to:

[x] The attached application, or

[ ] United States application or PCT international application number _____

　　filed on _____ .

The above-identified application was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

### WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

LEGAL NAME OF INVENTOR

Inventor: _____Naoki WATANABE_____　　　Date (Optional): _Nov. 26, 2014_

Signature: ___Naoki Watanabe___

Note: An application data sheet (PTO/SB/14 or equivalent), including naming the entire inventive entity, must accompany this form or must have been previously filed. Use an additional PTO/AIA/01 form for each additional inventor.

PTO/AIA/01 (06-12)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## DECLARATION (37 CFR 1.63) FOR UTILITY OR DESIGN APPLICATION USING AN APPLICATION DATA SHEET (37 CFR 1.76)

| Title of Invention | ANTISENSE NUCLEIC ACIDS |
|---|---|

As the below named inventor, I hereby declare that:

This declaration is directed to:

[x] The attached application, or

[ ] United States application or PCT international application number _____

filed on _____

The above-identified application was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

### WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

| LEGAL NAME OF INVENTOR | |
|---|---|
| Inventor: Youhei SATOU | Date (Optional): Nov. 21, 2014 |
| Signature: Youhei Satou | |

Note: An application data sheet (PTO/SB/14 or equivalent), including naming the entire inventive entity, must accompany this form or must have been previously filed. Use an additional PTO/AIA/01 form for each additional inventor.

NS00000565

PTO/AIA/01 (06-12)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## DECLARATION (37 CFR 1.63) FOR UTILITY OR DESIGN APPLICATION USING AN APPLICATION DATA SHEET (37 CFR 1.76)

| Title of Invention | ANTISENSE NUCLEIC ACIDS |
|---|---|

As the below named inventor, I hereby declare that:

This declaration is directed to:

[x] The attached application, or

[ ] United States application or PCT international application number _____
filed on _____

The above-identified application was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

### WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

| LEGAL NAME OF INVENTOR | |
|---|---|
| Inventor: Shin'ichi TAKEDA | Date (Optional): 21 Nov, 2014 |
| Signature: _Shin'ichi Takeda_ | |

Note: An application data sheet (PTO/SB/14 or equivalent), including naming the entire inventive entity, must accompany this form or must have been previously filed. Use an additional PTO/AIA/01 form for each additional inventor.

ACTIVE/ 77797203.1

NS00000566

PTO/AIA/01 (06-12)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## DECLARATION (37 CFR 1.63) FOR UTILITY OR DESIGN APPLICATION USING AN APPLICATION DATA SHEET (37 CFR 1.76)

| Title of Invention | ANTISENSE NUCLEIC ACIDS |
|---|---|

As the below named inventor, I hereby declare that:

This declaration is directed to:
- [x] The attached application, or
- [ ] United States application or PCT international application number _____ filed on _____

The above-identified application was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

### WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

LEGAL NAME OF INVENTOR

Inventor: _____ Tetsuya NAGATA _____    Date (Optional): 25 Nov, 2014

Signature: _____ Tetsuya Nagata _____

Note: An application data sheet (PTO/SB/14 or equivalent), including naming the entire inventive entity, must accompany this form or must have been previously filed. Use an additional PTO/AIA/01 form for each additional inventor.

NS00000567

PTO/AIA/14 (12-13)
Approved for use through 04/30/2017.  OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 209658-0001-01-US-518587 |
|---|---|---|
| | Application Number | |

| Title of Invention | ANTISENSE NUCLEIC ACIDS |
|---|---|

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76.
This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2  (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

## Inventor Information:

| Inventor 1 | | | | Remove |
|---|---|---|---|---|
| **Legal Name** | | | | |

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Naoki | | WATANABE | |

**Residence Information (Select One)** ○ US Residency  ◉ Non US Residency  ○ Active US Military Service

| City | Tsukuba-shi, Ibaraki | Country of Residence [i] | JP |
|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | Room 402, Ruvio II, 21-3, Sakura 1-chome | |
|---|---|---|
| Address 2 | | |
| City | Tsukuba-shi, Ibaraki | State/Province | |
| Postal Code | 305-0003 | Country [i] | JP |

| Inventor 2 | | | | Remove |
|---|---|---|---|---|
| **Legal Name** | | | | |

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Youhei | | SATOU | |

**Residence Information (Select One)** ○ US Residency  ◉ Non US Residency  ○ Active US Military Service

| City | Tsukuba-shi, Ibaraki | Country of Residence [i] | JP |
|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | Room 402, Ruvio II, 21-3, Sakura 1-chome | |
|---|---|---|
| Address 2 | | |
| City | Tsukuba-shi, Ibaraki | State/Province | |
| Postal Code | 305-0003 | Country [i] | JP |

| Inventor 3 | | | | Remove |
|---|---|---|---|---|
| **Legal Name** | | | | |

NS00000568

PTO/AIA/14 (12-13)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 209658-0001-01-US-518587 |
|---|---|---|
| | Application Number | |

| Title of Invention | ANTISENSE NUCLEIC ACIDS |
|---|---|

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Shin'ichi | | TAKEDA | |

**Residence Information (Select One)**  ○ US Residency  ⊙ Non US Residency  ○ Active US Military Service

| City | Kodaira-shi, Tokyo | Country of Residence[i] | | JP |
|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | c/o National Center of Neurology and Psychiatry |
|---|---|
| Address 2 | 1-1, Ogawahigashicho 4-chome |

| City | Kodaira-shi, Tokyo | State/Province | |
|---|---|---|---|
| Postal Code | 187-8551 | Country i | JP |

**Inventor    4**                                          [ Remove ]

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Tetsuya | | NAGATA | |

**Residence Information (Select One)**  ○ US Residency  ⊙ Non US Residency  ○ Active US Military Service

| City | Kodaira-shi, Tokyo | Country of Residence[i] | | JP |
|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | c/o National Center of Neurology and Psychiatry |
|---|---|
| Address 2 | 1-1, Ogawahigashicho 4-chome |

| City | Kodaira-shi, Tokyo | State/Province | |
|---|---|---|---|
| Postal Code | 187-8551 | Country i | JP |

All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the **Add** button.                          [ Add ]

## Correspondence Information:

**Enter either Customer Number or complete the Correspondence Information section below.**
**For further information see 37 CFR 1.33(a).**

☐ **An Address is being provided for the correspondence Information of this application.**

| Customer Number | 055694 | | |
|---|---|---|---|
| Email Address | DBRIPDocket@dbr.com | [ Add Email ] | [ Remove Email ] |

NS00000569

PTO/AIA/14 (12-13)
Approved for use through 04/30/2017.  OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 209658-0001-01-US-518587 |
|---|---|---|
| | Application Number | |

| Title of Invention | ANTISENSE NUCLEIC ACIDS |
|---|---|

## Application Information:

| Title of the Invention | ANTISENSE NUCLEIC ACIDS | | |
|---|---|---|---|
| Attorney Docket Number | 209658-0001-01-US-518587 | **Small Entity Status Claimed** | ☐ |
| Application Type | Nonprovisional | | |
| Subject Matter | Utility | | |
| **Total Number of Drawing Sheets (if any)** | 19 | **Suggested Figure for Publication (if any)** | |

### Filing By Reference :

Only complete this section when filing an application by reference under 35 U.S.C. 111(c) and 37 CFR 1.57(a).  Do not complete this section if application papers including a specification and any drawings are being filed.  Any domestic benefit or foreign priority information must be provided in the appropriate section(s) below (i.e., "Domestic Benefit/National Stage Information" and "Foreign Priority Information").

For the purposes of a filing date under 37 CFR 1.53(b), the description and any drawings of the present application are replaced by this reference to the previously filed application, subject to conditions and requirements of 37 CFR 1.57(a).

| Application number of the previously filed application | Filing date (YYYY-MM-DD) | Intellectual Property Authority or Country i |
|---|---|---|
| | | |

## Publication Information:

| | |
|---|---|
| ☐ | Request Early Publication (Fee required at time of Request 37 CFR 1.219) |
| ☐ | **Request Not to Publish.**  I hereby request that the attached application not be published under 35 U.S.C. 122(b) and certify  that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a  multilateral international agreement, that requires publication at eighteen months after filing. |

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32). Either enter Customer Number or complete the Representative Name section below. If both sections are completed the customer Number will be used for the Representative Information during processing.

| Please Select One: | ● Customer Number | ○ US Patent Practitioner | ○ Limited Recognition (37 CFR 11.9) |
|---|---|---|---|
| Customer Number | 055694 | | |

NS00000570

PTO/AIA/14 (12-13)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 209658-0001-01-US-518587 |
|---|---|---|
| | Application Number | |

| Title of Invention | ANTISENSE NUCLEIC ACIDS |
|---|---|

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, or 365(c) or indicate National Stage entry from a PCT application. Providing this information in the application data sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78.
When referring to the current application, please leave the application number blank.

| Prior Application Status | Pending | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) |
| | Continuation of | 13891520 | 2013-04-10 |
| Prior Application Status | Expired | | Remove |
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) |
| 13891520 | a 371 of international | PCT/JP2011/070318 | 2011-08-31 |

| Additional Domestic Benefit/National Stage Data may be generated within this form by selecting the **Add** button. | Add |
|---|---|

## Foreign Priority Information:

This section allows for the applicant to claim priority to a foreign application. Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55(d). When priority is claimed to a foreign application that is eligible for retrieval under the priority document exchange program (PDX) [i] the information will be used by the Office to automatically attempt retrieval pursuant to 37 CFR 1.55(h)(1) and (2). Under the PDX program, applicant bears the ultimate responsibility for ensuring that a copy of the foreign application is received by the Office from the participating foreign intellectual property office, or a certified copy of the foreign priority application is filed, within the time period specified in 37 CFR 1.55(g)(1).

| | | | Remove |
|---|---|---|---|
| Application Number | Country [i] | Filing Date (YYYY-MM-DD) | Access Code [i] (if applicable) |
| 2010-196032 | JP | 2010-09-01 | |

| Additional Foreign Priority Data may be generated within this form by selecting the **Add** button. | Add |
|---|---|

EFS Web 2.2.11

PTO/AIA/14 (12-13)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 209658-0001-01-US-518587 |
|---|---|---|
| | Application Number | |

| Title of Invention | ANTISENSE NUCLEIC ACIDS |
|---|---|

## Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications

☐ This application (1) claims priority to or the benefit of an application filed before March 16, 2013 and (2) also contains, or contained at any time, a claim to a claimed invention that has an effective filing date on or after March 16, 2013.
NOTE: By providing this statement under 37 CFR 1.55 or 1.78, this application, with a filing date on or after March 16, 2013, will be examined under the first inventor to file provisions of the AIA.

## Authorization to Permit Access:

☒ Authorization to Permit Access to the Instant Application by the Participating Offices

If checked, the undersigned hereby grants the USPTO authority to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the World Intellectual Property Office (WIPO), and any other intellectual property offices in which a foreign application claiming priority to the instant patent application is filed access to the instant patent application. See 37 CFR 1.14(c) and (h). This box should not be checked if the applicant does not wish the EPO, JPO, KIPO, WIPO, or other intellectual property office in which a foreign application claiming priority to the instant patent application is filed to have access to the instant patent application.

In accordance with 37 CFR 1.14(h)(3), access will be provided to a copy of the instant patent application with respect to: 1) the instant patent application-as-filed; 2) any foreign application to which the instant patent application claims priority under 35 U.S.C. 119(a)-(d) if a copy of the foreign application that satisfies the certified copy requirement of 37 CFR 1.55 has been filed in the instant patent application; and 3) any U.S. application-as-filed from which benefit is sought in the instant patent application.

In accordance with 37 CFR 1.14(c), access may be provided to information concerning the date o f filing this Authorization.

## Applicant Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

NS00000572

PTO/AIA/14 (12-13)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 209658-0001-01-US-518587 |
|---|---|---|
| | Application Number | |

| Title of Invention | ANTISENSE NUCLEIC ACIDS |
|---|---|

### Applicant 1 [Remove]

If the applicant is the inventor (or the remaining joint inventor or inventors under 37 CFR 1.45), this section should not be completed. The information to be provided in this section is the name and address of the legal representative who is the applicant under 37 CFR 1.43; or the name and address of the assignee, person to whom the inventor is under an obligation to assign the invention, or person who otherwise shows sufficient proprietary interest in the matter who is the applicant under 37 CFR 1.46. If the applicant is an applicant under 37 CFR 1.46 (assignee, person to whom the inventor is obligated to assign, or person who otherwise shows sufficient proprietary interest) together with one or more joint inventors, then the joint inventor or inventors who are also the applicant should be identified in this section. [Clear]

(●) Assignee          ( ) Legal Representative under 35 U.S.C. 117          ( ) Joint Inventor

( ) Person to whom the inventor is obligated to assign.          ( ) Person who shows sufficient proprietary interest

If applicant is the legal representative, indicate the authority to file the patent application, the inventor is:

Name of the Deceased or Legally Incapacitated Inventor :

If the Applicant is an Organization check here. [X]

| Organization Name | NIPPON SHINYAKU CO., LTD. |
|---|---|

**Mailing Address Information For Applicant:**

| Address 1 | 14, Kisshoin Nishinosho Monguchicho, Minami-ku | | |
|---|---|---|---|
| Address 2 | | | |
| City | Kyoto-shi, Kyoto | State/Province | |
| Country | JP | Postal Code | 601-8550 |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Applicant Data may be generated within this form by selecting the Add button. [Add]

### Applicant 2 [Remove]

If the applicant is the inventor (or the remaining joint inventor or inventors under 37 CFR 1.45), this section should not be completed. The information to be provided in this section is the name and address of the legal representative who is the applicant under 37 CFR 1.43; or the name and address of the assignee, person to whom the inventor is under an obligation to assign the invention, or person who otherwise shows sufficient proprietary interest in the matter who is the applicant under 37 CFR 1.46. If the applicant is an applicant under 37 CFR 1.46 (assignee, person to whom the inventor is obligated to assign, or person who otherwise shows sufficient proprietary interest) together with one or more joint inventors, then the joint inventor or inventors who are also the applicant should be identified in this section. [Clear]

(●) Assignee          ( ) Legal Representative under 35 U.S.C. 117          ( ) Joint Inventor

( ) Person to whom the inventor is obligated to assign.          ( ) Person who shows sufficient proprietary interest

If applicant is the legal representative, indicate the authority to file the patent application, the inventor is:

Name of the Deceased or Legally Incapacitated Inventor :

EFS Web 2.2.11

NS00000573

PTO/AIA/14 (12-13)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 209658-0001-01-US-518587 |
|---|---|---|
| | Application Number | |

| Title of Invention | ANTISENSE NUCLEIC ACIDS |
|---|---|

| If the Applicant is an Organization check here. | ☒ |
|---|---|

| Organization Name | NATIONAL CENTER OF NEUROLOGY AND PSYCHIATRY |
|---|---|

**Mailing Address Information For Applicant:**

| Address 1 | 1-1, Ogawahigashicho 4-chome | | |
|---|---|---|---|
| Address 2 | | | |
| City | Kodaira-shi, Tokyo | State/Province | |
| Country ⁱ | JP | Postal Code | 187-8551 |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Applicant Data may be generated within this form by selecting the Add button.    | Add |

## Assignee Information including Non-Applicant Assignee Information:

Providing assignment information in this section does not subsitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

| **Assignee    1** |
|---|

Complete this section if assignee information, including non-applicant assignee information, is desired to be included on the patent application publication . An assignee-applicant identified in the "Applicant Information" section will appear on the patent application publication as an applicant. For an assignee-applicant, complete this section only if identification as an assignee is also desired on the patent application publication.

| | Remove |
|---|---|

| If the Assignee or Non-Applicant Assignee is an Organization check here. | ☒ |
|---|---|

| Organization Name | NIPPON SHINYAKU CO., LTD. |
|---|---|

**Mailing Address Information For Assignee including Non-Applicant Assignee:**

| Address 1 | 14, Kisshoin Nishinosho Monguchicho, Minami-ku | | |
|---|---|---|---|
| Address 2 | | | |
| City | Kyoto-shi, Kyoto | State/Province | |
| Country ⁱ | JP | Postal Code | 601-8550 |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Assignee or Non-Applicant Assignee Data may be generated within this form by selecting the Add button.    | Add |

NS00000574

PTO/AIA/14 (12-13)
Approved for use through 04/30/2017.  OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 209658-0001-01-US-518587 |
|---|---|---|
| | Application Number | |

| Title of Invention | ANTISENSE NUCLEIC ACIDS |
|---|---|

---

**Assignee   2**

Complete this section if assignee information, including non-applicant assignee information, is desired to be included on the patent application publication . An assignee-applicant identified in the "Applicant Information" section will appear on the patent application publication as an applicant. For an assignee-applicant, complete this section only if identification as an assignee is also desired on the patent application publication.

|  | Remove |
|---|---|
| If the Assignee or Non-Applicant Assignee is an Organization check here. | ☒ |

| Organization Name | NATIONAL CENTER OF NEUROLOGY AND PSYCHIATRY |
|---|---|

**Mailing Address Information For Assignee including Non-Applicant Assignee:**

| **Address 1** | 1-1, Ogawahigashicho 4-chome | | |
|---|---|---|---|
| Address 2 | | | |
| **City** | Kodaira-shi, Tokyo | **State/Province** | |
| **Country** i | JP | Postal Code | 187-8551 |
| Phone Number | | Fax Number | |
| Email Address | | | |

| Additional Assignee or Non-Applicant Assignee Data may be generated within this form by selecting the Add button. | Add |
|---|---|

## Signature:                                                                                      Remove

NOTE:  This form must be signed in accordance with 37 CFR 1.33.  See 37 CFR 1.4 for signature requirements and certifications.

| **Signature** | /Zhengyu Feng/ | | Date  (YYYY-MM-DD) | 2015-02-06 |
|---|---|---|---|---|
| First Name | Zhengyu | Last Name | Feng | Registration Number | 66816 |

| Additional Signature may be generated within this form by selecting the Add button. | Add |
|---|---|

This collection of information is required by 37 CFR 1.76.  The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application.  Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14.  This collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data sheet form to the USPTO.  Time will vary depending upon the individual case.  Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS.  **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

NS00000575

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.    The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.

2.    A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.    A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.    A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.    A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent C o o p eration Treaty.

6.    A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.    A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.    A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.    A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

NS00000576

Doc Code: CRF.TRNS.REQ
Document Description: Request for Transfer of a Computer Readable Form

PTO/SB/93 (11-14)
Approved for use through 05/31/2016. OMB 0651-0024
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## REQUEST FOR TRANSFER OF A COMPUTER READABLE FORM UNDER 37 CFR 1.821(e)

| Application No.: | Not Yet Assigned | First Named Inventor: | Naoki WATANABE |
|---|---|---|---|
| Filing Date: | Concurrently Herewith | Practitioner Docket No.: | 209658-0001-01-US-518587 |

| Title of the Invention: | ANTISENSE NUCLEIC ACIDS |
|---|---|

The sequence information in the paper copy or PDF file of the Sequence Listing submitted in this application in accordance with 37 CFR 1.821(c),

[x] as part of the originally-filed specification of this application

[ ] as a separate amendment of the specification filed

    [ ] herewith

    [ ] on _____

is identical to the sequence information in the

[ ] only computer readable form

[ ] last filed computer readable form

[x] other computer readable form, which was filed on     April 10, 2013

in application number    13/819,520   , which was filed on    April 10, 2013

This computer readable form was compliant with 37 CFR 1.821-1.825, and applicant hereby requests that it be used as the computer readable form for the present application, in accordance with 37 CFR 1.821(e).

The above referenced paper copy or PDF file of the Sequence Listing contains no new matter.

A sequence listing text file submitted via EFS-Web that complies with the requirements of 37 CFR 1.824(a) (2)-(6) and (b) (i.e., is a compliant sequence listing ASCII text file), serves as both the paper copy required by 37 CFR 1.821(c) and the CRF required by 37 CFR 1.821(e). If a user submits a compliant sequence listing ASCII text file via EFS-Web, the U.S. Patent and Trademark Office will not carry out a request to use a compliant computer readable "Sequence Listing" that is already on file for another application pursuant to 37 CFR 1.821(e) but will use the sequence listing submitted with the application as originally filed via EFS-Web.

It is understood that upon the transfer of a copy of the computer readable form to this application, the U.S. Patent and Trademark Office will update the copy of the computer readable form to reflect the application number and filing date for this application.

| Signature | Date | February 6, 2015 |
|---|---|---|
| Name (Print/Typed) | Zhengyu Feng, Ph.D. | Practitioner Registration Number | 66,816 |

**Note:** This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4(d) for signature requirements and certifications. Submit multiple forms if more than one signature is required.*

[ ] *Total of ___1___ forms are submitted.

76642638.1

NS00000577

Docket No.: 209658-0001-01-US-518587
(PATENT)

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Patent Application of: Naoki WATANABE et al. | |
| Application No.: Not Yet Assigned | Confirmation No.: N/A |
| Filed: Concurrently Herewith | Art Unit: N/A |
| For: ANTISENSE NUCLEIC ACIDS | Examiner: Not Yet Assigned |

## FIRST PRELIMINARY AMENDMENT

**MS NEW**
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Madam:

Prior to examination on the merits, please amend the above-identified U.S. patent application as follows:

**Amendments to the Specification** begin on page 2.

**Amendments to the Claims** begin on page 3.

**Remarks** begin on page 4.

78642937.1

NS00000578

Application No. Not Yet Assigned                        Docket No.: 209658-0001-01-US-518587
Amendment dated February 6, 2015
First Preliminary Amendment

## AMENDMENTS TO THE SPECIFICATION

Please insert the following paragraph on page 1 of the specification before the section

entitled "TECHNICAL FIELD":


CROSS REFERENCE TO RELATED APPLICATIONS

This is a Continuation of copending Application No. 13/819,520, filed April 10, 2013,

which is a PCT National Stage of PCT/JP2011/070318 filed August 31, 2011, which claims

priority to JP Application No. 2010-196032 filed September 1, 2010.


SEQUENCE LISTING

A Sequence Listing containing SEQ ID NO: 1-123 is incorporated herein by reference.

NS00000579

Application No. Not Yet Assigned                                    Docket No.: 209658-0001-01-US-518587
Amendment dated February 6, 2015
First Preliminary Amendment

### AMENDMENTS TO THE CLAIMS

This listing of claims will replace all prior versions, and listings, of the claims in the application:

### LISTING OF CLAIMS

Claim 1. (Previously Amended):    An antisense oligomer which causes skipping of the 53rd exon in the human dystrophin gene, consisting of a nucleotide sequence complementary to any one of the sequences consisting of the 32nd to the 56th or the 36th to the 56th nucleotides from the 5' end of the 53rd exon in the human dystrophin gene.

Claims 2-14. (Canceled).

78642937.1

NS00000580

Application No. Not Yet Assigned                                           Docket No.: 209658-0001-01-US-518587
Amendment dated February 6, 2015
First Preliminary Amendment

## REMARKS

This Preliminary Amendment is being filed concurrently with a continuation application. No prohibited new matter is believed to be added. Entry of this Preliminary Amendment is respectfully requested.

Applicants amend the Specification to (1) update the References to Related Application, and (2) refer to the Sequence Listing. The present Preliminary Amendment starts from the claims of PCT/JP2011/070318 as amended under Article 34 on June 20, 2012 (a copy and the English translation thereof are enclosed). Applicants cancel claims 2-14. Applicants reserve the right to file a Continuation or Divisional application on the subject matter cancelled by way of this amendment.

## C O N C L U S I O N

If there are any other fees due in connection with the filing of this preliminary amendment, please charge the fees to our Deposit Account No. 50-0573. If a fee is required for an extension of time under 37 C.F.R. § 1.136 not accounted for above, such an extension is requested and the fee should also be charged to our Deposit Account.

Dated:  February 6, 2015                        Respectfully submitted,

                                                By
                                                Zhengyu Feng, Ph.D.
                                                Registration No.: 66,816
                                                DRINKER BIDDLE & REATH LLP
                                                1500 K Street, N.W.
                                                Suite 1100
                                                Washington, DC  20005-1209
                                                202.230.5119 (Phone)
                                                202.842.8465 (Fax)
                                                Attorneys/Agents For Applicant

78642937.1

NS00000581

# 手 続 補 正 書    20.06.2012

（法第 11 条の規定による補正）

特許庁審査官　殿
１．国際出願の表示　　ＰＣＴ／ＪＰ２０１１／０７０３１８

２．出願人
　　　　名　　称　　日本新薬株式会社
　　　　　　　　　　NIPPON SHINYAKU CO., LTD.
　　　あて名　　　〒601-8550
　　　　　　　　　日本国京都府京都市南区吉祥院西ノ庄門口町１４番地
　　　　　　　　　14, Kisshoin Nishinosho Monguchicho, Minami-ku, Kyoto-shi,
　　　　　　　　　Kyoto 601-8550 Japan
　　　　国　　籍　　日本国　Japan
　　　　住　　所　　日本国　Japan

３．代理人
　　　　氏　　名　　弁理士　小林　浩
　　　　　　　　　　KOBAYASHI Hiroshi
　　　あて名　　　〒104-0028 日本国東京都中央区八重洲二丁目８番７号
　　　　　　　　　福岡ビル９階　阿部・井窪・片山法律事務所
　　　　　　　　　ABE, IKUBO & KATAYAMA, Fukuoka Bldg. 9th Fl.,
　　　　　　　　　8-7, Yaesu 2-chome, Chuo-ku, Tokyo 104-0028 Japan

４．補正の対象
　　　　　　　　　請求の範囲

５．補正の内容
　　　　　　　　　請求項１を補正した。当該補正は、請求項９の記載に基づくものである。
　　　　　　　　　請求項９〜11 を削除した。
　　　　　　　　　請求項 13 を補正した。当該補正は請求項９〜11 の削除に起因するものである。
　　　　　　　　　請求項 14 を追加した。当該補正は、本願明細書第 34 頁第 14〜20 行の記載に基づくものである。

６．添付書類の目録
　　　　　　　　　請求の範囲第 70〜71 頁

1

NS00000582

PCT/JP2011/070318

請 求 の 範 囲          日本国特許庁      20.6.2012

1、　（補正後）ヒトジストロフィン遺伝子の第53番目のエクソンのスキッピング
　　　を可能にするアンチセンスオリゴマーであって、ヒトジストロフィン遺伝子の第

5　　　53番目のエクソンの5'末端から第32〜56番目又は第36〜56番目のヌクレオチ
　　　ドからなる配列のいずれか1つに相補的な塩基配列からなる、アンチセンスオリ
　　　ゴマー。

2、　　オリゴヌクレオチドである、請求項1に記載のアンチセンスオリゴマー。

3、　　前記オリゴヌクレオチドを構成する少なくとも1つのヌクレオチドの糖部分及
10　　　び/又はリン酸結合部分が修飾されている、請求項2に記載のアンチセンスオリ
　　　ゴマー。

4、　　前記オリゴヌクレオチドを構成する少なくとも1つのヌクレオチドの糖部分が
　　　、2'位の-OH基が、OR、R、R'OR、SH、SR、NH$_2$、NHR、NR$_2$、N$_3$、CN、F、Cl、Br
　　　及びIからなる群より選択されるいずれかの基で置換されたリボースである、請
15　　　求項3に記載のアンチセンスオリゴマー。

　　　　（上記Rは、アルキル又はアリールを示し、上記R'は、アルキレンを示す。）

5、　　前記オリゴヌクレオチドを構成する少なくとも1つのヌクレオチドのリン酸
　　　結合部分が、ホスホロチオエート結合、ホスホロジチオエート結合、アルキルホ
　　　スホネート結合、ホスホロアミデート結合、及びボラノフォスフェート結合から
20　　　なる群より選択されるいずれか1つのものである、請求項3又は4に記載のアン
　　　チセンスオリゴマー。

6、　　モルホリノオリゴマーである、請求項1に記載のアンチセンスオリゴマー。

7、　　ホスホロジアミデートモルホリノオリゴマーである、請求項6に記載のアン
　　　チセンスオリゴマー。

25　8、　　5'末端が、下記化学式（1）〜（3）のいずれかの基である、請求項6又は7
　　　に記載のアンチセンスオリゴマー。

70

補正された用紙(条約第34条)

NS00000583

PCT/JP2011/070318

日本国特許庁 20.6.2012

(1)

(2)

(3)

９．　（削除）

１０．　（削除）

１１．　（削除）

１２．　配列番号 11 又は 35 のいずれか 1 つの塩基配列からなる、請求項 1～8 のいずれか 1 項に記載のアンチセンスオリゴマー。

１３．　（補正後）請求項 1～8 及び 12 のいずれか 1 項に記載のアンチセンスオリゴマー、その医薬的に許容可能な塩又は水和物を有効成分とする、筋ジストロフィー治療用医薬組成物。

１４．　（追加）デュシェンヌ型筋ジストロフィー患者用に投与するためのものである、請求項13に記載の筋ジストロフィー治療用医薬組成物。

**Claims Amended under Art. 34 PCT**

1. (Amended) An antisense oligomer which causes skipping of the 53rd exon in the human dystrophin gene, consisting of a nucleotide sequence complementary to any one of the sequences consisting of the 32nd to the 56th or the 36th to the 56th nucleotides from the 5' end of the 53rd exon in the human dystrophin gene.

2. The antisense oligomer according to claim 1, which is an oligonucleotide.

3. The antisense oligomer according to claim 2, wherein the sugar moiety and/or the phosphate-binding region of at least one nucleotide constituting the oligonucleotide is modified.

4. The antisense oligomer according to claim 3, wherein the sugar moiety of at least one nucleotide constituting the oligonucleotide is a ribose in which the 2'-OH group is replaced by any one selected from the group consisting of OR, R, R'OR, SH, SR, $NH_2$, NHR, $NR_2$, $N_3$, CN, F, Cl, Br and I (wherein R is an alkyl or an aryl and R' is an alkylene).

5. The antisense oligomer according to claim 3 or 4, wherein the phosphate-binding region of at least one nucleotide constituting the oligonucleotide is any one selected from the group consisting of a phosphorothioate bond, a phosphorodithioate bond, an alkylphosphonate bond, a phosphoramidate bond and a boranophosphate bond.

6. The antisense oligomer according to claim 1, which is a morpholino oligomer.

7. The antisense oligomer according to claim 6, which is a phosphorodiamidate morpholino oligomer.

8. The antisense oligomer according to claim 6 or 7, wherein the 5' end is any one of the groups of chemical formulae (1) to (3) below:



9. (deleted)

NS00000585

10. (deleted)

11. (deleted)

12. The antisense oligomer according to any one of claims 1 to 8, consisting of the nucleotide sequence shown by SEQ ID NO: 11 or 35.

13. (Amended) A pharmaceutical composition for the treatment of muscular dystrophy, comprising as an active ingredient the antisense oligomer according to any one of claims 1 to 8 and claim 12, or a pharmaceutically acceptable salt or hydrate thereof.

14. (Added) The pharmaceutical composition for the treatment of muscular dystrophy of claim 13, which is administered for the treatment of Duchenne muscular dystrophy.

NS00000586

Docket No.: 209658-0001-01-US-518587
(PATENT)

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of:
Naoki WATANABE et al.

Continuation Application of
Prior Application No.: 13/819,520

Filed: Concurrently Herewith

For:  ANTISENSE NUCLEIC ACIDS

Confirmation No.: N/A

Art Unit: N/A

Examiner: Not Yet Assigned

## INFORMATION DISCLOSURE STATEMENT (IDS)

**MS NEW**
Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Dear Madam:

Pursuant to 37 C.F.R. § 1.56, 1.97 and 1.98, the attention of the Patent and Trademark Office is hereby directed to the references listed on the attached PTO/SB/08.  It is respectfully requested that the information be expressly considered during the prosecution of this application, and that the references be made of record therein and appear among the "References Cited" on any patent to issue therefrom.

Copies of the listed documents were submitted in parent application No. 13/891,520, filed April 10, 2013.  Applicants respectfully request that the Examiner consider the listed documents and evidence that consideration by making appropriate notations on the attached form.

The Director is hereby authorized to charge any deficiency in the fees filed, asserted to be filed or which should have been filed herewith (or with any paper hereafter filed in this

78414385.1

NS00000587

Application No.: Not Yet Assigned                Docket No.: 209658-0001-01-US-518587

application by this firm) to our Deposit Account No. 50-0573, under Order No. 209658-0001-01-US-518587.

Dated:  February 6, 2015                    Respectfully submitted,

                                            By
                                            Zhengyu Feng, Ph.D.
                                            Registration No.: 66,816
                                            DRINKER BIDDLE & REATH LLP
                                            1500 K Street, N.W.
                                            Suite 1100
                                            Washington, DC  20005-1209
                                            202.230.5119 (Phone)
                                            202.842.8465 (Fax)
                                            Attorneys/Agents For Applicant

NS00000588

Doc Code: PD.REQ.RETR
Document Description: Request for USPTO to retrieve priority docs

PTO/SB/38 (10-14)
Approved for use through 05/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## Request to Retrieve Electronic Priority Application(s)

| COMPLETE IF KNOWN | |
|---|---|
| Application Number | Not Yet Assigned |
| Filing Date | Concurrently Herewith |
| First Named Inventor | Naoki WATANABE |
| Art Unit | N/A |
| Examiner Name | Not Yet Assigned |
| Attorney Docket Number | 209658-0001-01-US-518587 |

Send completed form to: Commissioner for Patents
P.O. Box 1450, Alexandria, VA 22313-1450

Pursuant to 37 CFR 1.55(h), the undersigned hereby requests that the USPTO retrieve an electronic copy of each of the following foreign applications for which priority has been claimed under 35 U.S.C. 119(a)-(d) from a foreign intellectual property office participating with the USPTO in a bilateral or multilateral priority document exchange agreement. This Request must be submitted:
- within the later of sixteen months from the filing date of the prior foreign application or four months from the actual filing date of an application under 35 U.S.C. 111(a),
- within four months from the later of the date of commencement (37 CFR 1.491(a)) or the date of the initial submission under 35 U.S.C. 371 of an application entering the national stage under 35 U.S.C. 371, or
- with a petition under 37 CFR 1.55(e).

☐ **OPTION A**

Please retrieve the priority application identified in Column C, a certified copy of which is contained in the EP or JP application identified in Columns A and B:

| A | B | | C | |
|---|---|---|---|---|
| Code for Participating Office (EP or JP only) | Application containing the non-participating priority application | | Non-participating priority application to be retrieved | |
| | App. No. | Filing Date | Country Code | App. No. |
| 1 | | | | |

☒ **OPTION B**

This Request may be used for the infrequent circumstance when a claim for priority to an application filed in a participating foreign intellectual property office was made prior to that foreign intellectual property office becoming a participating foreign intellectual property office.

Please retrieve the priority application identified in Columns A and B:

| A | B | | |
|---|---|---|---|
| Code for Participating Office (e.g., EP, JP, KR, CN) or WIPO DAS Depositing Office (e.g., AU, DK, ES, FI, GB, IB, SE) | Application to be retrieved | | |
| | App. No. | Filing Date | Access Code (for WIPO DAS Depositing Office) |
| 1 | JP | 2010-196032 | Sept. 1, 2010 | |
| 2 | | | | |

The USPTO will not attempt to retrieve the identified priority application(s) unless an identical claim for foreign priority to the application identified above is made pursuant to 37 CFR 1.55(d) or a petition is granted under 37 CFR 1.55(e). Applicants are advised to consult Private PAIR (accessed through www.uspto.gov) to assure that the retrieval has been successful. The applicant bears the ultimate responsibility for ensuring that a copy of the foreign application is received by the Office from the participating foreign intellectual property office, or a certified copy of the foreign priority application is filed, within the time period set forth in 37 CFR 1.55(g)(1).

I hereby declare that I have the authority to grant access to the above-identified foreign application(s).

| | |
|---|---|
| Signature | Date: February 6, 2015 |
| Printed or Typed Name: Zhengyu Feng, Ph.D. | Telephone Number: 202.230.5119 |
| Title: Attorney for Applicant(s) | Registration Number, if applicable: 66,816 |

78643867.1

NS00000589

| Electronic Patent Application Fee Transmittal | |
|---|---|
| **Application Number:** | |
| **Filing Date:** | |
| **Title of Invention:** | ANTISENSE NUCLEIC ACIDS |
| **First Named Inventor/Applicant Name:** | Naoki WATANABE |
| **Filer:** | Zhengyu Feng/Moira Kelly |
| **Attorney Docket Number:** | 209658-0001-01-US-518587 |

Filed as Large Entity

**Filing Fees for** **Utility under 35 USC 111(a)**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| Utility application filing | 1011 | 1 | 280 | 280 |
| Utility Search Fee | 1111 | 1 | 600 | 600 |
| Utility Examination Fee | 1311 | 1 | 720 | 720 |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | | **Total in USD ($)** | | **1600** |

NS00000591

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 21419384 |
| **Application Number:** | 14615504 |
| **International Application Number:** | |
| **Confirmation Number:** | 2704 |
| **Title of Invention:** | ANTISENSE NUCLEIC ACIDS |
| **First Named Inventor/Applicant Name:** | Naoki WATANABE |
| **Customer Number:** | 55694 |
| **Filer:** | Zhengyu Feng/Moira Kelly |
| **Filer Authorized By:** | Zhengyu Feng |
| **Attorney Docket Number:** | 209658-0001-01-US-518587 |
| **Receipt Date:** | 06-FEB-2015 |
| **Filing Date:** | |
| **Time Stamp:** | 10:13:07 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Credit Card |
| Payment was successfully received in RAM | $ 1600 |
| RAM confirmation Number | 8506 |
| Deposit Account | 500573 |
| Authorized User | FENG, ZHENGYU |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |
|     Charge any Additional Fees required under 37 C.F.R. Section 1.16 (National application filing, search, and examination fees) | |
|     Charge any Additional Fees required under 37 C.F.R. Section 1.17 (Patent application and reexamination processing fees) | |

NS00000592

Charge any Additional Fees required under 37 C.F.R. Section 1.19 (Document supply fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.20 (Post Issuance fees)

Charge any Additional Fees required under 37 C.F.R. Section 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Fee Worksheet (SB06) | 209658_0001_01_518587_Fee_Transmittal.pdf | 97369 <br> 614b9181173bf60076e1846a4a249ac42e55bxf8f | no | 1 |
| Warnings: | | | | | |
| Information: | | | | | |
| 2 | Transmittal of New Application | 209658_0001_01_518587_Application_Transmittal.pdf | 103899 <br> 1e40f853327513286bace56c363a3a82c1f2bed6 | no | 1 |
| Warnings: | | | | | |
| Information: | | | | | |
| 3 | | 209658_0001_01_518587_Application.pdf | 3713088 <br> 3afe0108b19d93c5aa99ab1f3a87d9557f2e5b7 | yes | 85 |

| Multipart Description/PDF files in .zip description | | |
|---|---|---|
| Document Description | Start | End |
| Specification | 1 | 63 |
| Claims | 64 | 65 |
| Abstract | 66 | 66 |
| Drawings-only black and white line drawings | 67 | 85 |

| | | | | | |
|---|---|---|---|---|---|
| Warnings: | | | | | |
| Information: | | | | | |
| 4 | Oath or Declaration filed | 209658_0001_01_518587_Inventors_Declarations.pdf | 264887 <br> 0d628280911f84065 6eb5426929f7673412 65590 | no | 4 |
| Warnings: | | | | | |
| Information: | | | | | |
| 5 | Application Data Sheet | 209658_0001_01_518587_Application_Data_Sheet.PDF | 1895463 <br> 4031f2d6b415585 33f8a9e10c8a6e61f3278 aa74 | no | 9 |
| Warnings: | | | | | |
| Information: | | | | | |

NS00000593

| 6 | Request for Transfer of a Computer Readable Form | 209658_0001_01_518587_Request_Transfer_Sequence_Listing.pdf | 96131 | no | 1 |
|---|---|---|---|---|---|
| | | | f1da247a55d0a5a02bbb0c1b63d78296a24 6f95d | | |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 7 | Preliminary Amendment | 209658_0001_01_518587_First_Preliminary_Amendment.pdf | 297578 | no | 9 |
| | | | 104128c15f6210c93e91a8d97e6cd1b69b7f b552 | | |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 8 | | 209658_0001_01_518587_IDS.pdf | 244363 | yes | 4 |
| | | | 34dacce661912e19e42a825df5b64c258ee 381fe | | |

| | Multipart Description/PDF files in .zip description | | | |
|---|---|---|---|---|
| | **Document Description** | **Start** | | **End** |
| | Transmittal Letter | 1 | | 2 |
| | Information Disclosure Statement (IDS) Form (SB08) | 3 | | 4 |

| **Warnings:** | | | | | |
|---|---|---|---|---|---|
| **Information:** | | | | | |
| 9 | Request for USPTO to retrieve priority docs | 209658_0001_01_518587_Request_Retrieve_Priority_Application.pdf | 106676 | no | 1 |
| | | | 7e1dc55b73cc5fce30475af2c1fb9496f89ef 018 | | |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 10 | Sequence Listing (Text File) | 209658_0001_01_518587_Sequence_Listing.TXT | 24635 | no | 0 |
| | | | | | |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 11 | Fee Worksheet (SB06) | fee-info.pdf | 35013 | no | 2 |
| | | | a5c03106ca581f82e47df68af4028248b841 26ed | | |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | **Total Files Size (in bytes):** | 6879102 | | |

NS00000594

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PTO/SB/17 (03-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number

# FEE TRANSMITTAL

| Complete if known | |
|---|---|
| Application Number | Not Yet Assigned |
| Filing Date | February 6, 2015 |
| First Named Inventor | Naoki WATANABE |
| Examiner Name | Not Yet Assigned |
| Art Unit | N/A |

☐ Applicant asserts small entity status. See 37 CFR 1.27.

☐ Applicant certifies micro entity status. See 37 CFR 1.29. Form PTO/SB/15A or B or equivalent must either be enclosed or have been submitted previously

| TOTAL AMOUNT OF PAYMENT | ($) | 1,600.00 | Practitioner Docket No. | 209658-0001-01-US-518587 |
|---|---|---|---|---|

**METHOD OF PAYMENT** (check all that apply)

☐ Check   ☒ Credit Card   ☐ Money Order   ☐ None   ☐ Other (please identify):

☐ Deposit Account   Deposit Account Number: 50-0573   Deposit Account Name: Drinker Biddle & Reath LLP

For the above-identified deposit account, the Director is hereby authorized to (check all that apply):

☐ Charge fee(s) indicated below   ☐ Charge fee(s) indicated below, **except for the filing fee**

☒ Charge any additional fee(s) or underpayment of fee(s) under 37 CFR 1.16 and 1.17   ☒ Credit any overpayment of fee(s)

WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.

**FEE CALCULATION**

**1. BASIC FILING, SEARCH, AND EXAMINATION FEES** (U = undiscounted fee; S = small entity fee; M = micro entity fee)

| | FILING FEES | | | SEARCH FEES | | | EXAMINATION FEES | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Application Type | U ($) | S ($) | M ($) | U ($) | S ($) | M ($) | U ($) | S ($) | M ($) | Fees Paid ($) |
| Utility | 280 | 140* | 70 | 600 | 300 | 150 | 720 | 360 | 180 | 1,600.00 |
| Design | 180 | 90 | 45 | 120 | 60 | 30 | 460 | 230 | 115 | |
| Plant | 180 | 90 | 45 | 380 | 190 | 95 | 580 | 290 | 145 | |
| Reissue | 280 | 140 | 70 | 600 | 300 | 150 | 2,160 | 1,080 | 540 | |
| Provisional | 260 | 130 | 65 | 0 | 0 | 0 | 0 | 0 | 0 | |

* The $140 small entity status filing fee for a utility application is further reduced to $70 for a small entity status applicant who files the application via EFS-Web

**2. EXCESS CLAIM FEES**

| Fee Description | Undiscounted Fee ($) | Small Entity Fee ($) | Micro Entity Fee ($) |
|---|---|---|---|
| Each claim over 20 (including Reissues) | 80 | 40 | 20 |
| Each independent claim over 3 (including Reissues) | 420 | 210 | 105 |
| Multiple dependent claims | 780 | 390 | 195 |

| Total Claims | | Extra Claims | Fee ($) | | Fee Paid ($) | Multiple Dependent Claims | |
|---|---|---|---|---|---|---|---|
| 1 | - 20 or HP = | | x | = | | Fee ($) | Fee Paid ($) |

HP = highest number of total claims paid for, if greater than 20.

| Indep. Claims | | Extra Claims | Fee ($) | | Fee Paid ($) |
|---|---|---|---|---|---|
| 1 | - 3 or HP = | | x | = | |

HP = highest number of independent claims paid for, if greater than 3.

**3. APPLICATION SIZE FEE**

If the specification and drawings exceed 100 sheets of paper (excluding electronically filed sequence or computer listings under 37 CFR 1.52(e)), the application size fee due is $400 ($200 for small entity) ($100 for micro entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s).

| Total Sheets | | Extra Sheets | Number of each additional 50 or fraction thereof | Fee ($) | | Fee Paid ($) |
|---|---|---|---|---|---|---|
| 66 | - 100 = | | /50 = | (round up to a whole number) x | = | |

**4. OTHER FEE(S)**

Non-English specification, $130 fee (no small or micro entity discount)

**Non-electronic filing fee under 37 CFR 1.16(t) for a utility application, $400 fee ($200 small or micro entity)**

Other (e.g., late filing surcharge):

Fees Paid ($)

| SUBMITTED BY | | | | |
|---|---|---|---|---|
| Signature | | Registration No. (Attorney/Agent) | 66,816 | Telephone | 202.230.5119 |
| Name (Print/Type) | Zhengyu Feng, Ph.D. | | Date | February 6, 2015 |

78644554.1

NS00000596

PTO/SB/08a (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | | **Complete if Known** | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | | | | Application Number | Not Yet Assigned |
| | | | | Filing Date | Concurrently Herewith |
| | | | | First Named Inventor | Naoki WATANABE |
| | | | | Art Unit | N/A |
| | | | | Examiner Name | Not Yet Assigned |
| Sheet | 1 | of | 2 | Attorney Docket Number | 209658-0001-01-US-518587 |

**U. S. PATENT DOCUMENTS**

| Examiner Initials* | Cite No.¹ | Document Number Number-Kind Code² (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | A* | US-2010/0168212-A1 | 07-01-2010 | POPPLEWELL et al. | |
| | B* | US-2010/0130591-A1 (granted 10/28/2014 as US-8,871,918) | 05-27-2010 | Sazani et al. | |
| | C* | US-2013/0109091-A1 | 05-02-2013 | Baker et al. | |
| | D* | US-2012/0190728-A1 | 07-26-2012 | Bennett et al. | |
| | E* | US-6,653,467 | 11-25-2003 | Matsuo et al. | |

**FOREIGN PATENT DOCUMENTS**

| Examiner Initials* | Cite No.¹ | Foreign Patent Document Country Code³ Number⁴ Kind Code⁵ (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T⁶ |
|---|---|---|---|---|---|---|
| | A | JP-2002-10790 | 01-15-2002 | MATSUO MASAFUMI & JCR PHARMACEUTICALS | | |
| | B | WO-2004/048570-A1 | 06-10-2004 | Kobe University. | | |
| | C | WO-2006/000057-A1 | 01-05-2006 | The University Of Western Australia. | | |
| | D | WO-2008/036127-A2 | 03-27-2008 | Avi Biopharma, Inc. | | |
| | E | WO-2010/048586-A1 | 04-29-2010 | Avi Biopharma, Inc. | | |
| | F | WO-2011/057350-A1 | 05-19-2011 | The University Of Western Australia. | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. ¹ CITE NO.: Those application(s) which are marked with an single asterisk (*) next to the Cite No. are not supplied (under 37 CFR 1.98(a)(2)(iii)) because that application was filed after June 30, 2003 or is available in the IFW. ¹ Applicant's unique citation designation number (optional). ² See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. ³ Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). ⁴ For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document ⁵Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. ⁶ Applicant is to place a check mark here if English language Translation is attached.

78414303.1

NS00000597

PTO/SB/08b (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | Application Number | Not Yet Assigned |
| | Filing Date | Concurrently Herewith |
| | First Named Inventor | Naoki WATANABE |
| | Art Unit | N/A |
| | Examiner Name | Not Yet Assigned |

| Sheet | 2 | of | 2 | Attorney Docket Number | 209658-0001-01-US-518587 |
|---|---|---|---|---|---|

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | A | LINDA J. POPPLEWELL et al., "Design of Phosphorodiamidate Morpholino Oligomers (PMOs) for the Induction of Exon Skipping of the Human *DMD* Gene," Mol. Ther., Vol. 17, no. 3, March 2009, pp. 554-561. | |
| | B | LINDA J. POPPLEWELL et al., "Comparative analysis of antisense oligonucleotide sequences targeting exon 53 of the human *DMD* gene: Implications for future clinical trials," Neuromuscular Disorders, Vol. 20, No. 2, 2010.02, pp. 102-110. | |
| | C | ANNEMIEKE AARTSMA-RUS et al., "Targeted exon skipping as a potential gene correction therapy for Duchenne muscular dystrophy," Neuromuscular Disorders, Vol. 12, 2002, pp. S71-S77. | |
| | D | STEVE D. WILTON et al., "Antisense Oligonucleotide-induced Exon Skipping Across the Human Dystrophin Gene Transcript," Mol Ther., Vol. 15, No. 7, July 2007, pp. 1288-1296. | |
| | E | ANTHONY P. MONACO et al., "An Explanation for the Phenotypic Differences between Patients Bearing Partial Deletions of the DMD Locus," Genomics, 1988; 2, pp. 90-95. | |
| | F | MASAFUMI MATSUO, "Duchenne / Becker muscular dystrophy: from molecular diagnosis to gene therapy," Brain & Development, 1996; 18, pp. 167-172. | |
| | G | International Search Report dated October 11, 2011 in PCT/JP2011/070318 filed August 31, 2011. | |
| | | | |
| | | | |
| | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] Applicant's unique citation designation number (optional). [2] Applicant is to place a check mark here if English language Translation is attached.

NS00000598

DocCode – SEQ.TXT

# SCORE Placeholder Sheet for IFW Content

Application Number: 14615504          Document Date: 02/06/2015

The presence of this form in the IFW record indicates that the following document type was received in electronic format on the date identified above.  This content is stored in the SCORE database.

Since this was an electronic submission, there is no physical artifact folder, no artifact folder is recorded in PALM, and no paper documents or physical media exist.  The TIFF images in the IFW record were created from the original documents that are stored in SCORE.

- Sequence Listing

At the time of document entry (noted above):
- USPTO employees may access SCORE content via eDAN using the Supplemental Content tab, or via the SCORE web page.
- External customers may access SCORE content via PAIR using the Supplemental Content tab.

Form Revision Date:  August 26, 2013

NS00000599

PTO/SB/06 (09-11)
Approved for use through 1/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD<br>Substitute for Form PTO-875 | Application or Docket Number<br>14/615,504 | Filing Date<br>02/06/2015 | ☐ To be Mailed |
|---|---|---|---|

**ENTITY:** ☒ LARGE  ☐ SMALL  ☐ MICRO

## APPLICATION AS FILED – PART I

| | (Column 1) | (Column 2) | | |
|---|---|---|---|---|
| FOR | NUMBER FILED | NUMBER EXTRA | RATE ($) | FEE ($) |
| ☐ BASIC FEE<br>(37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | |
| ☐ SEARCH FEE<br>(37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | |
| ☐ EXAMINATION FEE<br>(37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | |
| TOTAL CLAIMS<br>(37 CFR 1.16(i)) | minus 20 = | * | X $ = | |
| INDEPENDENT CLAIMS<br>(37 CFR 1.16(h)) | minus 3 = | * | X $ = | |
| ☐ APPLICATION SIZE FEE<br>(37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | |

## APPLICATION AS AMENDED – PART II

| | | (Column 1) | (Column 2) | (Column 3) | | | |
|---|---|---|---|---|---|---|---|
| **AMENDMENT** | 02/06/2015 | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | | ADDITIONAL FEE ($) |
| | Total (37 CFR 1.16(i)) | * 1 | Minus | ** 20 | = 0 | x $80 = | 0 |
| | Independent (37 CFR 1.16(h)) | * 1 | Minus | *** 3 | = 0 | x $420 = | 0 |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | |
| | | | | | TOTAL ADD'L FEE | | **0** |

| | | (Column 1) | (Column 2) | (Column 3) | | | |
|---|---|---|---|---|---|---|---|
| **AMENDMENT** | | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | | ADDITIONAL FEE ($) |
| | Total (37 CFR 1.16(i)) | * | Minus | ** | = | X $ = | |
| | Independent (37 CFR 1.16(h)) | * | Minus | *** | = | X $ = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | |
| | | | | | TOTAL ADD'L FEE | | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

LIE
/MARIA LOREDO/

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

NS00000600

Docket No.: 209658-0001-01-US-518587
(PATENT)

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of:
Naoki WATANABE et al.

Application No.: 14/615,504                    Confirmation No.:  2704

Filed: February 6, 2015                          Art Unit: N/A

For:  ANTISENSE NUCLEIC ACIDS              Examiner: Not Yet Assigned

## SECOND PRELIMINARY AMENDMENT

**MS AMENDMENT**
Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Dear Madam:

Prior to examination on the merits, please amend the above-identified U.S. patent application as follows:

**Amendments to the Claims** begin on page 2.

**Remarks** begin on page 5.

78652002. 1

NS00000601

Application No. 14/615,504
Amendment dated February 9, 2015
Second Preliminary Amendment

Docket No.: 209658-0001-01-US-518587
Page 2

## AMENDMENTS TO THE CLAIMS

This listing of claims will replace all prior versions, and listings, of the claims in the application:

## LISTING OF CLAIMS

Claim 1. (Currently Amended):    An antisense oligomer which causes skipping of the 53rd exon in the human dystrophin gene, consisting of a nucleotide sequence complementary to any one of the sequences consisting of: the 31st to the 55th, the 32nd to the 53rd, the 32nd to the 56th, the 32nd to the 61st, the 33rd to the 54th, the 33rd to the 57th, the 34th to the 58th, the 35th to the 59th, the 36th to the 53rd, the 36th to the 55th, the 36th to the 57th, the 36th to the 60th, or the 37th to the 61st or the 36th to the 56th nucleotides from the 5' end of the 53rd exon in the human dystrophin gene.

Claims 2-14.  (Canceled).

Claim 15.  (New):    The antisense oligomer according to claim 1, which is an oligonucleotide.

Claim 16.  (New):    The antisense oligomer according to claim 15, wherein the sugar moiety and/or the phosphate-binding region of at least one nucleotide constituting the oligonucleotide is modified.

Claim 17.  (New):    The antisense oligomer according to claim 16, wherein the sugar moiety of at least one nucleotide constituting the oligonucleotide is a ribose in which the 2'-OH group is replaced by any one selected from the group consisting of: OR, R, R'OR, SH, SR, $NH_2$, NHR, $NR_2$, $N_3$, CN, F, Cl, Br, and I, wherein R is an alkyl or an aryl and R' is an alkylene.

78652002. 1

NS00000602

Application No. 14/615,504
Amendment dated February 9, 2015
Second Preliminary Amendment

Docket No.: 209658-0001-01-US-518587
Page 3

Claim 18. (New):    The antisense oligomer according to claim 16, wherein the phosphate-binding region of at least one nucleotide constituting the oligonucleotide is any one selected from the group consisting of: a phosphorothioate bond, a phosphorodithioate bond, an alkylphosphonate bond, a phosphoramidate bond, and a boranophosphate bond.

Claim 19. (New):    The antisense oligomer according to claim 1, which is a morpholino oligomer.

Claim 20. (New):    The antisense oligomer according to claim 19, which is a phosphorodiamidate morpholino oligomer.

Claim 21. (New):    The antisense oligomer according to claim 19, wherein the 5' end is any one of the groups of chemical formulae (1) to (3) below:



(1)            (2)            (3) .

Claim 22. (New):    The antisense oligomer according to claim 1, consisting of a nucleotide sequence complementary to the sequences consisting of the 32nd to the 56th nucleotides from the 5' end of the 53rd exon in the human dystrophin gene.

Claim 23. (New):    The antisense oligomer according to claim 1, consisting of the nucleotide sequence shown by any one selected from the group consisting of SEQ ID NOS: 4, 8, 11, 15, 18, 25, 32, 34, 36, 57, 103, 104, 105, and 109.

78652002.1

Application No. 14/615,504
Amendment dated February 9, 2015
Second Preliminary Amendment

Docket No.: 209658-0001-01-US-518587
Page 4

Claim 24.  (New):    The antisense oligomer according to claim 1, consisting of the nucleotide sequence shown by SEQ ID NO: 11.

Claim 25.  (New):    A pharmaceutical composition for the treatment of muscular dystrophy, comprising as an active ingredient the antisense oligomer according to claim 1, or a pharmaceutically acceptable salt or hydrate thereof.

78652092. 1

NS00000604

Application No. 14/615,504                                    Docket No.: 209658-0001-01-US-518587
Amendment dated February 9, 2015                                                          Page 5
Second Preliminary Amendment

## REMARKS

Applicants herewith amend claim 1 and add new claims 15-25. Support for the
amendments can be found at least from (1) the original claims of the PCT application, and (2)
TEST EXAMPLE 7 and Table 7 of the Specification. No prohibited new matter is believed to be
added. Applicants reserve the right to file a divisional or continuation application on any subject
matter canceled by amendment. The cancelation of subject is without prejudice to, or disclaimer
of, the subject matter.

## CONCLUSION

If there are any other fees due in connection with the filing of this preliminary
amendment, please charge the fees to our Deposit Account No. 50-0573. If a fee is required for
an extension of time under 37 C.F.R. § 1.136 not accounted for above, such an extension is
requested and the fee should also be charged to our Deposit Account.


Dated: February 9, 2015                    Respectfully submitted,

                                           By_____
                                           Zhengyu Feng, Ph.D.
                                           Registration No.: 66,816
                                           DRINKER BIDDLE & REATH LLP
                                           1500 K Street, N.W.
                                           Suite 1100
                                           Washington, DC 20005-1209
                                           202.230.5119 (Phone)
                                           202.842.8465 (Fax)
                                           Attorneys/Agents For Applicant


78652002. 1

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 21433469 |
| **Application Number:** | 14615504 |
| **International Application Number:** | |
| **Confirmation Number:** | 2704 |
| **Title of Invention:** | ANTISENSE NUCLEIC ACIDS |
| **First Named Inventor/Applicant Name:** | Naoki  WATANABE |
| **Customer Number:** | 55694 |
| **Filer:** | Zhengyu Feng/Moira Kelly |
| **Filer Authorized By:** | Zhengyu Feng |
| **Attorney Docket Number:** | 209658-0001-01-US-518587 |
| **Receipt Date:** | 09-FEB-2015 |
| **Filing Date:** | |
| **Time Stamp:** | 09:06:38 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 209658_0001_01_518587_Power_Attorney_National_Center.pdf | 299862<br>fB1228153e1686968ce8204c90293150406 89398 | yes | 4 |

NS00000606

| | | Multipart Description/PDF files in .zip description | | |
|---|---|---|---|---|
| | | **Document Description** | **Start** | **End** |
| | | Transmittal Letter | 1 | 1 |
| | | Power of Attorney | 2 | 2 |
| | | Assignee showing of ownership per 37 CFR 3.73. | 3 | 4 |

| Warnings: |
|---|

| Information: |
|---|

| 2 | | 209658_0001_01_518587_Power_Attorney_Nippon_Shinyaku.pdf | 296728 | yes | 4 |
|---|---|---|---|---|---|
| | | | 0e9db067ca0ec431ef36b6006921ce0a1a802e60 | | |

| | | Multipart Description/PDF files in .zip description | | |
|---|---|---|---|---|
| | | **Document Description** | **Start** | **End** |
| | | Transmittal Letter | 1 | 1 |
| | | Power of Attorney | 2 | 2 |
| | | Assignee showing of ownership per 37 CFR 3.73. | 3 | 4 |

| Warnings: |
|---|

| Information: |
|---|

| 3 | Preliminary Amendment | 209658_0001_01_518587_2nd_Preliminary_Amendment.pdf | 178181 | no | 5 |
|---|---|---|---|---|---|
| | | | 3dc5d9677d1ad4549c669393b7d7c4e79be022d5 | | |

| Warnings: |
|---|

| Information: |
|---|

| **Total Files Size (in bytes):** | 774771 |
|---|---|

NS00000607

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

NS00000608

Doc Code: PA..
Document Description: Power of Attorney

PTO/AIA/82A (07-13)
Approved for use through 11/30/2014. OMB 0651-0051
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# TRANSMITTAL FOR POWER OF ATTORNEY TO ONE OR MORE REGISTERED PRACTITIONERS

NOTE: This form is to be submitted with the Power of Attorney by Applicant form (PTO/AIA/82B) to identify the application to which the Power of Attorney is directed, in accordance with 37 CFR 1.5, unless the application number and filing date are identified in the Power of Attorney by Applicant form. If neither form PTO/AIA82A nor form PTO/AIA82B identifies the application to which the Power of Attorney is directed, the Power of Attorney will not be recognized in the application.

| | |
|---|---|
| Application Number | 14/615,504 |
| Filing Date | February 6, 2015 |
| First Named Inventor | Naoki WATANABE |
| Title | ANTISENSE NUCLEIC ACIDS |
| Art Unit | Not Yet Assigned |
| Examiner Name | Not Yet Assigned |
| Attorney Docket Number | 209658-0001-01-US-518587 |

### SIGNATURE of Applicant or Patent Practitioner

| Signature | | Date (Optional) | February 9, 2015 |
|---|---|---|---|
| Name | Zhengyu Feng, Ph.D. | Registration Number | 66,816 |
| Title (if Applicant is a juristic entity) | | | |
| Applicant Name (if Applicant is a juristic entity) | | | |

NOTE: This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4(d) for signature requirements and certifications. If more than one applicant, use multiple forms.

✓ *Total of __1__ forms are submitted.

This collection of information is required by 37 CFR 1.131, 1.32, and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

NS00000609

# POWER OF ATTORNEY

Each party signing this document hereby submits the following:

I/We am/are an Applicant in the application:

[ ] Identified below.

[X] Identified in the attached transmittal letter (PTO/AIA/82A or equivalent).

(Note: check first box if Power of Attorney is specific to a single application; check second box if general Power of Attorney usable for multiple applications.)

I/We hereby revoke all previous powers of attorney in the identified application.

I/We hereby appoint Practitioners associated with Customer Number 055694 as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the identified application.

Please recognize or change the correspondence address for the identified application to the address associated with the above-identified Customer Number.

| Identified Application Information (to the extent applicable/available): | |
|---|---|
| Application No.: | |
| Filing Date: | |
| First Named Inventor: | |
| Title: | |
| Art Unit: | |
| Examiner Name: | |
| Attorney Docket Number: | |

Note: If this section is left blank, then the instant Power of Attorney is for the application identified in any attached transmittal letter (PTO/AIA/82A or equivalent).

| SIGNATURE of Assignee/Applicant for Patent | | | |
|---|---|---|---|
| Signature | *[signature]* | Date | June 9, 2014 |
| Name | Teruhiko HIGUCHI | Title | President |
| Company Name and Address | NATIONAL CENTER OF NEUROLOGY AND PSYCHIATRY<br>1-1, Ogawahigashi-cho 4-chome, Kodaira-shi, Tokyo 187-8551 Japan | | |

NOTE: Signature - this form must be signed by the Applicant or Applicant's representative in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications. A statement under 37 CFR 3.73(c) should be filed along with a copy of this form in the case where the identified application has more than one assignee. The statement under 37 CFR 3.73(h) may be completed by one of the practitioners appointed in this form, and must identify the application in which this Power of Attorney is to be filed.

ACTIVE/ 75636306.1

NS00000610

PTO/AIA/96 (08-12)
Approved for use through 01/31/2013. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## STATEMENT UNDER 37 CFR 3.73(c)

Applicant/Patent Owner: __NATIONAL CENTER FOR NEUROLOGY AND PSYCHIATRY__

Application No./Patent No.: __14/615,504__    Filed/Issue Date: __February 6, 2015__

Titled: __ANTISENSE NUCLEIC ACIDS__

__NATIONAL CENTER FOR NEUROLOGY AND PSYCHIATRY__ , a __corporation__
(Name of Assignee)                                              (Type of Assignee, e.g., corporation, partnership, university, government agency, etc.)

states that, for the patent application/patent identified above, it is (choose __one__ of options 1, 2, 3 or 4 below):

1. [ ] The assignee of the entire right, title, and interest.

2. [ ] An assignee of less than the entire right, title, and interest (check applicable box):
   [ ] The extent (by percentage) of its ownership interest is _____ %). Additional Statement(s) by the owners holding the balance of the interest __must be submitted__ to account for 100% of the ownership interest.

   [ ] There are unspecified percentages of ownership. The other parties, including inventors, who together own the entire right, title and interest are:

   |  |
   |---|

   Additional Statement(s) by the owner(s) holding the balance of the interest __must be submitted__ to account for the entire right, title, and interest.

3. [X] The assignee of an undivided interest in the entirety (a complete assignment from one of the joint inventors was made). The other parties, including inventors, who together own the entire right, title, and interest are:

   | NIPPON SHINYAKU CO., LTD. |
   |---|

   Additional Statement(s) by the owner(s) holding the balance of the interest __must be submitted__ to account for the entire right, title, and interest.

4. [ ] The recipient, via a court proceeding or the like (e.g., bankruptcy, probate), of an undivided interest in the entirety (a complete transfer of ownership interest was made). The certified document(s) showing the transfer is attached.

The interest identified in option 1, 2 or 3 above (not option 4) is evidenced by either (choose __one__ of options A or B below):

A. [X] An assignment from the inventor(s) of the patent application/patent identified above. The assignment was recorded in the United States Patent and Trademark Office at Reel __030185__ , Frame __0302__ , or for which a copy thereof is attached.

B. [ ] A chain of title from the inventor(s), of the patent application/patent identified above, to the current assignee as follows:
   1. From: _____ To: _____
      The document was recorded in the United States Patent and Trademark Office at
      Reel _____ , Frame _____ , or for which a copy thereof is attached.
   2. From: _____ To: _____
      The document was recorded in the United States Patent and Trademark Office at
      Reel _____ , Frame _____ , or for which a copy thereof is attached.

[Page 1 of 2]

78414674.1

NS00000611

PTO/AIA/96 (08-12)
Approved for use through 01/31/2013. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## STATEMENT UNDER 37 CFR 3.73(c)

3. From: _____    To: _____
The document was recorded in the United States Patent and Trademark Office at
Reel _____, Frame _____, or for which a copy thereof is attached.

4. From: _____    To: _____
The document was recorded in the United States Patent and Trademark Office at
Reel _____, Frame _____, or for which a copy thereof is attached.

5. From: _____    To: _____
The document was recorded in the United States Patent and Trademark Office at
Reel _____, Frame _____, or for which a copy thereof is attached.

6. From: _____    To: _____
The document was recorded in the United States Patent and Trademark Office at
Reel _____, Frame _____, or for which a copy thereof is attached.

☐ Additional documents in the chain of title are listed on a supplemental sheet(s).

[X] As required by 37 CFR 3.73(c)(1)(i), the documentary evidence of the chain of title from the original owner to the assignee was, or concurrently is being, submitted for recordation pursuant to 37 CFR 3.11.

[NOTE: A separate copy (i.e., a true copy of the original assignment document(s)) must be submitted to Assignment Division in accordance with 37 CFR Part 3, to record the assignment in the records of the USPTO. See MPEP 302.08]

The undersigned (whose title is supplied below) is authorized to act on behalf of the assignee.

| | |
|---|---|
| Signature | Date: February 9, 2015 |
| Printed or Typed Name: Zhengyu Feng, Ph.D. | Title or Registration Number: 66,816 |

[Page 2 of 2]

NS00000612

Doc Code: PA..
Document Description:  Power of Attorney

PTO/AIA/82A (07-13)
Approved for use through 11/30/2014, OMB 0651-0051
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# TRANSMITTAL FOR POWER OF ATTORNEY TO ONE OR MORE REGISTERED PRACTITIONERS

NOTE: This form is to be submitted with the Power of Attorney by Applicant form (PTO/AIA/82B) to identify the application to which the Power of Attorney is directed, in accordance with 37 CFR 1.5, unless the application number and filing date are identified in the Power of Attorney by Applicant form. If neither form PTO/AIA/82A nor form PTO/AIA82B identifies the application to which the Power of Attorney is directed, the Power of Attorney will not be recognized in the application.

| Application Number | 14/615,504 |
|---|---|
| Filing Date | February 6, 2015 |
| First Named Inventor | Naoki WATANABE |
| Title | ANTISENSE NUCLEIC ACIDS |
| Art Unit | Not Yet Assigned |
| Examiner Name | Not Yet Assigned |
| Attorney Docket Number | 209658-0001-01-US-518587 |

**SIGNATURE of Applicant or Patent Practitioner**

| Signature | | Date (Optional) | February 9, 2015 |
|---|---|---|---|
| Name | Zhengyu Feng, Ph.D. | Registration Number | 66,816 |
| Title (if Applicant is a juristic entity) | | | |
| Applicant Name (if Applicant is a juristic entity) | | | |

**NOTE:** This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4(d) for signature requirements and certifications. If more than one applicant, use multiple forms.

[✓] *Total of ___1___ forms are submitted.

This collection of information is required by 37 CFR 1.131, 1.32, and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

NS00000613

# POWER OF ATTORNEY

Each party signing this document hereby submits the following:

I/We am/are an Applicant in the application:

☐ Identified below.

☒ Identified in the attached transmittal letter (PTO/AIA/82A or equivalent).

(Note: check first box if Power of Attorney is specific to a single application; check second box if general Power of Attorney usable for multiple applications.)

I/We hereby revoke all previous powers of attorney in the identified application.

I/We hereby appoint Practitioners associated with Customer Number 055694 as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the identified application.

Please recognize or change the correspondence address for the identified application to the address associated with the above-identified Customer Number.

Identified Application Information (to the extent applicable/available):

| Application No.: | |
|---|---|
| Filing Date: | |
| First Named Inventor: | |
| Title: | |
| Art Unit: | |
| Examiner Name: | |
| Attorney Docket Number: | |

Note: If this section is left blank, then the instant Power of Attorney is for the application identified in any attached transmittal letter (PTO/AIA/82A or equivalent).

| SIGNATURE of Assignee/Applicant for Patent | | | |
|---|---|---|---|
| Signature | *Yoshiaki Shirouchi* | Date | June 11, 2014 |
| Name | Yoshiaki SHIROUCHI | Title | General Manager |
| Company Name and Address | NIPPON SHINYAKU CO., LTD. 14, Kisshoin Nishinosho Monguchicho, Minami-ku, Kyoto-shi, Kyoto 601-8650 Japan | | |

NOTE: Signature - this form must be signed by the Applicant or Applicant's representative in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications. A statement under 37 CFR 3.73(c) should be filed along with a copy of this form in the case where the identified application has more than one assignee. The statement under 37 CFR 3.73(c) may be completed by one of the practitioners appointed in this form, and must identify the application in which this Power of Attorney is to be filed.

ACTIVE/ 75636301.1

NS00000614

PTO/AIA/96 (08-12)
Approved for use through 01/31/2013. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## STATEMENT UNDER 37 CFR 3.73(c)

Applicant/Patent Owner:   NIPPON SHINYAKU CO., LTD.

Application No./Patent No.:  _____14/615,504_____    Filed/Issue Date:  ____February 6, 2015____

Titled:   ANTISENSE NUCLEIC ACIDS

_____NIPPON SHINYAKU CO., LTD._____ , a _____corporation_____
(Name of Assignee)                              (Type of Assignee, e.g., corporation, partnership, university, government agency, etc.)

states that, for the patent application/patent identified above, it is (choose **one** of options 1, 2, 3 or 4 below):

1. [ ]  The assignee of the entire right, title, and interest.

2. [ ]  An assignee of less than the entire right, title, and interest (check applicable box):

[ ]  The extent (by percentage) of its ownership interest is _____ %). Additional Statement(s) by the owners holding the balance of the interest must be submitted to account for 100% of the ownership interest.

[ ]  There are unspecified percentages of ownership. The other parties, including inventors, who together own the entire right, title and interest are:

_____

Additional Statement(s) by the owner(s) holding the balance of the interest must be submitted to account for the entire right, title, and interest.

3. [X]  The assignee of an undivided interest in the entirety (a complete assignment from one of the joint inventors was made). The other parties, including inventors, who together own the entire right, title, and interest are:

NATIONAL CENTER FOR NEUROLOGY AND PSYCHIATRY

Additional Statement(s) by the owner(s) holding the balance of the interest must be submitted to account for the entire right, title, and interest.

4. [ ]  The recipient, via a court proceeding or the like (e.g., bankruptcy, probate), of an undivided interest in the entirety (a complete transfer of ownership interest was made). The certified document(s) showing the transfer is attached.

The interest identified in option 1, 2 or 3 above (not option 4) is evidenced by either (choose **one** of options A or B below):

A. [X]  An assignment from the inventor(s) of the patent application/patent identified above. The assignment was recorded in the United States Patent and Trademark Office at Reel ____030185____ ,
Frame ____0302____ , or for which a copy thereof is attached.

B. [ ]  A chain of title from the inventor(s), of the patent application/patent identified above, to the current assignee as follows:

1. From: _____   To: _____
The document was recorded in the United States Patent and Trademark Office at
Reel _____ , Frame _____ , or for which a copy thereof is attached.

2. From: _____   To: _____
The document was recorded in the United States Patent and Trademark Office at
Reel _____ , Frame _____ , or for which a copy thereof is attached.

[Page 1 of 2]

78414646.1

NS00000615

PTO/AIA/96 (08-12)
Approved for use through 01/31/2013. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## STATEMENT UNDER 37 CFR 3.73(c)

3. From: _____  To: _____
The document was recorded in the United States Patent and Trademark Office at
Reel _____ , Frame _____ , or for which a copy thereof is attached.

4. From: _____  To: _____
The document was recorded in the United States Patent and Trademark Office at
Reel _____ , Frame _____ , or for which a copy thereof is attached.

5. From: _____  To: _____
The document was recorded in the United States Patent and Trademark Office at
Reel _____ , Frame _____ , or for which a copy thereof is attached.

6. From: _____  To: _____
The document was recorded in the United States Patent and Trademark Office at
Reel _____ , Frame _____ , or for which a copy thereof is attached.

☐ Additional documents in the chain of title are listed on a supplemental sheet(s).

[x] As required by 37 CFR 3.73(c)(1)(i), the documentary evidence of the chain of title from the original owner to the assignee was, or concurrently is being, submitted for recordation pursuant to 37 CFR 3.11.

[NOTE: A separate copy (i.e., a true copy of the original assignment document(s)) must be submitted to Assignment Division in accordance with 37 CFR Part 3, to record the assignment in the records of the USPTO. See MEPEP 302.08]

The undersigned (whose title is supplied below) is authorized to act on behalf of the assignee.

Signature _____        Date        February 9, 2015

Printed or Typed Name     Zhengyu Feng, Ph.D.        Title or Registration Number        66,816

[Page 2 of 2]

NS00000616

PTO/SB/06 (09-11)
Approved for use through 1/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD<br>Substitute for Form PTO-875 | Application or Docket Number<br>14/615,504 | Filing Date<br>02/06/2015 | ☐ To be Mailed |
|---|---|---|---|

ENTITY:  ☒ LARGE  ☐ SMALL  ☐ MICRO

### APPLICATION AS FILED – PART I

| | (Column 1) | (Column 2) | | |
|---|---|---|---|---|
| FOR | NUMBER FILED | NUMBER EXTRA | RATE ($) | FEE ($) |
| ☐ BASIC FEE<br>(37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | |
| ☐ SEARCH FEE<br>(37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | |
| ☐ EXAMINATION FEE<br>(37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | |
| TOTAL CLAIMS<br>(37 CFR 1.16(i)) | minus 20 = | * | X $ | = |
| INDEPENDENT CLAIMS<br>(37 CFR 1.16(h)) | minus 3 = | * | X $ | = |
| ☐ APPLICATION SIZE FEE<br>(37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | |

### APPLICATION AS AMENDED – PART II

| | | (Column 1) | (Column 2) | (Column 3) | | |
|---|---|---|---|---|---|---|
| **AMENDMENT** | **02/09/2015** | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
| | Total (37 CFR 1.16(i)) | * 12 | Minus | ** 20 | = 0 | x $80 = | 0 |
| | Independent (37 CFR 1.16(h)) | * 1 | Minus | *** 3 | = 0 | x $420 = | 0 |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | |
| | | | | | TOTAL ADD'L FEE | **0** |

| | | (Column 1) | (Column 2) | (Column 3) | | |
|---|---|---|---|---|---|---|
| **AMENDMENT** | | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
| | Total (37 CFR 1.16(i)) | * | Minus | ** | = | X $ | |
| | Independent (37 CFR 1.16(h)) | * | Minus | *** | = | X $ | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | |
| | | | | | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

LIE
/MARIA LOREDO/

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

NS00000617

```
============================================================
Sequence Listing was accepted.
If you need help call the Patent Electronic Business Center at (866)
217-9197 (toll free).
Reviewer: Saleem, Syed (ASRC)
Timestamp: [year=2015; month=2; day=17; hr=7; min=38; sec=5; ms=488; ]
============================================================
```

NS00000618

Validated By CRFValidator v 1.0.4

Application No:    14615504        Version No:        1.0

Input Set:

Output Set:

Started:    2015-02-13 15:24:23.297
Finished:   2015-02-13 15:24:24.690
Elapsed:    0 hr(s) 0 min(s) 1 sec(s) 393 ms
Total Warnings:    121
Total Errors:    0
No. of SeqIDs Defined:    123
Actual SeqID Count:    123

Error code        Error Description

W    213        Artificial or Unknown found in <213>  in SEQ ID (2)

W    213        Artificial or Unknown found in <213>  in SEQ ID (3)

W    213        Artificial or Unknown found in <213>  in SEQ ID (4)

W    213        Artificial or Unknown found in <213>  in SEQ ID (5)

W    213        Artificial or Unknown found in <213>  in SEQ ID (6)

W    213        Artificial or Unknown found in <213>  in SEQ ID (7)

W    213        Artificial or Unknown found in <213>  in SEQ ID (8)

W    213        Artificial or Unknown found in <213>  in SEQ ID (9)

W    213        Artificial or Unknown found in <213>  in SEQ ID (10)

W    213        Artificial or Unknown found in <213>  in SEQ ID (11)

W    213        Artificial or Unknown found in <213>  in SEQ ID (12)

W    213        Artificial or Unknown found in <213>  in SEQ ID (13)

W    213        Artificial or Unknown found in <213>  in SEQ ID (14)

W    213        Artificial or Unknown found in <213>  in SEQ ID (15)

W    213        Artificial or Unknown found in <213>  in SEQ ID (16)

W    213        Artificial or Unknown found in <213>  in SEQ ID (17)

W    213        Artificial or Unknown found in <213>  in SEQ ID (18)

W    213        Artificial or Unknown found in <213>  in SEQ ID (19)

W    213        Artificial or Unknown found in <213>  in SEQ ID (20)

W    213        Artificial or Unknown found in <213>  in SEQ ID (21)

NS00000619

**Input Set:**

**Output Set:**

| | |
|---|---|
| **Started:** | 2015-02-13 15:24:23.297 |
| **Finished:** | 2015-02-13 15:24:24.690 |
| **Elapsed:** | 0 hr(s) 0 min(s) 1 sec(s) 393 ms |
| **Total Warnings:** | 121 |
| **Total Errors:** | 0 |
| **No. of SeqIDs Defined:** | 123 |
| **Actual SeqID Count:** | 123 |

Error code        Error Description

This error has occured more than 20 times, will not be displayed

NS00000620

```
                        SEQUENCE LISTING


<110>  NIPPON SHINYAKU CO., LTD.
       NATIONAL CENTER OF NEUROLOGY AND PSYCHIATRY


<120>  ANTISENSE NUCLEIC ACID


<130>  209658-0001-01-US-518587
<140>  US 14/615,504
<141>  2015-02-06


<150>  US 13/819,520
<151>  2013-04-10


<150>  JP 2010-196032
<151>  2010-09-01


<160>  123


<170>  PatentIn version 3.5


<210>  1
<211>  212
<212>  DNA
<213>  Homo sapiens


<400>  1
ttgaaagaat tcagaatcag tgggatgaag tacaagaaca ccttcagaac cggaggcaac      60

agttgaatga aatgttaaag gattcaacac aatggctgga agctaaggaa gaagctgagc     120

aggtcttagg acaggccaga gccaagcttg agtcatggaa ggagggtccc tatacagtag     180

atgcaatcca aaagaaaatc acagaaacca ag                                   212



<210>  2
<211>  23
<212>  DNA
<213>  Artificial


<220>
<223>  Synthetic Nucleic Acid


<400>  2
ccggttctga aggtgttctt gta                                              23



<210>  3
<211>  24
<212>  DNA
<213>  Artificial


<220>
<223>  Synthetic Nucleic Acid


<400>  3
```

NS00000621

```
tccggttctg aaggtgttct tgta                                    24


<210>  4
<211>  25
<212>  DNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  4
ctccggttct gaaggtgttc ttgta                                   25


<210>  5
<211>  26
<212>  DNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  5
cctccggttc tgaaggtgtt cttgta                                  26


<210>  6
<211>  27
<212>  DNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  6
gcctccggtt ctgaaggtgt tcttgta                                 27


<210>  7
<211>  28
<212>  DNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  7
tgcctccggt tctgaaggtg ttcttgta                                28


<210>  8
<211>  22
<212>  DNA
<213>  Artificial

<220>
```

NS00000622

```
<223>  Synthetic Nucleic Acid

<400>  8
ccggttctga aggtgttctt gt                                        22


<210>  9
<211>  23
<212>  DNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  9
tccggttctg aaggtgttct tgt                                       23


<210>  10
<211>  24
<212>  DNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  10
ctccggttct gaaggtgttc ttgt                                      24


<210>  11
<211>  25
<212>  DNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  11
cctccggttc tgaaggtgtt cttgt                                     25


<210>  12
<211>  26
<212>  DNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  12
gcctccggtt ctgaaggtgt tcttgt                                    26


<210>  13
<211>  27
<212>  DNA
```

NS00000623

<210>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  13
tgcctccggt tctgaaggtg ttcttgt                                    27


<210>  14
<211>  21
<212>  DNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  14
ccggttctga aggtgttctt g                                          21


<210>  15
<211>  22
<212>  DNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  15
tccggttctg aaggtgttct tg                                         22


<210>  16
<211>  23
<212>  DNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  16
ctccggttct gaaggtgttc ttg                                        23


<210>  17
<211>  24
<212>  DNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  17
cctccggttc tgaaggtgtt cttg                                       24

NS00000624

```
<210>  18
<211>  25
<212>  DNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  18
gcctccggtt ctgaaggtgt tcttg                                      25


<210>  19
<211>  26
<212>  DNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  19
tgcctccggt tctgaaggtg ttcttg                                     26


<210>  20
<211>  20
<212>  DNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  20
ccggttctga aggtgttctt                                            20


<210>  21
<211>  21
<212>  DNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  21
tccggttctg aaggtgttct t                                          21


<210>  22
<211>  22
<212>  DNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  22
```

NS00000625

```
ctccggttct gaaggtgttc tt                                          22


<210>  23
<211>  23
<212>  DNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  23
cctccggttc tgaaggtgtt ctt                                          23


<210>  24
<211>  24
<212>  DNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  24
gcctccggtt ctgaaggtgt tctt                                         24


<210>  25
<211>  25
<212>  DNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  25
tgcctccggt tctgaaggtg ttctt                                        25


<210>  26
<211>  19
<212>  DNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  26
ccggttctga aggtgttct                                               19


<210>  27
<211>  20
<212>  DNA
<213>  Artificial

<220>
```

NS00000626

```
<223>  Synthetic Nucleic Acid

<400>  27
tccggttctg aaggtgttct                                              20


<210>  28
<211>  21
<212>  DNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  28
ctccggttct gaaggtgttc t                                            21


<210>  29
<211>  22
<212>  DNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  29
cctccggttc tgaaggtgtt ct                                           22


<210>  30
<211>  23
<212>  DNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  30
gcctccggtt ctgaaggtgt tct                                          23


<210>  31
<211>  24
<212>  DNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  31
tgcctccggt tctgaaggtg ttct                                         24


<210>  32
<211>  18
<212>  DNA
```

NS00000627

```
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  32
ccggttctga aggtgttc                                          18


<210>  33
<211>  19
<212>  DNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  33
tccggttctg aaggtgttc                                         19


<210>  34
<211>  20
<212>  DNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  34
ctccggttct gaaggtgttc                                        20


<210>  35
<211>  21
<212>  DNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  35
cctccggttc tgaaggtgtt c                                      21


<210>  36
<211>  22
<212>  DNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  36
gcctccggtt ctgaaggtgt tc                                     22
```

NS00000628

```
<210>  37
<211>  23
<212>  DNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  37
tgcctccggt tctgaaggtg ttc                                          23


<210>  38
<211>  31
<212>  DNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  38
cattcaactg ttgcctccgg ttctgaaggt g                                 31


<210>  39
<211>  30
<212>  DNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  39
ttgcctccgg ttctgaaggt gttcttgtac                                   30


<210>  40
<211>  21
<212>  DNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  40
aggatttgga acagaggcgt c                                            21


<210>  41
<211>  20
<212>  DNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  41
```

NS00000629

```
gtctgccact ggcggaggtc                                            20


<210>  42
<211>  20
<212>  DNA
<213>  Artificial


<220>
<223>  Synthetic Nucleic Acid


<400>  42
catcaagcag aaggcaacaa                                            20


<210>  43
<211>  20
<212>  DNA
<213>  Artificial


<220>
<223>  Synthetic Nucleic Acid


<400>  43
gaagtttcag ggccaagtca                                            20


<210>  44
<211>  963
<212>  DNA
<213>  Homo sapiens

<400>  44
atggagctac tgtcgccacc gctccgcgac gtagacctga cggcccccga cggctctctc    60

tgctcctttg ccacaacgga cgacttctat gacgaccgt gtttcgactc cccggacctg   120

cgcttcttcg aagacctgga cccgcgcctg atgcacgtgg gcgcgctcct gaaacccgaa   180

gagcactcgc acttccccgc ggcggtgcac ccggccccgg cgcacgtga ggacgagcat    240

gtgcgcgcgc ccagcgggca ccaccaggcg ggccgctgcc tactgtgggc ctgcaaggcg   300

tgcaagcgca agaccaccaa cgccgaccgc cgcaaggccg ccaccatgcg cgagcggcgc   360

cgcctgagca aagtaaatga ggcctttgag acactcaagc gctgcacgtc gagcaatcca   420

aaccagcggt tgcccaaggt ggagatcctg cgcaacgcca tccgctatat cgagggcctg   480

caggctctgc tgcgcgacca ggacgccgcg ccccctggcg ccgcagccgc cttctatgcg   540

ccgggcccgc tgccccgggg ccgcggcggc gagcactaca gcggcgactc cgacgcgtcc   600

agcccgcgct ccaactgctc cgacggcatg atggactaca gcggcccccc gagcggcgcc   660

cggcggcgga actgctacga aggcgcctac tacaacgagg cgcccagcga acccaggccc   720
```

```
gggaagagtg cggcggtgtc gagcctagac tgcctgtcca gcatcgtgga gcgcatctcc        780

accgagagcc ctgcggcgcc cgccctcctg ctggcggacg tgccttctga gtcgcctccg        840

cgcaggcaag aggctgccgc ccccagcgag ggagagagca gcggcgaccc cacccagtca        900

ccggacgccg ccccgcagtg ccctgcgggt gcgaacccca accgatata ccaggtgctc        960

tga                                                                     963


<210> 45
<211> 20
<212> DNA
<213> Artificial

<220>
<223> Synthetic Nucleic Acid

<400> 45
cgggcttgga cagaacttac                                                    20


<210> 46
<211> 20
<212> DNA
<213> Artificial

<220>
<223> Synthetic Nucleic Acid

<400> 46
tccttacggg tagcatcctg                                                    20


<210> 47
<211> 25
<212> DNA
<213> Artificial

<220>
<223> Synthetic DNA

<400> 47
ctgaaggtgt tcttgtactt catcc                                              25


<210> 48
<211> 19
<212> DNA
<213> Artificial

<220>
<223> Synthetic DNA

<400> 48
tgttgagaaa tggcggcgt                                                     19
```

NS00000631

```
<210>  49
<211>  31
<212>  RNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  49
cauucaacug uugccuccgg uucugaaggu g                                31


<210>  50
<211>  25
<212>  RNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  50
ucccacugau ucugaauucu uucaa                                       25


<210>  51
<211>  25
<212>  RNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  51
cuucauccca cugauucuga auucu                                       25


<210>  52
<211>  25
<212>  RNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  52
uuguacuuca ucccacugau ucuga                                       25


<210>  53
<211>  25
<212>  RNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid
```

NS00000632

```
<400>  53
uguucuugua cuucauccca cugau                                        25


<210>  54
<211>  25
<212>  RNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  54
gaagguguuc uuguacuuca uccca                                        25


<210>  55
<211>  25
<212>  RNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  55
guucugaagg uguucuugua cuuca                                        25


<210>  56
<211>  25
<212>  RNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  56
cuccgguucu gaagguguuc uugua                                        25


<210>  57
<211>  25
<212>  RNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  57
guugccuccg guucugaagg uguuc                                        25


<210>  58
<211>  25
<212>  RNA
<213>  Artificial
```

```
<220>
<223>  Synthetic Nucleic Acid

<400>  58
caacuguugc cuccgguucu gaagg                                    25


<210>  59
<211>  25
<212>  RNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  59
ucauucaacu guugccuccg guucu                                    25


<210>  60
<211>  25
<212>  RNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  60
acauuucauu caacuguugc cuccg                                    25


<210>  61
<211>  25
<212>  RNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  61
cuuuaacauu ucauucaacu guugc                                    25


<210>  62
<211>  25
<212>  RNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  62
gaauccuuua acauuucauu caacu                                    25


<210>  63
```

NS00000634

```
<211>  25
<212>  RNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  63
guguugaauc cuuuaacauu ucauu                                      25


<210>  64
<211>  25
<212>  RNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  64
ccauuguguu gaauccuuua acauu                                      25


<210>  65
<211>  25
<212>  RNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  65
uccagccauu guguugaauc cuuua                                      25


<210>  66
<211>  25
<212>  RNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  66
uagcuuccag ccauuguguu gaauc                                      25


<210>  67
<211>  25
<212>  RNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  67
uuccuuagcu uccagccauu guguu                                      25
```

NS00000635

```
<210>  68
<211>  25
<212>  RNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  68
gcuucuuccu uagcuuccag ccauu                                        25


<210>  69
<211>  25
<212>  DNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  69
gcucagcuuc uuccuuagcu uccag                                        25


<210>  70
<211>  25
<212>  RNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  70
gaccugcuca gcuucuuccu uagcu                                        25


<210>  71
<211>  25
<212>  RNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  71
ccuaagaccu gcucagcuuc uuccu                                        25


<210>  72
<211>  25
<212>  RNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid
```

NS00000636

<400> 72
ccuguccuaa gaccugcuca gcuuc                                      25


<210> 73
<211> 25
<212> RNA
<213> Artificial

<220>
<223> Synthetic Nucleic Acid

<400> 73
ucuggccugu ccuaagaccu gcuca                                      25


<210> 74
<211> 25
<212> RNA
<213> Artificial

<220>
<223> Synthetic Nucleic Acid

<400> 74
uuggcucugg ccuguccuaa gaccu                                      25


<210> 75
<211> 25
<212> RNA
<213> Artificial

<220>
<223> Synthetic Nucleic Acid

<400> 75
caagcuuggc ucuggccugu ccuaa                                      25


<210> 76
<211> 25
<212> RNA
<213> Artificial

<220>
<223> Synthetic Nucleic Acid

<400> 76
ugacucaagc uuggcucugg ccugu                                      25


<210> 77
<211> 25
<212> RNA
<213> Artificial

```
<220>
<223>  Synthetic Nucleic Acid

<400>  77
uuccaugacu caagcuuggc ucugg                                         25


<210>  78
<211>  25
<212>  RNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  78
ccuccuucca ugacucaagc uuggc                                         25


<210>  79
<211>  25
<212>  RNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  79
gggacccucc uuccaugacu caagc                                         25


<210>  80
<211>  25
<212>  RNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  80
guauagggac ccuccuucca ugacu                                         25


<210>  81
<211>  25
<212>  RNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  81
cuacuguaua gggacccucc uucca                                         25


<210>  82
```

NS00000638

```
<211>  25
<212>  RNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  82
ugcaucuacu guauagggac ccucc                                    25


<210>  83
<211>  25
<212>  RNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  83
uggauugcau cuacuguaua gggac                                    25


<210>  84
<211>  25
<212>  RNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  84
ucuuuuggau ugcaucuacu guaua                                    25


<210>  85
<211>  25
<212>  RNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  85
gauuuucuuu uggauugcau cuacu                                    25


<210>  86
<211>  25
<212>  RNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  86
ucugugauuu ucuuuuggau ugcau                                    25
```

NS00000639

```
<210>  87
<211>  25
<212>  RNA
<213>
```

NS00000640

## PATENT APPLICATION FEE DETERMINATION RECORD
Substitute for Form PTO-875

Application or Docket Number
14/615,504

### APPLICATION AS FILED - PART I

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | SMALL ENTITY RATE($) | FEE($) | OR | OTHER THAN SMALL ENTITY RATE($) | FEE($) |
|---|---|---|---|---|---|---|---|
| BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | | | N/A | 280 |
| SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | | | N/A | 600 |
| EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | | | N/A | 720 |
| TOTAL CLAIMS (37 CFR 1.16(i)) | 12 minus 20= | * | | | OR | x 80 = | 0.00 |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | 1 minus 3 = | | | | | x 420 = | 0.00 |
| APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | | | 0.00 |
| MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | | | | 0.00 |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | | | TOTAL | 1600 |

### APPLICATION AS AMENDED - PART II

| | | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE($) | ADDITIONAL FEE($) | OR | OTHER THAN SMALL ENTITY RATE($) | ADDITIONAL FEE($) |
|---|---|---|---|---|---|---|---|---|---|
| AMENDMENT A | Total (37 CFR 1.16(i)) | * | Minus ** | = | x = | | OR | x = | |
| | Independent (37 CFR 1.16(h)) | * | Minus *** | = | x = | | OR | x = | |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | OR | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

| | | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE($) | ADDITIONAL FEE($) | OR | OTHER THAN SMALL ENTITY RATE($) | ADDITIONAL FEE($) |
|---|---|---|---|---|---|---|---|---|---|
| AMENDMENT B | Total (37 CFR 1.16(i)) | * | Minus ** | = | x = | | OR | x = | |
| | Independent (37 CFR 1.16(h)) | * | Minus *** | = | x = | | OR | x = | |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | OR | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest found in the appropriate box in column 1.

NS00000641

 **UNITED STATES PATENT AND TRADEMARK OFFICE**

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 14/615,504 | 02/06/2015 | Naoki WATANABE | 209658-0001-01-US-518587 |

CONFIRMATION NO. 2704

55694
DRINKER BIDDLE & REATH (DC)
1500 K STREET, N.W.
SUITE 1100
WASHINGTON, DC 20005-1209

**FORMALITIES LETTER**

*OC000000073525240*

Date Mailed: 02/23/2015

## NOTICE TO FILE CORRECTED APPLICATION PAPERS

### *Filing Date Granted*

An application number and filing date have been accorded to this application. The application is informal since it does not comply with the regulations for the reason(s) indicated below. Applicant is given TWO MONTHS from the date of this Notice within which to correct the informalities indicated below. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a).

The required item(s) identified below must be timely submitted to avoid abandonment:

- Replacement drawings in compliance with 37 CFR 1.84 and 37 CFR 1.121(d) are required. The drawings submitted are not acceptable because:
  - The drawings are not in compliance with 37 CFR 1.84 because figures 18, 19 contain figure or view numbers that have incorrect orientation. Reference characters, sheet numbers, and view numbers must be oriented in the same direction as the view. See 37 CFR 1.84(p)(1).

Applicant is cautioned that correction of the above items may cause the specification and drawings page count to exceed 100 pages. If the specification and drawings exceed 100 pages, applicant will need to submit the required application size fee.

page 1 of 2

NS00000642

Replies must be received in the USPTO within the set time period or must include a proper Certificate of Mailing or Transmission under 37 CFR 1.8 with a mailing or transmission date within the set time period. For more information and a suggested format, see Form PTO/SB/92 and MPEP 512.

Replies should be mailed to:

Mail Stop Missing Parts
Commissioner for Patents
P.O. Box 1450
Alexandria VA 22313-1450

Registered users of EFS-Web may alternatively submit their reply to this notice via EFS-Web, including a copy of this Notice and selecting the document description "Applicant response to Pre-Exam Formalities Notice". https://sportal.uspto.gov/authenticate/AuthenticateUserLocalEPF.html

For more information about EFS-Web please call the USPTO Electronic Business Center at **1-866-217-9197** or visit our website at http://www.uspto.gov/ebc.

If you are not using EFS-Web to submit your reply, you must include a copy of this notice.

/bto/

_____

Office of Data Management, Application Assistance Unit (571) 272-4000, or (571) 272-4200, or 1-888-786-0101

NS00000643



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 14/615,504 | 02/06/2015 | Naoki WATANABE | 209658-0001-01-US-518587 |

**CONFIRMATION NO. 2704**

55694
DRINKER BIDDLE & REATH (DC)
1500 K STREET, N.W.
SUITE 1100
WASHINGTON, DC 20005-1209

**IMPROPER CFR REQUEST**


*OC000000073522460*

Date Mailed: 02/23/2015

## RESPONSE TO REQUEST FOR CORRECTED FILING RECEIPT

### *Continuity, Priority Claims, Petitions, and Non-Publication Requests*

In response to your request for a corrected Filing Receipt, the Office is unable to comply with your request because:

### Improper Priority Claim(s) to Prior-Filed Foreign Application(s)

The instant application was not filed within twelve (12) months from the filing date of the prior-filed foreign application, and there is no benefit claim to an intermediate nonprovisional or international application designating the United States filed within 12 months of the filing date of the foreign application. Applicant should review each priority claim submitted and, if appropriate, provide the proper reference to any intermediate application filed within 12 months of the filing date of the foreign application in compliance with 37 CFR 1.78, or delete the priority claim. For applications filed on or after September 16, 2012, applicant must submit a corrected application data sheet (ADS) to include a specific reference.

Alternatively, if the instant application (or intermediate application) was filed within 14 months of the prior foreign application, applicant may file a petition (in the instant application) to restore the right of priority if the delay in filing the application within the 12 month time period was unintentional. See 37 CFR 1.55 for the requirements of a petition to restore the right of priority.

For applications filed on or after September 16, 2012, applicant must submit a corrected application data sheet (ADS) to include a foreign priority claim.

**Timeliness:** The required reference for the benefit claim to an intermediate nonprovisional or international application designating the United States must be filed during the pendency of the instant application and within the later of: (1) four months from the actual filing date of the instant application, or the national stage commencement date if the instant application is a national stage application under 35 U.S.C. 371; or (2) sixteen months from the filing date of the prior-filed application. Failure to timely file the required reference is considered a waiver of any benefit claim, unless a grantable petition to accept an unintentionally delayed claim under 37 CFR 1.78, the petition fee set forth in 37 CFR 1.17(m), and the required reference are filed.

### Prior-Filed Nonprovisional Application has been Improperly Indicated as a National Stage (35 U.S.C. 371) Application

Applicant submitted a benefit claim to a prior-filed nonprovisional application and improperly indicated that the prior-filed application is a national stage application under 35 U.S.C. 371. The Office's records show that the prior-filed application is an application filed under 35 U.S.C. 111(a). The Office has entered the benefit claim

page 1 of 2

NS00000644

to the prior-filed application as a benefit claim to an application filed under 35 U.S.C. 111(a). Any request for a corrected filing receipt to include the indication that the prior-filed application is a national stage application will not be granted unless applicant supplies evidence that the prior application was in fact a national stage application. Accordingly, applicant should not submit such request without such evidence. Applicant should submit a corrected application data sheet (ADS) to delete the indication that the prior-filed application is a national stage application.

/bto/

_____

Office of Data Management, Application Assistance Unit (571) 272-4000, or (571) 272-4200, or 1-888-786-0101

NS00000645



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 14/615,504 | 02/06/2015 | 1674 | 1600 | 209658-0001-01-US-518587 | 12 | 1 |

**CONFIRMATION NO. 2704**

55694
DRINKER BIDDLE & REATH (DC)
1500 K STREET, N.W.
SUITE 1100
WASHINGTON, DC 20005-1209

**FILING RECEIPT**

*OC000000073525239*

Date Mailed: 02/23/2015

Receipt is acknowledged of this non-provisional patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please submit a written request for a Filing Receipt Correction. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections**

**Inventor(s)**

Naoki WATANABE, Tsukuba-shi, JAPAN;
Youhei SATOU, Tsukuba-shi, JAPAN;
Shin'ichi TAKEDA, Tokyo, JAPAN;
Tetsuya NAGATA, Tokyo, JAPAN;

**Applicant(s)**

NIPPON SHINYAKU CO., LTD., Kyoto-shi, JAPAN
NATIONAL CENTER OF NEUROLOGY AND PSYCHIATRY, Tokyo, JAPAN

**Assignment For Published Patent Application**

NIPPON SHINYAKU CO., LTD., Kyoto-shi, JP
NATIONAL CENTER OF NEUROLOGY AND PSYCHIATRY, Tokyo, JAPAN

**Power of Attorney:** The patent practitioners associated with Customer Number 055694

**Domestic Priority data as claimed by applicant**

This application is a CON of 13/891,520 05/10/2013 *
(*)Data provided by applicant is not consistent with PTO records.

**Foreign Applications** for which priority is claimed (You may be eligible to benefit from the **Patent Prosecution Highway** program at the USPTO. Please see http://www.uspto.gov for more information.) - None. *Foreign application information must be provided in an Application Data Sheet in order to constitute a claim to foreign priority. See 37 CFR 1.55 and 1.76.*

Permission to Access - A proper **Authorization to Permit Access to Application by Participating Offices** (PTO/SB/39 or its equivalent) has been received by the USPTO.

page 1 of 3

**If Required, Foreign Filing License Granted:** 02/20/2015

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 14/615,504**

**Projected Publication Date:** To Be Determined - pending completion of Corrected Papers

**Non-Publication Request:** No

**Early Publication Request:** No
**Title**

   ANTISENSE NUCLEIC ACIDS

**Preliminary Class**

   536

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:** No

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4258).

NS00000647

# LICENSE FOR FOREIGN FILING UNDER

## Title 35, United States Code, Section 184

## Title 37, Code of Federal Regulations, 5.11 & 5.15

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

**NOT GRANTED**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

---

## *SelectUSA*

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The U.S. offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to promote and facilitate business investment. SelectUSA provides information assistance to the international investor community; serves as an ombudsman for existing and potential investors; advocates on behalf of U.S. cities, states, and regions competing for global investment; and counsels U.S. economic development organizations on investment attraction best practices. To learn more about why the United States is the best country in the world to develop technology, manufacture products, deliver services, and grow your business, visit http://www.SelectUSA.gov or call +1-202-482-6800.

NS00000648



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 14/615,504 | 02/06/2015 | Naoki WATANABE | 209658-0001-01-US-518587 |

CONFIRMATION NO. 2704

55694
DRINKER BIDDLE & REATH (DC)
1500 K STREET, N.W.
SUITE 1100
WASHINGTON, DC 20005-1209

FORMALITIES LETTER

RECEIVED BY DOCKETING ║║║║║║║║║║║║║║║║║║║║║║║║║
OC000000073525240

FEB 23 2015

Date Mailed: 02/23/2015

DRINKER BIDDLE & REATH LLP

## NOTICE TO FILE CORRECTED APPLICATION PAPERS

### *Filing Date Granted*

An application number and filing date have been accorded to this application. The application is informal since it does not comply with the regulations for the reason(s) indicated below. Applicant is given TWO MONTHS from the date of this Notice within which to correct the informalities indicated below. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a).

The required item(s) identified below must be timely submitted to avoid abandonment:

- Replacement drawings in compliance with 37 CFR 1.84 and 37 CFR 1.121(d) are required. The drawings submitted are not acceptable because:
  - The drawings are not in compliance with 37 CFR 1.84 because figures 18, 19 contain figure or view numbers that have incorrect orientation. Reference characters, sheet numbers, and view numbers must be oriented in the same direction as the view. See 37 CFR 1.84(p)(1).

Applicant is cautioned that correction of the above items may cause the specification and drawings page count to exceed 100 pages. If the specification and drawings exceed 100 pages, applicant will need to submit the required application size fee.

page 1 of 2



DOCKETED
BY Z DATE 2/23/15

NS00000649

Replies must be received in the USPTO within the set time period or must include a proper Certificate of Mailing or Transmission under 37 CFR 1.8 with a mailing or transmission date within the set time period. For more information and a suggested format, see Form PTO/SB/92 and MPEP 512.

Replies should be mailed to:

Mail Stop Missing Parts
Commissioner for Patents
P.O. Box 1450
Alexandria VA 22313-1450

Registered users of EFS-Web may alternatively submit their reply to this notice via EFS-Web, including a copy of this Notice and selecting the document description "Applicant response to Pre-Exam Formalities Notice". https://sportal.uspto.gov/authenticate/AuthenticateUserLocalEPF.html

For more information about EFS-Web please call the USPTO Electronic Business Center at **1-866-217-9197** or visit our website at http://www.uspto.gov/ebc.

   If you are not using EFS-Web to submit your reply, you must include a copy of this notice.


   /bto/

Office of Data Management, Application Assistance Unit (571) 272-4000, or (571) 272-4200, or 1-888-786-0101

page 2 of 2

NS00000650

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 21652602 |
| **Application Number:** | 14615504 |
| **International Application Number:** | |
| **Confirmation Number:** | 2704 |
| **Title of Invention:** | ANTISENSE NUCLEIC ACIDS |
| **First Named Inventor/Applicant Name:** | Naoki WATANABE |
| **Customer Number:** | 55694 |
| **Filer:** | Zhengyu Feng/Moira Kelly |
| **Filer Authorized By:** | Zhengyu Feng |
| **Attorney Docket Number:** | 209658-0001-01-US-518587 |
| **Receipt Date:** | 03-MAR-2015 |
| **Filing Date:** | 06-FEB-2015 |
| **Time Stamp:** | 13:36:28 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 209658_0001_01_518587_Submission_Corrected_ADS.pdf | 893556<br>6cf9f0f93cc5f7ab28921addaeb50cf5630b4c00 | yes | 13 |

NS00000651

| Multipart Description/PDF files in .zip description | | |
|---|---|---|
| **Document Description** | **Start** | **End** |
| Transmittal Letter | 1 | 2 |
| Application Data Sheet | 3 | 11 |
| Applicant Response to Pre-Exam Formalities Notice | 12 | 13 |

| Warnings: | | | |
|---|---|---|---|
| Information: | | | |

| 2 | | 209658_0001_01_518587_Submission_Replacement_Dwgs.pdf | 195092<br>9b1c8e920c13f00535d0e514c58a053c6e06a8eb | yes | 6 |
|---|---|---|---|---|---|

| Multipart Description/PDF files in .zip description | | |
|---|---|---|
| **Document Description** | **Start** | **End** |
| Transmittal Letter | 1 | 2 |
| Drawings-only black and white line drawings | 3 | 4 |
| Applicant Response to Pre-Exam Formalities Notice | 5 | 6 |

| Warnings: | |
|---|---|
| Information: | |
| **Total Files Size (in bytes):** | 1088648 |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**

**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**

**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

NS00000652

Docket No.: 209658-0001-01-US-518587
(PATENT)

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of:
Naoki WATANABE et al.

| | |
|---|---|
| Application No.: 14/615,504 | Confirmation No.: 2704 |
| Filed: February 6, 2015 | Art Unit: N/A |
| For:  ANTISENSE NUCLEIC ACIDS | Examiner: Not Yet Assigned |

## RESPONSE TO RESPONSE TO REQUEST FOR CORRECTED FILING RECEIPT
## &
## SUBMISSION OF A CORRECTED APPLICATION DATA SHEET

Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Dear Madam:

In response to the Response to Request for Corrected Filing Receipt mailed February 23, 2015, Applicants hereby submitted a corrected Application Data Sheet (ADS). The corrected ADS is submitted herewith to correct a typographical error as to the application number of the parent application: the present application claims benefit from U.S. Serial No. 13/*819*,520, but not 13/*891*,520. U.S. Serial No. 13/819,520 is a national stage application of PCT/JP2011/070318, under 35 U.S.C. § 371. Applicants believe that the corrected ADS at least addresses the alleged deficiency stated in the Response to Request for Corrected Filing Receipt mailed February 23rd. No prohibited new matter is believed to be introduced by the submission. No fee is believed to be required for the submission. Applicants further request a corrected filing receipt given the present submission.

78906267. 1

NS00000653

Application No. 14/615,504

Docket No.: 209658-0001-01-US-518587

Page 2

   The Director is hereby authorized to charge any deficiency in the fees filed, asserted to be filed or which should have been filed herewith (or with any paper hereafter filed in this application by this firm) to our Deposit Account No. 50-0573, under Order No. 209658-0001-01-US-518587.

Dated: March 3, 2015

Respectfully submitted,

By _____

Zhengyu Feng, Ph.D.
Registration No.: 66,816
DRINKER BIDDLE & REATH LLP
1500 K Street, N.W.
Suite 1100
Washington, DC 20005-1209
202.230.5119 (Phone)
202.842.8465 (Fax)
Attorneys/Agents For Applicant

78906267.1

NS00000654

PTO/AIA/14 (12-13)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 209658-0001-01-US-518587 |
|---|---|---|
| | Application Number | 14/615,504 |
| Title of Invention | ANTISENSE NUCLEIC ACIDS | |

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76.
This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2 (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

## Inventor Information:

Inventor    1                                                           [Remove]
Legal Name

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Naoki | | WATANABE | |

Residence Information (Select One)  ○ US Residency   ● Non US Residency   ○ Active US Military Service

| City | Tsukuba-shi, Ibaraki | Country of Residence i | JP |
|---|---|---|---|

Mailing Address of Inventor:

| Address 1 | Room 402, Ruvio II, 21-3, Sakura 1-chome | | |
|---|---|---|---|
| Address 2 | | | |
| City | Tsukuba-shi, Ibaraki | State/Province | |
| Postal Code | 305-0003 | Country i | JP |

Inventor    2                                                           [Remove]
Legal Name

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Youhei | | SATOU | |

Residence Information (Select One)  ○ US Residency   ● Non US Residency   ○ Active US Military Service

| City | Tsukuba-shi, Ibaraki | Country of Residence i | JP |
|---|---|---|---|

Mailing Address of Inventor:

| Address 1 | Room 402, Ruvio II, 21-3, Sakura 1-chome | | |
|---|---|---|---|
| Address 2 | | | |
| City | Tsukuba-shi, Ibaraki | State/Province | |
| Postal Code | 305-0003 | Country i | JP |

Inventor    3                                                           [Remove]
Legal Name

EFS Web 2.2.11

NS00000655

PTO/AIA/14 (12-13)
Approved for use through 04/30/2017.  OMB 0651-0032
U.S. Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 209658-0001-01-US-518587 |
| | Application Number | 14/615,504 |
| Title of Invention | ANTISENSE NUCLEIC ACIDS | |

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|--------|-----------|-------------|-------------|--------|
| | Shin'ichi | | TAKEDA | |

**Residence Information (Select One)** ○ US Residency  ⦿ Non US Residency  ○ Active US Military Service

| City | Kodaira-shi, Tokyo | Country of Residence [i] | | JP |
|------|-------------------|--------------------------|--|-----|

**Mailing Address of Inventor:**

| Address 1 | c/o National Center of Neurology and Psychiatry |
|-----------|------------------------------------------------|
| Address 2 | 1-1, Ogawahigashicho 4-chome |

| City | Kodaira-shi, Tokyo | State/Province | |
|------|-------------------|----------------|--|
| Postal Code | 187-8551 | Country [i] | JP |

Inventor    4                                                                    [Remove]
Legal Name

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|--------|-----------|-------------|-------------|--------|
| | Tetsuya | | NAGATA | |

**Residence Information (Select One)** ○ US Residency  ⦿ Non US Residency  ○ Active US Military Service

| City | Kodaira-shi, Tokyo | Country of Residence [i] | | JP |
|------|-------------------|--------------------------|--|-----|

**Mailing Address of Inventor:**

| Address 1 | c/o National Center of Neurology and Psychiatry |
|-----------|------------------------------------------------|
| Address 2 | 1-1, Ogawahigashicho 4-chome |

| City | Kodaira-shi, Tokyo | State/Province | |
|------|-------------------|----------------|--|
| Postal Code | 187-8551 | Country [i] | JP |

All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the **Add** button.                [Add]

## Correspondence Information:

Enter either Customer Number or complete the Correspondence Information section below.
For further information see 37 CFR 1.33(a).

☐ An Address is being provided for the correspondence Information of this application.

| Customer Number | 055694 | | |
|-----------------|--------|--|--|
| Email Address | DBRIPDocket@dbr.com | [Add Email] | [Remove Email] |

EFS Web 3.0.11

NS00000656

PTO/AIA/14 (12-13)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 209658-0001-01-US-518587 |
| | Application Number | 14/615,504 |

| Title of Invention | ANTISENSE NUCLEIC ACIDS |

## Application Information:

| **Title of the Invention** | ANTISENSE NUCLEIC ACIDS | | |
| **Attorney Docket Number** | 209658-0001-01-US-518587 | **Small Entity Status Claimed** | ☐ |
| **Application Type** | Nonprovisional | | |
| **Subject Matter** | Utility | | |
| **Total Number of Drawing Sheets (if any)** | 19 | **Suggested Figure for Publication (if any)** | |

### Filing By Reference :

Only complete this section when filing an application by reference under 35 U.S.C. 111(c) and 37 CFR 1.57(a). Do not complete this section if application papers including a specification and any drawings are being filed. Any domestic benefit or foreign priority information must be provided in the appropriate section(s) below (i.e., "Domestic Benefit/National Stage Information" and "Foreign Priority information").

For the purposes of a filing date under 37 CFR 1.53(b), the description and any drawings of the present application are replaced by this reference to the previously filed application, subject to conditions and requirements of 37 CFR 1.57(a).

| Application number of the previously filed application | Filing date (YYYY-MM-DD) | Intellectual Property Authority or Country |
| | | |

## Publication Information:

☐ Request Early Publication (Fee required at time of Request 37 CFR 1.219)

☐ **Request Not to Publish.** I hereby request that the attached application not be published under 35 U.S.C. 122(b) and certify that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing.

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32).
Either enter Customer Number or complete the Representative Name section below. If both sections are completed the customer Number will be used for the Representative Information during processing.

| Please Select One: | ◉ Customer Number | ○ US Patent Practitioner | ○ Limited Recognition (37 CFR 11.9) |
| Customer Number | 055694 | | |

EFS Web 2.2.11

NS00000657

PTO/AIA/14 (12-13)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 209658-0001-01-US-518587 |
|---|---|---|
| | Application Number | 14/615,504 |
| Title of Invention | ANTISENSE NUCLEIC ACIDS | |

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, or 365(c) or indicate National Stage entry from a PCT application. Providing this information in the application data sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78.
When referring to the current application, please leave the application number blank.

| Prior Application Status | Pending | | Remove | |
|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | |
| | Continuation of | ~~13891520~~13819520 | 2013-04-10 | |
| Prior Application Status | Expired | | Remove | |
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | |
| ~~13891520~~13819520 | a 371 of international | PCT/JP2011/070318 | 2011-08-31 | |

Additional Domestic Benefit/National Stage Data may be generated within this form by selecting the **Add** button.

## Foreign Priority Information:

This section allows for the applicant to claim priority to a foreign application. Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55(d). When priority is claimed to a foreign application that is eligible for retrieval under the priority document exchange program (PDX)[i] the information will be used by the Office to automatically attempt retrieval pursuant to 37 CFR 1.55(h)(1) and (2). Under the PDX program, applicant bears the ultimate responsibility for ensuring that a copy of the foreign application is received by the Office from the participating foreign intellectual property office, or a certified copy of the foreign priority application is filed, within the time period specified in 37 CFR 1.55(g)(1).

| | | | Remove | |
|---|---|---|---|---|
| Application Number | Country[i] | Filing Date (YYYY-MM-DD) | Access Code[i] (if applicable) | |
| 2010-196032 | JP | 2010-09-01 | | |

Additional Foreign Priority Data may be generated within this form by selecting the **Add** button.

NS00000658

PTO/AIA/14 (12-13)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 209658-0001-01-US-518587 |
| | Application Number | 14/615,504 |
| Title of Invention | ANTISENSE NUCLEIC ACIDS | |

## Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications

☐ This application (1) claims priority to or the benefit of an application filed before March 16, 2013 and (2) also contains, or contained at any time, a claim to a claimed invention that has an effective filing date on or after March 16, 2013.
NOTE: By providing this statement under 37 CFR 1.55 or 1.78, this application, with a filing date on or after March 16, 2013, will be examined under the first inventor to file provisions of the AIA.

## Authorization to Permit Access:

☒ Authorization to Permit Access to the Instant Application by the Participating Offices

If checked, the undersigned hereby grants the USPTO authority to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the World Intellectual Property Office (WIPO), and any other intellectual property offices in which a foreign application claiming priority to the instant patent application is filed access to the instant patent application. See 37 CFR 1.14(c) and (h). This box should not be checked if the applicant does not wish the EPO, JPO, KIPO, WIPO, or other intellectual property office in which a foreign application claiming priority to the instant patent application is filed to have access to the instant patent application.

In accordance with 37 CFR 1.14(h)(3), access will be provided to a copy of the instant patent application with respect to: 1) the instant patent application-as-filed; 2) any foreign application to which the instant patent application claims priority under 35 U.S.C. 119(a)-(d) if a copy of the foreign application that satisfies the certified copy requirement of 37 CFR 1.55 has been filed in the instant patent application; and 3) any U.S. application-as-filed from which benefit is sought in the instant patent application.

In accordance with 37 CFR 1.14(c), access may be provided to information concerning the date o f filing this Authorization.

## Applicant Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

EFS Web 2.2.11

NS00000659

PTO/AIA/14 (12-13)
Approved for use through 04/30/2017.  OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 209658-0001-01-US-518587 |
|---|---|---|
| | Application Number | 14/615,504 |

| Title of Invention | ANTISENSE NUCLEIC ACIDS |
|---|---|

## Applicant    1

If the applicant is the inventor (or the remaining joint inventor or inventors under 37 CFR 1.45), this section should not be completed. The information to be provided in this section is the name and address of the legal representative who is the applicant under 37 CFR 1.43; or the name and address of the assignee, person to whom the inventor is under an obligation to assign the invention, or person who otherwise shows sufficient proprietary interest in the matter who is the applicant under 37 CFR 1.46. If the applicant is an applicant under 37 CFR 1.46 (assignee, person to whom the inventor is obligated to assign, or person who otherwise shows sufficient proprietary interest) together with one or more joint inventors, then the joint inventor or inventors who are also the applicant should be identified in this section.

[ Clear ]

| ⦿ Assignee | ◯ Legal Representative under  35 U.S.C. 117 | ◯ Joint Inventor |
|---|---|---|
| ◯ Person to whom the inventor is obligated to assign. | | ◯ Person who shows sufficient proprietary interest |

If applicant is the legal representative, indicate the authority to file the patent application, the inventor is:

Name of the Deceased or Legally Incapacitated Inventor :

If the Applicant is an Organization check here.   ☒

| Organization Name | NIPPON SHINYAKU CO., LTD. |
|---|---|

**Mailing Address Information For Applicant:**

| Address 1 | 14, Kisshoin Nishinosho Monguchicho, Minami-ku | |
|---|---|---|
| Address 2 | | |
| **City** | Kyoto-shi, Kyoto | **State/Province** |
| **Country** | JP | Postal Code | 601-8550 |
| Phone Number | | Fax Number |
| Email Address | | |

Additional Applicant Data may be generated within this form by selecting the Add button.

## Applicant    2

If the applicant is the inventor (or the remaining joint inventor or inventors under 37 CFR 1.45), this section should not be completed. The information to be provided in this section is the name and address of the legal representative who is the applicant under 37 CFR 1.43; or the name and address of the assignee, person to whom the inventor is under an obligation to assign the invention, or person who otherwise shows sufficient proprietary interest in the matter who is the applicant under 37 CFR 1.46. If the applicant is an applicant under 37 CFR 1.46 (assignee, person to whom the inventor is obligated to assign, or person who otherwise shows sufficient proprietary interest) together with one or more joint inventors, then the joint inventor or inventors who are also the applicant should be identified in this section.

[ Clear ]

| ⦿ Assignee | ◯ Legal Representative under  35 U.S.C. 117 | ◯ Joint Inventor |
|---|---|---|
| ◯ Person to whom the inventor is obligated to assign. | | ◯ Person who shows sufficient proprietary interest |

If applicant is the legal representative, indicate the authority to file the patent application, the inventor is:

Name of the Deceased or Legally Incapacitated Inventor :

EFS Web 2.2.11

NS00000660

PTO/AIA/14 (12-13)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 209658-0001-01-US-518587 |
|---|---|---|
| | Application Number | 14/615,504 |
| Title of Invention | ANTISENSE NUCLEIC ACIDS | |

| If the Applicant is an Organization check here. | ☒ | |
|---|---|---|
| Organization Name | NATIONAL CENTER OF NEUROLOGY AND PSYCHIATRY | |

**Mailing Address Information For Applicant:**

| **Address 1** | 1-1, Ogawahigashicho 4-chome | | |
|---|---|---|---|
| **Address 2** | | | |
| **City** | Kodaira-shi, Tokyo | **State/Province** | |
| **Country** | JP | Postal Code | 187-8551 |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Applicant Data may be generated within this form by selecting the Add button.

## Assignee Information including Non-Applicant Assignee Information:

Providing assignment information in this section does not subsitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

| **Assignee    1** |
|---|

Complete this section if assignee information, including non-applicant assignee information, is desired to be included on the patent application publication . An assignee-applicant identified in the "Applicant Information" section will appear on the patent application publication as an applicant. For an assignee-applicant, complete this section only if identification as an assignee is also desired on the patent application publication.

| If the Assignee or Non-Applicant Assignee is an Organization check here. | ☒ | |
|---|---|---|
| Organization Name | NIPPON SHINYAKU CO., LTD. | |

**Mailing Address Information For Assignee including Non-Applicant Assignee:**

| **Address 1** | 14, Kisshoin Nishinosho Monguchicho, Minami-ku | | |
|---|---|---|---|
| **Address 2** | | | |
| **City** | Kyoto-shi, Kyoto | **State/Province** | |
| **Country** | JP | Postal Code | 601-8550 |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Assignee or Non-Applicant Assignee Data may be generated within this form by selecting the Add button.

EFS Web 2.2.11

NS00000661

PTO/AIA/14 (12-13)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 209658-0001-01-US-518587 |
|---|---|---|
| | Application Number | 14/615,504 |

| Title of Invention | ANTISENSE NUCLEIC ACIDS |
|---|---|

## Assignee    2

Complete this section if assignee information, including non-applicant assignee information, is desired to be included on the patent application publication . An assignee-applicant identified in the "Applicant Information" section will appear on the patent application publication as an applicant. For an assignee-applicant, complete this section only if identification as an assignee is also desired on the patent application publication.

| If the Assignee or Non-Applicant Assignee is an Organization check here. | ☒ |
|---|---|
| Organization Name | NATIONAL CENTER OF NEUROLOGY AND PSYCHIATRY |

**Mailing Address Information For Assignee including Non-Applicant Assignee:**

| Address 1 | 1-1, Ogawahigashicho 4-chome | | |
|---|---|---|---|
| Address 2 | | | |
| City | Kodaira-shi, Tokyo | State/Province | |
| Country | JP | Postal Code | 187-8551 |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Assignee or Non-Applicant Assignee Data may be generated within this form by selecting the Add button.

## Signature:

NOTE:  This form must be signed in accordance with 37 CFR 1.33.  See 37 CFR 1.4 for signature requirements and certifications.

| Signature | | | | Date  (YYYY-MM-DD) | 2015-03-03 |
|---|---|---|---|---|---|
| First Name | Zhengyu | Last Name | Feng | Registration Number | 66816 |

Additional Signature may be generated within this form by selecting the Add button.

This collection of information is required by 37 CFR 1.76. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data sheet form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.  The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.

2.  A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.  A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.  A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.  A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent C o o p eration Treaty.

6.  A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.  A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.  A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.  A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

NS00000663



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 14/615,504 | 02/06/2015 | Naoki WATANABE | 209658-0001-01-US-518587 |

CONFIRMATION NO. 2704

55694
DRINKER BIDDLE & REATH (DC)
1500 K STREET, N.W.
SUITE 1100
WASHINGTON, DC 20005-1209

RECEIVED BY DOCKETING
FEB 2 3 2015
DRINKER BIDDLE & REATH LLP

IMPROPER CFR REQUEST



Date Mailed: 02/23/2015

## RESPONSE TO REQUEST FOR CORRECTED FILING RECEIPT

### Continuity, Priority Claims, Petitions, and Non-Publication Requests

In response to your request for a corrected Filing Receipt, the Office is unable to comply with your request because:

### Improper Priority Claim(s) to Prior-Filed Foreign Application(s)

The instant application was not filed within twelve (12) months from the filing date of the prior-filed foreign application, and there is no benefit claim to an intermediate nonprovisional or international application designating the United States filed within 12 months of the filing date of the foreign application. Applicant should review each priority claim submitted and, if appropriate, provide the proper reference to any intermediate application filed within 12 months of the filing date of the foreign application in compliance with 37 CFR 1.78, or delete the priority claim. For applications filed on or after September 16, 2012, applicant must submit a corrected application data sheet (ADS) to include a specific reference.

Alternatively, if the instant application (or intermediate application) was filed within 14 months of the prior foreign application, applicant may file a petition (in the instant application) to restore the right of priority if the delay in filing the application within the 12 month time period was unintentional. See 37 CFR 1.55 for the requirements of a petition to restore the right of priority.

For applications filed on or after September 16, 2012, applicant must submit a corrected application data sheet (ADS) to include a foreign priority claim.

**Timeliness:** The required reference for the benefit claim to an intermediate nonprovisional or international application designating the United States must be filed during the pendency of the instant application and within the later of: (1) four months from the actual filing date of the instant application, or the national stage commencement date if the instant application is a national stage application under 35 U.S.C. 371; or (2) sixteen months from the filing date of the prior-filed application. Failure to timely file the required reference is considered a waiver of any benefit claim, unless a grantable petition to accept an unintentionally delayed claim under 37 CFR 1.78, the petition fee set forth in 37 CFR 1.17(m), and the required reference are filed.

### Prior-Filed Nonprovisional Application has been Improperly Indicated as a National Stage (35 U.S.C. 371) Application

Applicant submitted a benefit claim to a prior-filed nonprovisional application and improperly indicated that the prior-filed application is a national stage application under 35 U.S.C. 371. The Office's records show that the prior-filed application is an application filed under 35 U.S.C. 111(a). The Office has entered the benefit claim

DOCKETED
BY ZS DATE 2/23/15

NS00000664

to the prior-filed application as a benefit claim to an application filed under 35 U.S.C. 111(a). Any request for a corrected filing receipt to include the indication that the prior-filed application is a national stage application will not be granted unless applicant supplies evidence that the prior application was in fact a national stage application. Accordingly, applicant should not submit such request without such evidence. Applicant should submit a corrected application data sheet (ADS) to delete the indication that the prior-filed application is a national stage application.

/bto/

Office of Data Management, Application Assistance Unit (571) 272-4000, or (571) 272-4200, or 1-888-786-0101

NS00000665

Docket No.: 209658-0001-01-US-518587
(PATENT)

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of:
Naoki WATANABE et al.

Application No.: 14/615,504                    Confirmation No.: 2704

Filed: February 6, 2015                         Art Unit: N/A

For:  ANTISENSE NUCLEIC ACIDS                   Examiner: Not Yet Assigned

## RESPONSE TO NOTICE TO FILE CORRECTED APPLICATION PAPERS
## &
## SUBMISSION OF REPLACEMENT DRAWINGS

Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Dear Madam:

Applicants submit herewith two (2) Replacement Sheets of drawings containing FIGS.
18-19 to respond to the Notice to File Corrected Application Papers mailed February 23, 2015.
Applicants believe that the Replacement Sheets comply with the Office's requirements (i.e., at
least complying with the requirements under 37 C.F.R. § 1.84(p)(1)). This submission is timely
filed on or before the current due date of April 23, 2015.

Applicant submits that no prohibited new matter has been introduced by the submission
of the Replacement Sheets. Applicant requests that the drawings be approved and made part of
the official record in the above-identified patent application.

The Director is hereby authorized to charge any deficiency in the fees filed, asserted to be
filed or which should have been filed herewith (or with any paper hereafter filed in this

79094136. 1

NS00000666

Application No. 14/615,504

<div align="right">

Docket No.: 209658-0001-01-US-518587

Page 2

</div>

application by this firm) to our Deposit Account No. 50-0573, under Order No. 209658-0001-01-US-518587.

Dated: March 3, 2015

Respectfully submitted,

By

Zhengyu Feng, Ph.D.
Registration No.: 66,816
DRINKER BIDDLE & REATH LLP
1500 K Street, N.W.
Suite 1100
Washington, DC  20005-1209
202.230.5119 (Phone)
202.842.8465 (Fax)
Attorneys/Agents For Applicant

79094136.1

NS00000667



Figure 18



**Figure 19**

NS00000669

## PATENT APPLICATION FEE DETERMINATION RECORD
Substitute for Form PTO-875

Application or Docket Number
14/615,504

### APPLICATION AS FILED - PART I

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | SMALL ENTITY RATE($) | FEE($) | OR | OTHER THAN SMALL ENTITY RATE($) | FEE($) |
|---|---|---|---|---|---|---|---|
| BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | | | N/A | 280 |
| SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | | | N/A | 600 |
| EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | | | N/A | 720 |
| TOTAL CLAIMS (37 CFR 1.16(i)) | 12 minus 20 = | * | | | OR | x 80 = | 0.00 |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | 1 minus 3 = | | | | | x 420 = | 0.00 |
| APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | | | 0.00 |
| MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | | | | 0.00 |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | | | TOTAL | 1600 |

### APPLICATION AS AMENDED - PART II

| | | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE($) | ADDITIONAL FEE($) | OR | OTHER THAN SMALL ENTITY RATE($) | ADDITIONAL FEE($) |
|---|---|---|---|---|---|---|---|---|---|
| AMENDMENT A | Total (37 CFR 1.16(i)) | * | Minus ** | = | x = | | OR | x = | |
| | Independent (37 CFR 1.16(h)) | * | Minus *** | = | x = | | OR | x = | |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | OR | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |
| AMENDMENT B | Total (37 CFR 1.16(i)) | * | Minus ** | = | x = | | OR | x = | |
| | Independent (37 CFR 1.16(h)) | * | Minus *** | = | x = | | OR | x = | |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | OR | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest found in the appropriate box in column 1.

NS00000670



# UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 14/615,504 | 02/06/2015 | 1674 | 1600 | 209658-0001-01-US-518587 | 12 | 1 |

**CONFIRMATION NO. 2704**

55694
DRINKER BIDDLE & REATH (DC)
1500 K STREET, N.W.
SUITE 1100
WASHINGTON, DC 20005-1209

**UPDATED FILING RECEIPT**

*OC000000073899225*

Date Mailed: 03/12/2015

Receipt is acknowledged of this non-provisional patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please submit a written request for a Filing Receipt Correction. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections**

**Inventor(s)**

Naoki WATANABE, Tsukuba-shi, JAPAN;
Youhei SATOU, Tsukuba-shi, JAPAN;
Shin'ichi TAKEDA, Tokyo, JAPAN;
Tetsuya NAGATA, Tokyo, JAPAN;

**Applicant(s)**

NIPPON SHINYAKU CO., LTD., Kyoto-shi, JAPAN
NATIONAL CENTER OF NEUROLOGY AND PSYCHIATRY, Tokyo, JAPAN

**Assignment For Published Patent Application**

NIPPON SHINYAKU CO., LTD., Kyoto-shi, JP
NATIONAL CENTER OF NEUROLOGY AND PSYCHIATRY, Tokyo, JAPAN

**Power of Attorney:** The patent practitioners associated with Customer Number 055694

**Domestic Priority data as claimed by applicant**

This application is a CON of 13/819,520 04/10/2013
which is a 371 of PCT/JP2011/070318 08/31/2011

**Foreign Applications** (You may be eligible to benefit from the **Patent Prosecution Highway** program at the USPTO. Please see http://www.uspto.gov for more information.)
JAPAN 2010-196032 09/01/2010

Permission to Access - A proper **Authorization to Permit Access to Application by Participating Offices** (PTO/SB/39 or its equivalent) has been received by the USPTO.

page 1 of 4

NS00000671

Request to Retrieve - This application either claims priority to one or more applications filed in an intellectual property Office that participates in the Priority Document Exchange (PDX) program or contains a proper **Request to Retrieve Electronic Priority Application(s)** (PTO/SB/38 or its equivalent). Consequently, the USPTO will attempt to electronically retrieve these priority documents.

**If Required, Foreign Filing License Granted:** 02/20/2015

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 14/615,504**

**Projected Publication Date:** 06/18/2015

**Non-Publication Request:** No

**Early Publication Request:** No
**Title**

        ANTISENSE NUCLEIC ACIDS

**Preliminary Class**

        536

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:** No

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific

NS00000672

countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4258).

## LICENSE FOR FOREIGN FILING UNDER

## Title 35, United States Code, Section 184

## Title 37, Code of Federal Regulations, 5.11 & 5.15

### GRANTED

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

### NOT GRANTED

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

---

## *SelectUSA*

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The U.S. offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to promote and facilitate business investment. SelectUSA provides information assistance to the international investor community; serves as an ombudsman for existing and potential investors; advocates on behalf of U.S. cities, states, and regions competing for global investment; and counsels U.S. economic development organizations on investment attraction best practices. To learn more about why the United States is the best country in the world to develop

NS00000673

technology, manufacture products, deliver services, and grow your business, visit http://www.SelectUSA.gov or call +1-202-482-6800.

NS00000674

# 日 本 国 特 許 庁
## JAPAN PATENT OFFICE

　別紙添付の書類に記載されている事項は下記の出願書類に記載されている事項と同一であることを証明する。
　This is to certify that the annexed is a true copy of the following application as filed with this Office.

出 願 年 月 日
Date of Application:　　２０１０年　９月　１日

出 願 番 号
Application Number:　　特願２０１０－１９６０３２

パリ条約による外国への出願
に用いる優先権の主張の基礎
となる出願の国コードと出願
番号
The country code and number
of your priority application,
to be used for filing abroad
under the Paris Convention, is
　　　　　　　　　　　ＪＰ２０１０－１９６０３２

出 願 人
Applicant(s):　　日本新薬株式会社

　　　　　　　　独立行政法人国立精神・神経医療研究センター

２０１５年　３月１３日

特許庁長官
Commissioner,
Japan Patent Office

伊 藤 仁 

| | |
|---|---|
| 【書類名】 | 特許願 |
| 【整理番号】 | P10-0121 |
| 【提出日】 | 平成22年 9月 1日 |
| 【あて先】 | 特許庁長官　殿 |
| 【国際特許分類】 | C12N 15/00 |
| | A61K 31/7105 |
| | A61K 31/711 |
| | A61K 31/7115 |
| | A61K 31/712 |
| | A61K 31/7125 |
| | C07H 21/00 |

【発明者】
　　　【住所又は居所】　茨城県つくば市桜３丁目１４番１号　日本新薬株式会社　東部創薬研究所内
　　　【氏名】　　　　　渡辺　直樹

【発明者】
　　　【住所又は居所】　京都府京都市南区吉祥院西ノ庄門口町１４番地　日本新薬株式会社内
　　　【氏名】　　　　　佐藤　洋平

【発明者】
　　　【住所又は居所】　東京都小平市小川東町４丁目１番１号　独立行政法人　国立精神・神経医療研究センター内
　　　【氏名】　　　　　武田　伸一

【発明者】
　　　【住所又は居所】　東京都小平市小川東町４丁目１番１号　独立行政法人　国立精神・神経医療研究センター内
　　　【氏名】　　　　　永田　哲也

【特許出願人】
　　　【識別番号】　　　000004156
　　　【氏名又は名称】　日本新薬株式会社

【特許出願人】
　　　【識別番号】　　　510147776
　　　【氏名又は名称】　独立行政法人　国立精神・神経医療研究センター

【代理人】
　　　【識別番号】　　　100092783
　　　【弁理士】
　　　【氏名又は名称】　小林　浩
　　　【電話番号】　　　03-3273-2611

【選任した代理人】
　　　【識別番号】　　　100095360
　　　【弁理士】
　　　【氏名又は名称】　片山　英二

【選任した代理人】
　　　【識別番号】　　　100120134
　　　【弁理士】
　　　【氏名又は名称】　大森　規雄

【選任した代理人】
　　　【識別番号】　　　100147131
　　　【弁理士】
　　　【氏名又は名称】　今里　崇之

NS00000676

【選任した代理人】
　　　　【識別番号】　　　　100104282
　　　　【弁理士】
　　　　【氏名又は名称】　　鈴木　康仁
【手数料の表示】
　　　　【予納台帳番号】　　157061
　　　　【納付金額】　　　　15,000円
【提出物件の目録】
　　　　【物件名】　　　　　特許請求の範囲　1
　　　　【物件名】　　　　　明細書　1
　　　　【物件名】　　　　　要約書　1
　　　　【物件名】　　　　　図面　1

NS00000677

【書類名】明細書
【発明の名称】アンチセンス核酸
【技術分野】
　【０００１】
　本発明は、ヒトジストロフィン遺伝子の第53番目のエクソンのスキッピングを可能にするアンチセンスオリゴマー及び該オリゴマーを含む医薬組成物に関する。
【背景技術】
　【０００２】
　デュシェンヌ型筋ジストロフィー（DMD）は出生男子約3,500人に1人が発症する最も頻度の高い遺伝性進行性筋萎縮症である。乳幼児期には正常のヒトとほとんど変わらない運動機能を示すが、4〜5歳頃から筋力低下がみられる。その後筋力低下は進行し12歳頃までに歩行不能になり、20歳代で心不全または呼吸器不全により死に至る重篤な疾患である。現在、DMDに対する有効な治療法はなく、新たな治療薬の開発が強く求められている。
　【０００３】
　DMDはジストロフィン遺伝子の変異が原因であることが知られている。ジストロフィン遺伝子はX染色体に存在し、220万塩基のDNAから成る巨大な遺伝子である。このmRNA前駆体に転写され、さらにスプライシングによりイントロンが除かれ79のエクソンが結合したmRNAは11,058塩基になる。このmRNAから3,685のアミノ酸に翻訳され、ジストロフィンタンパク質が生成される。ジストロフィンタンパク質は筋細胞の膜安定性の維持に関与しており、筋細胞を壊れにくくするために必要である。DMD患者のジストロフィン遺伝子は変異を有するため、筋細胞において機能を持つジストロフィンタンパク質が殆ど発現されない。そのため、DMD患者体内では、筋細胞の構造を維持できなくなり、多量のカルシウムイオンが筋細胞内に流れ込む。その結果、炎症に似た反応が生じ、線維化が進むために筋細胞が再生されにくくなる。
　【０００４】
　ベッカー型筋ジストロフィー（BMD）もジストロフィン遺伝子の変異が原因であるが、その症状は筋萎縮による筋力低下を呈するものの一般にDMDと比較して軽く、筋力低下の進行も遅く、多くの場合、成人期に発症する。DMDとBMDとの臨床症状の違いは、変異によりジストロフィンmRNAがタンパク質へと翻訳される際のアミノ酸読み取り枠が破壊されるか、あるいは維持されるかによるものと考えられている（非特許文献1）。つまり、DMDでは、アミノ酸読み取り枠がずれる変異を有することにより、機能を持つジストロフィンがほとんど発現しないが、BMDでは変異によりエクソンの一部は欠失しているが、アミノ酸読み取り枠は維持されているために不完全ながらも機能を有するジストロフィンタンパク質が産生される。
　【０００５】
　DMD の治療法として、エクソンスキッピング法が期待されている。この方法は、スプライシングを改変することでジストロフィンのmRNAのアミノ酸読み取り枠を修復し、部分的に機能を回復したジストロフィンの発現を誘導する方法である（非特許文献2）。変異及びエクソンスキッピングの対象となるアミノ酸配列部分は失われることになる。そのためこの治療で発現されるジストロフィンタンパク質は正常のものより短くなるが、アミノ酸読み取り枠が維持されるために筋細胞を安定化する機能が部分的に保持される。従って、エクソンスキッピングにより、DMDは、より軽症のBMDと同じような症状を呈するようになると期待されている。エクソンスキッピング法は、マウスやイヌによる動物実験を経て、ヒトDMD患者に対する臨床試験が行われている。
　【０００６】
　エクソンスキッピングは、5’又は3’スプライス部位のいずれか若しくは両方、又はエクソンの内部を標的とするアンチセンス核酸の結合により誘導することができる。エクソンは両方のスプライス部位がスプライソソーム複合体によって認識された場合のみmRNAに包含される。従って、スプライス部位をアンチセンス核酸でターゲッティングすることにより、エクソンスキッピングを誘導することができる。また、エクソンがスプライシング

の機構に認識されるためにはエクソンスプライシングエンハンサー（ESE）へのSRタンパク質の結合が必要であると考えられており、ESEをターゲッティングすることでもエクソンのスキッピングを誘導することができる。

【０００７】
ジストロフィン遺伝子の変異はDMD患者によって異なるため、遺伝子変異の場所や種類に応じたアンチセンス核酸が必要になる。これまでに、西オーストラリア大学のSteve Wiltonらによって79個全てのエクソンに対してエクソンスキッピングを誘導するアンチセンス核酸が作製されており（非特許文献3）、オランダのAnnemieke Aartsma-Rusらによって39種類のエクソンに対してエクソンスキッピングを誘導するアンチセンス核酸が作られている（非特許文献4）。

【０００８】
全DMD患者の8%程度は、第53番目のエクソン（以下、「エクソン53」という）をスキッピングすることで治療可能と考えられている。近年では、ジストロフィン遺伝子のエクソン53をエクソンスキッピングのターゲットとした研究について、複数の研究機関から報告がなされている（特許文献1～3；非特許文献5）。しかしながら、エクソン53を高効率にスキッピングさせる技術は、いまだに確立されていない。

【先行技術文献】
【特許文献】
　　【０００９】
　　　【特許文献1】国際公開公報 WO 2006/000057
　　　【特許文献2】国際公開公報 WO 2004/048570
　　　【特許文献3】米国特許公開公報　US 2010/0168212
【非特許文献】
　　【００１０】
　　　【非特許文献1】Monaco A. P. et al., Genomics 1988; 2: p. 90-95
　　　【非特許文献2】Matsuo M., Brain Dev 1996; 18: p. 167-172
　　　【非特許文献3】Wilton S. D., et al., Molecular Therapy 2007; 15: p. 1288-96
　　　【非特許文献4】Annemieke Aartsma-Rus et al., (2002) Neuromuscular Disorders 12: S71-S77
　　　【非特許文献5】Linda J. Popplewell et al., (2010) Neuromuscular Disorders , vol. 20, no. 2, p. 102-10
【発明の概要】
【発明が解決しようとする課題】
　　【００１１】
　　上記のような状況において、ジストロフィン遺伝子のエクソン53のスキッピングを強く誘導するアンチセンスオリゴマー及びそのオリゴマーを含む筋ジストロフィー治療薬が望まれている。
【課題を解決するための手段】
　　【００１２】
　　本発明者らは、エクソン53に変異を有するジストロフィン変異遺伝子の構造を詳細に研究した結果、ジストロフィン遺伝子のmRNA前駆体（以下、「pre-mRNA」という）のうちエクソン53の第32～56番目周辺のヌクレオチドからなる塩基配列をアンチセンスオリゴマーでターゲッティングすることにより、高効率にエクソン53のスキッピングを誘導できることを見出した。本発明者らは、この知見に基づき、本発明を完成させた。

　　【００１３】
　　即ち、本発明は、以下のとおりである。
[1]　ヒトジストロフィン遺伝子の第53番目のエクソンのスキッピングを可能にするアンチセンスオリゴマーであって、ヒトジストロフィン遺伝子の第53番エクソンの5'末端から第31～53番目、第31～54番目、第31～55番目、第31～56番目、第31～57番目、第31～58

NS00000679

番目、第32〜53番目、第32〜54番目、第32〜55番目、第32〜56番目、第32〜57番目、第32〜58番目、第33〜53番目、第33〜54番目、第33〜55番目、第33〜56番目、第33〜57番目、第33〜58番目、第34〜53番目、第34〜54番目、第34〜55番目、第34〜56番目、第34〜57番目、第34〜58番目、第35〜53番目、第35〜54番目、第35〜55番目、第35〜56番目、第35〜57番目、第35〜58番目、第36〜53番目、第36〜54番目、第36〜55番目、第36〜56番目、第36〜57番目又は第36〜58番目のヌクレオチドからなる配列のいずれか1つに相補的な塩基配列からなる、アンチセンスオリゴマー。

[2]　オリゴヌクレオチドである、前記[1]に記載のアンチセンスオリゴマー。

[3]　前記オリゴヌクレオチドを構成する糖及び/又はリン酸の少なくとも1つが修飾されている、前記[2]に記載のアンチセンスオリゴマー。

[4]　前記オリゴヌクレオチドを構成する糖の2’位の水酸基が、OR、R、R’OR、SH、SR、$NH_2$、NHR、$NR_2$、$N_3$、CN、F、Cl、Br及びIからなる群より選択されるいずれかの基で置換された、前記[3]に記載のアンチセンスオリゴマー。（上記Rは、炭素数1〜6のアルキル又は炭素数1〜6のアリールを示し、上記R’は、炭素数1〜6のアルキレンを示す。）

[5]　前記オリゴヌクレオチドを構成するリン酸が、ホスホロチオエート、ホスホロジチオエート、アルキルホスホネート及びホスホロアミデートからなる群より選択されるいずれか1つのものである、前記[3]又は[4]に記載のアンチセンスオリゴマー。

[6]　モルホリノオリゴマーである、前記[1]に記載のアンチセンスオリゴマー。[7]　ホスホロジアミデートモルホリノオリゴマーである、前記[6]に記載のアンチセンスオリゴマー。

[8]　5’末端核酸残基のリボース又はモルホリノ環に結合した5’メチレンが、下記のいずれかの基により修飾されている、前記[1]〜[7]のいずれか1項に記載のアンチセンスオリゴマー。

【化１】



　　　　　　、

【化２】

　　　　　　　　　　　　　　　　　　、　又は

NS00000680

【化３】



[9]　ヒトジストロフィン遺伝子の第53番エクソンの5’末端から第32〜56番目又は第36〜56番目のヌクレオチドからなる配列に相補的な塩基配列からなる、前記[1]〜[8]のいずれか1項に記載のアンチセンスオリゴマー。
[10]　配列番号2〜37からなる群より選択されるいずれか1つの塩基配列からなる、前記[1]〜[8]のいずれか1項に記載のアンチセンスオリゴマー。
[11]　配列番号11、17、23、29及び35からなる群より選択されるいずれか1つに示す塩基配列からなる、前記[1]〜[8]のいずれか1項に記載のアンチセンスオリゴマー。
[12]　配列番号11又は35に示す塩基配列からなる、前記[1]〜[8]のいずれか1項に記載のアンチセンスオリゴマー。
[13]　前記[1]〜[12]のいずれか1項に記載のアンチセンスオリゴマー、その医薬的に許容可能な塩又は水和物を有効成分とする、筋ジストロフィー治療用医薬組成物。
【発明の効果】
【００１４】
本発明のアンチセンスオリゴマーにより、ジストロフィン遺伝子のエクソン53のスキッピングを高効率に誘導することが可能である。また、本発明の医薬組成物を投与することにより、デュシェンヌ型筋ジストロフィーの症状を、効果的に軽減することができる。
【図面の簡単な説明】
【００１５】
　　【図１】ヒト横紋筋肉腫細胞株（RD細胞）におけるジストロフィン遺伝子エクソン53のスキッピング効率を示す図である。
　　【図２】ヒト正常組織由来線維芽細胞（TIG-119細胞）にヒトmyoD遺伝子を導入して筋肉細胞に分化誘導した細胞におけるジストロフィン遺伝子のエクソン53のスキッピング効率を示す図である。
　　【図３】ヒトDMD患者由来線維芽細胞（5017細胞）にヒトmyoD遺伝子を導入して筋肉細胞に分化誘導した細胞におけるジストロフィン遺伝子のエクソン53のスキッピング効率を示す図である。
【発明を実施するための形態】
【００１６】
1.　アンチセンスオリゴマー
　本発明は、ヒトジストロフィン遺伝子の第53番目のエクソンのスキッピングを可能にするアンチセンスオリゴマーであって、ヒトジストロフィン遺伝子の第53番エクソンの5’末端から第31〜53番目、第31〜54番目、第31〜55番目、第31〜56番目、第31〜57番目、第31〜58番目、第32〜53番目、第32〜54番目、第32〜55番目、第32〜56番目、第32〜57番目、第32〜58番目、第33〜53番目、第33〜54番目、第33〜55番目、第33〜56番目、第33〜57番目、第33〜58番目、第34〜53番目、第34〜54番目、第34〜55番目、第34〜56番目、第34〜57番目、第34〜58番目、第35〜53番目、第35〜54番目、第35〜55番目、第35〜56番目、

第35〜57番目、第35〜58番目、第36〜53番目、第36〜54番目、第36〜55番目、第36〜56番目、第36〜57番目又は第36〜58番目のヌクレオチドからなる配列のいずれか1つに相補的な塩基配列からなる、アンチセンスオリゴマー（以下、「本発明のオリゴマー」という）、を提供する。

【００１７】

[ヒトジストロフィン遺伝子の第53番目のエクソン]

　本発明において、「遺伝子」には、ゲノム遺伝子以外に、cDNA、mRNA前駆体及びmRNAも含まれる。好ましくは、遺伝子は、mRNA前駆体、即ち、pre-mRNAである。

　ヒトゲノムにおいて、ジストロフィン遺伝子は遺伝子座Xp21.2に存在する。ジストロフィン遺伝子は、3.0 Mbpのサイズを有しており、既知のヒト遺伝子としては最大の遺伝子である。但し、ジストロフィン遺伝子のコード領域はわずか14kbに過ぎず、該コード領域は79個のエクソンとしてジストロフィン遺伝子内に分散している（Roberts, RG., et al., Genomics, 16: 536-538 (1993)）。ジストロフィン遺伝子の転写物であるpre-mRNAは、スプライシングを受けて14kbの成熟mRNAを生成する。ヒトの野生型ジストロフィン遺伝子の塩基配列は公知である（GenBank Accession No. NM_004006）。

　ヒトの野生型ジストロフィン遺伝子のエクソン53の塩基配列を配列番号1に示す。

【００１８】

　本発明のオリゴマーは、エクソン53のスキッピングにより、DMD型ジストロフィン遺伝子にコードされるタンパク質を、BMD型ジストロフィンに改変することを目的として作製されたものである。従って、本発明のオリゴマーのエクソンスキッピングの対象となるジストロフィン遺伝子のエクソン53には、野生型だけではなく、変異型も含まれる。

　変異型のヒトジストロフィン遺伝子のエクソン53は、具体的には、以下の（a）又は（b）に記載のポリヌクレオチドである。

　（a）配列番号1の塩基配列と相補的な塩基配列からなるポリヌクレオチドとストリンジェントな条件下でハイブリダイズするポリヌクレオチド；及び

　（b）配列番号1の塩基配列に対して、90％以上の同一性を有する塩基配列からなるポリヌクレオチド

【００１９】

　本明細書中、「ポリヌクレオチド」とは、DNA又はRNAを意味するが、好ましくは、RNAである。

　本明細書中、「ストリンジェントな条件下でハイブリダイズするポリヌクレオチド」とは、例えば、配列番号1の塩基配列と相補的な塩基配列からなるポリヌクレオチドの全部又は一部をプローブとして、コロニーハイブリダイゼーション法、プラークハイブリダイゼーション法又はサザンハイブリダイゼーション法などを用いることにより得られるポリヌクレオチドをいう。ハイブリダイゼーションの方法としては、例えば、"Sambrook & Russell, Molecular Cloning: A Laboratory Manual Vol. 3, Cold Spring Harbor, Laboratory Press 2001"及び"Ausubel, Current Protocols in Molecular Biology, John Wiley & Sons 1987-1997"などに記載されている方法を利用することができる。

【００２０】

　本明細書中、「ストリンジェントな条件」とは、低ストリンジェントな条件、中ストリンジェントな条件及び高ストリンジェントな条件のいずれでもよい。「低ストリンジェントな条件」は、例えば、5×SSC、5×デンハルト溶液、0.5％SDS、50％ホルムアミド、32℃の条件である。また、「中ストリンジェントな条件」は、例えば、5×SSC、5×デンハルト溶液、0.5％SDS、50％ホルムアミド、42℃又は5×SSC、1% SDS、50 mM Tris—HCl（pH7.5）、42℃の条件である。「高ストリンジェントな条件」は、例えば、5×SSC、5×デンハルト溶液、0.5％SDS、50％ホルムアミド、50℃又は0.2×SSC、0.1% SDS、65℃の条件である。これらの条件において、温度を上げるほど高い同一性を有するポリヌクレオチドが効率的に得られることが期待できる。ただし、ハイブリダイゼーションのストリンジェンシーに影響する要素としては温度、プローブ濃度、プローブの長さ、イオン強度、時間、塩濃度等の複数の要素が考えられ、当業者であればこれらの要素

NS00000682

を適宜選択することで同様のストリンジェンシーを実現することが可能である。

【００２１】

　なお、ハイブリダイゼーションに市販のキットを用いる場合は、例えばAlkphos Direct Labelling and Detection System（GE Healthcare）を用いることができる。この場合は、キットに添付のプロトコルにしたがい、標識したプローブとのインキュベーションを一晩行った後、メンブレンを55℃の条件下で0.1％（w/v）SDSを含む1次洗浄バッファーで洗浄後、ハイブリダイズしたポリヌクレオチドを検出することができる。あるいは、配列番号1の塩基配列と相補的な塩基配列の全部又は一部に基づいてプローブを作製する際に、市販の試薬（例えば、PCRラベリングミックス（ロシュ・ダイアグノス社）等）を用いて該プローブをジゴキシゲニン（DIG）ラベルした場合には、DIG核酸検出キット（ロシュ・ダイアグノス社）を用いてハイブリダイゼーションを検出することができる。

【００２２】

　上記以外にハイブリダイズ可能なポリヌクレオチドとしては、相同性検索ソフトウェアであるBLASTにより、デフォルトのパラメーターを用いて計算したときに、配列番号1のポリヌクレオチドと90％以上、91％以上、92％以上、93％以上、94％以上、95％以上、96％以上、97％以上、98％以上、99％以上、99.1％以上、99.2％以上、99.3％以上、99.4％以上、99.5％以上、99.6％以上、99.7％以上、99.8％以上、又は99.9％以上の同一性を有するポリヌクレオチドをあげることができる。

【００２３】

　なお、塩基配列の同一性は、カーリン及びアルチュールによるアルゴリズムBLAST（Basic Local Alignment Search Tool）（Proc. Natl. Acad. Sci. USA 872264-2268, 1990；Proc Natl Acad Sci USA 90: 5873, 1993）を用いて決定できる。BLASTのアルゴリズムに基づいたBLASTNやBLASTXと呼ばれるプログラムが開発されている（Altschul SF, et al: J Mol Biol 215: 403, 1990）。BLASTNを用いて塩基配列を解析する場合は、パラメーターは、例えばscore = 100、wordlength = 12とする。BLASTとGapped BLASTプログラムを用いる場合は、各プログラムのデフォルトパラメーターを用いる。

【００２４】

　エクソン53の5'末端から第31～53番目、第31～54番目、第31～55番目、第31～56番目、第31～57番目、第31～58番目、第32～53番目、第32～54番目、第32～55番目、第32～56番目、第32～57番目、第32～58番目、第33～53番目、第33～54番目、第33～55番目、第33～56番目、第33～57番目、第33～58番目、第34～53番目、第34～54番目、第34～55番目、第34～56番目、第34～57番目、第34～58番目、第35～53番目、第35～54番目、第35～55番目、第35～56番目、第35～57番目、第35～58番目、第36～53番目、第36～54番目、第36～55番目、第36～56番目、第36～57番目及び第36～58番目のヌクレオチドからなる配列に相補的な塩基配列の例を以下の表に示す。

NS00000683

【表１】

| エクソン53の<br>ヌクレオチド | 相補的配列 | 配列番号 |
|---|---|---|
| 第31～53番目 | 5'‑CCGGTTCTGAAGGTGTTCTTGTA‑3' | 配列番号2 |
| 第31～54番目 | 5'‑TCCGGTTCTGAAGGTGTTCTTGTA‑3' | 配列番号3 |
| 第31～55番目 | 5'‑CTCCGGTTCTGAAGGTGTTCTTGTA‑3' | 配列番号4 |
| 第31～56番目 | 5'‑CCTCCGGTTCTGAAGGTGTTCTTGTA‑3' | 配列番号5 |
| 第31～57番目 | 5'‑GCCTCCGGTTCTGAAGGTGTTCTTGTA‑3' | 配列番号6 |
| 第31～58番目 | 5'‑TGCCTCCGGTTCTGAAGGTGTTCTTGTA‑3' | 配列番号7 |
| 第32～53番目 | 5'‑CCGGTTCTGAAGGTGTTCTTGT‑3' | 配列番号8 |
| 第32～54番目 | 5'‑TCCGGTTCTGAAGGTGTTCTTGT‑3' | 配列番号9 |
| 第32～55番目 | 5'‑CTCCGGTTCTGAAGGTGTTCTTGT‑3' | 配列番号10 |
| 第32～56番目 | 5'‑CCTCCGGTTCTGAAGGTGTTCTTGT‑3' | 配列番号11 |
| 第32～57番目 | 5'‑GCCTCCGGTTCTGAAGGTGTTCTTGT‑3' | 配列番号12 |
| 第32～58番目 | 5'‑TGCCTCCGGTTCTGAAGGTGTTCTTGT‑3' | 配列番号13 |
| 第33～53番目 | 5'‑CCGGTTCTGAAGGTGTTCTTG‑3' | 配列番号14 |
| 第33～54番目 | 5'‑TCCGGTTCTGAAGGTGTTCTTG‑3' | 配列番号15 |
| 第33～55番目 | 5'‑CTCCGGTTCTGAAGGTGTTCTTG‑3' | 配列番号16 |
| 第33～56番目 | 5'‑CCTCCGGTTCTGAAGGTGTTCTTG‑3' | 配列番号17 |
| 第33～57番目 | 5'‑GCCTCCGGTTCTGAAGGTGTTCTTG‑3' | 配列番号18 |
| 第33～58番目 | 5'‑TGCCTCCGGTTCTGAAGGTGTTCTTG‑3' | 配列番号19 |
| 第34～53番目 | 5'‑CCGGTTCTGAAGGTGTTCTT‑3' | 配列番号20 |
| 第34～54番目 | 5'‑TCCGGTTCTGAAGGTGTTCTT‑3' | 配列番号21 |
| 第34～55番目 | 5'‑CTCCGGTTCTGAAGGTGTTCTT‑3' | 配列番号22 |
| 第34～56番目 | 5'‑CCTCCGGTTCTGAAGGTGTTCTT‑3' | 配列番号23 |
| 第34～57番目 | 5'‑GCCTCCGGTTCTGAAGGTGTTCTT‑3' | 配列番号24 |
| 第34～58番目 | 5'‑TGCCTCCGGTTCTGAAGGTGTTCTT‑3' | 配列番号25 |
| 第35～53番目 | 5'‑CCGGTTCTGAAGGTGTTCT‑3' | 配列番号26 |
| 第35～54番目 | 5'‑TCCGGTTCTGAAGGTGTTCT‑3' | 配列番号27 |
| 第35～55番目 | 5'‑CTCCGGTTCTGAAGGTGTTCT‑3' | 配列番号28 |
| 第35～56番目 | 5'‑CCTCCGGTTCTGAAGGTGTTCT‑3' | 配列番号29 |
| 第35～57番目 | 5'‑GCCTCCGGTTCTGAAGGTGTTCT‑3' | 配列番号30 |
| 第35～58番目 | 5'‑TGCCTCCGGTTCTGAAGGTGTTCT‑3' | 配列番号31 |
| 第36～53番目 | 5'‑CCGGTTCTGAAGGTGTTC‑3' | 配列番号32 |
| 第36～54番目 | 5'‑TCCGGTTCTGAAGGTGTTC‑3' | 配列番号33 |
| 第36～55番目 | 5'‑CTCCGGTTCTGAAGGTGTTC‑3' | 配列番号34 |
| 第36～56番目 | 5'‑CCTCCGGTTCTGAAGGTGTTC‑3' | 配列番号35 |
| 第36～57番目 | 5'‑GCCTCCGGTTCTGAAGGTGTTC‑3' | 配列番号36 |
| 第36～58番目 | 5'‑TGCCTCCGGTTCTGAAGGTGTTC‑3' | 配列番号37 |

【００２５】

本発明のオリゴマーは、好ましくは、ヒトジストロフィン遺伝子の第53番エクソンの5′末端から第32～56番目（配列番号11）、第33～56番目（配列番号17）、第34～56番目（配列番号23）、第35～56番目（配列番号29）又は第36～56番目（配列番号35）のヌクレオチドからなる配列のいずれか1つに相補的な塩基配列からなる。

好ましくは、本発明のオリゴマーは、ヒトジストロフィン遺伝子の第32～56番目（配列番号11）又は第36～56番目（配列番号35）のヌクレオチドからなる配列のいずれか1つに相補的な塩基配列からなるものである。

【００２６】

「ヒトジストロフィン遺伝子の第53番目のエクソンのスキッピングを可能にする」とは、ヒトジストロフィン遺伝子の転写物（例えば、pre-mRNA）のエクソン53に相当する部位に本発明のオリゴマーが結合することにより、該転写物がスプライシングを受けた際に、例えばエクソン52が欠失したDMD患者の場合、エクソン51の3′末端に相当する塩基配列の3′側にエクソン54の5′末端に相当する塩基配列が連結しており、コドンのフレームシフトが起こっていない成熟mRNAが形成されることを意味する。

従って、本発明のオリゴマーは、ヒトジストロフィン遺伝子のエクソン53のスキッピングを可能にする限り、ターゲット配列に対して100%相補的な塩基配列を有していなくてもよい。例えば、本発明のオリゴマーには、ターゲット配列に対して、1～3個、1～2個又は1個の非相補的塩基が含まれていてもよい。

【００２７】

ここで、前記「結合」は、本発明のオリゴマーとヒトジストロフィン遺伝子の転写物とを混合した場合に、生理的条件下で両者がハイブリダイズして二本鎖を形成することを意味する。上記「生理的条件下」とは、生体内と類似のpH、塩組成、温度に調節された条件を意味する。例えば、25～40℃、好ましくは37℃、pH 5～8、好ましくは、pH 7.4であって、塩化ナトリウム濃度が150 mMの条件が挙げられる。

【００２８】

ヒトジストロフィン遺伝子のエクソン53のスキッピングが生じたか否かは、ジストロフィン発現細胞（例えば、ヒト横紋筋肉腫細胞）に本発明のオリゴマーを導入し、前記ジストロフィン発現細胞のtotal RNAから、ジストロフィン遺伝子のmRNAのエクソン53の周辺領域をRT-PCR増幅し、該PCR増幅産物に対してnested PCR又はシークエンス解析を行うことにより確認することができる。スキッピング効率は、ジストロフィン遺伝子のmRNAを被検細胞から回収し、該mRNAのうち、エクソン53がスキップしたバンドのポリヌクレオチド量「A」と、エクソン53がスキップしなかったバンドのポリヌクレオチド量「B」を測定し、これら「A」及び「B」の測定値に基づき、以下の式に従って計算することができる。

スキッピング効率（%）= A / ( A + B ) x 100

【００２９】

本発明のオリゴマーは、核酸のモノマーがリン酸エステル結合により連結したものであり、18～28 塩基の長さを有し、ヌクレオチドをモノマーとするオリゴマー、即ち、オリゴヌクレオチド（以下、「本発明のオリゴヌクレオチド」という）を含む。かかるヌクレオチドは、リボヌクレオチド又はデオキシリボヌクレオチドのいずれであってもよく、好ましくはリボヌクレオチドである。本発明のオリゴヌクレオチドは、各種自動合成装置（例えば、AKTA oligopilot plus 10 / 100（GE Healthcare））を用いて容易に合成することが可能であり、あるいは、第三者機関（例えば、Promega社又はTakara社）等に委託して作製することもできる。

【００３０】

また、本発明のオリゴヌクレオチドには、例えば、ヌクレアーゼ耐性等、生体内における安定性を高めるために、そのヌクレオチドを構成するリボース又はリン酸バックボーン

NS00000685

等の、少なくとも１つが修飾されているものも含まれる。かかる修飾としては、例えば、リボースの2'位の修飾、リボースのその他の部分の修飾、リン酸バックボーンの修飾を挙げることができる。リボースの2'位の修飾としては、例えば、リボースの2'位の水酸基をOR、R、R'OR、SH、SR、NH$_2$、NHR、NR$_2$、N$_3$、CN、F、Cl、Br、Iに置換する修飾を挙げることができる。ここで、Rはアルキル又はアリールを表す。Rのアルキルとしては、直鎖状または分枝鎖状の炭素数1〜6のアルキルが好ましい。具体的には、例えば、メチル、エチル、n-プロピル、イソプロピル、n-ブチル、イソブチル、sec-ブチル、tert-ブチル、n-ペンチル、イソペンチル、ネオペンチル、tert-ペンチル、n-ヘキシル、およびイソヘキシルが挙げられる。当該アルキルは置換されていてもよく、かかる置換基としては、例えば、ハロゲン、アルキル、アルコキシ、シアノ、ニトロを挙げることができ、これらが1〜3個置換されていてもよい。かかるハロゲンとしては、フッ素、塩素、臭素、ヨウ素を挙げることができる。アルキルとしては上記のアルキルを挙げることができる。アルコキシとしては直鎖状または分枝鎖状の炭素数1〜6のアルコキシ、例えばメトキシ、エトキシ、n-プロポキシ、イソプロポキシ、n-ブトキシ、イソブトキシ、sec-ブトキシ、tert-ブトキシ、n-ペンチルオキシ、イソペンチルオキシ、n-ヘキシルオキシ、イソヘキシルオキシ等を挙げることができる。とりわけ、炭素数1〜3のアルコキシが好ましい。Rのアリールとしては、炭素数6〜10のアリールが好ましい。具体的には、例えば、フェニル、α-ナフチル、β-ナフチルを挙げることができる。とりわけフェニルが好ましい。また、R'はアルキレンを表す。R'のアルキレンとしては、直鎖状または分枝鎖状の炭素数1〜6のアルキレンが好ましい。具体的には、例えば、メチレン、エチレン、トリメチレン、テトラメチレン、ペンタメチレン、ヘキサメチレン、2-(エチル)トリメチレン、1-(メチル)テトラメチレンを挙げることができる。リボースのその他の部分の修飾としては、例えば、4'位のOをSに置換する修飾を挙げることができる。また、本発明のオリゴヌクレオチドは、糖の2'位と4'位を-Ｏ-CH$_2$-で架橋することによりコンフォメーションを固定した人工核酸で構成されていてもよい。このような人工核酸としては、例えば、LNA（Locked Nucleic Acid）又はENA(2'-O,4'-C-Ethylene-bridged Nucleic Acids)などが挙げられるが、これらに限定されるものではない。

【０３１】

リン酸バックボーンの修飾としては、例えば、ホスホジエステル結合をホスホロチオエート結合、ホスホロジチオエート結合、アルキルホスホネート結合、ホスホロアミデート結合、ボラノフォスフェート結合（Enya et al: Bioorganic & Medicinal Chemistry ,2008, 18, 9154-9160）に置換する修飾を挙げることができる（例えば、特許再公表公報第2006/129594号及び第2006/038608号を参照）。

【０３２】

本発明のオリゴヌクレオチドは、好ましくは、リボースの2'位の水酸基が-OMe（Ｍｅ：メチル）で置換され、リン酸基の-Oが、-Sで置換された、2'-OMe-S-RNA（下記式参照）をモノマーとするオリゴマーである。

【化４】



（式中、Meは、メチルを示し、Baseは、アデニン、グアニン、ヒポキサンチン、シトシン、チミン又はウラシルのいずれかの塩基若しくは修飾塩基を示す。）
【００３３】
　あるいは、本発明のオリゴマーは、ヌクレオチド類似体をモノマーとするオリゴマーであってもよい。ヌクレオチド類似体の例としては、モルホリノ（WO91/09033記載の化合物）及びペプチド核酸（PNA）が挙げられる。
【００３４】
　モルホリノは、下記の部分構造を有している。モルホリノは、リボースではなく、モルホリン環である点でヌクレオチドと異なっている。モルホリン環の4’位にはメチレンが結合している。5’位は、主鎖が1〜3個の原子から構成される基を介して、隣接するモルホリノの窒素原子と連結される。
【化５】



（式中、Baseは、アデニン、グアニン、ヒポキサンチン、シトシン、チミン又はウラシルのいずれかの塩基若しくは修飾塩基を示す。）
【００３５】
　前記主鎖が1〜3個の原子から構成される基は、以下のいずれかの式で表わされる。

【化6】

【化7】

【化8】



NS00000688



【化９】

【化１０】

これらの結合基において、Xは、−CH$_2$R$^1$、−O−CH$_2$R$^1$、−S−CH$_2$R$^1$、−NR$^2$R$^3$又はFを表し、R$^1$は、H、メチル又は標的配列との結合に影響を与えない原子団であり、R$^2$及びR$^3$は、互いに異なっていてもよく、かつR$^1$又は環状の脂肪族基若しくは芳香族基であり、Y$_1$は、O、S、CH$_2$又はNR$^1$であり、Y$_2$は、O、S又はCH$_2$であり、Y$_3$は、O、S又はNR$^1$であり、Zは、O又はSである。

モルホリノの構造の詳細については、国際公開公報第1991/009033号を参照することができる。

【００３６】

ある態様において、本発明のオリゴマーのモノマーは、以下の式で表わされるホスホロジアミデートである。

【化１１】



（式中、Meは、メチルを示し、Baseは、アデニン、グアニン、ヒポキサンチン、シトシン、チミン又はウラシルのいずれかの塩基若しくは修飾塩基を示す。）

【００３７】

ホスホロジアミデートモルホリノオリゴマー（ＰＭＯ）は、そのモノマーが、上記構造を有しているため、他のホスホロジアミデートモルホリノ鎖又は天然のヌクレオチド鎖とWatson-Crick塩基対を形成することが可能である（Corey, D. R. and Abrams, J. M.（2001）Genome Biol. 2, reviews 1015.1-1015.3）。ＰＭＯは、長時間にわたって細胞内でアンチセンス効果を維持することが可能であり、また、ＰＭＯは、リン酸基の−Ｏが、ＮＭｅ₂で置換され、電気的に中性であるため、標的遺伝子以外の生体分子と非特異的結合を起こしにくいという利点がある。ＰＭＯの合成方法については、以下の文献を参照できる：国際公開公報ＷＯ2009/064471。

【００３８】

本発明のオリゴマーにおいて、塩基は、天然の塩基（アデニン、グアニン、ヒポキサンチン、シトシン、チミン又はウラシル）であってもよく、又は修飾塩基であってもよい。修飾塩基としては、例えば、ピリジン-4-オン、ピリジン-2-オン、フェニル、シュードウラシル、2,4,6-トリメトキシベンゼン、3-メチルウラシル。ジヒドロウリジン、ナフチル、アミノフェニル、5-アルキルシチジン（例えば、5-メチルシチジン）、5-アルキルウリジン（例えば、リボチミジン）、5-ハロウリジン（5-ブロモウリジン）、6-アザピリミジン、6-アルキルピリミジン（6-メチルウリジン）、プロピン、クエオシン（queosine）、2-チオウリジン、4-チオウリジン、ウィブトシン（wybutosine）、ウィブトキソシン（wybutoxosine）、4-アセチルチジン、5-(カルボキシヒドロキシメチル)ウリジン、5'-カルボキシメチルアミノメチル-2-チオウリジン、5-カルボキシメチルアミノメチルウリジン、β-Ｄ-ガラクトシルクエオシン（galactosylqueosine）、1-メチルアデノシン、1-メチルヒポキサンチン、2,2-ジメチルグアノシン、3-メチルシチジン、2-メチルアデノシン、2-メチルグアノシン、N6-メチルアデノシン、7-メチルグアノシン、5-メトキシアミノメチル-2-チオウリジン、5-メチルアミノメチルウリジン、5-メチルカルボニルメチルウリジン、5-メチルオキシウリジン、5-メチル-2-チオウリジン、2-メチルチオ-N6-イソペンテニルアデノシン、β-Ｄ-マンノシルクエオシン、ウリジン-5-オキシ酢酸、2-チオシチジン、トレオニン誘導体、プリン、2,6-ジアミノプリン、2-アミノプリン、イソグアニン、インドール、イミダゾール、キサンチン等が挙げられるが、これらに限定されるものではない。

【００３９】

また、本発明のオリゴマーは、5'末端核酸残基中のリボース又はモルホリノ環に結合した5'メチレンが、下記のいずれかの基により修飾されていてもよい。

NS00000690

【化１２】



、

【化１３】



、 又は

【化１４】



【００４０】

## 2. 医薬組成物

　本発明のオリゴマーは、従来技術に係るアンチセンスオリゴマーと比較して、高効率にエクソン53のスキッピングを可能にする。従って、本発明のオリゴマーを含む医薬組成物をDMD患者に投与することにより、高効率に筋ジストロフィーの症状を緩和することができると予測される。例えば、本発明のオリゴマーを含む医薬組成物を用いる場合、従来技術に係るオリゴマーと比べて少量の投与量でも同程度の治療効果を得られるため、副作用を軽減することができ、かつ経済的である。

　そこで、別の実施態様として、本発明のオリゴマー、その医薬的に許容可能な塩又は水和物を有効成分とする、筋ジストロフィー治療用医薬組成物（以下、「本発明の組成物」という）を提供する。

【００４１】

本発明の組成物に含まれるオリゴマーの医薬的に許容可能な塩の例としては、ナトリウム塩、カリウム塩、リチウム塩のようなアルカリ金属塩、カルシウム塩、マグネシウム塩のようなアルカリ土類金属塩；アルミニウム塩、鉄塩、亜鉛塩、銅塩、ニッケル塩、コバルト塩などの金属塩；アンモニウム塩のような無機塩；t-オクチルアミン塩、ジベンジルアミン塩、モルホリン塩、グルコサミン塩、フェニルグリシンアルキルエステル塩、エチレンジアミン塩、N-メチルグルカミン塩、グアニジン塩、ジエチルアミン塩、トリエチルアミン塩、ジシクロヘキシルアミン塩、N，N'-ジベンジルエチレンジアミン塩、クロロプロカイン塩、プロカイン塩、ジエタノールアミン塩、N-ベンジル-フェネチルアミン塩、ピペラジン塩、テトラメチルアンモニウム塩、トリス(ヒドロキシメチル)アミノメタン塩のような有機塩などのアミン塩；弗化水素酸塩、塩酸塩、臭化水素酸塩、沃化水素酸塩のようなハロゲン化水素酸塩；硝酸塩、過塩素酸塩、硫酸塩、リン酸塩などの無機酸塩；メタンスルホン酸塩、トリフルオロメタンスルホン酸塩、エタンスルホン酸塩のような低級アルカンスルホン酸塩；ベンゼンスルホン酸塩、p-トルエンスルホン酸塩のようなアリールスルホン酸塩；酢酸塩、りんご酸塩、フマール酸塩、コハク酸塩、クエン酸塩、酒石酸塩、諺酸塩、マレイン酸塩などの有機酸塩；グリシン塩、リジン塩、アルギニン塩、オルニチン塩、グルタミン酸塩、アスパラギン酸塩のようなアミノ酸塩などが挙げられる。これらの塩は、公知の方法で製造することができる。あるいは、本発明の組成物に含まれるオリゴマーは、その水和物の形態にあってもよい。

【００４２】

本発明の組成物の投与形態は、医薬的に許容可能な投与形態であれば特に制限されず、治療方法に応じて選択することができるが、筋組織への送達容易性の観点から、静脈内投与、動脈内投与、筋肉内投与、皮下投与、経口投与、組織内投与、経皮投与等が好ましい。また、本発明の組成物が取り得る剤型としては、特に制限されないが、例えば、各種の注射剤、経口剤、点滴剤、吸入剤、軟膏剤、ローション剤等を挙げることができる。

【００４３】

本発明のオリゴマーを筋ジストロフィー患者に投与する場合、本発明の組成物は、該オリゴマーの筋組織への送達を促進する担体を含むことが好ましい。このような担体は、医薬的に許容可能なものであれば特に制限されず、その例として、カチオン性リポソーム、カチオン性ポリマー等のカチオン性担体、またはウイルスエンベロープを利用した担体を挙げることができる。カチオン性リポソームとしては、例えば、2-O-（2-ジエチルアミノエチル）カルバモイル-1,3-O-ジオレオイルグリセロールとリン脂質とを必須構成成分として形成されるリポソーム（以下、「リポソームA」という）、オリゴフェクトアミン（登録商標）（Invitrogen社製）、リポフェクチン（登録商標）（Invitrogen社製）、リポフェクトアミン（登録商標）（Invitrogen社製）、Lipofectamine 2000（登録商標）（Invitrogen社製）、DMRIE-C（登録商標）（Invitrogen社製）、GeneSilencer（登録商標）（Gene Therapy Systems社製）、TransMessenger（登録商標）（QIAGEN社製）、TransIT TKO（登録商標）（Mirus社製）、Nucleofector II（Lonza）を挙げることができる。それらの中で、リポソームAが好ましい。カチオン性ポリマーとしては、例えば、JetSI（登録商標）（Qbiogene社製）、Jet-PEI（登録商標）（ポリエチレンイミン、Qbiogene社製）を挙げることができる。ウイルスエンベロープを利用した担体としては、例えば、Genome One（登録商標）（HVJ-Eリポソーム、石原産業社製）を挙げることができる。あるいは、特許2924179号に記載の医薬デバイス、特許再公表公報第2006/129594号及び特許再公表公報第2008/096690号に記載のカチオン性担体を用いることもできる。

【００４４】

本発明の組成物に含まれるオリゴマーの濃度は、担体の種類等によって異なるが、0.1 nM〜100 μMの範囲内が適当であり、1 nM〜10 μMの範囲内が好ましく、10 nM〜1 μMの範囲内がより好ましい。また、本発明の組成物に含まれるオリゴマーと担体との重量比（担体/オリゴマー）は、該オリゴマーの性質及び該担体の種類等によって異なるが、0.1〜100の範囲内が適当であり、1〜50の範囲内が好ましく、10〜20の範囲内がより好ましい。

【００４５】

　本発明の組成物には、本発明のオリゴマーと上述した担体以外に、任意に医薬的に許容可能な添加剤を配合することができる。かかる添加剤として、例えば、乳化補助剤（例えば、炭素数6〜22の脂肪酸やその医薬的に許容可能な塩、アルブミン、デキストラン）、安定化剤（例えば、コレステロール、ホスファチジン酸）、等張化剤（例えば、塩化ナトリウム、グルコース、マルトース、ラクトース、スクロース、トレハロース）、pH調整剤（例えば、塩酸、硫酸、リン酸、酢酸、水酸化ナトリウム、水酸化カリウム、トリエタノールアミン）を挙げることができる。これらを一種又は二種以上使用することができる。本発明の組成物中の当該添加剤の含有量は、90重量％以下が適当であり、70重量％以下が好ましく、50重量％以下がより好ましい。

【００４６】
　本発明の組成物は、担体の分散液に本発明のオリゴマーを加え、適当に攪拌することにより調製することができる。また、添加剤は、本発明のオリゴマーの添加前でも添加後でも適当な工程で添加することができる。本発明オリゴ二本鎖RNAのオリゴマーを添加させる際に用い得る水性溶媒としては、医薬的に許容可能なものであれば特に制限されず、例えば、注射用水、注射用蒸留水、生理食塩水等の電解質液、ブドウ糖液、マルトース液等の糖液を挙げることができる。また、かかる場合のpH及び温度等の条件は、当業者が適宜選択することができる。

【００４７】
　本発明の組成物は、例えば、液剤やその凍結乾燥製剤とすることができる。当該凍結乾燥製剤は、常法により、液剤の形態を有している本発明の組成物を凍結乾燥処理することにより調製することができる。例えば、液剤の形態を有している本発明の組成物を適当な滅菌を行った後、所定量をバイアル瓶に分注し、約−40〜−20℃の条件で予備凍結を2時間程度行い、約0〜10℃で減圧下に一次乾燥を行い、次いで、約15〜25℃で減圧下に二次乾燥して凍結乾燥することができる。そして、一般的にはバイアル内部を窒素ガスで置換し、打栓して本発明の組成物の凍結乾燥製剤を得ることができる。

【００４８】
　本発明の組成物の凍結乾燥製剤は、一般には任意の適当な溶液（再溶解液）の添加によって再溶解し使用することができる。このような再溶解液としては、注射用水、生理食塩水、その他一般輸液を挙げることができる。この再溶解液の液量は、用途等によって異なり特に制限されないが、凍結乾燥前の液量の0.5〜2倍量、又は500 mL以下が適当である。

【００４９】
　本発明の組成物を投与する際の用量としては、含有される本発明のオリゴマーの種類、剤型、年齢や体重等の患者の状態、投与経路、疾患の性質と程度を考慮した上で調製することが望ましいが、成人に対して本発明のオリゴマーの量として、1日当たり0.1mg〜10g/ヒトの範囲内が、好ましくは1 mg〜1 gの範囲内が一般的である。この数値は標的とする疾患の種類、投与形態、標的分子によっても異なる場合がある。従って、場合によってはこれ以下でも十分であるし、また逆にこれ以上の用量を必要とするときもある。また1日1回から数回の投与、又は1日から数日間の間隔で投与することができる。

【００５０】
　本発明の組成物の別の態様として、本発明のオリゴヌクレオチドを発現し得るベクターと上述した担体とを含む医薬組成物を挙げることができる。かかる発現ベクターは、複数の本発明のオリゴヌクレオチドを発現し得るものであってもよい。当該組成物には、本発明のオリゴマーを含有する本発明の組成物と同様に、医薬的に許容可能な添加剤を添加することができる。当該組成物中に含まれる発現ベクターの濃度は、担体の種類等によって異なるが、0.1 nM〜100 μMの範囲内が適当であり、1 nM〜10 μMの範囲内が好ましく、10 nM〜1 μMの範囲内がより好ましい。当該組成物中に含まれる発現ベクターと担体との重量比（担体/発現ベクター）は、発現ベクターの性質、担体の種類等によって異なるが、0.1〜100の範囲内が適当であり、1〜50の範囲内が好ましく、10〜20の範囲内がより好ましい。また、当該組成物中に含まれる担体の含有量は、本発明のオリゴマーを含有する本発明の組成物の場合と同様であり、その調製方法等に関しても、本発明の組成物の場合

と同様である。

【００５１】

　以下に、実施例及び試験例を掲げて、本発明をさらに詳しく説明するが、本発明は実施例に示される範囲に限定されるものではない。

【実施例】

【００５２】

［合成例1］

　国際公開公報WO2009/064471の記載に従い、AKTA oligopilot plus 10（GE Healthcare）を用いて、以下の表2に示す各種モルホリノオリゴマー（PMO）を合成した。合成したモルホリノオリゴマーを注射用水（大塚製薬工場社製）で溶解した。モルホリノオリゴマーのモノマーは、次の通りである。

【化１５】



（Meは、メチルである。）

【表２】

| PMO No. | エクソン53中の標的配列 | 備考 | PMOの配列 |
|---|---|---|---|
| 1 | 第31〜55番目 | 5'末端修飾基：−OH | 配列番号4 |
| 2 | 第32〜53番目 | 5'末端修飾基：−OH | 配列番号8 |
| 3 | 第32〜56番目 | 5'末端修飾基：−OH | 配列番号11 |
| 4 | 第33〜54番目 | 5'末端修飾基：−OH | 配列番号15 |
| 5 | 第34〜58番目 | 5'末端修飾基：−OH | 配列番号25 |
| 6 | 第36〜55番目 | 5'末端修飾基：−OH | 配列番号34 |
| 7 | 第36〜53番目 | 5'末端修飾基：−OH | 配列番号32 |
| 8 | 第36〜55番目 | 5'末端修飾基：−OH | 配列番号34 |
| 9 | 第36〜56番目 | 5'末端修飾基：−OH | 配列番号35 |
| 10 | 第36〜57番目 | 5'末端修飾基：−OH | 配列番号36 |
| 11 | 第33〜57番目 | 5'末端修飾基：−OH | 配列番号18 |
| 12 | 第39〜69番目 | 非特許文献3のH53A(+39+69)（Table 1参照）に相当する配列 | 配列番号38 |
| 13 | 第30〜59番目 | 非特許文献5のh53A30/1（Table 1参照）に相当する配列 | 配列番号39 |

【０１５３】
［試験例1］
In vitroアッセイ

　RD細胞（ヒト横紋筋肉腫細胞株）4×10⁵個に対して、No. 1〜9及び12のアンチセンス10μMをAmaxa Cell Line Nucleofector Kit Lを用いてNucleofector II（Lonza）により導入した。プログラムはT-030を用いた。

【００５４】
　導入後、細胞を、10%ウシ胎児仔血清（FCS）（インビトロジェン社製）を含むEagle's minimal essential medium(EMEM)培地（シグマ社製、以下同じ。）2mL中、37℃、5%CO₂条件下で一晩培養した。細胞をPBS（ニッスイ社製、以下同じ。）で2回洗浄した後、ISOGEN（ニッポンジーン社製）500μlを細胞に添加し、数分間室温に放置して細胞を溶解させ、該溶解物をEppendorfチューブに回収した。ISOGENに添付のプロトコールに従ってtotal RNAを抽出した。抽出したtotal RNAの濃度はNanoDrop ND-1000（エル・エム・エス社製）を用いて測定した。

【００５５】
　抽出したtotal RNA　400 ngに対し、Titan One Tube RT-PCR Kit（ロシュ社製）を用いてOne-Step RT-PCRを行った。キットに添付のプロトコールに従って、反応液を調製した。サーマルサイクラーはPTC-100（MJ Research社製）を用いた。用いたRT-PCRのプログラムは、以下の通りである。

　50℃、30分間：逆転写反応

94℃、2分間：熱変性
[94℃、10秒間；58℃、30秒間；68 ℃、45秒間]x 30サイクル：PCR増幅
68℃、7分間：ポリメラーゼの熱失活

【０５６】
RT−PCRに使用したフォワードプライマーとリバースプライマーの塩基配列は以下の通りである。

　　フォワードプライマー：5'−AGGATTTGGAACAGAGGCGTC−3'　　（配列番号40）
　　リバースプライマー：5'−GTCTGCCACTGGCGGAGGTC−3'　　（配列番号41）

【０５７】
次に、上記RT−PCRの増幅産物に対し、Taq DNA Polymerase（ロシュ社製）を用いてnested PCRを行った。用いたPCRプログラムは、以下の通りである。

94℃、2分間：熱変性
[94℃、15秒間；58℃、30秒間；68 ℃、45秒間]x 30サイクル：PCR増幅
68℃、7分間：ポリメラーゼの熱失活

【０５８】
上記nested PCRに使用したフォワードプライマーとリバースプライマーの塩基配列は以下の通りである。

　　フォワードプライマー：5'−CATCAAGCAGAAGGCAACAA−3'　　（配列番号42）
　　リバースプライマー：5'−GAAGTTTCAGGGCCAAGTCA−3'　　（配列番号43）

【０５９】
上記nested PCRの反応産物1 μlをBioanalyzer（アジレント社製）を用いて解析した。エクソン53がスキップしたバンドのポリヌクレオチド量「A」と、エクソン53がスキップしなかったバンドのポリヌクレオチド量「B」を測定した。これら「A」及び「B」の測定値に基づき、以下の式に従って、スキッピング効率を求めた。

　　スキッピング効率（％）= A ／ ( A ＋ B ) x 100

【０６０】
実験結果
　結果を図1に示す。本実験により、No．1〜9のアンチセンスオリゴマーは、いずれもNo．12のアンチセンスオリゴマーと比べて、著しく高い効率でエクソン53をスキッピングさせることが判明した。特に、No．3及び9のアンチセンスオリゴマーは、No．12のアンチセンスオリゴマーと比べて、4倍以上高いエクソンスキッピング効率を示す。

【０６１】
[試験例2]
ヒト線維芽細胞を用いたIn vitroアッセイ
　ZsGreen1共発現レトロウイルスベクターによりTIG−119細胞（ヒト正常組織由来線維芽

NS00000696

細胞、医薬基盤研究所）又は5017細胞（ヒトDMD患者由来線維芽細胞、Coriell Institute for Medical Research）にヒトmyoD遺伝子（配列番号44）を導入した。

【００６２】
4から5日間インキュベートした後に、FACSによりZsGreen陽性のMyoD転換線維芽細胞を回収し、5×10⁴個/cm²になるように12穴プレートに播種した。増殖培地は10%FCS及び1%Penicillin/Streptomycin（P/S）（シグマ　アルドリッチ社）を含むDulbecco's Modified Eagle Medium:Nutrient Mixture F-12（DMEM・F-12）（インビトロジェン社)を1 mL使用した。

【００６３】
24時間後に分化培地（2%ウマ血清(インビトロジェン社)、1%P/S及びITS Liquid Media Supplement（シグマ社）含有DMEM/F-12）に交換した。2、3日ごとに培地交換を行い12から14日間インキュベートし、筋管細胞に分化させた。

【００６４】
その後、分化培地を6 μMのEndo-Porter（ジーンツール社）含有分化培地に交換し、終濃度10μMになるようにモルホリノオリゴマーを添加した。48時間インキュベート後に、TRIzol （インビトロジェン社製）により、細胞からtotal RNAを抽出した。抽出したtotal RNA　50 ngに対し、QIAGEN OneStep RT-PCR Kitを用いてRT-PCRを行った。添付のプロトコールに従って、反応液を調製した。サーマルサイクラーはiCycler（Bio-Rad社製）を用いた。用いたRT-PCRのプログラムは、以下の通りである。

50℃、30分間：逆転写反応
95℃、15分間：熱変性
[94℃、1分間：60℃、1分間：72 ℃、1分間]x 35サイクル：PCR増幅
72℃、7分間：ポリメラーゼの熱失活

【００６５】
プライマーはhEX51F及びhEX55Rを使用した。

hEX51F：5'–CGGGCTTGGACAGAACTTAC-3'　　　（配列番号45）
hEx55R：5'–TCCTTACGGGTAGCATCCTG-3'　　　（配列番号46）

【００６６】
上記RT-PCR反応の反応産物を2%アガロースゲル電気泳動によって分離し、 GeneFlash （Syngene社）によりゲル写真を撮影した。Image J（アメリカ国立衛生研究所製）により、エクソン53 がスキップしたバンドのポリヌクレオチド量「A」と、エクソン53がスキップしなかったバンドのポリヌクレオチド量「B」を測定した。これら「A」及び「B」の測定値に基づき、以下の式に従って、スキッピング効率を求めた。

スキッピング効率（%）= A ／（ A ＋ B ）x 100

【００６７】
実験結果
　結果を図2及び図3に示す。本実験により、No．3、9及び10のアンチセンスオリゴマー（図2)は、TIG-119細胞において、いずれもNo．13のアンチセンスオリゴマーと比べて、高

NS00000697

い効率でエクソン53をスキッピングさせることが判明した（図2）。特に、No．3及び9のアンチセンスオリゴマーは、No．13のアンチセンスオリゴマーと比べて、2倍以上高いエクソンスキッピング効率を示す（図2）。

　また、本実験により、No．3及び9～11のアンチセンスオリゴマー（図3）は、5017細胞において、いずれもNo．13のアンチセンスオリゴマーと比べて、高い効率でエクソン53をスキッピングさせることが判明した（図3）。特に、No．3及び9のアンチセンスオリゴマーは、No．13のアンチセンスオリゴマーと比べて、7倍以上高いエクソンスキッピング効率を示す（図3）。

【産業上の利用可能性】
【００６８】
　実施例に示す実験結果から、本発明のオリゴマー（No．1～11）は、従来技術に係るオリゴマー（No．12及び13）と比べ、いずれの細胞環境においても、著しく高い効率でエクソン53をスキッピングさせることが示された。また、実施例2で用いた5017細胞は、デュシェンヌ型筋ジストロフィー患者から採取した細胞であるため、本発明のオリゴマーは、実際にデュシェンヌ型筋ジストロフィー患者に投与した場合にも、高効率にエクソン53をスキッピングさせると考えられる。

　従って、本発明のオリゴマーは、デュシェンヌ型筋ジストロフィーの治療において、非常に有用である。

【配列表フリーテキスト】
【００６９】
配列番号２：合成核酸
配列番号３：合成核酸
配列番号４：合成核酸
配列番号５：合成核酸
配列番号６：合成核酸
配列番号７：合成核酸
配列番号８：合成核酸
配列番号９：合成核酸
配列番号１０：合成核酸
配列番号１１：合成核酸
配列番号１２：合成核酸
配列番号１３：合成核酸
配列番号１４：合成核酸
配列番号１５：合成核酸
配列番号１６：合成核酸
配列番号１７：合成核酸
配列番号１８：合成核酸
配列番号１９：合成核酸
配列番号２０：合成核酸
配列番号２１：合成核酸
配列番号２２：合成核酸
配列番号２３：合成核酸
配列番号２４：合成核酸
配列番号２５：合成核酸
配列番号２６：合成核酸
配列番号２７：合成核酸
配列番号２８：合成核酸
配列番号２９：合成核酸
配列番号３０：合成核酸
配列番号３１：合成核酸

配列番号３２：合成核酸
配列番号３３：合成核酸
配列番号３４：合成核酸
配列番号３５：合成核酸
配列番号３６：合成核酸
配列番号３７：合成核酸
配列番号３８：合成核酸
配列番号３９：合成核酸
配列番号４０：合成核酸
配列番号４１：合成核酸
配列番号４２：合成核酸
配列番号４３：合成核酸
配列番号４５：合成核酸
配列番号４６：合成核酸

NS00000699

【配列表】

SEQUENCE LISTING

<110> NIPPON SHINYAKU CO., LTD.
      NATIONAL CENTER OF NEUROLOGY AND PSYCHIATRY

<120> ANTISENSE NUCLEIC ACID

<130> P10-0121

<160> 46

<170> PatentIn version 3.4

<210> 1
<211> 212
<212> DNA
<213> Homo sapiens

<400> 1
ttgaaagaat tcagaatcag tgggatgaag tacaagaaca ccttcagaac cggaggcaac      60

agttgaatga aatgttaaag gattcaacac aatggctgga agctaaggaa gaagctgagc     120

aggtcttagg acaggccaga gccaagcttg agtcatggaa ggagggtccc tatacagtag     180

atgcaatcca aaagaaaatc acagaaacca ag                                  212


<210> 2
<211> 23
<212> DNA
<213> Artificial

<220>
<223> Synthetic Nucleic Acid

<400> 2
ccggttctga aggtgttctt gta                                             23


<210> 3
<211> 24
<212> DNA
<213> Artificial

<220>
<223> Synthetic Nucleic Acid

<400> 3

```
tccggttctg aaggtgttct tgta                                           24


<210>  4
<211>  25
<212>  DNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  4
ctccggttct gaaggtgttc ttgta                                          25


<210>  5
<211>  26
<212>  DNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  5
cctccggttc tgaaggtgtt cttgta                                         26


<210>  6
<211>  27
<212>  DNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  6
gcctccggtt ctgaaggtgt tcttgta                                        27


<210>  7
<211>  28
<212>  DNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  7
tgcctccggt tctgaaggtg ttcttgta                                       28
```

NS00000701

⟨210⟩  8
⟨211⟩  22
⟨212⟩  DNA
⟨213⟩  Artificial

⟨220⟩
⟨223⟩  Synthetic Nucleic Acid

⟨400⟩  8
ccggttctga aggtgttctt gt                                    22


⟨210⟩  9
⟨211⟩  23
⟨212⟩  DNA
⟨213⟩  Artificial

⟨220⟩
⟨223⟩  Synthetic Nucleic Acid

⟨400⟩  9
tccggttctg aaggtgttct tgt                                   23


⟨210⟩  10
⟨211⟩  24
⟨212⟩  DNA
⟨213⟩  Artificial

⟨220⟩
⟨223⟩  Synthetic Nucleic Acid

⟨400⟩  10
ctccggttct gaaggtgttc ttgt                                  24


⟨210⟩  11
⟨211⟩  25
⟨212⟩  DNA
⟨213⟩  Artificial

⟨220⟩
⟨223⟩  Synthetic Nucleic Acid

⟨400⟩  11
cctccggttc tgaaggtgtt cttgt                                 25


⟨210⟩  12

<211>  26
<212>  DNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  12
gcctccggtt ctgaaggtgt tcttgt                                          26


<210>  13
<211>  27
<212>  DNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  13
tgcctccggt tctgaaggtg ttcttgt                                         27


<210>  14
<211>  21
<212>  DNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  14
ccggttctga aggtgttctt g                                               21


<210>  15
<211>  22
<212>  DNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  15
tccggttctg aaggtgttct tg                                              22


<210>  16
<211>  23
<212>  DNA

<210> Artificial

<220>
<223> Synthetic Nucleic Acid

<400> 16
ctccggttct gaaggtgttc ttg                                              23


<210> 17
<211> 24
<212> DNA
<213> Artificial

<220>
<223> Synthetic Nucleic Acid

<400> 17
cctccggttc tgaaggtgtt cttg                                             24


<210> 18
<211> 25
<212> DNA
<213> Artificial

<220>
<223> Synthetic Nucleic Acid

<400> 18
gcctccggtt ctgaaggtgt tcttg                                            25


<210> 19
<211> 26
<212> DNA
<213> Artificial

<220>
<223> Synthetic Nucleic Acid

<400> 19
tgcctccggt tctgaaggtg ttcttg                                           26


<210> 20
<211> 20
<212> DNA
<213> Artificial

〈220〉
〈223〉  Synthetic Nucleic Acid

〈400〉  20
ccggttctga aggtgttctt                                                        20


〈210〉  21
〈211〉  21
〈212〉  DNA
〈213〉  Artificial

〈220〉
〈223〉  Synthetic Nucleic Acid

〈400〉  21
tccggttctg aaggtgttct t                                                      21


〈210〉  22
〈211〉  22
〈212〉  DNA
〈213〉  Artificial

〈220〉
〈223〉  Synthetic Nucleic Acid

〈400〉  22
ctccggttct gaaggtgttc tt                                                     22


〈210〉  23
〈211〉  23
〈212〉  DNA
〈213〉  Artificial

〈220〉
〈223〉  Synthetic Nucleic Acid

〈400〉  23
cctccggttc tgaaggtgtt ctt                                                    23


〈210〉  24
〈211〉  24
〈212〉  DNA
〈213〉  Artificial

〈220〉
〈223〉  Synthetic Nucleic Acid

```
<400> 24
gcctccggtt ctgaaggtgt tctt                              24


<210> 25
<211> 25
<212> DNA
<213> Artificial

<220>
<223> Synthetic Nucleic Acid

<400> 25
tgcctccggt tctgaaggtg ttctt                             25


<210> 26
<211> 19
<212> DNA
<213> Artificial

<220>
<223> Synthetic Nucleic Acid

<400> 26
ccggttctga aggtgttct                                    19


<210> 27
<211> 20
<212> DNA
<213> Artificial

<220>
<223> Synthetic Nucleic Acid

<400> 27
tccggttctg aaggtgttct                                   20


<210> 28
<211> 21
<212> DNA
<213> Artificial

<220>
<223> Synthetic Nucleic Acid

<400> 28
```

```
ctccggttct gaaggtgttc t                                          21


<210>  29
<211>  22
<212>  DNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  29
cctccggttc tgaaggtgtt ct                                         22


<210>  30
<211>  23
<212>  DNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  30
gcctccggtt ctgaaggtgt tct                                        23


<210>  31
<211>  24
<212>  DNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  31
tgcctccggt tctgaaggtg ttct                                       24


<210>  32
<211>  18
<212>  DNA
<213>  Artificial

<220>
<223>  Synthetic Nucleic Acid

<400>  32
ccggttctga aggtgttc                                              18
```

NS00000707

〈210〉 33
〈211〉 19
〈212〉 DNA
〈213〉 Artificial

〈220〉
〈223〉 Synthetic Nucleic Acid

〈400〉 33
tccggttctg aaggtgttc                                                    19


〈210〉 34
〈211〉 20
〈212〉 DNA
〈213〉 Artificial

〈220〉
〈223〉 Synthetic Nucleic Acid

〈400〉 34
ctccggttct gaaggtgttc                                                   20


〈210〉 35
〈211〉 21
〈212〉 DNA
〈213〉 Artificial

〈220〉
〈223〉 Synthetic Nucleic Acid

〈400〉 35
cctccggttc tgaaggtgtt c                                                 21


〈210〉 36
〈211〉 22
〈212〉 DNA
〈213〉 Artificial

〈220〉
〈223〉 Synthetic Nucleic Acid

〈400〉 36
gcctccggtt ctgaaggtgt tc                                                22


〈210〉 37

⟨211⟩  23
⟨212⟩  DNA
⟨213⟩  Artificial

⟨220⟩
⟨223⟩  Synthetic Nucleic Acid

⟨400⟩  37
tgcctccggt tctgaaggtg ttc                                        23

⟨210⟩  38
⟨211⟩  31
⟨212⟩  DNA
⟨213⟩  Artificial

⟨220⟩
⟨223⟩  Synthetic Nucleic Acid

⟨400⟩  38
cattcaactg ttgcctccgg ttctgaaggt g                               31

⟨210⟩  39
⟨211⟩  30
⟨212⟩  DNA
⟨213⟩  Artificial

⟨220⟩
⟨223⟩  Synthetic Nucleic Acid

⟨400⟩  39
ttgcctccgg ttctgaaggt gttcttgtac                                 30

⟨210⟩  40
⟨211⟩  21
⟨212⟩  DNA
⟨213⟩  Artificial

⟨220⟩
⟨223⟩  Synthetic Nucleic Acid

⟨400⟩  40
aggatttgga acagaggcgt c                                          21

⟨210⟩  41
⟨211⟩  20
⟨212⟩  DNA

NS00000709

&lt;213&gt;  Artificial

&lt;220&gt;
&lt;223&gt;  Synthetic Nucleic Acid

&lt;400&gt;  41
gtctgccact ggcggaggtc                                                    20


&lt;210&gt;  42
&lt;211&gt;  20
&lt;212&gt;  DNA
&lt;213&gt;  Artificial

&lt;220&gt;
&lt;223&gt;  Synthetic Nucleic Acid

&lt;400&gt;  42
catcaagcag aaggcaacaa                                                    20


&lt;210&gt;  43
&lt;211&gt;  20
&lt;212&gt;  DNA
&lt;213&gt;  Artificial

&lt;220&gt;
&lt;223&gt;  Synthetic Nucleic Acid

&lt;400&gt;  43
gaagtttcag ggccaagtca                                                    20


&lt;210&gt;  44
&lt;211&gt;  963
&lt;212&gt;  DNA
&lt;213&gt;  Homo sapiens

&lt;400&gt;  44
atggagctac tgtcgccacc gctccgcgac gtagacctga cggcccccga cggctctctc      60

tgctcctttg ccacaacgga cgacttctat gacgacccgt gtttcgactc cccggacctg     120

cgcttcttcg aagacctgga cccgcgcctg atgcacgtgg gcgcgctcct gaaacccgaa     180

gagcactcgc acttccccgc ggcggtgcac ccggccccgg gcgcacgtga ggacgagcat     240

gtgcgcgcgc ccagcgggca ccaccaggcg ggccgctgcc tactgtgggc ctgcaaggcg     300

tgcaagcgca agaccaccaa cgccgaccgc cgcaaggccg ccaccatgcg cgagcggcgc     360

```
cgcctgagca aagtaaatga ggcctttgag acactcaagc gctgcacgtc gagcaatcca      420

aaccagcggt tgcccaaggt ggagatcctg cgcaacgcca tccgctatat cgagggcctg      480

caggctctgc tgcgcgacca ggacgccgcg cccctggcg ccgcagccgc cttctatgcg       540

ccgggcccgc tgcccccggg ccgcggcggc gagcactaca gcggcgactc cgacgcgtcc      600

agcccgcgct ccaactgctc cgacggcatg atggactaca gcggcccccc gagcggcgcc      660

cggcggcgga actgctacga aggcgcctac tacaacgagg cgcccagcga acccaggccc      720

gggaagagtg cggcggtgtc gagcctagac tgcctgtcca gcatcgtgga gcgcatctcc      780

accgagagcc ctgcggcgcc cgccctcctg ctggcggacg tgccttctga gtcgcctccg      840

cgcaggcaag aggctgccgc ccccagcgag ggagagagca gcggcgaccc cacccagtca      900

ccggacgccg ccccgcagtg ccctgcgggt gcgaacccca acccgatata ccaggtgctc      960

tga                                                                    963
```

⟨210⟩  45
⟨211⟩  20
⟨212⟩  DNA
⟨213⟩  Artificial

⟨220⟩
⟨223⟩  Synthetic Nucleic Acid

⟨400⟩  45
cgggcttgga cagaacttac                                                   20


⟨210⟩  46
⟨211⟩  20
⟨212⟩  DNA
⟨213⟩  Artificial

⟨220⟩
⟨223⟩  Synthetic Nucleic Acid

⟨400⟩  46
tccttacggg tagcatcctg                                                   20

NS00000711

【書類名】特許請求の範囲
【請求項１】
　ヒトジストロフィン遺伝子の第53番目のエクソンのスキッピングを可能にするアンチセンスオリゴマーであって、ヒトジストロフィン遺伝子の第53番エクソンの5’末端から第31〜53番目、第31〜54番目、第31〜55番目、第31〜56番目、第31〜57番目、第31〜58番目、第32〜53番目、第32〜54番目、第32〜55番目、第32〜56番目、第32〜57番目、第32〜58番目、第33〜53番目、第33〜54番目、第33〜55番目、第33〜56番目、第33〜57番目、第33〜58番目、第34〜53番目、第34〜54番目、第34〜55番目、第34〜56番目、第34〜57番目、第34〜58番目、第35〜53番目、第35〜54番目、第35〜55番目、第35〜56番目、第35〜57番目、第35〜58番目、第36〜53番目、第36〜54番目、第36〜55番目、第36〜56番目、第36〜57番目又は第36〜58番目のヌクレオチドからなる配列のいずれか1つに相補的な塩基配列からなる、アンチセンスオリゴマー。
【請求項２】
　オリゴヌクレオチドである、請求項１に記載のアンチセンスオリゴマー。
【請求項３】
　前記オリゴヌクレオチドを構成する糖及び/又はリン酸の少なくとも１つが修飾されている、請求項2に記載のアンチセンスオリゴマー。
【請求項４】
前記オリゴヌクレオチドを構成する糖の2’位の水酸基が、OR、R、R’OR、SH、SR、NH$_2$、NHR、NR$_2$、N$_3$、CN、F、Cl、Br及びIからなる群より選択されるいずれかの基で置換された、請求項3に記載のアンチセンスオリゴマー。
（上記Rは、炭素数1〜6のアルキル又は炭素数1〜6のアリールを示し、上記R’は、炭素数1〜6のアルキレンを示す。）
【請求項５】
前記オリゴヌクレオチドを構成するリン酸が、ホスホロチオエート、ホスホロジチオエート、アルキルホスホネート及びホスホロアミデートからなる群より選択されるいずれか1つのものである、請求項3又は4に記載のアンチセンスオリゴマー。
【請求項６】
モルホリノオリゴマーである、請求項1に記載のアンチセンスオリゴマー。
【請求項７】
　ホスホロジアミデートモルホリノオリゴマーである、請求項６に記載のアンチセンスオリゴマー。
【請求項８】
5’末端核酸残基のリボース又はモルホリノ環に結合した5’メチレンが、下記のいずれかの基により修飾されている、請求項1〜7のいずれか1項に記載のアンチセンスオリゴマー。

　　【化１６】



【化１７】



、又は

【化１８】

【請求項９】
ヒトジストロフィン遺伝子の第53番エクソンの5'末端から第32～56番目又は第36～56番目のヌクレオチドからなる配列に相補的な塩基配列からなる、請求項1～8のいずれか1項に記載のアンチセンスオリゴマー。

【請求項１０】
配列番号2～37からなる群より選択されるいずれか1つに示す塩基配列からなる、請求項1～8のいずれか1項に記載のアンチセンスオリゴマー。

【請求項１１】
配列番号11、17、23、29及び35からなる群より選択されるいずれか1つに示す塩基配列からなる、請求項1～8のいずれか1項に記載のアンチセンスオリゴマー。

【請求項１２】
配列番号11又は35に示す塩基配列からなる、請求項1～8のいずれか1項に記載のアンチセンスオリゴマー。

【請求項１３】
請求項1～12のいずれか1項に記載のアンチセンスオリゴマー、その医薬的に許容可能な塩又は水和物を有効成分とする、筋ジストロフィー治療用医薬組成物。

【書類名】要約書
【要約】
【課題】　ヒトジストロフィン遺伝子の第53番目のエクソンを、高効率にスキッピングさせる薬剤の提供。
【解決手段】
　本発明は、ヒトジストロフィン遺伝子の第53番目のエクソンのスキッピングを可能にするオリゴマーを提供する。
【選択図】なし

NS00000714

【書類名】図面
【図１】

# 図1 RDでの検討



【図２】

# 図2 TIG-119での検討





【図3】

図3 5017での検討

NS00000716

出願人履歴


００００４１５６

19900813

新規登録



京都府京都市南区吉祥院西ノ庄門口町１４番地

日本新薬株式会社

５１０１４７７７６

20100527

新規登録



東京都小平市小川東町４丁目１番１号

独立行政法人国立精神・神経医療研究センター

NS00000717

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 14/615,504 | 02/06/2015 | Naoki WATANABE | 209658-0001-01-US-518587 |

**CONFIRMATION NO. 2704**

55694
DRINKER BIDDLE & REATH (DC)
1500 K STREET, N.W.
SUITE 1100
WASHINGTON, DC 20005-1209

**PUBLICATION NOTICE**

*OC000000075809136*

**Title:** ANTISENSE NUCLEIC ACIDS

**Publication No.** US-2015-0166995-A1
**Publication Date:** 06/18/2015

# NOTICE OF PUBLICATION OF APPLICATION

The above-identified application will be electronically published as a patent application publication pursuant to 37 CFR 1.211, et seq. The patent application publication number and publication date are set forth above.

The publication may be accessed through the USPTO's publically available Searchable Databases via the Internet at www.uspto.gov. The direct link to access the publication is currently http://www.uspto.gov/patft/.

The publication process established by the Office does not provide for mailing a copy of the publication to applicant. A copy of the publication may be obtained from the Office upon payment of the appropriate fee set forth in 37 CFR 1.19(a)(1). Orders for copies of patent application publications are handled by the USPTO's Office of Public Records. The Office of Public Records can be reached by telephone at (703) 308-9726 or (800) 972-6382, by facsimile at (703) 305-8759, by mail addressed to the United States Patent and Trademark Office, Office of Public Records, Alexandria, VA 22313-1450 or via the Internet.

In addition, information on the status of the application, including the mailing date of Office actions and the dates of receipt of correspondence filed in the Office, may also be accessed via the Internet through the Patent Electronic Business Center at www.uspto.gov using the public side of the Patent Application Information and Retrieval (PAIR) system. The direct link to access this status information is currently http://pair.uspto.gov/. Prior to publication, such status information is confidential and may only be obtained by applicant using the private side of PAIR.

Further assistance in electronically accessing the publication, or about PAIR, is available by calling the Patent Electronic Business Center at 1-866-217-9197.

---

Office of Data Managment, Application Assistance Unit (571) 272-4000, or (571) 272-4200, or 1-888-786-0101

NS00000718

PTO/SB/08a (07-09)
Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449/PTO

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

*(Use as many sheets as necessary)*

| | | | | |
|---|---|---|---|---|
| Sheet | 1 | of | | 2 |

**Complete if Known**

| | |
|---|---|
| Application Number | 14/615,504 |
| Filing Date | February 6, 2015 |
| First Named Inventor | Naoki WATANABE |
| Art Unit | 1674 |
| Examiner Name | S. McGarry |
| Attorney Docket Number | 209658-0001-01-US-518587 |

## U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document — Country Code[3] Number[4] Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | |
|---|---|---|
| Examiner Signature | | Date Considered |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

82171483.1

NS00000719

PTO/SB/08b (07-09)
Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | Complete if Known | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | | | Application Number | 14/615,504 |
| | | | Filing Date | February 6, 2015 |
| | | | First Named Inventor | Naoki WATANABE |
| | | | Art Unit | 1674 |
| | | | Examiner Name | S. McGarry |
| Sheet | 2 | of | 2 | Attorney Docket Number | 209658-0001-01-US-518587 |

| | | NON PATENT LITERATURE DOCUMENTS | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
| | A | Mitrpant, et al., "By-passing the nonsense mutation in the $4^{CV}$ mouse model of muscular dystrophy by induced exon skipping", The Journal of Gene Medicine, January 2009, vol. 11, No. 1, pp, 46-56 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

[1] Applicant's unique citation designation number (optional).  [2] Applicant is to place a check mark here if English language Translation is attached.

82171483.1

NS00000720

THE JOURNAL OF GENE MEDICINE
*J Gene Med* 2009; **11**: 46–56.
Published online 12 November 2008 in Wiley InterScience (www.interscience.wiley.com) **DOI:** 10.1002/jgm.1265

**RESEARCH ARTICLE**

# By-passing the nonsense mutation in the $4^{CV}$ mouse model of muscular dystrophy by induced exon skipping

Chalermchai Mitrpant[1,2]
Sue Fletcher[1]
Patrick L. Iversen[3]
Steve D. Wilton[1]*

[1]*Centre for Neuromuscular and Neurological Disorders, University of Western Australia, QE II Medical Centre, Nedlands, Australia*

[2]*Department of Biochemistry, Faculty of Medicine, Siriraj Hospital, Mahidol University, Bangkok, Thailand*

[3]*AVI Biopharma, Corvallis, OR, USA*

*Correspondence to:
Steve D. Wilton, Centre for Neuromuscular and Neurological Disorders, University of Western Australia, QE II Medical Centre, Nedlands, Western Australia, 6009, Australia.
E-mail: swilton@meddent.uwa.edu.au

## Abstract

**Background** Duchenne muscular dystrophy (DMD), a severe neuromuscular disorder, is caused by protein-truncating mutations in the dystrophin gene. Absence of functional dystrophin renders muscle fibres more vulnerable to damage and necrosis. We report antisense oligomer (AO) induced exon skipping in the B6Ros.Cg-Dmd$^{mdx-4Cv}$/J ($4^{CV}$) mouse, a muscular dystrophy model arising from a nonsense mutation in dystrophin exon 53. Both exons 52 and 53 must be excised to remove the mutation and maintain the reading frame.

**Methods** A series of 2'-O-methyl modified oligomers on a phosphorothioate backbone (2OMeAOs) were designed and evaluated for the removal of each exon, and the most effective compounds were then combined to induce dual exon skipping in both myoblast cultures and *in vivo*. Exon skipping efficiency of 2OMeAOs and phosphorodiamidate morpholino oligomers (PMOs) was evaluated both *in vitro* and *in vivo* at the RNA and protein levels.

**Results** Compared to the original *mdx* mouse studies, induction of exon skipping from the $4^{CV}$ dystrophin mRNA was far more challenging. PMO cocktails could restore synthesis of near-full length dystrophin protein in cultured $4^{CV}$ myogenic cells and *in vivo*, after a single intramuscular injection.

**Conclusions** By-passing the protein-truncating mutation in the $4^{CV}$ mouse model of muscular dystrophy could not be achieved with single oligomers targeting both exons and was only achieved after the application of AO cocktails to remove exons 52 and 53. As in previous studies, the stability and efficiency of PMOs proved superior to 2OMeAOs for consistent and sustained protein induction *in vivo*. Copyright © 2008 John Wiley & Sons, Ltd.

**Keywords** antisense oligomer; B6Ros.Cg-Dmd$^{mdx-4Cv}$/J ($4^{CV}$) mouse; Duchenne muscular dystrophy; exon skipping; morpholino

## Introduction

Duchenne muscular dystrophy (DMD), a devastating neuromuscular disorder characterized by progressive muscle wasting, and proximal muscle weakness, arises from the absence of functional dystrophin. Dystrophin links the actin cytoskeleton to the extracellular matrix via a complex of proteins embedded in the sarcolemma and plays a pivotal role during muscle contraction [1–3]. Loss of dystrophin renders muscle fibres vulnerable to membrane damage

Received: 29 May 2008
Revised: 2 August 2008
Accepted: 25 September 2008

Copyright © 2008 John Wiley & Sons, Ltd.

NS00000721

during contraction. Progressive loss of muscle fibres, with inflammatory cell infiltration and fibrosis eventually overwhelms the regenerative capacity of the muscle.

The human dystrophin gene is the largest known, and the major muscle isoform consists of 79 exons, spanning 2.4 million bp. Most mutations in DMD patients are intragenic deletions or duplications, accounting for approximately 60% and 8% of all DMD patients, respectively [4–7]. Point mutations, including nonsense and splice motif mutations, as well as small insertions/deletions that disrupt the reading frame, are responsible for 25–35% of all cases [7,8]. DMD mutations typically disrupt the reading frame, thereby preventing synthesis of functional dystrophin. Becker muscular dystrophy (BMD) is also caused by mutations in the dystrophin gene but this milder allelic condition is generally caused by gene defects that do not disrupt the reading frame and allow production of shorter, but partially functional, protein. Depending upon the position and nature of the mutation, some cases of BMD may only be diagnosed late in life, and present with very mild or no symptoms [9,10], whereas others may present as borderline DMD and lose ambulation around the age of 15 years [11,12].

AO-induced exon skipping studies initially targeted different splice motifs of exon 23 in the muscular dystrophy mouse model ($mdx$), with the aim of restoring protein expression [13,14]. The defect in the $mdx$ mouse is a naturally occurring nonsense mutation in dystrophin exon 23. Despite limitations, including a mild clinical phenotype, the $mdx$ mouse has been widely used in developing potential therapies for DMD, including exon skipping [15–22], gene and cell replacement [23,24], and premature translation termination suppression [25].

In the present study, the B6Ros.Cg-Dmd$^{mdx-4Cv}$/J ($4^{CV}$) muscular dystrophy mouse [26], carrying a nonsense mutation in exon 53 of the dystrophin gene, was used to evaluate AO-induced dual exon skipping in a region of the dystrophin gene within the major human dystrophin deletion hot-spot. By-passing the $4^{CV}$ mutation, and maintaining the reading frame, requires removal of both exons 52 and 53 from the mature dystrophin gene transcript. A series of AOs were designed and evaluated for the removal of each exon, and the most effective compounds were then combined to induce dual exon skipping in both myoblast cultures and *in vivo*. AOs of two different chemistries, 2′-O-methyl modified oligomers on a phosphorothioate backbone (2OMeAOs), and phosphorodiamidate morpholino oligomers (PMOs) conjugated to a cell-penetrating peptide (P007) [27,28] were compared.

## Materials and methods

### AOs and primers

AO nomenclature is based on that described by Mann *et al.* [18]. Sequences and composition of AO treatments are described in Table 1. 2OMeAOs were synthesized

on an Expedite 8909 Nucleic Acid synthesizer (Applied Biosystems, Foster City, CA, USA) using the 1 µmol thioate synthesis protocol. AOs were designed to anneal to either exonic sequences or exon/intron junctions of mouse dystrophin exons 52 or 53. PMOs conjugated to an arginine-rich, cell penetrating peptide (P007) [27,28] were synthesized by AVI BioPharma (Corvallis, OR, USA). Primers for RT-PCR and sequencing analysis were synthesized by Geneworks (Adelaide, Australia) and are listed in the Supporting information (Table S1).

## Animals

$4^{CV}$ (B6Ros.Cg-Dmd$^{mdx-4Cv}$/J) congenic mice, obtained from the Jackson Laboratory (Bar Harbor, ME, USA), were raised and supplied by the Animal Resources Centre, Murdoch, Western Australia. Animal housing and transport followed guidelines from National Health and Medical Research Council (Australia). The use of animals was approved by the Animal Ethics Committee of University of Western Australia (approval number 03/100/572).

## Cell culture and AO transfection

Immortalized $mdx$ $H2K^b$-$tsA58$ mouse cells ($H$-$2K$ $mdx$) were propagated and transfected as described previously [29]. Primary myoblast cultures were prepared from 2–4-day-old $4^{CV}$ pups and the procedure was adapted from Rando *et al.* [30]. Limb muscles from four pups were dissected, homogenized, and incubated at 37 °C for 30 min with dissociating enzyme mix containing 2.4 units/ml dispase (Invitrogen, Victoria, Australia), 5 mg/ml collagenase Type II (Invitrogen), and 2.4 mM $CaCl_2$ in Dulbecco's modified Eagle's medium (Invitrogen). After centrifugation, the cell pellet was added to a 75-cm$^2$ tissue culture flask with 10 ml of proliferative media and incubated for 1 h. Non-adherent cells were removed and seeded into 75-cm$^2$ tissue culture flasks coated with 100 µg/ml matrigel. When nearly confluent, cells were seeded into 24-well plates coated with 50 µg/ml poly D-lysine solution and matrigel, and incubated for 48 h before transfection. Duplicate wells were transfected with 2OMeAO lipoplexes using Lipofectin (Invitrogen) at a ratio of 2 : 1 Lipofectin to AO. Briefly, Lipofectin was mixed with OptiMEM (Invitrogen) to a final volume of 200 µl and incubated for 30 min at room temperature. The 2OMeAO, which had been diluted to 200 µl in OptiMEM, was then combined with Lipofectin : OptiMEM and the mixture incubated for a further 30 min, before addition of OptiMEM to a final volume of 1 ml and subsequent addition of 500 µl aliquots to each well. Transfected cells were incubated for 48 h before RNA was extracted for analysis.

Copyright © 2008 John Wiley & Sons, Ltd.

*J Gene Med* 2009; **11**: 46–56.
DOI: 10.1002/jgm

NS00000722

## Intramuscular administration

Oligomers, in physiological saline, were injected into tibialis anterior (TA) muscles at doses indicated. Each experiment included at least one saline only injection as a negative control. The animals were anaesthetized and sacrificed by cervical dislocation at indicated time points after the injection, and muscles were removed and snap-frozen in pre-cooled isopentane, before being sectioned and prepared for RNA and protein studies.

## RNA extraction, reverse transcriptase-polymerase chain reaction (RT-PCR) analysis, and DNA sequencing

RNA was harvested from *H-2K mdx* cultures, $4^{CV}$ cultures and frozen sections tissue blocks using Trizol (Invitrogen), according to the manufacturer's protocol. One-step RT-PCR was undertaken using 120 ng of total RNA as template, in a 12.5 μl reaction for 30 cycles of amplification. After the reverse transcription step for 30 min at 55 °C, the reaction was heated to 94 °C for 2 min before the primary thermal cycling rounds of 94 °C for 40 s, 60 °C for 1 min, and 68 °C for 1 min. Nested PCR was then carried out on 1 μl of the primary amplification reaction using AmpliTaQ Gold (Applied Biosystems, Foster City, CA, USA). Cycling conditions for the secondary PCR were 94 °C for 6 min to activate the polymerase, followed by 20 cycles of 94 °C for 40 s, 60 °C for 1 min, and 72 °C for 1 min. PCR products were separated on 2% agarose gels in TAE buffer and the images captured on a CHEMISMART-3000 (Vilber Lourmat, Marne-la-Vallee, France) gel documentation system. Bands of interest were re-amplified directly from the agarose gel [31] and the sequencing templates were purified using UltraClean spin columns (Mobio Laboratories, Carlsbad, CA, USA) and then sequenced on an ABI 377 automated sequencer using BigDye v3.1 terminator chemistry (Applied Biosystems).

## Western blot analysis

Protein extracts were prepared as weight per volume of treatment buffer containing 125 mM Tris/HCl, pH 6.8, 15% sodium dodecyl sulphate, 10% glycerol, 0.5 mM phenylmethylsulfonyl fluoride, 50 mM dithiothreitol, bromphenol blue, and protease inhibitor cocktail (Sigma, St Louis, MO, USA) to cell pellet or mouse muscle cryostat sections. Samples were then vortexed and sonicated briefly, heated at 95 °C for 5 min, before electophoretic fractionation on a 4–10% sodium dodecyl sulphate gradient gel at pH 8.8 with 4% stacking gel, pH 6.8. Densitometry of myosin bands after coomassie blue staining was undertaken to facilitate equivalent protein loading. Extracts from AO treated cultures or muscle cryosections from treated animals

(2.75 mg) and control muscle (0.275 mg) were loaded onto a second polyacrylamide gel electrophoresis gel for western blotting. Proteins were transferred from the gel to nitrocellulose membranes (Amersham Biosciences, Castle Hill, Australia) overnight at 18 °C, at 290 mA. Dystrophin was visualised using NCL-DYS2 monoclonal anti-dystrophin antibody (Novocastra, Newcastle-upon-Tyne, UK) as described previously [21]. Images were captured on a Vilber Lourmat CHEMISMART-3000 gel documentation system. The percentage of dystrophin restoration was calculated according to dystrophin expression in control cells after normalization for myosin loading.

## Tissue preparation and immunofluorescence

TA muscles were taken from mice and snap-frozen in isopentane, pre-cooled in liquid nitrogen. Dystrophin was detected in 6 μm unfixed cryostat sections using NCL-DYS2, an antibody that reacts strongly with C-terminus of dystrophin. Immunofluorescence was performed using the Zenon Alexa Fluor 488 labelling kit (Invitrogen), according to the manufacturer's protocol, except for the initial fixation step. The primary antibody was diluted at 1 : 10 and sections were counterstained with Hoechst (Sigma) at the dilution of 1 : 10 000 to visualize nuclei. Sections were viewed under Olympus IX 70 inverted microscope (Olympus, Tokyo, Japan) and images were captured on an Olympus DP70 digital camera.

## Results

### Single exon targeting

A panel of AOs was designed to anneal to obvious splicing motifs, including the acceptor and donor splice sites, and potential exonic splicing enhancers (ESEs) of both exons 52 and 53. Although designed to predict human ESEs, the web-based ESE prediction program, ESEfinder 3.0 [32,33], was used to identify putative ESEs in mouse dystrophin exons 52 and 53. Figure 1 shows the predicted ESEs of exons 52 and 53 and the relative annealing positions of the AOs (sequences are provided in Table 1) designed to induce exon removal. Six AOs, designed to excise dystrophin exon 52, were evaluated initially in *H-2K^b-tsA58 mdx* (*H-2K mdx*) immortalised myogenic cells [34]. The use of these immortalized cells reduced animal usage and, because the $4^{CV}$ mutation in exon 53 did not alter dystrophin splicing patterns, it was assumed that design in one mouse strain should be valid for another. Subsequent experiments validated this approach. According to ESEfinder, the nonsense mutation in dystrophin exon 53 occurs in two predicted ESE motifs that are only just above the threshold: an SF2/ASF motif (score = 2.187/threshold = 1.956) and an SRp40 motif (score = 3.042/threshold = 2.67).

Copyright © 2008 John Wiley & Sons, Ltd.

*J Gene Med* 2009; **11**: 46–56.
DOI: 10.1002/jgm

NS0000723

4<sup>CV</sup> mouse model of muscular dystrophy 49



**Figure 1.** Diagrammatic presentation of predicted ESEs [32,33]; (a) mouse exons 52 and (b) exon 53. Relative annealing coordinates of oligomers are indicated

**Table 1.** Sequences, annealing coordinates, length and GC content of all AOs targeting exons 52 and 53

| AO | Length (bp) | Annealing coordinates | Exon number | Sequences | GC content (bp) | % |
|---|---|---|---|---|---|---|
| 1 | 25 | M52A + 17 + 41 | 52 | 5′-UCC AAU UGG GGG CGU CUC UGU UCC A-3′ | 14 | 56 |
| 2 | 30 | M52A − 15 + 15 | 52 | 5′-AUC UUG CAG UGU UGU UGC CUG AAA GAA AAA AAA-3′ | 10 | 33 |
| 3 | 30 | M52D + 15 − 15 | 52 | 5′-CAU UAA GAG ACU UAC UUC GAU CAG UAA UGA-3′ | 10 | 33 |
| 4 | 30 | M52A + 22 + 51 | 52 | 5′-AAU GAG UUC UUC CAA UUG GGG GCG UCU CUG-3′ | 15 | 50 |
| 5 | 30 | M52A + 32 + 61 | 52 | 5′-GGG CAG CAG UAA UGA GUU CUU CCA AUU GGG-3′ | 15 | 50 |
| 6 | 30 | M52A + 42 + 71 | 52 | 5′-UUC AAA UUC UGG GCA GCA GUA AUG AGU UCU-3′ | 12 | 40 |
| 7 | 31 | M53A + 39 + 69 | 53 | 5′-CAU UCA ACU GUU GUC UCC UGU UCU GCA GCU G-3′ | 15 | 48 |
| 8 | 30 | M53A − 15 + 15 | 53 | 5′-UCU GAA UUC UUU CAA CUG GAA UAA AAA UAA-3′ | 7 | 23 |
| 9 | 30 | M53D + 15 − 15 | 53 | 5′-AGG CUU GAC ACU AAC CUU UGU UCA GUU GAU-3′ | 12 | 40 |
| 10 | 30 | M53A + 29 + 58 | 53 | 5′-UGU CUC CUG UUC UGC AGC UGU UCU UGA ACC-3′ | 15 | 50 |
| 11 | 30 | M53A + 49 + 78 | 53 | 5′-UUA ACA UUU CAU UCA ACU GUU GUC UCC UGU-3′ | 10 | 33 |
| 12 | 30 | M53A + 59 + 88 | 53 | 5′-GUU GAA UCC UUU AAC AUU UCA UUC AAC UGU-3′ | 9 | 30 |
| 13 | 30 | M53A + 69 + 98 | 53 | 5′-CAG CCA UUG UCU UGA AUC CUU UAA CAU UUC-3′ | 11 | 37 |
| 14 | 30 | M53A + 19 + 48 | 53 | 5′-UCU GCA GCU GUU CUU GAA CCU CAU CCC ACU-3′ | 15 | 50 |
| 15 | 30 | M53A − 25 + 5 | 53 | 5′-UUC AAC UGG AAU AAA AAU AAG AAU AAA GAA-3′ | 6 | 20 |
| 16 | 30 | M53A + 129 + 158 | 53 | 5′-CCA UGA GUC AAG CUU GCC UCU GAC CUG UCC-3′ | 17 | 57 |
| 17 | 30 | M53A + 151 + 180 | 53 | 5′-CUA CUG UGU GAG GAC CUU CUU UCC AUG AGU-3′ | 14 | 47 |
| 18 | 30 | M53A + 176 + 205 | 53 | 5′-UCU GUG AUC UCU UUA UUG AUU GCA UCU ACU-3′ | 11 | 37 |
| 19 | 30 | M53D + 5 − 25 | 53 | 5′-UUU UAA AGA UAU GCU UGA CAC UAA CCU UGG-3′ | 10 | 33 |
| 20 | 25 | M53A − 25 − 1 | 53 | 5′-CUG GAA UAA AAA UAA GAA UAA AGA A-3′ | 5 | 20 |
| 21 | 25 | M53A − 20 + 5 | 53 | 5′-UUC AAC UGG AAU AAA AAU AAG AAU AAA A-3′ | 5 | 20 |
| 22 | 25 | M53A + 69 + 93 | 53 | 5′-AUU GUG UUG AAU CCU UUA ACA UUU C-3′ | 7 | 28 |
| 23 | 25 | M53A + 74 + 98 | 53 | 5′-CAG CCA UUG UCU UGA AUC CUU UAA C-3′ | 10 | 40 |
| 24 | 25 | M53A + 99 + 123 | 53 | 5′-CCU GUU CGG CUU CUU CCU UAG CUU C-3′ | 13 | 52 |

Copyright © 2008 John Wiley & Sons, Ltd.

*J Gene Med* 2009; **11**: 46–56.
DOI: 10.1002/jgm

NS00000724



**Figure 2. Induced single exon skipping in *H-2K mdx* cells; (a) Transcripts resulting after transfection with AO 2 (typical of that obtained after transfection with AOs 3, 5 and 6); (b) Transcripts resulting after transfection with AO 4 and AO 1; (c) Transcripts resulting after transfection with AO 8 (typical of that obtained after transfection with AOs 9, 14, 15, 16 and 19–24); (d) Transcripts resulting after transfection with AO 7 (typical of that obtained after transfection with AOs 7 and 10–13); (e) Transcripts resulting after transfection with AO 17; (f) Transcripts resulting after transfection with cocktail AOs 8, 9 and 13**

None of the AOs targeting the acceptor or donor sites of exon 52 consistently induced removal of the target (Figure 2a), whereas the AOs annealing between the coordinates +17 + 51 efficiently excluded exon 52 from the mature dystrophin mRNA (Figure 2b). Subsequent titration studies comparing AOs 1 and 4 indicated that the latter compound was more efficient at inducing exon 52 removal at lower transfection concentrations, although there was little exon 52 skipping induced at 25 nM (data not shown). Consequently, AO 4 was selected for further studies.

Excision of exon 53 proved to be a greater challenge, and although numerous AOs were designed and evaluated, no single AO tested efficiently excluded exon 53 from the mouse dystrophin mRNA. Although many AOs failed to dislodge exon 53, as shown in Figure 2c, others removed exon 53 in addition to both exons 53 and 54 (Figure 2d). Two AOs activated a cryptic splice site and resulted in partial exon 53 loss (Figure 2e). Thirteen different combinations of non-overlapping AOs were then assessed and one AO cocktail was developed to consistently induce specific exon 53 skipping (Figure 2f).

## Exon 52 and 53 skipping: 2OMeAOs

As the relative efficiencies of excision of the target exons differed, it was necessary to evaluate combinations of the optimized AOs directed to exons 52 and 53 (Table 2). Four 2OMeAOs (4, 8, 9 and 13) were combined at ratios indicated (A1, A2, A3, A4 and A5) and used to transfect 4$^{CV}$ cultured primary myoblasts (Figures 3a to 3c). The identity of the transcript missing exons 52 and 53 was confirmed by DNA sequencing (Figure 3d). At 2 days after transfection, the A2 and A3 cocktails appeared marginally more effective at excising both exons 52 and 53, as shown by the absence of the full-length product (Figures 3a to 3c); hence, the A2 cocktail was selected for further studies.

Although RT-PCR studies indicated substantial exons 52 and 53 skipping at days 3 and 5, only a trace of shortened transcript could be detected at days 8 and 9 after treatment (data not shown). No detectable dystrophin protein was observed in treated cultures at any time point. RNA and protein were analysed at day 14 after two transfections at days 0 and 9, and no exon skipping

NS00000725

*4^{CV}* mouse model of muscular dystrophy                                                                 51

**Table 2. Composition of AO cocktail: *in vitro* studies (2OMeAO and PMO) and *in vivo* studies (PMO)**

| Cocktail | A1 | A2 | A3 | A4 | A5 |
|---|---|---|---|---|---|
| 2OMe AO | 1:3 | 1.66:1 | 3.33:1 | 6.66:1 | 12.33:1 |
| 4 | 150 | 375 | 460 | 520 | 555 |
| 8 | 150 | 75 | 46 | 26 | 15 |
| 9 | 150 | 75 | 46 | 26 | 15 |
| 13 | 150 | 75 | 46 | 26 | 15 |
| Total concentration (mM) | 600 | 600 | 600 | 600 | 600 |
| Cocktail | B1 | B2 | B3 | B4 | B5 |
| P007-PMO | 1:3 | 1.66:1 | 3.33:1 | 6.66:1 | 12.33:1 |
| 4 | 2.5 | 6.25 | 7.7 | 8.8 | 9.25 |
| 8 | 2.5 | 1.25 | 0.77 | 0.44 | 0.25 |
| 9 | 2.5 | 1.25 | 0.77 | 0.44 | 0.25 |
| 13 | 2.5 | 1.25 | 0.77 | 0.44 | 0.25 |
| Total concentration (µM) | 10 | 10 | 10 | 10 | 10 |
| Cocktail | C1 | C2 | C3 | C4 | C5 |
| P007-PMO | 1:3 | 1.66:1 | 3.33:1 | 6.66:1 | 12.33:1 |
| 4 | 10 | 25 | 30 | 35 | 37 |
| 8 | 10 | 5 | 3.3 | 1.8 | 1 |
| 9 | 10 | 5 | 3.3 | 1.8 | 1 |
| 13 | 10 | 5 | 3.3 | 1.8 | 1 |
| Total amount (µg) | 40 | 40 | 40 | 40 | 40 |

or restored dystrophin protein were observed (data not shown).

A total of 100 µg of the 2OMeAO A2 cocktail, was complexed with F127 and administered to 4^{CV} mice through intramuscular or intraperitoneal routes. Animals were sacrificed 3, 5 and 7 days after injection and RNA from the diaphragm and TA muscle was assessed for exon skipping. Although sporadic exon 52 and 53 skipping was detected in the TA muscle, no substantial dystrophin protein restoration could be demonstrated by either immunofluorescence or western blot analysis (data not shown).

## Induced exon 52 and 53 skipping with phosphorodiamidate morpholino oligomers

We had previously found that, although 2OMeAOs were well suited for AO design and short-term *in vitro* RNA



**Figure 3.** Induced exon skipping in 4^{CV} cells after transfection with 2OMeAO cocktails (a) A1, (b) A2 and (c) A3; (d) DNA sequencing chromatogram confirming precise splicing of exons 51–54. Transcripts resulting after transfection with (e) B1, (f, h) B2 and (g, h) B3 in 4^{CV} cultures; (i) western blot analysis from 4^{CV} cultures treated with B2 and B3 PMO cocktails

Copyright © 2008 John Wiley & Sons, Ltd.

*J Gene Med* 2009; **11**: 46–56.
DOI: 10.1002/jgm

studies, restoration of dystrophin protein in 2OMeAO treated cultures was more problematic [35]. AOs 4, 8, 9 and 13 were prepared as PMOs, coupled to the cell penetrating peptide P007. These oligomers did not induce any exon skipping when applied individually (data not shown). The combination was evaluated in $4^{CV}$ myoblast cultures and, as with the 2OMe AOs, different ratios of PMOs were assessed. The PMO cocktails B2, B3 and B4 induced the transcript missing both target exons at concentrations as low as 0.5 µM *in vitro*. The B2 and B3 PMO combinations comparable to the A2 and A3 2OMe combinations appeared to be the most effective mixtures, and were selected for further study (Figures 3e to 3g). Both the B2 and B3 cocktails were able to induce pronounced exon 52 and 53 skipping, 2 weeks after *in vitro* transfection at a concentration of 40 µM (Figure 3h), consistent with the appearance of induced dystrophin, as determined by western blotting (Figure 3i). Normalization of dystrophin according to myosin densitometry indicates the B2 and B3 cocktails induced 11% and 8% of normal levels of dystrophin, respectively (Figure 3i; see also Supporting information, Table S2).

### Evaluation off-target effects

To confirm specificity of the multi-oligo cocktail on dystrophin expression, RT-PCR was undertaken across the dystrophin gene transcript using five sets of nested primer pairs (see Supporting information) covering exons 13–70 region (Figures 4a to 4e). Figures 4a to 4e represent amplified segments of the dystrophin transcript. Although sporadic 'revertant' transcripts were detected in PMO cocktail treated cultures, the numbers of alternatively spliced transcripts were not greatly different from those in six untreated cultures (Figure 5).

### *In vivo* studies

A single injection of 40 µg of each of the PMO cocktails, at ratios shown in Table 2, was made into the TAs

of $4^{CV}$ mice. Two weeks after injection, RT-PCR on RNA extracted from injected $4^{CV}$ muscle demonstrated exon 52 and 53 skipping in all cocktail-treated samples (Figure 6a) with western blotting indicating dystrophin expression to be approximately 5–7%, based upon normalization of loading (see Supporting information, Table S2). Consistent with the RNA studies, dystrophin immunofluorescence on sections from the TAs of $4^{CV}$ mice treated with PMO cocktails C1 and C2 also showed dystrophin-positive fibres (Figures 7a and 7b).

## Discussion

Oligomer design, evaluation of different chemistries and systemic delivery protocols have been extensively studied in the *mdx* mouse model of muscular dystrophy [14,18–21,36,37]. The present study describes the application of AO-induced dual exon skipping to address the primary gene lesion in another mouse model, the $4^{CV}$ mouse, whose nonsense mutation should be by-passed with the excision of exons 52 and 53. This model may be regarded as of greater relevance to the human condition because the targeted exon skipping is induced within the major hotspot for dystrophin gene deletions [38].

Acceptor and donor splice sites were initially considered obvious targets for AO-induced exon skipping, and consistent exon 23 removal was achieved with the first



**Figure 5.** RT-PCR analysis of dystrophin transcripts in untreated and PMO treated $4^{CV}$ cultures across exons 20–35 indicating alternatively spliced dystrophin transcripts



**Figure 4.** RT-PCR analysis of dystrophin transcripts in untreated and PMO treated $4^{CV}$ cultures across (a) exons 13–26, (b) exons 37–50, (c) exons 58–70, (d) exons 20–35 and (e) exons 48–58

Copyright © 2008 John Wiley & Sons, Ltd.

*J Gene Med* 2009; **11:** 46–56.
DOI: 10.1002/jgm

NS00000727

Case 1:21-cv-01015-JLH    Document 452-28    Filed 12/18/23    Page 253 of 351 PageID #: 35068



**Figure 6. (a)** RNA studies; and **(b)** western blot analysis of muscle extracts from the $4^{CV}$ mice injected (IM) with PMO cocktails (C1 to C5)



**Figure 7.** Dystrophin immunofluorescence on muscle cryosections from $4^{CV}$ mice treated with cocktails **(a)** C1, **(b)** C2, **(c)** C3, **(d)** C4, **(e)** C5 and **(f)** saline; **(g)** untreated C57

oligomer targeting the donor splice site [14]. However, a comprehensive study targeting all human dystrophin exons indicated donor splice sites are rarely the optimal or preferred targets, and the majority of preferred targets appear to be intra-exonic motifs [39]. Indeed, it appears that if a pre-mRNA site is not amenable to oligomer intervention, the application of a panel of oligomers to microwalk across that motif, or altering AO length or chemistry, is unlikely to achieve acceptable (or detectable) levels of exon exclusion [40]. Similar trends were observed for the $4^{CV}$ mouse dystrophin exons 52 and 53, where individual oligomers annealing to either the donor or acceptor splices sites failed to induce any targeted exon skipping. Two overlapping oligomers, AOs 1 and 4, targeting intra-exonic motifs within exon 52, were identified that induced substantial skipping and titration

studies indicated AO 4 was slightly more efficient at lower transfection concentrations.

Mouse dystrophin exon 53 proved to be much more challenging to dislodge from the mature mRNA. Eighteen oligomers were designed to target acceptor and donor splice sites, as well as intra-exonic motifs predicted by ESEfinder [32,33]. Although this program is based upon human sequences, the strong homology between mouse and human dystrophin sequences was considered sufficient justification to use this program as a starting point in AO design. Initial AO design was undertaken in an immortalized *mdx* mouse myogenic cell line, while awaiting establishment of the $4^{CV}$ mice colony. The sequences of dystrophin exon 52 were identical in both strains, and similar identified splice patterns were generated with AO 4 in both cell lines. Similarly, AOs

Copyright © 2008 John Wiley & Sons, Ltd.

*J Gene Med* 2009; **11**: 46–56.
DOI: 10.1002/jgm

NS00000728

that led to exon 53 skipping in the *mdx* cell line exhibited identical patterns in cultured cells from the $4^{CV}$ mouse. Because no aberrant splicing was observed involving exon 53 in untreated $4^{CV}$ cultures, it was presumed that the mutation did not influence splicing. This is consistent with the mutation occurring in two putative ESEs that were just above the threshold for SF2/ASF and SRp40. Once the $4^{CV}$ colony was established, all subsequent experiments were undertaken in these cells.

The majority of compounds targeting exon 53, when used individually were either ineffective, activated a cryptic splice site (a loss of 78 bases from the end of exon 53) or led to the production of dystrophin gene transcripts missing exons 53 and 54, in addition to exon 53 alone (Figures 2d to 2f). Interestingly, AO 7, which anneals to exactly the same coordinates identified as an optimal target to dislodge human dystrophin exon 53, induced mouse dystrophin transcripts missing exons 53 and 54, in addition to exon 53 excision. Several other AOs overlapping AO 7 also induced this pattern of exon removal, implying that this area may be involved in coordinated processing of both exons during pre-mRNA splicing, at least in mice. Targeting exon 53 for excision from the human dystrophin gene transcript only resulted in specific target removal, highlighting some limitations in extrapolation of oligomer design between homologous genes of different species [39]. The loss of an exon flanking that targeted for excision has been reported previously. The AO targeting the *mdx* mouse exon 23 for removal also induced dystrophin gene transcripts missing exons 22 and 23, an out-of-frame transcript that cannot lead to dystrophin production [36]. Similarly, transcripts missing exons 53 and 54 are out-of-frame, even when exon 52 was omitted and were thus considered undesirable.

Because we had previously observed that some combinations of apparently inactive AOs were able to induce highly efficient exon skipping [41], various AO cocktails targeting exon 53 were evaluated. A combination of AOs 8 and 9, targeting the acceptor and donor sites, respectively, was able to induce some exon 53 skipping, although not at a consistent and satisfactory level. Subsequently, AOs 8 and 9 were combined with other AOs (7, 10, 11, 12, 13, 14 and 16) to identify a cocktail capable of inducing specific exon 53 skipping. When AO 13 was combined with AOs 8 and 9, efficient and specific exon 53 removal could be induced after transfection at low total AO concentrations. The mixture of AOs 8 and 13 generated the same pattern induced by AO 13 alone, indicating no advantage, whereas the combination of AOs 9 and 13 only induced inconsistent exon 53 excision. This three-AO combination was necessary for both efficiency and specificity of exon skipping.

Because exon 53 was removed from the mature mRNA at a higher efficiency than exon 52, attempts were made to balance the ratio of AO 4, targeting exon 52, with AOs 8, 9 and 13, to maximize induction of in-frame transcripts. When equimolar amounts of all four oligomers were applied, the full-length transcript was observed, in addition to dystrophin mRNAs missing exon 53 and exons 52 and 53. Altering the composition of the cocktails with increased proportions of AO 4 resulted in decreased amounts of full-length product and a higher proportion of in-frame transcripts missing both exons 52 and 53. Transcripts missing only exon 52, another out-of-frame mRNA were also observed.

Although a substantial amount of exon 52 and 53 deleted transcripts were detected at days 3 and 5 after transfection with 2OMeAOs, no detectable amount of dystrophin was observed by western blot analysis (data not shown). Only trace amounts of exon skipping could be observed 8–14 days after transfection, and this did not generate sufficient dystrophin detectable by western blotting (data not shown). It was assumed that this limitation arises from the uptake and turn-over of the 2OMeAOs in cells. The 2′-O-modified oligomers on phosphorothioate backbone increase the oligomers resistance to nuclease degradation but, unlike PMOs, which are not metabolized, 2OMeAOs are gradually broken down by nucleases [42]. This was most apparent in a time-course of 2OMeAO-induced exon skipping in cultured cells, where there was substantial exon skipping 24 h after transfection but this declined substantially over the next 9 days [43]. By contrast, substantial PMO-induced exon skipping transcript had been detected with less intermediate product at 14 days after transfection, *in vitro* [44]. By-passing the dystrophin gene lesion and inducing dystrophin detectable by western blotting was very inconsistent in canine cultured cells from the golden retriever muscular dystrophy model of muscular dystrophy and human dystrophic muscle explants [35,44]. However, upon the application of PMOs of the same sequences, efficient exon skipping could be induced and maintained *in vitro* or *ex vivo* to allow sufficient dystrophin synthesis to be readily detected by western blotting at 7 days after transfection [35].

The application of any oligomer to a cell has the potential to cross react with other sequences and/or exert nonspecific effects. The use of AO cocktails would potentially increase this risk and, although a detailed examination of other gene has not been undertaken, we showed that the cocktail only induced targeted changes in the dystrophin mRNA. We had noticed in other studies that the addition of oligomers appears to marginally increase the appearance of alternatively spliced transcripts [45]. However, the application of four oligomers did not greatly alter the incidence of the alternative transcript in treated cells compared to untreated cultures.

The application of PMOs, coupled to an arginine rich cell-penetrating peptide, induced more robust exon skipping *in vitro* and *in vivo* in $4^{CV}$ cells than the equivalent 2OMeAOs. As we had previously shown that a hierarchy of exon skipping efficiency induced by 2OMeAOs was also seen when the same sequences were evaluated as PMOs [46], the most effective mixtures of 2OMe and PMO AO appeared comparable in the $4^{CV}$ model, although there was a minor shift in the relative proportions of exon excised transcripts. The optimal

Copyright © 2008 John Wiley & Sons, Ltd.

*J Gene Med* 2009; **11**: 46–56.
DOI: 10.1002/jgm

2OMeAO cocktails induced removal of approximately equivalent amounts of exons 52 and 52 and 53, whereas the equivalent PMO combinations generated transcripts missing exon 53 as the predominant transcript and exons 52 and 53. Approximately 10% of restored dystrophin protein was induced according to calculation of band densitometry of western blot analysis.

PMO cocktails, consisting of a total of 40 µg of the oligomers directed to exons 52 and 53, were administered into the *TAs* of 4$^{CV}$ mice by a single intramuscular injection. Two weeks later, dystrophin was observed by dystrophin immunofluorescence after C1, C2 or C3 treatment. Calculation of band densitometry from western blot analysis demonstrated approximately 5–10% of restored dystrophin protein after C1, C2 or C3 treatment. Further studies in this area may provide additional information to understand and to refine more efficient combinations for AO-induced dual exon skipping.

In summary, there still appears to be no consistent pattern in AO design for targeted exon skipping. Masking an obvious splice motif, such as the donor splice site that proved so effective in the *mdx* mouse, was ineffective in excising different exons in another mouse model of muscular dystrophy. AO cocktails were essential for bypassing the mutation in the 4$^{CV}$ mouse in terms of both specificity and efficient exon removal. Consistent with other studies, the PMOs appeared to be superior to 2OMeAOs, especially *in vivo*. Long-term systemic treatment of the 4$^{CV}$ mouse is now underway to establish an appropriate delivery regimen that would be best suited for dual exon skipping in a region of the dystrophin gene located within the human deletion hotspot.

## Supporting Information

Supporting information may be found in the online version of this article.

## Acknowledgements

The authors received funding from the National Institutes of Health (RO1 NS044146-02), the Muscular Dystrophy Association USA (MDA3718), the National Health and Medical Research Council of Australia (303216), and the Medical and Health Research Infrastructure Fund of Western Australia. C.M. was supported by a scholarship from Faculty of Medicine, Siriraj Hospital, Mahidol University. P.L.I. and H.M.M., who supplied the PMOs, disclose that they hold stock in a company that has an interest in developing therapeutic anti-sense oligomers. This may be perceived as a conflict of interest. We thank Russell Johnsen for technical advice and assistance with aspects of the dystrophin immunofluorescence and western blotting.

## References

1. Blake DJ, Weir A, Newey SE, *et al*. Function and genetics of dystrophin and dystrophin-related proteins in muscle. *Physiol Rev* 2002; **82**: 291–329.

2. Emery AE. Muscular dystrophy into the new millennium. *Neuromuscul Disord* 2002; **12**: 343–349.

3. Emery EJ. The muscular dystrophies. *Lancet* 2002; **359**: 687–695.

4. Yan J, Feng J, Buzin CH, *et al*. Three-tiered noninvasive diagnosis in 96% of patients with Duchenne muscular dystrophy (DMD). *Hum Mutat* 2004; **23**: 203–204.

5. White SJ, Aartsma-Rus A, Flanigan KM, *et al*. Duplications in the DMD gene. *Hum Mutat* 2006; **27**: 938–945.

6. Deburgrave N, Daoud F, Llense S, *et al*. Protein- and mRNA-based phenotype-genotype correlations in DMD/BMD with point mutations and molecular basis for BMD with nonsense and frameshift mutations in the DMD gene. *Hum Mutat* 2007; **28**: 183–195.

7. Ashton EJ, Yau SC, Deans ZC, *et al*. Simultaneous mutation scanning for gross deletions, duplications and point mutations in the DMD gene. *Eur J Hum Genet* 2008; **16**: 53–61.

8. Tuffery-Giraud S, Chambert S, Demaille J, *et al*. Point mutations in the dystrophin gene: evidence for frequent use of cryptic splice sites as a result of splicing defects. *Hum Mutat* 1999; **14**: 359–368.

9. Bosone I, Bortolotto S, Mongini T, *et al*. Late onset and very mild course of Xp21 Becker type muscular dystrophy. *Clin Neuropathol* 2001; **20**: 196–199.

10. Heald A, Anderson LV, Bushby KM, *et al*. Becker muscular dystrophy with onset after 60 years. *Neurology* 1994; **44**: 2388–2390.

11. Jennekens FG, ten Kate LP, de Visser M, *et al*. Diagnostic criteria for Duchenne and Becker muscular dystrophy and myotonic dystrophy. *Neuromuscul Disord* 1991; **1**: 389–391.

12. Prior TW, Bartolo C, Papp AC, *et al*. Nonsense mutations in a Becker muscular dystrophy and an intermediate patient. *Hum Mutat* 1996; **7**: 72–75.

13. Dunckley MG, Manoharan M, Villiet P, *et al*. Modification of splicing in the dystrophin gene in cultured Mdx muscle cells by antisense oligoribonucleotides. *Hum Mol Genet* 1998; **7**: 1083–1090.

14. Wilton SD, Lloyd F, Carville K, *et al*. Specific removal of the nonsense mutation from the mdx dystrophin mRNA using antisense oligonucleotides. *Neuromuscul Disord* 1999; **9**: 330–338.

15. Graham IR, Hill VJ, Manoharan M, *et al*. Towards a therapeutic inhibition of dystrophin exon 23 splicing in mdx mouse muscle induced by antisense oligoribonucleotides (splicomers): target sequence optimisation using antisense oligonucleotide arrays. *J Gene Med* 2004; **6**: 1149–1158.

16. Sirsi SR, Williams JH, Lutz GJ. Poly (ethylene imine)-poly (ethylene glycol) copolymers facilitate efficient delivery of antisense oligonucleotides to nuclei of mature muscle cells of mdx mice. *Hum Gene Ther* 2005; **16**: 1307–1317.

17. Gebski BL, Mann CJ, Fletcher S, *et al*. Morpholino antisense oligonucleotide induced dystrophin exon 23 skipping in mdx mouse muscle. *Hum Mol Genet* 2003; **12**: 1801–1811.

18. Mann CJ, Honeyman K, McClorey G, *et al*. Improved antisense oligonucleotide induced exon skipping in the mdx mouse model of muscular dystrophy. *J Gene Med* 2002; **4**: 644–654.

19. Alter J, Lou F, Rabinowitz A, *et al*. Systemic delivery of morpholino oligonucleotide restores dystrophin expression bodywide and improves dystrophic pathology. *Nat Med* 2006; **12**: 175–177.

20. Fletcher S, Honeyman K, Fall AM, *et al*. Morpholino oligomer-mediated exon skipping averts the onset of dystrophic pathology in the mdx mouse. *Mol Ther* 2007; **15**: 1587–1592.

21. Fletcher S, Honeyman K, Fall AM, *et al*. Dystrophin expression in the mdx mouse after localised and systemic administration of a morpholino antisense oligonucleotide. *J Gene Med* 2006; **8**: 207–216.

22. Mitrpant C, Fletcher S, Wilton SD. Personalised genetic intervention for Duchenne muscular dystrophy: Antisense oligomers and exon skipping. *Curr Mol Pharm* 2008.

23. Foster K, Foster H, Dickson JG. Gene therapy progress and prospects: Duchenne muscular dystrophy. *Gene Ther* 2006; **13**: 1677–1685.

24. Odom GL, Gregorevic P, Chamberlain JS. Viral-mediated gene therapy for the muscular dystrophies: successes, limitations and recent advances. *Biochim Biophys Acta* 2007; **1772**: 243–262.

25. Welch EM, Barton ER, Zhuo J, *et al*. PTC124 targets genetic disorders caused by nonsense mutations. *Nature* 2007; **447**: 87–91.

Copyright © 2008 John Wiley & Sons, Ltd.

NS00000730

C. Mitrpant *et al.*

26. Chapman VM, Miller DR, Armstrong D, *et al.* Recovery of induced mutations for X chromosome-linked muscular dystrophy in mice. *Proc Natl Acad Sci USA* 1989; **86**: 1292–1296.

27. Deas TS, Binduga-Gajewska I, Tilgner M, *et al.* Inhibition of flavivirus infections by antisense oligomers specifically suppressing viral translation and RNA replication. *J Virol* 2005; **79**: 4599–4609.

28. Yuan J, Stein DA, Lim T, *et al.* Inhibition of coxsackievirus B3 in cell cultures and in mice by peptide-conjugated morpholino oligomers targeting the internal ribosome entry site. *J Virol* 2006; **80**: 11510–11519.

29. Errington SJ, Mann CJ, Fletcher S, *et al.* Target selection for antisense oligonucleotide induced exon skipping in the dystrophin gene. *J Gene Med* 2003; **5**: 518–527.

30. Rando TA, Blau HM. Primary mouse myoblast purification, characterization, and transplantation for cell-mediated gene therapy. *J Cell Biol* 1994; **125**: 1275–1287.

31. Wilton SD, Lim L, Dye D, *et al.* Bandstab: a PCR-based alternative to cloning PCR products. *Biotechniques* 1997; **22**: 642–645.

32. Cartegni L, Wang J, Zhu Z, *et al.* ESEfinder: a web resource to identify exonic splicing enhancers. *Nucleic Acids Res* 2003; **31**: 3568–3571.

33. Smith PJ, Zhang C, Wang J, *et al.* An increased specificity score matrix for the prediction of SF2/ASF-specific exonic splicing enhancers. *Hum Mol Genet* 2006; **15**: 2490–2508.

34. Morgan JE, Beauchamp JR, Pagel CN, *et al.* Myogenic cell lines derived from transgenic mice carrying a thermolabile T antigen: a model system for the derivation of tissue-specific and mutation-specific cell lines. *Dev Biol* 1994; **162**: 486–498.

35. McClorey G, Moulton HM, Iversen PL, *et al.* Antisense oligonucleotide-induced exon skipping restores dystrophin expression in vitro in a canine model of DMD. *Gene Ther* 2006; **13**: 1373–1381.

36. Mann CJ, Honeyman K, Cheng AJ, *et al.* Antisense-induced exon skipping and synthesis of dystrophin in the mdx mouse. *Proc Natl Acad Sci USA* 2001; **98**: 42–47.

37. Lu QL, Mann CJ, Lou F, *et al.* Functional amounts of dystrophin produced by skipping the mutated exon in the mdx dystrophic mouse. *Nat Med* 2003; **9**: 1009–1014.

38. Den Dunnen JT, Grootscholten PM, Bakker E, *et al.* Topography of the Duchenne muscular dystrophy (DMD) gene: FIGE and cDNA analysis of 194 cases reveals 115 deletions and 13 duplications. *Am J Hum Genet* 1989; **45**: 835–847.

39. Wilton SD, Fall AM, Harding PL, *et al.* Antisense oligonucleotide-induced exon skipping across the human dystrophin gene transcript. *Mol Ther* 2007; **15**: 1288–1296.

40. Arechavala-Gomeza V, Graham IR, Popplewell LJ, *et al.* Comparative analysis of antisense oligonucleotide sequences for targeted skipping of exon 51 during dystrophin pre-mRNA splicing in human muscle. *Hum Gene Ther* 2007; **18**: 798–810.

41. Harding PL, Fall AM, Honeyman K, *et al.* The influence of antisense oligonucleotide length on dystrophin exon skipping. *Mol Ther* 2007; **15**: 157–166.

42. McKay RA, Miraglia LJ, Cummins LL, *et al.* Characterization of a potent and specific class of antisense oligonucleotide inhibitor of human protein kinase C-alpha expression. *J Biol Chem* 1999; **274**: 1715–1722.

43. Gebski BL, Errington SJ, Johnsen RD, *et al.* Terminal antisense oligonucleotide modifications can enhance induced exon skipping. *Neuromuscul Disord* 2005; **15**: 622–629.

44. McClorey G, Fall AM, Moulton HM, *et al.* Induced exon skipping in human muscle explants. *Neuromusc Disorders* 2006; **16**: 583–590.

45. Fall AM, Johnsen R, Honeyman K, *et al.* Induction of revertant fibres in the mdx mouse using antisense oligonucleotides. *Genet Vaccines Ther* 2006; **4**: 3.

46. Adams AM, Harding PL, Iversen PL, *et al.* Antisense oligonucleotide induced exon skipping and the dystrophin gene transcript: cocktails and chemistries. *BMC Mol Biol* 2007; **8**: 57.

Copyright © 2008 John Wiley & Sons, Ltd.

*J Gene Med* 2009; **11**: 46–56.
DOI: 10.1002/jgm

NS00000731

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 23563046 |
| **Application Number:** | 14615504 |
| **International Application Number:** | |
| **Confirmation Number:** | 2704 |
| **Title of Invention:** | ANTISENSE NUCLEIC ACIDS |
| **First Named Inventor/Applicant Name:** | Naoki  WATANABE |
| **Customer Number:** | 55694 |
| **Filer:** | Zhengyu Feng/Moira Kelly |
| **Filer Authorized By:** | Zhengyu Feng |
| **Attorney Docket Number:** | 209658-0001-01-US-518587 |
| **Receipt Date:** | 22-SEP-2015 |
| **Filing Date:** | 06-FEB-2015 |
| **Time Stamp:** | 11:33:14 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 209658_0001_01_518587_IDS_20150922.pdf | 239729<br>8e9c1c79ad962b908999e8d03b8377e92f1079ed | yes | 4 |

NS00000732

| | Multipart Description/PDF files in .zip description | | |
|---|---|---|---|
| | Document Description | Start | End |
| | Transmittal Letter | 1 | 2 |
| | Information Disclosure Statement (IDS) Form (SB08) | 3 | 4 |

| Warnings: | | | | | |
|---|---|---|---|---|---|
| Information: | | | | | |
| 2 | Non Patent Literature | Mitrpant_46.pdf | 518032<br>d9211f598e7074315773e9ccdb4958724c7<br>13184 | no | 11 |

| Warnings: |
|---|
| Information: |

| Total Files Size (in bytes): | 757761 |
|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

NS00000733

Docket No.: 209658-0001-01-US-518587
(PATENT)

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of:
Naoki WATANABE et al.

Application No.: 14/615,504                 Confirmation No.: 2704

Filed: February 6, 2015                     Art Unit: 1674

For:  ANTISENSE NUCLEIC ACIDS              Examiner: S. McGarry

## INFORMATION DISCLOSURE STATEMENT (IDS)

MS Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Dear Sir:

Pursuant to 37 C.F.R. § 1.56, 1.97 and 1.98, the attention of the Patent and Trademark Office is hereby directed to the references listed on the attached PTO/SB/08.  It is respectfully requested that the information be expressly considered during the prosecution of this application, and that the references be made of record therein and appear among the "References Cited" on any patent to issue therefrom.

This Information Disclosure Statement is filed before the mailing date of a first Office Action on the merits as far as is known to the undersigned (37 C.F.R. § 1.97(b)(3)).

In accordance with 37 C.F.R. § 1.98(a)(2)(ii), Applicant has not submitted copies of U.S. patents and U.S. patent applications.  Applicant submits herewith copies of foreign patents and non-patent literature in accordance with 37 C.F.R. § 1.98(a)(2).

In accordance with 37 C.F.R. § 1.97(g), the filing of this Information Disclosure Statement shall not be construed to mean that a search has been made or that no other material

82171480.1

Application No.: 14/615,504                    Docket No.: 209658-0001-01-US-518587

information as defined in 37 C.F.R. § 1.56(a) exists.  In accordance with 37 C.F.R. § 1.97(h), the filing of this Information Disclosure Statement shall not be construed to be an admission that any patent, publication or other information referred to therein is "prior art" for this invention unless specifically designated as such.

It is submitted that the Information Disclosure Statement is in compliance with 37 C.F.R. § 1.98 and the Examiner is respectfully requested to consider the listed references.

The Director is hereby authorized to charge any deficiency in the fees filed, asserted to be filed or which should have been filed herewith (or with any paper hereafter filed in this application by this firm) to our Deposit Account No. 50-0573, under Order No. 209658-0001-01-US-518587.

Dated:  September 22, 2015                    Respectfully submitted,

Customer Number:  055694                    By

                                            Zhengyu Kong, Ph.D.
                                            Registration No.: 66,816
                                            DRINKER BIDDLE & REATH LLP
                                            1500 K Street, N.W.
                                            Suite 1100
                                            Washington, DC  20005-1209
                                            202.230.5119 (Phone)
                                            202.842.8465 (Fax)
                                            Attorneys/Agents For Applicant

NS00000735



**UNITED STATES PATENT AND TRADEMARK OFFICE**

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/615,504 | 02/06/2015 | Naoki WATANABE | 209658-0001-01-US-518587 | 2704 |

55694          7590          03/25/2016
DRINKER BIDDLE & REATH (DC)
1500 K STREET, N.W.
SUITE 1100
WASHINGTON, DC 20005-1209

| EXAMINER |
|---|
| MCGARRY, SEAN |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1674 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 03/25/2016 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

DBRIPDocket@dbr.com
penelope.mongelluzzo@dbr.com

PTOL-90A (Rev. 04/07)

NS00000736

| *Office Action Summary* | Application No. 14/615,504 | Applicant(s) WATANABE ET AL. | | |
|---|---|---|---|---|
| | Examiner SEAN MCGARRY | Art Unit 1674 | AIA (First Inventor to File) Status No | |

**-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --**

## Period for Reply

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

## Status

1) ☐ Responsive to communication(s) filed on _____.
　☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2a) ☐ This action is **FINAL**.　2b) ☒ This action is non-final.

3) ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

## Disposition of Claims*

5) ☒ Claim(s) <u>1 and 15-25</u> is/are pending in the application.
　5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6) ☐ Claim(s) _____ is/are allowed.

7) ☒ Claim(s) <u>1 and 15-25</u> is/are rejected.

8) ☐ Claim(s) _____ is/are objected to.

9) ☐ Claim(s) _____ are subject to restriction and/or election requirement.

* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

## Application Papers

10) ☐ The specification is objected to by the Examiner.

11) ☐ The drawing(s) filed on _____ is/are: a) ☐ accepted or b) ☐ objected to by the Examiner.

Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

## Priority under 35 U.S.C. § 119

12) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

**Certified copies:**

　a) ☐ All　b) ☐ Some** c) ☐ None of the:

　1. ☐ Certified copies of the priority documents have been received.

　2. ☐ Certified copies of the priority documents have been received in Application No. _____.

　3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☐ Notice of References Cited (PTO-892)

2) ☒ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date _____.

3) ☐ Interview Summary (PTO-413) Paper No(s)/Mail Date. _____.

4) ☐ Other: _____.

NS00000737

Application/Control Number: 14/615,504                                    Page 2
Art Unit: 1674

The present application is being examined under the pre-AIA first to invent

provisions.


**DETAILED ACTION**



***Claim Rejections - 35 USC § 101***

35 U.S.C. 101 reads as follows:

Whoever invents or discovers any new and useful process, machine, manufacture, or
composition of matter, or any new and useful improvement thereof, may obtain a patent
therefor, subject to the conditions and requirements of this title.

Claims 1, 15, and 22-25 are rejected under 35 U.S.C. 101 because the claimed

invention is not directed to patent eligible subject matter. Based upon an analysis with

respect to the claim as a whole, the claims do not recite something significantly different

than a judicial exception. The claimed invention reads on a fragment of a naturally

occurring nucleic acid.

NS00000738

Application/Control Number: 14/615,504                                        Page 3
Art Unit: 1674

## *Claim Rejections - 35 USC § 103*

The following is a quotation of pre-AIA 35 U.S.C. 103(a) which forms the basis

for all obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described
> as set forth in section 102 of this title, if the differences between the subject matter sought to
> be patented and the prior art are such that the subject matter as a whole would have been
> obvious at the time the invention was made to a person having ordinary skill in the art to which
> said subject matter pertains.  Patentability shall not be negatived by the manner in which the
> invention was made.

This application currently names joint inventors. In considering patentability of the

claims under pre-AIA 35 U.S.C. 103(a), the examiner presumes that the subject matter

of the various claims was commonly owned at the time any inventions covered therein

were made absent any evidence to the contrary.  Applicant is advised of the obligation

under 37 CFR 1.56 to point out the inventor and invention dates of each claim that was

not commonly owned at the time a later invention was made in order for the examiner to

consider the applicability of pre-AIA 35 U.S.C. 103(c) and potential pre-AIA 35 U.S.C.

102(e), (f) or (g) prior art under pre-AIA 35 U.S.C. 103(a).

Claims 1-8 and 12-14 are rejected under pre-AIA 35 U.S.C. 103(a) as being

unpatentable over Popplewell et al [US20100168212], Sazani et al [US20100130591] in

view of Baker et al [US20130109091] and Bennett et al [US20120190728].

Application/Control Number: 14/615,504                                      Page 4
Art Unit: 1674

The claimed invention is drawn to antisense compounds targeted to recited regions all contained within nucleotides 31-61 of exon 53 of the dystrophin gene including antisense oligomers  SEQ ID NOS:4, 8, 11, 15, 18, 25, 32, 34, 36, 57, 103,-105, and 109 that cause skipping of the 53rd exon in the human dystrophin gene. The invention includes modifications to the compounds where these modifications are well known and routinely utilized in the antisense art at the time of invention.

Popplewell et al have taught antisense based alteration of splicing in the human dystrophin gene including use as pharmaceuticals. It has been taught to target exon 53 to induce skipping of the 53rd exon.  The specific sequences and modifications recited in the instant claims have been clearly suggested by Popplewell et al. See for example SEQ ID NOS:10-12 and 24, and paragraph 15:

The molecule that causes skipping in exon 53 comprises at least a 25 base length from a base sequence selected from:

TABLE-US-00005 (SEQ ID NO: 10) j) CXG XXG CCX CCG GXX CXG AAG GXG XXC XXG; (SEQ ID NO: 11) k) CAA CXG XXG CCX CCG GXX CXG AAG GXG XXC; or (SEQ ID NO: 12) l) XXG CCX CCG GXX CXG AAG GXG XXC XXG XAC,

wherein the molecule's sequence can vary from the above sequence at up to two base positions, and wherein the molecule can bind to a target site to cause exon skipping in exon 53 of the dystrophin gene.

Paragraph 28:

The base "X" in the above base sequences is defined as being thymine (T) or uracil (U). The presence of either base in the sequence will still allow the molecule to bind to the pre-mRNA of the dystrophin gene as it is a complementary sequence. Therefore, the presence of either base in the molecule will cause exon skipping. The base sequence of the molecule may

NS00000740

contain all thymines, all uracils or a combination of the two. One factor that can determine whether X is T or U is the chemistry used to produce the molecule. For example, if the molecule is a phosphorodiamidate morpholino oligonucleotide (PMO), X will be T as this base is used when producing PMOs. Alternatively, if the molecule is a phosphorothioate-linked 2'-O-methyl oligonucleotide (2'OMePS), X will be U as this base is used when producing 2'OMePSs. Preferably, the base "X" is only thymine (T).


Paragraph 30:

The molecule can be any type of molecule as long as it has the selected base sequence and can bind to a target site of the dystrophin pre-mRNA to cause exon skipping. For example, the molecule can be an oligodeoxyribonucleotide, an oligoribonucleotide, a phosphorodiamidate morpholino oligonucleotide (PMO) or a phosphorothioate-linked 2'-O-methyl oligonucleotide (2'OMePS). Preferably, the oligonucleotide is a PMO. The advantage of a PMO is that it has excellent safety profiles and appears to have longer lasting effects in vivo compared to 2'OMePS oligonucleotides. Preferably, the molecule is isolated so that it is free from other compounds or contaminants.


Paragraph 32:

The molecule is at least 25 bases in length. Preferably, the molecule is at least 28 bases in length. Preferably, the molecule is no more than 35 bases in length and, more preferably, no more than 32 bases in length. Preferably, the molecule is between 25 and 35 bases in length, more preferably, the molecule is between 28 and 32 bases in length, even more preferably, the molecule is between 29 and 31 bases in length, and most preferably, the molecule is 30 bases in length. It has been found that a molecule which is 30 bases in length causes efficient exon skipping. If the molecule is longer than 35 bases in length, the specificity of the binding to the specific exon region is reduced. If the molecule is less than 25 bases in length, the exon skipping efficiency is reduced.


Paragraph 96:

To ensure that the analysis of PMOs for the targeted skipping of exon 53 was not biased by any particular design strategy, seventeen 25mer PMOs were designed to cover the whole of exon 53, with stepwise arrays over suggested bioactive target sites, and then subsequently six 30mer PMOs were designed to target the sequence of exon 53 that showed an association with exon skipping for the 25mers tested. PMOs were designed and tested independently by two different groups (at RHUL and UWA), and then efficacy of the best thirteen sequences confirmed by two other independent groups (at UCL and LUMC). Such a collaborative approach has been used previously as a way of validating target sequences in DMD [4]. Human myoblasts allowed the controlled in vitro comparison of PMO sequences, and confirmation of skipping of

Application/Control Number: 14/615,504                                      Page 6
Art Unit: 1674

exon 53 at the RNA level by certain PMOs in both normal cells and, perhaps more importantly, in DMD patient cells with a relevant mutation. These results were further borne out by the expression of dystrophin protein in the DMD cells treated with specific PMOs. Use of the humanised DMD mouse provided an in vivo setting to confirm correct exon exclusion prior to any planned clinical trial. The combined use of these three different systems (normal cells, patient cells and hDMD mouse) as tests of PMO bioactivity provided a reliable and coherent determination of optimal sequence(s) for the targeted skipping of exon 53.


    Paragraph 97:

    When considering the data presented here as a whole, the superiority of the PMO targeting the sequence +30+59 (PMO-G, or h53A30/1), is strongly indicated. In normal myoblasts, nucleofection of PMO-G (300 nM) and liposomal-carrier mediated transfection of leashed PMO-G (500 nM) produced over 80% and over 50% skipping of exon 53, respectively, implying that it acts extremely efficiently within the cell. This was confirmed in patient cells. Indeed, this PMO generates the highest levels of exon skipping in patient cells over a range of concentrations (up to 200 nM) and, most important therapeutically, exerts its activity at concentrations as low as 25 nM. The exon skipping activity of this PMO is also persistent, with over 70% exon skipping for 7 days in culture, and over 60% exon skipping for up to three weeks. This would have important safety and cost implications as a genetic therapy for DMD patients with the appropriate deletions. PMO-G was also shown to skip exon 53 correctly in vivo. These RNA results were further confirmed by the detection of dystrophin protein at a high level in protein extracts from patient cells treated with PMO-G. Previous studies by the Leiden group [18] suggest that the optimal 2'OMePS AO is targeted to the sequence +46+63 of exon 53, producing exon skipping in up to 25% of transcripts in cultured cells and 7% in the hDMD mouse. This 2'OMePS AO shows some degree of overlap with the optimal PMOs reported here which strengthens our findings. The reason that our optimal PMO is more specific could be a (combined) consequence of the different AO chemistries, length of AO used, and the absolute target site of AO.


    The prior art has therefore taught that the same region targeted by the instantly

claimed oligomers is superior to other regions of exon 53. The prior art has taught that

sequences with SEQ ID NOS:10-12 are included in their invention. The recited SEQ ID

NOS: fall squarely within SEQ ID NOS:10-12 and 24 which has been taught by

Popplewell to be a "superior" target region of exon 53. While the entire document is

pertinent to applicant invention, please also see Example 2 and claims 1-12.

NS00000742

Application/Control Number: 14/615,504                                    Page 7
Art Unit: 1674

Sazani et al have also taught antisense oligomers for inducing exon 53 skipping in the human dystrophin gene. Sazani et al have also taught oligomers targeting the same target site and the instant invention and the superior region taught by Popplewell et all See for example SEQ ID NOS: 430, 431, and 628-633 which all overlap or is/are embrace the instantly recited SEQ ID NOS. Sazani et al have also taught that oligomer size choices and modification of antisense oligonucleotides. while the entire reference is relied upon and relevant to applicants invention, applicant is directed to, for example, paragraphs 18-25, 36, 40, 50, 56, 95, 97, 98, 104, 118, 123-177, 196, 197, and claims 36-39, for example.

While the prior art has not specifically disclosed the recited sequences SEQ ID Nos, the prior art has clearly taught that such sequences are embraced within a known target region and furthermore within known antisense compounds. The prior art, however, has taught that the region that the instant compounds are targeted to is a superior target region and furthermore the prior art references taken together have taught that one in the art can alter the sizes of the antisense compounds. It would have been well within the skill of the artisan to test various sizes of oligomers in an optimization of antisense compounds targeting a known superior target region. It is noted that the superior target region is not large; "When considering the data presented here as a whole, the superiority of the PMO targeting the sequence +30+59 (PMO-G, or h53A30/1), is strongly indicated." Applicants invention is oligomers that are within this exemplified

Application/Control Number: 14/615,504                                    Page 8
Art Unit: 1674

compound where it has been clearly taught that sequences within this oligomer were

considered y by the prior art. The modifications utilized in the invention and recited in

the claims were well known and routinely used in the art at the time of invention as

shown by the above art and evidenced by Baker et al and Bennett et al. The benefits of

the modifications were well known in the art where nuclease protection, and improved

hybridization, and cell penetration were known benefits, for example. Both of these

references are drawn to antisense compounds utilized in alteration of splicing. See

Paragraphs 10, 11, 13, 27, and 60-71 of Baker et al and paragraphs 25, 57-75, 97-104,

140-155, 176, and 180-183 of Bennett et al, for example. Bennett and Baker et al have

also taught various size ranges for splice altering antisense compounds.

        The invention as a whole would therefore have been *prima facie* obvious to one

in the art at the time of invention.


### Double Patenting


        The nonstatutory double patenting rejection is based on a judicially created

doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the

unjustified or improper timewise extension of the "right to exclude" granted by a patent

and to prevent possible harassment by multiple assignees. A nonstatutory double

patenting rejection is appropriate where the claims at issue are not identical, but at least

one examined application claim is not patentably distinct from the reference claim(s)

NS00000744

Application/Control Number: 14/615,504                                    Page 9
Art Unit: 1674

because the examined application claim is either anticipated by, or would have been

obvious over, the reference claim(s). See, e.g., *In re Berg*, 140 F.3d 1428, 46 USPQ2d

1226 (Fed. Cir. 1998); *In re Goodman*, 11 F.3d 1046, 29 USPQ2d 2010 (Fed. Cir.

1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir. 1985); *In re Van Ornum*,

686 F.2d 937, 214 USPQ 761 (CCPA 1982); In re Vogel, 422 F.2d 438, 164 USPQ 619

(CCPA 1970); and *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).

        A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) or 1.321(d)

may be used to overcome an actual or provisional rejection based on a nonstatutory

double patenting ground provided the reference application or patent either is shown to

be commonly owned with this application, or claims an invention made as a result of

activities undertaken within the scope of a joint research agreement. See MPEP §

717.02 for applications subject to examination under the first inventor to file provisions

of the AIA as explained in MPEP § 2159.  See MPEP §§ 706.02(l)(1) - 706.02(l)(3) for

applications not subject to examination under the first inventor to file provisions of the

AIA. A terminal disclaimer must be signed in compliance with 37 CFR 1.321(b).

        The USPTO Internet website contains terminal disclaimer forms which may be

used. Please visit www.uspto.gov/forms/. The filing date of the application in which the

form is filed  determines what form (e.g., PTO/SB/25, PTO/SB/26, PTO/AIA/25, or

PTO/AIA/26) should be used. A web-based eTerminal Disclaimer may be filled out

completely online using web-screens. An eTerminal Disclaimer that meets all

requirements is auto-processed and approved immediately upon submission. For more

NS00000745

Application/Control Number: 14/615,504                                        Page 10
Art Unit: 1674

information about eTerminal Disclaimers, refer to

http://www.uspto.gov/patents/process/file/efs/guidance/eTD-info-I.jsp.

Claims 1 and 15-25 are rejected on the ground of nonstatutory double patenting

as being unpatentable over claims 1-7 of U.S. Patent No. 9079934. Although the claims

at issue are not identical, they are not patentably distinct from each other because the

antisense oligomer of the patent overlaps significantly with and within antisense

compounds targeted within or to the regions recited in the instant claim1, for example.


Any inquiry concerning this communication or earlier communications from the

examiner should be directed to SEAN MCGARRY whose telephone number is

(571)272-0761.  The examiner can normally be reached on M-Th  (7:00-5:30).


If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Shaojia Anna Jiang can be reached on (571) 272-0627.  The fax phone

number for the organization where this application or proceeding is assigned is 571-

273-8300.

NS00000746

Application/Control Number: 14/615,504                                    Page 11
Art Unit: 1674

        Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system.  Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a

USPTO Customer Service Representative or access to the automated information

system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.


                                        Sean R McGarry
                                        Primary Examiner
                                        Art Unit 1674

/SEAN MCGARRY/
Primary Examiner, Art Unit 1674

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 14615504 | WATANABE ET AL. |
| | **Examiner** | **Art Unit** |
| | SEAN MCGARRY | 1674 |

## CPC- SEARCHED

| Symbol | Date | Examiner |
|---|---|---|
| | | |

## CPC COMBINATION SETS  - SEARCHED

| Symbol | Date | Examiner |
|---|---|---|
| | | |

## US CLASSIFICATION SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| | | | |

## SEARCH NOTES

| Search Notes | Date | Examiner |
|---|---|---|
| Inventor search, STIC SEQ SEARCH, reviewed search and prosecution in US9079934 | 3/21/2016 | sm |

## INTERFERENCE SEARCH

| US Class/ CPC Symbol | US Subclass / CPC Group | Date | Examiner |
|---|---|---|---|
| | | | |

| | |
|---|---|
| | |

Receipt date: 02/06/2015    14615504 - GAU: 1674

PTO/SB/08a (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | **Complete if Known** | |
|---|---|---|
| | Application Number | Not Yet Assigned |
| **INFORMATION DISCLOSURE** | Filing Date | Concurrently Herewith |
| **STATEMENT BY APPLICANT** | First Named Inventor | Naoki WATANABE |
| | Art Unit | N/A |
| **(Use as many sheets as necessary)** | Examiner Name | Not Yet Assigned |
| Sheet | 1 | of | 2 | Attorney Docket Number | 209658-0001-01-US-518587 |

**U. S. PATENT DOCUMENTS**

| Examiner Initials* | Cite No.¹ | Document Number Number-Kind Code² (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | A* | US-2010/0168212-A1 | 07-01-2010 | POPPLEWELL et al. | |
| | B* | US-2010/0130591-A1 (granted 10/28/2014 as US-8,871,918) | 05-27-2010 | Sazani et al. | |
| | C* | US-2013/0109091-A1 | 05-02-2013 | Baker et al. | |
| | D* | US-2012/0190728-A1 | 07-26-2012 | Bennett et al. | |
| | E* | US-6,653,467 | 11-25-2003 | Matsuo et al. | |

**FOREIGN PATENT DOCUMENTS**

| Examiner Initials* | Cite No.¹ | Foreign Patent Document Country Code³ Number⁴ Kind Code⁵ (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T⁶ |
|---|---|---|---|---|---|---|
| | A | JP-2002-10790 | 01-15-2002 | MATSUO MASAFUMI & JCR PHARMACEUTICALS | | |
| | B | WO-2004/048570-A1 | 06-10-2004 | Kobe University, | | |
| | C | WO-2006/000057-A1 | 01-05-2006 | The University Of Western Australia, | | |
| | D | WO-2008/036127-A2 | 03-27-2008 | Avi Biopharma, Inc, | | |
| | E | WO-2010/048586-A1 | 04-29-2010 | Avi Biopharma, Inc, | | |
| | F | WO-2011/057350-A1 | 05-19-2011 | The University Of Western Australia. | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. ¹ CITE NO.: Those application(s) which are marked with an single asterisk (*) next to the Cite No. are not supplied (under 37 CFR 1.98(a)(2)(iii)) because that application was filed after June 30, 2003 or is available in the IFW. ¹ Applicant's unique citation designation number (optional). ² See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. ³ Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). ⁴ For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document ⁵Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. ⁶ Applicant is to place a check mark here if English language Translation is attached.

78414303.1

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /SM/

NS00000749

Receipt date: 02/06/2015                                    14615504 - GAU: 1674

PTO/SB/08b (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | Application Number | Not Yet Assigned |
| | Filing Date | Concurrently Herewith |
| | First Named Inventor | Naoki WATANABE |
| | Art Unit | N/A |
| | Examiner Name | Not Yet Assigned |

| Sheet | 2 | of | 2 | Attorney Docket Number | 209658-0001-01-US-518587 |
|---|---|---|---|---|---|

| | | NON PATENT LITERATURE DOCUMENTS | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
| | A | LINDA J. POPPLEWELL et al., "Design of Phosphorodiamidate Morpholino Oligomers (PMOs) for the Induction of Exon Skipping of the Human *DMD* Gene," Mol. Ther., Vol. 17, no. 3, March 2009, pp. 554-561. | |
| | B | LINDA J. POPPLEWELL et al., "Comparative analysis of antisense oligonucleotide sequences targeting exon 53 of the human *DMD* gene: Implications for future clinical trials," Neuromuscular Disorders, Vol. 20, No. 2, 2010.02, pp. 102-110. | |
| | C | ANNEMIEKE AARTSMA-RUS et al., "Targeted exon skipping as a potential gene correction therapy for Duchenne muscular dystrophy," Neuromuscular Disorders, Vol. 12, 2002, pp. S71-S77. | |
| | D | STEVE D. WILTON et al., "Antisense Oligonucleotide-Induced Exon Skipping Across the Human Dystrophin Gene Transcript," Mol Ther., Vol. 15, No. 7, July 2007, pp. 1288-1296. | |
| | E | ANTHONY P. MONACO et al., "An Explanation for the Phenotypic Differences between Patients Bearing Partial Deletions of the DMD Locus," Genomics, 1988; 2, pp. 90-95. | |
| | F | MASAFUMI MATSUO, "Duchenne / Becker muscular dystrophy: from molecular diagnosis to gene therapy," Brain & Development, 1996; 18, pp. 167-172. | |
| | G | International Search Report dated October 11, 2011 in PCT/JP2011/070318 filed August 31, 2011. | |
| | | | |
| | | | |
| | | | |

| Examiner Signature | /Sean McGarry/ | Date Considered | 03/21/2016 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] Applicant's unique citation designation number (optional). [2] Applicant is to place a check mark here if English language Translation is attached.

78414303.1

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /SM/

NS00000750

Receipt date: 09/22/2015                                                    14615504 - GAU: 1674

PTO/SB/08a (07-09)
Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | Application Number | 14/615,504 |
| | Filing Date | February 6, 2015 |
| | First Named Inventor | Naoki WATANABE |
| | Art Unit | 1674 |
| | Examiner Name | S. McGarry |
| Sheet | 1 | of | 2 | Attorney Docket Number | 209658-0001-01-US-518587 |

### U. S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document — Country Code[3] Number[4] Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. [1] Applicant's unique citation designation number (optional). [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901,04. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST 3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

82171483.1

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /SM/

NS00000751

Receipt date: 09/22/2015                                    14615504 - GAU: 1674

PTO/SB/08b (07-09)
Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | Application Number | 14/615,504 |
| | Filing Date | February 6, 2015 |
| | First Named Inventor | Naoki WATANABE |
| | Art Unit | 1674 |
| | Examiner Name | S. McGarry |

| Sheet | 2 | of | 2 | Attorney Docket Number | 209658-0001-01-US-518587 |
|---|---|---|---|---|---|

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| /SM/ | A | Mitrpant, et al., "By-passing the nonsense mutation in the $4^{CV}$ mouse model of muscular dystrophy by induced exon skipping", The Journal of Gene Medicine, January 2009, vol. 11, No. 1, pp, 46-56 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Examiner Signature | /Sean McGarry/ | Date Considered | 03/21/2016 |
|---|---|---|---|

*EXAMINER. Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] Applicant's unique citation designation number (optional). [2] Applicant is to place a check mark here if English language Translation is attached.

82171483.1

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH.  /SM/

NS00000752

Docket No.: 209658-0001-01-US-518587
(PATENT)

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of:
Naoki WATANABE et al.

Application No.: 14/615,504                Confirmation No.: 2704

Filed: February 6, 2015                    Art Unit: 1674

For:  ANTISENSE NUCLEIC ACIDS             Examiner: S. McGarry

## AMENDMENT / RESPONSE UNDER 37 C.F.R. § 1.111
## &
## PETITION FOR EXTENSION OF TIME

**MS Amendment**
Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Dear Sir:

In response to the Office Action mailed March 25, 2016, Applicants submit the present Amendment / Response.  The Office is respectfully requested to consider and enter the following amendments and remarks.  Applicants petition herewith for a ONE-month extension of time and submit the corresponding fee, extending the period of response until July 25, 2016.

**Amendments to the Abstract** begin on page 2.

**Amendments to the Claims** begin on page 4.

**Remarks** begin on page 6.

83833562.1

NS00000753

Application No. 14/615,504
Amendment dated July 22, 2016
Reply to Office Action of March 25, 2016

Docket No.: 209658-0001-01-US-518587
Page 2

## AMENDMENTS TO THE ABSTRACT

Please replace the Abstract with the Substitute Abstract provided on the next page.

83833562.1

NS00000754

Application No. 14/615,504
Amendment dated July 22, 2016
Reply to Office Action of March 25, 2016

Docket No.: 209658-0001-01-US-518587
Page 3

## SUBSTITUTE ABSTRACT

~~The present invention provides a pharmaceutical composition which causes skipping of the 53rd exon in the human dystrophin gene with a high efficiency.~~

The present invention provides an oligomer which efficiently enables to cause skipping of the 53rd exon in the human dystrophin gene. <u>Also provided is a pharmaceutical composition which causes skipping of the 53rd exon in the human dystrophin gene with a high efficiency.</u>

83833562.1

NS00000755

Application No. 14/615,504
Amendment dated July 22, 2016
Reply to Office Action of March 25, 2016

Docket No.: 209658-0001-01-US-518587
Page 4

## AMENDMENTS TO THE CLAIMS

This listing of claims will replace all prior versions, and listings, of the claims in the application:

## LISTING OF CLAIMS

Claim 1. (Currently Amended):    An antisense oligomer which causes skipping of the 53rd exon in the human dystrophin gene, consisting of [[a]]the nucleotide sequence complementary to any one of the sequences consisting of: the 31st to the 55th, the 32nd to the 53rd, the 32nd to the 56th, the 32nd to the 61st, the 33rd to the 54th, the 33rd to the 57th, the 34th to the 58th, the 35th to the 59th, the 36th to the 53rd, the 36th to the 55th, the 36th to the 57th, the 36th to the 60th, or the 37th to the 61st nucleotides from the 5' end of the 53rd exon in the human dystrophin gene of SEQ ID NO: 11 and SEQ ID NO: 57, wherein the antisense oligomer is an oligonucleotide in which the sugar moiety and/or the phosphate-binding region of at least one nucleotide constituting the oligonucleotide is modified, or a morpholino oligomer .

Claims 2-16.  (Canceled).

Claim 17. (Currently Amended):    The antisense oligomer according to claim [[16]]1, wherein the sugar moiety of at least one nucleotide constituting the oligonucleotide is a ribose in which the 2'-OH group is replaced by any one selected from the group consisting of: OR, R, R'OR, SH, SR, NH$_2$, NHR, NR$_2$, N$_3$, CN, F, Cl, Br, and I, wherein R is an alkyl or an aryl and R' is an alkylene.

Claim 18. (Currently Amended):    The antisense oligomer according to claim [[16]]1, wherein the phosphate-binding region of at least one nucleotide constituting the oligonucleotide is any one selected from the group consisting of: a phosphorothioate bond, a phosphorodithioate bond, an alkylphosphonate bond, a phosphoramidate bond, and a boranophosphate bond.

Claim 19. (Previously Presented):    The antisense oligomer according to claim 1, which is a morpholino oligomer.

83833562.1

NS00000756

Application No. 14/615,504
Amendment dated July 22, 2016
Reply to Office Action of March 25, 2016

Docket No.: 209658-0001-01-US-518587
Page 5

Claim 20. (Previously Presented):   The antisense oligomer according to claim 19, which is a phosphorodiamidate morpholino oligomer.

Claim 21. (Previously Presented):   The antisense oligomer according to claim 19, wherein the 5' end is any one of the groups of chemical formulae (1) to (3) below:



(1)          (2)          (3) .

Claim 22. (Canceled).

Claim 23. (Currently Amended):   The antisense oligomer according to claim 1, consisting of the nucleotide sequence ~~shown by any one selected from the group consisting of SEQ ID NOS: 4, 8, 11, 15, 18, 25, 32, 34, 36, 57, 103, 104, 105, and 109~~of SEQ ID NO: 57.

Claim 24. (Currently Amended):   The antisense oligomer according to claim 1, consisting of the nucleotide sequence ~~shown by~~of SEQ ID NO: 11.

Claim 25. (Previously Presented):   A pharmaceutical composition for the treatment of muscular dystrophy, comprising as an active ingredient the antisense oligomer according to claim 1, or a pharmaceutically acceptable salt or hydrate thereof.

83833562.1

Application No. 14/615,504                                    Docket No.: 209658-0001-01-US-518587
Amendment dated July 22, 2016                                                           Page 6
Reply to Office Action of March 25, 2016

## REMARKS

Applicants request reconsideration in light of the above amendments and following comments submitted under 37 C.F.R. § 1.111.

### 1.    Amendments to the Abstract

Applicants amend the Abstract to a single paragraph.  No prohibited new matter is believed to be introduced.

### 2.    Status of the Claims

The status of the claims following entry of the amendments is as follows:

**Claims pending:**      1, 17-21, and 23-25

**Claims rejected:**     1 and 15-25

**Claims canceled:**     2-16 and 22

**Claims amended:**      1, 17-18, and 22-23

Applicants amend claim 1 to recite SEQ ID NO: 11 and SEQ ID NO: 57, which respectively correspond to nucleotide sequences complementary to 36th to 60th and 32nd to 56th nucleotides from the 5' end of the 53rd exon in the human dystrophin gene.  Applicants also amend claims 17-18 to update the dependency given the cancellation of claim 16.  Applicants further amend claims 22 and 23 to recite SEQ ID NO: 57 and SEQ ID NO: 11, respectively.  Thus, no prohibited new matter is believed to be added.

The claims have been amended without prejudice to, or disclaimer of, the canceled subject matter.  Applicant reserves the right to file a continuation or divisional application on any subject matter canceled by way of amendments.

### 3.    Information Disclosure Statements

Applicants appreciate the Office's acknowledgement of the Information Disclosure Statements (IDSs) submitted on February 6, 2015, and September 22, 2015.

83833562.1

Application No. 14/615,504                                          Docket No.: 209658-0001-01-US-518587
Amendment dated July 22, 2016                                                                    Page 7
Reply to Office Action of March 25, 2016

4.    **Status of the Drawings**

Applicants respectfully request status as to the acceptance of the drawings as filed
February 6, 2015 and Replacement Sheets March 3, 2016 with the Office's next communication.

5.    **Priority Documents**

Applicants respectfully request acknowledgment of the claim for foreign priority and
receipt of the priority document(s) with the Office's next communication.

6.    **Claim Rejection Under 35 U.S.C. § 101**

The Office rejects claims 1, 15, and 22-25 as allegedly not directed to patent eligible
subject matter. Office Action, page 2. The Office alleges that (1) "the claims do no recite
something significantly different than a judicial exception"; and (2) "[t]he claimed invention
reads on a fragment of a naturally occurring nucleic acid." *Id.*

Upon entry of the present amendments, claims 15 and 22 stand canceled, mooting at least
this aspect of the rejection. Without acquiescing as to the merits of the Office's rejection,
amended independent claim 1 recites, *inter alia*, an antisense oligomer that is either (1) a
modified oligonucleotide (in which the sugar moiety and/or the phosphate-binding region of at
least one nucleotide constituting the oligonucleotide has been modified), or (2) a morpholino
oligomer.[1] There is no evidence on the record, or adduced by the Office, that any one of the
presently recited antisense oligomers would have existed as "a fragment of a naturally occurring
nucleic acid." The Office's rejection is thus moot. Accordingly, Applicants respectfully request
withdrawal of the rejection and allowance of claims 1 and 23-25.

7.    **Claim Rejection Under 35 U.S.C. § 103(a)**

The Office rejects claims 1 and 15-25[2] as allegedly obvious over **Popplewell** et al., US
2010/0168212 ("Popplewell") and **Sazani** et al., US 2010/0130591 ("Sazani") in view of **Baker**

---

[1]    Morpholino oligomers are synthetic molecules having standard nucleic acid bases bound to morpholine
rings (instead of the deoxyribose rings in DNA). *See, e.g.*, Wikipedia page of Morpholino, *available at*
http://en.wikipedia.org/wiki/Morpholino.
[2]    The Office alleges "[c]laims 1-8 and 12-14" as unpatentable over the cited references. Applicants
believe that the Office must have meant "claims 1 and 15-25" as indicated in the Office Action Summary (PTOL-
326).

83833562.1

Application No. 14/615,504
Amendment dated July 22, 2016
Reply to Office Action of March 25, 2016

Docket No.: 209658-0001-01-US-518587
Page 8

et al., US 2013/0109091 ("Baker") and **Bennett** et al., US 2012/0190728 ("Bennett"). Office
Action, pages 3-8.

### Alleged Grounds for Rejection

Popplewell allegedly teaches targeting the 53rd exon of the human dystrophin gene to
induce skipping of the 53rd exon. *Id.*, at 4. Popplewell's SEQ ID NOs: 10-12 and 24 allegedly
suggest the presently recited sequences and modifications. *Id.*

Sazani allegedly teaches antisense oligomers for inducing exon 53 skipping in the human
dystrophin gene. *Id.*, at 7. Sazani's SEQ ID NOs: 430-431 and 628-633 allegedly overlap or
encompass the presently recited SEQ ID NOs: 11 or 35. *Id.*

The Office admits that none of the cited references discloses the presently recited SEQ ID
NOs. *Id.*, at 8. Nevertheless, the Office alleges that "[i]t would have been well within the skill
of the artisan to test various sizes of oligomers in an optimization of antisense compounds
targeting a known superior target region." *Id.*

The Office by relying upon Baker and Bennett further alleges that "[t]he modifications
utilized in the invention and recited in the claims were well known and routinely used in the art
at the time." *Id.*, 8. The Office then concludes that "[t]he invention as whole would therefore
have been prima facie obvious to one in the art at the time of invention." *Id.*

Applicants traverse the rejection to the extent it may be applied to the amended claims.
Both the suggestion of the claimed invention and the expectation of success must be in the prior
art, not in the disclosure of the claimed invention. *In re Dow Chem. Co.*, 837 F.2d 469 (Fed. Cir.
1988). Additionally, once the scope and content of the prior art are determined, the relevant
inquiry is whether the prior art suggests all the limitations of the invention, and whether one of
ordinary skill in the art would have had a reasonable expectation that the claimed invention
would be successful as so combined. *In re Vaeck*, 947 F.2d 488, 493 (Fed. Cir. 1991).

Upon entry of the present amendments, independent claim 1 recites, *inter alia*, an
oligomer consisting of the nucleotide sequence of SEQ ID NO: 11 or SEQ ID NO: 57. As the
Office admits, none of the cited references teaches or suggests SEQ ID NO: 11 or SEQ ID NO:
57. The Office's rejection is unsupported, at least because the Office fails to articulate a
rationale why a skilled artisan would have been guided or directed to modify the antisense
oligomers of Sazani to arrive at the presently claimed antisense oligomers. Without such

83833562.1

Application No. 14/615,504                                  Docket No.: 209658-0001-01-US-518587
Amendment dated July 22, 2016                                                        Page 9
Reply to Office Action of March 25, 2016

guidance, the artisan would not have had a reasonable expectation of success in arriving at the
claimed sequences. *See, e.g., In re O'Farrell*, 853 F.2d 894, 903 (Fed. Cir. 1988).[3]  Teachings of
Baker and Bennett are not directly applicable, because the targeted genes discussed therein differ
from the human dystrophin gene.

        Additionally, the presently recited oligomers (consisting of the nucleotide sequence of
SEQ ID NO: 11 and 57) offer superior skipping effects over the oligomers taught in both
Popplewell and Sazani.  For example, Figures 2-4 of the Specification (corresponding to data in
Test Examples 2-3) show that PMO No. 3 (having the nucleotide sequence of SEQ ID NO: 11;
*see* Table 2) outperformed exemplary antisense oligomers taught in Popplewell (PMO Nos. 12
and 15).  Additionally, Figures 18-19 of the Specification (corresponding to data in Test
Example 7) show that PMO No. 3 (having the nucleotide sequence of SEQ ID NO: 11; *see* Table
2) outperformed exemplary antisense oligomer taught in Sazani (PMO No. 16).[4]  Furthermore,
Figures 16-17 (corresponding to data in Test Example 6) show that the oligomer having the
nucleotide sequence of SEQ ID NO: 57 (H53_36-60) displays a higher level skipping activity
that that having the nucleotide sequence of SEQ ID NO: 11 (H53_32-56).  Thus, the recited
oligomers consisting of the nucleotide sequence of SEQ ID NO: 57 also have superior skipping
activity over exemplary oligomers taught in Popplewell and Sazani.  Applicants submit that this
superiority is unexpected, at least because none of the cited references teach or suggest such an
effect.

        Given at least the above arguments, claim 1 as amended and its dependent claims 17-21,
and 23-25 would have been nonobvious over cited references.  Claims 15-16 and 22 stand
canceled, mooting at least this aspect of the rejection.  Accordingly, Applicants respectfully
request withdrawal of the rejection and allowance of the claims.

------------------------------------------

[3]       "The admonition that 'obvious to try' is not the standard under § 103 has been directed mainly at two kinds
of error. In some cases, what would have been 'obvious to try' would have been to vary all parameters or try each of
numerous possible choices until one possibly arrived at a successful result, where the prior art gave either no
indication of which parameters were critical or no direction as to which of many possible choices is likely to be
successful."
[4]       Figure 19 shows that PMO No. 3 has an equivalent level of skipping activity as PMO No. 8. Figure 18
shows that PMO No. 8 has a higher level of skipping activity than the exemplary antisense oligomer taught in
Sazani (PMO No. 16). Thus, a skilled artisan given Figures 18-19 would have understood the following order of the
skipping activities:
        PMO No. 3 ≈ PMO No. 8 >> PMO No. 16.

NS00000761

Application No. 14/615,504
Amendment dated July 22, 2016
Reply to Office Action of March 25, 2016

Docket No.: 209658-0001-01-US-518587
Page 10

**8.**    <u>**Double Patenting Rejection**</u>

The Office rejects claims 1 and 15-25 on the ground of nonstatutory double patenting as allegedly obvious over claims 1-7 of **U.S. Patent No. 9,079,934** ("the '934 patent"). Office Action, pages 8-10. The Office alleges:

> Although the claims at issue are not identical, they are not patentably distinct from each other because the antisense oligomer of the patent overlaps significantly with and within antisense compounds targeted within or to the regions recited in the instant claim 1, for example.

*Id.*, at 10.

Without acquiescing as to the merits of the Office's rejection, Applicants amend claim 1 to recite, *inter alia*, an oligomer consisting of the nucleotide sequence of SEQ ID NO: 11 or SEQ ID NO: 57. SEQ ID NO: 11 corresponds to H53_32-56, while SEQ ID NO: 57 corresponds to H53_36-60. The '934 patent recites oligomers consisting of the nucleotide sequence of SEQ ID NO: 35, which correspond to H53_36-56. In addition to the sequence differences, the '934 patent's oligomers are shorter (21-mer) that the presently claimed oligomers (25-mer). Applicants respectfully request the Office's reconsideration given the present claim amendments.

If necessary, Applicants may consider submitting a Terminal Disclaimer Form and payment of the appropriate fee, when the obviousness-type double patenting rejection becomes the only outstanding rejection remaining.

NS00000762

Application No. 14/615,504
Amendment dated July 22, 2016
Reply to Office Action of March 25, 2016

Docket No.: 209658-0001-01-US-518587
Page 11

## **CONCLUSION**

In view of the foregoing, Applicant submits that the pending claims are in condition for allowance, and respectfully request reconsideration and timely allowance of the pending claims. Should the Examiner feel that there are any issues outstanding after consideration of this response; the Examiner is invited to contact Applicant's undersigned representative to expedite prosecution. A favorable action is awaited.

EXCEPT for issue fees payable under 37 C.F.R. § 1.18, the Commissioner is hereby authorized by this paper to charge any additional fees during the entire pendency of this application including fees due under 37 C.F.R. § 1.16 and 1.17 which may be required, including any required extension of time fees, or credit any overpayment to Deposit Account No. 50-0573. This paragraph is intended to be a CONSTRUCTIVE PETITION FOR EXTENSION OF TIME in accordance with 37 C.F.R. § 1.136(a)(3).

Dated:   July 22, 2016

Respectfully submitted,

Customer Number:  055694

By     /Zhengyu Feng/
Zhengyu Feng, Ph.D.
Registration No.: 66,816
DRINKER BIDDLE & REATH LLP
1500 K Street, N.W.
Suite 1100
Washington, DC  20005-1209
202.230.5119 (Phone)
202.842.8465 (Fax)
Attorneys/Agents For Applicant

83833562.1

NS00000763

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 14615504 |
| **Filing Date:** | 06-Feb-2015 |
| **Title of Invention:** | ANTISENSE NUCLEIC ACIDS |
| **First Named Inventor/Applicant Name:** | Naoki WATANABE |
| **Filer:** | Zhengyu Feng/Moira Kelly |
| **Attorney Docket Number:** | 209658-0001-01-US-518587 |

Filed as Large Entity

**Filing Fees for** Utility under 35 USC 111(a)

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |

NS00000764

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| Extension - 1 month with $0 paid | 1251 | 1 | 200 | 200 |
| **Miscellaneous:** | | | | |
| | | **Total in USD ($)** | | **200** |

NS00000765

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 26425027 |
| **Application Number:** | 14615504 |
| **International Application Number:** | |
| **Confirmation Number:** | 2704 |
| **Title of Invention:** | ANTISENSE NUCLEIC ACIDS |
| **First Named Inventor/Applicant Name:** | Naoki WATANABE |
| **Customer Number:** | 55694 |
| **Filer:** | Zhengyu Feng/Moira Kelly |
| **Filer Authorized By:** | Zhengyu Feng |
| **Attorney Docket Number:** | 209658-0001-01-US-518587 |
| **Receipt Date:** | 22-JUL-2016 |
| **Filing Date:** | 06-FEB-2015 |
| **Time Stamp:** | 09:45:04 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Credit Card |
| Payment was successfully received in RAM | $200 |
| RAM confirmation Number | 10695 |
| Deposit Account | 500573 |
| Authorized User | FENG, ZHENGYU |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |
| Charge any Additional Fees required under 37 CFR 1.16 (National application filing, search, and examination fees) | |
| Charge any Additional Fees required under 37 CFR 1.17 (Patent application and reexamination processing fees) | |

NS00000766

Charge any Additional Fees required under 37 CFR 1.19 (Document supply fees)

Charge any Additional Fees required under 37 CFR 1.20 (Post Issuance fees)

Charge any Additional Fees required under 37 CFR 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Fee Worksheet (SB06) | 209658-0001-01-518587_Fee_Transmittal.PDF | 94811 / 1755beda7eccc09a8fd9ccc8d9a0a2181533 3645 | no | 1 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Extension of Time | 209658-0001-01-518587_Pet1 MoEOT.PDF | 68848 / 6ff7aefb7b0de04253e71974d87e0426727d c820 | no | 1 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | Amendment/Req. Reconsideration-After Non-Final Reject | 209658-0001-01-518587_Amendment.PDF | 491160 / 6e93d42b255e47cfeb68bbd05f632a90987 138fc | no | 11 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 4 | Fee Worksheet (SB06) | fee-info.pdf | 30634 / 3505630791bd05f6b28be17ae706e68f3399 2fd7 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | **Total Files Size (in bytes):** | 685453 | | |

NS00000767

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

NS00000768

PTO/SB/17 (03-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number

# FEE TRANSMITTAL

| Complete if known | |
|---|---|
| Application Number | 14/615,504 |
| Filing Date | February 6, 2015 |
| First Named Inventor | Naoki WATANABE |
| Examiner Name | S. McGarry |
| Art Unit | 1674 |
| Practitioner Docket No. | 209658-0001-01-US-518587 |

☐ Applicant asserts small entity status. See 37 CFR 1.27.

☐ Applicant certifies micro entity status. See 37 CFR 1.29.
Form PTO/SB/15A or B or equivalent must either be enclosed or have been submitted previously.

| TOTAL AMOUNT OF PAYMENT | ($) | 200.00 |
|---|---|---|

**METHOD OF PAYMENT** (check all that apply)

☐ Check  ☒ Credit Card  ☐ Money Order  ☐ None  ☐ Other (please identify):

☐ Deposit Account    Deposit Account Number: 50-0573    Deposit Account Name: Drinker Biddle & Reath LLP

For the above-identified deposit account, the Director is hereby authorized to (check all that apply):

☐ Charge fee(s) indicated below    ☒ Charge fee(s) indicated below, **except for the filing fee**

☒ Charge any additional fee(s) or underpayment of fee(s) under 37 CFR 1.16 and 1.17    ☐ Credit any overpayment of fee(s)

**WARNING:** Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.

## FEE CALCULATION

### 1. BASIC FILING, SEARCH, AND EXAMINATION FEES (U = undiscounted fee; S = small entity fee; M = micro entity fee)

| Application Type | FILING FEES U ($) | S ($) | M ($) | SEARCH FEES U ($) | S ($) | M ($) | EXAMINATION FEES U ($) | S ($) | M ($) | Fees Paid ($) |
|---|---|---|---|---|---|---|---|---|---|---|
| Utility | 280 | 140* | 70 | 600 | 300 | 150 | 720 | 360 | 180 | |
| Design | 180 | 90 | 45 | 120 | 60 | 30 | 460 | 230 | 115 | |
| Plant | 180 | 90 | 45 | 380 | 190 | 95 | 580 | 290 | 145 | |
| Reissue | 280 | 140 | 70 | 600 | 300 | 150 | 2,160 | 1,080 | 540 | |
| Provisional | 260 | 130 | 65 | 0 | 0 | 0 | 0 | 0 | 0 | |

* The $140 small entity status fee for a utility application is further reduced to $70 for a small entity status applicant who files the application via EFS-Web.

### 2. EXCESS CLAIM FEES

| Fee Description | Undiscounted Fee ($) | Small Entity Fee ($) | Micro Entity Fee ($) |
|---|---|---|---|
| Each claim over 20 (including Reissues) | 80 | 40 | 20 |
| Each independent claim over 3 (including Reissues) | 420 | 210 | 105 |
| Multiple dependent claims | 780 | 390 | 195 |

| Total Claims | Extra Claims | Fee ($) | Fee Paid ($) | | Multiple Dependent Claims | |
|---|---|---|---|---|---|---|
| 1 - or HP = | x = | | | | Fee ($) | Fee Paid ($) |

HP = highest number of total claims paid for, if greater than 20.

| Indep. Claims | Extra Claims | Fee ($) | Fee Paid ($) |
|---|---|---|---|
| - or HP = | x = | | |

HP = highest number of independent claims paid for, if greater than 3.

### 3. APPLICATION SIZE FEE

If the specification and drawings exceed 100 sheets of paper (excluding electronically filed sequence or computer listings under 37 CFR 1.52(e)), the application size fee due is $400 ($200 small entity) ($100 for micro entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s).

| Total Sheets | Extra Sheets | Number of each additional 50 or fraction thereof | Fee ($) | Fee Paid ($) |
|---|---|---|---|---|
| - 100 = | /50 = | (round up to a whole number) x | = | |

### 4. OTHER FEE(S)

Non-English specification, $130 fee (no small or micro entity discount)

**Non-electronic filing fee under 37 CFR 1.16(t) for a utility application, $400 fee ($200 small or micro entity)**

| | Fees Paid ($) |
|---|---|
| Other (e.g., late filing surcharge): 1251 Extension for response within first month | 200.00 |

## SUBMITTED BY

| Signature | /Zhengyu Feng/ | Registration No. (Attorney/Agent) | 66,816 | Telephone | 202.230.5119 |
|---|---|---|---|---|---|
| Name (Print/Type) | Zhengyu Feng, Ph.D. | | | Date | July 22, 2016 |

86145996.1

NS00000769

PTO/AIA/22 (03-13)
Approved for use through 7/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PETITION FOR EXTENSION OF TIME UNDER 37 CFR 1.136(a) | Docket Number (Optional) 209658-0001-01-US-518587 |
|---|---|

| Application Number | 14/615,504 | Filed | February 6, 2015 |
|---|---|---|---|

For

   ANTISENSE NUCLEIC ACIDS

| Art Unit | 1674 | Examiner | S. McGarry |
|---|---|---|---|

This is a request under the provisions of 37 CFR 1.136(a) to extend the period for filing a reply in the above-identified application.

The requested extension and fee are as follows (check time period desired and enter the appropriate fee below):

|   |   | Fee | Small Entity Fee | Micro Entity Fee |   |   |
|---|---|---|---|---|---|---|
| X | One month (37 CFR 1.17(a)(1)) | $200 | $100 | $50 | $ | 200.00 |
|   | Two months (37 CFR 1.17(a)(2)) | $600 | $300 | $150 | $ | |
|   | Three months (37 CFR 1.17(a)(3)) | $1,400 | $700 | $350 | $ | |
|   | Four months (37 CFR 1.17(a)(4)) | $2,200 | $1,100 | $550 | $ | |
|   | Five months (37 CFR 1.17(a)(5)) | $3,000 | $1,500 | $750 | $ | |

☐ Applicant asserts small entity status. See 37 CFR 1.27.

☐ Applicant certifies micro entity status. See 37 CFR 1.29.
   Form PTO/SB/15A or B or equivalent must either be enclosed or have been submitted previously.

☐ A check in the amount of the fee is enclosed.

☒ Payment by credit card. Form PTO-2038 is attached.

☐ The Director has already been authorized to charge fees in this application to a Deposit Account.

☒ The Director is hereby authorized to charge any fees which may be required, or credit any overpayment, to
   Deposit Account Number    50-0573

☐ Payment made via EFS-Web.

**WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

I am the

☐ applicant.

☒ attorney or agent of record. Registration number    66,816

☐ attorney or agent acting under 37 CFR 1.34. Registration number

| /Zhengyu Feng/ | July 22, 2016 |
|---|---|
| Signature | Date |
| Zhengyu Feng, Ph.D. | 202.230.5119 |
| Typed or printed name | Telephone Number |

**NOTE:** This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications. Submit multiple forms if more than one signature is required, see below*.

| X | * Total of | 1 | forms are submitted. |
|---|---|---|---|

86145982.1

NS00000770

PTO/SB/06 (09-11)
Approved for use through 1/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD<br>Substitute for Form PTO-875 | Application or Docket Number<br>14/615,504 | Filing Date<br>02/06/2015 | ☐ To be Mailed |
|---|---|---|---|

**ENTITY:** ☒ LARGE  ☐ SMALL  ☐ MICRO

### APPLICATION AS FILED – PART I

| FOR | (Column 1)<br>NUMBER FILED | (Column 2)<br>NUMBER EXTRA | RATE ($) | FEE ($) |
|---|---|---|---|---|
| ☐ BASIC FEE<br>(37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | |
| ☐ SEARCH FEE<br>(37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | |
| ☐ EXAMINATION FEE<br>(37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | |
| TOTAL CLAIMS<br>(37 CFR 1.16(i)) | minus 20 = | * | X $ | = |
| INDEPENDENT CLAIMS<br>(37 CFR 1.16(h)) | minus 3 = | * | X $ | = |
| ☐ APPLICATION SIZE FEE<br>(37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | |

### APPLICATION AS AMENDED – PART II

| | | (Column 1) | (Column 2) | (Column 3) | | |
|---|---|---|---|---|---|---|
| AMENDMENT | 07/22/2016 | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
| | Total (37 CFR 1.16(i)) | * 9 | Minus | ** 20 | = 0 | x $80 = | 0 |
| | Independent (37 CFR 1.16(h)) | * 1 | Minus | *** 3 | = 0 | x $420 = | 0 |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | |
| | | | | | TOTAL ADD'L FEE | **0** |

| | | (Column 1) | (Column 2) | (Column 3) | | |
|---|---|---|---|---|---|---|
| AMENDMENT | | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
| | Total (37 CFR 1.16(i)) | * | Minus | ** | = | X $ = | |
| | Independent (37 CFR 1.16(h)) | * | Minus | *** | = | X $ = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | |
| | | | | | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

LIE
THUY TA

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*



### UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/615,504 | 02/06/2015 | Naoki WATANABE | 209658-0001-01-US-518587 | 2704 |

55694          7590          10/27/2016
DRINKER BIDDLE & REATH (DC)
1500 K STREET, N.W.
SUITE 1100
WASHINGTON, DC 20005-1209

| EXAMINER |
|---|
| MCGARRY, SEAN |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1674 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 10/27/2016 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

DBRIPDocket@dbr.com
penelope.mongelluzzo@dbr.com

PTOL-90A (Rev. 04/07)

NS00000772

| *Office Action Summary* | Application No. 14/615,504 | Applicant(s) WATANABE ET AL. | |
|---|---|---|---|
| | Examiner SEAN MCGARRY | Art Unit 1674 | AIA (First Inventor to File) Status No |

**-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --**

## Period for Reply

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
- Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

## Status

1) ☐ Responsive to communication(s) filed on <u>7/22/2016</u>.
    ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.
2a) ☒ This action is **FINAL**.    2b) ☐ This action is non-final.
3) ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.
4) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

## Disposition of Claims*

5) ☒ Claim(s) <u>1,17-21,24 and 25</u> is/are pending in the application.
    5a) Of the above claim(s) _____ is/are withdrawn from consideration.
6) ☐ Claim(s) _____ is/are allowed.
7) ☒ Claim(s) <u>1,17-21,24 and 25</u> is/are rejected.
8) ☐ Claim(s) _____ is/are objected to.
9) ☐ Claim(s) _____ are subject to restriction and/or election requirement.

* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

## Application Papers

10) ☐ The specification is objected to by the Examiner.
11) ☒ The drawing(s) filed on <u>2/6/2015 and 3/3/2015</u> is/are: a) ☒ accepted or b) ☐ objected to by the Examiner.
    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

## Priority under 35 U.S.C. § 119

12) ☒ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
    **Certified copies:**
    a) ☒ All    b) ☐ Some**    c) ☐ None of the:
        1. ☐ Certified copies of the priority documents have been received.
        2. ☒ Certified copies of the priority documents have been received in Application No. <u>13/819,520</u>.
        3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☐ Notice of References Cited (PTO-892)
2) ☐ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date _____.
3) ☐ Interview Summary (PTO-413) Paper No(s)/Mail Date. _____ .
4) ☐ Other: _____.

NS00000773

Application/Control Number: 14/615,504                                      Page 2
Art Unit: 1674

    The present application is being examined under the pre-AIA first to invent

provisions.

## DETAILED ACTION

### Claim Rejections - 35 USC § 101

    35 U.S.C. 101 reads as follows:

> Whoever invents or discovers any new and useful process, machine, manufacture, or
> composition of matter, or any new and useful improvement thereof, may obtain a patent
> therefor, subject to the conditions and requirements of this title.

Claims 1, 15, and 22-25 **WERE** rejected under 35 U.S.C. 101 because the claimed

invention is not directed to patent eligible subject matter. Based upon an analysis with

respect to the claim as a whole, the claims do not recite something significantly different

than a judicial exception.

    This rejection has been withdrawn in view of applicants amendments to the

claims filed 7/22/2016.

### Claim Rejections - 35 USC § 103

    The following is a quotation of pre-AIA 35 U.S.C. 103(a) which forms the basis

for all obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described
> as set forth in section 102 of this title, if the differences between the subject matter sought to
> be patented and the prior art are such that the subject matter as a whole would have been
> obvious at the time the invention was made to a person having ordinary skill in the art to which

Application/Control Number: 14/615,504                                                Page 3
Art Unit: 1674

> said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.

This application currently names joint inventors. In considering patentability of the claims under pre-AIA 35 U.S.C. 103(a), the examiner presumes that the subject matter of the various claims was commonly owned at the time any inventions covered therein were made absent any evidence to the contrary. Applicant is advised of the obligation under 37 CFR 1.56 to point out the inventor and invention dates of each claim that was not commonly owned at the time a later invention was made in order for the examiner to consider the applicability of pre-AIA 35 U.S.C. 103(c) and potential pre-AIA 35 U.S.C. 102(e), (f) or (g) prior art under pre-AIA 35 U.S.C. 103(a).

Claims 1, 17-21 and 23-25 are rejected under pre-AIA 35 U.S.C. 103(a) as being unpatentable over Popplewell et al [US20100168212], Sazani et al [US20100130591] in view of Baker et al [US20130109091] and Bennett et al [US20120190728].

The claimed invention is drawn to antisense compounds targeted to recited regions all contained within nucleotides 31-61 of exon 53 of the dystrophin gene including antisense oligomers SEQ ID NOS:4, 8, 11, 15, 18, 25, 32, 34, 36, 57, 103,-105, and 109 that cause skipping of the 53rd exon in the human dystrophin gene. The invention includes modifications to the compounds where these modifications are well known and routinely utilized in the antisense art at the time of invention.

NS00000775

Application/Control Number: 14/615,504                                        Page 4
Art Unit: 1674

    Popplewell et al have taught antisense based alteration of splicing in the human dystrophin gene including use as pharmaceuticals. It has been taught to target exon 53 to induce skipping of the 53rd exon.  The specific sequences and modifications recited in the instant claims have been clearly suggested by Popplewell et al. See for example SEQ ID NOS:10-12 and 24, and paragraph 15:

The molecule that causes skipping in exon 53 comprises at least a 25 base length from a base sequence selected from:

TABLE-US-00005 (SEQ ID NO: 10) j) CXG XXG CCX CCG GXX CXG AAG GXG XXC XXG; (SEQ ID NO: 11) k) CAA CXG XXG CCX CCG GXX CXG AAG GXG XXC; or (SEQ ID NO: 12) l) XXG CCX CCG GXX CXG AAG GXG XXC XXG XAC,

wherein the molecule's sequence can vary from the above sequence at up to two base positions, and wherein the molecule can bind to a target site to cause exon skipping in exon 53 of the dystrophin gene.


    Paragraph 28:

    The base "X" in the above base sequences is defined as being thymine (T) or uracil (U). The presence of either base in the sequence will still allow the molecule to bind to the pre-mRNA of the dystrophin gene as it is a complementary sequence. Therefore, the presence of either base in the molecule will cause exon skipping. The base sequence of the molecule may contain all thymines, all uracils or a combination of the two. One factor that can determine whether X is T or U is the chemistry used to produce the molecule. For example, if the molecule is a phosphorodiamidate morpholino oligonucleotide (PMO), X will be T as this base is used when producing PMOs. Alternatively, if the molecule is a phosphorothioate-linked 2'-O-methyl oligonucleotide (2'OMePS), X will be U as this base is used when producing 2'OMePSs. Preferably, the base "X" is only thymine (T).


    Paragraph 30:

    The molecule can be any type of molecule as long as it has the selected base sequence and can bind to a target site of the dystrophin pre-mRNA to cause exon skipping. For example, the molecule can be an oligodeoxyribonucleotide, an oligoribonucleotide, a phosphorodiamidate morpholino oligonucleotide (PMO) or a phosphorothioate-linked 2'-O-methyl oligonucleotide

Application/Control Number: 14/615,504                                          Page 5
Art Unit: 1674

(2'OMePS). Preferably, the oligonucleotide is a PMO. The advantage of a PMO is that it has
excellent safety profiles and appears to have longer lasting effects in vivo compared to 2'OMePS
oligonucleotides. Preferably, the molecule is isolated so that it is free from other compounds or
contaminants.


Paragraph 32:

The molecule is at least 25 bases in length. Preferably, the molecule is at least 28 bases in
length. Preferably, the molecule is no more than 35 bases in length and, more preferably, no
more than 32 bases in length. Preferably, the molecule is between 25 and 35 bases in length,
more preferably, the molecule is between 28 and 32 bases in length, even more preferably, the
molecule is between 29 and 31 bases in length, and most preferably, the molecule is 30 bases in
length. It has been found that a molecule which is 30 bases in length causes efficient exon
skipping. If the molecule is longer than 35 bases in length, the specificity of the binding to the
specific exon region is reduced. If the molecule is less than 25 bases in length, the exon skipping
efficiency is reduced.


Paragraph 96:

To ensure that the analysis of PMOs for the targeted skipping of exon 53 was not biased
by any particular design strategy, seventeen 25mer PMOs were designed to cover the whole of
exon 53, with stepwise arrays over suggested bioactive target sites, and then subsequently six
30mer PMOs were designed to target the sequence of exon 53 that showed an association with
exon skipping for the 25mers tested. PMOs were designed and tested independently by two
different groups (at RHUL and UWA), and then efficacy of the best thirteen sequences
confirmed by two other independent groups (at UCL and LUMC). Such a collaborative approach
has been used previously as a way of validating target sequences in DMD [4]. Human myoblasts
allowed the controlled in vitro comparison of PMO sequences, and confirmation of skipping of
exon 53 at the RNA level by certain PMOs in both normal cells and, perhaps more importantly,
in DMD patient cells with a relevant mutation. These results were further borne out by the
expression of dystrophin protein in the DMD cells treated with specific PMOs. Use of the
humanised DMD mouse provided an in vivo setting to confirm correct exon exclusion prior to
any planned clinical trial. The combined use of these three different systems (normal cells,
patient cells and hDMD mouse) as tests of PMO bioactivity provided a reliable and coherent
determination of optimal sequence(s) for the targeted skipping of exon 53.


Paragraph 97:

When considering the data presented here as a whole, the superiority of the PMO
targeting the sequence +30+59 (PMO-G, or h53A30/1), is strongly indicated. In normal
myoblasts, nucleofection of PMO-G (300 nM) and liposomal-carrier mediated transfection of

NS00000777

Application/Control Number: 14/615,504                                   Page 6
Art Unit: 1674

leashed PMO-G (500 nM) produced over 80% and over 50% skipping of exon 53, respectively, implying that it acts extremely efficiently within the cell. This was confirmed in patient cells. Indeed, this PMO generates the highest levels of exon skipping in patient cells over a range of concentrations (up to 200 nM) and, most important therapeutically, exerts its activity at concentrations as low as 25 nM. The exon skipping activity of this PMO is also persistent, with over 70% exon skipping for 7 days in culture, and over 60% exon skipping for up to three weeks. This would have important safety and cost implications as a genetic therapy for DMD patients with the appropriate deletions. PMO-G was also shown to skip exon 53 correctly in vivo. These RNA results were further confirmed by the detection of dystrophin protein at a high level in protein extracts from patient cells treated with PMO-G. Previous studies by the Leiden group [18] suggest that the optimal 2'OMePS AO is targeted to the sequence +46+63 of exon 53, producing exon skipping in up to 25% of transcripts in cultured cells and 7% in the hDMD mouse. This 2'OMePS AO shows some degree of overlap with the optimal PMOs reported here which strengthens our findings. The reason that our optimal PMO is more specific could be a (combined) consequence of the different AO chemistries, length of AO used, and the absolute target site of AO.

The prior art has therefore taught that the same region targeted by the instantly claimed oligomers is superior to other regions of exon 53. The prior art has taught that sequences with SEQ ID NOS:10-12 are included in their invention. The recited SEQ ID NOS: fall squarely within SEQ ID NOS:10-12 and 24 which has been taught by Popplewell to be a "superior" target region of exon 53. While the entire document is pertinent to applicant invention, please also see Example 2 and claims 1-12.

Sazani et al have also taught antisense oligomers for inducing exon 53 skipping in the human dystrophin gene. Sazani et al have also taught oligomers targeting the same target site and the instant invention and the superior region taught by Popplewell et all See for example SEQ ID NOS: 430, 431, and 628-633 which all overlap or is/are embrace the instantly recited SEQ ID NOS. Sazani et al have also taught that oligomer size choices and modification of antisense oligonucleotides. while the entire reference is

NS00000778

Application/Control Number: 14/615,504                                           Page 7
Art Unit: 1674

relied upon and relevant to applicants invention, applicant is directed to, for example, paragraphs 18-25, 36, 40, 50, 56, 95, 97, 98, 104, 118, 123-177, 196, 197, and claims 36-39, for example.

While the prior art has not specifically disclosed the recited sequences SEQ ID Nos, the prior art has clearly taught that such sequences are embraced within a known target region and furthermore within known antisense compounds. The prior art, however, has taught that the region that the instant compounds are targeted to is a superior target region and furthermore the prior art references taken together have taught that one in the art can alter the sizes of the antisense compounds. It would have been well within the skill of the artisan to test various sizes of oligomers in an optimization of antisense compounds targeting a known superior target region. It is noted that the superior target region is not large; "When considering the data presented here as a whole, the superiority of the PMO targeting the sequence +30+59 (PMO-G, or h53A30/1), is strongly indicated." Applicants invention is oligomers that are within this exemplified compound where it has been clearly taught that sequences within this oligomer were considered y by the prior art. The modifications utilized in the invention and recited in the claims were well known and routinely used in the art at the time of invention as shown by the above art and evidenced by Baker et al and Bennett et al. The benefits of the modifications were well known in the art where nuclease protection, and improved hybridization, and cell penetration were known benefits, for example. Both of these references are drawn to antisense compounds utilized in alteration of splicing. See

NS00000779

Application/Control Number: 14/615,504                                          Page 8
Art Unit: 1674

Paragraphs 10, 11, 13, 27, and 60-71 of Baker et al and paragraphs 25, 57-75, 97-104, 140-155, 176, and 180-183 of Bennett et al, for example. Bennett and Baker et al have also taught various size ranges for splice altering antisense compounds.

The invention as a whole would therefore have been *prima facie* obvious to one in the art at the time of invention.

### Response to Arguments

Applicant's arguments filed 7/22/2016 have been fully considered but they are not persuasive.

Applicant has argued that the rejection of record fails to articulate why a skilled artsen would have been guided or directed to modify the antisense oligomers of Sazani to arrive at the presently claimed oligomers. It is noted that the instant oligomers are targeted to nt32-56 and 36-60 of exon 53. These oligomers are 25mers.  The examiner asserts that the rejection specifically provides the ese teachings from the prior art.

From the rejection above:

It has been taught to target exon 53 to induce skipping of the 53rd exon.  The specific sequences and modifications recited in the instant claims have been clearly suggested by Popplewell et al. See for example SEQ ID NOS:10-12 and 24, and paragraph 15:

The molecule that causes skipping in exon 53 comprises at least a 25 base length from a base sequence selected from:

NS00000780

Application/Control Number: 14/615,504                                               Page 9
Art Unit: 1674

TABLE-US-00005 (SEQ ID NO: 10) j) CXG XXG CCX CCG GXX CXG AAG GXG XXC XXG; (SEQ ID NO: 11) k) CAA CXG XXG CCX CCG GXX CXG AAG GXG XXC; or (SEQ ID NO: 12) l) XXG CCX CCG GXX CXG AAG GXG XXC XXG XAC,

wherein the molecule's sequence can vary from the above sequence at up to two base positions, and wherein the molecule can bind to a target site to cause exon skipping in exon 53 of the dystrophin gene.


Paragraph 32:

The molecule is at least 25 bases in length. Preferably, the molecule is at least 28 bases in length. Preferably, the molecule is no more than 35 bases in length and, more preferably, no more than 32 bases in length. Preferably, the molecule is between 25 and 35 bases in length, more preferably, the molecule is between 28 and 32 bases in length, even more preferably, the molecule is between 29 and 31 bases in length, and most preferably, the molecule is 30 bases in length. It has been found that a molecule which is 30 bases in length causes efficient exon skipping. If the molecule is longer than 35 bases in length, the specificity of the binding to the specific exon region is reduced. If the molecule is less than 25 bases in length, the exon skipping efficiency is reduced.


Paragraph 97:

When considering the data presented here as a whole, the superiority of the PMO targeting the sequence +30+59 (PMO-G, or h53A30/1), is strongly indicated. In normal myoblasts, nucleofection of PMO-G (300 nM) and liposomal-carrier mediated transfection of leashed PMO-G (500 nM) produced over 80% and over 50% skipping of exon 53, respectively, implying that it acts extremely efficiently within the cell. This was confirmed in patient cells. Indeed, this PMO generates the highest levels of exon skipping in patient cells over a range of concentrations (up to 200 nM) and, most important therapeutically, exerts its activity at concentrations as low as 25 nM. The exon skipping activity of this PMO is also persistent, with over 70% exon skipping for 7 days in culture, and over 60% exon skipping for up to three weeks. This would have important safety and cost implications as a genetic therapy for DMD patients with the appropriate deletions. PMO-G was also shown to skip exon 53 correctly in vivo. These RNA results were further confirmed by the detection of dystrophin protein at a high level in protein extracts from patient cells treated with PMO-G. Previous studies by the Leiden group [18] suggest that the optimal 2'OMePS AO is targeted to the sequence +46+63 of exon 53, producing exon skipping in up to 25% of transcripts in cultured cells and 7% in the hDMD mouse. This 2'OMePS AO shows some degree of overlap with the optimal PMOs reported here which strengthens our findings. The reason that our optimal PMO is more specific could be a (combined) consequence of the different AO chemistries, length of AO used, and the absolute target site of AO.

Application/Control Number: 14/615,504                                    Page 10
Art Unit: 1674

The prior art has therefore taught that the same region targeted by the instantly

claimed oligomers is superior to other regions of exon 53. The prior art has taught that

sequences with SEQ ID NOS:10-12 are included in their invention. The recited SEQ ID

NOS: fall squarely within SEQ ID NOS:10-12 and 24 which has been taught by

Popplewell to be a "superior" target region of exon 53. While the entire document is

pertinent to applicant invention, please also see Example 2 and claims 1-12.


Applicant dismissed the Baker and Bennet references since they are not directed

to the same gene. This is not what the references are relied on for. For example they

are relied on for what was asserted in the rejection above: modifications of antisense

compounds utilized for intron splice modulation.


Applicant asserts that the instant compounds have unexpected properties. The

examiner disagrees. The compounds function as designed, to alter splicing. The fact

that applicant screened for more oligonucleotides in a region that has been taught to be

superior utilizing size ranges and modifications known in the art is not unexpected. The

prior art indeed asserts that these oligonucleotides are included in their invention as

asserted in the rejection of record.

NS00000782

Application/Control Number: 14/615,504                                    Page 11
Art Unit: 1674

### Double Patenting

Claims 1 and 15-25 **WERE** rejected on the ground of nonstatutory double patenting as being unpatentable over claims 1-7 of U.S. Patent No. 9079934.

This rejection has been withdrawn in view if the amendments filed 7/22/2016.


**THIS ACTION IS MADE FINAL.**  Applicant is reminded of the extension of time policy as set forth in 37 CFR 1.136(a).

A shortened statutory period for reply to this final action is set to expire THREE MONTHS from the mailing date of this action.  In the event a first reply is filed within TWO MONTHS of the mailing date of this final action and the advisory action is not mailed until after the end of the THREE-MONTH shortened statutory period, then the shortened statutory period will expire on the date the advisory action is mailed, and any extension fee pursuant to 37 CFR 1.136(a) will be calculated from the mailing date of the advisory action.  In no event, however, will the statutory period for reply expire later than SIX MONTHS from the mailing date of this final action.

Any inquiry concerning this communication or earlier communications from the examiner should be directed to SEAN MCGARRY whose telephone number is (571)272-0761.  The examiner can normally be reached on M-Th  (7:00-5:30).

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Shaojia Anna Jiang can be reached on (571) 272-0627.  The fax phone

NS00000783

Application/Control Number: 14/615,504                                    Page 12
Art Unit: 1674

number for the organization where this application or proceeding is assigned is 571-

273-8300.

Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system.  Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a

USPTO Customer Service Representative or access to the automated information

system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.


                                        Sean R McGarry
                                        Primary Examiner
                                        Art Unit 1674

/SEAN MCGARRY/
Primary Examiner, Art Unit 1674

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 14615504 | WATANABE ET AL. |
| | **Examiner** | **Art Unit** |
| | SEAN MCGARRY | 1674 |

## CPC- SEARCHED

| Symbol | Date | Examiner |
|---|---|---|
| | | |

## CPC COMBINATION SETS  - SEARCHED

| Symbol | Date | Examiner |
|---|---|---|
| | | |

## US CLASSIFICATION SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| | | | |

## SEARCH NOTES

| Search Notes | Date | Examiner |
|---|---|---|
| Inventor search, STIC SEQ SEARCH, reviewed search and prosecution in US9079934 | 3/21/2016 | sm |
| reviewed STIC SEQ SEARCH, updated WEST | 10/24/2016 | sm |

## INTERFERENCE SEARCH

| US Class/ CPC Symbol | US Subclass / CPC Group | Date | Examiner |
|---|---|---|---|
| | | | |

| | |
|---|---|
| | |

NS00000785

Doc Code: A.NE.AFCP
Document Description: After Final Consideration Pilot Program Request

PTO/SB/434 (05-13)

## CERTIFICATION AND REQUEST FOR CONSIDERATION UNDER THE AFTER FINAL CONSIDERATION PILOT PROGRAM 2.0

| Practitioner Docket No.: 209658-0001-01-US-518587 | Application No.: 14/615,504 | Filing Date: February 6, 2015 |
|---|---|---|
| First Named Inventor: Naoki WATANABE | Title: ANTISENSE NUCLEIC ACIDS | |

APPLICANT HEREBY CERTIFIES THE FOLLOWING AND REQUESTS CONSIDERATION UNDER THE AFTER FINAL CONSIDERATION PILOT PROGRAM 2.0 (AFCP 2.0) OF THE ACCOMPANYING RESPONSE UNDER 37 CFR 1.116.

1.   The above-identified application is (i) an original utility, plant, or design nonprovisional application filed under 35 U.S.C. 111(a) [a continuing application (e.g., a continuation or divisional application) is filed under 35 U.S.C. 111(a) and is eligible under (i)], or (ii) an international application that has entered the national stage in compliance with 35 U.S.C. 371(c).

2.   The above-identified application contains an outstanding final rejection.

3.   Submitted herewith is a response under 37 CFR 1.116 to the outstanding final rejection. The response includes an amendment to at least one independent claim, and the amendment does not broaden the scope of the independent claim in any aspect.

4.   This certification and request for consideration under AFCP 2.0 is the only AFCP 2.0 certification and request filed in response to the outstanding final rejection.

5.   Applicant is willing and available to participate in any interview requested by the examiner concerning the present response.

6.   This certification and request is being filed electronically using the Office's electronic filing system (EFS-Web).

7.   Any fees that would be necessary consistent with current practice concerning responses after final rejection under 37 CFR 1.116, e.g., extension of time fees, are being concurrently filed herewith. [There is no additional fee required to request consideration under AFCP 2.0.]

8.   By filing this certification and request, applicant acknowledges the following:

•   Reissue applications and reexamination proceedings are not eligible to participate in AFCP 2.0.
•   The examiner will verify that the AFCP 2.0 submission is compliant, i.e., that the requirements of the program have been met (see items 1 to 7 above). For compliant submissions:
    o   The examiner will review the response under 37 CFR 1.116 to determine if additional search and/or consideration (i) is necessitated by the amendment and (ii) could be completed within the time allotted under AFCP 2.0. If additional search and/or consideration is required but cannot be completed within the allotted time, the examiner will process the submission consistent with current practice concerning responses after final rejection under 37 CFR 1.116, e.g., by mailing an advisory action.
    o   If the examiner determines that the amendment does not necessitate additional search and/or consideration, or if the examiner determines that additional search and/or consideration is required and could be completed within the allotted time, then the examiner will consider whether the amendment places the application in condition for allowance (after completing the additional search and/or consideration, if required). If the examiner determines that the amendment does not place the application in condition for allowance, then the examiner will contact the applicant and request an interview.
        ▪   The interview will be conducted by the examiner, and if the examiner does not have negotiation authority, a primary examiner and/or supervisory patent examiner will also participate.
        ▪   If the applicant declines the interview, or if the interview cannot be scheduled within ten (10) calendar days from the date that the examiner first contacts the applicant, then the examiner will proceed consistent with current practice concerning responses after final rejection under 37 CFR 1.116.

| Signature | Date February 27, 2017 |
|---|---|
| Name (Print/Typed) Zhengyu Feng, Ph.D. | Practitioner Registration No. 66,816 |

**Note:** This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4(d) for signature requirements and certifications. Submit multiple forms if more than one signature is required, see below*.

[X]   * Total of    1    forms are submitted.

NS00000786

Docket No.: 209658-0001-01-US-518587
(PATENT)

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of:
Naoki WATANABE et al.

Application No.: 14/615,504                    Confirmation No.: 2704

Filed: February 6, 2015                        Art Unit: 1674

For:  ANTISENSE NUCLEIC ACIDS                  Examiner: S. McGarry

## AMENDMENT / RESPONSE UNDER 37 C.F.R. § 1.116
## &
## PETITION FOR EXTENSION OF TIME

**MS AF**
Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Dear Sir:

In response to the FINAL Office Action mailed October 27, 2016, the Office is respectfully requested to consider and enter the following amendments and remarks.  Applicant petitions herewith a ONE-month extension of time, extending the period of response until February 27, 2017.

**Amendments to the Claims** begin on page 2.

**Remarks** begin on page 4.

A **Certification and Request for Consideration under the After Final Consideration Pilot Program 2.0** is concurrently submitted.

87880460.1

NS00000787

Application No. 14/615,504                                    Docket No.: 209658-0001-01-US-518587
Amendment dated February 27, 2017                                                         Page 2
After Final Office Action of October 27, 2016

## AMENDMENTS TO THE CLAIMS

This listing of claims will replace all prior versions, and listings, of the claims in the application:

## LISTING OF CLAIMS

Claim 1. (Currently Amended):   An antisense oligomer which causes skipping of the 53rd exon in the human dystrophin gene, consisting of the nucleotide sequence of ~~SEQ ID NO: 11 and~~ SEQ ID NO: 57, wherein the antisense oligomer is an oligonucleotide in which the sugar moiety and/or the phosphate-binding region of at least one nucleotide constituting the oligonucleotide is modified, or a morpholino oligomer.

Claims 2-16.  (Canceled).

Claim 17. (Previously Presented):   The antisense oligomer according to claim 1, wherein the sugar moiety of at least one nucleotide constituting the oligonucleotide is a ribose in which the 2'-OH group is replaced by any one selected from the group consisting of: OR, R, R'OR, SH, SR, $NH_2$, NHR, $NR_2$, $N_3$, CN, F, Cl, Br, and I, wherein R is an alkyl or an aryl and R' is an alkylene.

Claim 18. (Previously Presented):   The antisense oligomer according to claim 1, wherein the phosphate-binding region of at least one nucleotide constituting the oligonucleotide is any one selected from the group consisting of: a phosphorothioate bond, a phosphorodithioate bond, an alkylphosphonate bond, a phosphoramidate bond, and a boranophosphate bond.

Claim 19. (Previously Presented):   The antisense oligomer according to claim 1, which is a morpholino oligomer.

Claim 20. (Previously Presented):   The antisense oligomer according to claim 19, which is a phosphorodiamidate morpholino oligomer.

87880460. 1

NS00000788

Application No. 14/615,504                                Docket No.: 209658-0001-01-US-518587
Amendment dated February 27, 2017                                                      Page 3
After Final Office Action of October 27, 2016

Claim 21. (Previously Presented):   The antisense oligomer according to claim 19, wherein the 5' end is any one of the groups of chemical formulae (1) to (3) below:



(1)                           (2)                  (3)

Claims 22-24.  (Canceled).

Claim 25. (Previously Presented):   A pharmaceutical composition for the treatment of muscular dystrophy, comprising as an active ingredient the antisense oligomer according to claim 1, or a pharmaceutically acceptable salt or hydrate thereof.

87880460.1

NS00000789

Application No. 14/615,504
Amendment dated February 27, 2017
After Final Office Action of October 27, 2016

Docket No.: 209658-0001-01-US-518587
Page 4

## REMARKS

Entry of this Amendment is proper under 37 C.F.R. § 1.116, because the Amendment places the application in condition for allowance for the reasons discussed herein; does not raise any new issue requiring further search and/or consideration, because the amendments amplify issues previously discussed throughout prosecution; relates to matters of form rather than substance, because the added language was already present in the claims and thus presents no additional search burden; adds no new claims; and places the application in a better form for an appeal should an appeal be necessary. The Amendment is necessary and was not earlier presented because it is made in response to arguments raised in the final rejection. Entry of the Amendment, reexamination, and further and favorable reconsideration of the subject application given the following remarks, pursuant to and consistent with 37 C.F.R. § 1.116, are thus respectfully requested.

### 1.    Status of the Claims and Support for the Claim Amendments

The status of the claims following entry of the amendments is as follows:

**Claims pending:**     1, 17-21, and 25

**Claims rejected:**     1, 17-21, and 23-25

**Claim amended:**     1

**Claims canceled:**     2-16 and 22-24

Applicants amend claim 1 to no longer recite SEQ ID NO: 11. Thus, no prohibited new matter is believed to be added.

The claims have been amended without prejudice to, or disclaimer of, the canceled subject matter. Applicants reserve the right to file a continuation or divisional application on any subject matter canceled by way of amendments.

### 2.    Status the Drawings

Applicants appreciate the Office's acknowledgment that the drawings filed February 6, 2015 and March 3, 2015 are accepted by the Office.

87880460.1

NS00000790

Application No. 14/615,504
Amendment dated February 27, 2017
After Final Office Action of October 27, 2016

Docket No.: 209658-0001-01-US-518587
Page 5

**3.    Priority Documents**

Applicants appreciates the Office's acknowledgment that certified copies of the priority document have been received in the parent application.

**4.    Withdrawn Objections and Rejections**

Rejections and objections not reiterated stand withdrawn. *See* 37 C.F.R. § 1.113(b); M.P.E.P. §§ 706.07 and 707.07(e).

**5.    Claim Rejection under 35 U.S.C. § 103(a)**

The Office rejects claims 1, 17-21, and 23-25 as allegedly obvious over **Popplewell** et al., U.S. Published Patent Application No. 2010/0168212 ("Popplewell") and **Sazani** et al., U.S. Published Patent Application No. 2010/0130591 ("Sazani") in view of **Baker** et al., U.S. Published Patent Application No. 2013/0109091 ("Baker") and **Bennett** et al., U.S. Published Patent Application No. 2012/0190728 ("Bennett"). Office Action, pages 2-10.

### Alleged Grounds for Rejection

Popplewell allegedly teaches targeting the 53rd exon of the human dystrophin gene to induce skipping of the 53rd exon. *Id.*, at 4. Popplewell's SEQ ID NOs: 10-12 and 24 allegedly suggest the presently recited sequences and modifications. *Id.*, 4 and 8. Sazani allegedly teaches antisense oligomers for inducing exon 53 skipping in the human dystrophin gene. *Id.*, at 6-7. Sazani's SEQ ID NOs: 430-431 and 628-633 allegedly overlap or encompass the presently recited SEQ ID NOs. *Id.* The Office admits that none of the cited references discloses the presently recited SEQ ID NOs. *Id.*, at 8. Nevertheless, the Office alleges that "[i]t would have been well within the skill of the artisan to test various sizes of oligomers in an optimization of antisense compounds targeting a known superior target region." *Id.*

The Office by relying upon Baker and Bennett further alleges that "[t]he modifications utilized in the invention and recited in the claims were well known and routinely used in the art at the time." *Id.*, 7. The Office then concludes that "[t]he invention as whole would therefore have been prima facie obvious to one in the art at the time of invention." *Id.*, 8.

87880460; 1

NS00000791

Application No. 14/615,504
Amendment dated February 27, 2017
After Final Office Action of October 27, 2016

Docket No.: 209658-0001-01-US-518587
Page 6

Given Applicants' Amendment/Response filed July 22, 2016, the Office discounts Applicants' argument. *Id.*, 10. The presently recited SEQ ID Nos "falls squarely within" what "has been taught by Popplewell to be a 'superior' target region." *Id.* The Office further alleges that "[t]he prior art indeed asserts that these oligonucleotides are included in their invention as asserted in the rejection of record." *Id.*

### Arguments

Applicants traverse the rejection to the extent it may be applied to the amended claims. Both the suggestion of the claimed invention and the expectation of success must be in the prior art, not in the disclosure of the claimed invention. *In re Dow Chem. Co.*, 837 F.2d 469 (Fed. Cir. 1988). Additionally, once the scope and content of the prior art are determined, the relevant inquiry is whether the prior art suggests all the limitations of the invention, and whether one of ordinary skill in the art would have had a reasonable expectation that the claimed invention would be successful as so combined. *In re Vaeck*, 947 F.2d 488, 493 (Fed. Cir. 1991).

Upon entry of the present amendments, independent claim 1 recites, *inter alia*, an oligomer consisting of the nucleotide sequence of SEQ ID NO: 57. As the Office admits, none of the cited references teaches or suggests SEQ ID NO: 57. The Office's rejection is unsupported, at least because the Office fails to articulate a rationale why a skilled artisan would have been guided or directed to modify the antisense oligomers of the cited references to arrive at the presently claimed antisense oligomers. Without such guidance, the artisan would not have had a reasonable expectation of success in arriving at the claimed sequences. *See, e.g., In re O'Farrell*, 853 F.2d 894, 903 (Fed. Cir. 1988).[1] Teachings of Baker and Bennett are not directly applicable, because the targeted genes discussed therein differ from the human dystrophin gene.

In fact, a skilled artisan given Popplewell would have been directed to use or modify the oligomers that are different from the presently recited ones. Popplewell teaches that the oligomer corresponding to positions 30-59 of exon 53 provides the highest activity. *See, e.g.,*

---

[1]    "The admonition that 'obvious to try' is not the standard under § 103 has been directed mainly at two kinds of error. In some cases, what would have been 'obvious to try' would have been to vary all parameters or try each of numerous possible choices until one possibly arrived at a successful result, where the prior art gave either no indication of which parameters were critical or no direction as to which of many possible choices is likely to be successful."

87880460. 1

NS00000792

Application No. 14/615,504                                    Docket No.: 209658-0001-01-US-518587
Amendment dated February 27, 2017                                                          Page 7
After Final Office Action of October 27, 2016

Popplewell, ¶ [0074][2] and FIG. 8. In contrast, the presently recited SEQ ID NO: 57 corresponds to positions 36-60 of exon 50. Thus, Popplewell's top performer is different from the presently recited ones. There is no evidence on the record, or adduced by the Office, that a skilled artisan given Popplewell's teachings would have arrived at the presently recited oligomers, let alone doing so with any expectation of success.

Additionally, the presently recited oligomer (consisting of the nucleotide sequence of SEQ ID NO: 57) offer superior skipping effects over the oligomers taught in both Popplewell and Sazani. For example, Figures 2-4 of the Specification (corresponding to data in Test Examples 2-3) show that PMO No. 3 (having the nucleotide sequence of SEQ ID NO: 11; *see* Table 2) outperformed exemplary antisense oligomers taught in Popplewell (PMO Nos. 12 and 15). As shown in TABLE 2, PMO Nos. 12 and 15 corresponds to the top performer taught in Popplewell (targeting sequence 30-59 of exon 53). Additionally, Figures 18-19 of the Specification (corresponding to data in Test Example 7) show that PMO No. 3 (having the nucleotide sequence of SEQ ID NO: 11; *see* Table 2) outperformed exemplary antisense oligomer taught in Sazani (PMO No. 16).[3] Furthermore, Figures 16-17 (corresponding to data in Test Example 6) show that the oligomer having the nucleotide sequence of SEQ ID NO: 57 (H53_36-60) displays a higher level skipping activity that that having the nucleotide sequence of SEQ ID NO: 11 (H53_32-56). Thus, the recited oligomers consisting of the nucleotide sequence of SEQ ID NO: 57 also have superior skipping activity over exemplary oligomers taught in Popplewell and Sazani, particularly the top performer taught in Popplewell. Applicants submit that this superiority is unexpected, at least because none of the cited references teach or suggest such an effect.

Given at least the above arguments, claim 1 as amended and its dependent claims 17-21, and 25 would have been nonobvious over cited references. Claims 23-24 stand canceled,

---

[2]    "...produced the most robust skipping of exon 53, and should be considered the sequence of choice for any upcoming PMO clinical trial."
[3]    Figure 19 shows that PMO No. 3 has an equivalent level of skipping activity as PMO No. 8. Figure 18 shows that PMO No. 8 has a higher level of skipping activity than the exemplary antisense oligomer taught in Sazani (PMO No. 16). Thus, a skilled artisan given Figures 18-19 would have understood the following order of the skipping activities:

   PMO No. 3 ≈ PMO No. 8 >> PMO No. 16.

87880460. 1

NS00000793

Application No. 14/615,504
Amendment dated February 27, 2017
After Final Office Action of October 27, 2016

Docket No.: 209658-0001-01-US-518587
Page 8

mooting at least this aspect of the rejection. Accordingly, Applicants respectfully request withdrawal of the rejection and allowance of the claims.

## CONCLUSION

In view of the foregoing, Applicants submit that the pending claims are in condition for allowance, and respectfully request reconsideration and timely allowance of the pending claims. Should the Office have any questions or comments regarding Applicants' amendments or response, please contact Applicants' undersigned representative at (202) 230-5119. Furthermore, please direct all correspondence to the below-listed address.

EXCEPT for issue fees payable under 37 C.F.R. § 1.18, the Commissioner is hereby authorized by this paper to charge any additional fees during the entire pendency of this application including fees due under 37 C.F.R. § 1.16 and 1.17 which may be required, including any required extension of time fees, or credit any overpayment to Deposit Account No. 50-0573. If an Appeal fee is required to maintain pendency of the present application, the Office is authorized to charge the Appeal fee to the deposit account above and use this paper as a constructive Notice of Appeal.

Dated:  February 27, 2017

Customer Number:  055694

Respectfully submitted,

By
Zhengyu Feng, Ph.D.
Registration No.: 66,816
DRINKER BIDDLE & REATH LLP
1500 K Street, N.W.
Suite 1100
Washington, DC  20005-1209
202.230.5119 (Phone)
202.842.8465 (Fax)
Attorneys/Agents For Applicant

87880460.1

NS00000794

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 14615504 |
| **Filing Date:** | 06-Feb-2015 |
| **Title of Invention:** | ANTISENSE NUCLEIC ACIDS |
| **First Named Inventor/Applicant Name:** | Naoki WATANABE |
| **Filer:** | Zhengyu Feng/Moira Kelly |
| **Attorney Docket Number:** | 209658-0001-01-US-518587 |

Filed as Large Entity

**Filing Fees for** Utility under 35 USC 111(a)

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |

NS00000795

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| Extension - 1 month with $0 paid | 1251 | 1 | 200 | 200 |
| **Miscellaneous:** | | | | |
| | | **Total in USD ($)** | | **200** |

NS00000796

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 28469516 |
| **Application Number:** | 14615504 |
| **International Application Number:** | |
| **Confirmation Number:** | 2704 |
| **Title of Invention:** | ANTISENSE NUCLEIC ACIDS |
| **First Named Inventor/Applicant Name:** | Naoki  WATANABE |
| **Customer Number:** | 55694 |
| **Filer:** | Zhengyu Feng/Moira Kelly |
| **Filer Authorized By:** | Zhengyu Feng |
| **Attorney Docket Number:** | 209658-0001-01-US-518587 |
| **Receipt Date:** | 27-FEB-2017 |
| **Filing Date:** | 06-FEB-2015 |
| **Time Stamp:** | 14:47:06 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | CARD |
| Payment was successfully received in RAM | $200 |
| RAM confirmation Number | 022817INTEFSW14490400 |
| Deposit Account | 500573 |
| Authorized User | Moira Kelly |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |
| 37 CFR 1.16 (National application filing, search, and examination fees) | |
| 37 CFR 1.17 (Patent application and reexamination processing fees) | |

NS00000797

37 CFR 1.19 (Document supply fees)

37 CFR 1.20 (Post Issuance fees)

37 CFR 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Fee Worksheet (SB06) | 209658-0001-01--518587-Fee_Transmittal_20170227.PDF | 94756 <br> f1712e90f7fb435052f0539ec531fb8c82066dbf | no | 1 |
| Warnings: | | | | | |
| Information: | | | | | |
| 2 | Extension of Time | 209658-0001-01--518587-Pet1MoEOT.PDF | 69926 <br> dc4e67a9e90fbf40c0de81a5c5d1accdd45493ba | no | 1 |
| Warnings: | | | | | |
| Information: | | | | | |
| 3 | After Final Consideration Program Request | 209658-0001-01--518587-AFCP_Request.PDF | 92752 <br> abe44b4f8cc890f27abd9e8e815fbad5421981c6 | no | 1 |
| Warnings: | | | | | |
| Information: | | | | | |
| 4 | Response After Final Action | 209658-0001-01--518587-Amendment.PDF | 387356 <br> 95928afe86ae4c159e05af4602269e902473814 | no | 8 |
| Warnings: | | | | | |
| Information: | | | | | |
| 5 | Fee Worksheet (SB06) | fee-info.pdf | 30635 <br> 509d006df100189a9905cbc751xc9cd3e2ae2a6a7 | no | 2 |
| Warnings: | | | | | |
| Information: | | | | | |
| | | **Total Files Size (in bytes):** | 675425 | | |

NS00000798

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

NS00000799

PTO/SB/17 (03-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# FEE TRANSMITTAL

| | Complete if known |
|---|---|
| Application Number | 14/615,504 |
| Filing Date | February 6, 2015 |
| First Named Inventor | Naoki WATANABE |
| Examiner Name | S. McGarry |
| Art Unit | 1674 |
| Practitioner Docket No. | 209658-0001-01-US-518587 |

[ ] Applicant asserts small entity status. See 37 CFR 1.27.

[ ] Applicant certifies micro entity status. See 37 CFR 1.29. Form PTO/SB/15A or B or equivalent must either be enclosed or have been submitted previously.

TOTAL AMOUNT OF PAYMENT    ($)  200.00

## METHOD OF PAYMENT (check all that apply)

[ ] Check  [x] Credit Card  [ ] Money Order  [ ] None  [ ] Other (please identify):

[ ] Deposit Account    Deposit Account Number:  50-0573    Deposit Account Name:  Drinker Biddle & Reath LLP

For the above-identified deposit account, the Director is hereby authorized to (check all that apply):

[ ] Charge fee(s) indicated below    [ ] Charge fee(s) indicated below, **except for the filing fee**

[x] Charge any additional fee(s) or underpayment of fee(s) under 37 CFR 1.16 and 1.17    [x] Credit any overpayment of fee(s)

**WARNING:** Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.

## FEE CALCULATION

### 1. BASIC FILING, SEARCH, AND EXAMINATION FEES (U = undiscounted fee; S = small entity fee; M = micro entity fee)

| Application Type | FILING FEES U ($) | S ($) | M ($) | SEARCH FEES U ($) | S ($) | M ($) | EXAMINATION FEES U ($) | S ($) | M ($) | Fees Paid ($) |
|---|---|---|---|---|---|---|---|---|---|---|
| Utility | 280 | 140* | 70 | 600 | 300 | 150 | 720 | 360 | 180 | |
| Design | 180 | 90 | 45 | 120 | 60 | 30 | 460 | 230 | 115 | |
| Plant | 180 | 90 | 45 | 380 | 190 | 95 | 580 | 290 | 145 | |
| Reissue | 280 | 140 | 70 | 600 | 300 | 150 | 2,160 | 1,080 | 540 | |
| Provisional | 260 | 130 | 65 | 0 | 0 | 0 | 0 | 0 | 0 | |

* The $140 small entity status fee for a utility application is further reduced to $70 for a small entity status applicant who files the application via EFS-Web.

### 2. EXCESS CLAIM FEES

| Fee Description | Undiscounted Fee ($) | Small Entity Fee ($) | Micro Entity Fee ($) |
|---|---|---|---|
| Each claim over 20 (including Reissues) | 80 | 40 | 20 |
| Each independent claim over 3 (including Reissues) | 420 | 210 | 105 |
| Multiple dependent claims | 780 | 390 | 195 |

| Total Claims | | Extra Claims | Fee ($) | | Fee Paid ($) | Multiple Dependent Claims | |
|---|---|---|---|---|---|---|---|
| 1 | - or HP = | | x | = | | Fee ($) | Fee Paid ($) |

HP = highest number of total claims paid for, if greater than 20.

| Indep. Claims | | Extra Claims | Fee ($) | | Fee Paid ($) |
|---|---|---|---|---|---|
| | - or HP = | | x | = | |

HP = highest number of independent claims paid for, if greater than 3.

### 3. APPLICATION SIZE FEE

If the specification and drawings exceed 100 sheets of paper (excluding electronically filed sequence or computer listings under 37 CFR 1.52(e)), the application size fee due is $400 ($200 for small entity) ($100 for micro entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s).

| Total Sheets | | Extra Sheets | | Number of each additional 50 or fraction thereof | Fee ($) | | Fee Paid ($) |
|---|---|---|---|---|---|---|---|
| | - 100 = | | /50 = | (round up to a whole number) | x | | |

### 4. OTHER FEE(S)

| | Fees Paid ($) |
|---|---|
| Non-English specification, $130 fee (no small or micro entity discount) | |
| **Non-electronic filing fee under 37 CFR 1.16(t) for a utility application, $400 fee ($200 small or micro entity)** | |
| Other (e.g., late filing surcharge):  1251 Extension for response within first month | 200.00 |

## SUBMITTED BY

| Signature | | Registration No. (Attorney/Agent) | 66,816 | Telephone | 202.230.5119 |
|---|---|---|---|---|---|
| Name (Print/Type) | Zhengyu Feng, Ph.D. | | | Date | February 27, 2017 |

87879276.1

NS00000800

PTO/AIA/22 (03-13)
Approved for use through 7/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PETITION FOR EXTENSION OF TIME UNDER 37 CFR 1.136(a) | Docket Number (Optional) 209658-0001-01-US-518587 |
|---|---|

| Application Number | 14/615,504 | Filed | February 6, 2015 |
|---|---|---|---|

For

ANTISENSE NUCLEIC ACIDS

| Art Unit | 1674 | Examiner | S. McGarry |
|---|---|---|---|

This is a request under the provisions of 37 CFR 1.136(a) to extend the period for filing a reply in the above-identified application.

The requested extension and fee are as follows (check time period desired and enter the appropriate fee below):

|   |   | Fee | Small Entity Fee | Micro Entity Fee | $ |
|---|---|---|---|---|---|
| X | One month (37 CFR 1.17(a)(1)) | $200 | $100 | $50 | 200.00 |
|   | Two months (37 CFR 1.17(a)(2)) | $600 | $300 | $150 |  |
|   | Three months (37 CFR 1.17(a)(3)) | $1,400 | $700 | $350 |  |
|   | Four months (37 CFR 1.17(a)(4)) | $2,200 | $1,100 | $550 |  |
|   | Five months (37 CFR 1.17(a)(5)) | $3,000 | $1,500 | $750 |  |

|   | Applicant asserts small entity status. See 37 CFR 1.27. |
|---|---|
|   | Applicant certifies micro entity status. See 37 CFR 1.29. Form PTO/SB/15A or B or equivalent must either be enclosed or have been submitted previously. |
|   | A check in the amount of the fee is enclosed. |
| X | Payment by credit card. Form PTO-2038 is attached. |
|   | The Director has already been authorized to charge fees in this application to a Deposit Account. |
| X | The Director is hereby authorized to charge any fees which may be required, or credit any overpayment, to Deposit Account Number          50-0573 |
|   | Payment made via EFS-Web. |

**WARNING:** Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.

I am the

|   | applicant. |
|---|---|
| X | attorney or agent of record. Registration number          66,816 |
|   | attorney or agent acting under 37 CFR 1.34. Registration number |

| Signature | Date February 27, 2017 |
|---|---|
| Typed or printed name  Zhengyu Feng, Ph.D. | Telephone Number  202.230.5119 |

**NOTE:** This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications. Submit multiple forms if more than one signature is required, see below*.

| X | * Total of | 1 | forms are submitted. |
|---|---|---|---|

87879191.1

NS00000801

PTO/SB/06 (09-11)
Approved for use through 1/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD<br>Substitute for Form PTO-875 | Application or Docket Number<br>14/615,504 | Filing Date<br>02/06/2015 | ☒ To be Mailed |
|---|---|---|---|

**ENTITY:** ☒ LARGE ☐ SMALL ☐ MICRO

## APPLICATION AS FILED – PART I

| | (Column 1) | (Column 2) | | |
|---|---|---|---|---|
| FOR | NUMBER FILED | NUMBER EXTRA | RATE ($) | FEE ($) |
| ☐ BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | |
| ☐ SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | |
| ☐ EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | minus 20 = | * | X $ = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = | * | X $ = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | |

## APPLICATION AS AMENDED – PART II

| | | (Column 1) | (Column 2) | (Column 3) | | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|
| **AMENDMENT** | 02/27/2017 | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | | | |
| | Total (37 CFR 1.16(i)) | * 7 | Minus | ** 20 | = 0 | x $80 = | 0 |
| | Independent (37 CFR 1.16(h)) | * 1 | Minus | *** 3 | = 0 | x $420 = | 0 |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | |
| | | | | | | TOTAL ADD'L FEE | **0** |

| | | (Column 1) | (Column 2) | (Column 3) | | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|
| **AMENDMENT** | | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | | | |
| | Total (37 CFR 1.16(i)) | * | Minus | ** | = | X $ = | |
| | Independent (37 CFR 1.16(h)) | * | Minus | *** | = | X $ = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | |
| | | | | | | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

LIE
LISA THOMAS

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

NS00000802



U̲NITED S̲TATES P̲ATENT AND T̲RADEMARK O̲FFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

| | | |
|---|---|---|
| 55694 | 7590 | 03/10/2017 |

DRINKER BIDDLE & REATH (DC)
1500 K STREET, N.W.
SUITE 1100
WASHINGTON, DC 20005-1209

| EXAMINER |
|---|
| MCGARRY, SEAN |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1674 | |

DATE MAILED: 03/10/2017

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/615,504 | 02/06/2015 | Naoki WATANABE | 209658-0001-01-US-518587 | 2704 |

TITLE OF INVENTION: ANTISENSE NUCLEIC ACIDS

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | UNDISCOUNTED | $960 | $0 | $0 | $960 | 06/12/2017 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT.**
**PROSECUTION ON THE MERITS IS CLOSED.** **THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS.**
**THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON**
**PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE**
**MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS**
**STATUTORY PERIOD CANNOT BE EXTENDED. SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES**
**NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS**
**PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM**
**WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW**
**DUE.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the ENTITY STATUS shown above. If the ENTITY STATUS is shown as SMALL or MICRO, verify whether entitlement to that
entity status still applies.

If the ENTITY STATUS is the same as shown above, pay the TOTAL FEE(S) DUE shown above.

If the ENTITY STATUS is changed from that shown above, on PART B - FEE(S) TRANSMITTAL, complete section number 5 titled
"Change in Entity Status (from status indicated above)".

For purposes of this notice, small entity fees are 1/2 the amount of undiscounted fees, and micro entity fees are 1/2 the amount of small entity
fees.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office
(USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b"
of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a
request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing
the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to
Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of**
**maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

Page 1 of 3

PTOL-85 (Rev. 02/11)

NS00000803

## PART B - FEE(S) TRANSMITTAL

**Complete and send this form, together with applicable fee(s), to: Mail** Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450
**or Fax** (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

55694      7590      03/10/2017
DRINKER BIDDLE & REATH (DC)
1500 K STREET, N.W.
SUITE 1100
WASHINGTON, DC 20005-1209

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)
_____ (Signature)
_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/615,504 | 02/06/2015 | Naoki WATANABE | 209658-0001-01-US-518587 | 2704 |

TITLE OF INVENTION: ANTISENSE NUCLEIC ACIDS

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | UNDISCOUNTED | $960 | $0 | $0 | $960 | 06/12/2017 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| MCGARRY, SEAN | 1674 | 536-024500 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list

(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____
2 _____
3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                              (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) : ☐ Individual  ☐ Corporation or other private group entity  ☐ Government

4a. The following fee(s) are submitted:
☐ Issue Fee
☐ Publication Fee (No small entity discount permitted)
☐ Advance Order - # of Copies _____

4b. Payment of Fee(s): (**Please first reapply any previously paid issue fee shown above**)
☐ A check is enclosed.
☐ Payment by credit card. Form PTO-2038 is attached.
☐ The director is hereby authorized to charge the required fee(s), any deficiency, or credits any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

5. **Change in Entity Status** (from status indicated above)

☐ Applicant certifying micro entity status. See 37 CFR 1.29

☐ Applicant asserting small entity status. See 37 CFR 1.27

☐ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.

NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.

NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature _____    Date _____

Typed or printed name _____    Registration No. _____

PTOL-85 Part B (10-13) Approved for use through 10/31/2013.    OMB 0651-0033    U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

NS00000804



U̲NITED S̲TATES P̲ATENT AND T̲RADEMARK O̲FFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/615,504 | 02/06/2015 | Naoki WATANABE | 209658-0001-01-US-518587 | 2704 |

55694          7590          03/10/2017

DRINKER BIDDLE & REATH (DC)
1500 K STREET, N.W.
SUITE 1100
WASHINGTON, DC 20005-1209

| EXAMINER |
|---|
| MCGARRY, SEAN |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1674 | |

DATE MAILED: 03/10/2017

**Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)**
(Applications filed on or after May 29, 2000)

The Office has discontinued providing a Patent Term Adjustment (PTA) calculation with the Notice of Allowance.

Section 1(h)(2) of the AIA Technical Corrections Act amended 35 U.S.C. 154(b)(3)(B)(i) to eliminate the requirement that the Office provide a patent term adjustment determination with the notice of allowance. See Revisions to Patent Term Adjustment, 78 Fed. Reg. 19416, 19417 (Apr. 1, 2013). Therefore, the Office is no longer providing an initial patent term adjustment determination with the notice of allowance. The Office will continue to provide a patent term adjustment determination with the Issue Notification Letter that is mailed to applicant approximately three weeks prior to the issue date of the patent, and will include the patent term adjustment on the patent. Any request for reconsideration of the patent term adjustment determination (or reinstatement of patent term adjustment) should follow the process outlined in 37 CFR 1.705.

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

PTOL-85 (Rev. 02/11)

NS00000805

## OMB Clearance and PRA Burden Statement for PTOL-85 Part B

The Paperwork Reduction Act (PRA) of 1995 requires Federal agencies to obtain Office of Management and Budget approval before requesting most types of information from the public. When OMB approves an agency request to collect information from the public, OMB (i) provides a valid OMB Control Number and expiration date for the agency to display on the instrument that will be used to collect the information and (ii) requires the agency to inform the public about the OMB Control Number's legal significance in accordance with 5 CFR 1320.5(b).

The information collected by PTOL-85 Part B is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450. Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

NS00000806

| *Notice of Allowability* | Application No. 14/615,504 | | Applicant(s) WATANABE ET AL. | |
|---|---|---|---|---|
| | Examiner SEAN MCGARRY | | Art Unit 1674 | AIA (First Inventor to File) Status No |

**-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--**

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *AF filed 2/27/2017*.
   ☒ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

3. ☒ The allowed claim(s) is/are *7,17-21 and 25*. As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

4. ☒ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   **Certified copies:**
   a) ☒ All   b) ☐ Some   *c) ☐ None of the:
      1. ☐ Certified copies of the priority documents have been received.
      2. ☒ Certified copies of the priority documents have been received in Application No. *13/819,520* .
      3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).
   * Certified copies not received: _____.

   Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
   **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.
      ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____.
      **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**
1. ☐ Notice of References Cited (PTO-892)
2. ☐ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date _____
3. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material
4. ☐ Interview Summary (PTO-413), Paper No./Mail Date _____ .

5. ☐ Examiner's Amendment/Comment
6. ☐ Examiner's Statement of Reasons for Allowance
7. ☒ Other *PTO-2323*.

/SEAN MCGARRY/
Primary Examiner, Art Unit 1674

| AFCP 2.0 Decision | Application No. | Applicant(s) |
|---|---|---|
| | 14/615,504 | WATANABE ET AL. |
| | Examiner | Art Unit |
| | SEAN MCGARRY | 1674 |

This is in response to the After Final Consideration Pilot request filed 2/27/2017.

1. **Improper Request** – The AFCP 2.0 request is improper for the following reason(s) and the after final amendment submitted with the request will be treated under pre-pilot procedure.

   ☐ An AFCP 2.0 request form PTO/SB/434 (or equivalent document) was not submitted.

   ☐ A non-broadening amendment to at least one independent claim was not submitted.

   ☐ A proper AFCP 2.0 request was submitted in response to the most recent final rejection.

   ☐ Other:

2. **Proper Request**

   **A.** After final amendment submitted with the request will not be treated under AFCP 2.0.
   The after final amendment cannot be reviewed and a search conducted within the guidelines of the pilot program.

   ☐ The after final amendment will be treated under pre-pilot procedure.

   **B.** Updated search and/or completed additional consideration.
   The examiner performed an updated search and/or completed additional consideration of the after final amendment within the time authorized for the pilot program. The result(s) of the updated search and/or completed additional consideration are:

   ☒ 1. All of the rejections in the most recent final Office action are overcome and a Notice of Allowance is issued herewith.

   ☐ 2. The after final amendment would not overcome all of the rejections in the most recent final Office action. See attached interview summary for further details.

   ☐ 3. The after final amendment was reviewed, and it raises a new issue(s). See attached interview summary for further details.

   ☐ 4. The after final amendment raises new issues, but would overcome all of the rejections in the most recent final Office action. A decision on determining allowability could not be made within the guidelines of the pilot. See attached interview summary for further details, including any newly discovered prior art.

   ☐ 5. Other:

   Examiner Note: Please attach an interview summary when necessary as described above.

OK TO ENTER: /S.M/

03/06/2017

Docket No.: 209658-0001-01-US-518587
(PATENT)

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of:
Naoki WATANABE et al.

Application No.: 14/615,504

Confirmation No.: 2704

Filed: February 6, 2015

Art Unit: 1674

For:  ANTISENSE NUCLEIC ACIDS

Examiner: S. McGarry

OK TO ENTER: /S.M/

03/06/2017    **AMENDMENT / RESPONSE UNDER 37 C.F.R. § 1.116
&
PETITION FOR EXTENSION OF TIME**

**MS AF**
Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Dear Sir:

In response to the FINAL Office Action mailed October 27, 2016, the Office is respectfully requested to consider and enter the following amendments and remarks.  Applicant petitions herewith a ONE-month extension of time, extending the period of response until February 27, 2017.

**Amendments to the Claims** begin on page 2.

**Remarks** begin on page 4.

A **Certification and Request for Consideration under the After Final Consideration Pilot Program 2.0** is concurrently submitted.

87880460. 1

NS00000809

Page 1 of 1



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

## BIB DATA SHEET

**CONFIRMATION NO. 2704**

| SERIAL NUMBER | FILING or 371(c) DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 14/615,504 | 02/06/2015<br>**RULE** | 536 | 1674 | 209658-0001-01-US-518587 |

**APPLICANTS**
NIPPON SHINYAKU CO., LTD., Kyoto-shi, JAPAN;
NATIONAL CENTER OF NEUROLOGY AND PSYCHIATRY, Tokyo, JAPAN;

**INVENTORS**
Naoki WATANABE, Tsukuba-shi, JAPAN;
Youhei SATOU, Tsukuba-shi, JAPAN;
Shin'ichi TAKEDA, Tokyo, JAPAN;
Tetsuya NAGATA, Tokyo, JAPAN;

**\*\* CONTINUING DATA \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
   This application is a CON of 13/819,520 04/10/2013 PAT 9079934
      which is a 371 of PCT/JP2011/070318 08/31/2011

**\*\* FOREIGN APPLICATIONS \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
   JAPAN 2010-196032 09/01/2010

**\*\* IF REQUIRED, FOREIGN FILING LICENSE GRANTED \*\***
   02/20/2015

| Foreign Priority claimed ☑Yes ☐No | ☐ Met after Allowance | STATE OR COUNTRY | SHEETS DRAWINGS | TOTAL CLAIMS | INDEPENDENT CLAIMS |
|---|---|---|---|---|---|
| 35 USC 119(a-d) conditions met ☐Yes ☑No | | | | | |
| Verified and Acknowledged  /SEAN MCGARRY/  Examiner's Signature  Initials | | JAPAN | 19 | 12 | 1 |

**ADDRESS**
DRINKER BIDDLE & REATH (DC)
1500 K STREET, N.W.
SUITE 1100
WASHINGTON, DC 20005-1209
UNITED STATES

**TITLE**
   ANTISENSE NUCLEIC ACIDS

| FILING FEE RECEIVED | FEES: Authority has been given in Paper No._____ to charge/credit DEPOSIT ACCOUNT No._____ for following: | |
|---|---|---|
| 1600 | | ☐ All Fees |
| | | ☐ 1.16 Fees (Filing) |
| | | ☐ 1.17 Fees (Processing Ext. of time) |
| | | ☐ 1.18 Fees (Issue) |
| | | ☐ Other _____ |
| | | ☐ Credit |

BIB (Rev. 05/07).

NS00000810

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 14615504 | WATANABE ET AL. |
| | **Examiner** | **Art Unit** |
| | SEAN MCGARRY | 1674 |

## CPC- SEARCHED

| Symbol | Date | Examiner |
|---|---|---|
| | | |

## CPC COMBINATION SETS  - SEARCHED

| Symbol | Date | Examiner |
|---|---|---|
| | | |

## US CLASSIFICATION SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| | | | |

## SEARCH NOTES

| Search Notes | Date | Examiner |
|---|---|---|
| Inventor search, STIC SEQ SEARCH, reviewed search and prosecution in US9079934 | 3/21/2016 | sm |
| reviewed STIC SEQ SEARCH, updated WEST | 10/24/2016 | sm |
| Reviewed stic SEQ SEARCH | 3/6/2017 | sm |

## INTERFERENCE SEARCH

| US Class/ CPC Symbol | US Subclass / CPC Group | Date | Examiner |
|---|---|---|---|
| | STIC SEQ SEARCH | 3/6/2017 | sm |

| | |
|---|---|
| | |

NS00000811

| **Issue Classification** | **Application/Control No.** | **Applicant(s)/Patent Under Reexamination** |
|---|---|---|
| | 14615504 | WATANABE ET AL. |
| | **Examiner** | **Art Unit** |
| | SEAN MCGARRY | 1674 |

**CPC**

| Symbol | | | Type | Version |
|---|---|---|---|---|
| C07H | 21 | 04 | F | 2013-01-01 |
| C12N | 15 | 111 | I | 2013-01-01 |
| C12N | 15 | 113 | I | 2013-01-01 |
| C12N | 2310 | 11 | A | 2013-01-01 |
| C12N | 2320 | 33 | A | 2013-01-01 |
| C07H | 21 | 00 | I | 2013-01-01 |
| C12N | 2310 | 315 | A | 2013-01-01 |
| C12N | 2310 | 321 | A | 2013-01-01 |
| C12N | 2310 | 3525 | A | 2013-01-01 |
| C12N | 2310 | 3145 | A | 2013-01-01 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**CPC Combination Sets**

| Symbol | | | Type | Set | Ranking | Version |
|---|---|---|---|---|---|---|
| | | | | | | |

| NONE | | Total Claims Allowed: | |
|---|---|---|---|
| (Assistant Examiner) | (Date) | 7 | |
| /SEAN MCGARRY/<br>Primary Examiner.Art Unit 1674 | 03/06/2017 | O.G. Print Claim(s) | O.G. Print Figure |
| (Primary Examiner) | (Date) | 1 | NONE |

U.S. Patent and Trademark Office

Part of Paper No. 20170306

NS00000812

| *Issue Classification* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 14615504 | WATANABE ET AL. |
| | Examiner | Art Unit |
| | SEAN MCGARRY | 1674 |

| US ORIGINAL CLASSIFICATION | | INTERNATIONAL CLASSIFICATION | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **CLASS** | **SUBCLASS** | **CLAIMED** | | | | | **NON-CLAIMED** | | | |
| | | C | 0 | 7 | H | 21 / 02 (2006.01.01) | C | 1 | 2 | N | 5 / 00 (2006.01.01) |
| | | C | 0 | 7 | H | 21 / 04 (2006.01.01) | C | 1 | 2 | N | 5 / 00 (2006.01.01) |
| | | A | 6 | 1 | K | 31 / 70 (2006.01.01) | | | | | |

| CROSS REFERENCE(S) | | | | |
|---|---|---|---|---|
| **CLASS** | **SUBCLASS (ONE SUBCLASS PER BLOCK)** | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| NONE | | Total Claims Allowed: | |
|---|---|---|---|
| (Assistant Examiner) | (Date) | 7 | |
| /SEAN MCGARRY/ Primary Examiner.Art Unit 1674 | 03/06/2017 | O.G. Print Claim(s) | O.G. Print Figure |
| (Primary Examiner) | (Date) | 1 | NONE |

U.S. Patent and Trademark Office

Part of Paper No.  20170306

NS00000813

| | *Issue Classification* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|---|
| | | 14615504 | WATANABE ET AL. |
| | | **Examiner** | **Art Unit** |
| | | SEAN MCGARRY | 1674 |

☒ Claims renumbered in the same order as presented by applicant ☐ CPA ☐ T.D. ☐ R.1.47

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

| NONE | | Total Claims Allowed: |
|---|---|---|
| (Assistant Examiner) | (Date) | 7 |
| /SEAN MCGARRY/ Primary Examiner.Art Unit 1674 | 03/06/2017 | O.G. Print Claim(s) | O.G. Print Figure |
| (Primary Examiner) | (Date) | 1 | NONE |

NS00000814

OK TO ENTER: /S.M/

03/06/2017

Application No. 14/615,504                                    Docket No.: 209658-0001-01-US-518587
Amendment dated February 27, 2017                                                        Page 2
After Final Office Action of October 27, 2016

## AMENDMENTS TO THE CLAIMS

This listing of claims will replace all prior versions, and listings, of the claims in the application:

## LISTING OF CLAIMS

Claim 1. (Currently Amended):    An antisense oligomer which causes skipping of the 53rd exon in the human dystrophin gene, consisting of the nucleotide sequence of ~~SEQ ID NO:~~ ~~11 and~~ SEQ ID NO: 57, wherein the antisense oligomer is an oligonucleotide in which the sugar moiety and/or the phosphate-binding region of at least one nucleotide constituting the oligonucleotide is modified, or a morpholino oligomer.

Claims 2-16. (Canceled).

Claim 17. (Previously Presented):    The antisense oligomer according to claim 1, wherein the sugar moiety of at least one nucleotide constituting the oligonucleotide is a ribose in which the 2'-OH group is replaced by any one selected from the group consisting of: OR, R, R'OR, SH, SR, $NH_2$, NHR, $NR_2$, $N_3$, CN, F, Cl, Br, and I, wherein R is an alkyl or an aryl and R' is an alkylene.

Claim 18. (Previously Presented):    The antisense oligomer according to claim 1, wherein the phosphate-binding region of at least one nucleotide constituting the oligonucleotide is any one selected from the group consisting of: a phosphorothioate bond, a phosphorodithioate bond, an alkylphosphonate bond, a phosphoramidate bond, and a boranophosphate bond.

Claim 19. (Previously Presented):    The antisense oligomer according to claim 1, which is a morpholino oligomer.

Claim 20. (Previously Presented):    The antisense oligomer according to claim 19, which is a phosphorodiamidate morpholino oligomer.

87880460. 1

NS00000815

Application No. 14/615,504
Amendment dated February 27, 2017
After Final Office Action of October 27, 2016

Docket No.: 209658-0001-01-US-518587
Page 3

Claim 21. (Previously Presented):    The antisense oligomer according to claim 19, wherein the 5' end is any one of the groups of chemical formulae (1) to (3) below:



(1)          (2)          (3) .

Claims 22-24. (Canceled).

Claim 25. (Previously Presented):    A pharmaceutical composition for the treatment of muscular dystrophy, comprising as an active ingredient the antisense oligomer according to claim 1, or a pharmaceutically acceptable salt or hydrate thereof.

87880460. 1

NS00000816



UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/615,504 | 02/06/2015 | Naoki WATANABE | 209658-0001-01-US-518587 | 2704 |

55694        7590        03/28/2017
DRINKER BIDDLE & REATH (DC)
1500 K STREET, N.W.
SUITE 1100
WASHINGTON, DC 20005-1209

| EXAMINER |
|---|
| MCGARRY, SEAN |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1674 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 03/28/2017 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

DBRIPDocket@dbr.com
penelope.mongelluzzo@dbr.com

PTOL-90A (Rev. 04/07)

NS00000817

| *Notice of Allowability* | Application No. 14/615,504 | Applicant(s) WATANABE ET AL. | |
|---|---|---|---|
| | Examiner SEAN MCGARRY | Art Unit 1674 | AIA (First Inventor to File) Status No |

**-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--**

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *AF filed 2/27/2017*.
   ☒ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

3. ☒ The allowed claim(s) is/are *1,17-21 and 25*. As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

4. ☒ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   **Certified copies:**
   a) ☒ All    b) ☐ Some    *c) ☐ None of the:
       1. ☐ Certified copies of the priority documents have been received.
       2. ☒ Certified copies of the priority documents have been received in Application No. *13/819,520*.
       3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

   * Certified copies not received: _____.

   Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
   **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.
       ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____.

   **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1. ☐ Notice of References Cited (PTO-892)
2. ☐ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date _____
3. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material
4. ☐ Interview Summary (PTO-413), Paper No./Mail Date _____.

5. ☐ Examiner's Amendment/Comment
6. ☐ Examiner's Statement of Reasons for Allowance
7. ☒ Other *PTO-2323*.

| /SEAN MCGARRY/ Primary Examiner, Art Unit 1674 | Corrected Notice of Allowability   3/21/2017 /SM/ |
|---|---|

NS00000818



**UNITED STATES DEPARTMENT OF COMMERCE**
**U.S. Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450

| APPLICATION NO./ CONTROL NO. | FILING DATE | FIRST NAMED INVENTOR / PATENT IN REEXAMINATION | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 14/615,504 | 06 February, 2015 | WATANABE ET AL. | 209658-0001-01-US-518587 |

|  |  |
|---|---|
| DRINKER BIDDLE & REATH (DC)<br>1500 K STREET, N.W.<br>SUITE 1100<br>WASHINGTON, DC 20005-1209 | **EXAMINER**<br>SEAN MCGARRY |

| ART UNIT | PAPER |
|---|---|
| 1674 | 20170321 |

DATE MAILED:

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner for Patents

Please see attached, a corrected copy of the Notice of Allowability mailed 3/10/2017. Box 3 of the Notice contained a typographical error. The claims allowed were indicated ti include claim 7. The corrected Notice indicates that it is claim 1 that is included as claim 7 was canceled during prosecution and pending claim 1 was not included in the Notice mailed 3/10/2017. Please note that no attachements noted in the corrected Notice are attached to this communication as this comminication is limited to provide a corrected Notice of Allowabilty. No response to this communication required.

| | /SEAN MCGARRY/<br>Primary Examiner, Art Unit 1674 |
|---|---|

PTO-90C (Rev.04-03)

**PART B - FEE(S) TRANSMITTAL**

Complete and send this form, together with applicable fee(s), to: **Mail**    Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450
or **Fax**    (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

55694          7590          03/10/2017
DRINKER BIDDLE & REATH (DC)
1500 K STREET, N.W.
SUITE 1100
WASHINGTON, DC 20005-1209

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)
_____ (Signature)
_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/615,504 | 02/06/2015 | Naoki WATANABE | 209658-0001-01-US-518587 | 2704 |

TITLE OF INVENTION: ANTISENSE NUCLEIC ACIDS

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | UNDISCOUNTED | $960 | $0 | $0 | $960 | 06/12/2017 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| MCGARRY, SEAN | 1674 | 536-024500 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).
☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.
☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list
(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,
(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 ___ Drinker Biddle
2 ___ & Reath LLP
3 ___

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)
PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                              (B) RESIDENCE: (CITY and STATE OR COUNTRY)
1) NIPPON SHINYAKU CO., LTD.              Kyoto-shi, Kyoto, Japan
2) NATIONAL CENTER OF NEUROLOGY AND PSYCHIATRY    Tokyo, Japan
Please check the appropriate assignee category or categories (will not be printed on the patent): ☐ Individual ☒ Corporation or other private group entity ☐ Government

4a. The following fee(s) are submitted:
☒ Issue Fee
☐ Publication Fee (No small entity discount permitted)
☒ Advance Order - # of Copies ___4___

4b. Payment of Fee(s): (Please first reapply any previously paid issue fee shown above)
☐ A check is enclosed.
☒ Payment by credit card. Form PTO-2038 is attached.
☒ The director is hereby authorized to charge the required fee(s), any deficiency, or credits any overpayment, to Deposit Account Number 50-0573 (enclose an extra copy of this form).

(ANY DEFICIENCIES)

5. Change in Entity Status (from status indicated above)
☐ Applicant certifying micro entity status. See 37 CFR 1.29
☐ Applicant asserting small entity status. See 37 CFR 1.27
☐ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.
NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.
NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature _____    Date June 12, 2017

Typed or printed name   Zhengyu Feng          Registration No. 66,816

Page 2 of 3

PTOL-85 Part B (10-13) Approved for use through 10/31/2013.    OMB 0651-0033    U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

NS00000820

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 14615504 |
| **Filing Date:** | 06-Feb-2015 |
| **Title of Invention:** | ANTISENSE NUCLEIC ACIDS |
| **First Named Inventor/Applicant Name:** | Naoki WATANABE |
| **Filer:** | Zhengyu Feng/akiko ueda |
| **Attorney Docket Number:** | 209658-0001-01-US-518587 |

Filed as Large Entity

**Filing Fees for** Utility under 35 USC 111(a)

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| UTILITY APPL ISSUE FEE | 1501 | 1 | 960 | 960 |

NS00000821

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| Printed copy of patent - no color | 8001 | 4 | 3 | 12 |
| **Total in USD ($)** | | | | **972** |

NS00000822

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 29460082 |
| **Application Number:** | 14615504 |
| **International Application Number:** | |
| **Confirmation Number:** | 2704 |
| **Title of Invention:** | ANTISENSE NUCLEIC ACIDS |
| **First Named Inventor/Applicant Name:** | Naoki  WATANABE |
| **Customer Number:** | 55694 |
| **Filer:** | Zhengyu Feng/akiko ueda |
| **Filer Authorized By:** | Zhengyu Feng |
| **Attorney Docket Number:** | 209658-0001-01-US-518587 |
| **Receipt Date:** | 12-JUN-2017 |
| **Filing Date:** | 06-FEB-2015 |
| **Time Stamp:** | 10:52:27 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | CARD |
| Payment was successfully received in RAM | $972 |
| RAM confirmation Number | 061217INTEFSW10531600 |
| Deposit Account | 500573 |
| Authorized User | Akiko Ueda |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |
|     37 CFR 1.16 (National application filing, search, and examination fees) | |
|     37 CFR 1.17 (Patent application and reexamination processing fees) | |

NS00000823

37 CFR 1.19 (Document supply fees)

37 CFR 1.20 (Post Issuance fees)

37 CFR 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Issue Fee Payment (PTO-85B) | 209658_0001_01_issuefeetransmittal.pdf | 97543<br><br>958104cdfed0caec3fd0c2b6f401be49ab90ccf2 | no | 1 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Fee Worksheet (SB06) | fee-info.pdf | 32070<br><br>2c7df284ac81f84d7164cf9ab6ec3caff549fe83 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | **Total Files Size (in bytes):** | 129613 | | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | ISSUE DATE | PATENT NO. | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/615,504 | 07/18/2017 | 9708361 | 209658-0001-01-US-518587 | 2704 |

55694        7590        06/28/2017
DRINKER BIDDLE & REATH (DC)
1500 K STREET, N.W.
SUITE 1100
WASHINGTON, DC 20005-1209

# ISSUE NOTIFICATION

The projected patent number and issue date are specified above.

**Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)**
(application filed on or after May 29, 2000)

The Patent Term Adjustment is 0 day(s). Any patent to issue from the above-identified application will include an indication of the adjustment on the front page.

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Application Assistance Unit (AAU) of the Office of Data Management (ODM) at (571)-272-4200.

APPLICANT(s) (Please see PAIR WEB site http://pair.uspto.gov for additional applicants):

Naoki WATANABE, Tsukuba-shi, JAPAN;
NIPPON SHINYAKU CO., LTD., Kyoto-shi, JAPAN;
Youhei SATOU, Tsukuba-shi, JAPAN;
NATIONAL CENTER OF NEUROLOGY AND PSYCHIATRY, Tokyo, JAPAN;
Shin'ichi TAKEDA, Tokyo, JAPAN;
Tetsuya NAGATA, Tokyo, JAPAN;

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The USA offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to encourage and facilitate business investment. To learn more about why the USA is the best country in the world to develop technology, manufacture products, and grow your business, visit SelectUSA.gov.

IR103 (Rev. 10/09)

NS00000825

Case 1:21-cv-01015-UNA    Document 6    Filed 07/13/21    Page 1 of 1 PageID #: 891

AO 120 (Rev. 08/10)

| TO: **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court    for the District of Delaware    on the following

☐ Trademarks or    ☑ Patents.    ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED<br>7/13/2021 | U.S. DISTRICT COURT<br>for the District of Delaware |
|---|---|---|
| PLAINTIFF<br>NIPPON SHINYAKU CO., LTD. | | DEFENDANT<br>SAREPTA THERAPEUTICS, INC. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 9,708,361 | 7/18/2017 | Nippon Shinyaku |
| 2 | 10,385,092 | 8/20/2019 | Nippon Shinyaku |
| 3 | 10,407,461 | 9/10/2019 | Nippon Shinyaku |
| 4 | 10,487,106 | 11/26/2019 | Nippon Shinyaku |
| 5 | 10,647,741 | 5/20/2020 | Nippon Shinyaku |

Additional patents including by initial pleading listed below.

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED<br>7/13/2021 | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☑ Other Pleading | | |
|---|---|---|---|
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | 10,662,217 | 5/26/2020 | Nippon Shinyaku |
| 2 | 10,683,322 | 6/16/2020 | Nippon Shinyaku |
| 3 | 9,994,851 | 6/12/2018 | Sarepta Therapeutics, Inc. |
| 4 | 10,227,590 | 3/12/2019 | Sarepta Therapeutics, Inc. |
| 5 | 10,266,827 | 4/23/2019 | Sarepta Therapeutics, Inc. |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**

NS00000826