# EXHIBIT 29

# PART 1



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

**United States Patent and Trademark Office**

April 25, 2022

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE FILE WRAPPER AND CONTENTS OF:

**APPLICATION NUMBER:** *15/705,172*
**FILING DATE:** *September 14, 2017*
**PATENT NUMBER:** *9,994,851*
**ISSUE DATE:** *June 12, 2018*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

Wanda Montgomery
Certifying Officer

Doc Code: TRACK1.REQ
Document Description: TrackOne Request

PTO/AIA/424 (04-14)

## CERTIFICATION AND REQUEST FOR PRIORITIZED EXAMINATION
### UNDER 37 CFR 1.102(e) (Page 1 of 1)

| First Named Inventor: | Stephen Donald WILTON | Nonprovisional Application Number (if known): | Not Yet Assigned |
|---|---|---|---|
| Title of Invention: | ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF | | |

**APPLICANT HEREBY CERTIFIES THE FOLLOWING AND REQUESTS PRIORITIZED EXAMINATION FOR THE ABOVE-IDENTIFIED APPLICATION.**

1. The processing fee set forth in 37 CFR 1.17(i)(1) and the prioritized examination fee set forth in 37 CFR 1.17(c) have been filed with the request. The publication fee requirement is met because that fee, set forth in 37 CFR 1.18(d), is currently $0. The basic filing fee, search fee, and examination fee are filed with the request or have been already been paid. I understand that any required excess claims fees or application size fee must be paid for the application.

2. I understand that the application may not contain, or be amended to contain, more than four independent claims, more than thirty total claims, or any multiple dependent claims, and that any request for an extension of time will cause an outstanding Track I request to be dismissed.

3. The applicable box is checked below:

**I.**  [ X ]  **Original Application (Track One) - Prioritized Examination under § 1.102(e)(1)**

i.  (a) The application is an original nonprovisional utility application filed under 35 U.S.C. 111(a). This certification and request is being filed with the utility application via EFS-Web.
   ---OR---
   (b) The application is an original nonprovisional plant application filed under 35 U.S.C. 111(a). This certification and request is being filed with the plant application in paper.

ii.  An executed inventor's oath or declaration under 37 CFR 1.63 or 37 CFR 1.64 for each inventor, **or** the application data sheet meeting the conditions specified in 37 CFR 1.53(f)(3)(i) is filed with the application.

**II.**  [  ]  **Request for Continued Examination - Prioritized Examination under § 1.102(e)(2)**

i.  A request for continued examination has been filed with, or prior to, this form.
ii.  If the application is a utility application, this certification and request is being filed via EFS-Web.
iii.  The application is an original nonprovisional utility application filed under 35 U.S.C. 111(a), or is a national stage entry under 35 U.S.C. 371.
iv.  This certification and request is being filed prior to the mailing of a first Office action responsive to the request for continued examination.
v.  No prior request for continued examination has been granted prioritized examination status under 37 CFR 1.102(e)(2).

| Signature | /Amy E. Mandragouras, Esq./ | Date | September 14, 2017 |
|---|---|---|---|
| Name (Print/Typed) | Amy E. Mandragouras, Esq. | Practitioner Registration Number | 36,207 |

**Note:** This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4(d) for signature requirements and certifications. Submit multiple forms if more than one signature is required.*

[  ]  *Total of ___1___ forms are submitted.

I hereby certify that this paper (along with any paper referred to as being attached or enclosed) is being transmitted via the Office electronic filing system in accordance with 37 CFR § 1.6(a)(4).

Dated: September 14, 2017          Electronic Signature for Amy E. Mandragouras, Esq.: /Amy E. Mandragouras, Esq./

SRPT-VYDS-0002985

> I hereby certify that this paper (along with any paper referred to as being attached or enclosed) is being transmitted via the Office electronic filing system in accordance with 37 CFR § 1.6(a)(4).
>
> Dated: September 14, 2017
> Electronic Signature for Amy E. Mandragouras, Esq.:/ Amy E. Mandragouras, Esq./

Docket No.: AVN-008CN41
(PATENT)

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of:
Stephen Donald Wilton *et al.*

| | |
|---|---|
| Application No.: Not Yet Assigned | Confirmation No.: N/A |
| Filed: Concurrently Herewith | Art Unit: N/A |
| For:  ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF | Examiner: Not Yet Assigned |

Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

## STATEMENT PURSUANT TO 37 CFR 1.821

Dear Sir:

Submitted herewith in connection with the above-referenced patent application and in full compliance with 37 C.F.R. §§1.821-1.825 is a computer readable copy and paper copy of the Sequence Listing (filed together as a .txt file via the United States Patent Office's Electronic Filing System).

I hereby state that I have reviewed the paper copy of the Sequence Listing, as required by 37 CFR 1.821(c), and have reviewed the computer readable form of the Sequence Listing, as required by 37 CFR 1.821(e), and that the content of the paper and computer readable copies for the above-referenced patent application are the same as required by 37 CFR 1.821(f) (note that these documents are submitted as one electronic file).  No new matter has been added to the Sequence Listing.

SRPT-VYDS-0002986

Application No.: Not Yet Assigned                    Docket No.: AVN-008CN41

Dated:  September 14, 2017                    Respectfully submitted,


                                    Electronic signature:  /Amy E. Mandragouras,
                                    Esq./
                                    Amy E. Mandragouras, Esq.
                                    Registration No.: 36,207
                                    NELSON MULLINS RILEY & SCARBOROUGH LLP
                                    One Post Office Square
                                    Boston, Massachusetts  02109-2127
                                    (617) 217-4626
                                    (617) 217-4699 (Fax)
                                    Attorney/Agent For Applicant

SRPT-VYDS-0002987

PTO/AIA/01 (06-12)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## DECLARATION (37 CFR 1.63) FOR UTILITY OR DESIGN APPLICATION USING AN APPLICATION DATA SHEET (37 CFR 1.76)

| Title of Invention | ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF |
|---|---|

As the below named inventor, I hereby declare that:

This declaration is directed to:

[ ] The attached application, or

[x] United States application or PCT international application number ___13/741,150___
filed on ___01/14/2013___ .

The above-identified application was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

### WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

LEGAL NAME OF INVENTOR

Inventor: ___Stephen Donald WILTON___     Date (Optional): ___26/03/13___

Signature: _____

Note: An application data sheet (PTO/SB/14 or equivalent), including naming the entire inventive entity, must accompany this form or must have been previously filed. Use an additional PTO/AIA/01 form for each additional inventor.

PTO/AIA/01 (06-12)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## DECLARATION (37 CFR 1.63) FOR UTILITY OR DESIGN APPLICATION USING AN APPLICATION DATA SHEET (37 CFR 1.76)

| Title of Invention | ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF |
|---|---|

As the below named inventor, I hereby declare that:

This declaration is directed to:

[ ] The attached application, or

[X] United States application or PCT international application number ___13/741,150___

filed on ___01/14/2013___ .

The above-identified application was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

### WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

LEGAL NAME OF INVENTOR

Inventor: ___Sue FLETCHER___    Date (Optional): _26/04/2012_

Signature: _[signature]_

Note: An application data sheet (PTO/SB/14 or equivalent), including naming the entire inventive entity, must accompany this form or must have been previously filed. Use an additional PTO/AIA/01 form for each additional inventor.

SRPT-VYDS-0002989

PTO/AIA/01 (06-12)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## DECLARATION (37 CFR 1.63) FOR UTILITY OR DESIGN APPLICATION USING AN APPLICATION DATA SHEET (37 CFR 1.76)

| | |
|---|---|
| **Title of Invention** | ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF |

As the below named inventor, I hereby declare that:

This declaration is directed to:

☐ The attached application, or

☒ United States application or PCT international application number ___13/741,150___ filed on ___01/14/2013___ .

The above-identified application was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

### WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

LEGAL NAME OF INVENTOR

Inventor: ___Graham MCCLOREY___    Date (Optional): _26-03-13_

Signature: _Graham McCly_

Note: An application data sheet (PTO/SB/14 or equivalent), including naming the entire inventive entity, must accompany this form or must have been previously filed. Use an additional PTO/AIA/01 form for each additional inventor.

SRPT-VYDS-0002990

PTO/AIA/14 (11-15)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | AVN-008CN41 |
|---|---|---|
| | Application Number | |

| Title of Invention | ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF |
|---|---|

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76.
This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2:

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2 (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

## Inventor Information:

| Inventor | 1 | | | Remove |
|---|---|---|---|---|
| Legal Name | | | | |

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Stephen | Donald | WILTON | |

| Residence Information (Select One) | US Residency | ● Non US Residency | Active US Military Service |
|---|---|---|---|

| City | Applecross | Country of Residence i | AU |
|---|---|---|---|

### Mailing Address of Inventor:

| Address 1 | 18 Spey Road |
|---|---|
| Address 2 | |
| City | Applecross | State/Province | |
| Postal Code | 6153 | Country i | AU |

| Inventor | 2 | | | Remove |
|---|---|---|---|---|
| Legal Name | | | | |

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Sue | | FLETCHER | |

| Residence Information (Select One) | US Residency | ● Non US Residency | Active US Military Service |
|---|---|---|---|

| City | Bayswater | Country of Residence i | AU |
|---|---|---|---|

### Mailing Address of Inventor:

| Address 1 | 14 Roberts Street |
|---|---|
| Address 2 | |
| City | Bayswater | State/Province | |
| Postal Code | 6053 | Country i | AU |

| Inventor | 3 | | | Remove |
|---|---|---|---|---|
| Legal Name | | | | |

SRPT-VYDS-0002991

PTO/AIA/14 (11-15)
Approved for use through 03/30/2021. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | AVN-008CN41 |
|---|---|---|
| | Application Number | |
| Title of Invention | ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF | |

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Graham | | MCCLOREY | |

| Residence Information (Select One) | US Residency | ● Non US Residency | Active US Military Service |
|---|---|---|---|
| City | Bayswater | Country of Residence ^i | AU |

**Mailing Address of Inventor:**

| Address 1 | 8 Digwood Close | | |
|---|---|---|---|
| Address 2 | | | |
| City | Bayswater | State/Province | |
| Postal Code | 6053 | Country i | AU |

All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the **Add** button.     [Add]

## Correspondence Information:

Enter either Customer Number or complete the Correspondence Information section below.
For further information see 37 CFR 1.33(a).

☐ An Address is being provided for the correspondence Information of this application.

| Customer Number | 123147 | | |
|---|---|---|---|
| Email Address | ipboston.docketing@nelsonmullins.com | [Add Email] | [Remove Email] |

## Application Information:

| Title of the Invention | ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF | |
|---|---|---|
| Attorney Docket Number | AVN-008CN41 | Small Entity Status Claimed ☒ |
| Application Type | Nonprovisional | |
| Subject Matter | Utility | |
| Total Number of Drawing Sheets (if any) | 22 | Suggested Figure for Publication (if any) |

## Filing By Reference:

Only complete this section when filing an application by reference under 35 U.S.C. 111(c) and 37 CFR 1.57(a). Do not complete this section if application papers including a specification and any drawings are being filed. Any domestic benefit or foreign priority information must be provided in the appropriate section(s) below (i.e., "Domestic Benefit/National Stage Information" and "Foreign Priority Information").

For the purposes of a filing date under 37 CFR 1.53(b), the description and any drawings of the present application are replaced by this reference to the previously filed application, subject to conditions and requirements of 37 CFR 1.57(a). ^i

| Application number of the previously filed application | Filing date (YYYY-MM-DD) | Intellectual Property Authority or Country |
|---|---|---|
| | | |

EFS Web 2.2.12

SRPT-VYDS-0002992

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | AVN-008CN41 |
| | Application Number | |

| Title of Invention | ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF |

## Publication Information:

☐ Request Early Publication (Fee required at time of Request 37 CFR 1.219)

☐ **Request Not to Publish.** I hereby request that the attached application not be published under 35 U.S.C. 122(b) and certify that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing.

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32).
Either enter Customer Number or complete the Representative Name section below. If both sections are completed the customer Number will be used for the Representative Information during processing.

| Please Select One: | ● Customer Number | US Patent Practitioner | ○ Limited Recognition (37 CFR 11.9) |
| Customer Number | 123147 | | |

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, 365(c), or 386(c) or indicate National Stage entry from a PCT application. Providing benefit claim information in the Application Data Sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78.
When referring to the current application, please leave the "Application Number" field blank.

| Prior Application Status | Pending | | | Remove | |
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) | | |
| | Continuation of | 15/274772 | 2017-09-23 | | |

| Prior Application Status | Patented | | | Remove | |
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 15/274772 | Continuation of | 14/740097 | 2015-06-15 | 9605262B | 2017-03-28 |

| Prior Application Status | Abandoned | | | Remove | |
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) | | |
| 14/740097 | Continuation of | 13/741150 | 2013-01-14 | | |

| Prior Application Status | Abandoned | | | Remove | |
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) | | |
| 13/741150 | Continuation of | 13/168857 | 2011-06-24 | | |

EFS Web 2.2.12

SRPT-VYDS-0002993

PTO/AIA/14 (11-15)
Approved for use through 03/30/2018. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | AVN-008CN41 |
|---|---|---|
| | Application Number | |
| Title of Invention | ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF | |

| Prior Application Status | Patented | | | | Remove | |
|---|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) | |
| 13/168857 | Continuation of | 12/837359 | 2010-07-15 | 8232384B | 2012-07-31 | |

| Prior Application Status | Patented | | | | Remove | |
|---|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) | |
| 12/837359 | Continuation of | 11/570691 | 2008-01-15 | 7807816B | 2010-10-05 | |

| Prior Application Status | | | | Remove |
|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) | |
| 11/570691 | a 371 of international | PCT/AU2005/000943 | 2005-06-28 | |

Additional Domestic Benefit/National Stage Data may be generated within this form by selecting the **Add** button.   [Add]

# Foreign Priority Information:

This section allows for the applicant to claim priority to a foreign application. Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55. When priority is claimed to a foreign application that is eligible for retrieval under the priority document exchange program (PDX)[i] the information will be used by the Office to automatically attempt retrieval pursuant to 37 CFR 1.55(i)(1) and (2). Under the PDX program, applicant bears the ultimate responsibility for ensuring that a copy of the foreign application is received by the Office from the participating foreign intellectual property office, or a certified copy of the foreign priority application is filed, within the time period specified in 37 CFR 1.55(g)(1).

| | | | Remove | |
|---|---|---|---|---|
| Application Number | Country[i] | Filing Date (YYYY-MM-DD) | Access Code[i] (if applicable) | |
| 2004903474 | AU | 2004-06-28 | | |

Additional Foreign Priority Data may be generated within this form by selecting the **Add** button.   [Add]

# Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications

☐ This application (1) claims priority to or the benefit of an application filed before March 16, 2013 and (2) also contains, or contained at any time, a claim to a claimed invention that has an effective filing date on or after March 16, 2013.
NOTE: By providing this statement under 37 CFR 1.55 or 1.78, this application, with a filing date on or after March 16, 2013, will be examined under the first inventor to file provisions of the AIA.

SRPT-VYDS-0002994

PTO/AIA/14 (11-15)
Approved for use through 03/30/2023. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | AVN-008CN41 |
|---|---|---|
| | Application Number | |

| Title of Invention | ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF |
|---|---|

# Authorization or Opt-Out of Authorization to Permit Access:

When this Application Data Sheet is properly signed and filed with the application, applicant has provided written authority to permit a participating foreign intellectual property (IP) office access to the instant application-as-filed (see paragraph A in subsection 1 below) and the European Patent Office (EPO) access to any search results from the instant application (see paragraph B in subsection 1 below).

Should applicant choose not to provide an authorization identified in subsection 1 below, applicant **must opt-out** of the authorization by checking the corresponding box A or B or both in subsection 2 below.

**NOTE**: This section of the Application Data Sheet is **ONLY** reviewed and processed with the **INITIAL** filing of an application. After the initial filing of an application, an Application Data Sheet cannot be used to provide or rescind authorization for access by a foreign IP office(s). Instead, Form PTO/SB/39 or PTO/SB/69 must be used as appropriate.

**1. Authorization to Permit Access by a Foreign Intellectual Property Office(s)**

**A. Priority Document Exchange (PDX)** - Unless box A in subsection 2 (opt-out of authorization) is checked, the undersigned hereby **grants the USPTO authority** to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the State Intellectual Property Office of the People's Republic of China (SIPO), the World Intellectual Property Organization (WIPO), and any other foreign intellectual property office participating with the USPTO in a bilateral or multilateral priority document exchange agreement in which a foreign application claiming priority to the instant patent application is filed, access to: (1) the instant patent application-as-filed and its related bibliographic data, (2) any foreign or domestic application to which priority or benefit is claimed by the instant application and its related bibliographic data, and (3) the date of filing of this Authorization. See 37 CFR 1.14(h)(1).

**B. Search Results from U.S. Application to EPO** - Unless box B in subsection 2 (opt-out of authorization) is checked, the undersigned hereby **grants the USPTO authority** to provide the EPO access to the bibliographic data and search results from the instant patent application when a European patent application claiming priority to the instant patent application is filed. See 37 CFR 1.14(h)(2).

The applicant is reminded that the EPO's Rule 141(1) EPC (European Patent Convention) requires applicants to submit a copy of search results from the instant application without delay in a European patent application that claims priority to the instant application.

**2. Opt-Out of Authorizations to Permit Access by a Foreign Intellectual Property Office(s)**

☐ A. Applicant **DOES NOT** authorize the USPTO to permit a participating foreign IP office access to the instant application-as-filed. If this box is checked, the USPTO will not be providing a participating foreign IP office with any documents and information identified in subsection 1A above.

☐ B. Applicant **DOES NOT** authorize the USPTO to transmit to the EPO any search results from the instant patent application. If this box is checked, the USPTO will not be providing the EPO with search results from the instant application.

**NOTE**: Once the application has published or is otherwise publicly available, the USPTO may provide access to the application in accordance with 37 CFR 1.14.

SRPT-VYDS-0002995

PTO/AIA/14 (11-15)
Approved for use through 03/30/2019e OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | AVN-008CN41 |
|---|---|---|
| | Application Number | |
| Title of Invention | ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF | |

## Applicant Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

| Applicant | 1 | Remove |
|---|---|---|

If the applicant is the inventor (or the remaining joint inventor or inventors under 37 CFR 1.45), this section should not be completed. The information to be provided in this section is the name and address of the legal representative who is the applicant under 37 CFR 1.43; or the name and address of the assignee, person to whom the inventor is under an obligation to assign the invention, or person who otherwise shows sufficient proprietary interest in the matter who is the applicant under 37 CFR 1.46. If the applicant is an applicant under 37 CFR 1.46 (assignee, person to whom the inventor is obligated to assign, or person who otherwise shows sufficient proprietary interest) together with one or more joint inventors, then the joint inventor or inventors who are also the applicant should be identified in this section.

Clear

| ● Assignee | Legal Representative under 35 U.S.C. 117 | Joint Inventor |
|---|---|---|
| Person to whom the inventor is obligated to assign. | Person who shows sufficient proprietary interest | |

If applicant is the legal representative, indicate the authority to file the patent application, the inventor is:

| | ▼ |
|---|---|

Name of the Deceased or Legally Incapacitated Inventor:

If the Applicant is an Organization check here. ☒

| Organization Name | The University of Western Australia |
|---|---|

**Mailing Address Information For Applicant:**

| Address 1 | 35 Stirling Highway | | |
|---|---|---|---|
| Address 2 | | | |
| City | Crawley | State/Province | |
| Country | AU | Postal Code | 6009 |
| Phone Number | | Fax Number | |
| Email Address | | | |

| Additional Applicant Data may be generated within this form by selecting the Add button. | Add |
|---|---|

## Assignee Information including Non-Applicant Assignee Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

SRPT-VYDS-0002996

PTO/AIA/14 (11-15)
Approved for use through 03/30/2018. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | AVN-008CN41 |
|---|---|---|
| | Application Number | |

| Title of Invention | ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF |
|---|---|

**Assignee** 1

Complete this section if assignee information, including non-applicant assignee information, is desired to be included on the patent application publication. An assignee-applicant identified in the "Applicant Information" section will appear on the patent application publication as an applicant. For an assignee-applicant, complete this section only if identification as an assignee is also desired on the patent application publication.

Remove

If the Assignee or Non-Applicant Assignee is an Organization check here. ☐

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| ▼ | | | | ▼ |

**Mailing Address Information For Assignee including Non-Applicant Assignee:**

| Address 1 | |
|---|---|
| Address 2 | |
| City | | State/Province | |
| Country i | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | |

Additional Assignee or Non-Applicant Assignee Data may be generated within this form by selecting the Add button.    Add

## Signature:

Remove

**NOTE:** This Application Data Sheet must be signed in accordance with 37 CFR 1.33(b). **However, if this Application Data Sheet is submitted with the INITIAL filing of the application and either box A or B is not checked in subsection 2 of the "Authorization or Opt-Out of Authorization to Permit Access" section, then this form must also be signed in accordance with 37 CFR 1.14(c).**

This Application Data Sheet **must** be signed by a patent practitioner if one or more of the applicants is a **juristic entity** (e.g., corporation or association). If the applicant is two or more joint inventors, this form must be signed by a patent practitioner, **all** joint inventors who are the applicant, or one or more joint inventor-applicants who have been given power of attorney (e.g., see USPTO Form PTO/AIA/81) on behalf of **all** joint inventor-applicants.

See 37 CFR 1.4(d) for the manner of making signatures and certifications.

| Signature | /Amy E. Mandragouras, Esq./ | | Date (YYYY-MM-DD) | 2017-09-14 |
|---|---|---|---|---|
| First Name | Amy | Last Name    Mandragouras | Registration Number | 36,207 |

Additional Signature may be generated within this form by selecting the Add button.    Add

SRPT-VYDS-0002997

PTO/AIA/14 (11-15)
Approved for use through 03/30/2019. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | AVN-008CN41 |
|---|---|---|
| | Application Number | |

| Title of Invention | ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF |
|---|---|

This collection of information is required by 37 CFR 1.76. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data sheet form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

SRPT-VYDS-0002998

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.   The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.

2.   A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.   A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.   A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.   A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.   A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.   A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.   A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.   A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

SRPT-VYDS-0002999

1/22

# FIGURE 1



Acceptor

ESE

Donor

bp

ucaugcacugagugaccuuuucucgcagGCGCUAGCUGGAGCA////CCGUGCAGACUGACGguucucau

SEQ ID NO:213

SEQ ID NO:214

SRPT-VYDS-0003000



# FIGURE 2

SRPT-VYDS-0003001



**FIGURE 3**

SRPT-VYDS-0003002

4/22

H7A(+45+67)                    H7A(+2+26)

M  600  300 100 50  20 600NM 600 300 100  50   20 600N M



**FIGURE 4**

SRPT-VYDS-0003003



**FIGURE 5**

SRPT-VYDS-0003004

6A(+69+91)



M    600    300    200    100    50    20    UT

## FIGURE 6

SRPT-VYDS-0003005

H4A(+13+32)



FIGURE 7

SRPT-VYDS-0003006



FIGURE 8B

JSR604 - H11A(+75+97)

FIGURE 8A

JSR610 - H12A(+52+75)

SRPT-VYDS-0003007

9/22



FIGURE 9B

FIGURE 9A

SRPT-VYDS-0003008



**FIGURE 10**

11/22



**19/20/20 cocktail**
HM19A(+35+36)
H20A(+44+71)
H20A(+149+170)

**Weasel19/20**
H19A(+35+53)-
aa-
H20A(+149+168)

**Weasel19/20**
H19A(+35+53)-
aa-
H20A(+44+63)

**Weasel19/20/20**
H19A(+35+53)-aa-
H20A(+44+63)-aa-
H20A(+149+168)

**FIGURE 11**

SRPT-VYDS-0003010

12/22



**FIGURE 12**

SRPT-VYDS-0003011



FIGURE 13



**FIGURE 14**

SRPT-VYDS-0003013

15/22



FIGURE 15

16/22



FIGURE 16

SRPT-VYDS-0003015



FIGURE 17

SRPT-VYDS-0003016



**FIGURE 18**

19/22



**FIGURE 19**

SRPT-VYDS-0003018



FIGURE 20

H46A(+86+115)



FIGURE 21

SRPT-VYDS-0003020

22/22



FIGURE 22

SRPT-VYDS-0003021

ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING

AND METHODS OF USE THEREOF

CROSS-REFERENCE TO RELATED APPLICATIONS

5           This application is a continuation of U.S. Patent Application No. 15/274,772, filed September 23, 2016, now pending, which application is a continuation of U.S. Patent Application No 14/740,097, filed June 15, 2015, now issued as U.S. Patent No. 9,605,262, which application is a continuation of U.S. Patent Application No. 13/741,150, filed January 14, 2013, now abandoned, which application is a continuation of U.S. Patent

10   Application No. 13/168,857, filed June 24, 2011, now abandoned, which application is a continuation of U.S. Patent Application No. 12/837,359, filed July 15, 2010, now issued as U.S. Patent No. 8,232,384, which application is a continuation of U.S. Patent Application No. 11/570,691, filed January 15, 2008, now issued as U.S. Patent No. 7,807,816, which application is a 35 U.S.C. § 371 National Phase Application of PCT/AU2005/000943, filed

15   June 28, 2005, which claims priority to Australian Patent Application No. 2004903474, filed June 28, 2004; which applications are each incorporated herein by reference in their entireties.

STATEMENT REGARDING SEQUENCE LISTING

20          The Sequence Listing associated with the application is provided in text format in lieu of a paper copy, and is hereby incorporated by reference into the specification. The name of the text file containing the Sequence Listing is AVN-008CN41_Sequence-Listing.txt. The text file is 62,086 Kilobytes, was created on September 14, 2017 and is being submitted electronically via EFS-Web.

25   FIELD OF THE INVENTION

            The present invention relates to novel antisense compounds and compositions suitable for facilitating exon skipping. It also provides methods for inducing

1

SRPT-VYDS-0003022

exon skipping using the novel antisense compounds as well as therapeutic compositions adapted for use in the methods of the invention.

BACKGROUND ART

5    Significant effort is currently being expended researching methods for suppressing or compensating for disease-causing mutations in genes.  Antisense technologies are being developed using a range of chemistries to affect gene expression at a variety of different levels (transcription, splicing, stability, translation).  Much of that research has focused on the use of antisense compounds to correct or compensate for abnormal or disease-associated genes in a myriad of different conditions.

10    Antisense molecules are able to inhibit gene expression with exquisite specificity and because of this many research efforts concerning oligonucleotides as modulators of gene expression have focused on inhibiting the expression of targeted genes such as oncogenes or viral genes.  The antisense oligonucleotides are directed either against RNA (sense strand) or against DNA where they form triplex structures inhibiting

15    transcription by RNA polymerase II.  To achieve a desired effect in specific gene down-regulation, the oligonucleotides must either promote the decay of the targeted mRNA or block translation of that mRNA, thereby effectively preventing *de novo* synthesis of the undesirable target protein.

Such techniques are not useful where the object is to up-regulate production

20    of the native protein or compensate for mutations which induce premature termination of translation such as nonsense or frame-shifting mutations.  Furthermore, in cases where a normally functional protein is prematurely terminated because of mutations therein, a means for restoring some functional protein production through antisense technology has been shown to be possible through intervention during the splicing processes (Sierakowska

25    H, *et al*., (1996) Proc Natl Acad Sci USA 93, 12840-12844; Wilton SD, *et al*., (1999) Neuromusc Disorders 9, 330-338; van Deutekom JC *et al*., (2001) Human Mol Genet 10, 1547-1554).  In these cases, the defective gene transcript should not be subjected to

2

SRPT-VYDS-0003023

targeted degradation so the antisense oligonucleotide chemistry should not promote target mRNA decay.

In a variety of genetic diseases, the effects of mutations on the eventual expression of a gene can be modulated through a process of targeted exon skipping during the splicing process. The splicing process is directed by complex multi-particle machinery that brings adjacent exon-intron junctions in pre-mRNA into close proximity and performs cleavage of phosphodiester bonds at the ends of the introns with their subsequent reformation between exons that are to be spliced together. This complex and highly precise process is mediated by sequence motifs in the pre-mRNA that are relatively short semi-conserved RNA segments to which bind the various nuclear splicing factors that are then involved in the splicing reactions. By changing the way the splicing machinery reads or recognises the motifs involved in pre-mRNA processing, it is possible to create differentially spliced mRNA molecules. It has now been recognised that the majority of human genes are alternatively spliced during normal gene expression, although the mechanisms invoked have not been identified. Using antisense oligonucleotides, it has been shown that errors and deficiencies in a coded mRNA could be bypassed or removed from the mature gene transcripts.

In nature, the extent of genetic deletion or exon skipping in the splicing process is not fully understood, although many instances have been documented to occur, generally at very low levels (Sherrat TG, *et al*., (1993) Am J Hum Genet 53, 1007-1015). However, it is recognised that if exons associated with disease-causing mutations can be specifically deleted from some genes, a shortened protein product can sometimes be produced that has similar biological properties of the native protein or has sufficient biological activity to ameliorate the disease caused by mutations associated with the target exon (Lu QL, *et al.*, (2003) Nature Medicine 9, 1009-1014; Aartsma-Rus A *et al*., (2004) Am J Hum Genet 74: 83-92).

This process of targeted exon skipping is likely to be particularly useful in long genes where there are many exons and introns, where there is redundancy in the genetic constitution of the exons or where a protein is able to function without one or more

3

particular exons (*e.g.* with the dystrophin gene, which consists of 79 exons; or possibly some collagen genes which encode for repeated blocks of sequence or the huge nebulin or titin genes which are comprised of ~80 and over 370 exons, respectively).

Efforts to redirect gene processing for the treatment of genetic diseases

5   associated with truncations caused by mutations in various genes have focused on the use of antisense oligonucleotides that either: (1) fully or partially overlap with the elements involved in the splicing process; or (2) bind to the pre-mRNA at a position sufficiently close to the element to disrupt the binding and function of the splicing factors that would normally mediate a particular splicing reaction which occurs at that element (*e.g.*, binds to

10   the pre-mRNA at a position within 3, 6, or 9 nucleotides of the element to be blocked).

For example, modulation of mutant dystrophin pre-mRNA splicing with antisense oligoribonucleotides has been reported both *in vitro* and *in vivo*.  In one type of dystrophin mutation reported in Japan, a 52-base pair deletion mutation causes exon 19 to be removed with the flanking introns during the splicing process (Matsuo *et al.*, (1991) J

15   Clin Invest., 87:2127-2131).  An *in vitro* minigene splicing system has been used to show that a 31-mer 2'-O-methyl oligoribonucleotide complementary to the 5' half of the deleted sequence in dystrophin Kobe exon 19 inhibited splicing of wild-type *pre-mRNA* (Takeshima *et al.* (1995), J. Clin. Invest., 95, 515-520).  The same oligonucleotide was used to induce exon skipping from the native dystrophin gene transcript in human cultured

20   lymphoblastoid cells.

Dunckley *et al.*, (1997) Nucleosides & Nucleotides, 16, 1665-1668 described *in vitro* constructs for analysis of splicing around exon 23 of mutated dystrophin in the *mdx* mouse mutant, a model for muscular dystrophy.  Plans to analyse these constructs *in vitro* using 2' modified oligonucleotides targeted to splice sites within and

25   adjacent to mouse dystrophin exon 23 were discussed, though no target sites or sequences were given.

2'-O-methyl oligoribonucleotides were subsequently reported to correct dystrophin deficiency in myoblasts from the *mdx* mouse from this group.  An antisense oligonucleotide targeted to the 3' splice site of murine dystrophin intron 22 was reported to

4

cause skipping of the mutant exon as well as several flanking exons and created a novel in-frame dystrophin transcript with a novel internal deletion. This mutated dystrophin was expressed in 1-2% of antisense treated mdx myotubes. Use of other oligonucleotide modifications such as 2'-O-methoxyethyl phosphodiesters are described (Dunckley *et al*.

5    (1998) Human Mol. Genetics, 5, 1083-90).

Thus, antisense molecules may provide a tool in the treatment of genetic disorders such as Duchenne Muscular Dystrophy (DMD). However, attempts to induce exon skipping using antisense molecules have had mixed success. Studies on dystrophin exon 19, where successful skipping of that exon from the dystrophin pre-mRNA was

10   achieved using a variety of antisense molecules directed at the flanking splice sites or motifs within the exon involved in exon definition as described by Errington *et al*. (2003) J Gen Med 5, 518-527".

In contrast to the apparent ease of exon 19 skipping, the first report of exon 23 skipping in the *mdx* mouse by Dunckley *et al*., (1998) is now considered to be reporting

15   only a naturally occurring revertant transcript or artefact rather than any true antisense activity. In addition to not consistently generating transcripts missing exon 23, Dunckley *et al*., (1998) did not show any time course of induced exon skipping, or even titration of antisense oligonucleotides, to demonstrate dose dependent effects where the levels of exon skipping corresponded with increasing or decreasing amounts of antisense oligonucleotide.

20   Furthermore, this work could not be replicated by other researchers.

The first example of specific and reproducible exon skipping in the *mdx* mouse model was reported by Wilton *et al*., (1999) Neuromuscular Disorders 9, 330-338. By directing an antisense molecule to the donor splice site, consistent and efficient exon 23 skipping was induced in the dystrophin mRNA within 6 hours of treatment of the cultured

25   cells. Wilton *et al*, (1999), also describe targeting the acceptor region of the mouse dystrophin pre-mRNA with longer antisense oligonucleotides and being unable to repeat the published results of Dunckley *et al*., (1998). No exon skipping, either 23 alone or multiple removal of several flanking exons, could be reproducibly detected using a selection of antisense oligonucleotides directed at the acceptor splice site of intron 22.

5

While the first antisense oligonucleotide directed at the intron 23 donor splice site induced consistent exon skipping in primary cultured myoblasts, this compound was found to be much less efficient in immortalized cell cultures expressing higher levels of dystrophin.  However, with refined targeting and antisense oligonucleotide design, the

5      efficiency of specific exon removal was increased by almost an order of magnitude (see Mann CJ *et al*., (2002) J Gen Med 4, 644-654).

Thus, there remains a need to provide antisense oligonucleotides capable of binding to and modifying the splicing of a target nucleotide sequence.  Simply directing the antisense oligonucleotides to motifs presumed to be crucial for splicing is no guarantee of

10     the efficacy of that compound in a therapeutic setting.


SUMMARY OF THE INVENTION

The present invention provides antisense molecule compounds and compositions suitable for binding to RNA motifs involved in the splicing of pre-mRNA that are able to induce specific and efficient exon skipping and a method for their use

15     thereof.

The choice of target selection plays a crucial role in the efficiency of exon skipping and hence its subsequent application of a potential therapy.  Simply designing antisense molecules to target regions of pre-mRNA presumed to be involved in splicing is no guarantee of inducing efficient and specific exon skipping.  The most obvious or readily

20     defined targets for splicing intervention are the donor and acceptor splice sites although there are less defined or conserved motifs including exonic splicing enhancers, silencing elements and branch points.

The acceptor and donor splice sites have consensus sequences of about 16 and 8 bases respectively (see Figure 1 for schematic representation of motifs and domains

25     involved in exon recognition, intron removal and the splicing process).

According to a first aspect, the invention provides antisense molecules capable of binding to a selected target to induce exon skipping.

6

For example, to induce exon skipping in exons 3 to 8, 10 to 16, 19 to 40, 42 to 44, 46, 47, and 50 to 53 in the Dystrophin gene transcript the antisense molecules are preferably selected from the group listed in Table 1A.

In a further example, it is possible to combine two or more antisense
5    oligonucleotides of the present invention together to induce multiple exon skipping in exons 19-20, and 53. This is a similar concept to targeting of a single exon. A combination or "cocktail" of antisense oligonucleotides are directed at adjacent exons to induce efficient exon skipping.

In another example, to induce exon skipping in exons 19-20, 31, 34 and 53
10   it is possible to improve exon skipping of a single exon by joining together two or more antisense oligonucleotide molecules. This concept is termed by the inventor as a "weasel", an example of a cunningly designed antisense oligonucleotide. A similar concept has been described in Aartsma-Rus A *et al.*, (2004) <u>Am J Hum Genet</u> 74: 83-92).

According to a second aspect, the present invention provides antisense
15   molecules selected and or adapted to aid in the prophylactic or therapeutic treatment of a genetic disorder comprising at least an antisense molecule in a form suitable for delivery to a patient.

According to a third aspect, the invention provides a method for treating a patient suffering from a genetic disease wherein there is a mutation in a gene encoding a
20   particular protein and the affect of the mutation can be abrogated by exon skipping, comprising the steps of: (a) selecting an antisense molecule in accordance with the methods described herein; and (b) administering the molecule to a patient in need of such treatment.

The invention also addresses the use of purified and isolated antisense oligonucleotides of the invention, for the manufacture of a medicament for treatment of a
25   genetic disease.

The invention further provides a method of treating a condition characterised by Duchenne muscular dystrophy, which method comprises administering to a patient in need of treatment an effective amount of an appropriately designed antisense oligonucleotide of the invention, relevant to the particular genetic lesion in that patient.

7

Further, the invention provides a method for prophylactically treating a patient to prevent or at least minimise Duchene muscular dystrophy, comprising the step of: administering to the patient an effective amount of an antisense oligonucleotide or a pharmaceutical composition comprising one or more of these biological molecules.

5          The invention also provides kits for treating a genetic disease, which kits comprise at least a antisense oligonucleotide of the present invention, packaged in a suitable container and instructions for its use.

          Other aspects and advantages of the invention will become apparent to those skilled in the art from a review of the ensuing description, which proceeds with reference to
10   the following figures.


BRIEF DESCRIPTION OF THE DRAWINGS

Figure 1        Schematic representation of motifs and domains involved in exon recognition, intron removal and the splicing process (SEQ ID NOS: 213 and 214).

15   Figure 2        Diagrammatic representation of the concept of antisense oligonucleotide induced exon skipping to by-pass disease-causing mutations (not drawn to scale).  The hatched box represents an exon carrying a mutation that prevents the translation of the rest of the mRNA into a protein.  The solid black bar represents an antisense oligonucleotide that prevents inclusion of
20        that exon in the mature mRNA.

Figure 3        Gel electrophoresis showing differing efficiencies of two antisense molecules directed at exon 8 acceptor splice site.  The preferred compound [H8A(-06+18)] induces strong and consistent exon skipping at a transfection concentration of 20 nanomolar in cultured normal human muscle cells.  The
25        less preferred antisense oligonucleotide [H8A(-06+14)] also induces efficient exon skipping, but at much higher concentrations.  Other antisense oligonucleotides directed at exon 8 either only induced lower levels of exon skipping or no detectable skipping at all (not shown).

8

SRPT-VYDS-0003029

AVN-008CN41

| | | |
|---|---|---|
| | Figure 4 | Gel electrophoresis showing differing efficiencies of two antisense molecules directed at internal domains within exon 7, presumably exon splicing enhancers.  The preferred compound [H7A(+45+67)] induces strong and consistent exon skipping at a transfection concentration of 20 nanomolar in cultured human muscle cells.  The less preferred antisense oligonucleotide [H7A(+2+26)] induces only low levels of exon skipping at the higher transfection concentrations.  Other antisense oligonucleotides directed at exon 7 either only induced lower levels of exon skipping or no detectable skipping at all (not shown). |

5

| | | |
|---|---|---|
| 10 | Figure 5 | Gel electrophoresis showing an example of low efficiency exon 6 skipping using two non-preferred antisense molecules directed at human exon 6 donor splice site.  Levels of induced exon 6 skipping are either very low [H6D(+04-21)] or almost undetectable [H6D(+18-04)].  These are examples of non-preferred antisense oligonucleotides to demonstrate that antisense oligonucleotide design plays a crucial role in the efficacy of these compounds. |

15

| | | |
|---|---|---|
| | Figure 6 | Gel electrophoresis showing strong and efficient human exon 6 skipping using an antisense molecules [H6A(+69+91)] directed at an exon 6 internal domain, presumably an exon splicing enhancer.  This preferred compound induces consistent exon skipping at a transfection concentration of 20 nanomolar in cultured human muscle cells. |

20

| | | |
|---|---|---|
| | Figure 7 | Gel electrophoresis showing strong human exon 4 skipping using an antisense molecule H4A(+13+32) directed at an exon 6 internal domain, presumably an exon splicing enhancer.  This preferred compound induces strong and consistent exon skipping at a transfection concentration of 20 nanomolar in cultured human muscle cells, |

25

| | | |
|---|---|---|
| | Figure 8A | Gel electrophoresis showing strong human exon 12 skipping using antisense molecule H12A(+52+75) directed at exon 12 internal domain. |

9

SRPT-VYDS-0003030

Figure 8B    Gel electrophoresis showing strong human exon 11 skipping using antisense molecule H11A(+75+97) directed at an exon 11 internal domain.

Figure 9A    Gel electrophoresis showing strong human exon 15 skipping using antisense molecules H15A(+48+71) and H15A(-12+19) directed at an exon 15 internal domain.

Figure 9B    Gel electrophoresis showing strong human exon 16 skipping using antisense molecules H16A(-12+19) and H16A(-06+25).

Figure 10    Gel electrophoresis showing human exon 19/20 skipping using antisense molecules H20A(+44+71) and H20A(+149+170) directed at an exon 20 and a "cocktail" of antisense oligonucleotides H19A(+35+65, H20A(+44+71) and H20A(+149+170) directed at exons 19/20.

Figure 11    Gel electrophoresis showing human exon 19/20 skipping using "weasels" directed at exons 19 and 20.

Figure 12    Gel electrophoresis showing exon 22 skipping using antisense molecules H22A(+125+106), H22A(+47+69), H22A(+80+101) and H22D(+13-11) directed at exon 22.

Figure 13    Gel electrophoresis showing exon 31 skipping using antisense molecules H31D(+01-25) and H31D(+03-22); and a "cocktail" of antisense molecules directed at exon 31.

Figure 14    Gel electrophoresis showing exon 33 skipping using antisense molecules H33A(+30+56) and H33A(+64+88) directed at exon 33.

Figure 15    Gel electrophoresis showing exon 35 skipping using antisense molecules H35A(+141+161), H35A(+116+135), and H35A(+24+43) and a "cocktail of two antisense molecules, directed at exon 35.

Figure 16    Gel electrophoresis showing exon 36 skipping using antisense molecules H32A(+49+73) and H36A(+26+50) directed at exon 36.

Figure 17    Gel electrophoresis showing exon 37 skipping using antisense molecules H37A(+82+105) and H37A(+134+157) directed at exon 37.

10

SRPT-VYDS-0003031

Figure 18    Gel electrophoresis showing exon 38 skipping using antisense molecule H38A(+88+112) directed at exon 38.

Figure 19    Gel electrophoresis showing exon 40 skipping using antisense molecule H40A(-05+17) directed at exon 40.

5   Figure 20    Gel electrophoresis showing exon 42 skipping using antisense molecule H42A(-04+23) directed at exon 42.

Figure 21    Gel electrophoresis showing exon 46 skipping using antisense molecule H46A(+86+115) directed a# exon 46

Figure 22    Gel electrophoresis showing exon 51, exon 52 and exon 53 skipping using

10    various antisense molecules directed at exons 51, 52 and 53, respectively.  A "cocktail" of antisense molecules is also shown directed at exon 53.

BRIEF DESCRIPTION OF THE SEQUENCE LISTINGS

| SEQ ID | SEQUENCE | NUCLEOTIDE SEQUENCE (5' - 3') |
|---|---|---|
| 1 | H8A(-06+18) | GAU AGG UGG UAU CAA CAU CUG UAA |
| 2 | H8A (-03+18) | GAU AGG UGG UAU CAA CAU CUG |
| 3 | H8A(-07+18) | GAU AGG UGG UAU CAA CAU CUG UAA G |
| 4 | H8A(-06+14) | GGU GGU AUC AAC AUC UGU AA |
| 5 | H8A(-10+10) | GUA UCA ACA UCU GUA AGC AC |
| 6 | H7A(+45+67) | UGC AUG UUC CAG UCG UUG UGU GG |
| 7 | H7A(+02+26) | CAC UAU UCC AGU CAA AUA GGU CUG G |
| 8 | H7D(+15-10) | AUU UAC CAA CCU UCA GGA UCG AGU A |
| 9 | H7A(-18+03) | GGC CUA AAA CAC AUA CAC AUA |
| 10 | C6A(-10+10) | CAU UUU UGA CCU ACA UGU GG |
| 11 | C6A(-14+06) | UUU GAC CUA CAU GUG GAA AG |
| 12 | C6A(-14+12) | UAC AUU UUU GAC CUA CAU GUG GAA AG |
| 13 | C6A(-13+09) | AUU UUU GAC CUA CAU GGG AAA G |
| 14 | CH6A(+69+91) | UAC GAG UUG AUU GUC GGA CCC AG |
| 15 | C6D(+12-13) | GUG GUC UCC UUA CCU AUG ACU GUG G |
| 16 | C6D(+06-11) | GGU CUC CUU ACC UAU GA |
| 17 | H6D(+04-21) | UGU CUC AGU AAU CUU CUU ACC UAU |
| 18 | H6D(+18-04) | UCU UAC CUA UGA CUA UGG AUG AGA |
| 19 | H4A(+13+32) | GCA UGA ACU CUU GUG GAU CC |
| 20 | H4D(+04-16) | CCA GGG UAC UAC UUA CAU UA |
| 21 | H4D(-24-44) | AUC GUG UGU CAC AGC AUC CAG |

11

SRPT-VYDS-0003032

| SEQ ID | SEQUENCE | NUCLEOTIDE SEQUENCE (5' - 3') |
|---|---|---|
| 22 | H4A(+11+40) | UGU UCA GGG CAU GAA CUC UUG UGG AUC CUU |
| 23 | H3A(+30+60) | UAG GAG GCG CCU CCC AUC CUG UAG GUC ACU G |
| 24 | H3A(+35+65) | AGG UCU AGG AGG CGC CUC CCA UCC UGU AGG U |
| 25 | H3A(+30+54) | GCG CCU CCC AUC CUG UAG GUC ACU G |
| 26 | H3D(+46-21) | CUU CGA GGA GGU CUA GGA GGC GCC UC |
| 27 | H3A(+30+50) | CUC CCA UCC UGU AGG UCA CUG |
| 28 | H3D(+19-03) | UAC CAG UUU UUG CCC UGU CAG G |
| 29 | H3A(-06+20) | UCA AUA UGC UGC UUC CCA AAC UGA AA |
| 30 | H3A(+37+61) | CUA GGA GGC GCC UCC CAU CCU GUA G |
| 31 | H5A(+20+50) | UUA UGA UUU CCA UCU ACG AUG UCA GUA CUU C |
| 32 | H5D(+25-05) | CUU ACC UGC CAG UGG AGG AUU AUA UUC CAA A |
| 33 | H5D(+10-15) | CAU CAG GAU UCU UAC CUG CCA GUG G |
| 34 | H5A(+10+34) | CGA UGU CAG UAC UUC CAA UAU UCA C |
| 35 | H5D(-04-21) | ACC AUU CAU CAG GAU UCU |
| 36 | H5D(+16-02) | ACC UGC CAG UGG AGG AUU |
| 37 | H5A(-07+20) | CCA AUA UUC ACU AAA UCA ACC UGU UAA |
| 38 | H5D(+18-12) | CAG GAU UGU UAC CUG CCA GUG GAG GAU UAU |
| 39 | H5A(+05+35) | ACG AUG UCA GUA CUU CCA AUA UUC ACU AAA U |
| 40 | H5A(+15+45) | AUU UCC AUC UAC GAU GUC AGU ACU UCC AAU A |
| 41 | H10A(-05+16) | CAG GAG CUU CCA AAU GCU GCA |
| 42 | H10A(-05+24) | CUU GUC UUC AGG AGC UUC CAA AUG CUG CA |
| 43 | H10A(+98+119) | UCC UCA GCA GAA AGA AGC CAC G |
| 44 | H10A(+130+149) | UUA GAA AUC UCU CCU UGU GC |
| 45 | H10A(-33-14) | UAA AUU GGG UGU UAC ACA AU |
| 46 | H11D(+26+49) | CCC UGA GGC AUU CCC AUC UUG AAU |
| 47 | H11D(+11-09) | AGG ACU UAC UUG CUU UGU UU |
| 48 | H11A(+118+140) | CUU GAA UUU AGG AGA UUC AUC UG |
| 49 | H11A(+75+97) | CAU CUU CUG AUA AUU UUC CUG UU |
| 50 | H12A(+52+75) | UCU UCU GUU UUU GUU AGC CAG UCA |
| 51 | H12A(-10+10) | UCU AUG UAA ACU GAA AAU UU |
| 52 | H12A(+11+30) | UUC UGG AGA UCC AUU AAA AC |
| 53 | H13A(+77+100) | CAG CAG UUG CGU GAU CUC CAC UAG |
| 54 | H13A(+55+75) | UUC AUC AAC UAC CAC CAC CAU |

12

| SEQ ID | SEQUENCE | NUCLEOTIDE SEQUENCE (5' - 3') |
|---|---|---|
| 55 | H13D(+06-19) | CUA AGC AAA AUA AUC UGA CCU UAA G |
| 56 | H14A(+37+64) | CUU GUA AAA GAA CCC AGC GGU CUU CUG U |
| 57 | H14A(+14+35) | CAU CUA CAG AUG UUU GCC CAU C |
| 58 | H14A(+51+73) | GAA GGA UGU CUU GUA AAA GAA CC |
| 59 | H14D(-02+18) | ACC UGU UCU UCA GUA AGA CG |
| 60 | H14D(+14-10) | CAU GAC ACA CCU GUU CUU CAG UAA |
| 61 | H14A(+61+80) | CAU UUG AGA AGG AUG UCU UG |
| 62 | H14A(-12+12) | AUC UCC CAA UAC CUG GAG AAG AGA |
| 63 | H15A(-12+19) | GCC AUG CAC UAA AAA GGC ACU GCA AGA CAU U |
| 64 | H15A(+48+71) | UCU UUA AAG CCA GUU GUG UGA AUC |
| 65 | H15A(+08+28) | UUU CUG AAA GCC AUG CAC UAA |
| 66 | H15D(+17-08) | GUA CAU ACG GCC AGU UUU UGA AGA C |
| 67 | H16A(-12+19) | CUA GAU CCG CUU UUA AAA CCU GUU AAA ACA A |
| 68 | H16A(-06+25) | UCU UUU CUA GAU CCG CUU UUA AAA CCU GUU A |
| 69 | H16A(-06+19) | CUA GAU CCG CUU UUA AAA CCU GUU A |
| 70 | H16A(+87+109) | CCG UCU UCU GGG UCA CUG ACU UA |
| 71 | H16A(-07+19) | CUA GAU CCG CUU UUA AAA CCU GUU AA |
| 72 | H16A(-07+13) | CCG CUU UUA AAA CCU GUU AA |
| 73 | H16A(+12+37) | UGG AUU GCU UUU UCU UUU CUA GAU CC |
| 74 | H16A(+92+116) | CAU GCU UCC GUC UUC UGG GUC ACU G |
| 75 | H16A(+45+67) | G AUC UUG UUU GAG UGA AUA CAG U |
| 76 | H16A(+105+126) | GUU AUC CAG CCA UGC UUC CGU C |
| 77 | H16D(+05-20) | UGA UAA UUG GUA UCA CUA ACC UGU G |
| 78 | H16D(+12-11) | GUA UCA CUA ACC UGU GCU GUA C |
| 79 | H19A(+35+53) | CUG CUG GCA UCU UGC AGU U |
| 80 | H19A(+35+65) | GCC UGA GCU GAU CUG CUG GCA UCU UGC AGU U |
| 81 | H20A(+44+71) | CUG GCA GAA UUC GAU CCA CCG GCU GUU C |
| 82 | H20A(+147+168) | CAG CAG UAG UUG UCA UCU GCU C |
| 83 | H20A(+185+203) | UGA UGG GGU GGU GGG UUG G |
| 84 | H20A(-08+17) | AUC UGC AUU AAC ACC CUC UAG AAA G |
| 85 | H20A(+30+53) | CCG GUC GUU CAG UUG UUC UGA GGC |
| 86 | H20A(-11+17) | AUC UGC AUU AAC ACC CUC UAG AAA GAA A |
| 87 | H20D(+08-20) | GAA GGA GAA GAG AUU CUU ACC UUA CAA A |
| 88 | H20A(+44+63) | AUU CGA UCC ACC GGC UGU UC |
| 89 | H20A(+149+168 | CAG CAG UAG UUG UCA UCU GC |
| 90 | H21A(-06+16) | GCC GGU UGA CUU CAU CCU GUG C |
| 91 | H21A(+85+106) | CUG CAU CCA GGA ACA UGG GUC C |

13

SRPT-VYDS-0003034

| SEQ ID | SEQUENCE | NUCLEOTIDE SEQUENCE (5' - 3') |
|---|---|---|
| 92 | H21A(+85+108) | GUC UGC AUC CAG GAA CAU GGG UC |
| 93 | H21A(+08+31) | GUU GAA GAU CUG AUA GCC GGU UGA |
| 94 | H21D(+18-07) | UAC UUA CUG UCU GUA GCU CUU UCU |
| 95 | H22A(+22+45) | CAC UCA UGG UCU CCU GAU AGC GCA |
| 96 | H22A(+125+106) | CUG CAA UUC CCC GAG UCU CUG C |
| 97 | H22A(+47+69) | ACU GCU GGA CCC AUG UCC UGA UG |
| 98 | H22A(+80+101) | CUA AGU UGA GGU AUG GAG AGU |
| 99 | H22D(+13-11) | UAU UCA CAG ACC UGC AAU UCC CC |
| 100 | H23A(+34+59) | ACA GUG GUG CUG AGA UAG UAU AGG CC |
| 101 | H23A(+18+39) | UAG GCC ACU UUG UUG CUC UUG C |
| 102 | H23A(+72+90) | UUC AGA GGG CGC UUU CUU C |
| 103 | H24A(+48+70) | GGG CAG GCC AUU CCU CCU UCA GA |
| 104 | H24A(-02+22) | UCU UCA GGG UUU GUA UGU GAU UCU |
| 105 | H25A(+9+36) | CUG GGC UGA AUU GUC UGA AUA UCA CUG |
| 106 | H25A(+131+156) | CUG UUG GCA CAU GUG AUC CCA CUG AG |
| 107 | H25D(+16-08) | GUC UAU ACC UGU UGG CAC AUG UGA |
| 108 | H26A(+132+156) | UGC UUU CUG UAA UUC AUC UGG AGU U |
| 109 | H26A(-07+19) | CCU CCU UUC UGG CAU AGA CCU UCC AC |
| 110 | H26A(+68+92) | UGU GUC AUC CAU UCG UGC AUC UCU G |
| 111 | H27A(+82+106) | UUA AGG CCU CUU UGG CUA CAG GUG G |
| 112 | H27A(-4+19) | GGG GCU CUU CUU UAG CUC UGU GA |
| 113 | H27D(+19-03) | GAC UUC CAA AGU CUU GCA UUU C |
| 114 | H28A(-05+19) | GCC AAC AUG CCC AAA CUU CCU AAG |
| 115 | H28A(+99+124) | CAG AGA UUU CCU CAG CUC CGC CAG GA |
| 116 | H28D(+16-05) | CUU ACA UCU AGC ACC UCA GAG |
| 117 | H29A(+57+81) | UCC GCC AUC UGU UAG GGU CUG UGC C |
| 118 | H29A(+18+42) | AUU UGG GUU AUC CUC UGA AUG UCG C |
| 119 | H29D(+17-05) | CAU ACC UCU UCA UGU AGU UCC C |
| 120 | H30A(+122+147) | CAU UUG AGC UGC GUC CAC CUU GUC UG |
| 121 | H30A(+25+50) | UCC UGG GCA GAC UGG AUG CUC UGU UC |
| 122 | H30D(+19-04) | UUG CCU GGG CUU CCU GAG GCA UU |
| 123 | H31D(+06-18) | UUC UGA AAU AAC AUA UAC CUG UGC |
| 124 | H31D(+03-22) | UAG UUU CUG AAA UAA CAU AUA CCU G |
| 125 | H31A(+05+25) | GAC UUG UCA AAU CAG AUU GGA |
| 126 | H31D(+04-20) | GUU UCU GAA AUA ACA UAU ACC UGU |
| 127 | H32D(+04-16) | CAC CAG AAA UAC AUA CCA CA |
| 128 | H32A(+151+170) | CAA UGA UUU AGC UGU GAC UG |
| 129 | H32A(+10+32) | CGA AAC UUC AUG GAG ACA UCU UG |
| 130 | H32A(+49+73) | CUU GUA GAC GCU GCU CAA AAU UGG C |
| 131 | H33D(+09-11) | CAU GCA CAC ACC UUU GCU CC |
| 132 | H33A(+53+76) | UCU GUA CAA UCU GAC GUC CAG UCU |

14

| SEQ ID | SEQUENCE | NUCLEOTIDE SEQUENCE (5' - 3') |
|---|---|---|
| 133 | H33A(+30+56) | GUC UUU AUC ACC AUU UCC ACU UCA GAC |
| 134 | H33A(+64+88) | CCG UCU GCU UUU UCU GUA CAA UCU G |
| 135 | H34A(+83+104) | UCC AUA UCU GUA GCU GCC AGC C |
| 136 | H34A(+143+165) | CCA GGC AAC UUC AGA AUC CAA AU |
| 137 | H34A(-20+10) | UUU CUG UUA CCU GAA AAG AAU UAU AAU GAA |
| 138 | H34A(+46+70) | CAU UCA UUU CCU UUC GCA UCU UAC G |
| 139 | H34A(+95+120) | UGA UCU CUU UGU CAA UUC CAU AUC UG |
| 140 | H34D(+10-20) | UUC AGU GAU AUA GGU UUU ACC UUU CCC CAG |
| 141 | H34A(+72+96) | CUG UAG CUG CCA GCC AUU CUG UCA AG |
| 142 | H35A(+141+161) | UCU UCU GCU CGG GAG GUG ACA |
| 143 | H35A(+116+135) | CCA GUU ACU AUU CAG AAG AC |
| 144 | H35A(+24+43) | UCU UCA GGU GCA CCU UCU GU |
| 145 | H36A(+26+50) | UGU GAU GUG GUC CAC AUU CUG GUC A |
| 146 | H36A(-02+18) | CCA UGU GUU UCU GGU AUU CC |
| 147 | H37A(+26+50) | CGU GUA GAG UCC ACC UUU GGG CGU A |
| 148 | H37A(+82+105) | UAC UAA UUU CCU GCA GUG GUC ACC |
| 149 | H37A(+134+157) | UUC UGU GUG AAA UGG CUG CAA AUC |
| 150 | H38A(-01+19) | CCU UCA AAG GAA UGG AGG CC |
| 151 | H38A(+59+83) | UGC UGA AUU UCA GCC UCC AGU GGU U |
| 152 | H38A(+88+112) | UGA AGU CUU CCU CUU UCA GAU UCA C |
| 153 | H39A(+62+85) | CUG GCU UUC UCU CAU CUG UGA UUC |
| 154 | H39A(+39+58) | GUU GUA AGU UGU CUC CUC UU |
| 155 | H39A(+102+121) | UUG UCU GUA ACA GCU GCU GU |
| 156 | H39D(+10-10) | GCU CUA AUA CCU UGA GAG CA |
| 157 | H40A(-05+17) | CUU UGA GAC CUC AAA UCC UGU U |
| 158 | H40A(+129+153) | CUU UAU UUU CCU UUC AUC UCU GGG C |
| 159 | H42A(-04+23) | AUC GUU UCU UCA CGG ACA GUG UGC UGG |
| 160 | H42A(+86+109) | GGG CUU GUG AGA CAU GAG UGA UUU |
| 161 | H42D(+19-02) | A CCU UCA GAG GAC UCC UCU UGC |
| 162 | H43D(+10-15) | UAU GUG UUA CCU ACC UUU GUC GGU C |
| 163 | H43A(+101+120) | GGA GAG AGC UUC CUG UAG CU |
| 164 | H43A(+78+100) | UCA CCC UUU CCA CAG GCG UUG CA |
| 165 | H44A(+85+104) | UUU GGU UCU UUC UGA GAA AC |
| 166 | H44D(+10-10) | AAA GAC UUA CCU UAA GAU AC |
| 167 | H44A(-06+14) | AUC UGU CAA AUC GCC UGC AG |
| 168 | H46D(+16-04) | UUA CCU UGA CUU GCU CAA GC |
| 169 | H46A(+90+109) | UCC AGG UUC AAG UGG GAU AC |
| 170 | H47A(+76+100) | GCU CUU CUG GGC UUA UGG GAG CAC U |
| 171 | H47D(+25-02) | ACC UUU AUC CAC UGG AGA UUU GUC UGC |

15

SRPT-VYDS-0003036

| SEQ ID | SEQUENCE | NUCLEOTIDE SEQUENCE (5' - 3') |
|---|---|---|
| 172 | H47A(-9+12) | UUC CAC CAG UAA CUG AAA CAG |
| 173 | H50A(+02+30) | CCA CUC AGA GCU CAG AUC UUC UAA CUU CC |
| 174 | H50A(+07+33) | CUU CCA CUC AGA GCU CAG AUC UUC UAA |
| 175 | H50D(+07-18) | GGG AUC CAG UAU ACU UAC AGG CUC C |
| 176 | H51A(-01+25) | ACC AGA GUA ACA GUC UGA GUA GGA GC |
| 177 | H51D(+16-07) | CUC AUA CCU UCU GCU UGA UGA UC |
| 178 | H51A(+111 +134) | UUC UGU CCA AGC CCG GUU GAA AUC |
| 179 | H51A(+61+90) | ACA UCA AGG AAG AUG GCA UUU CUA GUU UGG |
| 180 | H51A(+66+90) | ACA UCA AGG AAG AUG GCA UUU CUA G |
| 181 | H51A(+66+95) | CUC CAA CAU CAA GGA AGA UGG CAU UUC UAG |
| 182 | H51D(+08-17) | AUC AUU UUU UCU CAU ACC UUC UGC U |
| 183 | H51A/D(+08-17) & (-15+) | AUC AUU UUU UCU CAU ACC UUC UGC UAG GAG CUA AAA |
| 184 | H51A(+175+195) | CAC CCA CCA UCA CCC UCU GUG |
| 185 | H51A(+199+220) | AUC AUC UCG UUG AUA UCC UCA A |
| 186 | H52A(-07+14) | UCC UGC AUU GUU GCC UGU AAG |
| 187 | H52A(+12+41) | UCC AAC UGG GGA CGC CUC UGU UCC AAA UCC |
| 188 | H52A(+17+37) | ACU GGG GAC GCC UCU GUU CCA |
| 189 | H52A(+93+112) | CCG UAA UGA UUG UUC UAG CC |
| 190 | H52D(+05-15) | UGU UAA AAA ACU UAC UUC GA |
| 191 | H53A(+45+69) | CAU UCA ACU GUU GCC UCC GGU UCU G |
| 192 | H53A(+39+62) | CUG UUG CCU CCG GUU CUG AAG GUG |
| 193 | H53A(+39+69) | CAU UCA ACU GUU GCC UCC GGU UCU GAA GGU G |
| 194 | H53D(+14-07) | UAC UAA CCU UGG UUU CUG UGA |
| 195 | H53A(+23+47) | CUG AAG GUG UUC UUG UAC UUC AUC C |
| 196 | H53A(+150+176) | UGU AUA GGG ACC CUC CUU CCA UGA CUC |
| 197 | H53D(+20-05) | CUA ACC UUG GUU UCU GUG AUU UUC U |
| 198 | H53D(+09-18) | GGU AUC UUU GAU ACU AAC CUU GGU UUC |
| 199 | H53A(-12+10) | AUU CUU UCA ACU AGA AUA AAA G |
| 200 | H53A(-07+18) | GAU UCU GAA UUC UUU CAA CUA GAA U |
| 201 | H53A(+07+26) | AUC CCA CUG AUU CUG AAU UC |
| 202 | H53A(+124+145) | UUG GCU CUG GCC UGU CCU AAG A |
| 203 | H46A(+86+115) | CUC UUU UCC AGG UUC AAG UGG GAU ACU AGC |
| 204 | H46A(+107+137) | CAA GCU UUU CUU UUA GUU GCU GCU CUU UUC C |
| 205 | H46A(-10+20) | UAU UCU UUU GUU CUU CUA GCC UGG AGA |

SRPT-VYDS-0003037

| SEQ ID | SEQUENCE | NUCLEOTIDE SEQUENCE (5' - 3') |
|---|---|---|
| | | AAG |
| 206 | H46A(+50+77) | CUG CUU CCU CCA ACC AUA AAA CAA AUU C |
| 207 | H45A(-06+20) | CCA AUG CCA UCC UGG AGU UCC UGU AA |
| 208 | H45A(+91 +110) | UCC UGU AGA AUA CUG GCA UC |
| 209 | H45A(+125+151) | UGC AGA CCU CCU GCC ACC GCA GAU UCA |
| 210 | H45D(+16 -04) | CUA CCU CUU UUU UCU GUC UG |
| 211 | H45A(+71+90) | UGU UUU UGA GGA UUG CUG AA |

**Table 1A:** Description of 2'-O-methyl phosphorothioate antisense oligonucleotides that have been used to date to study induced exon skipping during the processing of the dystrophin pre-mRNA.  Since these 2'-O-methyl antisense oligonucleotides are more RNA-like, U represents uracil.  With other antisense chemistries such as peptide nucleic acids or morpholinos, these U bases may be shown as "T".

| SEQ ID | SEQUENCE | NUCLEOTIDE SEQUENCE (5'-3') |
|---|---|---|
| 81 | H20A(+44+71) | CUG GCA GAA UUC GAU CCA CCG GCU |
| 82 | H20A(+147+168) | GUU C |
| | | CAG CAG UAG UUG UCA UCU GCU C |
| 80 | H19A(+35+65) | GCC UGA GCU GAU CUG CUG GCA UCU |
| 81 | H20A(+44+71) | UGC |
| 82 | H20A(+147+168) | AGU U |
| | | CUG GCA GAA UUC GAU CCA CCG GCU |
| | | GUU C |
| | | CAG CAG UAG UUG UCA UCU GCU C |
| 194 | H53D(+14-07) | UAC UAA CCU UGG UUU CUG UGA |
| 195 | H53A(+23+47) | CUG AAG GUG UUC UUG UAC UUC AUC C |
| 196 | H53A(+150+175) | UGU AUA GGG ACC CUC CUU CCA UGA |
| | | CUC |

**Table 1B:** Description of a cocktail of 2'-O-methyl phosphorothioate antisense oligonucleotides that have been used to date to study induced exon skipping during the processing of the dystrophin pre-mRNA.

| SEQ ID | SEQUENCE | NUCLEOTIDE SEQUENCE (5'-3') |
|---|---|---|
| 81 | H20A(+44+71)- | CUG GCA GAA UUC GAU CCA CCG GCU GUU C- |
| 82 | H20A(+147+168) | CAG CAG UAG UUG UCA UCU GCU C |
| 80 | H19A(+35+65)- | GCC UGA GCU GAU CUG CUG GCA UCU UGC |
| | | AGU U |
| 88 | H20A(+44+63)- | -AUU CGA UCC ACC GGC UGU UC- |

17

SRPT-VYDS-0003038

| SEQ ID | SEQUENCE | NUCLEOTIDE SEQUENCE (5'-3') |
|---|---|---|
| 79 | H20A(+149+168) | CUG CUG GCA UCU UGC AGU U |
| 80 | H19A(+35+65)- | GCC UGA GCU GAU CUG CUG GCA UCU UGC AGU U |
| 88 | H20A(+44+63) | -AUU CGA UCC ACC GGC UGU UC- |
| 80 | H19A(+35+65)- | GCC UGA GCU GAU CUG CUG GCA UCU UGC AGU U |
| 79 | H20A(+149+168) | -CUG CUG GCA UCU UGC AGU U |
| 138 | H34A(+46+70)- | CAU UCA UUU CCU UUC GCA UCU UAC G- |
| 139 | H34A(+94+120) | UGA UCU UGU UGU CAA UUC CAU AUC UG |
| 124 | H31D(+03-22)-UU- | UAG UUU CUG AAA UAA CAU AUA CCU G-UU- |
| 144 | H35A(+24+43) | UCU UCA GGU GCA CCU UCU GU |
| 195 | H53A(+23+47)-AA- | CUG AAG GUG UUC UUG UAC UUC AUC C- |
| 196 | H53A(+150+175)-AA- | UGU AUA GGG ACC CUC CUU CCA UGA CUC-AA- |
| 194 | H53D(+14-07) | UAC UAA CCU UGG UUU CUG UGA |
| -212 | Aimed at exons 19/20/20 | CAG CAG UAG UUG UCA UCU GCU CAA CUG GCA GAA UUC GAU CCA CCG GCU GUU CAA GCC UGA GCU GAU CUG CUC GCA UCU UGC AGU |

**Table 1C:** Description of a "weasel" of 2'-O-methyl phosphorothioate antisense oligonucleotides that have been used to date to study induced exon skipping during the processing of the dystrophin pre-mRNA.


DETAILED DESCRIPTION OF THE INVENTION


5    General

Those skilled in the art will appreciate that the invention described herein is susceptible to variations and modifications other than those specifically described. It is to be understood that the invention includes all such variation and modifications. The invention also includes all of the steps, features, compositions and compounds referred to

10    or indicated in the specification, individually or collectively and any and all combinations or any two or more of the steps or features.

18

SRPT-VYDS-0003039

The present invention is not to be limited in scope by the specific embodiments described herein, which are intended for the purpose of exemplification only. Functionally equivalent products, compositions and methods are clearly within the scope of the invention as described herein.

5          Sequence identity numbers (SEQ ID NO:) containing nucleotide and amino acid sequence information included in this specification are collected at the end of the description and have been prepared using the programme PatentIn Version 3.0.  Each nucleotide or amino acid sequence is identified in the sequence listing by the numeric indicator <210> followed by the sequence identifier (*e.g.* <210>1, <210>2, etc.).  The

10         length, type of sequence and source organism for each nucleotide or amino acid sequence are indicated by information provided in the numeric indicator fields <211>, <212> and <213>, respectively.  Nucleotide and amino acid sequences referred to in the specification are defined by the information provided in numeric indicator field <400> followed by the sequence identifier (*e.g.* <400>1, <400>2, etc.).

15         An antisense molecules nomenclature system was proposed and published to distinguish between the different antisense molecules (see Mann *et al*., (2002) <u>J Gen Med</u> 4, 644-654).  This nomenclature became especially relevant when testing several slightly different antisense molecules, all directed at the same target region, as shown below:

20                    H # A/D (x : y).

The first letter designates the species (*e.g.* H: human, M: rnurine, C: canine) "#" designates target dystrophin exon number.

"A/D" indicates acceptor or donor splice site at the beginning and end of the exon, respectively.

25         (x y) represents the annealing coordinates where "-" or "+" indicate intronic or exonic sequences respectively.  As an example, A(-6+18) would indicate the last 6 bases of the intron preceding the target exon and the first 18 bases of the target exon.  The closest splice site would be the acceptor so these coordinates would be preceded with an "A".  Describing annealing coordinates at the donor splice site could be D(+2-18) where the last

19

SRPT-VYDS-0003040

2 exonic bases and the first 18 intronic bases correspond to the annealing site of the antisense molecule.  Entirely exonic annealing coordinates that would be represented by A(+65+85), that is the site between the 65th and 85th nucleotide from the start of that exon.

5        The entire disclosures of all publications (including patents, patent applications, journal articles, laboratory manuals, books, or other documents) cited herein are hereby incorporated by reference.  No admission is made that any of the references constitute prior art or are part of the common general knowledge of those working in the field to which this invention relates.

10        As used necessarily herein the term "derived" and "derived from" shall be taken to indicate that a specific integer may be obtained from a particular source *albeit* not directly from that source.

        Throughout this specification, unless the context requires o#herwise, the word "comprise", or variations such as "comprises" or "comprising", will be understood to imply the inclusion of a stated integer or group of integers but not the exclusion of any 15   other integer or group of integers.

        Other definitions for selected terms used herein may be found within the detailed description of the invention and apply throughout.  Unless otherwise defined, all other scientific and technical terms used herein have the same meaning as commonly understood to one of ordinary skill in the art to which the invention belongs.

20   DESCRIPTION OF THE PREFERRED EMBODIMENT

        When antisense molecule(s) are targeted to nucleotide sequences involved in splicing in exons within pre-mRNA sequences, normal splicing of the exon may be inhibited causing the splicing machinery to by-pass the entire mutated exon from the mature mRNA.  The concept of antisense oligonucleotide induced exon skipping is shown 25   in Figure 2.  In many genes, deletion of an entire exon would lead to the production of a non-functional protein through the loss of important functional domains or the disruption of the reading frame.  In some proteins, however, it is possible to shorten the protein by deleting one or more exons, without disrupting the reading frame, from within the protein

20

SRPT-VYDS-0003041

without seriously altering the biological activity of the protein.  Typically, such proteins have a structural role and or possess functional domains at their ends.  The present invention describes antisense molecules capable of binding to specified dystrophin pre-mRNA targets and re-directing processing of that gene.

5    <u>Antisense Molecules</u>

According to a first aspect of the invention, there is provided antisense molecules capable of binding to a selected target to induce exon skipping.  To induce exon skipping in exons of the Dystrophin gene transcript, the antisense molecules are preferably selected from the group of compounds shown in Table 1A.  There is also provided a

10    combination or "cocktail" of two or more antisense oligonucleotides capable of binding to a selected target to induce exon skipping.  To induce exon skipping in exons of the Dystrophin gene transcript, the antisense molecules in a "cocktail" are preferably selected from the group of compounds shown in Table 1B.  Alternatively, exon skipping may be induced by antisense oligonucleotides joined together "weasels" preferably selected from

15    the group of compounds shown in Table 1C.

Designing antisense molecules to completely mask consensus splice sites may not necessarily generate any skipping of the targeted exon.  Furthermore, the inventors have discovered that size or length of the antisense oligonucleotide itself is not always a primary factor when designing antisense molecules.  With some targets such as exon 19,

20    antisense oligonucleotides as short as 12 bases were able to induce exon skipping, *albeit* not as efficiently as longer (20-31 bases) oligonucleotides.  In some other targets, such as murine dystrophin exon 23, antisense oligonucleotides only 17 residues long were able to induce more efficient skipping than another overlapping compound of 25 nucleotides.

The inventors have also discovered that there does not appear to be any

25    standard motif that can be blocked or masked by antisense molecules to redirect splicing. In some exons, such as mouse dystrophin exon 23, the donor splice site was the most amenable to target to re-direct skipping of that exon.  It should be noted that designing and testing a series of exon 23 specific antisense molecules to anneal to overlapping regions of

21

SRPT-VYDS-0003042

the donor splice site showed considerable variation in the efficacy of induced exon skipping.  As reported in Mann *et al*., (2002) there was a significant variation in the efficiency of bypassing the nonsense mutation depending upon antisense oligonucleotide annealing ("Improved antisense oligonucleotide induced exon skipping in the *mdx* mouse model of muscular dystrophy".  J Gen Med 4: 644-654).  Targeting the acceptor site of exon 23 or several internal domains was not found to induce any consistent exon 23 skipping.

In other exons targeted for removal, masking the donor splice site did not induce any exon skipping.  However, by directing antisense molecules to the acceptor splice site (human exon 8 as discussed below), strong and sustained exon skipping was induced.  It should be noted that removal of human exon 8 was tightly linked with the co-removal of exon 9.  There is no strong sequence homology between the exon 8 antisense oligonucleotides and corresponding regions of exon 9 so it does not appear to be a matter of cross reaction.  Rather the splicing of these two exons is inextricably linked.  This is not an isolated instance as the same effect is observed in canine cells where targeting exon 8 for removal also resulted in the skipping of exon 9.  Targeting exon 23 for removal in the mouse dystrophin pre-mRNA also results in the frequent removal of exon 22 as well.  This effect occurs in a dose dependent manner and also indicates close coordinated processing of 2 adjacent exons.

In other targeted exons, antisense molecules directed at the donor or acceptor splice sites did not induce exon skipping while annealing antisense molecules to intra-exonic regions (*i.e.* exon splicing enhancers within human dystrophin exon 6) was most efficient at inducing exon skipping.  Some exons, both mouse and human exon 19 for example, are readily skipped by targeting antisense molecules to a variety of motifs.  That is, targeted exon skipping is induced after using antisense oligonucleotides to mask donor and acceptor splice sites or exon splicing enhancers.

To identify and select antisense oligonucleotides suitable for use in the modulation of exon skipping, a nucleic acid sequence whose function is to be modulated must first be identified.  This may be, for example, a gene (or mRNA transcribed form the

22

AVN-008CN41

gene) whose expression is associated with a particular disorder or disease state, or a nucleic acid molecule from an infectious agent.  Within the context of the present invention, preferred target site(s) are those involved in mRNA splicing (*i.e.* splice donor sites, splice acceptor sites, or exonic splicing enhancer elements).  Splicing branch points and exon

5    recognition sequences or splice enhancers are also potential target sites for modulation of mRNA splicing.

Preferably, the present invention aims to provide antisense molecules capable of binding to a selected target in the dystrophin pre-mRNA to induce efficient and consistent exon skipping.  Duchenne muscular dystrophy arises from mutations that

10    preclude the synthesis of a functional dystrophin gene product.  These Duchenne muscular dystrophy gene defects are typically nonsense mutations or genomic rearrangements such as deletions, duplications or micro-deletions or insertions that disrupt the reading frame. As the human dystrophin gene is a large and complex gene with the 79 exons being spliced together to generate a mature mRNA with an open reading frame of approximately 11,000

15    bases, there are many positions where these mutations can occur.  Consequently, a comprehensive antisense oligonucleotide based therapy to address many of the different disease-causing mutations in the dystrophin gene will require that many exons can be targeted for removal during the splicing process.

Within the context of the present invention, preferred target site(s) are those

20    involved in mRNA splicing (*i.e.* splice donor sites, splice acceptor sites or exonic splicing enhancer elements).  Splicing branch points and exon recognition sequences or splice enhancers are also potential target sites for modulation of mRNA splicing.

The oligonucleotide and the DNA or RNA are complementary to each other when a sufficient number of corresponding positions in each molecule are occupied by

25    nucleotides which can hydrogen bond with each other.  Thus, "specifically hybridisable" and "complementary" are terms which are used to indicate a sufficient degree of complementarity or precise pairing such that stable and specific binding occurs between the oligonucleotide and the DNA or RNA target.  It is understood in the art that the sequence of an antisense molecule need not be 100% complementary to that of its target sequence to

23

SRPT-VYDS-0003044

be specifically hybridisable.  An antisense molecule is specifically hybridisable when binding of the compound to the target DNA or RNA molecule interferes with the normal function of the target DNA or RNA to cause a loss of utility, and there is a sufficient degree of complementarity to avoid non-specific binding of the antisense compound to

5    non-target sequences under conditions in which specific binding is desired, *i.e.*, under physiological conditions in the case of *in vivo* assays or therapeutic treatment, and in the case of *in vitro* assays, under conditions in which the assays are performed.

While the above method may be used to select antisense molecules capable of deleting any exon from within a protein that is capable of being shortened without

10    affecting its biological function, the exon deletion should not lead to a reading frame shift in the shortened transcribed mRNA.  Thus, if in a linear sequence of three exons the end of the first exon encodes two of three nucleotides in a codon and the next exon is deleted then the third exon in the linear sequence must start with a single nucleotide that is capable of completing the nucleotide triplet for a codon.  If the third exon does not commence with a

15    single nucleotide there will be a reading frame shift that would lead to the generation of truncated or a non-functional protein.

It wilt be appreciated that the codon arrangements at the end of exons in structural proteins may not always break at the end of a codon, consequently there may be a need to delete more than one exon from the pre-mRNA to ensure in-frame reading of the

20    mRNA.  In such circumstances, a plurality of antisense oligonucleotides may need to be selected by the method of the invention wherein each is directed to a different region responsible for inducing splicing in the exons that are to be deleted.

The length of an antisense molecule may vary so long as it is capable of binding selectively to the intended location within the pre-mRNA molecule.  The length of

25    such sequences can be determined in accordance with selection procedures described herein.  Generally, the antisense molecule will be from about 10 nucleotides in length up to about 50 nucleotides in length.  It will be appreciated however that any length of nucleotides within this range may be used in the method.  Preferably, the length of the antisense molecule is between 17 to 30 nucleotides in length.

24

In order to determine which exons can be connected in a dystrophin gene, reference should be made to an exon boundary map. Connection of one exon with another is based on the exons possessing the same number at the 3' border as is present at the 5' border of the exon to which it is being connected. Therefore, if exon 7 were deleted, exon

5    6 must connect to either exons 12 or 18 to maintain the reading frame. Thus, antisense oligonucleotides would need to be selected which redirected splicing for exons 7 to 11 in the first instance or exons 7 to 17 in the second instance. Another and somewhat simpler approach to restore the reading frame around an exon 7 deletion would be to remove the two flanking exons. Induction of exons 6 and 8 skipping should result in an in-frame

10   transcript with the splicing of exons 5 to 9. In practise however, targeting exon 8 for removal from the pre-mRNA results in the co-removal of exon 9 so the resultant transcript would have exon 5 joined to exon 10. The inclusion or exclusion of exon 9 does not alter the reading frame. Once the antisense molecules to be tested have been identified, they are prepared according to standard techniques known in the art. The most common method for

15   producing antisense molecules is the methylation of the 2' hydroxyribose position and the incorporation of a phosphorothioate backbone produces molecules that superficially resemble RNA but that are much more resistant to nuclease degradation.

To avoid degradation of pre-mRNA during duplex formation with the antisense molecules, the antisense molecules used in the method may be adapted to

20   minimise or prevent cleavage by endogenous RNase H. This property is highly preferred as the treatment of the RNA with the unmethylated oligonucleotides either intracellularly or in crude extracts that contain RNase H leads to degradation of the pre-mRNA: antisense oligonucleotide duplexes. Any form of modified antisense molecules that is capable of by-passing or not inducing such degradation may be used in the present method. An example

25   of antisense molecules which when duplexed with RNA are not cleaved by cellular RNase H is 2'-O-methyl derivatives. 2'-O-methyl-oligoribonucleotides are very stable in a cellular environment and in animal tissues, and their duplexes with RNA have higher Tm values than their ribo- or deoxyribo- counterparts.

25

SRPT-VYDS-0003046

Antisense molecules that do not activate RNase H can be made in accordance with known techniques (*see, e.g.*, U.S. Pat. 5,149,797). Such antisense molecules, which may be deoxyribonucleotide or ribonucleotide sequences, simply contain any structural modification which sterically hinders or prevents binding of RNase H to a

5  duplex molecule containing the oligonucleotide as one member thereof, which structural modification does not substantially hinder or disrupt duplex formation. Because the portions of the oligonucleotide involved in duplex formation are substantially different from those portions involved in RNase H binding thereto, numerous antisense molecules that do not activate RNase H are available. For example, such antisense molecules may be

10  oligonucleotides wherein at least one, or all, of the inter-nucleotide bridging phosphate residues are modified phosphates, such as methyl phosphonates, methyl phosphorothioates, phosphoromorpholidates, phosphoropiperazidates and phosphoramidates. For example, every other one of the internucleotide bridging phosphate residues may be modified as described. In another non-limiting example, such antisense molecules are molecules

15  wherein at least one, or all, of the nucleotides contain a 2' lower alkyl moiety (*e.g.*, $C_1$-$C_4$, linear or branched, saturated or unsaturated alkyl, such as methyl, ethyl, ethenyl, propyl, 1-propenyl, 2-propenyl, and isopropyl). For example, every other one of the nucleotides may be modified as described.

While antisense oligonucleotides are a preferred form of the antisense

20  molecules, the present invention comprehends other oligomeric antisense molecules, including but not limited to oligonucleotide mimetics such as are described below.

Specific examples of preferred antisense compounds useful in this invention include oligonucleotides containing modified backbones or non-natural inter-nucleoside linkages. As defined in this specification, oligonucleotides having modified backbones

25  include those that retain a phosphorus atom in the backbone and those that do not have a phosphorus atom in the backbone. For the purposes of this specification, and as sometimes referenced in the art, modified oligonucleotides that do not have a phosphorus atom in their inter-nucleoside backbone can also be considered to be oligonucleosides.

26

SRPT-VYDS-0003047

In other preferred oligonucleotide mimetics, both the sugar and the inter-
nucleoside linkage, *i.e.*, the backbone, of the nucleotide units are replaced with novel
groups. The base units are maintained for hybridization with an appropriate nucleic acid
target compound. One such oligomeric compound, an oligonucleotide mimetic that has

5    been shown to have excellent hybridization properties, is referred to as a peptide nucleic
acid (PNA). In PNA compounds, the sugar-backbone of an oligonucleotide is replaced
with an amide containing backbone, in particular an aminoethylglycine backbone. The
nucleo-bases are retained and are bound directly or indirectly to aza nitrogen atoms of the
amide portion of the backbone.

10    Modified oligonucleotides may also contain one or more substituted sugar
moieties. Oligonucleotides may also include nucleobase (often referred to in the art simply
as "base") modifications or substitutions. Certain nucleo-bases are particularly useful for
increasing the binding affinity of the oligomeric compounds of the invention. These
include 5-substituted pyrimidines, 6-azapyrimidines and N-2, N-6 and O-6 substituted

15    purines, including 2-aminopropyladenine, 5-propynyluracil and 5-propynylcytosine. 5-
methylcytosine substitutions have been shown to increase nucleic acid duplex stability by
0.6-1.2°C and are presently preferred base substitutions, even more particularly when
combined with 2'-O-methoxyethyl sugar modifications.

Another modification of the oligonucleotides of the invention involves

20    chemically linking to the oligonucleotide one or more moieties or conjugates that enhance
the activity, cellular distribution or cellular uptake of the oligonucleotide. Such moieties
include but are not limited to lipid moieties such as a cholesterol moiety, cholic acid, a
thioether, *e.g.*, hexyl-S-tritylthiol, a thiocholesterol, an aliphatic chain, *e.g.*, dodecandiol or
undecyl residues, a phospholipid, *e.g.*, di-hexadecyl-rac-glycerol or triethylammonium 1,2-

25    di-O-hexadecyl-rac-glycero-3-H-phosphonate, a polyamine or a polyethylene glycol chain,
or adamantane acetic acid, a palmityl moiety, or an octadecylamine or hexylamino-
carbonyl-oxycholesterol moiety.

It is not necessary far all positions in a given compound to be uniformly
modified, and in fact more than one of the aforementioned modifications may be

27

SRPT-VYDS-0003048

incorporated in a single compound or even at a single nucleoside within an oligonucleotide. The present invention also includes antisense compounds that are chimeric compounds. "Chimeric" antisense compounds or "chimeras," in the context of this invention, are antisense molecules, particularly oligonucleotides, which contain two or more chemically

5    distinct regions, each made up of at least one monomer unit, *i.e.*, a nucleotide in the case of an oligonucleotide compound. These oligonucleotides typically contain at least one region wherein the oligonucleotide is modified so as to confer upon the increased resistance to nuclease degradation, increased cellular uptake, and an additional region for increased binding affinity for the target nucleic acid.

10   Methods of Manufacturing Antisense Molecules

The antisense molecules used in accordance with this invention may be conveniently and routinely made through the well-known technique of solid phase synthesis. Equipment for such synthesis is sold by several vendors including, for example, Applied Biosystems (Foster City, Calif.). One method for synthesising oligonucleotides on

15   a modified solid support is described in U.S. Pat. No. 4,458,066.

Any other means for such synthesis known in the art may additionally or alternatively be employed. It is well known to use similar techniques to prepare oligonucleotides such as the phosphorothioates ~ and alkylated derivatives. In one such automated embodiment, diethyl-phosphoramidites are used as starting materials and may

20   be synthesized as described by Beaucage, *et al.*, (1981) *Tetrahedron Letters*, 22:1859-1862.

The antisense molecules of the invention are synthesised *in vitro* and do not include antisense compositions of biological origin, or genetic vector constructs designed to direct the *in vivo* synthesis of antisense molecules. The molecules of the invention may also be mixed, encapsulated, conjugated or otherwise associated with other molecules,

25   molecule structures or mixtures of compounds, as for example, liposomes, receptor targeted molecules, oral, rectal, topical or other formulations, for assisting in uptake, distribution and/or absorption.

28

Therapeutic Agents

The present invention also can be used as a prophylactic or therapeutic, which may be utilised for the purpose of treatment of a genetic disease.

Accordingly, in one embodiment the present invention provides antisense
5    molecules that bind to a selected target in the dystrophin pre-mRNA to induce efficient and consistent exon skipping described herein in a therapeutically effective amount admixed with a pharmaceutically acceptable carrier, diluent, or excipient.

The phrase "pharmaceutically acceptable" refers to molecular entities and compositions that are physiologically tolerable and do not typically produce an allergic or
10    similarly untoward reaction, such as gastric upset and the like, when administered to a patient.  The term "carrier" refers to a diluent, adjuvant, excipient, or vehicle with which the compound is administered.  Such pharmaceutical carriers can be sterile liquids, such as water and oils, including those of petroleum, animal, vegetable or synthetic origin, such as peanut oil, soybean oil, mineral oil, sesame oil and the like.  Water or saline solutions and
15    aqueous dextrose and glycerol solutions are preferably employed as carriers, particularly for injectable solutions.  Suitable pharmaceutical carriers are described in Martin, *Remington's Pharmaceutical Sciences*, 18th Ed., Mack Publishing Co., Easton, PA, (1990).

In a more specific form of the invention there are provided pharmaceutical compositions comprising therapeutically effective amounts of an antisense molecule
20    together with pharmaceutically acceptable diluents, preservatives, solubilizers, emulsifiers, adjuvants and/or carriers.  Such compositions include diluents of various buffer content (*e.g.*, Tris-HCl, acetate, phosphate), pH and ionic strength and additives such as detergents and solubilizing agents (*e.g.*, Tween 80, Polysorbate 80), anti-oxidants (*e.g.*, ascorbic acid, sodium metabisulfite), preservatives (*e.g.*, Thimersol, benzyl alcohol) and bulking
25    substances (*e.g.*, lactose, mannitol).  The material may be incorporated into particulate preparations of polymeric compounds such as polylactic acid, polyglycolic acid, etc. or into liposomes.  Hylauronic acid may also be used.  Such compositions may influence the physical state, stability, rate of *in vivo* release, and rate of *in vivo* clearance of the present proteins and derivatives.  *See, e.g., Martin, Remington's Pharmaceutical Sciences*, 18th Ed.

29

SRPT-VYDS-0003050

(1990, Mack Publishing Co., Easton, PA 18042) pages 1435-1712 that are herein incorporated by reference. The compositions may be prepared in liquid form, or may be in dried powder, such as lyophilised form.

5    It will be appreciated that pharmaceutical compositions provided according to the present invention may be administered by any means known in the art. Preferably, the pharmaceutical compositions for administration are administered by injection, orally, or by the pulmonary, or nasal route. The antisense molecules are more preferably delivered by intravenous, intra-arterial, intraperitoneal, intramuscular, or subcutaneous routes of administration.

10    Antisense molecule based therapy

Also addressed by the present invention is the use of antisense molecules of the present invention, for manufacture of a medicament for modulation of a genetic disease.

The delivery of a therapeutically useful amount of antisense molecules may
15    be achieved by methods previously published. For example, intracellular delivery of the antisense molecule may be via a composition comprising an admixture of the antisense molecule and an effective amount of a block copolymer. An example of this method is described in US patent application US 20040248833.

Other methods of delivery of antisense molecules to the nucleus are
20    described in Mann CJ *et al*., (2001) ["*Antisense-induced exon skipping and the synthesis of dystrophin in the mdx mouse*". Proc., Natl. Acad. Science, 98(1) 42-47J and in Gebski etal., (2003). Human Molecular Genetics, 12(15): 1801-1811.

A method for introducing a nucleic acid molecule into a cell by way of an expression vector either as naked DNA or complexed to lipid carriers, is described in US
25    patent US 6,806,084.

It may be desirable to deliver the antisense molecule in a colloidal dispersion system. Colloidal dispersion systems include macromolecule complexes,

30

nanocapsules, microspheres, beads, and lipid-based systems including oil-in-water emulsions, micelles, mixed micelles, and liposomes or liposome formulations.

Liposomes are artificial membrane vesicles which are useful as delivery vehicles *in vitro* and *in vivo*.  These formulations may have net cationic, anionic or neutral
5    charge characteristics and are useful characteristics with *in vitro*, *in vivo* and *ex vivo* delivery methods.  It has been shown that large unilamellar vesicles (LUV), which range in size from 0.2-4.0 .PHI.m can encapsulate a substantial percentage of an aqueous buffer containing large macromolecules.  RNA, and DNA can be encapsulated within the aqueous interior and be delivered to cells in a biologically active form (Fraley, *et al*., Trends
10    Biochem. Sci., 6:77, 1981).

In order for a liposome to be an efficient gene transfer vehicle, the following characteristics should be present: (1) encapsulation of the antisense molecule of interest at high efficiency while not compromising their biological activity; (2) preferential and substantial binding to a target cell in comparison to non-target cells; (3) delivery of the
15    aqueous contents of the vesicle to the target cell cytoplasm at high efficiency; and (4) accurate and effective expression of genetic information (Mannino, *et al*., Biotechniques, 6:682, 1988).

The composition of the liposome is usually a combination of phospholipids, particularly high-phase-transition-temperature phospholipids, usually in combination with
20    steroids, especially cholesterol.  Other phospholipids or other lipids may also be used.  The physical characteristics of liposomes depend on pH, ionic strength, and the presence of divalent cations.

Alternatively, the antisense construct may be combined with other pharmaceutically acceptable carriers or diluents to produce a pharmaceutical composition.
25    Suitable carriers and diluents include isotonic saline solutions, for example phosphate-buffered saline.  The composition may be formulated for parenteral, intramuscular, intravenous, subcutaneous, intraocular, oral or transdermal administration.

The routes of administration described are intended only as a guide since a skilled practitioner will be able to determine readily the optimum route of administration

31

SRPT-VYDS-0003052

and any dosage for any particular animal and condition. Multiple approaches for introducing functional new genetic material into cells, both *in vitro* and *in vivo* have been attempted (Friedmann (1989) Science, 244:1275-1280).

These approaches include integration of the gene to be expressed into
5    modified retroviruses (Friedmann (1989) supra; Rosenberg (1991) Cancer Research 51(18), suppl.: 5074S-5079S); integration into non-retrovirus vectors (Rosenfeld, *et al.* (1992) Cell, 68:143-155; Rosenfeld, *et al.* (1991) Science, 252:431-434); or delivery of a transgene linked to a heterologous promoter-enhancer element via liposomes (Friedmann (1989), supra; Brigham, *et al.* (1989) Am. J. Med. Sci., 298:278-281; Nabel, *et al.* (1990) Science,
10   249:1285-1288; Hazinski, *et al.* (1991) Am. J. Resp. Cell Molec. Biol., 4:206-209; and Wang and Huang (1987) Proc. Natl. Acad. Sci. (USA), 84:7851-7855); coupled to ligand-specific, cation-based transport systems (Wu and Wu (1988) J. Biol. Chem., 263:14621-14624) or the use of naked DNA, expression vectors (Nabel et al. (1990), supra); Wolff *et al.* (1990) Science, 247:1465-1468). Direct injection of transgenes into tissue produces
15   only localized expression (Rosenfeld (1992) supra); Rosenfeld *et al.* (1991) supra; Brigham *et al.* (1989) supra; Nabel (1990) supra; and Hazinski *et al.* (1991) supra). The Brigham *et al.* group (Am. J. Med. Sci. (1989) 298:278-281 and Clinical Research (1991) 39 (abstract)) have reported *in vivo* transfection only of lungs of mice following either intravenous or intratracheal administration of a DNA liposome complex. An example of a
20   review article of human gene therapy procedures is: Anderson, Science (1992) 256:808-813.

The antisense molecules of the invention encompass any pharmaceutically acceptable salts, esters, or salts of such esters, or any other compound which, upon administration to an animal including a human, is capable of providing (directly or
25   indirectly) the biologically active metabolite or residue thereof. Accordingly, for example, the disclosure is also drawn to prodrugs and pharmaceutically acceptable salts of the compounds of the invention, pharmaceutically acceptable salts of such pro-drugs, and other bioequivalents.

32

SRPT-VYDS-0003053

The term "pharmaceutically acceptable salts" refers to physiologically and pharmaceutically acceptable salts of the compounds of the invention: *i.e.*, salts that retain the desired biological activity of the parent compound and do not impart undesired toxicological effects thereto.

5     For oligonucleotides, preferred examples of pharmaceutically acceptable salts include but are not limited to (a) salts formed with cations such as sodium, potassium, ammonium, magnesium, calcium, polyamines such as spermine and spermidine, etc.; (b) acid addition salts formed with inorganic acids, for example hydrochloric acid, hydrobromic acid, sulfuric acid, phosphoric acid, nitric acid and the like; (c) salts formed

10    with organic acids such as, for example, acetic acid, oxalic acid, tartaric acid, succinic acid, malefic acid, fumaric acid, gluconic acid, citric acid, malic acid, ascorbic acid, benzoic acid, tannic acid, palmitic acid, alginic acid, polyglutamic acid, naphthalenesulfonic acid, methanesulfonic acid, p-toluenesulfonic acid, naphthalenedisulfonic acid, polygalacturonic acid, and the like; and (d) salts formed from elemental anions such as chlorine, bromine,

15    and iodine.  The pharmaceutical compositions of the present invention may be administered in a number of ways depending upon whether local or systemic treatment is desired and upon the area to be treated.  Administration may be topical (including ophthalmic and to mucous membranes including rectal delivery), pulmonary, *e.g.*, by inhalation or insufflation of powders or aerosols, (including by nebulizer, intratracheal,

20    intranasal, epidermal and transdermal), oral or parenteral.  Parenteral administration includes intravenous, intra-arterial, subcutaneous, intraperitoneal or intramuscular injection or infusion; or intracranial, *e.g.*, intrathecal or intraventricular, administration. Oligonucleotides with at least one 2'-O-methoxyethyl modification are believed to be particularly useful for oral administration.

25    The pharmaceutical formulations of the present invention, which may conveniently be presented in unit dosage form, may be prepared according to conventional techniques well known in the pharmaceutical industry.  Such techniques include the step of bringing into association the active ingredients with the pharmaceutical carrier(s) or excipient(s).  In general the formulations are prepared by uniformly and intimately bringing

33

SRPT-VYDS-0003054

into association the active ingredients with liquid carriers or finely divided solid carriers or both, and then, if necessary, shaping the product.

Kits of the Invention

The invention also provides kits for treatment of a patient with a genetic disease which kit comprises at least an antisense molecule, packaged in a suitable container, together with instructions for its use.

In a preferred embodiment, the kits will contain at least one antisense molecule as shown in Table 1A, or a cocktail of antisense molecules as shown in Table 1B or a "weasel" compound as shown in Table 1C.  The kits may also contain peripheral reagents such as buffers, stabilizers, etc.

Those of ordinary skill in the field should appreciate that applications of the above method has wide application for identifying antisense molecules suitable for use in the treatment of many other diseases.

EXAMPLES

The following Examples serve to more fully describe the manner of using the above-described invention, as well as to set forth the best modes contemplated for carrying out various aspects of the invention.  It is understood that these Examples in no way serve to limit the true scope of this invention, but rather are presented for illustrative purposes.  The references cited herein are expressly incorporated by reference.

Methods of molecular cloning, immunology and protein chemistry, which are not explicitly described in the following examples, are reported in the literature and are known by those skilled in the art.  General texts that described conventional molecular biology, microbiology, and recombinant DNA techniques within the skill of the art, included, for example: Sambrook *et al*, *Molecular Cloning: A Laboratory Manual*, Second Edition, Cold Spring Harbor Laboratory Press, Cold Spring Harbor, New York (1989); Glover ed., *DNA Cloning: A Practical Approach*, Volumes I and II, MRL Press, Ltd., Oxford, U.K. (1985); and Ausubel, F., Brent, R., Kingston, R.E., Moore, D.D., Seidman,

34

SRPT-VYDS-0003055

J.G., Smith, J.A., Struhl, K. *Current Protocols in Molecular Biology*. Greene Publishing
Associates/Wiley Intersciences, New York (2002).

### DETERMINING INDUCED EXON SKIPPING IN HUMAN MUSCLE CELLS

Attempts by the inventors to develop a rational approach in antisense
molecules design were not completely successful as there did not appear to be a consistent
trend that could be applied to all exons. As such, the identification of the most effective
and therefore most therapeutic antisense molecules compounds has been the result of
empirical studies.

These empirical studies involved the use of computer programs to identify
motifs potentially involved in the splicing process. Other computer programs were also
used to identify regions of the pre-mRNA which may not have had extensive secondary
structure and therefore potential sites for annealing of antisense molecules. Neither of
these approaches proved completely reliable in designing antisense oligonucleotides for
reliable and efficient induction of exon skipping.

Annealing sites on the human dystrophin pre-mRNA were selected for
examination, initially based upon known or predicted motifs or regions involved in
splicing. 2OMe antisense oligonucleotides were designed to be complementary to the
target sequences under investigation and were synthesised on an Expedite 8909 Nucleic
Acid Synthesiser. Upon completion of synthesis, the oligonucleotides were cleaved from
the support column and de-protected in ammonium hydroxide before being desalted. The
quality of the oligonucleotide synthesis was monitored by the intensity of the trityl signals
upon each deprotection step during the synthesis as detected in the synthesis log. The
concentration of the antisense oligonucleotide was estimated by measuring the absorbance
of a diluted aliquot at 260nm.

Specified amounts of the antisense molecules were then tested for their
ability to induce exon skipping in an *in vitro* assay, as described below.

Briefly, normal primary myoblast cultures were prepared from human
muscle biopsies obtained after informed consent. The cells were propagated and allowed

35

SRPT-VYDS-0003056

to differentiate into myotubes using standard culturing techniques. The cells were then transfected with the antisense oligonucleotides by delivery of the oligonucleotides to the cells as cationic lipoplexes, mixtures of antisense molecules or cationic liposome preparations.

5    The cells were then allowed to grow for another 24 hours, after which total RNA was extracted and molecular analysis commenced. Reverse transcriptase amplification (RT-PCR) was undertaken to study the targeted regions of the dystrophin pre-mRNA or induced exonic re-arrangements.

For example, in the testing of an antisense molecule for inducing exon 19

10    skipping the RT-PCR test scanned several exons to detect involvement of any adjacent exons. For example, when inducing skipping of exon 19, RT-PCR was carried out with primers that amplified across exons 17 and 21. Amplifications of even larger products in this area (*i.e.* exons 13-26) were also carried out to ensure that there was minimal amplification bias for the shorter induced skipped transcript. Shorter or exon skipped

15    products tend to be amplified more efficiently and may bias the estimated of the normal and induced transcript.

The sizes of the amplification reaction products were estimated on an agarose gel and compared against appropriate size standards. The final confirmation of identity of these products was carried out by direct DNA sequencing to establish that the

20    correct or expected exon junctions have been maintained.

Once efficient exon skipping had been induced with one antisense molecule, subsequent overlapping antisense molecules may be synthesized and then evaluated in the assay as described above. Our definition of an efficient antisense molecule is one that induces strong and sustained exon skipping at transfection concentrations in the order of

25    300 nM or less.

SRPT-VYDS-0003057

<u>ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 8</u>

Antisense oligonucleotides directed at exon 8 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

5    Figure 3 shows differing efficiencies of two antisense molecules directed at exon 8 acceptor splice site. H8A(-06+18) [SEQ ID NO:1], which anneals to the last 6 bases of intron 7 and the first 18 bases of exon 8, induces substantial exon 8 and 9 skipping when delivered into cells at a concentration of 20 nM. The shorter antisense molecule, H8A(-06+14) [SEQ ID NO: 4] was only able to induce exon 8 and 9 skipping at 300 nM, a

10    concentration some 15 fold higher than H8A(-06+18), which is the preferred antisense molecule.

This data shows that some particular antisense molecules induce efficient exon skipping while another antisense molecule, which targets a near-by or overlapping region, can be much less efficient. Titration studies show one compound is able to induce

15    targeted exon skipping at 20 nM while the less efficient antisense molecules only induced exon skipping at concentrations of 300 nM and above. Therefore, we have shown that targeting of the antisense molecules to motifs involved in the splicing process plays a crucial role in the overall efficacy of that compound.

Efficacy refers to the ability to induce consistent skipping of a target exon.

20    However, sometimes skipping of the target exons is consistently associated with a flanking exon. That is, we have found that the splicing of some exons is tightly linked. For example, in targeting exon 23 in the mouse model of muscular dystrophy with antisense molecules directed at the donor site of that exon, dystrophin transcripts missing exons 22 and 23 are frequently detected. As another example, when using an antisense molecule

25    directed to exon 8 of the human dystrophin gene, all induced transcripts are missing both exons 8 and 9. Dystrophin transcripts missing only exon 8 are not observed.

Table 2 below discloses antisense molecule sequences that induce exon 8 (and 9) skipping.

37

SRPT-VYDS-0003058

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|--------|--------------------------------|----------|----------------------------|
| 1 | H8A(-06+18) | 5'-GAU AGG UGG UAU CAA CAU CUG UAA | Very strong to 20 nM |
| 2 | H8A (-03+18) | 5'-GAU AGG UGG UAU CAA CAU CUG | Very strong skipping to 40nM |
| 3 | H8A(-07+18) | 5'-GAU AGG UGG UAU CAA CAU CUG UAA G | Strong skipping to 40nM |
| 4 | H8A(-06+14) | 5'-GGU GGU AUC AAC AUC UGU AA | Skipping to 300nM |
| 5 | H8A(-10+10) | 5'-GUA UCA ACA UCU GUA AGC AC | Patchy/weak skipping to 100nm |

Table 2

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 7

Antisense oligonucleotides directed at exon 7 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as

5    described above.

Figure 4 shows the preferred antisense molecule, H7A(+45+67) [SEQ ID NO: 6], and another antisense molecule, H7A(+2+26) [SEQ ID NO: 7], inducing exon 7 skipping. Nested amplification products span exons 3 to 9. Additional products above the induced transcript missing exon 7 arise from amplification from carry-over outer primers

10    from the RT-PCR as well as heteroduplex formation.

Table 3 below discloses antisense molecule sequences for induced exon 7 skipping.

38

SRPT-VYDS-0003059

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 6 | H7A(+45+67) | 5' - UGC AUG UUC CAG UCG UUG UGU GG | Strong skipping to 20nM |
| 7 | H7A(+02+26) | 5' - CAC UAU UCC AGU CAA AUA GGU CUG G | Weak skipping at 100nM |
| 8 | H7D(+15-10) | 5' -AUU UAC CAA CCU UCA GGA UCG AGU A | Weak skipping to 300nM |
| 9 | H7A(-18+03) | 5' - GGC CUA AAA CAC AUA CAC AUA | Weak skipping to 300nM |

Table 3

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 6

Antisense oligonucleotides directed at exon 6 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as

5    described above.

Figure 5 shows an example of two non-preferred antisense molecules inducing very low levels of exon 6 skipping in cultured human cells. Targeting this exon for specific removal was first undertaken during a study of the canine model using the oligonucleotides as listed in Table 4, below. Some of the human specific oligonucleotides

10   were also evaluated, as shown in Figure 5. In this example, both antisense molecules target the donor splice site and only induced low levels of exon 6 skipping. Both H6D(+4-21) [SEQ ID NO: 17] and H6D(+18-4) [SEQ ID NO: 18] would be regarded as non-preferred antisense molecules.

One antisense oligonucleotide that induced very efficient exon 6 skipping in

15   the canine model, C6A(+69+91) [SEQ ID NO: 14], would anneal perfectly to the corresponding region in human dystrophin exon 6. This compound was evaluated, found to be highly efficient at inducing skipping of that target exon, as shown in Figure 6 and is regarded as the preferred compound for induced exon 6 skipping. Table 4 below discloses antisense molecule sequences for induced exon 6 skipping.

20

39

SRPT-VYDS-0003060

| SEQ ID | Antisense Oligo name | Sequence | Ability to induce skipping |
|--------|----------------------|----------|----------------------------|
| 10 | C6A(-10+10) | 5' CAU UUU UGA CCU ACA UGU GG | No skipping |
| 11 | C6A(-14+06) | 5' UUU GAC CUA CAU GUG GAA AG | No skipping |
| 12 | C6A(-14+12) | 5' UAC AUU UUU GAC CUA CAU GUG GAA AG | No skipping |
| 13 | C6A(-13+09) | 5' AUU UUU GAC CUA CAU GGG AAA G | No skipping |
| 14 | CH6A(+69+91) | 5' UAC GAG UUG AUU GUC GGA CCC AG | Strong skipping to 20 nM |
| 15 | C6D(+12-13) | 5' GUG GUC UCC UUA CCU AUG ACU GUG G | Weak skipping at 300 nM |
| 16 | C6D(+06-11) | 5' GGU CUC CUU ACC UAU GA | No skipping |
| 17 | H6D(+04-21) | 5' UGU CUC AGU AAU CUU CUU ACC UAU | Weak skipping to 50 nM |
| 18 | H6D(+18-04) | 5' UCU UAC CUA UGA CUA UGG AUG AGA | Very weak skipping to 300 nM |

Table 4

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 4

Antisense oligonucleotides directed at exon 4 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as
5    described above.

Figure 7 shows an example of a preferred antisense molecule inducing skipping of exon 4 skipping in cultured human cells.  In this example, one preferred antisense compound, H4A(+13+32) [SEQ ID NO:19], which targeted a presumed exonic splicing enhancer induced efficient exon skipping at a concentration of 20 nM while other
10    non-preferred antisense oligonucleotides failed to induce even low levels of exon 4 skipping.  Another preferred antisense molecule inducing skipping of exon 4 was H4A(+111+40) [SEQ ID NO:22], which induced efficient exon skipping at a concentration of 20 nM.

Table 5 below discloses antisense molecule sequences for inducing exon 4
15    skipping.

40

SRPT-VYDS-0003061

AVN-008CN41

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 19 | H4A(+13+32) | 5' GCA UGA ACU CUU GUG GAU CC | Skipping to 20 nM |
| 22 | H4A(+11+40) | 5' UGU UCA GGG CAU GAA CUC UUG UGG AUC CUU | Skipping to 20 nM |
| 20 | H4D(+04-16) | 5' CCA GGG UAC UAC UUA CAU UA | No skipping |
| 21 | H4D(-24-44) | 5' AUC GUG UGU CAC AGC AUC AG | No skipping |

Table 5

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 3

Antisense oligonucleotides directed at exon 3 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

H3A(+30+60) [SEQ ID NO:23] induced substantial exon 3 skipping when delivered into cells at a concentration of 20 nM to 600 nM.  The antisense molecule, H3A(+35+65) [SEQ ID NO: 24] induced exon skipping at 300 nM.

Table 6 below discloses antisense molecule sequences that induce exon 3 skipping.

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 23 | H3A(+30+60) | UAG GAG GCG CCU CCC AUC CUG UAG GUC ACU G | Moderate skipping to 20 to 600 nM |
| 24 | H3A(+35+65) | AGG UCU AGG AGG CGC CUC CCA UCC UGU AGG U | Working to 300 nM |
| 25 | H3A(+30+54) | GCG CCU CCC AUC CUG UAG GUC ACU G | Moderate 100-600 nM |
| 26 | H3D(+46-21) | CUU CGA GGA GGU CUA GGA GGC GCC UC | No skipping |
| 27 | H3A(+30+50) | CUC CCA UCC UGU AGG UCA CUG | Moderate 20-600 nM |
| 28 | H3D(+19-03) | UAC AGU UUU UUG CCC UGU CAG G | No skipping |
| 29 | H3A(-06+20) | UCA AUA UGC UGC UUCCCA AAC UGA AA | No skipping |

41

SRPT-VYDS-0003062

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 30 | H3A(+37+61) | CUA GGA GGC GCC UCC CAU CCU GUA G | No skipping |

Table 6

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 5

Antisense oligonucleotides directed at exon 5 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

H5A(+20+50) [SEQ ID NO:31] induces substantial exon 5 skipping when delivered into cells at a concentration of 100 nM. Table 7 below shows other antisense molecules tested. The majority of these antisense molecules were not as effective at exon skipping as H5A(+20+50). However, H5A(+15+45) [SEQ ID NO: 40] was able to induce exon 5 skipping at 300 nM.

Table 7 below discloses antisense molecule sequences that induce exon 5 skipping.

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 31 | H5A(+20+50) | UUA UGA UUU CCA UCU ACG AUG UCA GUA CUU C | Working to 100 nM |
| 32 | H5D(+25-05) | CUU ACC UGC CAG UGG AGG AUU AUA UUC CAA A | No skipping |
| 33 | H5D(+10-15) | CAU CAG GAU UCU UAC CUG CCA GUG G | Inconsistent at 300 nM |
| 34 | H5A(+10+34) | CGA UGU CAG UAC UUC CAA UAU UCA C | Very weak |
| 35 | H5D(-04-21) | ACC AAU CAU CAG GAU UCU | No skipping |
| 36 | H5D(+16-02) | ACC UGC CAG UGG AGG AUU | No skipping |
| 37 | H5A(-07+20) | CCA AUA UUC ACU AAA UCA ACC UGU UAA | No skipping |
| 38 | H5D(+18-12) | CAG GAU UCU UAC CUG CCA GUG GAG GAU UAU | No skipping |

42

SRPT-VYDS-0003063

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|--------|-------------------------------|----------|---------------------------|
| 39 | H5A(+05+35) | ACG AUG UCA GUA CUU CCA AUA UUC ACU AAA U | No skipping |
| 40 | H5A(+15+45) | AUU UCC AUC UAC GAU GUC AGU ACU UCC AAU A | Working to 300 nM |

Table 7

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 10

Antisense oligonucleotides directed at exon 10 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as

5      described above.

H10A(-05+16) [SEQ ID NO:41] induced substantial exon 10 skipping when delivered into cells.  Table 8 below shows other antisense molecules tested.  The antisense molecules ability to induce exon skipping was variable.  Table 8 below discloses antisense molecule sequences that induce exon 10 skipping.

10

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|--------|-------------------------------|----------|---------------------------|
| 41 | H10A(-05+16) | CAG GAG CUU CCA AAU GCU GCA | Not tested |
| 42 | H10A(-05+24) | CUU GUC UUC AGG AGC UUC CAA AUG CUG CA | Not tested |
| 43 | H10A(+98+119) | UCC UCA GCA GAA AGA AGC CAC G | Not tested |
| 44 | H10A(+130+149) | UUA GAA AUC UCU CCU UGU GC | No skipping |
| 45 | H10A(-33-14) | UAA AUU GGG UGU UAC ACA AU | No skipping |

Table 8

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 11

Antisense oligonucleotides directed at exon 11 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as

15     described above.

Figure 8B shows an example of H11A(+75+97) [SEQ ID NO:49] antisense molecule inducing exon 11 skipping in cultured human cells.  H11A(+75+97) induced substantial exon 11 skipping when delivered into cells at a concentration of 5 nM.  Table 9

43

below shows other antisense molecules tested. The antisense molecules ability to induce exon skipping was observed at 100 nM.

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|--------|-------------------------------|----------|----------------------------|
| 46 | H11D(+26+49) | CCC UGA GGC AUU CCC AUC UUG AAU | Skipping at 100 nM |
| 47 | H11D(+11-09) | AGG ACU UAC UUG CUU UGU UU | Skipping at 100 nM |
| 48 | H11A(+118+140) | CUU GAA UUU AGG AGA UUC AUC UG | Skipping at 100 nM |
| 49 | H11A(+75+97) | CAU CUU CUG AUA AUU UUC CUG UU | Skipping at 100 nM |
| 46 | H11D(+26+49) | CCC UGA GGC AUU CCC AUC UUG AAU | Skipping at 5nM |

Table 9

5       ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 12

Antisense oligonucleotides directed at exon 12 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

H12A(+52+75) [SEQ ID NO:50] induced substantial exon 12 skipping

10    when delivered into cells at a concentration of 5 nM, as shown in Figure 8A. Table 10 below shows other antisense molecules tested at a concentration range of 5, 25, 50, 100, 200 and 300 nM. The antisense molecules ability to induce exon skipping was variable.

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|--------|-------------------------------|----------|----------------------------|
| 50 | H12A(+52+75) | UCU UCU GUU UUU GUU AGC CAG UCA | Skipping at 5 nM |
| 51 | H12A(-10+10) | UCU AUG UAA ACU GAA AAU UU | Skipping at 100 nM |
| 52 | H12A(+11+30) | UUC UGG AGA UCC AUU AAA AC | No skipping |

Table 10

44

SRPT-VYDS-0003065

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 13

Antisense oligonucleotides directed at exon 13 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

5          H13A(+77+100) [SEQ ID NO:53] induced substantial exon 13 skipping when delivered into cells at a concentration of 5 nM.  Table 11 below includes two other antisense molecules tested at a concentration range of 5, 25, 50, 100, 200 and 300 nM. These other antisense molecules were unable to induce exon skipping.

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|--------|--------------------------------|----------|----------------------------|
| 53 | H13A(+77+100) | CAG CAG UUG CGU GAU CUC CAC UAG | Skipping at 5 nM |
| 54 | H13A(+55+75) | UUC AUC AAC UAC CAC CAC CAU | No skipping |
| 55 | H13D(+06-19) | CUA AGC AAA AUA AUC UGA CCU UAA G | No skipping |

10                                         Table 11

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 14

Antisense oligonucleotides directed at exon 14 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

15          H14A(+37+64) [SEQ ID NO:56] induced weak exon 14 skipping when delivered into cells at a concentration of 100 nM.  Table 12 below includes other antisense molecules tested at a concentration range of 5, 25, 50, 100, 200 and 300 nM.  The other antisense molecules were unable to induce exon skipping at any of the concentrations tested.

20

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|--------|--------------------------------|----------|----------------------------|
| 56 | H14A(+37+64) | CUU GUA AAA GAA CCC AGC GGU CUU CUG U | Skipping at 100 nM |

45

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 57 | H14A(+14+35) | CAU CUA CAG AUG UUU GCC CAU C | No skipping |
| 58 | H14A(+51+73) | GAA GGA UGU CUU GUA AAA GAA CC | No skipping |
| 59 | H14D(-02+18) | ACC UGU UCU UCA GUA AGA CG | No skipping |
| 60 | H14D(+14-10) | CAU GAC ACA CCU GUU CUU CAG UAA | No skipping |
| 61 | H14A(+61 +80) | CAU UUG AGA AGG AUG UCU UG | No skipping |
| 62 | H14A(-12+12) | AUC UCC CAA UAC CUG GAG AAG AGA | No skipping |

Table 12

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 15

Antisense oligonucleotides directed at exon 15 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as

5      described above.

H15A(-12+19) [SEQ ID NO:63] and H15A(+48+71) [SEQ ID NO:64] induced substantial exon 15 skipping when delivered into cells at a concentration of 10 Nm, as shown in Figure 9A. Table 13 below includes other antisense molecules tested at a concentration range of 5, 25, 50, 100, 200 and 300 Nm. These other antisense molecules

10     were unable to induce exon skipping at any of the concentrations tested.

46

SRPT-VYDS-0003067

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|--------|------------------------------|----------|---------------------------|
| 63 | H15A(-12+19) | GCC AUG CAC UAA AAA GGC ACU GCA AGA CAU U | Skipping at 5Nm |
| 64 | H15A(+48+71) | UCU UUA AAG CCA GUU GUG UGA AUC | Skipping at 5Nm |
| 65 | H15A(+08+28) | UUU CUG AAA GCC AUG CAC UAA | No skipping |
| 63 | H15A(-12+19) | GCC AUG CAC UAA AAA GGC ACU GCA AGA CAU U | No skipping |
| 66 | H15D(+17-08) | GUA CAU ACG GCC AGU UUU UGA AGA C | No skipping |

Table 13

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 16

Antisense oligonucleotides directed at exon 16 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as
5    described above.

H16A(-12+19) [SEQ ID NO:67] and H16A(-06+25) [SEQ ID NO:68] induced substantial exon 16 skipping when delivered into cells at a concentration of 10 nM, as shown in Figure 9B. Table 14 below includes other antisense molecules tested. H16A(-06+19) [SEQ ID NO:69] and H16A(+87+109) [SEQ ID NO:70] were tested at a
10    concentration range of 5, 25, 50, 100, 200 and 300 nM. These two antisense molecules were able to induce exon skipping at 25 nM and 100 nM, respectively. Additional antisense molecules were tested at 100, 200 and 300 nM and did not result in any exon skipping.

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|--------|------------------------------|----------|---------------------------|
| 67 | H16A(-12+19) | CUA GAU CCG CUU UUA AAA CCU GUU AAA ACA A | Skipping at 5 nM |
| 68 | H16A(-06+25) | UCU UUU CUA GAU CCG CUU UUA AAA CCU GUU A | Skipping at 5 nM |
| 69 | H16A(-06+19) | CUA GAU CCG CUU UUA AAA CCU GUU A | Skipping at 25 nM |
| 70 | H16A(+87+109) | CCG CUU UCU GGG UCA CUG ACU UA | Skipping at 100 nM |

47

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 71 | H16A(-07+19) | CUA GAU CCG CUU UUA AAA CCU GUU AA | No skipping |
| 72 | H16A(-07+13) | CCG CUU UUA AAA CCU GUU AA | No skipping |
| 73 | H16A(+12+37) | UGG AUU GCU UUU UCU UUU CUA GAU CC | No skipping |
| 74 | H16A(+92+116) | CAU GCU UCC GUC UUC UGG GUC ACU G | No skipping |
| 75 | H16A(+45+67) | G AUC UUG UUU GAG UGA AUA CAG U | No skipping |
| 76 | H16A(+105+126) | GUU AUC AG CCA UGC UUC CGU C | No skipping |
| 77 | H16D(+05-20) | UGA UAA UUG GUA UCA CUA ACC UGU G | No skipping |
| 78 | H16D(+12-11) | GUA UCA CUA ACC UGU GCU GUA C | No skipping |

Table 14

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 19

Antisense oligonucleotides directed at exon 19 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

H19A(+35+65) [SEQ ID NO:79] induced substantial exon 19 skipping when delivered into cells at a concentration of 10 nM. This antisense molecule also showed very strong exon skipping at concentrations of 25, 50, 100, 300 and 600 nM.

Figure 10 illustrates exon 19 and 20 skipping using a "cocktail" of antisense oligonucleotides, as tested using gel electrophoresis. It is interesting to note that it was not easy to induce exon 20 skipping using single antisense oligonucleotides H20A(+44+71) [SEQ ID NO:81] or H20A(+149+170) [SEQ ID NO:82], as illustrated in sections 2 and 3 of the gel shown in Figure 10. Whereas, a "cocktail" of antisense oligonucleotides was more efficient as can be seen in section 4 of Figure 10 using a "cocktail" of antisense oligonucleotides H20A(+44+71) and H20A(+149+170). When the cocktail was used to target exon 19, skipping was even stronger (see section 5, Figure 10).

Figure 11 illustrates gel electrophoresis results of exon 19/20 skipping using "weasels" The "weasels" were effective in skipping exons 19 and 20 at concentrations of 25, 50, 100, 300 and 600 nM. A further "weasel" sequence is shown in the last row of Table 3C. This compound should give good results.

48

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 20

Antisense oligonucleotides directed at exon 20 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

5          None of the antisense oligonucleotides tested induced exon 20 skipping when delivered into cells at a concentration of 10, 25, 50, 300 or 600 nM (see Table 15). Antisense molecules H20A(-11+17) [SEQ ID NO:86] and H20D(+08-20) [SEQ ID NO:87] are yet to be tested.

However, a combination or "cocktail" of H20A(+44+71) [SEQ ID NO: 81] and H20(+149+170) [SEQ ID NO:82] in a ratio of 1:1, exhibited very strong exon skipping at a concentration of 100 nM and 600 nM. Further, a combination of antisense molecules H19A(+35+65) [SEQ ID NO:79], H20A(+44+71) [SEQ ID NO:81] and H20A(+149+170) [SEQ ID NO:82] in a ratio of 2:1:1, induced very strong exon skipping at a concentration ranging from 10 nM to 600 nM.

15

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 81 | H20A(+44+71) | CUG GCA GAA UUC GAU CCA CCG GCU GUU C | No skipping |
| 82 | H20A(+147+168) | CAG CAG UAG UUG UCA UCU GCU C | No skipping |
| 83 | H20A(+185+203) | UGA UGG GGU GGU GGG UUG G | No skipping |
| 84 | H20A(-08+17) | AUC UGC AUU AAC ACC CUC UAG AAA G | No skipping |
| 85 | H20A(+30+53) | CCG GCU GUU CAG UUG UUC UGA GGC | No skipping |
| 86 | H20A(-11+17) | AUC UGC AUU AAC ACC CUC UAG AAA GAA A | Not tested yet |
| 87 | H20D(+08-20) | GAA GGA GAA GAG AUU CUU ACC UUA CAA A | Not tested yet |
| 81 & 82 | H20A(+44+71) & H20A(+147+168) | CUG GCA GAA UUC GAU CCA CCG GCU GUU C<br>CAG CAG UAG UUG UCA UCU GCU C | Very strong skipping |
| 80, 81 | H19A(+35+65); | GCC UGA GCU GAU CUG CUG GCA UCU | Very strong |

49

SRPT-VYDS-0003070

AVN-008CN41

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| & 82 | H20A(+44+71); H20A(+147+168) | UGC AGU U; CUG GCA GAA UUC GAU CCA CCG GCU GUU C; CAG CAG UAG UUG UCA UCU GCU C | skipping |

Table 15

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 21

Antisense oligonucleotides directed at exon 21 were prepared and tested for

their ability to induce exon skipping in human muscle cells using similar methods as

5      described above.

H21A(+85+108) [SEQ ID NO:92] and H21A(+85+106) [SEQ ID NO:91]

induced exon 21 skipping when delivered into cells at a concentration of 50 nM.  Table 16

below includes other antisense molecules tested at a concentration range of 5, 25, 50, 100,

200 and 300 nM.  These antisense molecules showed a variable ability to induce exon

10     skipping

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 90 | H21A(-06+16) | GCC GGU UGA CUU CAU CCU GUG C | Skips at 600 nM |
| 91 | H21A(+85+106) | CUG CAU CCA GGA ACA UGG GUC C | Skips at 50 nM |
| 92 | H21A(+85+108) | GUC UGC AUC CAG GAA CAU GGG UC | Skips at 50 nM |
| 93 | H21A(+08+31) | GUU GAA GAU CUG AUA GCC GGU UGA | Skips faintly to |
| 94 | H21D(+18-07) | UAC UUA CUG UCU GUA GCU CUU UCU | No skipping |

Table 16

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 22

Antisense oligonucleotides directed at exon 22 were prepared and tested for

15     their ability to induce exon skipping in human muscle cells using similar methods as

described above.

50

SRPT-VYDS-0003071

AVN-008CN41

Figure 12 illustrates differing efficiencies of two antisense molecules directed at exon 22 acceptor splice site. H22A(+125+106) [SEQ ID NO:96] and H22A(+80+101) [SEQ ID NO: 98] induce strong exon 22 skipping from 50 nM to 600 nM concentration.

5          H22A(+125+146) [SEQ ID NO:96] and H22A(+80+101) [SEQ ID NO:98] induced exon 22 skipping when delivered into cells at a concentration of 50 nM. Table 17 below shows other antisense molecules tested at a concentration range of 50, 100, 300 and 600 nM. These antisense molecules showed a variable ability to induce exon skipping.

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 95 | H22A(+22+45) | CAC UCA UGG UCU CCU GAU AGC GCA | No skipping |
| 96 | H22A(+125+146) | CUG CAA UUC CCC GAG UCU CUG C | Skipping to 50 nM |
| 97 | H22A(+47+69) | ACU GCU GGA CCC AUG UCC UGA UG | Skipping to 300 nM |
| 98 | H22A(+80+101) | CUA AGU UGA GGU AUG GAG AGU | Skipping to 50 nM |
| 99 | H22D(+13-11) | UAU UCA CAG ACC UGC AAU UCC CC | No skipping |

10                                    Table 17

<u>ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 23</u>

          Antisense oligonucleotides directed at exon 23 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

15          Table 18 below shows antisense molecules tested at a concentration range of 25, 50, 100, 300 and 600 nM. These antisense molecules showed no ability to induce exon skipping or are yet to be tested.

51

SRPT-VYDS-0003072

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 100 | H23A(+34+59) | ACA GUG GUG CUG AGA UAG UAU AGG CC | No skipping |
| 101 | H23A(+18+39) | UAG GCC ACU UUG UUG CUC UUG C | No Skipping |
| 102 | H23A(+72+90) | UUC AGA GGG CGC UUU CUU C | No Skipping |

Table 18

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 24

Antisense oligonucleotides directed at exon 24 were prepared using similar methods as described above.  Table 19 below outlines the antisense oligonucleotides

5    directed at exon 24 that are yet to be tested for their ability to induce exon 24 skipping.

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 103 | H24A(+48+70) | GGG CAG GCC AUU CCU CCU UCA GA | Needs testing |
| 104 | H24A(-02+22) | UCU UCA GGG UUU GUA UGU GAU UCU | Needs testing |

Table 19

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 25

Antisense oligonucleotides directed at exon 25 were prepared using similar

10   methods as described above.  Table 20 below shows the antisense oligonucleotides directed at exon 25 that are yet to be tested for their ability to induce exon 25 skipping.

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 105 | H25A(+9+36) | CUG GGC UGA AUU GUC UGA AUA UCA CUG | Needs testing |
| 106 | H25A(+131+156) | CUG UUG GCA CAU GUG AUC CCA CUG AG | Needs testing |
| 107 | H25D(+16-08) | GUC UAU ACC UGU UGG CAC AUG UGA | Needs testing |

Table 20

52

## ANTISENSE OLIGONUCIEOTIDES DIRECTED AT EXON 26

Antisense oligonucleotides directed at exon 26 were prepared using similar methods as described above.  Table 21 below outlines the antisense oligonucleotides directed at exon 26 that are yet to be tested for their ability to induce exon 26 skipping.

5

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|--------|-------------------------------|----------|---------------------------|
| 108 | H26A(+132+156) | UGC UUU CUG UAA UUC AUC UGG AGU U | Needs testing |
| 109 | H26A(-07+19) | CCU CCU UUC UGG CAU AGA CCU UCC AC | Needs testing |
| 110 | H26A(+68+92) | UGU GUC AUC CAU UCG UGC AUC UCU G | Faint skipping at 600 nM |

Table 21

## ANTISENSE OLIQONUCLEOTIDES DIRECTED AT EXON 27

Antisense oligonucleotides directed at exon 27 were prepared using similar methods as described above.  Table 22 below outlines the antisense oligonucleotides

10    directed at exon 27 that are yet to be tested for their ability to induce exon 27 skipping.

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|--------|-------------------------------|----------|---------------------------|
| 111 | H27A(+82+106) | UUA AGG CCU CUU GUG CUA CAG GUG G | Needs testing |
| 112 | H27A(-4+19) | GGG CCU CUU CUU UAG CUC UCU GA | Faint skipping at 600 and 300 nM |
| 113 | H27D(+19-03) | GAC UUC CAA AGU CUU GCA UUU C | v. strong skipping at 600 and 300 nM |

Table 22

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 28

Antisense oligonucleotides directed at exon 28 were prepared using similar

15    methods as described above.  Table 23 below outlines the antisense oligonucleotides directed at exon 28 that are yet to be tested for their ability to induce exon 28 skipping.

53

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|--------|-------------------------------|----------|---------------------------|
| 114 | H28A(-05+19) | GCC AAC AUG CCC AAA CUU CCU AAG | v. strong skipping at 600 and 300 nM |
| 115 | H28A(+99+124) | CAG AGA UUU CCU CAG CUC CGC CAG GA | Needs testing |
| 116 | H28D(+16-05) | CUU ACA UCU AGC ACC UCA GAG | v. strong skipping at 600 and 300 nM |

Table 23

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 29

Antisense oligonucleotides directed at exon 29 were prepared using similar
methods as described above.  Table 24 below outlines the antisense oligonucleotides
directed at exon 29 that are yet to be tested for their ability to induce exon 29 skipping.

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|--------|-------------------------------|----------|---------------------------|
| 117 | H29A(+57+81) | UCC GCC AUC UGU UAG GGU CUG UGC C | Needs testing |
| 118 | H29A(+18+42) | AUU UGG GUU AUC CUC UGA AUG UCG C | v. strong skipping at 600 and 300 nM |
| 119 | H29D(+17-05) | CAU ACC UCU UCA UGU AGU UCC C | v. strong skipping at 600 and 300 nM |

Table 24

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 30

Antisense oligonucleotides directed at exon 30 were prepared using similar
methods as described above.  Table 25 below outlines the antisense oligonucleotides
directed at exon 30 that are yet to be tested for their ability to induce exon 30 skipping.

54

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 120 | H30A(+122+147) | CAU UUG AGC UGC GUC CAC CUU GUC UG | Needs testing |
| 121 | H30A(+25+50) | UCC UGG GCA GAC UGG AUG CUC UGU UC | Very strong skipping at 600 and 300 nM. |
| 122 | H30D(+19-04) | UUG CCU GGG CUU CCU GAG GCA UU | Very strong skipping at 600 and 300 nM. |

Table 25

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 31

Antisense oligonucleotides directed at exon 31 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

5

Figure 13 illustrates differing efficiencies of two antisense molecules directed at exon 31 acceptor splice site and a "cocktail" of exon 31 antisense oligonucleotides at varying concentrations. H31D(+03-22) [SEQ ID NO:124] substantially induced exon 31 skipping when delivered into cells at a concentration of 20 nM. Table 26 below also includes other antisense molecules tested at a concentration of 100 and 300 nM.

10

These antisense molecules showed a variable ability to induce exon skipping.

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 123 | H31D(+06-18) | UUC UGA AAU AAC AUA UAC CUG UGC | Skipping to 300 nM |
| 124 | H31D(+03-22) | UAG UUU CUG AAA UAA CAU AUA CCU G | Skipping to 20 nM |
| 125 | H31A(+05+25) | GAC UUG UCA AAU CAG AUU GGA | No skipping |
| 126 | H31D(+04-20) | GUU UCU GAA AUA ACA UAU ACC UGU | Skipping to 300 nM |

Table 26

55

## ANTISENSE OLIGONUCTEOTIDES DIRECTED AT EXON 32

Antisense oligonucleotides directed at exon 32 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

5          H32D(+04-16) [SEQ ID NO:127] and H32A(+49+73) [SEQ ID NO:130] induced exon 32 skipping when delivered into cells at a concentration of 300 nM. Table 27 below also shows other antisense molecules tested at a concentration of 100 and 300 nM. These antisense molecules did not show an ability to induce exon skipping.

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 127 | H32D(+04-16) | CAC CAG AAA UAC AUA CCA CA | Skipping to 300 nM |
| 128 | H32A(+151+170) | CAA UGA UUU AGC UGU GAC UG | No skipping |
| 129 | H32A(+10+32) | CGA AAC UUC AUG GAG ACA UCU UG | No skipping |
| 130 | H32A(+49+73) | CUU GUA GAC GCU GCU CAA AAU UGG C | Skipping to 300 nM |

10                                     Table 27

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 33

Antisense oligonucleotides directed at exon 33 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

15          Figure 14 shows differing efficiencies of two antisense molecules directed at exon 33 acceptor splice site. H33A(+64+88) [SEQ ID NO:134] substantially induced exon 33 skipping when delivered into cells at a concentration of 10 nM. Table 28 below includes other antisense molecules tested at a concentration of 100, 200 and 300 nM. These antisense molecules showed a variable ability to induce exon skipping.

20

56

SRPT-VYDS-0003077

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 131 | H33D(+09-11) | CAU GCA CAC ACC UUU GCU CC | No skipping |
| 132 | H33A(+53+76) | UCU GUA CAA UCU GAC GUC CAG UCU | Skipping to 200 nM |
| 133 | H33A(+30+56) | GUG UUU AUC ACC AUU UCC ACU UCA GAC | Skipping to 200 nM |
| 134 | H33A(+64+88) | GCG UCU GCU UUU UCU GUA CAA UCU G | Skipping to 10 nM |

Table 28

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 34

Antisense oligonucleotides directed at exon 34 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

Table 29 below includes antisense molecules tested at a concentration of 100 and 300 nM. These antisense molecules showed a variable ability to induce exon skipping.

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 135 | H34A(+83+104) | UCC AUA UCU GUA GCU GGC AGC C | No skipping |
| 136 | H34A(+143+165) | CCA GGC AAC UUC AGA AUC CAA AU | No skipping |
| 137 | H34A(-20+10) | UUU CUG UUA CCU GAA AAG AAU UAU AAU GAA | Not tested |
| 138 | H34A(+46+70) | CAU UCA UUU CCU UUC GCA UCU UAC G | Skipping to 300 nM |
| 139 | H34A(+95+120) | UGA UCU CUU UGU CAA UUC CAU AUC UG | Skipping to 300 nM |
| 140 | H34D(+10-20) | UUC AGU GAU AUA GGU UUU ACC UUU CCC CAG | Not tested |
| 141 | H34A(+72+96) | CUG UAG CUG CCA GCC AUU CUG UCA AG | No skipping |

Table 29

SRPT-VYDS-0003078

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 35

Antisense oligonucleotides directed at exon 35 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

5          Figure 15 shows differing efficiencies of antisense molecules directed at exon 35 acceptor splice site.  H35A(+24+43) [SEQ ID NO:144] substantially induced exon 35 skipping when delivered into cells at a concentration of 20 nM.  Table 30 below also includes other antisense molecules tested at a concentration of 100 and 300 nM.  These antisense molecules showed no ability to induce exon skipping.

10

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 142 | H35A(+141+161) | UCU UCU GCU CGG GAG GUG ACA | Skipping to 20 nM |
| 143 | H35A(+116+135) | CCA GUU ACU AUU CAG AAG AC | No skipping |
| 144 | H35A(+24+43) | UCU UCA GGU GCA CCU UCU GU | No skipping |

Table 30

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 36

Antisense oligonucleotides directed at exon 36 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as

15     described above.

Antisense molecule H36A(+26+50) [SEQ ID NO:145] induced exon 36 skipping when delivered into cells at a concentration of 300 nM, as shown in Figure 16.

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 37

Antisense oligonucleotides directed at exon 37 were prepared and tested for

20     their ability to induce exon skipping in human muscle cells using similar methods as described above.

Figure 17 shows differing efficiencies of two antisense molecules directed at exon 37 acceptor splice site.  H37A(+82+105) [SEQ ID NO:148] and H37A(+134+157)

58

[SEQ ID NO:149] substantially induced exon 37 skipping when delivered into cells at a concentration of 10 nM. Table 31 below shows the antisense molecules tested.

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|--------|-------------------------------|----------|---------------------------|
| 147 | H37A(+26+50) | CGU GUA GAG UCC ACC UUU GGG CGU A | No skipping |
| 148 | H37A(+82+105) | UAC UAA UUU CCU GCA GUG GUC ACC | Skipping to 10 nM |
| 149 | H37A(+134+157) | UUC UGU GUG AAA UGG CUG CAA AUC | Skipping to 10 nM |

Table 31

5           ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 38

Antisense oligonucleotides directed at exon 38 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

Figure 18 illustrates antisense molecule H38A(+88+112) [SEQ ID NO:152]

10    , directed at exon 38 acceptor splice site. H38A(+88+112) substantially induced exon 38 skipping when delivered into cells at a concentration of 10 nM. Table 32 below shows the antisense molecules tested and their ability to induce exon skipping.

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|--------|-------------------------------|----------|---------------------------|
| 150 | H38A(-01+19) | CCU UCA AAG GAA UGG AGG CC | No skipping |
| 151 | H38A(+59+83) | UGC UGA AUU UCA GCC UCC AGU GGU U | Skipping to 10 nM |
| 152 | H38A(+88+112) | UGA AGU CUU CCU CUU UCA GAU UCA C | Skipping to 10 nM |

Table 32

15           ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 39

Antisense oligonucleotides directed at exon 39 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

59

SRPT-VYDS-0003080

H39A(+62+85) [SEQ ID NO:153] induced exon 39 skipping when delivered into cells at a concentration of 100 nM.  Table 33 below shows the antisense molecules tested and their ability to induce exon skipping.

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 153 | H39A(+62+85) | CUG GCU UUC UCU CAU CUG UGA UUC | Skipping to 100 nM |
| 154 | H39A(+39+58) | GUU GUA AGU UGU CUC CUC UU | No skipping |
| 155 | H39A(+102+121) | UUG UCU GUA ACA GCU GCU GU | No skipping |
| 156 | H39D(+10-10) | GCU CUA AUA CCU UGA GAG CA | Skipping to 300 nM |

5                                                          Table 33

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 40

Antisense oligonucleotides directed at exon 40 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

10          Figure 19 illustrates antisense molecule H40A(-05+17) [SEQ ID NO:157] directed at exon 40 acceptor splice site.  H40A(-05+17) and H40A(+129+153) [SEQ ID NO:158] both substantially induced exon 40 skipping when delivered into cells at a concentration of 5 nM.

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 42

15          Antisense oligonucleotides directed at exon 42 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

Figure 20 illustrates antisense molecule H42A(-04+23) [SEQ ID NO:159], directed at exon 42 acceptor splice site.  H42A(-4+23) and H42D(+19-02) [SEQ ID

20   NO:161] both induced exon 42 skipping when delivered into cells at a concentration of 5 nM.  Table 34 below shows the antisense molecules tested and their ability to induce exon 42 skipping.

60

SRPT-VYDS-0003081

| SEQ ID | Antisense afigonucleotide name | Sequence | Ability to induce skipping |
|--------|-------------------------------|----------|---------------------------|
| 159 | H42A(-4+23) | AUC GUU UCU UCA CGG ACA GUG UGG UGC | Skipping to 5 nM |
| 160 | H42A(+86+109) | GGG CUU GUG AGA CAU GAG UGA UUU | Skipping to 100 nM |
| 161 | H42D(+19-02) | A CCU UCA GAG GAC UCC UCU UGC | Skipping to 5 nM |

Table 34

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 43

Antisense oligonucleotides directed at exon 43 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

H43A(+101+120) [SEQ ID NO:163] induced exon 43 skipping when delivered into cells at a concentration of 25 nM. Table 35 below includes the antisense molecules tested and their ability to induce exon 43 skipping.

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|--------|-------------------------------|----------|---------------------------|
| 162 | H43D(+10-15) | UAU GUG UUA CCU ACC CUU GUC GGU C | Skipping to 100 nM |
| 163 | H43A(+101+120) | GGA GAG AGC UUC CUG UAG CU | Skipping to 25 nM |
| 164 | H43A(+78+100) | UCA CCC UUU CCA CAG GCG UUG CA | Skipping to 200 n M |

Table 35

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 44

Antisense oligonucleotides directed at exon 44 were prepared using similar methods as described above.  Testing fior the ability of these antisense molecules to induce exon 44 skipping is still in progress.  The antisense molecules under review are shown as SEQ ID Nos: 165 to 167 in Table 1A.

61

ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 45

Antisense oligonucleotides directed at exon 45 were prepared using similar methods as described above.  Testing for the ability of these antisense molecules to induce exon 45 skipping is still in progress.  The antisense molecules under review are shown as
5      SEQ ID Nos: 207 to 211 in Table 1A.

ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 46

Antisense oligonucleotides directed at exon 46 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

10          Figure 21 illustrates the efficiency of one antisense molecule directed at exon 46 acceptor splice site.  Antisense oligonucleotide H46A(+86+115) [SEQ ID NO:203] showed very strong ability to induce exon 46 skipping.  Table 36 below includes antisense molecules tested.  These antisense molecules showed varying ability to induce exon 46 skipping.

15

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 168 | H46D(+16-04) | UUA CCU UGA CUU GCU CAA GC | No skipping |
| 169 | H46A(+90+109) | UCC AGG UUC AAG UGG GAU AC | No skipping |
| 203 | H46A(+86+115) | CUC UUU UCC AGG UUC AAG UGG GAU ACU AGC | Good skipping to 100 nM |
| 204 | H46A(+107+137) | CAA GCU UUU CUU UUA GUU GCU GCU CUU UUC C | Good skipping to 100 nM |
| 205 | H46A(-10+20) | UAU UCU UUU GUU CUU CUA GCC UGG AGA AAG | Weak skipping |
| 206 | H46A(+50+77) | CUG CUU CCU CCA ACC AUA AAA CAA AUU C | Weak skipping |

Table 36

SRPT-VYDS-0003083

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 47

Antisense oligonucleotides directed at exon 47 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

5    H47A(+76+100) [SEQ ID NO:170] and H47A(-09+12) [SEQ ID NO:172] both induced exon 47 skipping when delivered into cells at a concentration of 200 nM. H47D(+25-02) [SEQ ID NO: 171] is yet to be prepared and tested.

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 50

Antisense oligonucleotides directed at exon 50 were prepared and tested for
10    their ability to induce exon skipping in human muscle cells using similar methods as described above.

Antisense oligonucleotide molecule H50A(+02+30) [SEQ ID NO: 173] was a strong inducer of exon skipping.  Further, H50A(+07+33) [SEQ ID NO:174] and H50D(+07-18) [SEQ ID NO:175] both induced exon 50 skipping when delivered into cells
15    at a concentration of 100 nM.

## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 51

Antisense oligonucleotides directed at exon 51 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

20    Figure 22 illustrates differing efficiencies of two antisense molecules directed at exon 51 acceptor splice site.  Antisense oligonucleotide H51A(+66+90) [SEQ ID NO:180] showed the stronger ability to induce exon 51 skipping.  Table 37 below includes antisense molecules tested at a concentration range of 25, 50, 100, 300 and 600 nM.  These antisense molecules showed varying ability to induce exon 51 skipping.  The
25    strongest inducers of exon skipping were antisense oligonucleotide H51A(+61+90) [SEQ ID NO: 179] and H51A(+66+95) [SEQ ID NO: 181].

63

SRPT-VYDS-0003084

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 176 | H51A(-01+25) | ACC AGA GUA ACA GUC UGA GUA GGA GC | Faint skipping |
| 177 | H51D(+16-07) | CUC AUA CCU UCU GCU UGA UGA UC | Skipping at 300 nM |
| 178 | H51A(+111+134) | UUC UGU CCA AGC CCG GUU GAA AUC | Needs re- testing |
| 179 | H51A(+61+90) | ACA UCA AGG AAG AUG GCA UUU CUA GUU UGG | Very strong skipping |
| 180 | H51A(+66+90) | ACA UCA AGG AAG AUG GCA UUU CUA G | skipping |
| 181 | H51A(+66+95) | CUC CAA CAU CAA GGA AGA UGG CAU UUC UAG | Very strong skipping |
| 182 | H51D(+08-17) | AUC AUU UUU UCU CAU ACC UUC UGC U | No skipping |
| 183 | H51A/D(+08-17) & (-15+?) | AUC AUU UUU UCU CAU ACC UUC UGC UAG GAG CUA AAA | No skipping |
| 184 | H51A(+175+195) | CAC CCA CCA UCA GCC UCU GUG | No skipping |
| 185 | H51A(+199+220) | AUC AUC UCG UUG AUA UCC UCA A | No skipping |

Table 37


## ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 52

Antisense oligonucleotides directed at exon 52 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

Figure 22 also shows differing efficiencies of four antisense molecules directed at exon 52 acceptor splice site. The most effective antisense oligonucleotide for inducing exon 52 skipping was H52A(+17+37) [SEQ ID NO:188].

Table 38 below shows antisense molecules tested at a concentration range of 50, 100, 300 and 600 nM. These antisense molecules showed varying ability to induce exon 50 skipping. Antisense molecules H52A(+12+41) [SEQ ID NO:187] and

64

SRPT-VYDS-0003085

H52A(+17+37) [SEQ ID NO:188] showed the strongest exon 50 skipping at a concentration of 50 nM.

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 186 | H52A(-07+14) | UCC UGC AUU GUU GCC UGU AAG | No skipping |
| 187 | H52A(+12+41) | UCC AAC UGG GGA CGC CUC UGU UCC AAA UCC | Very strong skipping |
| 188 | H52A(+17+37) | ACU GGG GAC GCC UCU GUU CCA | Skipping to 50 nM |
| 189 | H52A(+93+112) | CCG UAA UGA UUG UUC UAG CC | No skipping |
| 190 | H52D(+05-15) | UGU UAA AAA ACU UAC UUC GA | No skipping |

Table 38

5          <u>ANTISENSE OLIGONUCLEOTIDES DIRECTED AT EXON 53</u>

Antisense oligonucleotides directed at exon 53 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

Figure 22 also shows antisense molecule H53A(+39+69) [SEQ ID NO:193] directed at exon 53 acceptor splice site. This antisense oligonucleotide was able to induce exon 53 skipping at 5, 100, 300 and 600 nM. A "cocktail" of three exon 53 antisense oligonucleotides: H53A(+23+47) [SEQ ID NO:195], H53A(+150+176) [SEQ ID NO:196] and H53D(+14-07) [SEQ ID NO:194], was also tested, as shown in Figure 20 and exhibited an ability to induce exon skipping.

15          Table 39 below includes other antisense molecules tested at a concentration range of 50, 100, 300 and 600 nM. These antisense molecules showed varying ability to induce exon 53 skipping. Antisense molecule H53A(+39+69) [SEQ ID NO:193] induced the strongest exon 53 skipping.

65

SRPT-VYDS-0003086

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|--------|-------------------------------|----------|----------------------------|
| 191 | H53A(+45+69) | CAU UCA ACU GUU GCC UCC GGU UCU G | Faint skipping at 50 nM |
| 192 | H53A(+39+62) | CUG UUG CCU CCG GUU CUG AAG GUG | Faint skipping at 50 nM |
| 193 | H53A(+39+69) | CAU UCA ACU GUU GCC UCC GGU UCU GAA GGU G | Strong skipping to 50 nM |
| 194 | H53D(+14-07) | UAC UAA CCU UGG UUU CUG UGA | Very faint skipping to 50 nM |
| 195 | H53A(+23+47) | CUG AAG GUG UUC UUG UAC UUC AUC C | Very faint skipping to 50 nM |
| 196 | H53A(+150+176) | UGU AUA GGG ACC CUC CUU CCA UGA CUC | Very faint skipping to 50 nM |
| 197 | H53D(+20-05) | CUA ACC UUG GUU UCU GUG AUU UUC U | Not made yet |
| 198 | H53D(+09-18) | GGU AUC UUU GAU ACU AAC CUU GGU UUC | Faint at 600 nM |
| 199 | H53A(-12+10) | AUU CUU UCA ACU AGA AUA AAA G | No skipping |
| 200 | H53A(-07+18) | GAU UCU GAA UUG UUU CAA CUA GAA U | No skipping |
| 201 | H53A(+07+26) | AUC CCA CUG AUU CUG AAU UC | No skipping |
| 202 | H53A(+124+145) | UUG GCU CUG GCC UGU CCU AAG A | No skipping |

Table 39

66

SRPT-VYDS-0003087

AVN-008CN41

**What is claimed is:**

      1.      An antisense molecule capable of binding to a selected target site to induce exon skipping in the dystrophin gene, as set forth in SEQ ID NO: 1 to 202.

5

SRPT-VYDS-0003088

AVN-008CN41

## ABSTRACT

5    An antisense molecule capable of binding to a selected target site to induce exon skipping in the dystrophin gene, as set forth in SEQ ID NO: 1 to 214.

10

68

SRPT-VYDS-0003089

Doc Code: PA..
Document Description: Power of Attorney

PTO/AIA/82A (07-13)
Approved for use through 01/31/2018. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# TRANSMITTAL FOR POWER OF ATTORNEY TO ONE OR MORE REGISTERED PRACTITIONERS

NOTE: This form is to be submitted with the Power of Attorney by Applicant form (PTO/AIA/82B) to identify the application to which the Power of Attorney is directed, in accordance with 37 CFR 1.5, unless the application number and filing date are identified in the Power of Attorney by Applicant form. If neither form PTO/AIA/82A nor form PTO/AIA82B identifies the application to which the Power of Attorney is directed, the Power of Attorney will not be recognized in the application.

| | |
|---|---|
| Application Number | Not Yet Assigned |
| Filing Date | Concurrently Herewith |
| First Named Inventor | Stephen Donald WILTON |
| Title | ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF |
| Art Unit | N/A |
| Examiner Name | Not Yet Assigned |
| Attorney Docket Number | AVN-008CN41 |

**SIGNATURE of Applicant or Patent Practitioner**

| Signature | /Amy E. Mandragouras, Esq./ | Date (Optional) | September 14, 2017 |
|---|---|---|---|
| Name | Amy E. Mandragouras, Esq. | Registration Number | 36,207 |
| Title (if Applicant is a juristic entity) | | | |
| Applicant Name (if Applicant is a juristic entity) | | | |

**NOTE:** This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4(d) for signature requirements and certifications. If more than one applicant, use multiple forms.

[ ]  *Total of _____1_____ forms are submitted.

I hereby certify that this paper (along with any paper referred to as being attached or enclosed) is being transmitted via the Office electronic filing system in accordance with 37 CFR § 1.6(a)(4).

Dated: September 14, 2017        Electronic Signature for Amy E. Mandragouras, Esq.:  /Amy E. Mandragouras, Esq../

SRPT-VYDS-0003090

Doc Code: PA..
Document Description: Power of Attorney

PTO/AIA/82B (07-13)
Approved for use through 11/30/2014. OMB 0651-0051
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number

## POWER OF ATTORNEY BY APPLICANT

I hereby revoke all previous powers of attorney given in the application identified in either the attached transmittal letter or the boxes below.

| Application Number | Filing Date |
|---|---|
|  |  |

(Note: The boxes above may be left blank if information is provided on form PTO/AIA/82A.)

[X] I hereby appoint the Patent Practitioner(s) associated with the following Customer Number as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the application referenced in the attached transmittal letter (form PTO/AIA/82A) or identified above:

| 123147 |
|---|

**OR**

[ ] I hereby appoint Practitioner(s) named in the attached list (form PTO/AIA/82C) as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the patent application referenced in the attached transmittal letter (form PTO/AIA/82A) or identified above. (Note: Complete form PTO/AIA/82C.)

Please recognize or change the correspondence address for the application identified in the attached transmittal letter or the boxes above to:

[X] The address associated with the above-mentioned Customer Number

**OR**

[ ] The address associated with Customer Number: [                    ]

**OR**

| Firm or Individual Name | Amy E. Mandragouras, Esq. NELSON MULLINS RILEY & SCARBOROUGH LLP |
|---|---|
| Address | One Post Office Square |

| City | Boston | State | MA | Zip | 02109-2127 |
|---|---|---|---|---|---|
| Country | US |  |  |  |  |
| Telephone | (800) 237-2000 | Email | | ipboston.docketing@nelsonmullins.com |

I am the Applicant (if the Applicant is a juristic entity, list the Applicant name in the box):

| The University of Western Australia |
|---|

[ ] Inventor or Joint Inventor (title not required below)

[ ] Legal Representative of a Deceased or Legally Incapacitated Inventor (title not required below)

[X] Assignee or Person to Whom the Inventor is Under an Obligation to Assign (provide signer's title if applicant is a juristic entity)

[ ] Person Who Otherwise Shows Sufficient Proprietary Interest (e.g., a petition under 37 CFR 1.46(b)(2) was granted in the application or is concurrently being filed with this document) (provide signer's title if applicant is a juristic entity)

### SIGNATURE of Applicant for Patent

The undersigned (whose title is supplied below) is authorized to act on behalf of the applicant (e.g., where the applicant is a juristic entity).

| Signature | [signature] | Date (Optional) | 16/May/14 |
|---|---|---|---|
| Name | Simon J. Handford |  |  |
| Title | Associate Director, Research Development and Innovation |  |  |

**NOTE:** Signature - This form must be signed by the applicant in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications. If more than one applicant, use multiple forms.

[ ] Total of    1    forms are submitted.

SRPT-VYDS-0003091

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | |
| **Filing Date:** | |
| **Title of Invention:** | ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF |
| **First Named Inventor/Applicant Name:** | Stephen Donald WILTON |
| **Filer:** | Amy E. Mandragouras |
| **Attorney Docket Number:** | AVN-008CN41 |

Filed as Small Entity

**Filing Fees for** Track I Prioritized Examination - Nonprovisional Application under 35 USC 111(a)

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| UTILITY FILING FEE (ELECTRONIC FILING) | 4011 | 1 | 70 | 70 |
| UTILITY SEARCH FEE | 2111 | 1 | 300 | 300 |
| UTILITY EXAMINATION FEE | 2311 | 1 | 360 | 360 |
| REQUEST FOR PRIORITIZED EXAMINATION | 2817 | 1 | 2000 | 2000 |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |

SRPT-VYDS-0003092

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| PUBL. FEE- EARLY, VOLUNTARY, OR NORMAL | 1504 | 1 | 0 | 0 |
| PROCESSING FEE, EXCEPT PROV. APPLS. | 2830 | 1 | 70 | 70 |

| | | | | |
|---|---|---|---|---|
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | | **Total in USD ($)** | | **2800** |

SRPT-VYDS-0003093

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 30370252 |
| **Application Number:** | 15705172 |
| **International Application Number:** | |
| **Confirmation Number:** | 2879 |
| **Title of Invention:** | ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF |
| **First Named Inventor/Applicant Name:** | Stephen Donald WILTON |
| **Customer Number:** | 123147 |
| **Filer:** | Amy E. Mandragouras |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | AVN-008CN41 |
| **Receipt Date:** | 14-SEP-2017 |
| **Filing Date:** | |
| **Time Stamp:** | 20:18:17 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | DA |
| Payment was successfully received in RAM | $ 2800 |
| RAM confirmation Number | 091517INTEFSW00006202120080 |
| Deposit Account | 120080 |
| Authorized User | Amy Mandragouras |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: |
| 37 CFR 1.16 (National application filing, search, and examination fees) |
| 37 CFR 1.17 (Patent application and reexamination processing fees) |

SRPT-VYDS-0003094

37 CFR 1.19 (Document supply fees)

37 CFR 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | TrackOne Request | 2017-09-14_Track1-Request_AVN-008CN41.pdf | 35166 <br> 27a167ffd7a55e25c9c942c9acc6202b62a84c6a | no | 1 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Sequence Listing (Text File) | AVN-008CN41_Sequence-Listing.txt | 62086 | no | - |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | Sequence Listing | 2017-09-14_Sequence-Listing-Statement_AVN-008CN41.pdf | 27862 <br> 0ae9d821c59e8c14741f2372c563c d8f28ec187e | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 4 | Oath or Declaration filed | 2017-09-14_Declarations_AVN-008CN41.pdf | 365424 <br> 7ae97ce0c b2ff216fe78f0f4701bc9cfced53c35 | no | 3 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 5 | Application Data Sheet | 2017-09-14_Application-Data-Sheet_AVN-008CN41.pdf | 1844495 <br> 324bba319f764b3701cb58f14735d6d8cdea4ae | no | 9 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 6 | Drawings-other than black and white line drawings | 2017-09-14_Drawings_AVN-008CN41.pdf | 22426407 <br> ba70205b0982abdd20004a50f274c11e18850317 | no | 22 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |

| 7 | Specification | 2017-09-14_Specification_AVN-008CN41.pdf | 207792 / 542fdf5ae583d53ecd7afbd74b61bffcbf8e662b | no | 68 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 8 | Power of Attorney | 2017-09-14_Power_of_Attorney_AVN_008CN41.pdf | 154072 / 02faf1ed24868a20ca040534ddcf24c271b78591 | no | 2 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 9 | Fee Worksheet (SB06) | fee-info.pdf | 40390 / e2e1d77985bf448bad8e183970a205accb881f43 | no | 2 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| **Total Files Size (in bytes):** | 25163694 |
|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

SRPT-VYDS-0003096

DocCode – SCORE

# SCORE Placeholder Sheet for IFW Content

Application Number: 15705172          Document Date: 09/14/2017

The presence of this form in the IFW record indicates that the following document type was received in electronic format on the date identified above.  This content is stored in the SCORE database.

Since this was an electronic submission, there is no physical artifact folder, no artifact folder is recorded in PALM, and no paper documents or physical media exist.  The TIFF images in the IFW record were created from the original documents that are stored in SCORE.

- Drawing

At the time of document entry (noted above):
- USPTO employees may access SCORE content via eDAN using the Supplemental Content tab, or via the SCORE web page.
- External customers may access SCORE content via PAIR using the Supplemental Content tab.

Form Revision Date:  August 26, 2013

SRPT-VYDS-0003097

DocCode – SEQ.TXT

# SCORE Placeholder Sheet for IFW Content

Application Number: 15705172          Document Date: 09/14/2017

The presence of this form in the IFW record indicates that the following document type was received in electronic format on the date identified above.  This content is stored in the SCORE database.

Since this was an electronic submission, there is no physical artifact folder, no artifact folder is recorded in PALM, and no paper documents or physical media exist.  The TIFF images in the IFW record were created from the original documents that are stored in SCORE.

- Sequence Listing

At the time of document entry (noted above):
- USPTO employees may access SCORE content via eDAN using the Supplemental Content tab, or via the SCORE web page.
- External customers may access SCORE content via PAIR using the Supplemental Content tab.

Form Revision Date:  August 26, 2013

I hereby certify that this paper (along with any paper referred to as being attached or enclosed) is being transmitted via the Office electronic filing system in accordance with 37 CFR § 1.6(a)(4).

Dated: September 15, 2017
Electronic Signature for Amy E. Mandragouras, Esq.:  /Amy E. Mandragouras, Esq./

Docket No.: AVN-008CN41
(PATENT)

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of:
Stephen Donald Wilton *et al.*

Application No.: 15/705,172

Confirmation No.: 2879

Filed: September 14, 2017

Art Unit: 1674

For:   ANTISENSE OLIGONUCLEOTIDES FOR
       INDUCING EXON SKIPPING AND
       METHODS OF USE THEREOF

Examiner: Not Yet Assigned

Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

## PRELIMINARY AMENDMENT UNDER 37 C.F.R. § 1.115

Dear Sir:

Prior to examination on the merits, please amend the above-identified U.S. patent application as follows:

**Amendments to the Claims** are reflected in the listing of claims which begins on page 2 of this paper.

**Remarks/Arguments** begin on page 3 of this paper.

SRPT-VYDS-0003099

Application No.: 15/705,172                              Docket No.: AVN-008CN41

## <u>AMENDMENTS TO THE CLAIMS</u>

1.      **(Canceled**)


2.      **(New**)  An antisense oligonucleotide of 20 to 31 bases comprising a base sequence that is 100% complementary to consecutive bases of a target region of exon 53 of the human dystrophin pre-mRNA, wherein the target region is within annealing site H53A(+23+47) and annealing site H53A(+39+69), wherein the base sequence comprises at least 12 consecutive bases of CUG AAG GUG UUC UUG UAC UUC AUC C (SEQ ID NO: 195), in which uracil bases are thymine bases, wherein the antisense oligonucleotide is a morpholino antisense oligonucleotide, and wherein the antisense oligonucleotide induces exon 53 skipping; or a pharmaceutically acceptable salt thereof.


3.      **(New**)  A pharmaceutical composition comprising: (i) an antisense oligonucleotide of 20 to 31 bases comprising a base sequence that is 100% complementary to consecutive bases of a target region of exon 53 of the human dystrophin pre-mRNA, wherein the target region is within annealing site H53A(+23+47) and annealing site H53A(+39+69), wherein the base sequence comprises at least 12 consecutive bases of CUG AAG GUG UUC UUG UAC UUC AUC C (SEQ ID NO: 195), in which uracil bases are thymine bases, wherein the antisense oligonucleotide is a morpholino antisense oligonucleotide, and wherein the antisense oligonucleotide induces exon 53 skipping, or a pharmaceutically acceptable salt thereof; and (ii) a pharmaceutically acceptable carrier.

2

SRPT-VYDS-0003100

Application No.: 15/705,172                                    Docket No.: AVN-008CN41

## REMARKS

Claim 1 was pending in the application.  Claim 1 has been cancelled without disclaimer or prejudice to further prosecution in this or a related application.  New claims 2 and 3 have been added.

Support for the new claims can be found throughout the specification and claims as originally filed.  Specifically, support for the term "morpholino antisense oligonucleotide" can be found at page 17, lines 1-5 (Table 1A) of the specification.  Morpholino antisense oligonucleotides have been described in the literature.  See, *e.g.,* Summerton, J. and Weller, D. (1997) Morpholino Antisense oligomers: design, preparation, and properties. *Antisense Nucl. Acid Drug Dev.*, 7, 187-195; Heasman, J. (2002) Morpholino Oligos: making sense of antisense? *Dev Biol* 243:209-214; and Gebski, B. *et al.* (2003) Morpholino antisense oligonucleotide induced dystrophin exon 23 skipping in *mdx* mouse muscle. *Hum. Mol. Gen.* 12(15): 1801-1811.

No new matter has been added.  Accordingly, following entry of the foregoing amendment claims 2 and 23 will be pending in the application.

3

Application No.: 15/705,172                                Docket No.: AVN-008CN41

## **CONCLUSION**

      In view of the foregoing, Applicants respectfully submit that the pending claims are in condition for allowance.  If a telephone conversation with Applicants' attorney would expedite the prosecution of the above-identified application, the Examiner is urged to call the undersigned at (617) 217-4626.  If a fee is due with this submission, please charge our Deposit Account No. 12-0080 under Order No. AVN-008CN41, from which the undersigned is authorized to draw.

Dated:  September 15, 2017                    Respectfully submitted,
                                             Electronic signature:  /Amy E. Mandragouras, Esq./
                                             Amy E. Mandragouras, Esq.
                                             Registration No.: 36,207
                                             NELSON MULLINS RILEY & SCARBOROUGH LLP
                                             One Post Office Square
                                             Boston, Massachusetts  02109-2127
                                             (617) 217-4626
                                             (617) 217-4699 (Fax)
                                             Attorney/Agent For Applicant

4

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 30375165 |
| **Application Number:** | 15705172 |
| **International Application Number:** | |
| **Confirmation Number:** | 2879 |
| **Title of Invention:** | ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF |
| **First Named Inventor/Applicant Name:** | Stephen Donald WILTON |
| **Customer Number:** | 123147 |
| **Filer:** | Amy E. Mandragouras/Jackeline Flores |
| **Filer Authorized By:** | Amy E. Mandragouras |
| **Attorney Docket Number:** | AVN-008CN41 |
| **Receipt Date:** | 15-SEP-2017 |
| **Filing Date:** | |
| **Time Stamp:** | 14:04:58 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Preliminary Amendment | 2017-09-15_Preliminary-Amendment_AVN-008CN41.pdf | 33707<br>18ceb3fdc3f702988312603eb6da08e38056fb2b | no | 4 |

**Warnings:**

SRPT-VYDS-0003103

| Information: | | |
| --- | --- | --- |
| **Total Files Size (in bytes):** | | 33707 |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

<u>New Applications Under 35 U.S.C. 111</u>
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**
<u>National Stage of an International Application under 35 U.S.C. 371</u>
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**
<u>New International Application Filed with the USPTO as a Receiving Office</u>
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

SRPT-VYDS-0003104

```
============================================================
Sequence Listing was accepted.
See attached Validation Report.
If you need help call the Patent Electronic Business Center at (866)
217-9197 (toll free).
Reviewer: Anjum, Durreshwar
Timestamp: [year=2017; month=9; day=20; hr=10; min=32; sec=59; ms=759; ]
============================================================
```

Validated By CRFValidator v 1.03

Application No:        15705172                Version No:        1.0


                    Input Set:


                   Output Set:


                    Started:    2017-09-14 20:29:48.158
                   Finished:    2017-09-14 20:29:52.124
                    Elapsed:    0 hr(s) 0 min(s) 3 sec(s) 966 ms
            Total Warnings:    212
              Total Errors:    1
    No. of SeqIDs Defined:    214
        Actual SeqID Count:    214


Error code        Error Description

E   287        Invalid WIPO ST.2 date format; Use (YYYY-MM-DD) in <141>

W   213        Artificial or Unknown found in <213>  in SEQ ID (1)

W   213        Artificial or Unknown found in <213>  in SEQ ID (2)

W   213        Artificial or Unknown found in <213>  in SEQ ID (3)

W   213        Artificial or Unknown found in <213>  in SEQ ID (4)

W   213        Artificial or Unknown found in <213>  in SEQ ID (5)

W   213        Artificial or Unknown found in <213>  in SEQ ID (6)

W   213        Artificial or Unknown found in <213>  in SEQ ID (7)

W   213        Artificial or Unknown found in <213>  in SEQ ID (8)

W   213        Artificial or Unknown found in <213>  in SEQ ID (9)

W   213        Artificial or Unknown found in <213>  in SEQ ID (10)

W   213        Artificial or Unknown found in <213>  in SEQ ID (11)

W   213        Artificial or Unknown found in <213>  in SEQ ID (12)

W   213        Artificial or Unknown found in <213>  in SEQ ID (13)

W   213        Artificial or Unknown found in <213>  in SEQ ID (14)

W   213        Artificial or Unknown found in <213>  in SEQ ID (15)

W   213        Artificial or Unknown found in <213>  in SEQ ID (16)

W   213        Artificial or Unknown found in <213>  in SEQ ID (17)

W   213        Artificial or Unknown found in <213>  in SEQ ID (18)

W   213        Artificial or Unknown found in <213>  in SEQ ID (19)

SRPT-VYDS-0003106

```
                Input Set:


               Output Set:



               Started:   2017-09-14 20:29:48.158
              Finished:   2017-09-14 20:29:52.124
               Elapsed:   0 hr(s) 0 min(s) 3 sec(s) 966 ms
        Total Warnings:   212
          Total Errors:   1
No. of SeqIDs Defined:   214
    Actual SeqID Count:   214


Error code     Error Description

W    213       Artificial or Unknown found in <213>  in SEQ ID (20)
                 This error has occured more than 20 times, will not be displayed
```

SRPT-VYDS-0003107

SEQUENCE LISTING

```
<110>  WILTON, STEPHEN DONALD
       FLETCHER, SUE
       MCCLOREY, GRAHAM

<120>  ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS
       OF USE THEREOF

<130>  AVN-008CN41

<140>   US 15/705,172
<141>   2017-09-14

<150>  US 15/274,772
<151>  2016-09-23

<150>  14/740,097
<151>  2015-06-15

<150>  13/741,150
<151>  2013-01-14

<150>  13/168,857
<151>  2011-06-24

<150>  12/837,359
<151>  2010-07-15

<150>  11/570,691
<151>  2008-01-15

<150>  PCT/AU2005/000943
<151>  2005-06-28

<150>  AU 2004903474
<151>  2004-06-28

<160>  214

<170>  PatentIn version 3.5

<210>  1
<211>  24
<212>  RNA
<213>  Artificial Sequence

<220>
<223>  Description of Artificial Sequence: Synthetic
       Human 2'-O-methyl phosphorothioate antisense
       oligonucleotide

<400>  1
gauaggguggu aucaacaucu guaa                                          24


<210>  2
```

SRPT-VYDS-0003108

```
<211> 21
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 2
gauaggguggu aucaacaucu g                                      21


<210> 3
<211> 25
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 3
gauaggguggu aucaacaucu guaag                                  25


<210> 4
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 4
gguggguauca acaucuguaa                                        20


<210> 5
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 5
guaucaacau cuguaagcac                                         20


<210> 6
<211> 23
```

SRPT-VYDS-0003109

```
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 6
ugcauguucc agucguugug ugg                                        23


<210> 7
<211> 25
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 7
cacuauucca gucaaauagg ucugg                                      25


<210> 8
<211> 25
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 8
auuuaccaac cuucaggauc gagua                                      25


<210> 9
<211> 21
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 9
ggccuaaaac acauacacau a                                          21


<210> 10
<211> 20
<212> RNA
```

SRPT-VYDS-0003110

```
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Canine 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 10
cauuuuugac cuacaugugg                                          20


<210> 11
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Canine 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 11
uuugaccuac auguggaaag                                          20


<210> 12
<211> 26
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Canine 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 12
uacauuuuug accuacaugu ggaaag                                   26


<210> 13
<211> 22
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Canine 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 13
auuuuugacc uacaugggaa ag                                       22


<210> 14
<211> 23
<212> RNA
<213> Artificial Sequence
```

```
<220>
<223> Description of Artificial Sequence: Synthetic
      Canine 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 14
uacgaguuga uugucggacc cag                                      23


<210> 15
<211> 25
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Canine 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 15
guggucuccu uaccuaugac ugugg                                    25


<210> 16
<211> 17
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Canine 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 16
ggucuccuua ccuauga                                             17


<210> 17
<211> 24
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 17
ugucucagua aucuucuuac cuau                                     24


<210> 18
<211> 24
<212> RNA
<213> Artificial Sequence
```

SRPT-VYDS-0003112

```
<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 18
ucuuaccuau gacuauggau gaga                                        24


<210> 19
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 19
gcaugaacuc uuguggaucc                                             20


<210> 20
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 20
ccaggguacu acuuacauua                                             20


<210> 21
<211> 21
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 21
aucguguguc acagcaucca g                                           21


<210> 22
<211> 30
<212> RNA
<213> Artificial Sequence

<220>
```

SRPT-VYDS-0003113

```
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 22
uguucagggc augaacucuu guggauccuu                                    30


<210> 23
<211> 31
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 23
uaggaggcgc cucccauccu guaggucacu g                                  31


<210> 24
<211> 31
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 24
aggucuagga ggcgccuccc auccuguagg u                                  31


<210> 25
<211> 25
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 25
gcgccuccca uccuguaggu cacug                                         25


<210> 26
<211> 26
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
```

```
         Human 2'-O-methyl phosphorothioate antisense
         oligonucleotide

<400> 26
cuucgaggag gucuaggagg cgccuc                                    26


<210> 27
<211> 21
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 27
cucccauccu guaggucacu g                                         21


<210> 28
<211> 22
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 28
uaccaguuuu ugcccuguca gg                                        22


<210> 29
<211> 26
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 29
ucaauaugcu gcuucccaaa cugaaa                                    26


<210> 30
<211> 25
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
```

```
      oligonucleotide

<400> 30
cuaggaggcg ccucccaucc uguag                                    25



<210> 31
<211> 31
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 31
uuaugauuuc caucuacgau gucaguacuu c                              31



<210> 32
<211> 31
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 32
cuuaccugcc aguggaggau uauauuccaa a                              31



<210> 33
<211> 25
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 33
caucaggauu cuuaccugcc agugg                                     25



<210> 34
<211> 25
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide
```

SRPT-VYDS-0003116

```
<400> 34
cgaugucagu acuuccaaua uucac                                    25


<210> 35
<211> 18
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 35
accauucauc aggauucu                                           18


<210> 36
<211> 18
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 36
accugccagu ggaggauu                                           18


<210> 37
<211> 27
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 37
ccaauauuca cuaaaucaac cuguuaa                                 27


<210> 38
<211> 30
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide
```

<400> 38
caggauucuu accugccagu ggaggauuau                                    30


<210> 39
<211> 31
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 39
acgaugucag uacuuccaau auucacuaaa u                                  31


<210> 40
<211> 31
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 40
auuuccaucu acgaugucag uacuuccaau a                                  31


<210> 41
<211> 21
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 41
caggagcuuc caaaugcugc a                                             21


<210> 42
<211> 29
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 42

cuugucuuca ggagcuucca aaugcugca                              29


<210> 43
<211> 22
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 43
uccucagcag aaagaagcca cg                                    22


<210> 44
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 44
uuagaaaucu cuccuugugc                                       20


<210> 45
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 45
uaaauugggu guuacacaau                                       20


<210> 46
<211> 24
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 46
cccugaggca uucccaucuu gaau                                  24

```
<210> 47
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 47
aggacuuacu ugcuuuguuu                                          20


<210> 48
<211> 23
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 48
cuugaauuua ggagauucau cug                                      23


<210> 49
<211> 23
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 49
caucuucuga uaauuuuccu guu                                      23


<210> 50
<211> 24
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 50
ucuucuguuu uuguuagcca guca                                     24
```

```
<210> 51
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 51
ucuauguaaa cugaaaauuu                                              20


<210> 52
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 52
uucuggagau ccauuaaaac                                              20


<210> 53
<211> 24
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 53
cagcaguugc gugaucucca cuag                                         24


<210> 54
<211> 21
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 54
uucaucaacu accaccacca u                                            21
```

SRPT-VYDS-0003121

```
<210> 55
<211> 25
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 55
cuaagcaaaa uaaucugacc uuaag                                    25


<210> 56
<211> 28
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 56
cuuguaaaag aacccagcgg ucuucugu                                 28


<210> 57
<211> 22
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 57
caucuacaga uguuugccca uc                                       22


<210> 58
<211> 23
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 58
gaaggauguc uuguaaaaga acc                                      23


<210> 59
```

```
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 59
accuguucuu caguaagacg                                              20


<210> 60
<211> 24
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> 60
caugacacac cuguucuuca guaa                                         24


<210> 61
<211> 20
<212> RNA
<213> Artificial Sequence

<220>
<223> Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<4
```

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (03-15)
Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**
( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | 15705172 |
| Filing Date | 2017-09-14 |
| First Named Inventor | Stephen Donald WILTON |
| Art Unit | 1674 |
| Examiner Name | Not Yet Assigned |
| Attorney Docket Number | AVN-008CN41 |

| | U.S.PATENTS | | | | | Remove |
|---|---|---|---|---|---|---|
| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button. `Add`

| | U.S.PATENT APPLICATION PUBLICATIONS | | | | | Remove |
|---|---|---|---|---|---|---|
| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button. `Add`

| | FOREIGN PATENT DOCUMENTS | | | | | | Remove | |
|---|---|---|---|---|---|---|---|---|
| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
| | 1 | 2000-325085 | JP | A | 2000-11-28 | MATSUO MASAFUMI, ET AL. | | |
| | 2 | 2002-010790 | JP | A | 2002-01-15 | Matsuo Masafumi | | ✕ |
| | 3 | 2002-325582 | JP | A | 2002-11-12 | MATSUO, MASAFUMI, ET AL. | | ☐ |

EFS Web 2.1.17

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
|---|---|---|
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | 2002-340857 | JP | A | 2002-11-27 | Matsushita Electric Ind Co Ltd | ☒ |
| 5 | 2002-529499 | JP | A | 2002-09-10 | Eli Lilly and Company | ☒ |
| 6 | 2004-509622 | JP | A | 2004-04-02 | Academisch Ziekenhuis Leiden | ☒ |
| 7 | 2010-268815 | JP | A | 2010-12-02 | MATSUO MASAFUMI | ☐ |
| 8 | 2011-101655 | JP | A | 2011-05-26 | Academisch Ziekenhuis Leiden | ☒ |
| 9 | 2011-200235 | JP | A | 2011-10-13 | Academisch Ziekenhuis Leiden | ☒ |
| 10 | 2014-054250 | JP | A | 2014-03-27 | Nippon Shinyaku Co Ltd, | ☒ |
| 11 | 2014-111638 | JP | A | 2014-06-19 | Academisch, Ziekenhuis Leiden et al. | ☒ |
| 12 | 2014-138589 | JP | A | 2014-07-31 | Academisch, Ziekenhuis Leiden | ☒ |
| 13 | 4777777 | JP | B2 | 2011-09-21 | Kobe University | ☒ |
| 14 | 4846965 | JP | B2 | 2011-12-28 | ACADEMISCH ZIEKENHUIS LEIDEN | ☐ |

SRPT-VYDS-0003125

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | | | | Application Number | 15705172 |
|---|---|---|---|---|---|---|
| | | | | | Filing Date | 2017-09-14 |
| | | | | | First Named Inventor | Stephen Donald WILTON |
| | | | | | Art Unit | 1674 |
| | | | | | Examiner Name | Not Yet Assigned |
| | | | | | Attorney Docket Number | AVN-008CN41 |

| | 15 | 5138722 | JP | B2 | 2013-02-06 | Matsuo Masafumi, | | ☒ |
|---|---|---|---|---|---|---|---|---|
| | 16 | 5378423 | JP | B2 | 2013-12-25 | ACADEMISCH ZIEKENHUIS LEIDEN | | ☐ |
| | 17 | 00/15780 | WO | A1 | 2000-03-23 | University College London | | ☐ |
| | 18 | 00/44897 | WO | A1 | 2000-08-03 | AVI Biopharma, Inc. | | ☐ |
| | 19 | 00/78341 | WO | A1 | 2000-12-28 | Murdoch Childrens Research Institute | | ☐ |
| | 20 | 01/49775 | WO | A2 | 2001-07-12 | AVI Biopharma, Inc. | | ☐ |
| | 21 | 01/72765 | WO | A1 | 2001-10-04 | ISIS Pharmaceuticals, Inc. | | ☐ |
| | 22 | 01/83503 | WO | A2 | 2001-11-08 | Hybridon, Inc | | ☐ |
| | 23 | 01/83740 | WO | A2 | 2001-11-08 | AVI Biopharma, Inc. | | ☐ |
| | 24 | 02/018656 | WO | A2 | 2002-03-07 | AVI Biopharma, Inc. | | ☐ |
| | 25 | 02/24906 | WO | A1 | 2002-03-28 | Academisch Ziekenhuis Leiden | | ☐ |

SRPT-VYDS-0003126

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | Application Number | | 15705172 | | | |
| | | Filing Date | | 2017-09-14 | | | |
| | | First Named Inventor | | Stephen Donald WILTON | | | |
| | | Art Unit | | 1674 | | | |
| | | Examiner Name | | Not Yet Assigned | | | |
| | | Attorney Docket Number | | AVN-008CN41 | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 26 | 02/29406 | WO | A1 | 2002-04-11 | Murto, James | | ☐ |
| | 27 | 03/053341 | WO | A2 | 2003-07-03 | Isis Pharmaceuticals, Inc. | | ☐ |
| | 28 | 04/048570 | WO | A1 | 2004-06-10 | Kobe University | | ☒ |
| | 29 | 04/083432 | WO | A1 | 2004-09-30 | Academisch Ziekenhuis Leiden | | ☐ |
| | 30 | 04/083446 | WO | A2 | 2004-09-30 | Academisch Ziekenhuis Leiden | | ☐ |
| | 31 | 2005/115479 | WO | A2 | 2005-12-08 | Avi Biopharma, Inc | | ☐ |
| | 32 | 2006/000057 | WO | A1 | 2006-01-05 | University of Western Australia | | ☐ |
| | 33 | 2006/021724 | WO | A2 | 2006-03-02 | Genethon et al. | | ☒ |
| | 34 | 2006/112705 | WO | A2 | 2006-10-26 | Academisch Ziekenhuis Leiden | | ☐ |
| | 35 | 2007/058894 | WO | A2 | 2007-05-24 | The University of North Carolina at Chapel Hill et | | ☐ |
| | 36 | 2007/133812 | WO | A2 | 2007-11-22 | Philadelphia Health & Education Corporation, D/B/A | | ☐ |

SRPT-VYDS-0003127

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
|---|---|---|
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 37 | 2007/135105 | WO | A1 | 2007-11-29 | Academisch Ziekenhuis Leiden | | ☐ |
| 38 | 2008/036127 | WO | A2 | 2008-03-27 | Avi Biopharma, Inc. | | ☐ |
| 39 | 2009/054725 | WO | A2 | 2009-04-30 | Academisch Ziekenhuis Leiden et al. | | ☐ |
| 40 | 2009/101399 | WO | A1 | 2009-08-20 | Isis Innovation Limited | | ☐ |
| 41 | 2009/139630 | WO | A2 | 2009-11-19 | Prosensa Technologies B.V. et al. | | ☐ |
| 42 | 2010/048586 | WO | A1 | 2010-04-29 | AVI Biopharma, Inc. | | ☐ |
| 43 | 2010/050801 | WO | A1 | 2010-05-06 | Prosensa Technologies B.V. et al. | | ☐ |
| 44 | 2010/050802 | WO | A2 | 2010-05-06 | Academisch Ziekenhuis Leiden et al. | | ☐ |
| 45 | 2010/115993 | WO | A1 | 2010-10-14 | Association Institut de Myologie et al. | | ☐ |
| 46 | 2010/123369 | WO | A1 | 2010-10-28 | Prosensa Technologies B.V. | | ☐ |
| 47 | 2010/136415 | WO | A1 | 2010-12-02 | Universita Degli Studi di Roma "La Sapienza" | | ☐ |

SRPT-VYDS-0003128

| | | | | | | | |
|---|---|---|---|---|---|---|---|

**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**
( Not for submission under 37 CFR 1.99)

| Application Number | 15705172 |
|---|---|
| Filing Date | 2017-09-14 |
| First Named Inventor | Stephen Donald WILTON |
| Art Unit | 1674 |
| Examiner Name | Not Yet Assigned |
| Attorney Docket Number | AVN-008CN41 |

| | 48 | 2010/136417 | WO | A1 | 2010-12-02 | Universita Degli Studi di Roma "La Sapienza" | ☐ |
|---|---|---|---|---|---|---|---|
| | 49 | 2010/150231 | WO | A1 | 2010-12-29 | Universita Degli Studi di Ferrara | ☐ |
| | 50 | 2011/024077 | WO | A2 | 2011-03-03 | Inserm (Institut National de la Sante et de la Rec | ☐ |

If you wish to add additional Foreign Patent Document citation information please click the Add button   Add

Remove

**NON-PATENT LITERATURE DOCUMENTS**

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|
| | 1 | AON PS1966 Mass Spectrometry Data, Pages 8,   Exhibit Number 1154 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | 2 | AON PS1966 UPLC Data, Pages 2,   Exhibit Number 1165 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | 3 | AON PS1967 Mass Spectrometry Data, Pages 7,   Exhibit Number 1155 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | 4 | AON PS1967 UPLC Data, Pages 2,   Exhibit Number 1166 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | 5 | AON PS229 (h53AON1) HPLC Chromatograph  Pages 2, Exhibit Number 1140 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | 6 | AON PS229 (h53AON1) HPLC Method Report,  Pages 3, Exhibit Number 1139 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |

SRPT-VYDS-0003129

| | | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | | | |
|---|---|---|---|
| | 7 | AON PS229 (h53AON1) Mass Spectrometry Data, Pages 3,  Exhibit Number 1142 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | 8 | AON PS229 (h53AON1) Synthesis Laboratory Notebook Entry, Pages  1, Exhibit Number 1137 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | 9 | AON PS229L (h53AON229L) Certificate of Analysis, Pages 1, Exhibit Number 1129 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | 10 | AON PS43 (h51AON1) Certificate of Analysis, Pages 1, Exhibit Number 1134 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | 11 | AON PS43 (h51AON1) HPLC Chromatogram, Pages 1, Exhibit Number 1131 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | 12 | AON PS43 (h51AON1) HPLC Method Report, Pages 4, Exhibit Number 1130 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | 13 | AON PS43 (h51AON1) Mass Spectrometry Data, Pages 3, Exhibit Number 1135 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | 14 | AON PS43 (h51AON1) UPLC-UV Data, Pages  2, Exhibit Number 1136 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | 15 | AONs PS1958, PS1959, PS1960, PS1961, PS1962, PS1963, PS1964, PS1965, PS1966, and PS1967 HPLC Method Report, Pages 3,  Exhibit Number 1143 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | 16 | Applicant-Initiated Interview Summary dated April 8, 2013 in U.S. Application Serial No. 13/094,548, (University of Western Australia Exhibit 2144, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-11). | |
| | 17 | Arechavala-Gomeza V, et al., "Immunohistological intensity measurements as a tool to assess sarcolemma-associated protein expression," Neuropathol Appl Neurobiol 2010;36: 265-74. | |

<table>
<tr><td rowspan="2"><strong>INFORMATION DISCLOSURE STATEMENT BY APPLICANT</strong><br>( Not for submission under 37 CFR 1.99)</td><td>Application Number</td><td>15705172</td></tr>
<tr><td>Filing Date</td><td>2017-09-14</td></tr>
</table>

| | | |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | | |
|---|---|---|
| 18 | ARECHAVALA-GOMEZA, V. et al., "Comparative Analysis of Antisense Oligonucleotide Sequences for Targeted Skipping of Exon 51 During Dystrophin Pre-mRNA Splicing in Human Muscle," Human Gene Therapy, Vol. 18:798-810 (2007) | |
| 19 | ARORA, Vikram et al., "c-Myc Antisense Limits Rat Liver Regeneration and Indicates Role for c-Myc in Regulating Cytochrome P-450 3A Activity," The Journal of Pharmacology and Experimental Therapeutics, Vol. 292(3):921-928 (2000) | |
| 20 | Asetek Danmark A/S v. CMI USA, Inc., 2014 WL 5990699, N.D. Cal. 2014, 8 pages, (Academisch Ziekenhuis Leiden Exhibit 1237, filed May 5, 2015 in Interference 106007 and 106008). | |
| 21 | ASVADI, Parisa et al., "Expression and functional analysis of recombinant scFv and diabody fragments with specificity for human RhD," Journal of Molecular Recognition, Vol. 15:321-330 (2002) | |
| 22 | Australian Application No. 2004903474, 36 pages, dated July 22, 2005 (Exhibit Number 1004 filed in interferences 106008, 106007 on November 18, 2014) | |
| 23 | AVI BioPharma, Inc., "Exon 51 Sequence of Dystrophin," Document D19 as filed in Opposition of European Patent EP1619249, filed June 23, 2009, 7 pages | |
| 24 | AZL's PCT/NL03/00214 (the as-filed AZL PCT Application) Exhibit No. 1006, filed in Interference No. 106,007, 64 pages, December 23, 2014 | |
| 25 | AZL's U.S. Patent Application No. 14/295,311 and claims, as-filed June 3, 2014 ("the '311 Application") (Exhibit Number 1077 filed in interferences 106008, 106007 on December 23, 2014) | |
| 26 | Azofeifa J, et al., "X-chromosome methylation in manifesting and healthy carriers of dystrophinopathies: concordance of activation ratios among first degree female relatives and skewed inactivation as cause of the affected phenotypes," Hum Genet 1995;96:167-176. | |
| 27 | BEAUCAGE, S.L. et al., "Deoxynucleoside Phosphoramidites - A New Class of Key Intermediates for Deoxypolynucleotide Synthesis," Tetrahedron Letters, Vol. 22(20):1859-1862 (1981) | |
| 28 | BELLARE, Priya et al., "A role for ubiquitin in the spliceosome assembly pathway," Nature Structural & Molecular Biology, Vol. 15(5):444-451 (2008) (Exhibit Number 1057 filed in interferences 106008, 106007 on November 18, 2014) | |

SRPT-VYDS-0003131

| | | | |
|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 | |
| | Filing Date | 2017-09-14 | |
| | First Named Inventor | Stephen Donald WILTON | |
| | Art Unit | 1674 | |
| | Examiner Name | Not Yet Assigned | |
| | Attorney Docket Number | AVN-008CN41 | |

| | | | |
|---|---|---|---|
| | 29 | BELLARE, Priya et al., "Ubiquitin binding by a variant Jab1/MPN domain in the essential pre-mRNA splicing factor Prp8p," RNA, Vol. 12:292-302 (2006) (Exhibit Number 1056 filed in interferences 106008,106007 on November 18, 2014) | |
| | 30 | BENNETT, C. Frank et al., "RNA Targeting Therapeutics: Molecular Mechanisms of Antisense Oligonucleotides as a Therapeutic Platform," Annu. Rev. Pharmacol. Toxicol., Vol. 50:259-293 (2010) (Exhibit Number 1025 filed in interferences 106008, 106007 on November 18, 2014) | |
| | 31 | BERGE, Stephen M. et al., "Pharmaceutical Salts," Journal of Pharmaceutical Sciences, Vol. 66(1):1-18 (1977) | |
| | 32 | Bestas et al., "Design and Application of Bispecific Splice Switching Oligonucleotides," Nuc. Acid Therap., Vol. 24, No. 1, pp. 13-24 (2014), Exhibit Number 1120 filed in interferences 106,007 and 106,008 on February 17, 2015. | |
| | 33 | BRAASCH, Dwaine A. et al., "Locked nucleic acid (LNA): fine-tuning the recognition of DNA and RNA," Chemistry & Biology, Vol. 8:1-7 (2001) (Exhibit Number 2009 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | 34 | BRAASCH, Dwaine A. et al., "Novel Antisense and Peptide Nucleic Acid Strategies for Controlling Gene Expression," Biochemistry, Vol. 41(14):4503-4510 (2002) (Exhibit Number 2006 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | 35 | BREMMER-BOUT, Mattie et al., "Targeted Exon Skipping in Transgenic hDMD Mice: A Model for Direct Preclinical Screening of Human-Specific Antisense Oligonucleotides," Molecular Therapy, Vol. 10(2):232-240 (2004) (Exhibit Number 2024 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | 36 | Brooke MH, et al., "Clinical investigation in Duchenne dystrophy: 2. Determination of the "power" of therapeutic trials based on the natural history," Muscle Nerve. 1983;6:91-103. | |
| | 37 | BROWN, Susan C. et al., "Dystrophic phenotype induced in vitro by antibody blockade of muscle alpha-dystroglycan-laminin interaction," Journal of Cell Science, Vol. 112:209-216 (1999) | |
| | 38 | Bushby K, et al. "Diagnosis and management of Duchenne muscular dystrophy, part 1: diagnosis, and pharmacological and psychosocial management," Lancet Neurol 2010;9:77-93. | |
| | 39 | Bushby KM, et al., "The clinical, genetic and dystrophin characteristics of Becker muscular dystrophy," II. Correlation of phenotype with genetic and protein abnormalities. J Neurol 1993;240: 105-112. | |

SRPT-VYDS-0003132

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
|---|---|---|
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | | | |
|---|---|---|---|
| | 40 | Bushby KM, et al., "The clinical, genetic and dystrophin characteristics of Becker muscular dystrophy," I. Natural history. J Neurol 1993;240:98-104. | |
| | 41 | CANONICO, A.E. et al., "Expression of a CMV Promoter Drive Human alpha-1 Antitrypsin Gene in Cultured Lung Endothelial Cells and in the Lungs of Rabbits," Clinical Research, Vol. 39(2):219A (1991) | |
| | 42 | CIRAK, Sebahattin et al., "Exon skipping and dystrophin restoration in patients with Duchenne muscular dystrophy after systemic phosphorodiamidate morpholino oligomer treatment: an open-label, phase 2, dose-escalation study," Lancet, Vol. 378(9791):595-605 (2011) | |
| | 43 | Claim Chart 11/233,495, Pages 57, Exhibit Number 1216 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | 44 | Claim Chart 13/550,210, Pages 45, Exhibit Number 1217 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | 45 | Claim Chart, US 7,807,816, 14 pages (Exhibit Number 1063 filed in interferences 106008, 106007 on November 18, 2014) | |
| | 46 | Claim Chart, US 7,960,541, 17 pages (Exhibit Number 1064 filed in interferences 106008, 106007 on November 18, 2014) | |
| | 47 | Claim Chart, US 8,455,636, 32 pages (Exhibit Number 1062 filed in interferences 106008, 106007 on November 18, 2014) | |
| | 48 | Claim Comparison Chart - Claims 11 and 29 in 13/550,210, Pages 1, Exhibit Number 1226 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | 49 | Claim Comparison Chart 13/550,210 vs 11/233,495, Pages 12, Exhibit Number 1218 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | 50 | Claim Comparison Chart 13/550,210 vs 12/198,007, Pages 1, Exhibit Number 1219 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |

SRPT-VYDS-0003133

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( **Not for submission under 37 CFR 1.99**) | Application Number | 15705172 |
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| If you wish to add additional non-patent literature document citation information please click the Add button | Add |
| --- | --- |

## EXAMINER SIGNATURE

| Examiner Signature | | Date Considered | |
| --- | --- | --- | --- |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

EFS Web 2.1.17

SRPT-VYDS-0003134

| | |
|---|---|
| Application Number | 15705172 |
| Filing Date | 2017-09-14 |
| First Named Inventor | Stephen Donald WILTON |
| Art Unit | 1674 |
| Examiner Name | Not Yet Assigned |
| Attorney Docket Number | AVN-008CN41 |

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( Not for submission under 37 CFR 1.99)

---

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

See attached certification statement.

The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

A certification statement is not submitted herewith.

## SIGNATURE
A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Amy E. Mandragouras, Esq./ | Date (YYYY-MM-DD) | 2017-09-22 |
|---|---|---|---|
| Name/Print | Amy E. Mandragouras, Esq. | Registration Number | 36,207 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

SRPT-VYDS-0003135

## Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.    The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.    A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.    A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.    A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.    A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.    A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.    A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.    A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.    A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

SRPT-VYDS-0003136

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (03-15)
Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

### U.S.PATENTS | Remove |

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button. | Add |

### U.S.PATENT APPLICATION PUBLICATIONS | Remove |

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button. | Add |

### FOREIGN PATENT DOCUMENTS | Remove |

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | 2011/045747 | WO | A1 | 2011-04-21 | Universita Delgi Studi Di Ferrara | | |
| | 2 | 2011/057350 | WO | A1 | 2011-05-19 | The University of Western Australia | | |
| | 3 | 2011/143008 | WO | A1 | 2011-11-17 | The Charlotte-Mecklenburg Hospital Authority D/B/A | | |

EFS Web 2.1.17

SRPT-VYDS-0003137

| | | | | | | |
|---|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99)** | Application Number | 15/705172 | | | | |
| | Filing Date | 2017-09-14 | | | | |
| | First Named Inventor | Stephen Donald WILTON | | | | |
| | Art Unit | 1674 | | | | |
| | Examiner Name | Not Yet Assigned | | | | |
| | Attorney Docket Number | AVN-008CN41 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | 2012/001941 | WO | A1 | 2012-01-05 | Hagiwara, Masatoshi et al. | ✕ |
| 5 | 2012/029986 | WO | A1 | 2012-03-08 | Nippon Shinyaku Co., Ltd. et al. | ☐ |
| 6 | 2012/043730 | WO | A1 | 2012-04-05 | Nippon Shinyaku Co., Ltd. | ☒ |
| 7 | 2012/109296 | WO | A1 | 2012-08-16 | The Charlotte-Mecklenburg Hospital Authority D/B/A | ☐ |
| 8 | 2012/150960 | WO | A1 | 2012-11-08 | Avi Biopharma, Inc | ☐ |
| 9 | 2013/033407 | WO | A2 | 2013-03-07 | The Regents of the University of California | ☐ |
| 10 | 2013/053928 | WO | A1 | 2013-04-18 | Association Institut De Myologie et al. | ☐ |
| 11 | 2013/100190 | WO | A1 | 2013-07-04 | Nippon Shinyaku Co., Ltd. et al. | ☒ |
| 12 | 2013/112053 | WO | A1 | 2013-08-01 | Prosensa Technologies B.V. | ☐ |
| 13 | 2013/142087 | WO | A1 | 2013-09-26 | Sarepta Therapeutics, Inc | ☐ |
| 14 | 2014/007620 | WO | A2 | 2014-01-09 | Prosensa Technologies B.V. | ☐ |

SRPT-VYDS-0003138

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 15 | 2014/100714 | WO | A1 | 2014-06-26 | Sarepta Therapeutics, Inc | | ☐ |
| 16 | 2014/144978 | WO | A2 | 2014-09-18 | Sarepta Therapeutics, Inc | | ☐ |
| 17 | 2014/153220 | WO | A2 | 2014-09-25 | Sarepta Therapeutics, Inc | | ☐ |
| 18 | 2014/153240 | WO | A2 | 2014-09-25 | Sarepta Therapeutics, Inc | | ☐ |
| 19 | 2014/172669 | WO | A1 | 2014-10-23 | Res Inst At Nationwide Children S Hospital | | ☐ |
| 20 | 2017/059131 | WO | A1 | 2017-04-06 | Sarepta Therapeutics, Inc | | ☐ |
| 21 | 93/20227 | WO | A1 | 1993-10-14 | Abbott Laboratories | | ☐ |
| 22 | 94/02595 | WO | A1 | 1994-02-03 | Ribozyme Pharmaceuticals, Inc. | | ☐ |
| 23 | 94/26887 | WO | A1 | 1994-11-24 | The University of North Carolina at Chapel Hill | | ☐ |
| 24 | 96/10391 | WO | A1 | 1996-04-11 | The University of British Columbia | | ☐ |
| 25 | 96/10392 | WO | A1 | 1996-04-11 | The University of British Columbia | | ☐ |

EFS Web 2.1.17

SRPT-VYDS-0003139

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
|---|---|---|
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | 26 | 97/30067 | WO | A1 | 1997-08-21 | Isis Pharmaceuticals, Inc. | | ☐ |
|---|---|---|---|---|---|---|---|---|
| | 27 | 97/34638 | WO | A1 | 1997-09-25 | The Regents of the University of California | | ☐ |

If you wish to add additional Foreign Patent Document citation information please click the Add button  `Add`

`Remove`

**NON-PATENT LITERATURE DOCUMENTS**

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T5 |
|---|---|---|---|
| | 1 | Classification Excerpts from USPC System, 21 pages, (Academisch Ziekenhuis Leiden Exhibit 1234, filed May 5, 2015 in Interference 106007 and 106008). | |
| | 2 | COLLINS, C.A. et al., "Duchenne's muscular dystrophy: animal models used to investigate pathogenesis and develop therapeutic strategies," Int. J. Exp. Pathol., Vol. 84(4):165-172 (2003) | |
| | 3 | Confirmation of Dystrophin Exon 48 to 50 Deletion in Cell Line 8036 Laboratory Notebook Entry, Pages 3,   Exhibit Number 1167 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | 4 | Confirmation of Dystrophin Exon 52 Deletion in Cell Line R1809 Laboratory; Notebook Entry, Pages 3,   Exhibit Number 1168 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | 5 | Confirmatory Study of Eteplirsen in DMD Patients, An Open-Label, Multi-Center, 48-Week Study With a Concurrent Untreated Control Arm to Evaluate the Efficacy and Safety of Eteplirsen in Duchenne Muscular Dystrophy ,Clinical Trials.gov, Clinical Trial Identifier NCT02255552, October 1, 2014, 3 pages | |
| | 6 | Coolidge v. Efendic, 2008 WL 2080735, Int. No. 105,457 (BPAI May 16, 2008), 42 pages, (Academisch Ziekenhuis Leiden Exhibit 1235, filed May 5, 2015 in Interference 106007 and 106008). | |
| | 7 | COREY, David R. et al., "Morpholino antisense oligonucleotides: tools for investigating vertebrate development," Genome Biology, Vol. 2(5):1015.1 - 1015.3 (2001) (Exhibit Number 1026  filed in interferences 106008, 106007 on November 18, 2014) | |

SRPT-VYDS-0003140

| | | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | | | |
|---|---|---|---|
| | 8 | Corrected Priority Statement filed by UWA in Int. No. 106,008 (as PN 219),Pages 5, Exhibit Number 1002 filed in Interference 106,013 on February 17, 2015. | |
| | 9 | Cortes et al., "Mutations in the conserved loop of human U5 snRNA generate use of novel cryptic 5´ splice sites in vivo," EMBO J., Vol. 12, No. 13, pp. 5181-5189 (1993), Exhibit Number 1187 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | 10 | CROOKE, Stanley T., Antisense Drug Technology, Principles, Strategies, and Applications, Marcel Dekker, Inc., New York, Chapters 15 and 16, pages 375-389, 391-469 (2001) (Exhibit Number 2075 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | 11 | Curriculum Vitae of Judith van Deutekom, Pages 6, Exhibit Number 1126 filed in interferences 106,007 and 106,008 on February 17, 2015. | |
| | 12 | Curriculum Vitae, Erik Joseph Sontheimer, 18 pages, dated September 29, 2014 (Exhibit Number 1013 filed in interferences 106008, 106007 on November 18, 2014) | |
| | 13 | CV, Professor Matthew J.A. Wood, 3 pages (Exhibit Number 2003 filed in interferences 106008, 106007 on November 18, 2014) | |
| | 14 | DAVIS, Richard J. et al., "Fusion of PAX7 to FKHR by the Variant t(1;13)(p36;q14) Translocation in Alveolar Rhabdomyosarcoma," Cancer Research, Vol. 54:2869-2872 (1994) (Exhibit Number 1027 filed in interferences 106008, 106007 on November 18, 2014) | |
| | 15 | DE ANGELIS, Fernanda Gabriella et al., "Chimeric snRNA molecules carrying antisense sequences against the splice junctions of exon 51 of the dystrophic pre-mRNA induce exon skipping and restoration of a dystrophin synthesis in Δ48-50 DMD cells," PNAS, Vol. 99(14):9456-9461 (2002) | |
| | 16 | Decision on Appeal, Ex Parte Martin Gleave and Hideaki Miyake, Appeal No. 2005-2447, Appl. No. 09/619,908 (January 31, 2006) (2009 WL 6927761 (Bd.Pat.App.& Interf.), Pages 12, Exhibit Number 1207 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | 17 | Decision on Request for ReHearing, Ex Parte Roderick John Scott, Appeal No. 2008-004077, Appl. No. 10/058,825 (January 6, 2010) (2010 WL 191079 (Bd.Pat.App. & Interf.),Pages 21, Exhibit Number 1208 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | 18 | Declaration of Judith C.T. van Deutekom Under 37 C.F.R. §1.132, filed on January 27, 2012, in U.S. Patent Reexamination Control No 90/011,320, regarding U.S. Patent No. 7,534,879, (University of Western Australia Exhibit 2133, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-10). | |

SRPT-VYDS-0003141

الحدود

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
|---|---|---|
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | | | |
|---|---|---|---|
| | 19 | Declaration of Judith van Deutekom, Pages 45, Exhibit Number 1125 filed in interferences 106,007 and 106,008 on February 17, 2015. | |
| | 20 | DELLORUSSO, Christiana et al., "Functional correction of adult mdx mouse muscle using gutted adenoviral vectors expressing full-length dystrophin," PNAS, Vol. 99(20):12979-12984 (2002) | |
| | 21 | Deposition Transcript of Erik J. Sontheimer, Ph.D. of January 21, 2015 (99 pages), Exhibit Number 1215 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | 22 | Deposition Transcript of Matthew J. A. Wood, M.D. , D. Phil., January 22, 2015, including Errata Sheet, Pages 198, Exhibit Number 1007 filed in Interference 106,013 on February 17, 2015. | |
| | 23 | Deposition Transcript of Matthew J. A. Wood, M.D., D. Phil., Pages 196, Exhibit Number 1122 filed in interferences 106,007 and 106,008 on February 17, 2015. | |
| | 24 | Desalting of Oligonucleotides, Pages 2, Exhibit Number 1132 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | 25 | DIRKSEN, Wessel P. et al., "Mapping the SF2/ASF Binding Sites in the Bovine Growth Hormone Exonic Splicing Enhancer," The Journal of Biological Chemistry, Vol. 275(37):29170-29177 (2000) | |
| | 26 | DOMINSKI, Zbigniew et al., "Identification and Characterization by Antisense Oligonucleotides of Exon and Intron Sequences Required for Splicing," Molecular and Cellular Biology, Vol. 14(11):7445-7454 (1994) | |
| | 27 | DOMINSKI, Zbigniew et al., "Restoration of correct splicing in thalassemic pre-mRNA by antisense oligonucleotides," Proc. Natl. Acad. Sci. USA, Vol. 90:8673-8677 (1993) | |
| | 28 | DORAN, Philip et al., "Proteomic profiling of antisense-induced exon skipping reveals reversal of pathobiochemical abnormalities in dystrophic mdx diaphragm," Proteomics, Vol. 9:671-685, DOI 10.1002/pmic.200800441 (2009) | |
| | 29 | DOUGLAS, Andrew G.L. et al., "Splicing therapy for neuromuscular disease," Molecular and Cellular Neuroscience, Vol. 56:169-185 (2013) (Exhibit Number 2005 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |

SRPT-VYDS-0003142

| | | | |
|---|---|---|---|
| | | Application Number | 15705172 |
| | | Filing Date | 2017-09-14 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | First Named Inventor | Stephen Donald WILTON |
| | | Art Unit | 1674 |
| | | Examiner Name | Not Yet Assigned |
| | | Attorney Docket Number | AVN-008CN41 |

| | | | |
|---|---|---|---|
| | 30 | Doyle, Donald F., et al. (2001) "Inhibition of Gene Expression Inside Cells by PeptideNucleic Acids: Effect of mRNA Target Sequence, Mismatched Bases, and PNA Length," Biochemistry 40:53-64, (Exhibit Number 2123 filed in interferences 106,007 and 106,008 on February 17, 2015. | |
| | 31 | Dr. Wood Errata Sheet – 22 Jan 2015, Pages 2, Exhibit Number 1227 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | 32 | DUNCKLEY, Matthew G. et al., "Modification of splicing in the dystrophin gene in cultured Mdx muscle cells by antisense oligoribonucleotides," Human Molecular Genetics, Vol. 5(1):1083-1090 (1995) | |
| | 33 | DUNCKLEY, Matthew G. et al., "Modulation of Splicing in the DMD Gene by Antisense Oligoribonucleotides," Nucleosides & Nucleotides, Vol. 16(7-9):1665-1668 (1997) | |
| | 34 | ECKSTEIN, F., "Nucleoside Phosphorothioates," Ann. Rev. Biochem., Vol. 54:367-402 (1985) (Exhibit Number 1028 filed in interferences 106008, 106007 on November 18, 2014) | |
| | 35 | ELAYADI, Anissa N. et al., "Application of PNA and LNA oligomers to chemotherapy," Current Opinion in Investigational Drugs, Vol. 2(4):558-561 (2001) | |
| | 36 | Email from Danny Huntington to Interference Trial Section, dated September 21, 2014, Pages 2, Exhibit Number 3001 filed in Interference 106,007, 106,008, and 106,013 on September 26, 2014. | |
| | 37 | Email From Sharon Crane to Interference Trial Section, dated November 13, 2014, Pages 2, Exhibit Number 3002 filed in Interference 106,007, 106,008, and 106,013 on dated November 14, 2014. | |
| | 38 | Emery, A.E. H., "Population frequencies of inherited neuromuscular diseases – a world survey," Neuromuscul Disord 1991;1:19-29. | |
| | 39 | Errata sheet for the January 22, 2015 deposition of Matthew J. A. Wood, M.D., D. PHIL., 2 pages, (Exhibit Number 2128 filed in interferences 106,007 and 106,008 on February 17, 2015. | |
| | 40 | Errata sheet for the March 12, 2015 deposition of Erik J. Sontheimer, Ph.D., (University of Western Australia Exhibit 2149, filed April 3, 2015 in Interferences 106007, 106008, and 106013, page 1). | |

EFS Web 2.1.17

SRPT-VYDS-0003143

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
|---|---|---|
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | 41 | Errata to the Sarepta Briefing Information for the April 25, 2016 Meeting of the Peripheral and Central Nervous System Drugs Advisory Committee, Eteplirsen Errata Document, NDA 206488, 5 pages. | |
|---|---|---|---|
| | 42 | ERRINGTON, Stephen J. et al., "Target selection for antisense oligonucleotide induced exon skipping in the dystrophin gene," The Journal of Gene Medicine, Vol. 5:518-527 (2003) | |
| | 43 | European Office Action for Application No. 09752572.9, 5 pages, dated February 29, 2012 | |
| | 44 | European Response, Application No. 10004274.6, 7 pages, dated November 5, 2013 (Exhibit Number 1060 filed in interferences 106008, 106007 on November 18, 2014) | |
| | 45 | European Response, Application No. 12198517.0, 7 pages, dated October 21, 2014 (Exhibit Number 2084 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | 46 | European Search Report for Application No. 10004274.6, 12 pages, dated January 2, 2013 | |
| | 47 | European Search Report, EP15168694.6, dated July 23, 2015, pages 1-8. | |
| | 48 | Excerpts from Prosecution History of Application No. 13/741,150: Notice of Allowance dated March 16, 2015; List of References cited by Applicant and Considered by Examiner; Notice of Allowance and Fees due dated September 18, 2014; Amendment in Response to Non-Final Office Action dated July 11, 2014, (Academisch Ziekenhuis Leiden Exhibit 1229, filed April 3, 2015 in Interference 106007 and 106008, pages 1-133) | |
| | 49 | Excerpts from Prosecution History of Application No. 13/826,880: Notice of Allowance dated January 26, 2015 and Amendment in Response to Non-Final Office Action dates October 15, 2014, (Academisch Ziekenhuis Leiden Exhibit 1228, filed April 3, 2015 in Interference 106007 and 106008, pages 1-16). | |
| | 50 | Excerpts from Yeo (Ed.), "Systems Biology of RNA Binding Proteins," Adv. Exp. Med. Biol., Chapter 9, 56 pages (2014), (Academisch Ziekenhuis Leiden Exhibit 1232, filed April 3, 2015 in Interference 106007 and 106008, pages 1-56). | |

If you wish to add additional non-patent literature document citation information please click the Add button   Add

SRPT-VYDS-0003144

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket  Number | AVN-008CN41 |

| EXAMINER SIGNATURE | | |
|---|---|---|
| Examiner Signature | | Date Considered | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through a citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document.  [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [5] Applicant is to place a check mark here if English language translation is attached.

SRPT-VYDS-0003145

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
| --- | --- | --- |
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

See attached certification statement.

The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

A certification statement is not submitted herewith.

## SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Amy E. Mandragouras, Esq./ | Date (YYYY-MM-DD) | 2017-09-22 |
| --- | --- | --- | --- |
| Name/Print | Amy E. Mandragouras, Esq. | Registration Number | 36,207 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

SRPT-VYDS-0003146

## Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.    The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.    A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.    A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.    A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.    A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.    A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.    A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.    A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.    A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

SRPT-VYDS-0003147

Doc code: IDS

PTO/SB/08a (03-15)
Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Doc description: Information Disclosure Statement (IDS) Filed

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( Not for submission under 37 CFR 1.99)

| Application Number | 15705172 |
|---|---|
| Filing Date | 2017-09-14 |
| First Named Inventor | Stephen Donald WILTON |
| Art Unit | 1674 |
| Examiner Name | Not Yet Assigned |
| Attorney Docket Number | AVN-008CN41 |

## U.S.PATENTS    Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button.    Add

## U.S.PATENT APPLICATION PUBLICATIONS    Remove

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button.    Add

## FOREIGN PATENT DOCUMENTS    Remove

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | |

If you wish to add additional Foreign Patent Document citation information please click the Add button    Add

## NON-PATENT LITERATURE DOCUMENTS    Remove

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|

SRPT-VYDS-0003148

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
| --- | --- | --- |
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | | |
| --- | --- | --- |
| 1 | Excerpts of SEC Form 8-K, dated November 23 2014, for BioMarin Pharmaceutical Inc., (University of Western Australia Exhibit 2129, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-9). | |
| 2 | Exon 46 Sequence of Dystrophin, Document D18 as filed in Opposition of European Patent EP1619249, filed June 23, 2009, 1 page | |
| 3 | Exon 51 Internal Sequence Schematic, Pages 1, Exhibit Number 1224 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| 4 | Exon 53 Internal Sequence Schematic, Pages 1, Exhibit Number 1225 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| 5 | Extended European Search Report, EP 15190341.6, dated April 28, 2016, 9 pages. | |
| 6 | Fairclough et al., "Therapy for Duchenne muscular dystrophy: renewed optimism from genetic approaches," Nature Reviews, Vol. 14, pp. 373-378 (June, 2013), Exhibit Number 1112 filed in interferences 106,007 and 106,008 on February 17, 2015. | |
| 7 | FALL, Abbie M. et al., "Induction of revertant fibres in the mdx mouse using antisense oligonucleotides," Genetics Vaccines and Therapy, Vol. 4:3, doi:10.1186/1479-0556-4-3, 12 pages (2006) | |
| 8 | FDA Briefing Document, "Peripheral and Central Nervous System," Drugs Advisory Committee Meeting, NDA 206488 Eteplirsen, Food and Drug Administration, pages 1-73, January 22, 2016. | |
| 9 | FDA Briefing Information for the April 25, 2016 Meeting of the Peripheral and Central Nervous System Drugs Advisory Committee, Eteplirsen, NDA 206488, 115 pages | |
| 10 | FDA News Release, "FDA grants accelerated approval to first drug for Duchenne muscular dystrophy," September 19, 2016, 3 pages. | |
| 11 | Federal Register, Vol. 58, No. 183, pp. 49432-49434, September 23, 1993 (6 pages); [Cited as: 58 FR 49432-01, 1993 WL 371451 (F.R.)], Exhibit Number 1221 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |

EFS Web 2.1.17

| | | Application Number | 15705172 |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99**) | | Filing Date | 2017-09-14 |
| | | First Named Inventor | Stephen Donald WILTON |
| | | Art Unit | 1674 |
| | | Examiner Name | Not Yet Assigned |
| | | Attorney Docket Number | AVN-008CN41 |

| | | |
|---|---|---|
| | 12 | Federal Register, Vol. 69, No. 155, pp. 49960-50020 dated August 12, 2004 (62 pages), Exhibit Number 1220 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | 13 | FEENER, C. et al., "Alternative splicing of human dystrophin mRNA generates isoforms at the carboxy terminus," Nature, vol. 338:509 - 511 (1989). | |
| | 14 | File Excerpt from AZL U.S. Patent Application 11/233,495: Amendment After Non-Final Office Action, as-filed November 1, 2010 (Exhibit Number 1085 filed in interferences 106008, 106007 on December 23, 2014) | |
| | 15 | File Excerpt from AZL U.S. Patent Application 11/233,495: Claims examined in Non-Final Office Action, dated December 1, 2008 (Exhibit Number 1079 filed in interferences 106008, 106007 on December 23, 2014) | |
| | 16 | File Excerpt from AZL U.S. Patent Application 11/233,495: Final Office Action dated August 31, 2010 (Exhibit Number 1086 filed in interferences 106008, 106007 on December 23, 2014) | |
| | 17 | File Excerpt from U.S. Patent Application 11/233,495: Non-Final Office Action dated December 1, 2008 and Final Office Action dated June 25, 2009 (Exhibit Number 1078 filed in interferences 106008, 106007 on December 23, 2014) | |
| | 18 | File Excerpt from U.S. Patent Application No. 12/198,007: AZL's Preliminary Amendment and Response, as-filed November 7, 2008 (Exhibit Number 1075 filed in interferences 106008, 106007 on December 23, 2014) | |
| | 19 | File Excerpt from U.S. Patent Application No. 12/976,381: AZL's First Preliminary Amendment, as-filed December 22, 2010 (Exhibit Number 1076 filed in interferences 106008, 106007 on December 23, 2014) | |
| | 20 | File Excerpts from Prosecution History of U.S. Patent Application No. 13/270,992 ("UWA's U.S. Patent 8,486,907), Pages 122, Exhibit Number 1006 filed in Interference 106,013 on February 17, 2015. | |
| | 21 | File Excerpts from U.S. Patent Application No. 11/233,495: Response to Non- Final Office Action, as filed July 26, 2011 (14 pages), Exhibit Number 1222 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | 22 | File Excerpts from U.S. Patent Application No. 13/270,992 ("UWA's U.S. Patent 8,486,907): NFOA, dated 7/30/2012; Applicant-Initiated Interview Summary, dated 11/8/2012; Amendment, as filed January 30, 2013; NOA, dated 4/4/2013, Exhibit Number 1118 (122 pages) filed in interferences 106,007 and 106,008 on February 17, 2015. | |

SRPT-VYDS-0003150

| | | | |
|---|---|---|---|
| | | Application Number | 15705172 |
| | | Filing Date | 2017-09-14 |

**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**
( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| First Named Inventor | Stephen Donald WILTON |
| Art Unit | 1674 |
| Examiner Name | Not Yet Assigned |
| Attorney Docket Number | AVN-008CN41 |

| | | | |
|---|---|---|---|
| | 23 | Flanagan, W. Michael, et al., "A cytosine analog that confers enhanced potency to antisense oligonucleotides," Proc. Nat'l Acad. Sci. USA, Vol. 96, pp. 3513-3518 (March, 1999), Exhibit Number 1211 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | 24 | Flanigan et al. (2003) "Rapid Direct Sequence Analysis of the Dystrophin Gene," Am. J. Hum. Genet. 72:931-939, dated February 17, 2015 (Exhibit Number 2120 filed in interferences 106,007 and 106,008 on February 17, 2015. | |
| | 25 | FLANIGAN, Kevin M. et al., "Pharmacokinetics and safety of single doses of drisapersen in non-ambulant subjects with Duchenne muscular dystrophy: Results of a double-blind randomized clinical trial," Neuromuscular Disorders, Vol. 24:16-24 (2014) (Exhibit Number 2038 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | 26 | Fletcher S., et al, "Morpholino oligomer-mediated exon skipping averts the onset of dystrophic pathology in the mdx mouse. Mol Ther 2007;15:1587-1592. | |
| | 27 | FLETCHER, Sue et al., "Dystrophin Isoform Induction In Vivo by Antisense-mediated Alternative Splicing," Molecular Therapy, Vol. 18(6):1218-1223 (2010) | |
| | 28 | FLETCHER, Sue et al., "Targeted Exon Skipping to Address 'Leaky' Mutations in the Dystrophin Gene," Molecular Therapy-Nucleic Acids, Vol. 1, e48, doi:10.1038/mtna.2012.40, 11 pages (2012) | |
| | 29 | FLETCHER, Susan et al., "Dystrophin expression in the mdx mouse after localised and systemic administration of a morpholino antisense oligonucleotide," J. Gene Med., Vol. 8:207-216 (2006) | |
| | 30 | FLETCHER, Susan et al., "Gene therapy and molecular approaches to the treatment of hereditary muscular disorders," Curr. Opin. Neurol., Vol. 13:553-560 (2000) | |
| | 31 | FOSTER, Helen et al., "Genetic Therapeutic Approaches for Duchenne Muscular Dystrophy," Human Gene Therapy, Vol. 23:676-687 (2012) | |
| | 32 | Fourth Declaration of Erik Sontheimer, Ph.D. (Pursuant to Bd.R. 41.155(b)(2) and SO 155.1.3 and 155.1.4), dated March 9, 2015, (University of Western Australia Exhibit 2138, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-4). | |
| | 33 | FRAGALL, Clayton T. et al., "Mismatched single stranded antisense oligonucleotides can induce efficient dystrophin splice switching," BMC Medical Genetics, Vol. 12:141, 8 pages (2011) (Exhibit Number 2019 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |

SRPT-VYDS-0003151

| | | | |
|---|---|---|---|
| | | Application Number | 15705172 |
| | | Filing Date | 2017-09-14 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | First Named Inventor | Stephen Donald WILTON |
| | | Art Unit | 1674 |
| | | Examiner Name | Not Yet Assigned |
| | | Attorney Docket Number | AVN-008CN41 |

| | | | |
|---|---|---|---|
| | 34 | FRALEY, Robert et al., "New generation of liposomes: the engineering of an efficient vehicle for intracellular delivery of nucleic acids," Trends Biochem., Vol. 6:77-80 (1981) | |
| | 35 | FRAZIER, Kendall S. et al., "Species-specific Inflammatory Responses as a Primary Component for the Development of Glomerular Lesions in Mice and Monkeys Following Chronic Administration of a Second-generation Antisense Oligonucleotide," Toxicologica Pathology, 13 pages (2013) | |
| | 36 | FRIEDMANN, Theodore, "Progress Toward Human Gene Therapy," Science, Vol. 244(4910):1275-1281 (1989) | |
| | 37 | GEBSKI, Bianca L. et al., "Morpholino antisense oligonucleotide induced dystrophin exon 23 skipping in mdx mouse muscle," Human Molecular Genetics, Vol. 12(15):1801-1811 (2003) | |
| | 38 | GenBank AF213437.1 Dated January 17, 2002 | |
| | 39 | Generic Method for Average Mass Determination Using LC-UV-MS in the Negative Mode, Pages 15,   Exhibit Number 1145 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | 40 | Generic UPLC Purity Method for Oligonucleotides (19- to 25-mers), Pages 18,   Exhibit Number 1156 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | 41 | GENNARO, Alfonso R., (ed.), Remington's Pharmaceutical Sciences, 18th Edition, Mack Publishing, Co., Easton PA, 2020 pages (1990) | |
| | 42 | GILES, Richard V. et al., "Antisense Morpholino Oligonucleotide Analog Induces Missplicing of C-myc mRNA," Antisense & Nucleic Acid Drug Development, Vol. 9:213-220 (1999) | |
| | 43 | GlaxoSmithKline Press Release, Issued in London, UK, dated June 27, 2013 (5 pages), Exhibit Number 1202 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | 44 | GlaxoSmithKline, "GSK and Prosensa announce start of Phase III study of investigational Duchenne Muscular Dystrophy medication," press release, 6 pages, dated January 19, 2011 (Exhibit Number 2060  filed in interferences 106008, 106013, 106007 on November 18, 2014) | |

SRPT-VYDS-0003152

| | | Application Number | 15/705172 |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | Filing Date | 2017-09-14 |
| | | First Named Inventor | Stephen Donald WILTON |
| | | Art Unit | 1674 |
| | | Examiner Name | Not Yet Assigned |
| | | Attorney Docket Number | AVN-008CN41 |

| | 45 | GlaxoSmithKline, "Prosensa regains rights to drisapersen from GSK and retains rights to all other programmes for the treatment of Duchenne muscular dystrophy (DMD), press release, 4 pages, dated January 13, 2014 (Exhibit 2040 in Interferences 106007, 106008, and 106013 on November 18, 2014). | |
|---|---|---|---|
| | 46 | GOEMANS, Nathalie M. et al., "Systemic Administration of PRO051 in Duchenne's Muscular Dystrophy," The New England Journal of Medicine, Vol. 364:1513-1522 (2011) (Exhibit Number 2036 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | 47 | Gordon et al., "Kinetic Characterization of the Second Step of Group II Intron Splicing: Role of Metal Ions and the Cleavage Site 2´-OH in Catalysis," Biochemistry, Vol. 39, pp. 12939-12952 (2000), Exhibit Number 1188 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | 48 | GORDON, Peter M. et al., "Metal ion catalysis during the exon-ligation step of nuclear pre-mRNA splicing: Extending the parallels between the spliceosome and group II introns," RNA, Vol. 6:199-205 (2000) (Exhibit Number 1055 filed in Interferences 106008, 106007 on November 18, 2014) | |
| | 49 | GOYENVALLE, Aurelie et al., "Prevention of Dystrophic Pathology in Severely Affected Dystrophin/Utrophin-deficient Mice by Morpholino-oligomer-mediated Exon-skipping," Molecular Therapy, Vol. 18(1):198-205 (2010) | |
| | 50 | HAMMOND, Suzan M. et al., "Correlating In Vitro Splice Switching Activity With Systemic In Vivo Delivery Using Novel ZEN-modified Oligonucleotides," Molecular Therapy - Nucleic Acids, Vol. 3:1, 11 pages (2014) (Exhibit Number 2011 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |

| If you wish to add additional non-patent literature document citation information please click the Add button | Add |
|---|---|

| **EXAMINER SIGNATURE** | | |
|---|---|---|
| Examiner Signature | | Date Considered | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

SRPT-VYDS-0003153

| | |
|---|---|
| Application Number | 15/705172 |
| Filing Date | 2017-09-14 |
| First Named Inventor | Stephen Donald WILTON |
| Art Unit | 1674 |
| Examiner Name | Not Yet Assigned |
| Attorney Docket Number | AVN-008CN41 |

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( Not for submission under 37 CFR 1.99)

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

See attached certification statement.

The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

A certification statement is not submitted herewith.

## SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Amy E. Mandragouras, Esq./ | Date (YYYY-MM-DD) | 2017-09-22 |
|---|---|---|---|
| Name/Print | Amy E. Mandragouras, Esq. | Registration Number | 36,207 |

This collection of information is required by 37 CFR 1.97 and 1.98.  The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application.  Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14.  This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO.  Time will vary depending upon the individual case.  Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS.  **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

SRPT-VYDS-0003154

## Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.   The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.   A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.   A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.   A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.   A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.   A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.   A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.   A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.   A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

SRPT-VYDS-0003155

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (03-15)
Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

### U.S.PATENTS    Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button.    Add

### U.S.PATENT APPLICATION PUBLICATIONS    Remove

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button.    Add

### FOREIGN PATENT DOCUMENTS    Remove

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | |

If you wish to add additional Foreign Patent Document citation information please click the Add button    Add

### NON-PATENT LITERATURE DOCUMENTS    Remove

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|

EFS Web 2.1.17

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
|---|---|---|
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | | | |
|---|---|---|---|
| 1 | Hammond, Suzan M., et al., "Genetic therapies for RNA mis-splicing diseases," Cell, Vol.27, No. 5, pp. 196-205 (May, 2011), Exhibit Number 1113 filed in interferences 106,007 and 106,008 on February 17, 2015. | | |
| 2 | Hammond,Suzan M., et al., "PRO-051, an antisense oligonucleotide for the potential treatment of Duchenne muscular dystrophy," Curr. Opinion Mol. Therap., Vol. 12, No. 4, pp. 478-486 (2010), Exhibit Number 1121 filed in interferences 106,007 and 106,008 on February 13, 2015. | | |
| 3 | HARDING, PL et al., "The Influence of Antisense Oligonucleotide Length on Dystrophin Exon Skipping," Molecular Therapy, Vol. 15(1):157-166 (2007) (Exhibit Number 1030  filed in interferences 106008, 106007 on November 18, 2014) | | |
| 4 | Havenga et al., "Exploiting the Natural Diversity in Adenovirus Tropism for Therapy and Prevention of Disease," J. Virol., Vol. 76, No. 9, pp. 4612-4620 (May, 2002), Exhibit Number 1123 filed in interferences 106,007 and 106,008 on February 13, 2015. | | |
| 5 | HEASMAN, Janet, "Morpholino Oligos: Making Sense of Antisense?" Developmental Biology, Vol. 243:209-214 (2002) | | |
| 6 | HEEMSKERK, Hans A. et al., "In vivo comparison of 2'-O-methyl phosphorothioate and morpholino antisense oligonucleotides for Duchenne muscular dystrophy exon skipping," The Journal of Gene Medicine, Vol. 11:257-266 (2009) (Exhibit Number 2020  filed in interferences 106008, 106013, 106007 on November 18, 2014) | | |
| 7 | HEID, Christian A. et al., "Real Time Quantitative PCR," Genome Research, Vol. 6:986-994 (1996) (Exhibit Number 1061 filed in interferences 106008, 106007 on November 18, 2014) | | |
| 8 | HERSCHLAG, Daniel et al., "Contributions of 2'Hydroxyl Groups of the RNA Substrate to Binding and Catalysis by the Tetrahymena Ribozyme: An Energetic Picture of an Active Site Composed of RNA," Biochemistry, Vol. 32:8299-8311 (1993) (Exhibit Number 1031  filed in interferences 106008, 106007 on November 18, 2014) | | |
| 9 | Hoffman EP, et al., "Characterization of dystrophin in muscle-biopsy specimens from patients with Duchenne's or Becker's muscular dystrophy" N Engl J Med 1988;318:1363-68. | | |
| 10 | Hoffman EP, et al., "Restoring dystrophin expression in Duchenne muscular dystrophy muscle: Progress in exon skipping and stop codon read through," Am J Path 2011;179:12-22. | | |
| 11 | HUDZIAK, Robert M. et al., "Antiproliferative Effects of Steric Blocking Phosphorodiamidate Morpholino Antisense Agents Directed against c-myc," Antisense & Nucleic Acid Drug Development, Vol. 10:163-176 (2000) (Exhibit Number 1032 filed in interferences 106008, 106007 on November 18, 2014) | | |

SRPT-VYDS-0003157

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
|---|---|---|
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

|  | 12 | HUSSEY, Nicole D. et al., "Analysis of five Duchenne muscular dystrophy exons and gender determination using conventional duplex polymerase chain reaction on single cells," Molecular Human Reproduction, Vol. 5(11):1089-1094 (1999) |  |
|---|---|---|---|
|  | 13 | Interim Guidance on Patent Subject Matter Eligibility ("the December Guidance," 16 pages,(Exhibit Number 2119 filed in interferences 106,007 and 106,008 on February 17, 2015. |  |
|  | 14 | International Patent Application No. PCT/AU2000/00693 ("Wraight"), published as WO 00/78341 on December 28, 2000, 201 pages, (Exhibit Number 2125 filed in interferences 106,007 and 106,008 on February 17, 2015. |  |
|  | 15 | International Preliminary Report on Patentability and Written Opinion for Application No. PCT/US2009/061960, 8 pages, dated April 26, 2011 |  |
|  | 16 | International Preliminary Report on Patentability for Application No. PCT/AU2005/000943, 8 pages, dated December 28, 2006 |  |
|  | 17 | International Preliminary Report on Patentability, PCT/US2013/077216, dated June 23, 2015, pages 1-7. |  |
|  | 18 | International Preliminary Report on Patentability, PCT/US2014/029610, dated July 1, 2015, pages 1-122. |  |
|  | 19 | International Preliminary Report on Patentability, PCT/US2014/029689, dated September 15, 2015, pages 1-10. |  |
|  | 20 | International Preliminary Report on Patentability, PCT/US2014/029766, dated September 15, 2015, pages 1-10. |  |
|  | 21 | International Search Report and Written Opinion of the International Searching Authority issued in International Patent Application No. PCT/US2013/077216 dated dated March 27, 2014 |  |
|  | 22 | International Search Report and Written Opinion of the International Searching Authority issued in International Patent Application No. PCT/US2014/029610 dated September 18, 2014 |  |

SRPT-VYDS-0003158

| | | Application Number | 15705172 |
|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | Filing Date | 2017-09-14 |
| | | First Named Inventor | Stephen Donald WILTON |
| | | Art Unit | 1674 |
| | | Examiner Name | Not Yet Assigned |
| | | Attorney Docket Number | AVN-008CN41 |

| | | | |
|---|---|---|---|
| | 23 | International Search Report and Written Opinion of the International Searching Authority issued in International Patent Application No. PCT/US2014/029689, 8 pages, dated October 21, 2014 | |
| | 24 | International Search Report and Written Opinion of the International Searching Authority issued in International Patent Application No. PCT/US2014/029766 dated October 21, 2014 | |
| | 25 | International Search Report and Written Opinion, PCT/US2016/054534, dated January 17, 2017, 13 pages. | |
| | 26 | International Search Report for Application No. PCT/AU2005/000943, 5 pages, dated October 20, 2005 | |
| | 27 | International Search Report for Application No. PCT/US01/14410, 5 pages, dated March 6, 2002 | |
| | 28 | International Search Report for Application No. PCT/US2009/061960, 5 pages, dated April 6, 2010 | |
| | 29 | Invitation to pay fees and Partial International Search Report issued by the International Search Authority in International Patent Application No. PCT/US2014/029689 dated July 29, 2014 | |
| | 30 | ISIS Pharmaceuticals website, 2 pages, http://www.isispharm.com/Pipeline/Therapeutic-Areas/Other.htm (2014) (Exhibit Number 2021 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | 31 | IVERSEN, Patrick L. et al., "Efficacy of Antisense Morpholino Oligomer Targeted to c-myc in Prostate Cancer Xenograft Murine Model and a Phase I Safety Study in Humans," Clinical Cancer Research, Vol. 9:2510-2519 (2003) | |
| | 32 | JARVER, Peter et al., "A Chemical View of Oligonucleotides for Exon Skipping and Related Drug Applications," Nucleic Acid Therapeutics, Vol. 24(1):37-47 (2014) (Exhibit Number 2061 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | 33 | JASON, Tracey L.H. et al., "Toxicology of antisense therapeutics," Toxicology and Applied Pharmacology, Vol. 201:66-83 (2004) (Exhibit Number 2027 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |

SRPT-VYDS-0003159

| | | Application Number | 15705172 |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | Filing Date | 2017-09-14 |
| | | First Named Inventor | Stephen Donald WILTON |
| | | Art Unit | 1674 |
| | | Examiner Name | Not Yet Assigned |
| | | Attorney Docket Number | AVN-008CN41 |

| | | | |
|---|---|---|---|
| | 34 | JEARAWIRIYAPAISARN, Natee et al., "Long-term improvement in mdx cardiomyopathy after therapy with peptide-conjugated morpholino oligomers," Cardiovascular Research, Vol. 85:444-453 (2010) | |
| | 35 | JEARAWIRIYAPAISARN, Natee et al., "Sustained Dystrophin Expression Induced by Peptide-conjugated Morpholino Oligomers in the Muscles of mdx Mice," Mol. Ther., Vol. 16(9):1624-1629 (2008) | |
| | 36 | Jett Foundation Presentation by McSherry, C. "Patient and Caregiver-Reported Outcomes of Patients in Clinical Trials of Eteplirsen for Treatment of Duchenne" at Peripheral and Central Nervous System Drugs Advisory Committee, April 25, 2016, 17 pages. | |
| | 37 | Job Posting by Sarepta for "Scientist II, Muscle Biology" (2 pages), (Academisch Ziekenhuis Leiden Exhibit 1233, filed April 3, 2015 in Interference 106007 and 106008). | |
| | 38 | JONES, Simon S. et al., "The Protection of Uracil and Guanine Residues in Oligonucleotide Synthesis," Tetrahedron Letters, Vol. 22(47):4755-4758 (1981) | |
| | 39 | KARLEN, Yann et al., "Statistical significance of quantitative PCR," BMC Bioinformatics, 8:131, 16 pages (2007) (Exhibit Number 1033 filed in interferences 106008, 106007 on November 18, 2014) | |
| | 40 | KARRAS, James G. et al., "Deletion of Individual Exons and Induction of Soluble Murine Interleukin-5 Receptor-alpha Chain Expression through Antisense Oligonucleotide-Mediated Redirection of Pre-mRNA splicing," Molecular Pharmacology, Vol. 58:380-387 (2000) | |
| | 41 | KAYE, Ed, "Results of the Eteplirsen Phase 2b and Phase 2b Extension Study in Duchenne Muscular Dystrophy," 8th Annual Meeting of the Oligonucleotide Therapeutics Society, Session 9: Advances in Oligonucleotide Clinical Development II, Page 48 (2012) | |
| | 42 | KINALI, Maria et al., "Local restoration of dystrophin expression with the morpholino oligomer AVI-4658 in Duchenne muscular dystrophy: a single-blind, placebo-controlled, dose-escalation, proof-of-concept study," Lancet Neurol., Vol. 8:918-928 (2009) | |
| | 43 | King et al., "A Dictionary of Genetics," Oxford University Press, 4th Ed. (1990), Exhibit Number 1189 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | 44 | KOENIG, M. et al., "The Complete Sequence of Dystrophin Predicts a Rod-Shaped Cytoskeleton Protein," Cell, Vol. 53:219-228 (1988) (Exhibit Number 1010 filed in interferences 106008, 106007 on November 18, 2014) | |

SRPT-VYDS-0003160

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
|---|---|---|
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | 45 | KOENIG, M. et al., "The Molecular Basis for Duchenne versus Becker Muscular Dystrophy: Correlation of Severity with Type of Deletion," Am. J. Hum. Genet., Vol. 45:498-506 (1989) (Exhibit Number 1011 filed in interferences 106008, 106007 on November 18, 2014) | |
|---|---|---|---|
| | 46 | Kohler M, et al., "Quality of life, physical disability and respiratory impairment in Duchenne muscular dystrophy," Am J Respir Crit Care Med 2005;172:1032-6. | |
| | 47 | KOLE et al. "Exon skipping therapy for Duchenne muscular dystrophy," Advanced Drug Delivery Reviews, vol. 87:104-107 (2015). | |
| | 48 | KOSHKIN, Alexei A. et al., "LNA (Locked Nucleic Acids): Synthesis of the Adenine, Cytosine, Guanine, 5-Methylcytosine, Thymine and Uracil Bicyclonucleoside Monomers, Oligomerisation, and Unprecedented Nucleic Acid Recognition," Tetrahedron, Vol. 54:3607-3630 (1998) (Exhibit Number 2007 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | 49 | Kurreck J., "Antisense Technologies: Improvement Through Novel Chemical Modifications", European Journal of Biochemistry, Vol.270(8):1628-1644 (2003) | |
| | 50 | Lab-on-a-Chip Data, Pages 28,  Exhibit Number 1185 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |

If you wish to add additional non-patent literature document citation information please click the Add button | Add |

**EXAMINER SIGNATURE**

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through a citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document.  [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [5] Applicant is to place a check mark here if English language translation is attached.

SRPT-VYDS-0003161

| | | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

See attached certification statement.

The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

A certification statement is not submitted herewith.

## SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Amy E. Mandragouras, Esq./ | Date (YYYY-MM-DD) | 2017-09-22 |
|---|---|---|---|
| Name/Print | Amy E. Mandragouras, Esq. | Registration Number | 36,207 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

EFS Web 2.1.17

## Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.    The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.    A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.    A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.    A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.    A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.    A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.    A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.    A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.    A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

SRPT-VYDS-0003163

Doc code: IDS

PTO/SB/08a (03-15)

Doc description: Information Disclosure Statement (IDS) Filed

Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
|---|---|---|
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

## U.S.PATENTS  [ Remove ]

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button. [ Add ]

## U.S.PATENT APPLICATION PUBLICATIONS  [ Remove ]

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button. [ Add ]

## FOREIGN PATENT DOCUMENTS  [ Remove ]

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | |

If you wish to add additional Foreign Patent Document citation information please click the Add button [ Add ]

## NON-PATENT LITERATURE DOCUMENTS  [ Remove ]

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|

EFS Web 2.1.17

| | | |
|---|---|---|
| | Application Number | 15705172 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | | | |
|---|---|---|---|
| | 1 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Responsive Motion 4 (To Add Two New Claims), 65 pages, Patent Interference No. 106,007, (Doc 241), dated December 23, 2014. | |
| | 2 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Statement Regarding Oral Argument, filed in Patent Interference No. 106,013, April 10, 2015, pages 1-3 (Doc 189). | |
| | 3 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden's Opposition 4 (To Not Exclude Evidence), filed in Patent Interference No. 106,007, May 5, 2015, pages 1-22 (Doc 465). | |
| | 4 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden's Opposition 4 (To Not Exclude Evidence), filed in Patent Interference No. 106,008, May 5, 2015, pages 1-21 (Doc 473). | |
| | 5 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden's Second Supplemental Notice of Real Party in Interest, filed in Patent Interference No. 106,007, May 28, 2015, pages 1-3, (Doc 468) | |
| | 6 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden's Second Supplemental Notice of Real Party in Interest, filed in Patent Interference No. 106,008, May 28, 2015, pages 1-3, (Doc 476) | |
| | 7 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden's Second Supplemental Notice of Real Party in Interest, filed in Patent Interference No. 106013, May 28, 2015, pages 1-3, (Doc 191) | |
| | 8 | University of Western Australia v. Academisch Ziekenhuis Leiden, ACADEMISH ZIEKENHUIS LEIDEN SUPPLEMENTAL NOTICE OF REAL PARTY IN INTEREST, Pages 3, DOC 149, Patent Interference No. 106,013 dated February 23, 2015. | |
| | 9 | University of Western Australia v. Academisch Ziekenhuis Leiden, ACADEMISH ZIEKENHUIS LEIDEN SUPPLEMENTAL NOTICE OF REAL PARTY IN INTEREST, Pages 3, Doc 413, Patent Interference No. 106,0007 dated February 23, 2015. | |
| | 10 | University of Western Australia v. Academisch Ziekenhuis Leiden, ACADEMISH ZIEKENHUIS LEIDEN SUPPLEMENTAL NOTICE OF REAL PARTY IN INTEREST, Pages 3, Doc 421, Patent Interference No. 106,0008 dated February 23, 2015. | |
| | 11 | University of Western Australia v. Academisch Ziekenhuis Leiden, Amendment and Response, US Application No. 11/233,495, Filed 1/22/2014, 8 pages, (Exhibit Number 2117 filed in interferences 106,007 and 106, 008, on February 17, 2015. | |

SRPT-VYDS-0003165

| | | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99**) | Application Number | 15705172 |
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | | | |
|---|---|---|---|
| | 12 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL Annotated Copy of Claims, Patent Interference No. 106,007, 15 pages, dated August 15, 2014 (Doc 15) | |
| | 13 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL Annotated Copy of Claims, Patent Interference No. 106,008, 14 pages, dated August 21, 2014 (Doc 14) | |
| | 14 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL Annotated Copy of Claims, Patent Interference No. 106,013, 14 pages, dated October 27, 2014 (Doc 16) | |
| | 15 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL Clean Copy of Claims and Sequence, filed in Patent Interference No. 106,013, 5 pages, dated October 15, 2014 (Doc 12) | |
| | 16 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL Corrected Notice of Related Proceedings, Patent Interference No. 106,007, 3 pages, dated August 1, 2014 (Doc 13) | |
| | 17 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL Exhibit List, 10 pages, Patent Interference No. 106,007 dated December 23, 2014 (Doc 240) | |
| | 18 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL List of Exhibits, 9 pages, Patent Interference No. 106,007, dated November 18, 2014 (Doc 209) | |
| | 19 | University of Western Australia v. Academisch Ziekenhuis Leiden, AzI List of Exhibits, as of November 18, 2014, 9 pages, Patent Interference No. 106,008, dated November 18, 2014 (Doc 212) | |
| | 20 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL List of Proposed Motions, Patent Interference No. 106,007, 6 pages, dated September 10, 2014 (Doc 16) | |
| | 21 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL List of Proposed Motions, Patent Interference No. 106,008, 8 pages, dated September 10, 2014 (Doc 15) | |
| | 22 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL Motion 1 (For Judgment that UWA's Claims are Unpatentable Under 35 U.S.C. sections 102 and 103), 69 pages, Patent Interference No. 106,007, dated November 18, 2014 (Doc 181) | |

SRPT-VYDS-0003166

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | | |
|---|---|---|
| 23 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL Motion 1 (For Judgment that UWA's Claims are Unpatentable Under 35 U.S.C. sections 102 and 103), 69 pages, Patent Interference No. 106,008, dated November 18, 2014 (Doc 184) | |
| 24 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL Motion 2 (To Deny UWA the Benefit of AU 2004903474), 23 pages, Patent Interference No. 106,007, dated November 18, 2014 (Doc 26) | |
| 25 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL Motion 2 (To Deny UWA the Benefit of AU 2004903474), 24 pages, Patent Interference No. 106,008, dated November 18, 2014 (Doc 29) | |
| 26 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL Motion 3 (For Judgment of Unpatentability based on Myriad) 20 pages, Patent Interference No. 106,008, dated November 18, 2014 (Doc 30) | |
| 27 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL Motion 3 (For Judgment of Unpatentability based on Myriad), 19 pages, Patent Interference No. 106,007, dated November 18, 2014 (Doc 27) | |
| 28 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL Notice of Related Proceedings, Patent Interference No. 106,007, 3 pages, dated July 31, 2014 (Doc 6) | |
| 29 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL Notice of Related Proceedings, Patent Interference No. 106,008, 3 pages, dated August 5, 2014 (Doc 7) | |
| 30 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL Notice of Related Proceedings, Patent Interference No. 106,013, 3 pages, dated October 15, 2014 (Doc 11) | |
| 31 | University of Western Australia v. Academisch Ziekenhuis Leiden, Clean Copy of Claims and Sequences, 5 pages, dated August 5, 2014 (Exhibit Number 2047 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| 32 | University of Western Australia v. Academisch Ziekenhuis Leiden, Clean Copy of Claims and Sequences, 5 pages, dated July 31, 2014 (Exhibit Number 2045 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| 33 | University of Western Australia v. Academisch Ziekenhuis Leiden, Clean Copy of Claims and Sequences, 5 pages, dated October 15, 2014 (Exhibit Number 2050 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |

| | Application Number | 15705172 |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | | | |
|---|---|---|---|
| | 34 | University of Western Australia v. Academisch Ziekenhuis Leiden, Decision – Motions - 37 CFR § 41.125(a), filed in Patent Interference No. 106007, April 29, 2016, pages 1-53 (Doc 472) | |
| | 35 | University of Western Australia v. Academisch Ziekenhuis Leiden, Decision- Motions- 37 CFR§ 41.125(a), filed in Patent Interference No. 106,013, June 22, 2015, pages 1-12 (Doc 192). | |
| | 36 | University of Western Australia v. Academisch Ziekenhuis Leiden, Decision- Priority 37 CFR § 41.125 (a), 18 pages, Patent Interference No. 106,013, (Doc 196), dated September 29, 2015. | |
| | 37 | University of Western Australia v. Academisch Ziekenhuis Leiden, Decision-Rehearing -37 CFR § 41.125(c), filed in Patent Interference No. 106,013, December 29, 2015, pages 1-12 (Doc 202). | |
| | 38 | University of Western Australia v. Academisch Ziekenhuis Leiden, Declaration of Erik Sontheimer dated November 17, 2014, Exhibit 1012 filed in Patent Interference Nos. 106,007 and 106,008, 112 pages, filed November 18, 2014 | |
| | 39 | University of Western Australia v. Academisch Ziekenhuis Leiden, Declaration of Interference, Patent Interference No. 106,007, 7 pages, dated July 18, 2014 (Doc 1) | |
| | 40 | University of Western Australia v. Academisch Ziekenhuis Leiden, Declaration of Interference, Patent Interference No. 106,008, 7 pages, dated July 24, 2014 (Doc 1) | |
| | 41 | University of Western Australia v. Academisch Ziekenhuis Leiden, Declaration of Interference, Patent Interference No. 106,013, 8 pages, dated September 29, 2014 (Doc 1) | |
| | 42 | University of Western Australia v. Academisch Ziekenhuis Leiden, Declaration of Matthew J.A. Wood, Patent Interference Nos. 106,007, 106,008 and 106,013, 184 pages, dated November 18, 2014 (Exhibit Number 2081 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | 43 | University of Western Australia v. Academisch Ziekenhuis Leiden, Joint Stipulation regarding Time Periods 2, 3 and 4, 3 pages, Patent Interference No. 106,013, (Doc 135), dated January 25, 2015. | |
| | 44 | University of Western Australia v. Academisch Ziekenhuis Leiden, Joint Stipulation regarding Time Periods 3-4, 4 pages, Patent Interference No. 106,007, (Doc 243), dated January 29, 2015. | |

EFS Web 2.1.17

| | | Application Number | 15705172 |
|---|---|---|---|
| | | Filing Date | 2017-09-14 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | First Named Inventor | Stephen Donald WILTON |
| | | Art Unit | 1674 |
| | | Examiner Name | Not Yet Assigned |
| | | Attorney Docket Number | AVN-008CN41 |

| | | |
|---|---|---|
| | 45 | University of Western Australia v. Academisch Ziekenhuis Leiden, Joint Stipulation regarding Time Periods 3-4, 4 pages, Patent Interference No. 106,008, (Doc 247) dated January 29, 2015. |
| | 46 | University of Western Australia v. Academisch Ziekenhuis Leiden, Joint Stipulation regarding Time Periods 3-4, 4 pages, Patent Interference No. 106,013, (Doc 137), dated January 29, 2015. |
| | 47 | University of Western Australia v. Academisch Ziekenhuis Leiden, Joint Stipulation Regarding Time Periods 4-6, 4 pages, Patent Interference No. 106,007, dated March 19, 2015 (Doc 416) |
| | 48 | University of Western Australia v. Academisch Ziekenhuis Leiden, Joint Stipulation Regarding Time Periods 4-6, 4 pages, Patent Interference No. 106013, (Doc 151), dated March 19, 2015. |
| | 49 | University of Western Australia v. Academisch Ziekenhuis Leiden, Joint Stipulation Regarding Time Periods 4-6, 4 pages, Patent Interference No.106,008, (Doc 424 ), dated March 19, 2015. |
| | 50 | University of Western Australia v. Academisch Ziekenhuis Leiden, Judgment-37 CFR § 41.127, 2 pages, Patent Interference No. 106,013, (Doc 197), dated September 29, 2015. |

| If you wish to add additional non-patent literature document citation information please click the Add button | Add |
|---|---|

**EXAMINER SIGNATURE**

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

SRPT-VYDS-0003169

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
| --- | --- | --- |
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

---

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

See attached certification statement.

The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

A certification statement is not submitted herewith.

### SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Amy E. Mandragouras, Esq./ | Date (YYYY-MM-DD) | 2017-09-22 |
| --- | --- | --- | --- |
| Name/Print | Amy E. Mandragouras, Esq. | Registration Number | 36,207 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

EFS Web 2.1.17

SRPT-VYDS-0003170

## Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.  The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.  A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.  A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.  A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.  A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.  A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.  A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.  A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.  A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

SRPT-VYDS-0003171

Doc code: IDS

PTO/SB/08a (03-15)

Doc description: Information Disclosure Statement (IDS) Filed

Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Application Number | 15705172 |
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

### U.S.PATENTS                                                                 Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button.          Add

### U.S.PATENT APPLICATION PUBLICATIONS                                        Remove

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button.    Add

### FOREIGN PATENT DOCUMENTS                                                   Remove

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | |

If you wish to add additional Foreign Patent Document citation information please click the Add button    Add

### NON-PATENT LITERATURE DOCUMENTS                                            Remove

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|

EFS Web 2.1.17

SRPT-VYDS-0003172

| | | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99** ) | Application Number | 15705172 |
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | | | |
|---|---|---|---|
| | 1 | University of Western Australia v. Academisch Ziekenhuis Leiden, Miscellaneous Order under 37 CFR 41.104(a), 4 pages, Patent Interference Nos. 106,007 and 106,008, dated December 15, 2014 | |
| | 2 | University of Western Australia v. Academisch Ziekenhuis Leiden, Order - Authorizing Motions, Patent Interference No. 106,007, 3 pages, dated September 26, 2014 (Doc 20) | |
| | 3 | University of Western Australia v. Academisch Ziekenhuis Leiden, Order - Authorizing Motions, Patent Interference No. 106,007, 6 pages, dated September 23, 2014 (Doc 19) | |
| | 4 | University of Western Australia v. Academisch Ziekenhuis Leiden, Order - Authorizing Motions, Patent Interference No. 106,008, 6 pages, dated September 23, 2014 (Doc 18) | |
| | 5 | University of Western Australia v. Academisch Ziekenhuis Leiden, Order - Miscelaneous, 2 pages, Patent Interference Nos. 106,007, 106,008, 106,013, dated November 14, 2014 | |
| | 6 | University of Western Australia v. Academisch Ziekenhuis Leiden, Order to Show Cause- 37 CFR§ 41.104(a), filed in Patent Interference No. 106,013, June 22, 2015, pages 1-3 (Doc 193). | |
| | 7 | University of Western Australia v. Academisch Ziekenhuis Leiden, Redeclaration, Patent Interference No. 106,008, 2 pages, dated September 23, 2014 (Doc 19) | |
| | 8 | University of Western Australia v. Academisch Ziekenhuis Leiden, Second Declaration of Matthew J. A. Wood, M.D., D. PHIL., Patent Interference Nos. 106,007 and 106,008, 78 pages, dated February 17, 2015 (Exhibit Number 2116 filed in interferences 106,007 and 106,008,on February 17, 2015. | |
| | 9 | University of Western Australia v. Academisch Ziekenhuis Leiden, Statement Concerning Initial Settlement Discussions, 3 pages, Patent Interference No. 106,013, (Doc 136), dated December 30, 2014. | |
| | 10 | University of Western Australia v. Academisch Ziekenhuis Leiden, Statement Concerning Settlement Discussions, 3 pages, Patent Interference No. 106,007, (Doc 242), dated December 30, 2014. | |
| | 11 | University of Western Australia v. Academisch Ziekenhuis Leiden, Statement Concerning Settlement Discussions, 3 pages, Patent Interference No. 106,008, (Doc 246), dated December 30, 2014. | |

SRPT-VYDS-0003173

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | | 15705172 |
|---|---|---|---|
| | Filing Date | | 2017-09-14 |
| | First Named Inventor | | Stephen Donald WILTON |
| | Art Unit | | 1674 |
| | Examiner Name | Not Yet Assigned | |
| | Attorney Docket Number | | AVN-008CN41 |

| | | |
|---|---|---|
| | 12 | University of Western Australia v. Academisch Ziekenhuis Leiden, Statement Concerning Subsequent Settlement Discussions, filed in Patent Interference No. 106,013, August 24, 2015, pages 1-3 (Doc 195). | |
| | 13 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Austalia Response to Order to Show Cause, filed in Patent Interference No. 106,013, July 20, 2015, pages 1-28 (Doc 194). | |
| | 14 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Exhibit List as of April 10, 2015, filed in Patent Interference No. 106,007, April 10, 2015, pages 1-10 (Doc 456). | |
| | 15 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Exhibit List as of April 10, 2015, filed in Patent Interference No. 106,008, April 10, 2015, pages 1-10 (Doc 464). | |
| | 16 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Exhibit List as of April 3, 2015, filed in Interference 106007, April 3, 2015, pages 1-10 (Doc 431). | |
| | 17 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Exhibit List as of April 3, 2015, filed in Interference 106008, April 3, 2015, pages 1-10 (Doc 439). | |
| | 18 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Exhibit List as of April 3, 2015, filed in Interference 106013, April 3, 2015, pages 1-10 (Doc 153). | |
| | 19 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Exhibit List As of October 29, 2015, filed in Patent Interference No. 106,013, October 29, 2015, pages 1-10 (Doc 199). | |
| | 20 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Miscellaneous Motion 4 (to exclude evidence), filed in Patent Interference No. 106,007, April 10, 2015, pages 1-21 (Doc 455). | |
| | 21 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Miscellaneous Motion 4 (to exclude evidence), filed in Patent Interference No. 106,008, April 10, 2015, pages 1-21 (Doc 463). | |
| | 22 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Opposition 1 (Regarding Patentability Under 35 U.S.C. § 102/103), 38 pages, Patent Interference No. 106,007,  (Doc 393), dated February 17, 2015 | |

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | 23 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Opposition 1 (Regarding Patentability Under 35 U.S.C. § 102/103), 39 pages, Patent Interference No. 106,008, (Doc 402), dated February 17, 2015 | |
| | 24 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Opposition 2 (To Retain UWA's Benefit of AU 2004903474), 31 pages, Patent Interference No. 106,008, (Doc 403), dated February 17, 2015 | |
| | 25 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Opposition 2 (To Retain UWA's Benefit of AU 2004903474), 37 pages, Patent Interference No. 106,007, (Doc 394), dated February 17, 2015 | |
| | 26 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Opposition 3 (Regarding Patentability Under 35 U.S.C. § 101), 22 pages, Patent Interference No. 106,007, (Doc 395), dated February 17, 2015 | |
| | 27 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Opposition 3 (Regarding Patentability Under 35 U.S.C. § 101), 22 pages, Patent Interference No. 106,008, (Doc 404), dated February 17, 2015 | |
| | 28 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Opposition 4 (To deny entry of AZL's Proposed New Claims 104 and 105), 36 pages, Patent Interference No. 106,007, (Doc 397), dated February 17, 2015 | |
| | 29 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Opposition 4 (To deny entry of AZL's Proposed New Claims 30 and 31), 36 pages, Patent Interference No. 106,008, (Doc 405), dated February 17, 2015 | |
| | 30 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Reply 1 (to AZL Opposition 1), filed April 3, 2015 in Interference 106007, pages 1-28 (Doc 428). | |
| | 31 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Reply 1 (to AZL Opposition 1), filed April 3, 2015 in Interference 106008, pages 1-28, (Doc 436). | |
| | 32 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Reply 1 (to Maintain the Interference) filed April 3, 2015 in Interference 106013, pages 1-17 (Doc 152). | |
| | 33 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Reply 2 (to AZL Opposition 2) filed April 3, 2015 in Interference 106007, pages 1-22 (Doc 429) | |

SRPT-VYDS-0003175

| | INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
|---|---|---|---|
| | | Filing Date | 2017-09-14 |
| | | First Named Inventor | Stephen Donald WILTON |
| | | Art Unit | 1674 |
| | | Examiner Name | Not Yet Assigned |
| | | Attorney Docket Number | AVN-008CN41 |

| | | | |
|---|---|---|---|
| | 34 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Reply 2 (to AZL Opposition 2) filed April 3, 2015 in Interference 106008, pages 1-22 (Doc 437). | |
| | 35 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Reply 3 (for Judgment under 35 U.S.C. §135(b)) filed April 3, 2015 in Interference 106008, pages 1-19 (Doc 438). | |
| | 36 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Reply 3 (to Institute an Interference) filed April 3, 2015 in Interference 106007, pages 1-17 (Doc 430). | |
| | 37 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Reply 4 (To Exclude Evidence), filed in Patent Interference No. 106,007, May 12, 2015, pages 1-13 (Doc 467). | |
| | 38 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Reply 4 (To Exclude Evidence), filed in Patent Interference No. 106,008, May 12, 2015, pages 1-13 (Doc 475). | |
| | 39 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Request for Oral Argument, filed in Patent Interference No. 106,007, April 10, 2015, pages 1-4 (Doc 457). | |
| | 40 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Request for Oral Argument, filed in Patent Interference No. 106,008, April 10, 2015, pages 1-4 (Doc 465). | |
| | 41 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Request for Oral Argument, filed in Patent Interference No. 106,013, April 10, 2015, pages 1-3 (Doc 190). | |
| | 42 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Request for Rehearing, filed in Patent Interference No. 106,013, October 29, 2015, pages 1-20 (Doc 198). | |
| | 43 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Revised Designation of Lead and Backup Counsel, 4 pages, Patent Interference No. 106,007, (Doc 415), dated March 10, 2015. | |
| | 44 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Revised Designation of Lead and Backup Counsel, 4 pages, Patent Interference No. 106,013, (Doc 150 ), dated March 10, 2015. | |

SRPT-VYDS-0003176

| | | | |
|---|---|---|---|
| | | Application Number | 15/705172 |
| | | Filing Date | 2017-09-14 |
| | | First Named Inventor | Stephen Donald WILTON |
| | | Art Unit | 1674 |
| | | Examiner Name | Not Yet Assigned |
| | | Attorney Docket Number | AVN-008CN41 |

**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**
( Not for submission under 37 CFR 1.99)

| | | |
|---|---|---|
| | 45 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Revised Designation of Lead and Backup Counsel, 5 pages, Patent Interference No. 106,008, (Doc 423 ), dated March 10, 2015. |
| | 46 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia, Exhibit List as of February 17, 2015, 8 pages, Patent Interference No. 106,007, (Doc No. 398) dated February 17, 2015. |
| | 47 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia, Exhibit List as of February 17, 2015, 8 pages, Patent Interference No. 106,008, (Doc No. 406) dated February 17, 2015. |
| | 48 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Clean Copy of Involved Claims and Sequence, Patent Interference No. 106,007, 8 pages, dated August 1, 2014 (Doc 12) |
| | 49 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Clean Copy of Involved Claims and Sequence, Patent Interference No. 106,013, 7 pages, dated October 14, 2014 (Doc 7) |
| | 50 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Clean Copy of Involved Claims and Sequences, Patent Interference No. 106,008, 8 pages, dated August 7, 2014 (Doc 12) |

If you wish to add additional non-patent literature document citation information please click the Add button   Add

**EXAMINER SIGNATURE**

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

EFS Web 2.1.17

| | Application Number | 15705172 |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

---

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐  That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

See attached certification statement.

The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

A certification statement is not submitted herewith.

## SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Amy E. Mandragouras, Esq./ | Date (YYYY-MM-DD) | 2017-09-22 |
|---|---|---|---|
| Name/Print | Amy E. Mandragouras, Esq. | Registration Number | 36,207 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

SRPT-VYDS-0003178

## Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

SRPT-VYDS-0003179

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (03-15)
Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Application Number | 15705172 |
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

## U.S.PATENTS                                           Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button.    Add

## U.S.PATENT APPLICATION PUBLICATIONS                  Remove

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button.    Add

## FOREIGN PATENT DOCUMENTS                              Remove

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | |

If you wish to add additional Foreign Patent Document citation information please click the Add button    Add

## NON-PATENT LITERATURE DOCUMENTS                       Remove

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|

EFS Web 2.1.17

| | | | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | | 15705172 |
| | Filing Date | | 2017-09-14 |
| | First Named Inventor | | Stephen Donald WILTON |
| | Art Unit | | 1674 |
| | Examiner Name | Not Yet Assigned | |
| | Attorney Docket Number | | AVN-008CN41 |

| | | | |
|---|---|---|---|
| | 1 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Exhibit List as of November 18, 2014, 7 pages, Patent Interference No. 106,008, dated November 18, 2014 (Doc 216) | |
| | 2 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Exhibit list, 7 pages, Patent Interference No. 106,007, dated November 18, 2014 (Doc 213) | |
| | 3 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Exhibit list, 7 pages, Patent Interference No. 106,013, dated November 18, 2014 (Doc 134) | |
| | 4 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Exhibit List, 7 pages, Patent Interference Nos. 106,008, dated December 12, 2014 (Doc 221) | |
| | 5 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Exhibit List, 8 pages, Patent Interference No. 106,007, dated December 12, 2014 (Doc 217) | |
| | 6 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA List of Proposed Motions, Patent Interference No. 106,007, 7 pages, dated September 10, 2014 (Doc 17) | |
| | 7 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA List of Proposed Motions, Patent Interference No. 106,008, 6 pages, dated September 10, 2014 (Doc 16) | |
| | 8 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Miscellaneous Motion 1 (for authorization to file terminal disclaimer), 5 pages, Patent Interference No. 106,008, dated October 17, 2014 (Doc 22) | |
| | 9 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Motion 1 (For Judgment Under 35 U.S.C., section 112(a)), 40 pages, Patent Interference No. 106,007, dated November 18, 2014 (Doc 210) | |
| | 10 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Motion 1 (For Judgment Under 35 § 112(a)) Patent Interference No. 106,008 (Doc 213), 38 Pages, on November 18, 2014 | |
| | 11 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Motion 1 (To Maintain Interference between UWA US Patent No. 8,486,907 and AZL USSN 14/198,992), 45 pages, Patent Interference No. 106,013, dated November 18, 2014 (Doc 133) | |

SRPT-VYDS-0003181

| | INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
|---|---|---|---|
| | | Filing Date | 2017-09-14 |
| | | First Named Inventor | Stephen Donald WILTON |
| | | Art Unit | 1674 |
| | | Examiner Name | Not Yet Assigned |
| | | Attorney Docket Number | AVN-008CN41 |

| | | | |
|---|---|---|---|
| | 12 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Motion 2 (For Judgment Under 35 U.S.C. section 112(b)), 32 pages, Patent Interference No. 106,008, dated November 18, 2014 (Doc 214) | |
| | 13 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Motion 2 (For Judgment Under 35 U.S.C. section 112(b)), 34 pages, Patent Interference No. 106,007, dated November 18, 2014 (Doc 211) | |
| | 14 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Motion 3 (For judgment that Claims 11-12, 14-15, and 17-29 of Application No. 13/550,210 are barred under 35 U.S.C. section 135(b)), 25 Pages, Patent Interference No. 106,008, dated November 18, 2014 (Doc 215) | |
| | 15 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Notice of Filing Priority Statement, 2 pages, Patent Interference No. 106,008, dated November 18, 2014 (Doc 218) | |
| | 16 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Notice of Recent Authority, filed in Patent Interference No. 106,007, July 2, 2015, pages 1-16 (Doc 469). | |
| | 17 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Notice of Recent Authority, filed in Patent Interference No. 106,007, September 2, 2015, pages 1-18 (Doc 470). | |
| | 18 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Notice of Recent Authority, filed in Patent Interference No. 106,008, July 2, 2015, pages 1-16 (Doc 477) | |
| | 19 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Notice of Recent Authority, filed in Patent Interference No. 106,008, September 2, 2015, pages 1-18 (Doc 478). | |
| | 20 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Notice of Related Proceedings, Patent Interference No. 106,007, 3 pages, dated August 1, 2014 (Doc 11) | |
| | 21 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Notice of Related Proceedings, Patent Interference No. 106,008, 5 pages, dated August 7, 2014 (Doc 11) | |
| | 22 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Notice of Related Proceedings, Patent Interference No. 106,013, 3 pages, dated October 14, 2014 (Doc 6) | |

SRPT-VYDS-0003182

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
|---|---|---|
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | | | |
|---|---|---|---|
| | 23 | US 7,960,541 (Wilton et al.), Pages 84, Exhibit Number 1002 filed in interferences 106,007 and 106,008 on November 18, 2014. | |
| | 24 | US 8,450,474 (Wilton et al.), Pages 95, Exhibit Number 1087 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | 25 | US 8,455,634 (Wilton et al.) Pages 95, Exhibit Number 1088 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | 26 | US 8,455,635 (Wilton et al.), Pages 96, Exhibit Number 1089 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | 27 | US 8,455,636 (Wilton et al.), Pages 92, Exhibit Number 1003 filed in interferences 106,007 and 106,008 on November 18, 2014. | |
| | 28 | US 8,476,423 (Wilton et al.), Pages 95, Exhibit Number 1111 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | 29 | US 8,501,703 (Bennett et al.), Pages 16, Exhibit Number 1090 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | 30 | US 8,501,704 (Mourich et al.), Pages 39, Exhibit Number 1091 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | 31 | US 8,524,676 (Stein et al.), Pages 28, Exhibit Number 1092 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | 32 | US 8,524,880 (Wilton et al.), Pages 89, Exhibit Number 1093 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | 33 | US 8,536,147 (Weller et al.), Pages 95, Exhibit Number 1094 filed in interferences 106,007 and 106,008 on February 17, 2015,Doc 251. | |

SRPT-VYDS-0003183

| | | | | |
|---|---|---|---|---|
| | | Application Number | 15705172 | |
| | | Filing Date | 2017-09-14 | |
| | | First Named Inventor | Stephen Donald WILTON | |
| | | Art Unit | 1674 | |
| | | Examiner Name | Not Yet Assigned | |
| | | Attorney Docket Number | AVN-008CN41 | |

**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**
( Not for submission under 37 CFR 1.99)

| | | | |
|---|---|---|---|
| | 34 | US 8,592,386 (Mourich et al.), Pages 46, Exhibit Number 1095 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | 35 | US 8,618,270 (Iversen et al.), Pages 28, Exhibit Number 1096 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | 36 | US 8,637,483 (Wilton et al.), Pages 157, Exhibit Number 1097 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | 37 | US 8,697,858 (Iversen), Pages 95, Exhibit Number 1098 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | 38 | US 8,703,735 (Iversen et al.) Pages 73, Exhibit Number 1099 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | 39 | US 8,741,863 (Moulton et al.), Pages 68, Exhibit Number 1100 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | 40 | US 8,759,307 (Stein et al.), Pages 35, Exhibit Number 1101 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | 41 | US 8,779,128 (Hanson et al.), Pages 104, Exhibit Number 1102 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | 42 | US 8,785,407 (Stein et al.), Pages 35, Exhibit Number 1103 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | 43 | US 8,785,410 (Iversen et al.), Pages 20, Exhibit Number 1104 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | 44 | US 8,835,402 (Kole et al.), Pages 27, Exhibit Number 1105 filed in interferences 106,007 and 106,008 on February 13, 2015. | |

SRPT-VYDS-0003184

| | | |
|---|---|---|
| | Application Number | 15705172 |
| | Filing Date | 2017-09-14 |
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | | |
|---|---|---|
| | 45 | US 8,865,883 (Sazani et al.), Pages 199, Exhibit Number 1106 filed in interferences 106,007 and 106,008 on February 13, 2015. |
| | 46 | US 8,871,918 (Sazani et al.), Pages 195, Exhibit Number 1107 filed in interferences 106,007 and 106,008 on February 13, 2015. |
| | 47 | US 8,877,725 (Iversen et al.), Pages 34, Exhibit Number 1108 filed in interferences 106,007 and 106,008 on February 13, 2015. |
| | 48 | US 8,895,722 (Iversen et al.), Pages 29, Exhibit Number 1109 filed in interferences 106,007 and 106,008 on February 13, 2015. |
| | 49 | US 8,906,872 (Iversen et al.), Pages 69, Exhibit Number 1110 filed in interferences 106,007 and 106,008 on February 13, 2015. |
| | 50 | US Abandonment for Application No. 13/902,376, 1 page, dated June 12, 2014 (Exhibit Number 1047 filed in interferences 106008, 106007 on November 18, 2014) |

If you wish to add additional non-patent literature document citation information please click the Add button   Add

**EXAMINER SIGNATURE**

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document.  [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [5] Applicant is to place a check mark here if English language translation is attached.

SRPT-VYDS-0003185

| | | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

See attached certification statement.

The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

A certification statement is not submitted herewith.

## SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Amy E. Mandragouras, Esq./ | Date (YYYY-MM-DD) | 2017-09-22 |
|---|---|---|---|
| Name/Print | Amy E. Mandragouras, Esq. | Registration Number | 36,207 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

EFS Web 2.1.17

SRPT-VYDS-0003186

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.  The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.  A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.  A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.  A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.  A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.  A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.  A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.  A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.  A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

SRPT-VYDS-0003187