# EXHIBIT 29

# PART 6

Doc code: IDS

Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (03-15)
Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**
( Not for submission under 37 CFR 1.99)

| Application Number | 15705172 |
|---|---|
| Filing Date | 2017-09-14 |
| First Named Inventor | Stephen Donald WILTON |
| Art Unit | 1674 |
| Examiner Name | Not Yet Assigned |
| Attorney Docket Number | AVN-008CN41 |

**U.S.PATENTS**    Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 4458066 | | 1984-07-03 | Caruthers et al. | |
| | 2 | 5034506 | | 1991-07-23 | Summerton et al. | |
| | 3 | 5138045 | | 1992-08-11 | Cook et al. | |
| | 4 | 5142047 | | 1992-08-25 | Summerton et al. | |
| | 5 | 5149797 | | 1992-09-22 | Pederson et al. | |
| | 6 | 5166315 | | 1992-11-24 | Summerton et al. | |
| | 7 | 5185444 | | 1993-02-09 | Summerton et al. | |
| | 8 | 5190931 | | 1993-03-02 | Inouye | |

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

| | | | | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99**) | Application Number | 15705172 | | |
| | Filing Date | 2017-09-14 | | |
| | First Named Inventor | Stephen Donald WILTON | | |
| | Art Unit | 1674 | | |
| | Examiner Name | Not Yet Assigned | | |
| | Attorney Docket Number | AVN-008CN41 | | |

| | | | | |
|---|---|---|---|---|
| 9 | 5217866 | 1993-06-08 | Summerton et al. | |
| 10 | 5506337 | 1996-04-09 | Summerton et al. | |
| 11 | 5521063 | 1996-05-28 | Summerton et al. | |
| 12 | 5627274 | 1997-05-06 | Kole et al. | |
| 13 | 5665593 | 1997-09-09 | Kole et al. | |
| 14 | 5698685 | 1997-12-16 | Summerton et al. | |
| 15 | 5801154 | 1998-09-01 | Baracchini et al. | |
| 16 | 5869252 | 1999-02-09 | Bouma et al. | |
| 17 | 5892023 | 1999-04-06 | Pirotzky et al. | |
| 18 | 5916808 | 1999-06-29 | Kole et al. | |
| 19 | 5976879 | 1999-11-02 | Kole et al. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004617

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | 15705172 |
| Filing Date | 2017-09-14 |
| First Named Inventor | Stephen Donald WILTON |
| Art Unit | 1674 |
| Examiner Name | Not Yet Assigned |
| Attorney Docket Number | AVN-008CN41 |

| | | | | | |
|---|---|---|---|---|---|
| 20 | 6153436 | | 2000-11-28 | Hermonat et al. | |
| 21 | 6210892 | | 2001-04-03 | Bennett et al. | |
| 22 | 6312900 | | 2001-11-06 | Dean et al. | |
| 23 | 6391636 | | 2002-05-21 | Monia | |
| 24 | 6451991 | | 2002-09-17 | Martin et al. | |
| 25 | 6653466 | | 2003-11-25 | Matsuo | |
| 26 | 6653467 | | 2003-11-25 | Matsuo et al. | |
| 27 | 6656732 | | 2003-12-02 | Bennett et al. | |
| 28 | 6727355 | | 2004-04-27 | Matsuo et al. | |
| 29 | 6784291 | | 2004-08-31 | Iversen et al. | |
| 30 | 6806084 | | 2004-10-19 | Debs et al. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004618

<table>
<tr><td rowspan="6">

**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**
( Not for submission under 37 CFR 1.99)

</td><td>Application Number</td><td>15705172</td></tr>
<tr><td>Filing Date</td><td>2017-09-14</td></tr>
<tr><td>First Named Inventor</td><td>Stephen Donald WILTON</td></tr>
<tr><td>Art Unit</td><td>1674</td></tr>
<tr><td>Examiner Name</td><td>Not Yet Assigned</td></tr>
<tr><td>Attorney Docket Number</td><td>AVN-008CN41</td></tr>
</table>

| | 31 | 7001761 | | 2006-02-21 | Xiao | |
|---|---|---|---|---|---|---|
| | 32 | 7070807 | | 2006-07-04 | Mixson | |
| | 33 | 7163695 | | 2007-01-16 | Mixson | |
| | 34 | 7250289 | | 2007-07-31 | Zhou | |
| | 35 | 7314750 | | 2008-01-01 | Zhou | |
| | 36 | 7468418 | | 2008-12-23 | Iversen et al. | |
| | 37 | 7534879 | | 2009-05-19 | van Deutekom | |
| | 38 | 7655785 | | 2010-02-02 | Bentwich | |
| | 39 | 7655788 | | 2010-02-02 | Khvorova et al. | |
| | 40 | 7807816 | | 2010-10-05 | Wilton et al. | |
| | 41 | 7902160 | | 2011-03-08 | Matsuo et al. | |

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004619

| | INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) |
|---|---|

| Application Number | 15705172 |
|---|---|
| Filing Date | 2017-09-14 |
| First Named Inventor | Stephen Donald WILTON |
| Art Unit | 1674 |
| Examiner Name | Not Yet Assigned |
| Attorney Docket Number | AVN-008CN41 |

| | | | | | |
|---|---|---|---|---|---|
| | 42 | 7960541 | 2011-06-14 | Wilton et al. | |
| | 43 | 7973015 | 2011-07-05 | van Ommen et al. | |
| | 44 | 8084601 | 2011-12-27 | Popplewell et al. | |
| | 45 | 8232384 | 2012-07-31 | Wilton et al. | |
| | 46 | 8324371 | 2012-12-04 | Popplewell et al. | |
| | 47 | 8361979 | 2013-01-29 | Aartsma-Rus et al. | |
| | 48 | 8436163 | 2013-05-07 | Iversen et al. | |
| | 49 | 8450474 | 2013-05-28 | Wilton et al. | |
| | 50 | 8455634 | 2013-06-04 | Wilton et al. | |
| | 51 | 8455635 | 2013-06-04 | Wilton et al. | |
| | 52 | 8455636 | 2013-06-04 | Wilton et al. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004620

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | 15705172 | |
| Filing Date | 2017-09-14 | |
| First Named Inventor | Stephen Donald WILTON | |
| Art Unit | 1674 | |
| Examiner Name | Not Yet Assigned | |
| Attorney Docket  Number | AVN-008CN41 | |

| | | | | | |
|---|---|---|---|---|---|
| | 53 | 8461325 | 2013-06-11 | Popplewell et al. | |
| | 54 | 8476423 | 2013-07-02 | Wilton et al. | |
| | 55 | 8486907 | 2013-07-16 | Wilton et al. | |
| | 56 | 8501703 | 2013-08-06 | Bennett et al. | |
| | 57 | 8501704 | 2013-08-06 | Mourich et al. | |
| | 58 | 8524676 | 2013-09-03 | Stein et al. | |
| | 59 | 8524880 | 2013-09-03 | Wilton et al. | |
| | 60 | 8536147 | 2013-09-17 | Weller et al. | |
| | 61 | 8552172 | 2013-10-08 | Popplewell et al. | |
| | 62 | 8592386 | 2013-11-26 | Mourich et al. | |
| | 63 | 8618270 | 2013-12-31 | Iversen et al. | |

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004621

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | 15705172 |
| Filing Date | 2017-09-14 |
| First Named Inventor | Stephen Donald WILTON |
| Art Unit | 1674 |
| Examiner Name | Not Yet Assigned |
| Attorney Docket Number | AVN-008CN41 |

| | | | | | |
|---|---|---|---|---|---|
| | 64 | 8624019 | 2014-01-07 | Matsuo et al. | |
| | 65 | 8637483 | 2014-01-28 | Wilton et al. | |
| | 66 | 8697858 | 2014-04-15 | Iversen | |
| | 67 | 8741863 | 2014-06-03 | Moulton et al. | |
| | 68 | 8759307 | 2014-06-24 | Stein et al. | |
| | 69 | 8759507 | 2014-06-24 | Van Deutekom | |
| | 70 | 8779128 | 2014-07-15 | Hanson et al. | |
| | 71 | 8785407 | 2014-07-22 | Stein et al. | |
| | 72 | 8785410 | 2014-07-22 | Iversen et al. | |
| | 73 | 8835402 | 2014-09-16 | Kole et al. | |
| | 74 | 8865883 | 2014-10-21 | Sazani et al. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004622

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( **Not for submission under 37 CFR 1.99**) | |
|---|---|
| Application Number | 15705172 |
| Filing Date | 2017-09-14 |
| First Named Inventor | Stephen Donald WILTON |
| Art Unit | 1674 |
| Examiner Name | Not Yet Assigned |
| Attorney Docket Number | AVN-008CN41 |

| | | | | | |
|---|---|---|---|---|---|
| | 75 | 8871918 | 2014-10-28 | Sazani et al. | |
| | 76 | 8877725 | 2014-11-04 | Iversen et al. | |
| | 77 | 8895722 | 2014-11-25 | Iversen et al. | |
| | 78 | 8906872 | 2014-12-09 | Iversen et al. | |
| | 79 | 9018368 | 2015-04-28 | Wilton et al. | |
| | 80 | 9024007 | 2015-05-05 | Wilton et al. | |
| | 81 | 9035040 | 2015-05-19 | Wilton et al. | |
| | 82 | 9175286 | 2015-11-03 | Wilton et al. | |
| | 83 | 9217148 | 2015-12-22 | Bestwick et al. | |
| | 84 | 9234198 | 2016-01-12 | Sazani et al. | |
| | 85 | 9249416 | 2016-02-02 | Wilton et al. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004623

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | 15705172 | |
| Filing Date | 2017-09-14 | |
| First Named Inventor | Stephen Donald WILTON | |
| Art Unit | 1674 | |
| Examiner Name | Not Yet Assigned | |
| Attorney Docket Number | AVN-008CN41 | |

| | | | | | |
|---|---|---|---|---|---|
| | 86 | 9416361 | 2016-08-16 | Iversen et al. | |
| | 87 | 9422555 | 2016-08-23 | Wilton et al. | |
| | 88 | 9434948 | 2016-09-06 | Sazani et al. | |
| | 89 | 9441229 | 2016-09-13 | Wilton et al. | |
| | 90 | 9447415 | 2016-09-20 | Wilton et al. | |
| | 91 | 9447416 | 2016-09-20 | Sazani et al. | |
| | 92 | 9447417 | 2016-09-20 | Sazani et al. | |
| | 93 | 9453225 | 2016-09-27 | Sazani et al. | |
| | 94 | 9506058 | 2016-11-29 | Kaye | |
| | 95 | 9605262 | 2017-03-28 | Wilton et al. | |
| | 96 | 9228187 | 2016-01-05 | Wilton et al. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004624

**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**
( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | 15705172 |
| Filing Date | 2017-09-14 |
| First Named Inventor | Stephen Donald WILTON |
| Art Unit | 1674 |
| Examiner Name | Not Yet Assigned |
| Attorney Docket Number | AVN-008CN41 |

If you wish to add additional U.S. Patent citation information please click the Add button.    **Add**    **Remove**

**U.S.PATENT APPLICATION PUBLICATIONS**

| Examiner Initial* | Cite No | Publication Number | Kind Code¹ | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 20010056077 | | 2001-12-27 | Matsuo | |
| | 2 | 20020055481 | A1 | 2002-05-09 | Matsuo et al. | |
| | 3 | 20020049173 | A1 | 2002-04-25 | Bennett et al. | |
| | 4 | 20020110819 | A1 | 2002-08-15 | Weller et al. | |
| | 5 | 20020156235 | A1 | 2002-10-24 | Manoharan et al. | |
| | 6 | 20030166588 | A1 | 2003-09-04 | Iversen et al. | |
| | 7 | 20030224353 | A1 | 2003-12-04 | Stein et al. | |
| | 8 | 20030235845 | A1 | 2003-12-25 | van Ommen et al. | |
| | 9 | 20040266720 | A1 | 2004-12-30 | Iversen et al. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004625

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | 15705172 | |
| Filing Date | 2017-09-14 | |
| First Named Inventor | Stephen Donald WILTON | |
| Art Unit | 1674 | |
| Examiner Name | Not Yet Assigned | |
| Attorney Docket Number | AVN-008CN41 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 10 | 20040248833 | A1 | 2004-12-09 | Emanuele et al. | |
| | 11 | 20040254137 | A1 | 2004-12-16 | Ackermann et al. | |
| | 12 | 20050026164 | A1 | 2005-02-03 | Zhou | |
| | 13 | 20050048495 | A1 | 2005-03-03 | Baker et al. | |
| | 14 | 20050153935 | A1 | 2005-07-14 | Iversen et al. | |
| | 15 | 20060148740 | A1 | 2006-07-06 | Platenburg | |
| | 16 | 20060099616 | A1 | 2006-05-11 | van Ommen et al. | |
| | 17 | 20060147952 | A1 | 2006-07-06 | van Ommen et al. | |
| | 18 | 20060287268 | A1 | 2006-12-21 | Iversen et al. | |
| | 19 | 20070037165 | A1 | 2007-02-15 | Venter et al. | |
| | 20 | 20070082861 | A1 | 2007-04-12 | Matsuo et al. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004626

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | 15705172 | |
| Filing Date | 2017-09-14 | |
| First Named Inventor | Stephen Donald WILTON | |
| Art Unit | 1674 | |
| Examiner Name | Not Yet Assigned | |
| Attorney Docket Number | AVN-008CN41 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 21 | 20070265215 | A1 | 2007-11-15 | Iversen et al. | |
| 22 | 20080194463 | A1 | 2008-08-14 | Weller et al. | |
| 23 | 20080200409 | A1 | 2008-08-21 | Wilson et al. | |
| 24 | 20080209581 | A1 | 2008-08-28 | van Ommen et al. | |
| 25 | 20090076246 | A1 | 2009-03-19 | van Deutekom | |
| 26 | 20090082547 | A1 | 2009-03-26 | Iversen et al. | |
| 27 | 20090088562 | A1 | 2009-04-02 | Weller et al. | |
| 28 | 20090099066 | A1 | 2009-04-16 | Moulton et al. | |
| 29 | 20090228998 | A1 | 2009-09-10 | van Ommen et al. | |
| 30 | 20090269755 | A1 | 2009-10-29 | Aartsma-Rus et al. | |
| 31 | 20090312532 | A1 | 2009-12-17 | Van Deutekom et al. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004627

<table>
<tr><td colspan="2">INFORMATION DISCLOSURE<br>STATEMENT BY APPLICANT<br>( Not for submission under 37 CFR 1.99)</td><td>Application Number</td><td>15705172</td></tr>
</table>

**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**
**( Not for submission under 37 CFR 1.99)**

| | |
|---|---|
| Application Number | 15705172 |
| Filing Date | 2017-09-14 |
| First Named Inventor | Stephen Donald WILTON |
| Art Unit | 1674 |
| Examiner Name | Not Yet Assigned |
| Attorney Docket Number | AVN-008CN41 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 32 | 20100016215 | A1 | 2010-01-21 | Moulton et al. | |
| | 33 | 20100130591 | A1 | 2010-05-27 | Sazani et al. | |
| | 34 | 20100168212 | A1 | 2010-07-01 | POPPLEWELL et al. | |
| | 35 | 20110015253 | A1 | 2011-01-20 | Wilton et al. | |
| | 36 | 20110015258 | A1 | 2011-01-20 | Wilton et al. | |
| | 37 | 20110046360 | A1 | 2011-02-24 | MATSUO et al. | |
| | 38 | 20110110960 | A1 | 2011-05-12 | PLATENBURG | |
| | 39 | 20110263682 | A1 | 2011-10-27 | De Kimpe et al. | |
| | 40 | 20110263686 | A1 | 2011-10-27 | WILTON et al. | |
| | 41 | 20110281787 | A1 | 2011-11-17 | Lu et al. | |
| | 42 | 20110294753 | A1 | 2011-12-01 | De Kimpe et al. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004628

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **Application Number** | 15705172 | |
| | | | Filing Date | 2017-09-14 | |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | | First Named Inventor | Stephen Donald WILTON | |
| | | | Art Unit | 1674 | |
| | | | Examiner Name | Not Yet Assigned | |
| | | | Attorney Docket Number | AVN-008CN41 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 43 | 20110312086 | A1 | 2011-12-22 | Van Deutekom | |
| | 44 | 20120053228 | A1 | 2012-03-01 | Iversen et al. | |
| | 45 | 20120065244 | A1 | 2012-03-15 | Popplewell et al. | |
| | 46 | 20120289457 | A1 | 2012-11-15 | Hanson | |
| | 47 | 20120022134 | A1 | 2012-01-26 | DE KIMPE et al. | |
| | 48 | 20120022144 | A1 | 2012-01-26 | Wilton et al. | |
| | 49 | 20120022145 | A1 | 2012-01-26 | Wilton et al. | |
| | 50 | 20120029057 | A1 | 2012-02-02 | Wilton et al. | |
| | 51 | 20120029058 | A1 | 2012-02-02 | Wilton et al. | |
| | 52 | 20120029059 | A1 | 2012-02-02 | Wilton et al. | |
| | 53 | 20120029060 | A1 | 2012-02-02 | Wilton et al. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004629

| | INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | | | | |
|---|---|---|---|---|---|---|

| Application Number | 15705172 |
|---|---|
| Filing Date | 2017-09-14 |
| First Named Inventor | Stephen Donald WILTON |
| Art Unit | 1674 |
| Examiner Name | Not Yet Assigned |
| Attorney Docket Number | AVN-008CN41 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 54 | 20120041050 | A1 | 2012-02-16 | Wilton et al. | |
| | 55 | 20120046342 | A1 | 2012-02-23 | Van Deutekom et al. | |
| | 56 | 20120059042 | A1 | 2012-03-08 | Platenburg et al. | |
| | 57 | 20120065169 | A1 | 2012-03-15 | Hanson et al. | |
| | 58 | 20120108652 | A1 | 2012-05-03 | POPPLEWELL et al. | |
| | 59 | 20120108653 | A1 | 2012-05-03 | POPPLEWELL et al. | |
| | 60 | 20120115150 | A1 | 2012-05-10 | Bozzoni et al. | |
| | 61 | 20120122801 | A1 | 2012-05-17 | PLATENBURG | |
| | 62 | 20120149756 | A1 | 2012-06-14 | Schumperli et al. | |
| | 63 | 20120172415 | A1 | 2012-07-05 | Voit et al. | |
| | 64 | 20120202752 | A1 | 2012-08-09 | Lu | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004630

| | INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|---|

| Application Number | 15705172 |
|---|---|
| Filing Date | 2017-09-14 |
| First Named Inventor | Stephen Donald WILTON |
| Art Unit | 1674 |
| Examiner Name | Not Yet Assigned |
| Attorney Docket Number | AVN-008CN41 |

| | | | | | |
|---|---|---|---|---|---|
| | 65 | 20130116310 | A1 | 2013-05-09 | Wilton et al. |
| | 66 | 20130190390 | A1 | 2013-07-25 | SAZANI et al. |
| | 67 | 20130217755 | A1 | 2013-08-22 | WILTON et al. |
| | 68 | 20130253033 | A1 | 2013-09-26 | WILTON et al. |
| | 69 | 20130253180 | A1 | 2013-09-26 | WILTON et al. |
| | 70 | 20130274313 | A1 | 2013-10-17 | WILTON et al. |
| | 71 | 20130331438 | A1 | 2013-12-12 | WILTON et al. |
| | 72 | 20130072671 | A1 | 2013-03-21 | Van Deutekom |
| | 73 | 20130090465 | A1 | 2013-04-11 | MATSUO et al. |
| | 74 | 20130197220 | A1 | 2013-08-01 | Ueda |
| | 75 | 20130211062 | A1 | 2013-08-15 | Watanabe et al. |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004631

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | 15705172 | |
| Filing Date | 2017-09-14 | |
| First Named Inventor | Stephen Donald WILTON | |
| Art Unit | 1674 | |
| Examiner Name | Not Yet Assigned | |
| Attorney Docket Number | AVN-008CN41 | |

| | | | | | |
|---|---|---|---|---|---|
| 76 | 20130289096 | A1 | 2013-10-31 | POPPLEWELL et al. | |
| 77 | 20130302806 | A1 | 2013-11-14 | Van Deutekom | |
| 78 | 20140080896 | A1 | 2014-03-20 | Nelson et al. | |
| 79 | 20140080898 | A1 | 2014-03-20 | Wilton et al. | |
| 80 | 20140094500 | A1 | 2014-04-03 | SAZANI et al. | |
| 81 | 20140155587 | A1 | 2014-06-05 | WILTON et al. | |
| 82 | 20140243515 | A1 | 2014-08-28 | WILTON et al. | |
| 83 | 20140243516 | A1 | 2014-08-28 | WILTON et al. | |
| 84 | 20140296323 | | 2014-10-02 | Leumann et al. | |
| 85 | 20140315862 | A1 | 2014-10-23 | Kaye | |
| 86 | 20140315977 | A1 | 2014-10-23 | BESTWICK et al. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004632

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
| --- | --- | --- |
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 87 | 20140316123 | | 2014-10-23 | Matsuo et al. | |
| 88 | 20140323544 | A1 | 2014-10-30 | BESTWICK et al. | |
| 89 | 20140329762 | A1 | 2014-11-06 | KAYE | |
| 90 | 20140329881 | A1 | 2014-11-06 | Bestwick et al. | |
| 91 | 20140343266 | A1 | 2014-11-20 | Watanabe et al. | |
| 92 | 20140350067 | A1 | 2014-11-27 | Wilton et al. | |
| 93 | 20140350076 | | 2014-11-27 | van Deutekom | |
| 94 | 20140357698 | | 2014-12-04 | Van DEUTEKOM et al. | |
| 95 | 20140357855 | A1 | 2014-12-04 | Van DEUTEKOM et al. | |
| 96 | 20140057964 | A1 | 2014-02-27 | POPPLEWELL et al. | |
| 97 | 20140113955 | A1 | 2014-04-24 | De Kimpe et al. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004633

<table>
<tr><td rowspan="6">**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**<br>( **Not for submission under 37 CFR 1.99**)</td><td>Application Number</td><td>15705172</td></tr>
<tr><td>Filing Date</td><td>2017-09-14</td></tr>
<tr><td>First Named Inventor</td><td>Stephen Donald WILTON</td></tr>
<tr><td>Art Unit</td><td>1674</td></tr>
<tr><td>Examiner Name</td><td>Not Yet Assigned</td></tr>
<tr><td>Attorney Docket Number</td><td>AVN-008CN41</td></tr>
</table>

| | | | | | |
|---|---|---|---|---|---|
| | 98 | 20140128592 | A1 | 2014-05-08 | De Kimpe et al. | |
| | 99 | 20140213635 | A1 | 2014-07-31 | Van DEUTEKOM | |
| | 100 | 20140221458 | A1 | 2014-08-07 | De Kimpe et al. | |
| | 101 | 20140275212 | A1 | 2014-09-18 | van Deutekom | |
| | 102 | 20150232839 | A1 | 2015-08-20 | Iversen et al. | |
| | 103 | 20150376615 | A1 | 2015-12-31 | Wilton et al. | |
| | 104 | 20150376616 | A1 | 2015-12-31 | Wilton et al. | |
| | 105 | 20150376617 | A1 | 2015-12-31 | SAZANI et al. | |
| | 106 | 20150376618 | A1 | 2015-12-31 | Sazani et al. | |
| | 107 | 20150152415 | A1 | 2015-06-04 | SAZANI et al. | |
| | 108 | 20150353931 | A1 | 2015-12-10 | Wilton et al. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004634

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
|---|---|---|
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 109 | 20150361428 | A1 | 2015-12-17 | Bestwick et al. | |
| | 110 | 20150045413 | A1 | 2015-02-12 | De Visser et al. | |
| | 111 | 20150057330 | A1 | 2015-02-26 | Wilton et al. | |
| | 112 | 20160002631 | A1 | 2016-01-07 | Wilton et al. | |
| | 113 | 20160002632 | A1 | 2016-01-07 | Wilton et al. | |
| | 114 | 20160002633 | A1 | 2016-01-07 | Sazani et al. | |
| | 115 | 20160002634 | A1 | 2016-01-07 | Sazani et al. | |
| | 116 | 20160002635 | A1 | 2016-01-07 | Wilton et al. | |
| | 117 | 20160002637 | A1 | 2016-01-07 | Sazani et al. | |
| | 118 | 20160040162 | A1 | 2016-02-11 | BESTWICK et al. | |
| | 119 | 20160177301 | A1 | 2016-06-23 | Wilton et al. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004635

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( Not for submission under 37 CFR 1.99)

| Application Number | 15705172 |
|---|---|
| Filing Date | 2017-09-14 |
| First Named Inventor | Stephen Donald WILTON |
| Art Unit | 1674 |
| Examiner Name | Not Yet Assigned |
| Attorney Docket Number | AVN-008CN41 |

| | 120 | 20160298111 | A1 | 2016-10-13 | Bestwick et al. | |
|---|---|---|---|---|---|---|
| | 121 | 20170009233 | A1 | 2017-01-12 | WILTON et al. | |
| | 122 | 20140045916 | A1 | 2014-02-13 | Iversen et al. | |

If you wish to add additional U.S. Published Application citation information please click the Add button. | Add |

| Remove |

## FOREIGN PATENT DOCUMENTS

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2]i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | 2003284638 | AU | A1 | 2004-06-18 | KOBE UNIVERSITY | | |
| | 2 | 780517 | AU | B2 | 2005-03-24 | JCR Pharmaceuticals Co., Ltd. | | |
| | 3 | 2507125 | CA | A1 | 2004-06-10 | Masafumi Matsuo | | |
| | 4 | 1054058 | EP | A1 | 2000-11-22 | JCR Pharmaceuticals Co., Ltd. | | |
| | 5 | 1160318 | EP | A2 | 2001-12-05 | JCR Pharmaceuticals Co., Ltd | | |
| | 6 | 1160318 | EP | B1 | 2008-05-28 | Jcr Pharmaceuticals Co., Ltd | | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004636

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
|---|---|---|
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7 | 1191097 | EP | A1 | 2002-03-27 | LEIDS UNIVERSITAIR MEDISCH CENTRUM | | |
| 8 | 1191098 | EP | A2 | 2002-03-27 | JCR PHARMACEUTICALS CO., LTD. | | |
| 9 | 1191098 | EP | B9 | 2006-06-28 | Jcr Pharmaceuticals Co., Ltd | | |
| 10 | 1495769 | EP | A1 | 2005-01-12 | LBR MEDBIOTECH B.V. | | |
| 11 | 1495769 | EP | B1 | 2008-02-27 | Lbr Medbiotech B V | | |
| 12 | 1544297 | EP | A2 | 2005-06-22 | Jcr Pharmaceuticals Co., Ltd | | |
| 13 | 1544297 | EP | B1 | 2009-09-16 | Jcr Pharmaceuticals Co., Ltd | | |
| 14 | 1568769 | EP | A1 | 2005-08-31 | MATSUO, MASAFUMI ET AL. | | |
| 15 | 1606407 | EP | B1 | 2013-12-18 | ACADEMISCH ZIEKENHUIS LEIDEN | | |
| 16 | 1619249 | EP | B1 | 2008-09-24 | Academisch Ziekenhuis Leiden | | |
| 17 | 1619249 | EP | A1 | 2006-01-25 | ACADEMISCH ZIEKENHUIS LEIDEN | | |

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004637

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
| --- | --- | --- |
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 18 | 1766010 | EP | B1 | 2007-03-28 | Univ Western Australia | | |
| 19 | 1857548 | EP | A1 | 2007-11-21 | Academisch Ziekenhuis Leiden | | |
| 20 | 2119783 | EP | A1 | 2009-11-18 | PROSENSA TECHNOLOGIES B.V. | | |
| 21 | 2135948 | EP | B1 | 2014-09-17 | Matsuo, Masafumi | | |
| 22 | 2135948 | EP | A2 | 2009-12-23 | Matsuo, Masafumi | | |
| 23 | 2206781 | EP | A2 | 2010-07-14 | The University of Western Australia | | |
| 24 | 2258863 | EP | A1 | 2010-12-08 | UNIVERSITA 'DEGLI STUDI DI ROMA "LA SAPIENZA" | | |
| 25 | 2284264 | EP | A1 | 2011-02-16 | Academisch Ziekenhuis Leiden | | |
| 26 | 2374885 | EP | A2 | 2011-10-12 | Matsuo, Masafumi et al. | | |
| 27 | 2386636 | EP | A2 | 2011-11-16 | Matsuo, Masafumi et al. | | |
| 28 | 2392660 | EP | A2 | 2011-12-07 | Matsuo, Masafumi et al. | | |

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004638

<table>
<tr><td rowspan="6">
<table>
<tr><td>Application Number</td><td>15705172</td></tr>
<tr><td>Filing Date</td><td>2017-09-14</td></tr>
<tr><td>First Named Inventor</td><td>Stephen Donald WILTON</td></tr>
<tr><td>Art Unit</td><td>1674</td></tr>
<tr><td>Examiner Name</td><td>Not Yet Assigned</td></tr>
<tr><td>Attorney Docket Number</td><td>AVN-008CN41</td></tr>
</table>
</td></tr>
</table>

**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**
( Not for submission under 37 CFR 1.99)

| Application Number | 15705172 |
|---|---|
| Filing Date | 2017-09-14 |
| First Named Inventor | Stephen Donald WILTON |
| Art Unit | 1674 |
| Examiner Name | Not Yet Assigned |
| Attorney Docket Number | AVN-008CN41 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 29 | 2435582 | EP | B1 | 2013-10-23 | UNIVERSITA DEGLI STUDI DI ROMA LA SAPIENZA | | |
| 30 | 2435583 | EP | B1 | 2014-07-09 | UNIVERSITA DEGLI STUDI DI ROMA LA SAPIENZA | | |
| 31 | 2488165 | EP | B1 | 2014-07-23 | Universita Degli Studi di Ferrara | | |
| 32 | 2500430 | EP | A2 | 2012-09-19 | Univ Western Australia | | |
| 33 | 2530153 | EP | A1 | 2012-12-05 | Matsuo, Masafumi et al. | | |
| 34 | 2530154 | EP | A1 | 2012-12-05 | Matsuo, Masafumi et al. | | |
| 35 | 2530155 | EP | A1 | 2012-12-05 | MATSUO, MASAFUMI ET AL. | | |
| 36 | 2530156 | EP | A1 | 2012-12-05 | MATSUO, MASAFUMI ET AL. | | |
| 37 | 2581448 | EP | A1 | 2013-04-17 | ASSOCIATION INSTITUT DE MYOLOGIE ET AL. | | |
| 38 | 2594640 | EP | A1 | 2013-05-22 | ACADEMISCH ZIEKENHUIS LEIDEN | | |
| 39 | 2594641 | EP | A1 | 2013-05-22 | ACADEMISCH ZIEKENHUIS LEIDEN | | |

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
|---|---|---|
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 40 | 2594642 | EP | A1 | 2013-05-22 | ACADEMISCH ZIEKENHUIS LEIDEN | | |
| 41 | 2602322 | EP | A1 | 2013-06-12 | ACADEMISCH ZIEKENHUIS LEIDEN | | |
| 42 | 2607484 | EP | A1 | 2013-06-26 | Prosensa Technologies B.V. et al. | | |
| 43 | 2612917 | EP | A1 | 2013-07-10 | NIPPON SHINYAKU CO., LTD. | | |
| 44 | 2614827 | EP | A2 | 2013-07-17 | ACADEMISCH ZIEKENHUIS LEIDEN | | |
| 45 | 2623507 | EP | A1 | 2013-08-07 | NIPPON SHINYAKU CO., LTD. | | |
| 46 | 2636740 | EP | A1 | 2013-09-11 | Academisch Ziekenhuis Leiden | | |
| 47 | 2636741 | EP | A1 | 2013-09-11 | ACADEMISCH ZIEKENHUIS LEIDEN | | |
| 48 | 2636742 | EP | A1 | 2013-09-11 | ACADEMISCH ZIEKENHUIS LEIDEN | | |
| 49 | 2799548 | EP | A1 | 2014-11-05 | NIPPON SHINYAKU CO., LTD | | |
| 50 | 2801618 | EP | A1 | 2014-11-12 | Academisch Ziekenhuis Leiden | | |

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004640

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
|---|---|---|
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| If you wish to add additional Foreign Patent Document citation information please click the Add button | Add |
|---|---|

**NON-PATENT LITERATURE DOCUMENTS** | Remove |

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|
| | 1 | "Efficacy Study of AVI-4658 to Induce Dystrophin Expression in Selected Duchenne Muscular Dystrophy Patients" ClinicalTrials.gov dated January 22, 2013 | |
| | 2 | "Efficacy Study of AVI-4658 to Induce Dystrophin Expression in Selected Duchenne Muscular Dystrophy Patients," Clinical Trial Identifier No. NCT01396239, ClinicalTrials.gov, dated July, 15, 2011, page 1-4. | |
| | 3 | "Efficacy, Safety, and Tolerability Rollover Study of Eteplirsen in Subjects with Duchenne Muscular Dystrophy," Clinical Trial Identifier No. NCT01540409, ClinicalTrials.gov, published online February 23, 2012, page 1-4. | |
| | 4 | "Eteplirsen - Inhibitor of Dystrophin Expression - Treatment of Duchenne Muscular Dystrophy", Drugs of the Future, Vol.38(1):13-17 (2013) | |
| | 5 | "Open-Label, Multiple-Dose, Efficacy, Safety, and Tolerability Study of Eteplirsen in Subjects With Duchenne Muscular Dystrophy Who Participated in Study 4658-US- 201," ClinicalTrials.gov dated July 31, 2012, 3 pages | |
| | 6 | "Open-Label, Multiple-Dose, Efficacy, Safety, and Tolerability Study of Eteplirsen in Subjects With Duchenne Muscular Dystrophy Who Participated in Study 4658-US- 201," ClinicalTrials.gov dated October 17, 2013, 3 pages | |
| | 7 | "Open-Label, Multiple-Dose, Efficacy, Safety, and Tolerability Study of Eteplirsen in Subjects With Duchenne Muscular Dystrophy Who Participated in Study 4658-US- 201," ClinicalTrials.gov dated February 27, 2012, 3 pages | |
| | 8 | 2nd Expert Declaration of Dr. Erik Sontheimer ("2nd S Decl.") (Exhibit Number 1067 filed in interferences 106008, 106007 on December 23, 2014) | |
| | 9 | 3rd Declaration of Erik J. Sontheimer, Ph.D. ("3rd S. Decl."), Pages 123, Exhibit Number 1186 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004641

| | | | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 | |
| | Filing Date | 2017-09-14 | |
| | First Named Inventor | Stephen Donald WILTON | |
| | Art Unit | 1674 | |
| | Examiner Name | Not Yet Assigned | |
| | Attorney Docket Number | AVN-008CN41 | |

| | | |
|---|---|---|
| | 10 | A Comparative Study on AONs between 20 and 50 Nucleotides Designed to Induce the Skipping of Exon 53 from the Dystrophin Pre-mRNA, Pages 6, Exhibit Number 1128 filed in Interferences 106,007 and 106,008 on February 17, 2015. |
| | 11 | A Comparative Study on AONs Between 20 and 50 Nucleotides Designed to Induce the Skipping of Exon 51 from the Dystrophin Pre-mRNA, Pages 6, Exhibit Number 1127 filed in Interferences 106,007 and 106,008 on February 17, 2015. |
| | 12 | Aartsma-Rus A, et al. "Theoretic applicability of antisense-mediated exon skipping for Duchenne muscular dystrophy mutations," Hum Mutat 2009;30:293-99. |
| | 13 | Aartsma-Rus et al., "Antisense-induced exon skipping for duplications in Duchenne muscular dystrophy," BMC Medical Genetics 8:43 (2007), (University of Western Australia Exhibit 2135, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-9.) |
| | 14 | AARTSMA-RUS, Annemieke et al., "194th ENMC international workshop. 3rd ENMC workshop on exon skipping: Towards clinical application of antisense-mediated exon skipping for Duchenne muscular dystrophy 8-10 December 2012, Naarden, The Netherlands," Neuromuscular Disorders, Vol. 23:934-944 (2013) |
| | 15 | AARTSMA-RUS, Annemieke et al., "Antisense-Induced Multiexon Skipping for Duchenne Muscular Dystrophy Makes More Sense," Am. J. Hum. Genet., Vol. 74:83-92 (2004) |
| | 16 | AARTSMA-RUS, Annemieke et al., "Functional Analysis of 114 Exon-Internal AONs for Targeted DMD Exon Skipping: Indication for Steric Hindrance of SR Protein Binding Sites," Oligonucleotides, Vol. 15:284-297 (2005) (Exhibit Number 2016 filed in interferences 106008, 106013, 106007 on November 18, 2014) |
| | 17 | AARTSMA-RUS, Annemieke et al., "Guidelines for Antisense Oligonucleotide Design and Insight Into Splice-modulating Mechanisms," Molecular Therapy, Vol. 17(3):548-553 (2009) (Exhibit Number 2014 filed in interferences 106008, 106013, 106007 on November 18, 2014) |
| | 18 | AARTSMA-RUS, Annemieke et al., "Guidelines for Antisense Oligonucleotide Design and Insight Into Splice-modulating Mechanisms," Molecular Therapy, Vol. 17(3):548-553 (2009). Supplementary Table 1. |
| | 19 | AARTSMA-RUS, Annemieke et al., "Targeted exon skipping as a potential gene correction therapy for Duchenne muscular dystrophy," Neuromuscular Disorders, Vol. 12:S71-S77 (2002) |
| | 20 | AARTSMA-RUS, Annemieke et al., "Therapeutic antisense-induced exon skipping in cultured muscle cells from six different DMD patients," Human Molecular Genetics, Vol. 12(8):907-914 (2003) |

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004642

| | | |
|---|---|---|
| | Application Number | 15705172 |
| | Filing Date | 2017-09-14 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | | |
|---|---|---|
| 21 | ABBS, Stephen et al., "A convenient multiplex PCR system for the detection of dystrophin gene deletions: a comparative analysis with cDNA hybridisation shows mistypings by both methods," J. Med. Genet., Vol. 28:304-311 (1991) | |
| 22 | Abes, S. et al., "Efficient Splicing Correction by PNA Conjugation to an R6-Penetratin Delivery Peptide", Nucleic Acids Research Vol.35(13):4495-4502 (2007) | |
| 23 | AGRAWAL, Sudhir et al., "GEM 91 - An Antisense Oligonucleotide Phosphorothioate as a Therapeutic Agent for AIDS," Antisense Research and Development, Vol. 2:261-266 (1992) | |
| 24 | AGRAWAL, Sudhir et al., "Oligodeoxynucleoside phosphoramidates and phosphorothioates as inhibitors of human immunodeficiency virus," Proc. Natl. Acad. Sci. USA, Vol. 85:7079-7083 (1988) | |
| 25 | Ahmad A, et al., "Mdx mice inducibly expressing dystrophin provide insights into the potential of gene therapy for Duchenne muscular dystrophy," Hum Mol Genet 2000;9:2507-2515. | |
| 26 | AKHTAR, Saghir et al., "Cellular uptake and intracellular fate of antisense oligonucleotides," Trends in Cell Biology, Vol. 2:139-144 (1992) | |
| 27 | AKHTAR, Saghir, "Delivery Strategies for Antisense Oligonucleotide Therapeutics," CRC Press, Inc., Boca Raton, FL, 160 pages (1995) | |
| 28 | Alignments of Dystrophin mRNA and Oligonucleotides, 6 pages, submitted to the Patent Trial and Appeal Board in interference No. 106008, dated November 18, 2014 (Exhibit Number 1054 filed in interferences 106008, 106007 on November 18, 2014) | |
| 29 | ALTER, Julia et al., "Systemic delivery of morpholino oligonucleotide restores dystrophin expression bodywide and improves dystrophic pathology," Nature Medicine, Vol. 12(2):175-177 (2006) | |
| 30 | Amendment under 37 CFR 1.312 for Application No. 14/248,279, 5 pages, dated September 19, 2014 (Exhibit Number 2053 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| 31 | Analysis of Second PCR Product by Gel Electrophoresis, Pages 1, Exhibit Number 1182 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
|---|---|---|
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | 32 | ANDERSON, W. French, "Human Gene Therapy," Science, Vol. 256:808-813 (1992) | |
|---|---|---|---|
| | 33 | Annotated scenario introduced and referred to during March 12, 2015 deposition of Erik J. Sontheimer, Ph.D., (University of Western Australia Exhibit 2139, filed April 3, 2015 in Interferences 106007, 106008, and 106013, page 1.) | |
| | 34 | ANTHONY, Karen et al., "Dystrophin quantification: Biological and Translational Research Implications," Neurology, Vol. 83:1-8 (2014) (Exhibit Number 2028 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | 35 | AON PS1958 Mass Spectrometry Data, Pages 7,   Exhibit Number 1146 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | 36 | AON PS1958 UPLC Data, Pages 2,   Exhibit Number 1157 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | 37 | AON PS1959 Mass Spectrometry Data, Pages 5,   Exhibit Number 1147 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | 38 | AON PS1959 UPLC Data, Pages 2,   Exhibit Number 1158 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | 39 | AON PS1960 Mass Spectrometry Data, Pages 8,   Exhibit Number 1148 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | 40 | AON PS1960 UPLC Data, Pages 2,   Exhibit Number 1159 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | 41 | AON PS1961 Mass Spectrometry Data, Pages 5,   Exhibit Number 1149 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | 42 | AON PS1961 UPLC Data, Pages 2,   Exhibit Number 1160 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004644

| | INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) |
|---|---|

| Application Number | 15705172 |
|---|---|
| Filing Date | 2017-09-14 |
| First Named Inventor | Stephen Donald WILTON |
| Art Unit | 1674 |
| Examiner Name | Not Yet Assigned |
| Attorney Docket Number | AVN-008CN41 |

| | | |
|---|---|---|
| | 43 | AON PS1962 Mass Spectrometry Data, Pages 7,   Exhibit Number 1150 filed in Interferences 106,007 and 106,008 on February 16, 2015. |
| | 44 | AON PS1962 UPLC Data, Pages 2,   Exhibit Number 1161 filed in Interferences 106,007 and 106,008 on February 16, 2015. |
| | 45 | AON PS1963 Mass Spectrometry Data, Pages 10,   Exhibit Number 1151 filed in Interferences 106,007 and 106,008 on February 16, 2015. |
| | 46 | AON PS1963 UPLC Data, Pages 2,   Exhibit Number 1162 filed in Interferences 106,007 and 106,008 on February 16, 2015. |
| | 47 | AON PS1964 Mass Spectrometry Data, Pages 13,   Exhibit Number 1152 filed in Interferences 106,007 and 106,008 on February 16, 2015. |
| | 48 | AON PS1964 UPLC Data, Pages 2,   Exhibit Number 1163 filed in Interferences 106,007 and 106,008 on February 16, 2015. |
| | 49 | AON PS1965 Mass Spectrometry Data, Pages 9,   Exhibit Number 1153 filed in Interferences 106,007 and 106,008 on February 16, 2015. |
| | 50 | AON PS1965 UPLC Data, Pages 2,   Exhibit Number 1164 filed in Interferences 106,007 and 106,008 on February 16, 2015. |

| If you wish to add additional non-patent literature document citation information please click the Add button | Add |
|---|---|

**EXAMINER SIGNATURE**

| Examiner Signature | /KIMBERLY   CHONG/  (10/01/2017) | Date Considered | 10/01/2017 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through a citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document.  [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [5] Applicant is to place a check mark here if English language translation is attached.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

See attached certification statement.

The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒ A certification statement is not submitted herewith.

## SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Amy E. Mandragouras, Esq./ | Date (YYYY-MM-DD) | 2017-09-22 |
| Name/Print | Amy E. Mandragouras, Esq. | Registration Number | 36,207 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004646

## Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.   The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.   A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.   A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.   A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.   A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.   A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.   A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.   A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.   A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004647

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (03-15)
Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | | | U.S.PATENTS | | | Remove |
|---|---|---|---|---|---|---|
| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button. **Add**

| | | | U.S.PATENT APPLICATION PUBLICATIONS | | | Remove |
|---|---|---|---|---|---|---|
| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button. **Add**

| | | | FOREIGN PATENT DOCUMENTS | | | | Remove |
|---|---|---|---|---|---|---|---|
| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
| | 1 | | | | | | |

If you wish to add additional Foreign Patent Document citation information please click the Add button **Add**

| | | NON-PATENT LITERATURE DOCUMENTS | | Remove |
|---|---|---|---|---|
| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | | T[5] |

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004648

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
|---|---|---|
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | | |
|---|---|---|
| 1 | Hammond, Suzan M., et al., "Genetic therapies for RNA mis-splicing diseases," Cell, Vol.27, No. 5, pp. 196-205 (May, 2011), Exhibit Number 1113 filed in interferences 106,007 and 106,008 on February 17, 2015. | |
| 2 | Hammond,Suzan M., et al., "PRO-051, an antisense oligonucleotide for the potential treatment of Duchenne muscular dystrophy," Curr. Opinion Mol. Therap., Vol. 12, No. 4, pp. 478-486 (2010), Exhibit Number 1121 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| 3 | HARDING, PL et al., "The Influence of Antisense Oligonucleotide Length on Dystrophin Exon Skipping," Molecular Therapy, Vol. 15(1):157-166 (2007) (Exhibit Number 1030 filed in interferences 106008, 106007 on November 18, 2014) | |
| 4 | Havenga et al., "Exploiting the Natural Diversity in Adenovirus Tropism for Therapy and Prevention of Disease," J. Virol., Vol. 76, No. 9, pp. 4612-4620 (May, 2002), Exhibit Number 1123 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| 5 | HEASMAN, Janet, "Morpholino Oligos: Making Sense of Antisense?" Developmental Biology, Vol. 243:209-214 (2002) | |
| 6 | HEEMSKERK, Hans A. et al., "In vivo comparison of 2'-O-methyl phosphorothioate and morpholino antisense oligonucleotides for Duchenne muscular dystrophy exon skipping," The Journal of Gene Medicine, Vol. 11:257-266 (2009) (Exhibit Number 2020 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| 7 | HEID, Christian A. et al., "Real Time Quantitative PCR," Genome Research, Vol. 6:986-994 (1996) (Exhibit Number 1061 filed in interferences 106008, 106007 on November 18, 2014) | |
| 8 | HERSCHLAG, Daniel et al., "Contributions of 2'Hydroxyl Groups of the RNA Substrate to Binding and Catalysis by the Tetrahymena Ribozyme: An Energetic Picture of an Active Site Composed of RNA," Biochemistry, Vol. 32:8299-8311 (1993) (Exhibit Number 1031 filed in interferences 106008, 106007 on November 18, 2014) | |
| 9 | Hoffman EP, et al., "Characterization of dystrophin in muscle-biopsy specimens from patients with Duchenne's or Becker's muscular dystrophy" N Engl J Med 1988;318:1363-68. | |
| 10 | Hoffman EP, et al., "Restoring dystrophin expression in Duchenne muscular dystrophy muscle: Progress in exon skipping and stop codon read through," Am J Path 2011;179:12-22. | |
| 11 | HUDZIAK, Robert M. et al., "Antiproliferative Effects of Steric Blocking Phosphorodiamidate Morpholino Antisense Agents Directed against c-myc," Antisense & Nucleic Acid Drug Development, Vol. 10:163-176 (2000) (Exhibit Number 1032 filed in interferences 106008, 106007 on November 18, 2014) | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004649

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | | | |
|---|---|---|---|
| | 12 | HUSSEY, Nicole D. et al., "Analysis of five Duchenne muscular dystrophy exons and gender determination using conventional duplex polymerase chain reaction on single cells," Molecular Human Reproduction, Vol. 5(11):1089-1094 (1999) | |
| | 13 | Interim Guidance on Patent Subject Matter Eligibility ("the December Guidance," 16 pages,(Exhibit Number 2119 filed in interferences 106,007 and 106,008 on February 17, 2015. | |
| | 14 | International Patent Application No. PCT/AU2000/00693 ("Wraight"), published as WO 00/78341 on December 28, 2000, 201 pages, (Exhibit Number 2125 filed in interferences 106,007 and 106,008 on February 17, 2015. | |
| | 15 | International Preliminary Report on Patentability and Written Opinion for Application No. PCT/US2009/061960, 8 pages, dated April 26, 2011 | |
| | 16 | International Preliminary Report on Patentability for Application No. PCT/AU2005/000943, 8 pages, dated December 28, 2006 | |
| | 17 | International Preliminary Report on Patentability, PCT/US2013/077216, dated June 23, 2015, pages 1-7. | |
| | 18 | International Preliminary Report on Patentability, PCT/US2014/029610, dated July 1, 2015, pages 1-122. | |
| | 19 | International Preliminary Report on Patentability, PCT/US2014/029689, dated September 15, 2015, pages 1-10. | |
| | 20 | International Preliminary Report on Patentability, PCT/US2014/029766, dated September 15, 2015, pages 1-10. | |
| | 21 | International Search Report and Written Opinion of the International Searching Authority issued in International Patent Application No. PCT/US2013/077216 dated  dated March 27, 2014 | |
| | 22 | International Search Report and Written Opinion of the International Searching Authority issued in International Patent Application No. PCT/US2014/029610 dated September 18, 2014 | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004650

| | | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | | |
|---|---|---|
| | 23 | International Search Report and Written Opinion of the International Searching Authority issued in International Patent Application No. PCT/US2014/029689, 8 pages, dated October 21, 2014 | |
| | 24 | International Search Report and Written Opinion of the International Searching Authority issued in International Patent Application No. PCT/US2014/029766 dated October 21, 2014 | |
| | 25 | International Search Report and Written Opinion, PCT/US2016/054534, dated January 17, 2017, 13 pages. | |
| | 26 | International Search Report for Application No. PCT/AU2005/000943, 5 pages, dated October 20, 2005 | |
| | 27 | International Search Report for Application No. PCT/US01/14410, 5 pages, dated March 6, 2002 | |
| | 28 | International Search Report for Application No. PCT/US2009/061960, 5 pages, dated April 6, 2010 | |
| | 29 | Invitation to pay fees and Partial International Search Report issued by the International Search Authority in International Patent Application No. PCT/US2014/029689 dated July 29, 2014 | |
| | 30 | ISIS Pharmaceuticals website, 2 pages, http://www.isispharm.com/Pipeline/Therapeutic-Areas/Other.htm (2014) (Exhibit Number 2021 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | 31 | IVERSEN, Patrick L. et al., "Efficacy of Antisense Morpholino Oligomer Targeted to c-myc in Prostate Cancer Xenograft Murine Model and a Phase I Safety Study in Humans," Clinical Cancer Research, Vol. 9:2510-2519 (2003) | |
| | 32 | JARVER, Peter et al., "A Chemical View of Oligonucleotides for Exon Skipping and Related Drug Applications," Nucleic Acid Therapeutics, Vol. 24(1):37–47 (2014) (Exhibit Number 2061 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | 33 | JASON, Tracey L.H. et al., "Toxicology of antisense therapeutics," Toxicology and Applied Pharmacology, Vol. 201:66-83 (2004) (Exhibit Number 2027 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004651

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
|---|---|---|
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | 34 | JEARAWIRIYAPAISARN, Natee et al., "Long-term improvement in mdx cardiomyopathy after therapy with peptide-conjugated morpholino oligomers," Cardiovascular Research, Vol. 85:444-453 (2010) | |
|---|---|---|---|
| | 35 | JEARAWIRIYAPAISARN, Natee et al., "Sustained Dystrophin Expression Induced by Peptide-conjugated Morpholino Oligomers in the Muscles of mdx Mice," Mol. Ther., Vol. 16(9):1624-1629 (2008) | |
| | 36 | Jett Foundation Presentation by McSherry, C. "Patient and Caregiver-Reported Outcomes of Patients in Clinical Trials of Eteplirsen for Treatment of Duchenne" at Peripheral and Central Nervous System Drugs Advisory Committee, April 25, 2016, 17 pages. | |
| | 37 | Job Posting by Sarepta for "Scientist II, Muscle Biology" (2 pages), (Academisch Ziekenhuis Leiden Exhibit 1233, filed April 3, 2015 in Interference 106007 and 106008). | |
| | 38 | JONES, Simon S. et al., "The Protection of Uracil and Guanine Residues in Oligonucleotide Synthesis," Tetrahedron Letters, Vol. 22(47):4755-4758 (1981) | |
| | 39 | KARLEN, Yann et al., "Statistical significance of quantitative PCR," BMC Bioinformatics, 8:131, 16 pages (2007) (Exhibit Number 1033 filed in interferences 106008, 106007 on November 18, 2014) | |
| | 40 | KARRAS, James G. et al., "Deletion of Individual Exons and Induction of Soluble Murine Interleukin-5 Receptor-alpha Chain Expression through Antisense Oligonucleotide-Mediated Redirection of Pre-mRNA splicing," Molecular Pharmacology, Vol. 58:380-387 (2000) | |
| | 41 | KAYE, Ed, "Results of the Eteplirsen Phase 2b and Phase 2b Extension Study in Duchenne Muscular Dystrophy," 8th Annual Meeting of the Oligonucleotide Therapeutics Society, Session 9: Advances in Oligonucleotide Clinical Development II, Page 48 (2012) | |
| | 42 | KINALI, Maria et al., "Local restoration of dystrophin expression with the morpholino oligomer AVI-4658 in Duchenne muscular dystrophy: a single-blind, placebo-controlled, dose-escalation, proof-of-concept study," Lancet Neurol., Vol. 8:918-928 (2009) | |
| | 43 | King et al., "A Dictionary of Genetics," Oxford University Press, 4th Ed. (1990), Exhibit Number 1189 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | 44 | KOENIG, M. et al., "The Complete Sequence of Dystrophin Predicts a Rod-Shaped Cytoskeleton Protein," Cell, Vol. 53:219-228 (1988) (Exhibit Number 1010 filed in interferences 106008, 106007 on November 18, 2014) | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004652

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
|---|---|---|
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | | |
|---|---|---|
| | 45 | KOENIG, M. et al., "The Molecular Basis for Duchenne versus Becker Muscular Dystrophy: Correlation of Severity with Type of Deletion," Am. J. Hum. Genet., Vol. 45:498-506 (1989) (Exhibit Number 1011 filed in interferences 106008, 106007 on November 18, 2014) |
| | 46 | Kohler M, et al., "Quality of life, physical disability and respiratory impairment in Duchenne muscular dystrophy," Am J Respir Crit Care Med 2005;172:1032-6. |
| | 47 | KOLE et al. "Exon skipping therapy for Duchenne muscular dystrophy," Advanced Drug Delivery Reviews, vol. 87:104-107 (2015). |
| | 48 | KOSHKIN, Alexei A. et al., "LNA (Locked Nucleic Acids): Synthesis of the Adenine, Cytosine, Guanine, 5-Methylcytosine, Thymine and Uracil Bicyclonucleoside Monomers, Oligomerisation, and Unprecedented Nucleic Acid Recognition," Tetrahedron, Vol. 54:3607-3630 (1998) (Exhibit Number 2007 filed in interferences 106008, 106013, 106007 on November 18, 2014) |
| | 49 | Kurreck J., "Antisense Technologies: Improvement Through Novel Chemical Modifications", European Journal of Biochemistry, Vol.270(8):1628-1644 (2003) |
| | 50 | Lab-on-a-Chip Data, Pages 28, Exhibit Number 1185 filed in Interferences 106,007 and 106,008 on February 16, 2015. |

| If you wish to add additional non-patent literature document citation information please click the Add button | Add |
|---|---|

**EXAMINER SIGNATURE**

| Examiner Signature | /KIMBERLY   CHONG/ (10/01/2017) | Date Considered | 10/01/2017 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | 15705172 |
| Filing Date | 2017-09-14 |
| First Named Inventor | Stephen Donald WILTON |
| Art Unit | 1674 |
| Examiner Name | Not Yet Assigned |
| Attorney Docket Number | AVN-008CN41 |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

See attached certification statement.

The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

A certification statement is not submitted herewith.

## SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Amy E. Mandragouras, Esq./ | Date (YYYY-MM-DD) | 2017-09-22 |
|---|---|---|---|
| Name/Print | Amy E. Mandragouras, Esq. | Registration Number | 36,207 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004654

## Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.    The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.    A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.    A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.    A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.    A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.    A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.    A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.    A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.    A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004655

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (03-15)
Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

## INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( Not for submission under 37 CFR 1.99)

| Application Number | 15705172 |
|---|---|
| Filing Date | 2017-09-14 |
| First Named Inventor | Stephen Donald WILTON |
| Art Unit | 1674 |
| Examiner Name | Not Yet Assigned |
| Attorney Docket Number | AVN-008CN41 |

### U.S.PATENTS                                                            Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
|  | 1 |  |  |  |  |  |

If you wish to add additional U.S. Patent citation information please click the Add button.    Add

### U.S.PATENT APPLICATION PUBLICATIONS                                    Remove

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
|  | 1 |  |  |  |  |  |

If you wish to add additional U.S. Published Application citation information please click the Add button.    Add

### FOREIGN PATENT DOCUMENTS                                               Remove

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2]i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
|  | 1 |  |  |  |  |  |  |  |

If you wish to add additional Foreign Patent Document citation information please click the Add button    Add

### NON-PATENT LITERATURE DOCUMENTS                                        Remove

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004656

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
|---|---|---|
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | | |
|---|---|---|
| | 1 | Sarepta Briefing Information for the April 25, 2016 Meeting of the Peripheral and Central Nervous System Drugs Advisory Committee, Eteplirsen Briefing Document, NDA 206488, 186 pages. | |
| | 2 | Sarepta Presentation at Peripheral and Central Nervous System Drugs Advisory Committee, April 25, 2016, 133 pages | |
| | 3 | Sarepta Press Release, Sarepta Issues Statement on Advisory Committee Outcome for Use of Eteplirsen in the Treatment of Duchenne Muscular Dystrophy, April 25, 2016, 2 pages | |
| | 4 | Sarepta Therapeutics Press Release, dated January 12, 2015, Exhibit Number 1119 filed in interferences 106,007 and 106,008 on February 17, 2015. | |
| | 5 | Sarepta Therapeutics, Advisory Committee Briefing Materials: Available for Public Release, "Peripheral and Central Nervous System Drugs Advisory Committee," Eteplirsen Briefing Document Addendum, NDA 206488, pages 1-9, dated January 22, 2016. | |
| | 6 | Sarepta Therapeutics, Advisory Committee Briefing Materials: Available for Public Release, "Peripheral and Central Nervous System Drugs Advisory Committee," Eteplirsen Briefing Document, NDA 206488, pages 1-166, dated January 22, 2016. | |
| | 7 | Sarepta Therapeutics, Inc. News Release, "Sarepta Therapeutics Announces FDA Accelerated Approval of EXONDYS 51™ (eteplirsen) injection, an Exon Skipping Therapy to Treat Duchenne Muscular Dystrophy (DMD) Patients Amenable to Skipping Exon 51," September 19, 2016, 2 pages. | |
| | 8 | Sarepta, "AVI BioPharma Initiates Dosing in Phase 2 Study of Eteplirsen in Duchenne Muscular Dystrophy Patients," press release, 4 pages, dated August 15, 2011 (Exhibit Number 2082 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | 9 | Sarepta, "Sarepta Therapeutics Announces Eteplirsen Demonstrates Continued Stability on Walking Test through 120 Weeks in Phase IIb Study in Duchenne Muscular Dystrophy," press release, 3 pages, dated January 15, 2014 (Exhibit Number 2034 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | 10 | Sarepta, "Sarepta Therapeutics Reports Long-Term Outcomes through 144 Weeks from Phase IIb Study of Eteplirsen in Duchenne Muscular Dystrophy," press release, http://investorrelations.sarepta.com/phoenix.zhtml?c=64231&amp;p=irol-newsArticle&amp;id=1946426, 4 pages, dated July 10, 2014 | |
| | 11 | Scully, Michele et al., "Review of Phase II and Phase III Clinical Trials for Duchenne Muscular Dystrophy", Expert Opinion on Orphan Drugs, Vol.1(1):33-46 (2013) | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004657

| | | |
|---|---|---|
| | Application Number | 15705172 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | | |
|---|---|---|
| 12 | Second Preliminary Amendment filed in US Application No. 13/550,210, 5 pages, dated January 3, 2013 (Exhibit Number 2062 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| 13 | Second Written Opinion for Application No. PCT/AU2010/001520, 7 pages, dated October 13, 2011 | |
| 14 | Semi Quantitative Lab-on-Chip Analysis of Second PCR Product, Pages 1, Exhibit Number 1183 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| 15 | Sequence Listing - Serial No. 13/550,210, as filed July 16, 2012 (9 pages), Exhibit Number 1205 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| 16 | Sequence of Exon 46 of Dystrophin Gene, 1 page | |
| 17 | Sequence of Exon 51 of Dystrophin Gene, 1 page | |
| 18 | Shabanpoor et al., "Bi-specific splice-switching PMO oligonucleotides conjugated via a single peptide active in a mouse model of Duchenne muscular dystrophy," Nucleic Acids Res., pp. 1-11 (December, 2014), Exhibit Number 1114 filed in interferences 106,007 and 106,008 on February 17, 2015. | |
| 19 | SHAPIRO, Marvin B. et al., "RNA splice junctions of different classes of eukaryotes: sequence statistics and functional implications in gene expression," Nucleic Acids Research, Vol. 15(17):7155-7174 (1987) | |
| 20 | SHERRATT, Tim G. et al., "Exon Skipping and Translation in Patients with Frameshift Deletions in the Dystrophin Gene," Am. J. Hum. Genet., Vol. 53:1007-1015 (1993) | |
| 21 | SHIGA, Nobuyuki et al., "Disruption of the Splicing Enhancer Sequence within Exon 27 of the Dystrophin Gene by a Nonsense Mutation Induced Partial Skipping of the Exon and Is Responsible for Becker Muscular Dystrophy," J. Clin. Invest., Vol. 100(9):2204-2210 (1997) | |
| 22 | SHIMIZU, Miho et al., "Oligo(2'-O-methyl)ribonucleotides Effective probes for duplex DNA," FEBS Letters, Vol. 302 (2):155-158 (1992) (Exhibit Number 1035 filed in interferences 106008, 106007 on November 18, 2014) | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004658

| | INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|---|
| | Application Number | 15705172 | |
| | Filing Date | 2017-09-14 | |
| | First Named Inventor | Stephen Donald WILTON | |
| | Art Unit | 1674 | |
| | Examiner Name | Not Yet Assigned | |
| | Attorney Docket Number | AVN-008CN41 | |

| | | | |
|---|---|---|---|
| | 23 | Siemens Healthcare Diagnostics, Inc. v. Enzo Life Sciences, Inc., 2013 WL 4411227, *11 [Parallel cite: U.S.D.C., D. Mass., Civil No. 10-40124-FDS], Decided Aug. 14, 2013 (12 pages); [Cited as: 2013 WL 4411227], Exhibit Number 1210 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | 24 | SIERAKOWSKA, Halina et al., "Repair of thalassemic human beta-globin mRNA in mammalian cells by antisense oligonucleotides," Proc. Natl. Acad. Sci. USA, Vol. 93:12840-12844 (1996) | |
| | 25 | Sontheimer et al., "Metal ion catalysis during group II intron self-splicing: parallels with the spliceosome," Genes & Development, Vol. 13, pp. 1729-1741 (1999), Exhibit Number 1195 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | 26 | Sontheimer et al., "Three Novel Functional Variants of Human U5 Small Nuclear RNA," Vol. 12, No. 2, pp. 734-746 (Feb., 1992), Exhibit Number 1194 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | 27 | SONTHEIMER, Erik J. et al., "Metal ion catalysis during splicing of premessenger RNA," Nature, Vol. 388:801-805 (1997) (Exhibit Number 1036 filed in interferences 106008, 106007 on November 18, 2014) | |
| | 28 | SONTHEIMER, Erik J. et al., "The U5 and U6 Small Nuclear RNAs as Active Site Components of the Spliceosome," Science, Vol. 262:1989-1997 (1993) (Exhibit Number 1058 filed in interferences 106008, 106007 on November 18, 2014) | |
| | 29 | Standard Operating Procedure FPLC Desalting, Pages 6,  Exhibit Number 1144 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | 30 | Stanton, Robert et al., "Chemical Modification Study of Antisense Gapmers", Nucleic Acid Therapeutics, Vol. 22(5): 344-359 (2012) | |
| | 31 | Statement On A Nonproprietary Name Adopted By the USAN Council, ETEPLIRSEN, Chemical Structure, 2010, pages 1-5. | |
| | 32 | STEIN, CA, "Delivery of antisense oligonucleotides to cells: a consideration of some of the barriers," Monographic supplement series: Oligos & Peptides - Chimica Oggi - Chemistry Today, Vol. 32(2):4-7 (2014) (Exhibit Number 2022 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | 33 | STEIN, Cy A. et al., "Therapeutic Oligonucleotides: The Road Not Taken," Clin. Cancer Res., Vol. 17(20):6369-6372 (2011) (Exhibit Number 2026 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004659

| | | Application Number | 15705172 |
|---|---|---|---|
| | **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Filing Date | 2017-09-14 |
| | | First Named Inventor | Stephen Donald WILTON |
| | | Art Unit | 1674 |
| | | Examiner Name | Not Yet Assigned |
| | | Attorney Docket Number | AVN-008CN41 |

| | | | |
|---|---|---|---|
| | 34 | STEIN, David et al., "A Specificity Comparison of Four Antisense Types: Morpholino, 2'-O-Methyl RNA, DNA, and PHosphorothioate DNA," Antisense & Nucleic Acid Drug Development, Vol. 7:151-157 (1997) | |
| | 35 | Strober JB, "Therapeutics in Duchenne muscular dystrophy," NeuroRX 2006; 3:225-34. | |
| | 36 | Summary of Professional Experience (Dr. Erik J. Sontheimer), Pages 4,  Exhibit Number 1223 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | 37 | SUMMERTON, James et al., "Morpholino and Phosphorothioate Antisense Oligomers Compared in Cell-Free and In-Cell Systems," Antisense & Nucleic Acid Drug Development, Vol. 7:63-70 (1997) | |
| | 38 | SUMMERTON, James et al., "Morpholino Antisense Oligomers: Design, Preparation, and Properties," Antisense & Nucleic Acid Drug Development, Vol. 7:187-195 (1997) | |
| | 39 | SUMMERTON, James, "Morpholino antisense oligomers: the case for an Rnase H-independent structural type," Biochimica et Biophysica Acta, Vol. 1489:141-158 (1999) (Exhibit Number 1038 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | 40 | Supplementary European Search Report for Application No. 10829367.1, 8 pages, dated May 22, 2013 | |
| | 41 | Suter et al.,  "Double-target antisense U7 snRNAs promote efficient skipping of an aberrant exon in three human Beta-thalassemic mutations," 8:13 HUMAN MOLECULAR GENETICS 2415-2423 (1999) (Exhibit Number 1083 filed in interferences 106008, 106007 on December 23, 2014) | |
| | 42 | T HOEN, Peter A.C. et al., "Generation and Characterization of Transgenic Mice with the Full-length Human DMD Gene," The Journal of Biological Chemistry, Vol. 283(9):5899-5907 (2008) Exhibit Number 2030 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | 43 | Table 1: Primer and Product Details for Exon 51 and 53 Reports on AONs of  20 to 50 Nucleotides dd 07 JAN 2015, Pages 1,  Exhibit Number 1177 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | 44 | Takeshima et al., "Oligonucleotides against a splicing enhancer sequence led to dystrophin production in muscle cells from a Duchenne muscular dystrophy patient," Brain & Dev., Vol. 23, pp. 788-790 (2001), Exhibit Number 1196 filed in interferences 106,007 and 106,008 on February 17, 2015. | |

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004660

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | 45 | TAKESHIMA, Yasuhiro et al., "Modulation of In Vitro Splicing of the Upstream Intron by Modifying an Intra-Exon Sequence Which Is Deleted from the Dystrophin Gene in Dystrophin Kobe," J. Clin. Invest., Vol. 95:515-520 (1995) |
| | 46 | TANAKA, Kenji et al., "Polypurine Sequences within a Downstream Exon Function as a Splicing Enhancer," Molecular and Cellular Biology, Vol. 14(2):1347-1354 (1994) |
| | 47 | Telios Pharms., Inc. v. Merck KgaA, No. 96-1307, 1998 WL 35272018 (S.D. Cal. Nov. 18, 1998), 11 pages (Exhibit Number 2153 filed in interference 106013 on October 29, 2015) |
| | 48 | THANH, Le Htiet et al., "Characterization of Revertant Muscle Fibers in Duchenne Muscular Dystrophy, Using Exon-Specific Monoclonal Antibodies against Dystrophin," Am. J. Hum. Genet., Vol. 56:725-731 (1995) |
| | 49 | The Regents of the University of California v. Dako North America, Inc., U.S.D.C., N.D. California, No. C05-03955 MHP, April 22, 2009 (2009 WL 1083446 (N.D.Cal.), Exhibit Number 1206 filed in Interferences 106,007 and 106,008 on February 17, 2015. |
| | 50 | TIAN, Xiaobing et al., "Imaging Oncogene Expression," Ann. N.Y. Acad. Sci., Vol. 1002:165-188 (2003) (Exhibit Number 2029 filed in interferences 106008, 106013, 106007 on November 18, 2014) |

If you wish to add additional non-patent literature document citation information please click the Add button [Add]

**EXAMINER SIGNATURE**

| Examiner Signature | | Date Considered | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004661

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | 15705172 |
| Filing Date | 2017-09-14 |
| First Named Inventor | Stephen Donald WILTON |
| Art Unit | 1674 |
| Examiner Name | Not Yet Assigned |
| Attorney Docket Number | AVN-008CN41 |

---

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

See attached certification statement.

The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

A certification statement is not submitted herewith.

## SIGNATURE
A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Amy E. Mandragouras, Esq./ | Date (YYYY-MM-DD) | 2017-09-22 |
|---|---|---|---|
| Name/Print | Amy E. Mandragouras, Esq. | Registration Number | 36,207 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

/KIMBERLY    CHONG/ (10/01/2017)

10/01/2017

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004662

**Privacy Act Statement**

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.    The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.    A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.    A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.    A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.    A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.    A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.    A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.    A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.    A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004663

Doc code: IDS

Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (03-15)
Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**
( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | 15705172 |
| Filing Date | 2017-09-14 |
| First Named Inventor | Stephen Donald WILTON |
| Art Unit | 1674 |
| Examiner Name | Not Yet Assigned |
| Attorney Docket Number | AVN-008CN41 |

**U.S.PATENTS** [Remove]

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button. [Add]

**U.S.PATENT APPLICATION PUBLICATIONS** [Remove]

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button. [Add]

**FOREIGN PATENT DOCUMENTS** [Remove]

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2]i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | |

If you wish to add additional Foreign Patent Document citation information please click the Add button [Add]

**NON-PATENT LITERATURE DOCUMENTS** [Remove]

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

| | | |
|---|---|---|
| | Application Number | 15705172 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket  Number | AVN-008CN41 |

| | | |
|---|---|---|
| 1 | Excerpts of SEC Form 8-K, dated November 23 2014, for BioMarin Pharmaceutical Inc., (University of Western Australia Exhibit 2129,  filed April 3, 2015 in Interferences 106007, 106008, and 106013,  pages 1-9). | |
| 2 | Exon 46 Sequence of Dystrophin, Document D18 as filed in Opposition of European Patent EP1619249, filed June 23, 2009, 1 page | |
| 3 | Exon 51 Internal Sequence Schematic, Pages 1,  Exhibit Number 1224 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| 4 | Exon 53 Internal Sequence Schematic, Pages 1, Exhibit Number 1225 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| 5 | Extended European Search Report, EP 15190341.6, dated April 28, 2016, 9 pages. | |
| 6 | Fairclough et al., "Therapy for Duchenne muscular dystrophy: renewed optimism from genetic approaches," Nature Reviews, Vol. 14, pp. 373-378 (June, 2013), Exhibit Number 1112 filed in interferences 106,007 and 106,008 on February 17, 2015. | |
| 7 | FALL, Abbie M. et al., "Induction of revertant fibres in the mdx mouse using antisense oligonucleotides," Genetics Vaccines and Therapy, Vol. 4:3, doi:10.1186/1479-0556-4-3, 12 pages (2006) | |
| 8 | FDA Briefing Document, "Peripheral and Central Nervous System," Drugs Advisory Committee Meeting, NDA 206488 Eteplirsen, Food and Drug Administration, pages 1-73, January 22, 2016. | |
| 9 | FDA Briefing Information for the April 25, 2016 Meeting of the Peripheral and Central Nervous System Drugs Advisory Committee, Eteplirsen, NDA 206488, 115 pages | |
| 10 | FDA News Release, "FDA grants accelerated approval to first drug for Duchenne muscular dystrophy," September 19, 2016, 3 pages. | |
| 11 | Federal Register, Vol. 58, No. 183, pp. 49432-49434, September 23, 1993 (6 pages); [Cited as: 58 FR 49432-01, 1993 WL 371451 (F.R.)], Exhibit Number 1221 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004665

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
| --- | --- | --- |
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | | |
| --- | --- | --- |
| 12 | Federal Register, Vol. 69, No. 155, pp. 49960-50020 dated August 12, 2004 (62 pages), Exhibit Number 1220 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| 13 | FEENER, C. et al., "Alternative splicing of human dystrophin mRNA generates isoforms at the carboxy terminus," Nature, vol. 338:509 - 511 (1989). | |
| 14 | File Excerpt from AZL U.S. Patent Application 11/233,495: Amendment After Non-Final Office Action, as-filed November 1, 2010 (Exhibit Number 1085 filed in interferences 106008, 106007 on December 23, 2014) | |
| 15 | File Excerpt from AZL U.S. Patent Application 11/233,495: Claims examined in Non-Final Office Action, dated December 1, 2008 (Exhibit Number 1079 filed in interferences 106008, 106007 on December 23, 2014) | |
| 16 | File Excerpt from AZL U.S. Patent Application 11/233,495: Final Office Action dated August 31, 2010 (Exhibit Number 1086 filed in interferences 106008, 106007 on December 23, 2014) | |
| 17 | File Excerpt from U.S. Patent Application 11/233,495: Non-Final Office Action dated December 1, 2008 and Final Office Action dated June 25, 2009 (Exhibit Number 1078 filed in interferences 106008, 106007 on December 23, 2014) | |
| 18 | File Excerpt from U.S. Patent Application No. 12/198,007: AZL's Preliminary Amendment and Response, as-filed November 7, 2008 (Exhibit Number 1075 filed in interferences 106008, 106007 on December 23, 2014) | |
| 19 | File Excerpt from U.S. Patent Application No. 12/976,381: AZL's First Preliminary Amendment, as-filed December 22, 2010 (Exhibit Number 1076 filed in interferences 106008, 106007 on December 23, 2014) | |
| 20 | File Excerpts from Prosecution History of U.S. Patent Application No. 13/270,992 ("UWA's U.S. Patent 8,486,907), Pages 122, Exhibit Number 1006 filed in Interference 106,013 on February 17, 2015. | |
| 21 | File Excerpts from U.S. Patent Application No. 11/233,495: Response to Non- Final Office Action, as filed July 26, 2011 (14 pages), Exhibit Number 1222 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| 22 | File Excerpts from U.S. Patent Application No. 13/270,992 ("UWA's U.S. Patent 8,486,907): NFOA, dated 7/30/2012; Applicant-Initiated Interview Summary, dated 11/8/2012; Amendment, as filed January 30, 2013; NOA, dated 4/4/2013; Exhibit Number 1118 (122 pages) filed in interferences 106,007 and 106,008 on February 17, 2015. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004666

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | | |
|---|---|---|
| 23 | Flanagan, W. Michael, et al., "A cytosine analog that confers enhanced potency to antisense oligonucleotides," Proc. Nat'l Acad. Sci. USA, Vol. 96, pp. 3513-3518 (March, 1999), Exhibit Number 1211 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| 24 | Flanigan et al. (2003) "Rapid Direct Sequence Analysis of the Dystrophin Gene," Am. J. Hum. Genet. 72:931-939, dated February 17, 2015 (Exhibit Number 2120 filed in interferences 106,007 and 106,008 on February 17, 2015. | |
| 25 | FLANIGAN, Kevin M. et al., "Pharmacokinetics and safety of single doses of drisapersen in non-ambulant subjects with Duchenne muscular dystrophy: Results of a double-blind randomized clinical trial," Neuromuscular Disorders, Vol. 24:16-24 (2014) (Exhibit Number 2038 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| 26 | Fletcher S., et al, "Morpholino oligomer-mediated exon skipping averts the onset of dystrophic pathology in the mdx mouse. Mol Ther 2007;15:1587-1592. | |
| 27 | FLETCHER, Sue et al., "Dystrophin Isoform Induction In Vivo by Antisense-mediated Alternative Splicing," Molecular Therapy, Vol. 18(6):1218-1223 (2010) | |
| 28 | FLETCHER, Sue et al., "Targeted Exon Skipping to Address 'Leaky' Mutations in the Dystrophin Gene," Molecular Therapy-Nucleic Acids, Vol. 1, e48, doi:10.1038/mtna.2012.40, 11 pages (2012) | |
| 29 | FLETCHER, Susan et al., "Dystrophin expression in the mdx mouse after localised and systemic administration of a morpholino antisense oligonucleotide," J. Gene Med., Vol. 8:207-216 (2006) | |
| 30 | FLETCHER, Susan et al., "Gene therapy and molecular approaches to the treatment of hereditary muscular disorders," Curr. Opin. Neurol., Vol. 13:553-560 (2000) | |
| 31 | FOSTER, Helen et al., "Genetic Therapeutic Approaches for Duchenne Muscular Dystrophy," Human Gene Therapy, Vol. 23:676-687 (2012) | |
| 32 | Fourth Declaration of Erik Sontheimer, Ph.D. (Pursuant to Bd.R. 41.155(b)(2) and SO 155.1.3 and 155.1.4), dated March 9, 2015, (University of Western Australia Exhibit 2138, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-4). | |
| 33 | FRAGALL, Clayton T. et al., "Mismatched single stranded antisense oligonucleotides can induce efficient dystrophin splice switching," BMC Medical Genetics, Vol. 12:141, 8 pages (2011) (Exhibit Number 2019 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004667

| | | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99**) | Application Number | 15705172 |
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | | |
|---|---|---|
| | 34 | FRALEY, Robert et al., "New generation of liposomes: the engineering of an efficient vehicle for intracellular delivery of nucleic acids," Trends Biochem., Vol. 6:77-80 (1981) | |
| | 35 | FRAZIER, Kendall S. et al., "Species-specific Inflammatory Responses as a Primary Component for the Development of Glomerular Lesions in Mice and Monkeys Following Chronic Administration of a Second-generation Antisense Oligonucleotide," Toxicologica Pathology, 13 pages (2013) | |
| | 36 | FRIEDMANN, Theodore, "Progress Toward Human Gene Therapy," Science, Vol. 244(4910):1275-1281 (1989) | |
| | 37 | GEBSKI, Bianca L. et al., "Morpholino antisense oligonucleotide induced dystrophin exon 23 skipping in mdx mouse muscle," Human Molecular Genetics, Vol. 12(15):1801-1811 (2003) | |
| | 38 | GenBank AF213437.1 Dated January 17, 2002 | |
| | 39 | Generic Method for Average Mass Determination Using LC-UV-MS in the Negative Mode, Pages 15,   Exhibit Number 1145 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | 40 | Generic UPLC Purity Method for Oligonucleotides (19- to 25-mers), Pages 18,   Exhibit Number 1156 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | 41 | GENNARO, Alfonso R., (ed.), Remington's Pharmaceutical Sciences, 18th Edition, Mack Publishing, Co., Easton PA, 2020 pages (1990) | |
| | 42 | GILES, Richard V. et al., "Antisense Morpholino Oligonucleotide Analog Induces Missplicing of C-myc mRNA," Antisense & Nucleic Acid Drug Development, Vol. 9:213-220 (1999) | |
| | 43 | GlaxoSmithKline Press Release, Issued in London, UK, dated June 27, 2013 (5 pages), Exhibit Number 1202 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | 44 | GlaxoSmithKline, "GSK and Prosensa announce start of Phase III study of investigational Duchenne Muscular Dystrophy medication," press release, 6 pages, dated January 19, 2011 (Exhibit Number 2060 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004668

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | 45 | GlaxoSmithKline, "Prosensa regains rights to drisapersen from GSK and retains rights to all other programmes for the treatment of Duchenne muscular dystrophy (DMD), press release, 4 pages, dated January 13, 2014 (Exhibit 2040 in Interferences 106007, 106008, and 106013 on November 18, 2014). | |
| | 46 | GOEMANS, Nathalie M. et al., "Systemic Administration of PRO051 in Duchenne's Muscular Dystrophy," The New England Journal of Medicine, Vol. 364:1513-1522 (2011) (Exhibit Number 2036 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | 47 | Gordon et al., "Kinetic Characterization of the Second Step of Group II Intron Splicing: Role of Metal Ions and the Cleavage Site 2´-OH in Catalysis," Biochemistry, Vol. 39, pp. 12939-12952 (2000), Exhibit Number 1188 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | 48 | GORDON, Peter M. et al., "Metal ion catalysis during the exon-ligation step of nuclear pre-mRNA splicing: Extending the parallels between the spliceosome and group II introns," RNA, Vol. 6:199-205 (2000) (Exhibit Number 1055 filed in Interferences 106008, 106007 on November 18, 2014) | |
| | 49 | GOYENVALLE, Aurelie et al., "Prevention of Dystrophic Pathology in Severely Affected Dystrophin/Utrophin-deficient Mice by Morpholino-oligomer-mediated Exon-skipping," Molecular Therapy, Vol. 18(1):198-205 (2010) | |
| | 50 | HAMMOND, Suzan M. et al., "Correlating In Vitro Splice Switching Activity With Systemic In Vivo Delivery Using Novel ZEN-modified Oligonucleotides," Molecular Therapy - Nucleic Acids, Vol. 3:1, 11 pages (2014) (Exhibit Number 2011 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |

If you wish to add additional non-patent literature document citation information please click the Add button | Add |

**EXAMINER SIGNATURE**

| Examiner Signature | /KIMBERLY   CHONG/ (10/01/2017) | Date Considered | 10/01/2017 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004669

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
|---|---|---|
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

See attached certification statement.

The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

A certification statement is not submitted herewith.

## SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Amy E. Mandragouras, Esq./ | Date (YYYY-MM-DD) | 2017-09-22 |
|---|---|---|---|
| Name/Print | Amy E. Mandragouras, Esq. | Registration Number | 36,207 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

**Privacy Act Statement**

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.     The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.     A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.     A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.     A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.     A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.     A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.     A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.     A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.     A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004671

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (03-15)
Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( Not for submission under 37 CFR 1.99)

| Application Number | 15705172 |
|---|---|
| Filing Date | 2017-09-14 |
| First Named Inventor | Stephen Donald WILTON |
| Art Unit | 1674 |
| Examiner Name | Not Yet Assigned |
| Attorney Docket Number | AVN-008CN41 |

## U.S. PATENTS                                                    Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
|  | 1 |  |  |  |  |  |

If you wish to add additional U.S. Patent citation information please click the Add button. **Add**

## U.S. PATENT APPLICATION PUBLICATIONS                            Remove

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
|  | 1 |  |  |  |  |  |

If you wish to add additional U.S. Published Application citation information please click the Add button. **Add**

## FOREIGN PATENT DOCUMENTS                                        Remove

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2]i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
|  | 1 |  |  |  |  |  |  |  |

If you wish to add additional Foreign Patent Document citation information please click the Add button **Add**

## NON-PATENT LITERATURE DOCUMENTS                                 Remove

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

| | | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | |
|---|---|
| 1 | MITRPANT, Chalermchai et al., "Rational Design of Antisense Oligomers to Induce Dystrophin Exon Skipping," Molecular Therapy, Vol. 17(8):1418-1426 (2009) |
| 2 | MONACO, Anthony P. et al., "An Explanation for the Phenotypic Differences between Patients Bearing Partial Deletions of the DMD Locus," Genomics, Vol. 2:90-95 (1988) |
| 3 | Morcos, Paul A., "Gene switching: analyzing a broad range of mutations using steric block antisense oligonucleotides," Methods in Enzymology, Vol. 313:174-189 (1999) |
| 4 | MOULTON, H.M., "Compound and Method for Treating Myotonic Dystrophy," U.S. Application No. 12/493,140, 82 pages, filed June 26, 2009 |
| 5 | MOULTON, Hong M. et al., "Morpholinos and their peptide conjugates: Therapeutic promise and challenge for Duchenne muscular dystrophy," Biochimica et Biophysica Acta, Vol. 1798:2296-2303 (2010) |
| 6 | Muntoni F, et al., "Dystrophin and mutations: one gene, several proteins, multiple phenotypes," Lancet Neurol. 2003;2:731-40. |
| 7 | MUNTONI, Francesco et al., "128th ENMC International Workshop on 'Preclinical optimization and Phase I/II Clinical Trials Using Antisense Oligonucleotides in Duchenne Muscular Dystrophy' 22-24 October 2004, Naarden, The Netherlands," Neuromuscular Disorders, Vol. 15:450-457 (2005) (Exhibit Number 2025 filed in interferences 106008, 106013, 106007 on November 18, 2014) |
| 8 | MUNTONI, Francesco et al., "149th ENMC International Workshop and 1st TREAT-NMD Workshop on: 'Planning Phase I/II Clinical trials using Systemically Delivered Antisense Oligonucleotides in Duchenne Muscular Dystrophy,'" Neuromuscular Disorders, Vol. 18:268-275 (2008) |
| 9 | Confirmatory Study of Eteplirsen in DMD Patients, An Open-Label, Multi-Center, 48-Week Study With a Concurrent Untreated Control Arm to Evaluate the Efficacy and Safety of Eteplirsen in Duchenne Muscular Dystrophy, Clinical Trials.gov, Clinical Trial Identifier NCT02255552, May 26, 2015, 3 pages. |
| 10 | NELSON, David L. et al., "Nucleotides and Nucleic Acids," Lehninger Principles of Biochemistry, 3rd Edition, Chapter 10, pages 325-328 and glossary page G-11, Worth Publishers, New York (2000) |
| 11 | Nguyen TM, et. Al., "Use of Epitope libraries to identify exon-specific monoclonal antibodies for characterization of altered dystrophins in muscular dystrophy," Am J Hum Genet 1993;52:1057-66. |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004673

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
| --- | --- | --- |
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | | |
| --- | --- | --- |
| | 12 | Oberbauer, "Renal uptake of an 18-mer phosphorothioate oligonucleotide," Kidney Int'l, Vol. 48, pp. 1226-1232 (1995), Exhibit Number 1191 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | 13 | Oligonucleotide Cleavage and Deprotection Laboratory Notebook Entry, Pages 1, Exhibit Number 1138 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | 14 | Oligonucleotide diagrams, 5 pages (Exhibit Number 1053 filed in interferences 106008, 106007 on November 18, 2014) | |
| | 15 | Partial European Search Report for Application No. 10004274.6, 6 pages, dated October 2, 2012 | |
| | 16 | Partial European Search Report for Application No. 12162995.0, 6 pages, dated October 2, 2012 | |
| | 17 | Patentee's Response to European Patent Application No. 05076770.6, dated July 28, 2006, 4 pages | |
| | 18 | Patrick O. Brown and Tidear D. Shalon v. Stephen P.A. Fodor, Dennis W. Solas and William J. Dower: Interference Merits Panel, Interference No. 104,358, 24 pages, dated August 9, 1999 (Exhibit Number 2113 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | 19 | PCT Application as-filed for application No. PCT/NL03/00214, 64 pages, dated September 21, 2005 (Exhibit Number 2042 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | 20 | PD-10 Desalting Columns, Pages 12, Exhibit Number 1141 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | 21 | Popplewell, et al., Design of Phosphorodiamidate Morpholino Oligomers (PMOs) For the Induction of Exon Skipping of the Human DMD Gene, DSGT Poster, 2008, 1 page. | |
| | 22 | POPPLEWELL, Linda et al., "Design of phosphorodiamidate morpholino oligmers (PMOs) for the induction of exon skipping of the human DMD gene," Human Gene Therapy 19(10): ESGCT 2008 Poster Presentations, Page 1174, Poster No. P203 | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
| --- | --- | --- |
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | | |
| --- | --- | --- |
| 23 | POPPLEWELL, Linda J. et al., "Comparative analysis of antisense oligonucleotide sequences targeting exon 53 of the human DMD gene: Implications for future clinical trials," Neuromuscular Disorders, Vol. 20(2):102-110 (2010) 9 pages (Exhibit Number 2031 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| 24 | POPPLEWELL, Linda J. et al., "Design of Antisense Oligonucleotides for Exon Skipping of the Human Dystrophin Gene," Human Gene Therapy 19(4): BSGT 2008 Poster Presentation, Page 407, Poster No. P-35 | |
| 25 | POPPLEWELL, Linda J. et al., "Design of Phosphorodiamidate Morpholino Oligomers (PMOs) for the Induction of Exon Skipping of the Human DMD Gene," Molecular Therapy, Vol. 17(3):554-561 (2009) | |
| 26 | POPPLEWELL, Linda J. et al., "Targeted Skipping of Exon 53 of the Human DMD Gene Recommendation of the Highly Efficient Antisense Oligonucleotide for Clinical Trial," Human Gene Therapy 20(4): BSGT 2009 Poster Presentations, Page 399, Poster No. P10 | |
| 27 | Poster Abstract Listing for The Tenth Annual Meeting of the RNA Society, held at the Banff Centre for Conferences, in Banff, Alberta, Canada, from May 24-29, 2005, (University of Western Australia Exhibit 2137, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-11). | |
| 28 | Pramono, "Induction of Exon Skipping of the Dystrophin Transcript in Lymphoblastoid Cells by Transfecting an Antisense Oligodeoxynucleotide Complementary to an Exon Recognition Sequence," Biochem. and Biophy. Res. Comm., Vol. 226, pp. 445-449 (1996), Exhibit Number 1192 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| 29 | Preliminary Amendment for Application No. 12/976,381, 4 pages, dated December 22, 2010 (Exhibit Number 2066 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| 30 | Preliminary Amendment for Application No. 12/198,007, 3 pages, dated November 7, 2008 (Exhibit Number 2067 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| 31 | Prescribing Information for EXONDYS 51 (eteplirsen) Injection, dated 09/2016, 10 pages | |
| 32 | Program Schedule for The Tenth Annual Meeting of the RNA Society, held at the Banff Centre for Conferences, in Banff, Alberta, Canada, from May 24-29, 2005, (University of Western Australia Exhibit 2136, filed April 3, 2015 in interferences 106007, 106008, and 106013, pages 1-4). | |
| 33 | Proliferation and Differentiation of Myoblast Cultures, Pages 2, Exhibit Number 1169 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004675

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
|---|---|---|
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | | |
|---|---|---|
| | 34 | Prosensa Press Release, dated October 10, 2014 (2 pages), Exhibit Number 1203 filed in Interferences 106,007 and 106,008 on February 17, 2015. |
| | 35 | Prosensa, "GSK and Prosensa Announce Primary Endpoint Not Met in Phase III Study of Drisapersen in Patients With Duchenne Muscular Dystrophy," press release, 4 pages, dated September 20, 2013 (Exhibit Number 2039 filed in Interferences 106008, 106013, 106007 on November 18, 2014) |
| | 36 | Raz et al. v. Davis et al., Board of Patent Appeals and Inteferences, Patent and Trademark Office, Int. No. 105,712, Tech. Ctr. 1600, September 29, 2011 (24 pages) (2011 WL 4568986 (Bd.Pat.App. & Interf.), Exhibit Number 1209 filed in Interferences 106,007 and 106,008 on February 17, 2015. |
| | 37 | REESE, Colin B. et al., "Reaction Between 1-Arenesulphonyl-3-Nitro-1,2,4-Triazoles and Nucleoside Base Residues. Elucidation of the Nature of Side-Reactions During Oligonucleotide Synthesis," Tetrahedron Letters, Vol. 21:2265-2268 (1980) |
| | 38 | REESE, Colin B. et al., "The Protection of Thymine and Guanine Residues in Oligodeoxyribonucleotide Synthesis," J. Chem. Soc. Perkin Trans. 1, pages 1263-1271 (1984) |
| | 39 | Reexamination Certificate - Application No. 90/011,320, issued March 27, 2012 (Exhibit Number 1072 filed in Interferences 106008, 106007 on December 23, 2014) |
| | 40 | Reply to EPO Communication dated June 26, 2014 in European Application Serial No. 13160338, (University of Western Australia Exhibit 2145, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-4). |
| | 41 | Reply to EPO Communication dated October 21, 2014 in European Application Serial No. 12198517, (University of Western Australia Exhibit 2148, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-7). |
| | 42 | Reply to EPO Communication dated October 23, 2014 in European Application Serial No. 12198485, (University of Western Australia Exhibit 2147, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-8). |
| | 43 | Response to Office Action and Amendments to the Claims for Application No. 13/550,210, 10 pages, dated May 12, 2014 (Exhibit Number 2064 filed in interferences 106008, 106013, 106007 on November 18, 2014) |
| | 44 | Rhodes et al., "BioMarin Bulks Up," BioCentury, pp. 6-8 (December, 2014), Exhibit Number 1193 filed in Interferences 106,007 and 106,008 on February 17, 2015. |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004676

<table>
<tr><td rowspan="6">**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**<br>( Not for submission under 37 CFR 1.99)</td><td>Application Number</td><td>15705172</td></tr>
<tr><td>Filing Date</td><td>2017-09-14</td></tr>
<tr><td>First Named Inventor</td><td>Stephen Donald WILTON</td></tr>
<tr><td>Art Unit</td><td>1674</td></tr>
<tr><td>Examiner Name</td><td>Not Yet Assigned</td></tr>
<tr><td>Attorney Docket Number</td><td>AVN-008CN41</td></tr>
</table>

| | | |
|---|---|---|
| | 45 | RNA Isolation Using RNA-BEE, Pages 1,  Exhibit Number 1175 filed in Interferences 106,007 and 106,008 on February 16, 2015. |
| | 46 | ROBERTS, Roland G. et al., "Exon Structure of the Human Dystrophin Gene," Genomics, Vol. 16:536-538 (1993) |
| | 47 | Roest et al., "Application of In Vitro Myo-Differentiation of Non-Muscle Cells to Enhance Gene Expression and Facilitate Analysis of Muscle Proteins," Neuromuscul. Disord., Vol. 6, No. 3, pp. 195-202 (May, 1996), Exhibit Number 1124 filed in interferences 106,007 and 106,008 on February 17, 2015. |
| | 48 | ROSSO, Mario G. et al., "An Arabidopsis thaliana T-DNA mutagenized population (GABI-Kat) for flanking sequence tag-based reverse genetics," Plant Molecular Biology, Vol. 53:247-259 (2003) |
| | 49 | Saito, T. et al., "First-in-Human Study of NS-065/NCNP-01; the Morpholino Based Antisense Oligonucleotide for Exon 53 Skipping in Duchenne Muscular Dystrophy," ASGCT meeting , May 13, 2015, Abstract [136] 1 page. |
| | 50 | Saito, T. et al., "First-in-Human Study of NS-065/NCNP-01; the Morpholino Based Antisense Oligonucleotide for Exon 53 Skipping in Duchenne Muscular Dystrophy," ASGCT meeting , May 13, 2015, pages 1-11. |

| If you wish to add additional non-patent literature document citation information please click the Add button | Add |
|---|---|

**EXAMINER SIGNATURE**

| Examiner Signature | /KIMBERLY  CHONG/ (10/01/2017) | Date Considered | 10/01/2017 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through a citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [5] Applicant is to place a check mark here if English language translation is attached.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004677

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | 15705172 |
| Filing Date | 2017-09-14 |
| First Named Inventor | Stephen Donald WILTON |
| Art Unit | 1674 |
| Examiner Name | Not Yet Assigned |
| Attorney Docket Number | AVN-008CN41 |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

See attached certification statement.

The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

A certification statement is not submitted herewith.

## SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Amy E. Mandragouras, Esq./ | Date (YYYY-MM-DD) | 2017-09-22 |
|---|---|---|---|
| Name/Print | Amy E. Mandragouras, Esq. | Registration Number | 36,207 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004678

## Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.  The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.  A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.  A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.  A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.  A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.  A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.  A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.  A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.  A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004679

Doc code: IDS

Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (03-15)
Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | 15705172 |
| Filing Date | 2017-09-14 |
| First Named Inventor | Stephen Donald WILTON |
| Art Unit | 1674 |
| Examiner Name | Not Yet Assigned |
| Attorney Docket  Number | AVN-008CN41 |

## U.S.PATENTS   [Remove]

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button.   [Add]

## U.S.PATENT APPLICATION PUBLICATIONS   [Remove]

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button.   [Add]

## FOREIGN PATENT DOCUMENTS   [Remove]

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | 2011/045747 | WO | A1 | 2011-04-21 | Universita Delgi Studi Di Ferrara | | |
| | 2 | 2011/057350 | WO | A1 | 2011-05-19 | The University of Western Australia | | |
| | 3 | 2011/143008 | WO | A1 | 2011-11-17 | The Charlotte-Mecklenburg Hospital Authority D/B/A | | |

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 4 | 2012/001941 | WO | A1 | 2012-01-05 | Hagiwara, Masatoshi et al. | ✕ |
| | 5 | 2012/029986 | WO | A1 | 2012-03-08 | Nippon Shinyaku Co., Ltd. et al. | ☐ |
| | 6 | 2012/043730 | WO | A1 | 2012-04-05 | Nippon Shinyaku Co., Ltd | ☒ |
| | 7 | 2012/109296 | WO | A1 | 2012-08-16 | The Charlotte-Mecklenburg Hospital Authority D/B/A | ☐ |
| | 8 | 2012/150960 | WO | A1 | 2012-11-08 | Avi Biopharma, Inc | ☐ |
| | 9 | 2013/033407 | WO | A2 | 2013-03-07 | The Regents of the University of California | ☐ |
| | 10 | 2013/053928 | WO | A1 | 2013-04-18 | Association Institut De Myologie et al. | ☐ |
| | 11 | 2013/100190 | WO | A1 | 2013-07-04 | Nippon Shinyaku Co., Ltd. et al. | ☒ |
| | 12 | 2013/112053 | WO | A1 | 2013-08-01 | Prosensa Technologies B.V. | ☐ |
| | 13 | 2013/142087 | WO | A1 | 2013-09-26 | Sarepta Therapeutics, Inc | ☐ |
| | 14 | 2014/007620 | WO | A2 | 2014-01-09 | Prosensa Technologies B.V. | ☐ |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004681

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
| --- | --- | --- |
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | 15 | 2014/100714 | WO | A1 | 2014-06-26 | Sarepta Therapeutics, Inc | ☐ |
| | 16 | 2014/144978 | WO | A2 | 2014-09-18 | Sarepta Therapeutics, Inc | ☐ |
| | 17 | 2014/153220 | WO | A2 | 2014-09-25 | Sarepta Therapeutics, Inc | ☐ |
| | 18 | 2014/153240 | WO | A2 | 2014-09-25 | Sarepta Therapeutics, Inc | ☐ |
| | 19 | 2014/172669 | WO | A1 | 2014-10-23 | Res Inst At Nationwide Children S Hospital | ☐ |
| | 20 | 2017/059131 | WO | A1 | 2017-04-06 | Sarepta Therapeutics, Inc | ☐ |
| | 21 | 93/20227 | WO | A1 | 1993-10-14 | Abbott Laboratories | ☐ |
| | 22 | 94/02595 | WO | A1 | 1994-02-03 | Ribozyme Pharmaceuticals, Inc. | ☐ |
| | 23 | 94/26887 | WO | A1 | 1994-11-24 | The University of North Carolina at Chapel Hill | ☐ |
| | 24 | 96/10391 | WO | A1 | 1996-04-11 | The University of British Columbia | ☐ |
| | 25 | 96/10392 | WO | A1 | 1996-04-11 | The University of British Columbia | ☐ |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004682

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
|---|---|---|
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | 26 | 97/30067 | WO | A1 | 1997-08-21 | Isis Pharmaceuticals, Inc. | | ☐ |
|---|---|---|---|---|---|---|---|---|
| | 27 | 97/34638 | WO | A1 | 1997-09-25 | The Regents of the University of California | | ☐ |

If you wish to add additional Foreign Patent Document citation information please click the Add button **Add**

**NON-PATENT LITERATURE DOCUMENTS** **Remove**

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T5 |
|---|---|---|---|
| | 1 | Classification Excerpts from USPC System, 21 pages, (Academisch Ziekenhuis Leiden Exhibit 1234, filed May 5, 2015 in Interference 106007 and 106008). | |
| | 2 | COLLINS, C.A. et al., "Duchenne's muscular dystrophy: animal models used to investigate pathogenesis and develop therapeutic strategies," Int. J. Exp. Pathol., Vol. 84(4):165-172 (2003) | |
| | 3 | Confirmation of Dystrophin Exon 48 to 50 Deletion in Cell Line 8036 Laboratory Notebook Entry, Pages 3, Exhibit Number 1167 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | 4 | Confirmation of Dystrophin Exon 52 Deletion in Cell Line R1809 Laboratory; Notebook Entry, Pages 3, Exhibit Number 1168 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | 5 | Confirmatory Study of Eteplirsen in DMD Patients, An Open-Label, Multi-Center, 48-Week Study With a Concurrent Untreated Control Arm to Evaluate the Efficacy and Safety of Eteplirsen in Duchenne Muscular Dystrophy ,Clinical Trials.gov, Clinical Trial Identifier NCT02255552, October 1, 2014, 3 pages | |
| | 6 | Coolidge v. Efendic, 2008 WL 2080735, Int. No. 105,457 (BPAI May 16, 2008), 42 pages, (Academisch Ziekenhuis Leiden Exhibit 1235, filed May 5, 2015 in Interference 106007 and 106008). | |
| | 7 | COREY, David R. et al., "Morpholino antisense oligonucleotides: tools for investigating vertebrate development," Genome Biology, Vol. 2(5):1015.1 - 1015.3 (2001) (Exhibit Number 1026 filed in interferences 106008, 106007 on November 18, 2014) | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004683

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | 15705172 |
| Filing Date | 2017-09-14 |
| First Named Inventor | Stephen Donald WILTON |
| Art Unit | 1674 |
| Examiner Name | Not Yet Assigned |
| Attorney Docket Number | AVN-008CN41 |

| | | |
|---|---|---|
| | 8 | Corrected Priority Statement filed by UWA in Int. No. 106,008 (as PN 219),Pages 5, Exhibit Number 1002 filed in Interference 106,013 on February 17, 2015. | |
| | 9 | Cortes et al., "Mutations in the conserved loop of human U5 snRNA generate use of novel cryptic 5´ splice sites in vivo," EMBO J., Vol. 12, No. 13, pp. 5181-5189 (1993), Exhibit Number 1187 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | 10 | CROOKE, Stanley T., Antisense Drug Technology, Principles, Strategies, and Applications, Marcel Dekker, Inc., New York, Chapters 15 and 16, pages 375-389, 391-469 (2001) (Exhibit Number 2075 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | 11 | Curriculum Vitae of Judith van Deutekom, Pages 6, Exhibit Number 1126 filed in interferences 106,007 and 106,008 on February 17, 2015. | |
| | 12 | Curriculum Vitae, Erik Joseph Sontheimer, 18 pages, dated September 29, 2014 (Exhibit Number 1013 filed in interferences 106008, 106007 on November 18, 2014) | |
| | 13 | CV, Professor Matthew J.A. Wood, 3 pages (Exhibit Number 2003 filed in interferences 106008, 106007 on November 18, 2014) | |
| | 14 | DAVIS, Richard J. et al., "Fusion of PAX7 to FKHR by the Variant t(1;13)(p36;q14) Translocation in Alveolar Rhabdomyosarcoma," Cancer Research, Vol. 54:2869-2872 (1994) (Exhibit Number 1027 filed in interferences 106008, 106007 on November 18, 2014) | |
| | 15 | DE ANGELIS, Fernanda Gabriella et al., "Chimeric snRNA molecules carrying antisense sequences against the splice junctions of exon 51 of the dystrophic pre-mRNA induce exon skipping and restoration of a dystrophin synthesis in 48-50 DMD cells," PNAS, Vol. 99(14):9456-9461 (2002) | |
| | 16 | Decision on Appeal, Ex Parte Martin Gleave and Hideaki Miyake, Appeal No. 2005-2447, Appl. No. 09/619,908 (January 31, 2006) (2009 WL 6927761 (Bd.Pat.App.& Interf.), Pages 12, Exhibit Number 1207 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | 17 | Decision on Request for ReHearing, Ex Parte Roderick John Scott, Appeal No. 2008-004077, Appl. No. 10/058,825 (January 6, 2010) (2010 WL 191079 (Bd.Pat.App. & Interf.),Pages 21,  Exhibit Number 1208 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | 18 | Declaration of Judith C.T. van Deutekom Under 37 C.F.R. §1.132, filed on January 27, 2012, in U.S. Patent Reexamination Control No 90/011,320, regarding U.S. Patent No. 7,534,879, (University of Western Australia Exhibit 2133, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-10). | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004684

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
|---|---|---|
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | | |
|---|---|---|
| | 19 | Declaration of Judith van Deutekom, Pages 45, Exhibit Number 1125 filed in interferences 106,007 and 106,008 on February 17, 2015. | |
| | 20 | DELLORUSSO, Christiana et al., "Functional correction of adult mdx mouse muscle using gutted adenoviral vectors expressing full-length dystrophin," PNAS, Vol. 99(20):12979-12984 (2002) | |
| | 21 | Deposition Transcript of Erik J. Sontheimer, Ph.D. of January 21, 2015 (99 pages), Exhibit Number 1215 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | 22 | Deposition Transcript of Matthew J. A. Wood, M.D. , D. Phil., January 22, 2015, including Errata Sheet, Pages 198, Exhibit Number 1007 filed in Interference 106,013 on February 17, 2015. | |
| | 23 | Deposition Transcript of Matthew J. A. Wood, M.D., D. Phil., Pages 196, Exhibit Number 1122 filed in interferences 106,007 and 106,008 on February 17, 2015. | |
| | 24 | Desalting of Oligonucleotides, Pages 2, Exhibit Number 1132 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | 25 | DIRKSEN, Wessel P. et al., "Mapping the SF2/ASF Binding Sites in the Bovine Growth Hormone Exonic Splicing Enhancer," The Journal of Biological Chemistry, Vol. 275(37):29170-29177 (2000) | |
| | 26 | DOMINSKI, Zbigniew et al., "Identification and Characterization by Antisense Oligonucleotides of Exon and Intron Sequences Required for Splicing," Molecular and Cellular Biology, Vol. 14(11):7445-7454 (1994) | |
| | 27 | DOMINSKI, Zbigniew et al., "Restoration of correct splicing in thalassemic pre-mRNA by antisense oligonucleotides," Proc. Natl. Acad. Sci. USA, Vol. 90:8673-8677 (1993) | |
| | 28 | DORAN, Philip et al., "Proteomic profiling of antisense-induced exon skipping reveals reversal of pathobiochemical abnormalities in dystrophic mdx diaphragm," Proteomics, Vol. 9:671-685, DOI 10.1002/pmic.200800441 (2009) | |
| | 29 | DOUGLAS, Andrew G.L. et al., "Splicing therapy for neuromuscular disease," Molecular and Cellular Neuroscience, Vol. 56:169-185 (2013) (Exhibit Number 2005 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004685

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
| --- | --- | --- |
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | | | |
| --- | --- | --- | --- |
| | 30 | Doyle, Donald F., et al. (2001) "Inhibition of Gene Expression Inside Cells by PeptideNucleic Acids: Effect of mRNA Target Sequence, Mismatched Bases, and PNA Length," Biochemistry 40:53-64, (Exhibit Number 2123 filed in interferences 106,007 and 106,008 on February 17, 2015. | |
| | 31 | Dr. Wood Errata Sheet - 22 Jan 2015, Pages 2, Exhibit Number 1227 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | 32 | DUNCKLEY, Matthew G. et al., "Modification of splicing in the dystrophin gene in cultured Mdx muscle cells by antisense oligoribonucleotides," Human Molecular Genetics, Vol. 5(1):1083-1090 (1995) | |
| | 33 | DUNCKLEY, Matthew G. et al., "Modulation of Splicing in the DMD Gene by Antisense Oligoribonucleotides," Nucleosides & Nucleotides, Vol. 16(7-9):1665-1668 (1997) | |
| | 34 | ECKSTEIN, F., "Nucleoside Phosphorothioates," Ann. Rev. Biochem., Vol. 54:367-402 (1985) (Exhibit Number 1028 filed in interferences 106008, 106007 on November 18, 2014) | |
| | 35 | ELAYADI, Anissa N. et al., "Application of PNA and LNA oligomers to chemotherapy," Current Opinion in Investigational Drugs, Vol. 2(4):558-561 (2001) | |
| | 36 | Email from Danny Huntington to Interference Trial Section, dated September 21, 2014, Pages 2, Exhibit Number 3001 filed in Interference 106,007, 106,008, and 106,013 on September 26, 2014. | |
| | 37 | Email From Sharon Crane to Interference Trial Section, dated November 13, 2014, Pages 2, Exhibit Number 3002 filed in Interference 106,007, 106,008, and 106,013 on dated November 14, 2014. | |
| | 38 | Emery, A.E. H., "Population frequencies of inherited neuromuscular diseases - a world survey," Neuromuscul Disord 1991;1:19-29. | |
| | 39 | Errata sheet for the January 22, 2015 deposition of Matthew J. A. Wood, M.D., D. PHIL., 2 pages, (Exhibit Number 2128 filed in interferences 106,007 and 106,008 on February 17, 2015. | |
| | 40 | Errata sheet for the March 12, 2015 deposition of Erik J. Sontheimer, Ph.D., (University of Western Australia Exhibit 2149, filed April 3, 2015 in Interferences 106007, 106008, and 106013, page 1). | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004686

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
|---|---|---|
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | 41 | Errata to the Sarepta Briefing Information for the April 25, 2016 Meeting of the Peripheral and Central Nervous System Drugs Advisory Committee, Eteplirsen Errata Document, NDA 206488, 5 pages. | |
|---|---|---|---|
| | 42 | ERRINGTON, Stephen J. et al., "Target selection for antisense oligonucleotide induced exon skipping in the dystrophin gene," The Journal of Gene Medicine, Vol. 5:518-527 (2003) | |
| | 43 | European Office Action for Application No. 09752572.9, 5 pages, dated February 29, 2012 | |
| | 44 | European Response, Application No. 10004274.6, 7 pages, dated November 5, 2013 (Exhibit Number 1060 filed in interferences 106008, 106007 on November 18, 2014) | |
| | 45 | European Response, Application No. 12198517.0, 7 pages, dated October 21, 2014 (Exhibit Number 2084 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | 46 | European Search Report for Application No. 10004274.6, 12 pages, dated January 2, 2013 | |
| | 47 | European Search Report, EP15168694.6, dated July 23, 2015, pages 1-8. | |
| | 48 | Excerpts from Prosecution History of Application No. 13/741,150: Notice of Allowance dated March 16, 2015; List of References cited by Applicant and Considered by Examiner; Notice of Allowance and Fees due dated September 18, 2014; Amendment in Response to Non-Final Office Action dated July 11, 2014, (Academisch Ziekenhuis Leiden Exhibit 1229, filed April 3, 2015 in Interference 106007 and 106008, pages 1-133) | |
| | 49 | Excerpts from Prosecution History of Application No. 13/826,880: Notice of Allowance dated January 26, 2015 and Amendment in Response to Non-Final Office Action dates October 15, 2014, (Academisch Ziekenhuis Leiden Exhibit 1228, filed April 3, 2015 in Interference 106007 and 106008, pages 1-16). | |
| | 50 | Excerpts from Yeo (Ed.), "Systems Biology of RNA Binding Proteins," Adv. Exp. Med. Biol., Chapter 9, 56 pages (2014), (Academisch Ziekenhuis Leiden Exhibit 1232, filed April 3, 2015 in Interference 106007 and 106008, pages 1-56). | |

If you wish to add additional non-patent literature document citation information please click the Add button    Add

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004687

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
|---|---|---|
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| **EXAMINER SIGNATURE** | | | |
|---|---|---|---|
| Examiner Signature | /KIMBERLY   CHONG/ (10/01/2017) | Date Considered | 10/01/2017 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through a citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document.  [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [5] Applicant is to place a check mark here if English language translation is attached.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004688

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
|---|---|---|
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

See attached certification statement.

The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

A certification statement is not submitted herewith.

## SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Amy E. Mandragouras, Esq./ | Date (YYYY-MM-DD) | 2017-09-22 |
|---|---|---|---|
| Name/Print | Amy E. Mandragouras, Esq. | Registration Number | 36,207 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004689

**Privacy Act Statement**

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.    The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.    A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.    A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.    A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.    A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.    A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.    A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.    A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.    A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004690

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (03-15)
Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | 15705172 |
| Filing Date | 2017-09-14 |
| First Named Inventor | Stephen Donald WILTON |
| Art Unit | 1674 |
| Examiner Name | Not Yet Assigned |
| Attorney Docket Number | AVN-008CN41 |

## U.S.PATENTS                                                            Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button. **Add**

## U.S.PATENT APPLICATION PUBLICATIONS                                    Remove

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button. **Add**

## FOREIGN PATENT DOCUMENTS                                              Remove

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2]i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | |

If you wish to add additional Foreign Patent Document citation information please click the Add button **Add**

## NON-PATENT LITERATURE DOCUMENTS                                       Remove

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

| | | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | | |
|---|---|---|
| | 1 | Laboratory Notebook Entry (Exon 51 Experiments): RT-PCR Analysis of 8036 Cells, Pages 2, Exhibit Number 1179 filed in Interferences 106,007 and 106,008 on February 16, 2015. |
| | 2 | Laboratory Notebook Entry (Exon 51 Experiments): RT-PCR Analysis of KM155.C25 Cells, Pages 2, Exhibit Number 1178 filed in Interferences 106,007 and 106,008 on February 16, 2015. |
| | 3 | Laboratory Notebook Entry (Exon 51 Experiments): Transfection of 8036 Cells, Pages 1, Exhibit Number 1172 filed in Interferences 106,007 and 106,008 on February 16, 2015. |
| | 4 | Laboratory Notebook Entry (Exon 51 Experiments): Transfection of KM155.C25 Cells, Pages 1, Exhibit Number 1171 filed in Interferences 106,007 and 106,008 on February 16, 2015. |
| | 5 | Laboratory Notebook Entry (Exon 53 Experiments): RT-PCR Analysis of KM155.C25 Cells, Pages 2, Exhibit Number 1180 filed in Interferences 106,007 and 106,008 on February 16, 2015. |
| | 6 | Laboratory Notebook Entry (Exon 53 Experiments): RT-PCR Analysis of R1809 Cells, Pages 2, Exhibit Number 1181 filed in Interferences 106,007 and 106,008 on February 16, 2015. |
| | 7 | Laboratory Notebook Entry (Exon 53 Experiments): Transfection of KM155.C25 Cells, Pages 1, Exhibit Number 1173 filed in Interferences 106,007 and 106,008 on February 16, 2015. |
| | 8 | Laboratory Notebook Entry (Exon 53 Experiments): Transfection of R1809 Cells, Pages 1, Exhibit Number 1174 filed in Interferences 106,007 and 106,008 on February 16, 2015. |
| | 9 | Claims from US Application No. 11/233,495, 6 pages, dated September 21, 2005 (Exhibit Number 2068 filed in Interferences 106008, 106013, 106007 on November 18, 2014) |
| | 10 | Laboratory Notebook Entry: General RNA recovery, Pages 2, Exhibit Number 1176 filed in Interferences 106,007 and 106,008 on February 16, 2015. |
| | 11 | Laboratory Notebook Entry: Lab-on-a-Chip Analysis, Pages 3, Exhibit Number 1184 filed in Interferences 106,007 and 106,008 on February 16, 2015. |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004692

| | | | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | | 15705172 |
| | Filing Date | | 2017-09-14 |
| | First Named Inventor | | Stephen Donald WILTON |
| | Art Unit | | 1674 |
| | Examiner Name | | Not Yet Assigned |
| | Attorney Docket Number | | AVN-008CN41 |

| | | |
|---|---|---|
| | 12 | Larsen et al., "Antisense properties of peptide nucleic acid," Biochim. Et Biophys. Acta, Vol. 1489, pp. 159-166 (1999), Exhibit Number 1190 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | 13 | Letter from the FDA to Sarepta Therapeutics, Inc., Re: ACCELERATED APPROVAL for the use of Exondys 51 (eteplirsen), FDA Reference ID: 3987286, dated September 19, 2016, 11 pages. | |
| | 14 | Letter to the U.S. Food and Drug Administration, (Dr. Billy Dunn, M.D. Director Division of Neurology Products, Office of Drug Evaluation 1, Center for Drug Evaluation and Research), for The Peripheral and Central Nervous System Advisory Committee Meeting (AdComm) supporting approval of eteplirsen, dated February 24, 2016, 4 pages. | |
| | 15 | Letter to the U.S. Food and Drug Administration, (Dr. Janet Woodcock, M.D. Director, CDER), from The Congress of The United States regarding Duchenne muscular dystrophy, dated February 17, 2016, 7 pages. | |
| | 16 | List of Publications for Matthew J. A. Wood, M.D., D. PHIL., 11 pages, (Exhibit Number 2124 filed in interferences 106,007 and 106,008 on February 17, 2015. | |
| | 17 | LIU, Hong-Xiang et al., "Identification of functional exonic splicing enhancer motifs recognized by individual SR proteins," Genes & Development, Vol. 12:1998-2012 (1998) | |
| | 18 | Lu et al, "Massive Idiosyncratic Exon Skipping Corrects the Nonsense Mutation in Dystrophic Mouse Muscle and Produces Functional Revertant Fibers by Clonal Expansion," THE JOURNAL OF CELL BIOLOGY, Vol. 148(5): 985-995, March 6, 2000 ("Lu et al.") (Exhibit Number 1082 filed in interferences 106008, 106007 on December 23, 2014) | |
| | 19 | LU, Qi Long et al., "Functional amounts of dystrophin produced by skipping the mutated exon in the mdx dystrophic mouse," Nature Medicine, Vol. 9(8):1009-1014 (2003) | |
| | 20 | LU, Qi-long et al., "What Can We Learn From Clinical Trials of Exon Skipping for DMD?" Molecular Therapy - Nucleic Acids, Vol. 3:e152, doi:10.1038/mtna.2014.6, 4 pages (2014) | |
| | 21 | Lyophilisation of Oligonucleotides, Pages 2, Exhibit Number 1133 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | 22 | MANN, Christopher J. et al., "Antisense-induced exon skipping and synthesis of dystrophin in the mdx mouse," PNAS, Vol. 98(1):42-47 (2001) | |

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
| --- | --- | --- |
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | | |
| --- | --- | --- |
| | 23 | MANN, Christopher J. et al., "Improved antisense oligonucleotide induced exon skipping in the mdx mouse model of muscular dystrophy," The Journal of Gene Medicine, Vol. 4:644-654 (2002) | |
| | 24 | MANNINO, Raphael J. et al., "Liposome Mediated Gene Transfer," BioTechniques, Vol. 6(7):682-690 (1988) | |
| | 25 | Manual of Patent Examining Procedure 2308.02 (6th ed., rev. 3, July 1997), (University of Western Australia Exhibit 2143, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-2). | |
| | 26 | Manzur A, et al.,. "Glucocorticoid corticosteroids for Duchenne muscular dystrophy," Cochrane Database Syst Rev. 2004;(2):CD003725. | |
| | 27 | MARSHALL, N.B. et al., "Arginine-rich cell-penetrating peptides facilitate delivery of antisense oligomers into murine leukocytes and alter pre-mRNA splicing," Journal of Immunological Methods, Vol. 325:114-126 (2007) | |
| | 28 | Mathews et al., "Expanded Sequence Dependence of Thermodynamic Parameters Improves Prediction of RNA Secondary Structure," J. Mol. Biol. 288:911-940 (1999), (University of Western Australia Exhibit 2131, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-31). | |
| | 29 | Mathews et al., "Expanded Sequence Dependence of Thermodynamic Parameters Improves Prediction of RNA Secondary Structure," J. Mol. Biol., Vol. 288, pp. 911-940 (1999), Exhibit Number 1212 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | 30 | MATSUO, Masafumi et al., "Exon Skipping during Splicing of Dystrophin mRNA Precursor due to an Intraexon Deletion in the Dystrophin Gene of Duchenne Muscular Dystrophy Kobe," J. Clin. Invest., Vol. 87:2127-2131 (1991) | |
| | 31 | MATSUO, Masafumi et al., "Treatment of Duchenne Muscular Dystrophy with Oligonucleotides against an Exonic Splicing Enhancer Sequence," Basic Appl. Myol., Vol. 13(6):281-285 (2003) | |
| | 32 | MATSUO, Masafumi, "Duchenne and Becker Muscular Dystrophy: From Gene Diagnosis to Molecular Therapy," IUBMB Life, Vol. 53:147-152 (2002) | |
| | 33 | MATSUO, Masafumi, "Duchenne/Becker muscular dystrophy: from molecular diagnosis to gene therapy," Brain & Development, Vol. 18:167-172 (1996) | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004694

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
|---|---|---|
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

|  | 34 | MATTEUCCI, Mark, "Structural modifications toward improved antisense oligonucleotides," Perspectives in Drug Discovery and Design, Vol. 4:1-16 (1996) |  |
|---|---|---|---|
|  | 35 | Mazzone E, et al. "Functional changes in Duchenne muscular dystrophy: a 12-month longitudinal cohort study," Neurology 2011;77(3):250-6. |  |
|  | 36 | MCCARVILLE, M. Beth et al., "Rhabdomyosarcoma in Pediatric Patients: The Good, the Bad, and the Unusual," AJR, Vol. 176:1563-1569 (2001) (Exhibit Number 1034 filed in interferences 106008, 106007 on November 18, 2014) |  |
|  | 37 | MCCLOREY, G. et al., "Antisense oligonucleotide-induced exon skipping restores dystrophin expression in vitro in a canine model of DMD," Gene Therapy, Vol. 13:1373-1381 (2006) |  |
|  | 38 | MCCLOREY, G. et al., "Induced dystrophin exon skipping in human muscle explants," Neuromuscular Disorders, Vol. 16:583-590 (2006) |  |
|  | 39 | MCCLOREY, Graham et al., "Splicing intervention for Duchenne muscular dystrophy," Current Opinion in Pharmacology, Vol. 5:529-534 (2005) |  |
|  | 40 | McDonald CM, et al., "Profiles of Neuromuscular Diseases, Duchenne muscular dystrophy," Am J Phys Med Rehabil 1995;74:S70-S92 |  |
|  | 41 | McDonald CM, et al., "The 6-minute walk test as a new outcome measure in Duchenne muscular dystrophy," Muscle Nerve 2010;41:500-10. |  |
|  | 42 | McDonald CM, et al., "The 6-minute walk test in Duchenne/Becker muscular dystrophy: longitudinal observations," Muscle Nerve 2010;42: 966-74. |  |
|  | 43 | Mendell JR et al., "Evidence-based path to newborn screening for Duchenne muscular Dystrophy," Ann Neurol 2012;71:304-13. |  |
|  | 44 | Mendell JR, et al., "Dystrophin immunity revealed by gene therapy in Duchenne muscular dystrophy," N Engl J Med 2010;363:1429-37. |  |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004695

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
| --- | --- | --- |
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | 45 | Mendell JR, et al., "Randomized, double-blind six-month trial of prednisone in Duchenne's muscular dystrophy," N Engl J Med 1989;320:1592-97. |
| --- | --- | --- |
| | 46 | MENDELL, Jerry R. et al., "Eteplirsen for the Treatment of Duchenne Muscular Dystrophy," Ann. Neurol., Vol. 74:637-647 (2013) (Exhibit Number 2058 filed in interferences 106008, 106013, 106007 on November 18, 2014) |
| | 47 | MENDELL, Jerry R. et al., "Eteplirsen in Duchenne Muscular Dystrophy (DMD): 144 Week Update on Six-Minute Walk Test (6MWT) and Safety," slideshow, presented at the 19th International Congress of the World Muscle Society, 17 pages (2014) (Exhibit Number 2059 filed in interferences 106008, 106013, 106007 on November 18, 2014) |
| | 48 | MENDELL, Jerry R. et al., "Gene therapy for muscular dystrophy: Lessons learned and path forward," Neuroscience Letters, Vol. 527:90-99 (2012) |
| | 49 | Merlini L, et al., "Early corticosteroid treatment in 4 Duchenne muscular dystrophy patients: 14-year follow-up," Muscle Nerve 2012;45:796-802. |
| | 50 | Mfold illustrations for Exon 51 and Exon 53 with varying amounts of intron sequence, (University of Western Australia Exhibit 2132, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-2). |

If you wish to add additional non-patent literature document citation information please click the Add button | Add |

**EXAMINER SIGNATURE**

| Examiner Signature | | Date Considered | |
| --- | --- | --- | --- |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004696

| | |
|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | |

| Application Number | 15705172 |
|---|---|
| Filing Date | 2017-09-14 |
| First Named Inventor | Stephen Donald WILTON |
| Art Unit | 1674 |
| Examiner Name | Not Yet Assigned |
| Attorney Docket Number | AVN-008CN41 |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

See attached certification statement.

The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

A certification statement is not submitted herewith.

## SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Amy E. Mandragouras, Esq./ | Date (YYYY-MM-DD) | 2017-09-22 |
|---|---|---|---|
| Name/Print | Amy E. Mandragouras, Esq. | Registration Number | 36,207 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

/KIMBERLY   CHONG/ (10/01/2017)

10/01/2017

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004697

## Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.  The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.  A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.  A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.  A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.  A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.  A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.  A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.  A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.  A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004698

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (03-15)
Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | 15705172 |
| Filing Date | 2017-09-14 |
| First Named Inventor | Stephen Donald WILTON |
| Art Unit | 1674 |
| Examiner Name | K. Chong |
| Attorney Docket Number | AVN-008CN41 |

## U.S.PATENTS    [Remove]

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button.    [Add]

## U.S.PATENT APPLICATION PUBLICATIONS    [Remove]

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 20170009234 | A1 | 2017-01-12 | WILTON et al. | |

If you wish to add additional U.S. Published Application citation information please click the Add button.    [Add]

## FOREIGN PATENT DOCUMENTS    [Remove]

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | |

If you wish to add additional Foreign Patent Document citation information please click the Add button    [Add]

## NON-PATENT LITERATURE DOCUMENTS    [Remove]

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
|---|---|---|
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | AVN-008CN41 |

| | 1 | |
|---|---|---|

If you wish to add additional non-patent literature document citation information please click the Add button | Add

**EXAMINER SIGNATURE**

| Examiner Signature | /KIMBERLY   CHONG/ (10/01/2017) | Date Considered | 10/01/2017 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004700

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
|---|---|---|
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | AVN-008CN41 |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

See attached certification statement.

The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒ A certification statement is not submitted herewith.

## SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Amy E. Mandragouras, Esq./ | Date (YYYY-MM-DD) | 2017-09-26 |
|---|---|---|---|
| Name/Print | Amy E. Mandragouras, Esq. | Registration Number | 36,207 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004701

## Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.    The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.    A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.    A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.    A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.    A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.    A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.    A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.    A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.    A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004702

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (03-15)
Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**
( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | 15705172 |
| Filing Date | 2017-09-14 |
| First Named Inventor | Stephen Donald WILTON |
| Art Unit | 1674 |
| Examiner Name | Not Yet Assigned |
| Attorney Docket Number | AVN-008CN41 |

**U.S.PATENTS** | Remove |

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button. | Add |

**U.S.PATENT APPLICATION PUBLICATIONS** | Remove |

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button. | Add |

**FOREIGN PATENT DOCUMENTS** | Remove |

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2]i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | |

If you wish to add additional Foreign Patent Document citation information please click the Add button | Add |

**NON-PATENT LITERATURE DOCUMENTS** | Remove |

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004703

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
|---|---|---|
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | | |
|---|---|---|
| 1 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Exhibit List as of November 18, 2014, 7 pages, Patent Interference No. 106,008, dated November 18, 2014 (Doc 216) | |
| 2 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Exhibit list, 7 pages, Patent Interference No. 106,007, dated November 18, 2014 (Doc 213) | |
| 3 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Exhibit list, 7 pages, Patent Interference No. 106,013, dated November 18, 2014 (Doc 134) | |
| 4 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Exhibit List, 7 pages, Patent Interference Nos. 106,008, dated December 12, 2014 (Doc 221) | |
| 5 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Exhibit List, 8 pages, Patent Interference No. 106,007, dated December 12, 2014 (Doc 217) | |
| 6 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA List of Proposed Motions, Patent Interference No. 106,007, 7 pages, dated September 10, 2014 (Doc 17) | |
| 7 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA List of Proposed Motions, Patent Interference No. 106,008, 6 pages, dated September 10, 2014 (Doc 16) | |
| 8 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Miscellaneous Motion 1 (for authorization to file terminal disclaimer), 5 pages, Patent Interference No. 106,008, dated October 17, 2014 (Doc 22) | |
| 9 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Motion 1 (For Judgment Under 35 U.S.C., section 112(a)), 40 pages, Patent Interference No. 106,007, dated November 18, 2014 (Doc 210) | |
| 10 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Motion 1 (For Judgment Under 35 § 112(a)) Patent Interference No. 106,008 (Doc 213), 38 Pages, on November 18, 2014 | |
| 11 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Motion 1 (To Maintain Interference between UWA US Patent No. 8,486,907 and AZL USSN 14/198,992), 45 pages, Patent Interference No. 106,013, dated November 18, 2014 (Doc 133) | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004704

| | | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99**) | Application Number | 15705172 |
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | | |
|---|---|---|
| | 12 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Motion 2 (For Judgment Under 35 U.S.C. section 112(b)), 32 pages, Patent Interference No. 106,008, dated November 18, 2014 (Doc 214) | |
| | 13 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Motion 2 (For Judgment Under 35 U.S.C. section 112(b)), 34 pages, Patent Interference No. 106,007, dated November 18, 2014 (Doc 211) | |
| | 14 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Motion 3 (For judgment that Claims 11-12, 14-15, and 17-29 of Application No. 13/550,210 are barred under 35 U.S.C. section 135(b)), 25 Pages, Patent Interference No. 106,008, dated November 18, 2014 (Doc 215) | |
| | 15 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Notice of Filing Priority Statement, 2 pages, Patent Interference No. 106,008, dated November 18, 2014 (Doc 218) | |
| | 16 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Notice of Recent Authority, filed in Patent Interference No. 106,007, July 2, 2015, pages 1-16 (Doc 469). | |
| | 17 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Notice of Recent Authority, filed in Patent Interference No. 106,007, September 2, 2015, pages 1-18 (Doc 470). | |
| | 18 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Notice of Recent Authority, filed in Patent Interference No. 106,008, July 2, 2015, pages 1-16 (Doc 477) | |
| | 19 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Notice of Recent Authority, filed in Patent Interference No. 106,008, September 2, 2015, pages 1-18 (Doc 478). | |
| | 20 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Notice of Related Proceedings, Patent Interference No. 106,007, 3 pages, dated August 1, 2014 (Doc 11) | |
| | 21 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Notice of Related Proceedings, Patent Interference No. 106,008, 5 pages, dated August 7, 2014 (Doc 11) | |
| | 22 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Notice of Related Proceedings, Patent Interference No. 106,013, 3 pages, dated October 14, 2014 (Doc 6) | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004705

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
| --- | --- | --- |
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | | |
| --- | --- | --- |
| | 23 | US 7,960,541 (Wilton et al.), Pages 84, Exhibit Number 1002 filed in interferences 106,007 and 106,008 on November 18, 2014. | |
| | 24 | US 8,450,474 (Wilton et al.), Pages 95, Exhibit Number 1087 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | 25 | US 8,455,634 (Wilton et al.) Pages 95, Exhibit Number 1088 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | 26 | US 8,455,635 (Wilton et al.), Pages 96, Exhibit Number 1089 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | 27 | US 8,455,636 (Wilton et al.), Pages 92, Exhibit Number 1003 filed in interferences 106,007 and 106,008 on November 18, 2014. | |
| | 28 | US 8,476,423 (Wilton et al.), Pages 95, Exhibit Number 1111 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | 29 | US 8,501,703 (Bennett et al.), Pages 16, Exhibit Number 1090 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | 30 | US 8,501,704 (Mourich et al.), Pages 39, Exhibit Number 1091 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | 31 | US 8,524,676 (Stein et al.), Pages 28, Exhibit Number 1092 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | 32 | US 8,524,880 (Wilton et al.), Pages 89, Exhibit Number 1093 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | 33 | US 8,536,147 (Weller et al.), Pages 95, Exhibit Number 1094 filed in interferences 106,007 and 106,008 on February 17, 2015, Doc 251. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004706

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
|---|---|---|
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | | |
|---|---|---|
| | 34 | US 8,592,386 (Mourich et al.), Pages 46, Exhibit Number 1095 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | 35 | US 8,618,270 (Iversen et al.), Pages 28, Exhibit Number 1096 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | 36 | US 8,637,483 (Wilton et al.), Pages 157, Exhibit Number 1097 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | 37 | US 8,697,858 (Iversen), Pages 95, Exhibit Number 1098 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | 38 | US 8,703,735 (Iversen et al.) Pages 73, Exhibit Number 1099 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | 39 | US 8,741,863 (Moulton et al.), Pages 68, Exhibit Number 1100 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | 40 | US 8,759,307 (Stein et al.), Pages 35, Exhibit Number 1101 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | 41 | US 8,779,128 (Hanson et al.), Pages 104, Exhibit Number 1102 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | 42 | US 8,785,407 (Stein et al.), Pages 35, Exhibit Number 1103 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | 43 | US 8,785,410 (Iversen et al.), Pages 20, Exhibit Number 1104 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | 44 | US 8,835,402 (Kole et al.), Pages 27, Exhibit Number 1105 filed in interferences 106,007 and 106,008 on February 13, 2015. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004707

| | | Application Number | 15705172 |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | Filing Date | 2017-09-14 |
| | | First Named Inventor | Stephen Donald WILTON |
| | | Art Unit | 1674 |
| | | Examiner Name | Not Yet Assigned |
| | | Attorney Docket Number | AVN-008CN41 |

| | 45 | US 8,865,883 (Sazani et al.), Pages 199, Exhibit Number 1106 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | 46 | US 8,871,918 (Sazani et al.), Pages 195, Exhibit Number 1107 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | 47 | US 8,877,725 (Iversen et al.), Pages 34, Exhibit Number 1108 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | 48 | US 8,895,722 (Iversen et al.), Pages 29, Exhibit Number 1109 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | 49 | US 8,906,872 (Iversen et al.), Pages 69, Exhibit Number 1110 filed in interferences 106,007 and 106,008 on February 13, 2015. | |
| | 50 | US Abandonment for Application No. 13/902,376, 1 page, dated June 12, 2014 (Exhibit Number 1047 filed in interferences 106008, 106007 on November 18, 2014) | |

| If you wish to add additional non-patent literature document citation information please click the Add button | Add |
|---|---|

| **EXAMINER SIGNATURE** | | | |
|---|---|---|---|
| Examiner Signature | /KIMBERLY CHONG/ (10/01/2017) | Date Considered | 10/01/2017 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through a citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [5] Applicant is to place a check mark here if English language translation is attached.

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004708

| | |
|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

See attached certification statement.

The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

A certification statement is not submitted herewith.

## SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Amy E. Mandragouras, Esq./ | Date (YYYY-MM-DD) | 2017-09-22 |
|---|---|---|---|
| Name/Print | Amy E. Mandragouras, Esq. | Registration Number | 36,207 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

## Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

I hereby certify that this paper (along with any paper referred to as being attached or
enclosed) is being transmitted via the Office electronic filing system in accordance with
37 CFR § 1.6(a)(4).

Dated: September 22, 2017
Electronic Signature of Amy E. Mandragouras, Esq.:  /Amy E. Mandragouras, Esq./

Docket No.: AVN-008CN41
(PATENT)

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of:
Stephen Donald Wilton *et al.*

Application No.: 15/705,172

Confirmation No.: 2879

Filed: September 14, 2017

Art Unit: 1674

For:  ANTISENSE OLIGONUCLEOTIDES FOR
      INDUCING EXON SKIPPING AND
      METHODS OF USE THEREOF

Examiner: Not Yet Assigned

## INFORMATION DISCLOSURE STATEMENT (IDS)

Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Dear Sir:

In compliance with 37 C.F.R. § 1.56, 1.97 and 1.98, the attention of the Patent and
Trademark Office is hereby directed to the documents listed on the attached PTO/SB/08.  It is
respectfully requested that the documents listed on the PTO/SB/08 be expressly considered by the
Examiner during the prosecution of this application, and that the documents be made of record
therein and appear among the "References Cited" on any patent to issue therefrom.

For the Examiner's convenience in reviewing this continuation application, Applicant
submits a consolidated PTO/SB/08, listing all references cited during the prosecution of the parent
applications.  The present application is a continuation of U.S. Application No. 15/274,772, filed
September 23, 2016 (Atty. Docket No. AVN-008CN37).   In accordance with 37 C.F.R. §1.98(d),
copies of the references previously cited by or submitted to the Office in the parent applications are
not enclosed, but will be provided upon request.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

Application No.: 15/705,172 (Information Disclosure Statement)        Docket No.: AVN-008CN41

Applicant calls to the attention of the Examiner the following Applications and Office Actions issued therein:

| Applications | | | | |
|---|---|---|---|---|
| Examiner's Initials | Serial No. | Filing Date | First Named Inventor | Docket No. |
| | 11/570,691 | January 15, 2008 | Stephen Donald Wilton | AVN-008 |
| | 12/837,356 | July 15, 2010 | Stephen Donald Wilton | AVN-008CN |
| | 12/837,359 | July 15, 2010 | Stephen Donald Wilton | AVN-008CN2 |
| | 12/860,078 | August 20, 2010 | Stephen Donald Wilton | AVN-008CN3 |
| | 13/168,857 | June 24, 2011 | Stephen Donald Wilton | AVN-008CN4 |
| | 13/168,863 | June 24, 2011 | Stephen Donald Wilton | AVN-008CN5 |
| | 13/270,500 | October 11, 2011 | Stephen Donald Wilton | AVN-008CN6 |
| | 13/270,531 | October 11, 2011 | Stephen Donald Wilton | AVN-008CN7 |
| | 13/270,744 | October 11, 2011 | Stephen Donald Wilton | AVN-008CN8 |
| | 13/270,937 | October 11, 2011 | Stephen Donald Wilton | AVN-008CN9 |
| | 13/270,992 | October 11, 2011 | Stephen Donald Wilton | AVN-008CN10 |
| | 13/271,080 | October 11, 2011 | Stephen Donald Wilton | AVN-008CN11 |
| | 13/727,415 | December 26, 2012 | Stephen Donald Wilton | AVN-008CN12 |
| | 13/741,150 | January 14, 2013 | Stephen Donald Wilton | AVN-008CN13 |
| | 13/826,613 | March 14, 2013 | Stephen Donald Wilton | AVN-008CN14 |
| | 13/826,880 | March 14, 2013 | Stephen Donald Wilton | AVN-008CN15 |
| | 13/902,376 | May 24, 2013 | Stephen Donald Wilton | AVN-008CN17 |
| | 13/963,578 | August 9, 2013 | Stephen Donald Wilton | AVN-008CN18 |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004712

Application No.: 15/705,172 (Information Disclosure Statement)     Docket No.: AVN-008CN41

| | 14/086,859 | November 21, 2013 | Stephen Donald Wilton | AVN-008CN19 |
|---|---|---|---|---|
| | 14/178,059 | February 11, 2014 | Stephen Donald Wilton | AVN-008CN20 |
| | 14/223,634 | March 24, 2014 | Stephen Donald Wilton | AVN-008CN22 |
| | 14/273,318 | May 8, 2014 | Stephen Donald Wilton | AVN-008CN23 |
| | 14/273,379 | May 8, 2014 | Stephen Donald Wilton | AVN-008CN24 |
| | 14/316,603 | June 26, 2014 | Stephen Donald Wilton | AVN-008CN25 |
| | 14/316,609 | June 26, 2014 | Stephen Donald Wilton | AVN-008CN26 |
| | 14/317,952 | June 27, 2014 | Stephen Donald Wilton | AVN-008CN27 |
| | 14/740,097 | June 15, 2015 | Stephen Donald Wilton | AVN-008CN28 |
| | 14/852,090 | September 11, 2015 | Stephen Donald Wilton | AVN-008CN29RCE |
| | 14/852,149 | September 11, 2015 | Stephen Donald Wilton | AVN-008CN30 |
| | 14/857,555 | September 17, 2015 | Stephen Donald Wilton | AVN-008CN31 |
| | 14/857,561 | September 17, 2015 | Stephen Donald Wilton | AVN-008CN32RCE |
| | 14/858,250 | September 18, 2015 | Stephen Donald Wilton | AVN-008CN33 |
| | 15/274,719 | September 23, 2016 | Stephen Donald Wilton | AVN-008CN36 |
| | 15/274,772 | September 23, 2016 | Stephen Donald Wilton | AVN-008CN37 |
| | 15/349,535 | 11-11-2016 | Stephen Donald Wilton | AVN-008RE |
| | 12/605,276 | October 23, 2009 | Peter SAZANI | AVN-009RCE |
| | 13/829,545 | March 14, 2013 | Peter SAZANI | AVN-009CN |
| | 13/830,253 | March 14, 2013 | Peter SAZANI | AVN-009CN2 |
| | 14/523,610 | October 24, 2014 | Peter SAZANI | AVN-009DV |
| | 14/852,257 | September 11, 2015 | Peter SAZANI | AVN-009DVCN1RCE |

3

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004713

Application No.: 15/705,172 (Information Disclosure Statement)        Docket No.: AVN-008CN41

| | 14/852,264 | September 11, 2015 | Peter SAZANI | AVN-009DVCN2 |
|---|---|---|---|---|
| | 14/857,569 | September 17, 2015 | Peter SAZANI | AVN-009DVCN3 |
| | 14/857,590 | September 17, 2015 | Peter SAZANI | AVN-009DVCN4 |
| | 14/858,416 | September 18, 2015 | Peter SAZANI | AVN-009DVCN5 |
| | 14/743,856 | June 18, 2015 | R.K. BESTWICK | AVN-10PCCN |
| | 14/213,629 | March 14, 2014 | E.M. KAYE | AVN-012ARCE |
| | 14/214,567 | March 14, 2014 | E.M. KAYE | AVN-012BRCE |
| | 14/213,607 | March 14, 2014 | R.K. BESTWICK | AVN-013A |
| | 14/214,480 | March 14, 2014 | R.K. BESTWICK | AVN-013BRCE |
| | 14/942,629 | November 16, 2015 | R.K. BESTWICK | AVN-013ACN |
| | 13/509,331 | July 9, 2012 | S.D. WILTON | AVN-015US |
| | 14/108,137 | December 16, 2013 | S.D. WILTON | AVN-015USCN |
| | 14/944,886 | November 18, 2015 | S.D. WILTON | AVN-015USCN2 |
| | 14/213,641 | March 14, 2014 | R.K. BESTWICK | AVN-017RCE |
| | 14/776,533 | September 14, 2015 | R.K. BESTWICK | AVN-017CPUS |

| Office Actions (copies enclosed) | | | |
|---|---|---|---|
| Examiner's Initials | Serial No. | Date Mailed from USPTO | Examiner |
| | 11/570,691 | August 16, 2010 | Kimberly Chong |
| | 11/570,691 | March 15, 2010 | Kimberly Chong |
| | 11/570,691 | May 26, 2009 | Kimberly Chong |
| | 12/837,356 | May 3, 2013 | Kimberly Chong |
| | 12/837,356 | April 3, 2013 | Kimberly Chong |
| | 12/837,356 | August 2, 2012 | Kimberly Chong |
| | 12/837,359 | March 12, 2012 | Kimberly Chong |
| | 12/837,359 | October 5, 2011 | Kimberly Chong |
| | 12/837,359 | March 30, 2011 | Kimberly Chong |
| | 12/837,359 | December 22, 2010 | Kimberly Chong |
| | 12/860,078 | February 14, 2011 | Kimberly Chong |
| | 13/168,857 | July 12, 2012 | Kimberly Chong |
| | 13/168,863 | March 8, 2013 | Kimberly Chong |
| | 13/168,863 | October 11, 2012 | Kimberly Chong |
| | 13/168,863 | August 8, 2012 | Kimberly Chong |

4

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

Application No.: 15/705,172 (Information Disclosure Statement)          Docket No.: AVN-008CN41

| | 13/270,500 | March 15, 2013 | Kimberly Chong |
|---|---|---|---|
| | 13/270,500 | July 30, 2012 | Kimberly Chong |
| | 13/270,500 | March 14, 2012 | Kimberly Chong |
| | 13/270,531 | June 28, 2012 | Kimberly Chong |
| | 13/270,531 | March 14, 2012 | Kimberly Chong |
| | 13/270,744 | April 3, 2013 | Kimberly Chong |
| | 13/270,744 | August 6, 2012 | Kimberly Chong |
| | 13/270,744 | March 14, 2012 | Kimberly Chong |
| | 13/270,937 | February 25, 2013 | Kimberly Chong |
| | 13/270,937 | June 14, 2012 | Kimberly Chong |
| | 13/270,937 | March 14, 2012 | Kimberly Chong |
| | 13/270,992 | April 4, 2013 | Kimberly Chong |
| | 13/270,992 | July 30, 2012 | Kimberly Chong |
| | 13/270,992 | March 16, 2012 | Kimberly Chong |
| | 13/271,080 | March 26, 2013 | Kimberly Chong |
| | 13/271,080 | July 30, 2012 | Kimberly Chong |
| | 13/271,080 | March 14, 2012 | Kimberly Chong |
| | 13/727,415 | February 6, 2013 | Kimberly Chong |
| | 13/741,150 | March 16, 2015 | Kimberly Chong |
| | 13/741,150 | September 18, 2014 | Kimberly Chong |
| | 13/741,150 | April 11, 2014 | Kimberly Chong |
| | 13/741,150 | September 24, 2013 | Kimberly Chong |
| | 13/826,613 | July 22, 2014 | Kimberly Chong |
| | 13/826,613 | January 7, 2014 | Kimberly Chong |
| | 13/826,613 | July 17, 2013 | Kimberly Chong |
| | 13/826,880 | June 22, 2015 | Kimberly Chong |
| | 13/826,880 | January 26, 2015 | Kimberly Chong |
| | 13/826,880 | April 15, 2014 | Kimberly Chong |
| | 13/826,880 | September 11, 2013 | Kimberly Chong |
| | 13/902,376 | June 5, 2014 | Kimberly Chong |
| | 13/902,376 | January 7, 2014 | Kimberly Chong |
| | 13/902,376 | July 18, 2013 | Kimberly Chong |
| | 13/963,578 | September 24, 2013 | Kimberly Chong |
| | 14/086,859 | June 30, 2014 | Kimberly Chong |
| | 14/086,859 | January 27, 2014 | Kimberly Chong |
| | 14/178,059 | March 31, 2014 | Kimberly Chong |
| | 14/223,634 | April 15, 2015 | Kimberly Chong |
| | 14/273,318 | October 20, 2014 | Kimberly Chong |
| | 14/273,318 | July 3, 2014 | Kimberly Chong |
| | 14/273,379 | July 7, 2014 | Kimberly Chong |
| | 14/316,603 | March 10, 2015 | Kimberly Chong |
| | 14/316,603 | September 26, 2014 | Kimberly Chong |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004715

Application No.: 15/705,172 (Information Disclosure Statement)          Docket No.: AVN-008CN41

| | 14/316,609 | March 16, 2015 | Kimberly Chong |
|---|---|---|---|
| | 14/316,609 | October 21, 2014 | Kimberly Chong |
| | 14/317,952 | March 18, 2015 | Kimberly Chong |
| | 14/317,952 | November 7, 2014 | Kimberly Chong |
| | 14/740,097 | November 14, 2016 | Kimberly Chong |
| | 14/740,097 | April 8, 2016 | Kimberly Chong |
| | 14/740,097 | November 6, 2015 | Kimberly Chong |
| | 14/852,090 | April 15, 2016 | Kimberly Chong |
| | 14/852,090 | January 6, 2016 | Kimberly Chong |
| | 14/852,090 | October 15, 2015 | Kimberly Chong |
| | 14/852,149 | November 24, 2015 | Kimberly Chong |
| | 14/857,555 | April 12, 2016 | Kimberly Chong |
| | 14/857,555 | November 6, 2015 | Kimberly Chong |
| | 14/857,561 | April 18, 2016 | Kimberly Chong |
| | 14/857,561 | March 15, 2016 | Kimberly Chong |
| | 14/857,561 | February 17, 2016 | Kimberly Chong |
| | 14/857,561 | January 8, 2016 | Kimberly Chong |
| | 14/857,561 | October 23, 2015 | Kimberly Chong |
| | 14/858,250 | November 6, 2015 | Kimberly Chong |
| | 12/605,276 | June 18, 2014 | J. McDonald |
| | 12/605,276 | October 18, 2013 | J. McDonald |
| | 12/605,276 | December 23, 2011 | J. McDonald |
| | 12/605,276 | August 24, 2011 | J. McDonald |
| | 12/605,276 | February 11, 2011 | J. McDonald |
| | 13/829,545 | June 6, 2014 | J. McDonald |
| | 13/830,253 | June 11, 2014 | J. McDonald |
| | 13/830,253 | November 26, 2013 | J. McDonald |
| | 14/523,610 | May 11, 2016 | J. McDonald |
| | 14/852,257 | October 27, 2015 | J. McDonald |
| | 14/852,257 | October 6, 2015 | J. McDonald |
| | 14/852,264 | April 21, 2016 | J. McDonald |
| | 14/852,264 | October 21, 2015 | J. McDonald |
| | 14/857,569 | May 6, 2016 | J. McDonald |
| | 14/857,569 | November 19, 2015 | J. McDonald |
| | 14/857,590 | May 16, 2016 | J. McDonald |
| | 14/857,590 | November 19, 2015 | J. McDonald |
| | 14/858,416 | May 4, 2016 | J. McDonald |
| | 14/858,416 | October 27, 2015 | J. McDonald |
| | 14/214,567 | July 7, 2016 | E. Poliakova-Georgan |
| | 14/214,567 | December 3, 2015 | E. Poliakova-Georgan |
| | 14/214,567 | June 24, 2015 | E. Poliakova-Georgan |
| | 14/213,607 | September 15, 2015 | D.H. Shin |

6

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004716

Application No.: 15/705,172 (Information Disclosure Statement)         Docket No.: AVN-008CN41

| | 14/213,607 | April 1, 2015 | D.H. Shin |
|---|---|---|---|
| | 14/213,607 | September 18, 2014 | D.H. Shin |
| | 14/214,480 | August 2, 2016 | D.H. Shin |
| | 14/214,480 | October 19, 2015 | D.H. Shin |
| | 14/214,480 | April 17, 2015 | D.H. Shin |
| | 14/214,480 | September 19, 2014 | D.H. Shin |
| | 14/942,629 | August 16, 2016 | D.H. Shin |
| | 13/509,331 | September 16, 2013 | T.A. Vivlemore |
| | 13/509,331 | January 28, 2013 | T.A. Vivlemore |
| | 14/108,137 | April 29, 2015 | T.A. Vivlemore |
| | 14/108,137 | October 9, 2015 | T.A. Vivlemore |
| | 14/108,137 | October 3, 2014 | T.A. Vivlemore |
| | 14/944,886 | April 27, 2017 | T.A. Vivlemore |
| | 14/944,886 | September 30, 2016 | T.A. Vivlemore |
| | 14/213,641 | August 1, 2016 | D.H. Shin |
| | 14/213,641 | October 16, 2015 | D.H. Shin |
| | 14/213,641 | March 31, 2015 | D.H. Shin |
| | 14/213,641 | September 18, 2014 | D.H. Shin |
| | 14/213,629 | May 23, 2016 | E. Poliakova-Georgan |
| | 14/213,629 | August 21, 2015 | E. Poliakova-Georgan |
| | 14/213,629 | December 29, 2014 | E. Poliakova-Georgan |
| | 14/743,856 | August 1, 2016 | A. Hudson Bowman |
| | 14/776,533 | February 28, 2017 | D. Shin |
| | 14/776,533 | August 3, 2016 | D. Shin |
| | 15/274,719 | December 16, 2016 | K. Chong |
| | 15/274,772 | December 30, 2016 | K. Chong |
| | 15/274,772 | September 18, 2017 | K. Chong |

The Examiner is requested to review the file histories of these applications, including cited references, Office Actions, Responses, etc., and is asked to contact Applicant's Attorney if the Examiner would like the Applicant to supply copies of any or all of the information included in any of these applications. For any of these applications, if Applicant's Attorney is not contacted by the Examiner with such a request, then it will be concluded that the Examiner has reviewed or will review the file content of these applications.

Applicant respectfully requests that the Examiner initial the blank columns next to the cited Applications and Office Actions, to indicate that the information has been considered by the Examiner. Alternatively, Applicant requests that the Examiner insert the phrase, "All references

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004717

Application No.: 15/705,172 (Information Disclosure Statement)        Docket No.: AVN-008CN41

considered except where lined through," on each page of the Information Disclosure Statement, along with the Examiner's initials.

The filing of this Information Disclosure Statement is not to be interpreted as a representation that the cited documents are material, that an exhaustive search has been conducted, or that no other relevant information exists. Nor shall the citation of any documents herein be construed *per se* as a representation that such document is prior art. Moreover, Applicant understands the Examiner will make an independent evaluation of the cited documents.

This Information Disclosure Statement is filed within three months of the U.S. filing date (37 C.F.R. § 1.97(b)(1)). Applicant believes no fee is due with this statement.

Dated: September 22, 2017                    Respectfully submitted,

Electronic signature: /Amy E. Mandragouras, Esq./
Amy E. Mandragouras, Esq.
Registration No.: 36,207
NELSON MULLINS RILEY & SCARBOROUGH LLP
One Post Office Square
/KIMBERLY    CHONG/  (10/01/2017)Boston, Massachusetts  02109-2127
      10/01/2017                    (617) 217-4626
                                    (617) 217-4699 (Fax)
                                    Attorney/Agent For Applicant

8

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004718

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (03-15)
Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | 15705172 |
| Filing Date | 2017-09-14 |
| First Named Inventor | Stephen Donald WILTON |
| Art Unit | 1674 |
| Examiner Name | Not Yet Assigned |
| Attorney Docket Number | AVN-008CN41 |

## U.S.PATENTS · Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button. · Add

## U.S.PATENT APPLICATION PUBLICATIONS · Remove

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button. · Add

## FOREIGN PATENT DOCUMENTS · Remove

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | |

If you wish to add additional Foreign Patent Document citation information please click the Add button · Add

## NON-PATENT LITERATURE DOCUMENTS · Remove

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004719

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
| --- | --- | --- |
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | | |
| --- | --- | --- |
| 1 | University of Western Australia v. Academisch Ziekenhuis Leiden, Miscellaneous Order under 37 CFR 41.104(a), 4 pages, Patent Interference Nos. 106,007 and 106,008, dated December 15, 2014 | |
| 2 | University of Western Australia v. Academisch Ziekenhuis Leiden, Order - Authorizing Motions, Patent Interference No. 106,007, 3 pages, dated September 26, 2014 (Doc 20) | |
| 3 | University of Western Australia v. Academisch Ziekenhuis Leiden, Order - Authorizing Motions, Patent Interference No. 106,007, 6 pages, dated September 23, 2014 (Doc 19) | |
| 4 | University of Western Australia v. Academisch Ziekenhuis Leiden, Order - Authorizing Motions, Patent Interference No. 106,008, 6 pages, dated September 23, 2014 (Doc 18) | |
| 5 | University of Western Australia v. Academisch Ziekenhuis Leiden, Order - Miscelaneous, 2 pages, Patent Interference Nos. 106,007, 106,008, 106,013, dated November 14, 2014 | |
| 6 | University of Western Australia v. Academisch Ziekenhuis Leiden, Order to Show Cause- 37 CFR§ 41.104(a), filed in Patent Interference No. 106,013, June 22, 2015, pages 1-3 (Doc 193). | |
| 7 | University of Western Australia v. Academisch Ziekenhuis Leiden, Redeclaration, Patent Interference No. 106,008, 2 pages, dated September 23, 2014 (Doc 19) | |
| 8 | University of Western Australia v. Academisch Ziekenhuis Leiden, Second Declaration of Matthew J. A. Wood, M.D., D. PHIL., Patent Interference Nos. 106,007 and 106,008, 78 pages, dated February 17, 2015 (Exhibit Number 2116 filed in interferences 106,007 and 106,008,on February 17, 2015. | |
| 9 | University of Western Australia v. Academisch Ziekenhuis Leiden, Statement Concerning Initial Settlement Discussions, 3 pages, Patent Interference No. 106,013, (Doc 136), dated December 30, 2014. | |
| 10 | University of Western Australia v. Academisch Ziekenhuis Leiden, Statement Concerning Settlement Discussions, 3 pages, Patent Interference No. 106,007, (Doc 242), dated December 30, 2014. | |
| 11 | University of Western Australia v. Academisch Ziekenhuis Leiden, Statement Concerning Settlement Discussions, 3 pages, Patent Interference No. 106,008, (Doc 246), dated December 30, 2014. | |

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

| | | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | | | |
|---|---|---|---|
| | 12 | University of Western Australia v. Academisch Ziekenhuis Leiden, Statement Concerning Subsequent Settlement Discussions, filed in Patent Interference No. 106,013, August 24, 2015, pages 1-3 (Doc 195). | |
| | 13 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Austalia Response to Order to Show Cause, filed in Patent Interference No. 106,013, July 20, 2015, pages 1-28 (Doc 194). | |
| | 14 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Exhibit List as of April 10, 2015, filed in Patent Interference No. 106,007, April 10, 2015, pages 1-10 (Doc 456). | |
| | 15 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Exhibit List as of April 10, 2015, filed in Patent Interference No. 106,008, April 10, 2015, pages 1-10 (Doc 464). | |
| | 16 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Exhibit List as of April 3, 2015, filed in Interference 106007, April 3, 2015, pages 1-10 (Doc 431). | |
| | 17 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Exhibit List as of April 3, 2015, filed in Interference 106008, April 3, 2015, pages 1-10 (Doc 439). | |
| | 18 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Exhibit List as of April 3, 2015, filed in Interference 106013, April 3, 2015, pages 1-10 (Doc 153). | |
| | 19 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Exhibit List As of October 29, 2015, filed in Patent Interference No. 106,013, October 29, 2015, pages 1-10 (Doc 199). | |
| | 20 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Miscellaneous Motion 4 (to exclude evidence), filed in Patent Interference No. 106,007, April 10, 2015, pages 1-21 (Doc 455). | |
| | 21 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Miscellaneous Motion 4 (to exclude evidence), filed in Patent Interference No. 106,008, April 10, 2015, pages 1-21 (Doc 463). | |
| | 22 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Opposition 1 (Regarding Patentability Under 35 U.S.C. § 102/103), 38 pages, Patent Interference No. 106,007, (Doc 393), dated February 17, 2015 | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

| | INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15/705172 |
| --- | --- | --- | --- |
| | | Filing Date | 2017-09-14 |
| | | First Named Inventor | Stephen Donald WILTON |
| | | Art Unit | 1674 |
| | | Examiner Name | Not Yet Assigned |
| | | Attorney Docket Number | AVN-008CN41 |

| | | | |
| --- | --- | --- | --- |
| | 23 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Opposition 1 (Regarding Patentability Under 35 U.S.C. § 102/103), 39 pages, Patent Interference No. 106,008, (Doc 402), dated February 17, 2015 | |
| | 24 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Opposition 2 (To Retain UWA's Benefit of AU 2004903474), 31 pages, Patent Interference No. 106,008, (Doc 403), dated February 17, 2015 | |
| | 25 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Opposition 2 (To Retain UWA's Benefit of AU 2004903474), 37 pages, Patent Interference No. 106,007, (Doc 394), dated February 17, 2015 | |
| | 26 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Opposition 3 (Regarding Patentability Under 35 U.S.C. § 101), 22 pages, Patent Interference No. 106,007, (Doc 395), dated February 17, 2015 | |
| | 27 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Opposition 3 (Regarding Patentability Under 35 U.S.C. § 101), 22 pages, Patent Interference No. 106,008, (Doc 404), dated February 17, 2015 | |
| | 28 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Opposition 4 (To deny entry of AZL's Proposed New Claims 104 and 105), 36 pages, Patent Interference No. 106,007, (Doc 397), dated February 17, 2015 | |
| | 29 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Opposition 4 (To deny entry of AZL's Proposed New Claims 30 and 31), 36 pages, Patent Interference No. 106,008, (Doc 405), dated February 17, 2015 | |
| | 30 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Reply 1 (to AZL Opposition 1), filed April 3, 2015 in Interference 106007, pages 1-28 (Doc 428). | |
| | 31 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Reply 1 (to AZL Opposition 1), filed April 3, 2015 in Interference 106008, pages 1-28, (Doc 436). | |
| | 32 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Reply 1 (to Maintain the Interference) filed April 3, 2015 in Interference 106013, pages 1-17 (Doc 152). | |
| | 33 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Reply 2 (to AZL Opposition 2) filed April 3, 2015 in Interference 106007, pages 1-22 (Doc 429) | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004722

| | | Application Number | 15/705172 |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | Filing Date | 2017-09-14 |
| | | First Named Inventor | Stephen Donald WILTON |
| | | Art Unit | 1674 |
| | | Examiner Name | Not Yet Assigned |
| | | Attorney Docket Number | AVN-008CN41 |

| | | |
|---|---|---|
| | 34 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Reply 2 (to AZL Opposition 2) filed April 3, 2015 in Interference 106008, pages 1-22 (Doc 437). | |
| | 35 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Reply 3 (for Judgment under 35 U.S.C. §135(b)) filed April 3, 2015 in Interference 106008, pages 1-19 (Doc 438). | |
| | 36 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Reply 3 (to Institute an Interference) filed April 3, 2015 in Interference 106007, pages 1-17 (Doc 430). | |
| | 37 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Reply 4 (To Exclude Evidence), filed in Patent Interference No. 106,007, May 12, 2015, pages 1-13 (Doc 467). | |
| | 38 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Reply 4 (To Exclude Evidence), filed in Patent Interference No. 106,008, May 12, 2015, pages 1-13 (Doc 475). | |
| | 39 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Request for Oral Argument, filed in Patent Interference No. 106,007, April 10, 2015, pages 1-4 (Doc 457). | |
| | 40 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Request for Oral Argument, filed in Patent Interference No. 106,008, April 10, 2015, pages 1-4 (Doc 465). | |
| | 41 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Request for Oral Argument, filed in Patent Interference No. 106,013, April 10, 2015, pages 1-3 (Doc 190). | |
| | 42 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Request for Rehearing, filed in Patent Interference No. 106,013, October 29, 2015, pages 1-20 (Doc 198). | |
| | 43 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Revised Designation of Lead and Backup Counsel, 4 pages, Patent Interference No. 106,007, (Doc 415), dated March 10, 2015. | |
| | 44 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Revised Designation of Lead and Backup Counsel, 4 pages, Patent Interference No. 106,013, (Doc 150 ), dated March 10, 2015. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004723

| | | Application Number | 15/705172 |
|---|---|---|---|
| | | Filing Date | 2017-09-14 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | First Named Inventor | Stephen Donald WILTON |
| | | Art Unit | 1674 |
| | | Examiner Name | Not Yet Assigned |
| | | Attorney Docket Number | AVN-008CN41 |

| | 45 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia Revised Designation of Lead and Backup Counsel, 5 pages, Patent Interference No. 106,008, (Doc 423 ), dated March 10, 2015. |
|---|---|---|
| | 46 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia, Exhibit List as of February 17, 2015, 8 pages, Patent Interference No. 106,007, (Doc No. 398) dated February 17, 2015. |
| | 47 | University of Western Australia v. Academisch Ziekenhuis Leiden, University of Western Australia, Exhibit List as of February 17, 2015, 8 pages, Patent Interference No. 106,008, (Doc No. 406) dated February 17, 2015. |
| | 48 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Clean Copy of Involved Claims and Sequence, Patent Interference No. 106,007, 8 pages, dated August 1, 2014 (Doc 12) |
| | 49 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Clean Copy of Involved Claims and Sequence, Patent Interference No. 106,013, 7 pages, dated October 14, 2014 (Doc 7) |
| | 50 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Clean Copy of Involved Claims and Sequences, Patent Interference No. 106,008, 8 pages, dated August 7, 2014 (Doc 12) |

If you wish to add additional non-patent literature document citation information please click the Add button  **Add**

**EXAMINER SIGNATURE**

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through a citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document.  [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [5] Applicant is to place a check mark here if English language translation is attached.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004724

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | 15/705172 |
| Filing Date | 2017-09-14 |
| First Named Inventor | Stephen Donald WILTON |
| Art Unit | 1674 |
| Examiner Name | Not Yet Assigned |
| Attorney Docket Number | AVN-008CN41 |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

See attached certification statement.

The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

A certification statement is not submitted herewith.

## SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Amy E. Mandragouras, Esq./ | Date (YYYY-MM-DD) | 2017-09-22 |
|---|---|---|---|
| Name/Print | Amy E. Mandragouras, Esq. | Registration Number | 36,207 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

/KIMBERLY    CHONG/ (10/01/2017)

10/01/2017

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

## Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004726

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (03-15)
Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

**INFORMATION DISCLOSURE
STATEMENT BY APPLICANT**
( Not for submission under 37 CFR 1.99)

| Application Number | 15705172 |
|---|---|
| Filing Date | 2017-09-14 |
| First Named Inventor | Stephen Donald WILTON |
| Art Unit | 1674 |
| Examiner Name | Not Yet Assigned |
| Attorney Docket Number | AVN-008CN41 |

| | | U.S.PATENTS | | | | Remove | |
|---|---|---|---|---|---|---|---|
| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | |
| | 1 | | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button.   Add

| | | U.S.PATENT APPLICATION PUBLICATIONS | | | | Remove | |
|---|---|---|---|---|---|---|---|
| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | |
| | 1 | | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button.   Add

| | | FOREIGN PATENT DOCUMENTS | | | | | Remove |
|---|---|---|---|---|---|---|---|
| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2]i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
| | 1 | 2000-325085 | JP | A | 2000-11-28 | MATSUO MASAFUMI, ET AL. | | |
| | 2 | 2002-010790 | JP | A | 2002-01-15 | Matsuo Masafumi | | ✕ |
| | 3 | 2002-325582 | JP | A | 2002-11-12 | MATSUO, MASAFUMI, ET AL. | | ☐ |

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
|---|---|---|
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4 | 2002-340857 | JP | A | 2002-11-27 | Matsushita Electric Ind Co Ltd | | ☒ |
| 5 | 2002-529499 | JP | A | 2002-09-10 | Eli Lilly and Company | | ☒ |
| 6 | 2004-509622 | JP | A | 2004-04-02 | Academisch Ziekenhuis Leiden | | ☒ |
| 7 | 2010-268815 | JP | A | 2010-12-02 | MATSUO MASAFUMI | | ☐ |
| 8 | 2011-101655 | JP | A | 2011-05-26 | Academisch Ziekenhuis Leiden | | ☒ |
| 9 | 2011-200235 | JP | A | 2011-10-13 | Academisch Ziekenhuis Leiden | | ☒ |
| 10 | 2014-054250 | JP | A | 2014-03-27 | Nippon Shinyaku Co Ltd, | | ☒ |
| 11 | 2014-111638 | JP | A | 2014-06-19 | Academisch, Ziekenhuis Leiden et al. | | ☒ |
| 12 | 2014-138589 | JP | A | 2014-07-31 | Academisch, Ziekenhuis Leiden | | ☒ |
| 13 | 4777777 | JP | B2 | 2011-09-21 | Kobe University | | ☒ |
| 14 | 4846965 | JP | B2 | 2011-12-28 | ACADEMISCH ZIEKENHUIS LEIDEN | | ☐ |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004728

| | INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) |
|---|---|

| Application Number | 15705172 |
|---|---|
| Filing Date | 2017-09-14 |
| First Named Inventor | Stephen Donald WILTON |
| Art Unit | 1674 |
| Examiner Name | Not Yet Assigned |
| Attorney Docket Number | AVN-008CN41 |

| 15 | 5138722 | JP | B2 | 2013-02-06 | Matsuo Masafumi, | | ☒ |
|---|---|---|---|---|---|---|---|
| 16 | 5378423 | JP | B2 | 2013-12-25 | ACADEMISCH ZIEKENHUIS LEIDEN | | ☐ |
| 17 | 00/15780 | WO | A1 | 2000-03-23 | University College London | | ☐ |
| 18 | 00/44897 | WO | A1 | 2000-08-03 | AVI Biopharma, Inc. | | ☐ |
| 19 | 00/78341 | WO | A1 | 2000-12-28 | Murdoch Childrens Research Institute | | ☐ |
| 20 | 01/49775 | WO | A2 | 2001-07-12 | AVI Biopharma, Inc. | | ☐ |
| 21 | 01/72765 | WO | A1 | 2001-10-04 | ISIS Pharmaceuticals, Inc. | | ☐ |
| 22 | 01/83503 | WO | A2 | 2001-11-08 | Hybridon, Inc | | ☐ |
| 23 | 01/83740 | WO | A2 | 2001-11-08 | AVI Biopharma, Inc. | | ☐ |
| 24 | 02/018656 | WO | A2 | 2002-03-07 | AVI Biopharma, Inc. | | ☐ |
| 25 | 02/24906 | WO | A1 | 2002-03-28 | Academisch Ziekenhuis Leiden | | ☐ |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004729

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
|---|---|---|
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 26 | 02/29406 | WO | A1 | 2002-04-11 | Murto, James | | ☐ |
| 27 | 03/053341 | WO | A2 | 2003-07-03 | Isis Pharmaceuticals, Inc. | | ☐ |
| 28 | 04/048570 | WO | A1 | 2004-06-10 | Kobe University | | ☒ |
| 29 | 04/083432 | WO | A1 | 2004-09-30 | Academisch Ziekenhuis Leiden | | ☐ |
| 30 | 04/083446 | WO | A2 | 2004-09-30 | Academisch Ziekenhuis Leiden | | ☐ |
| 31 | 2005/115479 | WO | A2 | 2005-12-08 | Avi Biopharma, Inc | | ☐ |
| 32 | 2006/000057 | WO | A1 | 2006-01-05 | University of Western Australia | | ☐ |
| 33 | 2006/021724 | WO | A2 | 2006-03-02 | Genethon et al. | | ☒ |
| 34 | 2006/112705 | WO | A2 | 2006-10-26 | Academisch Ziekenhuis Leiden | | ☐ |
| 35 | 2007/058894 | WO | A2 | 2007-05-24 | The University of North Carolina at Chapel Hill et | | ☐ |
| 36 | 2007/133812 | WO | A2 | 2007-11-22 | Philadelphia Health & Education Corporation, D/B/A | | ☐ |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004730

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | | 15705172 | | | | |
| | | Filing Date | | 2017-09-14 | | | | |
| | | First Named Inventor | | Stephen Donald WILTON | | | | |
| | | Art Unit | | 1674 | | | | |
| | | Examiner Name | | Not Yet Assigned | | | | |
| | | Attorney Docket Number | | AVN-008CN41 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 37 | 2007/135105 | WO | A1 | 2007-11-29 | Academisch Ziekenhuis Leiden | ☐ |
| 38 | 2008/036127 | WO | A2 | 2008-03-27 | Avi Biopharma, Inc. | ☐ |
| 39 | 2009/054725 | WO | A2 | 2009-04-30 | Academisch Ziekenhuis Leiden et al. | ☐ |
| 40 | 2009/101399 | WO | A1 | 2009-08-20 | Isis Innovation Limited | ☐ |
| 41 | 2009/139630 | WO | A2 | 2009-11-19 | Prosensa Technologies B.V. et al. | ☐ |
| 42 | 2010/048586 | WO | A1 | 2010-04-29 | AVI Biopharma, Inc. | ☐ |
| 43 | 2010/050801 | WO | A1 | 2010-05-06 | Prosensa Technologies B.V. et al. | ☐ |
| 44 | 2010/050802 | WO | A2 | 2010-05-06 | Academisch Ziekenhuis Leiden et al. | ☐ |
| 45 | 2010/115993 | WO | A1 | 2010-10-14 | Association Institut de Myologie et al. | ☐ |
| 46 | 2010/123369 | WO | A1 | 2010-10-28 | Prosensa Technologies B.V. | ☐ |
| 47 | 2010/136415 | WO | A1 | 2010-12-02 | Universita Degli Studi di Roma "La Sapienza" | ☐ |

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|

| Application Number | 15/705172 |
|---|---|
| Filing Date | 2017-09-14 |
| First Named Inventor | Stephen Donald WILTON |
| Art Unit | 1674 |
| Examiner Name | Not Yet Assigned |
| Attorney Docket Number | AVN-008CN41 |

| | 48 | 2010/136417 | WO | A1 | 2010-12-02 | Universita Degli Studi di Roma "La Sapienza" | ☐ |
|---|---|---|---|---|---|---|---|
| | 49 | 2010/150231 | WO | A1 | 2010-12-29 | Universita Degli Studi di Ferrara | ☐ |
| | 50 | 2011/024077 | WO | A2 | 2011-03-03 | Inserm (Institut National de la Sante et de la Rec | ☐ |

If you wish to add additional Foreign Patent Document citation information please click the Add button  **Add**

**NON-PATENT LITERATURE DOCUMENTS**  **Remove**

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|
| | 1 | AON PS1966 Mass Spectrometry Data, Pages 8,  Exhibit Number 1154 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | 2 | AON PS1966 UPLC Data, Pages 2,  Exhibit Number 1165 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | 3 | AON PS1967 Mass Spectrometry Data, Pages 7,  Exhibit Number 1155 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | 4 | AON PS1967 UPLC Data, Pages 2,  Exhibit Number 1166 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | 5 | AON PS229 (h53AON1) HPLC Chromatograph  Pages 2, Exhibit Number 1140 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | 6 | AON PS229 (h53AON1) HPLC Method Report,  Pages 3, Exhibit Number 1139 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004732

| | |
|---|---|
| Application Number | 15/705172 |
| Filing Date | 2017-09-14 |
| First Named Inventor | Stephen Donald WILTON |
| Art Unit | 1674 |
| Examiner Name | Not Yet Assigned |
| Attorney Docket Number | AVN-008CN41 |

**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**
( Not for submission under 37 CFR 1.99)

| | | | |
|---|---|---|---|
| | 7 | AON PS229 (h53AON1) Mass Spectrometry Data, Pages 3,  Exhibit Number 1142 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | 8 | AON PS229 (h53AON1) Synthesis Laboratory Notebook Entry, Pages  1, Exhibit Number 1137 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | 9 | AON PS229L (h53AON229L) Certificate of Analysis, Pages 1, Exhibit Number 1129 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | 10 | AON PS43 (h51AON1) Certificate of Analysis, Pages 1, Exhibit Number 1134 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | 11 | AON PS43 (h51AON1) HPLC Chromatogram, Pages 1, Exhibit Number 1131 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | 12 | AON PS43 (h51AON1) HPLC Method Report, Pages 4, Exhibit Number 1130 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | 13 | AON PS43 (h51AON1) Mass Spectrometry Data, Pages 3, Exhibit Number 1135 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | 14 | AON PS43 (h51AON1) UPLC-UV Data, Pages  2, Exhibit Number 1136 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | 15 | AONs PS1958, PS1959, PS1960, PS1961, PS1962, PS1963, PS1964, PS1965, PS1966, and PS1967 HPLC Method Report, Pages 3,  Exhibit Number 1143 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| | 16 | Applicant-Initiated Interview Summary dated April 8, 2013 in U.S. Application Serial No. 13/094,548, (University of Western Australia Exhibit 2144, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-11). | |
| | 17 | Arechavala-Gomeza V, et al., "Immunohistological intensity measurements as a tool to assess sarcolemma-associated protein expression," Neuropathol Appl Neurobiol 2010;36: 265-74. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004733

| | | | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 | |
| | Filing Date | 2017-09-14 | |
| | First Named Inventor | Stephen Donald WILTON | |
| | Art Unit | 1674 | |
| | Examiner Name | Not Yet Assigned | |
| | Attorney Docket Number | AVN-008CN41 | |

| | | | |
|---|---|---|---|
| | 18 | ARECHAVALA-GOMEZA, V. et al., "Comparative Analysis of Antisense Oligonucleotide Sequences for Targeted Skipping of Exon 51 During Dystrophin Pre-mRNA Splicing in Human Muscle," Human Gene Therapy, Vol. 18:798-810 (2007) | |
| | 19 | ARORA, Vikram et al., "c-Myc Antisense Limits Rat Liver Regeneration and Indicates Role for c-Myc in Regulating Cytochrome P-450 3A Activity," The Journal of Pharmacology and Experimental Therapeutics, Vol. 292(3):921-928 (2000) | |
| | 20 | Asetek Danmark A/S v. CMI USA, Inc., 2014 WL 5990699, N.D. Cal. 2014, 8 pages, (Academisch Ziekenhuis Leiden Exhibit 1237, filed May 5, 2015 in Interference 106007 and 106008). | |
| | 21 | ASVADI, Parisa et al., "Expression and functional analysis of recombinant scFv and diabody fragments with specificity for human RhD," Journal of Molecular Recognition, Vol. 15:321-330 (2002) | |
| | 22 | Australian Application No. 2004903474, 36 pages, dated July 22, 2005 (Exhibit Number 1004 filed in interferences 106008, 106007 on November 18, 2014) | |
| | 23 | AVI BioPharma, Inc., "Exon 51 Sequence of Dystrophin," Document D19 as filed in Opposition of European Patent EP1619249, filed June 23, 2009, 7 pages | |
| | 24 | AZL's PCT/NL03/00214 (the as-filed AZL PCT Application) Exhibit No. 1006, filed in Interference No. 106,007, 64 pages, December 23, 2014 | |
| | 25 | AZL's U.S. Patent Application No. 14/295,311 and claims, as-filed June 3, 2014 ("the '311 Application") (Exhibit Number 1077 filed in interferences 106008, 106007 on December 23, 2014) | |
| | 26 | Azofeifa J, et al., "X-chromosome methylation in manifesting and healthy carriers of dystrophinopathies: concordance of activation ratios among first degree female relatives and skewed inactivation as cause of the affected phenotypes," Hum Genet 1995;96:167-176. | |
| | 27 | BEAUCAGE, S.L. et al., "Deoxynucleoside Phosphoramidites - A New Class of Key Intermediates for Deoxypolynucleotide Synthesis," Tetrahedron Letters, Vol. 22(20):1859-1862 (1981) | |
| | 28 | BELLARE, Priya et al., "A role for ubiquitin in the spliceosome assembly pathway," Nature Structural & Molecular Biology, Vol. 15(5):444-451 (2008) (Exhibit Number 1057 filed in interferences 106008, 106007 on November 18, 2014) | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

| | | | |
|---|---|---|---|
| | | Application Number | 15/705172 |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | Filing Date | 2017-09-14 |
| | | First Named Inventor | Stephen Donald WILTON |
| | | Art Unit | 1674 |
| | | Examiner Name | Not Yet Assigned |
| | | Attorney Docket Number | AVN-008CN41 |

| | | |
|---|---|---|
| | 29 | BELLARE, Priya et al., "Ubiquitin binding by a variant Jab1/MPN domain in the essential pre-mRNA splicing factor Prp8p," RNA, Vol. 12:292-302 (2006) (Exhibit Number 1056 filed in interferences 106008,106007 on November 18, 2014) |
| | 30 | BENNETT, C. Frank et al., "RNA Targeting Therapeutics: Molecular Mechanisms of Antisense Oligonucleotides as a Therapeutic Platform," Annu. Rev. Pharmacol. Toxicol., Vol. 50:259-293 (2010) (Exhibit Number 1025 filed in interferences 106008, 106007 on November 18, 2014) |
| | 31 | BERGE, Stephen M. et al., "Pharmaceutical Salts," Journal of Pharmaceutical Sciences, Vol. 66(1):1-18 (1977) |
| | 32 | Bestas et al., "Design and Application of Bispecific Splice Switching Oligonucleotides," Nuc. Acid Therap., Vol. 24, No. 1, pp. 13-24 (2014), Exhibit Number 1120 filed in interferences 106,007 and 106,008 on February 17, 2015. |
| | 33 | BRAASCH, Dwaine A. et al., "Locked nucleic acid (LNA): fine-tuning the recognition of DNA and RNA," Chemistry & Biology, Vol. 8:1-7 (2001) (Exhibit Number 2009 filed in interferences 106008, 106013, 106007 on November 18, 2014) |
| | 34 | BRAASCH, Dwaine A. et al., "Novel Antisense and Peptide Nucleic Acid Strategies for Controlling Gene Expression," Biochemistry, Vol. 41(14):4503-4510 (2002) (Exhibit Number 2006 filed in interferences 106008, 106013, 106007 on November 18, 2014) |
| | 35 | BREMMER-BOUT, Mattie et al., "Targeted Exon Skipping in Transgenic hDMD Mice: A Model for Direct Preclinical Screening of Human-Specific Antisense Oligonucleotides," Molecular Therapy, Vol. 10(2):232-240 (2004) (Exhibit Number 2024 filed in interferences 106008, 106013, 106007 on November 18, 2014) |
| | 36 | Brooke MH, et al., "Clinical investigation in Duchenne dystrophy: 2. Determination of the "power" of therapeutic trials based on the natural history," Muscle Nerve. 1983;6:91-103. |
| | 37 | BROWN, Susan C. et al., "Dystrophic phenotype induced in vitro by antibody blockade of muscle alpha-dystroglycan-laminin interaction," Journal of Cell Science, Vol. 112:209-216 (1999) |
| | 38 | Bushby K, et al. "Diagnosis and management of Duchenne muscular dystrophy, part 1: diagnosis, and pharmacological and psychosocial management," Lancet Neurol 2010;9:77-93. |
| | 39 | Bushby KM, et al., "The clinical, genetic and dystrophin characteristics of Becker muscular dystrophy," II. Correlation of phenotype with genetic and protein abnormalities. J Neurol 1993;240: 105-112. |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004735

| | INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|---|

| Application Number | 15/705172 |
|---|---|
| Filing Date | 2017-09-14 |
| First Named Inventor | Stephen Donald WILTON |
| Art Unit | 1674 |
| Examiner Name | Not Yet Assigned |
| Attorney Docket Number | AVN-008CN41 |

| | | | |
|---|---|---|---|
| | 40 | Bushby KM, et al., "The clinical, genetic and dystrophin characteristics of Becker muscular dystrophy," I. Natural history. J Neurol 1993;240:98-104. | |
| | 41 | CANONICO, A.E. et al., "Expression of a CMV Promoter Drive Human alpha-1 Antitrypsin Gene in Cultured Lung Endothelial Cells and in the Lungs of Rabbits," Clinical Research, Vol. 39(2):219A (1991) | |
| | 42 | CIRAK, Sebahattin et al., "Exon skipping and dystrophin restoration in patients with Duchenne muscular dystrophy after systemic phosphorodiamidate morpholino oligomer treatment: an open-label, phase 2, dose-escalation study," Lancet, Vol. 378(9791):595-605 (2011) | |
| | 43 | Claim Chart 11/233,495, Pages 57, Exhibit Number 1216 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | 44 | Claim Chart 13/550,210, Pages 45, Exhibit Number 1217 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | 45 | Claim Chart, US 7,807,816, 14 pages (Exhibit Number 1063 filed in interferences 106008, 106007 on November 18, 2014) | |
| | 46 | Claim Chart, US 7,960,541, 17 pages (Exhibit Number 1064 filed in interferences 106008, 106007 on November 18, 2014) | |
| | 47 | Claim Chart, US 8,455,636, 32 pages (Exhibit Number 1062 filed in interferences 106008, 106007 on November 18, 2014) | |
| | 48 | Claim Comparison Chart - Claims 11 and 29 in 13/550,210, Pages 1, Exhibit Number 1226 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | 49 | Claim Comparison Chart 13/550,210 vs 11/233,495, Pages 12, Exhibit Number 1218 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | 50 | Claim Comparison Chart 13/550,210 vs 12/198,007, Pages 1, Exhibit Number 1219 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 15/05172 |
| --- | --- | --- |
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| If you wish to add additional non-patent literature document citation information please click the Add button | Add |
| --- | --- |

| **EXAMINER SIGNATURE** | | |
| --- | --- | --- |
| Examiner Signature | /KIMBERLY  CHONG/  (10/01/2017) | Date Considered | 10/01/2017 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004737

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15/705172 |
| --- | --- | --- |
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

See attached certification statement.

The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

A certification statement is not submitted herewith.

## SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Amy E. Mandragouras, Esq./ | Date (YYYY-MM-DD) | 2017-09-22 |
| --- | --- | --- | --- |
| Name/Print | Amy E. Mandragouras, Esq. | Registration Number | 36,207 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004738

## Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.    The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.    A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.    A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.    A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.    A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.    A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.    A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.    A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.    A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004739

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (03-15)
Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | 15705172 |
| Filing Date | 2017-09-14 |
| First Named Inventor | Stephen Donald WILTON |
| Art Unit | 1674 |
| Examiner Name | Not Yet Assigned |
| Attorney Docket Number | AVN-008CN41 |

## U.S.PATENTS · Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button. · Add

## U.S.PATENT APPLICATION PUBLICATIONS · Remove

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button. · Add

## FOREIGN PATENT DOCUMENTS · Remove

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2]i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | |

If you wish to add additional Foreign Patent Document citation information please click the Add button · Add

## NON-PATENT LITERATURE DOCUMENTS · Remove

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004740

| | |
|---|---|
| Application Number | 15705172 |
| Filing Date | 2017-09-14 |
| First Named Inventor | Stephen Donald WILTON |
| Art Unit | 1674 |
| Examiner Name | Not Yet Assigned |
| Attorney Docket Number | AVN-008CN41 |

**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**
( Not for submission under 37 CFR 1.99)

| | | |
|---|---|---|
| 1 | Transcript of 2nd Deposition of Erik J. Sontheimer, Ph.D., dated March 12, 2015, (Academisch Ziekenhuis Leiden Exhibit 1231, filed April 3, 2015 in Interference 106007 and 106008, pages 1-185). | |
| 2 | Transcript of 2nd Deposition of Matthew J.A. Wood, M.D., D. Phil, dated March 5, 2015, (Academisch Ziekenhuis Leiden Exhibit 1230, filed April 3, 2015 in Interference 106007 and 106008, pages 1-117). | |
| 3 | Transcript of December 12, 2014 Teleconference with Administrative Patent Judge Schafer (rough draft) (previously filed in Int. No. 106,008 as Ex. 2114), Pages 28 Exhibit Number 1001 filed in Interference 106,013 on February 17, 2015. | |
| 4 | Transcript of the January 21, 2015 deposition of Erik Sontheimer, Ph.D., Patent Interference Nos. 106,007 and 106,008, 98 pages, dated January 21, 2015 (Exhibit Number 2122 filed in interferences 106,007 and 106,008 on February 17, 2015. | |
| 5 | Transcript of the March 11, 2015 deposition of Judith van Deutekom, Ph.D., (University of Western Australia Exhibit 2141, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-168). | |
| 6 | Transcript of the March 12, 2015 deposition of Erik J. Sontheimer, Ph.D., (University of Western Australia Exhibit 2142, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-183). | |
| 7 | Transcript of the March 5, 2015 deposition of Matthew J. A. Wood, M.D., D. PHIL., (University of Western Australia Exhibit 2146, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-115). | |
| 8 | Transfection of AON, Pages 1, Exhibit Number 1170 filed in Interferences 106,007 and 106,008 on February 16, 2015. | |
| 9 | U.S. Food and Drug Administration Presentation at Peripheral and Central Nervous System Drugs Advisory Committee, April 25, 2016, 178 pages. | |
| 10 | U.S. Food and Drug Administration Statement, dated December 30, 2014 (2 pages), Exhibit Number 1204 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| 11 | U.S. Patent Application No. 12/198,007, as-filed August 25, 2008 ("the '007 Application") (Exhibit Number 1073 filed in Interferences 106008, 106007 on December 23, 2014) | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004741

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15/705172 |
|---|---|---|
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | | |
|---|---|---|
| | 12 | U.S. Patent Application No. 12/976,381, as-filed December 22, 2010 ("the '381 Application") (Exhibit Number 1074 filed in interferences 106008, 106007 on December 23, 2014) |
| | 13 | U.S. Patent Application Publication No. 2001/0056077 ("Matsuo") (Exhibit Number 1080 filed in interferences 106008, 106007 on December 23, 2014) |
| | 14 | U.S. Patent Application Publication No. 2002/0049173 ("Bennett et al.") (Exhibit Number 1081 filed in interferences 106008, 106007 on December 23, 2014) |
| | 15 | U.S. Patent No. 5,190,931 ("the '931 Patent") (Exhibit Number 1069 filed in interferences 106008, 106007 on December 23, 2014) |
| | 16 | U.S. Patent No. 7,001,761 (the "Xiao" Patent) (Exhibit Number 1070 filed in interferences 106008, 106007 on December 23, 2014) |
| | 17 | University of Western Australia Objections to Opposition Evidence, served on February 24, 2015 filed in Interference No. 106,007, Exhibit 2150, filed April 10, 2015 in Interference Nos. 106007 and 106008, pages 1-15. |
| | 18 | University of Western Australia Objections to Opposition Evidence, served on February 24, 2015, filed in Interference No. 106,008, Exhibit 2151, filed April 10, 2015, in Interference Nos. 106007and 106008, pages 1-15. |
| | 19 | University of Western Australia v. Academisch Ziekenhuis Leiden, Decision - Motions - 37 C.F.R. § 41.125(a), filed in Patent Interference No. 106008, September 20, 2016, pages 1-20 (Doc 480) |
| | 20 | University of Western Australia v. Academisch Ziekenhuis Leiden, Decision - Motions - 37 CFR § 41.125(a) (Substitute), filed in Patent Interference No. 106007, May 12, 2016, pages 1-53 (Doc 476) |
| | 21 | University of Western Australia v. Academisch Ziekenhuis Leiden, Judgment - Motions - 37 C.F.R. § 41.127 filed in Patent Interference No. 106008, September 20, 2016, pages 1-3 (Doc 481) |
| | 22 | University of Western Australia v. Academisch Ziekenhuis Leiden, Judgment - Motions - 37 CFR § 41.127, filed in Patent Interference No. 106007, April 29, 2016, pages 1-3 (Doc 474) |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004742

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
|---|---|---|
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | | |
|---|---|---|
| | 23 | European Response, Application No. 13160338.3, 4 pages, dated June 26, 2014 (Exhibit Number 2085 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | 24 | University of Western Australia v. Academisch Ziekenhuis Leiden,  Redeclaration - 37 CFR 41.203(c), filed in Patent Interference No. 106007, April 29, 2016, pages 1-2 (Doc 473) | |
| | 25 | University of Western Australia v. Academisch Ziekenhuis Leiden,  Withdrawal and Reissue of Decision on Motions, filed in Patent Interference No. 106007, May 12, 2016, pages 1-2 (Doc 475) | |
| | 26 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden List of Exhibits (as of Apr. 3, 2015), filed in Patent Interference No. 106,007, April 3, 2015, pages 1-18, (Doc 423). | |
| | 27 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden List of Exhibits (as of Apr. 3, 2015), filed in Patent Interference No. 106,008, April 3, 2015, pages 1-18 (Doc 435). | |
| | 28 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden List of Exhibits, 18 pages, Patent Interference No. 106,007, (Doc 391), dated February 17, 2015. | |
| | 29 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden List of Exhibits, 18 pages, Patent Interference No. 106,008, (Doc 398), dated February 17, 2015. | |
| | 30 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden List of Exhibits, 3 pages, Patent Interference No. 106,013, (Doc 147), dated February 17, 2015. | |
| | 31 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Notice of Service of Supplemental Evidence, 3 pages, Patent Interference No. 106,007 (Doc 414), dated March 9, 2015. | |
| | 32 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Notice of Service of Supplemental Evidence, 3 pages, Patent Interference No. 106,008 (Doc 422), dated March 9, 2015. | |
| | 33 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Opposition 1 (35 U.S.C. § 112(a)), 83 pages, Patent Interference No. 106,008,  (Doc 400), dated February 17, 2015 | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004743

| | | Application Number | 15/705172 |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99**) | | Filing Date | 2017-09-14 |
| | | First Named Inventor | Stephen Donald WILTON |
| | | Art Unit | 1674 |
| | | Examiner Name | Not Yet Assigned |
| | | Attorney Docket Number | AVN-008CN41 |

| | | |
|---|---|---|
| | 34 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Opposition 1 (35 U.S.C. § 112(a)), 93 pages, Patent Interference No. 106,007, (Doc 392), dated February 17, 2015 | |
| | 35 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Opposition 1 (Standing Order ¶ 203.1 and 37 C.F.R. § 41.202(a) and (e)), 20 pages, Patent Interference No. 106,013, (Doc 148), dated February 17, 2015 | |
| | 36 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Opposition 2 (Indefiniteness), 31 pages, Patent Interference No. 106,007, (Doc 396), dated February 17, 2015 | |
| | 37 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Opposition 2 (Indefiniteness), 32 pages, Patent Interference No. 106,008, (Doc 401), dated February 17, 2015 | |
| | 38 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Opposition 3 (35 U.S.C. §135(b)), 44 pages, Patent Interference No. 106,008, (Doc 397), dated February 17, 2015 | |
| | 39 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Opposition 3 (Standing Order § 203.1 and 37 C.F.R. § 41.202(a) and (e)), 20 pages, Patent Interference No. 106,007, (Doc 389), dated February 17, 2015. | |
| | 40 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Reply 1 (For Judgment that UWA'a Claims are Unpatentable Under 35 U.S.C. §§ 102 and 103), dated April 3, 2015, filed in Patent Interference No. 106008, pages 1-17 (Doc 431). | |
| | 41 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Reply 1 (For Judgment that UWA's Claims are Unpatentable Under 35 U.S.C. §§ 102 and 103), dated April 3, 2015, filed in Patent Interference No. 106007, pages 1-17 (Doc 424). | |
| | 42 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Reply 2 (To Deny the Benefit of AU 2004903474), dated April 3, 2015, filed in Patent Interference No. 106007, pages 1-11(Doc 425). | |
| | 43 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Reply 2 (To Deny the Benefit of AU 2004903474), dated April 3, 2015, filed in Patent Interference No. 106008, pages 1-12 (Doc 432). | |
| | 44 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Reply 3 (For Judgment of Unpatentability based on Myriad) dated April 3, 2015, filed in Patent Interference No. 106007, pages 1-12 (Doc 426). | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004744

| | | |
|---|---|---|
| | Application Number | 15/705172 |
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**
( Not for submission under 37 CFR 1.99)

| | | |
|---|---|---|
| | 45 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Reply 3 (For Judgment of Unpatentability based on Myriad) dated April 3, 2015, filed in Patent Interference No. 106008, pages 1-13 (Doc 433). | |
| | 46 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Reply 4 (In Support of Responsive Motion 4 to Add Two New Claims) dated April 3, 2015, filed in Patent Interference No. 106007, pages 1-17 (Doc 427). | |
| | 47 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Reply 4 (In Support of Responsive Motion 4 to Add Two New Claims) dated April 3, 2015, filed in Patent Interference No. 106008, pages 1-17 (Doc 434). | |
| | 48 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Request For Oral Argument, filed in Patent Interference No. 106,007, April 10, 2015, pages 1-3 (Doc 454). | |
| | 49 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Request For Oral Argument, filed in Patent Interference No. 106,008, April 10, 2015, pages 1-3 (Doc 462). | |
| | 50 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Responsive Motion 4 (To Add Two New Claims), 57 pages, Patent Interference No. 106,008, (Doc 245), dated December 23, 2014. | |

If you wish to add additional non-patent literature document citation information please click the Add button | **Add**

**EXAMINER SIGNATURE**

| Examiner Signature | /KIMBERLY    CHONG/ (10/01/2017) | Date Considered | 10/01/2017 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004745

| | | |
|---|---|---|
| | Application Number | 15/705172 |
| | Filing Date | 2017-09-14 |
**INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

**CERTIFICATION STATEMENT**

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

See attached certification statement.

The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

A certification statement is not submitted herewith.

**SIGNATURE**

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Amy E. Mandragouras, Esq./ | Date (YYYY-MM-DD) | 2017-09-22 |
|---|---|---|---|
| Name/Print | Amy E. Mandragouras, Esq. | Registration Number | 36,207 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004746

## Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.   The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.   A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.   A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.   A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.   A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.   A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.   A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.   A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.   A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004747

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 15705172 | WILTON ET AL. |
| | **Examiner** | **Art Unit** |
| | KIMBERLY CHONG | 1674 |

| CPC- SEARCHED | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| C07H 21/04 | 9/29/2017 | KC |

| CPC COMBINATION SETS  - SEARCHED | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| | | |

| US CLASSIFICATION SEARCHED | | | |
|---|---|---|---|
| **Class** | **Subclass** | **Date** | **Examiner** |
| | | | |

\* See search history printout included with this form or the SEARCH NOTES box below to determine the scope of the search.

| SEARCH NOTES | | |
|---|---|---|
| **Search Notes** | **Date** | **Examiner** |
| SEQ ID No. 195 | 9/29/2017 | KC |
| PALM inventor name search | 9/29/2017 | KC |

| INTERFERENCE SEARCH | | | |
|---|---|---|---|
| **US Class/ CPC Symbol** | **US Subclass / CPC Group** | **Date** | **Examiner** |
| | | | |

| | |
|---|---|
| | |

U.S. Patent and Trademark Office

Part of Paper No. : 20171001

SRPT-VYDS-0004748

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (03-15)
Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | 15705172 |
| Filing Date | 2017-09-14 |
| First Named Inventor | Stephen Donald WILTON |
| Art Unit | 1674 |
| Examiner Name | Not Yet Assigned |
| Attorney Docket Number | AVN-008CN41 |

## U.S.PATENTS    Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button.    Add

## U.S.PATENT APPLICATION PUBLICATIONS    Remove

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button.    Add

## FOREIGN PATENT DOCUMENTS    Remove

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | |

If you wish to add additional Foreign Patent Document citation information please click the Add button    Add

## NON-PATENT LITERATURE DOCUMENTS    Remove

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004749

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
|---|---|---|
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | | |
|---|---|---|
| 1 | US Amendment After Non-Final Action for Application No. 11/233,495, 31 pages, dated June 24, 2010 (Exhibit Number 2073 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| 2 | US Amendment for Application No. 11/233,495, 15 pages, dated April 1, 2009 (Exhibit Number 2071 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| 3 | US Amendment for Application No. 11/233,495, 19 pages, dated October 31, 2007 (Exhibit Number 2070 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| 4 | US Amendment for Application No. 11/233,495, 19 pages, dated September 16, 2009 (Exhibit Number 2072 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| 5 | US Amendment for Application No. 11/233,495, 9 pages, dated October 31, 2007 (Exhibit Number 2070 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| 6 | US Amendment for Application No. 11/570,691, 9 pages, dated June 15, 2010 (Exhibit Number 1043 filed in interferences 106008, 106007 on November 18, 2014) | |
| 7 | US Amendment for Application No. 13/271,080, 30 pages, dated January 30, 2013 (Exhibit Number 1049 filed in interferences 106008, 106007 on November 18, 2014) | |
| 8 | US Amendment for Application No. 13/902,376, 36 pages, dated March 21, 2014 (Exhibit Number 1046 filed in interferences 106008, 106007 on November 18, 2014) | |
| 9 | US Amendment in Response to Advisory Action for Application No. 11/233,495, 23 pages, dated March 14, 2011 (Exhibit Number 2074 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| 10 | US Amendments to the Claims for Application No. 11/233,495, 4 pages, dated May 8, 2014 (Exhibit Number 2077 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| 11 | US Amendments to the Claims for Application No. 14/198,992, 3 pages, dated July 16, 2014 (Exhibit Number 2079 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004750

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
|---|---|---|
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | | |
|---|---|---|
| | 12 | US Applicant-Initiated Interview Summary and Notice of Allowance for Application No. 13/550,210, 9 pages dated May 19, 2014 (Exhibit Number 2076 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | 13 | US application as-filed and Preliminary Amendment for Application No. 13/550,210, 59 pages dated July 16, 2012 (Exhibit Number 2087 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | 14 | US Application as-filed for application No. 14/198,992, 52 pages, dated March 6, 2014 (Exhibit Number 2086 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | 15 | US Application as-filed, Application Data Sheet, and Preliminary Amendment for Application No. 12/837,359, 101 pages, dated July 15, 2010 (Exhibit Number 2100 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | 16 | US Application for Letters Patent for Application No. 11/233,495 as-filed and preliminary amendment, 77 pages, dated September 21, 2005 (Exhibit Number 2095 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | 17 | US Application No. 11/233,495, 74 pages; excerpts of prosecution history for including: US Supplemental Amendment and Response dated May 8, 2014; Second Supplemental Response dated July 5, 2013; Supplemental Amendment dated June 26, 2013; Amendment after Non-final Action dated November 1, 2010; Amendment under 35 USC 1.114 dated September 16, 2009 (Exhibit Number 2054 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | 18 | US Application No. 14/198,992, 17 pages; excerpts of prosecution history including: Supplemental Amendment dated July 16, 2014; Response to Non-Final Office Action dated July 14, 2014 (Exhibit Number 2056 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | 19 | US Application No. 14/248,279, 29 pages; excerpts of prosecution history including: Amendment under 37 CFR 1.312 dated September 19, 2014; Amendment in Response to Final Office Action dated August 7, 2014; Declaration under 37 CFR 1.132 dated May 26, 2014; Declaration under 37 CFR 1.132 dated May 27, 2014; Response dated June 3, 2014 (Exhibit Number 2057 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | 20 | US Application No.13/550,210, 27 pages; excerpts of prosecution history including: Response and Amendment dated May 12, 2014; Response to Non-Final Office Action dated January 21, 2014; Second Preliminary Amendment dated January 3, 2013 (Exhibit Number 2055 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | 21 | US claim amendments for Application No. 13/550,210, 3 pages, dated May 12, 2014 (Exhibit Number 2078 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | 22 | US Claims for Application No. 12/976,381, 1 page, dated December 22, 2010 (Exhibit Number 2065 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004751

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15/705172 |
|---|---|---|
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | 23 | US Declaration of Richard K. Bestwick, for Application No. 11/570,691, 5 pages, dated June 15, 2010 (Exhibit Number 1044 filed in interferences 106008, 106007 on November 18, 2014) | |
|---|---|---|---|
| | 24 | US E-mail from Patent Trial and Appeal Board to Danny Huntington, 2 pages, dated October 9, 2014 (Exhibit Number 2002 filed in interferences 106008 on October 17, 2014) | |
| | 25 | US Non-Final Office Action for Application No. 11/570,691, 16 pages, dated March 15, 2010 (Exhibit Number 1042 filed in interferences 106008, 106007 on November 18, 2014) | |
| | 26 | US Office Action for Application No. 13/271,080, 25 pages, dated July 30, 2012 (Exhibit Number 1048 filed in interferences 106008, 106007 on November 18, 2014) | |
| | 27 | US Office Action for Application No. 13/550,210, 12 pages, dated September 27, 2013 (Exhibit Number 2080 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | 28 | US Office Action for Application No. 13/902,376, 7 pages, dated January 7, 2014 (Exhibit Number 1045 filed in interferences 106008, 106007 on November 18, 2014) | |
| | 29 | US Patent Application No. 12/198,007 as-filed, 64 pages, dated August 25, 2008 (Exhibit Number 2092 filed in interferences 106008, 106013, and 106007 on November 18, 2014) | |
| | 30 | US Preliminary Amendment and application as-filed for Application No. 12/976,381,64 pages, dated December 22, 2010 (Exhibit No. 2089 filed in Interferences 106007, 106008, and 106013 on November 18, 2014) | |
| | 31 | US Preliminary Amendment for Application No. 11/233,495, 10 pages, dated September 21, 2005 (Exhibit Number 2069 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | 32 | US Preliminary Remarks for Application No. 14/198,992, 1 page, dated March 6, 2014 (Exhibit Number 2097 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | 33 | US Proposed Terminal Disclaimer for Application No. 12/860,078, 2 pages, dated October 17, 2014 (Exhibit Number 2001 filed in interference 106008 on October 17, 2014) | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004752

| | | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 15/705172 |
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | | |
|---|---|---|
| | 34 | US Remarks for Application No. 14/248,279, 2 pages, dated August 27, 2014 (Exhibit Number 2110 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | 35 | US Response and amendments for Application No. 13/550,210, 12 pages, dated January 21, 2014 (Exhibit Number 2063 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | 36 | US Revised Figure 4H, US Application No. 13/271,080, 1 page (Exhibit Number 1050 filed in interferences 106008, 106007 on November 18, 2014) | |
| | 37 | US Terminal Disclaimer for Application No. 14/198,992, 1 page, dated July 15, 2014 (Exhibit Number 2096 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | 38 | US Terminal Disclaimer for Application No. 14/248,279, 1 page, dated August 7, 2014 (Exhibit Number 2109 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | 39 | US Track One Request, Application as-filed, and Application Data Sheet for Application No. 14/248,279, 68 pages, dated April 8, 2014 (Exhibit Number 2108 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | 40 | US Transmittal, application as-filed, and Preliminary Amendment for Application No. 11/570,691, 102 pages, dated December 15, 2006 (Exhibit Number 2103 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | 41 | US Transmittal, application as-filed, and Preliminary Amendment for Application No. 13/270,992, 101 pages, dated October 11, 2011 (Exhibit Number 2098 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | 42 | US Transmittal, application as-filed, and Preliminary Amendment for Application No. 13/271,080, 115 pages, dated October 11, 2011 (Exhibit Number 2111 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | 43 | US Updated Filing Receipt for Application No. 13/550,210, 3 pages, dated December 11, 2012 (Exhibit Number 2044 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | 44 | USPTO "2014 Procedure for Subject Matter Eligibility Analysis of Claims Reciting or Involving…Natural Products" ("the March Guidance"), 19 pages, (Exhibit Number 2118 filed in interferences 106,007 and 106,008 on February 17, 2015. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004753

| | Application Number | 15/705172 |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket  Number | AVN-008CN41 |

| | 45 | USPTO Written Description Training Materials, Revised March 25, 2008, Example 12 (Exhibit Number 1068 filed in interferences 106008, 106007 on December 23, 2014) | |
|---|---|---|---|
| | 46 | UWA Clean Copy of Claims and Sequence, as filed in Interference No. 106,007 on August 1, 2014 (Paper 12), 8 pages, (Exhibit Number 2126  filed in interferences 106,007 and 106,008 on February 17, 2015. | |
| | 47 | UWA Clean Copy of Claims and Sequence, as filed in Interference No. 106,007 on August 7, 2014 (Paper 12), 8 pages, (Exhibit Number 2127  filed in interferences 106,007 and 106,008 on February 17, 2015. | |
| | 48 | UWA Motion 1 (For Judgment Under 35 § 112(a)) from Int. No. 106,007 (PN 210), Pages  40, Exhibit Number 1005 filed in Interference 106,013 on February 17, 2015. | |
| | 49 | UWA Motion 1 (For Judgment Under 35 § 112(a)) from Int. No. 106,008 (Doc 213), Pages 38, Exhibit Number 1004 filed in Interference 106,013 on February 17, 2015. | |
| | 50 | UWA submission of teleconference transcript , 28 pages, dated December 12, 2014 (Exhibit Number 2114 filed in interferences 106008 and 106007 on December 12, 2014) | |

| If you wish to add additional non-patent literature document citation information please click the Add button | Add |
|---|---|

| **EXAMINER SIGNATURE** | | | |
|---|---|---|---|
| Examiner Signature | /KIMBERLY    CHONG/ (10/01/2017) | Date Considered | 10/01/2017 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through a citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [5] Applicant is to place a check mark here if English language translation is attached.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004754

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15/705172 |
|---|---|---|
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

See attached certification statement.

The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

A certification statement is not submitted herewith.

## SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Amy E. Mandragouras, Esq./ | Date (YYYY-MM-DD) | 2017-09-22 |
|---|---|---|---|
| Name/Print | Amy E. Mandragouras, Esq. | Registration Number | 36,207 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004755

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.    The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.    A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.    A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.    A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.    A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.    A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.    A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.    A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.    A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

Doc code: IDS

Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (03-15)
Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**
( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | 15705172 |
| Filing Date | 2017-09-14 |
| First Named Inventor | Stephen Donald WILTON |
| Art Unit | 1674 |
| Examiner Name | Not Yet Assigned |
| Attorney Docket Number | AVN-008CN41 |

**U.S.PATENTS** [Remove]

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button. [Add]

**U.S.PATENT APPLICATION PUBLICATIONS** [Remove]

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button. [Add]

**FOREIGN PATENT DOCUMENTS** [Remove]

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | |

If you wish to add additional Foreign Patent Document citation information please click the Add button [Add]

**NON-PATENT LITERATURE DOCUMENTS** [Remove]

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

| | | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | | |
|---|---|---|
| 1 | Valorization Memorandum published by the Dutch Federation of University Medical Centers in March 2009, (University of Western Australia Exhibit 2140, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-33). | |
| 2 | VAN DEUTEKOM et al., "Antisense-induced exon skipping restores dystrophin expression in DMD patient derived muscle cells," HUMAN MOLECULAR GENETICS Vol. 10, No. 15: 1547-1554 (2001) (Exhibit Number 1084 filed in Interferences 106008, 106007 on December 23, 2014) | |
| 3 | van Deutekom et al., "Local Dystrophin Restoration with Antisense Oligonucleotide PRO051," N. Engl. J. Med., Vol. 357, No. 26, pp. 2677-2686 (December, 2007), Exhibit Number 1213 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| 4 | VAN DEUTEKOM, Judith C. T. et al., "Advances in Duchenne Muscular Dystrophy Gene Therapy," Nature Reviews Genetics, Vol. 4(10):774-783 (2003) | |
| 5 | Van Ommen 2002 PCT (WO 02/24906 AI), 43 pages,(Exhibit Number 1071 filed in interferences 106008, 106007 on December 23, 2014) | |
| 6 | van Putten M, et al., "The Effects of Low Levels of Dystrophin on Mouse Muscle Function and Pathology. PLoS ONE 2012;7:e31937, 13 pages | |
| 7 | Van Vliet, Laura et al., "Assessment of the Feasibility of Exon 45-55 Multiexon Skipping for Duchenne Muscular Dystrophy", BMC Medical Genetics, Vol.9(1):105 (2008) | |
| 8 | VERMA, Sandeep et al., "Modified Oligonucleotides: Synthesis and Strategy for Users," Annu. Rev. Biochem., Vol. 67:99-134 (1998) (Exhibit Number 1040 filed in interferences 106008, 106007 on November 18, 2014) | |
| 9 | Vikase Corp. v. Am. Nat'l. Can Co., No. 93-7651, 1996 WL 377054 (N.D. Ill. July 1, 1996), 3 pages (Exhibit Number 2152 filed in interference 106013 on October 29, 2015) | |
| 10 | VOIT, Thomas et al., "Safety and efficacy of drisapersen for the treatment of Duchenne muscular dystrophy (DEMAND II): an exploratory randomised, placebo-controlled phase 2 study," Lancet Neurol., Vol. 13:987-996 (2014) (Exhibit Number 2037 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| 11 | VOLLOCH, Vladimir et al., "Inhibition of Pre-mRNA Splicing by Antisense RNA in Vitro: Effect of RNA Containing Sequences Complementary to Exons," Biochemical and Biophysical Research Communications, Vol. 179 (3):1593-1599 (1991) | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004758

| | | Application Number | 15/705172 |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | Filing Date | 2017-09-14 |
| | | First Named Inventor | Stephen Donald WILTON |
| | | Art Unit | 1674 |
| | | Examiner Name | Not Yet Assigned |
| | | Attorney Docket Number | AVN-008CN41 |

| | 12 | Wahlestedt et al., "Potent and nontoxic antisense oligonucleotides containing locked nucleic acids," PNAS, Vol. 97, No. 10, pp. 5633-5638 (May, 2000), Exhibit Number 1201 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
|---|---|---|---|
| | 13 | Wang et al., "In Vitro evaluation of novel antisense oligonucleotides is predictive of in vivo exon skipping activity for Duchenne muscular dystrophy," J. Gene Medicine, Vol. 12, pp. 354-364 (March, 2010), Exhibit Number 1115 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | 14 | WANG, Chen-Yen et al., "pH-sensitive immunoliposomes mediate target-cell-specific delivery and controlled expression of a foreign gene in mouse," Proc. Natl. Acad. Sci. USA, Vol. 84:7851-7855 (1987) | |
| | 15 | WATAKABE, Akiya et al., "The role of exon sequences in splice site selection," Genes & Development, Vol. 7:407-418 (1993) | |
| | 16 | Watanabe et al., "Plasma Protein Binding of an Antisense Oligonucleotide Targeting Human ICAM-1 (ISIS 2302)," Oligonucleotides, Vol. 16, pp. 169-180 (2006), Exhibit Number 1197 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | 17 | WHO Drug Information, International Nonproprietary Names for Pharmaceutical Substances (INN), Proposed INN: List 115, "CASIMERSEN," vol. 30(2): 3 pages (2016) | |
| | 18 | WHO Drug Information, International Nonproprietary Names for Pharmaceutical Substances (INN), Proposed INN: List 115, "Golodirsen," vol. 30(2): 3 pages (2016) | |
| | 19 | WIJNAENDTS, L.C.D. et al., "Prognostic importance of DNA flow cytometric variables in rhabdomyosarcomas," J. Clin. Pathol., Vol. 46:948-952 (1993) (Exhibit Number 1041 filed in interferences 106008, 106007 on November 18, 2014) | |
| | 20 | Wilton et al. (2007) "Antisense Oligonucleotide-induced Exon Skipping Across the Human Dystrophin Gene Transcript," Molecular Therapy 15(7):1288-1296, 10 pages, (Exhibit Number 2121 filed in interferences 106,007 and 106,008 on February 17, 2015 | |
| | 21 | WILTON, Stephen D. et al., "Antisense oligonucleotides in the treatment of Duchenne muscular dystrophy: where are we now?" Neuromuscular Disorders, Vol. 15:399-402 (2005) | |
| | 22 | WILTON, Stephen D. et al., "Specific removal of the nonsense mutation from the mdx dystrophin mRNA using antisense oligonucleotides," Neuromuscular Disorders, Vol. 9:330-338 (1999) | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004759

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
|---|---|---|
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | 23 | WO 2002/24906 A1 of AZL, (University of Western Australia Exhibit 2134, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-43.) | |
| | 24 | WO 2004/083432 (the published AZL PCT Application, "Van Ommen"), Pages 71, Exhibit Number 1003 filed in Interference 106,013 on February 17, 2015. | |
| | 25 | WO 2013/112053 A1, (University of Western Australia Exhibit 2130, filed April 3, 2015 in Interferences 106007, 106008, and 106013, pages 1-177). | |
| | 26 | WOLFF, Jon A. et al., "Direct Gene Transfer into Mouse Muscle in Vivo," Science, Vol. 247(4949 Pt. 1):1465-1468 (1990) | |
| | 27 | WONG, Marisa L. et al., "Real-time PCR for mRNA quantitation," BioTechniques, Vol. 39:75-85 (2005) (Exhibit Number 1066 filed in interferences 106008, 106007 on November 18, 2014) | |
| | 28 | Wood, "Toward an Oligonucleotide Therapy for Duchenne Muscular Dystrophy: A Complex Development Challenge," Science Translational Medicine, Vol. 2, No. 25, pp. 1-6 (March, 2010), Exhibit Number 1116 filed in interferences 106,007 and 106,008 on February 17, 2015,Doc 335. | |
| | 29 | Written Opinion for Application No. PCT/AU2010/001520, 6 pages, dated January 21, 2011 | |
| | 30 | WU, B. et al., "Dose-dependent restoration of dystrophin expression in cardiac muscle of dystrophic mice by systemically delivered morpholino," Gene Therapy, Vol. 17:132-140 (2010) | |
| | 31 | WU, Bo et al., "Effective rescue of dystrophin improves cardiac function in dystrophin-deficient mice by a modified morpholino oligomer," PNAS, Vol. 105(39):14814-14819 (2008) | |
| | 32 | WU, Bo et al., "Targeted Skipping of Human Dystrophin Exons in Transgenic Mouse Model Systemically for Antisense Drug Development," PLoS One, vol. 6(5):e19906, 11 pages (2011) | |
| | 33 | WU, George Y. et al., "Receptor-mediated Gene Delivery and Expression in Vivo," The Journal of Biological Chemistry, Vol. 263(29):14621-14624 (1988) | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004760

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
|---|---|---|
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | | |
|---|---|---|
| | 34 | WU, George Y. et al., "Receptor-mediated in Vitro Gene Transformation by a Soluble DNA Carrier System," The Journal of Biological Chemistry, Vol. 262(10):4429-4432 (1987) | |
| | 35 | Wyatt et al. "Site-specific cross-linking of mammalian U5 snRNP to the 5′ splice site before the first step of pre-mRNA splicing," Genes & Development, Vol. 6, pp. 2542-2553 (1992), Exhibit Number 1198 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | 36 | Yin et al., "A fusion peptide directs enhanced systemic dystrophin exon skipping and functional restoration in dystrophin-deficient mdx mice," Human Mol. Gen., Vol. 18, No. 22, pp. 4405-4414 (2009), Exhibit Number 1200 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | 37 | Yin et al., "Cell Penetrating peptide-conjugated antisense cardiac dystrophin expression and function," Human Mol. Gen., Vol. 17, No. 24, pp. 3909-3918 (2008), Exhibit Number 1199 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | 38 | Yin et al., "Functional Rescue of Dystrophin-deficient mdx Mice by a ChimericPeptide-PMO," Mol. Therapy, Vol. 18, No. 10, pp. 1822-1829 (October, 2010), Exhibit Number 1117 filed in interferences 106,007 and 106,008 on February 17, 2015. | |
| | 39 | Yokota et al., "Efficacy of Systematic Morpholino Exon-Skipping in Duchenne Dystrophy Dogs," American Neurological Assoc., Vol. 65, No. 6, pp. 667-676 (June, 2009), Exhibit Number 1214 filed in Interferences 106,007 and 106,008 on February 17, 2015. | |
| | 40 | Zoltek Corp. v. U.S., 95 Fed. Cl. 681 (2011), 23 pages, (Academisch Ziekenhuis Leiden Exhibit 1236, filed May 5, 2015 in Interference 106007 and 106008). | |
| | 41 | European Search Report for Application No. 12162995.0, 11 pages, dated January 15, 2013 | |
| | 42 | HAREL-BELLAN, Annick et al., "Specific Inhibition of c-myc Protein Biosynthesis Using an Antisense Synthetic Deoxy-Oligonucleotide in Human T Lymphocytes," The Journal of Immunology, Vol. 140(7):2431-2435 (1988) | |
| | 43 | HUDZIAK, Robert M. et al., "Resistance of Morpholino Phosphorodiamidate Oligomers to Enzymatic Degradation," Antisense & Nucleic Acid Drug Development, Vol. 6:267-272 (1996) | |
| | 44 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden's List of Exhibits as of May 5, 2015, filed in Patent Interference No. 106,007, May 5, 2015, pages 1-18 (Doc 466). | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004761

| | | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 15/05172 |
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | | |
|---|---|---|
| | 45 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden's List of Exhibits as of May 5, 2015, filed in Patent Interference No. 106,008, May 5, 2015, pages 1-18 (Doc 474). |
| | 46 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL Exhibit List, 10 pages, Patent Interference No. 106,008, dated December 23, 2014 (Doc 244) |
| | 47 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Motion 3 Requesting an additional Interference between UWA U.S. Patent No. 8,455,636 and AZL USSN 14/248,279, 36 pages, Patent Interference No. 106,007, dated November 18, 2014 (Doc 212) |

| If you wish to add additional non-patent literature document citation information please click the Add button | Add |
|---|---|

| **EXAMINER SIGNATURE** | | | |
|---|---|---|---|
| Examiner Signature | /KIMBERLY   CHONG/ (10/01/2017) | Date Considered | 10/01/2017 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004762

| | |
|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number 15/705172 |
| | Filing Date 2017-09-14 |
| | First Named Inventor Stephen Donald WILTON |
| | Art Unit 1674 |
| | Examiner Name Not Yet Assigned |
| | Attorney Docket Number AVN-008CN41 |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

See attached certification statement.

The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

A certification statement is not submitted herewith.

## SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Amy E. Mandragouras, Esq./ | Date (YYYY-MM-DD) | 2017-09-22 |
|---|---|---|---|
| Name/Print | Amy E. Mandragouras, Esq. | Registration Number | 36,207 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004763

## Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.    The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.    A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.    A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.    A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.    A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.    A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.    A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.    A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.    A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004764

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (03-15)
Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
| --- | --- | --- |
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| U.S.PATENTS | | | | | | Remove |
| --- | --- | --- | --- | --- | --- | --- |
| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button. | Add |

| U.S.PATENT APPLICATION PUBLICATIONS | | | | | | Remove |
| --- | --- | --- | --- | --- | --- | --- |
| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button. | Add |

| FOREIGN PATENT DOCUMENTS | | | | | | | Remove |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
| | 1 | | | | | | |

If you wish to add additional Foreign Patent Document citation information please click the Add button | Add |

| NON-PATENT LITERATURE DOCUMENTS | | Remove |
| --- | --- | --- |
| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH.  /K.C/

| | | | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99**) | Application Number | 15705172 | |
| | Filing Date | 2017-09-14 | |
| | First Named Inventor | Stephen Donald WILTON | |
| | Art Unit | 1674 | |
| | Examiner Name | Not Yet Assigned | |
| | Attorney Docket Number | AVN-008CN41 | |

| | | | |
|---|---|---|---|
| | 1 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Responsive Motion 4 (To Add Two New Claims), 65 pages, Patent Interference No. 106,007, (Doc 241), dated December 23, 2014. | |
| | 2 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden Statement Regarding Oral Argument, filed in Patent Interference No. 106,013, April 10, 2015, pages 1-3 (Doc 189). | |
| | 3 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden's Opposition 4 (To Not Exclude Evidence), filed in Patent Interference No. 106,007, May 5, 2015, pages 1-22 (Doc 465). | |
| | 4 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden's Opposition 4 (To Not Exclude Evidence), filed in Patent Interference No. 106,008, May 5, 2015, pages 1-21 (Doc 473). | |
| | 5 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden's Second Supplemental Notice of Real Party in Interest, filed in Patent Interference No. 106,007, May 28, 2015, pages 1-3, (Doc 468) | |
| | 6 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden's Second Supplemental Notice of Real Party in Interest, filed in Patent Interference No. 106,008, May 28, 2015, pages 1-3, (Doc 476) | |
| | 7 | University of Western Australia v. Academisch Ziekenhuis Leiden, Academisch Ziekenhuis Leiden's Second Supplemental Notice of Real Party in Interest, filed in Patent Interference No. 106013, May 28, 2015, pages 1-3, (Doc 191) | |
| | 8 | University of Western Australia v. Academisch Ziekenhuis Leiden, ACADEMISH ZIEKENHUIS LEIDEN SUPPLEMENTAL NOTICE OF REAL PARTY IN INTEREST, Pages 3, DOC 149, Patent Interference No. 106,013 dated February 23, 2015. | |
| | 9 | University of Western Australia v. Academisch Ziekenhuis Leiden, ACADEMISH ZIEKENHUIS LEIDEN SUPPLEMENTAL NOTICE OF REAL PARTY IN INTEREST, Pages 3, Doc 413, Patent Interference No. 106,0007 dated February 23, 2015. | |
| | 10 | University of Western Australia v. Academisch Ziekenhuis Leiden, ACADEMISH ZIEKENHUIS LEIDEN SUPPLEMENTAL NOTICE OF REAL PARTY IN INTEREST, Pages 3, Doc 421, Patent Interference No. 106,0008 dated February 23, 2015. | |
| | 11 | University of Western Australia v. Academisch Ziekenhuis Leiden, Amendment and Response, US Application No. 11/233,495, Filed 1/22/2014, 8 pages, (Exhibit Number 2117 filed in interferences 106,007 and 106, 008, on February 17, 2015. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004766

| | INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
|---|---|---|---|
| | | Filing Date | 2017-09-14 |
| | | First Named Inventor | Stephen Donald WILTON |
| | | Art Unit | 1674 |
| | | Examiner Name | Not Yet Assigned |
| | | Attorney Docket Number | AVN-008CN41 |

| | | | |
|---|---|---|---|
| | 12 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL Annotated Copy of Claims, Patent Interference No. 106,007, 15 pages, dated August 15, 2014 (Doc 15) | |
| | 13 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL Annotated Copy of Claims, Patent Interference No. 106,008, 14 pages, dated August 21, 2014 (Doc 14) | |
| | 14 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL Annotated Copy of Claims, Patent Interference No. 106,013, 14 pages, dated October 27, 2014 (Doc 16) | |
| | 15 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL Clean Copy of Claims and Sequence, filed in Patent Interference No. 106,013, 5 pages, dated October 15, 2014 (Doc 12) | |
| | 16 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL Corrected Notice of Related Proceedings, Patent Interference No. 106,007, 3 pages, dated August 1, 2014 (Doc 13) | |
| | 17 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL Exhibit List, 10 pages, Patent Interference No. 106,007 dated December 23, 2014 (Doc 240) | |
| | 18 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL List of Exhibits, 9 pages, Patent Interference No. 106,007, dated November 18, 2014 (Doc 209) | |
| | 19 | University of Western Australia v. Academisch Ziekenhuis Leiden, Azl List of Exhibits, as of November 18, 2014, 9 pages, Patent Interference No. 106,008, dated November 18, 2014 (Doc 212) | |
| | 20 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL List of Proposed Motions, Patent Interference No. 106,007, 6 pages, dated September 10, 2014 (Doc 16) | |
| | 21 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL List of Proposed Motions, Patent Interference No. 106,008, 8 pages, dated September 10, 2014 (Doc 15) | |
| | 22 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL Motion 1 (For Judgment that UWA's Claims are Unpatentable Under 35 U.S.C. sections 102 and 103), 69 pages, Patent Interference No. 106,007, dated November 18, 2014 (Doc 181) | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004767

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
|---|---|---|
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | | |
|---|---|---|
| | 23 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL Motion 1 (For Judgment that UWA's Claims are Unpatentable Under 35 U.S.C. sections 102 and 103), 69 pages, Patent Interference No. 106,008, dated November 18, 2014 (Doc 184) | |
| | 24 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL Motion 2 (To Deny UWA the Benefit of AU 2004903474), 23 pages, Patent Interference No. 106,007, dated November 18, 2014 (Doc 26) | |
| | 25 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL Motion 2 (To Deny UWA the Benefit of AU 2004903474), 24 pages, Patent Interference No. 106,008, dated November 18, 2014 (Doc 29) | |
| | 26 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL Motion 3 (For Judgment of Unpatentability based on Myriad) 20 pages, Patent Interference No. 106,008, dated November 18, 2014 (Doc 30) | |
| | 27 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL Motion 3 (For Judgment of Unpatentability based on Myriad), 19 pages, Patent Interference No. 106,007, dated November 18, 2014 (Doc 27) | |
| | 28 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL Notice of Related Proceedings, Patent Interference No. 106,007, 3 pages, dated July 31, 2014 (Doc 6) | |
| | 29 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL Notice of Related Proceedings, Patent Interference No. 106,008, 3 pages, dated August 5, 2014 (Doc 7) | |
| | 30 | University of Western Australia v. Academisch Ziekenhuis Leiden, AZL Notice of Related Proceedings, Patent Interference No. 106,013, 3 pages, dated October 15, 2014 (Doc 11) | |
| | 31 | University of Western Australia v. Academisch Ziekenhuis Leiden, Clean Copy of Claims and Sequences, 5 pages, dated August 5, 2014 (Exhibit Number 2047 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | 32 | University of Western Australia v. Academisch Ziekenhuis Leiden, Clean Copy of Claims and Sequences, 5 pages, dated July 31, 2014 (Exhibit Number 2045 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | 33 | University of Western Australia v. Academisch Ziekenhuis Leiden, Clean Copy of Claims and Sequences, 5 pages, dated October 15, 2014 (Exhibit Number 2050 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004768

| | | Application Number | 15705172 |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | Filing Date | 2017-09-14 |
| | | First Named Inventor | Stephen Donald WILTON |
| | | Art Unit | 1674 |
| | | Examiner Name | Not Yet Assigned |
| | | Attorney Docket Number | AVN-008CN41 |

| | | |
|---|---|---|
| | 34 | University of Western Australia v. Academisch Ziekenhuis Leiden, Decision - Motions - 37 CFR § 41.125(a), filed in Patent Interference No. 106007, April 29, 2016, pages 1-53 (Doc 472) | |
| | 35 | University of Western Australia v. Academisch Ziekenhuis Leiden, Decision- Motions- 37 CFR§ 41.125(a), filed in Patent Interference No. 106,013, June 22, 2015, pages 1-12 (Doc 192). | |
| | 36 | University of Western Australia v. Academisch Ziekenhuis Leiden, Decision- Priority 37 CFR § 41.125 (a), 18 pages, Patent Interference No. 106,013, (Doc 196), dated September 29, 2015. | |
| | 37 | University of Western Australia v. Academisch Ziekenhuis Leiden, Decision-Rehearing -37 CFR § 41.125(c), filed in Patent Interference No. 106,013, December 29, 2015, pages 1-12 (Doc 202). | |
| | 38 | University of Western Australia v. Academisch Ziekenhuis Leiden, Declaration of Erik Sontheimer dated November 17, 2014, Exhibit 1012 filed in Patent Interference Nos. 106,007 and 106,008, 112 pages, filed November 18, 2014 | |
| | 39 | University of Western Australia v. Academisch Ziekenhuis Leiden, Declaration of Interference, Patent Interference No. 106,007, 7 pages, dated July 18, 2014 (Doc 1) | |
| | 40 | University of Western Australia v. Academisch Ziekenhuis Leiden, Declaration of Interference, Patent Interference No. 106,008, 7 pages, dated July 24, 2014 (Doc 1) | |
| | 41 | University of Western Australia v. Academisch Ziekenhuis Leiden, Declaration of Interference, Patent Interference No. 106,013, 8 pages, dated September 29, 2014 (Doc 1) | |
| | 42 | University of Western Australia v. Academisch Ziekenhuis Leiden, Declaration of Matthew J.A. Wood, Patent Interference Nos. 106,007, 106,008 and 106,013, 184 pages, dated November 18, 2014 (Exhibit Number 2081 filed in interferences 106008, 106013, 106007 on November 18, 2014) | |
| | 43 | University of Western Australia v. Academisch Ziekenhuis Leiden, Joint Stipulation regarding Time Periods 2, 3 and 4, 3 pages, Patent Interference No. 106,013, (Doc 135), dated January 25, 2015. | |
| | 44 | University of Western Australia v. Academisch Ziekenhuis Leiden, Joint Stipulation regarding Time Periods 3-4, 4 pages, Patent Interference No. 106,007, (Doc 243), dated January 29, 2015. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004769

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15/705172 |
|---|---|---|
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | Not Yet Assigned |
| | Attorney Docket Number | AVN-008CN41 |

| | | |
|---|---|---|
| | 45 | University of Western Australia v. Academisch Ziekenhuis Leiden, Joint Stipulation regarding Time Periods 3-4, 4 pages, Patent Interference No. 106,008, (Doc 247), dated January 29, 2015. |
| | 46 | University of Western Australia v. Academisch Ziekenhuis Leiden, Joint Stipulation regarding Time Periods 3-4, 4 pages, Patent Interference No. 106,013, (Doc 137), dated January 29, 2015. |
| | 47 | University of Western Australia v. Academisch Ziekenhuis Leiden, Joint Stipulation Regarding Time Periods 4-6, 4 pages, Patent Interference No. 106,007, dated March 19, 2015 (Doc 416) |
| | 48 | University of Western Australia v. Academisch Ziekenhuis Leiden, Joint Stipulation Regarding Time Periods 4-6, 4 pages, Patent Interference No. 106013, (Doc 151), dated March 19, 2015. |
| | 49 | University of Western Australia v. Academisch Ziekenhuis Leiden, Joint Stipulation Regarding Time Periods 4-6, 4 pages, Patent Interference No.106,008, (Doc 424 ), dated March 19, 2015. |
| | 50 | University of Western Australia v. Academisch Ziekenhuis Leiden, Judgment-37 CFR § 41.127, 2 pages, Patent Interference No. 106,013, (Doc 197), dated September 29, 2015. |

| If you wish to add additional non-patent literature document citation information please click the Add button | Add |
|---|---|

### EXAMINER SIGNATURE

| Examiner Signature | /KIMBERLY    CHONG/ (10/01/2017) | Date Considered | 10/01/2017 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

| | |
|---|---|
| Application Number | 15/705172 |
| Filing Date | 2017-09-14 |
| First Named Inventor | Stephen Donald WILTON |
| Art Unit | 1674 |
| Examiner Name | Not Yet Assigned |
| Attorney Docket Number | AVN-008CN41 |

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( Not for submission under 37 CFR 1.99)

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

See attached certification statement.

The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

A certification statement is not submitted herewith.

## SIGNATURE
A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Amy E. Mandragouras, Esq./ | Date (YYYY-MM-DD) | 2017-09-22 |
|---|---|---|---|
| Name/Print | Amy E. Mandragouras, Esq. | Registration Number | 36,207 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

## Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.    The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.    A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.    A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.    A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.    A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.    A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.    A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.    A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.    A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004772



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

## BIB DATA SHEET

CONFIRMATION NO. 2879

| SERIAL NUMBER | FILING or 371(c) DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 15/705,172 | 09/14/2017 | 514 | 1674 | AVN-008CN41 |
| | RULE | | | |

**APPLICANTS**
   The University of Western Australia, Crawley, AUSTRALIA;

**INVENTORS**
   Stephen Donald WILTON, Applecross, AUSTRALIA;
   Sue FLETCHER, Bayswater, AUSTRALIA;
   Graham MCCLOREY, Bayswater, AUSTRALIA;

**\*\* CONTINUING DATA \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
   This application is a CON of 15/274,772 09/23/2016
          which is a CON of 14/740,097 06/15/2015 PAT 9605262
          which is a CON of 13/741,150 01/14/2013 ABN
          which is a CON of 13/168,857 06/24/2011 ABN
          which is a CON of 12/837,359 07/15/2010 PAT 8232384
          which is a CON of 11/570,691 01/15/2008 PAT 7807816
          which is a 371 of PCT/AU2005/000943 06/28/2005

**\*\* FOREIGN APPLICATIONS \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
   AUSTRALIA 2004903474 06/28/2004

**\*\* IF REQUIRED, FOREIGN FILING LICENSE GRANTED \*\* \*\* SMALL ENTITY \*\***
   09/25/2017

| Foreign Priority claimed ☑Yes ☐No | ☐ Met after Allowance | STATE OR COUNTRY | SHEETS DRAWINGS | TOTAL CLAIMS | INDEPENDENT CLAIMS |
|---|---|---|---|---|---|
| 35 USC 119(a-d) conditions met ☑Yes ☐No | | | | | |
| Verified and Acknowledged  /KIMBERLY CHONG/ Examiner's Signature | Initials | AUSTRALIA | 22 | 2 | 2 |

**ADDRESS**

   Nelson Mullins Riley & Scarborough LLP/Sarepta
   One Post Office Square
   Boston, MA 02109
   UNITED STATES

**TITLE**

   ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF

| FILING FEE RECEIVED 730 | FEES: Authority has been given in Paper No._____ to charge/credit DEPOSIT ACCOUNT No._____ for following: | ☐ All Fees |
|---|---|---|
| | | ☐ 1.16 Fees (Filing) |
| | | ☐ 1.17 Fees (Processing Ext. of time) |
| | | ☐ 1.18 Fees (Issue) |
| | | ☐ Other _____ |
| | | ☐ Credit |

BIB (Rev. 05/07).

SRPT-VYDS-0004773

# Office of Petitions:  Routing Sheet



**4 7 0 0**

## Application No. 15/705,172

**This application is being forwarded to your office for further processing.  A decision has been rendered on a petition filed in this application, as indicated below. For details of this decision, please see the document PET.OP.DEC filed on the same date as this document.**

**[ X ] GRANTED**

**[ ] DISMISSED**

**[ ] DENIED**

SRPT-VYDS-0004774



Office of Petitions:  Decision Count Sheet                    Mailing Month

**Application No.**                    **15705172**

*1 5 7 0 5 1 7 2*

For US serial numbers: enter number only, no slashes or commas.  Ex: 10123456
For PCT: enter "51+single digit of year of filing+last 5 numbers", Ex. for PCT/US05/12345, enter 51512345

**Deciding Official:**    **ELGART, VANITHA**

**Count (1) - Palm Credit**          15/705,172

Decision:  GRANT

FINANCE WORK NEEDED
☐ Select Check Box for YES

*G R A N T*

Decision Type:  643 - Track One request

*6 4 3*

Notes:

**Count (2)**

Decision:  n/a

FINANCE WORK NEEDED
☐ Select Check Box for YES

Decision Type:  NONE

Notes:

**Count (3)**

Decision:  n/a

FINANCE WORK NEEDED
☐ Select Check Box for YES

Decision Type:  NONE

Notes:

Initials of Approving Official (if required)

If more than 3 decisions, attach
2nd count sheet & mark this box  ☐

Printed on:

Office of Petitions Internal Document - Ver. 5.0

SRPT-VYDS-0004775

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/705,172 | 09/14/2017 | Stephen Donald WILTON | AVN-008CN41 | 2879 |

123147        7590        10/06/2017
Nelson Mullins Riley & Scarborough LLP/Sarepta
One Post Office Square
Boston, MA 02109

| EXAMINER |
|---|
| CHONG, KIMBERLY |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1674 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 10/06/2017 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

ipboston.docketing@nelsonmullins.com
chris.schlauch@nelsonmullins.com
ipqualityassuranceboston@nelsonmullins.com

PTOL-90A (Rev. 04/07)

SRPT-VYDS-0004776

 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

Doc Code: TRACK1.GRANT

| **Decision Granting Request for Prioritized Examination (Track I or After RCE)** | Application No.:15/705,172 |
|---|---|

1.  THE REQUEST FILED __September 14, 2017__ IS **GRANTED.**

The above-identified application has met the requirements for prioritized examination
   A. ☒ for an original nonprovisional application (Track I).
   B. ☐ for an application undergoing continued examination (RCE).

2.  **The above-identified application will undergo prioritized examination.** The application will be accorded special status throughout its entire course of prosecution until one of the following occurs:

   A.     filing a **petition for extension of time** to extend the time period for filing a reply;

   B.     filing an **amendment to amend the application to contain more than four independent claims, more than thirty total claims**, or a multiple dependent claim;

   C.     filing a **request for continued examination**;

   D.     filing a notice of appeal;

   E.     filing a request for suspension of action;

   F.     mailing of a notice of allowance;

   G.     mailing of a final Office action;

   H.     completion of examination as defined in 37 CFR 41.102; or

   I.     abandonment of the application.

Telephone inquiries with regard to this decision should be directed to Vanitha Elgart at 571-272-7395.

/Vanitha Elgart/                    Petitions Examiner, Office of Petitions
Vanitha Elgart                      (Title)
[Signature]

U.S. Patent and Trademark Office
PTO-2298 (Rev. 02-2012)

SRPT-VYDS-0004777

**To:** chris.schlauch@nelsonmullins.com,ipqualityassuranceboston@nelsonmullins.com,ipboston.docketing@nel
**From:** PAIR_eOfficeAction@uspto.gov
**Cc:** PAIR_eOfficeAction@uspto.gov
**Subject:** Private PAIR Correspondence Notification for Customer Number 123147

Oct 05, 2017 03:36:18 AM

Dear PAIR Customer:

Nelson Mullins Riley & Scarborough LLP/Sarepta
One Post Office Square
Boston, MA 02109
UNITED STATES

The following USPTO patent application(s) associated with your Customer Number, 123147 , have new outgoing correspondence. This correspondence is now available for viewing in Private PAIR.

The official date of notification of the outgoing correspondence will be indicated on the form PTOL-90 accompanying the correspondence.

Disclaimer:
The list of documents shown below is provided as a courtesy and is not part of the official file wrapper. The content of the images shown in PAIR is the official record.

| Application | Document | Mailroom Date | Attorney Docket No. |
|---|---|---|---|
| 15705172 | CTNF | 10/05/2017 | AVN-008CN41 |
| | 1449 | 10/05/2017 | AVN-008CN41 |
| | 1449 | 10/05/2017 | AVN-008CN41 |
| | 1449 | 10/05/2017 | AVN-008CN41 |
| | 1449 | 10/05/2017 | AVN-008CN41 |
| | 1449 | 10/05/2017 | AVN-008CN41 |
| | 1449 | 10/05/2017 | AVN-008CN41 |
| | 1449 | 10/05/2017 | AVN-008CN41 |
| | 1449 | 10/05/2017 | AVN-008CN41 |
| | 1449 | 10/05/2017 | AVN-008CN41 |
| | 1449 | 10/05/2017 | AVN-008CN41 |
| | 1449 | 10/05/2017 | AVN-008CN41 |
| | 1449 | 10/05/2017 | AVN-008CN41 |
| | 1449 | 10/05/2017 | AVN-008CN41 |
| | 1449 | 10/05/2017 | AVN-008CN41 |
| | 1449 | 10/05/2017 | AVN-008CN41 |

To view your correspondence online or update your email addresses, please visit us anytime at https://sportal.uspto.gov/secure/myportal/privatepair.

If you have any questions, please email the Electronic Business Center (EBC) at EBC@uspto.gov with 'e-Office Action' on the subject line or call 1-866-217-9197 during the following hours:

    Monday - Friday 6:00 a.m. to 12:00 a.m.

Thank you for prompt attention to this notice,

UNITED STATES PATENT AND TRADEMARK OFFICE

PATENT APPLICATION INFORMATION RETRIEVAL SYSTEM

SRPT-VYDS-0004778

**To:**  chris.schlauch@nelsonmullins.com,ipqualityassuranceboston@nelsonmullins.com,ipboston.docketing@nel
**From:**  PAIR_eOfficeAction@uspto.gov
**Cc:**  PAIR_eOfficeAction@uspto.gov
**Subject:**  Private PAIR Correspondence Notification for Customer Number 123147

Oct 06, 2017 03:33:12 AM

Dear PAIR Customer:

Nelson Mullins Riley & Scarborough LLP/Sarepta
One Post Office Square
Boston, MA 02109
UNITED STATES

The following USPTO patent application(s) associated with your Customer Number, 123147 , have new outgoing correspondence. This correspondence is now available for viewing in Private PAIR.

The official date of notification of the outgoing correspondence will be indicated on the form PTOL-90 accompanying the correspondence.

Disclaimer:
The list of documents shown below is provided as a courtesy and is not part of the official file wrapper. The content of the images shown in PAIR is the official record.

| Application | Document | Mailroom Date | Attorney Docket No. |
|---|---|---|---|
| 15705172 | PET.OP.DEC | 10/06/2017 | AVN-008CN41 |

To view your correspondence online or update your email addresses, please visit us anytime at https://sportal.uspto.gov/secure/myportal/privatepair.

If you have any questions, please email the Electronic Business Center (EBC) at EBC@uspto.gov with 'e-Office Action' on the subject line or call 1-866-217-9197 during the following hours:

    Monday - Friday 6:00 a.m. to 12:00 a.m.

Thank you for prompt attention to this notice,

UNITED STATES PATENT AND TRADEMARK OFFICE

PATENT APPLICATION INFORMATION RETRIEVAL SYSTEM

SRPT-VYDS-0004779



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 15/705,172 | 09/14/2017 | Stephen Donald WILTON | AVN-008CN41 |

**CONFIRMATION NO. 2879**

123147
Nelson Mullins Riley & Scarborough LLP/Sarepta
One Post Office Square
Boston, MA 02109

**PUBLICATION NOTICE**



*OC000000096463578*

Title:ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF

Publication No.US-2018-0002697-A1
Publication Date:01/04/2018

# NOTICE OF PUBLICATION OF APPLICATION

The above-identified application will be electronically published as a patent application publication pursuant to 37 CFR 1.211, et seq. The patent application publication number and publication date are set forth above.

The publication may be accessed through the USPTO's publically available Searchable Databases via the Internet at www.uspto.gov. The direct link to access the publication is currently http://www.uspto.gov/patft/.

The publication process established by the Office does not provide for mailing a copy of the publication to applicant. A copy of the publication may be obtained from the Office upon payment of the appropriate fee set forth in 37 CFR 1.19(a)(1). Orders for copies of patent application publications are handled by the USPTO's Public Records Division. The Public Records Division can be reached by telephone at (571) 272-3150 or (800) 972-6382, by facsimile at (571) 273-3250, by mail addressed to the United States Patent and Trademark Office, Public Records Division, Alexandria, VA 22313-1450 or via the Internet.

In addition, information on the status of the application, including the mailing date of Office actions and the dates of receipt of correspondence filed in the Office, may also be accessed via the Internet through the Patent Electronic Business Center at www.uspto.gov using the public side of the Patent Application Information and Retrieval (PAIR) system. The direct link to access this status information is currently https://portal.uspto.gov/pair/PublicPair. Prior to publication, such status information is confidential and may only be obtained by applicant using the private side of PAIR.

Further assistance in electronically accessing the publication, or about PAIR, is available by calling the Patent Electronic Business Center at 1-866-217-9197.

---

Office of Data Managment, Application Assistance Unit (571) 272-4000, or (571) 272-4200, or 1-888-786-0101

SRPT-VYDS-0004780

| I hereby certify that this paper (along with any paper referred to as being attached or enclosed) is being transmitted via the Office electronic filing system in accordance with 37 CFR § 1.6(a)(4).<br><br>Dated: ____January 5, 2018____<br>Electronic Signature for Amy E. Mandragouras, Esq.:  /Amy E. Mandragouras, Esq./ |
|---|

Docket No.: AVN-008CN41
(PATENT)

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of:
Stephen Donald Wilton *et al.*

Application No.: 15/705,172                        Confirmation No.: 2879

Filed: September 14, 2017                           Art Unit: 1674

For:  ANTISENSE OLIGONUCLEOTIDES FOR        Examiner: K. Chong
      INDUCING EXON SKIPPING AND
      METHODS OF USE THEREOF

MS Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

## AMENDMENT IN RESPONSE TO NON-FINAL OFFICE ACTION UNDER 37 C.F.R. § 1.111

Dear Sir:

       In response to the Office Action dated October 5, 2017 (Paper No. 20171001), please amend the above-identified U.S. patent application as follows:

       The **Listing of the Claims** begins on page 2 of this paper.

       **Remarks/Arguments** begin on page 3 of this paper.

Application No.: 15/705,172                         Docket No.: AVN-008CN41

## LISTING OF THE CLAIMS

1.      **(Canceled)**

2.      **(Previously Presented)**      An antisense oligonucleotide of 20 to 31 bases comprising a base sequence that is 100% complementary to consecutive bases of a target region of exon 53 of the human dystrophin pre-mRNA, wherein the target region is within annealing site H53A(+23+47) and annealing site H53A(+39+69), wherein the base sequence comprises at least 12 consecutive bases of CUG AAG GUG UUC UUG UAC UUC AUC C (SEQ ID NO: 195), in which uracil bases are thymine bases, wherein the antisense oligonucleotide is a morpholino antisense oligonucleotide, and wherein the antisense oligonucleotide induces exon 53 skipping; or a pharmaceutically acceptable salt thereof.

3.      **(Previously Presented)**      A pharmaceutical composition comprising: (i) an antisense oligonucleotide of 20 to 31 bases comprising a base sequence that is 100% complementary to consecutive bases of a target region of exon 53 of the human dystrophin pre-mRNA, wherein the target region is within annealing site H53A(+23+47) and annealing site H53A(+39+69), wherein the base sequence comprises at least 12 consecutive bases of CUG AAG GUG UUC UUG UAC UUC AUC C (SEQ ID NO: 195), in which uracil bases are thymine bases, wherein the antisense oligonucleotide is a morpholino antisense oligonucleotide, and wherein the antisense oligonucleotide induces exon 53 skipping, or a pharmaceutically acceptable salt thereof; and (ii) a pharmaceutically acceptable carrier.

2

SRPT-VYDS-0004782

Application No.: 15/705,172                                    Docket No.: AVN-008CN41

## REMARKS

Claims 2 and 3 are pending in the application.  Applicants respectfully request reconsideration and withdrawal of the rejections as discussed below.  Should the Examiner agree, she is urged to call the undersigned to address any outstanding double patenting rejections to expedite prosecution of this application.

### *Claim Rejections - 35 USC § 103*

Claims 2 and 3 are rejected under 35 U.S.C. 103(a) as being obvious over van Ommen *et al.* (WO 2004/083432) and Koenig *et al.* (Nature 338, 509 - 511 06 April 1989). Applicants respectfully traverse this rejection based on the following remarks.

### *The Office failed to establish a prima facie case of obviousness*

The Office bears the initial burden of factually supporting any *prima facie* conclusion of obviousness.  (MPEP §2142, 9th Ed.)  "The Federal Circuit has stated that 'rejections on obviousness cannot be sustained with mere conclusory statements; instead, there must be some articulated reasoning with some rational underpinning to support the legal conclusion of obviousness.'" (*Id.* citing *In re Kahn,* 441 F.3d 977, 988, 78 USPQ2d 1329, 1336 (Fed. Cir. 2006); see also *KSR,* 550 U.S. at 418, 82 USPQ2d at 1396 (quoting Federal Circuit statement with approval).)

"Obviousness is a question of law with underlying factual findings, including: (1) the scope and content of the prior art; (2) the level of ordinary skill in the pertinent art; (3) the differences between the claimed invention and the prior art; and (4) objective evidence such as commercial success, long-felt need, and the failure of others." (*KSR Int'l Co. V. Teleflex, Inc.*, 550 U.S. 398 (2007) citing *Graham v. John Deere Co.*, 383 U.S. 1, 17-18 (1966).)  With respect to the third inquiry, to establish a *prima facie* case of obviousness, the Office must identify both a reason why a person of ordinary skill in the art would have combined the prior art elements to arrive at the claimed subject matter, and a reason why one of ordinary skill in the art would have considered the outcome predictable.  (*KSR Int'l Co. V. Teleflex, Inc.*, 550 U.S. 398 (2007).)

"In cases involving the patentability of a new chemical compound, *prima facie* obviousness under the third *Graham* factor generally turns on the structural similarities and differences between the claimed compound and the prior art compounds."  According to

3

SRPT-VYDS-0004783

Application No.: 15/705,172                                      Docket No.: AVN-008CN41

established Federal Circuit precedent, a two-part "lead compound" analysis must be satisfied to establish a *prima facie* case of obviousness.  (*Otsuka Pharmaceutical Co. Ltd., v. Sandoz, Inc.,* 678 F.3d 1280 (2012).)  To satisfy the lead compound analysis, the Office must establish: (1) that one of ordinary skill in the art would have selected the asserted prior art compound as a lead compound for further development, and (2) that the prior art would have motivated one of ordinary skill in the art to modify the lead compound to make the claimed compound with a reasonable expectation of success.  (*Id.* at 1291-1292.)

For the reasons below, neither prong of the two part inquiry has been met in the present case.  The first prong is not met because the Office failed to provide a reason why one of ordinary skill in the art would have selected SEQ ID NO: 29 ("h53AON1") of van Ommen et al. as a lead compound.  The second prong is not met because, even assuming that one of skill in the art would have selected h53AON1 as a lead compound, the Office failed to provide a reason or motivation to specifically *lengthen* h53AON1 by **nine** additional bases of SEQ ID NO: 195 to arrive at the limitation of claim 1 that the base sequence comprises at least 12 consecutive bases of SEQ ID NO: 195.[1]  Moreover, there was a significant level of unpredictability associated with selecting a specific antisense oligonucleotide to induce effective exon skipping of human dystrophin pre-mRNA at the time of the invention, and therefore no reasonable expectation of success.

### *Lead Compound Analysis*

i.    ***The Office failed to provide a reason why a person of ordinary skill in the art would have selected h53AON1 as a lead compound***

A lead compound is "a compound in the prior art that would be most promising to modify in order to improve upon its…activity and obtain a compound with better activity.'" (*Otsuka Pharmaceutical Co. Ltd., v. Sandoz, Inc.,* at 1291 (citing *Takeda Chemical Industries, Ltd. v. Alphapharm Pty., Ltd.,* 492 F.3d 1350, 1357 (Fed. Cir. 2007)).)  "[A] reason to select a compound as a lead compound depends on *more than just structural similarity*…" *Bristol-Myers Squibb Co. v. Teva Pharmaceuticals USA, Inc.,* 923 F.Supp.2d 602 at 657 (2013) (citing Matrix Labs., 619 F.3d at 1354; emphasis added).  Notably, it has been held that "absent

---

[1] Applicants note and further explain below that, contrary to the position of the Office, the skilled artisan must lengthen h53AON1 by nine nucleotides, not two nucleotides, of SEQ ID NO: 195 to achieve the requirement of at least 12 bases of SEQ ID NO: 195 recited by the instant claims.

SRPT-VYDS-0004784

Application No.: 15/705,172                    Docket No.: AVN-008CN41

a reason or motivation based on such prior art evidence, *mere structural similarity* between a prior art compound and the claimed compound *does not inform the lead compound selection*." (*Otsuka Pharmaceutical Co. Ltd., v. Sandoz, Inc.,* at 1292 (citing *Daiichi Sankyo Co. v. Matrix Labs., Ltd.,* 619 F.3d 1346, 1354 (Fed. Cir. 2010)); emphasis added.)

The Office has not provided any evidence or reasoning to support the conclusion that a person of ordinary skill in the art would have selected h53AON1 as the lead compound. Instead, the Office simply chooses it as its basis for the alleged obviousness of the claimed subject matter. Thus, its' selection by the Office in the absence of any supporting evidence or reasoning as a lead compound can only be through impermissible hindsight. Accordingly, the Office has not established that a person of ordinary skill in the art would select h53AON1 as the lead compound to modify to arrive at the claimed antisense oligonucleotides. For this reason alone, the claims are not *prima facie* obvious over the cited documents, and the Office should therefore withdraw the rejection.

ii.    ***The cited art does not motivate a person of ordinary skill in the art to modify h53AON1 to make the claimed antisense oligonucleotides with a reasonable expectation of success***

Even if the Office had established that a person of ordinary skill in the art would have selected h53AON1 as the lead compound, the second prong of the test also has not been met. The second prong of the lead compound analysis requires a determination of whether "the prior art would have supplied one of ordinary skill in the art with a reason or motivation to modify a lead compound with a reasonable expectation of success." (*Otsuka Pharmaceutical Co. Ltd., v. Sandoz, Inc.,* 678 F.3d at 1292 (2012).)

The Office relies on van Ommen et al. as teaching a genus of oligonucleotides 16-50 bases in length that are complementary to, and cause skipping of, exon 53, and selects SEQ ID NO: 29 (h53AON1), which it contends is a 18-mer oligonucleotide having a sequence identical to three nucleotides of SEQ ID NO: 195. The Office contends, "[i]t would have been obvious for one of ordinary skill in the art to make an antisense oligonucleotide of 20-31 bases" using "the sequence of h53AON1 to arrive at an oligonucleotide of **20** nucleotides and having **12** nucleotides of SEQ ID No. 195. . ." by "preparing obvious variants of h53AON1 to try to **optimize** the activity of the oligonucleotide. . ." using "common and efficient strategies" such as

5

SRPT-VYDS-0004785

synthesizing and testing "longer oligonucleotides containing within them" h53AON1. (*See* Office Action at pages 4-5 (emphasis added).)

Applicants submit that a person of ordinary skill in the art would not have been motivated to modify h53AON1 of van Ommen et al. to arrive at the claimed morpholino antisense oligonucleotides, and certainly not with a reasonable expectation of success. Notably, none of the cited documents would have motivated one of ordinary skill in the art to ***increase the length*** of the 18-mer h53AON1 to 27 bases 100% complementary to the exon 53 target region +23 to +69 and, let alone select at least 12 consecutive bases of SEQ ID NO: 195 and ***thymine bases*** in place of uracil bases, and select a ***morpholino*** chemistry backbone rather than a 2'-O-methyl phosphorothioate ("2'-O-Me-PS").[2]

Importantly, Applicants respectfully point out that the Office's proposed strategy for modification of h53AON1 by lengthening it by only two bases would not result in an antisense oligonucleotide within the scope of the instant claims. To illustrate this point, Applicants provide the following alignment of h53AON1 (line 2) to SEQ ID NO: 195 (line 1).

1.                        <u>CUG</u>AAGGUGUUCUUGUACUUCAUCC   SEQ ID NO: 195
2. CUGUUGCCUCCGGUU<u>CUG</u>                h53AON1
3. CUGUUGCCUCCGGUU<u>CUGAA</u>              h53AON1+**2** bases = 20mer
4. CUGUUGCCUCCGGUU<u>CUGAAGGUGUUC</u>      h53AON1+**9** bases = 27mer

As can be seen from above and acknowledged by the Office, h53AON1 comprises only three consecutive bases of SEQ ID NO: 195 indicated in the underlined portion of lines 1 and 2. Addition of <u>**two**</u> additional consecutive bases to h53AON1 as proposed by the Office results in a 20mer that is within the claimed length range, but such a 20mer would only comprise <u>**five**</u> consecutive bases of SEQ ID NO: 195 as illustrated in line 3 – not at least 12 consecutive bases of SEQ ID NO: 195 as required by the claims. Applicants note that to achieve an antisense oligonucleotide of the instant claims comprising, *inter alia*, at least 12 bases of SEQ ID NO: 195, the skilled artisan would need to, *inter alia*, lengthen h53AON1 by 9 bases as illustrated in the underlined portion of line 4 above. Meaning, simply lengthening h53AON1 by two bases as suggested by the Office would clearly <u>**not**</u> result in the claim requirement of at least 12 bases of

---

[2] Nor can it be found that the claimed invention would have been "obvious to try" as there are ***not*** a ***"finite number of identified, predictable solutions"*** such that one ordinarily skilled in the art could have pursued known potential solutions with a reasonable expectation of success. (*Examination Guidelines Update: Developments in the Obviousness Inquiry after KSR v. Teleflex*, issued by the United States Patent and Trademark Office (Federal Register, Vol. 75, No. 169: 53643, September 1, 2010); emphasis added.)

SRPT-VYDS-0004786

SEQ ID NO: 195.  Applicants base the remainder of the response based on modifying h53AON1 by, *inter alia*, adding 9 consecutive bases of SEQ ID NO: 195.

With regard to van Ommen et al., it cannot be said that there were a "finite number" of known, predictable solutions to the problem of designing a more efficient exon skipping antisense oligonucleotide with a reasonable expectation of success.  In fact, van Ommen et al. suggest a wide variety of modifications to the antisense oligonucleotide structure with little specificity as to any individual oligonucleotide in the following:

> [t]he complementary oligonucleotide generated through a method of the invention is preferably complementary to a consecutive part of between **16 and 50 nucleotides** of the exon RNA. **Different types of nucleic acid may be used** to generate the oligonucleotide.  Preferably, the oligonucleotide comprises RNA, as RNA/RNA hybrids are very stable.  Since one of the aims of the exon skipping technique is to direct splicing in subjects, it is preferred that the oligonucleotide RNA comprises a **modification providing the RNA with an additional property**, for instance, resistance to endonucleases and RNaseH, additional hybridization strength, increased stability (for instance, in a bodily fluid), increased or decreased flexibility, reduced toxicity, increased intracellular transport, and/or tissue-specificity, etc.  Preferably, the modification comprises a 2'-O-methyl-phosphorothioate oligoribonucleotide modification.
> With the advent of **nucleic acid-mimicking technology**, it has become possible to generate molecules that have a similar, preferably the same, hybridization characteristics, in kind, not necessarily in amount, as nucleic acid itself. Such equivalents are, of course, also part of the invention. **Examples of such mimics** equivalents are **peptide nucleic acid, locked nucleic acid and/or a morpholino phosphorodiamidate**. . . . **Hybrids between one or more of the equivalents among each other and/or together** with nucleic acid are, of course, also part of the invention. In a preferred embodiment, an equivalent comprises locked nucleic acid, as locked nucleic acid displays a higher target affinity and reduced toxicity and, therefore, shows a higher efficiency of exon skipping.  (van Ommen et al. page 9, line 28 to page 11, line 2; emphasis added.)

van Ommen et al. also teach that "[i]t is thus not absolutely required that all the bases in the region of complementarity are capable of pairing with bases in the opposing strand....*[m]ismatches may to some extent be allowed*."  (van Ommen et al. at page 3, ll. 3-8; emphasis added.)  van Ommen et al. does not require that additional bases added to the antisense oligonucleotide be complementary to exon 53.  *Id.*

Thus, there are a tremendous number of possible solutions to modify h53AON1 based on the length and position of "16-50 bases," mismatches, and many possible variations at any of three "substituents" (*i.e.*, nucleobase, ribose ring and phosphate linkage).  Even if one focuses on

7

SRPT-VYDS-0004787

the nucleobase sequence, assumes the chemical backbone and internucleotide linkages are unmodified, and limits the number of possible bases to those found in RNA, as shown in h53AON1, adding a single nucleobase to a 18-mer yields 8 possible sequence combinations (A, C, G, or U added before or after the 18-mer.)[3] Adding two nucleobases yields 64 possible combinations. Adding three nucleobases yields 256 combinations. Adding 9 nucleobases to obtain a 27-mer yields 2,621,440 possible combinations. And, adding 32 nucleobases to obtain a 50-mer yields 608,742,554,432,415,200,000 possible combinations.

Of course, this significantly *underestimates* the number of possible nucleobase combinations because van Ommen et al. specify "different types of nucleic acid," and is not limited to the "natural" bases A, C, G, and U found in RNA, but includes other naturally-occurring and non-naturally occurring nucleobases such as inosine, hypoxanthine, xanthine, and many others. Different types of nucleic acid also include nucleotide analogs and chemical modifications to the backbone, as all of the working examples by van Ommen et al. use 2'-O-Me-PS oligoribonucleotide modifications. Different types of nucleic acid also include "mimetics" such as peptide nucleic acids, locked nucleic acid, and morpholino phosphorodiamidates. (van Ommen et al. at page 10, ll. 11-16.) Given the incredibly large number of modifications to h53AON1 that are taught by the cited documents the only way to start from h53AON1 and modify it to arrive at the claimed antisense oligonucleotide is by the application of hindsight.

There is also no reason or motivation to specifically *increase* the length of h53AON1 as there is no teaching in van Ommen et al. with respect to the effects on exon skipping of *lengthening* (or shortening) an antisense oligonucleotide. In fact, as shown in Table 2, all of the antisense oligonucleotides with exon skipping activity are *15-24 bases in length*, and all but 3 of those are between *17 and 20 bases*, almost two thirds are either *19 or 20 bases*, and *none are 25 bases in length*. (van Ommen et al. Table 2 at page 48.) As the vast majority of the antisense oligonucleotides tested by van Ommen et al. in Table 2 are *20 bases or less* (25/30), one of ordinary skill in the art would have no reason or motivation to lengthen h53AON1 at all. In fact, one skilled in the art would be equally motivated to shorten h53AON1, as almost two thirds of

---

[3] Assuming only the four RNA nucleobases, the number of nucleobase combinations for a particular length AON can be calculated by this formula, where "n" equals the number of bases being added to the chain: $(4^n) \times (n+1)$. This is because each additional nucleotide can be added to either end of SEQ ID NO: 29.

8

the antisense oligonucleotides are either 19 or 20 bases, and the shortest antisense oligonucleotide with activity in Table 2 is 15 bases (h46AON4b).

Moreover, the Office failed to provide a reason why the skilled artisan would lengthen h53AON1. Instead, the Office merely concludes the skilled artisan would "prepare obvious variants of h53AON1 to try to optimize the activity of the oligonucleotide" and that the skilled artisan would "try" to enhance activity by "a common and efficient strategy" of synthesizing and testing "longer oligonucleotides containing within them the sequence known to have the desired activity." Office Action at pages 4-5. The Office overlooks the fact that in Table 2 the only other antisense oligonucleotide made and tested by van Ommen et al. is h53AON2, and this antisense oligonucleotide – like h53AON1 – is an 18mer. Applicants respectfully point out that "[a] particular parameter must first be *recognized* as a *result-effective variable*, i.e., a variable which achieves a *recognized* result, before the determination of the optimum or workable ranges of said variable might be characterized as routine experimentation." M.P.E.P. 2144.05(II)(B) (emphasis added); *see also In re Antonie*, 559 F.2d 618, 195 U.S.P.Q. 6 (CCPA 1977).

In the present case, the Office failed to satisfy its burden of providing evidence that oligonucleotide length was recognized in the prior art as a result effective variable for exon 53 skipping and activity in treatment for DMD. See *id.* Absent such evidence of recognition as a "result-effective variable[,]" it is not, therefore, routine optimization "within the skill of the artisan" to vary the length of an oligonucleotide to optimize exon 53 skipping and activity in the treatment of DMD. See M.P.E.P. 2144.05(II)(B); *In re Antonie*, 559 F.2d 618, 620, 195 U.S.P.Q. 6, 8-9 (C.C.P.A. 1977) (optimization of a parameter not recognized as a result-effective variable is an exception to the rule that "discovery of an optimum value of a variable in a known process is normally obvious"). Thus, the Office's proffered rationale of routine optimization by lengthening h53AON1 does not apply.

Given the length of 16-50 bases and the many possible variations in nucleobase and backbone chemistry taught by van Ommen et al., there is *not* a "finite number" of known, predictable solutions to modifying h53AON1 such that one of ordinary skill in the art would arrive at the claimed morpholino antisense oligonucleotides of 20 to 31 bases having a base sequence 100% complementary to consecutive bases of a target region of exon 53 of the human dystrophin pre-mRNA, wherein the target region is within annealing site H53A(+23+47) and annealing site H53A(+39+69), and having at least 12 consecutive bases of SEQ ID NO: 195 in which uracil bases are thymine bases, with a reasonable expectation of success. In fact, there is

9

SRPT-VYDS-0004789

Application No.: 15/705,172                              Docket No.: AVN-008CN41

absolutely nothing in van Ommen et al. about selecting a morpholino chemistry backbone and thymine bases, rather than uracil bases.

### iii. *High level of unpredictability in the field with no reasonable expectation of success*

Even assuming, *arguendo*, that one of ordinary skill would have selected h53AON1 of van Ommen et al. as a lead compound and would have been motivated to modify it in the particular way necessary to arrive at the subject matter of the claims, there would be no reasonable expectation of success because at the time the instant invention was made, there was a significant level of unpredictability associated with selecting specific antisense oligonucleotide sequences to induce effective dystrophin exon skipping. For example, the specification as originally filed notes that the size or length of an antisense oligonucleotide is not predictive of its efficacy (specification at page 21, lines 11-12). In addition, Applicants have found that there is no standard motif that can be blocked or masked by antisense molecules to redirect splicing (specification at page 21, lines 18-20). Applicants submit that the cited art does not provide sufficient guidance to arrive at the claimed subject matter considering the high level of unpredictability in the art.

Applicants refer the Office to van Deutekom *et al.* (2003) Nature Reviews, 4:774-783 ("van Deutekom Review"; submitted in an Information Disclosure Statement on September 22, 2017). This article is a review that generally discloses exon skipping in the dystrophin gene. The van Deutekom Review notes that interfering with exon selection for inclusion before splicing is "a process that is ***not yet well understood***" (page 780, col. 1, lines 1-3, emphasis added).

Applicants also refer the Office to U.S. Patent Application Publication No. 2006/0147952 to van Ommen et al. (the '952 Publication) describe an approach in which "AONs were ***empirically analyzed*** for the induction of exon skipping." ('952 Publication at [0051]; emphasis added.) Such an approach relies on experience or observation and provides no indication as to what parameters are critical for the design of exon skipping antisense. As each antisense oligonucleotide must be empirically analyzed, the results are ***unpredictable*** as reported in Table 2 of the '952 Publication:

[t]heir different lengths and G/C contents (%) ***did not correlate to their effectivity in exon skipping*** (1, induced skipping, 2, no skipping). The AONs were directed to purine

10

SRPT-VYDS-0004790

(A/G)-rich sequences as indicated by their (antisense) U/C content (%).  Skipping of the target exons resulted in either an in-frame (IF) or out-of-frame (OF) transcript.  (van Ommen et al. [0153], Table 2, footnote *a*; emphasis added.)

Additional evidence of unpredictability is found by analyzing the antisense sequences in Table 2 of the '952 Publication.  For example, the two antisense oligonucleotides designed to induce skipping of exon 2 have overlapping nucleotide sequences:

    h2AON1                    cccauuuugugaauguuuucuuuu

    h2AON2        uugugcauuuacccauuuugug

Despite the overlap in sequence, h2AON1 purportedly induced skipping, while h2AON2 did *not*.  ('952 Publication at Table 2.)  And yet for another pair of overlapping AONs, both members of the pair did purportedly induce skipping:

    h29AON1            uauccucugaaugucgcauc

    h29AON2        gguuauccucugaaugucgc

There is no explanation in the '952 Publication for these disparate results.

Much of the data in Table 2 of the '952 Publication was published in 2002 by Aartsma-Rus et al. (Neuromuscular Disorders, 12:S71-S77 (2002) ("Aartsma-Rus (2002)"; submitted in an Information Disclosure Statement on September 22, 2017).  Aartsma-Rus (2002) discloses two specific oligonucleotides directed at dystrophin exon 53 and notes that there is *no correlation* between the length or sequence of the oligonucleotide and its effectiveness at inducing exon skipping.  (Aartsma-Rus (2002) at page S76, col. 1, lines 43-45.)  Still further, Aartsma-Rus (2002) teaches that *significant experimentation is required* to arrive at specific oligonucleotides, noting that "[w]e therefore have *no insight* into the actual position of the targeted sequence within the completely folded RNA structure.  Its accessibility, and thus the effectivity of any designed AON, will therefore have to be tested *empirically* in the cells, as was done in this study."  (Aartsma-Rus (2002) at page S76, col. 1, lines 4-6; emphasis added.)

Another study, co-authored by one of the Applicants, examined skipping of exon 23 from the mouse DMD gene by RT-PCR following transfection with a series of overlapping 2'-Me-O-PS AONs, as shown in the following figure.  Of the antisense oligonucleotides tested, only M23D(+12-13), M23D(+02-18), and M23D(-02-18) were effective in inducing detectable exon

11

SRPT-VYDS-0004791

Application No.: 15/705,172                                Docket No.: AVN-008CN41

skipping.  (Mann et al., J. Gene Med., 4(6): 644-654 (2002); submitted in an Information Disclosure Statement on September 22, 2017.)



(Mann et al. at 646.)  Notably, the **shorter** antisense oligonucleotide M23D(-02-18), which is only **17 nucleotides** in length, was particularly efficient at inducing skipping and was reported to induce exon skipping at concentrations as low as 5 nM.  The authors concluded that they could improve "the efficiency of the technique" by "**reduc[ing] the size** and the effective dose of the AO[N]s" examined.  (Mann et al. at 644; emphasis added.)

Similar examples of unpredictability were reported by van Ommen et al. and other investigators at or near the date of Applicants' invention.  In a 2005 publication the same design rationale described by van Ommen and coworkers was applied again.  (Aartsma-Rus et al. Oligonucleotides, 15(4): 284-297 (2005) ("Aartsma-Rus (2005)"; submitted in an Information Disclosure Statement on September 22, 2017.)  Table 1 of Aartsma-Rus (2005) provides the sequences of the antisense oligonucleotides and whether or not they induced skipping.  (Aartsma-Rus (2005) at 285, first and second columns.)  The following pairs of antisense oligonucleotides are found in the Table (+ and – refer to skipping ability):

| h29AON10 | guaguucccuccaacg | – |
| h29AON11 | cauguaguucccucc | + |
| h43AON2 | uuguuaacuuuuucccauu[4] | + |

---

[4] There is a discrepancy between the disclosure of Aartsma-Rus (2005) and the sequence as shown by van Ommen et al.  In the 2005 publication, the sequence is shown as uuguuaacuuuuuccauu, while in Table 2

SRPT-VYDS-0004792

Application No.: 15/705,172                                    Docket No.: AVN-008CN41

| h43AON3 | uguuaacuuuuucccauugg | – |
| h46AON8 | gcuuuucuuuuaguugcugc | ++ |
| h46AON9 | uuaguugcugcucuu | – |
| h48AON3 | ggucuuuuauuugagcuuc | – |
| h48AON7 | uuuauuugagcuucaaauuu | + |

It is evident from these results that applying the design rationale described by van Ommen et al. is a hit-or-miss proposition in terms of whether any given antisense oligonucleotide will be capable of inducing skipping, *even in situations where the antisense oligonucleotides are very similar to each other in terms of nucleotide sequence, and other variables concerning the chemical backbone are fixed*.  All of the antisense oligonucleotides described in the study "contain 2'-O-methyl RNA and full-length phosphorothioate (PS) backbones." (Aartsma-Rus (2005) at 285.)  None of the antisense oligonucleotides disclosed were longer than 24 nucleotides, and the majority of the antisense oligonucleotides were 20 nucleotides in length or shorter.  (Aartsma-Rus at Table 1.)  None of these antisense oligonucleotides include non-natural bases.  Given the common chemical modifications of these antisense oligonucleotides, the data reported in this paper demonstrates the unpredictable impact that length and nucleotide composition make with respect to efficiency in inducing exon skipping.

The recognition of the lack of predictability in the field of exon skipping continued beyond 2005.  A 2007 paper co-authored by van Ommen co-inventors Aartsma-Rus and van Deutekom states that "several years after the first attempts at dystrophin exon skipping with AOs [antisense oligonucleotides], *there are still no clear rules to guide investigators in their design*, and in mouse and human muscle cells *in vitro* *there is great variability for different targets and exons*." (Arechavala-Gomeza et al. Hum. Gene Ther., 18(9): 798-810, 807 (2007); submitted in an Information Disclosure Statement on September 22, 2017; emphasis added.)

And again in 2009 van Ommen and co-workers wrote that while existing software programs can facilitate design, "in general *a trial and error procedure* is still involved to

---

of van Ommen et al. it shown as above having a sequence of "ccc" toward the 3' end of the AON.  It is assumed the latter is correct as it corresponds to the sequence of h43AON3.

13

SRPT-VYDS-0004793

Application No.: 15/705,172                                    Docket No.: AVN-008CN41

identify potent AONs." (Aartsma-Rus et al., Mol. Ther., 17(3):548-553 (2009) at 548; submitted
in an Information Disclosure Statement on September 22, 2017; emphasis added.)

      Evidence that selecting specific antisense oligonucleotide sequences to induce effective
dystrophin exon skipping remains an unpredictable exercise is also found in a 2011 publication
by Wu *et al.* (2011) *PLoS One*, 6(5): e19906 (submitted in an Information Disclosure Statement
on September 22, 2017). Although Wu *et al.* is evidence developed after the instant filing date,
the level of unpredictability in the art directly relates to whether the results obtained with any
specific species would be unexpected and courts have held that it is not "improper to conduct
additional experiments and provide later-obtained data in support of patent validity." *Knoll
Pharm. Co., Inc. v. Teva Pharms. USA, Inc.*, 367 F.3d 1381, 1385 (Fed. Cir. 2004). Evidence of
the lack of predictability of in the field is relevant to the non-obviousness of the claimed
antisense oligonucleotides over the cited art.

      Wu *et al.* describe a systematic approach for identifying antisense oligonucleotides of
high efficacy in inducing dystrophin exon skipping. Wu *et al.* designed 25 antisense
oligonucleotides (AOs) to cover more than two thirds of exon 50 of the human dystrophin gene
and the two flanking intron sequences. Wu *et al.* determined the efficiency of AO-induced
skipping of exon 50 by comparing the activity of a series of AOs. Table 1 on page 4 of the
publication summarizes all the AOs tested, including both 2'-O-methyl phosphorothioate and
morpholino antisense oligonucleotides, as well as their reported activity in two assays. The exon
skipping effect was determined using both a GFP reporter cell line with GFP expression coupled
to exon 50 skipping and normal human myoblasts.

      As shown in Table 1, Wu *et al.* tested AOs having a common 5' or 3' termini, but varied
in length. Shown below is an excerpt from Table 1 of Wu *et al.*

| hE50 AO2PS | −19~−1 | 5'-CUUUAACAGAAAAGCAUAC-3' | 19 bp | - | - | N/D |
|---|---|---|---|---|---|---|
| hE50 AO3PS | −19+1 | 5'-UCUUUAACAGAAAAGCAUAC-3' | 20 bp | - | - | N/D |
| hE50 AO4PS | −19+3 | 5'-CCUCUUUAACAGAAAAGCAUAC-3' | 22 bp | 4% | 3% | N/D |
| hE50 AO5PS | −19+8 | 5'-AACUUCCUCUUUAACAGAAAAGCAUAC-3' | 27 bp | 21% | 29% | N/D |
| hE50 AO6PS | −19+13 | 5'-CUUCUAACUUCCUCUUUAACAGAAAAGCAUAC-3' | 32 bp | 3% | <1% | N/D |

      Each of these AOs target exon 50 starting at position (-19) and ending at position (-1),
(+1), (+3), (+8) and (+13), respectively, and the oligonucleotides overlap at the 3' end. These
AOs varied in length from 19 to 32 bases and the data shows that increasing AO length does not

14

SRPT-VYDS-0004794

necessarily increase exon skipping activity and there is no reasonable expectation of success in increasing AO length to obtain increased exon skipping activity. For example, the 19- and 20-mer AOs hE50 AO2PS and hE50AO3PS were inactive. Increasing the length to 22 and 27 bases (hE50 AO4PS and hE50 AO5PS, respectively) resulted in increased activity, but a further increase to 32 bases (hE50 AO6PS) decreased activity significantly. Specifically, hE50 AO5PS is 5 nucleotides <u>longer</u> than hE50 AO4PS, but the level of GFP of hE50 AO5PS is 17% higher with respect to GFP assay and 26% higher with respect to human myoblasts. hE50 AO5PS is 5 nucleotides <u>shorter</u> than hE50 AO6PS, but the level of GFP of hE50 AO5PS is 18% higher with respect to GFP and 28% higher with respect to human myoblasts.

The data provided in Table 1 also demonstrate that when hE50 AO4PS (-19+3) was extended five nucleotides in length to hE50A AO5PS (-19+8), activity was increased. Notably, however, the addition of yet another five nucleotides to hE50 AO6PS (-19+13) essentially eliminated the activity.

In yet another example, a relatively short oligonucleotide (hE50 AO19PS; +97-5) at the 3' end of the exon showed low activity (3%) with respect to GFP, and activity did not increase when the oligonucleotide was lengthened by five or nine nucleotides at the 5' end (hE50 AO20PS and hE50 AO21PS, respectively) or by five nucleotides in the 3' direction (hE50 AO16PS). These four antisense oligonucleotides showed no activity in the human myoblasts. Thus, Wu *et al.* demonstrate that increasing or decreasing AO length results in unpredictable effects on exon skipping.

Importantly, the Patent Trial and Appeal Board (PTAB) in Interference No. 106,007 ("the '007 interference") concerning exon 53 antisense oligonucleotides for DMD held that the field of antisense oligonucleotides for exon skipping for DMD was unpredictable at the time the instant application was filed. Its decision was based on the foregoing evidence and expert testimony. *See* Decision on Motions in Interference No. 106,007 (exon 53) dated May 12, 2016 (decision final upon withdrawal of CAFC Appeal No. 2016-2262; Decision on Motions previously submitted in an Information Disclosure Statement on September 22, 2017). Specifically, the PTAB determined that sequence length of antisense oligonucleotides that would maintain exon skipping was substantially unpredictable at the time US Application No. 11/233,495 was filed by Academisch Ziekenhis Leiden ("AZL"). See *id.* at page 5, line 26 to page 6, line 3. Applicants note that the '495 application claims priority to the van Ommen *et al.* PCT application presently cited by the Office. In its Decision, the PTAB

SRPT-VYDS-0004795

considered the foregoing evidence as representative of the state of the art with Exhibits 2010 and 2015 in Interference 106,007 corresponding to Aartsma-Rus and Wu *et al.,* submitted herewith as Appendices A and C, respectively.  Unpredictability in this art was determined by the PTAB to have existed at the time of the instant invention (and years afterwards).

Upon consideration of this evidence, the PTAB stated "[t]he evidence indicates that at the time AZL filed its application, the identification of AONs that will cause exon skipping was generally thought to be **unpredictable**.  One of the significant factors causing that unpredictability is the effect of the number of nucleobases present in the AON." (Decision on Motions at page 17 (emphasis added)).  In particular, the relationship between length of a base sequence and the ability of an antisense oligonucleotide to induce exon skipping was considered by the PTAB.

Despite the unpredictability in the art, the PTAB found obvious a 20mer AON based on SEQ ID NO: 193 over a completely overlapping 18mer (h53AON1).  In this particular circumstance, the PTAB found that "a degree of exon skipping capability would likely be maintained due to a change in a *small number of complementary nucleobases* of an AON known to cause skipping" and, therefore, concluded "[i]t would have been obvious, for example, to add the *two* complementary nucleobases dictated by the known sequence of exon 53 to either end of h53AON1 with a reasonable expectation that the resultant 20 base AON would cause exon skipping." *Id.* at pages 41-42 (emphasis added).

In contrast to the narrow issue considered by the PTAB described above, the PTAB does not support a determination of obviousness of the instant claims.  The PTAB's determination of unpredictability still applies.  And to arrive at the instantly claimed antisense oligonucleotides, a person of ordinary skill would have to modify h53AON1 by adding at least *9 bases* (and would have to do so with a reasonably expectation of success).  Such a modification in length cannot be said to be predictable under the Decision in the '007 interference.  Accordingly, it would not have been obvious to extend h53AON1 by 9 bases at least because of the highly degree of unpredictability discussed above, and the Office failed to provide evidence to the contrary.

Furthermore, similar to the Office's assertion, AZL argued that upon identification of h53AON1, "one skilled in the art would have investigated extended complementary sequences with the expectation that the longer sequences would bind and cause skipping." *Id.* The PTAB did not find this argument persuasive at least because AZL failed to provide any

SRPT-VYDS-0004796

evidence to support the basis for this expectation. *Id.* at page 18.  Like AZL, the Office failed
to provide evidence to support this argument.  *See* Office Action at page 5.  Accordingly,
Applicants urge the Office to adopt the PTAB's determination of unpredictability in the field
of exon skipping for DMD.

In summary, the van Deutekom Review, Aartsma-Rus and Wu *et al.* references, along
with the Decision on Motions in the '007 interference, serve to illustrate the unpredictability
associated with selecting *specific* antisense oligonucleotides that are effective for inducing
skipping of dystrophin exons.  Accordingly, the Office failed to establish a *prima facie* case of
obviousness with respect to the predictability of the outcome in combining teachings of van
Ommen *et al.* and Koenig *et al.* in the manner proposed to arrive at the claimed invention.

In view of the preceding remarks, Applicants submit that the Office failed to establish a
*prima facie* case of obviousness based on the cited art.  As such, Applicants respectfully request
reconsideration and withdrawal of this obviousness rejection.

### *Double Patenting*

Claims 2 and 3 are rejected under the judicially created doctrine of obviousness-type
double patenting as being unpatentable over claims 1-36 of U.S. Patent No. 8,455,636.
Applicants respectfully traverse this rejection.

The Office asserts "the instant claims and the claims of the patent are drawn to antisense
oligonucleotides having at least 17 consecutive bases of SEQ ID No. 193."  Office Action at
page 6.  However, Applicants note the instant claims are drawn to antisense oligonucleotide
having 20-31 bases and comprising at least 12 consecutive bases of SEQ ID NO: *195*.
Moreover, the '636 patent is directed to an antisense oligonucleotide comprising 20-50 bases and
at least 20 consecutive bases of SEQ ID NO: *193*.  As such, Applicants point out that there is
only a **9** base overlap between SEQ ID NOs: 193 of the '636 Patent and SEQ ID NO: 195 of the
instant claims.  Accordingly, Applicants respectfully request that the Office consider
withdrawing the instant rejection in view of these facts and the foregoing remarks.

Claims 2 and 3 are rejected under the judicially created doctrine of obviousness-type
double patenting as being unpatentable over claims 1-25 of U.S. Patent No. 8,232,384.
Applicants respectfully request clarification of this rejection. Specifically, The Office asserts

SRPT-VYDS-0004797

Application No.: 15/705,172                                    Docket No.: AVN-008CN41

"the instant claims and the claims of the patent are drawn to antisense oligonucleotides having at least 17 consecutive bases of SEQ ID No. 193."  Office Action at page 7.  However, Applicants note the instant claims are drawn to antisense oligonucleotide having 21-30 bases and comprising at least *12 consecutive bases of SEQ ID NO: 195*.  Moreover, the '384 patent is directed to an antisense oligonucleotide *consisting* of SEQ ID NO: 195.  Accordingly, Applicants respectfully request clarification.

18

SRPT-VYDS-0004798

Application No.: 15/705,172                              Docket No.: AVN-008CN41

## CONCLUSION

In view of the foregoing, Applicants respectfully submit that the pending claims are in condition for allowance.  If a telephone conversation with Applicants' attorney would expedite the prosecution of the above-identified application, the Examiner is urged to call the undersigned at (617) 217-4626.  If a fee is due with this submission, please charge our Deposit Account No. 12-0080 under Order No. AVN-008CN41, from which the undersigned is authorized to draw

Dated:   January 5, 2018                    Respectfully submitted,
Electronic signature:  /Amy E. Mandragouras, Esq./
Amy E. Mandragouras, Esq.
Registration No.: 36,207
NELSON MULLINS RILEY & SCARBOROUGH LLP
One Post Office Square
Boston, Massachusetts  02109-2127
(617) 217-4626
(617) 217-4699 (Fax)
Attorney/Agent For Applicant

19

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 31418918 |
| **Application Number:** | 15705172 |
| **International Application Number:** | |
| **Confirmation Number:** | 2879 |
| **Title of Invention:** | ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF |
| **First Named Inventor/Applicant Name:** | Stephen Donald WILTON |
| **Customer Number:** | 123147 |
| **Filer:** | Amy E. Mandragouras |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | AVN-008CN41 |
| **Receipt Date:** | 05-JAN-2018 |
| **Filing Date:** | 14-SEP-2017 |
| **Time Stamp:** | 16:01:20 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Amendment/Req. Reconsideration-After Non-Final Reject | 2018_01_05_Response_to_Office_Action_AVN-008CN41.pdf | 947608 c3375c8063d69fd5d3ec803dd094e542d6c09b18 | no | 19 |

**Warnings:**

SRPT-VYDS-0004800

| **Information:** | | |
|---|---|---|
| **Total Files Size (in bytes):** | | 947608 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

SRPT-VYDS-0004801

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (03-15)
Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | 15705172 |
| Filing Date | 2017-09-14 |
| First Named Inventor | Stephen Donald WILTON |
| Art Unit | 1674 |
| Examiner Name | K. Chong |
| Attorney Docket Number | AVN-008CN41 |

## U.S.PATENTS   Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 9758783 | | 2017-09-12 | Wilton et al. | |

If you wish to add additional U.S. Patent citation information please click the Add button.   Add

## U.S.PATENT APPLICATION PUBLICATIONS   Remove

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 20110046203 | A1 | 2011-02-24 | Wilton et al. | |
| | 2 | 20170283799 | A1 | 2017-10-05 | KAYE | |
| | 3 | 20170292125 | A1 | 2017-10-12 | SAZANI et al. | |
| | 4 | 20170369875 | A1 | 2017-12-28 | BESTWICK et al. | |
| | 5 | 20170369876 | A1 | 2017-12-28 | BESTWICK et al. | |

EFS Web 2.1.17

SRPT-VYDS-0004802

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( Not for submission under 37 CFR 1.99)

| Application Number | 15705172 |
|---|---|
| Filing Date | 2017-09-14 |
| First Named Inventor | Stephen Donald WILTON |
| Art Unit | 1674 |
| Examiner Name | K. Chong |
| Attorney Docket Number | AVN-008CN41 |

| | 6 | 20180002689 | A1 | 2018-01-04 | BESTWICK et al. | | | |
|---|---|---|---|---|---|---|---|---|

If you wish to add additional U.S. Published Application citation information please click the Add button. **Add**

## FOREIGN PATENT DOCUMENTS    Remove

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2]i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | |

If you wish to add additional Foreign Patent Document citation information please click the Add button **Add**

## NON-PATENT LITERATURE DOCUMENTS    Remove

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|
| | 1 | European Decision of the Opposition Division, European Application No. 10004274.6, dated December 19, 2017, 23 pages. | |
| | 2 | Extended European Search Report, EP 16172354.9, dated January 23, 2017, 7 pages. | |
| | 3 | Extended European Search Report, EP 17159328.8, dated September 5, 2017, 10 pages. | |
| | 4 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Notice of Filing Priority Statement, 2 pages, Patent Interference No. 106,007, dated November 18, 2014 (Doc 215) | |

If you wish to add additional non-patent literature document citation information please click the Add button **Add**

## EXAMINER SIGNATURE

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

EFS Web 2.1.17

SRPT-VYDS-0004803

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( **Not for submission under 37 CFR 1.99**) | Application Number | | 15705172 |
|---|---|---|---|
| | Filing Date | | 2017-09-14 |
| | First Named Inventor | | Stephen Donald WILTON |
| | Art Unit | | 1674 |
| | Examiner Name | K. Chong | |
| | Attorney Docket Number | | AVN-008CN41 |

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

SRPT-VYDS-0004804

| | |
|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | |

| | |
|---|---|
| Application Number | 15705172 |
| Filing Date | 2017-09-14 |
| First Named Inventor | Stephen Donald WILTON |
| Art Unit | 1674 |
| Examiner Name | K. Chong |
| Attorney Docket Number | AVN-008CN41 |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

See attached certification statement.

☒ The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒ A certification statement is not submitted herewith.

## SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Amy E. Mandragouras, Esq./ | Date (YYYY-MM-DD) | 2018-01-05 |
|---|---|---|---|
| Name/Print | Amy E. Mandragouras, Esq. | Registration Number | 36,207 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

SRPT-VYDS-0004805

## Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.    The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.    A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.    A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.    A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.    A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.    A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.    A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.    A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.    A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

SRPT-VYDS-0004806

I hereby certify that this paper (along with any paper referred to as being attached or enclosed) is being transmitted via the Office electronic filing system in accordance with 37 CFR § 1.6(a)(4).

Dated: January 5, 2018
Electronic Signature of Amy E. Mandragouras, Esq.:   /Amy E. Mandragouras, Esq./

Docket No.: AVN-008CN41
(PATENT)

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of:
Stephen Donald Wilton *et al.*

Application No.: 15/705,172

Filed: September 14, 2017

For:  ANTISENSE OLIGONUCLEOTIDES FOR
INDUCING EXON SKIPPING AND
METHODS OF USE THEREOF

Confirmation No.: 2879

Art Unit: 1674

Examiner: K. Chong

Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

## SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT (SIDS)

Dear Sir:

In compliance with 37 C.F.R. § 1.56, 1.97 and 1.98, the attention of the U.S. Patent and Trademark Office is hereby directed to the documents listed on the attached PTO/SB/08.  In accordance with 37 C.F.R. § 1.98(a)(2)(i)-(iv), Applicant submits herewith copies of the non-patent literature references, but has not included copies of U.S. patents and/or U.S. patent applications.

It is respectfully requested that the documents listed on the PTO/SB/08 be expressly considered by the Examiner during the prosecution of this application, and that the documents be made of record therein and appear among the "References Cited" on any patent to issue therefrom.

SRPT-VYDS-0004807

Application No.: 15/705,172 (Information Disclosure Statement)        Docket No.: AVN-008CN41

Applicant calls to the attention of the Examiner the following Applications and provides copies of Office Actions cited therein, as well as, copies of Office Actions from Applications previously made of record:

| Applications | | | | |
|---|---|---|---|---|
| Examiner's Initials | Serial No. | Filing Date | First Named Inventor | Docket No. |
| | 15/349,778 | 11-11-2016 | Peter SAZANI | AVN-009DVCN6 |
| | 15/420,823 | 01-31-2017 | R.K. BESTWICK | AVN-010PCCN2 |
| | 15/359,152 | 11-22-2016 | E.M. KAYE | AVN-012ACN |
| | 15/422,127 | February 1, 2017 | R.K. BESTWICK | AVN-013BCN |
| | 15/417,401 | 01-27-2017 | R.K. BESTWICK | AVN-017CN |

| Office Actions (copies enclosed) | | | |
|---|---|---|---|
| Examiner's Initials | Serial No. | Date Mailed from USPTO | Examiner |
| | 15/422,127 | November 27, 2017 | D.H. Shin |
| | 15/417,401 | October 12, 2017 | D.H. Shin |
| | 15/359,152 | January 5, 2018 | E. Poliakova-Georgan |
| | 15/420,823 | November 2, 2017 | A. Hudson Bowman |
| | 14/776,533 | November 16, 2017 | D. Shin |

The Examiner is requested to review the file histories of these applications, including cited references, Office Actions, Responses, etc., and is asked to contact Applicant's Attorney if the Examiner would like the Applicant to supply copies of any or all of the information included in any of these applications.  For any of these applications, if Applicant's Attorney is not contacted by the Examiner with such a request, then it will be concluded that the Examiner has reviewed or will review the file content of these applications.

Applicant respectfully requests that the Examiner initial the blank columns next to the cited Applications and Office Actions, to indicate that the information has been considered by the Examiner.  Alternatively, Applicant requests that the Examiner insert the phrase, "All references considered except where lined through," on each page of the Information Disclosure Statement, along with the Examiner's initials.

SRPT-VYDS-0004808

Application No.: 15/705,172 (Information Disclosure Statement)          Docket No.: AVN-008CN41

The filing of this Information Disclosure Statement is not to be interpreted as a representation that the cited documents are material, that an exhaustive search has been conducted, or that no other relevant information exists. Nor shall the citation of any documents herein be construed *per se* as a representation that such document is prior art. Moreover, Applicant understands the Examiner will make an independent evaluation of the cited documents.

This Information Disclosure Statement is filed after the mailing date of a first Office Action on the merits, but before the mailing date of any of a Final Action under 37 C.F.R. § 1.113, a Notice of Allowance under 37 C.F.R. § 1.311 or an action that otherwise closes prosecution in this application (37 C.F.R. § 1.97(c)).

Please charge our Deposit Account No. 12-0080 in the amount of $90.00 covering the fee set forth in 37 C.F.R. § 1.17(p). The Director is hereby authorized to charge any deficiency in the fees filed, asserted to be filed or which should have been filed herewith to our Deposit Account No. 12-0080, under Order No. AVN-008CN41.

Dated: January 5, 2018                    Respectfully submitted,

                                          Electronic signature: /Amy E. Mandragouras, Esq./
                                          Amy E. Mandragouras, Esq.
                                          Registration No.: 36,207
                                          NELSON MULLINS RILEY & SCARBOROUGH LLP
                                          One Post Office Square
                                          Boston, Massachusetts 02109-2127
                                          (617) 217-4626
                                          (617) 217-4699 (Fax)
                                          Attorney/Agent For Applicant

SRPT-VYDS-0004809

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 15705172 |
| **Filing Date:** | 14-Sep-2017 |
| **Title of Invention:** | ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF |
| **First Named Inventor/Applicant Name:** | Stephen Donald WILTON |
| **Filer:** | Amy E. Mandragouras |
| **Attorney Docket Number:** | AVN-008CN41 |

Filed as Small Entity

**Filing Fees for** Utility under 35 USC 111(a)

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |

SRPT-VYDS-0004810

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| SUBMISSION- INFORMATION DISCLOSURE STMT | 2806 | 1 | 90 | 90 |
| **Total in USD ($)** | | | | **90** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 31418840 |
| **Application Number:** | 15705172 |
| **International Application Number:** | |
| **Confirmation Number:** | 2879 |
| **Title of Invention:** | ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF |
| **First Named Inventor/Applicant Name:** | Stephen Donald WILTON |
| **Customer Number:** | 123147 |
| **Filer:** | Amy E. Mandragouras/Anita Costa |
| **Filer Authorized By:** | Amy E. Mandragouras |
| **Attorney Docket Number:** | AVN-008CN41 |
| **Receipt Date:** | 05-JAN-2018 |
| **Filing Date:** | 14-SEP-2017 |
| **Time Stamp:** | 16:34:08 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | DA |
| Payment was successfully received in RAM | $90 |
| RAM confirmation Number | 010818INTEFSW00003620120080 |
| Deposit Account | |
| Authorized User | |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |

SRPT-VYDS-0004812

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Non Patent Literature | EPO_Comm_Decsion_from_OD_dated_19_Dec_2017.PDF | 1601222<br><br>c83843dd51298fe3a40cb40bda5ae36c43624a3b | no | 23 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Non Patent Literature | EESR_AVN_009EPDV2.pdf | 202097<br><br>cfe1d6db14b304495624a8d9c867c6165f4e8754 | no | 7 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | Non Patent Literature | EESR_008EPDV5.PDF | 318700<br><br>626dd3b5b841ce22bb9922016be0c3684ac2477 | no | 10 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 4 | Non Patent Literature | 106007_DOC215.pdf | 31278<br><br>a85666f914d6bdc9f402afc21b8dbee1fce15822 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 5 | Other Reference-Patent/App/Search documents | 14776533_02.pdf | 746034<br><br>0f37cd3fbf4e8bacf801363122b0e4cb4d33be9f | no | 24 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 6 | Other Reference-Patent/App/Search documents | 15359152.pdf | 228974<br><br>f2776441936bab0162cd66ed709480c568f0cc304 | no | 9 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |

SRPT-VYDS-0004813

| 7 | Other Reference-Patent/App/Search documents | 15417401.pdf | 359713<br>0dcff7a1d291f8d7459f13ac48cf05141e494e84 | no | 13 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 8 | Other Reference-Patent/App/Search documents | 15420823.pdf | 202848<br>d54128e633ebb97e95c3be278715d057303c0400 | no | 8 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 9 | Other Reference-Patent/App/Search documents | 15422127.pdf | 396508<br>96dded42e5f92fc1ffb473a51e6f21e71b03528e | no | 15 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 10 | Information Disclosure Statement (IDS) Form (SB08) | SB08_02.pdf | 1059785<br>052e694073ccf52738f55od75a0d013df2f70ec0 | no | 5 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 11 | Information Disclosure Statement (IDS) Form (SB08) | IDSTRANS.pdf | 33954<br>6db9b3bfe64371a046336d29cee5697246798181 | no | 3 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

This is not an USPTO supplied IDS fillable form

| 12 | Fee Worksheet (SB06) | fee-info.pdf | 30688<br>5106089018ed7706631ae6ad29940f834ac57004 | no | 2 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| | **Total Files Size (in bytes):** | 5211801 |
|---|---|---|

SRPT-VYDS-0004814

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111

If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371

If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office

If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

SRPT-VYDS-0004815



DEADLINE
REVIEW:
ACTION: Opposition Decision
ATTORNEY: AAW

Added by Louise Ryder @ 12:04 pm, Dec 21, 2017

Europäisches
Patentamt

European
Patent Office

Office européen
des brevets

European Patent Office
Postbus 5818
2280 HV Rijswijk
NETHERLANDS
Tel: +31 70 340 2040
Fax: +31 70 340 3016

**Deadline Checked**
By Lisa Stuart
1:40 pm, Dec 21, 2017

Formalities Officer
Name: Masserut, Mariü
Tel: +31 70 340 - 8961
or call
+31 (0)70 340 45 00

D Young & Co LLP
120 Holborn
London EC1N 2DY
ROYAUME-UNI

| Application No. /Patent No. 10 004 274.6 - 1401 / 2 206 781 / | Ref. X109014EPA AAW | Date 19.12.2017 |
|---|---|---|
| Proprietor THE UNIVERSITY OF WESTERN AUSTRALIA | | |

**Decision revoking the European Patent  (Art. 101(2) and 101(3)(b) EPC)**

The Opposition Division - at the oral proceedings dated 30.11.2017 - has decided:

**European Patent No. EP-B- 2 206 781  is revoked.**

The reasons for the decision are enclosed.

**Possibility of appeal**
This decision is open to appeal. Attention is drawn to the attached text of Articles 106 to 108 and Rules 97 to 98 EPC.

**Opposition Division:**

**Registered letter with advice of delivery**
EPO Form 2331  12.07TRI

SRPT-VYDS-0004816

Date 19.12.2017          Sheet 2          Application No.: 10 004 274.6

**Chairman:**          Macchia, Giovanni
**2nd Examiner:**      Romano, Alper
**1st Examiner:**      Bucka, Alexander



**Masserut, Marilú**
**Formalities Officer**
Tel. No.: +31 70 340-8961          **Branch at The Hague**

Enclosure(s):     12  page(s) reasons for the decision (Form 2916)
                  Wording of Articles 106 - 108 and Rules 97-98 EPC (Form 2019)
                  Minutes of oral proceedings
                  Annex A (cited documents)
                                        to EPO postal service: 12.12.17

**Registered letter with advice of delivery**
EPO Form 2331  12.07TRI

SRPT-VYDS-0004817

| | | |
|---|---|---|
| Datum<br>Date  19.12.2017<br>Date | Blatt<br>Sheet  1<br>Feuille | Anmelde-Nr:<br>Application No:  10 004 274.6<br>Demande n°: |

This decision is based on the following patent documents:

**Main Request**

**Description, Paragraphs**

1-106                    of the patent specification

**Sequence listings, SEQ ID NO**

1-212                    of the patent specification

**Claims, Numbers**

1-9                      of the patent specification

**Drawings, Figures**

1-3                      of the patent specification

**Auxiliary Request 1**

*idem*, but

**Claims, Numbers**

1-7                      filed in electronic form on                    22-02-2017

**Auxiliary Request 2**

*idem*, but

**Claims, Numbers**

1-9                      filed in electronic form on                    22-02-2017

EPO Form 2916 01.91TRI

SRPT-VYDS-0004818

| Datum<br>Date    19.12.2017<br>Date | Blatt<br>Sheet    2<br>Feuille | Anmelde-Nr:<br>Application No:    10  004  274.6<br>Demande n°: |
| --- | --- | --- |

**Auxiliary Request 3**

*idem*, but

**Claims, Numbers**

1-9          filed in electronic form on                    22-02-2017

**Auxiliary Request 4**

*idem*, but

**Claims, Numbers**

1-7          filed in electronic form on                    22-02-2017

**Auxiliary Request 5**

*idem*, but

**Claims, Numbers**

1-7          filed in electronic form on                    22-02-2017

1      **Facts and Submissions**

1.1      The European patent EP 2 206 781 B1, Application number 10 004 274.6, entitled "Antisense oligonucleotides for inducing exon skipping and methods of use thereof" (hereinafter: the patent) was granted on 2 December 2015 with 9 claims for the designated Contracting States AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HU, IE, IS, IT, LI, LT, LU, MC, NL, PL, PT, RO, SE, SI, SK and TR. THE UNIVERSITY OF WESTERN AUSTRALIA, Crawley, Western Australia (AU) is the Proprietor.

EPO Form 2916 01.91TRI

SRPT-VYDS-0004819

| Datum Date Date | 19.12.2017 | Blatt Sheet Feuille | 3 | Anmelde-Nr: Application No: Demande n°: | 10 004 274.6 |

1.2    An opposition was filed with the letter of 25 August 2016. The Opponent, Nippon Shinyaku Co., Ltd. (JP), represented by Günter Keller of Lederer & Keller (DE), opposed the patent EP 2 206 781 B1 in its whole extent under Article 100(a) EPC in conjunction with Article 56 EPC, Article 100(b) EPC and Article 100(c) EPC.

1.3    In response to the opposition, the Proprietor, represented by Aylsa Williams and Garreth Duncan of D. Young & Co. (UK), filed arguments and 5 auxiliary requests with the submission dated 22 February 2017. The Proprietor requested the rejection of the opposition, i. e. the maintenance of the patent as granted, or alternatively the maintenance on the basis of any of the auxiliary requests 1 to 5.

1.4    Both parties requested oral proceedings. Therefore, oral proceedings were appointed for 30 November 2017.

1.5    The Opponent replied to the summons to oral proceedings with the letter dated 29 September 2017, *inter alia* submitting further experimental data designated as D8-1 and D13 (subsequently renumbered as D16).

1.6    The Proprietor replied with the submissions dated 29 September 2017 with further comments and three additional documents D13 to D15.

1.7    Oral proceedings took place on 30 November 2017.

1.8    D1 to D8 have been submitted by the Opponent with the notice of opposition of 25 August 2016, whereas the Proprietor filed D9 to D12 with the reply dated 22 February 2017. D13 to D15 have been submitted by the Proprietor with the letter dated 29 September 2017. D8-1 and D16 (filed as D13, renumbered) have been submitted by the Opponent with the reply to the summons dated 29 September 2017. A list of the cited documents is attached as Annex A.

**Reasons for the Decision**

SRPT-VYDS-0004820

| | | |
|---|---|---|
| Datum<br>Date<br>Date  19.12.2017 | Blatt<br>Sheet  4<br>Feuille | Anmelde-Nr:<br>Application No:  10 004 274.6<br>Demande n°: |

2       The opposition is admissible, since it fulfils the requirements of Article 99(1) and Rule 76 EPC.

**Main Request**

Claim 1 of the main request, i. e. claim 1 as granted, reads as follows:

*"1. An isolated antisense oligonucleotide that binds to human dystrophin pre-mRNA, wherein said oligonucleotide is 20 to 31 nucleotides in length and is an oligonucleotide that is specifically hybridizable to an exon 53 target region of the Dystrophin gene designated as annealing site H53A (+23+47), annealing site H53A (+39+69), or both, wherein said antisense oligonucleotide is a morpholino antisense oligonucleotide, and, wherein said oligonucleotide induces exon 53 skipping."*

3       **Article 100(c) EPC**

3.1     The Opponent argued that the amendments of claim 1 as granted would not be allowable in view of the requirements of Article 123(2) EPC and Art. 76(1) EPC, since the patent is derived from a divisional application of an earlier application. *Inter alia*, (i) the intermediate generalisation in claim 1, referring to the binding of the oligonucleotides to annealing sites H53A(+23+47), H53A(+39+69) or to *both* sites was objected to. Further objections were raised concerning (ii) the "specifically hybridizable" feature, (iii) the "morpholino" oligonucleotides, (iv) the length of "20 to 31 nucleotides", (v) the "exon skipping" requirement and (vi) the selection of these features from at least two lists.

3.2     The Proprietor indicated the basis for the amendments of the claims as granted and argued that the amendments were allowable. It was submitted that the "morpholino" feature was not inextricably linked to the oligonucleotides in table 1A and that the general part of the application as filed disclosed the use of oligonucleotides, in which both the sugars and the internucleoside linkage are replaced (cf. page 26 of the earlier application as filed, WO2006/000057). The length of 20 to 31 was mentioned as a preferred length on page 21, lines 12-15. "Specifically hybridizable" was disclosed on page 23, last paragraph. The range (+23 to +69) of the region to be targeted could be derived clearly from page 62 and table 39.

SRPT-VYDS-0004821

| Datum<br>Date    19.12.2017<br>Date | Blatt<br>Sheet    5<br>Feuille | Anmelde-Nr:<br>Application No:   10 004 274.6<br>Demande n°: |
|---|---|---|

3.3     The Opposition Division came to the conclusion that the originally filed application does not provide a valid basis for the features of (i) targeting both H53A(+23+47) and H53A(+39+69), (iii) the "morpholino" and (iv) the length of 20 to 31 nucleotides mentioned in claim 1. Inevitably, (vi) the combination of these features is not supported by the earlier application as filed.

3.3.1   The mere reference to overlapping oligonucleotides (page 36, lines 19-20 of the application as filed) does not directly and unambiguously disclose oligonucleotides binding to (i) both of the two specific sites mentioned in claim 1.

The fact that some of the exemplified oligonucleotides (page 62 of the application as filed) bind to partially overlapping regions, but apparently never to the entire region +23+69, likewise does not provide a sufficient teaching for the proposed amendment. The +23+47 oligonucleotide in table 39 induces "very faint skipping to 50 nm", whereas the +39+69 oligonucleotide induces "strong skipping to 50 nm". Hence, based on table 39, the skilled person would not conclude that any oligonucleotide binding to both sites H53A(+23+47), i. e. showing very faint skipping, and H53A(+39+69), showing strong skipping, is encompassed by the teaching of the application as filed. The table on page 62 also refers to an additional oligonucleotide designated H53A(+150+176) that induces the same level of "very faint skipping to 50 nm". However, neither the combination of the +39+69 oligonucleotide with the +23+47 oligonucleotide nor with the +150+176 oligonucleotide is disclosed on page 62. Page 62, lines 7-11, refers to a combination of different oligonucleotides in a "cocktail" of three oligonucleotides, but the target sites of this combination (+23+47, +150+175 and +14-07) are different from those recited in claim 1.

During the oral proceedings the Proprietor argued that the range +23 to +69 could be derived from the specific points disclosed in the examples (cf. page 62). Reference was made to T201/83. In the case underlying T201/83 a large range (100-900 ppm) was limited to a more narrow range of 690-900 ppm based on a composition with 690 ppm disclosed in one of the examples. In the present case, it is not apparent, where a wider, more generic range has been disclosed, which then has been defined more narrowly (i. e. as +23 to +69). In addition, the claim does not refer to a range of +23 to +69 , but refers to the binding of the oligonucleotide to two distinct, albeit slightly overlapping ranges (+23+47 and +39+69). Thus, an oligonucleotide binding to two regions is claimed, as opposed to an oligonucleotide binding to one site somewhere between positions +23 and +69.

EPO Form 2916 01.91TRI

SRPT-VYDS-0004822

| Datum<br>Date 19.12.2017<br>Date | Blatt<br>Sheet 6<br>Feuille | Anmelde-Nr:<br>Application No: 10 004 274.6<br>Demande n°: |
|---|---|---|

Page 6, lines 14 to 19, was furthermore mentioned. This passage discusses the "joining of two or more antisense oligonucleotide molecules", a concept termed "weasel". However, the joining of two or more oligonucleotides is different from the concept of using a single oligonucleotide targeting two annealing sites. The exemplified "weasels" (cf. table 1C, pages 17-18) target different regions and furthermore all of them fall outside the specified length of 20 to 31 nucleotides.

The Proprietor furthermore referred to T667/08, which emphasized that the "*content (description, claims and drawings)*" of an application should be "*considered in its entirety*" and that literal support is not required. The Board also "*stressed that the Board does not question the principle according to which embodiments of an invention can normally not be freely combined under Article 123(2) EPC but merely emphasises that each embodiment in a disclosure must be construed with the knowledge and understanding aptitude of the skilled person in the art in the light of the whole application*". However, in the present case, the application as filed in its entirety does not disclose - directly and unambiguously- an oligonucleotide binding to the two annealing sites recited in claim 1. The "weasels" disclosed in the application target two sites, but not the ones recited in claim 1 and the concept of a weasel (joining two or more oligonucleotides) does not seem to be compatible with the size limitation (20 to 31) mentioned in claim 1.

3.3.2    Page 17, line 3, of the application as filed was mentioned as a basis for (iii) the morpholino feature. This passage is the legend to table 1A (*"With other antisense chemistries such as peptide nucleic acids or morpholinos, these U bases may be shown as "T""*) and hence seems to apply only to the specific sequences recited in this table. This sentence, which is the only passage mentioning morpholinos in the entire application as filed, does not provide a direct and unambigous disclosure of morpholino oligonucleotides in general. The Applicant has referred to T714/00 that states that "extracting an isolated feature from an originally disclosed combination and using it for delimiting claimed subject-matter can only be allowable under the concept of Article 123(2) EPC if that feature is not inextricably linked with further features of that combination". In the present case, it is apparent from the position of the sole reference to morpholinos, i. e. its mentioning in the legend to table 1A, that it is inextricably, structurally and functionally, linked to the oligonucleotides shown in said table (in T714/00 the proposed amendments were found to contravene the requirements of Article 123(2) EPC; the same conclusion was reached in T1067/97).

SRPT-VYDS-0004823

| | | |
|---|---|---|
| Datum<br>Date    19.12.2017<br>Date | Blatt<br>Sheet    7<br>Feuille | Anmelde-Nr:<br>Application No:  10 004 274.6<br>Demande n°: |

The Proprietor furthermore referred to pages 26 and 27 in the general part of the description, which would disclose the combination of both sugar and backbone replacements, independent of any sequences. Particular reference was made to page 26, lines 27-30, that states that in "other preferred oligonucleotide mimetics, both the sugar and the inter-nucleoside linkage, i. e., the backbone, of the nucleotide units are replaced with novel groups". Morpholinos were known to the skilled person and it was understood that in morpholinos both the ribose and the internucleoside linkage are replaced (cf. letter of the Proprietor dated 29 September 2017, page 3). However, neither this passage on page 26 nor page 27 refers to morpholinos. Morpholinos are also not the only possibility of replacing both the sugar and the backbone; peptide nucleic acids are explicitly mentioned in the general part of the description (cf. e. g. page 26, line 30 to page 27, line 5).

In addition, page 26, lines 27-30, refers to a replacement "with novel groups", which are not defined. The reference to "novel groups" does not seem to be compatible with the argument that morpholinos were commonly known, i. e. morpholinos could not be regarded as "novel groups".

Thus, in summary, the application as originally filed, when considered in its entirety, does not provide a direct and unambiguous disclosure for morpholino oligonucleotides in the context of present claim 1. The amendments of claim 1 confront the skilled person with new technical information not directly derivable from the application as filed.

3.3.3    While the precise meaning of the term "morpholino" is not decisive for the assessment of the requirements of Article 76(1) EPC in the present case, it is noted that the Proprietor seemed to imply (cf. letter of the Proprietor dated 29 September 2017, passage bridging pages 3 and 4) that morpholino AONs have both a morpholino ring and a phosphorodiamidate linkage (referring to D15, figure 2). For the sake of completeness, it is noted that, at least according to D15, figure 4, the intersubunit linkages of morpholinos are not limited to phosphorodiamidate linkages.

3.3.4    The (iv) length of 20 to 31 nucleotides is mentioned on page 21, lines 12 to 15. The whole passage reads: "Designing antisense molecules to completely mask consensus splice sites may not necessarily generate any skipping of the targeted exon. Furthermore, the inventors have discovered that size or length of the antisense oligonucleotide itself is not always a primary factor when designing antisense molecules. With some targets such as exon 19, antisense oligonucleotides as short as 12 bases were able to induce exon skipping, albeit not as efficiently as longer (20-31 bases) oligonucleotides. In

SRPT-VYDS-0004824

some other targets, such as murine dystrophin exon 23, antisense oligonucleotides only 17 residues long were able to induce more efficient skipping than another overlapping compound of 25 nucleotides." The Proprietor has submitted that the range of 20 to 31 nucleotides was disclosed as preferred embodiment. However, the fact that oligonucleotides of 20 to 31 nucleotides are efficient (and hence preferred) is disclosed in this passage only in respect of oligonucleotides targeting exon 19, but not in respect of oligonucleotides targeting exon 53. The entire passage also makes it clear that it is in fact not predictable, which oligonucleotides would provide the most efficient skipping. In one example (exon 19) it is "longer (20-31 bases) oligonucleotides", in another one (mouse exon 23) "antisense oligonucleotides only 17 residues long were able to induce more efficient skipping than another overlapping compound of 25 nucleotides". Thus, on the one hand, the passage on page 21 is entirely silent about oligonucleotides targeting exon 53. On the other hand, it teaches the skilled person that it is entirely unpredictable, whether longer (20-31 bases) oligonucleotides or shorter oligonucleotides (e. g. 17 residues long) would be more efficient and therefore preferred. For these reasons, the passage on page 21 does not provide a direct and unambiguous basis for the reference to oligonucleotides of 20 to 31 nucleotides length that target annealing sites in exon 53.

3.3.5    As far as the combinations of features or the selection from lists are concerned, it follows from the foregoing discussion of e. g. the "morpholino" feature that there is no basis for a combination of said feature with any given oligonucleotide targeting the two sites recited in claim 1 or with the particular length of the oligonucleotide.

3.3.6    For these reasons, the Opposition Division arrived at the conclusion that the main request extends beyond the disclosure of the earlier application as originally filed (Article 76(1) EPC).

3.3.7    For completeness, it is noted that (v) the functionality of the oligonucleotides to induce exon skipping is repeatedly mentioned in the general part of the disclosure (cf. e. g. pages 5, 20, of the application as filed).

3.3.8    The term "specifically hybridizable" (ii) is clearly described on page 23 of the application as filed. This passage provides sufficient basis for this feature of claim 1.

4    **Auxiliary Requests 1 to 5**

SRPT-VYDS-0004825

| | | | |
|---|---|---|---|
| Datum<br>Date<br>Date | 19.12.2017 | Blatt<br>Sheet   9<br>Feuille | Anmelde-Nr:<br>Application No:   10 004 274.6<br>Demande n°: |

4.1   The auxiliary requests 1 to 5 all suffer from some of the same deficiencies as the main request, since all of these request contain the references to the morpholino oligonucleotide and to the length of 20 to 31 nucleotides. The findings for the amendments of claim 1 of the main request (cf. paragraphs 3.3.2 and 3.3.4, *supra*) apply *mutatis mutandis* to the corresponding amendments of claim 1 of the auxiliary requests 1 to 5.

4.2   The conclusions for the amendments of claim 1 of the main request in respect of the targeting of both sites H53A(+23+47) and H53A(+39+69) apply *mutatis mutandis* to the corresponding amendments of claim 1 of auxiliary request 1 (cf. paragraph 3.3.1, *supra*).

4.3   Therefore, the auxiliary requests 1 to 5 likewise extend beyond the content of earlier application as originally filed (Article 76(1) EPC).

5   **Decision**

5.1   **Since the ground of opposition according to Article 100(c) EPC prejudices the maintenance of the patent as granted or its maintenance in amended form based on any one of auxiliary requests 1 to 5, the patent is revoked pursuant to Articles 101(2) and 101(3)(b) EPC.**

6   While the grounds for opposition referred to in Article 100(a) and (b) EPC were not discussed in the oral proceedings, the Opposition Division wishes to make some comments (*obiter dictum*) concerning the requirements of Article 56 EPC that are valid for the requests currently on file.

It is emphasized that the following comments only reflect the *opinion* of the Opposition Division.

6.1   Article 56 EPC

6.1.1   The Opponent argued that the subject matter of the present claims would not be inventive in view of the disclosure of documents D3 in combination with D1 or in view of the combination of the teaching of D3 and D4.

6.1.2   The Proprietor submitted that document D3 would only teach shorter non-PMO oligonucleotides and that nothing in D3 would indicate a region suitable for longer oligonucleotides resulting in highly efficient skipping. D1 was only dealing with the use of PMOs as tools in investigating vertebrate development

SRPT-VYDS-0004826

| Datum<br>Date    19.12.2017<br>Date | Blatt<br>Sheet    10<br>Feuille | Anmelde-Nr:<br>Application No:    10  004  274.6<br>Demande n°: |
|---|---|---|

and hence was from a completely different technical field. The combination of D3 and D4 would likewise not lead the skilled person to the claimed invention, since both documents would only teach 18-mers. It was furthermore argued that the "limited data of the prior art does not make the specific longer PMOs claimed" in the patent obvious.

6.1.3    The inventive step is usually assessed by applying the "problem and solution approach". According to the Case Law of the Boards of Appeal of the EPO, 8th edition, 2016, this "consists essentially of (a) identifying the "closest prior art", (b) assessing the technical results (or effects) achieved by the claimed invention when compared with the "closest state of the art" established, (c) defining the technical problem to be solved as the object of the invention to achieve these results, and (d) examining whether or not a skilled person, having regard to the state of the art within the meaning of Art. 54(2) EPC, would have suggested the claimed technical features in order to obtain the results achieved by the claimed invention".

6.1.4    Claim 1 of the main request relates to a morpholino antisense oligonucleotide that binds to human dystrophin pre-mRNA, wherein said oligonucleotide is 20 to 31 nucleotides in length and is an oligonucleotide that is specifically hybridizable to an exon 53 target region of the Dystrophin gene designated as annealing site H53A (+23+47), annealing site H53A (+39+69), or both, and wherein said oligonucleotide induces exon 53 skipping.

In the opinion of the Opposition Division, document D3 could be regarded as the closest prior art. It appears that this assessment could be shared by both the Opponent and the Proprietor.

D3 discloses oligonucleotides targeting the exon 53. The region targeted by the oligonucleotides described in D3 is contained in the region H53A (+39+69). D3 explicitly teaches the use of oligonucleotides of up to 50 nucleotides length and with morpholino backbone (cf. D3, claims 3, 12). It is emphasized that the teaching of a patent document cannot be limited to its examples. Thus, the fact that only 18-mers are exemplified does not mean that the teaching and the enabling disclosure provided by D3 is limited to 18-mers.

The difference between the subject matter of claim 1 and the disclosure of D3 consists in the precise region targeted by the oligonucleotides. It appears that the patent does not describe a single morpholino oligonucleotide falling within the scope of the claims; at most the teaching in respect of morpholinos appears to be limited to specific sequences displayed in table 1A (*supra*). The

SRPT-VYDS-0004827

| Datum<br>Date   19.12.2017<br>Date | Blatt<br>Sheet   11<br>Feuille | Anmelde-Nr:<br>Application No:  10 004 274.6<br>Demande n°: |
| --- | --- | --- |

patent furthermore does not compare the 18-mers exemplified in the prior art with the longer oligonucleotides presently claimed. The patent provides some data for 2'-O-methyl phosphorothioate oligonucleotides targeting the same region (cf. table 39). Some of these oligonucleotides only induce "very faint skipping". Thus, in view of the data in the patent, no effect appears to be associated with the structural differences, i. e. with the targeting of a different, longer region.

While the Proprietor has provided D12, which shows a comparison between an 18-mer and oligonucleotides of 24 to 31 nucleotides length, there is no comparison with any oligonucleotide of 20 nucleotides length. Based on the data supplied by the Opponent (cf. D8), the slightly longer oligonucleotides (i. e. the 20-mer or the 21-mer) do not seem to be better than the 18-mer. Thus, it seems impossible to draw any conclusion concerning an effect present over the entire scope of the claims. The Proprietor asserted that 20-mer according to claim 1 are more efficient than the prior art oligonucleotides. However, there seems to be no evidence on file to support this assertion.

In summary, the technical problem to be solved could only be regarded to reside in the provision of alternative oligonucleotides suitable for skipping of exon 53.

The solution consists of the oligonucleotides defined in claim 1.

The Opposition Division is of the opinion that the presently claimed subject matter would have been obvious in view of the teaching of D3 alone, since it discloses oligonucleotides targeting the same region and since it teaches the use of morpholino oligonucleotides with a length of up to 50 nucleotides in length (cf. D3, claims 1, 3, 10, 12). Merely extending the exemplified oligonucleotides by e. g. two nucleotides, as explicitly suggested in D3, does not require more than routine measures. In addition, the presently claimed compounds are not shown to possess any unexpected or surprising effects.

6.1.5   It is noted that the different auxiliary requests have different scopes (e. g. concerning the region(s) targeted), which may have a bearing on the inventive merit of the claimed subject matter. It is noted that D3 does not seem to suggest targeting the H53A (+23+47) region. However, this region is targeted in D4. While D4 refers to "*morpholine salts*" in paragraph 46, it is doubtful, whether this passage amounts to a direct disclosure of morpholinos.

6.1.6   In view of the replies of the parties to the summons to oral proceedings, the following further comments reflecting the *opinion* of the Opposition Division appear relevant.

SRPT-VYDS-0004828

| | | |
|---|---|---|
| Datum Date Date | 19.12.2017 | Blatt Sheet Feuille | 12 | Anmelde-Nr: Application No: Demande n°: | 10 004 274.6 |

While the Proprietor has argued that the claimed subject matter was an improvement over the prior art, it was submitted in the letter dated 29 September 2017 (cf. page 6) "that **the majority of the tested 20-mers** ... show **at least equivalent or improved,** exon 53 skipping efficiency compared with h53AON1" (h53AON1 is an 18-mer; emphasis by the Proprietor). With some 20-mers merely being "equivalent", it appears that an improvement has not been shown to be present over the entire scope.

It is furthermore noted that all the tested oligonucleotides seem to be 100% complementary to their target, whereas the claims have a broader scope, namely encompassing oligonucleotides that are "specifically hybridisable" (cf. page 23 of the application as filed, last paragraph). In view of these considerations, the problem to be solved could only be regarded to reside in the provision of alternative oligonucleotides suitable for exon 53 skipping.

SRPT-VYDS-0004829

### Article 106
### Decisions subject to appeal

(1) An appeal shall lie from decisions of the Receiving Section, Examining Divisions, Opposition Divisions and the Legal Division. It shall have suspensive effect.

(2) A decision which does not terminate proceedings as regards one of the parties can only be appealed together with the final decision, unless the decision allows a separate appeal.

(3) The right to file an appeal against decisions relating to the apportionment or fixing of costs in opposition proceedings may be restricted in the Implementing Regulations.

### Rule 97
### Appeal against apportionment and fixing of costs

(1) The apportionment of costs of opposition proceedings cannot be the sole subject of an appeal.

(2) A decision fixing the amount of costs of opposition proceedings cannot be appealed unless the amount exceeds that of the fee for appeal.

### Rule 98
### Surrender or lapse of the patent

The decision of an Opposition Division may be appealed even if the European patent has been surrendered in all the designated Contracting States or has lapsed in all those States.

### Article 107
### Persons entitled to appeal and to be parties to appeal proceedings

Any party to proceedings adversely affected by a decision may appeal. Any other parties to the proceedings shall be parties to the appeal proceedings as of right.

### Article 108
### Time limit and form

Notice of appeal shall be filed, in accordance with the Implementing Regulations, at the European Patent Office within **two months** of notification of the decision. Notice of appeal shall not be deemed to have been filed until the fee for appeal has been paid. Within **four months** of notification of the decision, a statement setting out the grounds of appeal shall be filed in accordance with the Implementing Regulations.

### Further information concerning the filing of an appeal

(a) Notice of appeal can be filed in accordance with Rule 1 and Rule 2(1) EPC, by delivery by hand, by post, or by technical means of communication. The filing has to comply with the details and conditions and, where appropriate, any special formal or technical requirements laid down by the President of the European Patent Office (R. 99(3) EPC).

(b) The addresses of the filing offices of the European Patent Office are as follows:

| (i) European Patent Office<br>D-80298 Munich<br>Germany | (ii) European Patent Office<br>Postbus 5818<br>NL-2280 HV Rijswijk (ZH)<br>The Netherlands | (iii) European Patent Office<br>D-10958 Berlin<br>Germany |
|---|---|---|
| Fax: +49 89 2399-4465 | Fax: +31 70 340-3016 | Fax: +49 30 259 01-840 |

SRPT-VYDS-0004830

(c) The notice of appeal must contain the name and address of the appellant in accordance with the provisions of Rule 41(2)(c) EPC, an indication of the decision impugned, and a request defining the subject of the appeal. In the statement of grounds of appeal the appellant shall indicate the reasons for setting aside the decision impugned, or the extent to which it is to be amended, and the facts and evidence on which the appeal is based (R. 99(1) and (2) EPC). The notice of appeal and any subsequent submissions stating the grounds for appeal must be signed (R. 50(3) EPC).

(d) The fee for appeal is laid down in the Rules relating to Fees. The schedule of fees and expenses of the EPO or a reference to the current version is regularly published in the Official Journal of the European Patent Office under the heading "Guidance for the payment of fees, expenses and prices". Fee information is also published on the EPO website under www.epo.org/ fees.

SRPT-VYDS-0004831

Patentanmeldung Nr.
Patent application No.    | 10004274.6 |
Demande de brevet n°

Literaturbogen                Citation sheet                Liste des antériorités

D1    Corey et al., Genome Biology, 2001, 2(5) 1015.1-1015.3

D2    AU 2004903474 (priority document)

D3    WO 2004/083432

D4    WO 2004/048570 (≙ EP 1 568 769)

D5    CA 2 507 125

D6    Aartsma-Rus et al., Human Molecular Genetics (2003), vol. 12, no. 8; pp 907-914

D7    Aartsma-Rus et al., Neuromuscular Disorders vol.12,S71-S77(2002)

D8    experimental report

D8-1        experimental report

**D9** - Popplewell *et al* (*Neuromuscular Disorders*, 2010, 20: 102-110)
**D10** - Aartsma-Rus *et al.*, *Oligonucleotides* 2005 Dec;15(4):284-97
**D11** - Figure A - showing the target region of exon 53 and the locations of the most active Popplewell (D9) PMOs compared to the exon 53 antisense oligonucleotides (AONs) SEQ ID NOs: 191, 192, 193 and 195 of the Opposed Patent
**D12** - Figures showing in two sets of experiments the efficacy of an AON targeting annealing site H53A (+39+62) (SEQ ID No: 192), an AON targeting annealing site H53A(+39+69) (SEQ ID No: 193) and an AON targeting annealing site H53A(+23+47) (SEQ ID No: 195) compared to an AON targeting the same exon 53 annealing site as h53AON1
D13 - US 2013/0211062
D14 – Declaration of Dr. Schnell
D15 - Summerton and Weller, *Antisense & Nucleic Acid Drug Dev.* **1997**, 7, 187-195.

D16        experimental report (filed as D13 by the Opponent)

SRPT-VYDS-0004832



Europäisches
Patentamt

European
Patent Office

Office européen
des brevets

European Patent Office
Postbus 5818
2280 HV Rijswijk
NETHERLANDS
Tel: +31 70 340 2040
Fax: +31 70 340 3016

Formalities Officer
Name: Masserut, Marilú
Tel: +31 70 340 - 8961
or call
+31 (0)70 340 45 00



D Young & Co LLP
120 Holborn
London EC1N 2DY
ROYAUME-UNI

| Application No. / Patent No. | Ref. | Date |
|---|---|---|
| 10 004 274.6 - 1401 / 2 206 781 / | X109014EPA AAW | 19.12.2017 |
| Proprietor | | |
| THE UNIVERSITY OF WESTERN AUSTRALIA | | |

**Provision of a copy of the minutes in accordance with Rule 124(4) EPC**

The attached copy of the minutes of the oral proceedings is sent to you in accordance with Rule 124(4) EPC.



Masserut, Marilú
**Formalities Officer**
Tel. No.: +31 70 340 - 8961          **Branch at The Hague**

Enclosure(s):     Copy of the minutes (Form 2309)

**Registered Letter**
EPO Form 2042 12.07TRI

SRPT-VYDS-0004833



Europäisches
Patentamt

European
Patent Office

Office européen
des brevets

European Patent Office
Postbus 5818
2280 HV Rijswijk
NETHERLANDS
Tel: +31 70 340 2040
Fax: +31 70 340 3016

Application No.:          | 10 004 274.6 |

Patent No.:              EP-B-2 206 781

## Minutes of the oral proceedings before the OPPOSITION DIVISION

The proceedings were public.

**Proceedings opened** on    30.11.2017    at    09:33    hours

**Present as members of the opposition division:**

Chairman:                  Macchia, Giovanni
1st member:                Bucka, Alexander
2nd member:                Romano, Alper

Minute writer:             Romano, Alper

**Present as or for the party or parties:**

* For the Proprietor(s):     THE UNIVERSITY OF WESTERN AUSTRALIA

                            a) Aylsa Williams (D. Young &amp; Co) and Garreth Duncan (EPA), as
                            professional representatives
                            b) Ch. Verni and M. Evans US patent attorneys for Sarepta
                            Therapeutics (licensee), F. Schnell as technical expert

* For the Opponent 1:        Nippon Shinyaku Co., Ltd.

                            a) Günter Keller of Lederer &amp; Keller (professional representative)
                            b) A. Naito (interpreter), T. Imazato as Patent Attorney (Abe, Ikubo &amp;
                            Katayama), A. Nakamura (patent attorney), N. Watanabe, Y. Shirouchi all f
                            Nippon Shinyaku

The identity of the person/s (as well as, if applicable, that of the witness or witnesses) and, where necessary,
the authorisation to represent/authority to act were checked.

Essentials of the oral proceedings and relevant statements of the parties:

SRPT-VYDS-0004834

| Datum<br>Date   19.12.2017<br>Date | Blatt<br>Sheet   1<br>Feuille | Anmelde-Nr:<br>Application No:  10 004 274.6<br>Demande n°: |

The Chairman opened the proceedings and confirmed the requests on file. The opponent (OPP) requested the revocation of the patent under Art. 100(a) EPC in conjunction with Art. 56 EPC, Art. 100(b) EPC and Art. 100(c) EPC. The proprietor (PRO) requested rejection of the opposition, i.e. maintenance of the patent as granted based on the main request (MR) or alternatively maintenance of the patent on the basis of auxiliary requests 1-5 (AR1-5). The Chairman also noted that D1-D8 was submitted by the OPP with the notice of opposition, D9-D12 was filed by the PRO with reply to the notice and D13-D15 was field in reply to the summons. D13 filed by the opponent was renumbered as D16.

The first objection to be discussed was added matter under Art. 100(c) EPC. OPP noted that they relied on their arguments indicated in writing. Claim 1 of the MR had four different issues:

1- The morpholino modification of claim 1 was not properly disclosed in the application. The only basis for morpholino was the legend of table 1a, on bridging passage of pages 16-17. Additionally the general passage on page 26 starting from line 15 disclosed PNA modifications but did not mention morpholino. Finally the table 39 on page 62 also did not disclose morpholinos.

2- The term 'both' was not disclosed anywhere in the application. The term 'weasel' was disclosed but this term was related to skipping of more than one exon. Table 1c on pages 17-18 disclosed weasels always as 2 oligonucleotides linked by poly(A). In any case there was no weasel disclosed for the claimed target regions.

3- The nucleotide range of 20-31 was disclosed only on page 21, lines 12-15 in the context of another exon (exon 19) and not exon 53.

4- The term 'specifically hybridizable' as defined on page 23, starting from line 18 could not have been combined with the disclosure of table 39.

PRO replied to the OPP that the term morpholino was disclosed on page 17 but was not linked to table 1a; it was a general disclosure. Everyone in the field knew what morpholino chemistry meant, D15 was filed as evidence for that knowledge (D15: page 188, figure 2). PRO also cited case law decisions T714/00 and T1067/97 as support for allowing combination of features. In this case the base sequence and the backbone chemistry were not inextricably linked. The passage on page 26, line 30 states 'one such modification' and therefore PNA was disclosed there only as an example.

SRPT-VYDS-0004835

| Datum<br>Date  19.12.2017<br>Date | Blatt<br>Sheet  2<br>Feuille | Anmelde-Nr:<br>Application No:  10 004 274.6<br>Demande n°: |

PRO was also of the opinion that the term 'both' was disclosed because the case law such as T667/08 did not require literal support and forming a range from the target positions was permitted as indicated in T201/83. The sequences on page 62 formed a cluster. The position +23 was purely a starting point, +69 was the end point of the annealing site. These positions were used to define the coordinate points.

According to PRO the nucleotide range of 20-31 was also not linked to exon 19 but was a general feature. That passage on page 21, line 13 used the wording 'such as' indicating exon 19 as an example.  Likewise 'specifically hybridizable' was also a general term clearly disclosed on page 23.

OPP responded that although the skilled person might have known that 2'-OMe could be replaced with morpholino, however under Art. 100(c) EPC the issue was whether there was a direct and unambiguous basis in the application as originally filed. OPP also objected the citation of several case law decisions because it was difficult extract information from the case law book. This should be allowed only in exceptional cases. Moreover, table 39 on page 62 disclosed many regions and there was no clear disclosure of the ranges of claim 1. Finally, the objection about the term 'specifically hybridizable' was also maintained.

PRO replied that the skilled person would have taken the common general knowledge into account. Any antisense oligonucleotide could be morpholino. The cited case law decisions were well known cases. In table 39 4/7 had exon skipping activity at 50nM. Therefore the combination was justified.

After a break between 10:45-11:15, the chairman declared that requirements of Art. 100(c) EPC were not met. At the request of further explanation by the PRO, the Opposition Division indicated that the range 20-31 nucleotides and the term 'both' did not have a basis and,  in the context of claim 1 the term morpholino also had no basis. It was further noted that this conclusion also applied to AR1-5.

The PRO asked for a short break and between 11:18-11:23 a break was given.

After the break, the PRO declared that he/she  chose not to file any further requests and no requests on file were withdrawn.

The chairman declared the revocation of the patent for non-fulfilment of the requirements of  Art. 100(c) EPC and closed the proceedings.

EPO Form 2906 01.91TRI

SRPT-VYDS-0004836

Sheet 2/1                                                    Application No.: 10 004 274.6

After deliberation of the opposition division,

* the chairman announced the following **decision:**

**"The European patent is revoked."**

Regarding the reasons for the decision, the chairman referred to:

Article 101(2) EPC, first sentence: the following ground(s) for opposition mentioned in Article 100 EPC prejudice(s) the maintenance of the patent as granted.

The division's opinion is that, even taking into consideration the amendments made by the proprietor of the patent during the opposition proceedings, the patent does **not** meet the requirements of the Convention (Article 101(3)(b)EPC)

The party/parties was/were informed that the minutes of the oral proceedings and a written reasoned decision (including an indication of the possibility of appeal) will be notified to him/them as soon as possible.

The chairman **closed the oral proceedings** on   30.11.2017   at   11:25   hours.

signed:                                                      signed:

Macchia, Giovanni                                           Romano, Alper
. . . . . . . . . . . . . . . /. . .                         . . . . . . . . . . . . . . . . . . . .
Chairman                                                    Minute Writer

Enclosure(s):

EPC Form 2309.2  12.07TRi

SRPT-VYDS-0004837



Europäisches
Patentamt
European
Patent Office
Office européen
des brevets

Europäisches Patentamt
80298 MUNICH
GERMANY

Questions about this communication ?
Contact Customer Services at www.epo.org/contact

D Young & Co LLP
120 Holborn
London EC1N 2DY
ROYAUME UNI

| Date |
| --- |
| 19.12.2017 |

| Reference | Application No./Patent No. |
| --- | --- |
| X109014EPA AAW | 10004274.6 - 1401 / 2206781 |

| Applicant/Proprietor |
| --- |
| THE UNIVERSITY OF WESTERN AUSTRALIA |

EPA/EPO/OEB Formblatt/Form/Formulaire :   2331

**Empfangsbescheinigung über den Zugang des vorstehend bezeichneten Schriftstücks**
**Acknowledgement of receipt of the document specified above**
**Récépissé du document spécifié ci-dessus**

Unter Bezugnahme auf die Mitteilung im ABl EPA 7/2010, 377 wird gebeten, die Empfangsbescheinigung mit Empfangsdatum und Unterschrift zu versehen und **umgehend** an das EPA zurückzusenden:

With reference to the Notice in OJ EPO 7/2010, 377, you are requested to date and sign the acknowledgement of receipt and return it to the EPO **immediately**:

Conformément au communiqué paru au JO OEB 7/2010, 377, vous êtes prié d'indiquer sur le récépissé la date de réception du document, de signer le récépissé et de le renvoyer **sans délai** à l' OEB:

- **über die Online-Dienste des EPA (als Anlage zu EPA Form 1038) / through EPO Online Services** (as annex to EPO Form 1038) / **par les services en ligne de l'OEB** (en tant que pièce jointe au formulaire OEB 1038),
- **per Fax / by fax / par téléfax (+49 (0) 89 2399-4465 or +31 (0) 70 340-3016)**
- oder per Post / or by post / ou par courrier.

Empfangen am / Received on / Reçu le :

Unterschrift / Signature:

Empfangsberechtigter/authorised recipient/
le destinataire ou la personne dûment mandatée :

Rücksende-Adresse / Return address / Adresse de retour
(Umschlag / envelope / enveloppe ISO C4 / DL / C6/C5 / C6)

DEUTSCHLAND
80298 MÜNCHEN
Europäisches Patentamt

Rücksende-Adresse / Return address / Adresse de retour

EPA/EPO/OEB Form 2936  08.10

MM50132

SRPT-VYDS-0004838



Europäisches
Patentamt

European
Patent Office

Office européen
des brevets

European Patent Office
80298 MUNICH
GERMANY

**Questions about this communication ?**
Contact Customer Services at www.epo.org/contact

D Young & Co LLP
120 Holborn
London EC1N 2DY
ROYAUME UNI

DEADLINE: No Due Date
REVIEW:
ACTION: Extended Search Report
ATTORNEY: AAW
Added by Francesca Iacob @ 4:28 pm, Jan 30, 2017

| Date | |
|---|---|
| | 23.01.17 |

| Reference | Application No./Patent No. |
|---|---|
| P110313EPAA | 16172354.9 - 1401 |
| Applicant/Proprietor | |
| Sarepta Therapeutics, Inc. | |

## Communication

The extended European search report is enclosed.

The extended European search report includes, pursuant to Rule 62 EPC, the European search report (R. 61 EPC) or the partial European search report/ declaration of no search (R. 63 EPC) and the European search opinion.

Copies of documents cited in the European search report are attached.

☑   0 additional set(s) of copies of such documents is (are) enclosed as well.

The following have been approved:

☑   Abstract          ☑   Title

☐   The Abstract was modified and the definitive text is attached to this communication.

The following figure(s) will be published together with the abstract:

**Refund of search fee**
If applicable under Article 9 Rules relating to fees, a separate communication from the Receiving Section on the refund of the search fee will be sent later.

Should you wish to further prosecute this application in the examination phase, your attention is drawn to the provisions of Rule 70a EPC. An invitation to respond to the extended European search report will be issued once the date of publication of the European search report has been mentioned in the European Patent Bulletin (R. 69(1), R. 70(2) EPC).



SRPT-VYDS-0004839



**EUROPEAN SEARCH REPORT**

Application Number

EP 16 17 2354

| DOCUMENTS CONSIDERED TO BE RELEVANT | | | |
|---|---|---|---|
| Category | Citation of document with indication, where appropriate, of relevant passages | Relevant to claim | CLASSIFICATION OF THE APPLICATION (IPC) |
| X | WO 2006/000057 A1 (UNIV WESTERN AUSTRALIA [AU]; WILTON STEPHEN DONALD [AU]; FLETCHER SUE) 5 January 2006 (2006-01-05)<br>* page 62; figure 22; tables 37,38 *<br>----- | 1-12 | INV.<br>C12N15/113<br>C12N15/11 |

TECHNICAL FIELDS
SEARCHED    (IPC)

C12N

The present search report has been drawn up for all claims

| Place of search | Date of completion of the search | Examiner |
|---|---|---|
| The Hague | 12 January 2017 | Romano, Alper |

CATEGORY OF CITED DOCUMENTS

X : particularly relevant if taken alone
Y : particularly relevant if combined with another
    document of the same category
A : technological background
O : non-written disclosure
P : intermediate document

T : theory or principle underlying the invention
E : earlier patent document, but published on, or
    after the filing date
D : document cited in the application
L : document cited for other reasons

& : member of the same patent family, corresponding
    document

1

EPO FORM 1503 03.82 (P04C01)

SRPT-VYDS-0004840

**ANNEX TO THE EUROPEAN SEARCH REPORT
ON EUROPEAN PATENT APPLICATION NO.**

EP 16 17 2354

This annex lists the patent family members relating to the patent documents cited in the above-mentioned European search report.
The members are as contained in the European Patent Office EDP file on
The European Patent Office is in no way liable for these particulars which are merely given for the purpose of information.

12-01-2017

| Patent document cited in search report | | Publication date | Patent family member(s) | | Publication date |
|---|---|---|---|---|---|
| WO 2006000057 | A1 | 05-01-2006 | AT | 498685 T | 15-03-2011 |
| | | | CY | 1111447 T1 | 05-08-2015 |
| | | | DK | 1766010 T3 | 06-06-2011 |
| | | | DK | 2206781 T3 | 07-03-2016 |
| | | | EP | 1766010 A1 | 28-03-2007 |
| | | | EP | 2206781 A2 | 14-07-2010 |
| | | | EP | 2500430 A2 | 19-09-2012 |
| | | | EP | 2933332 A1 | 21-10-2015 |
| | | | EP | 3029142 A1 | 08-06-2016 |
| | | | ES | 2361325 T3 | 16-06-2011 |
| | | | ES | 2564185 T3 | 18-03-2016 |
| | | | HK | 1216545 A1 | 18-11-2016 |
| | | | HR | P20110352 T1 | 30-06-2011 |
| | | | HR | P20160225 T1 | 06-05-2016 |
| | | | PT | 1766010 E | 25-05-2011 |
| | | | SI | 1766010 T1 | 30-06-2011 |
| | | | SI | 2206781 T1 | 31-05-2016 |
| | | | US | 2008200409 A1 | 21-08-2008 |
| | | | US | 2011015253 A1 | 20-01-2011 |
| | | | US | 2011015258 A1 | 20-01-2011 |
| | | | US | 2011046203 A1 | 24-02-2011 |
| | | | US | 2011263686 A1 | 27-10-2011 |
| | | | US | 2012022144 A1 | 26-01-2012 |
| | | | US | 2012022145 A1 | 26-01-2012 |
| | | | US | 2012029057 A1 | 02-02-2012 |
| | | | US | 2012029058 A1 | 02-02-2012 |
| | | | US | 2012029059 A1 | 02-02-2012 |
| | | | US | 2012029060 A1 | 02-02-2012 |
| | | | US | 2012041050 A1 | 16-02-2012 |
| | | | US | 2013116310 A1 | 09-05-2013 |
| | | | US | 2013217755 A1 | 22-08-2013 |
| | | | US | 2013253033 A1 | 26-09-2013 |
| | | | US | 2013253180 A1 | 26-09-2013 |
| | | | US | 2013274313 A1 | 17-10-2013 |
| | | | US | 2013331438 A1 | 12-12-2013 |
| | | | US | 2014080898 A1 | 20-03-2014 |
| | | | US | 2014155587 A1 | 05-06-2014 |
| | | | US | 2014243515 A1 | 28-08-2014 |
| | | | US | 2014243516 A1 | 28-08-2014 |
| | | | US | 2014309283 A1 | 16-10-2014 |
| | | | US | 2014309284 A1 | 16-10-2014 |
| | | | US | 2014309285 A1 | 16-10-2014 |
| | | | US | 2015057330 A1 | 26-02-2015 |
| | | | US | 2015353931 A1 | 10-12-2015 |
| | | | US | 2015376615 A1 | 31-12-2015 |
| | | | US | 2015376616 A1 | 31-12-2015 |

EPO FORM P0459

For more details about this annex : see Official Journal of the European Patent Office, No. 12/82

SRPT-VYDS-0004841

**ANNEX TO THE EUROPEAN SEARCH REPORT
ON EUROPEAN PATENT APPLICATION NO.**

EP 16 17 2354

This annex lists the patent family members relating to the patent documents cited in the above-mentioned European search report.
The members are as contained in the European Patent Office EDP file on
The European Patent Office is in no way liable for these particulars which are merely given for the purpose of information.

12-01-2017

| Patent document cited in search report | Publication date | Patent family member(s) | Publication date |
|---|---|---|---|
| | | US 2016002631 A1 | 07-01-2016 |
| | | US 2016002632 A1 | 07-01-2016 |
| | | US 2016002635 A1 | 07-01-2016 |
| | | WO 2006000057 A1 | 05-01-2006 |

EPO FORM P0459

For more details about this annex : see Official Journal of the European Patent Office, No. 12/82

page 2 of 2

SRPT-VYDS-0004842

**Information on Search Strategy** - Pilot phase (see OJ 2015, A86)
The type of information contained in this sheet may change during the pilot for improving the usefulness of this new service.

Application Number

EP 16 17 2354

TITLE: MULTIPLE EXON SKIPPING COMPOSITIONS FOR DMD

APPLICANT: Sarepta Therapeutics, Inc.

IPC CLASSIFICATION: C12N15/113, C12N15/11

EXAMINER: Romano, Alper

CONSULTED DATABASES: DOSYS, EPODOC, INET (GOOGLE), MEDLINE, NPL, WPI, XFULL


CLASSIFICATION SYMBOLS DEFINING EXTENT OF THE SEARCH:

IPC:

CPC:

FI/F-TERMS:


KEYWORDS OR OTHER ELEMENTS FEATURING THE INVENTION:
claims directed to morpholino antisense oligonucleotide targeting exon 52 of dystrophin to induce exon 52 skipping. All SEQ ID NOS of claim 1 searched.

EPO FORM P04A42

SRPT-VYDS-0004843

| Datum Date Date | cf Form 1507 | Blatt Sheet Feuille | 1 | Anmelde-Nr: Application No: Demande n°: | 16 172 354.9 |
|---|---|---|---|---|---|

The search opinion is being carried out on the **following application documents**

**Description, Pages**

  1-114                    as originally filed

**Sequence listings, SEQ ID NO**

  1-651                    as originally filed

**Claims, Numbers**

  1-12                     as originally filed

**Drawings, Sheets**

  1-39                     as originally filed

Reference is made to the following document; the numbering will be adhered to in the rest of the procedure.

  D1        WO 2006/000057 A1 (UNIV WESTERN AUSTRALIA [AU]; WILTON
            STEPHEN DONALD [AU]; FLETCHER SUE) 5 January 2006

The divisional application meet the requirement of Art. 76(1) EPC.

The search report and the search opinion are established with the assumption that the priority rights are valid (Art. 89 EPC).

Present claims 1-12  are novel, the prior art does not disclose any antisense oligonucleotides (AONs) targeting exon 52 of the dystrophin gene for exon skipping and any such AONs containing morpholino subunits (Art. 54 EPC).

SRPT-VYDS-0004844

| Datum<br>Date<br>Date | cf Form 1507 | Blatt<br>Sheet<br>Feuille | 2 | Anmelde-Nr:<br>Application<br>No:<br>Demande n°: | 16 172 354.9 |
|---|---|---|---|---|---|

D1 can be considered as the closest prior art. D1 discloses 2-OMe modified antisense oligonucleotides (AONs) successfully targeting exon 52 of the dystrophin gene for exon skipping (D1: table 1A, 37,38, figure 22). The subject matter of claim 1 differs from that of D1 in that AONs containing morpholino subunits are suggested for the same purposes. There is no technical effect disclosed due to this difference.

In view of D1 the problem underlying present claims can be defined as the provision of alternative modified AONs for skipping exon 52.

The solution is AONs containing morpholino subunits and comprising base sequences of SEQ ID NOS:372-415

The application does not provide any technical evidence that the claimed compounds have any exon skipping activity. The subject matter of present claims is rather obvious because morpholino modifications are well known in the exon skipping field as one of the most common alternatives for 2'-OMe modification. In fact, D1 also suggest that morpholino could be used instead of 2-OMe (D1: legend of table 1A, page 17). The presence of sequence IDs in claim 1 also do not provide any additional contribution because the regions of dystrophin gene that could be targeted for exon skipping are well established. The remaining claims are directed to routine modifications or uses in the field. In the absence of any unexpected effect or improvement over the prior art, claims 1-12 do not involve an inventive step (Art. 56 EPC).

Claims 1-12 are industrially applicable (Art. 57 EPC).

SRPT-VYDS-0004845



Europäisches
Patentamt

European
Patent Office

Office européen
des brevets

European Patent Office
80298 MUNICH
GERMANY

**Questions about this communication ?**
Contact Customer Services at www.epo.org/contact

D Young & Co LLP
120 Holborn
London EC1N 2DY
ROYAUME UNI

DEADLINE: No due date
REVIEW:
ACTION: Extended Search Report
ATTORNEY: ^AW
Added by Jessica Cook @ 12:00 pm, Aug 31, 2017

| Date |
|------|
| 05.09.17 |

| Reference | Application No./Patent No. |
|-----------|---------------------------|
| P109014EPAAA | 17159328.8 - 1401 |

| Applicant/Proprietor |
|----------------------|
| THE UNIVERSITY OF WESTERN AUSTRALIA |

## Communication

The extended European search report is enclosed.

The extended European search report includes, pursuant to Rule 62 EPC, the European search report (R. 61 EPC) or the partial European search report/ declaration of no search (R. 63 EPC) and the European search opinion.

Copies of documents cited in the European search report are attached.

☒    0 additional set(s) of copies of such documents is (are) enclosed as well.

The following have been approved:

☒    Abstract          ☒    Title

☐    The Abstract was modified and the definitive text is attached to this communication.

The following figure(s) will be published together with the abstract:

**Refund of search fee**
If applicable under Article 9 Rules relating to fees, a separate communication from the Receiving Section on the refund of the search fee will be sent later.

Should you wish to further prosecute this application in the examination phase, your attention is drawn to the provisions of Rule 70a EPC. An invitation to respond to the extended European search report will be issued once the date of publication of the European search report has been mentioned in the European Patent Bulletin (R. 69(1), R. 70(2) EPC).



SRPT-VYDS-0004846



Europäisches
Patentamt

European
Patent Office

Office européen
des brevets

**EUROPEAN SEARCH REPORT**

Application Number

EP 17 15 9328

## DOCUMENTS CONSIDERED TO BE RELEVANT

| Category | Citation of document with indication, where appropriate, of relevant passages | Relevant to claim | CLASSIFICATION OF THE APPLICATION (IPC) |
|---|---|---|---|
| A | CA 2 507 125 A1 (MATSUO MASAFUMI [JP]; TAKESHIMA YASUHIRO [JP]; NONPROFIT ORGANIZATION) 10 June 2004 (2004-06-10) * sequences 69,70,75 * * examples 81,87 * ----- | 1-5 | INV. C12N15/113 A61K31/7088 A61K31/712 ADD. C07H21/00 A61K48/00 |
| A | AARTSMA-RUS, A. ET AL.: "Therapeutic antisense-induced exon skipping in cultured muscle cells from six different DMD patients", HUMAN MOLECULAR GENETICS, vol. 12, no. 8, 2003, pages 907-914, XP008084159, ISSN: 0964-6906 * compound h53AON1 * ----- | 1-5 | |
| A | AARTSMA-RUS A ET AL: "Targeted exon skipping as a potential gene correction therapy for Duchenne muscular dystrophy", NEUROMUSCULAR DISORDERS,, vol. 12, 2002, pages 71-77, XP008116183, DOI: 10.1016/S0960-8966(02)00086-X * compound h53AON1 * ----- | 1-5 | |
| A | MATSUO M: "DUCHENNE AND BECKER MUSCULAR DYSTROPHY: FROM GENE DIAGNOSIS TO MOLECULAR THERAPY", IUBMB LIFE, vol. 53, no. 3, 1 March 2002 (2002-03-01), pages 147-152, XP009021242, ISSN: 1521-6543 * the whole document * ----- | 1-5 | TECHNICAL FIELDS SEARCHED (IPC) C12N A61K |
| X,P | WO 2004/083446 A2 (ACADEMISCH ZIEKENHUIS LEIDEN [NL]; VAN OMMEREN GARRIT-JAN BOUDEWI [NL]) 30 September 2004 (2004-09-30) * the whole document * ----- | 1-5 | |

The present search report has been drawn up for all claims

| Place of search | Date of completion of the search | Examiner |
|---|---|---|
| The Hague | 28 August 2017 | Andres, Serge |

CATEGORY OF CITED DOCUMENTS

X : particularly relevant if taken alone
Y : particularly relevant if combined with another document of the same category
A : technological background
O : non-written disclosure
P : intermediate document

T : theory or principle underlying the invention
E : earlier patent document, but published on, or after the filing date
D : document cited in the application
L : document cited for other reasons

& : member of the same patent family, corresponding document

1

EPO FORM 1503 03.82 (P04C01)

SRPT-VYDS-0004847

**ANNEX TO THE EUROPEAN SEARCH REPORT
ON EUROPEAN PATENT APPLICATION NO.**

EP 17 15 9328

This annex lists the patent family members relating to the patent documents cited in the above-mentioned European search report.
The members are as contained in the European Patent Office EDP file on
The European Patent Office is in no way liable for these particulars which are merely given for the purpose of information.

28-08-2017

| Patent document cited in search report | | Publication date | Patent family member(s) | | Publication date |
|---|---|---|---|---|---|
| CA 2507125 | A1 | 10-06-2004 | AU | 2003284638 A1 | 18-06-2004 |
| | | | CA | 2507125 A1 | 10-06-2004 |
| | | | CA | 2796924 A1 | 10-06-2004 |
| | | | CA | 2942791 A1 | 10-06-2004 |
| | | | EP | 1568769 A1 | 31-08-2005 |
| | | | EP | 2135948 A2 | 23-12-2009 |
| | | | EP | 2374885 A2 | 12-10-2011 |
| | | | EP | 2386636 A2 | 16-11-2011 |
| | | | EP | 2392660 A2 | 07-12-2011 |
| | | | EP | 2530153 A1 | 05-12-2012 |
| | | | EP | 2530154 A1 | 05-12-2012 |
| | | | EP | 2530155 A1 | 05-12-2012 |
| | | | EP | 2530156 A1 | 05-12-2012 |
| | | | ES | 2509140 T3 | 17-10-2014 |
| | | | ES | 2554660 T3 | 22-12-2015 |
| | | | ES | 2561851 T3 | 01-03-2016 |
| | | | ES | 2566628 T3 | 14-04-2016 |
| | | | ES | 2566629 T3 | 14-04-2016 |
| | | | ES | 2566632 T3 | 14-04-2016 |
| | | | JP | 4777777 B2 | 21-09-2011 |
| | | | JP | 5138722 B2 | 06-02-2013 |
| | | | JP | 5486028 B2 | 07-05-2014 |
| | | | JP | 5802770 B2 | 04-11-2015 |
| | | | JP | 2010229132 A | 14-10-2010 |
| | | | JP | 2012135314 A | 19-07-2012 |
| | | | JP | 2014110798 A | 19-06-2014 |
| | | | JP | 2015180208 A | 15-10-2015 |
| | | | JP | 2016182122 A | 20-10-2016 |
| | | | JP | WO2004048570 A1 | 23-03-2006 |
| | | | US | 2007082861 A1 | 12-04-2007 |
| | | | US | 2011046360 A1 | 24-02-2011 |
| | | | US | 2013090465 A1 | 11-04-2013 |
| | | | US | 2014316123 A1 | 23-10-2014 |
| | | | US | 2016002636 A1 | 07-01-2016 |
| | | | WO | 2004048570 A1 | 10-06-2004 |
| WO 2004083446 | A2 | 30-09-2004 | AU | 2003225410 A1 | 11-10-2004 |
| | | | AU | 2004221145 A1 | 30-09-2004 |
| | | | AU | 2009240879 A1 | 17-12-2009 |
| | | | CA | 2519863 A1 | 30-09-2004 |
| | | | CA | 2524255 A1 | 30-09-2004 |
| | | | CA | 2855229 A1 | 30-09-2004 |
| | | | EP | 1606407 A2 | 21-12-2005 |
| | | | ES | 2452293 T3 | 31-03-2014 |
| | | | HK | 1084694 A1 | 04-04-2014 |
| | | | JP | 5378423 B2 | 25-12-2013 |

EPO FORM P0459

For more details about this annex : see Official Journal of the European Patent Office, No. 12/82

SRPT-VYDS-0004848

**ANNEX TO THE EUROPEAN SEARCH REPORT
ON EUROPEAN PATENT APPLICATION NO.**                EP 17 15 9328

This annex lists the patent family members relating to the patent documents cited in the above-mentioned European search report.
The members are as contained in the European Patent Office EDP file on
The European Patent Office is in no way liable for these particulars which are merely given for the purpose of information.

28-08-2017

| Patent document cited in search report | Publication date | Patent family member(s) | Publication date |
|---|---|---|---|
| | | JP      5973477 B2 | 23-08-2016 |
| | | JP  2006523101 A | 12-10-2006 |
| | | JP  2011101655 A | 26-05-2011 |
| | | JP  2014138589 A | 31-07-2014 |
| | | NZ      543115 A | 31-01-2008 |
| | | US  2006099616 A1 | 11-05-2006 |
| | | US  2006147952 A1 | 06-07-2006 |
| | | US  2009076246 A1 | 19-03-2009 |
| | | US  2011312086 A1 | 22-12-2011 |
| | | US  2013072671 A1 | 21-03-2013 |
| | | US  2013302806 A1 | 14-11-2013 |
| | | US  2014213635 A1 | 31-07-2014 |
| | | US  2014275212 A1 | 18-09-2014 |
| | | US  2014357698 A1 | 04-12-2014 |
| | | US  2014357855 A1 | 04-12-2014 |
| | | US  2014378527 A1 | 25-12-2014 |
| | | US  2015218559 A1 | 06-08-2015 |
| | | US  2016168570 A1 | 16-06-2016 |
| | | US  2016194636 A1 | 07-07-2016 |
| | | US  2016251658 A1 | 01-09-2016 |
| | | US  2016355810 A1 | 08-12-2016 |
| | | WO  2004083432 A1 | 30-09-2004 |
| | | WO  2004083446 A2 | 30-09-2004 |

---------------------------------------------------------------

EPO FORM P0459

For more details about this annex : see Official Journal of the European Patent Office, No. 12/82

SRPT-VYDS-0004849

**Information on Search Strategy** - Pilot phase (see OJ 2015, A86)
The type of information contained in this sheet may change during the pilot for improving the usefulness of this new service.

| Application Number |
| --- |
| EP 17 15 9328 |

TITLE: ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF

APPLICANT: THE UNIVERSITY OF WESTERN AUSTRALIA

IPC CLASSIFICATION: C12N15/113, A61K31/7088, A61K31/712, C07H21/00, A61K48/00

EXAMINER: Andres, Serge

CONSULTED DATABASES: BIOSIS, DOSYS, EMBASE, EPODOC, MEDLINE, NPL, WPI, XPRD


CLASSIFICATION SYMBOLS DEFINING EXTENT OF THE SEARCH:

IPC:

CPC:

FI/F-TERMS:


KEYWORDS OR OTHER ELEMENTS FEATURING THE INVENTION:
Antisense oligonucleotides targeting regions H53A(+23+47) and/or H53A(+39+69) of exon 53 for inducing exon skipping in the dystrophin gene in order to treat Duchenne's muscular dystrophy (DMD).

EPO FORM P04A42

SRPT-VYDS-0004850

| Datum<br>Date    cf Form 1507 | Blatt<br>Sheet    1<br>Feuille | Anmelde-Nr:<br>Application No:    17 159 328.8 |
|---|---|---|
| Date | | Demande n°: |

The examination is being carried out on the **following application documents**

**Description, Pages**

| 1-67 | as originally filed |
|---|---|

**Sequence listings, SEQ ID NO**

| 1-212 | as originally filed |
|---|---|

**Claims, Numbers**

| 1-5 | filed in electronic form on | 31-05-2017 |
|---|---|---|

**Drawings, Sheets**

| 1/22-22/22 | as originally filed |
|---|---|

---

Reference is made to the following documents; the numbering will be adhered to in the rest of the procedure.

D1    CA 2 507 125 A1 (10 June 2004)

D2    HUMAN MOLECULAR GENETICS, vol. 12, (2003), pages 907-914 [XP008084159]

D3    NEUROMUSCULAR DISORDERS, vol. 12, (2002), pages 71-77 [XP008116183]

D4    IUBMB LIFE, vol. 53, (March 2002), pages 147-152 [XP009021242]

D5    WO 2004/083446 A2 (30 September 2004)

---

SRPT-VYDS-0004851

| Datum<br>Date<br>Date | cf Form 1507 | Blatt<br>Sheet      2<br>Feuille | Anmelde-Nr:<br>Application No:<br>Demande n°: | 17 159 328.8 |
|---|---|---|---|---|

1      **DIVISIONAL**  (Art. 76 EPC)

The subject-matter of present application does not extend beyond the content of the earlier application as filed and fulfils therefore the requirements of Art. 76(1) EPC.

2      **AMENDMENTS** (Art.123 EPC)

The amendments filed with the letter dated 31.05.2017 do comply with the requirements of  Article 123(2) EPC.

3      **PRIORITY** (Art. 87-89 EPC), **NOVELTY** (Art. 54 EPC)

3.1      The subject-matter now claimed has not been found back in AU2004903474 which serves as a basis for claiming priority rights. The date for assessment of the patentability of the presently claimed subject-matter is therefore the filing date of the parent application, i.e. 28.06.2005. As a consequence, document D5 (published on 30.09.2004) forms part of the prior art according to Art. 54(2) EPC.

3.2      None of the available prior art documents does disclose an exon-skipping antisense oligonucleotide targeting exon 53 of the human dystrophin pre-mRNA in the region defined by nucleotides 23 to 69 <u>and</u> having a length between 20 and 31 nucleotides. Hence, the subject-matter of present claims 1-5 is considered as novel in the sense of Art. 54 EPC.

SRPT-VYDS-0004852

| Datum Date Date | cf Form 1507 | Blatt Sheet Feuille | 3 | Anmelde-Nr: Application No: Demande n°: | 17 159 328.8 |
|---|---|---|---|---|---|

4    **INVENTIVE STEP** (Art. 56 EPC)

4.1    Document D5 is considered as being the closest prior art to the subject-matter of present independent claims 1, 3 and 4. This document discloses h53AON1, which targets nucleotides 45-62 of exon 53 of the human dystrophin pre-mRNA, and its use in skipping of said exon for the treatment of DMD.

4.2    The subject-matter of claims 1,3 and 4 therefore differs from this known teaching in that the exon-skipping oligonucleotides have a length between 20 and 31 nucleotides. The problem to be solved by the present invention may therefore be regarded as alternative (improved ?) exon-skipping antisense oligonucleotides targeting exon 53 of the human dystrophin pre-mRNA in the region defined by nucleotides 23 to 69.

4.3    It is to be noted that the prior art discloses efficient exon-skipping antisense oligonucleotides targeting said specific region of exon 53 (see e.g. D1-D3,D5). In addition, D5 suggests several times that in order to enhance the efficiency of the oligonucleotides an increase in hybridisation length should be sought (see e.g. page 3, lines 18-29; page 10, lines 4-8; claim 3). Therefore, D5 puts the skilled person into a position where lengthening h53AON1, or the other oligonucleotides targeting the same region and disclosed in D1-D3, is an obvious step to produce exon-skipping oligonucleotides having higher efficiency with a reasonable expectation of success. Furthermore, are claimed SEQ IDs 192 and 193 fully covered by the juxtaposition of sequences 69 and 70 of D1, and does the addition of sequence 75 of D1 allow to have a quasi-complete coverage of the claimed region. Finally, the fact that the same region of exon 53 has been targeted by various oligonucleotides in several documents of the prior art, indicates as well that said region was considered to be a valuable target region when trying to obtain exon-skipping. Hence, the subject-matter of present claims 1,3 and 4 has to be seen as being merely obvious design variants of the oligonucleotides already disclosed in the prior art. Hence, the solution proposed in said claims (as well as in claims 2 and 5 depending thereon) cannot be considered to involve an inventive step (Articles 52(1) and 56 EPC).

SRPT-VYDS-0004853

| Datum Date Date | cf Form 1507 | Blatt Sheet Feuille | 4 | Anmelde-Nr: Application No: Demande n°: | 17 159 328.8 |
|---|---|---|---|---|---|

4.4     In addition, in view of pages 62 and 63, where skipping of exon 53 is disclosed, only SEQ ID 193 is shown to have a strong exon skipping effect. SEQ ID 192, which targets the same sequence but is shorter than SEQ ID 193, and SEQ ID 195 have only a very weak effect. Therefore, it is considered not to be credible that any antisense targeting said region of exon 53 would in fact solve the stated problem.

SRPT-VYDS-0004854

Bitte beachten Sie, dass angeführte Nichtpatentliteratur (wie z. B. wissenschaftliche oder technische Dokumente) je nach geltendem Recht dem Urheberrechtsschutz und/oder anderen Schutzarten für schriftliche Werke unterliegen könnte. Die Vervielfältigung urheberrechtlich geschützter Texte, ihre Verwendung in anderen elektronischen oder gedruckten Publikationen und ihre Weitergabe an Dritte ist ohne ausdrückliche Zustimmung des Rechtsinhabers nicht gestattet.

Veuillez noter que les ouvrages de la littérature non-brevets qui sont cités, par exemple les documents scientifiques ou techniques, etc., peuvent être protégés par des droits d'auteur et/ou toute autre protection des écrits prévue par les législations applicables. Les textes ainsi protégés ne peuvent être reproduits ni utilisés dans d'autres publications électroniques ou imprimées, ni rediffusés sans l'autorisation expresse du titulaire du droit d'auteur.

Please be aware that cited works of non-patent literature such as scientific or technical documents or the like may be subject to copyright protection and/or any other protection of written works as appropriate based on applicable laws. Copyrighted texts may not be copied or used in other electronic or printed publications or re-distributed without the express permission of the copyright holder.

XS      CPRTENFRDE

Filed on behalf of: Junior Party **UNIVERSITY OF WESTERN AUSTRALIA**

Paper No. _____

Filed by: R. Danny Huntington – Lead Counsel
Sharon E. Crane, Ph.D. – Backup Counsel
Rothwell, Figg, Ernst & Manbeck, P.C.
607 14th St., N.W., Suite 800
Washington, DC 20005
Phone: 202-783-6040
Facsimile: 202-783-6031

Date filed: November 18, 2014

Steven P. O'Connor, Ph.D. – Backup Counsel
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Two Freedom Square, 11955 Freedom Drive
Reston, VA 20190-5675
Phone: 571-203-2718
Facsimile: 202-408-4400

### UNITED STATES PATENT AND TRADEMARK OFFICE

---

### PATENT TRIAL AND APPEAL BOARD

---

**University of Western Australia**,
Junior Party
(Patent 8,455,636,
Inventors: Stephen Donald Wilton, Sue Fletcher and Graham McClorey)

v.

**Academisch Ziekenhuis Leiden**,
Senior Party
(Application 11/233,495,
Inventors: Garrit-Jan Boudewijn van Ommen, Judith Christina
Theodora van Deutekom, Johannes Theodorus den Dunnen and
Annemieke Aartsma-Rus).

---

Patent Interference No. 106,007 (RES)
(Technology Center 1600)

---

### UNIVERSITY OF WESTERN AUSTRALIA
### NOTICE OF FILING PRIORITY STATEMENT

SRPT-VYDS-0004856

Interference No. 106,007

1   MAIL STOP INTERFERENCE
2   United States Patent and Trademark Office
3   Patent Trial and Appeal Board
4   Madison Building East
5   600 Dulany Street
6   Alexandria, Virginia 22313

7   Your Honor:

8          Pursuant to 37 C.F.R. § 41.204 and the Order – Motion Times – 37 C.F.R. § 41.104(c),

9   dated July 18, 2014 (Paper 3), Junior Party University of Western Australia ("UWA") hereby

10  notifies Senior Party Academisch Ziekenhuis Leiden that on this date, UWA filed a Priority

11  Statement.

12                                  Respectfully submitted,

13  Date:  November 18, 2014       By:  ____/s/ R. Danny Huntington_____
14                                       R. Danny Huntington, Reg. No. 27,903
15                                       Sharon E. Crane, Ph.D., Reg. No. 36,113
16                                       Rothwell, Figg, Ernst & Manbeck, P.C.
17                                       607 14th St., N.W., Suite 800
18                                       Washington, DC 20005
19
20                                       Steven P. O'Connor, Ph.D., Reg. No. 41,225
21                                       Finnegan, Henderson, Farabow, Garrett &
22                                           Dunner, LLP
23                                       Two Freedom Square, 11955 Freedom Drive
24                                       Reston, VA 20190-5675
25
26                                       *Counsel for Junior Party*
27                                       *University of Western Australia*
28

SRPT-VYDS-0004857

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/776,533 | 09/14/2015 | Richard K. BESTWICK | AVN-017CPUS | 2035 |

123147     7590     11/16/2017
Nelson Mullins Riley & Scarborough LLP/Sarepta
One Post Office Square
Boston, MA 02109

| EXAMINER |
|---|
| SHIN, DANA H |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1674 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 11/16/2017 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

ipboston.docketing@nelsonmullins.com
chris.schlauch@nelsonmullins.com
ipqualityassuranceboston@nelsonmullins.com

PTOL-90A (Rev. 04/07)

SRPT-VYDS-0004858

| **Office Action Summary** | **Application No.** 14/776,533 | **Applicant(s)** BESTWICK et al. |
|---|---|---|
| | **Examiner** DANA H SHIN | **Art Unit** 1674 | **AIA Status** No |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☑ Responsive to communication(s) filed on <u>28 August 2017</u>                .
   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____                .
2a)☑ This action is **FINAL.**     2b)☐ This action is non-final.
3)☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____ ; the restriction requirement and election have been incorporated into this action.
4)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims***

5)☑ Claim(s) <u>16-17</u> is/are pending in the application.
   5a) Of the above claim(s) _____ is/are withdrawn from consideration.
6)☐ Claim(s) _____ is/are allowed.
7)☑ Claim(s) <u>16-17</u> is/are rejected.
8)☐ Claim(s) _____ is/are objected to.
9)☐ Claim(s) _____ are subject to restriction and/or election requirement.
* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to **PPHfeedback@uspto.gov.**

**Application Papers**

10)☐ The specification is objected to by the Examiner.
11)☐ The drawing(s) filed on _____ is/are:  a)☐ accepted or  b)☐ objected to by the Examiner.
   Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
   Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   **Certified copies:**
   a)☐ All    b)☐ Some**    c)☐ None of the:
      1.☐ Certified copies of the priority documents have been received.
      2.☐ Certified copies of the priority documents have been received in Application No. _____ .
      3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).
** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☐ Notice of References Cited (PTO-892)
2) ☑ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date _____ .
3) ☐ Interview Summary (PTO-413) Paper No(s)/Mail Date _____
4) ☐ Other: _____ .

SRPT-VYDS-0004859

Application/Control Number: 14/776,533                                               Page  2
Art Unit:  1674

# DETAILED ACTION

### *Notice of Pre-AIA or AIA Status*

The present application is being examined under the pre-AIA first to invent provisions.

### *Status of Application/Amendment/Claims*

This Office action is in response to the communications filed on August 28, 2017.

Currently, claims 16-17 are pending and under examination on the merits in the instant

application.

The following rejections are either newly applied or are reiterated and are the only

rejections and/or objections presently applied to the instant application.

### *Information Disclosure Statement*

Applicant's representative commented over the phone that one IDS was not considered

by the examiner. The examiner was unable to identify an unconsidered IDS. Applicant is advised

to specifically address/communicate the unconsidered IDS in writing by providing the image of

the first page of the unconsidered IDS. Upon verification that the IDS was indeed not considered,

the examiner will consider the IDS and mail the considered IDS.

### *Response to Arguments and Amendments*
### *Withdrawn Rejections*

Any rejections not repeated in this Office action are hereby withdrawn.

Application/Control Number:14/776,533                                              Page  3
Art Unit:  1674

### *Maintained Rejections*

### *Claim Rejections - 35 USC § 102*

Claims 16-17 remain rejected under 35 U.S.C. 102(e) as being anticipated by Watanabe

et al. for the reasons of record as set forth in the Office action mailed on February 28, 2017 and

for the reasons set forth below.

Applicant's arguments filed on August 28, 2017 have been fully considered but they are

not persuasive. Applicant argues that Watanabe does not "explicitly" disclose the structure

claimed in the instant case. Applicant then compares Watanabe's 2'-O-methyl AON structure to

the claimed PMO structure to show structural differences. In response, it is noted that the instant

rejection is <u>not</u> based on Watanabe's 2'-O-methyl structure. Now, note that the anticipation does

<u>not</u> require actual performance or actual compound to be "explicitly" disclosed. The fact remains

that Watanabe "explicitly" disclosed the instantly claimed PMO structure (see formula (I)) as

well as the 5' PEG conjugate structure (see Group (1)). It is true that the instantly claimed

nucleotide sequence is expressly exemplified only as a 2'-O-methyl RNA oligonucleotide by

Watanabe. However, the Watanabe publication expressly taught that exon-skipping

oligonucleotide can be a 2'-O-methyl RNA oligonucleotide or PMO DNA oligonucleotide. As

such, one of ordinary skill in the <u>relevant art</u> fully reading and understanding the teachings of the

Watanabe reference would <u>at once envisage</u> and <u>readily draw</u> a 5'-PEG conjugated PMO

structure having the claimed DNA sequence.

**"If one of ordinary skill in the art is able to "at once envisage" the specific**

**compound** within the generic chemical formula, **the compound is anticipated**. One of ordinary

skill in the art **must be able to draw** the structural formula or write the name of each of the

compounds included in the generic formula before any of the compounds can be "at once

envisaged."" (emphasis added). See MPEP §2131.02.

SRPT-VYDS-0004861

Application/Control Number:14/776,533                                            Page  4
Art Unit:  1674

Applicant argues that Watanabe's 5' PEG is "being fixed as hydroxyl" thus does not

teach that the 5' end is "variable." The examiner fails to understand applicant's argument. The 5'

end of the PMO antisense oligomer having formula (I) is disclosed as following in paragraph

0162 of Watanabe:



Now, compare the above structure to the instantly claimed 5' end as directly copied from

the fuzzy structure as submitted in the claims by applicant:



As far as the examiner can see, there is no structural difference between the two 5'

terminal PEG moieties conjugated to the 5' end of the PMO unit, unless the examiner is missing

a structural element in the fuzzy structure in the claims.

Applicant then goes over Watanabe's paragraphs 0021 and 0082 to attack that Watanabe

disclosed various target regions/lengths and "a long laundry list of possible nucleobases". The

examiner fails to understand the relevance of applicant's arguments. The instant anticipation

rejection is based on the explicitly disclosed exon 53 skipping nucleotide sequence, which is

SEQ ID NO:57 thus the mere fact that Watanabe disclosed other target regions/lengths and

SRPT-VYDS-0004862

Application/Control Number:14/776,533                                      Page  5
Art Unit:  1674

nucleobases does not show that the claimed nucleotide sequence having PMO units and a 5'

terminal PEG conjugate is not taught by Watanabe's reference.

In view of the foregoing, this rejection is maintained.


### Claim Rejections - 35 USC § 103

Claims 16-17 remain rejected under 35 U.S.C. 103(a) as being unpatentable over

Watanabe et al. for the reasons of record as set forth in the Office action mailed on February 28,

2017 and for the reasons set forth below.

Applicant's arguments filed on August 28, 2017 have been fully considered but they are

not persuasive. Applicant argues that the examiner failed to provide a reason as to why one of

ordinary skill in the art would have selected Watanabe's H53_36-60 as a "lead compound" with

a reasonable expectation of success. In particular, Applicant points out the Otsuka case (Fed. Cir.

2012) and argues that a compound cannot be a lead compound when other compounds having

"higher activity" are available. In response, it is noted that there is no *per se* rule that requires a

selection of a single lead compound for obviousness under §103. See MPEP §2143: The Federal

Circuit in *Eisai* makes it clear that from the perspective of the law of obviousness, **any known**

**compound might possibly serve as a lead compound…**It should be noted that the **lead**

**compound cases do not stand for the proposition that identification of a single lead**

**compound is necessary in every obviousness rejection of a chemical compound**." (emphasis

added). Further, applicant did not point out how the Otsuka case (Fed. Cir. 2012) is relevant and

analogous to the instant rejection. Note that in *Otsuka*, the claims at issue pertain to an

antipsychotic compound and the Courts have determined that one of ordinary skill in the art

would not have selected the prior art "OPC-4392" compound for modification because the prior

art compound "did **not** treat positive symptoms of schizophrenia" thus the prior art compound

"was viewed as **lacking "antipsychotic component"**, and furthermore, the prior art compound

SRPT-VYDS-0004863

Application/Control Number:14/776,533                                      Page  6
Art Unit:  1674

"was likely to **cause patients to act out their delusions and hallucinations**", thereby

aggravating psychotic symptoms hence has pro-psychotic, <u>not</u> anti-psychotic, activity. Hence,

both the district court and the Federal Circuit found that "the prior art **taught away** from using

OPC-4392 as a starting point for further antipsychotic research." (emphasis added). In the instant

case, there is <u>no</u> teaching in Watanabe that SEQ ID NO:57 cannot have a PMO modification or

that SEQ ID NO:57 lacks exon 53 skipping activity. That is, Watanabe does <u>not</u> provide any

disclosure that teaches away from using the 25-mer sequence as an exon 53 skipping

oligonucleotide modified with PMO and a 5'-PEG conjugate. As such, there is <u>no</u>

analogy/similarity between the fact pattern of the instant case and that of the Otsuka case. As

such, the examiner finds applicant's heavy reliance on the Otsuka case irrelevant and

unpersuasive.

In fact, in stark contrast to the "OPC-4392" prior art compound that was deemed

unsuitable as a compound to be selected for further modification in *Otsuka* since it displayed

<u>pro-psychotic</u> properties instead of anti-psychotic properties, Watanabe's SEQ ID NO:57

("H53_36-60") showed one of the greatest exon 53 skipping efficiency at about 80%-90%

compared to other oligonucleotides. Hence, Watanabe's SEQ ID NO:57 was one of

oligonucleotides having "higher activity" therefore applicant's argument that a compound cannot

be a lead compound when other compounds having "higher activity" are available is not found

persuasive. See Watanabe's Figure 9 as copied below:

Application/Control Number:14/776,533                                    Page   7
Art Unit:  1674



See also Figure 13 demonstrating that SEQ ID NO:57 showed the highest level of exon

53 skipping efficiency:



SRPT-VYDS-0004865

Application/Control Number:14/776,533                                    Page  8
Art Unit:  1674

In view of the foregoing, the examiner finds applicant's arguments made in comparison to the Otsuka case completely unpersuasive and the examiner fails to understand why the non-analogous Otsuka case that is repeatedly mentioned and addressed throughout the remarks should be even considered in the instant case. It is noted that all of applicant's arguments pertaining to the Otsuka case bear no merit whatsoever for the reasons stated hereinabove.

Further, in view of the expressly demonstrated efficient exon 53 skipping activity pertaining to Watanabe's SEQ ID NO:57 ("H53_36-60"), applicant's arguments addressing "unpredictable" AON activity thus lack of reasonable expectation of success by further pointing out various documents at pages 16-18 of the remarks are found unpersuasive and irrelevant. Note that the documents pointed out by applicant cannot rebut or nullify the results obtained by Watanabe's SEQ ID NO:57 ("H53_36-60") as illustrated in the above Figures thus there is no objective, factual evidence that supports applicant's alleged high level of unpredictability and lack of reasonable expectation of success pertaining to an oligonucleotide targeted to "H53_36-60".

Applicant argues that there is no reason/motivation to select Watanabe's SEQ ID NO:57 as a lead compound. Again, there is no legal requirement that a selection of a "lead compound" is necessary for §103. The fact remains that Watanabe's antisense oligonucleotide targeted to human dystrophin exon 53 at positions 36-60 (SEQ ID NO:57) was expressly disclosed as one of a finite number of efficient exon 53 skipping oligonucleotides. As such, any one of Watanabe's efficient oligonucleotides including SEQ ID NO:57 was available to a person of ordinary skill in the art to make an exon 53 skipping oligonucleotide. In addition, Watanabe's SEQ ID NO:57 showed "higher activity" in exon 53 skipping as shown in Figures 9 and 13. As such, there is no sufficient reason not to select SEQ ID NO:57 for PMO and 5'-PEG conjugate modifications, wherein the two combination modifications were "identified, predictable solutions" available in the relevant art when making an exon skipping oligonucleotide as evidenced by Watanabe's

SRPT-VYDS-0004866

Application/Control Number:14/776,533                                    Page  9
Art Unit:  1674

teaching of exon skipping oligonucleotides comprising both PMO and the 5' PEG conjugate

structure as represented by chemical formula (1) claimed in claim 8 as copied below:



(1)

Applicant argues that Watanabe shows four oligonucleotides that are "more effective"

than SEQ ID NO:57 by pointing out Figure 17 hence the four oligonucleotides "would have been

more promising than" SEQ ID NO:57. In response, the mere fact that there are other

oligonucleotides that provided more efficient exon 53 skipping than SEQ ID NO:57 does not

whatsoever indicate that one of ordinary skill in the art was <u>taught away</u> or discouraged from

using the very effective SEQ ID NO:57. The mere presence of other options does not render the

instant claims nonobvious because <u>any</u> one of Watanabe's oligonucleotides shown to have exon

53 skipping activity (thus including SEQ ID NO:57 and four oligonucleotides that are more

efficient than SEQ ID NO:57) would have been a natural compound to be selected when making

an exon 53 skipping oligonucleotide modified with the well-known, art-recognized PMO and the

5'-PEG conjugate modifications. Put it differently, <u>all</u> of efficient oligonucleotides showing exon

skipping activity in Figure 17 are suitable candidates for making a PMO oligonucleotide. Hence,

one of ordinary skill in the art would have modified SEQ ID NO:57 as well as all other

oligonucleotide having exon skipping efficiency, thereby rendering the claimed compound *prima*

*facie* obvious.

Application/Control Number:14/776,533                                          Page   10
Art Unit:  1674

Applicant argues even if Watanabe's SEQ ID NO:57 was selected, there is no reason or

motivation to replace Watanabe's uracil with thymine. In response, applicant's attention is

directed to the fact that the obviousness analysis utilizes a person of ordinary skill in the relevant

art, not any layperson. It is *prima facie* obvious knowledge in the relevant art that PMO

conventionally utilizes DNA bases as evidenced by Watanabe's teaching of making PMOs

comprising SEQ ID NO:2-37 (see paragraphs 0026-0030), all of which are <u>DNA</u> sequences

listed in Table 1. As such, there is no technical difficulty or unpredictability involved in utilizing

a DNA sequence corresponding to Watanabe's RNA sequence of SEQ ID NO:57 when making a

PMO.

Applicant argues that Watanabe does not teach replacing 2'-O-methyl modification in

SEQ ID NO:57 with PMO. Contrary to applicant's argument, Wanatabe taught that DMD exon

53 skipping oligonucleotides can be in the form of a PMO or a 2'-O-methyl oligomer, thereby

providing two chemical modification options when making a DMD exon 53 skipping

oligonucleotide. Note that all of Watanabe's oligonucleotides either PMO-modified (see Figure

18) or 2'-O-methyl-modified (see paragraph 0286 and Figures 9 and 13). As such, Watanabe

expressly taught only two possible exon skipping oligonucleotide formats: PMO and 2'-O-

methyl. Further, the instantly claimed 5' PEG terminal conjugate is one of three 5' end structures

(formulas (1)-(3) in claim 8) when making a PMO. Hence, one of ordinary skill in the art

properly reading the Watanabe reference would readily understand that PMO and 2'-O-methyl

are alternative oligonucleotide formats when making exon skipping oligonucleotides, and since

there were only two identified exon skipping formats taught by Watanabe, who also taught three

identified 5' end structures for a PMO, a person of ordinary skill in the art would have

reasonably pursued making a 5'-PEG conjugated PMO as an obvious alternative approach when

making a DMD exon 53 skipping oligonucleotide, wherein the person would have had

SRPT-VYDS-0004868

Application/Control Number:14/776,533                                           Page   11
Art Unit:  1674

reasonably selected SEQ ID NO:57 because it demonstrated high exon skipping efficiency

(about 80%-90%) as demonstrated in Figures 9, 13, and 17.

Applicant argues that there is no motivation to use Watanabe's Group (1), the PEG

conjugate, because Watanabe indicated that Group (3) is "preferred" among Group (1), Group

(2), and Group (3) by pointing out paragraph 0162, which states that "the 5' end may be any of

chemical structures (1) to (3) below, and preferably is (3)-OH." In response, the phrase

"preferably is (3)-OH" does not teach or suggest that Group (3) alone should be used when

making exon skipping PMOs, nor does the phrase teach that Group (1) should not be used. It is

clear from the disclosure in paragraph 0162 that Groups (1)-(3) are alternative structures as

Watanabe teaches that the 5' end "may be **any** of chemical structures (1) to (3)". It becomes even

clearer that the three 5' end structures are alternatives and "any" one of Groups (1)-(3) can be

used when Watanabe's claim 8 that expressly recites "wherein the 5' end **is any one** of the

groups of chemical formulae (1) to (3)" is taken into consideration. Note that there is no teaching

in Watanabe that disparages use of Group (1), and if such were the case, Watanabe would not

have claimed Group (1) as one of 5' end group. In addition, note that the mere word "preferably"

does not teach away from using Group (1) thus does not render allegedly non-preferred

compounds (e.g., Group (1) and Group (2)) nonobvious. See MPEP §2123: "Disclosed examples

and preferred embodiments do not constitute a teaching away from a broader disclosure or

nonpreferred embodiments."

Applicant argues that one of ordinary skill in the art would have selected Group (3) but

not Group (1) by comparing PMOs 3 and 8 having Group (3) to PMOs 13 and 14 having Group

(1) and by pointing out that other prior art used Group (3), not Group (1). Applicant goes even

further to allege that the examiner's rejection based on the use of Group (1) "contradicts the

teachings of Watanabe." Contrary to applicant's arguments and allegations, there is no sufficient

reason that one of ordinary skill in the art would not select Group (1) as alleged by applicant

SRPT-VYDS-0004869

Application/Control Number:14/776,533                                        Page   12
Art Unit:  1674

because PMOs 13 and 14 provided good/high levels (70-80%) of exon 53 skipping efficiency as

clearly demonstrated in Figure 8 copied below:

**Figure 8**



There is <u>nothing</u> in Watanabe including paragraphs 0162 and 0313 pointed out by

applicant that clearly criticizes or disparages use of Group (1) at the 5' end when making an exon

53 skipping PMO. Again, Watanabe expressly taught "any" one of Group (1), Group (2), and

Group (3) "**is**" the 5' end group (see claim 8) and furthermore demonstrated that PMOs having

Group (1) provided good/high levels (70-80%) of exon 53 skipping efficiency thus use of Group

(1) was <u>not</u> discouraged by Watanabe's teachings. As such, use of Group (1) does <u>not</u> contradict

Watanabe's teachings. Rather, use of Group (1) at the 5' end of a PMO well reflects and is in

line with Watanabe's teachings as Watanabe taught "any" one of Group (1), Group (2), and

Group (3) <u>is</u> used as the 5' end group and further exemplified actual use of Group (1).

"A known or **obvious composition does not become patentable simply because it has**

**been described as somewhat inferior to some other product** for the same use." *In re Gurley*

(27 F.3d 551, 554, 31 USPQ2d 1130, 1132 (Fed. Cir. 1994). (emphasis added).

SRPT-VYDS-0004870

Application/Control Number: 14/776,533                                    Page   13
Art Unit:  1674

"**A reference does not teach away, however, if it merely expresses a general
preference for an alternative invention but does not criticize, discredit, or otherwise
discourage investigation into the invention claimed.**" *Deputy Spine, Inc. v. Medtronic Sofamor
Danek, Inc.*, 567 F.3d 1314, 1327, 90 USPQ2d 1865 (Fed. Cir. 2009). (emphasis added).

In view of the foregoing, this rejection is maintained.


Claims 16-17 remain rejected under 35 U.S.C. 103(a) as being unpatentable over
Popplewell et al. in view of Watanabe et al. for the reasons of record as set forth in the Office
action mailed on February 28, 2017 and for the reasons set forth below.

Applicant's arguments filed on August 28, 2017 have been fully considered but they are
not persuasive. Applicant argues there is no motivation to select SEQ ID NO:22 as a lead
compound for modification. In response, it is noted that there is no *per se* rule that requires a
selection of a single lead compound for obviousness under §103. See MEPEP §2143: The Federal
Circuit in *Eisai* makes it clear that from the perspective of the law of obviousness, **any known
compound might possibly serve as a lead compound...**It should be noted that the **lead
compound cases do not stand for the proposition that identification of a single lead
compound is necessary in every obviousness rejection of a chemical compound**." (emphasis
added).

Applicant argues Popplewell's disclosure includes "millions of different possible
molecules" thus the "scope" within SEQ ID NOs:1-12 is "vast." In response to applicant's
illogical arguments, Popplewell's SEQ ID NO:10 (a 30-mer sequence wherein X can be U or T)
that is expressly taught to be amenable to being shortened to a 25-mer, 26-mer, 27-mer, 28-mer,
and 29-mer does <u>not</u> encompass applicant's alleged "millions of different possible molecules"
even if Popplewell's paragraph 0031 pointed out by applicant is considered, thus the species
encompassed by Popplewell's SEQ ID NO:10 is not "vast." Applicant's arguments are so fallible

SRPT-VYDS-0004871

Application/Control Number:14/776,533                                            Page  14
Art Unit:  1674

and incongruent because there is no reason to count the numbers of species for all SEQ ID

NOs:1-12 because three nucleotide sequences (SEQ ID NOs:10, 11, and 12) are the only

sequences for skipping exon 53. Note that SEQ ID NOs:1-9 do not relate to skipping exon 53. As

such, applicant's exaggerated arguments do not support applicant's allegation. The examiner

fails to understand why applicant continues to exemplify SEQ ID NO:1 that skips exon 44.

Applicant proposes that one of ordinary skill in the art would rather choose SEQ ID

NO:21, which was "superior" to other molecules including SEQ ID NO:22. In response,

applicant's proposed idea does not support the alleged nonobviousness of the claims because

there is no legal requirement that the selected molecule for modification must be superior to

other species in the cited art.

"A known or **obvious composition does not become patentable simply because it has

been described as somewhat inferior to some other product** for the same use." *In re Gurley*

(27 F.3d 551, 554, 31 USPQ2d 1130, 1132 (Fed. Cir. 1994). (emphasis added).

Further, the mere fact that SEQ ID NO:21 was found superior to SEQ ID NO:22 does not

provide any evidence that one of ordinary skill was taught away from making a 25-mer based on

SEQ ID NO:22.

Furthermore, applicant's attention is directed to the fact that Popplewell's SEQ ID NO:21

is not targeted to exon 53. SEQ ID NO:21 is designed to skip exon 46. Hence, the examiner fails

to understand applicant's argument regarding SEQ ID NO:21.

Applicant then presents another line of reasoning for not selecting SEQ ID NO:22 by

pointing out that Watanabe selected SEQ ID NO:21 "from all the possible molecules of

Popplewell". In arguing so, applicant points out Watanabe's Table 2 containing 16 PMOs,

wherein PMO 12 and PMO 15 correspond to SEQ ID NO:21. Applicant's attention is directed to

the fact that there is no disclosure in the Watanabe's publication that SEQ ID NO:21 was indeed

selected "from all the possible molecules of Popplewell". Further, as noted above, Popplewell's

Application/Control Number:14/776,533                                   Page  15
Art Unit:  1674

SEQ ID NO:21 is for skipping exon 46 thus irrelevant to the instantly claimed subject matter as

well as the instant ground of rejection.

For the sake of argument, Popplewell's SEQ ID NO:21 pointed out by applicant will be

interpreted as SEQ ID NO:24. Now, applicant's attention is directed to the fact that the

Popplewell's NPL (*Neuromuscular Disorders*, 2010) mentioned in the Watanabe's publication

and also in applicant's remarks clearly and unambiguously shows that SEQ ID NO:22 targeted to

"H53A30/2" ("PMO-H") is more efficient in exon 53 skipping (87.2%) than applicant's

proposed selection of SEQ ID NO:24 targeted to "H53A30/1" ("PMO-G") providing 52.4%

skipping in normal muscle cells. See Table 1 of the 2010 reference. See also Figure 1 of the 2010

reference demonstrating that there is no significant difference between "H53A30/2" ("PMO-H")

and "H53A30/1" ("PMO-G") in exon 53 skipping activity in DMD muscle cells. See also Figure

1 legend: "PMO-G gave significantly higher efficacy of exon skipping than PMOs C, D, E, F, J,

K and L (p<0.005), **but not significantly higher than PMOs** A, B, **H**, I and M." (emphasis

added). Most important, there is no evidential basis that Watanabe purposefully selected

"H53A30/1" over "H53A30/2" "from all the possible molecules of Popplewell" because

"H53A30/2" is deemed unsuitable or undesirable. There is no teaching-away evidence that a

relevant artisan would not have selected Popplewell's SEQ ID NO:22 and make a 25-mer

consisting of the instantly claimed sequence. Applicant's attention is also directed to

Popplewell's paragraph 0086 expressly disclosing that SEQ ID NO:22 (also referred to as

"PMO-H") provided efficient exon 53 skipping in muscle cells such that "at 300 nM, PMO-G

and **PMO-H gave over 80% skipping of exon 53** (data not shown)." (emphasis added). See also

paragraph 0087 disclosing that PMO-H provided efficient exon 53 skipping in DMD patient

muscle cells such that "PMO-G, **PMO-H** and PMO-A were **most active producing in the order**

**of 60% exon skipping** (FIG.8)." (emphasis added). As such, applicant's various attempts to

undermine Popplewell's SEQ ID NO:22 are found spurious and unpersuasive.

Application/Control Number: 14/776,533                                    Page   16
Art Unit:  1674

    Applicant asserts that there is no reason to shorten Popplewell's SEQ ID NO:22 because a 25-mer exhibited "poor" exon skipping activity compared to a 30-mer thus Popplewell "teaches away" from making a 25-mer. Contrary to applicant's assertions, there is no express teaching-away disclosure that a 25-mer should not be synthesized. If such were the case, Popplewell would not have <u>claimed</u> at least a 25-mer length of SEQ ID NO:22. In addition, the mere fact that a 25-mer showed a lower level of exon skipping than a 30-mer does not <u>clearly</u> discourage or disparage making a 25-mer PMO. Again, note that "A known or **obvious composition does not become patentable simply because it has been described as somewhat inferior to some other product** for the same use." *In re Gurley* (27 F.3d 551, 554, 31 USPQ2d 1130, 1132 (Fed. Cir. 1994). (emphasis added). Also note that "**A reference does not teach away, however, if it merely expresses a general preference for an alternative invention but does not criticize, discredit, or otherwise discourage investigation into the invention claimed.**" *Depuy Spine, Inc. v. Medtronic Sofamor Danek, Inc.*, 567 F.3d 1314, 1327, 90 USPQ2d 1865 (Fed. Cir. 2009). (emphasis added).

    In the instant case, there is <u>no</u> express criticism or discouragement in the Popplewell reference regarding making a 25-mer PMO, even if applicant's assertion that a 30-mer performs better thus Popplewell implicitly expressed "a general preference" for a 30-mer PMO is fully taken into consideration. Again, if Popplewell indeed expressly taught away from making a 25-mer, Popplewell would not have described making a 25-mer in the specification, nor would have claimed a 25-mer PMO in the patent application publication.

    In fact, Popplewell synthesized and tested a 25-mer (targeted to positions +35+59) referred to as "PMO-A" that is shortened from SEQ ID NO:22 (positions +33+62). Now, note that Popplewell taught "PMO-A" showed exon skipping activity in normal muscle cells such that "**higher levels of exon skipping were observed for PMO-A** and PMO-B only, with 300 nM doses producing **41.2%** and 34.3% exon skipping, respectively." (emphasis added). See

Application/Control Number:14/776,533                                    Page 17
Art Unit: 1674

paragraph 0085. Further, Popplewell taught that PMO-A produced long-lasting exon skipping of

over 60% in DMD patient cells. See paragraph 0088: "The exon skipping produced by the six

most bioactive PMOs was shown to be persistent, lasting for up to 10 days after transfection,

with **over 60% exon skipping observed for the lifetime of the cultures for PMO-A**, PMO-G

and PMO-H (FIG. 10a, b). **Exon skipping was shown to persist for 21 days for PMO-A** and

PMO-G (FIG. 10c)." (emphasis added). Hence, applicant's spurious arguments addressing non-

exon 53 skipping oligonucleotides and variable levels of exon skipping do <u>not</u> whatsoever rebut

the objective facts/disclosures regarding the long-lasting, effective exon skipping activity of the

25-mer ("PMO-A") taught, claimed, and disclosed by Popplewell, wherein the 25-mer is

designed/truncated from SEQ ID NO:22.

The examiner fails to understand applicant's arguments addressing PMO-B (see pages 25

and 27). Note that the instant rejection is based on the 25-mer sequence targeted to positions

+36+60 encompassed by SEQ ID NO:22 (positions +33+62), wherein PMO-A targeted to

+35+59 is strikingly similar to the instantly claimed sequence by only 1 nucleotide shift, whereas

PMO-B targeted to +38+62 differs from the claimed sequence by 2 nucleotide shift. Now, note

that Popplewell expressly taught that "**higher levels of exon skipping were observed for PMO-**

**A and PMO-B only**, with 300 nM doses producing 41.2% and 34.3% exon skipping,

respectively." (emphasis added). See paragraph 0085. Further, Popplewell described PMO-A and

PMO-B as "the **most bioactive 25mers (PMO-A and PMO-B)**" (emphasis added). See

paragraph 0089. As such, Popplewell expressly taught 25-mer POMs designed based on SEQ ID

NO:22, wherein the 25-mers have only 1-2 nucleotide shift from the 25-mer rendered obvious in

the instant rejection are deemed active in providing exon skipping. As such, applicant's

arguments regarding "unpredictable" nature of AONs by addressing non-exon 53 skipping

oligonucleotides and the less exon skipping activity by PMO-A and PMO-B compared to 30-mer

(e.g., PMO-H; SEQ ID NO:22) are not sufficient to show teaching-away or lack of reasonable

SRPT-VYDS-0004875

Application/Control Number:14/776,533                                      Page  18
Art Unit:  1674

expectation of success. Further, applicant's argument addressing various levels of exon 53

skipping is not sufficient to rebut the instant obviousness rejection because the variability is <u>not</u>

the same as unpredictability. In addition, note that "obviousness cannot be avoided simply by a

showing of some degree of unpredictability in the art so long as there was a reasonable

probability of success." *Pfizer, Inc. v. Apotex, Inc.*, 480 F.3d 1348, 1364 [82 USPQ2d 1321]

(Fed. Cir. 2007).

      Applicant argues one skilled in the art would not have modified the 5' end of

Popplewell's PMO by incorporating Watanabe's PEG conjugate. Applicant then suggests her

own idea that one skilled in the art would have incorporated Watanabe's Group (2) or Group (3)

modification, not the PEG modification. In response, the fact that applicant has recognized

another advantage which would flow naturally from following the suggestion of the prior art

cannot be the basis for patentability when the differences would otherwise be obvious.  See *Ex*

*parte Obiaya*, 227 USPQ 58, 60 (Bd. Pat. App. & Inter. 1985).

      Applicant argues Popplewell used "Gene Tools LLC", which utilizes Watanabe's Group

(2) modification, not the PEG modification and Popplewell does not teach modifying the existing

5' modification. In response, applicant cannot attack a single reference to show nonobviousness

of a claimed feature when a combination of references is used to render the claimed feature

obvious. That is, applicant cannot show nonobviousness by attacking references individually

where the rejections are based on combinations of references.  See *In re Keller*, 642 F.2d 413,

208 USPQ 871 (CCPA 1981); *In re Merck & Co.,* 800 F.2d 1091, 231 USPQ 375 (Fed. Cir.

1986). Now, the fact that Popplewell's PMO did not have the instantly claimed 5'-PEG

conjugate is not sufficient to render the instantly claimed 5'-PEG conjugate nonobvious, because

Watanabe taught <u>three identified</u> 5' end structures that are suitable to be utilized when making an

exon skipping PMO. Since a finite number (only three) of suitable, alternative 5' modifications

for an exon skipping PMO were identified and known in the art, a person of ordinary skill in the

SRPT-VYDS-0004876

Application/Control Number:14/776,533                                      Page   19
Art Unit:  1674

art would have reasonably pursued making a 5'-PEG (Watanabe's Group (I)) conjugated PMO

as an obvious alternative approach to Popplewell's PMO comprising Watanabe's Group (II),

wherein the fact that Popplewell's PMO comprises one of Watanabe's three 5' groups

reasonably suggests that Watanabe's three 5' groups were in fact a finite number of art-

recognized, alternative 5' groups when making an exon skipping PMO.

     In view of the foregoing, this rejection is maintained.


     Claims 16-17 remain rejected under 35 U.S.C. 103(a) as being unpatentable over Sazani

et al. in view of Watanabe et al. for the reasons of record as set forth in the Office action mailed

on February 28, 2017 and for the reasons set forth below.

     Applicant's arguments filed on August 28, 2017 have been fully considered but they are

not persuasive. Applicant's repeated "lead compound" argument is not found persuasive. Note

that there is no *per se* rule that requires a selection of a single lead compound for obviousness

under §103. Applicant argues that one of ordinary skill in the art would be "discouraged" from

shortening SEQ ID NO:631 to a 25-mer "based on the teachings of Popplewell discussed above."

The examiner fails to understand why Popplewell's teachings are relevant to the instant rejection.

Sazani is a completely independent and different from Popplewell, and the instant rejection is not

based on Popplewell. Further, there is no teaching in Sazani that refers to Popplewell's '212

publication. Furthermore, even if one should consider Popplewell for the instant rejection, there

is no teaching whatsoever in Popplewell that clearly "discourages" one of ordinary skill in the art

from making a 25-mer based on the effective 30-mer sequence as amply explained hereinabove.

In addition, applicant's attention is directed to the fact that a reference does not teach away

unless there is an express discouragement.

     **"A reference does not teach away, however, if it merely expresses a general**

**preference for an alternative invention but does not criticize, discredit, or otherwise**

Application/Control Number:14/776,533                                      Page  20
Art Unit:  1674

discourage investigation into the invention claimed." *Depuy Spine, Inc. v. Medtronic Sofamor*

*Danek, Inc.*, 567 F.3d 1314, 1327, 90 USPQ2d 1865 (Fed. Cir. 2009). (emphasis added).

Applicant argues one skilled in the art would utilize Watanabe's Group (3) instead of

Group (1). In response, the fact that applicant has recognized another advantage which would

flow naturally from following the suggestion of the prior art cannot be the basis for patentability

when the differences would otherwise be obvious.  See *Ex parte Obiaya*, 227 USPQ 58, 60 (Bd.

Pat. App. & Inter. 1985).

Applicant argues there is no reasonable expectation of success "for all the reasons already

discussed above." If applicant is referring to the arguments addressed in the previous rejections,

it is noted that applicant's arguments are not found persuasive for the same reasons set forth

hereinabove, which are fully incorporated by reference herein.

In view of the foregoing, this rejection is maintained.


Claims 16-17 remain rejected under 35 U.S.C. 103(a) as being unpatentable over Wilton

et al. in view of Watanabe et al. for the reasons of record as set forth in the Office action mailed

on February 28, 2017 and for the reasons set forth below.

Applicant's arguments filed on August 28, 2017 have been fully considered but they are

not persuasive. Applicant's repeated "lead compound" argument is not found persuasive. Note

that there is no *per se* rule that requires a selection of a single lead compound for obviousness

under §103. Applicant provides spurious arguments stating that Watanabe selected Wilton's SEQ

ID NO:193, which is a 31-mer. Applicant's attention is directed to the fact that the mere fact that

Watanabe included Wilton's SEQ ID NO:193 in Table 2 does not whatsoever teach, let alone

suggest, that Wilton's SEQ ID NO:193 cannot be shortened to a 25-mer or that Wilton's SEQ ID

NO:193 was prohibited from being truncated to a 25-mer. In addition, applicant's attention is

directed to the fact that Watanabe taught making an exon 53 skipping oligonucleotide targeted to

Application/Control Number:14/776,533                                              Page  21
Art Unit:  1674

positions +36+60, which are the <u>same</u> positions targeted by the oligonucleotide sequence encompassed by Wilton's claims and by applicant's claims. See the anticipation and obviousness rejections over Watanabe's '062 publication. Applicant's spurious and illogical argument addressing Watanabe's use of the full 31-mer cannot nullify the objective fact that Wilton <u>claimed</u> a 25-mer comprising at least "20 consecutive bases" of SEQ ID NO:193 for exon 53 skipping.

Applicant argues there is no reason to add three bases to arrive at the claimed 25-mer sequence. In response, it is noted that the <u>nucleotide sequence</u> limitation <u>as claimed</u> in Wilton's claims does read on the instantly claimed nucleotide sequence. There is no reason/motivation needed in order to arrive at the claimed nucleotide sequence.  One of ordinary skill in the art reading and interpreting Wilton's claims would readily understand that the instantly claimed nucleotide sequence reads on Wilton's claimed nucleotide sequences.

Applicant argues one skilled in the art would utilize Watanabe's Group (3) instead of Group (1) and Wilton's SEQ ID NO:193 has Group (3). In response, the fact that applicant has recognized another advantage which would flow naturally from following the suggestion of the prior art cannot be the basis for patentability when the differences would otherwise be obvious. See *Ex parte Obiaya*, 227 USPQ 58, 60 (Bd. Pat. App. & Inter. 1985). Note that applicant did not provide any persuasive rebuttal arguments as to why one skilled in the art would not utilize Watanabe's Group (1) hence failed to properly rebut the instant rejection.

Applicant generally alleges, without any specific, objective evidence, that "there was a significant level of unpredictability associated with selecting specific AONs to induce effective exon skipping of human dystrophin pre-mRNA at the time of the invention." Note that the instantly claimed 25-mer sequence reads on Wilton's claims thus there is no "significant level of unpredictability" regarding the claimed PMO nucleotide sequence.

In view of the foregoing, this rejection is maintained.

Application/Control Number:14/776,533                                          Page  22
Art Unit:  1674

### *Double Patenting*

Claims 16-17 remain provisionally rejected on the ground of nonstatutory double

patenting as being unpatentable over claims 1-2, 5-35, 39, and 42 of Application No. 15/417,401

for the reasons of record as set forth in the Office action mailed on February 28, 2017 because

applicant did not provide any substantially rebuttal arguments.


Claims 16-17 remain provisionally rejected on the ground of nonstatutory double

patenting as being unpatentable over claims 1-22, 24, and 27 of Application No. 15/420,823 for

the reasons of record as set forth in the Office action mailed on February 28, 2017 because

applicant did not provide any substantially rebuttal arguments.


### *Conclusion*

No claim is allowed.

**THIS ACTION IS MADE FINAL.**  Applicant is reminded of the extension of time

policy as set forth in 37 CFR 1.136(a).

A shortened statutory period for reply to this final action is set to expire THREE

MONTHS from the mailing date of this action.  In the event a first reply is filed within TWO

MONTHS of the mailing date of this final action and the advisory action is not mailed until after

the end of the THREE-MONTH shortened statutory period, then the shortened statutory period

will expire on the date the advisory action is mailed, and any extension fee pursuant to 37

CFR 1.136(a) will be calculated from the mailing date of the advisory action.  In no event,

however, will the statutory period for reply expire later than SIX MONTHS from the mailing

date of this final action.

Application/Control Number: 14/776,533                                    Page  23
Art Unit:  1674

Any inquiry concerning this communication or earlier communications from the examiner should be directed to DANA H SHIN whose telephone number is (571)272-8008.  The examiner can normally be reached on Monday-Thursday: 8am - 6:30pm.

Examiner interviews are available via telephone, in-person, and video conferencing using a USPTO supplied web-based collaboration tool. To schedule an interview, applicant is encouraged to use the USPTO Automated Interview Request (AIR) at http://www.uspto.gov/interviewpractice.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, RAM SHUKLA can be reached on 571-272-0735.  The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system.  Status information for published applications may be obtained from either Private PAIR or Public PAIR.  Status information for unpublished applications is available through Private PAIR only.  For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/DANA H SHIN/
Primary Examiner, Art Unit 1674

SRPT-VYDS-0004881

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/359,152 | 11/22/2016 | Edward M. KAYE | AVN-012ACN | 9689 |

123147        7590        01/05/2018
Nelson Mullins Riley & Scarborough LLP/Sarepta
One Post Office Square
Boston, MASSACHUSETTS 02109

| EXAMINER |
|---|
| POLIAKOVA-GEORGAN, EKATERINA |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1674 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 01/05/2018 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

chris.schlauch@nelsonmullins.com
ipboston.docketing@nelsonmullins.com
ipqualityassuranceboston@nelsonmullins.com

PTOL-90A (Rev. 04/07)

SRPT-VYDS-0004882

| **Office Action Summary** | **Application No.** 15/359,152 | **Applicant(s)** KAYE, Edward M. |
|---|---|---|
| | **Examiner** EKATERINA POLIAKOVA | **Art Unit** 1674    **AIA Status** No |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1) ☑ Responsive to communication(s) filed on <u>22 November 2016</u> .
   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____ .

2a) ☐ This action is **FINAL**.     2b) ☑ This action is non-final.

3) ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims\***

5) ☑ Claim(s) <u>1-23</u> is/are pending in the application.
   5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6) ☐ Claim(s) _____ is/are allowed.

7) ☑ Claim(s) <u>1-23</u> is/are rejected.

8) ☐ Claim(s) _____ is/are objected to.

9) ☐ Claim(s) _____ are subject to restriction and/or election requirement

\* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to **PPHfeedback@uspto.gov.**

**Application Papers**

10) ☐ The specification is objected to by the Examiner.

11) ☐ The drawing(s) filed on _____ is/are:  a) ☐ accepted or  b) ☐ objected to by the Examiner.
   Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
   Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   **Certified copies:**
    a) ☐ All    b) ☐ Some\*\*    c) ☐ None of the:
     1. ☐ Certified copies of the priority documents have been received.
     2. ☐ Certified copies of the priority documents have been received in Application No. _____ .
     3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

\*\* See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☑ Notice of References Cited (PTO-892)

2) ☑ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date _____.

3) ☐ Interview Summary (PTO-413) Paper No(s)/Mail Date _____.

4) ☐ Other: _____.

U.S. Patent and Trademark Office
PTOL-326 (Rev. 11-13)      Office Action Summary      Part of Paper No./Mail Date 20180102

SRPT-VYDS-0004883

Application/Control Number: 15/359,152                                              Page 2
Art Unit: 1674

## DETAILED ACTION

### *Notice of Pre-AIA or AIA Status*

The present application is being examined under the pre-AIA first to invent provisions.

### *Claim Objections*

Claim 19 is objected to because of the following informalities: each of these claims

contains a limitation that refers to one or more Tables. MPEP 2173.05(s) states in part:

> Where possible, claims are to be complete in themselves. Incorporation by reference to a specific figure or
> table is permitted only in exceptional circumstances where there is no practical way to define the invention in
> words and where it is more concise to incorporate by reference than duplicating a drawing or table into the
> claim.

In the instant case, Tables 3 and 4 are referred to for the purpose of claiming nucleotide

sequences, which can be easily incorporated into the claims by reference to SEQ ID NOs.

Appropriate correction is required.

### *Claim Rejections - 35 USC § 112*

The following is a quotation of 35 U.S.C. 112(b):
(b) CONCLUSION.—The specification shall conclude with one or more claims particularly pointing out
and distinctly claiming the subject matter which the inventor or a joint inventor regards as the
invention.

The following is a quotation of 35 U.S.C. 112 (pre-AIA), second paragraph:
The specification shall conclude with one or more claims particularly pointing out and distinctly
claiming the subject matter which the applicant regards as his invention.

Claims 8 and 10 are rejected under 35 U.S.C. 112(b) or 35 U.S.C. 112 (pre-AIA), second

paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject

matter which the inventor or a joint inventor, or for pre-AIA the applicant regards as the

invention.

SRPT-VYDS-0004884

The term "substantially uncharged" in claims 8 and 10 is a relative term which renders

the claims indefinite. The term "substantially uncharged" is not defined by the claim, the

specification does not provide a standard for ascertaining the requisite degree, and one of

ordinary skill in the art would not be reasonably apprised of the scope of the invention.

Paragraph [0095] of instant specification defines how such substantially uncharged

oligonucleotide can be modified, but there is no definition how substantially uncharged

oligonucleotide is different from uncharged oligonucleotide.

### Claim Rejections - 35 USC § 102

The following is a quotation of the appropriate paragraphs of pre-AIA 35 U.S.C. 102 that

form the basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless –
>
> (b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of application for patent in the United States.

Claim(s) 1-11, 14-19, 21-23 is/are rejected under pre-AIA 35 U.S.C. 102(b) as being

anticipated by Clinical Trial NCT01396239 (ClinicalTrials.gov, published online on 07/15/2011, 4

pages, cited from IDS) as evidenced by Sazani et al (International Journal of Toxicology, 2010,

No. 26, 2: 143-156).

Clinical Trial NCT01396239 discloses a method for treating Duchenne muscular

dystrophy through induction of dystrophin expression by administration of eteplirsen (same as

AVI-4658 and as instant SEQ ID NO: 1) in 50 mg/kg or 30 mg/kg dosing (see page 1) once weekly

by single intravenous (i.v.) infusion to patients of 7 to 13 years old, having an out-of-frame

deletion(s) that may be corrected by skipping exon 51 (see page 2), who receive treatment with

SRPT-VYDS-0004885

oral corticosteroid for at least 24 weeks before eteplirsen treatment (see first paragraph on

page 3). Sazani et al disclose that AVI-4658 or eteplirsen (see second column on page 144),

identical to instant SEQ ID NO: 1, is substantially uncharged antisense oligonucleotide

containing phosphorodiamidate morpholino modifications (see last paragraph in first column

on page 144 and Figure 1), which satisfies structural requirements of instant claims 8-11.

Because Clinical Trial NCT01396239 discloses a method of treating Duchenne muscular

dystrophy by eteplirsen, which satisfies structural requirements of claim 1, the outcomes listed

in dependent claims 2-4 and 7 are expected to happen in the absence of evidence to the

contrary.

### Claim Rejections - 35 USC § 103

The following is a quotation of pre-AIA 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set
> forth in section 102, if the differences between the subject matter sought to be patented and the
> prior art are such that the subject matter as a whole would have been obvious at the time the
> invention was made to a person having ordinary skill in the art to which said subject matter pertains.
> Patentability shall not be negatived by the manner in which the invention was made.

Claims 1-23 is/are rejected under pre-AIA 35 U.S.C. 103(a) as being unpatentable over

Clinical Trial NCT01396239, above, and in further view of Sazani et al-2 (US 2010/0130591, May

2010, cited from IDS) and Sazani et al, above.

Teaching of Clinical Trial NCT01396239 are discussed above.

Clinical Trial NCT01396239 do not teach oligonucleotide delivery by conjugation to

arginine-rich peptide or delivery in phosphate-buffered saline.

Sazani et al-2 teach that delivery of eteplirsen (SEQ ID NO: 588) can be improved by its conjugation to arginine-rich peptide to enhance transport to the target cell (see paragraph [0178]).

Sazani et al teach delivery of eteplirsen in phosphate-buffered saline (see Table I on page 146).

It would have been obvious to one of the ordinary skill in the art at the time of the invention to improve method of treating Duchenne muscular dystrophy by administering eteplirsen conjugated to arginine-rich peptide and in phosphate-buffered saline based on teachings of Clinical Trial NCT01396239, Sazani et al-2 and Sazani et al. One of the ordinary skill in the art would be motivated to do so to improve delivery of the oligonucleotide to target cell as taught by Sazani et al-2 and to use phosphate-buffered saline as such adjuvant was appropriate for eteplirsen delivery as taught by Sazani et al.

### *Double Patenting*

The nonstatutory double patenting rejection is based on a judicially created doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or improper timewise extension of the "right to exclude" granted by a patent and to prevent possible harassment by multiple assignees. A nonstatutory double patenting rejection is appropriate where the conflicting claims are not identical, but at least one examined application claim is not patentably distinct from the reference claim(s) because the examined application claim is either anticipated by, or would have been obvious over, the reference claim(s). See, e.g., *In re Berg*, 140 F.3d 1428, 46 USPQ2d 1226 (Fed. Cir. 1998); *In re Goodman*, 11 F.3d 1046, 29 USPQ2d 2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed.

Cir. 1985); *In re Van Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d

438, 164 USPQ 619 (CCPA 1970); *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) or 1.321(d) may be

used to overcome an actual or provisional rejection based on nonstatutory double patenting

provided the reference application or patent either is shown to be commonly owned with the

examined application, or claims an invention made as a result of activities undertaken within

the scope of a joint research agreement. See MPEP § 717.02 for applications subject to

examination under the first inventor to file provisions of the AIA as explained in MPEP § 2159.

See MPEP §§ 706.02(l)(1) - 706.02(l)(3) for applications not subject to examination under the

first inventor to file provisions of the AIA. A terminal disclaimer must be signed in compliance

with 37 CFR 1.321(b).

The USPTO Internet website contains terminal disclaimer forms which may be used.

Please visit www.uspto.gov/patent/patents-forms. The filing date of the application in which

the form is filed determines what form (e.g., PTO/SB/25, PTO/SB/26, PTO/AIA/25, or

PTO/AIA/26) should be used. A web-based eTerminal Disclaimer may be filled out completely

online using web-screens. An eTerminal Disclaimer that meets all requirements is auto-

processed and approved immediately upon submission. For more information about eTerminal

Disclaimers, refer to www.uspto.gov/patents/process/file/efs/guidance/eTD-info-I.jsp.

Claims 1-23 are rejected on the ground of nonstatutory double patenting as being

unpatentable over claims 1-29 of U.S. Patent No. 9,506,058. Although the claims at issue are

not identical, they are not patentably distinct from each other because claims from '058 cover

SRPT-VYDS-0004888

Application/Control Number:15/359,152                                              Page 7
Art Unit:1674

overlapping subject matter with instant claims, treating the same disease with the same

compound, eteplirsen, at the same dosage, therefore claims of '058 anticipate instant claims.


Claims 1-23 are provisionally rejected on the ground of nonstatutory double patenting

as being unpatentable over claim 1 of copending Application No. 15/604,335  (reference

application). Although the claims at issue are not identical, they are not patentably distinct

from each other because they cover overlapping subject matter, treating the same disease with

eteplirsen of the same dosage, therefore claim 1 from '335 anticipates instant claims.

This is a provisional nonstatutory double patenting rejection because the patentably

indistinct claims have not in fact been patented.

### *Conclusion*

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to EKATERINA POLIAKOVA whose telephone number is (571)270-

5257.  The examiner can normally be reached on Mon-Fri 8-5.

Examiner interviews are available via telephone, in-person, and video conferencing

using a USPTO supplied web-based collaboration tool. To schedule an interview, applicant is

encouraged to use the USPTO Automated Interview Request (AIR) at

http://www.uspto.gov/interviewpractice.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Ram Shukla can be reached on (571)272-0735.   The fax phone number for the

organization where this application or proceeding is assigned is 571-273-8300.

SRPT-VYDS-0004889

Application/Control Number:15/359,152                                    Page8
Art Unit:1674

      Information regarding the status of an application may be obtained from the Patent

Application Information Retrieval (PAIR) system. Status information for published applications

may be obtained from either Private PAIR or Public PAIR. Status information for unpublished

applications is available through Private PAIR only. For more information about the PAIR

system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private

PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you

would like assistance from a USPTO Customer Service Representative or access to the

automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/EKATERINA POLIAKOVA-GEORGANTAS/
Primary Examiner, Art Unit 1674

SRPT-VYDS-0004890

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/417,401 | 01/27/2017 | Richard K. BESTWICK | AVN-017CN | 3857 |

123147        7590        10/12/2017
Nelson Mullins Riley & Scarborough LLP/Sarepta
One Post Office Square
Boston, MA 02109

| EXAMINER |
|---|
| SHIN, DANA H |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1674 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 10/12/2017 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

ipboston.docketing@nelsonmullins.com
chris.schlauch@nelsonmullins.com
ipqualityassuranceboston@nelsonmullins.com

PTOL-90A (Rev. 04/07)

| *Office Action Summary* | Application No. 15/417,401 | Applicant(s) BESTWICK et al. |
|---|---|---|
| | Examiner DANA H SHIN | Art Unit 1674 | AIA Status No |

| -- The MAILING DATE of this communication appears on the cover sheet with the correspondence address -- |
|---|

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☑ Responsive to communication(s) filed on <u>15 September 2017</u>                    .
   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____              .

2a)☐ This action is **FINAL**.          2b)☑ This action is non-final.

3)☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims\***

5)☑ Claim(s) <u>1-3,7-8,11-12,15-16,18-19,24-25,28-29,32-33,35 and 39-40</u> is/are pending in the application.
   5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6)☐ Claim(s) _____ is/are allowed.

7)☑ Claim(s) <u>1-3,7-8,11-12,15-16,18-19,24-25,28-29,32-33,35 and 39-40</u> is/are rejected.

8)☐ Claim(s) _____ is/are objected to.

9)☐ Claim(s) _____ are subject to restriction and/or election requirement.

\* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to **PPHfeedback@uspto.gov**.

**Application Papers**

10)☑ The specification is objected to by the Examiner.

11)☑ The drawing(s) filed on <u>27 January 2017</u> is/are: a)☐ accepted or b)☑ objected to by the Examiner.
   Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
   Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   **Certified copies:**
   a)☐ All   b)☐ Some\*\*   c)☐ None of the:
   1.☐ Certified copies of the priority documents have been received.
   2.☐ Certified copies of the priority documents have been received in Application No. _____ .
   3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

\*\* See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☐ Notice of References Cited (PTO-892)          3) ☐ Interview Summary (PTO-413)
                                                          Paper No(s)/Mail Date _____ .
2) ☑ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b)    4) ☐ Other: _____ .
   Paper No(s)/Mail Date _____ .

SRPT-VYDS-0004892

Application/Control Number: 15/417,401                                        Page   2
Art Unit: 1674

# DETAILED ACTION

### *Notice of Pre-AIA or AIA Status*

The present application is being examined under the pre-AIA first to invent provisions.

### *Status of Claims*

Claims 1-3, 7-8, 11-12, 15-16, 18-19, 24-25, 28-29, 32-33, 35, and 39-40 are currently

pending and under examination on the merits in the instant case.

### *Drawings*

It is noted that Figure 2 contains a drawing in red color. See the PDF file filed on January

27, 2017.

Color photographs and color drawings are not accepted in utility applications unless a

petition filed under 37 CFR 1.84(a)(2) is granted. Any such petition must be accompanied by the

appropriate fee set forth in 37 CFR 1.17(h), one set of color drawings or color photographs, as

appropriate, if submitted via EFS-Web or three sets of color drawings or color photographs, as

appropriate, if not submitted via EFS-Web, and, unless already present, an amendment to include

the following language as the first paragraph of the brief description of the drawings section of

the specification:

The patent or application file contains at least one drawing executed in color. Copies of

this patent or patent application publication with color drawing(s) will be provided by the Office

upon request and payment of the necessary fee.

Color photographs will be accepted if the conditions for accepting color drawings and

black and white photographs have been satisfied. See 37 CFR 1.84(b)(2).

SRPT-VYDS-0004893

Application/Control Number: 15/417,401                                        Page 3
Art Unit: 1674

### *Specification*

The disclosure is objected to for containing sequence rule non-compliant subject matter.

See Figure 2 showing a nucleotide sequence immediately below "Exon53". Either the Figure or

the description of the Figure must identify the nucleotide sequence with an appropriate SEQ ID

NO. If the nucleotide sequence is not included in the sequence listing, applicant is required to

correctly update the sequence listing both in paper and CRF. See 37 CFR §§1.821-1.825.

Appropriate correction is required.

The abstract of the disclosure is objected to because it is shorter than 50 words in length.

Correction is required.  See MPEP § 608.01(b).

The title of the invention is not descriptive.  A new title is required that is clearly

indicative of the invention to which the claims are directed.

### *Claim Rejections - 35 USC § 102*

The following is a quotation of the appropriate paragraphs of pre-AIA 35 U.S.C. 102 that

form the basis for the rejections under this section made in this Office action:

A person shall be entitled to a patent unless –

(a) the invention was known or used by others in this country, or patented or described in a printed
publication in this or a foreign country, before the invention thereof by the applicant for a patent.

(b) the invention was patented or described in a printed publication in this or a foreign country or in
public use or on sale in this country, more than one year prior to the date of application for patent in the
United States.

(e) the invention was described in (1) an application for patent, published under section 122(b), by
another filed in the United States before the invention by the applicant for patent or (2) a patent granted
on an application for patent by another filed in the United States before the invention by the applicant
for patent, except that an international application filed under the treaty defined in section 351(a) shall
have the effects for purposes of this subsection of an application filed in the United States only if the
international application designated the United States and was published under Article 21(2) of such
treaty in the English language.

SRPT-VYDS-0004894

Application/Control Number:15/417,401                                                    Page   4
Art Unit:  1674

Claims 1-3, 7-8, 11-12, 15-16, 18-19, 24-25, 28-29, 32-33, 35, and 39-40 are rejected

under pre-AIA 35 U.S.C. 102(e) as being anticipated by De Visser et al. (US 2015/0045413 A1,

applicant's citation).

De Visser discloses 25-mer antisense oligonucleotides ("PS524", "PS1317", "PS1318",

and "PS1319") targeted to exon 53 of human dystrophin, wherein the oligonucleotides comprise

5'-methylcytosine and linked by phosphorothioate backbones, wherein the oligonucleotides have

the nucleotide sequence of 5'-GUUGCCUCCGGUUCUGAAGGUGUUC, which corresponds to

the RNA equivalent sequence of SEQ ID NO:14 claimed in the instant case. See paragraph 0007

and Figure 1C.

De Visser demonstrates that the oligonucleotides induce exon 53 skipping, See Figure 1C

copied below, wherein the underlining in the nucleotide sequences represent 5'-metnylcytosine

substitution:



| AON | Conc. (nM) | Sequence (5'-3') |
|---|---|---|
| PS524 | 400 | GUUGCCUCCGGUUCUGAAGGUGUUC |
| PS1317 | 400 | GUUGCCUCCGGUUCUGAAGGUGUUC |
| PS1318 | 400 | GUUGCCUCCGGUUCUGAAGGUGUUC |
| PS1319 | 400 | GUUGCCUCCGGUUCUGAAGGUGUUC |

Application/Control Number:15/417,401                                          Page  5
Art Unit:  1674

De Visser teaches that exon skipping oligonucleotides can be PMO oligonucleotides or can comprise peptide nucleic acids. See paragraphs 0046-0047.

De Visser teaches that the oligonucleotides can be linked to a cell targeting/delivery moiety such as polyethylene glycol (PEG). See paragraphs 0642-0643.

De Visser teaches that the exon 53 skipping oligonucleotides can be formulated as a pharmaceutical composition for treating DMD. See paragraphs 0074-0075, 0637, 0649-0650.

Accordingly, claims 1-3, 7-8, 11-12, 15-16, 18-19, 24-25, 28-29, 32-33, 35, and 39-40 are anticipated by De Visser et al.


Claims 1, 7-8, 11-12, 15-16, 18-19, 24-25, 28-29, 32-33, 35, and 39-40 are rejected under pre-AIA 35 U.S.C. 102(e) as being anticipated by Wilton et al. (US 8,232,384 B2, applicant's citation).

Wilton's '384 patent claims an oligonucleotide (SEQ ID NO:195) complementary to H53A (+23+47), wherein the oligonucleotide comprises PMO or a peptide nucleic acid and is conjugated to a polyethylene glycol molecule, wherein  the oligonucleotide comprises at least 10 nucleotides of the recited SEQ ID NOs in the instant case. Wilton's 384 patent also claims a method of treating DMD. See claims 1-25.

Accordingly, claims 1, 7-8, 11-12, 15-16, 18-19, 24-25, 28-29, 32-33, 35, and 39-40 are clearly anticipated by the '384 patent claims.


Claims 1-3, 7-8, 11-12, 15-16, 18-19, 24-25, 28-29, 32-33, 35, and 39-40 are rejected under pre-AIA 35 U.S.C. 102(a) and 102(e) as being anticipated by Watanabe et al. (WO 2012/029986 A1, applicant's citation).

SRPT-VYDS-0004896

Application/Control Number:15/417,401                                                    Page  6
Art Unit:  1674

Watanabe discloses a 25-mer antisense oligonucleotide (SEQ ID NO:57) that is

complementary to nucleotide positions 36-60 of exon 53 of human dystrophin. See below:

H53_36-60                GUUGCCUCCGGUUCUGAAGGUGUUC                              57

It is noted that the above 25-mer RNA sequence is an RNA equivalent that is 100%

identical to SEQ ID NO:14 claimed in the instant case.

Watanabe demonstrates that SEQ ID NO:57 ("H53 36-60") induces exon 53 skipping to

about 80%. See Figure 9. See also Figure 13 showing exon 53 skipping by "H53 36-60".

Watanabe teaches making PMO oligomers, wherein PMO No. 8 is targeted to nucleotide

positions 36-56. See Table 2 at page 28. PMO No. 8 is shown to induce skipping of exon 53. See

Figure 1:



Watanabe teaches that the exon 53 skipping oligonucleotides can be "peptide nucleic acid

(PNA) oligomer having a length of 18 to 28 bases". See paragraph 0005 of the English

translation.

SRPT-VYDS-0004897

Watanabe teaches that the oligonucleotides that induce skipping of dystrophin exon 53

can be formulated as a pharmaceutical composition and be used in a DMD treatment method.

See paragraphs 0002-0003, 0007, and claim 13 of the English translation.

Watanabe teaches that the PMO oligonucleotide is conjugated to a PEG as shown in

chemical formula (1) in paragraph 0003 as copied below:



（１）

Accordingly, claims 1-3, 7-8, 11-12, 15-16, 18-19, 24-25, 28-29, 32-33, 35, and 39-40

are anticipated by Watanabe et al.


Claims 1-3, 7-8, 11-12, 16, 18-19, 24-25, 28-29, 33, 35, and 39-40 are rejected under pre-

AIA 35 U.S.C. 102(b) as being anticipated by Popplewell et al. (US 2010/0168212 A1,

applicant's citation).

Popplewell discloses PMO-modified 30-mer antisense oligonucleotides (SEQ ID NOs:22

and 23) targeted to human dystrophin exon 53, wherein the oligonucleotides comprise at least 10

nucleotides of SEQ ID NO:10. See SEQ ID NOs:22-23 as disclosed in paragraph 0055, wherein

underlining has been added to indicate nucleotides present in SEQ ID NO:14:


```
                                        (SEQ ID NO: 22)
    H53A30/2 -
    CTG TTG CCT CCG GTT CTG AAG GTG TTC TTG;


                                        (SEQ ID NO: 23)
    H53A30/3 -
    CAA CTG TTG CCT CCG GTT CTG AAG GTG TTC;
```

Application/Control Number:15/417,401                                                    Page 8
Art Unit: 1674

Popplewell teaches that the two oligonucleotides induce about 80% and 87% exon 53 skipping. See Table 1.

Popplewell teaches making a pharmaceutical composition comprising the exon skipping oligonucleotide and a pharmaceutically acceptable carrier (e.g., buffer comprising phosphates) and using the composition for treating DMD, wherein the oligonucleotide can be conjugated to a delivery enhancing agent such as a cell penetrating peptide (CPP) or can be conjugated to polyethylene glycol. See claims 9-12; paragraphs 0033 and 0035.

Popplewell teaches making a PMO oligonucleotide comprising at least 25 nucleotides of SEQ ID NO:11 (5'-CAACTGTTGCCTCCGGTTCTGAAGGTGTTC), wherein the underlined 25-mer is 100% identical to SEQ ID NO:14 claimed in the instant case. See paragraph 0015.

Accordingly, claims 1-3, 7-8, 11-12, 16, 18-19, 24-25, 28-29, 33, 35, and 39-40 are anticipated by Popplewell et al.


### Double Patenting

The nonstatutory double patenting rejection is based on a judicially created doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or improper timewise extension of the "right to exclude" granted by a patent and to prevent possible harassment by multiple assignees. A nonstatutory double patenting rejection is appropriate where the conflicting claims are not identical, but at least one examined application claim is not patentably distinct from the reference claim(s) because the examined application claim is either anticipated by, or would have been obvious over, the reference claim(s). See, e.g., *In re Berg*, 140 F.3d 1428, 46 USPQ2d 1226 (Fed. Cir. 1998); *In re Goodman*, 11 F.3d 1046, 29 USPQ2d 2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir. 1985); *In re Van*

SRPT-VYDS-0004899

Application/Control Number:15/417,401                                          Page  9
Art Unit:  1674

*Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d 438, 164 USPQ 619

(CCPA 1970); *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) or 1.321(d) may

be used to overcome an actual or provisional rejection based on nonstatutory double patenting

provided the reference application or patent either is shown to be commonly owned with the

examined application, or claims an invention made as a result of activities undertaken within the

scope of a joint research agreement. See MPEP § 717.02 for applications subject to examination

under the first inventor to file provisions of the AIA as explained in MPEP § 2159.  See MPEP

§§ 706.02(l)(1) - 706.02(l)(3) for applications not subject to examination under the first inventor

to file provisions of the AIA. A terminal disclaimer must be signed in compliance with 37 CFR

1.321(b).

The USPTO Internet website contains terminal disclaimer forms which may be used.

Please visit www.uspto.gov/patent/patents-forms. The filing date of the application in which the

form is filed determines what form (e.g., PTO/SB/25, PTO/SB/26, PTO/AIA/25, or

PTO/AIA/26) should be used. A web-based eTerminal Disclaimer may be filled out completely

online using web-screens. An eTerminal Disclaimer that meets all requirements is auto-

processed and approved immediately upon submission. For more information about eTerminal

Disclaimers, refer to www.uspto.gov/patents/process/file/efs/guidance/eTD-info-I.jsp.

Claims are rejected on the ground of nonstatutory double patenting as being unpatentable

over claims 1-32 of U.S. Patent No. 8,779,128 B2 in view of Popplewell et al. (US

2010/0168212 A1, applicant's citation).

Although the claims at issue are not identical, they are not patentably distinct from each

other because the instant claims are encompassed by and obvious over the '128 patent claims,

which are broadly drawn to any oligomer having a 5'-PEG conjugated PMO oligomer (see for

Application/Control Number:15/417,401                                          Page  10
Art Unit:  1674

instance claims 26, 30-31) binding to a target nucleotide sequence. Although the '128 patent

claims do not expressly recite that the target binding oligomer is a human dystrophin exon 53

skipping antisense oligonucleotide sequence, the '128 patent specification makes clear that the

claimed "oligomer" reads on an exon skipping oligomer as evidenced by columns 83-84,

Example 27, and Figures 5-6 that teach that the claimed oligomer is targeted to dystrophin for

exon skipping for DMD treatment purpose. As such, one of ordinary skill in the art trying to

determine the scope of "oligomer" claimed in the '128 patent claims by looking into the

specification would readily understand the claimed oligomer reads on an exon skipping

oligonucleotide. Note that "those portions of the specification which provide support for the

patent claims may also be examined and considered when addressing the issue of whether a

claim in the application defines an obvious variation of an invention claimed in the patent." See

MPEP §804. See also *Pfizer Inc. v. Teva Pharmaceuticals USA Inc.,* 518 F3d 1353, 86 USPQ2d

1001 (Fed. Cir. 2008), wherein the court expressed the following: "To the extent that Pfizer

contends that we may not rely on the teachings of the specification or claims in the '165 patent to

reject the claims of the '068 patent, we disagree. *See Geneva*, 349 F.3d at 1386. There is nothing

that prevents us from looking to the specification to determine the proper scope of the claims."

Now, it is noted that making a dystrophin exon 53 skipping oligonucleotide comprising

SEQ ID NO:14 claimed in the instant case was already known in the art as taught by Popplewell

et al. As such, the instantly claimed subject matter is fully encompassed and rendered obvious by

the scope of the 5'-PEG-conjugated PMO "oligomer" of the '128 patent claims.


Claims 1-3, 7-8, 11-12, 16, 18-19, 24-25, 28-29, 33, 35, and 39 are provisionally rejected

on the ground of nonstatutory double patenting as being unpatentable over claims 16-17 of

copending Application No. 14/776,533 (reference application). Although the claims at issue are

Application/Control Number:15/417,401                                    Page   11
Art Unit:  1674

not identical, they are not patentably distinct from each other because the instant claims are

anticipated by the PEG-conjugated PMO antisense oligonucleotide of the '533 claims having the

nucleotide sequence of 5'-GTTGCCTCCGGTTCTGAAGGTGTTC, which is 100% identical to

SEQ ID NO:14 claimed in the instant case.


Claims 1, 7-8, 11-12, 16, 18-19, 24-25, 28-29, 33, 35, and 39 are provisionally rejected

on the ground of nonstatutory double patenting as being unpatentable over claims 2-3 of

copending Application No. 15/274,772 (reference application). Although the claims at issue are

not identical, they are not patentably distinct from each other because the instant claims are

anticipated by the PEG-conjugated PMO antisense oligonucleotide of the '772 claims having the

nucleotide sequence of SEQ ID NO:193 having thymine bases in place of uridines, wherein SEQ

ID NO:193 comprises at least 10 consecutive nucleotides of the instantly claimed SEQ ID NOs

such as SEQ ID NO:14.


### *Conclusion*

No claim is allowed.

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to DANA H SHIN whose telephone number is (571)272-8008.  The

examiner can normally be reached on Monday-Thursday: 8am - 6:30pm.

Examiner interviews are available via telephone, in-person, and video conferencing using

a USPTO supplied web-based collaboration tool. To schedule an interview, applicant is

encouraged to use the USPTO Automated Interview Request (AIR) at

http://www.uspto.gov/interviewpractice.

Application/Control Number:15/417,401                                    Page   12
Art Unit:  1674

    If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, RAM SHUKLA can be reached on 571-272-0735.  The fax phone number for the

organization where this application or proceeding is assigned is 571-273-8300.

    Information regarding the status of an application may be obtained from the Patent

Application Information Retrieval (PAIR) system.  Status information for published applications

may be obtained from either Private PAIR or Public PAIR.  Status information for unpublished

applications is available through Private PAIR only.  For more information about the PAIR

system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR

system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would

like assistance from a USPTO Customer Service Representative or access to the automated

information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/DANA H SHIN/
Primary Examiner, Art Unit 1674

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/420,823 | 01/31/2017 | Richard K. BESTWICK | AVN-010PCCN2 | 1062 |

123147        7590        11/02/2017
Nelson Mullins Riley & Scarborough LLP/Sarepta
One Post Office Square
Boston, MA 02109

| EXAMINER |
|---|
| BOWMAN, AMY HUDSON |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1674 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 11/02/2017 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

ipboston.docketing@nelsonmullins.com
chris.schlauch@nelsonmullins.com
ipqualityassuranceboston@nelsonmullins.com

PTOL-90A (Rev. 04/07)

| ***Office Action Summary*** | **Application No.** 15/420,823 | **Applicant(s)** BESTWICK et al. |
|---|---|---|
| | **Examiner** Amy H Bowman | **Art Unit** 1674 | **AIA Status** No |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>2</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☑ Responsive to communication(s) filed on <u>9/14/17</u>        .
    ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____          .
2a)☐ This action is **FINAL**.    2b)☑ This action is non-final.
3)☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.
4)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims***

5)☑ Claim(s) <u>1-8,10-11,13-20 and 24-25</u> is/are pending in the application.
    5a) Of the above claim(s) _____ is/are withdrawn from consideration.
6)☐ Claim(s) _____ is/are allowed.
7)☐ Claim(s) _____ is/are rejected.
8)☐ Claim(s) _____ is/are objected to.
9)☑ Claim(s) <u>1-8,10-11,13-20 and 24-25</u> are subject to restriction and/or election requirement.
* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to **PPHfeedback@uspto.gov**.

**Application Papers**

10)☐ The specification is objected to by the Examiner.
11)☐ The drawing(s) filed on _____ is/are:  a)☐ accepted or  b)☐ objected to by the Examiner.
    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
    **Certified copies:**
    a)☐ All    b)☐ Some**    c)☐ None of the:
      1.☐ Certified copies of the priority documents have been received.
      2.☐ Certified copies of the priority documents have been received in Application No. _____ .
      3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).
** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**
1) ☐ Notice of References Cited (PTO-892)
2) ☐ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date _____ .
3) ☐ Interview Summary (PTO-413) Paper No(s)/Mail Date _____ .
4) ☐ Other: _____ .

U.S. Patent and Trademark Office
PTOL-326 (Rev. 11-13)          Office Action Summary          Part of Paper No./Mail Date 20171025

SRPT-VYDS-0004905

Application/Control Number: 15/420,823                                                    Page 2
Art Unit: 1674

### *Notice of Pre-AIA or AIA Status*

The present application is being examined under the pre-AIA first to invent

provisions.

### DETAILED ACTION

The office action mailed on 9/28/17 has been vacated.


### *Election/Restrictions*

Restriction to one of the following inventions is required under 35 U.S.C. 121:

I. Claims 1-8, 10, 11, 13-20, and 24, drawn to an isolated antisense

oligonucleotide, classified in C12N 15/113.

II. Claim 25, drawn to a method of treating Duchenne muscular dystrophy,

classified in A61K 48/00.


The inventions are distinct, each from the other because of the following reasons:

Inventions of group I is related to the inventions of group II as product and

process of use.  The inventions can be shown to be distinct if either or both of the

following can be shown: (1) the process for using the product as claimed can be

practiced with another materially different product or (2) the product as claimed can be

used in a materially different process of using that product. See MPEP § 806.05(h).  In

the instant case the product can be used as a size marker on a gel.  The method of

treatment can be practiced with an antibody or aptamer.  To search for one would not

necessarily return art against the other.

SRPT-VYDS-0004906

Application/Control Number: 15/420,823                                                    Page 3
Art Unit: 1674

Restriction for examination purposes as indicated is proper because all these inventions listed in this action are independent or distinct for the reasons given above and there would be a serious search and/or examination burden if restriction were not required.

**Applicant is advised that the reply to this requirement to be complete <u>must</u> include (i) an election of an invention to be examined** even though the requirement may be traversed (37 CFR 1.143) **and (ii) identification of the claims encompassing the elected invention.**

The election of an invention may be made with or without traverse. To reserve a right to petition, the election must be made with traverse. If the reply does not distinctly and specifically point out supposed errors in the restriction requirement, the election shall be treated as an election without traverse. Traversal must be presented at the time of election in order to be considered timely. Failure to timely traverse the requirement will result in the loss of right to petition under 37 CFR 1.144. If claims are added after the election, applicant must indicate which of these claims are readable upon the elected invention.

Should applicant traverse on the ground that the inventions are not patentably distinct, applicant should submit evidence or identify such evidence now of record showing the inventions to be obvious variants or clearly admit on the record that this is the case. In either instance, if the examiner finds one of the inventions unpatentable over the prior art, the evidence or admission may be used in a rejection under 35 U.S.C. 103 or pre-AIA 35 U.S.C. 103(a) of the other invention.

Application/Control Number: 15/420,823                                               Page 4
Art Unit: 1674

     **Applicant is advised that the reply to this requirement to be complete must include (i) an election of a species to be examined** even though the requirement may be traversed (37 CFR 1.143) **and (ii) identification of the claims encompassing the elected species or grouping of patentably indistinct species**, including any claims subsequently added. An argument that a claim is allowable or that all claims are generic is considered nonresponsive unless accompanied by an election.

     The election may be made with or without traverse. To preserve a right to petition, the election must be made with traverse. If the reply does not distinctly and specifically point out supposed errors in the election of species requirement, the election shall be treated as an election without traverse. Traversal must be presented at the time of election in order to be considered timely. Failure to timely traverse the requirement will result in the loss of right to petition under 37 CFR 1.144. If claims are added after the election, applicant must indicate which of these claims are readable on the elected species or grouping of patentably indistinct species.

     Should applicant traverse on the ground that the species, or groupings of patentably indistinct species from which election is required, are not patentably distinct, applicant should submit evidence or identify such evidence now of record showing them to be obvious variants or clearly admit on the record that this is the case. In either instance, if the examiner finds one of the species unpatentable over the prior art, the evidence or admission may be used in a rejection under 35 U.S.C. 103 or pre-AIA 35 U.S.C. 103(a) of the other species.

SRPT-VYDS-0004908

Upon the allowance of a generic claim, applicant will be entitled to consideration of claims to additional species which depend from or otherwise require all the limitations of an allowable generic claim as provided by 37 CFR 1.141.

Applicant is reminded that upon the cancellation of claims to a non-elected invention, the inventorship must be corrected in compliance with 37 CFR 1.48(a) if one or more of the currently named inventors is no longer an inventor of at least one claim remaining in the application. A request to correct inventorship under 37 CFR 1.48(a) must be accompanied by an application data sheet in accordance with 37 CFR 1.76 that identifies each inventor by his or her legal name and by the processing fee required under 37 CFR 1.17(i).

The examiner has required restriction between product or apparatus claims and process claims. Where applicant elects claims directed to the product/apparatus, and all product/apparatus claims are subsequently found allowable, withdrawn process claims that include all the limitations of the allowable product/apparatus claims should be considered for rejoinder. All claims directed to a nonelected process invention must include all the limitations of an allowable product/apparatus claim for that process invention to be rejoined.

In the event of rejoinder, the requirement for restriction between the product/apparatus claims and the rejoined process claims will be withdrawn, and the rejoined process claims will be fully examined for patentability in accordance with 37 CFR 1.104. Thus, to be allowable, the rejoined claims must meet all criteria for patentability including the requirements of 35 U.S.C. 101, 102, 103 and 112. Until all claims to the elected product/apparatus are found allowable, an otherwise proper

Application/Control Number: 15/420,823                                    Page 6
Art Unit: 1674

restriction requirement between product/apparatus claims and process claims may be

maintained. Withdrawn process claims that are not commensurate in scope with an

allowable product/apparatus claim will not be rejoined. See MPEP § 821.04.

Additionally, in order for rejoinder to occur, applicant is advised that the process claims

should be amended during prosecution to require the limitations of the

product/apparatus claims. **Failure to do so may result in no rejoinder.** Further, note

that the prohibition against double patenting rejections of 35 U.S.C. 121 does not apply

where the restriction requirement is withdrawn by the examiner before the patent

issues. See MPEP § 804.01.

### *Conclusion*

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to Amy Hudson Bowman whose telephone number is

(571)272-0755.  The examiner can normally be reached on M-F 8:00am-6:00pm.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Ram Shukla can be reached on 571-272-0735.  The fax phone number for

the organization where this application or proceeding is assigned is 571-273-8300.

SRPT-VYDS-0004910

Application/Control Number: 15/420,823                                   Page 7
Art Unit: 1674

        Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system.  Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a

USPTO Customer Service Representative or access to the automated information

system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.


/AMY H BOWMAN/
Primary Examiner, Art Unit 1674

SRPT-VYDS-0004911

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/422,127 | 02/01/2017 | Richard K. BESTWICK | AVN-013BCN | 3599 |

123147        7590        11/27/2017
Nelson Mullins Riley & Scarborough LLP/Sarepta
One Post Office Square
Boston, MA 02109

| EXAMINER |
|---|
| SHIN, DANA H |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1674 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 11/27/2017 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

ipboston.docketing@nelsonmullins.com
chris.schlauch@nelsonmullins.com
ipqualityassuranceboston@nelsonmullins.com

PTOL-90A (Rev. 04/07)

| **Office Action Summary** | **Application No.** 15/422,127 | **Applicant(s)** BESTWICK et al. | |
|---|---|---|---|
| | **Examiner** DANA H SHIN | **Art Unit** 1674 | **AIA Status** No |

-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☑ Responsive to communication(s) filed on <u>15 September 2017</u>                    .
   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____ .

2a)☐ This action is **FINAL**.        2b)☑ This action is non-final.

3)☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims***

5)☑ Claim(s) <u>1-2,8-9,16 and 21-57</u> is/are pending in the application.
   5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6)☐ Claim(s) _____ is/are allowed.

7)☑ Claim(s) <u>1-2,8-9,16 and 21-57</u> is/are rejected.

8)☐ Claim(s) _____ is/are objected to.

9)☐ Claim(s) _____ are subject to restriction and/or election requirement.

* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to **PPHfeedback@uspto.gov.**

**Application Papers**

10)☑ The specification is objected to by the Examiner.

11)☑ The drawing(s) filed on <u>01 February 2017</u> is/are: a)☑ accepted or b)☐ objected to by the Examiner.
   Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
   Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   **Certified copies:**
   a)☐ All    b)☐ Some**    c)☐ None of the:
   1.☐ Certified copies of the priority documents have been received.
   2.☐ Certified copies of the priority documents have been received in Application No. _____ .
   3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☑ Notice of References Cited (PTO-892)

2) ☑ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b)
   Paper No(s)/Mail Date _____ .

3) ☐ Interview Summary (PTO-413)
   Paper No(s)/Mail Date _____ .

4) ☐ Other: _____ .

SRPT-VYDS-0004913

Application/Control Number:15/422,127                                    Page2
Art Unit:1674

# DETAILED ACTION

## *Notice of Pre-AIA or AIA Status*

The present application is being examined under the pre-AIA first to invent provisions.

## *Status of Claims*

Claims 1-2, 8-9, 16, and 21-57 are currently pending and under examination on the merits in the instant case.

## *Specification*

The title of the invention is not descriptive.  A new title is required that is clearly indicative of the invention to which the claims are directed.

The abstract is objected to because it is shorter than 50 words in length.

## *Claim Rejections - 35 USC § 102*

The following is a quotation of the appropriate paragraphs of pre-AIA 35 U.S.C. 102 that form the basis for the rejections under this section made in this Office action:

A person shall be entitled to a patent unless –

(b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of application for patent in the United States.

Claims 1-2, 8-9, 21-22, 30-33, 35-36, 44-47, and 49-50 are rejected under pre-AIA 35 U.S.C. 102(b) as being anticipated by Sazani et al. (US 2010/0130591 A1, applicant's citation).

Sazani claims a PMO antisense compound of 20-35 nucleotides in length comprising SEQ ID NO:4.

SRPT-VYDS-0004914

Application/Control Number:15/422,127                                                    Page3
Art Unit:1674

See claim 1 as copied below:

> 1. A composition for use in producing skipping of exon 44 in the processing of human dystrophin pre-processed mRNA, comprising
>> a substantially uncharged antisense compound containing 20-35 morpholino subunits linked by phosphorus-containing intersubunit linkages joining a morpholino nitrogen of one subunit to a 5' exocyclic carbon of an adjacent subunit, comprising a sequence selected from the group consisting SEQ ID NOS: 1-20, and capable of forming with the complementary mRNA sequence in the dystrophin-gene exon 44, a heteroduplex structure between said compound and mRNA having a Tm of at least 45°C.

See SEQ ID NO:4 copied below, wherein the underlining indicates the 22-mer claimed in the instant case.

Hu.DMD.Exon44.25.004       <u>GATCTGTCAAATCGCCTGCAGGT</u>AA              4

Since one of ordinary skill in the art can readily envision four 22-mer PMO oligonucleotides within SEQ ID NO:4, wherein one of which is the underlined 22-mer sequence above that is 100% identical to the instantly claimed 22-mer oligonucleotide sequence, the instantly claimed nucleotide sequence of SEQ ID NO:5 is taught by Sazani.

Sazani teaches that "Ts and Us are interchangeable." See paragraph 0098.

Sazani teaches that the PMO oligonucleotide can be chemically linked to a 5' delivery conjugate via a piperazinyl moiety, wherein the conjugate includes a PEG. See paragraph 0197; Figure 1B.

Sazani teaches making a pharmaceutical composition comprising the PMO oligonucleotide and a pharmaceutically acceptable carrier. See paragraph 0191.

Accordingly, claims 1-2, 8-9, 21-22, 30-33, 35-36, 44-47, and 49-50 are taught by Sazani et al.

Application/Control Number:15/422,127                                      Page4
Art Unit:1674

### *Claim Rejections - 35 USC § 103*

The following is a quotation of pre-AIA 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set
> forth in section 102, if the differences between the subject matter sought to be patented and the prior art
> are such that the subject matter as a whole would have been obvious at the time the invention was made
> to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not
> be negatived by the manner in which the invention was made.

This application currently names joint inventors. In considering patentability of the

claims under pre-AIA 35 U.S.C. 103(a), the examiner presumes that the subject matter of the

various claims was commonly owned at the time any inventions covered therein were made

absent any evidence to the contrary.  Applicant is advised of the obligation under 37 CFR 1.56 to

point out the inventor and invention dates of each claim that was not commonly owned at the

time a later invention was made in order for the examiner to consider the applicability of pre-

AIA 35 U.S.C. 103(c) and potential pre-AIA 35 U.S.C. 102(e), (f) or (g) prior art under pre-AIA

35 U.S.C. 103(a).

Claims 1-2, 8-9, 16, and 21-57 are rejected under pre-AIA 35 U.S.C. 103(a) as being

unpatentable over Sazani et al. (US 2010/0130591 A1, applicant's citation) in view of Hanson

(US 2012/0289457 A1).

Sazani claims a PMO antisense compound of 20-35 nucleotides in length comprising

SEQ ID NO:4.

See claim 1 as copied below:

> **1. A composition for use in producing skipping of exon 44
> in the processing of human dystrophin pre-processed mRNA,
> comprising**
>> a substantially uncharged antisense compound containing
>> 20-35 morpholino subunits linked by phosphorus-con-
>> taining intersubunit linkages joining a morpholino nitro-
>> gen of one subunit to a 5' exocyclic carbon of an adjacent
>> subunit, comprising a sequence selected from the group
>> consisting SEQ ID NOS: 1-20, and capable of forming

SRPT-VYDS-0004916

Application/Control Number:15/422,127                                                     Page5
Art Unit:1674

> with the complementary mRNA sequence in the dystro-
> phin-gene exon 44, a heteroduplex structure between
> said compound and mRNA having a Tm of at least 45° C.

See SEQ ID NO:4 copied below, wherein the underlining indicates the 22-mer claimed in

the instant case.

`Hu.DMD.Exon44.25.004`      GATCTGTCAAATCGCCTGCAGGTAA                              4

Since one of ordinary skill in the art can readily envision four 22-mer PMO

oligonucleotides within SEQ ID NO:4, wherein one of which is the underlined 22-mer sequence

above that is 100% identical to the instantly claimed 22-mer oligonucleotide sequence, the

instantly claimed nucleotide sequence of SEQ ID NO:5 is taught by Sazani.

Sazani teaches that "Ts and Us are interchangeable." See paragraph 0098.

Sazani teaches that the PMO oligonucleotide can be chemically linked to a 5' delivery

conjugate via a piperazinyl moiety, wherein the conjugate includes a PEG. See paragraph 0197;

Figure 1B.

Sazani teaches making a pharmaceutical composition comprising the PMO

oligonucleotide and a pharmaceutically acceptable carrier. See paragraph 0191.

Sazani does not expressly disclose the PEG-linked PMO structure.

Hanson teaches making an exon skipping PMO antisense oligonucleotide comprising a 5'

terminus triethylene glycol ("EG3") linked to the PMO via a piperazine linker as shown in

Figure 1C as below:

Application/Control Number:15/422,127                                                    Page6
Art Unit:1674

See also paragraphs 0478-0483; Table 7.

Hanson's above structure has N(CH₃)₂ in place of "X" as evidenced by Figure 1A as below:



Hanson also discloses SEQ ID NOs:22, which is identical to Sazani's SEQ ID NO:4. See Table 1 at page 25.

It would have been obvious to one of ordinary skill in the art at the time the invention was made to make a "EG3"-linked PMO consisting of the first 22-mer sequence of Sazani's SEQ ID NO:4 or Hanson's SEQ ID NO:22. One of ordinary skill in the art would have been motivated to do so with a reasonable expectation of success because Sazani expressly claimed a PMO of 22 nucleotides of SEQ ID NO:4 (see claim 1), wherein only four 22-mer PMO oligonucleotide sequences are possible when making a 22-mer PMO within Sazani's SEQ ID NO:4 thus arriving at SEQ ID NO:5 would have been *prima facie* obvious, and because PEG-conjugated PMO for skipping DMD exon 44 was taught by Sazani (see paragraph 0197), wherein "EG3"-linked PMO was an art-recognized oligomer design when making an exon skipping oligonucleotides as taught by Hanson.

"When there is a design need or market pressure to solve a problem and there are a finite number of identified, predictable solutions, a person of ordinary skill has good reason to pursue the known options within his or her technical grasp. If this leads to the anticipated success, it is

Application/Control Number:15/422,127                                                    Page7
Art Unit:1674

likely that not of innovation but of ordinary skill and common sense. In that instance the fact that

a combination was obvious to try might show that it was obvious under § 103." *KSR Int'l Co. v.*

*Teleflex Inc.*, 550 U.S. 398, 421, 82 USPQ2d 1385, 1397 (2007).

Accordingly, claims 1-2, 8-9, 16, and 21-57 taken as a whole would have been *prima*

*facie* obvious at the time of the invention.

### Claim Rejections - 35 USC § 101

35 U.S.C. 101 reads as follows:

Whoever invents or discovers any new and useful process, machine, manufacture, or composition of
matter, or any new and useful improvement thereof, may obtain a patent therefor, subject to the
conditions and requirements of this title.

Claims 2, 24, 31, 38, 45, and 52 are rejected under 35 U.S.C. 101 because the claimed

invention is directed to a judicial exception (i.e., a law of nature, a natural phenomenon, or an

abstract idea) without significantly more.

The claims are directed to a fragment of a naturally occurring nucleic acid such as human

DMD genomic sequence (NG_012232.1). The nucleotide sequence citation is not attached due to

the voluminous nature of the nucleotide sequence, which is 2,227,382 nucleotides in length. See

instead the nucleotide sequence alignment shown below:

**Homo sapiens dystrophin (DMD), RefSeqGene (LRG_199) on chromosome X**
Sequence ID: NG_012232.1  Length: 2227382  Number of Matches: 1

**Range 1: 1127540 to 1127561** GenBank  Graphics

| Score | Expect | Identities | Gaps | Strand |
|-------|--------|------------|------|--------|
| 44.1 bits(22) | 0.017 | 22/22(100%) | 0/22(0%) | Plus/Minus |

```
Query   1         GATCTGTCAAATCGCCTGCAGG   22
                  ||||||||||||||||||||||
Sbjct   1127561   GATCTGTCAAATCGCCTGCAGG   1127540
```

The claims do not include additional elements that are sufficient to amount to

significantly more than the judicial exception because the word "isolated" does not alter the

structure of the fragment of a naturally occurring nucleic acid in any way. Further, the intended

SRPT-VYDS-0004919

Application/Control Number:15/422,127                                          Page8
Art Unit:1674

use "pharmaceutical" language in preamble does not structurally alter the fragment of the

naturally occurring nucleic acid, and because a pharmaceutically acceptable carrier reads on a

salt or sugar solution, which also occurs in nature thus is a natural product.

See *Funk Brothers Seed Co. v. Kalo Inoculant Co., U.S. Supreme Court, 333 US127*

(1948), wherein the Supreme Court held that the isolated bacteria mixture composition is not

patent eligible because the patent holder did not alter the bacteria in any way.

Accordingly, claims 2, 24, 31, 38, 45, and 52 are not patent eligible under §101.


### *Double Patenting*

The nonstatutory double patenting rejection is based on a judicially created doctrine

grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or

improper timewise extension of the "right to exclude" granted by a patent and to prevent possible

harassment by multiple assignees. A nonstatutory double patenting rejection is appropriate where

the conflicting claims are not identical, but at least one examined application claim is not

patentably distinct from the reference claim(s) because the examined application claim is either

anticipated by, or would have been obvious over, the reference claim(s). See, e.g., *In re Berg*,

140 F.3d 1428, 46 USPQ2d 1226 (Fed. Cir. 1998); *In re Goodman*, 11 F.3d 1046, 29 USPQ2d

2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir. 1985); *In re Van

Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d 438, 164 USPQ 619

(CCPA 1970); *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) or 1.321(d) may

be used to overcome an actual or provisional rejection based on nonstatutory double patenting

provided the reference application or patent either is shown to be commonly owned with the

examined application, or claims an invention made as a result of activities undertaken within the

scope of a joint research agreement. See MPEP § 717.02 for applications subject to examination

SRPT-VYDS-0004920

Application/Control Number:15/422,127                                                    Page9
Art Unit:1674

under the first inventor to file provisions of the AIA as explained in MPEP § 2159.  See MPEP

§§ 706.02(l)(1) - 706.02(l)(3) for applications not subject to examination under the first inventor

to file provisions of the AIA. A terminal disclaimer must be signed in compliance with 37 CFR

1.321(b).

The USPTO Internet website contains terminal disclaimer forms which may be used.

Please visit www.uspto.gov/patent/patents-forms. The filing date of the application in which the

form is filed determines what form (e.g., PTO/SB/25, PTO/SB/26, PTO/AIA/25, or

PTO/AIA/26) should be used. A web-based eTerminal Disclaimer may be filled out completely

online using web-screens. An eTerminal Disclaimer that meets all requirements is auto-

processed and approved immediately upon submission. For more information about eTerminal

Disclaimers, refer to www.uspto.gov/patents/process/file/efs/guidance/eTD-info-I.jsp.

Claims 1-2, 8-9, 16, and 21-57 are rejected on the ground of nonstatutory double

patenting as being unpatentable over claims 1-32 of U.S. Patent No. 8,779,128 B2 in view of

Sazani et al. (US 2010/0130591 A1, applicant's citation).

Although the conflicting claims are not identical, they are not patentably distinct from

each other because the instant claims are an obvious variation of and encompassed by the '128

patent claims drawn to a morpholino oligomer having the 5' terminus structure as claimed in

claim 30 shown below:

**30. The oligomer of claim 26, wherein R$^{19}$ is piperizinyl or**



Note that the above structure is identical to the 5' terminus structure claimed in the instant

claims.

SRPT-VYDS-0004921

Application/Control Number:15/422,127                                          Page10
Art Unit:1674

Now, the meaning of the "oligomer" claimed in the '128 patent claims reads on SEQ ID

NO:22 disclosed in Table 11 of the '128 patent as below:

Exon44-A        GATCTGTCAAATCGCCTGCAGGTAA                22

Note that "those portions of the specification which provide support for the patent claims

may also be examined and considered when addressing the issue of whether a claim in the

application defines an obvious variation of an invention claimed in the patent." See MPEP §804.

See also *Pfizer Inc. v. Teva Pharmaceuticals USA Inc.,* 518 F3d 1353, 86 USPQ2d 1001 (Fed.

Cir. 2008), wherein the court expressed the following: "To the extent that Pfizer contends that

we may not rely on the teachings of the specification or claims in the '165 patent to reject the

claims of the '068 patent, we disagree. *See Geneva*, 349 F.3d at 1386. There is nothing that

prevents us from looking to the specification to determine the proper scope of the claims."

It would have been obvious to one of ordinary skill in the art to produce a 3' end-

truncated oligonucleotide that is shorter than SEQ ID NO:22 because it is more economical to

synthesize shorter oligonucleotides, and because it was known to synthesize dystrophin exon

skipping oligonucleotides of 22 nucleotides in length as taught by Sazani (see claim 1).


Claims 1-2, 8-9, 16, and 21-57 are provisionally rejected on the ground of nonstatutory

double patenting as being unpatentable over claims 31-32, 35, 39, 44, 46-48, 50-52, 54-55, 65-

66, 70, 73-74, 76-77 of copending Application No. 15/247,584 in view of Sazani et al. (US

2010/0130591 A1, applicant's citation).

Although the conflicting claims are not identical, they are not patentably distinct from

other because the instant claims are an obvious variation of and encompassed by the '584 claims

drawn to a morpholino oligomer having the 5' terminus structure as claimed in claim 74 shown

below:

74. **(Original)** The oligomer of claim 31, wherein $R^{19}$ has the following structure:



Note that the above structure is identical to the 5' terminus structure claimed in the instant claims.

Now, the meaning of the "oligomer" claimed in the '584 claims reads on SEQ ID NO:22 disclosed in Table 11 of the '584 specification as below:

| Exon44-A | GATCTGTCAAATCGCCTGCAGGTAA | 22 |

Note that "those portions of the specification which provide support for the patent claims may also be examined and considered when addressing the issue of whether a claim in the application defines an obvious variation of an invention claimed in the patent." See MPEP §804. See also *Pfizer Inc. v. Teva Pharmaceuticals USA Inc.,* 518 F3d 1353, 86 USPQ2d 1001 (Fed. Cir. 2008), wherein the court expressed the following: "To the extent that Pfizer contends that we may not rely on the teachings of the specification or claims in the '165 patent to reject the claims of the '068 patent, we disagree. *See Geneva*, 349 F.3d at 1386. There is nothing that prevents us from looking to the specification to determine the proper scope of the claims."

It would have been obvious to one of ordinary skill in the art to produce a 3' end-truncated oligonucleotide that is shorter than SEQ ID NO:22 because it is more economical to synthesize shorter oligonucleotides, and because it was known to synthesize dystrophin exon skipping oligonucleotides of 22 nucleotides in length as taught by Sazani (see claim 1).

Claims 1-2, 8-9, 16, and 21-57 are provisionally rejected on the ground of nonstatutory double patenting as being unpatentable over claims 1-3, 15, 17-20, 32, 34, 38-39, and 43 of copending Application No. 15/431,468, which read on a 22-mer of SEQ ID NO:1 (5'-CA<u>GATCTGTCAAATCGCCTGCAGG</u>), wherein the underlined sequence is 100% identical to

Application/Control Number:15/422,127                                    Page12
Art Unit:1674

SEQ ID NO:5 claimed in the instant case. Although the conflicting claims are not identical, they

are not patentably distinct from each other because the instant claims are anticipated by the '468

claims.

### *Conclusion*

No claim is allowed.

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to DANA H SHIN whose telephone number is (571)272-8008.  The

examiner can normally be reached on Monday-Thursday: 8am - 6:30pm.

Examiner interviews are available via telephone, in-person, and video conferencing using

a USPTO supplied web-based collaboration tool. To schedule an interview, applicant is

encouraged to use the USPTO Automated Interview Request (AIR) at

http://www.uspto.gov/interviewpractice.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, RAM SHUKLA can be reached on 571-272-0735.  The fax phone number for the

organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent

Application Information Retrieval (PAIR) system.  Status information for published applications

may be obtained from either Private PAIR or Public PAIR.  Status information for unpublished

applications is available through Private PAIR only.  For more information about the PAIR

system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR

system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would

like assistance from a USPTO Customer Service Representative or access to the automated

information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

Application/Control Number:15/422,127                                                                Page13
Art Unit:1674

/DANA H SHIN/
Primary Examiner, Art Unit 1674

SRPT-VYDS-0004925

| | | | | | |
|---|---|---|---|---|---|
| ***Notice of References Cited*** | | Application/Control No.<br>15/422,127 | | Applicant(s)/Patent Under Reexamination<br>BESTWICK et al. | |
| | | Examiner<br>DANA H SHIN | | Art Unit<br>1674 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| * | A | US-20120289457-A1 | 11-2012 | Hanson; Gunnar J. | A61K31/713 | 514/3.1 |
| | B | | | | | |
| | C | | | | | |
| | D | | | | | |
| | E | | | | | |
| | F | | | | | |
| | G | | | | | |
| | H | | | | | |
| | I | | | | | |
| | J | | | | | |
| | K | | | | | |
| | L | | | | | |
| | M | | | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)    **Notice of References Cited**    Part of Paper No. 20171031

SRPT-VYDS-0004926

| | |
|---|---|
| **To:** | chris.schlauch@nelsonmullins.com,ipqualityassuranceboston@nelsonmullins.com,ipboston.docketing@nel |
| **From:** | PAIR_eOfficeAction@uspto.gov |
| **Cc:** | PAIR_eOfficeAction@uspto.gov |
| **Subject:** | Private PAIR Correspondence Notification for Customer Number 123147 |

Jan 05, 2018 03:29:01 AM

Dear PAIR Customer:

Nelson Mullins Riley & Scarborough LLP/Sarepta
One Post Office Square
Boston, MA 02109
UNITED STATES

The following USPTO patent application(s) associated with your Customer Number, 123147 , have new outgoing correspondence. This correspondence is now available for viewing in Private PAIR.

The official date of notification of the outgoing correspondence will be indicated on the form PTOL-90 accompanying the correspondence.

Disclaimer:
The list of documents shown below is provided as a courtesy and is not part of the official file wrapper. The content of the images shown in PAIR is the official record.

| Application | Document | Mailroom Date | Attorney Docket No. |
|---|---|---|---|
| 15705172 | NTC.PUB | 01/04/2018 | AVN-008CN41 |

To view your correspondence online or update your email addresses, please visit us anytime at https://sportal.uspto.gov/secure/myportal/privatepair.

If you have any questions, please email the Electronic Business Center (EBC) at EBC@uspto.gov with 'e-Office Action' on the subject line or call 1-866-217-9197 during the following hours:

     Monday - Friday 6:00 a.m. to 12:00 a.m.

Thank you for prompt attention to this notice,

UNITED STATES PATENT AND TRADEMARK OFFICE

PATENT APPLICATION INFORMATION RETRIEVAL SYSTEM

SRPT-VYDS-0004927

PTO/SB/06 (09-11)
Approved for use through 1/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD Substitute for Form PTO-875 | Application or Docket Number 15/705,172 | Filing Date 09/14/2017 | ☐ To be Mailed |
|---|---|---|---|

**ENTITY:** ☐ LARGE    ☒ SMALL    ☐ MICRO

## APPLICATION AS FILED – PART I

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | RATE ($) | FEE ($) |
|---|---|---|---|---|
| ☐ BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | |
| ☐ SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | |
| ☐ EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | minus 20 = | * | X $ = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = | * | X $ = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | |

## APPLICATION AS AMENDED – PART II

| | | (Column 1) | (Column 2) | (Column 3) | | |
|---|---|---|---|---|---|---|
| AMENDMENT | **01/05/2018** | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
| | Total (37 CFR 1.16(i)) | * 2 | Minus | ** 20 | = 0 | x $40 = | 0 |
| | Independent (37 CFR 1.16(h)) | * 2 | Minus | *** 3 | = 0 | x $210 = | 0 |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | |
| | | | | | TOTAL ADD'L FEE | **0** |

| | | (Column 1) | (Column 2) | (Column 3) | | |
|---|---|---|---|---|---|---|
| AMENDMENT | | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
| | Total (37 CFR 1.16(i)) | * | Minus | ** | = | x $ = | |
| | Independent (37 CFR 1.16(h)) | * | Minus | *** | = | x $ = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | |
| | | | | | TOTAL ADD'L FEE | |

SLIE
NICHELE PETERSON

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

SRPT-VYDS-0004928

Doc Code: PA..
Document Description: Power of Attorney

PTO/AIA/82A (07-13)
Approved for use through 11/30/2014. OMB 0651-0051
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## TRANSMITTAL FOR POWER OF ATTORNEY TO ONE OR MORE REGISTERED PRACTITIONERS

NOTE: This form is to be submitted with the Power of Attorney by Applicant form (PTO/AIA/82B) to identify the application to which the Power of Attorney is directed, in accordance with 37 CFR 1.5, unless the application number and filing date are identified in the Power of Attorney by Applicant form. If neither form PTO/AIA/82A nor form PTO/AIA82B identifies the application to which the Power of Attorney is directed, the Power of Attorney will not be recognized in the application.

| | |
|---|---|
| Application Number | 15/705,172 |
| Filing Date | September 14, 2017 |
| First Named Inventor | Stephen Donald WILTON |
| Title | ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF |
| Art Unit | 1674 |
| Examiner Name | CHONG, Kimberly |
| Attorney Docket Number | 4140.01500A9 |

### SIGNATURE of Applicant or Patent Practitioner

| Signature | *Marsha Rose Gillentine* | Date (Optional) | *March 28, 2018* |
|---|---|---|---|
| Name | Marsha Rose Gillentine | Registration Number | 58,403 |
| Title (if Applicant is a juristic entity) | | | |
| Applicant Name (if Applicant is a juristic entity) | | | |

**NOTE:** This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4(d) for signature requirements and certifications. If more than one applicant, use multiple forms.

☐ *Total of _____ forms are submitted.

This collection of information is required by 37 CFR 1.131, 1.32, and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

Doc Code: PA..
Document Description: Power of Attorney

PTO/AIA/82B (07-13)
Approved for use through 11/30/2014. OMB 0651-0051
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number

# POWER OF ATTORNEY BY APPLICANT

I hereby revoke all previous powers of attorney given in the application identified in either the attached transmittal letter or the boxes below.

| Application Number | Filing Date |
|---|---|
| 15/705,172 | September 14, 2017 |

(Note: The boxes above may be left blank if information is provided on form PTO/AIA/82A.)

[X] I hereby appoint the Patent Practitioner(s) associated with the following Customer Number as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the application referenced in the attached transmittal letter (form PTO/AIA/82A) or identified above:

153767

OR

[ ] I hereby appoint Practitioner(s) named in the attached list (form PTO/AIA/82C) as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the patent application referenced in the attached transmittal letter (form PTO/AIA/82A) or identified above. (Note: Complete form PTO/AIA/82C.)

Please recognize or change the correspondence address for the application identified in the attached transmittal letter or the boxes above to:

[X] The address associated with the above-mentioned Customer Number

OR

[ ] The address associated with Customer Number: 153767

OR

| Firm or Individual Name | | | |
|---|---|---|---|
| Address | | | |
| City | State | | Zip |
| Country | | | |
| Telephone | | Email | |

I am the Applicant (if the Applicant is a juristic entity, list the Applicant name in the box):

THE UNIVERSITY OF WESTERN AUSTRALIA

[ ] Inventor or Joint Inventor (title not required below)

[ ] Legal Representative of a Deceased or Legally Incapacitated Inventor (title not required below)

[X] Assignee or Person to Whom the Inventor is Under an Obligation to Assign (provide signer's title if applicant is a juristic entity)

[ ] Person Who Otherwise Shows Sufficient Proprietary Interest (e.g., a petition under 37 CFR 1.46(b)(2) was granted in the application or is concurrently being filed with this document) (provide signer's title if applicant is a juristic entity)

## SIGNATURE of Applicant for Patent

The undersigned (whose title is supplied below) is authorized to act on behalf of the applicant (e.g., where the applicant is a juristic entity).

| Signature | Robyn Owens | Date (Optional) | |
|---|---|---|---|
| Name | Professor Robyn Owens | | |
| Title | Deputy Vice-Chancellor (Research) | | |

NOTE: Signature - This form must be signed by the applicant in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications. If more than one applicant, use multiple forms.

[X] Total of    1    forms are submitted.

This collection of information is required by 37 CFR 1.131, 1.32, and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

SRPT-VYDS-0004930

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 32177928 |
| **Application Number:** | 15705172 |
| **International Application Number:** | |
| **Confirmation Number:** | 2879 |
| **Title of Invention:** | ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF |
| **First Named Inventor/Applicant Name:** | Stephen Donald WILTON |
| **Customer Number:** | 123147 |
| **Filer:** | Marsha Rose Gillentine |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | AVN-008CN41 |
| **Receipt Date:** | 28-MAR-2018 |
| **Filing Date:** | 14-SEP-2017 |
| **Time Stamp:** | 16:23:18 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Power of Attorney | 4140_01500A9_Filing_POA.pdf | 332996 <br> e448cc9f9o39512a8ca09f37e7466c51aa4d6bf8c | no | 2 |

**Warnings:**

SRPT-VYDS-0004931

| Information: | | |
|---|---|---|
| **Total Files Size (in bytes):** | | 332996 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

SRPT-VYDS-0004932

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 15/705,172 | 09/14/2017 | Stephen Donald WILTON | 4140.01500A9 |

**CONFIRMATION NO. 2879**

153767
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 NEW YORK AVENUE, N.W.
WASHINGTON, DC 20005

**POA ACCEPTANCE LETTER**

*OC000000098475974*

Date Mailed: 04/02/2018

## NOTICE OF ACCEPTANCE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 03/28/2018.

The Power of Attorney in this application is accepted. Correspondence in this application will be mailed to the above address as provided by 37 CFR 1.33.

Questions about the contents of this notice and the
requirements it sets forth should be directed to the Office
of Data Management, Application Assistance Unit, at
**(571) 272-4000** or **(571) 272-4200** or **1-888-786-0101**.

/nbekele/
_____

page 1 of 1

SRPT-VYDS-0004933

 Uɴɪᴛᴇᴅ Sᴛᴀᴛᴇs Pᴀᴛᴇɴᴛ ᴀɴᴅ Tʀᴀᴅᴇᴍᴀʀᴋ Oꜰꜰɪᴄᴇ

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 15/705,172 | 09/14/2017 | Stephen Donald WILTON | AVN-008CN41 |

**CONFIRMATION NO. 2879**

123147
Nelson Mullins Riley & Scarborough LLP/Sarepta
One Post Office Square
Boston, MA 02109

**POWER OF ATTORNEY NOTICE**

*OC000000098475952*

Date Mailed: 04/02/2018

## NOTICE REGARDING CHANGE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 03/28/2018.

• The Power of Attorney to you in this application has been revoked by the applicant. Future correspondence will be mailed to the new address of record(37 CFR 1.33).

Questions about the contents of this notice and the
requirements it sets forth should be directed to the Office
of Data Management, Application Assistance Unit, at
**(571) 272-4000** or **(571) 272-4200** or **1-888-786-0101**.

/nbekele/

_____

page 1 of 1

SRPT-VYDS-0004934

PTO/AIA/26 (04-14)
Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| TERMINAL DISCLAIMER TO OBVIATE A DOUBLE PATENTING REJECTION OVER A "PRIOR" PATENT | Docket Number (Optional) 4140.01500A9 |
|---|---|

In re Application of:  The University of Western Australia

Application No.:  15/705,172

Filed:  September 14, 2017

For:  ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF

The applicant, __The University of Western Australia__ , owner of ____100____ percent interest in the instant application hereby disclaims, except as provided below, the terminal part of the statutory term of any patent granted on the instant application which would extend beyond the expiration date of the full statutory term of **prior patent** No. __8,232,384 B2__ as the term of said **prior patent** is presently shortened by any terminal disclaimer. The applicant hereby agrees that any patent so granted on the instant application shall be enforceable only for and during such period that it and the **prior patent** are commonly owned. This agreement runs with any patent granted on the instant application and is binding upon the grantee, its successors or assigns.

In making the above disclaimer, the applicant does not disclaim the terminal part of the term of any patent granted on the instant application that would extend to the expiration date of the full statutory term of the **prior patent**, "as the term of said **prior patent** is presently shortened by any terminal disclaimer," in the event that said **prior patent** later:
 expires for failure to pay a maintenance fee;
 is held unenforceable;
 is found invalid by a court of competent jurisdiction;
 is statutorily disclaimed in whole or terminally disclaimed under 37 CFR 1.321;
 has all claims canceled by a reexamination certificate;
 is reissued; or
 is in any manner terminated prior to the expiration of its full statutory term as presently shortened by any terminal disclaimer.

Check either box 1 or 2 below, if appropriate.

1. [  ]  The undersigned is the applicant.  If the applicant is an assignee, the undersigned is authorized to act on behalf of the assignee.

I hereby acknowledge that any willful false statements made are punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

2. [X]  The undersigned is an attorney or agent of record.  Reg. No. 58,403

| _Marsha Rose Gillentine_ (signature) | _April 3, 2018_ |
|---|---|
| Signature | Date |

Marsha Rose Gillentine
Typed or printed name

| Director | (202) 371-2600 |
|---|---|
| Title | Telephone Number |

[X]  Terminal disclaimer fee under 37 CFR 1.20(d) included.

WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.

This collection of information is required by 37 CFR 1.321. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

9204086

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

SRPT-VYDS-0004935

**Sterne Kessler**
STERNE KESSLER GOLDSTEIN & FOX

MARSHA ROSE GILLENTINE
DIRECTOR
(202) 772-8692
MGILLENTINE@STERNEKESSLER.COM

April 3, 2018

Commissioner for Patents                                    _Confirmation No. 2879_
PO Box 1450                                                      _Art Unit 1674_
Alexandria, VA  22313-1450

Re:    U.S. Utility Patent Application
        Appl. No. 15/705,172; Filing Date: September 14, 2017
        For:   **ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON
                SKIPPING AND METHODS OF USE THEREOF**
        Inventors: WILTON _et al._
        Our Ref:   4140.01500A9

Commissioner:

        Transmitted herewith for appropriate action are the following documents:

1.  Online Credit Card Payment Authorization in the amount of $160.00 to cover:

        $160.00 – fee for Terminal Disclaimer;

2.  Terminal Disclaimer to Obviate a Double Patenting Rejection Over a "Prior" Patent
    (Form PTO/AIA/26); and

3.  Authorization to Treat a Reply as Incorporating an Extension of Time Under 37
    C.F.R. § 1.136(a)(3).

        _The above-listed documents are filed electronically._

        In the event that extensions of time are necessary to prevent abandonment of this patent
application, then such extensions of time are hereby petitioned. The U.S. Patent and Trademark
Office is hereby authorized to charge any fee deficiency and any additional fees required to
continue prosecution or appeal of this application (including issue fee, fees for net addition of
claims or forwarding to appeal) or credit any overpayment to our Deposit Account No. 19-0036.

                                Respectfully submitted,

                                STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

                                Marsha Rose Gillentine
                                Attorney for Applicant
                                Registration No. 58,403

MRG/NPS:dmc
Enclosures                                            9204340_1.docx

SRPT-VYDS-0004936

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 15705172 |
| **Filing Date:** | 14-Sep-2017 |
| **Title of Invention:** | ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF |
| **First Named Inventor/Applicant Name:** | Stephen Donald WILTON |
| **Filer:** | Neil P. Shull/Debbie Colonna |
| **Attorney Docket Number:** | 4140.01500A9 |

Filed as Large Entity

**Filing Fees for**   **Utility under 35 USC 111(a)**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |

SRPT-VYDS-0004937

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| STATUTORY OR TERMINAL DISCLAIMER | 1814 | 1 | 160 | 160 |
| **Total in USD ($)** | | | | **160** |

SRPT-VYDS-0004938

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 32231516 |
| **Application Number:** | 15705172 |
| **International Application Number:** | |
| **Confirmation Number:** | 2879 |
| **Title of Invention:** | ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF |
| **First Named Inventor/Applicant Name:** | Stephen Donald WILTON |
| **Customer Number:** | 153767 |
| **Filer:** | Neil P. Shull/Debbie Colonna |
| **Filer Authorized By:** | Neil P. Shull |
| **Attorney Docket Number:** | 4140.01500A9 |
| **Receipt Date:** | 03-APR-2018 |
| **Filing Date:** | 14-SEP-2017 |
| **Time Stamp:** | 14:02:32 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | CARD |
| Payment was successfully received in RAM | $160 |
| RAM confirmation Number | 040418INTEFSW14033300 |
| Deposit Account | |
| Authorized User | |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |

SRPT-VYDS-0004939

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 4140_01500A9_Filing_Cover_TD_EOTAuth.pdf | 1741910<br><br>0d5f119bb5fccbba3ae6f2b261a394c0756a358c | yes | 3 |

| | Multipart Description/PDF files in .zip description | | | |
|---|---|---|---|---|
| | **Document Description** | **Start** | **End** | |
| | Authorization for Extension of Time all replies | 3 | 3 | |
| | Terminal Disclaimer Filed | 2 | 2 | |
| | Miscellaneous Incoming Letter | 1 | 1 | |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 2 | Fee Worksheet (SB06) | fee-info.pdf | 30597<br><br>ca2282ac63e31a53ce121b91538aec6f4dbf1dc5 | no | 2 |

**Warnings:**

**Information:**

| | | Total Files Size (in bytes): | 1772507 |
|---|---|---|---|

SRPT-VYDS-0004940

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

SRPT-VYDS-0004941

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Inventors: WILTON *et al.*

Applicant: The University of Western Australia

Application No.: 15/705,172

Filed: September 14, 2017

Confirmation No.: 2879

Art Unit: 1674

Examiner: Chong, Kimberly

Atty. Docket: 4140.01500A9

Title: **ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF**

## Authorization to Treat a Reply as Incorporating an Extension of Time Under 37 C.F.R. § 1.136(a)(3)

Commissioner for Patents
PO Box 1450
Alexandria, VA 22313-1450

Commissioner:

The U.S. Patent and Trademark Office is hereby authorized to treat any concurrent or future reply that requires a petition for an extension of time under this paragraph for its timely submission, as incorporating a petition for extension of time for the appropriate length of time. The U.S. Patent and Trademark Office is hereby authorized to charge all required extension of time fees to our Deposit Account No. 19-0036, if such fees are not otherwise provided for in such reply.

Respectfully submitted,

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

Marsha Rose Gillentine
Attorney for Applicant
Registration No. 58,403

Date: April 3, 2018

1100 New York Avenue, N.W.
Washington, D.C. 20005-3934
(202) 371-2600
9204639_1.docx

SRPT-VYDS-0004942

**To:** jcovert@sternekessler.com,,
**From:** PAIR_eOfficeAction@uspto.gov
**Cc:** PAIR_eOfficeAction@uspto.gov
**Subject:** Private PAIR Correspondence Notification for Customer Number 153767

Apr 03, 2018 05:50:42 AM

Dear PAIR Customer:

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 NEW YORK AVENUE, N.W.
WASHINGTON, DC 20005
UNITED STATES

The following USPTO patent application(s) associated with your Customer Number, 153767 , have new outgoing correspondence. This correspondence is now available for viewing in Private PAIR.

The official date of notification of the outgoing correspondence will be indicated on the form PTOL-90 accompanying the correspondence.

Disclaimer:
The list of documents shown below is provided as a courtesy and is not part of the official file wrapper. The content of the images shown in PAIR is the official record.

| Application | Document | Mailroom Date | Attorney Docket No. |
|---|---|---|---|
| 15705172 | N570 | 04/02/2018 | 4140.01500A9 |
| | N570 | 04/02/2018 | 4140.01500A9 |

To view your correspondence online or update your email addresses, please visit us anytime at https://sportal.uspto.gov/secure/myportal/privatepair.

If you have any questions, please email the Electronic Business Center (EBC) at EBC@uspto.gov with 'e-Office Action' on the subject line or call 1-866-217-9197 during the following hours:

    Monday - Friday 6:00 a.m. to 12:00 a.m.

Thank you for prompt attention to this notice,

UNITED STATES PATENT AND TRADEMARK OFFICE

PATENT APPLICATION INFORMATION RETRIEVAL SYSTEM

SRPT-VYDS-0004943

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 15/705,172 | WILTON et al. |
| | **Examiner** | **Art Unit** |
| | KIMBERLY CHONG | 1674 |

| CPC - Searched* | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| C07H 21/04 | 9/29/2017 | KC |

| CPC Combination Sets - Searched* | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| | | |

| US Classification - Searched* | | | |
|---|---|---|---|
| **Class** | **Subclass** | **Date** | **Examiner** |
| | | | |

\* See search history printout included with this form or the SEARCH NOTES box below to determine the scope of the search.

| Search Notes | | |
|---|---|---|
| **Search Notes** | **Date** | **Examiner** |
| SEQ ID No. 195 | 9/29/2017 | KC |
| PALM inventor name search | 9/29/2017 | KC |
| updated | 03/21/2018 | KC |

| Interference Search | | | |
|---|---|---|---|
| **US Class/CPC Symbol** | **US Subclass/CPC Group** | **Date** | **Examiner** |
| | | | |

| | |
|---|---|
| | |

SRPT-VYDS-0004944

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/705,172 | 09/14/2017 | Stephen Donald WILTON | 4140.01500A9 | 2879 |

153767        7590        04/04/2018

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 NEW YORK AVENUE, N.W.
WASHINGTON, DISTRICT OF COLUMBIA 20005
UNITED STATES OF AMERICA

| EXAMINER |
|---|
| CHONG, KIMBERLY |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1674 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 04/04/2018 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

SRPT-VYDS-0004945

| *Office Action Summary* | Application No. 15/705,172 | Applicant(s) WILTON et al. |
|---|---|---|
| | Examiner KIMBERLY CHONG | Art Unit 1674 | AIA Status No |

-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1) ☑ Responsive to communication(s) filed on <u>01/05/2018</u>.
   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2a) ☑ This action is **FINAL.**    2b) ☐ This action is non-final.

3) ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims***

5) ☑ Claim(s) <u>2-3</u> is/are pending in the application.
   5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6) ☐ Claim(s) _____ is/are allowed.

7) ☑ Claim(s) <u>2-3</u> is/are rejected.

8) ☐ Claim(s) _____ is/are objected to.

9) ☐ Claim(s) _____ are subject to restriction and/or election requirement

* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to **PPHfeedback@uspto.gov.**

**Application Papers**

10) ☐ The specification is objected to by the Examiner.

11) ☐ The drawing(s) filed on _____ is/are: a) ☐ accepted or b) ☐ objected to by the Examiner.
   Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
   Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
**Certified copies:**
   a) ☐ All    b) ☐ Some**    c) ☐ None of the:
   1. ☐ Certified copies of the priority documents have been received.
   2. ☐ Certified copies of the priority documents have been received in Application No. _____.
   3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☐ Notice of References Cited (PTO-892)

2) ☑ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date <u>01/05/2018</u>.

3) ☑ Interview Summary (PTO-413) Paper No(s)/Mail Date <u>03/26/2018</u>.

4) ☐ Other: _____.

SRPT-VYDS-0004946

Application/Control Number: 15/705,172                                    Page 2
Art Unit: 1674

### Notice of Pre-AIA or AIA Status

The present application is being examined under the pre-AIA first to invent

provisions.

## DETAILED ACTION

### Status of Application/Amendment/Claims

Claims 2 and 3 are pending and currently under examination.


### Information Disclosure Statement

The submission of the Information Disclosure Statements on 01/05/2018 is in

compliance with 37 CFR 1.97.  The information disclosure statement has been

considered by the examiner and signed copies have been placed in the file.


### Response to Arguments

### Claim Rejections - 35 USC § 103

The rejection of claims 2 and 3 under pre-AIA 35 U.S.C. 103(a) as being obvious

over van Ommen (WO2004/083432 cited on IDS filed 09/22/2017) and Koenig et al.

(Nature 338, 509 - 511 06 April 1989 cited on IDS filed 09/22/2017) is withdrawn in

response to Applicant's argument that one of skill in the art would not have been

motivated to make the claimed oligonucleotide from h53AON1 taught by van Ommen.


### Double Patenting

The nonstatutory double patenting rejection is based on a judicially created
doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the
unjustified or improper timewise extension of the "right to exclude" granted by a patent
and to prevent possible harassment by multiple assignees.  See *In re Goodman*, 11

Application/Control Number: 15/705,172                                    Page 3
Art Unit: 1674

F.3d 1046, 29 USPQ2d 2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225
USPQ 645 (Fed. Cir. 1985); *In re Van Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA
1982); *In re Vogel*, 422 F.2d 438, 164 USPQ 619 (CCPA 1970);and, *In re Thorington,*
418 F.2d 528, 163 USPQ 644 (CCPA 1969).


     A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) or 1.321(d)

may be used to overcome an actual or provisional rejection based on a nonstatutory

double patenting ground provided the reference application or patent either is shown to

be commonly owned with this application, or claims an invention made as a result of

activities undertaken within the scope of a joint research agreement. See MPEP §

717.02 for applications subject to examination under the first inventor to file provisions

of the AIA as explained in MPEP § 2159.  See MPEP §§ 706.02(l)(1) - 706.02(l)(3) for

applications not subject to examination under the first inventor to file provisions of the

AIA. A terminal disclaimer must be signed in compliance with 37 CFR 1.321(b).

     The USPTO Internet website contains terminal disclaimer forms which may be

used. Please visit www.uspto.gov/forms/. The filing date of the application in which the

form is filed determines what form (e.g., PTO/SB/25, PTO/SB/26, PTO/AIA/25, or

PTO/AIA/26) should be used. A web-based eTerminal Disclaimer may be filled out

completely online using web-screens. An eTerminal Disclaimer that meets all

requirements is auto-processed and approved immediately upon submission. For more

information about eTerminal Disclaimers, refer to

http://www.uspto.gov/patents/process/file/efs/guidance/eTD-info-I.jsp.

SRPT-VYDS-0004948

Application/Control Number: 15/705,172                                    Page 4
Art Unit: 1674

The rejection of claims 2 and 3 under the judicially created doctrine of

obviousness-type double patenting as being unpatentable over claims 1-36 of U.S.

Patent No. 8,455,636 is withdrawn in response to Applicant's arguments.


The rejection of claims 2 and 3 under the judicially created doctrine of

obviousness-type double patenting as being unpatentable over claims 1-25 of U.S.

Patent No. 8,232,384 is maintained for the reasons of record.

Patent '384 are drawn to an antisense oligonucleotide targeted to annealing site

H53A (+23+47) and consisting of SEQ ID No. 195 which is 25 nucleotides in length.

The instant claims are drawn to an antisense oligonucleotide targeted to annealing site

H53A (+23+47) having 20-31 bases comprising at least 12 consecutive bases of SEQ ID

No. 195 but could also encompass 25 nucleotides of SEQ ID No. 195.  Therefore the

instant claims and the claims of the patent are not patentably distinct from each other.


### Conclusion

**THIS ACTION IS MADE FINAL.**  Applicant is reminded of the extension of time

policy as set forth in 37 CFR 1.136(a).

A shortened statutory period for reply to this final action is set to expire THREE

MONTHS from the mailing date of this action.  In the event a first reply is filed within

TWO MONTHS of the mailing date of this final action and the advisory action is not

mailed until after the end of the THREE-MONTH shortened statutory period, then the

shortened statutory period will expire on the date the advisory action is mailed, and any

extension fee pursuant to 37 CFR 1.136(a) will be calculated from the mailing date of

Application/Control Number: 15/705,172                                        Page 5
Art Unit: 1674

the advisory action.  In no event, however, will the statutory period for reply expire later

than SIX MONTHS from the mailing date of this final action. Any inquiry concerning this

communication or earlier communications from the examiner should be directed to

KIMBERLY CHONG **whose telephone number is** (571)272-3111**.**  The examiner can

normally be reached Monday thru Friday 9-5 pm.

If attempts to reach the examiner by telephone are unsuccessful please contact

the SPE for 1674 Ram Shukla at 571-272-07350735. The fax phone number for the

organization where this application or proceeding is assigned is 571-273-8300.

Patent applicants with problems or questions regarding electronic images that

can be viewed in the Patent Application Information Retrieval system (PAIR) can now

contact the USPTO's Patent Electronic Business Center (Patent EBC) for assistance.

Representatives are available to answer your questions daily from 6 am to midnight

(EST). The toll free number is (866) 217-9197. When calling please have your

application serial or patent number, the type of document you are having an image

problem with, the number of pages and the specific nature of the problem.  The Patent

Electronic Business Center will notify applicants of the resolution of the problem within

5-7 business days. Applicants can also check PAIR to confirm that the problem has

been corrected.  The USPTO's Patent Electronic Business Center is a complete service

center supporting all patent business on the Internet. The USPTO's PAIR system

provides Internet-based access to patent application status and history information. It

also enables applicants to view the scanned images of their own application file

folder(s) as well as general patent information available to the public. For more

information about the PAIR system, see http://pair-direct.uspto.gov.

Application/Control Number: 15/705,172                                                    Page 6
Art Unit: 1674

      For all other customer support, please call the USPTO Call Center (UCC) at 800-

786-9199.


/Kimberly Chong/
Primary Examiner
Art Unit 1674

SRPT-VYDS-0004951

| *Examiner-Initiated Interview Summary* | Application No. | Applicant(s) |
|---|---|---|
| | 15/705,172 | WILTON et al. |
| | **Examiner** | **Art Unit** | **AIA Status** |
| | KIMBERLY CHONG | 1674 | No |

All participants (applicant, applicant's representative, PTO personnel):

(1) <u>KIMBERLY CHONG</u>.                    (3) _____.

(2) <u>AMY MANDRAGOURAS</u>.                 (4) _____.

Date of Interview: <u>27 March 2018</u>.

Type:     ☑ Telephonic     ☐ Video Conference
          ☐ Personal [copy given to: ☐ applicant ☐ applicant's representative]

Exhibit shown or demonstration conducted:     ☐ Yes     ☑ No.
    If Yes, brief description: _____.

Issues Discussed     ☐ 101     ☐ 112     ☐ 102     ☐ 103     ☐ Others
(For each of the checked box(es) above, please describe below the issue and detailed description of the discussion)

Claim(s) discussed: _____.

Identification of prior art discussed: _____.

Substance of Interview
(For each issue discussed, provide a detailed description and indicate if agreement was reached. Some topics may include: identification or clarification of a reference or a portion thereof, claim interpretation, proposed amendments, arguments of any applied references etc...)

<u>Called to tell Applicant's that the 103 rejection is withdrawn and to discuss double patenting rejection and whether Applicant's would file an eTerminal disclaimer since that is the only remaining rejection. I was informed this application has been transferred to a new law firm.</u>.

**Applicant recordation instructions:** It is not necessary for applicant to provide a separate record of the substance of interview.

**Examiner recordation instructions:** Examiners must summarize the substance of any interview of record. A complete and proper recordation of the substance of an interview should include the items listed in MPEP 713.04 for complete and proper recordation including the identification of the general thrust of each argument or issue discussed, a general indication of any other pertinent matters discussed regarding patentability and the general results or outcome of the interview, to include an indication as to whether or not agreement was reached on the issues raised.

☐ Attachment

| /KIMBERLY CHONG/<br>Primary Examiner, Art Unit 1674 | |
|---|---|

U.S. Patent and Trademark Office
PTOL-413B (Rev. 8/11/2010)                    **Interview Summary**                    Paper No. 20180331

SRPT-VYDS-0004952

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (03-15)
Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT
( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | 15705172 |
| Filing Date | 2017-09-14 |
| First Named Inventor | Stephen Donald WILTON |
| Art Unit | 1674 |
| Examiner Name | K. Chong |
| Attorney Docket Number | AVN-008CN41 |

## U.S.PATENTS
[Remove]

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 9758783 | | 2017-09-12 | Wilton et al. | |

If you wish to add additional U.S. Patent citation information please click the Add button. [Add]

## U.S.PATENT APPLICATION PUBLICATIONS
[Remove]

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 20110046203 | A1 | 2011-02-24 | Wilton et al. | |
| | 2 | 20170283799 | A1 | 2017-10-05 | KAYE | |
| | 3 | 20170292125 | A1 | 2017-10-12 | SAZANI et al. | |
| | 4 | 20170369875 | A1 | 2017-12-28 | BESTWICK et al. | |
| | 5 | 20170369876 | A1 | 2017-12-28 | BESTWICK et al. | |

EFS Web 2.1.17

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

| | | | | | |
|---|---|---|---|---|---|
| | | | Application Number | 15705172 | |

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
|---|---|---|
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | AVN-008CN41 |

| | 6 | 20180002689 | A1 | 2018-01-04 | BESTWICK et al. | |
|---|---|---|---|---|---|---|

If you wish to add additional U.S. Published Application citation information please click the Add button. **Add**

## FOREIGN PATENT DOCUMENTS **Remove**

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | |

If you wish to add additional Foreign Patent Document citation information please click the Add button **Add**

## NON-PATENT LITERATURE DOCUMENTS **Remove**

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc) date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|
| | 1 | European Decision of the Opposition Division, European Application No. 10004274.6, dated December 19, 2017, 23 pages. | |
| | 2 | Extended European Search Report, EP 16172354.9, dated January 23, 2017, 7 pages. | |
| | 3 | Extended European Search Report, EP 17159328.8, dated September 5, 2017, 10 pages. | |
| | 4 | University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Notice of Filing Priority Statement, 2 pages, Patent Interference No. 106,007, dated November 18, 2014 (Doc 215) | |

If you wish to add additional non-patent literature document citation information please click the Add button **Add**

## EXAMINER SIGNATURE

| Examiner Signature | /KIMBERLY CHONG/ (04/02/2018) | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004954

| | | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99)** | Application Number | 15705172 |
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | AVN-008CN41 |

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004955

| | | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 15705172 |
| | Filing Date | 2017-09-14 |
| | First Named Inventor | Stephen Donald WILTON |
| | Art Unit | 1674 |
| | Examiner Name | K. Chong |
| | Attorney Docket Number | AVN-008CN41 |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

See attached certification statement.

☒ The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒ A certification statement is not submitted herewith.

## SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Amy E. Mandragouras, Esq./ | Date (YYYY-MM-DD) | 2018-01-05 |
|---|---|---|---|
| Name/Print | Amy E. Mandragouras, Esq. | Registration Number | 36,207 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004956

## Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.  The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.  A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.  A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.  A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.  A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.  A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.  A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.  A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.  A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.C/

SRPT-VYDS-0004957

| *Application Number* | Application/Control No. | Applicant(s)/Patent under Reexamination |
|---|---|---|
| [barcode] | 15/705,172 | WILTON ET AL. |
| | | |

| **Document Code - DISQ** | **Internal Document – DO NOT MAIL** |
|---|---|

| **TERMINAL DISCLAIMER** | ☒ APPROVED | ☐ DISAPPROVED |
|---|---|---|
| **Date Filed : 4/3/18** | **This patent is subject to a Terminal Disclaimer** | |

**Approved/Disapproved by:**

Felicia D. Roberts

8,232,384

U.S. Patent and Trademark Office

SRPT-VYDS-0004958

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

153767    7590    04/26/2018
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 NEW YORK AVENUE, N.W.
WASHINGTON, DISTRICT OF COLUMBIA 20005
UNITED STATES OF AMERICA

| EXAMINER |
| --- |
| CHONG, KIMBERLY |

| ART UNIT | PAPER NUMBER |
| --- | --- |
| 1674 | |

DATE MAILED: 04/26/2018

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
| --- | --- | --- | --- | --- |
| 15/705,172 | 09/14/2017 | Stephen Donald WILTON | 4140.01500A9 | 2879 |

TITLE OF INVENTION: ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
| --- | --- | --- | --- | --- | --- | --- |
| nonprovisional | SMALL | $500 | $0.00 | $0.00 | $500 | 07/26/2018 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED.** THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED.** SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.

**HOW TO REPLY TO THIS NOTICE:**

I. Review the ENTITY STATUS shown above. If the ENTITY STATUS is shown as SMALL or MICRO, verify whether entitlement to that entity status still applies.

If the ENTITY STATUS is the same as shown above, pay the TOTAL FEE(S) DUE shown above.

If the ENTITY STATUS is changed from that shown above, on PART B - FEE(S) TRANSMITTAL, complete section number 5 titled "Change in Entity Status (from status indicated above)".

For purposes of this notice, small entity fees are 1/2 the amount of undiscounted fees, and micro entity fees are 1/2 the amount of small entity fees.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

Page 1 of 3

PTOL-85 (Rev. 02/11)

SRPT-VYDS-0004959

**PART B - FEE(S) TRANSMITTAL**

**Complete and send this form, together with applicable fee(s), to:** **Mail** **Mail Stop ISSUE FEE**
**Commissioner for Patents**
**P.O. Box 1450**
**Alexandria, Virginia 22313-1450**
**or Fax (571)-273-2885**

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

153767       7590       04/26/2018
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 NEW YORK AVENUE, N.W.
WASHINGTON, DISTRICT OF COLUMBIA 20005
UNITED STATES OF AMERICA

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)

_____ (Signature)

_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/705,172 | 09/14/2017 | Stephen Donald WILTON | 4140.01500A9 | 2879 |

TITLE OF INVENTION: ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | SMALL | $500 | $0.00 | $0.00 | $500 | 07/26/2018 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| CHONG, KIMBERLY | 1674 | 536-024500 |

**1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).**

❑ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

❑ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

**2. For printing on the patent front page, list**
(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,
(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____

2 _____

3 _____

**3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT** (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) : ❑ Individual ❑ Corporation or other private group entity ❑ Government

**4a. The following fee(s) are submitted:**

❑ Issue Fee

❑ Publication Fee (No small entity discount permitted)

❑ Advance Order - # of Copies _____

**4b. Payment of Fee(s):** **(Please first reapply any previously paid issue fee shown above)**

❑ A check is enclosed.

❑ Payment by credit card. Form PTO-2038 is attached.

❑ The director is hereby authorized to charge the required fee(s), any deficiency, or credits any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

**5. Change in Entity Status** (from status indicated above)

❑ Applicant certifying micro entity status. See 37 CFR 1.29

❑ Applicant asserting small entity status. See 37 CFR 1.27

❑ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.
NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.
NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature _____ Date _____

Typed or printed name _____ Registration No. _____

PTOL-85 Part B (10-13) Approved for use through 10/31/2013.    OMB 0651-0033    U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

SRPT-VYDS-0004960

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/705,172 | 09/14/2017 | Stephen Donald WILTON | 4140.01500A9 | 2879 |

| | | |
|---|---|---|
| 153767        7590        04/26/2018 | | EXAMINER |
| STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C. | | CHONG, KIMBERLY |
| 1100 NEW YORK AVENUE, N.W. | ART UNIT | PAPER NUMBER |
| WASHINGTON, DISTRICT OF COLUMBIA 20005 | 1674 | |
| UNITED STATES OF AMERICA | | |

DATE MAILED: 04/26/2018

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(Applications filed on or after May 29, 2000)

The Office has discontinued providing a Patent Term Adjustment (PTA) calculation with the Notice of Allowance.

Section 1(h)(2) of the AIA Technical Corrections Act amended 35 U.S.C. 154(b)(3)(B)(i) to eliminate the requirement that the Office provide a patent term adjustment determination with the notice of allowance. See Revisions to Patent Term Adjustment, 78 Fed. Reg. 19416, 19417 (Apr. 1, 2013). Therefore, the Office is no longer providing an initial patent term adjustment determination with the notice of allowance. The Office will continue to provide a patent term adjustment determination with the Issue Notification Letter that is mailed to applicant approximately three weeks prior to the issue date of the patent, and will include the patent term adjustment on the patent. Any request for reconsideration of the patent term adjustment determination (or reinstatement of patent term adjustment) should follow the process outlined in 37 CFR 1.705.

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

PTOL-85 (Rev. 02/11)

SRPT-VYDS-0004961

## OMB Clearance and PRA Burden Statement for PTOL-85 Part B

The Paperwork Reduction Act (PRA) of 1995 requires Federal agencies to obtain Office of Management and Budget approval before requesting most types of information from the public. When OMB approves an agency request to collect information from the public, OMB (i) provides a valid OMB Control Number and expiration date for the agency to display on the instrument that will be used to collect the information and (ii) requires the agency to inform the public about the OMB Control Number's legal significance in accordance with 5 CFR 1320.5(b).

The information collected by PTOL-85 Part B is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450. Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

SRPT-VYDS-0004962

| *Notice of Allowability* | Application No. 15/705,172 | Applicant(s) WILTON et al. | |
|---|---|---|---|
| | Examiner KIMBERLY CHONG | Art Unit 1674 | AIA Status No |

**-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--**

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☑ This communication is responsive to <u>04/04/2018</u>.
    ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

3. ☑ The allowed claim(s) is/are <u>2-3</u> . As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see **http://www.uspto.gov/patents/init_events/pph/index.jsp** or send an inquiry to **PPHfeedback@uspto.gov.**

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
    **Certified copies:**
    a) ☐All    b) ☐ Some    *c) ☐ None of the:
        1. ☐ Certified copies of the priority documents have been received.
        2. ☐ Certified copies of the priority documents have been received in Application No. _____ .
        3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).
    * Certified copies not received: _____ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ CORRECTED DRAWINGS (as "replacement sheets") must be submitted.
    ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____ .
    **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**
1. ☐ Notice of References Cited (PTO-892)
2. ☐ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date _____
3. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material _____ .
4. ☑ Interview Summary (PTO-413), Paper No./Mail Date. <u>04/09/2018</u>.

5. ☐ Examiner's Amendment/Comment
6. ☑ Examiner's Statement of Reasons for Allowance
7. ☐ Other _____ .

/KIMBERLY CHONG/
Primary Examiner, Art Unit 1674

SRPT-VYDS-0004963

Application/Control Number: 15/705,172                                           Page 2
Art Unit: 1674

### *Notice of Pre-AIA or AIA Status*

The present application is being examined under the pre-AIA first to invent

provisions.

The following is an examiner's statement of reasons for allowance: the Terminal

Disclaimer filed 04/04/2018 is approved and overcomes the Double Patenting Rejection

of claims 2 and 3.

Claims 2 and 3 are allowed.

Any comments considered necessary by applicant must be submitted no later

than the payment of the issue fee and, to avoid processing delays, should preferably

accompany the issue fee. Such submissions should be clearly labeled "Comments on

Statement of Reasons for Allowance."

### *Conclusion*

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to **KIMBERLY CHONG** whose telephone number is

(571)272-3111. The examiner can normally be reached Monday thru Friday between

M-F 8:00am-4:30pm.

If attempts to reach the examiner by telephone are unsuccessful please contact

the SPE for 1674 Ram Shukla at 571-272-0735. The fax phone number for the

organization where this application or proceeding is assigned is 571-273-8300.

Patent applicants with problems or questions regarding electronic images that

can be viewed in the Patent Application Information Retrieval system (PAIR) can now

Application/Control Number: 15/705,172                                    Page 3
Art Unit: 1674

contact the USPTO's Patent Electronic Business Center (Patent EBC) for assistance.
Representatives are available to answer your questions daily from 6 am to midnight
(EST). The toll free number is (866) 217-9197. When calling please have your
application serial or patent number, the type of document you are having an image
problem with, the number of pages and the specific nature of the problem.  The Patent
Electronic Business Center will notify applicants of the resolution of the problem within
5-7 business days. Applicants can also check PAIR to confirm that the problem has
been corrected.  The USPTO's Patent Electronic Business Center is a complete service
center supporting all patent business on the Internet. The USPTO's PAIR system
provides Internet-based access to patent application status and history information. It
also enables applicants to view the scanned images of their own application file
folder(s) as well as general patent information available to the public. For more
information about the PAIR system, see http://pair-direct.uspto.gov.

       For all other customer support, please call the USPTO Call Center (UCC) at 800-
786-9199.

/Kimberly Chong/
Primary Examiner
Art Unit 1674

| *Applicant-Initiated Interview Summary* | Application No.<br>15/705,172 | Applicant(s)<br>WILTON et al. | |
|---|---|---|---|
| | Examiner<br>KIMBERLY CHONG | Art Unit<br>1674 | AIA Status<br>No |

All participants (applicant, applicants representative, PTO personnel):

(1) <u>KIMBERLY CHONG</u>.          (3) _____.

(2) <u>NEIL SHULL</u>.          (4) _____.

Date of Interview: <u>09 April 2018</u>.

Type:  ☑ Telephonic   ☐ Video Conference
        ☐ Personal [copy given to:  ☐ applicant   ☐ applicant's representative]

Exhibit shown or demonstration conducted:  ☐ Yes   ☐ No.
    If Yes, brief description: _____.

Issues Discussed  ☐101  ☐112  ☐102  ☐103  ☑Others
(For each of the checked box(es) above, please describe below the issue and detailed description of the discussion)

Claim(s) discussed: _____.

Identification of prior art discussed: _____.

Substance of Interview
(For each issue discussed, provide a detailed description and indicate if agreement was reached. Some topics may include: identification or clarification of a reference or a portion thereof, claim interpretation, proposed amendments, arguments of any applied references etc...)

<u>Confirmed that the Terminal Disclaimer was filed and approved. Claims 2 and 3 are in condition for allowance</u>.

**Applicant recordation instructions:** The formal written reply to the last Office action must include the substance of the interview. (See MPEP section 713.04). If a reply to the last Office action has already been filed, applicant is given a non-extendable period of the longer of one month or thirty days from this interview date, or the mailing date of this interview summary form, whichever is later, to file a statement of the substance of the interview

**Examiner recordation instructions:** Examiners must summarize the substance of any interview of record. A complete and proper recordation of the substance of an interview should include the items listed in MPEP 713.04 for complete and proper recordation including the identification of the general thrust of each argument or issue discussed, a general indication of any other pertinent matters discussed regarding patentability and the general results or outcome of the interview, to include an indication as to whether or not agreement was reached on the issues raised.

☐ Attachment

| /KIMBERLY CHONG/<br>Primary Examiner, Art Unit 1674 | |
|---|---|

SRPT-VYDS-0004966

### Summary of Record of Interview Requirements

**Manual of Patent Examining Procedure (MPEP), Section 713.04, Substance of Interview Must be Made of Record**
A complete written statement as to the substance of any face-to-face, video conference, or telephone interview with regard to an application must be made of record in the application whether or not an agreement with the examiner was reached at the interview.

### Title 37 Code of Federal Regulations (CFR) 1.133 Interviews
Paragraph (b)

In every instance where reconsideration is requested in view of an interview with an examiner, a complete written statement of the reasons presented at the interview as warranting favorable action must be filed by the applicant. An interview does not remove the necessity for reply to Office action as specified in §§ 1.111, 1.135. (35 U.S.C. 132)

### 37 CFR §1.2 Business to be transacted in writing.
All business with the Patent or Trademark Office should be transacted in writing. The personal attendance of applicants or their attorneys or agents at the Patent and Trademark Office is unnecessary. The action of the Patent and Trademark Office will be based exclusively on the written record in the Office. No attention will be paid to any alleged oral promise, stipulation, or understanding in relation to which there is disagreement or doubt.

_____

The action of the Patent and Trademark Office cannot be based exclusively on the written record in the Office if that record is itself incomplete through the failure to record the substance of interviews.

It is the responsibility of the applicant or the attorney or agent to make the substance of an interview of record in the application file, unless the examiner indicates he or she will do so. It is the examiners responsibility to see that such a record is made and to correct material inaccuracies which bear directly on the question of patentability.

Examiners must complete an Interview Summary Form for each interview held where a matter of substance has been discussed during the interview by checking the appropriate boxes and filling in the blanks. Discussions regarding only procedural matters, directed solely to restriction requirements for which interview recordation is otherwise provided for in Section 812.01 of the Manual of Patent Examining Procedure, or pointing out typographical errors or unreadable script in Office actions or the like, are excluded from the interview recordation procedures below. Where the substance of an interview is completely recorded in an Examiners Amendment, no separate Interview Summary Record is required.

The Interview Summary Form shall be given an appropriate Paper No., placed in the right hand portion of the file, and listed on the "Contents" section of the file wrapper. In a personal interview, a duplicate of the Form is given to the applicant (or attorney or agent) at the conclusion of the interview. In the case of a telephone or video-conference interview, the copy is mailed to the applicants correspondence address either with or prior to the next official communication. If additional correspondence from the examiner is not likely before an allowance or if other circumstances dictate, the Form should be mailed promptly after the interview rather than with the next official communication.

The Form provides for recordation of the following information:
- Application Number (Series Code and Serial Number)
- Name of applicant
- Name of examiner
- Date of interview
- Type of interview (telephonic, video-conference, or personal)
- Name of participant(s) (applicant, attorney or agent, examiner, other PTO personnel, etc.)
- An indication whether or not an exhibit was shown or a demonstration conducted
- An identification of the specific prior art discussed
- An indication whether an agreement was reached and if so, a description of the general nature of the agreement (may be by attachment of a copy of amendments or claims agreed as being allowable). Note: Agreement as to allowability is tentative and does not restrict further action by the examiner to the contrary.
- The signature of the examiner who conducted the interview (if Form is not an attachment to a signed Office action)

It is desirable that the examiner orally remind the applicant of his or her obligation to record the substance of the interview of each case. It should be noted, however, that the Interview Summary Form will not normally be considered a complete and proper recordation of the interview unless it includes, or is supplemented by the applicant or the examiner to include, all of the applicable items required below concerning the substance of the interview.

A complete and proper recordation of the substance of any interview should include at least the following applicable items:
1) A brief description of the nature of any exhibit shown or any demonstration conducted,-
2) an identification of the claims discussed,
3) an identification of the specific prior art discussed,
4) an identification of the principal proposed amendments of a substantive nature discussed, unless these are already described on the Interview Summary Form completed by the Examiner,
5) a brief identification of the general thrust of the principal arguments presented to the examiner,
   (The identification of arguments need not be lengthy or elaborate. A verbatim or highly detailed description of the arguments is not required. The identification of the arguments is sufficient if the general nature or thrust of the principal arguments made to the examiner can be understood in the context of the application file. Of course, the applicant may desire to emphasize and fully describe those arguments which he or she feels were or might be persuasive to the examiner.)
6) a general indication of any other pertinent matters discussed, and
7) if appropriate, the general results or outcome of the interview unless already described in the Interview Summary Form completed by the examiner.
Examiners are expected to carefully review the applicants record of the substance of an interview. If the record is not complete and accurate, the examiner will give the applicant an extendable one month time period to correct the record.

### Examiner to Check for Accuracy

If the claims are allowable for other reasons of record, the examiner should send a letter setting forth the examiners version of the statement attributed to him or her. If the record is complete and accurate, the examiner should place the indication, Interview Record OK on the paper recording the substance of the interview along with the date and the examiners initials.

SRPT-VYDS-0004967

| **Issue Classification** | **Application/Control No.** 15/705,172 | **Applicant(s)/Patent Under Reexamination** WILTON et al. |
|---|---|---|
| | **Examiner** KIMBERLY CHONG | **Art Unit** 1674 |

| **CPC** | | | | | |
|---|---|---|---|---|---|
| **Symbol** | | | | **Type** | **Version** |
| C12N | 15 | / | 113 | F | 2013-01-01 |
| C12N | 2320 | / | 30 | A | 2013-01-01 |
| C12N | 2310 | / | 3341 | A | 2013-01-01 |
| C12N | 2310 | / | 321 | A | 2013-01-01 |
| C12N | 2310 | / | 315 | A | 2013-01-01 |
| C12N | 2310 | / | 3519 | A | 2013-01-01 |
| C12N | 2310 | / | 3233 | A | 2013-01-01 |
| C12N | 2310 | / | 11 | A | 2013-01-01 |
| C12N | 2320 | / | 33 | A | 2013-01-01 |
| C12N | 2310 | / | 33 | A | 2013-01-01 |

| **CPC Combination Sets** | | | | | | |
|---|---|---|---|---|---|---|
| **Symbol** | | | **Type** | **Set** | **Ranking** | **Version** |
| | | | | | | |

| NONE | | **Total Claims Allowed:** | |
|---|---|---|---|
| (Assistant Examiner)                                    (Date) | | 2 | |
| /KIMBERLY CHONG/                              14 April 2018 Primary Examiner, Art Unit 1674 | | **O.G. Print Claim(s)** | **O.G. Print Figure** |
| (Primary Examiner)                                      (Date) | | 1 | none |

U.S. Patent and Trademark Office

Part of Paper No.: 20180414

SRPT-VYDS-0004968

| *Issue Classification* | Application/Control No. 15/705,172 | Applicant(s)/Patent Under Reexamination WILTON et al. |
|---|---|---|
| | **Examiner** KIMBERLY CHONG | **Art Unit** 1674 |

**INTERNATIONAL CLASSIFICATION**

**CLAIMED**

| C07H | | 21 | | 04 |
|---|---|---|---|---|

**NON-CLAIMED**

| | | | | |
|---|---|---|---|---|

**US ORIGINAL CLASSIFICATION**

| CLASS | SUBCLASS |
|---|---|
| 536 | 24.5 |

**CROSS REFERENCES(S)**

| CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |

| NONE | **Total Claims Allowed:** | |
|---|---|---|
| (Assistant Examiner)                         (Date) | 2 | |
| /KIMBERLY CHONG/                      14 April 2018 Primary Examiner, Art Unit 1674 | O.G. Print Claim(s) | O.G. Print Figure |
| (Primary Examiner)                          (Date) | 1 | none |

U.S. Patent and Trademark Office

Part of Paper No.: 20180414

SRPT-VYDS-0004969

| **Issue Classification** | **Application/Control No.** 15/705,172 | **Applicant(s)/Patent Under Reexamination** WILTON et al. |
|---|---|---|
| | **Examiner** KIMBERLY CHONG | **Art Unit** 1674 |

☑ Claims renumbered in the same order as presented by applicant    ☐ CPA    ☑ T.D.    ☐ R.1.47

**CLAIMS**

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

| NONE | | | **Total Claims Allowed:** | |
|---|---|---|---|---|
| (Assistant Examiner) | (Date) | | 2 | |
| /KIMBERLY CHONG/ Primary Examiner, Art Unit 1674 | 14 April 2018 | | O.G. Print Claim(s) | O.G. Print Figure |
| (Primary Examiner) | (Date) | | 1 | none |

U.S. Patent and Trademark Office

Part of Paper No.: 20180414

SRPT-VYDS-0004970

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 15/705,172 | WILTON et al. |
| | Examiner | Art Unit |
| | KIMBERLY CHONG | 1674 |

| CPC - Searched* | | |
|---|---|---|
| Symbol | Date | Examiner |
| C07H 21/04 | 9/29/2017 | KC |

| CPC Combination Sets - Searched* | | |
|---|---|---|
| Symbol | Date | Examiner |
| | | |

| US Classification - Searched* | | | |
|---|---|---|---|
| Class | Subclass | Date | Examiner |
| | | | |

\* See search history printout included with this form or the SEARCH NOTES box below to determine the scope of the search.

| Search Notes | | |
|---|---|---|
| Search Notes | Date | Examiner |
| SEQ ID No. 195 | 9/29/2017 | KC |
| PALM inventor name search | 9/29/2017 | KC |
| updated | 04/09/2018 | KC |

| Interference Search | | | |
|---|---|---|---|
| US Class/CPC Symbol | US Subclass/CPC Group | Date | Examiner |
| 536 | 24.5 | 04/09/2018 | KC |

| | |
|---|---|
| | |

SRPT-VYDS-0004971

## PART B - FEE(S) TRANSMITTAL

**Complete and send this form, together with applicable fee(s), to:** **Mail** Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450
**or Fax** (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

153767    7590    04/26/2018
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 NEW YORK AVENUE, N.W.
WASHINGTON, DISTRICT OF COLUMBIA 20005
UNITED STATES OF AMERICA

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)
_____ (Signature)
_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/705,172 | 09/14/2017 | Stephen Donald WILTON | 4140.01500A9 | 2879 |

TITLE OF INVENTION: ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | SMALL | $500 | $0.00 | $0.00 | $500 | 07/26/2018 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| CHONG, KIMBERLY | 1674 | 536-024500 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list

(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____
2 Sterne, Kessler, Goldstein
   & Fox P.L.L.C.
3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE

The University of Western Australia

(B) RESIDENCE: (CITY and STATE OR COUNTRY)

Crawley, Australia

Please check the appropriate assignee category or categories (will not be printed on the patent) : ☐ Individual ☒ Corporation or other private group entity ☐ Government

4a. The following fee(s) are submitted:

☒ Issue Fee

☐ Publication Fee (No small entity discount permitted)

☐ Advance Order - # of Copies _____

4b. Payment of Fee(s): (Please first reapply any previously paid issue fee shown above)

☐ A check is enclosed.

☐ Payment by credit card. Form PTO-2038 is attached.

☒ The director is hereby authorized to charge the required fee(s), any deficiency, or credits any overpayment, to Deposit Account Number  19-0036  (enclose an extra copy of this form).

5. **Change in Entity Status** (from status indicated above)

☐ Applicant certifying micro entity status. See 37 CFR 1.29

☐ Applicant asserting small entity status. See 37 CFR 1.27

☐ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.
NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.
NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature _____   Date ____April 26, 2018____

Typed or printed name   Eric K. Steffe                          Registration No. _____36,688_____

Page 2 of 3
PTOL-85 Part B (10-13) Approved for use through 10/31/2013.    OMB 0651-0033    U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

SRPT-VYDS-0004972

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 32457433 |
| **Application Number:** | 15705172 |
| **International Application Number:** | |
| **Confirmation Number:** | 2879 |
| **Title of Invention:** | ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF |
| **First Named Inventor/Applicant Name:** | Stephen Donald WILTON |
| **Customer Number:** | 153767 |
| **Filer:** | Neil P. Shull/Debbie Colonna |
| **Filer Authorized By:** | Neil P. Shull |
| **Attorney Docket Number:** | 4140.01500A9 |
| **Receipt Date:** | 26-APR-2018 |
| **Filing Date:** | 14-SEP-2017 |
| **Time Stamp:** | 17:27:27 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Issue Fee Payment (PTO-85B) | 4140_01500A9_Filing_IssueFee .pdf | 1007577<br>3747e1587b1b47d7367c0190dc44b5d534 0e423e | no | 1 |

**Warnings:**

SRPT-VYDS-0004973

| Information: | | |
|---|---|---|
| | **Total Files Size (in bytes):** | 1007577 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

SRPT-VYDS-0004974

**To:**          e-office@sternekessler.com,jcovert@sternekessler.com,
**From:**        PAIR_eOfficeAction@uspto.gov
**Cc:**          PAIR_eOfficeAction@uspto.gov
**Subject:**     Private PAIR Correspondence Notification for Customer Number 153767

Apr 26, 2018 03:49:35 AM

Dear PAIR Customer:

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 NEW YORK AVENUE, N.W.
WASHINGTON, DC 20005
UNITED STATES

The following USPTO patent application(s) associated with your Customer Number, 153767 , have new outgoing correspondence. This correspondence is now available for viewing in Private PAIR.

The official date of notification of the outgoing correspondence will be indicated on the form PTOL-90 accompanying the correspondence.

Disclaimer:
The list of documents shown below is provided as a courtesy and is not part of the official file wrapper. The content of the images shown in PAIR is the official record.

| Application | Document | Mailroom Date | Attorney Docket No. |
|---|---|---|---|
| 15705172 | NOA | 04/26/2018 | 4140.01500A9 |
| | INTV.SUM.APP | 04/26/2018 | 4140.01500A9 |

To view your correspondence online or update your email addresses, please visit us anytime at https://sportal.uspto.gov/secure/myportal/privatepair.

If you have any questions, please email the Electronic Business Center (EBC) at EBC@uspto.gov with 'e-Office Action' on the subject line or call 1-866-217-9197 during the following hours:

    Monday - Friday 6:00 a.m. to 12:00 a.m.

Thank you for prompt attention to this notice,

UNITED STATES PATENT AND TRADEMARK OFFICE

PATENT APPLICATION INFORMATION RETRIEVAL SYSTEM

SRPT-VYDS-0004975

APR-26-2018  18:54        SKGF                                    202 371 2540      P.001

**ERIC K. STEFFE**
DIRECTOR
(202) 772-8625
ESTEFFE@STERNEKESSLER.COM

RECEIVED
CENTRAL FAX CENTER

APR 26 2018

# Fax        ☒ Urgent        ☐ Return reply requested        ☐ Original will be sent as confirmation

To: **USPTO**                              Date: April 26, 2018

Attention: USPTO Fee Payment               Re: Appl. No. 15/705,172; Filed 09/14/17
                                           For: **ANTISENSE OLIGONUCLEOTIDES FOR**
From: Debbie Colonna                       **INDUCING EXON SKIPPING AND**
                                           **METHODS OF USE THEREOF**
                                           Inventors: WILTON et al.

Pages (including cover sheet): 2

Fax No: 571-273-8300                       Our Reference: 4140.01500A9

# Message

Submission of Issue Fee Payment (small entity) for Appl. No. 15/705,172

**Certification of Facsimile Transmission**

I hereby certify that this paper is being facsimile transmitted
to the Patent and Trademark Office on the date shown below.

_Debbie Colonna_
                  Name
Date: _4/26/2018_

If any portion of this transmission is not received clearly or in full, contact us at the numbers below.

This message is intended for the exclusive use of the individual or entity to which it is addressed. The message may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this communication in any way is strictly prohibited. If you have received this communication in error, please call us collect immediately, and return the original message to us at the above address via the U.S. Postal Service.

SRPT-VYDS-0004976

## PART B - FEE(S) TRANSMITTAL

Complete and send this form, together with applicable fee(s), to: __Mail__    Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450
__or Fax__ (571) 273-2885

*[Stamp: OPAP APR 2 6 2018]*

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

153767     7590     04/26/2018
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 NEW YORK AVENUE, N.W.
WASHINGTON, DISTRICT OF COLUMBIA 20005
UNITED STATES OF AMERICA

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

### Certificate of Mailing or Transmission

I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)
_____ (Signature)
_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/705,172 | 09/14/2017 | Stephen Donald WILTON | 4140.01500A9 | 2879 |

TITLE OF INVENTION: ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | SMALL | $500 | $0.00 | $0.00 | $500 | 07/26/2018 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| CHONG, KIMBERLY | 1674 | 536-024500 |

**1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).**

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. Use of a Customer Number is required.

**2. For printing on the patent front page, list**

(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____
2 Sterne, Kessler, Goldstein & Fox P.L.L.C.
3 _____

**3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)**

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE

The University of Western Australia

(B) RESIDENCE: (CITY and STATE or COUNTRY)

Crawley, Australia

Please check the appropriate assignee category or categories (will not be printed on the patent) : ☐ Individual ☒ Corporation or other private group entity ☐ Government

**4a. The following fee(s) are submitted:**

☒ Issue Fee

☐ Publication Fee (No small entity discount permitted)

☐ Advance Order - # of Copies _____

**4b. Payment of Fee(s): (Please first reapply any previously paid issue fee shown above)**

☐ A check is enclosed.

☐ Payment by credit card. Form PTO-2038 is attached.

☒ The director is hereby authorized to charge the required fee(s), any deficiency, or credits any overpayment, to Deposit Account Number  19-0036  (enclose an extra copy of this form).

**5. Change in Entity Status (from status indicated above)**

☐ Applicant certifying micro entity status. See 37 CFR 1.29

☐ Applicant asserting small entity status. See 37 CFR 1.27

☐ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.
NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.
NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature  *John M. ___ Atty Reg No 39,754*    Date  *April 26, 2018*

Typed or printed name  Eric K. Steffe    Registration No.  *04/30/2018 ...*

PTOL-85 Part B (10-13) Approved for use through 10/31/2013.    OMB 0651-0033    U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

SRPT-VYDS-0004977

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/705,172 | 09/14/2017 | Stephen Donald WILTON | 4140.01500A9 | 2879 |

7590    05/03/2018

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 NEW YORK AVENUE, N.W.
WASHINGTON, DC 20005

| EXAMINER |
|---|
| CHONG, KIMBERLY |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1674 | |

DATE MAILED: 05/03/2018

# PRIORITY ACKNOWLEDGMENT

☐ 1. Receipt is acknowledged of priority papers submitted under 35 U.S.C. 119. The papers have been placed of record in the file.

☒ 2. Applicant's claim for priority, based on papers filed in parent Application Number 11/570,691 submitted under 35 U.S.C. 119, is acknowledged.

☐ 3. The priority papers, submitted _____, after payment of the issue fee are
    ☐ acknowledged
    While the priority claim or certified copy filed will be placed in the file record, neither will be reviewed and the patent when published will not include the priority claim.
    See 37 CFR 1.55(a)(2).
    ☐ not acknowledged since the processing fee in 37 CFR 1.17(i) has not been received.

☐ 4. For utility and plant applications filed on or after November 29, 2000, the priority claim is not entered because the claim was not presented within the time limit required by 37 CFR 1.55(a)(1). A petition to accept a delayed claim for priority under 35 U.S.C. 119(a) - (d) or (f), or 365(a) may be filed. See 37 CFR 1.55(c) and MPEP 201.14(a).

_74/C, FOR_

571-272-4200  or 1-888-786-0101
Application Assistance Unit
Office of Data Management

PTOL-147 (Rev. 03/08)

SRPT-VYDS-0004978

**To:**      e-office@sternekessler.com,jcovert@sternekessler.com,
**From:**    PAIR_eOfficeAction@uspto.gov
**Cc:**      PAIR_eOfficeAction@uspto.gov
**Subject:** Private PAIR Correspondence Notification for Customer Number 153767

May 05, 2018 07:36:42 AM

Dear PAIR Customer:

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 NEW YORK AVENUE, N.W.
WASHINGTON, DC 20005
UNITED STATES

The following USPTO patent application(s) associated with your Customer Number, 153767 , have new outgoing correspondence. This correspondence is now available for viewing in Private PAIR.

The official date of notification of the outgoing correspondence will be indicated on the form PTOL-90 accompanying the correspondence.

Disclaimer:
The list of documents shown below is provided as a courtesy and is not part of the official file wrapper. The content of the images shown in PAIR is the official record.

| Application | Document | Mailroom Date | Attorney Docket No. |
|-------------|----------|---------------|---------------------|
| 15705172    | M327     | 05/03/2018    | 4140.01500A9        |

To view your correspondence online or update your email addresses, please visit us anytime at https://sportal.uspto.gov/secure/myportal/privatepair.

If you have any questions, please email the Electronic Business Center (EBC) at EBC@uspto.gov with 'e-Office Action' on the subject line or call 1-866-217-9197 during the following hours:

    Monday - Friday 6:00 a.m. to 12:00 a.m.

Thank you for prompt attention to this notice,

UNITED STATES PATENT AND TRADEMARK OFFICE

PATENT APPLICATION INFORMATION RETRIEVAL SYSTEM

SRPT-VYDS-0004979

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | ISSUE DATE | PATENT NO. | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/705,172 | 06/12/2018 | 9994851 | 4140.01500A9 | 2879 |

153767        7590        05/23/2018
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 NEW YORK AVENUE, N.W.
WASHINGTON, DC 20005

# ISSUE NOTIFICATION

The projected patent number and issue date are specified above.

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(application filed on or after May 29, 2000)

The Patent Term Adjustment is 0 day(s). Any patent to issue from the above-identified application will include an indication of the adjustment on the front page.

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Application Assistance Unit (AAU) of the Office of Data Management (ODM) at (571)-272-4200.

APPLICANT(s) (Please see PAIR WEB site http://pair.uspto.gov for additional applicants):

The University of Western Australia, Crawley, AUSTRALIA;
Stephen Donald WILTON, Applecross, AUSTRALIA;
Sue FLETCHER, Bayswater, AUSTRALIA;
Graham MCCLOREY, Bayswater, AUSTRALIA;

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The USA offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to encourage and facilitate business investment. To learn more about why the USA is the best country in the world to develop technology, manufacture products, and grow your business, visit SelectUSA.gov.

IR103 (Rev. 10/09)

SRPT-VYDS-0004980

**To:**        e-office@sternekessler.com,jcovert@sternekessler.com,
**From:**      PAIR_eOfficeAction@uspto.gov
**Cc:**        PAIR_eOfficeAction@uspto.gov
**Subject:**   Private PAIR Correspondence Notification for Customer Number 153767

May 24, 2018 04:04:25 AM

Dear PAIR Customer:

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 NEW YORK AVENUE, N.W.
WASHINGTON, DC 20005
UNITED STATES

The following USPTO patent application(s) associated with your Customer Number, 153767 , have new outgoing correspondence. This correspondence is now available for viewing in Private PAIR.

The official date of notification of the outgoing correspondence will be indicated on the form PTOL-90 accompanying the correspondence.

Disclaimer:
The list of documents shown below is provided as a courtesy and is not part of the official file wrapper. The content of the images shown in PAIR is the official record.

| Application | Document | Mailroom Date | Attorney Docket No. |
|-------------|----------|---------------|---------------------|
| 15705172    | ISSUE.NTF | 05/23/2018   | 4140.01500A9        |

To view your correspondence online or update your email addresses, please visit us anytime at https://sportal.uspto.gov/secure/myportal/privatepair.

If you have any questions, please email the Electronic Business Center (EBC) at EBC@uspto.gov with 'e-Office Action' on the subject line or call 1-866-217-9197 during the following hours:

        Monday - Friday 6:00 a.m. to 12:00 a.m.

Thank you for prompt attention to this notice,

UNITED STATES PATENT AND TRADEMARK OFFICE

PATENT APPLICATION INFORMATION RETRIEVAL SYSTEM

SRPT-VYDS-0004981

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Inventors: WILTON *et al.*

Confirmation No.: 2879

Applicant: The University of Western Australia

Art Unit: 1674

Application No.: 15/705,172

Examiner: Chong, Kimberly

Filing Date: September 14, 2017

Atty. Docket: 4140.01500A9

Title: **ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF**

## Statement of Substance of Interview
## In Accordance With 37 C.F.R. § 1.133(b) and M.P.E.P. § 713.04

Commissioner for Patents
PO Box 1450
Alexandria, VA 22313-1450

Commissioner:

    In reply to the Interview Summary (Form PTOL-413) mailed by the U.S. Patent & Trademark Office with the Notice of Allowance on April 26, 2018, Applicant submits herewith the following Statement of Substance of the Interview held with Examiner Kimberly Chong, on April 9, 2018, regarding the above captioned application.

    During the interview, the Examiner confirmed that the Terminal Disclaimer filed on April 3, 2018 was approved and that the application would be allowed.

Respectfully submitted,

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

Eric K. Steffe
Attorney for Applicant
Registration No. 36,688

Date: 5/29/18

1100 New York Avenue, N.W.
Washington, D.C. 20005-3934
(202) 371-2600

9396506_1.docx

SRPT-VYDS-0004982

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 32743284 |
| **Application Number:** | 15705172 |
| **International Application Number:** | |
| **Confirmation Number:** | 2879 |
| **Title of Invention:** | ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF |
| **First Named Inventor/Applicant Name:** | Stephen Donald WILTON |
| **Customer Number:** | 153767 |
| **Filer:** | Neil P. Shull/Debbie Colonna |
| **Filer Authorized By:** | Neil P. Shull |
| **Attorney Docket Number:** | 4140.01500A9 |
| **Receipt Date:** | 29-MAY-2018 |
| **Filing Date:** | 14-SEP-2017 |
| **Time Stamp:** | 15:14:10 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Applicant summary of interview with examiner | 4140_01500A9_Filing_StatementSubstanceofInterview.pdf | 407819 / 99efaf6ce36c6152beb4a1384d600e3f93a73e8b | no | 1 |

**Warnings:**

SRPT-VYDS-0004983

| Information: | | |
|---|---|---|
| **Total Files Size (in bytes):** | | 407819 |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

<u>**New Applications Under 35 U.S.C. 111**</u>
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**
<u>**National Stage of an International Application under 35 U.S.C. 371**</u>
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**
<u>**New International Application Filed with the USPTO as a Receiving Office**</u>
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

SRPT-VYDS-0004984

PTO/SB/47 (03-09)
Approved for use through 05/31/2015. OMB 0651-0016
U.S. Patent and Trademark Office; U. S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## "FEE ADDRESS" INDICATION FORM

| Address to:<br>Mail Stop M Correspondence<br>Commissioner for Patents    - OR -<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | Fax to:<br>571-273-6500 |
|---|---|

**INSTRUCTIONS:** The issue fee must have been paid for application(s) listed on this form. In addition, only an address represented by a Customer Number can be established as the fee address for maintenance fee purposes (hereafter, fee address). A fee address should be established when correspondence related to maintenance fees should be mailed to a different address than the correspondence address for the application. **When to check the first box below:** If you have a Customer Number to represent the fee address. **When to check the second box below:** If you have no Customer Number representing the desired fee address, in which case a completed Request for Customer Number (PTO/SB/125) must be attached to this form. For more information on Customer Numbers, see the Manual of Patent Examining Procedure (MPEP) § 403.

For the following listed application(s), please recognize as the "Fee Address" under the provisions of 37 CFR 1.363 the address associated with:

[X] Customer Number: 

**154896**

*OR*

[ ] The attached Request for Customer Number (PTO/SB/125) form.

| PATENT NUMBER<br>(if known) | APPLICATION NUMBER |
|---|---|
| 9,994,851 | 15/705,172 |

Completed by (check one):

[ ] Applicant/Inventor

[X] Attorney or Agent of record    58,403<br>                              (Reg. No.)

[ ] Assignee of record of the entire interest. See 37 CFR 3.71.<br>Statement under 37 CFR 3.73(b) is enclosed.<br>(Form PTO/SB/96)

[ ] Assignee recorded at Reel _____ Frame _____

*Signature*

Marsha Rose Gillentine<br>Typed or printed name

(202) 371-2600<br>Requester's telephone number

_____<br>Date

NOTE: Signatures of all the inventors or assignees of record of the entire interest or their representative(s) are required. Submit multiple forms if more that one signature is required, see below*.

[ ] * Total of _____ forms are submitted.

This collection of information is required by 37 CFR 1.363. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 5 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND COMPLETED FORMS TO THIS ADDRESS.
SEND TO: Mail Stop M Correspondence, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

SRPT-VYDS-0004985

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 33011664 |
| **Application Number:** | 15705172 |
| **International Application Number:** | |
| **Confirmation Number:** | 2879 |
| **Title of Invention:** | ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF |
| **First Named Inventor/Applicant Name:** | Stephen Donald WILTON |
| **Customer Number:** | 153767 |
| **Filer:** | Marsha Rose Gillentine |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 4140.01500A9 |
| **Receipt Date:** | 26-JUN-2018 |
| **Filing Date:** | 14-SEP-2017 |
| **Time Stamp:** | 18:24:28 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Miscellaneous Incoming Letter | 4140_01500A9_Fee_Address_Indication_Form.pdf | 165669 <br> 980ff1317f83faa445c0b93a6b2ad6474a1548c7 | no | 1 |

**Warnings:**

SRPT-VYDS-0004986

| Information: | | | |
|---|---|---|---|
| | **Total Files Size (in bytes):** | | 165669 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

SRPT-VYDS-0004987

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| U.S. Patent No.: 9,994,851 | Confirmation No.: 2879 |
| Date of Patent: June 12, 2018 | Art Unit: 1674 |
| Inventors: WILTON *et al.* | Atty. Docket: 4140.01500A9 |

Title: **ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF**

## Request for Certificate of Correction
## Under 37 C.F.R. § 1.323 For Applicant's Mistake

*Attn: Certificate of Correction Branch*

Commissioner for Patents
PO Box 1450
Alexandria, VA 22313-1450

Commissioner:

It is hereby requested that a Certificate of Correction under 37 C.F.R. § 1.323 be issued for the above-captioned United States Patent. This Certificate of Correction is being requested due to mistakes which appear in the printed patent. The mistakes made by Inventors are of a clerical or typographical nature, or of a minor character. Patentees submit that correction of these errors does not introduce new matter.

Specifically, the printed patent contains the following errors for which a Certificate of Correction is respectfully requested:

**In the specification**

**Column 1, Line 26, before "STATEMENT REGARDING SEQUENCE LISTING", insert:**

**--STATEMENT AS TO FEDERALLY SPONSORED RESEARCH**
**This invention was made with government support under grant number R01 NS044146 awarded by the National Institutes of Health. The government has certain rights in the invention.--**

SRPT-VYDS-0004988

- 2 -

WILTON *et al.*
U.S. Patent No. 9,994,851

## *Remarks*

The above-noted corrections do not involve such changes in the patent as would constitute new matter or would require reexamination.

A completed Form PTO/SB/44 accompanies this request, with the above-noted corrections printed thereon. Accordingly, a Certificate of Correction is believed proper and issuance thereof is respectfully requested.

This request is accompanied by payment of the fee set forth in 37 C.F.R. § 1.20(a). Fee payment is provided through online credit card payment. The Commissioner is hereby authorized to charge any fee deficiency, or credit any overpayment, to our Deposit Account No. 19-0036.

Respectfully submitted,

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

Marsha Rose Gillentine
Attorney for Patentees
Registration No. 58,403

Date: ___June 29, 2018_____

1100 New York Avenue, N.W.
Washington, D.C. 20005-3934
(202) 371-2600

9578306_1.docx

SRPT-VYDS-0004989

PTO/SB/44 (09-07)
Approved for use through 08/13/2013. OMB 0651-0033
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number
(Also Form PTO-1050)

# UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

Page 1 of 1

PATENT NO.           :  9,994,851

APPLICATION NO. :  15/705,172

ISSUE DATE          :  June 12, 2018

INVENTOR(S)        :  WILTON *et al.*

      It is certified that an error appears or errors appear in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

In the specification

Column 1, Line 26, before "STATEMENT REGARDING SEQUENCE LISTING", insert:

--STATEMENT AS TO FEDERALLY SPONSORED RESEARCH
This invention was made with government support under grant number R01 NS044146 awarded by the National Institutes of Health. The government has certain rights in the invention.--

MAILING ADDRESS OF SENDER (Please do not use customer number below):
    Sterne, Kessler, Goldstein & Fox P.L.L.C.
    1100 New York Avenue, NW
    Washington DC 20005-3934        Atty. Dkt. No. 4140.01500A9

This collection of information is required by 37 CFR 1.322, 1.323 and 1.324. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1.0 hour to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you are required to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Attention Certificate of Corrections Branch, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.

SRPT-VYDS-0004990

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 15705172 |
| **Filing Date:** | 14-Sep-2017 |
| **Title of Invention:** | ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF |
| **First Named Inventor/Applicant Name:** | Stephen Donald WILTON |
| **Filer:** | Marsha Rose Gillentine/Beverly Swann |
| **Attorney Docket Number:** | 4140.01500A9 |

Filed as Large Entity

**Filing Fees for  Utility under 35 USC 111(a)**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| CERTIFICATE OF CORRECTION | 1811 | 1 | 150 | 150 |

SRPT-VYDS-0004991

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | | | **Total in USD ($)** | **150** |

SRPT-VYDS-0004992

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 33045562 |
| **Application Number:** | 15705172 |
| **International Application Number:** | |
| **Confirmation Number:** | 2879 |
| **Title of Invention:** | ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF |
| **First Named Inventor/Applicant Name:** | Stephen Donald WILTON |
| **Customer Number:** | 153767 |
| **Filer:** | Marsha Rose Gillentine/Beverly Swann |
| **Filer Authorized By:** | Marsha Rose Gillentine |
| **Attorney Docket Number:** | 4140.01500A9 |
| **Receipt Date:** | 29-JUN-2018 |
| **Filing Date:** | 14-SEP-2017 |
| **Time Stamp:** | 13:04:06 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | CARD |
| Payment was successfully received in RAM | $150 |
| RAM confirmation Number | 062918INTEFSW13042600 |
| Deposit Account | |
| Authorized User | |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |

SRPT-VYDS-0004993

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Miscellaneous Incoming Letter | 414001500A9Ptocover.pdf | 260801 <br><br> 88ce2cc4e2806e54a54265eb262008 8de49d84cf | no | 1 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Request for Certificate of Correction | 414001500A9Request.pdf | 140390 <br><br> 505e877b7f4400beaba290056a09b206840c736c | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | Request for Certificate of Correction | 414001500A9COC.pdf | 132779 <br><br> 727d3a3f4034370a2970357ac31ce04c303b1f65 | no | 1 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 4 | Fee Worksheet (SB06) | fee-info.pdf | 30421 <br><br> b2b1564d3e79221ee3ea74964264093ce7492c7f | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| **Total Files Size (in bytes):** | | | 564391 | | |

SRPT-VYDS-0004994

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

SRPT-VYDS-0004995

**Sterne Kessler**
STERNE KESSLER GOLDSTEIN & FOX

**MARSHA ROSE GILLENTINE**
DIRECTOR
(202) 772-8692
MGILLENTINE@STERNEKESSLER.COM

June 29, 2018

Commissioner for Patents                                    *Confirmation No. 2879*
PO Box 1450                                                        *Art Unit 1674*
Alexandria, VA  22313-1450

     Re:    U.S. Patent No. 9,994,851; Issue Date: June 12, 2018
            (from U.S. Appl. No. 15/705,172; Filing Date: September 14, 2017)
          For:   **ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON
               SKIPPING AND METHODS OF USE THEREOF**
          Inventors:  WILTON *et al.*
          Our Ref:  4140.01500A9

Commissioner:

    Transmitted herewith for appropriate action are the following documents:

1.   Online Credit Card Payment Authorization in the amount of $150.00 to cover fee for Request for Certificate of Correction;

2.   Request for Certificate of Correction Under 37 C.F.R. § 1.323 For Applicant's Mistake; and

3.   Certificate of Correction (PTO/SB/44).

The above-listed documents are filed electronically.

    Fee payment is provided through online credit card payment.  The U.S. Patent and Trademark Office is hereby authorized to charge any fee deficiency or credit any overpayment to our Deposit Account No. 19-0036.

                  Respectfully submitted,

                  STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

                  Marsha Rose Gillentine
                  Attorney for Patentees
                  Registration No. 58,403

MRG/ABM/mwf
Enclosures                                                        9578300_1.docx

SRPT-VYDS-0004996

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.        : 9,994,851 B2                                                Page 1 of 1
APPLICATION NO.   : 15/705172
DATED             : June 12, 2018
INVENTOR(S)       : Wilton et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

In the Specification

Column 1, Line 26, before "STATEMENT REGARDING SEQUENCE LISTING", insert:
--STATEMENT AS TO FEDERALLY SPONSORED RESEARCH
This invention was made with government support under grant number R01 NS044146 awarded by the National Institutes of Health. The government has certain rights in the invention.--

Signed and Sealed this
Thirty-first Day of July, 2018

Andrei Iancu
*Director of the United States Patent and Trademark Office*



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re U.S. Patent No. 9,994,851 B2

Issued: June 12, 2018

Assignee: The University of Western Australia

For: **Antisense Oligonucleotides for Inducing Exon Skipping and Methods of Use Thereof**

Atty. Docket: 4140.01500A9/EKS/MRG/THN

*Mail Stop Hatch-Waxman PTE*
Office of Patent Legal Administration
Room MDW 7B 85
600 Dulany Street (Madison Building)
Alexandria, VA 22314

## FEE TRANSMITTAL LETTER
## FOR AN APPLICATION FOR EXTENSION UNDER 35 U.S.C. § 156

Commissioner:

Transmitted herewith is an Application for Extension of Patent Term Under 35 U.S.C. § 156 for U.S. Patent No. 9,994,851 B2, accompanied by two additional copies. The undersigned attorney for Applicant hereby states that these copies are certified to be duplicates of the original. Each copy contains the following attachments:

| | |
|---|---|
| Attachment A | Executed Power of Attorney and Notice of Acceptance of Power of Attorney |
| Attachment B | Agency Letter authorizing The University of Western Australia to rely upon the activities of Sarepta |
| Attachment C | Package insert describing the Approved Product VYONDYS 53™ |
| Attachment D | FDA Approval Letter for VYONDYS 53™ |
| Attachment E | U.S. Patent No. 9,994,851 B2 |
| Attachment F | Terminal Disclaimer filed in U.S. Application No. 15/705,172, now U.S. Patent No. 9,994,851 B2 |
| Attachment G | Certificate of Correction issued for U.S. Patent No. 9,994,851 B2 |
| Attachment H | FDA Letter dated November 17, 2014, substantiating the IND submission date |

SRPT-VYDS-0004998

- 2 -                                                U.S. Patent No. 9,994,851 B2
                                                Atty. Dkt. No. 4140.01500A9/EKS/MRG/THN

Attachment I          FDA Letter dated January 28, 2016, substantiating the date
                      of authorization of clinical studies
Attachment J          FDA Letter dated January 3, 2019, substantiating the NDA
                      number and the initial NDA submission date
Attachment K          Chronology of Events on VYONDYS 53™

Please find a Credit Card payment Form for the $1,120.00 fee estimated to be due

in connection with this Application.  The Commissioner is hereby authorized to charge

any additional fees, which may be required, or credit any overpayment to Sterne,

Kessler, Goldstein & Fox P.L.L.C. Account No. 19-0036.

                              Respectfully submitted,

                              STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.


                              /Eric K. Steffe/

                              Eric K. Steffe
                              Attorney for Applicant
                              Registration No. 36,688
Date:    2/4/2020

1100 New York Avenue, N.W.
Washington, D.C. 20005-3934
(202) 371-2600
14506552_1.docx

SRPT-VYDS-0004999

# United States Patent and Trademark Office

*Office of the Chief Financial Officer*

Document Code:WFEE

User :C46472

Sale Accounting Date:02/06/2020

| Sale Item Reference Number | Effective Date |
|---|---|
| 9994851 | 02/04/2020 |

| Document Number | Fee Code | Fee Code Description | Amount Paid | Payment Method |
|---|---|---|---|---|
| I202026720172039 | 1457 | EXTENSION OF TERM OF PATENT | $1,120.00 | Credit Card |

SRPT-VYDS-0005000



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re U.S. Patent No. 9,994,851 B2

Issued: June 12, 2018

Assignee: The University of Western
       Australia

Atty. Docket: 4140.01500A9/EKS/MRG/THN

For: **Antisense Oligonucleotides for
Inducing Exon Skipping and
Methods of Use Thereof**

## Application for Extension of Patent Term Under 35 U.S.C. § 156

Commissioner for Patents
PO Box 1450
Alexandria, VA 22313-1450

*Mail Stop Hatch-Waxman PTE*

Commissioner:

    Applicant, **The University of Western Australia**, represents that it is the assignee of the entire interest in and to Letters Patent of U.S. Patent No. 9,994,851 B2 granted to Stephen Donald Wilton, Sue Fletcher, and Graham McClorey on June 12, 2018, for **Antisense Oligonucleotides for Inducing Exon Skipping and Methods of Use Thereof** by virtue of an Assignment from the inventors to The University of Western Australia recorded September 25, 2017, Reel 043682, Frame 0261.

    The undersigned Attorney for Applicant is authorized to act on behalf of The University of Western Australia. Copies of the executed Power of Attorney and Notice of Acceptance of Power of Attorney are enclosed as Attachment A.

    Sarepta Therapeutics, Inc. ("Sarepta") and ST International Holdings Two, Inc. are the exclusive licensees of U.S. Patent No. 9,994,851 B2 by virtue of an Exclusive License Agreement effective as of November 24, 2008, and amended and restated as of April 10, 2013, and further by virtue of an Assignment and Assumption Agreement

effective as of August 31, 2018.  Sarepta was the marketing applicant of the approved product, VYONDYS 53™ (golodirsen) injection (hereinafter referred to as VYONDYS 53™), before the Food and Drug Administration ("FDA").  Applicant submits that there has been an agency relationship between The University of Western Australia and Sarepta during the regulatory review period of VYONDYS 53™.  To show that The University of Western Australia is authorized to rely upon activities of Sarepta before the FDA, a copy of a letter from Sarepta specifically authorizing The University of Western Australia to rely upon such activities and file this Application for Extension of Patent Term based on the regulatory review period of VYONDYS 53™ is attached as Attachment B.

Applicant hereby submits this application for extension of the patent term under 35 U.S.C. § 156 by providing the following information required by the rules promulgated by the U.S. Patent and Trademark Office (37 C.F.R. §§ 1.710-1.740 and 1.775).  For the convenience of the Patent and Trademark Office, the information contained in this application is presented in a format which follows the requirements of Section 1.740 of Title 37 of the Code of Federal Regulations.

(1)    *A complete identification of the approved product as by appropriate chemical and generic name, physical structure or characteristics.*

The approved product, VYONDYS 53™, is indicated for the treatment of Duchenne muscular dystrophy (DMD) in patients who have a confirmed mutation of the *DMD* gene that is amenable to exon 53 skipping.  VYONDYS 53™ is a sterile, aqueous, preservative-free, concentrated solution for dilution prior to intravenous administration. VYONDYS 53™ is a clear to slightly opalescent, colorless liquid.  VYONDYS 53™ is

supplied in single-dose vials containing 100 mg golodirsen (50 mg/ml).  VYONDYS
53™ is formulated as an isotonic phosphate buffered saline solution with an osmolarity of
260 to 320 mOSM and a pH of 7.5.  Each milliliter of VYONDYS 53™ contains: 50 mg
golodirsen; 0.2 mg potassium chloride; 0.2 mg potassium phosphate monobasic; 8 mg
sodium chloride; and 1.14 mg sodium phosphate dibasic, anhydrous, in water for
injection.  The product may contain hydrochloric acid or sodium hydroxide to adjust pH.

The active ingredient in VYONDYS 53™ is golodirsen, which is an antisense
oligonucleotide of the phosphorodiamidate morpholino oligomer (PMO) subclass.  The
base sequence of golodirsen is 25 bases in length of the sequence from the 5' end to 3'
end: GTTGCCTCCGGTTCTGAAGGTGTTC.  The molecular formula of golodirsen is
$C_{305}H_{481}N_{138}O_{112}P_{25}$ and the molecular weight is 8647.28 daltons.  The CAS Registry
Number for golodirsen is 1422959-91-8.

The structure of golodirsen is as follows:



B(1-25):
G-T-T-G-C-C-T-C-C-G-G-T-T-C-T-G-A-A-G-G-T-G-T-T-C

The chemical names of golodirsen include:

1.      RNA, [*P*-deoxy-*P*-(dimethylamino)](2',3'-dideoxy-2',3'-imino-2',3'-

seco)(2'a→5')(G-m⁵U-m⁵U-G-C-C-m⁵U-C-C-G-G-m⁵U-m⁵U-C-m⁵U-G-A-A-G-G-m⁵U-

SRPT-VYDS-0005003

G-m$^5$U-m$^5$U-C), 5'-[$P$-[4-[[2-[2-(2-hydroxyethoxy)ethoxy)ethoxy]carbonyl]-1-piperazinyl]-$N$,$N$-dimethylphosphonamidate]; and

2.    all-$P$-ambo-[2',3'-azanediyl-$P$-(dimethylamino)-$P$-2',3'-trideoxy-2',3'-seco] (2'-N→5')(G-T-T-G-C-C-T-C-C-G-G-T-T-C-T-G-A-A-G-C-T-G-T-T-C) 5'-{$P$-[4-({2-[2-(2-hydroxyethoxy)ethoxy]ethoxy}carbonyl)piperazin-1-yl]-$N$,$N$-dimethylphosphonamidate}.

Golodirsen is designed to bind to exon 53 of human dystrophin pre-mRNA resulting in exclusion of this exon during mRNA processing in patients with genetic mutations that are amenable to exon 53 skipping.

A copy of the package insert describing the approved product is attached as Attachment C.

(2)    *A complete identification of the Federal statute including the applicable provision of law under which the regulatory review occurred.*

The approved product was subject to regulatory review under the Federal Food, Drug, and Cosmetic Act (FDCA), Section 505(b).

(3)    *An identification of the date on which the product received permission for commercial marketing or use under the provision of law under which the applicable regulatory review period occurred.*

The approved product received permission for commercial marketing or use under Section 505(b) of the Federal Food, Drug, and Cosmetic Act (FDCA) on **December 12, 2019**. A copy of the Approval Letter from the Food and Drug Administration is attached as Attachment D.

- 5 –                    U.S. Patent No. 9,994,851 B2
                        Atty. Dkt. No. 4140.01500A9/EKS/MRG/THN

*(4)    In the case of a drug product, an identification of each active ingredient in the product and as to each active ingredient, a statement that it has not been previously approved for commercial marketing or use under the Federal Food, Drug, and Cosmetic Act, the Public Health Service Act, or the Virus-Serum-Toxin Act, or a statement when the active ingredient was approved for commercial marketing or use (either alone or in combination with other active ingredients), the use for which it was approved, and the provision of law under which it was approved.*

The active ingredient in VYONDYS 53™ is golodirsen, which on information and belief, has not been previously approved for commercial marketing or use, either alone or in combination, under the Public Health Service Act, the Virus-Serum-Toxin Act, or under Section 505 of the Federal Food, Drug, and Cosmetic Act.

*(5)    A statement that the application is being submitted within the sixty day period permitted for submission pursuant to §1.720(f) and an identification on the date of the last day on which the application could be submitted.*

The application for extension of patent term under 35 U.S.C. § 156 is being submitted within the permitted 60-day period pursuant to 37 C.F.R. § 1.720(f). The last day on which this application could be submitted is **February 9, 2020** (a Sunday).

U.S. Patent No. 9,994,851 B2
                                   Atty. Dkt. No. 4140.01500A9/EKS/MRG/THN

(6)      *A complete identification of the patent for which an extension is being sought by the name of the inventor, the patent number, the date of issue, and the date of expiration.*

The complete identification of the patent for which a term extension is being sought is as follows:

Inventors:      Stephen Donald Wilton; Sue Fletcher; and Graham McClorey

Patent No.:     US 9,994,851 B2[1]

Issue Date:     June 12, 2018

Expiration Date: June 28, 2025 (*i.e.*, 20 years from its earliest effective date of June 28, 2005)

(7)      *A copy of the patent for which an extension is being sought, including the entire specification (including claims) and drawings.*

A copy of U.S. Patent No. 9,994,851 B2, the patent for which an extension is being sought is attached (Attachment E).

(8)      *A copy of any disclaimer, certificate of correction, receipt of maintenance fee payment, or reexamination certificate issued in the patent.*

---

[1] US 9,994,851 B2 issued from application No. 15/705,172 ("the '172 application"), filed on September 14, 2017. The '172 application is a continuation of application No. 15/274,772 ("the '772 application"), filed on September 23, 2016. The '772 application is a continuation of application No. 14/740,097 ("the '097 application"), filed on June 15, 2015, now U.S. Patent No. 9,605,262. The '097 application is a continuation of application No. 13/741,150, filed on January 14, 2013, which is a continuation of application No. 13/168,857 ("the '857 application"), filed on June 24, 2011, now abandoned. The '857 application is a continuation of application No. 12/837,359 ("the '359 application"), filed on July 15, 2010, now U.S. Patent No. 8,232,384. The '359 application is a continuation of application No. 11/570,691, filed as application No. PCT/AU2005/000943 on June 28, 2005, now U.S. Patent No. 7,807,816.

A Terminal Disclaimer has been issued on this patent. Enclosed is a copy of the Terminal Disclaimer filed on April 3, 2018 (Attachment F), and approved on April 4, 2018. No Reexamination Certificate has been issued on this patent. A Certificate of Correction has been issued on this patent a copy of which is enclosed (Attachment G). No maintenance fee has been paid yet for this patent. The window for the first maintenance fee will open on June 12, 2021.

(9)    *A statement that the patent claims the approved product, or a method of using or manufacturing the approved product, and a showing which lists each applicable patent claim and demonstrates the manner in which at least one claim reads on: (i) The approved product, if the listed claims include any claim to the approved product; (ii) The method of using the approved product, if the listed claims include any claim to the method of using the approved product; and (iii) The method of manufacturing the approved product, if the listed claims include any claim to the method of manufacturing the approved product.*

Claims 1 and 2 of U.S. Patent No. 9,944,851 B2 read on the approved product (see Table 1 below).

**Table 1[2]**

| Claims of 9,994,851 B2 | Claim reads on VYONDYS 53™ |
|---|---|
| **Claim 1.** An antisense oligonucleotide of 20 to 31 bases comprising | The active pharmaceutical ingredient in VYONDYS 53™ is golodirsen which is an antisense oligonucleotide of 25 bases. |
| a base sequence that is 100% complementary to consecutive bases of a target region of exon 53 | The sequence of bases from the 5' end to 3' end of golodirsen is GTTGCCTCCGGTTCTGAAGGTGTTC designed to bind to exon 53 of human dystrophin pre- |

_____

[2] This table is provided to show that the claims read on VYONDYS 53™. The table is not intended to express an opinion on the construction of any particular term.

| | |
|---|---|
| of the human dystrophin pre-mRNA, | mRNA. |
| wherein the target region is within annealing site H53A(+23+47) and annealing site H53A(+39+69), | The target region for golodirsen is annealing site H53A(+36+60). |
| wherein the base sequence comprises at least 12 consecutive bases of *CUG AAG GUG UUC* UUG UAC UUC AUC C (SEQ ID NO: 195), in which uracil bases are thymine bases, (emphasis added) | The sequence of bases from the 5' end to 3' end of golodirsen is G TTG CCT CCG GTT *CTG AAG GTG TTC*. |
| wherein the antisense oligonucleotide is a morpholino antisense oligonucleotide, | Golodirsen is an antisense oligonucleotide of the phosphorodiamidate morpholino oligomer (PMO) subclass. |
| and wherein the antisense oligonucleotide induces exon 53 skipping; | Golodirsen is designed to bind to exon 53 of human dystrophin pre-mRNA resulting in exclusion of this exon during mRNA processing in patients with genetic mutations that are amenable to exon 53 skipping. |
| or a pharmaceutically acceptable salt thereof. | |
| **Claim 2.** A pharmaceutical composition comprising: | VYONDYS 53™ is a colorless liquid available as injectable solution. |
| (i) an antisense oligonucleotide of 20 to 31 bases comprising | The active pharmaceutical ingredient in VYONDYS 53™ is golodirsen which is an antisense oligonucleotide of 25 bases. |
| a base sequence that is 100% complementary to consecutive bases of a target region of exon 53 of the human dystrophin pre-mRNA, | The sequence of bases from the 5' end to 3' end of golodirsen is GTTGCCTCCGGTTCTGAAGGTGTTC designed to bind to exon 53 of human dystrophin pre-mRNA. |
| wherein the target region is within annealing site H53A(+23+47) and annealing site H53A(+39+69), | The target region for golodirsen is annealing site H53A(+36+60). |
| wherein the base sequence comprises at least 12 consecutive bases of *CUG AAG GUG UUC* UUG UAC UUC AUC C (SEQ ID NO: 195), in which uracil bases are thymine bases, (emphasis | The sequence of bases from the 5' end to 3' end of golodirsen is G TTG CCT CCG GTT *CTG AAG GTG TTC*. |

SRPT-VYDS-0005008

| | |
|---|---|
| added) | |
| wherein the antisense oligonucleotide is a morpholino antisense oligonucleotide, and | Golodirsen is an antisense oligonucleotide of the phosphorodiamidate morpholino oligomer (PMO) subclass. |
| wherein the antisense oligonucleotide induces exon 53 skipping, | Golodirsen is designed to bind to exon 53 of human dystrophin pre-mRNA resulting in exclusion of this exon during mRNA processing in patients with genetic mutations that are amenable to exon 53 skipping. |
| or a pharmaceutically acceptable salt thereof; and | |
| (ii) a pharmaceutically acceptable carrier. | VYONDYS 53™ is formulated as an isotonic phosphate buffered saline solution. |

*(10)    A statement beginning on a new page of the relevant dates and information pursuant to 35 U.S.C. 156(g) in order to enable the Secretary of Health and Human Services or the Secretary of Agriculture, as appropriate, to determine the applicable regulatory review period as follows:*

Pursuant to 37 C.F.R. 1.740(a)(10)(i), the relevant dates and information pursuant to 35 U.S.C. § 156(g) to enable the Secretary of Health and Human Services to determine the applicable regulatory review period are as follows:

(A)    Investigational New Drug Application (IND 119982) for VYONDYS 53™ was initially submitted on **November 7, 2014** and was received by the Food and Drug Administration on **November 7, 2014**, as confirmed by the letter from the FDA dated November 17, 2014.  The FDA mailed a letter dated July 24, 2015, indicating that IND 119982 was under a full clinical hold.  The FDA mailed a letter dated **January 28, 2016**, indicating that the clinical trials may be resumed.  As such, IND 119982 became effective on **January 28, 2016**.  A copy of the letter dated November 17, 2014 from the FDA substantiating the date of submission of IND, and a copy of the letter dated January 28, 2016 from the FDA substantiating the date of authorization of clinical studies are attached as Attachments H and I.

(B)    New Drug Application (NDA) for VYONDYS 53™ was submitted to the FDA on a rolling basis, and the submission of the NDA was completed on **December 19, 2018** (initial submission date). The NDA number assigned was 211970. A copy of the letter dated January 3, 2019, from the FDA substantiating

U.S. Patent No. 9,994,851 B2
Atty. Dkt. No. 4140.01500A9/EKS/MRG/THN

the NDA number and the initial submission date of **December 19, 2018**, is attached as Attachment J.

(C)    On August 19, 2019, the FDA mailed a complete response letter indicating that the FDA cannot approve NDA 211970 in its present form.  A complete response to the August 19, 2019, letter was submitted on November 27, 2019.  The FDA approved NDA 211970 for VYONDYS 53™ on **December 12, 2019**.  A copy of the Approval Letter from the Food and Drug Administration is attached as Attachment D.

SRPT-VYDS-0005011

- 12 –                           U.S. Patent No. 9,994,851 B2
                          Atty. Dkt. No. 4140.01500A9/EKS/MRG/THN

    *(11)    A brief description beginning on a new page of the significant activities undertaken by the marketing applicant during the applicable regulatory review period with respect to the approved product and the significant dates applicable to such activities.*

    A brief description of significant activities undertaken by the marketing applicant during the applicable regulatory review period with respect to VYONDYS 53™ and the dates applicable to these significant activities are set forth in a chronology of events in Attachment K.

*(12) A statement beginning on a new page that in the opinion of the applicant the patent is eligible for the extension period and a statement as to the length of extension claimed, including how the length of extension was determined.*

(i)　　Applicant is of the opinion that U.S. Patent No. 9,994,851 B2 is eligible for extension of the patent term under 35 U.S.C. § 156 because it satisfies all requirements for such extension as follows:

(a)　　*35 U.S.C. § 156(a): The term of a patent which claims a product, a method of using a product, or a method of manufacturing a product shall be extended in accordance with this section from the original expiration date of the patent, which shall include any patent term adjustment granted under section 154(b) if –;*

U.S. Patent No. 9,994,851 B2 claims the product VYONDYS 53™.

(b)　　*35 U.S.C. § 156(a)(1): the term of the patent has not expired before the application is submitted under subsection (d)(1) for its extension;*

U.S. Patent No. 9,994,851 B2 has not expired before submission of this application.

(c)　　*35 U.S.C. § 156(a)(2): the term of the patent has never been extended under subsection (e)(1) of this section;*

The term of U.S. Patent No. 9,994,851 B2 has never been extended under 35 U.S.C. § 156(e)(1).

(d)　　*35 U.S.C. § 156(a)(3): an application for extension is submitted by the owner of record of the patent or its agent and in accordance with the requirements of paragraphs (1) through (4) of subsection (d);*

- 14 –                    U.S. Patent No. 9,994,851 B2
                         Atty. Dkt. No. 4140.01500A9/EKS/MRG/THN

The application for extension is submitted by the undersigned Attorney

for Applicant, the owner of record, in accordance with the requirements of paragraphs

(1) through (4) of 35 U.S.C. § 156(d) and the rules of the Patent and Trademark Office.

(e)     *35 U.S.C. § 156(a)(4): the product has been subject to a*

*regulatory review period before its commercial marketing and use;*

VYONDYS 53™ has been subject to a regulatory review period before its

commercial marketing or use.

(f)      *35 U.S.C. § 156(a)(5)(A): except as provided in subparagraphs*

*(B) or (C), the permission for the commercial marketing or use of the product after such*

*regulatory review period is the first permitted commercial marketing or use of the*

*product under the provision of law under which such regulatory review period occurred;*

The commercial marketing or use of VYONDYS 53™ after the regulatory

review period is the first permitted commercial marketing or use under the provision of

the Federal food, Drug, and Cosmetic Act (i.e., Section 505) under which such

regulatory review period occurred.

(g)     *35 U.S.C. § 156(c)(4): in no event shall more than one patent be*

*extended under subsection (e)(1) for the same regulatory review period for any product.*

No other patent has been extended for the same regulatory review period

for VYONDYS 53™.

(ii)     The length of the extension of the patent term of U.S. Patent No.

9,994,851 B2 requested by Applicant is that period authorized by 35 U.S.C. § 156(c)

which has been calculated to be **454** days.  The length of the extension was calculated

pursuant to 37 C.F.R. § 1.775 as follows:

SRPT-VYDS-0005014

- 15 –                    U.S. Patent No. 9,994,851 B2
Atty. Dkt. No. 4140.01500A9/EKS/MRG/THN

(a)    The regulatory review period under 35 U.S.C. § 156(g)(1)(B) began on **January 28, 2016** and ended **December 12, 2019**, which is a total of **1416** days, which is the sum of (1) and (2) below:

(1)    The period of review under 35 U.S.C. § 156(g)(1)(B)(i), the "Testing Period," began on **January 28, 2016** and ended on **December 19, 2018**, which is **1057** days; and

(2)    The period of review under 35 U.S.C. § 156 (g)(1)(B)(ii), the "Approval Period," began on **December 19, 2018**, and ended on **December 12, 2019**, which is a total of **359** days.

(b)    The regulatory review period upon which the period of extension is calculated is the entire regulatory review period as determined in subparagraph 12(ii)(a) above (**1416** days) less:

(1)    The number of days in the regulatory review period which were on or before the date on which the patent issued (June 12, 2018), which is **867** days;

(2)    The number of days during which applicant did not act with due diligence, which is zero (0) days; and

(3)    One-half the number of days determined in sub-paragraph (12)(ii)(a)(1) above after the patent issued (one-half of 1057-867 days), which is **95** days.

(c)    The number of days as determined in sub-paragraph (12)(ii)(b) (1416-867-95 = **454** days) when added to the expiration date of the original term of the patent (June 28, 2025) would result in the date of **September 25, 2026**.

(d)    Fourteen (14) years when added to the date of approval of the NDA (December 12, 2019) would result in the date of **December 12, 2033**.

SRPT-VYDS-0005015

(e)      The earlier date as determined in sub-paragraphs (12)(ii)(c) and (12)(ii)(d) is **September 25, 2026**.

(f)      Since U.S. Patent No. 9,994,851 B2 issued after September 24, 1984, the period of extension may not exceed five (5) years from the original expiration date of June 28, 2025.  Five years when added to the original expiration date of the patent would result in the date of **June 28, 2030**.

(g)      The earlier date as determined by sub-paragraph (12)(ii)(e) and (12)(ii)(f) is **September 25, 2026**.

*(13)     A statement that applicant acknowledges the duty to disclose to the Director of the United States Patent and Trademark Office and the Secretary of Health and Human Services any information which is material to the determination of entitlement to the extension sought (see §1.765).*

Applicant acknowledges the duty to disclose to the Commissioner of Patents and Trademarks and the Secretary of Health and Human Services any information which is material to the determination of entitlement to the extension sought.

In accordance with the duty of disclosure described in 37 C.F.R. §§ 1.740 and 1.765, Applicant informs the Commissioner that six patent term extension applications have been filed concurrently with respect to the regulatory review period for VYONDYS 53™.  These patent term extension applications are with respect to U.S. Patent Nos. 9,994,851 B2 (the present application), RE47,691 E, 9,024,007 B2, 10,227,590 B2, 10,266,827 B2, and 10,421,966 B2.  It is requested that the Office examine these patent term extension applications concurrently so that Applicant can elect, upon receipt of a

SRPT-VYDS-0005016

- 17 –                  U.S. Patent No. 9,994,851 B2
                        Atty. Dkt. No. 4140.01500A9/EKS/MRG/THN

Notice of Final Determination and Requirement of Election, which patent to ultimately

extend in accordance with 37 C.F.R. § 1.785.

    *(14)    The prescribed fee for receiving and acting upon the application for*

*extension (see §1.20(j)).*

    The prescribed fee for receiving and acting upon this application is attached in

the amount of $1,120.00. The Commissioner is authorized to charge any additional fees

required by this application to Deposit Account No. 19-0036.

    *(15)    The name, address, and telephone number of the person to whom*

*inquiries and correspondence relating to the application for patent term extension are to*

*be directed.*

    All correspondence and inquiries may be directed to the undersigned, whose

address, telephone number and fax number are as follows:

        Eric K. Steffe
        Sterne, Kessler, Goldstein & Fox P.L.L.C.
        1100 New York Avenue, N.W.
        Washington, D.C. 20005
        Phone: (202) 371-2600
        Fax: (202) 371-2540

- 18 –                    U.S. Patent No. 9,994,851 B2
                        Atty. Dkt. No. 4140.01500A9/EKS/MRG/THN

Pursuant to 37 C.F.R. 1.740(b), the application for extension of patent term under

35 U.S.C. § 156 including its attachments and supporting papers is being submitted as

one original and two (2) copies thereof.

Respectfully submitted,

STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.

/Eric K. Steffe/

Eric K. Steffe
Attorney for Applicant
Registration No. 36,688

Date: __2/4/2020_____

1100 New York Avenue, N.W.
Washington, D.C. 20005-3934
(202) 371-2600

Enclosures: Attachments A, B, C, D, E, F, G, H, I, J, and K
14490204v1

# ATTACHMENT A

SRPT-VYDS-0005019



U̲NITED S̲TATES P̲ATENT AND T̲RADEMARK O̲FFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 15/705,172 | 09/14/2017 | Stephen Donald WILTON | 4140.01500A9 |

**CONFIRMATION NO. 2879**

153767
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 NEW YORK AVENUE, N.W.
WASHINGTON, DC 20005

**POA ACCEPTANCE LETTER**

*OC000000098475974*

Date Mailed: 04/02/2018

## NOTICE OF ACCEPTANCE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 03/28/2018.

The Power of Attorney in this application is accepted. Correspondence in this application will be mailed to the above address as provided by 37 CFR 1.33.

Questions about the contents of this notice and the requirements it sets forth should be directed to the Office of Data Management, Application Assistance Unit, at **(571) 272-4000** or **(571) 272-4200** or **1-888-786-0101**.

/nbekele/

page 1 of 1

SRPT-VYDS-0005020

Doc Code: PA..
Document Description: Power of Attorney

PTO/AIA/82A (07-13)
Approved for use through 11/30/2014. OMB 0651-0051
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# TRANSMITTAL FOR POWER OF ATTORNEY TO ONE OR MORE REGISTERED PRACTITIONERS

NOTE: This form is to be submitted with the Power of Attorney by Applicant form (PTO/AIA/82B) to identify the application to which the Power of Attorney is directed, in accordance with 37 CFR 1.5, unless the application number and filing date are identified in the Power of Attorney by Applicant form. If neither form PTO/AIA/82A nor form PTO/AIA82B identifies the application to which the Power of Attorney is directed, the Power of Attorney will not be recognized in the application.

| Application Number | 15/705,172 |
|---|---|
| Filing Date | September 14, 2017 |
| First Named Inventor | Stephen Donald WILTON |
| Title | ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF |
| Art Unit | 1674 |
| Examiner Name | CHONG, Kimberly |
| Attorney Docket Number | 4140.01500A9 |

## SIGNATURE of Applicant or Patent Practitioner

| Signature | *Marsha Rose Gillentine* | Date (Optional) | March 28, 2018 |
|---|---|---|---|
| Name | Marsha Rose Gillentine | Registration Number | 58,403 |
| Title (if Applicant is a juristic entity) | | | |
| Applicant Name (if Applicant is a juristic entity) | | | |

NOTE: This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4(d) for signature requirements and certifications. If more than one applicant, use multiple forms.

☐ *Total of _____ forms are submitted.

This collection of information is required by 37 CFR 1.131, 1.32, and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14, This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

Doc Code: PA..
Document Description: Power of Attorney

PTO/AIA/82B (07-13)
Approved for use through 11/30/2014. OMB 0651-0051
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number

# POWER OF ATTORNEY BY APPLICANT

I hereby revoke all previous powers of attorney given in the application identified in either the attached transmittal letter or the boxes below.

| Application Number | Filing Date |
|---|---|
| 15/705,172 | September 14, 2017 |

(Note: The boxes above may be left blank if information is provided on form PTO/AIA/82A.)

[X] I hereby appoint the Patent Practitioner(s) associated with the following Customer Number as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the application referenced in the attached transmittal letter (form PTO/AIA/82A) or identified above:

> 153767

OR

[ ] I hereby appoint Practitioner(s) named in the attached list (form PTO/AIA/82C) as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the patent application referenced in the attached transmittal letter (form PTO/AIA/82A) or identified above. (Note: Complete form PTO/AIA/82C.)

Please recognize or change the correspondence address for the application identified in the attached transmittal letter or the boxes below to:

[X] The address associated with the above-mentioned Customer Number

OR

[ ] The address associated with Customer Number:

> 153767

OR

| Firm or Individual Name | | | |
|---|---|---|---|
| Address | | | |
| City | | State | Zip |
| Country | | | |
| Telephone | | Email | |

I am the Applicant (if the Applicant is a juristic entity, list the Applicant name in the box):

THE UNIVERSITY OF WESTERN AUSTRALIA

[ ] Inventor or Joint Inventor (title not required below)

[ ] Legal Representative of a Deceased or Legally Incapacitated Inventor (title not required below)

[X] Assignee or Person to Whom the Inventor is Under an Obligation to Assign (provide signer's title if applicant is a juristic entity)

[ ] Person Who Otherwise Shows Sufficient Proprietary Interest (e.g., a petition under 37 CFR 1.46(b)(2) was granted in the application or is concurrently being filed with this document) (provide signer's title if applicant is a juristic entity)

## SIGNATURE of Applicant for Patent

The undersigned (whose title is supplied below) is authorized to act on behalf of the applicant (e.g., where the applicant is a juristic entity).

| Signature | Robyn Owens | Date (Optional) | |
|---|---|---|---|
| Name | Professor Robyn Owens | | |
| Title | Deputy Vice-Chancellor (Research) | | |

NOTE: Signature - This form must be signed by the applicant in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications.

[X] Total of    1    forms are submitted.

This collection of information is required by 37 CFR 1.131, 1.32, and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

# ATTACHMENT B

SRPT-VYDS-0005023



# SAREPTA

January 31, 2020
*Via Email, Confirmation Via First Class Mail*
The University of Western Australia
35 Stirling Highway
Crawley, WA 6009
Australia

Attn: Director, Office of Industry and Innovation

Re:     U.S. Patent No. RE47,691 E, Issued: November 5, 2019
        U.S. Patent No. 9,024,007 B2, Issued: May 5, 2015
        U.S. Patent No. 9,994,851 B2, Issued: June 12, 2018
        U.S. Patent No. 10,227,590 B2, Issued: March 12, 2019
        U.S. Patent No. 10,266,827 B2, Issued: April 23, 2019
        U.S. Patent No. 10,421,966 B2, Issued: September 24, 2019
        Inventor(s): Stephen Donald Wilton *et al.*
        Assignee: The University of Western Australia
        Titled: **Antisense Oligonucleotides for Inducing Exon Skipping and Methods of Use Thereof**

Dear Sir:

As you know, Sarepta Therapeutics, Inc. ("Sarepta") received approval of its NDA for VYONDYS 53™ (golodirsen) on December 12, 2019, from the U.S. Department of Health and Human Services, Food and Drug Administration ("FDA"). In addition, The University of Western Australia ("UWA") will timely file an Application for Patent Term Extension Under 35 U.S.C. §156 in the United States Patent and Trademark Office in connection with the above-identified patents.

This letter serves to acknowledge the "agency relationship" (as defined in section 2752 of the Manual of Patent Examining Procedure) between UWA as the owner of the above-identified patents and Sarepta as the marketing applicant before the FDA during the regulatory review period. This letter further specifically authorizes UWA as the applicant for Patent Term Extension to rely on the activities of Sarepta as the marketing applicant before the FDA.

If you have any questions, please do not hesitate to contact one of us.

Very Truly Yours,

[Signature Page Follows]

SRPT-VYDS-0005024



## SAREPTA

Sarepta Therapeutics, Inc.

ST International Holdings Two, Inc.

By:

Date: 1/31/2020

Name: David Tyronne Howton, Jr.
Title: Executive Vice President,
General Counsel and Corporate Secretary

By:

Date: 1/31/2020

Name: David Tyronne Howton, Jr.
Title: Manager

[Sarepta Letter of Authorization to UWA]

617.274.4000   215 First Street, Suite 415, Cambridge, MA 02142
SAREPTATHERAPEUTICS.COM

SRPT-VYDS-0005025

# ATTACHMENT C

SRPT-VYDS-0005026

**HIGHLIGHTS OF PRESCRIBING INFORMATION**
These highlights do not include all the information needed to use VYONDYS 53™ safely and effectively. See full prescribing information for VYONDYS 53.

**VYONDYS 53 (golodirsen) injection, for intravenous use**
Initial U.S. Approval: 2019

———————————**INDICATIONS AND USAGE**———————————
VYONDYS 53 is an antisense oligonucleotide indicated for the treatment of Duchenne muscular dystrophy (DMD) in patients who have a confirmed mutation of the *DMD* gene that is amenable to exon 53 skipping. This indication is approved under accelerated approval based on an increase in dystrophin production in skeletal muscle observed in patients treated with VYONDYS 53. Continued approval for this indication may be contingent upon verification of a clinical benefit in confirmatory trials. (1)

—————————**DOSAGE AND ADMINISTRATION**—————————
- Measure glomerular filtration rate prior to initiation (2.1)
- 30 milligrams per kilogram once weekly (2.2)
- Administer as an intravenous infusion over 35 to 60 minutes (2.2, 2.4)
- Dilution required prior to administration (2.3)

—————————**DOSAGE FORMS AND STRENGTHS**—————————
Injection: 100 mg/2 mL (50 mg/mL) in a single-dose vial (3)

————————————**CONTRAINDICATIONS**————————————
None (4)

——————————**WARNINGS AND PRECAUTIONS**——————————
- Hypersensitivity Reactions: Hypersensitivity reactions, including rash, pyrexia, pruritus, urticaria, dermatitis, and skin exfoliation have occurred in patients who were treated with VYONDYS 53. If a hypersensitivity reaction occurs, institute appropriate medical treatment and consider slowing the infusion or interrupting the VYONDYS 53 therapy. (2.3, 5.1)
- Renal Toxicity: Based on animal data, may cause renal toxicity. Renal function should be monitored; creatinine may not be a reliable measure of renal function in DMD patients. (5.2, 13.2)

————————————**ADVERSE REACTIONS**————————————
The most common adverse reactions (incidence ≥20% and higher than placebo) were headache, pyrexia, fall, abdominal pain, nasopharyngitis, cough, vomiting, and nausea. (6.1)

**To report SUSPECTED ADVERSE REACTIONS, contact Sarepta Therapeutics, Inc. at 1-888-SAREPTA (1-888-727-3782) or FDA at 1-800-FDA-1088 or** *www.fda.gov/medwatch*.

**See 17 for PATIENT COUNSELING INFORMATION**

**Revised: 12/2019**

---

**FULL PRESCRIBING INFORMATION: CONTENTS\***

1    **INDICATIONS AND USAGE**
2    **DOSAGE AND ADMINISTRATION**
  2.1    Monitoring to Assess Safety
  2.2    Dosing Information
  2.3    Preparation Instructions
  2.4    Administration Instructions
3    **DOSAGE FORMS AND STRENGTHS**
4    **CONTRAINDICATIONS**
5    **WARNINGS AND PRECAUTIONS**
  5.1    Hypersensitivity Reactions
  5.2    Renal Toxicity
6    **ADVERSE REACTIONS**
  6.1    Clinical Trials Experience
8    **USE IN SPECIFIC POPULATIONS**
  8.1    Pregnancy
  8.2    Lactation
  8.4    Pediatric Use
  8.5    Geriatric Use
  8.6    Patients with Renal Impairment
11    **DESCRIPTION**
12    **CLINICAL PHARMACOLOGY**
  12.1    Mechanism of Action
  12.2    Pharmacodynamics
  12.3    Pharmacokinetics
13    **NONCLINICAL TOXICOLOGY**
  13.1    Carcinogenesis, Mutagenesis, Impairment of Fertility
  13.2    Animal Toxicology and/or Pharmacology
14    **CLINICAL STUDIES**
16    **HOW SUPPLIED/STORAGE AND HANDLING**
  16.1    How Supplied
  16.2    Storage and Handling
17    **PATIENT COUNSELING INFORMATION**

\*Sections or subsections omitted from the full prescribing information are not listed.

SRPT-VYDS-0005027

# FULL PRESCRIBING INFORMATION

## 1      INDICATIONS AND USAGE

VYONDYS 53 is indicated for the treatment of Duchenne muscular dystrophy (DMD) in patients who have a confirmed mutation of the *DMD* gene that is amenable to exon 53 skipping. This indication is approved under accelerated approval based on an increase in dystrophin production in skeletal muscle observed in patients treated with VYONDYS 53 *[see Clinical Studies (14)]*. Continued approval for this indication may be contingent upon verification of a clinical benefit in confirmatory trials.

## 2      DOSAGE AND ADMINISTRATION

### 2.1      Monitoring to Assess Safety

Measurement of glomerular filtration rate prior to initiation of VYONDYS 53 and monitoring for renal toxicity during treatment is recommended *[see Warnings and Precautions (5.2)]*.

### 2.2      Dosing Information

The recommended dose of VYONDYS 53 is 30 milligrams per kilogram administered once weekly as a 35 to 60-minute intravenous infusion.

If a dose of VYONDYS 53 is missed, it may be administered as soon as possible after the scheduled dose.

### 2.3      Preparation Instructions

VYONDYS 53 is supplied in single-dose vials as a preservative-free concentrated solution that requires dilution prior to administration. Parenteral drug products should be inspected visually for particulate matter and discoloration prior to administration, whenever solution and container permit. Use aseptic technique.

   a.  Calculate the total dose of VYONDYS 53 to be administered based on the patient's weight and the recommended dose of 30 milligrams per kilogram. Determine the volume of VYONDYS 53 needed and the correct number of vials to supply the full calculated dose.

   b.  Allow the vials to warm to room temperature. Mix the contents of each vial by gently inverting 2 or 3 times. Do not shake.

   c.  Visually inspect each vial of VYONDYS 53. The solution is a clear to slightly opalescent, colorless liquid. Do not use if the solution in the vials is discolored or particulate matter is present.

   d.  With a syringe fitted with a 21-gauge or smaller bore non-coring needle, withdraw the calculated volume of VYONDYS 53 from the appropriate number of vials.

SRPT-VYDS-0005028

e.  Dilute the withdrawn VYONDYS 53 in 0.9% Sodium Chloride Injection, USP, to make a total volume of 100 to150 mL. Gently invert 2 to 3 times to mix. Do not shake. Visually inspect the diluted solution for particulates.

f.  VYONDYS 53 contains no preservatives and should be administered immediately after dilution. Complete infusion of diluted VYONDYS 53 within 4 hours of dilution. If immediate use is not possible, the diluted product may be stored for up to 24 hours at 2°C to 8°C (36°F to 46°F). Do not freeze. Discard unused VYONDYS 53.

## 2.4    Administration Instructions

Application of a topical anesthetic cream to the infusion site prior to administration of VYONDYS 53 may be considered.

VYONDYS 53 is administered via intravenous infusion. Flush the intravenous access line with 0.9% Sodium Chloride Injection, USP, prior to and after infusion.

Infuse the diluted VYONDYS 53 over 35 to 60 minutes. Do not mix other medications with VYONDYS 53 or infuse other medications concomitantly via the same intravenous access line with VYONDYS 53.

If a hypersensitivity reaction occurs, consider slowing the infusion or interrupting the VYONDYS 53 therapy *[see Warnings and Precautions (5.1) and Adverse Reactions (6.1)]*.

# 3    DOSAGE FORMS AND STRENGTHS

VYONDYS 53 is a clear to slightly opalescent, colorless liquid available as:

- Injection: 100 mg/2 mL (50 mg/mL) solution in a single-dose vial

# 4    CONTRAINDICATIONS

None.

# 5    WARNINGS AND PRECAUTIONS

## 5.1    Hypersensitivity Reactions

Hypersensitivity reactions, including rash, pyrexia, pruritus, urticaria, dermatitis, and skin exfoliation have occurred in VYONDYS 53-treated patients, some requiring treatment. If a hypersensitivity reaction occurs, institute appropriate medical treatment and consider slowing the infusion or interrupting the VYONDYS 53 therapy *[see Dosage and Administration (2.4)]*.

## 5.2    Renal Toxicity

Renal toxicity was observed in animals who received golodirsen *[see Use in Specific Populations (8.4)]*. Although renal toxicity was not observed in the clinical studies with VYONDYS 53, renal toxicity, including potentially fatal glomerulonephritis, has been observed

SRPT-VYDS-0005029

after administration of some antisense oligonucleotides. Renal function should be monitored in patients taking VYONDYS 53. Because of the effect of reduced skeletal muscle mass on creatinine measurements, creatinine may not be a reliable measure of renal function in DMD patients. Measurement of glomerular filtration rate (GFR) by 24-hour urine collection prior to initiation of therapy is recommended. Monthly monitoring for proteinuria by dipstick urinalysis and monitoring of serum cystatin C every three months is recommended. In the case of a confirmed dipstick proteinuria of 2+ or greater or elevated serum cystatin C, a 24-hour urine collection to quantify proteinuria and assess GFR should be performed.

# 6    ADVERSE REACTIONS

- Hypersensitivity Reactions *[see Warnings and Precautions (5.1)]*

## 6.1    Clinical Trials Experience

Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in practice.

In the VYONDYS 53 clinical development program, 58 patients received at least one intravenous dose of VYONDYS 53, ranging between 4 mg/kg (0.13 times the recommended dosage) and 30 mg/kg (the recommended dosage). All patients were male and had genetically confirmed Duchenne muscular dystrophy. Age at study entry was 6 to 13 years. Most (86%) patients were Caucasian.

VYONDYS 53 was studied in 2 double-blind, placebo-controlled studies.

In Study 1 Part 1, patients were randomized to receive once-weekly intravenous infusions of VYONDYS 53 (n=8) in four increasing dose levels from 4 mg/kg to 30 mg/kg or placebo (n=4), for at least 2 weeks at each level. All patients who participated in Study 1 Part 1 (n=12) were continued into Study 1 Part 2, an open-label extension, during which they received VYONDYS 53 at a dose of 30 mg/kg IV once weekly *[see Clinical Studies (14)]*.

In Study 2, patients received VYONDYS 53 (n=33) 30 mg/kg or placebo (n=17) IV once weekly for up to 96 weeks, after which all patients received VYONDYS 53 at a dose of 30 mg/kg.

Adverse reactions observed in at least 20% of treated patients in the placebo-controlled sections of Studies 1 and 2 are shown in Table 1.

SRPT-VYDS-0005030

**Table 1: Adverse Reactions That Occurred in At Least 20% of VYONDYS 53-Treated Patients and at a Rate Greater than Placebo in Studies 1 and 2**

| Adverse Reaction | VYONDYS 53 (N = 41) % | Placebo (N = 21) % |
|---|---|---|
| Headache | 41 | 10 |
| Pyrexia | 41 | 14 |
| Fall | 29 | 19 |
| Abdominal pain | 27 | 10 |
| Nasopharyngitis | 27 | 14 |
| Cough | 27 | 19 |
| Vomiting | 27 | 19 |
| Nausea | 20 | 10 |

Other adverse reactions that occurred at a frequency greater than 5% of VYONDYS 53-treated patients and at a greater frequency than placebo were: administration site pain, back pain, pain, diarrhea, dizziness, ligament sprain, contusion, influenza, oropharyngeal pain, rhinitis, skin abrasion, ear infection, seasonal allergy, tachycardia, catheter site related reaction, constipation, and fracture.

Hypersensitivity reactions have occurred in patients treated with VYONDYS 53 *[see Warnings and Precautions (5.1)]*.

# 8    USE IN SPECIFIC POPULATIONS

## 8.1    Pregnancy

Risk Summary

There are no human or animal data available to assess the use of VYONDYS 53 during pregnancy. In the U.S. general population, major birth defects occur in 2 to 4% and miscarriage occurs in 15 to 20% of clinically recognized pregnancies.

SRPT-VYDS-0005031

## 8.2    Lactation

<u>Risk Summary</u>

There are no human or animal data to assess the effect of VYONDYS 53 on milk production, the presence of golodirsen in milk, or the effects of VYONDYS 53 on the breastfed infant.

The developmental and health benefits of breastfeeding should be considered along with the mother's clinical need for VYONDYS 53 and any potential adverse effects on the breastfed infant from VYONDYS 53 or from the underlying maternal condition.

## 8.4    Pediatric Use

VYONDYS 53 is indicated for the treatment of Duchenne muscular dystrophy (DMD) in patients who have a confirmed mutation of the *DMD* gene that is amenable to exon 53 skipping, including pediatric patients *[see Clinical Studies (14)]*.

Intravenous administration of golodirsen (0, 100, 300, or 900 mg/kg) to juvenile male rats once weekly for 10 weeks (postnatal days 14 to 77) did not result in postnatal developmental (e.g., neurobehavioral, immune function, or male reproductive) toxicity. However, at the highest dose tested (900 mg/kg/week), golodirsen resulted in the death of animals because of renal impairment or failure. In surviving animals (including one animal at the lowest dose tested), there was a dose-dependent increase in the incidence and severity of renal tubular effects (including degeneration/regeneration, fibrosis, vacuolation, and dilatation), which correlated with changes in clinical pathology parameters, reflecting a dose-dependent impairment of renal function. In addition, decreases in bone area, mineral content, and mineral density were observed at the highest dose tested (900 mg/kg week) but with no effect on bone growth. A no-effect dose for renal toxicity was not identified; the lowest dose tested (100 mg/kg/week) was associated with plasma exposures (AUC) approximately 2.5 times that in humans at the recommended human dose of 30 mg/kg/week.

## 8.5    Geriatric Use

DMD is largely a disease of children and young adults; therefore, there is no geriatric experience with VYONDYS 53.

## 8.6    Patients with Renal Impairment

Renal clearance of golodirsen is reduced in non-DMD adults with renal impairment, based on estimated glomerular filtration rate calculated using the Modification of Diet and Renal Disease (MDRD) equation *[see Clinical Pharmacology (12.3)]*. However, because of the effect of reduced skeletal muscle mass on creatinine measurements in DMD patients, no specific dosage adjustment can be recommended for DMD patients with renal impairment based on estimated glomerular filtration rate. Patients with known renal function impairment should be closely monitored during treatment with VYONDYS 53.

SRPT-VYDS-0005032

# 11    DESCRIPTION

VYONDYS 53 (golodirsen) injection is a sterile, aqueous, preservative-free, concentrated solution for dilution prior to intravenous administration. VYONDYS 53 is a clear to slightly opalescent, colorless liquid. VYONDYS 53 is supplied in single-dose vials containing 100 mg golodirsen (50 mg/mL). VYONDYS 53 is formulated as an isotonic phosphate buffered saline solution with an osmolality of 260 to 320 mOSM and a pH of 7.5. Each milliliter of VYONDYS 53 contains: 50 mg golodirsen; 0.2 mg potassium chloride; 0.2 mg potassium phosphate monobasic; 8 mg sodium chloride; and 1.14 mg sodium phosphate dibasic, anhydrous, in water for injection. The product may contain hydrochloric acid or sodium hydroxide to adjust pH.

Golodirsen is an antisense oligonucleotide of the phosphorodiamidate morpholino oligomer (PMO) subclass. PMOs are synthetic molecules in which the five-membered ribofuranosyl rings found in natural DNA and RNA are replaced by a six-membered morpholino ring. Each morpholino ring is linked through an uncharged phosphorodiamidate moiety rather than the negatively charged phosphate linkage that is present in natural DNA and RNA. Each phosphorodiamidate morpholino subunit contains one of the heterocyclic bases found in DNA (adenine, cytosine, guanine, or thymine). Golodirsen contains 25 linked subunits. The sequence of bases from the 5' end to 3' end is GTTGCCTCCGGTTCTGAAGGTGTTC. The molecular formula of golodirsen is $C_{305}H_{481}N_{138}O_{112}P_{25}$ and the molecular weight is 8647.28 daltons.

SRPT-VYDS-0005033

The structure of golodirsen is:



# 12    CLINICAL PHARMACOLOGY

## 12.1    Mechanism of Action

Golodirsen is designed to bind to exon 53 of dystrophin pre-mRNA resulting in exclusion of this exon during mRNA processing in patients with genetic mutations that are amenable to exon 53 skipping. Exon 53 skipping is intended to allow for production of an internally truncated dystrophin protein in patients with genetic mutations that are amenable to exon 53 skipping *[see Clinical Studies (14)]*.

## 12.2    Pharmacodynamics

After treatment with VYONDYS 53, all patients evaluated (n=25) in Study 1 Part 2 *[see Clinical Studies (14)]* had an increase in skipping of exon 53 demonstrated by reverse transcription polymerase chain reaction (RT-PCR), compared to baseline.

In Study 1 Part 2 *[see Clinical Studies (14)]*, dystrophin levels increased from 0.10% (SD 0.07) of normal at baseline to 1.02% (SD 1.03) of normal after 48 weeks of treatment with VYONDYS 53. The mean change from baseline in dystrophin after 48 weeks of treatment with VYONDYS

Reference ID: 4532753

SRPT-VYDS-0005034

53 was 0.92% (SD 1.01) of normal levels (p<0.001); the median change from baseline was 0.88%. This increase in dystrophin protein expression positively correlated with the level of exon skipping. Correct localization of truncated dystrophin to the sarcolemma in muscle fibers of patients treated with golodirsen was demonstrated by immunofluorescence staining.

## 12.3    Pharmacokinetics

The pharmacokinetics of golodirsen was evaluated in DMD patients following administration of intravenous doses ranging from 4 mg/kg/week to 30 mg/kg/week (i.e., recommended dosage). Golodirsen exposure increased proportionally with dose, with minimal accumulation with once-weekly dosing. Inter-subject variability (as %CV) for $C_{max}$ and AUC ranged from 38% to 72%, and 34% to 44%, respectively.

Distribution

Steady-state volume of distribution was similar between DMD patients and healthy subjects. The mean golodirsen steady-state volume of distribution was 668 mL/kg (%CV=32.3) at a dose of 30 mg/kg. Golodirsen plasma protein binding ranged from 33% to 39% and is not concentration dependent.

Elimination

Golodirsen elimination half-life (SD) was 3.4 (0.6) hours, and plasma clearance was 346 mL/hr/kg at the 30 mg/kg dose.

Metabolism

Golodirsen is metabolically stable. No metabolites were detected in plasma or urine.

Excretion

Golodirsen is mostly excreted unchanged in the urine. The elimination half-life ($t_{1/2}$) was 3.4 hours.

Specific Populations

Age:

The pharmacokinetics of golodirsen have been evaluated in male pediatric DMD patients. There is no experience with the use of VYONDYS 53 in DMD patients 65 years of age or older.

Sex:

Sex effects have not been evaluated; VYONDYS 53 has not been studied in female patients.

Race:

The potential impact of race is not known because 92% of the patients in studies were Caucasians.

Patients with Renal Impairment:

The effect of renal impairment on the pharmacokinetics of golodirsen was evaluated in non-DMD subjects aged 41 to 65 years with Stage 2 chronic kidney disease (CKD) (n=8, estimated glomerular filtration rate (eGFR) $\geq$60 and <90 mL/min/1.73 m$^2$) or Stage 3 CKD (n=8, eGFR

SRPT-VYDS-0005035

≥30 and <60 mL/min/1.73 m$^2$) and matched healthy subjects (n=8, eGFR ≥90 mL/min/1.73 m$^2$). Subjects received a single 30 mg/kg IV dose of golodirsen.

In subjects with Stage 2 or Stage 3 CKD, exposure (AUC) increased approximately 1.2-fold and 1.9-fold, respectively. There was no change in the $C_{max}$ in subjects with Stage 2 CKD; in subjects with Stage 3 CKD, there was a 1.2-fold increase in $C_{max}$ compared with subjects with normal renal function. The effect of Stage 4 or Stage 5 CKD on golodirsen pharmacokinetics and safety has not been studied.

Estimated GFR values derived from MDRD equations and the threshold definitions for various CKD stages in otherwise healthy adults would not be generalizable to pediatric patients with DMD. Therefore, no specific dosage adjustment can be recommended for patients with renal impairment *[see Use in Specific Populations (8.6)]*.

*Patients with Hepatic Impairment*:

VYONDYS 53 has not been studied in patients with hepatic impairment.

<u>Drug Interaction Studies</u>

Golodirsen did not inhibit CYP1A2, CYP2B6, CYP2C8, CYP2C9, CYP2C19, CYP2D6, or CYP3A4/5 *in vitro*. Golodirsen was a weak inducer of CYP1A2 and did not induce CYP2B6 or CYP3A4. Golodirsen was not metabolized by human hepatic microsomes and was not a substrate or strong inhibitor of any of the key human drug transporters tested (OAT1, OAT3, OCT2, OATP1B1, MATE1, P-gp, BCRP, and MRP2, OATP1B3 and MATE2-K). Based on *in vitro* data, golodirsen has a low potential for drug-drug interactions in humans.

# 13   NONCLINICAL TOXICOLOGY

## 13.1   Carcinogenesis, Mutagenesis, Impairment of Fertility

<u>Carcinogenesis</u>

Carcinogenicity studies have not been conducted with golodirsen.

<u>Mutagenesis</u>

Golodirsen was negative in in vitro (bacterial reverse mutation and chromosomal aberration in CHO cells) and in vivo (mouse bone marrow micronucleus) assays.

<u>Impairment of Fertility</u>

Fertility studies in animals were not conducted with golodirsen. No effects of golodirsen on the male reproductive system were observed following weekly subcutaneous administration (0, 120, 300, or 600 mg/kg to male mice or weekly intravenous administration (0, 80, 200, or 400 mg/kg) to male monkeys. Plasma exposure (AUC) at the highest doses tested in mouse and monkey are approximately 10 and 45 times that in humans at the recommended weekly intravenous dose of 30 mg/kg.

SRPT-VYDS-0005036

## 13.2  Animal Toxicology and/or Pharmacology

Kidney toxicity was observed in studies in male mice and rats; findings in urinary bladder were observed in male mice.

In male mice, golodirsen was administered weekly for 12 weeks by intravenous injection (0, 12, 120, or 960 mg/kg) or for 26 weeks by subcutaneous injection (0, 120, 300, or 600 mg/kg). In the 12-week study, microscopic findings in kidney (tubular dilatation, basophilic or eosinophilic casts, vacuolation), correlated with increases in serum markers of renal function (e.g., urea nitrogen, creatinine), were observed primarily at the highest dose tested; hypertrophy of the transitional epithelium of the ureter or urinary bladder was observed at all doses. In the 26-week study, renal tubular degeneration and degeneration of the transitional epithelium of the urinary bladder were observed at all doses.

In male rats, intravenous administration of golodirsen (0, 60, 100, 300, or 600 mg/kg) weekly for 13 weeks resulted in tubular degeneration at all but the lowest dose tested; at the high dose, the microscopic changes were accompanied by increases in serum urea nitrogen.

In male monkeys, intravenous administration of golodirsen (0, 80, 200, or 400 mg/kg) weekly for 39 weeks resulted in microscopic changes in kidney (basophilia, dilatation, or mononuclear cell infiltration) at all doses, which correlated with increases in serum markers of renal function (urea nitrogen, creatinine) at the highest dose tested.

## 14      CLINICAL STUDIES

The effect of VYONDYS 53 on dystrophin production was evaluated in one study in DMD patients with a confirmed mutation of the *DMD* gene that is amenable to exon 53 skipping (Study 1; NCT02310906).

Study 1 Part 1 was a double-blind, placebo-controlled, dose-titration study in 12 DMD patients. Patients were randomized 2:1 to receive VYONDYS 53 or matching placebo. VYONDYS 53-treated patients received four escalating dose levels, ranging from 4 mg/kg/week (less than the recommended dosage) to 30 mg/kg/week by intravenous infusion for 2 weeks at each dose level.

Study 1 Part 2 was a 168-week, open-label study assessing the efficacy and safety of VYONDYS 53 at a dose of 30 mg/kg/week in the 12 patients enrolled in Part 1, plus 13 additional treatment-naive patients with DMD amenable to exon 53 skipping. At study entry (either in Part 1 or Part 2), patients had a median age of 8 years and were on a stable dose of corticosteroids for at least 6 months. Efficacy was assessed based on change from baseline in the dystrophin protein level (measured as % of the dystrophin level in healthy subjects, i.e., % of normal) at Week 48 of Part 2. Muscle biopsies were obtained at baseline prior to treatment and at Week 48 of Part 2 in all VYONDYS 53-treated patients (n=25) and were analyzed for dystrophin protein level by Western blot. Mean dystrophin levels increased from 0.10% (SD 0.07) of normal at baseline to 1.02% (SD 1.03) of normal by Week 48 of Study 1 Part 2, with a mean change in dystrophin of 0.92% (SD 1.01) of normal levels (p<0.001); the median change from baseline was 0.88%.

Individual patient dystrophin levels from Study 1 are shown in Table 2.

SRPT-VYDS-0005037

**Table 2: Dystrophin Expression by Individual Patient From Study 1**

| Patient Number | Western Blot % Normal Dystrophin | | | Patient number | Western Blot % Normal Dystrophin | | |
|---|---|---|---|---|---|---|---|
| | Baseline | Part 2 Week 48 | Change from baseline | | Baseline | Part 2 Week 48 | Change from baseline |
| 1 | 0.08 | 0.09 | 0.01 | 14 | 0.22 | 0.28 | 0.06 |
| 2 | 0.11 | 0.11 | 0.01 | 15 | 0.14 | 0.21 | 0.07 |
| 3 | 0.21 | 0.22 | 0.01 | 16 | 0.05 | 0.42 | 0.37 |
| 4 | 0.05 | 0.12 | 0.08 | 17 | 0.07 | 1.03 | 0.97 |
| 5 | 0.03 | 0.12 | 0.09 | 18 | 0.02 | 1.57 | 1.55 |
| 6 | 0.06 | 0.14 | 0.09 | 19 | 0.12 | 1.17 | 1.05 |
| 7 | 0.12 | 0.37 | 0.25 | 20 | 0.03 | 1.72 | 1.69 |
| 8 | 0.11 | 1.06 | 0.95 | 21 | 0.11 | 1.77 | 1.66 |
| 9 | 0.06 | 0.54 | 0.48 | 22 | 0.31 | 4.30 | 3.99 |
| 10 | 0.05 | 0.97 | 0.92 | 23 | 0.11 | 0.36 | 0.25 |
| 11 | 0.06 | 1.55 | 1.49 | 24 | 0.03 | 0.91 | 0.88 |
| 12 | 0.07 | 1.91 | 1.84 | 25 | 0.07 | 1.29 | 1.22 |
| 13 | 0.10 | 3.25 | 3.15 | | | | |

# 16    HOW SUPPLIED/STORAGE AND HANDLING

## 16.1    How Supplied

VYONDYS 53 injection is supplied in single dose vials. The solution is a clear to slightly opalescent, colorless liquid.

- Single-dose vials containing 100 mg/2mL (50 mg/mL)        NDC 60923-465-02

SRPT-VYDS-0005038

## 16.2    Storage and Handling

Store VYONDYS 53 at 2°C to 8°C (36°F to 46°F). Do not freeze. Store in original carton until ready for use to protect from light.

## 17    PATIENT COUNSELING INFORMATION

Hypersensitivity Reactions

Advise patients and/or caregivers that hypersensitivity reactions, including rash, pyrexia, pruritus, urticaria, dermatitis, and skin exfoliation have occurred in patients who were treated with VYONDYS 53. Instruct them to seek immediate medical care should they experience signs and symptoms of hypersensitivity *[see Warnings and Precautions (5.1)]*.

Renal Toxicity

Inform patients nephrotoxicity has occurred with drugs similar to VYONDYS 53. Advise patients of the importance of monitoring for renal toxicity by their healthcare providers during treatment with VYONDYS 53 *[see Warnings and Precautions (5.2)]*.

Manufactured for:
Sarepta Therapeutics, Inc.
Cambridge, MA 02142 USA

SRPT-VYDS-0005039

# ATTACHMENT D

SRPT-VYDS-0005040


**U.S. FOOD & DRUG**
ADMINISTRATION

NDA 211970

**ACCELERATED APPROVAL**

Sarepta Therapeutics, Inc.
Attention: Patrick O'Malley
   Executive Director, Regulatory Affairs
215 First Street, Suite 415
Cambridge, MA 02142

Dear Mr. O'Malley:

Please refer to your new drug application (NDA) dated December 19, 2018, received
December 19, 2018, and your amendments, submitted under section 505(b) of the
Federal Food, Drug, and Cosmetic Act (FDCA) for Vyondys 53 (golodirsen) injection, 50
mg per mL.

We acknowledge receipt of your amendment dated November 27, 2019, which
constituted a complete response to our August 19, 2019, action letter.

This new drug application provides for the use of Vyondys 53 (golodirsen) injection for
the treatment of Duchenne muscular dystrophy (DMD) in patients who have a confirmed
mutation of the DMD gene that is amenable to exon 53 skipping.

## APPROVAL AND LABELING

We have completed our review of this application, as amended. It is approved under the
provisions of accelerated approval regulations (21 CFR 314.500), effective on the date
of this letter, for use as recommended in the enclosed agreed-upon labeling.

Marketing of this drug product and related activities must adhere to the substance and
procedures of the referenced accelerated approval regulations.

## CONTENT OF LABELING

As soon as possible, but no later than 14 days from the date of this letter, submit the
content of labeling [21 CFR 314.50(l)] in structured product labeling (SPL) format using
the FDA automated drug registration and listing system (eLIST), as described at
FDA.gov.[1] Content of labeling must be identical to the enclosed labeling (text for the
Prescribing Information). Information on submitting SPL files using eLIST may be found

---

[1] http://www.fda.gov/ForIndustry/DataStandards/StructuredProductLabeling/default.htm

SRPT-VYDS-0005041

NDA 211970
Page 2

in the guidance for industry *SPL Standard for Content of Labeling Technical Qs and As.*[2]

The SPL will be accessible via publicly available labeling repositories.

## CARTON AND CONTAINER LABELING

Submit final printed carton and container labeling that are identical to the carton and container labeling submitted on April 15, 2019, as soon as they are available, but no more than 30 days after they are printed. Please submit these labeling electronically according to the guidance for industry titled *Providing Regulatory Submissions in Electronic Format — Certain Human Pharmaceutical Product Applications and Related Submissions Using the eCTD Specifications (April 2018, Revision 5)*. For administrative purposes, designate this submission "**Final Printed Carton and Container Labeling for approved NDA 211970**." Approval of this submission by FDA is not required before the labeling is used.

## EXPIRY DATING PERIOD

An expiration dating period of 24 months is established for the drug product when stored refrigerated (5°C ± 3°C).

## RARE PEDIATRIC DISEASE PRIORITY REVIEW VOUCHER

We also inform you that you have been granted a rare pediatric disease priority review voucher, as provided under section 529 of the FDCA. This priority review voucher (PRV) has been assigned a tracking number, PRV NDA 211970. All correspondences related to this voucher should refer to this tracking number.

This voucher entitles you to designate a single human drug application submitted under section 505(b)(I) of the FDCA or a single biologic application submitted under section 351 of the Public Health Service Act as qualifying for a priority review. Such an application would not have to meet any other requirements for a priority review. The list below describes the sponsor responsibilities and the parameters for using and transferring a rare pediatric disease priority review voucher:

- The sponsor who redeems the priority review voucher must notify FDA of its intent to submit an application with a priority review voucher at least 90 days before submission of the application, and must include the date the sponsor intends to submit the application. This notification should be prominently

---

[2] We update guidances periodically. For the most recent version of a guidance, check the FDA Guidance Documents Database https://www.fda.gov/RegulatoryInformation/Guidances/default.htm.

**U.S. Food and Drug Administration**
Silver Spring, MD 20993
**www.fda.gov**

SRPT-VYDS-0005042

NDA 211970
Page 3

marked, "Notification of Intent to Submit an Application with a Rare Pediatric Disease Priority Review Voucher."

- This priority review voucher may be transferred, including by sale, by you to another sponsor of a human drug or biologic application. There is no limit on the number of times that the priority review voucher may be transferred, but each person to whom the priority review voucher is transferred must notify FDA of the change in ownership of the voucher not later than 30 days after the transfer. If you retain and redeem this priority review voucher, you should refer to this letter as an official record of the voucher. If the priority review voucher is transferred, the sponsor to whom the priority review voucher has been transferred should include a copy of this letter (which will be posted on our Web site as are all approval letters) and proof that the priority review voucher was transferred.

- FDA may revoke the priority review voucher if the rare pediatric disease product for which the priority review voucher was awarded is not marketed in the U.S. within 1 year following the date of approval.

- The sponsor of an approved rare pediatric disease product application who is awarded a priority review voucher must submit a report to FDA no later than 5 years after approval that addresses, for each of the first 4 post-approval years:

  o the estimated population in the U.S. suffering from the rare pediatric disease for which the product was approved (both the entire population and the population aged 0 through 18 years),

  o the estimated demand in the U.S. for the product, and

  o the actual amount of product distributed in the U.S.

You may also review the requirements related to this program by visiting FDA's Rare Pediatric Disease Priority Review Voucher Program web page.[3]

## ADVISORY COMMITTEE

Your application for Vyondys 53 was not referred to an FDA advisory committee because the safety profile of golodirsen is acceptable, the clinical trial design is acceptable, and the findings on the surrogate marker are clear.

---

[3] https://www.fda.gov/ForIndustry/DevelopingProductsforRareDiseasesConditions/RarePediatricDiseasePriorityVoucherProgram/default.htm

**U.S. Food and Drug Administration**
Silver Spring, MD 20993
**www.fda.gov**

Reference ID: 4532753

SRPT-VYDS-0005043

NDA 211970
Page 4

## ACCELERATED APPROVAL REQUIREMENTS

Products approved under the accelerated approval regulations, 21 CFR 314.510, require further adequate and well-controlled clinical trials to verify and describe clinical benefit. You are required to conduct such clinical trials with due diligence. If postmarketing clinical trials fail to verify clinical benefit or are not conducted with due diligence, we may, following a hearing in accordance with 21 CFR 314.530, withdraw this approval. We remind you of your postmarketing requirement specified in your submission dated November 27, 2019. This requirement, along with required completion dates, is listed below.

3690-1    In order to verify the clinical benefit of golodirsen, complete Study 4045-301, A Double-Blind, Placebo-Controlled, Multicenter Study With an Open-Label Extension to Evaluate the Efficacy and Safety of SRP-4045 and SRP-4053 in Patients With Duchenne Muscular Dystrophy. The study includes a randomized, double-blind, placebo-controlled period of 96 weeks, and concludes after an open-label extension period to 144 weeks. The primary endpoint will be the 6-minute walk test.

Draft Protocol Submission: 11/2015 (submitted)
Final Protocol Submission: 03/2019 (submitted)
Trial Completion:          04/2024
Final Report Submission:   10/2024

Submit clinical protocols to your IND 119982 for this product. In addition, under 21 CFR 314.81(b)(2)(vii) and 314.81(b)(2)(viii), you should include a status summary of each requirement in your annual report to this NDA. The status summary should include expected summary completion and final report submission dates, any changes in plans since the last annual report, and, for clinical studies/trials, number of patients entered into each study/trial.

Submit final reports to this NDA as a supplemental application. For administrative purposes, all submissions relating to this postmarketing requirement must be clearly designated "**Subpart H Postmarketing Requirement(s)**."

## REQUIRED PEDIATRIC ASSESSMENTS

Under the Pediatric Research Equity Act (PREA) (21 U.S.C. 355c), all applications for new active ingredients (which includes new salts and new fixed combinations), new indications, new dosage forms, new dosing regimens, or new routes of administration are required to contain an assessment of the safety and effectiveness of the product for the claimed indication in pediatric patients unless this requirement is waived, deferred, or inapplicable.

**U.S. Food and Drug Administration**
Silver Spring, MD 20993
**www.fda.gov**

SRPT-VYDS-0005044

NDA 211970
Page 5

Because this drug product for this indication has an orphan drug designation, you are exempt from this requirement.

## POSTMARKETING REQUIREMENTS UNDER 505(o)

Section 505(o)(3) of the FDCA authorizes FDA to require holders of approved drug and biological product applications to conduct postmarketing studies and clinical trials for certain purposes, if FDA makes certain findings required by the statute.

We have determined that an analysis of spontaneous postmarketing adverse events reported under subsection 505(k)(1) of the FDCA will not be sufficient to identify an unexpected serious risk of carcinogenicity, unexpected serious risk of immunogenicity, or an unexpected serious risk of QT prolongation on the ECG.

Furthermore, the new pharmacovigilance system that FDA is required to establish under section 505(k)(3) of the FDCA will not be sufficient to assess these serious risks.

Therefore, based on appropriate scientific data, FDA has determined that you are required to conduct the following studies:

3690-2    A two-year carcinogenicity study of intravenously administered golodirsen in rat.

The timetable you submitted on December 4, 2019, states that you will conduct this study according to the following schedule:

Draft Protocol Submission: 12/2019
Final Protocol Submission: 01/2020
Study Completion:          01/2022
Final Report Submission:   08/2022

3690-3    A 26-week carcinogenicity study of golodirsen, administered by a clinically relevant route, in an appropriate transgenic mouse model.

The timetable you submitted on December 4, 2019, states that you will conduct this study according to the following schedule:

Draft Protocol Submission: 12/2019
Final Protocol Submission: 01/2020
Study Completion:          07/2020
Final Report Submission:   02/2021

**U.S. Food and Drug Administration**
Silver Spring, MD 20993
**www.fda.gov**

SRPT-VYDS-0005045

NDA 211970
Page 6

3690-4    Evaluate patient immune responses, including IgM and IgG isotypes to
dystrophin, among patients treated with golodirsen in Study 4053-101 of
the clinical development program. Test the samples, collected to detect
early, peak, and late antibody responses, using fully validated anti-
dystrophin assays that detect IgG and IgM antibodies. Test samples that
are positive for antibodies to dystrophin for titer. Determine the impact of
immune responses on product pharmacokinetics and clinical efficacy
and safety.

The timetable you submitted on December 4, 2019, states that you will conduct this
study according to the following schedule:

Final Protocol Submission: 05/2017 (submitted)
Study Completion:          10/2019
Final Report Submission:   12/2019

3690-5    Evaluate patient immune responses to golodirsen among patients treated
with golodirsen in Study 4053-101 of the clinical development program.
Test the samples, collected to detect antibody responses, using a fully
validated assay that detects IgG and IgM antibody isotypes. Test samples
that are positive for antibodies to golodirsen for titer and neutralizing
activity using fully validated assays. Until these assays have been fully
validated and reviewed by FDA, sufficient samples should be banked and
stored under appropriate conditions. Determine the impact of immune
responses on product pharmacokinetics and clinical efficacy and safety.

The timetable you submitted on December 4, 2019, states that you will conduct this
study according to the following schedule:

Final Protocol Submission:                         05/2017 (submitted)
Study Completion:                                  10/2019
Bridge Assay Validation Final Report:              12/2019
Neutralizing Antibody Validation Assay Final Report: 07/2020
Final Report Submission:                           12/2020

3690-6    Evaluate the immunogenicity of golodirsen-induced truncated dystrophin
protein. Assess the immunogenicity risk of any novel epitopes that will be
present in the golodirsen-induced truncated dystrophin protein. This can
be done in silico or in vitro. If there are novel epitopes that could increase
the immunogenicity risk, evaluate the immunogenicity of golodirsen-
induced truncated dystrophin protein in the corresponding subjects.

**U.S. Food and Drug Administration**
Silver Spring, MD 20993
**www.fda.gov**

SRPT-VYDS-0005046

NDA 211970
Page 7

The timetable you submitted on December 4, 2019, states that you will conduct this study according to the following schedule:

> Draft Protocol Submission: 12/2019
> Final Protocol Submission: 02/2020
> Epitope Analysis Report Submission: 04/2020
> Study Completion:        04/2020
> Final Report Submission:  08/2020

3690-7    Submit ECG data from Study 4045-301 to support your request to waive a thorough QT study. If these data do not support a TQT study waiver, you will need to evaluate the effect of golodirsen on the QTc interval in a dedicated study as per the ICH E14 guideline.

The timetable you submitted on December 4, 2019, states that you will conduct this study according to the following schedule:

> Study Completion:        04/2024
> Final Report Submission:  10/2024

Submit clinical protocol(s) to your IND 119982 with a cross-reference letter to this NDA. Submit nonclinical and chemistry, manufacturing, and controls protocols and all final report(s) to your NDA. Prominently identify the submission with the following wording in bold capital letters at the top of the first page of the submission, as appropriate: **Required Postmarketing Protocol Under 505(o), Required Postmarketing Final Report Under 505(o), Required Postmarketing Correspondence Under 505(o).**

Section 505(o)(3)(E)(ii) of the FDCA requires you to report periodically on the status of any study or clinical trial required under this section. This section also requires you to periodically report to FDA on the status of any study or clinical trial otherwise undertaken to investigate a safety issue. Section 506B of the FDCA, as well as 21 CFR 314.81(b)(2)(vii) requires you to report annually on the status of any postmarketing commitments or required studies or clinical trials.

FDA will consider the submission of your annual report under section 506B and 21 CFR 314.81(b)(2)(vii) to satisfy the periodic reporting requirement under section 505(o)(3)(E)(ii) provided that you include the elements listed in 505(o) and 21 CFR 314.81(b)(2)(vii). We remind you that to comply with 505(o), your annual report must also include a report on the status of any study or clinical trial otherwise undertaken to investigate a safety issue. Failure to submit an annual report for studies or clinical trials required under 505(o) on the date required will be considered a violation of FDCA section 505(o)(3)(E)(ii) and could result in enforcement action.

**U.S. Food and Drug Administration**
Silver Spring, MD 20993
**www.fda.gov**

Reference ID: 4532753

SRPT-VYDS-0005047

NDA 211970
Page 8

## ENHANCED PHARMACOVIGILANCE

We request that you perform postmarketing surveillance for serious renal toxicity events and for rhabdomyolysis. Provide expedited reporting of serious renal toxicity events and of rhabdomyolysis, and provide comprehensive summaries and analyses of these events as part of your required postmarketing safety reports [e.g., periodic safety update reports (PSURs)]. In the analysis of each case, provide an assessment of causality, with documentation of risk factors and results of all assessments that support the diagnosis or the causality, along with duration of Vyondys 53 therapy, the time from first Vyondys 53 dose to adverse event onset, the time from last Vyondys 53 dose prior to the event onset, concomitant therapies, treatment given for the event, and outcome. Include a comparison of the rates of renal failure, glomerulonephritis, and rhabdomyolysis to background rates of those events in the general population (overall and stratified by age), as well as background rates (if available) for patients with Duchenne muscular dystrophy (DMD) (overall and stratified by age).

## PROMOTIONAL MATERIALS

Under 21 CFR 314.550, you are required to submit, during the application pre-approval review period, all promotional materials, including promotional labeling and advertisements, that you intend to use in the first 120 days following marketing approval (i.e., your launch campaign). If you have not already met this requirement, you must immediately contact the Office of Prescription Drug Promotion (OPDP) at 796-1200. Please ask to speak to a regulatory project manager or the appropriate reviewer to discuss this issue.

As further required by 21 CFR 314.550, submit all promotional materials that you intend to use after the 120 days following marketing approval (i.e., your post-launch materials) at least 30 days before the intended time of initial dissemination of labeling or initial publication of the advertisement. We ask that each submission include a detailed cover letter together with three copies each of the promotional materials, annotated references, and approved Prescribing Information (PI)/Medication Guide/Patient Package Insert (as applicable).

Send each submission directly to:

OPDP Regulatory Project Manager
Food and Drug Administration
Center for Drug Evaluation and Research
Office of Prescription Drug Promotions (OPDP)
5901-B Ammendale Road
Beltsville, MD 20705-1266

Reference ID: 4532753

SRPT-VYDS-0005048

NDA 211970
Page 9

Alternatively, you may submit promotional materials for accelerated approval products electronically in eCTD format. For more information about submitting promotional materials in eCTD format, see the draft guidance for industry *Providing Regulatory Submissions in Electronic and Non-Electronic Format—Promotional Labeling and Advertising Materials for Human Prescription Drugs.*[4]

## REPORTING REQUIREMENTS

We remind you that you must comply with the reporting requirements for an approved NDA (21 CFR 314.80 and 314.81).

## MEDWATCH-TO-MANUFACTURER PROGRAM

The MedWatch-to-Manufacturer Program provides manufacturers with copies of serious adverse event reports that are received directly by the FDA. New molecular entities and important new biologics qualify for inclusion for three years after approval. Your firm is eligible to receive copies of reports for this product. To participate in the program, please see the enrollment instructions and program description details at FDA.gov.[5]

## POST APPROVAL FEEDBACK MEETING

New molecular entities and new biologics qualify for a post approval feedback meeting. Such meetings are used to discuss the quality of the application and to evaluate the communication process during drug development and marketing application review. The purpose is to learn from successful aspects of the review process and to identify areas that could benefit from improvement. If you would like to have such a meeting with us, call the Regulatory Project Manager for this application.

---

[4] When final, this guidance will represent the FDA's current thinking on this topic. For the most recent version of a guidance, check the FDA guidance web page at https://www.fda.gov/RegulatoryInformation/Guidances/default.htm.

[5] http://www.fda.gov/Safety/MedWatch/HowToReport/ucm166910.htm

**U.S. Food and Drug Administration**
Silver Spring, MD 20993
**www.fda.gov**

SRPT-VYDS-0005049

NDA 211970
Page 10

If you have any questions, contact Fannie Choy, Regulatory Project Manager, by phone or email at (301) 796-2899 or fannie.choy@fda.hhs.gov.

Sincerely,

*{See appended electronic signature page}*

Billy Dunn, M.D.
Director (Acting)
Office of Neuroscience
Center for Drug Evaluation and Research

ENCLOSURE(S):
- Content of Labeling
  - Prescribing Information

**U.S. Food and Drug Administration**
Silver Spring, MD 20993
**www.fda.gov**

Reference ID: 4532753

SRPT-VYDS-0005050

-----------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically. Following this are manifestations of any and all electronic signatures for this electronic record.**

-----------------------------------------------------------------------------------

/s/

------------------------------------------------------------

WILLIAM H Dunn
12/12/2019 04:43:55 PM

SRPT-VYDS-0005051

# ATTACHMENT E

SRPT-VYDS-0005052

US009994851B2

(12) **United States Patent**
Wilton et al.

(10) Patent No.: **US 9,994,851 B2**
(45) **Date of Patent:** *\*Jun. 12, 2018**

(54) **ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF**

(71) Applicant: **The University of Western Australia**, Crawley (AU)

(72) Inventors: **Stephen Donald Wilton**, Applecross (AU); **Sue Fletcher**, Bayswater (AU); **Graham McClorey**, Bayswater (AU)

(73) Assignee: **The University of Western Australia**, Crawley (AU)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days. days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **15/705,172**

(22) Filed: **Sep. 14, 2017**

(65) **Prior Publication Data**

US 2018/0002697 A1      Jan. 4, 2018

**Related U.S. Application Data**

(63) Continuation of application No. 15/274,772, filed on Sep. 23, 2016, which is a continuation of application No. 14/740,097, filed on Jun. 15, 2015, now Pat. No. 9,605,262, which is a continuation of application 13/741,150, filed on Jan. 14, 2013, now abandoned, which is a continuation of application No. 13/168,857, filed on Jun. 24, 2011, now abandoned, which is a continuation of application No. 12/837,359, filed on Jul. 15, 2010, now Pat. No. 8,232,384, which is a continuation of application No. 11/570,691, filed as application No. PCT/AU2005/000943 on Jun. 28, 2005, now Pat. No. 7,807,816.

(30) **Foreign Application Priority Data**

Jun. 28, 2004    (AU) ................................ 2004903474

(51) **Int. Cl.**
*C07H 21/04*        (2006.01)
*C12N 15/113*        (2010.01)

(52) **U.S. Cl.**
CPC ........ *C12N 15/113* (2013.01); *C12N 2310/11* (2013.01); *C12N 2310/315* (2013.01); *C12N 2310/321* (2013.01); *C12N 2310/3233* (2013.01); *C12N 2310/33* (2013.01); *C12N 2310/3341* (2013.01); *C12N 2310/3519* (2013.01); *C12N 2320/30* (2013.01); *C12N 2320/33* (2013.01)

(58) **Field of Classification Search**
CPC .................................................. C07H 21/04
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,458,066 A | 7/1984 | Caruthers et al. |
| 5,034,506 A | 7/1991 | Summerton et al. |
| 5,138,045 A | 8/1992 | Cook et al. |
| 5,142,047 A | 8/1992 | Summerton et al. |
| 5,149,797 A | 9/1992 | Pederson et al. |
| 5,166,315 A | 11/1992 | Summerton et al. |
| 5,185,444 A | 2/1993 | Summerton et al. |
| 5,190,931 A | 3/1993 | Inouye |
| 5,217,866 A | 6/1993 | Summerton et al. |
| 5,506,337 A | 4/1996 | Summerton et al. |
| 5,521,063 A | 5/1996 | Summerton et al. |
| 5,627,274 A | 5/1997 | Kole et al. |
| 5,665,593 A | 9/1997 | Kole et al. |
| 5,698,685 A | 12/1997 | Summerton et al. |
| 5,801,154 A | 9/1998 | Baracchini et al. |
| 5,869,252 A | 2/1999 | Bouma et al. |
| 5,892,023 A | 4/1999 | Pirotzky et al. |
| 5,916,808 A | 6/1999 | Kole et al. |
| 5,976,879 A | 11/1999 | Kole et al. |
| 6,153,436 A | 11/2000 | Hermonat et al. |
| 6,210,892 B1 | 4/2001 | Bennett et al. |
| 6,312,900 B1 | 11/2001 | Dean et al. |
| 6,391,636 B1 | 5/2002 | Monia |
| 6,451,991 B1 | 9/2002 | Martin et al. |
| 6,653,466 B2 | 11/2003 | Matsuo |
| 6,653,467 B1 | 11/2003 | Matsuo et al. |
| 6,656,732 B1 | 12/2003 | Bennett et al. |
| 6,727,355 B2 | 4/2004 | Matsuo et al. |
| 6,784,291 B2 | 8/2004 | Iversen et al. |
| 6,806,084 B1 | 10/2004 | Debs et al. |
| 7,001,761 B2 | 2/2006 | Xiao |
| 7,070,807 B2 | 7/2006 | Mixson |
| 7,163,695 B2 | 1/2007 | Mixson |
| 7,250,289 B2 | 7/2007 | Zhou |
| 7,314,750 B2 | 1/2008 | Zhou |
| 7,468,418 B2 | 12/2008 | Iversen et al. |
| 7,534,879 B2 | 5/2009 | van Deutekom |
| 7,655,785 B1 | 2/2010 | Bentwich |
| 7,655,788 B2 | 2/2010 | Khvorova et al. |
| 7,807,816 B2 | 10/2010 | Wilton et al. |
| 7,902,160 B2 | 3/2011 | Matsuo et al. |
| 7,960,541 B2 | 6/2011 | Wilton et al. |
| 7,973,015 B2 | 7/2011 | van Ommen et al. |
| 8,084,601 B2 | 12/2011 | Popplewell et al. |
| 8,232,384 B2 | 7/2012 | Wilton et al. |
| 8,324,371 B2 | 12/2012 | Popplewell et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| AU | 2003284638 A1 | 6/2004 |
| AU | 780517 B2 | 3/2005 |

(Continued)

OTHER PUBLICATIONS

"Efficacy Study of AVI-4658 to Induce Dystrophin Expression in Selected Duchenne Muscular Dystrophy Patients" ClinicalTrials. gov dated Jan. 22, 2013.

(Continued)

*Primary Examiner* — Kimberly Cbong
(74) *Attorney, Agent, or Firm* — Sterne, Kessler, Goldstein & Fox P.L.L.C.

(57) **ABSTRACT**

An antisense molecule capable of binding to a selected target site to induce exon skipping in the dystrophin gene, as set forth in SEQ ID NO: 1 to 214.

**2 Claims, 22 Drawing Sheets**

SRPT-VYDS-0005053

## US 9,994,851 B2

Page 2

(56)        **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 8,361,979 B2 | 1/2013 | Aartsma-Rus et al. |
| 8,436,163 B2 | 5/2013 | Iversen et al. |
| 8,450,474 B2 | 5/2013 | Wilton et al. |
| 8,455,634 B2 | 6/2013 | Wilton et al. |
| 8,455,635 B2 | 6/2013 | Wilton et al. |
| 8,455,636 B2 | 6/2013 | Wilton et al. |
| 8,461,325 B2 | 6/2013 | Popplewell et al. |
| 8,476,423 B2 | 7/2013 | Wilton et al. |
| 8,486,907 B2 | 7/2013 | Wilton et al. |
| 8,501,703 B2 | 8/2013 | Bennett et al. |
| 8,501,704 B2 | 8/2013 | Mourich et al. |
| 8,524,676 B2 | 9/2013 | Stein et al. |
| 8,524,880 B2 | 9/2013 | Wilton et al. |
| 8,536,147 B2 | 9/2013 | Weller et al. |
| 8,552,172 B2 | 10/2013 | Popplewell et al. |
| 8,592,386 B2 | 11/2013 | Mourich et al. |
| 8,618,270 B2 | 12/2013 | Iversen et al. |
| 8,624,019 B2 | 1/2014 | Matsuo et al. |
| 8,637,483 B2 | 1/2014 | Wilton et al. |
| 8,697,858 B2 | 4/2014 | Iversen |
| 8,741,863 B2 | 6/2014 | Moulton et al. |
| 8,759,307 B2 | 6/2014 | Stein et al. |
| 8,759,507 B2 | 6/2014 | Van Deutekom |
| 8,779,128 B2 | 7/2014 | Hanson et al. |
| 8,785,407 B2 | 7/2014 | Stein et al. |
| 8,785,410 B2 | 7/2014 | Iversen et al. |
| 8,835,402 B2 | 9/2014 | Kole et al. |
| 8,865,883 B2 | 10/2014 | Sazani et al. |
| 8,871,918 B2 | 10/2014 | Iversen et al. |
| 8,877,725 B2 | 11/2014 | Iversen et al. |
| 8,895,722 B2 | 11/2014 | Iversen et al. |
| 8,906,872 B2 | 12/2014 | Iversen et al. |
| 9,018,368 B2 | 4/2015 | Wilton et al. |
| 9,024,007 B2 | 5/2015 | Wilton et al. |
| 9,035,040 B2 | 5/2015 | Wilton et al. |
| 9,175,286 B2 | 11/2015 | Wilton et al. |
| 9,217,148 B2 | 12/2015 | Bestwick et al. |
| 9,228,187 B2 | 1/2016 | Wilton et al. |
| 9,234,198 B1 | 1/2016 | Sazani et al. |
| 9,249,416 B2 | 2/2016 | Wilton et al. |
| 9,416,361 B2 | 8/2016 | Iversen et al. |
| 9,422,555 B2 | 8/2016 | Wilton et al. |
| 9,434,948 B2 | 9/2016 | Sazani et al. |
| 9,441,229 B2 | 9/2016 | Wilton et al. |
| 9,447,415 B2 | 9/2016 | Wilton et al. |
| 9,447,416 B2 | 9/2016 | Sazani et al. |
| 9,447,417 B2 | 9/2016 | Sazani et al. |
| 9,453,225 B2 | 9/2016 | Sazani et al. |
| 9,506,058 B2 | 11/2016 | Kaye |
| 9,605,262 B2 | 3/2017 | Wilton et al. |
| 9,758,783 B2 | 9/2017 | Wilton et al. |
| 2001/0056077 A1 | 12/2001 | Matsuo |
| 2002/0049173 A1 | 4/2002 | Bennett et al. |
| 2002/0055481 A1 | 5/2002 | Matsuo et al. |
| 2002/0110819 A1 | 8/2002 | Weller et al. |
| 2002/0156235 A1 | 10/2002 | Manoharan et al. |
| 2003/0166588 A1 | 9/2003 | Iversen et al. |
| 2003/0224353 A1 | 12/2003 | Stein et al. |
| 2003/0235845 A1 | 12/2003 | van Ommen et al. |
| 2004/0248833 A1 | 12/2004 | Emanuele et al. |
| 2004/0254137 A1 | 12/2004 | Ackermann et al. |
| 2004/0266720 A1 | 12/2004 | Iversen et al. |
| 2005/0026164 A1 | 2/2005 | Zhou |
| 2005/0048495 A1 | 3/2005 | Baker et al. |
| 2005/0153935 A1 | 7/2005 | Iversen et al. |
| 2006/0099616 A1 | 5/2006 | van Ommen et al. |
| 2006/0147952 A1 | 7/2006 | van Ommen et al. |
| 2006/0148740 A1 | 7/2006 | Platenburg |
| 2006/0287268 A1 | 12/2006 | Iversen et al. |
| 2007/0037165 A1 | 2/2007 | Venter et al. |
| 2007/0082861 A1 | 4/2007 | Matsuo et al. |
| 2007/0265215 A1 | 11/2007 | Iversen et al. |
| 2008/0194463 A1 | 8/2008 | Weller et al. |
| 2008/0200409 A1 | 8/2008 | Wilson et al. |
| 2008/0209581 A1 | 8/2008 | van Ommen et al. |

| | | |
|---|---|---|
| 2009/0076246 A1 | 3/2009 | van Deutekom |
| 2009/0082547 A1 | 3/2009 | Iversen et al. |
| 2009/0088562 A1 | 4/2009 | Weller et al. |
| 2009/0099066 A1 | 4/2009 | Moulton et al. |
| 2009/0228998 A1 | 9/2009 | van Ommen et al. |
| 2009/0269755 A1 | 10/2009 | Aartsma-Rus et al. |
| 2009/0312532 A1 | 12/2009 | Van Eutekom et al. |
| 2010/0016215 A1 | 1/2010 | Moulton et al. |
| 2010/0130591 A1 | 5/2010 | Sazani et al. |
| 2010/0168212 A1 | 7/2010 | Popplewell et al. |
| 2011/0015253 A1 | 1/2011 | Wilton et al. |
| 2011/0015258 A1 | 1/2011 | Wilton et al. |
| 2011/0046203 A1 | 2/2011 | Wilton et al. |
| 2011/0046360 A1 | 2/2011 | Matsuo et al. |
| 2011/0110960 A1 | 5/2011 | Platenburg |
| 2011/0263682 A1 | 10/2011 | De Kimpe et al. |
| 2011/0263686 A1 | 10/2011 | Wilton et al. |
| 2011/0281787 A1 | 11/2011 | Lu et al. |
| 2011/0294753 A1 | 12/2011 | De Kimpe et al. |
| 2011/0312086 A1 | 12/2011 | Van Deutekom |
| 2012/0022134 A1 | 1/2012 | De Kimpe et al. |
| 2012/0022144 A1 | 1/2012 | Wilton et al. |
| 2012/0022145 A1 | 1/2012 | Wilton et al. |
| 2012/0029057 A1 | 2/2012 | Wilton et al. |
| 2012/0029058 A1 | 2/2012 | Wilton et al. |
| 2012/0029059 A1 | 2/2012 | Wilton et al. |
| 2012/0029060 A1 | 2/2012 | Wilton et al. |
| 2012/0041050 A1 | 2/2012 | Wilton et al. |
| 2012/0046342 A1 | 2/2012 | Van Deutekom et al. |
| 2012/0053228 A1 | 3/2012 | Iversen et al. |
| 2012/0059042 A1 | 3/2012 | Platenburg et al. |
| 2012/0065169 A1 | 3/2012 | Hanson et al. |
| 2012/0065244 A1 | 3/2012 | Popplewell et al. |
| 2012/0108652 A1 | 5/2012 | Popplewell et al. |
| 2012/0108653 A1 | 5/2012 | Popplewell et al. |
| 2012/0115150 A1 | 5/2012 | Bozzoni et al. |
| 2012/0122881 A1 | 5/2012 | Platenburg |
| 2012/0149756 A1 | 6/2012 | Schumperli et al. |
| 2012/0172415 A1 | 7/2012 | Voit et al. |
| 2012/0202752 A1 | 8/2012 | Lu |
| 2012/0289457 A1 | 11/2012 | Hanson |
| 2013/0072671 A1 | 3/2013 | Van Deutekom |
| 2013/0090465 A1 | 4/2013 | Matsu et al. |
| 2013/0116310 A1 | 5/2013 | Wilton et al. |
| 2013/0190390 A1 | 7/2013 | Sazani et al. |
| 2013/0197220 A1 | 8/2013 | Ueda |
| 2013/0211062 A1 | 8/2013 | Watanabe et al. |
| 2013/0217755 A1 | 8/2013 | Wilton et al. |
| 2013/0253033 A1 | 9/2013 | Wilton et al. |
| 2013/0253180 A1 | 9/2013 | Wilton et al. |
| 2013/0274313 A1 | 10/2013 | Wilton et al. |
| 2013/0289096 A1 | 10/2013 | Popplewell et al. |
| 2013/0302806 A1 | 11/2013 | Van Deutekom |
| 2013/0331438 A1 | 12/2013 | Wilton et al. |
| 2014/0045916 A1 | 2/2014 | Iversen et al. |
| 2014/0057964 A1 | 2/2014 | Popplewell et al. |
| 2014/0080896 A1 | 3/2014 | Nelson et al. |
| 2014/0080898 A1 | 3/2014 | Wilton et al. |
| 2014/0094500 A1 | 4/2014 | Sazani et al. |
| 2014/0113955 A1 | 4/2014 | De Kimpe et al. |
| 2014/0128592 A1 | 5/2014 | De Kimpe et al. |
| 2014/0155587 A1 | 6/2014 | Wilton et al. |
| 2014/0213635 A1 | 7/2014 | Van Deutekom |
| 2014/0221458 A1 | 8/2014 | De Kimpe et al. |
| 2014/0243515 A1 | 8/2014 | Wilton et al. |
| 2014/0243516 A1 | 8/2014 | Wilton et al. |
| 2014/0275212 A1 | 9/2014 | van Deutekom |
| 2014/0296323 A1 | 10/2014 | Leumann et al. |
| 2014/0315862 A1 | 10/2014 | Kaye |
| 2014/0315977 A1 | 10/2014 | Bestwick et al. |
| 2014/0316123 A1 | 10/2014 | Matsuo et al. |
| 2014/0323544 A1 | 10/2014 | Bestwick et al. |
| 2014/0329762 A1 | 11/2014 | Kaye |
| 2014/0329881 A1 | 11/2014 | Bestwick et al. |
| 2014/0343266 A1 | 11/2014 | Watanabe et al. |
| 2014/0350067 A1 | 11/2014 | Wilton et al. |
| 2014/0350076 A1 | 11/2014 | Van Deutekom |
| 2014/0357698 A1 | 12/2014 | Van Deutekom et al. |
| 2014/0357855 A1 | 12/2014 | Van Deutekom et al. |

## US 9,994,851 B2

Page 3

(56)                References Cited

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2015/0045413 A1 | 2/2015 | De Visser et al. |
| 2015/0057330 A1 | 2/2015 | Wilton et al. |
| 2015/0152415 A1 | 6/2015 | Sazani et al. |
| 2015/0232839 A1 | 8/2015 | Iversen et al. |
| 2015/0353931 A1 | 12/2015 | Wilton et al. |
| 2015/0361428 A1 | 12/2015 | Bestwick et al. |
| 2015/0376615 A1 | 12/2015 | Wilton et al. |
| 2015/0376616 A1 | 12/2015 | Wilton et al. |
| 2015/0376617 A1 | 12/2015 | Sazani et al. |
| 2015/0376618 A1 | 12/2015 | Sazani et al. |
| 2016/0002631 A1 | 1/2016 | Wilton et al. |
| 2016/0002632 A1 | 1/2016 | Wilton et al. |
| 2016/0002633 A1 | 1/2016 | Sazani et al. |
| 2016/0002634 A1 | 1/2016 | Sazani et al. |
| 2016/0002635 A1 | 1/2016 | Wilton et al. |
| 2016/0002637 A1 | 1/2016 | Sazani et al. |
| 2016/0040162 A1 | 2/2016 | Bestwick et al. |
| 2016/0177301 A1 | 6/2016 | Wilton et al. |
| 2016/0298111 A1 | 10/2016 | Bestwick et al. |
| 2017/0009233 A1 | 1/2017 | Wilton et al. |
| 2017/0009234 A1 | 1/2017 | Wilton et al. |
| 2017/0283799 A1 | 10/2017 | Kaye |
| 2017/0292125 A1 | 10/2017 | Sazani et al. |
| 2017/0369875 A1 | 12/2017 | Bestwick et al. |
| 2017/0369876 A1 | 12/2017 | Bestwick et al. |
| 2018/0002689 A1 | 1/2018 | Bestwick et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CA | 2507125 A1 | 6/2004 |
| EP | 1054058 A1 | 11/2000 |
| EP | 1160318 A2 | 12/2001 |
| EP | 1191097 A1 | 3/2002 |
| EP | 1191098 A2 | 3/2002 |
| EP | 1495769 A1 | 1/2005 |
| EP | 1544297 A2 | 6/2005 |
| EP | 1568769 A1 | 8/2005 |
| EP | 1619249 A1 | 1/2006 |
| EP | 1191098 B9 | 6/2006 |
| EP | 1766010 B1 | 3/2007 |
| EP | 1857548 A1 | 11/2007 |
| EP | 1495769 B1 | 2/2008 |
| EP | 1160318 B1 | 5/2008 |
| EP | 1619249 B1 | 9/2008 |
| EP | 1544297 B1 | 9/2009 |
| EP | 2119783 A1 | 11/2009 |
| EP | 2135948 A2 | 12/2009 |
| EP | 2206781 A2 | 7/2010 |
| EP | 2258863 A1 | 12/2010 |
| EP | 2284264 A1 | 2/2011 |
| EP | 2374885 A2 | 10/2011 |
| EP | 2386636 A2 | 11/2011 |
| EP | 2392660 A2 | 12/2011 |
| EP | 2500430 A2 | 9/2012 |
| EP | 2530153 A1 | 12/2012 |
| EP | 2530154 A1 | 12/2012 |
| EP | 2530155 A1 | 12/2012 |
| EP | 2530156 A1 | 12/2012 |
| EP | 2581448 A1 | 4/2013 |
| EP | 2594640 A1 | 5/2013 |
| EP | 2594641 A1 | 5/2013 |
| EP | 2594642 A1 | 5/2013 |
| EP | 2602322 A1 | 6/2013 |
| EP | 2607484 A1 | 6/2013 |
| EP | 2612917 A1 | 7/2013 |
| EP | 2614827 A2 | 7/2013 |
| EP | 2623507 A1 | 8/2013 |
| EP | 2636740 A1 | 9/2013 |
| EP | 2636741 A1 | 9/2013 |
| EP | 2636742 A1 | 9/2013 |
| EP | 2435582 B1 | 10/2013 |
| EP | 1606407 B1 | 12/2013 |
| EP | 2435583 B1 | 7/2014 |
| EP | 2488165 B1 | 7/2014 |
| EP | 2135948 B1 | 9/2014 |

| | | |
|---|---|---|
| EP | 2799548 A1 | 11/2014 |
| EP | 2801618 A1 | 11/2014 |
| JP | 2000-325085 A | 11/2000 |
| JP | 2002-010790 A | 1/2002 |
| JP | 2002-529499 A | 9/2002 |
| JP | 2002-325582 A | 11/2002 |
| JP | 2002-340857 A | 11/2002 |
| JP | 2004-509622 A | 4/2004 |
| JP | 2010-268815 A | 12/2010 |
| JP | 2011-101655 A | 5/2011 |
| JP | 4777777 B2 | 9/2011 |
| JP | 2011-200235 A | 10/2011 |
| JP | 4846965 B2 | 12/2011 |
| JP | 5138722 B2 | 2/2013 |
| JP | 5378423 B2 | 12/2013 |
| JP | 2014-054250 A | 3/2014 |
| JP | 2014-111638 A | 6/2014 |
| JP | 2014-138589 A | 7/2014 |
| WO | 93/20227 A1 | 10/1993 |
| WO | 94/02595 A1 | 2/1994 |
| WO | 94/26887 A1 | 11/1994 |
| WO | 96/10391 A1 | 4/1996 |
| WO | 96/10392 A1 | 4/1996 |
| WO | 97/30067 A1 | 8/1997 |
| WO | 97/34638 A1 | 9/1997 |
| WO | 00/15780 A1 | 3/2000 |
| WO | 00/44897 A1 | 8/2000 |
| WO | 00/78341 A1 | 12/2000 |
| WO | 01/49775 A2 | 7/2001 |
| WO | 01/72765 A1 | 10/2001 |
| WO | 01/83503 A2 | 11/2001 |
| WO | 01/83740 A2 | 11/2001 |
| WO | 02/018656 A2 | 3/2002 |
| WO | 02/24906 A1 | 3/2002 |
| WO | 02/29406 A1 | 4/2002 |
| WO | 03/053341 A2 | 7/2003 |
| WO | 04/048570 A2 | 6/2004 |
| WO | 04/083432 A1 | 9/2004 |
| WO | 04/083446 A2 | 9/2004 |
| WO | 2005/115479 A2 | 12/2005 |
| WO | 2006/000057 A1 | 1/2006 |
| WO | 2006/021724 A2 | 3/2006 |
| WO | 2006/112705 A2 | 10/2006 |
| WO | 2007/058894 A2 | 5/2007 |
| WO | 2007/133812 A2 | 11/2007 |
| WO | 2007/135105 A1 | 11/2007 |
| WO | 2008/036127 A2 | 3/2008 |
| WO | 2009/054725 A2 | 4/2009 |
| WO | 2009/101399 A1 | 8/2009 |
| WO | 2009/139630 A2 | 11/2009 |
| WO | 2010/048586 A1 | 4/2010 |
| WO | 2010/050801 A1 | 5/2010 |
| WO | 2010/050802 A2 | 5/2010 |
| WO | 2010/115993 A1 | 10/2010 |
| WO | 2010/123369 A1 | 10/2010 |
| WO | 2010/136415 A1 | 12/2010 |
| WO | 2010/136417 A1 | 12/2010 |
| WO | 2010/150231 A1 | 12/2010 |
| WO | 2011/024077 A2 | 3/2011 |
| WO | 2011/045747 A1 | 4/2011 |
| WO | 2011/057350 A1 | 5/2011 |
| WO | 2011/143008 A1 | 11/2011 |
| WO | 2012/001941 A1 | 1/2012 |
| WO | 2012/029986 A1 | 3/2012 |
| WO | 2012/043730 A1 | 4/2012 |
| WO | 2012/109296 A1 | 8/2012 |
| WO | 2012/150960 A1 | 11/2012 |
| WO | 2013/033407 A2 | 3/2013 |
| WO | 2013/053928 A1 | 4/2013 |
| WO | 2013/100190 A1 | 7/2013 |
| WO | 2013/112053 A1 | 8/2013 |
| WO | 2013/142087 A1 | 9/2013 |
| WO | 2014/007620 A2 | 1/2014 |
| WO | 2014/100714 A1 | 6/2014 |
| WO | 2014/144978 A2 | 9/2014 |
| WO | 2014/153220 A2 | 9/2014 |
| WO | 2014/153240 A2 | 9/2014 |
| WO | 2014/172669 A1 | 10/2014 |
| WO | 2017/059131 A1 | 4/2017 |

US 9,994,851 B2

Page 4

(56)            References Cited

FOREIGN PATENT DOCUMENTS

OTHER PUBLICATIONS

"Efficacy Study of AVI-4658 to Induce Dystrophin Expression in Selected Duchenne Muscular Dystrophy Patients," Clinical Trial Identifier No. NCT01396239, ClinicalTrials.gov, dated Jul. 15, 2011, p. 1-4.

"Efficacy, Safety, and Tolerability Rollover Study of Eteplirsen in Subjects with Duchenne Muscular Dystrophy," Clinical Trial Identifier No. NCT01540409, ClinicalTrials.gov, published online Feb. 23, 2012, p. 1-4.

"Eteplirsen—Inhibitor of Dystrophin Expression—Treatment of Duchenne Muscular Dystrophy", Drugs of the Future, vol. 38(1):13-17 (2013).

"Open-Label, Multiple-Dose, Efficacy, Safety, and Tolerability Study of Eteplirsen in Subjects With Duchenne Muscular Dystrophy Who Participated in Study 4658-US- 201," ClinicalTrials.gov dated Jul. 31, 2012, 3 pages.

"Open-Label, Multiple-Dose, Efficacy, Safety, and Tolerability Study of Eteplirsen in Subjects With Duchenne Muscular Dystrophy Who Participated in Study 4658-US-201," ClinicalTrials.gov dated Oct. 17, 2013, 3 pages.

"Open-Label, Multiple-Dose, Efficacy, Safety, and Tolerability Study of Eteplirsen in Subjects With Duchenne Muscular Dystrophy Who Participated in Study 4658-US-201," ClinicalTrials.gov dated Feb. 27, 2012, 3 pages.

2nd Expert Declaration of Dr. Erik Sontheimer ("S Decl.") (Exhibit No. 1067 filed in interferences 106008, 106007 on Dec. 23, 2014).

3rd Declaration of Erik J. Sontheimer, Ph.D. ("3rd S. Decl."), pp. 123, Exhibit No. 1186 filed in Interferences 106,007 and 106,008 on Feb. 17, 2015.

A Comparative Study on AONs between 20 and 50 Nucleotides Designed to Induce the Skipping of Exon 53 from the Dystrophin Pre-mRNA, p. 6, Exhibit No. 1128 filed in Interferences 106,007 and 106,008 on Feb. 17, 2015.

A Comparative Study on AONs Between 20 and 50 Nucleotides Designed to Induce the Skipping of Exon 51 from the Dystrophin Pre-mRNA, p. 6, Exhibit No. 1127 filed in Interferences 106,007 and 106,008 on Feb. 17, 2015.

Aartsma-Rus A, et al. "Theoretic applicability of antisense-mediated exon skipping for Duchenne muscular dystrophy mutations," Hum Mutat 2009;30:293-99.

Aartsma-Rus et al., "Antisense-induced exon skipping for duplications in Duchenne muscular dystrophy," BMC Medical Genetics 8:43 (2007), (University of Western Australia Exhibit 2135, filed Apr. 3, 2015 in Interferences 106007, 106008, and 106013, pp. 1-9.).

Aartsma-Rus, Annemieke et al., "194th ENMC international workshop. 3rd ENMC workshop on exon skipping: Towards clinical application of antisense-mediated exon skipping for Duchenne muscular dystrophy Dec. 8-10, 2012, Naarden, The Netherlands," Neuromuscular Disorders, vol. 23:934-944 (2013).

Aartsma-Rus, Annemieke et al., "Antisense-Induced Multiexon Skipping for Duchenne Muscular Dystrophy Makes More Sense," Am. J. Hum. Genet., vol. 74:83-92 (2004).

Aartsma-Rus, Annemieke et al., "Functional Analysis of 114 Exon-Internal AONs for Targeted DMD Exon Skipping: Indication for Steric Hindrance of SR Protein Binding Sites," Oligonucleotides, vol. 15:284-297 (2005) (Exhibit No. 2016 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).

Aartsma-Rus, Annemieke et al., "Guidelines for Antisense Oligonucleotide Design and Insight Into Splice-modulating Mechanisms," Molecular Therapy, vol. 17(3):548-553 (2009) (Exhibit No. 2014 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).

Aartsma-Rus, Annemieke et al., "Guidelines for Antisense Oligonucleotide Design and Insight Into Splice-modulating Mechanisms," Molecular Therapy, vol. 17(3):548-553 (2009). Supplementary Table 1.

Aartsma-Rus, Annemieke et al., "Targeted exon skipping as a potential gene correction therapy for Duchenne muscular dystrophy," Neuromuscular Disorders, vol. 12:S71-S77 (2002).

Aartsma-Rus, Annemieke et al., "Therapeutic antisense-induced exon skipping in cultured muscle cells from six different DMD patients," Human Molecular Genetics, vol. 12(8):907-914 (2003).

Abbs, Stephen et al., "A convenient multiplex PCR system for the detection of dystrophin gene deletions: a comparative analysis with cDNA hybridisation shows mistypings by both methods." J. Med. Genet., vol. 28:304-311 (1991).

Abes, S. et al., "Efficient Splicing Correction by PNA Conjugation to an R6-Penetratin Delivery Peptide", Nucleic Acids Research vol. 35(13):4495-4502 (2007).

Agrawal, Sudhir et al., "GEM 91—An Antisense Oligonucleotide Phosphorothioate as a Therapeutic Agent for AIDS," Antisense Research and Development, vol. 2:261-266 (1992).

Agrawal, Sudhir et al., "Oligodeoxynucleoside phosphoramidates and phosphorothioates as inhibitors of human immunodeficiency virus," Proc. Natl. Acad. Sci. USA, vol. 85:7079-7083 (1988).

Ahmad A, et al , "Mdx mice inducibly expressing dystrophin provide insights into the potential of gene therapy for Duchenne muscular dystrophy," Hum Mol Genet 2000;9:2507-2515.

Akhtar, Saghir et al., "Cellular uptake and intracellular fate of antisense oligonucleotides," Trends in Cell Biology, vol. 2:139-144 (1992).

Akhtar, Saghir, "Delivery Strategies for Antisense Oligonucleotide Therapeutics," CRC Press, Inc., Boca Raton, FL, 160 pages (1995).

Alignments of Dystrophin mRNA and Oligonucleotides, 6 pages, submitted to the Patent Trial and Appeal Board in Interference No. 106008, dated Nov. 18, 2014 (Exhibit No. 1054 filed in interferences 106008, and 106013, 106007 on Nov. 18, 2014).

Alter, Julia et al., "Systemic delivery of morpholino oligonucleotide restores dystrophin expression bodywide and improves dystrophic pathology," Nature Medicine, vol. 12(2):175-177 (2006).

Amendment under 37 CFR 1.312 for U.S. Appl. No. 14/248,279, 5 pages, dated Sep. 19, 2014 (Exhibit No. 2053 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).

Analysis of Second PCR Product by Gel Electrophoresis, pp. 1, Exhibit No. 1182 filed in Interferences 106,007 and 106,008 on Feb. 16, 2015.

Anderson, W. French, "Human Gene Therapy," Science, vol. 256:808-813 (1992).

Annotated scenario introduced and referred to during Mar. 12, 2015 deposition of Erik J. Sontheimer, Ph.D., (University of Western Australia Exhibit 2139, filed Apr. 3, 2015 in Interferences 106007, 106008, and 106013, p. 1.).

Anthony, Karen et al., "Dystrophin quantification: Biological and Translational Research Implications," Neurology, vol. 83:1-8 (2014) (Exhibit No. 2028 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).

AON PS1958 Mass Spectrometry Data, pp. 7, Exhibit No. 1146 filed in Interferences 106,007 and 106,008 on Feb. 16, 2015.

AON PS1958 UPLC Data, pp. 2, Exhibit No. 1157 filed in Interferences 106,007 and 106,008 on Feb. 16, 2015.

AON PS1959 Mass Spectrometry Data, pp. 5, Exhibit No. 1147 filed in Interferences 106,007 and 106,008 on Feb. 16, 2015.

AON PS1959 UPLC Data, pp. 2, Exhibit No. 1158 filed in Interferences 106,007 and 106,008 on Feb. 16, 2015.

AON PS1960 Mass Spectrometry Data, pp. 8, Exhibit No. 1148 filed in Interferences 106,007 and 106,008 on Feb. 16, 2015.

AON PS1960 UPLC Data, pp. 2, Exhibit No. 1159 filed in Interferences 106,007 and 106,008 on Feb. 16, 2015.

AON PS1961 Mass Spectrometry Data, pp. 5, Exhibit No. 1149 filed in Interferences 106,007 and 106,008 on Feb. 16, 2015.

AON PS1961 UPLC Data, pp. 2, Exhibit No. 1160 filed in Interferences 106,007 and 106,008 on Feb. 16, 2015.

AON PS1962 Mass Spectrometry Data, pp. 7, Exhibit No. 1150 filed in Interferences 106,007 and 106,008 on Feb. 16, 2015.

AON PS1962 UPLC Data, pp. 2, Exhibit No. 1161 filed in Interferences 106,007 and 106,008 on Feb. 16, 2015.

AON PS1963 Mass Spectrometry Data, pp. 10, Exhibit No. 1151 filed in Interferences 106,007 and 106,008 on Feb. 16, 2015.

## US 9,994,851 B2

Page 5

(56)        References Cited

OTHER PUBLICATIONS

AON PS1963 UPLC Data, pp. 2, Exhibit No. 1162 filed in Interferences 106,007 and 106,008 on Feb. 16, 2015.
AON PS1964 Mass Spectrometry Data, pp. 13, Exhibit No. 1152 filed in Interferences 106,007 and 106,008 on Feb. 16, 2015.
AON PS1964 UPLC Data, pp. 2, Exhibit No. 1163 filed in Interferences 106,007 and 106,008 on Feb. 16, 2015.
AON PS1965 Mass Spectrometry Data, pp. 9, Exhibit No. 1153 filed in Interferences 106,007 and 106,008 on Feb. 16, 2015.
AON PS1965 UPLC Data, pp. 2, Exhibit No. 1164 filed in Interferences 106,007 and 106,008 on Feb. 16, 2015.
Hammond, Suzan M., et al., "Genetic therapies for RNA mis-splicing diseases," Cell, vol. 27, No. 5, pp. 196-205 (May 2011), Exhibit No. 1113 filed in interferences 106,007 and 106,008 on Feb. 17, 2015.
Hammond, Suzan M., et al., "PRO-051, an antisense oligonucleotide for the potential treatment of Duchenne muscular dystrophy," Curr. Opinion Mol. Therap., vol. 12, No. 4, pp. 478-486 (2010), Exhibit No. 1121 filed in interferences 106,007 and 106,008 on Feb. 13, 2015.
Harding, PL et al., "The Influence of Antisense Oligonucleotide Length on Dystrophin Exon Skipping," Molecular Therapy, vol. 15(1):157-166 (2007) (Exhibit No. 1030 filed in interferences 106008, 106007 on Nov. 18, 2014).
Havenga et al., "Exploiting the Natural Diversity in Adenovirus Tropism for Therapy and Prevention of Disease," J. Virol., vol. 76, No. 9, pp. 4612-4620 (May 2002), Exhibit No. 1123 filed in interferences 106,007 and 106,008 on Feb. 13, 2015.
Heasman, Janet, "Morpholino Oligos: Making Sense of Antisense?" Developmental Biology, vol. 243:209-214 (2002).
Heemskerk, Hans A. et al., "In vivo comparison of 2'-O-methyl phosphorothioate and morpholino antisense oligonucleotides for Duchenne muscular dystrophy exon skipping," The Journal of Gene Medicine, vol. 11:257-266 (2009) (Exhibit No. 2020 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).
Heid, Christian A. et al., "Real Time Quantitative PCR," Genome Research, vol. 6:986-994 (1996) (Exhibit No. 1061 filed in interferences 106008, 106007 on Nov. 18, 2014).
Herschlag, Daniel et al., "Contributions of 2'Hydroxyl Groups of the RNA Substrate to Binding and Catalysis by the Tetrahymena Ribozyme: An Energetic Picture of an Active Site Composed of RNA.," Biochemistry, vol. 32:8299-8311 (1993) (Exhibit No. 1031 filed in interferences 106008, 106007 on Nov. 18, 2014).
Hoffman EP, et al., "Characterization of dystrophin in muscle-biopsy specimens from patients with Duchenne's or Becker's muscular dystrophy" N Engl J Med 1988;318:1363-68.
Hoffman EP, et al., "Restoring dystrophin expression in Duchenne muscular dystrophy muscle: Progress in exon skipping and stop codon read through," Am J Path 2011;179:12-22.
Hudziak, Robert M. et al., "Antiproliferative Effects of Steric Blocking Phosphorodiamidate Morpholino Antisense Agents Directed against c-myc," Antisense & Nucleic Acid Drug Development, vol. 10:163-176 (2000) (Exhibit No. 1032 filed in interferences 106008, 106007 on Nov. 18, 2014).
Hussey, Nicole D. et al., "Analysis of five Duchenne muscular dystrophy exons and gender determination using conventional duplex polymerase chain reaction on single cells," Molecular Human Reproduction, vol. 5(11)1089-1094 (1999).
Interim Guidance on Patent Subject Matter Eligibility ("The December Guidance," 16 pages,(Exhibit No. 2119 filed in interferences 106,007 and 106,008 on Feb. 17, 2015.
International Patent Application No. PCT/AU2000/00693 ("Wraight"), published as WO 00/78341 on Dec. 28, 2000, 201 pages, (Exhibit No. 2125 filed in interferences 106,007 and 106,008 on Feb. 17, 2015.
International Preliminary Report on Patentability and Written Opinion for Application No. PCT/US2009/1061960, 8 pages, dated Apr. 26, 2011.
International Preliminary Report on Patentability for Application No. PCT/AU2005/000943, 8 pages, dated Dec. 28, 2006.

International Preliminary Report on Patentability, PCT/US2013/077216, dated Jun. 23, 2015, pp. 1-7.
International Preliminary Report on Patentability, PCT/US2014/029610, dated Jul. 1, 2015, pp. 1-122.
International Preliminary Report on Patentability, PCT/US2014/029689, dated Sep. 15, 2015, pp. 1-10.
International Preliminary Report on Patentability, PCT/US2014/029766, dated Sep. 15, 2015, pp. 1-10.
International Search Report and Written Opinion of the International Searching Authority issued in International Patent Application No. PCT/US2013/077216 dated dated Mar. 27, 2014.
International Search Report and Written Opinion of the International Searching Authority issued in International Patent Application No. PCT/US2014/029610 dated Sep. 18, 2014.
International Search Report and Written Opinion of the International Searching Authority issued in International Patent Application No. PCT/US2014/029689, 8 pages, dated Oct. 21, 2014.
International Search Report and Written Opinion of the International Searching Authority issued in International Patent Application No. PCT/US2014/029766 dated Oct. 21, 2014.
International Search Report and Written Opinion, PCT/US2016/054534, dated Jan. 17, 2017, 13 pages.
International Search Report for Application No. PCT/AU2005/000943, 5 pages, dated Oct. 20, 2005.
International Search Report for Application No. PCT/US01/14410, 5 pages, dated Mar. 6, 2002.
International Search Report for Application No. PCT/US2009/061960, 5 pages, dated Apr. 6, 2010.
Invitation to pay fees and Partial International Search Report issued by the International Search Authority in International Patent Application No. PCT/US2014/029689 dated Jul. 29, 2014.
ISIS Pharmaceuticals website, 2 pages, http://www.isispharm.com/Pipeline/Therapeutic-Areas/Other.htm (2014) Exhibit No. 2021 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).
Iversen, Patrick L. et al., "Efficacy of Antisense Morpholino Oligomer Targeted to c-myc in Prostate Cancer Xenograft Murine Model and a Phase 1 Safety Study in Humans," Clinical Cancer Research, vol. 9:2510-2519 (2003).
Jarver, Peter et al., "A Chemical View of Oligonucleotides for Exon Skipping and Related Drug Applications," Nucleic Acid Therapeutics, vol. 24(1):37-47 (2014) (Exhibit No. 2061 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).
Jason, Tracey L.H. et al., "Toxicology of antisense therapeutics," Toxicology and Applied Pharmacology, vol. 201:66-83 (2004) (Exhibit No. 2027 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).
Jearawiriyapaisarn, Natee et al., "Long-term improvement in mdx cardiomyopathy after therapy with peptide-conjugated morpholino oligomers," Cardiovascular Research, vol. 85:444-453 (2010).
Jearawiriyapaisarn, Natee et al., "Sustained Dystrophin Expression Induced by Peptide-conjugated Morpholino Oligomers in the Muscles of mdx Mice," Mol. Ther., vol. 16(9):1624-1629 (2008).
Jett Foundation Presentation by McSherry, C. "Patient and Care-giver-Reported Outcomes of Patients in Clinical Trials of Eteplirsen for Treatment of Duchenne" at Peripheral and Central Nervous System Drugs Advisory Committee, Apr. 25, 2016, 17 pages.
Job Posting by Sarepta for "Scientist II. Muscle Biology" (2 pages), (Academisch Ziekenhuis Leiden Exhibit 1233, filed Apr. 3, 2015 in Interference 106007 and 106008).
Jones, Simon S. et al., "The Protection of Uracil and Guanine Residues in Oligonucleotide Synthesis," Tetrahedron Letters, vol. 22(47):4755-4758 (1981).
Karlen, Yann et al., "Statistical significance of quantitative PCR," BMC Bioinformatics, 8:131, 16 pages (2007) (Exhibit No. 1033 filed in interferences 106008, 106007 on Nov. 18, 2014).
Karras, James G. et al., "Deletion of Individual Exons and Induction of Soluble Murine Interleukin-5 Receptor-alpha Chain Expression through Antisense Oligonucleotide-Mediated Redirection of Pre-mRNA splicing," Molecular Pharmacology, vol. 58:380-387 (2000).
Kaye, Ed, "Results of the Eteplirsen Phase 2b and Phase 2b Extension Study in Duchenne Muscular Dystrophy," 8th Annual

# US 9,994,851 B2

Page 6

(56)        **References Cited**

OTHER PUBLICATIONS

Meeting of the Oligonucleotide Therapeutics Society, Session 9: Advances in Oligonucleotide Clinical Development II, p. 48 (2012).

Kinali, Maria et al., "Local restoration of dystrophin expression with the morpholino oligomer AVI-4658 in Duchenne muscular dystrophy: a single-blind, placebo-controlled, dose-escalation, proof-of-concept study," Lancet Neurol., vol. 8:918-928 (2009).

King et al., "A Dictionary of Genetics," Oxford University Press, 4th Ed. (1990), Exhibit No. 1189 filed in Interferences 106,007 and 106,008 on Feb. 17, 2015.

Koenig, M. et al., "The Complete Sequence of Dystrophin Predicts a Rod-Shaped Cytoskeleton Protein," Cell, vol. 53:219-228 (1988) (Exhibit No. 1010 filed in interferences 106008, 106007 on Nov. 18, 2014).

Koenig, M. et al., "The Molecular Basis for Duchenne versus Becker Muscular Dystrophy: Correlation of Severity with Type of Deletion," Am. J. Hum. Genet., vol. 45:498-506 (1989) (Exhibit No. 1011 filed in interferences 106008, 106007 on Nov. 18, 2014).

Kohler M, et al., "Quality of life, physical disability and respiratory impairment in Duchenne muscular dystrophy," Am J Respir Crit Care Med 2005;172:1032-6.

Kole et al., "Exon skipping therapy for Duchenne muscular dystrophy," Advanced Drug Delivery Reviews, vol. 87:104-107 (2015).

Koshkin, Alexei A. et al., "LNA (Locked Nucleic Acids): Synthesis of the Adenine, Cytosine, Guanine, 5-Methylcytosine, Thymine and Uracil Bicyclonucleoside Monomers, Oligomerisation, and Unprecedented Nucleic Acid Recognition," Tetrahedron, vol. 54:3607-3630 (1998) (Exhibit No. 2007 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).

Kurreck J., "Antisense Technologies: Improvement Through Novel Chemical Modifications", European Journal of Biochemistry, vol. 270(8):1628-1644 (2003).

Lab-on-a-Chip Data, pp. 28, Exhibit No. 1185 filed in Interferences 106,007 and 106,008 on Feb. 16, 2015.

Sarepta Briefing Information for the Apr. 25, 2016 Meeting of the Peripheral and Central Nervous System Drugs Advisory Committee, Eteplirsen Briefing Document, NDA 206488, 186 pages.

Sarepta Presentation at Peripheral and Central Nervous System Drugs Advisory Committee, Apr. 25, 2016, 133 pages.

Sarepta Press Release, Sarepta Issues Statement on Advisory Committee Outcome for Use of Eteplirsen in the Treatment of Duchenne Muscular Dystrophy, Apr. 25, 2016, 2 pages.

Sarepta Therapeutics, Advisory Committee Briefing Materials: Available for Public Release, "Peripheral and Central Nervous System Drugs Advisory Committee," Eteplirsen Briefing Document Addendum, NDA 206488, pp. 1-9, dated Jan. 22, 2016.

Sarepta Therapeutics, Advisory Committee Briefing Materials: Available for Public Release, "Peripheral and Central Nervous System Drugs Advisory Committee," Eteplirsen Briefing Document, NDA 206488, pp. 1-166, dated Jan. 22, 2016.

Sarepta Therapeutics, Inc. News Release, "Sarepta Therapeutics Announces FDA Accelerated Approval of EXONDYS61™ (eteplirsen) injection, an Exon Skipping Therapy to Treat Duchenne Muscular Dystrophy (DMD) Patients Amenable to Skipping Exon 51," Sep. 19, 2016, 2 pages.

Sarepta, "AVI BioPharma Initiates Dosing in Phase 2 Study of Eteplirsen in Duchenne Muscular Dystrophy Patients." press release, 4 pages, dated Aug. 15, 2011 (Exhibit No. 2082 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).

Sarepta, "Sarepta Therapeutics Announces Eteplirsen Demonstrates Continued Stability on Walking Test through 120 Weeks in Phase IIb Study in Duchenne Muscular Dystrophy," press release, 3 pages, dated Jan. 15, 2014 (Exhibit No. 2034 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).

Sarepta, "Sarepta Therapeutics Reports Long-Term Outcomes through 144 Weeks from Phase IIb Study of Eteplirsen in Duchenne Muscular Dystrophy," press release, http://investorrelations.sarepta.

com/phoenix.zhtml?c=64231&amp;p=irol-newsArticle &amp;id=1946426, 4 pages, dated Jul. 10, 2014.

Scully, Michele et al., "Review of Phase II and Phase III Clinical Trials for Duchenne Muscular Dystrophy", Expert Opinion on Orphan Drugs, vol. 1(1):33-46 (2013).

Second Preliminary Amendment filed in U.S. Appl. No. 13/550,210, 5 pages, dated Jan. 3, 2013 (Exhibit No. 2062 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).

Second Written Opinion for Application No. PCT/AU2010/001520, 7 pages, dated Oct. 13, 2011.

Semi Quantitative Lab-on-Chip Analysis of Second PCR Product, pp. 1, Exhibit No. 1183 filed in Interferences 106,007 and 106,008 on Feb. 16, 2015.

Sequence Listing—U.S. Appl. No. 13/550,210, filed Jul. 16, 2012 (9 pages), Exhibit No. 1205 filed in Interferences 106,007 and 106,008 on Feb. 17, 2015.

Sequence of Exon 46 of Dystrophin Gene, 1 page.

Sequence of Exon 51 of Dystrophin Gene, 1 page.

Shabanpoor et al., "Bi-specific splice-switching PMO oligonucleotides conjugated via a single peptide active in a mouse model of Duchenne muscular dystrophy," Nucleic Acids Res., pp. 1-11 (Dec. 2014), Exhibit No. 1114 filed in interferences 106,007 and 106,008 on Feb. 17, 2015.

Shapiro, Marvin B. et al., "RNA splice junctions of different classes of eukaryotes: sequence statistics and functional implications in gene expression," Nucleic Acids Research, vol. 15(17):7155-7174 (1987).

Sherratt, Tim G. et al., "Exon Skipping and Translation in Patients with Frameshift Deletions in the Dystrophin Gene," Am. J. Hum. Genet., vol. 53:1007-1015 (1993).

Shiga, Nobuyuki et al., "Disruption of the Splicing Enhancer Sequence within Exon 27 of the Dystrophin Gene by a Nonsense Mutation Induced Partial Skipping of the Exon and Is Responsible for Becker Muscular Dystrophy," J. Clin. Invest., vol. 100(9):2204-2210 (1997).

Shimizu, Miho et al., "Oligo(2'-O-methyl)ribonucleotides Effective probes for duplex DNA," FEBS Letters, vol. 302 (2):155-158 (1992) (Exhibit No. 1035 filed in interferences 106008, 106007 on Nov. 18, 2014).

*Siemens Healthcare Diagnostics, Inc. v. Enzo Life Sciences, Inc.*, 2013 WL 4411227, *11 [Parallel cite: U.S.D.C., D. Mass., Civil No. 10-40124-FDS], Decided Aug. 14, 2013 (12 pages); [Cited as: 2013 WL 4411227], Exhibit No. 1210 filed in Interferences 106,007 and 106,008 on Feb. 17, 2015.

Sierakowska, Halina et al., "Repair of thalassemic human beta-globin mRNA in mammalian cells by antisense oligonucleotides," Proc. Natl. Acad. Sci. USA, vol. 93:12840-12844 (1996).

Sontheimer et al., "Metal ion catalysis during group II intron self-splicing: parallels with the spliceosome," Genes & Development, vol. 13, pp. 1729-1741 (1999), Exhibit No. 1195 filed in Interferences 106,007 and 106,008 on Feb. 17, 2015.

Sontheimer et al., "Three Novel Functional Variants of Human U5 Small Nuclear RNA," vol. 12, No. 2, pp. 734-746 (Feb. 1992), Exhibit No. 1194 filed in Interferences 106,007 and 106,008 on Feb. 17, 2015.

Sontheimer, Erik J. et al., "Metal ion catalysis during splicing of premessenger RNA," Nature, vol. 388:801-805 :(1997) (Exhibit No. 1036 filed in interferences 106008, 106007 on Nov. 18, 2014).

Sontheimer, Erik J. et al., "The U5 and U6 Small Nuclear RNAs as Active Site Components of the Spliceosome," Science, vol. 262:1989-1997 (1993) (Exhibit No. 1058 filed in interferences 106008, 106007 on Nov. 18, 2014).

Standard Operating Procedure FPLC Desalting, pp. 6, Exhibit No. 1144 filed in Interferences 106,007 and 106,008 on Feb. 16, 2015.

Stanton, Robert et al., "Chemical Modification Study of Antisense Gapmers", Nucleic Acid Therapeutics, vol. 22(5): 344-359 (2012). Statement on a Nonproprietary Name Adopted by the USAN Council, Eteplirsen, Chemical Structure, 2010, pp. 1-5.

Stein, CA, "Delivery of antisense oligonucleotides to cells: a consideration of some of the barriers," Monographic supplement series: Oligos & Peptides—Chimica Oggi—Chemistry Today, vol. 32(2):4-7 (2014) (Exhibit No. 2022 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).

SRPT-VYDS-0005058

US 9,994,851 B2

Page 7

(56)        References Cited

OTHER PUBLICATIONS

Stein, Cy A. et al., "Therapeutic Oligonucleotides: The Road Not Taken," Clin. Cancer Res., vol. 17(20):6369-6372 (2011) (Exhibit No. 2026 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).

Stein, David et al., "A Specificity Comparison of Four Antisense Types: Morpholino, 2′-O-Methyl RNA, DNA, and PHosphorothioate DNA," Antisense & Nucleic Acid Drug Development, vol. 7:151-157 (1997).

Strober JB, "Therapeutics in Duchenne muscular dystrophy," NeuroRX 2006; 3:225-34.

Summary of Professional Experience (Dr. Erik J. Sontheimer), pp. 4, Exhibit No. 1223 filed in Interferences 106,007 and 106,008 on Feb. 17, 2015.

Summerton, James et al., "Morpholino and Phosphorothioate Antisense Oligomers Compared in Cell-Free and In-Cell Systems," Antisense & Nucleic Acid Drug Development, vol. 7:63-70 (1997).

Summerton, James et al., "Morpholino Antisense Oligomers: Design, Preparation, and Properties," Antisense & Nucleic Acid Drug Development, vol. 7:187-195 (1997).

Summerton, James, "Morpholino antisense oligomers: the case for an Rnase H-independent structural type," Biochimica et Biophysica Acta, vol. 1489:141-158 (1999) (Exhibit No. 1038 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).

Supplementary European Search Report for Application No. 10829367.1, 8 pages, dated May 22, 2013.

Suter et al., "Double-target antisense U7 snRNAs promote efficient skipping of an aberrant exon in three human Beta-thalassemic mutations," 8:13 Human Molecular Genetics 2415-2423 (1999) (Exhibit No. 1083 filed in Interferences 106008, 106007 on Dec. 23, 2014).

T Hoen, Peter A.C. et al., "Generation and Characterization of Transgenic Mice with the Full-length Human DMD Gene," The Journal of Biological Chemistry, vol. 283(9):5899-5907 (2008) Exhibit No. 2030 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).

Table 1: Primer and Product Details for Exon 51 and 53 Reports on AONs of 20 to 50 Nucleotides dd Jan. 7, 2015, pp. 1, Exhibit No. 1177 filed in Interferences 106,007 and 106,008 on Feb. 16, 2015.

Takeshima et al., "Oligonucleotides against a splicing enhancer sequence led to dystrophin production in muscle cells from a Duchenne muscular dystrophy patient," Brain & Dev., vol. 23, pp. 788-790 (2001), Exhibit No. 1196 filed in Interferences 106,007 and 106,008 on Feb. 17, 2015.

Takeshima, Yasuhiro et al., "Modulation of in Vitro Splicing of the Upstream Intron by Modifying an Intra-Exon Sequence Which Is Deleted from the Dystrophin Gene in Dystrophin Kobe," J. Clin. Invest, vol. 95:515-520 (1995).

Tanaka, Kenji et al., "Polypurine Sequences within a Downstream Exon Function as a Splicing Enhancer," Molecular and Cellular Biology, vol. 14(2):1347-1354 (1994).

Telios Pharms., Inc. v. Merck KgaA, No. 96-1307, 1998 WL 35272018 (S.D. Cal. Nov. 18, 1998), 11 pages (Exhibit No. 2153 filed in interference 106013 on Oct. 29, 2015).

Thanh, Le Htiet et al., "Characterization of Revertant Muscle Fibers in Duchenne Muscular Dystrophy, Using Exon-Specific Monoclonal Antibodies against Dystrophin," Am. J. Hum. Genet., vol. 56:725-731 (1995).

The Regents of the University of California v. Dako North America, Inc., U.S.D.C., N.D. California, No. C05-03955 MHP, Apr. 22, 2009 (2009 WL 1083446 (N.D.Cal.), Exhibit No. 1206 filed in Interferences 106,007 and 106,008 on Feb. 17, 2015.

Tian, Xiaobing et al., "Imaging Oncogene Expression," Ann. N.Y. Acad. Sci., vol. 1002:165-188 (2003) (Exhibit No. 2029 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).

Excerpts of SEC Form 8-K, dated Nov. 23, 2014, for BioMarin Pharmaceutical Inc., (University of Western Australia Exhibit 2129, filed Apr. 3, 2015 in Interferences 106007, 106008, and 106013, pp. 1-9).

Exon 46 Sequence of Dystrophin, Document D18 as filed in Opposition of European Patent EP1619249, filed Jun. 23, 2009, 1 page.

Exon 51 Internal Sequence Schematic, pp. 1, Exhibit No. 1224 filed in Interferences 106,007 and 106,008 on Feb. 17, 2015.

Exon 53 Internal Sequence Schematic, pp. 1, Exhibit No. 1225 filed in Interferences 106,007 and 106,008 on Feb. 17, 2015.

Extended European Search Report, EP 15190341.6, dated Apr. 28, 2016, 9 pages.

Fairclough et al., "Therapy for Duchenne muscular dystrophy: renewed optimism from genetic approaches," Nature Reviews, vol. 14, pp. 373-378 (Jun. 2013), Exhibit No. 1112 filed in interferences 106,007 and 106,008 on Feb. 17, 2015.

Fall, Abbie M. et al., "Induction of revertant fibres in the mdx mouse using antisense oligonucleotides," Genetics Vaccines and Therapy, vol. 4:3, doi:10.1186/1479-0556-4-3, 12 pages (2006).

FDA Briefing Document, "Peripheral and Central Nervous System," Drugs Advisory Committee Meeting, NDA 206488 Eteplirsen, Food and Drug Administration, pp. 1-73, Jan. 22, 2016.

FDA Briefing Information for the Apr. 25, 2016 Meeting of the Peripheral and Central Nervous System Drugs Advisory Committee, Eteplirsen, NDA 206488, 115 pages.

FDA News Release, "FDA grants accelerated approval to first drug for Duchenne muscular dystrophy," Sep. 19, 2016, 3 pages.

Federal Register, vol. 58, No. 183, pp. 49432-49434, Sep. 23, 1993 (6 pages); [Cited as: 58 FR 49432-01, 1993 WL 371451 (F.R.)], Exhibit No. 1221 filed in Interferences 106,007 and 106,008 on Feb. 17, 2015.

Federal Register, vol. 69, No. 155, pp. 49960-50020 dated Aug. 12, 2004 (62 pages), Exhibit No. 1220 filed in Interferences 106,007 and 106,008 on Feb. 17, 2015.

Feener, C. et al., "Alternative splicing of human dystrophin mRNA generates isoforms at the carboxy terminus," Nature, vol. 338:509-511 (1989).

File Excerpt from AZL U.S. Appl. No. 11/233,495: Amendment After Non-Final Office Action, as-filed Nov. 1, 2010 (Exhibit No. 1085 filed in interferences 106008, 106007 on Dec. 23, 2014).

File Excerpt from AZL U.S. Appl. No. 11/233,495: Claims examined in Non-Final Office Action, dated Dec. 1, 2008 (Exhibit No. 1079 filed in interferences 106008, 106007 on Dec. 23, 2014).

File Excerpt from AZL U.S. Appl. No. 11/233,495: Final Office Action dated Aug. 31, 2010 (Exhibit No. 1086 filed in interferences 106008, 106007 on Dec. 23, 2014).

File Excerpt from AZL U.S. Appl. No. 11/233,495: Non-Final Office Action dated Dec. 1, 2008 and Final Office Action dated Jun. 25, 2009 (Exhibit No. 1078 filed in interferences 106008, 106007 on Dec. 23, 2014).

File Excerpt from U.S. Appl. No. 12/198,007: AZL's Preliminary Amendment and Response, as-filed Nov. 7, 2008 (Exhibit No. 1075 filed in interferences 106008, 106007 on Dec. 23, 2014).

File Excerpt from U.S. Appl. No. 12/976,381: AZL's First Preliminary Amendment, as-filed Dec. 22, 2010 (Exhibit No. 1076 filed in interferences 106008, 106007 on Dec. 23, 2014).

File Excerpts from Prosecution History of U.S. Appl. No. 13/270,992 (UWA's U.S. Pat. No. 8,486,907), pp. 122, Exhibit No. 1006 filed in Interference 106,013 on Feb. 17, 2015.

File Excerpt from U.S. Appl. No. 11/233,495: Response to Non-Final Office Action, as filed Jul. 26, 2011 (14 pages), Exhibit No. 1222 filed in Interferences 106,007 and 106,008 on Feb. 17, 2015.

File Excerpts from U.S. Appl. No. 13/270,992 (UWA's U.S. Pat. No. 8,486,907): NFOA, dated Jul. 30, 2012; Applicant-Initiated Interview Summary, dated Nov. 8, 2012; Amendment, as filed Jan. 30, 2013; NOA, dated Apr. 4, 2013, Exhibit No. 1118 (122 pages) filed in interferences 106,007 and 106,008 on Feb. 17, 2015.

Flanagan, W. Michael, et al., "A cytosine analog that confers enhanced potency to antisense oligonucleotides," Proc. Nat'l Acad. Sci. USA, vol. 96, pp. 3513-3518 (Mar. 1999), Exhibit No. 1211 filed in Interferences 106,007 and 106,008 on Feb. 17, 2015.

Flanigan et al. (2003) "Rapid Direct Sequence Analysis of the Dystrophin Gene," Am. J. Hum. Genet. 72:931-939, dated Feb. 17, 2015 (Exhibit No. 2120 filed in interferences 106,007 and 106,008 on Feb. 17, 2015.

SRPT-VYDS-0005059

US 9,994,851 B2

Page 8

(56)        References Cited

OTHER PUBLICATIONS

Flanigan, Kevin M. et al., "Pharmacokinetics and safety of single doses of drisapersen in non-ambulant subjects with Duchenne muscular dystrophy: Results of a double-blind randomized clinical trial," Neuromuscular Disorders, vol. 24:16-24 (2014) (Exhibit No. 2038 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).

Fletcher S., et al., Morpholino oligomer-mediated exon skipping averts the onset of dystrophic pathology in the mdx mouse. Mol Ther 2007;15:1587-1592.

Fletcher, Sue et al., "Dystrophin Isoform Induction In Vivo by Antisense-mediated Alternative Splicing," Molecular Therapy, vol. 18(6):1218-1223 (2010).

Fletcher, Sue et al., "Targeted Exon Skipping to Address 'Leaky' Mutations in the Dystrophin Gene," Molecular Therapy—Nucleic Acids, vol. 1, e48, doi:10.1038/mtna.2012.40, 11 pages (2012).

Fletcher, Susan et al., "Dystrophin expression in the mdx mouse after localised and systemic administration of a morpholino antisense oligonucleotide," J. Gene Med., vol. 8:207-216 (2006).

Fletcher, Susan et al., "Gene therapy and molecular approaches to the treatment of hereditary muscular disorders," Curr. Opin. Neurol., vol. 13:553-560 (2000).

Foster, Helen et al., "Genetic Therapeutic Approaches for Duchenne Muscular Dystrophy," Human Gene Therapy, vol. 23:676-687 (2012).

Fourth Declaration of Erik Sontheimer, Ph.D. (Pursuant to Bd.R. 41.155(b)(2) and SO 155.1.3 and 155.1.4), dated Mar. 9, 2015, (University of Western Australia Exhibit 2138, filed Apr. 3, 2015 in Interferences 106007, 106008, and 106013, pp. 1-4).

Fragall, Clayton T. et al., "Mismatched single stranded antisense oligonucleotides can induce efficient dystrophin splice switching," BMC Medical Genetics, vol. 12:141, 8 pages (2011) (Exhibit No. 2019 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).

Fraley, Robert et al., "New generation of liposomes: the engineering of an efficient vehicle for intracellular delivery of nucleic acids," Trends Biochem., vol. 6:77-80 (1981).

Frazier, Kendall S. et al., "Species-specific Inflammatory Responses as a Primary Component for the Development of Glomerular Lesions in Mice and Monkeys Following Chronic Administration of a Second-generation Antisense Oligonucleotide," Toxicologica Pathology, 13 pages (2013).

Friedmann, Theodore, "Progress Toward Human Gene Therapy," Science, vol. 244(4910):1275-1281 (1989).

Gebski, Bianca L. et al., "Morpholino antisense oligonucleotide induced dystrophin exon 23 skipping in mdx mouse muscle," Human Molecular Genetics, vol. 12(15):1801-1811 (2003).

GenBank AF213437.1 Dated Jan. 17, 2002.

Generic Method for Average Mass Determination Using LC-UV-MS in the Negative Mode, pp. 15, Exhibit No. 1145 filed in Interferences 106,007 and 106,008 on Feb. 16, 2015.

Generic UPLC Purity Method for Oligonucleotides (19-to 25-mers), pp. 18, Exhibit No. 1156 filed in Interferences 106,007 and 106,008 on Feb. 16, 2015.

Gennaro, Alfonso R., (ed.), Remington's Pharmaceutical Sciences, 18th Edition, Mack Publishing, Co., Easton PA, 2020 pages (1990).

Giles, Richard V. et al., "Antisense Morpholino Oligonucleotide Analog Induces Missplicing of C-myc mRNA," Antisense & Nucleic Acid Drug Development, vol. 9:213-220 (1999).

GlaxoSmithKline Press Release, Issued in London, UK, dated Jun. 27, 2013 (5 pages) (Exhibit No. 1202 filed in Interferences 106,007 and 106,008 on Feb. 17, 2015.

Generic Method, "GSK and Prosensa announce start of Phase III study of investigational Duchenne Muscular Dystrophy medication," press release, 6 pages, dated Jan. 19, 2011 (Exhibit No. 2060 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).

GlaxoSmithKline, Prosensa regains rights to drisapersen from GSK and retains rights to all other programmes for the reatment of

Duchenne muscular dystrophy (DMD), press release, 4 pages, dated Jan. 13, 2014 (Exhibit 2040 in Interferences 106007, 106008, and 106013 on Nov. 18. 2014).

Goemans, Nathalie M. et al., "Systemic Administration of PRO051 in Duchenne's Muscular Dystrophy," The New England Journal of Medicine, vol. 364:1513-1522 (2011) (Exhibit No. 2036 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).

Gordon et al., "Kinetic Characterization of the Second Step of Group II Intron Splicing: Role of Metal Ions and the Cleavage Site 2'-OH in Catalysis," Biochemistry, vol. 39, pp. 12939-12952 (2000), Exhibit No. 1188 filed in Interferences 106,007 and 106,008 on Feb. 17, 2015.

Gordon, Peter M. et al., "Metal ion catalysis during the exon-ligation step of nuclear pre-mRNA splicing: Extending the parallels between the spliceosome and group II introns," RNA, vol. 6:199-205 (2000) (Exhibit No. 1055 filed in interferences 106008, 106007 on Nov. 18, 2014).

Goyenvalle, Aurelie et al., "Prevention of Dystrophic Pathology in Severely Affected Dystrophin/Utrophin-deficient Mice by Morpholino-oligomer-mediated Exon-skipping," Molecular Therapy, vol. 18(1):198-205 (2010).

Hammond, Suzan M. et al., "Correlating In Vitro Splice Switching Activity With Systemic In Vivo Delivery Using Novel ZEN-modified Oligonucleotides," Molecular Therapy—Nucleic Acids, vol. 3:1, 11 pages (2014) (Exhibit No. 2011 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).

Mitrpant, Chalermchai et al., "Rational Design of Antisense Oligomers to Induce Dystrophin Exon Skipping," Molecular Therapy, vol. 17(8):1418-1426 (2009).

Monaco, Anthony P. et al., "An Explanation for the Phenotypic Differences between Patients Bearing Partial Deletions of the DMD Locus," Genomics, vol. 2:90-95 (1988).

Morcos, Paul A., "Gene switching: analyzing a broad range of mutations using steric block antisense oligonucleotides," Methods in Enzymology, vol. 313:174-189 (1999).

Moulton, H.M., "Compound and Method for Treating Myotonic Dystrophy," U.S. Appl. No. 12/493,140, 82 pages, filed Jun. 26, 2009.

Moulton, Hong M. et al., "Morpholinos and their peptide conjugates: Therapeutic promise and challenge for Duchenne muscular dystrophy," Biochimica et Biophysica Acta, vol. 1798:2296-2303 (2010).

Muntoni F, et al., "Dystrophin and mutations: one gene, several proteins, multiple phenotypes," Lancet Neurol. 2003;2:731-40.

Muntoni, Francesco et al., "128th ENMC International Workshop on 'Preclinical optimization and Phase I/II Clinical Trials Using Antisense Oligonucleotides in Duchenne Muscular Dystrophy' Oct. 22-24, 2004, Naarden, The Netherlands," Neuromuscular Disorders, vol. 15:450-457 (2005) (Exhibit No. 2025 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).

Muntoni, Francesco et al., "149th ENMC International Workshop and 1st TREAT-NMD Workshop on: 'Planning Phase I/II Clinical trials using Systemically Delivered Antisense Oligonucleotides in Duchenne Muscular Dystrophy,'" Neuromuscular Disorders, vol. 18:268-275 (2008).

Confirmatory Study of Eteplirsen in DMD Patients, An Open-Label, Multi-Center, 48-Week Study With a Concurrent Untreated Control Arm to Evaluate the Efficacy and Safety of Eteplirsen in Duchenne Muscular Dystrophy, Clinical Trials.gov, Clinical Trial Identifier NCT02255552, May 26, 2015, 3 pages.

Nelson, David L. et al., "Nucleotides and Nucleic Acids," Lehninger Principles of Biochemistry, 3rd Edition, Chapter 10, pp. 325-328 and glossary p. G-11, Worth Publishers, New York (2000).

Nguyen TM, et. Al., "Use of Epitope libraries to identify exon-specific monoclonal antibodies for characterization of altered dystrophins in muscular dystrophy," Am J Hum Genet 1993;52:1057-66.

Oberbauer, "Renal uptake of an 18-mer phosphorothioate oligonucleotide," Kidney Int'l, vol. 48, pp. 1226-1232 (1995). Exhibit No. 1191 filed in Interferences 106,007 and 106,008 on Feb. 17, 2015.

SRPT-VYDS-0005060

US 9,994,851 B2

Page 9

(56)        References Cited

OTHER PUBLICATIONS

Oligonucleotide Cleavage and Deprotection Laboratory Notebook Entry, pp. 1, Exhibit No. 1138 filed in Interferences 106,007 and 106,008 on Feb. 16, 2015.

Oligonucleotide diagrams, 5 pages (Exhibit No. 1053 filed in interferences 106008, 106007 on Nov. 18, 2014).

Partial European Search Report for Application No. 10004274.6, 6 pages, dated Oct. 2, 2012.

Partial European Search Report for Application No. 12162995.0, 6 pages, dated Oct. 2, 2012.

Patentee's Response to European Patent Application No. 05076770. 6, dated Jul. 28, 2006, 4 pages.

*Patrick O. Brown and Tidear D. Shalon v. Stephen P.A. Fodor, Dennis W. Solas and William J. Dower*: Interference Merits Panel, Interference No. 104,358, 24 pages, dated Aug. 9, 1999 (Exhibit No. 2113 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).

PCT Application as-filed for application No. PCT/NL03/00214, 64 pages, dated Sep. 21, 2005 (Exhibit No. 2042 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).

PD-10 Desalting Columns, pp. 12, Exhibit No. 1141 filed in Interferences 106,007 and 106,008 on Feb. 16, 2015.

Popplewell, et al., Design of Phosphorodiamidate Morpholino Oligomers (PMOs) for the Induction of Exon Skipping of the Human DMD Gene, DSGT Poster, 2008, 1 page.

Popplewell, Linda et al., "Design of phosphorodiamidate morpholino oligmers (PMOs) for the induction of exon skipping of the human DMD gene," Human Gene Therapy 19(10): ESGCT 2008 Poster Presentations, p. 1174, Poster No. P203.

Popplewell, Linda J. et al., "Comparative analysis of antisense oligonucleotide sequences targeting exon 53 of the human DMD gene: Implications for future clinical trials," Neuromuscular Disorders, vol. 20(2):102-110 (2010) 9 pages (Exhibit No. 2031 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).

Popplewell, Linda J. et al., "Design of Antisense Oligonucleotides for Exon Skipping of the Human Dystrophin Gene," Human Gene Therapy 19(4): BSGT 2008 Poster Presentation, p. 407, Poster No. P-35.

Popplewell, Linda J. et al., "Design of Phosphorodiamidate Morpholino Oligomers (PMOs) for the Induction of Exon Skipping of the Human DMD Gene," Molecular Therapy, vol. 17(3):554-561 (2009).

Popplewell, Linda J. et al., "Targeted Skipping of Exon 53 of the Human DMD Gene Recommendation of the Highly Efficient Antisense Oligonucleotide for Clinical Trial," Human Gene Therapy 20(4): BSGT 2009 Poster Presentations, p. 399, Poster No. P10.

Poster Abstract Listing for the Tenth Annual Meeting of the RNA Society, held at the Banff Centre for Conferences, in Banff, Alberta, Canada, from May 24-29, 2005, (University of Western Australia Exhibit 2137, filed Apr. 3, 2015 in Interferences 106007, 106008, and 106013, pp. 1-11).

Pramono, "Induction of Exon Skipping of the Dystrophin Transcript in Lymphoblastoid Cells by Transfecting an Antisense Oligodeoxynucleotide Complementary to an Exon Recognition Sequence," Biochem. and Biophy. Res. Comm., vol. 226, pp. 445-449 (1996), Exhibit No. 1192 filed in Interferences 106,007 and 106,008 on Feb. 17, 2015.

Preliminary Amendment for U.S. Appl. No. 12/976,381, 4 pages, dated Dec. 22, 2010 (Exhibit No. 2066 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).

Preliminary Amendment for U.S. Appl. No. 12/198,007, 3 pages, dated Nov. 7, 2008 (Exhibit No. 2067 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).

Prescribing Information for EXONDYS 51 (eteplirsen) Injection, dated Sep. 2016, 10 pages.

Program Schedule for the Tenth Annual Meeting of the RNA Society, held at the Banff Centre for Conferences, in Banff, Alberta, Canada, from May 24-29, 2005, (University of Western Australia Exhibit 2136, filed Apr. 3, 2015 in Interferences 106007, 106008, and 106013, pp. 1-4).

Proliferation and Differentiation of Myoblast Cultures, pp. 2, Exhibit No. 1169 filed in Interferences 106,007 and 106,008 on Feb. 16, 2015.

Prosensa Press Release, (dated Oct. 10, 2014 (2 pages), Exhibit No. 1203 filed in Interferences 106,007 and 106,008 on Feb. 17, 2015. Prosensa, "GSK and Prosensa Announce Primary Endpoint Not Met in Phase III Study of Drisapersen in Patients With Duchenne Muscular Dystrophy," press release, 4 pages, dated Sep. 20, 2013 (Exhibit No. 2039 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).

Raz et al. v. Davis et al., Board of Patent Appeals and Inteferences, Patent and Trademark Office, Int. No. 105,712, Tech. Ctr. 1600, Sep. 29, 2011 (24 pages) (2011 WL 4568986 (Bd.Pat.App. & Interf.), Exhibit No. 1209 filed in Interferences 106,007 and 106,008 on Feb. 17, 2015.

Reese, Colin B. et al., "Reaction Between 1-Arenesulphonyl-3-Nitro-1,2,4-Triazoles and Nucleoside Base Residues. Elucidation of the Nature of Side-Reactions During Oligonucleotide Synthesis," Tetrahedron Letters, vol. 21:2265-2268 (1980).

Reese, Colin B. et al., "The Protection of Thymine and Guanine Residues in Oligodeoxyribonucleotide Synthesis," J. Chem. Soc. Perkin Trans. 1, pp. 1263-1271 (1984).

Reexamination Certificate—U.S. Appl. No. 90/011,320, issued Mar. 27, 2012 (Exhibit No. 1072 filed in interferences 106008, 106007 on Dec. 23, 2014).

Reply to EPO Communication dated Jun. 26, 2014 in European Serial No. 13160,338, (University of Western Australia Exhibit 2145, filed Apr. 3, 2015 in Interferences 106007, 106008, and 106013, pp. 1-4).

Reply to EPO Communication dated Oct. 21, 2014 in European Application Serial No. 12198517, (University of Western Australia Exhibit 2148, filed Apr. 3, 2015 in Interferences 106007, 106008, and 106013, pp. 1-7).

Reply to EPO Communication dated Oct. 23, 2014 in European Application Serial No. 12198485, (University of Western Australia Exhibit 2147, filed Apr. 3, 2015 in Interferences 106007, 106008, and 106013, pp. 1-8).

Response to Office Action and Amendments to the Claims for U.S. Appl. No. 13/550,210, 10 pages, dated May 12, 2014 (Exhibit No. 2064 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).

Rhodes et al., "BioMarin Bulks Up," BioCentury, pp. 6-8 (Dec. 2014), Exhibit No. 1193 filed in Interferences 106,007 and 106,008 on Feb. 17, 2015.

RNA Isolation Using RNA-BEE, pp. 1, Exhibit No. 1175 filed in Interferences 106,007 and 106,008 on Feb. 16, 2015.

Roberts, Roland G. et al., "Exon Structure of the Human Dystrophin Gene," Genomics, vol. 16:536-538 (1993).

Roest et al., "Application of In Vitro Myo-Differentiation of Non-Muscle Cells to Enhance Gene Expression and Facilitate Analysis of Muscle Proteins," Neuromuscul. Disord., vol. 6, No. 3, pp. 195-202 (May 1996), Exhibit No. 1124 filed in interferences 106,007 and 106,008 on Feb. 17, 2015.

Rosso, Mario G. et al., "An *Arabidopsis thaliana* T-DNA mutagenized population (GABI-Kat) for flanking sequence tag-based reverse genetics," Plant Molecular Biology, vol. 53:247-259 (2003).

Saito, T. et al., "First-in-Human Study of NS-065/NCNP-01; the Morpholino Based Antisense Oligonucleotide for Exon 53 Skipping in Duchenne Muscular Dystrophy," ASGCT meeting , May 13, 2015, Abstract [136] 1 page.

Saito, T. et al., "First-in-Human Study of NS-065/NCNP-01; the Morpholino Based Antisense Oligonucleotide for Exon 53 Skipping in Duchenne Muscular Dystrophy," ASGCT meeting , May 13, 2015, pp. 1-11.

Classification Excerpts from USPC System, 21 pages, (Academisch Ziekenhuis Leiden Exhibit 1234, filed May 5, 2015 in Interference 106007 and 106008).

Collins, C.A. et al., "Duchenne's muscular dystrophy: animal models used to investigate pathogenesis and develop therapeutic strategies," Int. J. Exp. Pathol., vol. 84(4):165-172 (2003).

Confirmation of Dystrophin Exon 48 to 50 Deletion in Cell Line 8036 Laboratory Notebook Entry, pp. 3, Exhibit No. 1167 filed in Interferences 106,007 and 106,008 on Feb. 16, 2015.

SRPT-VYDS-0005061

(56)     **References Cited**

OTHER PUBLICATIONS

Confirmation of Dystrophin Exon 52 Deletion in Cell Line R1809 Laboratory; Notebook Entry, pp. 3, Exhibit No. 1168 filed in Interferences 106,007 and 106,008 on Feb. 16, 2015.

Confirmatory Study of Eteplirsen in DMD Patients, An Open-Label, Multi-Center, 48-Week Study With a Concurrent Untreated Control Arm to Evaluate the Efficacy and Safety of Eteplirsen in Duchenne Muscular Dystrophy ,Clinical Trials.gov, Clinical Trial Identifier NCT02255552, Oct. 1, 2014, 3 pages.

*Coolidge v. Efendic*, 2008 WL 2080735, Int. No. 105,457 (BPAI May 16, 2008), 42 pages, (Academisch Ziekenhuis Leiden Exhibit 1235, filed May 5, 2015 in Interference 106007 and 106008).

Corey, David R. et al., Morpholino antisense oligonucleotides: tools for investigating vertebrate development, Genome Biology, vol. 2(5):1015.1-1015.3 (2001) (Exhibit No. 1026 filed in interferences 106008, 106007 on Nov. 18, 2014).

Corrected Priority Statement filed by UWA in Int. No. 106,008 (as PN 219),pp. 5, Exhibit No. 1002 filed in Interference 106,013 on Feb. 17, 2015.

Cortes et al., "Mutations in the conserved loop of human U5 snRNA generate use of novel cryptic 5' splice sites in vivo," EMBO J., vol. 12, No. 13, pp. 5181-5189 (1993), Exhibit No. 1187 filed in Interferences 106,007 and 106,008 on Feb. 17, 2015.

Crooke, Stanley T., Antisense Drug Technology, Principles, Strategies, and Applications, Marcel Dekker, Inc., New York, Chapters 15 and 16, pp. 375-389, 391-469 (2001) (Exhibit No. 2075 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).

Curriculum Vitae of Judith van Deutekom, pp. 6, Exhibit No. 1126 filed in interferences 106,007 and 106,008 on Feb. 17, 2015.

Curriculum Vitae, Erik Joseph Sontheimer, 18 pages, dated Sep. 29, 2014 (Exhibit No. 1013 filed in interferences 106008, 106007 on Nov. 18, 2014).

CV, Professor Matthew J.A. Wood, 3 pages (Exhibit No. 2003 filed in interferences 106008, 106007 on Nov. 18, 2014).

Davis, Richard J. et al., "Fusion of PAX7 to Fkhr by the Variant t(1;13)(p36;q14) Translocation in Alveolar Rhabdomyosarcoma," Cancer Research, vol. 54:2869-2872 (1994) (Exhibit No. 1027 filed in interferences 106008, 106007 on Nov. 18, 2014).

De Angelis, Femanda Gabriella et al., "Chimeric snRNA molecules carrying antisense sequences against the splice junctions of exon 51 of the dystrophic pre-mRNA induce exon skipping and restoration of a dystrophin synthesis in 48-50 DMD cells," PNAS, vol. 99(14):9456-9461 (2002).

Decision on Appeal, *Ex Parte Martin Gleave and Hideaki Miyake*, Appeal No. 2005-2447, U.S. Appl. No. 09/619,908 (Jan. 31, 2006) (2009 WL 6927761 (Bd.Pat.App.& Interf.), pp. 12, Exhibit No. 1207 filed in Interferences 106,007 and 106,008 on Feb. 17, 2015.

Decision on Request for ReHearing, *Ex Parte Roderick John Scott*, Appeal No. 2008-004077, U.S. Appl. No. 10/058,825 (Jan. 6, 2010) (2010 WL 191079 (Bd.Pat.App. & Interf.),pp. 21, Exhibit No. 1208 filed in Interferences 106,007 and 106,008 on Feb. 17, 2015.

Declaration of Judith C.T. van Deutekom Under 37 C.F.R. § 1.132, filed on Jan. 27, 2012, in U.S. Appl. No. 90/011,320, regarding U.S. Pat. No. 7,534,879, (University of Western Australia Exhibit 2133, filed Apr. 3, 2015 in Interferences 106007, 106008, and 106013, pp. 1-10).

Declaration of Judith van Deutekom, pp. 45, Exhibit No. 1125 filed in interferences 106,007 and 106,008 on February 17, 2015.

Dellorusso, Christiana et al., "Functional correction of adult mdx mouse muscle using gutted adenoviral vectors expressing full-length dystrophin," PNAS, vol. 99(2):12979-12984 (2002).

Deposition Transcript of Erik J. Sontheimer, Ph.D of Jan. 21, 2015 (99 pages), Exhibit No. 1215 filed in Interferences 106,007 and 106,008 on Feb. 17, 2015.

Deposition Transcript of Matthew J. A. Wood, M.D. , D. Phil., Jan. 22, 2015, including Errata Sheet, pp. 198, Exhibit No. 1007 filed in Interference 106,013 on Feb. 17, 2015.

Deposition Transcript of Matthew J. A. Wood, M.D., D. Phil., pp. 196, Exhibit No. 1122 filed in interferences 106,007 and 106,008 on Feb. 17, 2015.

Desalting of Oligonucleotides, pp. 2, Exhibit No. 1132 filed in Interferences 106,007 and 106,008 on Feb. 17, 2015.

Dirksen, Wessel P. et al., "Mapping the SF2/ASF Binding Sites in the Bovine Growth Hormone Exonic Splicing Enhancer," The Journal of Biological Chemistry, vol. 275(37):29170-29177 (2000).

Dominski, Zbigniew et al., "Identification and Characterization by Antisense Oligonucleotides of Exon and Intron Sequences Required for Splicing," Molecular and Cellular Biology, vol. 14(11):7445-7454 (1994).

Dominski, Zbigniew et al., "Restoration of correct splicing in thalassemic pre-mRNA by antisense oligonucleotides," Proc. Natl. Acad. Sci. USA, vol. 90:8673-8677 (1993).

Doran, Philip et al., "Proteomic profiling of antisense-induced exon skipping reveals reversal of pathobiochemical abnormalities in dystrophic mdx diaphragm," Proteomics, vol. 9:671-685, DOI 10.1002/pmic.200800441 (2009).

Douglas, Andrew G.L. et al., "Splicing therapy for neuromuscular disease," Molecular and Cellular Neuroscience, vol. 56:169-185 (2013) (Exhibit No. 2005 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).

Doyle, Donald F., et al. (2001) "Inhibition of Gene Expression Inside Cells by PeptideNucleic Acids: Effect of mRNA Target Sequence, Mismatched Bases, and PNA Length," Biochemistry 40:53-64, (Exhibit No. 2123 filed in interferences 106,007 and 106,008 on Feb. 17, 2015).

Dr. Wood Errata Sheet—Jan. 22, 2015, pp. 2, Exhibit No. 1227 filed in Interferences 106,007 and 106,008 on Feb. 17, 2015.

Dunckley, Matthew G. et al., "Modification of splicing in the dystrophin gene in cultured Mdx muscle cells by antisense oligoribonucleotides," Human Molecular Genetics, vol. 5(1):1083-1090 (1995).

Dunckley, Matthew G. et al., "Modulation of Splicing in the DMD Gene by Antisense Oligoribonucleotides," Nucleosides & Nucleotides, vol. 16(7-9):1665-1668 (1997).

Eckstein, F. "Nucleoside Phosphorothioates," Ann. Rev. Biochem., vol. 54:367-402 (1985) (Exhibit No. 1028 filed in interferences 106008, 106007 on Nov. 18, 2014).

Elayadi, Anissa N. et al., "Application of PNA and LNA oligomers to chemotherapy," Current Opinion in Investigational Drugs, vol. 2(4):558-561 (2001).

Email from Danny Huntington to Interference Trial Section, dated Sep. 21, 2014, pp. 2, Exhibit No. 3001 filed in Interference 106,007, 106,008, and 106,013 on Sep. 26, 2014.

Email From Sharon Crane to Interference Trial Section, dated Nov. 13, 2014, pp. 2, Exhibit No. 3002 filed in Interference 106,007, 106,008, and 106,013 on dated Nov. 14, 2014.

Emery, A.E. H., "Population frequencies of inherited neuromuscular diseases—a world survey," Neuromuscul Disord 1991;1:19-29.

Errata sheet for the Jan. 22, 2015 deposition of Matthew J. A. Wood, M.D., D. Phil., 2 pages, (Exhibit No. 2128 filed in interferences 106,007 and 106,008 on Feb. 17, 2015.

Errata sheet for the Mar. 12, 2015 deposition of Erik J. Sontheimer, Ph.D., (University of Western Australia Exhibit 2149, filed Apr. 3, 2015 in Interferences 106007, 106008, and 106013, p. 1).

Errata to the Sarepta Briefing Information for the Apr. 25, 2016 Meeting of the Peripheral and Central Nervous System Drugs Advisory Committee, Eteplirsen Errata Document, NDA 206488, 5 pages.

Errington, Stephen J. et al., "Target selection for antisense oligonucleotide induced exon skipping in the dystrophin gene," The Journal of Gene Medicine, vol. 5:518-527 (2003).

European Office Action for Application No. 09752572.9, 5 pages, dated Feb. 29, 2012.

European Response, Application No. 10004274.6, 7 pages, dated Nov. 5, 2013 (Exhibit No. 1060 filed in interferences 106008, 106007 on Nov. 18, 2014).

European Response, Application No. 12198517.0, 7 pages, dated Oct. 21, 2014 (Exhibit No. 2084 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).

European Search Report for Application No. 10004274.6, 12 pages, dated Jan. 2, 2013.

European Search Report, EP15168694.6, dated Jul. 23, 2015, pp. 1-8.

SRPT-VYDS-0005062

US 9,994,851 B2

Page 11

(56)    References Cited

OTHER PUBLICATIONS

Excerpts from Prosecution History of U.S. Appl. No. 13/741,150: Notice of Allowance dated Mar. 16, 2015; List of References cited by Applicant and Considered by Examiner; Notice of Allowance and Fees due dated Sep. 18, 2014; Amendment in Response to Non-Final Office Action dated Jul. 11, 2014, (Academisch Ziekenhuis Leiden Exhibit 1229, filed Apr. 3, 2015 in Interference 106007 and 106008, pp. 1-133).

Excerpts from Prosecution History of U.S. Appl. No. 13/826,880: Notice of Allowance dated Jan. 26, 2015 and Amendment in Response to Non-Final Office Action dated Oct. 15, 2014, (Academisch Ziekenhuis Leiden Exhibit 1228, filed Apr. 3, 2015 in Interference 106007 and 106008, pp. 1-16).

Excerpts from Yeo (Ed.), "Systems Biology of RNA Binding Proteins," Adv. Exp. Med. Biol., Chapter 9, 56 pages (2014), (Academisch Ziekenhuis Leiden Exhibit 1232, filed Apr. 3, 2015 in Interference 106007 and 106008, pp. 1-56).

Laboratory Notebook Entry (Exon 51 Experiments): RT-PCR Analysis of 8036 Cells, pp. 2, Exhibit No. 1179 filed in Interferences 106,007 and 106,008 on Feb. 16, 2015.

Laboratory Notebook Entry (Exon 51 Experiments): RT-PCR Analysis of KM155.C25 Cells, pp. 2, Exhibit No. 1178 filed in Interferences 106,007 and 106,008 on Feb. 16, 2015.

Laboratory Notebook Entry (Exon 51 Experiments): Transfection of 8036 Cells, pp. 1, Exhibit No. 1172 filed in Interferences 106,007 and 106,008 on Feb. 16, 2015.

Laboratory Notebook Entry (Exon 51 Experiments): Transfection of KM155.C25 Cells, pp. 1, Exhibit No. 1171 filed in Interferences 106,007 and 106,008 on Feb. 16, 2015.

Laboratory Notebook Entry (Exon 53 Experiments): RT-PCR Analysis of KM155.C25 Cells, pp. 2, Exhibit No. 1180 filed in Interferences 106,007 and 106,008 on Feb. 16, 2015.

Laboratory Notebook Entry (Exon 53 Experiments): RT-PCR Analysis of R1809 Cells, pp. 2, Exhibit No. 1181 filed in Interferences 106,007 and 106,008 on Feb. 16, 2015.

Laboratory Notebook Entry (Exon 53 Experiments): Transfection of KM155.C25 Cells, pp. 1, Exhibit No. 1173 filed in Interferences 106,007 and 106,008 on Feb. 16, 2015.

Laboratory Notebook Entry (Exon 53 Experiments): Transfection of R1809 Cells, pp. 1, Exhibit No. 1174 filed in Interferences 106,007 and 106,008 on Feb. 16, 2015.

Claims from U.S. Appl. No. 11/233,495, 6 pages, dated Sep. 21, 2005 (Exhibit No. 2068 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).

Laboratory Notebook Entry: General RNA recovery, pp. 2, Exhibit No. 1176 filed in interferences 106,007 and 106,008 on Feb. 16, 2015.

Laboratory Notebook Entry: Lab-on-a-Chip Analysis, pp. 3, Exhibit No. 1184 filed in Interferences 106,007 and 106,008 on Feb. 16, 2015.

Larsen et al., "Antisense properties of peptide nucleic acid," Biochim. Et Biophys. Acta, vol. 1489, pp. 159-166 (1999), Exhibit No. 1190 filed in Interferences 106,007 and 106,008 on Feb. 17, 2015.

Letter from the FDA to Sarepta Therapeutics, Inc., Re: Accelerated Approval for the use of Exondys 51 (eteplirsen), FDA Reference ID: 3987286, dated Sep. 19, 2016, 11 pages.

Letter to the U.S. Food and Drug Administration, (Dr. Billy Dunn, M.D. Director Division of Neurology Products, Office of Drug Evaluation 1, Center for Drug Evaluation and Research), for the Peripheral and Central Nervous System Advisory Committee Meeting (AdComm) supporting approval of eteplirsen, dated Feb. 24, 2016, 4 pages.

Letter to the U.S. Food and Drug Administration, (Dr. Janet Woodcock, M.D. Director, CDER), from the Congress of The United States regarding Duchenne muscular dystrophy, dated Feb. 17, 2016, 7 pages.

List of Publications for Matthew J. A. Wood, M.D., D. Phil., 11 pages, (Exhibit No. 2124 filed in interferences 106,007 and 106,008 on Feb. 17, 2015.

Liu, Hong-Xiang et al., "Identification of functional exonic splicing enhancer motifs recognized by individual SR proteins," Genes & Development, vol. 12:1998-2012 (1998).

Lu et al., "Massive Idiosyncratic Exon Skipping Corrects the Nonsense Mutation in Dystrophic Mouse Muscle and Produces Functional Revertant Fibers by Clonal Expansion," The Journal of Cell Biology, vol. 148(5): 985-995, Mar. 6, 2000 ("Lu et al.") (Exhibit No. 1082 filed in interferences 106008, 106007 on Dec. 23, 2014).

Lu, Qi Long et al., "Functional amounts of dystrophin produced by skipping the mutated exon in the mdx dystrophic mouse," Nature Medicine, vol. 9(8):1009-1014 (2003).

Lu, Qi-long et al., "What Can We Learn From Clinical Trials of Exon Skipping for DMD?" Molecular Therapy—Nucleic Acids, vol. 3:e152, doi:10.1038/mtna.2014.6, 4 pages (2014).

Lyophilisation of Oligonucleotides, pp. 2, Exhibit No. 1133 filed in Interferences 106,007 and 106,008 on Feb. 17, 2015.

Mann, Christopher J. et al., "Antisense-induced exon skipping and synthesis of dystrophin in the mdx mouse," PNAS, vol. 98(1):42-47 (2001).

Mann, Christopher J. et al., "Improved antisense oligonucleotide induced exon skipping in the mdx mouse model of muscular dystrophy," The Journal of Gene Medicine, vol. 4:644-654 (2002).

Mannino, Raphael J. et al., "Liposome Mediated Gene Transfer," BioTechniques, vol. 6(7):682-690 (1988).

Manual of Patent Examining Procedure 2308.02 (6th ed., rev. 3, Jul. 1997), (University of Western Australia Exhibit 2143, filed Apr. 3, 2015 in Interferences 106007, 106008, and 106013, pp. 1-2).

Manzur A, et al., "Glucocorticoid corticosteroids for Duchenne muscular dystrophy," Cochrane Database Syst Rev. 2004;(2):CD003725.

Marshall, N.B. et al., "Arginine-rich cell-penetrating peptides facilitate delivery of antisense oligomers into murine leukocytes and alter pre-mRNA splicing," Journal of Immunological Methods, vol. 325:114-126 (2007).

Mathews et al., "Expanded Sequence Dependence of Thermodynamic Parameters Improves Prediction of RNA Secondary Structure," J. Mol. Biol. 288:911-940 (1999), (University of Western Australia Exhibit 2131, filed Apr. 3, 2015 in Interferences 106007, 106008, and 106013, pp. 1-31).

Mathews et al., "Expanded Sequence Dependence of Thermodynamic Parameters Improves Prediction of RNA Secondary Structure," J. Mol. Biol., vol. 288, pp. 911-940 (1999), Exhibit No. 1212 filed in Interferences 106,007 and 106,008 on Feb. 17, 2015.

Matsuo, Masafumi et al., "Exon Skipping during Splicing of Dystrophin mRNA Precursor due to an Intraexon Deletion in the Dystrophin Gene of Duchenne Muscular Dystrophy Kobe," J. Clin. Invest., vol. 87:2127-2131 (1991).

Matsuo, Masafumi et al., "Treatment of Duchenne Muscular Dystrophy with Oligonucleotides against an Exonic Splicing Enhancer Sequence," Basic Appl. Myol., vol. 13(6):281-285 (2003).

Matsuo, Masafumi, "Duchenne and Becker Muscular Dystrophy: From Gene Diagnosis to Molecular Therapy," IUBMB Life, vol. 53:147-152 (2002).

Matsuo, Masafumi, "Duchenne/Becker muscular dystrophy: from molecular diagnosis to gene therapy," Brain & Development, vol. 18:167-172 (1996).

Matteucci, Mark, "Structural modifications toward improved antisense oligonucleotides," Perspectives in Drug Discovery and Design, vol. 4:1-16 (1996).

Mazzone E, et al. "Functional changes in Duchenne muscular dystrophy: a 12-month longitudinal cohort study," Neurology 2011;77(3):250-6.

McCarville, M. Beth et al., "Rhabdomyosarcoma in Pediatric Patients: The Good, the Bad, and the Unusual," AJR, vol. 176:1563-1569 (2001) (Exhibit No. 1034 filed in interferences 106,008, 106007 on Nov. 18, 2014).

McClorey, G. et al., "Antisense oligonucleotide-induced exon skipping restores dystrophin expression in vitro in a canine model of DMD," Gene Therapy, vol. 13:1373-1381 (2006).

McClorey, G. et al., "Induced dystrophin exon skipping in human muscle explants," Neuromuscular Disorders, vol. 16:583-590 (2006).

US 9,994,851 B2

Page 12

(56)        References Cited

OTHER PUBLICATIONS

McClorey, Graham et al., "Splicing intervention for Duchenne muscular dystrophy," Current Opinion in Pharmacology, vol. 5:529-534 (2005).
McDonald CM, et al., "Profiles of Neuromuscular Diseases, Duchenne muscular dystrophy," Am J Phys Med Rehabil 1995;74:S70-S92.
McDonald CM, et al., "The 6-minute walk test as a new outcome measure in Duchenne muscular dystrophy," Muscle Nerve 2010;41:500-10.
McDonald CM, et al., "The 6-minute walk test in Duchenne/Becker muscular dystrophy: longitudinal observations," Muscle Nerve 2010;42: 966-74.
Mendell JR et al., "Evidence-based path to newborn screening for Duchenne muscular Dystrophy," Ann Neurol 2012;71:304-13.
Mendell JR, et al., "Dystrophin immunity revealed by gene therapy in Duchenne muscular dystrophy," N Engl J Med 2010;363:1429-37.
Mendell JR, et al., "Randomized, double-blind six-month trial of prednisone in Duchenne's muscular dystrophy," N Engl J Med 1989;320:1592-97.
Mendell, Jerry R. et al., "Eteplirsen for the Treatment of Duchenne Muscular Dystrophy," Ann. Neural., vol. 74:637-647 (2013) (Exhibit No. 2058 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).
Mendell, Jerry R. et al., "Eteplirsen in Duchenne Muscular Dystrophy (DMD): 144 Week Update on Six-Minute Walk Test (6MWT) and Safety," slideshow, presented at the 19th International Congress of the World Muscle Society, 17 pages (2014) (Exhibit No. 2059 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).
Mendell, Jerry R. et al., "Gene therapy for muscular dystrophy: Lessons learned and path forward," Neuroscience Letters, vol. 527:90-99 (2012).
Merlini L, et al., "Early corticosteroid treatment in 4 Duchenne muscular dystrophy patients: 14-year follow-up," Muscle Nerve 2012;45:796-802.
Mfold illustrations for Exon 51 and Exon 53 with varying amounts of intron sequence, (University of Western Australia Exhibit 2132, filed Apr. 3, 2015 in Interferences 106007, 106008, and 106013, pp. 1-2).
University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Exhibit List as of Nov. 18, 2014, 7 pages, Patent Interference No. 106,008, dated Nov. 18, 2014 (Doc 216).
University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Exhibit list, 7 pages, Patent Interference No. 106,007, dated Nov. 18, 2014 (Doc 213).
University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Exhibit list, 7 pages, Patent Interference No. 106,013, dated Nov. 18, 2014 (Doc 134).
University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Exhibit List, 7 pages, Patent Interference Nos. 106,008, dated Dec. 12, 2014 (Doc 221).
University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Exhibit List, 8 pages, Patent Interference No. 106,007, dated Dec. 12, 2014 (Doc 217).
University of Western Australia v. Academisch Ziekenhuis Leiden, UWA List of Proposed Motions, Patent Interference No. 106,007, 7 pages, dated Sep. 10, 2014 (Doc 17).
University of Western Australia v. Academisch Ziekenhuis Leiden, UWA List of Proposed Motions, Patent Interference No. 106,008, 6 pages, dated Sep. 10, 2014 (Doc 16).
University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Miscellaneous Motion 1 (for authorization to file terminal disclaimer), 5 pages, Patent Interference No. 106,008, dated Oct. 17, 2014 (Doc 22).
University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Motion 1 For Judgment Under 35 U.S.C., section 112(a)), 40 pages, Patent Interference No. 106,007, dated Nov. 18, 2014 (Doc 210).

University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Motion 1 (For Judgment Under 35 § 112(a)) Patent Interference No. 106,008 (Doc 213), 38 Pages, on Nov. 18, 2014.
University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Motion 1 (To Maintain Interference between UWA U.S. Pat. No. 8,486,907 and AZL U.S. Appl. No. 14/198,992), 45 pages, Patent Interference No. 106,013, dated Nov. 18, 2014 (Doc 133).
University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Motion 2 (For Judgment Under 35 U.S.C. section 112(b)), 32 pages, Patent Interference No. 106,008, dated Nov. 18, 2014 (Doc 214).
University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Motion 2 (For Judgment Under 35 U.S.C. section 112(b)), 34 pages, Patent Interference No. 106,007, dated Nov. 18, 2014 (Doc 211).
University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Motion 3 (For judgment that Claims 11-12, 14-15, and 17-29 of U.S. Appl. No. 13/550,210 are barred under 35 U.S.C. section 135(b)), 25 Pages, Patent Interference No. 106,008, dated Nov. 18, 2014 (Doc 215).
University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Notice of Filing Priority Statement, 2 pages, Patent Interference No. 106,008, dated Nov. 18, 2014 (Doc 218).
University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Notice of Recent Authority, filed in Patent Interference No. 106,007, Jul. 2, 2015, pp. 1-16 (Doc 469).
University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Notice of Recent Authority, filed in Patent Interference No. 106,007, Sep. 2, 2015, pp. 1-18 (Doc 470).
University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Notice of Recent Authority, filed in Patent Interference No. 106,008, Jul. 2, 2015, pp. 1-16 (Doc 477).
University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Notice of Recent Authority, filed in Patent Interference No. 106,008, Sep. 2, 2015, pp. 1-18 (Doc 478).
University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Notice of Related Proceedings, Patent Interference No. 106,007, 3 pages, dated Aug. 1, 2014 (Doc 11).
University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Notice of Related Proceedings, Patent Interference No. 106,008, 5 pages, dated Aug. 7, 2014 (Doc 11).
University of Western Australia v. Academisch Ziekenhuis Leiden, UWA Notice of Related Proceedings, Patent Interference No. 106,013, 3 pages, dated Oct. 14, 2014 (Doc 6).
U.S. Pat. No. 7,960,541 (Wilton et al.), pp. 84, Exhibit No. 1002 filed in interferences 106,007 and 106,008 on Nov. 18, 2014.
U.S. Pat. No. 8,450,474 (Wilton et al.), pp. 95, Exhibit No. 1087 filed in interferences 106,007 and 106,008 on Feb. 13, 2015.
U.S. Pat. No. 8,455,634 (Wilton et al.) pp. 95, Exhibit No. 1088 filed in interferences 106,007 and 106,008 on Feb. 13, 2015.
U.S. Pat. No. 8,455,635 (Wilton et al.), pp. 96, Exhibit No. 1089 filed in interferences 106,007 and 106,008 on Feb. 13, 2015.
U.S. Pat. No. 8,455,636 (Wilton et al.), pp. 92, Exhibit No. 1003 filed in interferences 106,007 and 106,008 on Nov. 18, 2014.
U.S. Pat. No. 8,476,423 (Wilton et al.), pp. 95, Exhibit No. 1111 filed in interferences 106,007 and 106,008 on Feb. 13, 2015.
U.S. Pat. No. 8,501,703 (Bennett et al.), pp. 16, Exhibit No. 1090 filed in interferences 106,007 and 106,008 on Feb. 13, 2015.
U.S. Pat. No. 8,501,704 (Mourich et al.), pp. 39, Exhibit No. 1091 filed in interferences 106,007 and 106,008 on Feb. 13, 2015.
U.S. Pat. No. 8,524,676 (Stein et al.), pp. 28, Exhibit No. 1092 filed in interferences 106,007 and 106,008 on Feb. 13, 2015.
U.S. Pat. No. 8,524,880 (Wilton et al.), pp. 89, Exhibit No. 1093 filed in interferences 106,007 and 106,008 on Feb. 13, 2015.
U.S. Pat. No. 8,536,147 (Weller et al.), pp. 95, Exhibit No. 1094 filed in interferences 106,007 and 106,008 on Feb. 17, 2015,Doc 251.
U.S. Pat. No. 8,592,386 (Mourich et al.), pp. 46, Exhibit No. 1095 filed in interferences 106,007 and 106,008 on Feb. 13, 2015.
U.S. Pat. No. 8,618,270 (Iversen et al.), pp. 28, Exhibit No. 1096 filed in interferences 106,007 and 106,008 on Feb. 13, 2015.
U.S. Pat. No. 8,637,483 (Wilton et al.), pp. 157, Exhibit No. 1097 filed in interferences 106,007 and 106,008 on Feb. 13, 2015.

## US 9,994,851 B2

Page 13

(56)    References Cited

OTHER PUBLICATIONS

U.S. Pat. No. 8,697,858 (Iversen), pp. 95, Exhibit No. 1098 filed in interferences 106,007 and 106,008 on Feb. 13, 2015.
U.S. Pat. No. 8,703,735 (Iversen et al.) pp. 73, Exhibit No. 1099 filed in interferences 106,007 and 106,008 on Feb. 13, 2015.
U.S. Pat. No. 8,741,863 (Moulton et al.), pp. 68, Exhibit No. 1100 filed in interferences 106,007 and 106,008 on Feb. 13, 2015.
U.S. Pat. No. 8,759,307 (Stein et al.), pp. 35, Exhibit No. 1101 filed in interferences 106,007 and 106,008 on Feb. 13, 2015.
U.S. Pat. No. 8,779,128 (Hanson et al.), pp. 104, Exhibit No. 1102 filed in interferences 106,007 and 106,008 on Feb. 13, 2015.
U.S. Pat. No. 8,785,407 (Stein et al.), pp. 35, Exhibit No. 1103 filed in interferences 106,007 and 106,008 on Feb. 13, 2015.
U.S. Pat. No. 8,785,410 (Iversen et al.), pp. 20, Exhibit No. 1104 filed in interferences 106,007 and 106,008 on Feb. 13, 2015.
U.S. Pat. No. 8,835,402 (Kole et al.), pp. 27, Exhibit No. 1105 filed in interferences 106,007 and 106,008 on Feb. 13, 2015.
U.S. Pat. No. 8,865,883 (Sazani et al.), pp. 199, Exhibit No. 1106 filed in interferences 106,007 and 106,008 on Feb. 13, 2015.
U.S. Pat. No. 8,871,918 (Sazani et al.), pp. 195, Exhibit No. 1107 filed in interferences 106,007 and 106,008 on Feb. 13, 2015.
U.S. Pat. No. 8,877,725 (Iversen et al.), pp. 34, Exhibit No. 1108 filed in interferences 106,007 and 106,008 on Feb. 13, 2015.
U.S. Pat. No. 8,895,722 (Iversen et al.), pp. 29, Exhibit No. 1109 filed in interferences 106,007 and 106,008 on Feb. 13, 2015.
U.S. Pat. No. 8,906,872 (Iversen et al.), pp. 69, Exhibit No. 1110 filed in interferences 106,007 and 106,008 on Feb. 13, 2015.
US Abandonment for U.S. Appl. No. 13/902,376, 1 page, dated Jun. 12, 2014 (Exhibit No. 1047 filed in interferences 106008, 106007 on Nov. 18, 2014).
U.S. Appl. No. 11/570,691, filed Jan. 15, 2008, Stephen Wilton.
U.S. Appl. No. 12/837,356, filed Jul. 15, 2010, Stephen Donald Wilton.
U.S. Appl. No. 12/837,359, filed Jul. 15, 2010, Stephen Donald Wilton.
U.S. Appl. No. 12/860,078, filed Aug. 20, 2010, Stehen Donald Wilton.
U.S. Appl. No. 13/168,857, filed Jun. 24, 2011, Stephen Donald Wilton.
U.S. Appl. No. 13/168,863, filed Jun. 24, 2011, Stephen Donald Wilton.
U.S. Appl. No. 13/270,500, filed Oct. 11, 2011, Stephen Donald Wilton.
U.S. Appl. No. 13/270,531, filed Oct. 11, 2011, Stephen Donald Wilton.
U.S. Appl. No. 13/270,744, filed Oct. 11, 2011, Stephen Donald Wilton.
U.S. Appl. No. 13/270,937, filed Oct. 11, 2011, Stephen Donald Wilton.
U.S. Appl. No. 13/270,992, filed Oct. 11, 2011, Stephen Donald Wilton.
U.S. Appl. No. 13/271,080, filed Oct. 11, 2011, Stephen Donald Wilton.
U.S. Appl. No. 13/727,415, filed Dec. 26, 2012, Stephen Donald Wilton.
U.S. Appl. No. 13/741,150, filed Jan. 14, 2013, Stephen Donald Wilton.
U.S. Appl. No. 13/826,613, filed Mar. 14, 2013, Stephen Donald Wilton.
U.S. Appl. No. 13/826,880, filed Mar. 14, 2013, Stephen Donald Wilton.
U.S. Appl. No. 13/902,376, filed May 24, 2013, Stephen Donald Wilton.
U.S. Appl. No. 13/963,578, filed Aug. 9, 2013, Stephen Donald Wilton.
U.S. Appl. No. 14/086,859, filed Nov. 21, 2013, Stephen Donald Wilton.
U.S. Appl. No. 14/178,059, filed Feb. 11, 2014, Stephen Donald Wilton.

U.S. Appl. No. 14/223,634, filed Mar. 24, 2014, Stephen Donald Wilton.
U.S. Appl. No. 14/273,318, filed May 8, 2014, Stephen Donald Wilton.
U.S. Appl. No. 14/273,379, filed May 8, 2014, Stephen Donald Wilton.
U.S. Appl. No. 14/316,603, filed Jun. 26, 2014, Stephen Donald Wilton.
U.S. Appl. No. 14/316,609, filed Jun. 26, 2014, Stephen Donald Wilton.
U.S. Appl. No. 14/317,952, filed Jun. 27, 2014, Stephen Donald Wilton.
U.S. Appl. No. 14/740,097, filed Jun. 15, 2015, Stephen Donald Wilton.
U.S. Appl. No. 14/852,090, filed Sep. 11, 2015, Stephen Donald Wilton.
U.S. Appl. No. 14/852,149, filed Sep. 11, 2015, Stephen Donald Wilton.
U.S. Appl. No. 14/857,555, filed Sep. 17, 2015, Stephen Donald Wilton.
U.S. Appl. No. 14/857,561, filed Stephen Donald Wilton.
U.S. Appl. No. 14/858,250, filed Sep. 18, 2015, Stephen Donald Wilton.
U.S. Appl. No. 15/274,719, filed Sep. 23, 2016, Stephen Donald Wilton.
U.S. Appl. No. 15/274,772, filed Sep. 23, 2016, Stephen Donald Wilton.
U.S. Appl. No. 15/349,535, filed Nov. 11, 2016, Stephen Donald Wilton.
U.S. Appl. No. 12/605,276, filed Oct. 23, 2009, Peter Sazani.
U.S. Appl. No. 13/829,545, filed Mar. 14, 2013, Peter Sazani.
U.S. Appl. No. 13/830,253, filed Mar. 14, 2013, Peter Sazani.
U.S. Appl. No. 14/523,610, filed Oct. 24, 2014, Peter Sazani.
U.S. Appl. No. 14/852,257, filed Sep. 11, 2015, Peter Sazani.
U.S. Appl. No. 14/852,264, filed Sep. 11, 2015, Peter Sazani.
U.S. Appl. No. 14/857,569, filed Sep. 17, 2015, Peter Sazani.
U.S. Appl. No. 14/857,590, filed Sep. 17, 2015, Peter Sazani.
U.S. Appl. No. 14/858,416, filed Sep. 18, 2015, Peter Sazani.
U.S. Appl. No. 14/743,856, filed Jun. 18, 2015, R.K. Bestwick.
U.S. Appl. No. 14/213,629, filed Mar. 14, 2014, E.M. Kaye.
U.S. Appl. No. 14/214,567, filed Mar. 14, 2014, E.M. Kaye.
U.S. Appl. No. 14/213,607, filed Mar. 14, 2014, R.K. Bestwick.
U.S. Appl. No. 14/214,480, filed Mar. 14, 2014, R.K. Bestwick.
U.S. Appl. No. 14/942,629, filed Nov. 16, 2015, R.K. Bestwick.
U.S. Appl. No. 13/509,331, filed Jul. 9, 2012, S.D. Wilton.
U.S. Appl. No. 14/108,137, filed Dec. 16, 2013, S.D. Wilton.
U.S. Appl. No. 14/944,886, filed Nov. 18, 2015, S.D. Wilton.
U.S. Appl. No. 14/213,641, filed Mar. 14, 2014, R.K. Bestwick.
U.S. Appl. No. 14/776,533, filed Sep. 14, 2015, R.K. Bestwick.
U.S. Appl. No. 11/570, Aug. 16, 2010.
U.S. Appl. No. 11/570,691, Mar. 15, 2010.
U.S. Appl. No. 11/570,691, May 26, 2009.
U.S. Appl. No. 12/837,356, May 3, 2013.
U.S. Appl. No. 12/837,356, Apr. 3, 2013.
U.S. Appl. No. 12/837,356, Aug. 2. 2012.
U.S. Appl. No. 12/837,359, Mar. 12, 2012.
U.S. Appl. No. 12/837,359, Oct. 5, 2011.
U.S. Appl. No. 12/837,359, Mar. 30, 2011.
U.S. Appl. No. 12/837,359, Dec. 22, 2010.
U.S. Appl. No. 12/860,078, Feb. 14, 2011.
U.S. Appl. No. 13/168,857, Jul. 12, 2012.
U.S. Appl. No. 13/168,863, Mar. 8, 2013.
U.S. Appl. No. 13/168,863, Oct. 11, 2012.
U.S. Appl. No. 13/168,863, Aug. 8, 2012.
U.S. Appl. No. 13/270,500, Mar. 15, 2013.
U.S. Appl. No. 13/270,500, Jul. 30, 2012.
U.S. Appl. No. 13/270,500, Mar. 14, 2012.
U.S. Appl. No. 13/270,531, Jun. 28, 2012.
U.S. Appl. No. 13/270,531, Mar. 14, 2012.
U.S. Appl. No. 13/270,744, Apr. 3, 2013.
U.S. Appl. No. 13/270,744, Aug. 6, 2012.
U.S. Appl. No. 13/270,744, Mar. 14, 2012.
U.S. Appl. No. 13/270,937, Feb. 25, 2013.

SRPT-VYDS-0005065

**US 9,994,851 B2**

Page 14

(56)        References Cited

OTHER PUBLICATIONS

U.S. Appl. No. 13/270,937, Jun. 14, 2012.
U.S. Appl. No. 13/270,937, Mar. 14, 2012.
U.S. Appl. No. 13/270,992, Apr. 4, 2013.
U.S. Appl. No. 13/270,992, Jul. 30, 2012.
U.S. Appl. No. 13/270,992, Mar. 16, 2012.
U.S. Appl. No. 13/271,080, Mar. 26, 2013.
U.S. Appl. No. 13/271,080, Jul. 30, 2012.
U.S. Appl. No. 13/271,080, Mar. 14, 2012.
U.S. Appl. No. 13/727,415, Feb. 6, 2013.
U.S. Appl. No. 13/741,150, Mar. 16, 2015.
U.S. Appl. No. 13/741,150, Sep. 18, 2014.
U.S. Appl. No. 13/741,150, Apr. 11, 2014.
U.S. Appl. No. 13/741,150, Sep. 24, 2013.
U.S. Appl. No. 13/826,613, Jul. 22, 2014.
U.S. Appl. No. 13/826,613, Jan. 7, 2014.
U.S. Appl. No. 13/826,613, Jul. 17, 2013.
U.S. Appl. No. 13/826,880, Jun. 22, 2015.
U.S. Appl. No. 13/826,880, Jan. 26, 2015.
U.S. Appl. No. 13/826,880, Apr. 15, 2014.
U.S. Appl. No. 13/826,880, Sep. 11, 2013.
U.S. Appl. No. 13/902,376, Jun. 5, 2014.
U.S. Appl. No. 13/902,376, Jan. 7, 2014.
U.S. Appl. No. 13/902,376, Jul. 18, 2013.
U.S. Appl. No. 13/963,578, Sep. 24, 2013.
U.S. Appl. No. 14/086,859, Jun. 30, 2014.
U.S. Appl. No. 14/086,859, Jan. 27, 2014.
U.S. Appl. No. 14/178,059, Mar. 31, 2014.
U.S. Appl. No. 14/223,634, Apr. 15, 2015.
U.S. Appl. No. 14/273,318, Oct. 20, 2014.
U.S. Appl. No. 14/273,318, Jul. 3, 2014.
U.S. Appl. No. 14/273,379, Jul. 7, 2014.
U.S. Appl. No. 14/316,603, Mar. 10, 2015.
U.S. Appl. No. 14/316,603, Sep. 26, 2014.
U.S. Appl. No. 14/316,609, Mar. 16, 2015.
U.S. Appl. No. 14/316,609, Oct. 21, 2014.
U.S. Appl. No. 14/317,952, Mar. 18, 2015.
U.S. Appl. No. 14/317,952, Nov. 7, 2014.
U.S. Appl. No. 14/740,097, Nov. 14, 2016.
U.S. Appl. No. 14/740,097, Apr. 8, 2016.
U.S. Appl. No. 14/740,097, Nov. 6, 2015.
U.S. Appl. No. 14/852,090, Apr. 15, 2016.
U.S. Appl. No. 14/852,090, Jan. 6, 2016.
U.S. Appl. No. 14/852,090, Oct. 15, 2015.
U.S. Appl. No. 14/852,149, Nov. 24, 2015.
U.S. Appl. No. 14/857,555, Apr. 18, 2016.
U.S. Appl. No. 14/857,555, Nov. 6, 2015.
U.S. Appl. No. 14/857,561, Apr. 18, 2016.
U.S. Appl. No. 14/857,561, Mar. 15, 2016.
U.S. Appl. No. 14/857,561, Feb. 17, 2016.
U.S. Appl. No. 14/857,561, Jan. 8, 2016.
U.S. Appl. No. 14/857,561, Oct. 23, 2015.
U.S. Appl. No. 14/858,250, Nov. 6, 2015.
U.S. Appl. No. 12/605,276, Jun. 18, 2014.
U.S. Appl. No. 12/605,276, Oct. 18, 2013.
U.S. Appl. No. 12/605,276, Dec. 23, 2011.
U.S. Appl. No. 12/605,276, Aug. 24, 2011.
U.S. Appl. No. 12/605,276, Feb. 11, 2011.
U.S. Appl. No. 13/829,545, Jun. 6, 2014.
U.S. Appl. No. 13/830,253, Jun. 11, 2014.
U.S. Appl. No. 13/830,253, Nov. 26, 2013.
U.S. Appl. No. 14/523,610, May 11, 2016.
U.S. Appl. No. 14/852,257, Oct. 27, 2015.
U.S. Appl. No. 14/852,257, Oct. 6, 2015.
U.S. Appl. No. 14/852,264, Apr. 21, 2016.
U.S. Appl. No. 14/852,264, Oct. 21, 2015.
U.S. Appl. No. 14/857,569, May 6, 2016.
U.S. Appl. No. 14/857,569, Nov. 19, 2015.
U.S. Appl. No. 14/857,590, May 16, 2016.
U.S. Appl. No. 14/857,590, Nov. 19, 2015.

U.S. Appl. No. 14/858,416, May 4, 2016.
U.S. Appl. No. 14/858,416, Oct. 27, 2015.
U.S. Appl. No. 14/214,567, Jul. 7, 2016.
U.S. Appl. No. 14/214,567, Dec. 3, 2015.
U.S. Appl. No. 14/214,567, Jun. 24, 2015.
U.S. Appl. No. 14/213,607, Sep. 15, 2015.
U.S. Appl. No. 14/213,607, Apr. 1, 2015.
U.S. Appl. No. 14/213,607, Sep. 18, 2014.
U.S. Appl. No. 14/214,480, Aug. 2, 2016.
U.S. Appl. No. 14/214,480, Oct. 19, 2015.
U.S. Appl. No. 14/214,480, Apr. 17, 2015.
U.S. Appl. No. 14/214,480, Sep. 19, 2014.
U.S. Appl. No. 14/942,629, Aug. 16, 2016.
U.S. Appl. No. 13/509,331, Sep. 16, 2013.
U.S. Appl. No. 13/509,331, Jan. 28, 2013.
U.S. Appl. No. 14/108,137, Apr. 29, 2015.
U.S. Appl. No. 14/108,137, Oct. 9, 2015.
U.S. Appl. No. 14/108,137, Oct. 3, 2014.
U.S. Appl. No. 14/944,886, Apr. 27, 2017.
U.S. Appl. No. 14/944,886, Sep. 30, 2016.
U.S. Appl. No. 14/213,641, Aug. 1, 2016.
U.S. Appl. No. 14/213,641, Oct. 16, 2015.
U.S. Appl. No. 14/213,641, Mar. 31, 2015.
U.S. Appl. No. 14/213,641, Sep. 18, 2014.
U.S. Appl. No. 14/213,629, May 23, 2016.
U.S. Appl. No. 14/213,629, Aug. 21, 2015.
U.S. Appl. No. 14/213,629, Dec. 29, 2014.
U.S. Appl. No. 14/743,856, Aug. 1, 2016.
U.S. Appl. No. 14/776,533, Feb. 28, 2017.
U.S. Appl. No. 14/776,533, Aug. 3, 2016.
U.S. Appl. No. 15/274,719, Dec. 16, 2016.
U.S. Appl. No. 15/274,772, Dec. 30, 2016.
U.S. Appl. No. 15/274,772, Sep. 18, 2017.
*University of Western Australia v. Academisch Ziekenhuis Leiden,*
Miscellaneous Order under 37 CFR 41.104(a), 4 pages, Patent
Interference Nos. 106.007 and 106.008, dated Dec. 15, 2014.
*University of Western Australia v. Academisch Ziekenhuis Leiden,*
Order—Authorizing Motions, Patent Interference No. 106,007, 3
pages, dated Sep. 26, 2014 (Doc 20).
*University of Western Australia v. Academisch Ziekenhuis Leiden,*
Order—Authorizing Motions, Patent Interference No. 106,007, 6
pages, dated Sep. 23, 2014 (Doc 19).
*University of Western Australia v. Academisch Ziekenhuis Leiden,*
Order—Authorizing Motions, Patent Interference No. 106,008, 6
pages, dated Sep. 23, 2014 (Doc 18).
*University of Western Australia v. Academisch Ziekenhuis Leiden,*
Order—Miscellaneous, 2 pages, Patent Interference No. 106,007,
106,008, 106,013, dated Nov. 14, 2014.
*University of Western Australia v. Academisch Ziekenhuis Leiden,*
Order to Show Cause—37 CFR§ 41.104(a), filed in Patent Inter-
ference No. 106,013, Jun. 22, 2015, pp. 1-3 (Doc 193).
*University of Western Australia v. Academisch Ziekenhuis Leiden,*
Redeclaration, Patent Interference No. 106,008, 2 pages, dated Sep.
23, 2014 (Doc 19).
*University of Western Australia v. Academisch Ziekenhuis Leiden,*
Second Declaration of Matthew J. A. Wood, M.D., D. Phil., Patent
Interference Nos. 106,007 and 106,008, 78 pages, dated Feb. 17,
2015 (Exhibit No. 2116 filed in interferences 106,007 and
106,008,on Feb. 17, 2015.
*University of Western Australia v. Academisch Ziekenhuis Leiden,*
Statement Concerning Initial Settlement Discussions, 3 pages, Pat-
ent Interference No. 106,013, (Doc 136), dated Dec. 30, 2014.
*University of Western Australia v. Academisch Ziekenhuis Leiden,*
Statement Concerning Settlement Discussions, 3 pages, Patent
Interference No. 106,007, (Doc 242) dated Dec. 30, 2014.
*University of Western Australia v. Academisch Ziekenhuis Leiden,*
Statement Concerning Settlement Discussions, 3 pages, Patent
Interference No. 106,008, (Doc 246), dated Dec. 30, 2014.
*University of Western Australia v. Academisch Ziekenhuis Leiden,*
Statement Concerning Subsequent Settlement Discussions, filed in
Patent Interference No. 106,013, Aug. 24, 2015, pp. 1-3 (Doc 195).

**US 9,994,851 B2**

Page 15

(56)         **References Cited**

OTHER PUBLICATIONS

*University of Western Australia v. Academisch Ziekenhuis Leiden,* University of Western Australia Response to Order to Show Cause, filed in Patent Interference No. 106,013, Jul. 20, 2015, pp. 1-28 (Doc 194).

*University of Western Australia v. Academisch Ziekenhuis Leiden,* University of Western Australia Exhibit List as of Apr. 10, 2015, filed in Patent Interference No. 106,007, Apr. 10, 2015, pp. 1-10 (Doc 456).

*University of Western Australia v. Academisch Ziekenhuis Leiden,* University of Western Australia Exhibit List as of Apr. 10, 2015, filed in Patent Interference No. 106,008, Apr. 10, 2015, pp. 1-10 (Doc 464).

*University of Western Australia v. Academisch Ziekenhuis Leiden,* University of Western Australia Exhibit List as of Apr. 3, 2015, filed in Interference 106007, Apr. 3, 2015, pp. 1-10 (Doc 431).

*University of Western Australia v. Academisch Ziekenhuis Leiden,* University of Western Australia Exhibit List as of Apr. 3, 2015, filed in Interference 106008, Apr. 3, 2015, pp. 1-10 (Doc 439).

*University of Western Australia v. Academisch Ziekenhuis Leiden,* University of Western Australia Exhibit List as of Apr. 3, 2015, filed in Interference 106013, Apr. 3, 2015, pp. 1-10 (Doc 153).

*University of Western Australia v. Academisch Ziekenhuis Leiden,* University of Western Australia Exhibit List as of Oct. 29, 2015, filed in Patent Interference No. 106,013, Oct. 29, 2015, pp. 1-10 (Doc 199).

*University of Western Australia v. Academisch Ziekenhuis Leiden,* University of Western Australia Miscellaneous Motion 4 (to exclude evidence), filed in Patent Interference No. 106,007, Apr. 10, 2015, pp. 1-21 (Doc 455).

*University of Western Australia v. Academisch Ziekenhuis Leiden,* University of Western Australia Miscellaneous Motion 4 (to exclude evidence), filed in Patent Interference No. 106,008, Apr. 10, 2015, pp. 1-21 (Doc 463).

*University of Western Australia v. Academisch Ziekenhuis Leiden,* University of Western Australia Opposition 1 (Regarding Patentability Under 35 U.S.C. § 102/103), 38 pages, Patent Interference No. 106,007, (Doc 393), dated Feb. 17, 2015.

*University of Western Australia v. Academisch Ziekenhuis Leiden,* University of Western Australia Opposition 1 (Regarding Patentability Under 35 U.S.C. § 102/103), 39 pages, Patent Interference No. 106,008, (Doc 402), dated Feb. 17, 2015.

*University of Western Australia v. Academisch Ziekenhuis Leiden,* University of Western Australia Opposition 2 (To Retain UWA's Benefit of AU 2004903474), 31 pages, Patent Interference No. 106,008, (Doc 403), dated Feb. 17, 2015.

*University of Western Australia v. Academisch Ziekenhuis Leiden,* University of Western Australia Opposition 2 (To Retain UWA's Benefit of AU 2004903474), 37 pages, Patent Interference No. 106,007, (Doc 394), dated Feb. 17, 2015.

*University of Western Australia v. Academisch Ziekenhuis Leiden,* University of Western Australia Opposition 3 (Regarding Patentability Under 35 U.S.C. § 101), 22 pages, Patent Interference No. 106,007, (Doc 395), dated Feb. 17, 2015.

*University of Western Australia v. Academisch Ziekenhuis Leiden,* University of Western Australia Opposition 3 (Regarding Patentability Under 35 U.S.C. § 101), 22 pages, Patent Interference No. 106,008, (Doc 404), dated Feb. 17, 2015.

*University of Western Australia v. Academisch Ziekenhuis Leiden,* University of Western Australia Opposition 4 (To deny entry of AzI's Proposed New Claims 104 and 105), 36 pages, Patent Interference No. 106,007, (Doc 397), dated Feb. 17, 2015.

*University of Western Australia v. Academisch Ziekenhuis Leiden,* University of Western Australia Opposition 4 (To deny entry of AZL's Proposed New Claims 30 and 31), 36 pages, Patent Interference No. 106,008, (Doc 405), dated Feb. 17, 2015.

*University of Western Australia v. Academisch Ziekenhuis Leiden,* University of Western Australia Reply 1 (to AZL Opposition 1), filed Apr. 3, 2015 in Interference 106007, pp. 1-28 (Doc 428).

*University of Western Australia v. Academisch Ziekenhuis Leiden,* University of Western Australia Reply 1 (to AZL Opposition 1), filed Apr. 3, 2015 in Interference 106008, pp. 1-28, (Doc 436).

*University of Western Australia v. Academisch Ziekenhuis Leiden,* University of Western Australia Reply 1 (to Maintain be Interference) filed Apr. 3, 2015 in Interference 106013, pp. 1-17 (Doc 152).

*University of Western Australia v. Academisch Ziekenhuis Leiden,* University of Western Australia Reply 2 (to AZL Opposition 2) filed Apr. 3, 2015 in Interference 106007, pp. 1-22 (Doc 429).

*University of Western Australia v. Academisch Ziekenhuis Leiden,* University of Western Australia Reply 2 (to AZL Opposition 2) filed Apr. 3, 2015 in Interference 106008, pp. 1-22 (Doc 437).

*University of Western Australia v. Academisch Ziekenhuis Leiden,* University of Western Australia Reply 3 (for Judgment under 35 U.S.C. §135(b)) filed Apr. 3, 2015 in Interference 106008, pp. 1-19 (Doc 438).

*University of Western Australia v. Academisch Ziekenhuis Leiden,* University of Western Australia Reply 3 (to Institute an Interference) filed Apr. 3, 2015 in Interference 106007, pp. 1-17 (Doc 430).

*University of Western Australia v. Academisch Ziekenhuis Leiden,* University of Western Australia Reply 4 (To Exclude Evidence), filed in Patent Interference No. 106,007, May 12, 2015, pp. 1-13 (Doc 467).

*University of Western Australia v. Academisch Ziekenhuis Leiden,* University of Western Australia Reply 4 (To Exclude Evidence), filed in Patent Interference No. 106,008, May 12, 2015, pp. 1-13 (Doc 475).

*University of Western Australia v. Academisch Ziekenhuis Leiden,* University of Western Australia Request for Oral Argument, filed in Patent Interference No. 106,007, Apr. 10, 2015, pp. 1-4 (Doc 457).

*University of Western Australia v. Academisch Ziekenhuis Leiden,* University of Western Australia Request for Oral Argument, filed in Patent Interference No. 106,008, Apr. 10, 2015, pp. 1-4 (Doc 465).

*University of Western Australia v. Academisch Ziekenhuis Leiden,* University of Western Australia Request for Oral Argument, filed in Patent Interference No. 106,013, Apr. 10, 2015, pp. 1-3 (Doc 190).

*University of Western Australia v. Academisch Ziekenhuis Leiden,* University of Western Australia Request for Rehearing, filed in Patent Interference No. 106,013, Oct. 29, 2015, pp. 1-20 (Doc 198).

*University of Western Australia v. Academisch Ziekenhuis Leiden,* University of Western Australia Revised Designation of Lead and Backup Counsel, 4 pages, Patent Interference No. 106,007, (Doc 415), dated Mar. 10, 2015.

*University of Western Australia v. Academisch Ziekenhuis Leiden,* University of Western Australia Revised Designation of Lead and Backup Counsel, 4 pages, Patent Interference No. 106,013, (Doc 150 ), dated Mar. 10, 2015.

*University of Western Australia v. Academisch Ziekenhuis Leiden,* University of Western Australia Revised Designation of Lead and Backup Counsel, 5 pages, Patent Interference No. 106,008, (Doc 423 ), dated Mar. 10, 2015.

*University of Western Australia v. Academisch Ziekenhuis Leiden,* University of Western Australia, Exhibit List as of Feb. 17, 2015, 8 pages, Patent Interference No. 106,007, (Doc No. 398) dated Feb. 17, 2015.

*University of Western Australia v. Academisch Ziekenhuis Leiden,* University of Western Australia, Exhibit List as of Feb. 17, 2015, 8 pages, Patent Interference No. 106,008, (Doc No. 406) dated Feb. 17, 2015.

*University of Western Australia v. Academisch Ziekenhuis Leiden,* UWA Clean Involved Claims and Sequence, Patent Interference No. 106,007, 8 pages, dated Aug. 1, 2014 (Doc 12).

*University of Western Australia v. Academisch Ziekenhuis Leiden,* UWA Clean Involved Claims and Sequence, Patent Interference No. 106,013, 7 pages, dated Oct. 14, 2014 (Doc 7).

*University of Western Australia v. Academisch Ziekenhuis Leiden,* UWA Clean Involved Claims and Sequences, Patent Interference No. 106,008, 8 pages, dated Aug. 7, 2014 (Doc 12).

AON PS1966 Mass Spectrometry Data, pg. 8, Exhibit No. 1154 filed in Interferences 106,007 and 106,008 on Feb. 16, 2015.

AON PS1966 UPLC Data, pg. 2, Exhibit No. 1165 filed in Interferences 106,007 and 106,008 on Feb. 16, 2015.

US 9,994,851 B2

Page 16

(56)        References Cited

OTHER PUBLICATIONS

AON PS1967 Mass Spectrometry Data, pp. 7, Exhibit No. 1155 filed in Interferences 106,007 and 106,008 on Feb. 16, 2015.

AON PS1967 UPLC Data, pp. 2, Exhibit No. 1166 filed in Interferences 106,007 and 106,008 on Feb. 16, 2015.

AON PS229 (h53AON1) HPLC Chromatograph pp. 2, Exhibit No. 1140 filed in Interferences 106,007 and 106,008 on Feb. 16, 2015.

AON PS229 (h53AON1) HPLC Method Report, pp. 3, Exhibit No. 1139 filed in Interferences 106,007 and 106,008 on Feb. 16, 2015.

AON PS229 (h53AON1) Mass Spectrometry Data, pp. 3, Exhibit No. 1142 filed in Interferences 106,007 and 106,008 on Feb. 16, 2015.

AON PS229 (h53AON1) Synthesis Laboratory Notebook Entry, pp. 1, Exhibit No. 1137 filed in Interferences 106,007 and 106,008 on Feb. 16, 2015.

AON PS229L (h53A0N229L) Certificate of Analysis, pp. 1, Exhibit No. 1129 filed in Interferences 106,007 and 106,008 on Feb. 17, 2015.

AON PS43 (h51AON1) Certificate of Analysis, pp. 1, Exhibit No. 1134 filed in Interferences 106,007 and 106,008 on Feb. 17, 2015.

AON PS43 (h51AON1) HPLC Chromatogram, pp. 1, Exhibit No. 1131 filed in Interferences 106,007 and 106,008 on Feb. 17, 2015.

AON PS43 (h51AON1) HPLC Method Report, pp. 4, Exhibit No. 1130 filed in Interferences 106,007 and 106,008 on Feb. 17, 2015.

AON PS43 (h51AON1) Mass Spectrometry Data, pp. 3, Exhibit No. 1135 filed in Interferences 106,007 and 106,008 on Feb. 16, 2015.

AON PS43 (h51AON1) UPLC-UV Data, pp. 2, Exhibit No. 1136 filed in Interferences 106,007 and 106,008 on Feb. 16, 2015.

AONs PS1958, PS1959, PS1960, PS1961, PS1962, PS1963, PS1964, PS1965, PS1966, and PS1967 HPLC Method Report, pp. 3, Exhibit No. 1143 filed in Interferences 106,007 and 106,008 on Feb. 16, 2015.

Applicant-Initiated Interview Summary dated Apr. 8, 2013 in U.S. Appl. No. 13/094,548, (University of Western Australia Exhibit 2144, filed Apr. 3, 2015 in Interferences 106007, 106008, and 106013, pp. 1-11).

Arechavala-Gomeza V, et al., "Immunohistological intensity measurements as a tool to assess sarcolemma-associated protein expression," Neuropathol Appl Neurobiol 2010;36: 265-74.

Arechavala-Gomeza, V. et al., "Comparative Analysis of Antisense Oligonucleotide Sequences for Targeted Skipping of Exon 51 During Dystrophin Pre-mRNA Splicing in Human Muscle," Human Gene Therapy, vol. 18:798-810 (2007).

Arora, Vikram et al., "c-Myc Antisense Limits Rat Liver Regeneration and Indicates Role for c-Myc in Regulating Cytochrome P-450 3A Activity," The Journal of Pharmacology and Experimental Therapeutics, vol. 292(3):921-928 (2000).

Asetek Danmark A/S v. CMI USA, Inc., 2014 WL 5990699, N.D. Cal. 2014, 8 pages, (Academisch Ziekenhuis Leiden Exhibit 1237, filed May 5, 2015 in Interference 106007 and 106008).

Asvadi, Parisa et al., "Expression and functional analysis of recombinant scFv and diabody fragments with specificity for human RhD," Journal of Molecular Recognition, vol. 15:321-330 (2002). Australian Application No. 2004903474, 36 pages, dated Jul. 22, 2005 (Exhibit No. 1004 filed in interferences 106008, 106007 on Nov. 18, 2014).

AVI BioPharma, Inc., "Exon 51 Sequence of Dystrophin," Document D19 as filed in Opposition of European Patent EP1619249, filed Jun. 23, 2009, 7 pages.

AZL's PCT/NL03/00214 (the as-filed AZL PCT Application) Exhibit No. 1006, filed in Interference No. 106,007, 64 pages, Dec. 23, 2014.

AZL's U.S. Appl. No. 14/295,311 and claims, as-filed Jun. 3, 2014 ("The '311 Application") (Exhibit No. 1077 filed in interferences 106008, 106007 on Dec. 23, 2014).

Azofeifa J, et al., "X-chromosome methylation in manifesting and healthy carriers of dystrophinopathies: concordance of activation ratios among first degree female relatives and skewed inactivation as cause of the affected phenotypes," Hum Genet 1995;96:167-176.

Beaucage, S.L. et al., "Deoxynucleoside Phosphoramidites—A New Class of Key Intermediates for Deoxypolynucleotide Synthesis," Tetrahedron Letters, vol. 22(20):1859-1862 (1981).

Bellare, Priya et al., "A role for ubiquitin in the spliceosome assembly pathway," Nature Structural & Molecular Biology, vol. 15(5):444-451 (2008) (Exhibit No. 1057 filed in interferences 106008, 106007 on Nov. 18, 2014).

Bellare, Priya et al., "Ubiquitin binding by a variant Jab1/MPN domain in the essential pre-mRNA splicing factor Prp8p," RNA, vol. 12:292-302 (2006) (Exhibit No. 1056 filed in interferences 106008,106007 on Nov. 18, 2014).

Bennett, C. Frank et al., "RNA Targeting Therapeutics: Molecular Mechanisms of Antisense Oligonucleotides as a Therapeutic Platform," Annu. Rev. Pharmacol. Toxicol., vol. 50:259-293 (2010) (Exhibit No. 1025 filed in interferences 106008, 106007 on Nov. 18, 2014).

Berge, Stephen M. et al., "Pharmaceutical Salts," Journal of Pharmaceutical Sciences, vol. 66(1):1-18 (1977).

Bestas et al., "Design and Application of Bispecific Splice Switching Oligonucleotides," Nuc. Acid Therap., vol. 24, No. 1, pp. 13-24 (2014), Exhibit No. 1120 filed in interferences 106,007 and 106,008 on Feb. 17, 2015.

Braasch, Dwaine A. et al., "Locked nucleic acid (LNA): fine-tuning the recognition of DNA and RNA," Chemistry & Biology, vol. 8:1-7 (2001) (Exhibit No. 2009 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).

Braasch, Dwaine A. et al., "Novel Antisense and Peptide Nucleic Acid Strategies for Controlling Gene Expression," Biochemistry, vol. 41(14):4503-4510 (2002) (Exhibit No. 2006 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).

Bremmer-Bout, Mattie et al., "Targeted Exon Skipping in Transgenic hDMD Mice: A Model for Direct Preclinical Screening of Human-Specific Antisense Oligonucleotides," Molecular Therapy, vol. 10(2):232-240 (2004) (Exhibit No. 2024 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).

Brooke MH, et al., "Clinical investigation in Duchenne dystrophy: 2. Determination of the "power" of therapeutic trials based on the natural history," Muscle Nerve. 1983;6:91-103.

Brown, Susan C. et al., "Dystrophic phenotype induced in vitro by antibody blockade of muscle alpha-dystroglycan-laminin interaction," Journal of Cell Science, vol. 112:209-216 (1999).

Bushby K, et al. "Diagnosis and management of Duchenne muscular dystrophy, part 1: diagnosis, and pharmacological and psychosocial management," Lancet Neurol 2010;9:77-93.

Bushby KM, et al., "The clinical, genetic and dystrophin characteristics of Becker muscular dystrophy," II. Correlation of phenotype with genetic and protein abnormalities. J Neural 1993;240: 105-112.

Bushby KM, et al., "The clinical, genetic and dystrophin characteristics of Becker muscular dystrophy," I. Natural history. J Neurol 1993;240:98-104.

Canonic°, A.E. et al., "Expression of a CMV Promoter Drive Human alpha-I Antitrypsin Gene in Cultured Lung Endothelial Cells and in the Lungs of Rabbits," Clinical Research, vol. 39(2):219A (1991).

Cirak, Sebahattin et al., "Exon skipping and dystrophin restoration in patients with Duchenne muscular dystrophy after systemic phosphorodiamidate morpholino oligomer treatment: an open-label, phase 2, dose-escalation study," Lancet, vol. 378(9791):595-605 (2011).

Claim Chart U.S. Appl. No. 11/233,495, pp. 57, Exhibit No. 1216 filed in Interferences 106,007 and 106,008 on Feb. 17, 2015.

Claim Chart U.S. Appl. No. 13/550,210, pp. 45, Exhibit No. 1217 filed in Interferences 106,007 and 106,008 on Feb. 17, 2015.

Claim Chart, U.S. Pat. No. 7,807,816, 14 pages (Exhibit No. 1063 filed in interferences 106008, 106007 on Nov. 18, 2014).

Claim Chart, U.S. Pat. No. 7,960,541, 17 pages (Exhibit No. 1064 filed in interferences 106008, 106007 on Nov. 18, 2014).

Claim Chart, U.S. Pat. No. 8,455,636, 32 pages (Exhibit No. 1062 filed in interferences 106008, 106007 on Nov. 18, 2014).

Claim Comparison Chart—Claims 11 and 29 in U.S. Appl. No. 13/550,210, pp. 1, Exhibit No. 1226 filed in Interferences 106,007 and 106,008 on Feb. 17, 2015.

SRPT-VYDS-0005068

(56) **References Cited**

OTHER PUBLICATIONS

*Claim Comparison Chart U.S. Appl. No. 13/550,210 vs U.S. Appl. No. 11/233,495*, pp. 12, Exhibit No. 1218 filed in Interferences 106,007 and 106,008 on Feb. 17, 2015.

*Claim Comparison Chart U.S. Appl. No. 13/550,210 vs U.S. Appl. No. 12/198,007*, pp. 1, Exhibit No. 1219 filed in Interferences 106,007 and 106,008 on Feb. 17, 2015.

Transcript of 2nd Deposition of Erik J. Sontheimer, Ph.D., dated Mar. 12, 2015. (Academisch Ziekenhuis Leiden Exhibit 1231, filed Apr. 3, 2015 in Interference 106007 and 106008, pp. 1-185).

Transcript of 2nd Deposition of Matthew J.A. Wood, M.D., D. Phil, dated Mar. 5, 2015, (Academisch Ziekenhuis Leiden Exhibit 1230, filed Apr. 3, 2015 in Interference 106007 and 106008, pp. 1-117).

Transcript of Dec. 12, 2014 Teleconference with Administrative Patent Judge Schafer (rough draft) (previously filed in Int. No. 106,008 as Ex. 2114), pp. 28 Exhibit No. 1001 filed in Interference 106,013 on Feb. 17, 2015.

Transcript of the Jan. 21, 2015 deposition of Erik Sontheimer, Ph.D., Patent Interference Nos. 106,007 and 106,008, 98 pages, dated Jan. 21, 2015 (Exhibit No. 2122 filed in interferences 106,007 and 106,008 on Feb. 17, 2015.

Transcript of the Mar. 11, 2015 deposition of Judith van Deutekom, Ph.D., (University of Western Australia Exhibit 2141, filed Apr. 3, 2015 in Interferences 106007, 106008, and 106013, pp. 1-168).

Transcript of the Mar. 12, 2015 deposition of Erik J. Sontheimer, Ph.D., (University of Western Australia Exhibit 2142, filed Apr. 3, 2015 in Interferences 106007, 106008, and 106013, pp. 1-183).

Transcript of the Mar. 5, 2015 deposition of Matthew J. A. Wood, M.D., D. Phil., (University of Western Australia Exhibit 2146, filed Apr. 3, 2015 in Interferences 106007, 106008, and 106013, pp. 1-115).

Transfection of AON, pp. 1, Exhibit No. 1170 filed in Interferences 106,007 and 106,008 on Feb. 16, 2015.

U.S. Food and Drug Administration Presentation at Peripheral and Central Nervous System Drugs Advisory Committee, Apr. 25, 2016, 178 pages.

U.S. Food and Drug Administration Statement, dated Dec. 30, 2014 (2 pages), Exhibit No. 1204 filed in Interferences 106,007 and 106,008 on Feb. 17, 2015.

U.S. Appl. No. 12/198,007, filed Aug. 25, 2008 ("The '007 Application") (Exhibit No. 1073 filed in interferences 106008, 106007 on Dec. 23, 2014).

U.S. Appl. No. 12/976,381, filed Dec. 22, 2010 ("the '381 Application") (Exhibit No. 1074 filed in interferences 106008, 106007 on Dec. 23, 2014).

U.S. Patent Application Publication No. 2001/0056077 ("Matsuo") (Exhibit No. 1080 filed in interferences 106008, 106007 on Dec. 23, 2014).

U.S. Patent Application Publication No. 2002/0049173 ("Bennett et al.") (Exhibit No. 1081 filed in interferences 106008, 106007 on Dec. 23, 2014).

U.S. Pat. No. 5,190,931 ("the '931 Patent") (Exhibit No. 1069 filed in interferences 106008, 106007 on Dec. 23, 2014).

U.S. Pat. No. 7,001,761 (the "Xiao" Patent) (Exhibit No. 1070 filed in interferences 106008, 106007 on Dec. 23, 2014).

University of Western Australia Objections to Opposition Evidence, served on Feb. 24, 2015 filed in Interference No. 106,007 and 106,008, Exhibit 2150, filed Apr. 10, 2015 in Interference Nos. 106007 and 106008, pp. 1-15.

University of Western Australia Objections to Opposition Evidence, served on Feb. 24, 2015, filed in Interference No. 106,008, Exhibit 2151, filed Apr. 10, 2015, in Interference Nos. 106007and 106008, pp. 1-15.

*University of Western Australia v. Academisch Ziekenhuis Leiden*, Decision—Motions—37 C.F.R. § 41.125(a), filed in Patent Interference No. 106008, Sep. 20, 2016, pp. 1-20 (Doc 480).

*University of Western Australia v. Academisch Ziekenhuis Leiden*, Decision—Motions—37 C.F.R. § 41.125(a) (Substitute), filed in Patent Interference No. 106007, May 12, 2016, pp. 1-53 (Doc 476).

*University of Western Australia v. Academisch Ziekenhuis Leiden*, Judgment—Motions—37 C.F.R. § 41.127 filed in Patent Interference No. 106008, Sep. 20, 2016, pp. 1-3 (Doc 481).

*University of Western Australia v. Academisch Ziekenhuis Leiden*, Judgment—Motions—37 CFR § 41.127, filed in Patent Interference No. 106007, Apr. 29, 2016, pp. 1-3 (Doc 474).

European Response, Application No. 13160338.3, 4 pages, dated Jun. 26, 2014 (Exhibit No. 2085 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).

*University of Western Australia v. Academisch Ziekenhuis Leiden*, Redeclaration—37 CFR 41.203(c), filed in Patent Interference No. 106007, Apr. 29, 2016, pp. 1-2 (Doc 473).

*University of Western Australia v. Academisch Ziekenhuis Leiden*, Withdrawal and Reissue of Decision on Motions, filed in Patent Interference No. 106007, May 12, 2016, pp. 1-2 (Doc 475).

*University of Western Australia v. Academisch Ziekenhuis Leiden*, Academisch Ziekenhuis Leiden List of Exhibits (as of Apr. 3, 2015), filed in Patent Interference No. 106,007, Apr. 3, 2015, pp. 1-18, (Doc 423).

*University of Western Australia v. Academisch Ziekenhuis Leiden*, Academisch Ziekenhuis Leiden List of Exhibits (as of Apr. 3, 2015), filed in Patent Interference No. 106,008, Apr. 3, 2015, pp. 1-18 (Doc 435).

*University of Western Australia v. Academisch Ziekenhuis Leiden*, Academisch Ziekenhuis Leiden List of Exhibits, 18 pages, Patent Interference No. 106,007, (Doc 391), dated Feb. 17, 2015.

*University of Western Australia v. Academisch Ziekenhuis Leiden*, Academisch Ziekenhuis Leiden List of Exhibits, 18 pages, Patent Interference No. 106,008, (Doc 398), dated Feb. 17, 2015.

*University of Western Australia v. Academisch Ziekenhuis Leiden*, Academisch Ziekenhuis Leiden List of Exhibits, 3 pages, Patent Interference No. 106,013, (Doc 147), dated Feb. 17, 2015.

*University of Western Australia v. Academisch Ziekenhuis Leiden*, Academisch Ziekenhuis Leiden Notice of Service of Supplemental Evidence, 3 pages, Patent Interference No. 106,007 (Doc 414), dated Mar. 9, 2015.

*University of Western Australia v. Academisch Ziekenhuis Leiden*, Academisch Ziekenhuis Leiden Notice of Service of Supplemental Evidence, 3 pages, Patent Interference No. 106,008 (Doc 422), dated Mar. 9, 2015.

*University of Western Australia v. Academisch Ziekenhuis Leiden*, Academisch Ziekenhuis Leiden Opposition 1 (35 U.S.C. § 112(a)), 83 pages, Patent Interference No. 106,008, (Doc 400), dated Feb. 17, 2015.

*University of Western Australia v. Academisch Ziekenhuis Leiden*, Academisch Ziekenhuis Leiden Opposition 1 (35 U.S.C. § 112(a)), 93 pages, Patent Interference No. 106,007, (Doc 392), dated Feb. 17, 2015.

*University of Western Australia v. Academisch Ziekenhuis Leiden*, Academisch Ziekenhuis Leiden Opposition 1 (Standing Order ¶ 203.1 and 37 C.F.R. § 41.202(a) and (e)), 20 pages, Patent Interference No. 106,013, (Doc 148), dated Feb. 17, 2015.

*University of Western Australia v. Academisch Ziekenhuis Leiden*, Academisch Ziekenhuis Leiden Opposition 2 (Indefiniteness), 31 pages, Patent Interference No. 106,007, (Doc 396), dated Feb. 17, 2015.

*University of Western Australia v. Academisch Ziekenhuis Leiden*, Academisch Ziekenhuis Leiden Opposition 2 (Indefiniteness), 32 pages, Patent Interference No. 106,008, (Doc 401), dated Feb. 17, 2015.

*University of Western Australia v. Academisch Ziekenhuis Leiden*, Academisch Ziekenhuis Leiden Opposition 3 (35 U.S.C. §135(b)), 44 pages, Patent Interference No. 106,008, (Doc 397), dated Feb. 17, 2015.

*University of Western Australia v. Academisch Ziekenhuis Leiden*, Academisch Ziekenhuis Leiden Opposition 3 (Standing Order § 203.1 and 37 C.F.R. § 41.202(a) and (e)), 20 pages, Patent Interference No. 106,007, (Doc 389), dated Feb. 17, 2015.

*University of Western Australia v. Academisch Ziekenhuis Leiden*, Academisch Ziekenhuis Leiden Reply 1 (For Judgment that UWA'a Claims are Unpatentable Under 35 U.S.C. §§ 102 and 103), dated Apr. 3, 2015, filed in Patent Interference No. 106008, pp. 1-17 (Doc 431).

## US 9,994,851 B2

Page 18

(56)    **References Cited**

OTHER PUBLICATIONS

*University of Western Australia v. Academisch Ziekenhuis Leiden*, Academisch Ziekenhuis Leiden Reply 1 (For Judgment that Uwa's Claims are Unpatentable Under 35 U.S.C. §§ 102 and 103), dated Apr. 3, 2015, filed in Patent Interference No. 106007, pp. 1-17 (Doc 424).

*University of Western Australia v. Academisch Ziekenhuis Leiden*, Academisch Ziekenhuis Leiden Reply 2 (To Deny the Benefit of AU 2004903474), dated Apr. 3, 2015, filed in Patent Interference No. 106007, pp. 1-11(Doc 425).

*University of Western Australia v. Academisch Ziekenhuis Leiden*, Academisch Ziekenhuis Leiden Reply 2 (To Deny the Benefit of AU 2004903474), dated Apr. 3, 2015, filed in Patent Interference No. 106008, pp. 1-12 (Doc 432).

*University of Western Australia v. Academisch Ziekenhuis Leiden*, Academisch Ziekenhuis Leiden Reply 3 (For Judgment of Unpatentability based on Myriad) dated Apr. 3, 2015, filed in Patent Interference No. 106007, pp. 1-12 (Doc 426).

*University of Western Australia v. Academisch Ziekenhuis Leiden*, Academisch Ziekenhuis Leiden Reply 3 (For Judgment of Unpatentability based on Myriad) dated Apr. 3, 2015, filed in Patent Interference No. 106008, pp. 1-13 (Doc 433).

*University of Western Australia v. Academisch Ziekenhuis Leiden*, Academisch Ziekenhuis Leiden Reply 4 (In Support of Responsive Motion 4 to Add Two New Claims) dated Apr. 3, 2015, filed in Patent Interference No. 106007, pp. 1-17 (Doc 427).

*University of Western Australia v. Academisch Ziekenhuis Leiden*, Academisch Ziekenhuis Leiden Reply 4 (In Support of Responsive Motion 4 to Add Two New Claims) dated Apr. 3, 2015, filed in Patent Interference No. 106008 pp. 1-17 (Doc 434).

*University of Western Australia v. Academisch Ziekenhuis Leiden*, Academisch Ziekenhuis Leiden Request for Oral Argument, filed in Patent Interference No. 106,007, dated Apr. 10, 2015, pp. 1-3 (Doc 454).

*University of Western Australia v. Academisch Ziekenhuis Leiden*, Academisch Ziekenhuis Leiden Request for Oral Argument, filed in Patent Interference No. 106,008, dated Apr. 10, 2015, pp. 1-3 (Doc 462).

*University of Western Australia v. Academisch Ziekenhuis Leiden*, Academisch Ziekenhuis Leiden Responsive Motion 1 (To Add Two New Claims), 57 pages, Patent Interference No. 106,008, (Doc 245), dated Dec. 23, 2014.

U.S. Amendment After Non-Final Action for U.S. Appl. No. 11/233,495, 31 pages, dated Jun. 24, 2010 (Exhibit No. 2073 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).

U.S. Amendment for U.S. Appl. No. 11/233,495, 15 pages, dated Apr. 1, 2009 (Exhibit No. 2071 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).

U.S. Amendment for U.S. Appl. No. 11/233,495, 19 pages, dated Oct. 31, 2007 (Exhibit No. 2070 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).

U.S. Amendment for U.S. Appl. No. 11/233,495, 19 pages, dated Sep. 16, 2009 (Exhibit No. 2072 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).

U.S. Amendment for U.S. Appl. No. 11/233,495, 9 pages, dated Oct. 31, 2007 (Exhibit No. 2070 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).

U.S. Amendment for U.S. Appl. No. 11/570,691, 9 pages, dated Jun. 15, 2010 (Exhibit No. 1043 filed in interferences 106008, 106007 on Nov. 18, 2014).

U.S. Amendment for U.S. Appl. No. 13/271,080, 30 pages, dated Jan. 30, 2013 (Exhibit No. 1049 filed in interferences 106008, 106007 on Nov. 18, 2014).

U.S. Amendment for U.S. Appl. No. 13/902,376, 36 pages, dated Mar. 21, 2014 (Exhibit No. 1046 filed in interferences 106008, 106007 on Nov. 18, 2014).

U.S. Amendment in Response to Advisory Action for U.S. Appl. No. 11/233,495, 23 pages, dated Mar. 14, 2011 (Exhibit No. 2074 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).

U.S. Amendments to the Claims for U.S. Appl. No. 11/233,495, 4 pages, dated May 8, 2014 (Exhibit No. 2077 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).

U.S. Amendments to the Claims for U.S. Appl. No. 14/198,992, 3 pages, dated Jul. 16, 2014 (Exhibit No. 2079 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).

U.S. Applicant-Initiated Interview Summary and Notice of Allowance for U.S. Appl. No. 13/550,210, 9 pages dated May 9, 2014 (Exhibit No. 2076 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).

US application as-filed and Preliminary Amendment for U.S. Appl. No. 13/550,210, 59 pages dated Jul. 16, 2012 (Exhibit No. 2087 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).

US Application as-filed for U.S. Appl. No. 14/198,992, 52 pages, dated Mar. 6, 2014 (Exhibit No. 2086 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).

US Application as-filed, Application Data Sheet, and Preliminary Amendment for U.S. Appl. No. 12/837,359, 101 pages, dated Jul. 15, 2010 (Exhibit No. 2100 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).

US Application for Letters Patent for U.S. Appl. No. 11/233,495 as-filed and preliminary amendment, 77 pages, dated Sep. 21, 2005 (Exhibit No. 2095 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).

U.S. Appl. No. 11/233,495, 74 pages; excerpts of prosecution history for including: US Supplemental Amendment and Response dated May 8, 2014; Second Supplemental Response dated Jul. 5, 2013; Supplemental Amendment dated Jun. 26, 2013; Amendment after Non-final Action dated Nov. 1, 2010; Amendment under 35 USC 1.114 dated Sep. 16, 2009 (Exhibit No. 2054 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).

U.S. Appl. No. 14/198,992, 17 pages; excerpts of prosecution history including: Supplemental Amendment dated Jul. 16, 2014; Response to Non-Final Office Action dated Jul. 14, 2014 (Exhibit No. 2056 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).

U.S. Appl. No. 14/248,279, 29 pages; excerpts of prosecution history including: Amendment under 37 CFR 1.312 dated Sep. 19, 2014; Amendment in Response to Final Office Action dated Aug. 7, 2014; Declaration under 37 CFR 1.132 dated May 26, 2014; Declaration under 37 CFR 1.132 dated May 27, 2014; Response dated Jun. 3, 2014 (Exhibit No. 2057 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).

U.S. Appl. No. 13/550,210, 27 pages; excerpts of prosecution history including: Response and Amendment dated May 12, 2014; Response to Non-Final Office Action dated Jan. 21, 2014; Second Preliminary Amendment dated Jan. 3, 2013 (Exhibit No. 2055 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).

U.S. claim amendments for U.S. Appl. No. 13/550,210, 3 pages, dated May 12, 2014 (Exhibit No. 2078 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).

US Claims for Application No. U.S. Appl. No. 12/976,381, 1 page, dated Dec. 22, 2010 (Exhibit No. 2065 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).

US Declaration of Richard K. Bestwick, for U.S. Appl. No. 11/570,691, 5 pages, dated Jun. 15, 2010 (Exhibit No. 1044 filed in interferences 106008, 106007 on Nov. 18, 2014).

US E-mail from Patent Trial and Appeal Board to Danny Huntington, 2 pages, dated Oct. 9, 2014 (Exhibit No. 2002 filed in interferences 106008 on Oct. 17, 2014).

U.S. Non-Final Office Action for U.S. Appl. No. 11/570,691, 16 pages, dated Mar. 15, 2010 (Exhibit No. 1042 filed in interferences 106008, 106007 on Nov. 18, 2014).

U.S. Office Action for U.S. Appl. No. 13/271,080, 25 pages, dated Jul. 30, 2012 (Exhibit No. 1048 filed in interferences 106008, 106007 on Nov. 18, 2014).

U.S. Office Action for U.S. Appl. No. 13/550,210, 12 pages, dated Sep. 27, 2013 (Exhibit No. 2080 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).

U.S. Office Action for U.S. Appl. No. 13/902,376, 7 pages, dated Jan. 7, 2014 (Exhibit No. 1045 filed in interferences 106008, 106007 on Nov. 18, 2014).

U.S. Appl. No. 12/198,007 as-filed, 64 pages, dated Aug. 25, 2008 (Exhibit No. 2092 filed in interferences 106008, 106013, and 106007 on Nov. 18, 2014).

## US 9,994,851 B2

Page 19

(56)        **References Cited**

OTHER PUBLICATIONS

U.S. Preliminary Amendment and application as-filed for U.S. Appl. No. 12/976,381,64 pages, dated Dec. 22, 2010 (Exhibit No. 2089 filed in Interferences 106007, 106008, and 106013 on Nov. 18, 2014).
U.S. Preliminary Amendment for U.S. Appl. No. 11/233,495, 10 pages, dated Sep. 21, 2005 (Exhibit No. 2069 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).
US Preliminary Remarks for U.S. Appl. No. 14/198,992, 1 page, dated Mar. 6, 2014 (Exhibit No. 2097 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).
US Proposed Terminal Disclaimer for U.S. Appl. No. 12/860,078, 2 pages, dated Oct. 17, 2014 (Exhibit No. 2001 filed in interference 106008 on Oct. 17, 2014).
US Remarks for U.S. Appl. No. 14/248,279, 2 pages, dated Aug. 27, 2014 (Exhibit No. 2110 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).
U.S. Response and amendments for U.S. Appl. No. 13/550,210, 12 pages, dated Jan. 21, 2014 (Exhibit No. 2063 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).
US Revised Figure 4H, U.S. Appl. No. 13/271,080, 1 page (Exhibit No. 1050 filed in interferences 106008, 106007 on Nov. 18, 2014).
US Terminal Disclaimer for U.S. Appl. No. 14/198,992, 1 page, dated Jul. 15, 2014 (Exhibit No. 2096 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).
US Terminal Disclaimer for U.S. Appl. No. 14/248,279, 1 page, dated Aug. 7, 2014 (Exhibit No. 2109 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).
US Track One Request, Application as-filed, and Application Data Sheet for U.S. Appl. No. 14/248,279, 68 pages, dated Apr. 8, 2014 (Exhibit No. 2108 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).
US Transmittal, application as-filed, and Preliminary Amendment for U.S. Appl. No. 11/570,691, 102 pages, dated Dec. 15, 2006 (Exhibit No. 2103 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).
US Transmittal, application as-filed, and Preliminary Amendment for U.S. Appl. No. 13/270,992, 101 pages, dated Oct. 11, 2011 (Exhibit No. 2098 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).
US Transmittal, application as-filed, and Preliminary Amendment for U.S. Appl. No. 13/271,080, 115 pages, dated Oct. 11, 2011 (Exhibit No. 2111 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).
US Updated Filing Receipt for U.S. Appl. No. 13/550,210, 3 pages, dated Dec. 11, 2012 (Exhibit No. 2044 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).
USPTO "2014 Procedure for Subject Matter Eligibility Analysis of Claims Reciting or Involving . . . Natural Products" ("the March Guidance"), 19 pages, (Exhibit No. 2118 filed in interferences 106,007 and 106,008 on Feb. 17, 2015.
USPTO Written Description Training Materials, Revised Mar. 25, 2008, Example 12 (Exhibit No. 1068 filed in interferences 106008, 106007 on Dec. 23, 2014).
UWA Clean Claims and Sequence, as filed in Interference No. 106,007 on Aug. 1, 2014 (Paper 12), 8 pages, (Exhibit No. 2126 filed in interferences 106,007 and 106,008 on Feb. 17, 2015.
UWA Clean Claims and Sequence, as filed in Interference No. 106,007 on Aug. 7, 2014 (Paper 12), 8 pages, (Exhibit No. 2127 filed in interferences 106,007 and 106,008 on Feb. 17, 2015.
UWA Motion 1 (For Judgment Under 35 § 112(a)) from Int. No. 106,007 (PN 210), pp. 40, (Exhibit No. 1005 filed in Interference 106,013 on Feb. 17, 2015.
UWA Motion 1 (For Judgment Under 35 § 112(a)) from Int. No. 106,008 (Doc 213), pp. 38, (Exhibit No. 1004 filed in Interference 106,013 on Feb. 17, 2015.
UWA submission of teleconference transcript, 28 pages, dated Dec. 12, 2014 (Exhibit No. 2114 filed in interferences 106008 and 106007 on Dec. 12, 2014).

Valorization Memorandum published by the Dutch Federation of University Medical Centers in Mar. 2009, (University of Western Australia Exhibit 2140, filed Apr. 3, 2015 in Interferences 106007, 106008, and 106013, pp. 1-33).
Van Deutekom et al., "Antisense-induced exon skipping restores dystrophin expression in DMD patient derived muscle cells," Human Molecular Genetics vol. 10, No. 15: 1547-1554 (2001) (Exhibit No. 1084 filed in Interferences 106008, 106007 on Dec. 23, 2014).
Van Deutekom et al., "Local Dystrophin Restoration with Antisense Oligonucleotide PRO051," N. Engl. J. Med., vol. 357, No. 26, pp. 2677-2686 (Dec. 2007), Exhibit No. 1213 filed in Interferences 106,007 and 106,008 on Feb. 17, 2015.
Van Deutekom, Judith C. T. et al., "Advances in Duchenne Muscular Dystrophy Gene Therapy," Nature Reviews Genetics, vol. 4(10):774-783 (2003).
Van Ommen 2002 PCT (WO 02/24906 AI), 43 pages,(Exhibit No. 1071 filed in interferences 106008, 106007 on Dec. 23, 2014).
Van Putten M, et al., The Effects of Low Levels of Dystrophin on Mouse Muscle Function and Pathology. PLoS ONE 2012;7:e31937, 13 pages.
Van Vliet, Laura et al., "Assessment of the Feasibility of Exon 45-55 Multiexon Skipping for Duchenne Muscular Dystrophy", BMC Medical Genetics, vol. 9(1):105 (2008).
Verma, Sandeep et al., "Modified Oligonucleotides: Synthesis and Strategy for Users," Annu. Rev. Biochem., vol. 67:99-134 (1998) (Exhibit No. 1040 filed in interferences 106008, 106007 on Nov. 18, 2014).
*Vikase Corp. v. Am. Nat'l. Can Co.*, No. 93-7651, 1996 WL 377054 (N.D. Ill. Jul. 1, 1996), 3 pages (Exhibit No. 2152 filed in interference 106013 on Oct. 29, 2015).
Voit, Thomas et al., "Safety and efficacy of disapersen for the treatment of Duchenne muscular dystrophy (DEMAND II): an exploratory randomised, placebo-controlled phase 2 study," Lancet Neurol., vol. 13:987-996 (2014) (Exhibit No. 2037 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).
Volloch, Vladimir et al., "Inhibition of Pre-mRNA Splicing by Antisense RNA in Vitro: Effect of RNA Containing Sequences Complementary to Exons," Biochemical and Biophysical Research Communications, vol. 179 (3):1593-1599 (1991).
Wahlestedt et al., "Potent and nontoxic antisense oligonucleotides containing locked nucleic acids," PNAS, vol. 97, No. 10, pp. 5633-5638 (May 2000), Exhibit No. 1201 filed in Interferences 106,007 and 106,008 on Feb. 17, 2015.
Wang et al., "In Vitro evaluation of novel antisense oligonucleotides is predictive of in vivo exon skipping activity for Duchenne muscular dystrophy," J. Gene Medicine, vol. 12, pp. 354-364 (Mar. 2010), Exhibit No. 1115 filed in interferences 106,007 and 106,008 on Feb. 17, 2015.
Wang, Chen-Yen et al., "pH-sensitive immunoliposomes mediate target-cell-specific delivery and controlled expression of a foreign gene in mouse," Proc. Natl. Acad. Sci. USA, vol. 84:7851-7855 (1987).
Watakabe, Akiya et al., "The role of exon sequences in splice site selection," Genes & Development, vol. 7:407-418 (1993).
Watanabe et al., "Plasma Protein Binding of an Antisense Oligonucleotide Targeting Human ICAM-1 (ISIS 2302)," Oligonucleotides, vol. 16, pp. 169-180 (2006), Exhibit No. 1197 filed in Interferences 106,007 and 106,008 on Feb. 17, 2015.
WHO Drug Information, International Nonproprietary Names for Pharmaceutical Substances (INN), Proposed INN: List 115, "Casimersen," vol. 30(2): 3 pages (2016).
WHO Drug Information, International Nonproprietary Names for Pharmaceutical Substances (INN), Proposed INN: List 115, "Golodirsen," vol. 30(2): 3 pages (2016).
Wijnaendts, L.C.D. et al., "Prognostic importance of DNA flow cytometric variables in rhabdomyosarcomas," J. Clin. Pathol., vol. 46:948-952 (1993) (Exhibit No. 1041 filed in interferences 106008, 106007 on Nov. 18, 2014).
Wilton et al. (2007) "Antisense Oligonucleotide-induced Exon Skipping Across the Human Dystrophin Gene Transcript," Molecular Therapy 15(7):1288-1296, 10 pages, (Exhibit No. 2121 filed in interferences 106,007 and 106,008 on Feb. 17, 2015.

US 9,994,851 B2

Page 20

(56)        **References Cited**

OTHER PUBLICATIONS

Wilton, Stephen D. et al., "Antisense oligonucleotides in the treatment of Duchenne muscular dystrophy: where are we now?" Neuromuscular Disorders, vol. 15:399-402 (2005).

Wilton, Stephen D. et al., "Specific removal of the nonsense mutation from the mdx dystrophin mRNA using antisense oligonucleotides," Neuromuscular Disorders, vol. 9:330-338 (1999).

WO 2002/24906 A1 of AZL, (University of Western Australia Exhibit 2134, filed Apr. 3, 2015 in Interferences 106007, 106008, and 106013, pp. 1-43).

WO 2004/083432 (the published AZL PCT Application, "Van Ommen"), pp. 71, Exhibit No. 1003 filed in Interference 106,013 on Feb. 17, 2015.

WO 2013/112053 A1, (University of Western Australia Exhibit 2130, filed Apr. 3, 2015 in Interferences 106007, 106008, and 106013, pp. 1-177).

Wolff, Jon A. et al., "Direct Gene Transfer into Mouse Muscle in Vivo," Science, vol. 247(4949 Pt. 1):1465-1468 (1990).

Wong. Marisa L. et al., "Real-time PCR for mRNA quantitation," BioTechniques, vol. 39:75-85 (2005) (Exhibit No. 1066 filed in interferences 106008, 106007 on Nov. 18, 2014).

Wood, "Toward an Oligonucleotide Therapy for Duchenne Muscular Dystrophy: A Complex Development Challenge," Science Translational Medicine, vol. 2, No. 25, pp. 1-6 (Mar. 2010), Exhibit No. 1116 filed in interferences 106,007 and 106,008 on Feb. 17, 2015,Doc 335.

Written Opinion for Application No. PCT/AU2010/001520, 6 pages, dated Jan. 21, 2011.

Wu, B. et al., "Dose-dependent restoration of dystrophin expression in cardiac muscle of dystrophic mice by systemically delivered morpholino," Gene Therapy, vol. 17:132-140 (2010).

Wu, Bo et al., "Effective rescue of dystrophin improves cardiac function in dystrophin-deficient mice by a modified morpholino oligomer," PNAS, vol. 105(39)14814-14819 (2008).

Wu, Bo et al., "Targeted Skipping of Human Dystrophin Exons in Transgenic Mouse Model Systemically for Antisense Drug Development," PLoS One, vol. 6(5):e19906, 11 pages (2011).

Wu, George Y. et al., "Receptor-mediated Gene Delivery and Expression in Vivo," The Journal of Biological chemistry, vol. 263(29):14621-14624 (1988).

Wu, George Y. et al., "Receptor-mediated in Vitro Gene Transformation by a Soluble DNA Carrier System," The Journal of Biological Chemistry, vol. 262(10):4429-4432 (1987).

Wyatt et al. "Site-specific cross-linking of mammalian U5 snRNP to the 5' splice site before the first step of pre-mRNA splicing," Genes & Development, vol. 6, pp. 2542-2553 (1992), Exhibit No. 1198 filed in Interferences 106,007 and 106,008 on Feb. 17, 2015.

Yin et al., "A fusion peptide directs enhanced systemic dystrophin exon skipping and functional restoration in Dystrophin-deficient mdx mice," Human Mol. Gen., vol. 18, No. 22, pp. 4405-4414 (2009), Exhibit No. 1200 filed in Interferences 106,007 and 106,008 on Feb. 17, 2015.

Yin et al., "Cell Penetrating peptide-conjugated antisense cardiac dystrophin expression and function," Human Mol. Gen., vol. 17, No. 24, pp. 3909-3918 (2008), Exhibit No. 1199 filed in Interferences 106,007 and 106,008 on Feb. 17, 2015.

Yin et al., "Functional Rescue of Dystrophin-deficient mdx Mice by a ChimericPeptide-PMO," Mol. Therapy, vol. 18, No. 10, pp. 1822-1829 (Oct. 2010), Exhibit No. 1117 filed in interferences 106,007 and 106,008 on Feb. 17, 2015.

Yokota et al., "Efficacy of Systematic Morpholino Exon-Skipping in Duchenne Dystrophy Dogs," American Neurological Assoc., vol. 65, No. 6, pp. 667-676 (Jun. 2009), Exhibit No. 1214 filed in Interferences 106,007 and 106,008 on Feb. 17, 2015.

Zoltek Corp. v. U.S., 95 Fed. Cl. 681 (2011), 23 pages, (Academisch Ziekenhuis Leiden Exhibit 1236, filed May 5, 2015 in Interference 106007 and 106008).

European Search Report for Application No. 12162995.0, 11 pages, dated Jan. 15, 2013.

Harel-Bellan, Annick et al., "Specific Inhibition of c-myc Protein Biosynthesis Using an Antisense Synthetic Deoxy-Oligonucleotide in Human T Lymphocytes," The Journal of Immunology, vol. 140(7):2431-2435 (1988).

Hudziak, Robert M. et al., "Resistance of Morpholino Phosphorodiamidate Oligomers to Enzymatic Degradation," Antisense & Nucleic Acid Drug Development, vol. 6:267-272 (1996).

*University of Western Australia v. Academisch Ziekenhuis Leiden,* Academisch Ziekenhuis Leiden's List of Exhibits as of May 5, 2015, filed in Patent Interference No. 106,007, May 5, 2015, pp. 1-18 (Doc 466).

*University of Western Australia v. Academisch Ziekenhuis Leiden,* Academisch Ziekenhuis Leiden's List of Exhibits as of May 5, 2015, filed in Patent Interference No. 106,008, May 5, 2015, pp. 1-18 (Doc 474).

*University of Western Australia v. Academisch Ziekenhuis Leiden,* All Exhibit List, 10 pages, Patent Interference No. 106,008, dated Dec. 23, 2014 (Doc 244).

*University of Western Australia v. Academisch Ziekenhuis Leiden,* UWA Motion 3 Requesting an additional Interference between UWA U.S. Patent No. 8,455,636 and AZL U.S. Appl. No. 14/248,279, 36 pages, Patent Interference No. 106,007, dated Nov. 18, 2014 (Doc 212).

*University of Western Australia v. Academisch Ziekenhuis Leiden,* Academisch Ziekenhuis Leiden Responsive Motion 4 (To Add Two New Claims), 65 pages, Patent Interference No. 106,007, (Doc 241), dated Dec. 23, 2014.

*University of Western Australia v. Academisch Ziekenhuis Leiden,* Academisch Ziekenhuis Leiden Statement Regarding Oral Argument, filed in Patent Interference No. 106,013, Apr. 10, 2015, pp. 1-3 (Doc 189).

*University of Western Australia v. Academisch Ziekenhuis Leiden,* Academisch Ziekenhuis Leiden's Opposition 4 (To Not Exclude Evidence), filed in Patent Interference No. 106,007, May 5, 2015, pp. 1-22 (Doc 465).

*University of Western Australia v. Academisch Ziekenhuis Leiden,* Academisch Ziekenhuis Leiden's Opposition 4 (To Not Exclude Evidence), filed in Patent Interference No. 106,008, May 5, 2015, pp. 1-21 (Doc 473).

*University of Western Australia v. Academisch Ziekenhuis Leiden,* Academisch Ziekenhuis Leiden's Second Supplemental Notice of Real Party in Interest, filed in Patent Interference No. 106,007, May 28, 2015, pp. 1-3, (Doc 468).

*University of Western Australia v. Academisch Ziekenhuis Leiden,* Academisch Ziekenhuis Leiden's Second Supplemental Notice of Real Party in Interest, filed in Patent Interference No. 106,008, May 28, 2015, pp. 1-3, (Doc 176).

*University of Western Australia v. Academisch Ziekenhuis Leiden,* Academisch Ziekenhuis Leiden's Second Supplemental Notice of Real Party in Interest, filed in Patent Interference No. 106013, May 28, 2015, pp. 1-3, (Doc 191).

*University of Western Australia v. Academisch Ziekenhuis Leiden,* Academish Ziekenhuis Leiden Supplemental Notice of Real Party in Interest, pp. 3, Doc 149, Patent Interference No. 106,013 dated Feb. 23, 2015.

*University of Western Australiav. Academisch Ziekenhuis Leiden,* Academisch Ziekenhuis Leiden Supplemental Notice of Real Party in Interest, pp. 3, Doc 413, Patent Interference No. 106,0007 dated Feb. 23, 2015.

*University of Western Australia v. Academisch Ziekenhuis Leiden,* Academisch Ziekenhuis Leiden Supplemental Notice of Real Party in Interest, pp. 3, Doc 421, Patent Interference No. 106,0008 dated Feb. 23, 2015.

*University of Western Australia v. Academisch Ziekenhuis Leiden,* Amendment and Response, U.S. Appl. No. 11/233,495, filed Jan. 22, 2014, 8 pages, (Exhibit No. 2117 filed in interferences 106,007 and 106, 006, on Feb. 17, 2015.

*University of Western Australia v. Academisch Ziekenhuis Leiden,* AZL Annotated Copy of Claims, Patent Interference No. 106,007, 15 pages, dated Aug. 15, 2014 (Doc 15).

*University of Western Australia v. Academisch Ziekenhuis Leiden,* AZL Annotated Copy of Claims, Patent Interference No. 106,008, 14 pages, dated Aug. 21, 2014 (Doc 14).

## US 9,994,851 B2

Page 21

(56)          **References Cited**

OTHER PUBLICATIONS

*University of Western Australia v. Academisch Ziekenhuis Leiden,* AZL Annotated Copy of Claims, Patent Interference No. 106,013, 14 pages, dated Oct. 27, 2014 (Doc 16).

*University of Western Australia v. Academisch Ziekenhuis Leiden,* AZL Clean Copy of Claims and Sequence, filed in Patent Interference No. 106,013, 5 pages, dated Oct. 15, 2014 (Doc 12).

*University of Western Australia v. Academisch Ziekenhuis Leiden,* AZL Corrected Notice of Related Proceedings, Patent Interference No. 106,007, 3 pages, dated Aug. 1, 2014 (Doc 13).

*University of Western Australia v. Academisch Ziekenhuis Leiden,* AZL Exhibit List, 10 pages, Patent Interference No. 106,007 dated Dec. 23, 2014 (Doc 240).

*University of Western Australia v. Academisch Ziekenhuis Leiden,* AZL List of Exhibits, 9 pages, Patent Interference No. 106,007, dated Nov. 18, 2014 (Doc 209).

*University of Western Australia v. Academisch Ziekenhuis Leiden,* Azl List of Exhibits, as of Nov. 18, 2014, 9 pages, Patent Interference No. 106,008, dated Nov. 18, 2014 (Doc 212).

*University of Western Australia v. Academisch Ziekenhuis Leiden,* AZL List of Proposed Motions, Patent Interference No. 106,007, 6 pages, dated Sep. 10, 2014 (Doc 16).

*University of Western Australia v. Academisch Ziekenhuis Leiden,* AZL List of Proposed Motions, Patent Interference No. 106,008, 8 pages, dated Sep. 10, 2014 (Doc 15).

*University of Western Australia v. Academisch Ziekenhuis Leiden,* AZL Motion 1 (For Judgment that Uwa's Claims are Unpatentable Under 35 U.S.C. sections 102 and 103), 69 pages, Patent Interference No. 106,007, dated Nov. 18, 2014 (Doc 181).

*University of Western Australia v. Academisch Ziekenhuis Leiden,* AZL Motion 1 (For Judgment that UWA's Claims are Unpatentable Under 35 U.S.C. sections 102 and 103), 69 pages, Patent Interference No. 106,008, dated Nov. 18, 2014 (Doc 184).

*University of Western Australia v. Academisch Ziekenhuis Leiden,* AZL Motion 2 (To Deny UWA the Benefit of AU 2004903474), 23 pages, Patent Interference No. 106,007, dated Nov. 18, 2014 (Doc 26).

*University of Western Australia v. Academisch Ziekenhuis Leiden,* AZL Motion 2 (To Deny UWA the Benefit of AU 2004903474), 24 pages, Patent Interference No. 106,008, dated Nov. 18, 2014 (Doc 29).

*University of Western Australia v. Academisch Ziekenhuis Leiden,* AZL Motion 3 (For Judgment of Unpatentability based on Myriad) 20 pages, Patent Interference No. 106,008, dated Nov. 18, 2014 (Doc 30).

*University of Western Australia v. Academisch Ziekenhuis Leiden,* AZL Motion 3 (For Judgment of Unpatentability based on Myriad), 19 pages, Patent Interference No. 106,007, dated Nov. 18, 2014 (Doc 27).

*University of Western Australia v. Academisch Ziekenhuis Leiden,* AZL Notice of Related Proceedings, Patent Interference No. 106,007, 3 pages, dated Jul. 31, 2014 (Doc 6).

*University of Western Australia v. Academisch Ziekenhuis Leiden,* AZL Notice of Related Proceedings, Patent Interference No. 106,008, 3 pages, dated Aug. 5, 2014 (Doc 7).

*University of Western Australia v. Academisch Ziekenhuis Leiden,* AZL Notice of Related Proceedings, Patent Interference No. 106,013, 3 pages, dated Oct. 15, 2014 (Doc 11).

*University of Western Australiav. Academisch Ziekenhuis Leiden,* Clean Claims and Sequences, 5 pages, dated Aug. 5, 2014 (Exhibit No. 2047 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).

*University of Western Australia v. Academisch Ziekenhuis Leiden,* Clean Claims and Sequences, 5 pages, dated Jul. 31, 2014 (Exhibit No. 2045 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).

*University of Western Australia v. Academisch Ziekenhuis Leiden,* Clean Claims and Sequences, 5 pages, dated Oct. 15, 2014 (Exhibit No. 2050 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).

*University of Western Australia v. Academisch Ziekenhuis Leiden,* Decision—Motions—37 CFR § 41.125(a), filed in Patent Interference No. 106007, Apr. 29, 2016, pp. 1-53 (Doc 472).

*University of Western Australia v. Academisch Ziekenhuis Leiden,* Decision—Motions—37 CFR§ 41.125(a), filed in Patent Interference No. 106,013, Jun. 22, 2015, pp. 1-12 (Doc 192).

*University of Western Australia v. Academisch Ziekenhuis Leiden,* Decision—Priority 37 CFR § 41.125 (a), 18 pages, Patent Interference No. 106,013, (Doc 196), dated Sep. 29, 2015.

*University of Western Australia v. Academisch Ziekenhuis Leiden,* Decision—Rehearing—37 CFR § 41.125(c), filed in Patent Interference No. 106,013, Dec. 29, 2015, pp. 1-12 (Doc 202).

*University of Western Australia v. Academisch Ziekenhuis Leiden,* Declaration of Erik Sontheimer dated Nov. 17, 2014, Exhibit 1012 filed in Patent Interference Nos. 106,007 and 106,008, 112 pages, filed Nov. 18, 2014.

*University of Western Australia v. Academisch Ziekenhuis Leiden,* Declaration of Interference, Patent Interference No. 106,007, 7 pages, dated Jul. 18, 2014 (Doc 1).

*University of Western Australia v. Academisch Ziekenhuis Leiden,* Declaration of Interference, Patent Interference No. 106,008, 7 pages, dated Jul. 24, 2014 (Doc 1).

*University of Western Australia v. Academisch Ziekenhuis Leiden,* Declaration of Interference, Patent Interference No. 106,013, 8 pages, dated Sep. 29, 2014 (Doc 1).

*University of Western Australia v. Academisch Ziekenhuis Leiden,* Declaration of Matthew J.A. Wood, Patent Interference Nos. 106,007, 106,008 and 106,013, 184 pages, dated Nov. 18, 2014 (Exhibit No. 2081 filed in interferences 106008, 106013, 106007 on Nov. 18, 2014).

*University of Western Australia v. Academisch Ziekenhuis Leiden,* Joint Stipulation regarding Time Periods 2, 3 and 4, 3 pages, Patent Interference No. 106,013, (Doc 135), dated Jan. 25, 2015.

*University of Western Australia v. Academisch Ziekenhuis Leiden,* Joint Stipulation regarding Time Periods 3-4, 4 pages, Patent Interference No. 106,007, (Doc 243), dated Jan. 29, 2015.

*University of Western Australia v. Academisch Ziekenhuis Leiden,* Joint Stipulation regarding Time Periods 3-4, 4 pages, Patent Interference No. 106,008, (Doc 247), dated Jan. 29, 2015.

*University of Western Australia v. Academisch Ziekenhuis Leiden,* Joint Stipulation regarding Time Periods 3-4, 4 pages, Patent Interference No. 106,013, (Doc 137), dated Jan. 29, 2015.

*University of Western Australia v. Academisch Ziekenhuis Leiden,* Joint Stipulation Regarding Time Periods 4-6, 4 pages, Patent Interference No. 106,007, dated Mar 19, 2015 (Doc 416).

*University of Western Australia v. Academisch Ziekenhuis Leiden,* Joint Stipulation Regarding Time Periods 4-6, 4 pages, Patent Interference No. 106013, (Doc 151), dated Mar. 19, 2015.

*University of Western Australia v. Academisch Ziekenhuis Leiden,* Joint Stipulation Regarding Time Periods 4-6, 4 pages, Patent Interference No. 106,008, (Doc 424), dated Mar. 19, 2015.

*University of Western Australia v. Academisch Ziekenhuis Leiden,* Judgment-37 CFR § 41.127, 2 pages, Patent Interference No. 106,013, (Doc 197), dated Sep. 29, 2015.

European Decision of the Opposition Division, European Application No. 10004274.6, dated Dec. 19, 2017, 23 pages.

Extended European Search Report, EP 16172354.9, dated Jan. 23, 2017, 7 pages.

Extended European Search Report, EP 17159328.8, dated Sep. 5, 2017, 10 pages.

*University of Western Australia v. Academisch Ziekenhuis Leiden,* UWA Notice of Filing Priority Statement, 2 pages, Patent Interference No. 106,007, dated Nov. 18, 2014 (Doc 215).

SRPT-VYDS-0005073



FIGURE 1



**FIGURE 2**

SRPT-VYDS-0005075

**U.S. Patent**    **Jun. 12, 2018**    **Sheet 3 of 22**    **US 9,994,851 B2**



**FIGURE 3**

SRPT-VYDS-0005076

H7A(+45+67)          H7A(+2+26)

M  600 300 100 50 20 600NM  600 300 100  50  20 600N M



**FIGURE 4**

SRPT-VYDS-0005077

H6D(+4-21)          H6D(+18+4)

(nM)

M 600 300 100  50  20 600N  M 600 300 100  50  20  UT



## FIGURE 5

SRPT-VYDS-0005078

6A(+69+91)



**FIGURE 6**

H4A(+13+32)

M   600   300   100    50    20    UT   Neg    M



**FIGURE 7**

SRPT-VYDS-0005080



FIGURE 8B

FIGURE 8A

SRPT-VYDS-0005081



FIGURE 9B



FIGURE 9A



**FIGURE 10**

SRPT-VYDS-0005083



**FIGURE 11**

SRPT-VYDS-0005084



**FIGURE 12**

SRPT-VYDS-0005085



**FIGURE 13**

SRPT-VYDS-0005086



**FIGURE 14**

SRPT-VYDS-0005087



FIGURE 15



**FIGURE 16**

SRPT-VYDS-0005089



FIGURE 17

SRPT-VYDS-0005090

U.S. Patent        Jun. 12, 2018        Sheet 18 of 22        US 9,994,851 B2



**FIGURE 18**

SRPT-VYDS-0005091



**FIGURE 19**

SRPT-VYDS-0005092



**FIGURE 20**

SRPT-VYDS-0005093

**H46A(+86+115)**



**FIGURE 21**

SRPT-VYDS-0005094



**FIGURE 22**

SRPT-VYDS-0005095

US 9,994,851 B2

1

# ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 15/274,772, filed Sep. 23, 2016, now pending, which application is a continuation of U.S. patent application Ser. No. 14/740,097, filed Jun. 15, 2015, now issued as U.S. Pat. No. 9,605,262, which application is a continuation of U.S. patent application Ser. No. 13/741,150, filed Jan. 14, 2013, now abandoned, which application is a continuation of U.S. patent application Ser. No. 13/168,857, filed Jun. 24, 2011, now abandoned, which application is a continuation of U.S. patent application Ser. No. 12/837,359, filed Jul. 15, 2010, now issued as U.S. Pat. No. 8,232,384, which application is a continuation of U.S. patent application Ser. No. 11/570,691, filed Jan. 15, 2008, now issued as U.S. Pat. No. 7,807,816, which application is a 35 U.S.C. § 371 National Phase Application of PCT/AU2005/000943, filed Jun. 28, 2005, which claims priority to Australian Patent Application No. 2004903474, filed Jun. 28, 2004; which applications are each incorporated herein by reference in their entireties.

## STATEMENT REGARDING SEQUENCE LISTING

The Sequence Listing associated with the application is provided in text format in lieu of a paper copy, and is hereby incorporated by reference into the specification. The name of the text file containing the Sequence Listing is AVN-008CN41_Sequence-Listing.txt. The text file is 62,086 Kilobytes, was created on Sep. 14, 2017 and is being submitted electronically via EFS-Web.

## FIELD OF THE INVENTION

The present invention relates to novel antisense compounds and compositions suitable for facilitating exon skipping. It also provides methods for inducing exon skipping using the novel antisense compounds as well as therapeutic compositions adapted for use in the methods of the invention.

## BACKGROUND ART

Significant effort is currently being expended researching methods for suppressing or compensating for disease-causing mutations in genes. Antisense technologies are being developed using a range of chemistries to affect gene expression at a variety of different levels (transcription, splicing, stability, translation). Much of that research has focused on the use of antisense compounds to correct or compensate for abnormal or disease-associated genes in a myriad of different conditions.

Antisense molecules are able to inhibit gene expression with exquisite specificity and because of this many research efforts concerning oligonucleotides as modulators of gene expression have focused on inhibiting the expression of targeted genes such as oncogenes or viral genes. The antisense oligonucleotides are directed either against RNA (sense strand) or against DNA where they form triplex structures inhibiting transcription by RNA polymerase II. To achieve a desired effect in specific gene down-regulation, the oligonucleotides must either promote the decay of the tar-

2

geted mRNA or block translation of that mRNA, thereby effectively preventing de novo synthesis of the undesirable target protein.

Such techniques are not useful where the object is to up-regulate production of the native protein or compensate for mutations which induce premature termination of translation such as nonsense or frame-shifting mutations. Furthermore, in cases where a normally functional protein is prematurely terminated because of mutations therein, a means for restoring some functional protein production through antisense technology has been shown to be possible through intervention during the splicing processes (Sierakowska H, et al., (1996) Proc Natl Acad Sci USA 93, 12840-12844; Wilton S D, et al., (1999) Neuromusc Disorders 9, 330-338; van Deutekom J C et al., (2001) Human Mol Genet 10, 1547-1554). In these cases, the defective gene transcript should not be subjected to targeted degradation so the antisense oligonucleotide chemistry should not promote target mRNA decay.

In a variety of genetic diseases, the effects of mutations on the eventual expression of a gene can be modulated through a process of targeted exon skipping during the splicing process. The splicing process is directed by complex multi-particle machinery that brings adjacent exon-intron junctions in pre-mRNA into close proximity and performs cleavage of phosphodiester bonds at the ends of the introns with their subsequent reformation between exons that are to be spliced together. This complex and highly precise process is mediated by sequence motifs in the pre-mRNA that are relatively short semi-conserved RNA segments to which bind the various nuclear splicing factors that are then involved in the splicing reactions. By changing the way the splicing machinery reads or recognises the motifs involved in pre-mRNA processing, it is possible to create differentially spliced mRNA molecules. It has now been recognised that the majority of human genes are alternatively spliced during normal gene expression, although the mechanisms invoked have not been identified. Using antisense oligonucleotides, it has been shown that errors and deficiencies in a coded mRNA could be bypassed or removed from the mature gene transcripts.

In nature, the extent of genetic deletion or exon skipping in the splicing process is not fully understood, although many instances have been documented to occur, generally at very low levels (Sherrat T G, et al., (1993) Am J Hum Genet 53, 1007-1015). However, it is recognised that if exons associated with disease-causing mutations can be specifically deleted from some genes, a shortened protein product can sometimes be produced that has similar biological properties of the native protein or has sufficient biological activity to ameliorate the disease caused by mutations associated with the target exon (Lu Q L, et al., (2003) Nature Medicine 9, 1009-1014; Aartsma-Rus A et al., (2004) Am J Hum Genet 74: 83-92).

This process of targeted exon skipping is likely to be particularly useful in long genes where there are many exons and introns, where there is redundancy in the genetic constitution of the exons or where a protein is able to function without one or more particular exons (e.g. with the dystrophin gene, which consists of 79 exons; or possibly some collagen genes which encode for repeated blocks of sequence or the huge nebulin or titin genes which are comprised of ~80 and over 370 exons, respectively).

Efforts to redirect gene processing for the treatment of genetic diseases associated with truncations caused by mutations in various genes have focused on the use of antisense oligonucleotides that either: (1) fully or partially overlap

SRPT-VYDS-0005096

US 9,994,851 B2

3

with the elements involved in the splicing process; or (2) bind to the pre-mRNA at a position sufficiently close to the element to disrupt the binding and function of the splicing factors that would normally mediate a particular splicing reaction which occurs at that element (e.g., binds to the pre-mRNA at a position within 3, 6, or 9 nucleotides of the element to be blocked).

For example, modulation of mutant dystrophin pre-mRNA splicing with antisense oligoribonucleotides has been reported both in vitro and in vivo. In one type of dystrophin mutation reported in Japan, a 52-base pair deletion mutation causes exon 19 to be removed with the flanking introns during the splicing process (Matsuo et al., (1991) J Clin Invest., 87:2127-2131). An in vitro minigene splicing system has been used to show that a 31-mer 2'-O-methyl oligoribonucleotide complementary to the 5' half of the deleted sequence in dystrophin Kobe exon 19 inhibited splicing of wild-type pre-mRNA (Takeshima et al. (1995), J. Clin. Invest., 95, 515-520). The same oligonucleotide was used to induce exon skipping from the native dystrophin gene transcript in human cultured lymphoblastoid cells.

Dunckley et al., (1997) Nucleosides & Nucleotides, 16, 1665-1668 described in vitro constructs for analysis of splicing around exon 23 of mutated dystrophin in the mdx mouse mutant, a model for muscular dystrophy. Plans to analyse these constructs in vitro using 2' modified oligonucleotides targeted to splice sites within and adjacent to mouse dystrophin exon 23 were discussed, though no target sites or sequences were given.

2'-O-methyl oligoribonucleotides were subsequently reported to correct dystrophin deficiency in myoblasts from the mdx mouse from this group. An antisense oligonucleotide targeted to the 3' splice site of murine dystrophin intron 22 was reported to cause skipping of the mutant exon as well as several flanking exons and created a novel in-frame dystrophin transcript with a novel internal deletion. This mutated dystrophin was expressed in 1-2% of antisense treated mdx myotubes. Use of other oligonucleotide modifications such as 2'-O-methoxyethyl phosphodiesters are described (Dunckley et al. (1998) Human Mol. Genetics, 5, 1083-90).

Thus, antisense molecules may provide a tool in the treatment of genetic disorders such as Duchenne Muscular Dystrophy (DMD). However, attempts to induce exon skipping using antisense molecules have had mixed success. Studies on dystrophin exon 19, where successful skipping of that exon from the dystrophin pre-mRNA was achieved using a variety of antisense molecules directed at the flanking splice sites or motifs within the exon involved in exon definition as described by Errington et al. (2003) J Gen Med 5, 518-527".

In contrast to the apparent ease of exon 19 skipping, the first report of exon 23 skipping in the mdx mouse by Dunckley et al., (1998) is now considered to be reporting only a naturally occurring revertant transcript or artefact rather than any true antisense activity. In addition to not consistently generating transcripts missing exon 23, Dunckley et al., (1998) did not show any time course of induced exon skipping, or even titration of antisense oligonucleotides, to demonstrate dose dependent effects where the levels of exon skipping corresponded with increasing or decreasing amounts of antisense oligonucleotide. Furthermore, this work could not be replicated by other researchers.

The first example of specific and reproducible exon skipping in the mdx mouse model was reported by Wilton et al., (1999) Neuromuscular Disorders 9, 330-338. By directing an antisense molecule to the donor splice site, consistent and efficient exon 23 skipping was induced in the dystrophin mRNA within 6 hours of treatment of the cultured cells. Wilton et al, (1999), also describe targeting the acceptor

4

region of the mouse dystrophin pre-mRNA with longer antisense oligonucleotides and being unable to repeat the published results of Dunckley et al., (1998). No exon skipping, either 23 alone or multiple removal of several flanking exons, could be reproducibly detected using a selection of antisense oligonucleotides directed at the acceptor splice site of intron 22.

While the first antisense oligonucleotide directed at the intron 23 donor splice site induced consistent exon skipping in primary cultured myoblasts, this compound was found to be much less efficient in immortalized cell cultures expressing higher levels of dystrophin. However, with refined targeting and antisense oligonucleotide design, the efficiency of specific exon removal was increased by almost an order of magnitude (see Mann C J et al., (2002) J Gen Med 4, 644-654).

Thus, there remains a need to provide antisense oligonucleotides capable of binding to and modifying the splicing of a target nucleotide sequence. Simply directing the antisense oligonucleotides to motifs presumed to be crucial for splicing is no guarantee of the efficacy of that compound in a therapeutic setting.

SUMMARY OF THE INVENTION

The present invention provides antisense molecule compounds and compositions suitable for binding to RNA motifs involved in the splicing of pre-mRNA that are able to induce specific and efficient exon skipping and a method for their use thereof.

The choice of target selection plays a crucial role in the efficiency of exon skipping and hence its subsequent application of a potential therapy. Simply designing antisense molecules to target regions of pre-mRNA presumed to be involved in splicing is no guarantee of inducing efficient and specific exon skipping. The most obvious or readily defined targets for splicing intervention are the donor and acceptor splice sites although there are less defined or conserved motifs including exonic splicing enhancers, silencing elements and branch points.

The acceptor and donor splice sites have consensus sequences of about 16 and 8 bases respectively (see FIG. 1 for schematic representation of motifs and domains involved in exon recognition, intron removal and the splicing process).

According to a first aspect, the invention provides antisense molecules capable of binding to a selected target to induce exon skipping.

For example, to induce exon skipping in exons 3 to 8, 10 to 16, 19 to 40, 42 to 44, 46, 47, and 50 to 53 in the Dystrophin gene transcript the antisense molecules are preferably selected from the group listed in Table 1A.

In a further example, it is possible to combine two or more antisense oligonucleotides of the present invention together to induce multiple exon skipping in exons 19-20, and 53. This is a similar concept to targeting of a single exon. A combination or "cocktail" of antisense oligonucleotides are directed at adjacent exons to induce efficient exon skipping.

In another example, to induce exon skipping in exons 19-20, 31, 34 and 53 it is possible to improve exon skipping of a single exon by joining together two or more antisense oligonucleotide molecules. This concept is termed by the inventor as a "weasel", an example of a cunningly designed antisense oligonucleotide. A similar concept has been described in Aartsma-Rus A et al., (2004) Am J Hum Genet 74: 83-92).

According to a second aspect, the present invention provides antisense molecules selected and or adapted to aid in the prophylactic or therapeutic treatment of a genetic disorder comprising at least an antisense molecule in a form suitable for delivery to a patient.

SRPT-VYDS-0005097

US 9,994,851 B2

5

According to a third aspect, the invention provides a method for treating a patient suffering from a genetic disease wherein there is a mutation in a gene encoding a particular protein and the affect of the mutation can be abrogated by exon skipping, comprising the steps of: (a) selecting an antisense molecule in accordance with the methods described herein; and (b) administering the molecule to a patient in need of such treatment.

The invention also addresses the use of purified and isolated antisense oligonucleotides of the invention, for the manufacture of a medicament for treatment of a genetic disease.

The invention further provides a method of treating a condition characterised by Duchenne muscular dystrophy, which method comprises administering to a patient in need of treatment an effective amount of an appropriately designed antisense oligonucleotide of the invention, relevant to the particular genetic lesion in that patient. Further, the invention provides a method for prophylactically treating a patient to prevent or at least minimise Duchenne muscular dystrophy, comprising the step of: administering to the patient an effective amount of an antisense oligonucleotide or a pharmaceutical composition comprising one or more of these biological molecules.

The invention also provides kits for treating a genetic disease, which kits comprise at least a antisense oligonucleotide of the present invention, packaged in a suitable container and instructions for its use.

Other aspects and advantages of the invention will become apparent to those skilled in the art from a review of the ensuing description, which proceeds with reference to the following figures.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 Schematic representation of motifs and domains involved in exon recognition, intron removal and the splicing process (SEQ ID NOS: 213 and 214).

FIG. 2 Diagrammatic representation of the concept of antisense oligonucleotide induced exon skipping to by-pass disease-causing mutations (not drawn to scale). The hatched box represents an exon carrying a mutation that prevents the translation of the rest of the mRNA into a protein. The solid black bar represents an antisense oligonucleotide that prevents inclusion of that exon in the mature mRNA.

FIG. 3 Gel electrophoresis showing differing efficiencies of two antisense molecules directed at exon 8 acceptor splice site. The preferred compound [H8A(−06+18)] induces strong and consistent exon skipping at a transfection concentration of 20 nanomolar in cultured normal human muscle cells. The less preferred antisense oligonucleotide [H8A(−06+14)] also induces efficient exon skipping, but at much higher concentrations. Other antisense oligonucleotides directed at exon 8 either only induced lower levels of exon skipping or no detectable skipping at all (not shown).

FIG. 4 Gel electrophoresis showing differing efficiencies of two antisense molecules directed at internal domains within exon 7, presumably exon splicing enhancers. The preferred compound [H7A(+45+67)] induces strong and consistent exon skipping at a transfection concentration of 20 nanomolar in cultured human muscle cells. The less preferred antisense oligonucleotide [H7A(+2+26)] induces only low levels of exon skipping at the higher transfection concentrations. Other antisense oligonucleotides directed at exon 7 either only induced lower levels of exon skipping or no detectable skipping at all (not shown).

FIG. 5 Gel electrophoresis showing an example of low efficiency exon 6 skipping using two non-preferred antisense molecules directed at human exon 6 donor splice site. Levels of induced exon 6 skipping are either very low [H6D(+04–21)] or almost undetectable [H6D(+18–04)]. These are examples of non-preferred antisense oligonucleotides to demonstrate that antisense oligonucleotide design plays a crucial role in the efficacy of these compounds.

6

FIG. 6 Gel electrophoresis showing strong and efficient human exon 6 skipping using an antisense molecules [H6A(+69+91)] directed at an exon 6 internal domain, presumably an exon splicing enhancer. This preferred compound induces consistent exon skipping at a transfection concentration of 20 nanomolar in cultured human muscle cells.

FIG. 7 Gel electrophoresis showing strong human exon 4 skipping using an antisense molecule H4A(+13+32) directed at an exon 6 internal domain, presumably an exon splicing enhancer. This preferred compound induces strong and consistent exon skipping at a transfection concentration of 20 nanomolar in cultured human muscle cells,

FIG. 8A Gel electrophoresis showing strong human exon 12 skipping using antisense molecule H12A(+52+75) directed at exon 12 internal domain.

FIG. 8B Gel electrophoresis showing strong human exon 11 skipping using antisense molecule H11A(+75+97) directed at an exon 11 internal domain.

FIG. 9A Gel electrophoresis showing strong human exon 15 skipping using antisense molecules H15A(+48+71) and H15A(−12+19) directed at an exon 15 internal domain.

FIG. 9B Gel electrophoresis showing strong human exon 16 skipping using antisense molecules H16A(−12+19) and H16A(−06+25).

FIG. 10 Gel electrophoresis showing human exon 19/20 skipping using antisense molecules H20A(+44+71) and H20A(+149+170) directed at an exon 20 and a "cocktail" of antisense oligonucleotides H19A(+35+65, H20A(+44+71) and H20A(+149+170) directed at exons 19/20.

FIG. 11 Gel electrophoresis showing human exon 19/20 skipping using "weasels" directed at exons 19 and 20.

FIG. 12 Gel electrophoresis showing exon 22 skipping using antisense molecules H22A(+125+106), H22A(+47+69), H22A(+80+101) and H22D(+13-11) directed at exon 22.

FIG. 13 Gel electrophoresis showing exon 31 skipping using antisense molecules H31D(+01–25) and H31D(+03–22); and a "cocktail" of antisense molecules directed at exon 31.

FIG. 14 Gel electrophoresis showing exon 33 skipping using antisense molecules H33A(+30+56) and H33A(+64+88) directed at exon 33.

FIG. 15 Gel electrophoresis showing exon 35 skipping using antisense molecules H35A(+141+161), H35A(+116-135), and H35A(+24+43) and a "cocktail" of two antisense molecules, directed at exon 35.

FIG. 16 Gel electrophoresis showing exon 36 skipping using antisense molecules H32A(+49+73) and H36A(+26+50) directed at exon 36.

FIG. 17 Gel electrophoresis showing exon 37 skipping using antisense molecules H37A(+82+105) and H37A(+134+157) directed at exon 37.

FIG. 18 Gel electrophoresis showing exon 38 skipping using antisense molecule H38A(+88+112) directed at exon 38.

FIG. 19 Gel electrophoresis showing exon 40 skipping using antisense molecule H40A(−05+17) directed at exon 40.

FIG. 20 Gel electrophoresis showing exon 42 skipping using antisense molecule H42A(−04+23) directed at exon 42.

FIG. 21 Gel electrophoresis showing exon 46 skipping using antisense molecule H46A(+86+115) directed a# exon 46

FIG. 22 Gel electrophoresis showing exon 51, exon 52 and exon 53 skipping using various antisense molecules directed at exons 51, 52 and 53, respectively. A "cocktail" of antisense molecules is also shown directed at exon 53.

SRPT-VYDS-0005098

US 9,994,851 B2

| 7 | 8 |

BRIEF DESCRIPTION OF THE SEQUENCE
LISTINGS

TABLE 1A

Description of 2'-O-methyl phosphorothioate antisense
oligonucleotides that have been used to date to study
induced exon skipping during the processing of the
dystrophin pre-mRNA. Since these 2'-O-methyl antisense
oligonucleotides are more RNA- like, U represents uracil.
With other antisense chemistries such as peptide nucleic
acids or morpholinos, these U bases may be shown as "T".

| SEQ ID | SEQUENCE | NUCLEOTIDE SEQUENCE (5'-3') |
|---|---|---|
| 1 | H8A(-06+18) | GAU AGG UGG UAU CAA CAU CUG UAA |
| 2 | H8A (-03+18) | GAU AGG UGG UAU CAA CAU CUG |
| 3 | H8A(-07+18) | GAU AGG UGG UAU CAA CAU CUG UAA G |
| 4 | H8A(-06+14) | GGU GGU AUC AAC AUC UGU AA |
| 5 | H8A(-10+10) | GUA UCA ACA UCU GUA AGC AC |
| 6 | H7A(+45+67) | UGC AUG UUC CAG UCG UUG UGU GG |
| 7 | H7A(+02+26) | CAC UAU UCC AGU CAA AUA GGU CUG G |
| 8 | H7D(+15-10) | AUU UAC CAA CCU UCA GGA UCG AGU A |
| 9 | H7A(-18+03) | GGC CUA AAA CAC AUA CAC AUA |
| 10 | C6A(-10+10) | CAU UUU UGA CCU ACA UGU GG |
| 11 | C6A(-14+06) | UUU GAC CUA CAU GUG GAA AG |
| 12 | C6A(-14+12) | UAC AUU UUU GAC CUA CAU GUG GAA AG |
| 13 | C6A(-13+09) | AUU UUU GAC CUA CAU GGG AAA G |
| 14 | CH6A(+69+91) | UAC GAG UUG AUU GUC GGA CCC AG |
| 15 | C6D(+12-13) | GUG GUC UCC UUA CCU AUG ACU GUG G |
| 16 | C6D(+06-11) | GGU CUC CUU ACC UAU GA |
| 17 | H6D(+04-21) | UGU CUC AGU AAU CUU CUU ACC UAU |
| 18 | H6D(+18-04) | UCU UAC CUA UGA CUA UGG AUG AGA |
| 19 | H4A(+13+32) | GCA UGA ACU CUU GUG GAU CC |
| 20 | H4D(+04-16) | CCA GGG UAC UAC UUA CAU UA |
| 21 | H4D(-24-44) | AUC GUG UGU CAC AGC AUC CAG |
| 22 | H4A(+11+40) | UGU UCA GGG CAU GAA CUC UUG UGG AUC CUU |
| 23 | H3A(+30+60) | UAG GAG GCG CCU CCC AUC CUG UAG GUC ACU G |
| 24 | H3A(+35+65) | AGG UCU AGG AGG CGC CUC CCA UCC UGU AGG U |
| 25 | H3A(+30+54) | GCG CCU CCC AUC CUG UAG GUC ACU G |
| 26 | H3D(+46-21) | CUU CGA GGA GGU CUA GGA GGC GCC UC |
| 27 | H3A(+30+50) | CUC CCA UCC UGU AGG UCA CUG |
| 28 | H3D(+19-03) | UAC CAG UUU UUG CCC UGU CAG G |
| 29 | H3A(-06+20) | UCA AUA UGC UGC UUC CCA AAC UGA AA |
| 30 | H3A(+37+61) | CUA GGA GGC GCC UCC CAU CCU GUA G |

SRPT-VYDS-0005099

US 9,994,851 B2

| 9 | 10 |

TABLE 1A-continued

Description of 2'-O-methyl phosphorothioate antisense
oligonucleotides that have been used to date to study
induced exon skipping during the processing of the
dystrophin pre-mRNA. Since these 2'-O-methyl antisense
oligonucleotides are more RNA- like, U represents uracil.
With other antisense chemistries such as peptide nucleic
acids or morpholinos, these U bases may be shown as "T".

| SEQ ID | SEQUENCE | NUCLEOTIDE SEQUENCE (5'-3') |
|---|---|---|
| 31 | H5A(+20+50) | UUA UGA UUU CCA UCU ACG AUG UCA GUA CUU C |
| 32 | H5D(+25-05) | CUU ACC UGC CAG UGG AGG AUU AUA UUC CAA A |
| 33 | H5D(+10-15) | CAU CAG GAU UCU UAC CUG CCA GUG G |
| 34 | H5A(+10+34) | CGA UGU CAG UAC UUC CAA UAU UCA C |
| 35 | H5D(-04-21) | ACC AUU CAU CAG GAU UCU |
| 36 | H5D(+16-02) | ACC UGC CAG UGG AGG AUU |
| 37 | H5A(-07+20) | CCA AUA UUC ACU AAA UCA ACC UGU UAA |
| 38 | H5D(+18-12) | CAG GAU UGU UAC CUG CCA GUG GAG GAU UAU |
| 39 | H5A(+05+35) | ACG AUG UCA GUA CUU CCA AUA UUC ACU AAA U |
| 40 | H5A(+15+45) | AUU UCC AUC UAC GAU GUC AGU ACU UCC AAU A |
| 41 | H10A(-05+16) | CAG GAG CUU CCA AAU GCU GCA |
| 42 | H10A(-05+24) | CUU GUC UUC AGG AGC UUC CAA AUG CUG CA |
| 43 | H10A(+98+119) | UCC UCA GCA GAA AGA AGC CAC G |
| 44 | H10A(+130+149) | UUA GAA AUC UCU CCU UGU GC |
| 45 | H10A(-33-14) | UAA AUU GGG UGU UAC ACA AU |
| 46 | H11D(+26+49) | CCC UGA GGC AUU CCC AUC UUG AAU |
| 47 | H11D(+11-09) | AGG ACU UAC UUG CUU UGU UU |
| 48 | H11A(+118+140) | CUU GAA UUU AGG AGA UUC AUC UG |
| 49 | H11A(+75+97) | CAU CUU CUG AUA AUU UUC CUG UU |
| 50 | H12A(+52+75) | UCU UCU GUU UUU GUU AGC CAG UCA |
| 51 | H12A(-10+10) | UCU AUG UAA ACU GAA AAU UU |
| 52 | H12A(+11+30) | UUC UGG AGA UCC AUU AAA AC |
| 53 | H13A(+77+100) | CAG CAG UUG CGU GAU CUC CAC UAG |
| 54 | H13A(+55+75) | UUC AUC AAC UAC CAC CAC CAU |
| 55 | H13D(+06-19) | CUA AGC AAA AUA AUC UGA CCU UAA G |
| 56 | H14A(+37+64) | CUU GUA AAA GAA CCC AGC GGU CUU CUG U |
| 57 | H14A(+14+35) | CAU CUA CAG AUG UUU GCC CAU C |
| 58 | H14A(+51+73) | GAA GGA UGU CUU GUA AAA GAA CC |
| 59 | H14D(-02+18) | ACC UGU UCU UCA GUA AGA CG |
| 60 | H14D(+14-10) | CAU GAC ACA CCU GUU CUU CAG UAA |
| 61 | H14A(+61+80) | CAU UUG AGA AGG AUG UCU UG |
| 62 | H14A(-12+12) | AUC UCC CAA UAC CUG GAG AAG AGA |

SRPT-VYDS-0005100

US 9,994,851 B2

11                                                                                    12

TABLE 1A-continued

Description of 2'-O-methyl phosphorothioate antisense
oligonucleotides that have been used to date to study
induced exon skipping during the processing of the
dystrophin pre-mRNA. Since these 2'-O-methyl antisense
oligonucleotides are more RNA- like, U represents uracil.
With other antisense chemistries such as peptide nucleic
acids or morpholinos, these U bases may be shown as "T".

| SEQ ID | SEQUENCE | NUCLEOTIDE SEQUENCE (5'-3') |
|---|---|---|
| 63 | H15A(-12+19) | GCC AUG CAC UAA AAA GGC ACU GCA AGA CAU U |
| 64 | H15A(+48+71) | UCU UUA AAG CCA GUU GUG UGA AUC |
| 65 | H15A(+08+28) | UUU CUG AAA GCC AUG CAC UAA |
| 66 | H15D(+17-08) | GUA CAU ACG GCC AGU UUU UGA AGA C |
| 67 | H16A(-12+19) | CUA GAU CCG CUU UUA AAA CCU GUU AAA ACA A |
| 68 | H16A(-06+25) | UCU UUU CUA GAU CCG CUU UUA AAA CCU GUU A |
| 69 | H16A(-06+19) | CUA GAU CCG CUU UUA AAA CCU GUU A |
| 70 | H16A(+87+109) | CCG UCU UCU GGG UCA CUG ACU UA |
| 71 | H16A(-07+19) | CUA GAU CCG CUU UUA AAA CCU GUU AA |
| 72 | H16A(-07+13) | CCG CUU UUA AAA CCU GUU AA |
| 73 | H16A(+12+37) | UGG AUU GCU UUU UCU UUU CUA GAU CC |
| 74 | H16A(+92+116) | CAU GCU UCC GUC GUC UUC UGG GUC ACU G |
| 75 | H16A(+45+67) | G AUC UUG UUU GAG UGA AUA CAG U |
| 76 | H16A(+105+126) | GUU AUC CAG CCA UGC UUC CGU C |
| 77 | H16D(+05-20) | UGA UAA UUG GUA UCA CUA ACC UGU G |
| 78 | H16D(+12-11) | GUA UCA CUA ACC UGU GCU GUA C |
| 79 | H19A(+35+53) | CUG CUG GCA UCU UGC AGU U |
| 80 | H19A(+35+65) | GCC UGA GCU GAU CUG CUG GCA UCU UGC AGU U |
| 81 | H20A(+44+71) | CUG GCA GAA UUC GAU CCA CCG GCU GUU C |
| 82 | H20A(+147+168) | CAG CAG UAG UUG UCA UCU GCU C |
| 83 | H20A(+185+203) | UGA UGG GGU GGU GGG UUG G |
| 84 | H20A(-08+17) | AUC UGC AUU AAC ACC CUC UAG AAA G |
| 85 | H20A(+30+53) | CCG GCU GUU CAG UUG UUC UGA GGC |
| 86 | H20A(-11+17) | AUC UGC AUU AAC ACC CUC UAG AAA GAA A |
| 87 | H20D(+08-20) | GAA GGA GAA GAG AUU CUU ACC UUA CAA A |
| 88 | H20A(+44+63) | AUU CGA UCC ACC GGC UGU UC |
| 89 | H20A(+149+168) | CAG CAG UAG UUG UCA UCU GC |
| 90 | H21A(-06+16) | GCC GGU UGA CUU CAU CCU GUG C |
| 91 | H21A(+85+106) | CUG CAU CCA GGA ACA UGG GUC C |
| 92 | H21A(+85+108) | GUC UGC AUC CAG GAA CAU GGG UC |
| 93 | H21A(+08+31) | GUU GAA GAU CUG AUA GCC GGU UGA |
| 94 | H21D(+18-07) | UAC UUA CUG UCU GUA GCU CUU UCU |
| 95 | H22A(+22+45) | CAC UCA UGG UCU CCU GAU AGC GCA |

SRPT-VYDS-0005101

US 9,994,851 B2

| 13 | 14 |
|---|---|

TABLE 1A-continued

Description of 2'-O-methyl phosphorothioate antisense
oligonucleotides that have been used to date to study
induced exon skipping during the processing of the
dystrophin pre-mRNA. Since these 2'-O-methyl antisense
oligonucleotides are more RNA- like, U represents uracil.
With other antisense chemistries such as peptide nucleic
acids or morpholinos, these U bases may be shown as "T".

| SEQ ID | SEQUENCE | NUCLEOTIDE SEQUENCE (5'-3') |
|---|---|---|
| 96 | H22A(+125+106) | CUG CAA UUC CCC GAG UCU CUG C |
| 97 | H22A(+47+69) | ACU GCU GGA CCC AUG UCC UGA UG |
| 98 | H22A(+80+101) | CUA AGU UGA GGU AUG GAG AGU |
| 99 | H22D(+13-11) | UAU UCA CAG ACC UGC AAU UCC CC |
| 100 | H23A(+34+59) | ACA GUG GUG CUG AGA UAG UAU AGG CC |
| 101 | H23A(+18+39) | UAG GCC ACU UUG UUG CUC UUG C |
| 102 | H23A(+72+90) | UUC AGA GGG CGC UUU CUU C |
| 103 | H24A(+48+70) | GGG CAG GCC AUU CCU CCU UCA GA |
| 104 | H24A(-02+22) | UCU UCA GGG UUU GUA UGU GAU UCU |
| 105 | H25A(+9+36) | CUG GGC UGA AUU GUC UGA AUA UCA CUG |
| 106 | H25A(+131+156) | CUG UUG GCA CAU GUG AUC CCA CUG AG |
| 107 | H25D(+16-08) | GUC UAU ACC UGU UGG CAC AUG UGA |
| 108 | H26A(+132+156) | UGC UUU CUG UAA UUC AUC UGG AGU U |
| 109 | H26A(-07+19) | CCU CCU UUC UGG CAU AGA CCU UCC AC |
| 110 | H26A(+68+92) | UGU GUC AUC CAU UCG UGC AUC UCU G |
| 111 | H27A(+82+106) | UUA AGG CCU CUU GUG CUA CAG GUG G |
| 112 | H27A(-4+19) | GGG GCU CUU CUU UAG CUC UCU GA |
| 113 | H27D(+19-03) | GAC UUC CAA AGU CUU GCA UUU C |
| 114 | H28A(-05+19) | GCC AAC AUG CCC AAA CUU CCU AAG |
| 115 | H28A(+99+124) | CAG AGA UUU CCU CAG CUC CGC CAG GA |
| 116 | H28D(+16-05) | CUU ACA UCU AGC ACC UCA GAG |
| 117 | H29A(+57+81) | UCC GCC AUC UGU UAG GGU CUG UGC C |
| 118 | H29A(+18+42) | AUU UGG GUU AUC CUC UGA AUG UCG C |
| 119 | H29D(+17-05) | CAU ACC UCU UCA UGU AGU UCC C |
| 120 | H30A(+122+147) | CAU UUG AGC UGC GUC CAC CUU GUC UG |
| 121 | H30A(+25+50) | UCC UGG GCA GAC UGG AUG CUC UGU UC |
| 122 | H30D(+19-04) | UUG CCU GGG CUU CCU GAG GCA UU |
| 123 | H31D(+06-18) | UUC UGA AAU AAC AUA UAC CUG UGC |
| 124 | H31D(+03-22) | UAG UUU CUG AAA UAA CAU AUA CCU G |
| 125 | H31A(+05+25) | GAC UUG UCA AAU CAG AUU GGA |
| 126 | H31D(+04-20) | GUU UCU GAA AUA ACA UAU ACC UGU |
| 127 | H32D(+04-16) | CAC CAG AAA UAC AUA CCA CA |
| 128 | H32A(+151+170) | CAA UGA UUU AGC UGU GAC UG |
| 129 | H32A(+10+32) | CGA AAC UUC AUG GAG ACA UCU UG |

SRPT-VYDS-0005102

US 9,994,851 B2

15                                                    16

TABLE 1A-continued

Description of 2'-O-methyl phosphorothioate antisense
oligonucleotides that have been used to date to study
induced exon skipping during the processing of the
dystrophin pre-mRNA. Since these 2'-O-methyl antisense
oligonucleotides are more RNA- like, U represents uracil.
With other antisense chemistries such as peptide nucleic
acids or morpholinos, these U bases may be shown as "T".

| SEQ ID SEQUENCE | NUCLEOTIDE SEQUENCE (5'-3') |
|---|---|
| 130 H32A(+49+73) | CUU GUA GAC GCU GCU CAA AAU UGG C |
| 131 H33D(+09+11) | CAU GCA CAC ACC UUU GCU CC |
| 132 H33A(+53+76) | UCU GUA CAA UCU GAC GUC CAG UCU |
| 133 H33A(+30+56) | GUC UUU AUC ACC AUU UCC ACU UCA GAC |
| 134 H33A(+64+88) | CCG UCU GCU UUU UCU GUA CAA UCU G |
| 135 H34A(+83+104) | UCC AUA UCU GUA GCU GCC AGC C |
| 136 H34A(+143+165) | CCA GGC AAC UUC AGA AUC CAA AU |
| 137 H34A(-20+10) | UUU CUG UUA CCU GAA AAG AAU UAU AAU GAA |
| 138 H34A(+46+70) | CAU UCA UUU CCU UUC GCA UCU UAC G |
| 139 H34A(+95+120) | UGA UCU CUU UGU CAA UUC CAU AUC UG |
| 140 H34D(+10-20) | UUC AGU GAU AUA GGU UUU ACC UUU CCC CAG |
| 141 H34A(+72+96) | CUG UAG CUG CCA GCC AUU CUG UCA AG |
| 142 H35A(+141+161) | UCU UCU GCU CGG GAG GGU ACA |
| 143 H35A(+116+135) | CCA GUU ACU AUU CAG AAG AC |
| 144 H35A(+24+43) | UCU UCA GGU GCA CCU UCU GU |
| 145 H36A(+26+50) | UGU GAU GUG GUC CAC AUU CUG GUC A |
| 146 H36A(-02+18) | CCA UGU GUU UCU GGU AUU CC |
| 147 H37A(+26+50) | CGU GUA GAG UCC ACC UUU GGG CGU A |
| 148 H37A(+82+105) | UAC UAA UUU CCU GCA GUG GUC ACC |
| 149 H37A(+134+157) | UUC UGG GUG AAA UGG CUG CAA AUC |
| 150 H38A(-01+19) | CCU UCA AAG GAA UGG AGG CC |
| 151 H38A(+59+83) | UGC UGA AUU UCA GCC UCC AGU GGU U |
| 152 H38A(+88+112) | UGA AGU CUU CCU CUU UCA GAU UCA C |
| 153 H39A(+62+85) | CUG GCU UUC UCU CAU CUG UGA UUC |
| 154 H39A(+39+58) | GUU GUA AGU UGU CUC CUC UU |
| 155 H39A(+102+121) | UUG UCU GUA ACA GCU GCU GU |
| 156 H39D(+10-10) | GCU CUA AUA CCU UGA GAG CA |
| 157 H40A(-05+17) | CUU UGA GAC CUC AAA UCC UGU U |
| 158 H40A(+129+153) | CUU UAU UUU CCU UUC AUC UCU GGG C |
| 159 H42A(-04+23) | AUC GUU UCU UCA CGG ACA GUG UGC UGG |
| 160 H42A(+86+109) | GGG CUU GUG AGA CAU GAG UGA UUU |
| 161 H42D(+19-02) | A CCU UCA GAG GAC UCC UCU UGC |
| 162 H43D(+10-15) | UAU GUG UUA CCU ACC UUU GUC GGU C |
| 163 H43A(+101+120) | GGA GAG AGC UUC CUG UAG CU |

SRPT-VYDS-0005103

US 9,994,851 B2

17                                                    18

TABLE 1A-continued

Description of 2'-O-methyl phosphorothioate antisense
oligonucleotides that have been used to date to study
induced exon skipping during the processing of the
dystrophin pre-mRNA. Since these 2'-O-methyl antisense
oligonucleotides are more RNA- like, U represents uracil.
With other antisense chemistries such as peptide nucleic
acids or morpholinos, these U bases may be shown as "T".

| SEQ ID | SEQUENCE | NUCLEOTIDE SEQUENCE (5'-3') |
|---|---|---|
| 164 | H43A(+78+100) | UCA CCC UUU CCA CAG GCG UUG CA |
| 165 | H44A(+85+104) | UUU GUG UCU UUC UGA GAA AC |
| 166 | H44D(+10-10) | AAA GAC UUA CCU UAA GAU AC |
| 167 | H44A(-06+14) | AUC UGU CAA AUC GCC UGC AG |
| 168 | H46D(+16-04) | UUA CCU UGA CUU GCU CAA GC |
| 169 | H46A(+90+109) | UCC AGG UUC AAG UGG GAU AC |
| 170 | H47A(+76+100) | GCU CUU CUG GGC UUA UGG GAG CAC U |
| 171 | H47D(+25-02) | ACC UUU AUC CAC UGG AGA UUU GUC UGC |
| 172 | H47A(-9+12) | UUC CAC CAG UAA CUG AAA CAG |
| 173 | H50A(+02+30) | CCA CUC AGA GCU CAG AUC UUC UAA CUU CC |
| 174 | H50A(+07+33) | CUU CCA CUC AGA GCU CAG AUC UUC UAA |
| 175 | H50D(+07-18) | GGG AUC AGU AUU ACU UAC AGG CUC C |
| 176 | H51A(-01+25) | ACC AGA GUA ACA GUC UGA GUA GGA GC |
| 177 | H51D(+16-07) | CUC AUA CCU UCU GCU UGA UGA UC |
| 178 | H51A(+111 +134) | UUC UGU CCA AGC CCG GUU GAA AUC |
| 179 | H51A(+61+90) | ACA UCA AGG AAG AUG GCA UUU CUA GUU UGG |
| 180 | H51A(+66+90) | ACA UCA AGG AAG AUG GCA UUU CUA G |
| 181 | H51A(+66+95) | CUC CAA CAU CAA GGA AGA UGG CAU UUC UAG |
| 182 | H51D(+08-17) | AUC AUU UUU UCU CAU ACC UUC UGC U |
| 183 | H51A/D(+08-17) & (-15+) | AUC AUU UUU UCU CAU ACC UUC UGC UAG GAG CUA AAA |
| 184 | H51A(+175+195) | CAC CCA CCA UCA CCC UCU GUG |
| 185 | H51A(+199+220) | AUC AUC UCG UUG AUA UCC UCA A |
| 186 | H52A(-07+14) | UCC UGC AUU GUU GCC UGU AAG |
| 187 | H52A(+12+41) | UCC AAC UGG GGA CGC CUC UGU UCC AAA UCC |
| 188 | H52A(+17+37) | ACU GGG GAC GCC UCU GUU CCA |
| 189 | H52A(+93+112) | CCG UAA UGA UUG UUC UAG CC |
| 190 | H52D(+05-15) | UGU UAA AAA ACU UAC UUC GA |
| 191 | H53A(+45+69) | CAU UCA ACU GUU GCC UCC GGU UCU G |

SRPT-VYDS-0005104

US 9,994,851 B2

| 19 | 20 |

TABLE 1A-continued

Description of 2'-O-methyl phosphorothioate antisense oligonucleotides that have been used to date to study induced exon skipping during the processing of the dystrophin pre-mRNA. Since these 2'-O-methyl antisense oligonucleotides are more RNA- like, U represents uracil. With other antisense chemistries such as peptide nucleic acids or morpholinos, these U bases may be shown as "T".

| SEQ ID SEQUENCE | NUCLEOTIDE SEQUENCE (5'-3') |
|---|---|
| 192 H53A(+39+62) | CUG UUG CCU CCG GUU CUG AAG GUG |
| 193 H53A(+39+69) | CAU UCA ACU GUU GCC UCC GGU UCU GAA GGU G |
| 194 H53D(+14-07) | UAC UAA CCU UGG UUU CUG UGA |
| 195 H53A(+23+47) | CUG AAG GUG UUC UUG UAC UUC AUC C |
| 196 H53A(+150+176) | UGU AUA GGG ACC CUC CUU CCA UGA CUC |
| 197 H53D(+20-05) | CUA ACC UUG GUU UCU GUG AUU UUC U |
| 198 H53D(+09-18) | GGU AUC UUU GAU ACU AAC CUU GGU UUC |
| 199 H53A(-12+10) | AUU CUU UCA ACU AGA AUA AAA G |
| 200 H53A(-07+18) | GAU UCU GAA UUC UUU CAA CUA GAA U |
| 201 H53A(+07+26) | AUC CCA CUG AUU CUG AAU UC |
| 202 H53A(+124+145) | UUG GCU CUG GCC UGU CCU AAG A |
| 203 H46A(+86+115) | CUC UUU UCC AGG UUC AAG UGG GAU ACU AGC |
| 204 H46A(+107+137) | CAA GCU UUU CUU UUA GUU GCU GCU CUU UUC C |
| 205 H46A(-10+20) | UAU UCU UUU GUU CUU CUA GCC UGG AGA AAG |
| 206 H46A(+50+77) | CUG CUU CCU CCA ACC AUA AAA CAA AUU C |
| 207 H45A(-06+20) | CCA AUG CCA UCC UGG AGU UCC UGU AA |
| 208 H45A(+91 +110) | UCC UGU AGA AUA CUG GCA UC |
| 209 H45A(+125+151) | UGC AGA CCU CCU GCC ACC GCA GAU UCA |
| 210 H45D(+16 -04) | CUA CCU CUU UUU UCU GUC UG |
| 211 H45A(+71+90) | UGU UUU UGA GGA UUG CUG AA |

| TABLE 1B | TABLE 1B-continued |
|---|---|

TABLE 1B

Description of a cocktail of 2'-O-methyl phosphorothioate antisense oligonucleotides that have been used to date to study induced exon skipping during the processing of the dystrophin pre-mRNA.

| SEQ ID SEQUENCE | NUCLEOTIDE SEQUENCE (5'-3') |
|---|---|
| 81 H20A(+44+71) 82 H20A(+147+168) | CUG GCA GAA UUC GAU CCA CCG GCU GUU C CAG CAG UAG UUG UCA UCU GCU C |
| 80 H19A(+35+65) 81 H20A(+44+71) 82 H20A(+147+168) | GCC UGA GCU GAU CUG CUG GCA UCU UGC AGU U CUG GCA GAA UUC GAU CCA CCG GCU GUU C CAG CAG UAG UUG UCA UCU GCU C |

TABLE 1B-continued

Description of a cocktail of 2'-O-methyl phosphorothioate antisense oligonucleotides that have been used to date to study induced exon skipping during the processing of the dystrophin pre-mRNA.

| SEQ ID SEQUENCE | NUCLEOTIDE SEQUENCE (5'-3') |
|---|---|
| 194 H53D(+14-07) | UAC UAA CCU UGG UUU CUG UGA |
| 195 H53A(+23+47) | CUG AAG GUG UUC UUG UAC UUC AUC C |
| 196 H53A(+150+175) | UGU AUA GGG ACC CUC CUU CCA UGA CUC |

US 9,994,851 B2

21                                                                      22

TABLE 1C

Description of a "weasel" of 2'-O-methyl phosphorothioate antisense oligonucleotides that have been used to date to study induced exon skipping during the processing of the dystrophin pre-mRNA.

| SEQ ID | SEQUENCE | NUCLEOTIDE SEQUENCE (5'-3') |
|---|---|---|
| 81 | H20A(+44+71)- | CUG GCA GAA UUC GAU CCA CCG GCU GUU C- |
| 82 | H20A(+147+168) | CAG CAG UAG UUG UCA UCU GCU C |
| 80 | H19A(+35+65)- | GCC UGA GCU GAU CUG CUG GCA UCU UGC AGU U |
| 88 | H20A(+44+63)- | -AUU CGA UCC ACC GGC UGU UC- |
| 79 | H20A(+149+168) | CUG CUG GCA UCU UGC AGU U |
| 80 | H19A(+35+65)- | GCC UGA GCU GAU CUG CUG GCA UCU UGC AGU U |
| 88 | H20A(+44+63) | -AUU CGA UCC ACC GGC UGU UC- |
| 80 | H19A(+35+65)- | GCC UGA GCU GAU CUG CUG GCA UCU UGC AGU U |
| 79 | H20A(+149+168) | -CUG CUG GCA UCU UGC AGU U |
| 138 | H34A(+46+70)- | CAU UCA UUU CCU UUC GCA UCU UAC G- |
| 139 | H34A(+94+120) | UGA UCU CUU UGU CAA UUC CAU AUC UG |
| 124 | H31D(+03-22)- | UAG UUU CUG AAA UAA CAU AUA CCU G- UU- |
| 144 | H35A(+24+43) | UCU UCA GGU GCA CCU UCU GU |
| 195 | H53A(+23+47)- | CUG AAG GUG UUC UUG UAC UUC AUC C- AA- |
| 196 | H53A(+150+175)- | UGU AUA GGG ACC CUC CUU CCA UGA CUC- AA- |
| 194 | H53D(+14-07) | UAC UAA CCU UGG UUU CUG UGA |
| - | Aimed at exons | CAG CAG UAG UUG UCA UCU GCU CAA CUG |
| 212 | 19/20/20 | GCA GAA UUC GAU CCA CCG GCU GUU CAA GCC UGA GCU GAU CUG CUC GCA UCU UGC AGU |

DETAILED DESCRIPTION OF THE INVENTION

General

Those skilled in the art will appreciate that the invention described herein is susceptible to variations and modifications other than those specifically described. It is to be understood that the invention includes all such variation and modifications. The invention also includes all of the steps, features, compositions and compounds referred to or indicated in the specification, individually or collectively and any and all combinations or any two or more of the steps or features.

The present invention is not to be limited in scope by the specific embodiments described herein, which are intended for the purpose of exemplification only. Functionally equivalent products, compositions and methods are clearly within the scope of the invention as described herein.

Sequence identity numbers (SEQ ID NO:) containing nucleotide and amino acid sequence information included in this specification are collected at the end of the description and have been prepared using the programme PatentIn Version 3.0. Each nucleotide or amino acid sequence is identified in the sequence listing by the numeric indicator <210> followed by the sequence identifier (e.g. <210>1, <210>2, etc.). The length, type of sequence and source organism for each nucleotide or amino acid sequence are indicated by information provided in the numeric indicator fields <211>, <212> and <213>, respectively. Nucleotide and amino acid sequences referred to in the specification are defined by the information provided in numeric indicator field <400> followed by the sequence identifier (e.g. <400>1, <400>2, etc.).

An antisense molecules nomenclature system was proposed and published to distinguish between the different antisense molecules (see Mann et al., (2002) *J Gen Med* 4, 644-654). This nomenclature became especially relevant when testing several slightly different antisense molecules, all directed at the same target region, as shown below:

*H#A/D(x:y).*

The first letter designates the species (e.g. H: human, M: murine, C: canine) "#" designates target dystrophin exon number.

"A/D" indicates acceptor or donor splice site at the beginning and end of the exon, respectively.

(x y) represents the annealing coordinates where "−" or "+" indicate intronic or exonic sequences respectively. As an example, A(−6+18) would indicate the last 6 bases of the intron preceding the target exon and the first 18 bases of the target exon. The closest splice site would be the acceptor so these coordinates would be preceded with an "A". Describing annealing coordinates at the donor splice site could be D(+2−18) where the last 2 exonic bases and the first 18 intronic bases correspond to the annealing site of the antisense molecule. Entirely exonic annealing coordinates that would be represented by A(+65+85), that is the site between the 65th and 85th nucleotide from the start of that exon.

The entire disclosures of all publications (including patents, patent applications, journal articles, laboratory manu-

US 9,994,851 B2

23                                                          24

als, books, or other documents) cited herein are hereby incorporated by reference. No admission is made that any of the references constitute prior art or are part of the common general knowledge of those working in the field to which this invention relates.

As used necessarily herein the term "derived" and "derived from" shall be taken to indicate that a specific integer may be obtained from a particular source albeit not directly from that source.

Throughout this specification, unless the context requires o#herwise, the word "comprise", or variations such as "comprises" or "comprising", will be understood to imply the inclusion of a stated integer or group of integers but not the exclusion of any other integer or group of integers.

Other definitions for selected terms used herein may be found within the detailed description of the invention and apply throughout. Unless otherwise defined, all other scientific and technical terms used herein have the same meaning as commonly understood to one of ordinary skill in the art to which the invention belongs.

Description of the Preferred Embodiment

When antisense molecule(s) are targeted to nucleotide sequences involved in splicing in exons within pre-mRNA sequences, normal splicing of the exon may be inhibited causing the splicing machinery to by-pass the entire mutated exon from the mature mRNA. The concept of antisense oligonucleotide induced exon skipping is shown in FIG. 2. In many genes, deletion of an entire exon would lead to the production of a non-functional protein through the loss of important functional domains or the disruption of the reading frame. In some proteins, however, it is possible to shorten the protein by deleting one or more exons, without disrupting the reading frame, from within the protein without seriously altering the biological activity of the protein. Typically, such proteins have a structural role and or possess functional domains at their ends. The present invention describes antisense molecules capable of binding to specified dystrophin pre-mRNA targets and re-directing processing of that gene.

Antisense Molecules

According to a first aspect of the invention, there is provided antisense molecules capable of binding to a selected target to induce exon skipping. To induce exon skipping in exons of the Dystrophin gene transcript, the antisense molecules are preferably selected from the group of compounds shown in Table 1A. There is also provided a combination or "cocktail" of two or more antisense oligonucleotides capable of binding to a selected target to induce exon skipping. To induce exon skipping in exons of the Dystrophin gene transcript, the antisense molecules in a "cocktail" are preferably selected from the group of compounds shown in Table 1B. Alternatively, exon skipping may be induced by antisense oligonucleotides joined together "weasels" preferably selected from the group of compounds shown in Table 1C.

Designing antisense molecules to completely mask consensus splice sites may not necessarily generate any skipping of the targeted exon. Furthermore, the inventors have discovered that size or length of the antisense oligonucleotide itself is not always a primary factor when designing antisense molecules. With some targets such as exon 19, antisense oligonucleotides as short as 12 bases were able to induce exon skipping, albeit not as efficiently as longer (20-31 bases) oligonucleotides. In some other targets, such as murine dystrophin exon 23, antisense oligonucleotides

only 17 residues long were able to induce more efficient skipping than another overlapping compound of 25 nucleotides.

The inventors have also discovered that there does not appear to be any standard motif that can be blocked or masked by antisense molecules to redirect splicing. In some exons, such as mouse dystrophin exon 23, the donor splice site was the most amenable to target to re-direct skipping of that exon. It should be noted that designing and testing a series of exon 23 specific antisense molecules to anneal to overlapping regions of the donor splice site showed considerable variation in the efficiency of induced exon skipping. As reported in Mann et al., (2002) there was a significant variation in the efficiency of bypassing the nonsense mutation depending upon antisense oligonucleotide annealing ("Improved antisense oligonucleotide induced exon skipping in the mdx mouse model of muscular dystrophy". *J Gen Med* 4: 644-654). Targeting the acceptor site of exon 23 or several internal domains was not found to induce any consistent exon 23 skipping.

In other exons targeted for removal, masking the donor splice site did not induce any exon skipping. However, by directing antisense molecules to the acceptor splice site (human exon 8 as discussed below), strong and sustained exon skipping was induced. It should be noted that removal of human exon 8 was tightly linked with the co-removal of exon 9. There is no strong sequence homology between the exon 8 antisense oligonucleotides and corresponding regions of exon 9 so it does not appear to be a matter of cross reaction. Rather the splicing of these two exons is inextricably linked. This is not an isolated instance as the same effect is observed in canine cells where targeting exon 8 for removal also resulted in the skipping of exon 9. Targeting exon 23 for removal in the mouse dystrophin pre-mRNA also results in the frequent removal of exon 22 as well. This effect occurs in a dose dependent manner and also indicates close coordinated processing of 2 adjacent exons.

In other targeted exons, antisense molecules directed at the donor or acceptor splice sites did not induce exon skipping while annealing antisense molecules to intra-exonic regions (i.e. exon splicing enhancers within human dystrophin exon 6) was most efficient at inducing exon skipping. Some exons, both mouse and human exon 19 for example, are readily skipped by targeting antisense molecules to a variety of motifs. That is, targeted exon skipping is induced after using antisense oligonucleotides to mask donor and acceptor splice sites or exon splicing enhancers.

To identify and select antisense oligonucleotides suitable for use in the modulation of exon skipping, a nucleic acid sequence whose function is to be modulated must first be identified. This may be, for example, a gene (or mRNA transcribed form the gene) whose expression is associated with a particular disorder or disease state, or a nucleic acid molecule from an infectious agent. Within the context of the present invention, preferred target site(s) are those involved in mRNA splicing (i.e. splice donor sites, splice acceptor sites, or exonic splicing enhancer elements). Splicing branch points and exon recognition sequences or splice enhancers are also potential target sites for modulation of mRNA splicing.

Preferably, the present invention aims to provide antisense molecules capable of binding to a selected target in the dystrophin pre-mRNA to induce efficient and consistent exon skipping. Duchenne muscular dystrophy arises from mutations that preclude the synthesis of a functional dystrophin gene product. These Duchenne muscular dystrophy gene defects are typically nonsense mutations or genomic

SRPT-VYDS-0005107

US 9,994,851 B2

25

rearrangements such as deletions, duplications or micro-deletions or insertions that disrupt the reading frame. As the human dystrophin gene is a large and complex gene with the 79 exons being spliced together to generate a mature mRNA with an open reading frame of approximately 11,000 bases, there are many positions where these mutations can occur. Consequently, a comprehensive antisense oligonucleotide based therapy to address many of the different disease-causing mutations in the dystrophin gene will require that many exons can be targeted for removal during the splicing process.

Within the context of the present invention, preferred target site(s) are those involved in mRNA splicing (i.e. splice donor sites, splice acceptor sites or exonic splicing enhancer elements). Splicing branch points and exon recognition sequences or splice enhancers are also potential target sites for modulation of mRNA splicing.

The oligonucleotide and the DNA or RNA are complementary to each other when a sufficient number of corresponding positions in each molecule are occupied by nucleotides which can hydrogen bond with each other. Thus, "specifically hybridisable" and "complementary" are terms which are used to indicate a sufficient degree of complementarity or precise pairing such that stable and specific binding occurs between the oligonucleotide and the DNA or RNA target. It is understood in the art that the sequence of an antisense molecule need not be 100% complementary to that of its target sequence to be specifically hybridisable. An antisense molecule is specifically hybridisable when binding of the compound to the target DNA or RNA molecule interferes with the normal function of the target DNA or RNA to cause a loss of utility, and there is a sufficient degree of complementarity to avoid non-specific binding of the antisense compound to non-target sequences under conditions in which specific binding is desired, i.e., under physiological conditions in the case of in vivo assays or therapeutic treatment, and in the case of in vitro assays, under conditions in which the assays are performed.

While the above method may be used to select antisense molecules capable of deleting any exon from within a protein that is capable of being shortened without affecting its biological function, the exon deletion should not lead to a reading frame shift in the shortened transcribed mRNA. Thus, if in a linear sequence of three exons the end of the first exon encodes two of three nucleotides in a codon and the next exon is deleted then the third exon in the linear sequence must start with a single nucleotide that is capable of completing the nucleotide triplet for a codon. If the third exon does not commence with a single nucleotide there will be a reading frame shift that would lead to the generation of truncated or a non-functional protein.

It will be appreciated that the codon arrangements at the end of exons in structural proteins may not always break at the end of a codon, consequently there may be a need to delete more than one exon from the pre-mRNA to ensure in-frame reading of the mRNA. In such circumstances, a plurality of antisense oligonucleotides may need to be selected by the method of the invention wherein each is directed to a different region responsible for inducing splicing in the exons that are to be deleted.

The length of an antisense molecule may vary so long as it is capable of binding selectively to the intended location within the pre-mRNA molecule. The length of such sequences can be determined in accordance with selection procedures described herein. Generally, the antisense molecule will be from about 10 nucleotides in length up to about 50 nucleotides in length. It will be appreciated however that

26

any length of nucleotides within this range may be used in the method. Preferably, the length of the antisense molecule is between 17 to 30 nucleotides in length.

In order to determine which exons can be connected in a dystrophin gene, reference should be made to an exon boundary map. Connection of one exon with another is based on the exons possessing the same number at the 3' border as is present at the 5' border of the exon to which it is being connected. Therefore, if exon 7 were deleted, exon 6 must connect to either exons 12 or 18 to maintain the reading frame. Thus, antisense oligonucleotides would need to be selected which redirected splicing for exons 7 to 11 in the first instance or exons 7 to 17 in the second instance. Another and somewhat simpler approach to restore the reading frame around an exon 7 deletion would be to remove the two flanking exons. Induction of exons 6 and 8 skipping should result in an in-frame transcript with the splicing of exons 5 to 9. In practise however, targeting exon 8 for removal from the pre-mRNA results in the co-removal of exon 9 so the resultant transcript would have exon 5 joined to exon 10. The inclusion or exclusion of exon 9 does not alter the reading frame. Once the antisense molecules to be tested have been identified, they are prepared according to standard techniques known in the art. The most common method for producing antisense molecules is the methylation of the 2' hydroxyribose position and the incorporation of a phosphorothioate backbone produces molecules that superficially resemble RNA but that are much more resistant to nuclease degradation.

To avoid degradation of pre-mRNA during duplex formation with the antisense molecules, the antisense molecules used in the method may be adapted to minimise or prevent cleavage by endogenous RNase H. This property is highly preferred as the treatment of the RNA with the unmethylated oligonucleotides either intracellularly or in crude extracts that contain RNase H leads to degradation of the pre-mRNA: antisense oligonucleotide duplexes. Any form of modified antisense molecules that is capable of bypassing or not inducing such degradation may be used in the present method. An example of antisense molecules which when duplexed with RNA are not cleaved by cellular RNase H is 2'-O-methyl derivatives. 2'-O-methyl-oligoribonucleotides are very stable in a cellular environment and in animal tissues, and their duplexes with RNA have higher Tm values than their ribo- or deoxyribo-counterparts.

Antisense molecules that do not activate RNase H can be made in accordance with known techniques (see, e.g., U.S. Pat. No. 5,149,797). Such antisense molecules, which may be deoxyribonucleotide or ribonucleotide sequences, simply contain any structural modification which sterically hinders or prevents binding of RNase H to a duplex molecule containing the oligonucleotide as one member thereof, which structural modification does not substantially hinder or disrupt duplex formation. Because the portions of the oligonucleotide involved in duplex formation are substantially different from those portions involved in RNase H binding thereto, numerous antisense molecules that do not activate RNase H are available. For example, such antisense molecules may be oligonucleotides wherein at least one, or all, of the inter-nucleotide bridging phosphate residues are modified phosphates, such as methyl phosphonates, methyl phosphorothioates, phosphoromorpholidates, phosphoropiperazidates and phosphoramidates. For example, every other one of the internucleotide bridging phosphate residues may be modified as described. In another non-limiting example, such antisense molecules are molecules wherein at least one, or all, of the nucleotides contain a 2' lower alkyl

SRPT-VYDS-0005108

US 9,994,851 B2

27

moiety (e.g., $C_1$-$C_4$, linear or branched, saturated or unsaturated alkyl, such as methyl, ethyl, ethenyl, propyl, 1-propenyl, 2-propenyl, and isopropyl). For example, every other one of the nucleotides may be modified as described.

While antisense oligonucleotides are a preferred form of the antisense molecules, the present invention comprehends other oligomeric antisense molecules, including but not limited to oligonucleotide mimetics such as are described below.

Specific examples of preferred antisense compounds useful in this invention include oligonucleotides containing modified backbones or non-natural inter-nucleoside linkages. As defined in this specification, oligonucleotides having modified backbones include those that retain a phosphorus atom in the backbone and those that do not have a phosphorus atom in the backbone. For the purposes of this specification, and as sometimes referenced in the art, modified oligonucleotides that do not have a phosphorus atom in their inter-nucleoside backbone can also be considered to be oligonucleosides.

In other preferred oligonucleotide mimetics, both the sugar and the inter-nucleoside linkage, i.e., the backbone, of the nucleotide units are replaced with novel groups. The base units are maintained for hybridization with an appropriate nucleic acid target compound. One such oligomeric compound, an oligonucleotide mimetic that has been shown to have excellent hybridization properties, is referred to as a peptide nucleic acid (PNA). In PNA compounds, the sugar-backbone of an oligonucleotide is replaced with an amide containing backbone, in particular an aminoethylglycine backbone. The nucleo-bases are retained and are bound directly or indirectly to aza nitrogen atoms of the amide portion of the backbone.

Modified oligonucleotides may also contain one or more substituted sugar moieties. Oligonucleotides may also include nucleobase (often referred to in the art simply as "base") modifications or substitutions. Certain nucleo-bases are particularly useful for increasing the binding affinity of the oligomeric compounds of the invention. These include 5-substituted pyrimidines, 6-azapyrimidines and N-2, N-6 and O-6 substituted purines, including 2-aminopropyladenine, 5-propynyluracil and 5-propynylcytosine. 5-methylcytosine substitutions have been shown to increase nucleic acid duplex stability by 0.6-1.2° C. and are presently preferred base substitutions, even more particularly when combined with 2'-O-methoxyethyl sugar modifications.

Another modification of the oligonucleotides of the invention involves chemically linking to the oligonucleotide one or more moieties or conjugates that enhance the activity, cellular distribution or cellular uptake of the oligonucleotide. Such moieties include but are not limited to lipid moieties such as a cholesterol moiety, cholic acid, a thioether, e.g., hexyl-S-tritylthiol, a thiocholesterol, an aliphatic chain, e.g., dodecandiol or undecyl residues, a phospholipid, e.g., di-hexadecyl-rac-glycerol or triethylammonium 1,2-di-O-hexadecyl-rac-glycero-3-H-phosphonate, a polyamine or a polyethylene glycol chain, or adamantane acetic acid, a palmityl moiety, or an octadecylamine or hexylamino-carbonyl-oxycholesterol moiety.

It is not necessary far all positions in a given compound to be uniformly modified, and in fact more than one of the aforementioned modifications may be incorporated in a single compound or even at a single nucleoside within an oligonucleotide. The present invention also includes antisense compounds that are chimeric compounds. "Chimeric" antisense compounds or "chimeras," in the context of this invention, are antisense molecules, particularly oligonucle-

28

otides, which contain two or more chemically distinct regions, each made up of at least one monomer unit, i.e., a nucleotide in the case of an oligonucleotide compound. These oligonucleotides typically contain at least one region wherein the oligonucleotide is modified so as to confer upon the increased resistance to nuclease degradation, increased cellular uptake, and an additional region for increased binding affinity for the target nucleic acid.

Methods of Manufacturing Antisense Molecules

The antisense molecules used in accordance with this invention may be conveniently and routinely made through the well-known technique of solid phase synthesis. Equipment for such synthesis is sold by several vendors including, for example, Applied Biosystems (Foster City, Calif.). One method for synthesising oligonucleotides on a modified solid support is described in U.S. Pat. No. 4,458,066.

Any other means for such synthesis known in the art may additionally or alternatively be employed. It is well known to use similar techniques to prepare oligonucleotides such as the phosphorothioates–and alkylated derivatives. In one such automated embodiment, diethyl-phosphoramidites are used as starting materials and may be synthesized as described by Beaucage, et al., (1981) *Tetrahedron Letters,* 22:1859-1862.

The antisense molecules of the invention are synthesised in vitro and do not include antisense compositions of biological origin, or genetic vector constructs designed to direct the in vivo synthesis of antisense molecules. The molecules of the invention may also be mixed, encapsulated, conjugated or otherwise associated with other molecules, molecule structures or mixtures of compounds, as for example, liposomes, receptor targeted molecules, oral, rectal, topical or other formulations, for assisting in uptake, distribution and/or absorption.

Therapeutic Agents

The present invention also can be used as a prophylactic or therapeutic, which may be utilised for the purpose of treatment of a genetic disease.

Accordingly, in one embodiment the present invention provides antisense molecules that bind to a selected target in the dystrophin pre-mRNA to induce efficient and consistent exon skipping described herein in a therapeutically effective amount admixed with a pharmaceutically acceptable carrier, diluent, or excipient.

The phrase "pharmaceutically acceptable" refers to molecular entities and compositions that are physiologically tolerable and do not typically produce an allergic or similarly untoward reaction, such as gastric upset and the like, when administered to a patient. The term "carrier" refers to a diluent, adjuvant, excipient, or vehicle with which the compound is administered. Such pharmaceutical carriers can be sterile liquids, such as water and oils, including those of petroleum, animal, vegetable or synthetic origin, such as peanut oil, soybean oil, mineral oil, sesame oil and the like. Water or saline solutions and aqueous dextrose and glycerol solutions are preferably employed as carriers, particularly for injectable solutions. Suitable pharmaceutical carriers are described in Martin, *Remington's Pharmaceutical Sciences,* 18th Ed., Mack Publishing Co., Easton, Pa., (1990).

In a more specific form of the invention there are provided pharmaceutical compositions comprising therapeutically effective amounts of an antisense molecule together with pharmaceutically acceptable diluents, preservatives, solubilizers, emulsifiers, adjuvants and/or carriers. Such compositions include diluents of various buffer content (e.g., Tris-HCl, acetate, phosphate), pH and ionic strength and additives such as detergents and solubilizing agents (e.g.,

SRPT-VYDS-0005109

US 9,994,851 B2

29

Tween 80, Polysorbate 80), anti-oxidants (e.g., ascorbic acid, sodium metabisulfite), preservatives (e.g., Thimersol, benzyl alcohol) and bulking substances (e.g., lactose, mannitol). The material may be incorporated into particulate preparations of polymeric compounds such as polylactic acid, polyglycolic acid, etc. or into liposomes. Hylauronic acid may also be used. Such compositions may influence the physical state, stability, rate of in vivo release, and rate of in vivo clearance of the present proteins and derivatives. See, e.g., Martin, *Remington's Pharmaceutical Sciences,* 18th Ed. (1990, Mack Publishing Co., Easton, Pa. 18042) pages 1435-1712 that are herein incorporated by reference. The compositions may be prepared in liquid form, or may be in dried powder, such as lyophilised form.

It will be appreciated that pharmaceutical compositions provided according to the present invention may be administered by any means known in the art. Preferably, the pharmaceutical compositions for administration are administered by injection, orally, or by the pulmonary, or nasal route. The antisense molecules are more preferably delivered by intravenous, intra-arterial, intraperitoneal, intramuscular, or subcutaneous routes of administration.

Antisense Molecule Based Therapy

Also addressed by the present invention is the use of antisense molecules of the present invention, for manufacture of a medicament for modulation of a genetic disease.

The delivery of a therapeutically useful amount of antisense molecules may be achieved by methods previously published. For example, intracellular delivery of the antisense molecule may be via a composition comprising an admixture of the antisense molecule and an effective amount of a block copolymer. An example of this method is described in US patent application US 20040248833.

Other methods of delivery of antisense molecules to the nucleus are described in Mann C J et al., (2001) ["*Antisense-induced exon skipping and the synthesis of dystrophin in the mdx mouse*". Proc., Natl. Acad. Science, 98(1) 42-47J and in Gebski et al., (2003). Human Molecular Genetics, 12(15): 1801-1811.

A method for introducing a nucleic acid molecule into a cell by way of an expression vector either as naked DNA or complexed to lipid carriers, is described in U.S. Pat. No. 6,806,084.

It may be desirable to deliver the antisense molecule in a colloidal dispersion system. Colloidal dispersion systems include macromolecule complexes, nanocapsules, microspheres, beads, and lipid-based systems including oil-in-water emulsions, micelles, mixed micelles, and liposomes or liposome formulations.

Liposomes are artificial membrane vesicles which are useful as delivery vehicles in vitro and in vivo. These formulations may have net cationic, anionic or neutral charge characteristics and are useful characteristics with in vitro, in vivo and ex vivo delivery methods. It has been shown that large unilamellar vesicles (LUV), which range in size from 0.2-4.0.PHI.m can encapsulate a substantial percentage of an aqueous buffer containing large macromolecules. RNA, and DNA can be encapsulated within the aqueous interior and be delivered to cells in a biologically active form (Fraley, et al., Trends Biochem. Sci., 6:77, 1981).

In order for a liposome to be an efficient gene transfer vehicle, the following characteristics should be present: (1) encapsulation of the antisense molecule of interest at high efficiency while not compromising their biological activity; (2) preferential and substantial binding to a target cell in comparison to non-target cells; (3) delivery of the aqueous

30

contents of the vesicle to the target cell cytoplasm at high efficiency; and (4) accurate and effective expression of genetic information (Mannino, et al., Biotechniques, 6:682, 1988).

The composition of the liposome is usually a combination of phospholipids, particularly high-phase-transition-temperature phospholipids, usually in combination with steroids, especially cholesterol. Other phospholipids or other lipids may also be used. The physical characteristics of liposomes depend on pH, ionic strength, and the presence of divalent cations.

Alternatively, the antisense construct may be combined with other pharmaceutically acceptable carriers or diluents to produce a pharmaceutical composition. Suitable carriers and diluents include isotonic saline solutions, for example phosphate-buffered saline. The composition may be formulated for parenteral, intramuscular, intravenous, subcutaneous, intraocular, oral or transdermal administration.

The routes of administration described are intended only as a guide since a skilled practitioner will be able to determine readily the optimum route of administration and any dosage for any particular animal and condition. Multiple approaches for introducing functional new genetic material into cells, both in vitro and in vivo have been attempted (Friedmann (1989) Science, 244:1275-1280).

These approaches include integration of the gene to be expressed into modified retroviruses (Friedmann (1989) supra; Rosenberg (1991) Cancer Research 51(18), suppl.: 5074S-5079S); integration into non-retrovirus vectors (Rosenfeld, et al. (1992) Cell, 68:143-155; Rosenfeld, et al. (1991) Science, 252:431-434); or delivery of a transgene linked to a heterologous promoter-enhancer element via liposomes (Friedmann (1989), supra; Brigham, et al. (1989) Am. J. Med. Sci., 298:278-281; Nabel, et al. (1990) Science, 249:1285-1288; Hazinski, et al. (1991) Am. J. Resp. Cell Molec. Biol., 4:206-209; and Wang and Huang (1987) Proc. Natl. Acad. Sci. (USA), 84:7851-7855); coupled to ligand-specific, cation-based transport systems (Wu and Wu (1988) J. Biol. Chem., 263:14621-14624) or the use of naked DNA, expression vectors (Nabel et al. (1990), supra); Wolff et al. (1990) Science, 247:1465-1468). Direct injection of transgenes into tissue produces only localized expression (Rosenfeld (1992) supra); Rosenfeld et al. (1991) supra; Brigham et al. (1989) supra; Nabel (1990) supra; and Hazinski et al. (1991) supra). The Brigham et al. group (Am. J. Med. Sci. (1989) 298:278-281 and Clinical Research (1991) 39 (abstract)) have reported in vivo transfection only of lungs of mice following either intravenous or intratracheal administration of a DNA liposome complex. An example of a review article of human gene therapy procedures is: Anderson, Science (1992) 256:808-813.

The antisense molecules of the invention encompass any pharmaceutically acceptable salts, esters, or salts of such esters, or any other compound which, upon administration to an animal including a human, is capable of providing (directly or indirectly) the biologically active metabolite or residue thereof. Accordingly, for example, the disclosure is also drawn to prodrugs and pharmaceutically acceptable salts of the compounds of the invention, pharmaceutically acceptable salts of such pro-drugs, and other bioequivalents.

The term "pharmaceutically acceptable salts" refers to physiologically and pharmaceutically acceptable salts of the compounds of the invention: i.e., salts that retain the desired biological activity of the parent compound and do not impart undesired toxicological effects thereto.

For oligonucleotides, preferred examples of pharmaceutically acceptable salts include but are not limited to (a) salts

US 9,994,851 B2

31

formed with cations such as sodium, potassium, ammonium, magnesium, calcium, polyamines such as spermine and spermidine, etc.; (b) acid addition salts formed with inorganic acids, for example hydrochloric acid, hydrobromic acid, sulfuric acid, phosphoric acid, nitric acid and the like; (c) salts formed with organic acids such as, for example, acetic acid, oxalic acid, tartaric acid, succinic acid, maleic acid, fumaric acid, gluconic acid, citric acid, malic acid, ascorbic acid, benzoic acid, tannic acid, palmitic acid, alginic acid, polyglutamic acid, naphthalenesulfonic acid, methanesulfonic acid, p-toluenesulfonic acid, naphthalenedisulfonic acid, polygalacturonic acid, and the like; and (d) salts formed from elemental anions such as chlorine, bromine, and iodine. The pharmaceutical compositions of the present invention may be administered in a number of ways depending upon whether local or systemic treatment is desired and upon the area to be treated. Administration may be topical (including ophthalmic and to mucous membranes including rectal delivery), pulmonary, e.g., by inhalation or insufflation of powders or aerosols, (including by nebulizer, intratracheal, intranasal, epidermal and transdermal), oral or parenteral. Parenteral administration includes intravenous, intra-arterial, subcutaneous, intraperitoneal or intramuscular injection or infusion; or intracranial, e.g., intrathecal or intraventricular, administration. Oligonucleotides with at least one 2'-O-methoxyethyl modification are believed to be particularly useful for oral administration.

The pharmaceutical formulations of the present invention, which may conveniently be presented in unit dosage form, may be prepared according to conventional techniques well known in the pharmaceutical industry. Such techniques include the step of bringing into association the active ingredients with the pharmaceutical carrier(s) or excipient (s). In general the formulations are prepared by uniformly and intimately bringing into association the active ingredients with liquid carriers or finely divided solid carriers or both, and then, if necessary, shaping the product.

Kits of the Invention

The invention also provides kits for treatment of a patient with a genetic disease which kit comprises at least an antisense molecule, packaged in a suitable container, together with instructions for its use.

In a preferred embodiment, the kits will contain at least one antisense molecule as shown in Table 1A, or a cocktail of antisense molecules as shown in Table 1B or a "weasel" compound as shown in Table 1C. The kits may also contain peripheral reagents such as buffers, stabilizers, etc.

Those of ordinary skill in the field should appreciate that applications of the above method has wide application for identifying antisense molecules suitable for use in the treatment of many other diseases.

EXAMPLES

The following Examples serve to more fully describe the manner of using the above-described invention, as well as to set forth the best modes contemplated for carrying out various aspects of the invention. It is understood that these Examples in no way serve to limit the true scope of this invention, but rather are presented for illustrative purposes. The references cited herein are expressly incorporated by reference.

Methods of molecular cloning, immunology and protein chemistry, which are not explicitly described in the following examples, are reported in the literature and are known by those skilled in the art. General texts that described conventional molecular biology, microbiology, and recombinant

32

DNA techniques within the skill of the art, included, for example: Sambrook et al, *Molecular Cloning: A Laboratory Manual*, Second Edition, Cold Spring Harbor Laboratory Press, Cold Spring Harbor, N.Y. (1989); Glover ed., *DNA Cloning: A Practical Approach*, Volumes I and II, MRL Press, Ltd., Oxford, U. K. (1985); and Ausubel, F., Brent, R., Kingston, R. E., Moore, D. D., Seidman, J. G., Smith, J. A., Struhl, K. *Current Protocols in Molecular Biology*. Greene Publishing Associates/Wiley Intersciences, New York (2002).

Determining Induced Exon Skipping in Human Muscle Cells

Attempts by the inventors to develop a rational approach in antisense molecules design were not completely successful as there did not appear to be a consistent trend that could be applied to all exons. As such, the identification of the most effective and therefore most therapeutic antisense molecules compounds has been the result of empirical studies.

These empirical studies involved the use of computer programs to identify motifs potentially involved in the splicing process. Other computer programs were also used to identify regions of the pre-mRNA which may not have had extensive secondary structure and therefore potential sites for annealing of antisense molecules. Neither of these approaches proved completely reliable in designing antisense oligonucleotides for reliable and efficient induction of exon skipping.

Annealing sites on the human dystrophin pre-mRNA were selected for examination, initially based upon known or predicted motifs or regions involved in splicing. 2OMe antisense oligonucleotides were designed to be complementary to the target sequences under investigation and were synthesised on an Expedite 8909 Nucleic Acid Synthesiser. Upon completion of synthesis, the oligonucleotides were cleaved from the support column and de-protected in ammonium hydroxide before being desalted. The quality of the oligonucleotide synthesis was monitored by the intensity of the trityl signals upon each deprotection step during the synthesis as detected in the synthesis log. The concentration of the antisense oligonucleotide was estimated by measuring the absorbance of a diluted aliquot at 260 nm.

Specified amounts of the antisense molecules were then tested for their ability to induce exon skipping in an in vitro assay, as described below.

Briefly, normal primary myoblast cultures were prepared from human muscle biopsies obtained after informed consent. The cells were propagated and allowed to differentiate into myotubes using standard culturing techniques. The cells were then transfected with the antisense oligonucleotides by delivery of the oligonucleotides to the cells as cationic lipoplexes, mixtures of antisense molecules or cationic liposome preparations.

The cells were then allowed to grow for another 24 hours, after which total RNA was extracted and molecular analysis commenced. Reverse transcriptase amplification (RT-PCR) was undertaken to study the targeted regions of the dystrophin pre-mRNA or induced exonic re-arrangements.

For example, in the testing of an antisense molecule for inducing exon 19 skipping the RT-PCR test scanned several exons to detect involvement of any adjacent exons. For example, when inducing skipping of exon 19, RT-PCR was carried out with primers that amplified across exons 17 and 21. Amplifications of even larger products in this area (i.e. exons 13-26) were also carried out to ensure that there was

SRPT-VYDS-0005111

US 9,994,851 B2

33

minimal amplification bias for the shorter induced skipped transcript. Shorter or exon skipped products tend to be amplified more efficiently and may bias the estimated of the normal and induced transcript.

The sizes of the amplification reaction products were estimated on an agarose gel and compared against appropriate size standards. The final confirmation of identity of these products was carried out by direct DNA sequencing to establish that the correct or expected exon junctions have been maintained.

Once efficient exon skipping had been induced with one antisense molecule, subsequent overlapping antisense molecules may be synthesized and then evaluated in the assay as described above. Our definition of an efficient antisense molecule is one that induces strong and sustained exon skipping at transfection concentrations in the order of 300 nM or less.

Antisense Oligonucleotides Directed at Exon 8

Antisense oligonucleotides directed at exon 8 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

34

efficient antisense molecules only induced exon skipping at concentrations of 300 nM and above. Therefore, we have shown that targeting of the antisense molecules to motifs involved in the splicing process plays a crucial role in the overall efficacy of that compound.

Efficacy refers to the ability to induce consistent skipping of a target exon. However, sometimes skipping of the target exons is consistently associated with a flanking exon. That is, we have found that the splicing of some exons is tightly linked. For example, in targeting exon 23 in the mouse model of muscular dystrophy with antisense molecules directed at the donor site of that exon, dystrophin transcripts missing exons 22 and 23 are frequently detected. As another example, when using an antisense molecule directed to exon 8 of the human dystrophin gene, all induced transcripts are missing both exons 8 and 9. Dystrophin transcripts missing only exon 8 are not observed.

Table 2 below discloses antisense molecule sequences that induce exon 8 (and 9) skipping.

TABLE 2

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 1 | H8A(−06+18) | 5'-GAU AGG UGG UAU CAA CAU CUG UAA | Very strong to 20 nM |
| 2 | H8A (−03+18) | 5'-GAU AGG UGG UAU CAA CAU CUG | Very strong skipping to 40 nM |
| 3 | H8A(−07+18) | 5'-GAU AGG UGG UAU CAA CAU CUG UAA G | Strong skipping to 40 nM |
| 4 | H8A(−06+14) | 5'-GGU GGU AUC AAC AUC UGU AA | Skipping to 300 nM |
| 5 | H8A(−10+10) | 5'-GUA UCA ACA UCU GUA AGC AC | Patchy/weak skipping to 100 nm |

FIG. 3 shows differing efficiencies of two antisense molecules directed at exon 8 acceptor splice site. H8A(−06+18) [SEQ ID NO:1], which anneals to the last 6 bases of intron 7 and the first 18 bases of exon 8, induces substantial exon 8 and 9 skipping when delivered into cells at a concentration of 20 nM. The shorter antisense molecule, H8A(−06+14) [SEQ ID NO: 4] was only able to induce exon 8 and 9 skipping at 300 nM, a concentration some 15 fold higher than H8A(−06+18), which is the preferred antisense molecule.

This data shows that some particular antisense molecules induce efficient exon skipping while another antisense molecule, which targets a near-by or overlapping region, can be much less efficient. Titration studies show one compound is able to induce targeted exon skipping at 20 nM while the less

Antisense Oligonucleotides Directed at Exon 7

Antisense oligonucleotides directed at exon 7 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

FIG. 4 shows the preferred antisense molecule, H7A(+45+67) [SEQ ID NO: 6], and another antisense molecule, H7A(+2+26) [SEQ ID NO: 7], inducing exon 7 skipping. Nested amplification products span exons 3 to 9. Additional products above the induced transcript missing exon 7 arise from amplification from carry-over outer primers from the RT-PCR as well as heteroduplex formation.

Table 3 below discloses antisense molecule sequences for induced exon 7 skipping.

TABLE 3

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 6 | H7A(+45+67) | 5'-UGC AUG UUC CAG UCG UUG UGU GG | Strong skipping to 20 nM |

SRPT-VYDS-0005112

US 9,994,851 B2

35                                                                                          36

TABLE 3-continued

| Antisense SEQ ID name | Oligonucleotide Sequence | Ability to induce skipping |
|---|---|---|
| 7  H7A(+02+26) | 5'-CAC UAU UCC AGU CAA AUA GGU CUG G | Weak skipping at 100 nM |
| 8  H7D(+15-10) | 5'-AUU UAC CAA CCU UCA GGA UCG AGU A | Weak skipping to 300 nM |
| 9  H7A(-18+03) | 5'-GGC CUA AAA CAC AUA CAC AUA | Weak skipping to 300 nM |

### Antisense Oligonucleotides Directed at Exon 6

Antisense oligonucleotides directed at exon 6 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

FIG. 5 shows an example of two non-preferred antisense molecules inducing very low levels of exon 6 skipping in cultured human cells. Targeting this exon for specific removal was first undertaken during a study of the canine model using the oligonucleotides as listed in Table 4, below. Some of the human specific oligonucleotides were also evaluated, as shown in FIG. 5. In this example, both antisense molecules target the donor splice site and only induced low levels of exon 6 skipping. Both H6D(+4-21) [SEQ ID NO: 17] and H6D(+18-4) [SEQ ID NO: 18] would be regarded as non-preferred antisense molecules.

One antisense oligonucleotide that induced very efficient exon 6 skipping in the canine model, C6A(+69+91) [SEQ ID NO: 14], would anneal perfectly to the corresponding region in human dystrophin exon 6. This compound was evaluated, found to be highly efficient at inducing skipping of that target exon, as shown in FIG. 6 and is regarded as the preferred compound for induced exon 6 skipping. Table 4 below discloses antisense molecule sequences for induced exon 6 skipping.

### Antisense Oligonucleotides Directed at Exon 4

Antisense oligonucleotides directed at exon 4 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

FIG. 7 shows an example of a preferred antisense molecule inducing skipping of exon 4 skipping in cultured human cells. In this example, one preferred antisense compound, H4A(+13+32) [SEQ ID NO:19], which targeted a presumed exonic splicing enhancer induced efficient exon skipping at a concentration of 20 nM while other non-preferred antisense oligonucleotides failed to induce even low levels of exon 4 skipping. Another preferred antisense molecule inducing skipping of exon 4 was H4A(+111+40) [SEQ ID NO:22], which induced efficient exon skipping at a concentration of 20 nM.

Table 5 below discloses antisense molecule sequences for inducing exon 4 skipping.

TABLE 4

| SEQ ID | Antisense Oligo name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 10 | C6A(-10+10) | 5' CAU UUU UGA CCU ACA UGU GG | No skipping |
| 11 | C6A(-14+06) | 5' UUU GAC CUA CAU GUG GAA AG | No skipping |
| 12 | C6A(-14+12) | 5' UAC AUU UUU GAC CUA CAU GUG GAA AG | No skipping |
| 13 | C6A(-13+09) | 5' AUU UUU GAC CUA CAU GGG AAA G | No skipping |
| 14 | CH6A(+69+91) | 5' UAC GAG UUG AUU GUC GGA CCC AG | Strong skipping to 20 nM |
| 15 | C6D(+12-13) | 5' GUG GUC UCC UUA CCU AUG ACU GUG G | Weak skipping at 300 nM |
| 16 | C6D(+06-11) | 5' GGU CUC CUU ACC UAU GA | No skipping |
| 17 | H6D(+04-21) | 5' UGU CUC AGU AAU CUU CUU ACC UAU | Weak skipping to 50 nM |
| 18 | H6D(+18-04) | 5' UCU UAC CUA UGA CUA UGG AUG AGA | Very weak skipping to 300 nM |

SRPT-VYDS-0005113

US 9,994,851 B2

37 | 38

TABLE 5

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|--------|--------------------------------|----------|----------------------------|
| 19 | H4A(+13+32) | 5' GCA UGA ACU CUU GUG GAU CC | Skipping to 20 nM |
| 22 | H4A(+11+40) | 5' UGU UCA GGG CAU GAA CUC UUG UGG AUC CUU | Skipping to 20 nM |
| 20 | H4D(+04−16) | 5' CCA GGG UAC UAC UUA CAU UA | No skipping |
| 21 | H4D(−24−44) | 5' AUC GUG UGU CAC AGC AUC CAG | No skipping |

### Antisense Oligonucleotides Directed at Exon 3

Antisense oligonucleotides directed at exon 3 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

H3A(+30+60) [SEQ ID NO:23] induced substantial exon 3 skipping when delivered into cells at a concentration of 20 nM to 600 nM. The antisense molecule, H3A(+35+65) [SEQ ID NO: 24] induced exon skipping at 300 nM.

Table 6 below discloses antisense molecule sequences that induce exon 3 skipping.

TABLE 6

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|--------|--------------------------------|----------|----------------------------|
| 23 | H3A(+30+60) | UAG GAG GCG CCU CCC AUC CUG UAG GUC ACU G | Moderate skipping to 20 to 600 nM |
| 24 | H3A(+35+65) | AGG UCU AGG AGG CGC CUC CCA UCC UGU AGG U | Working to 300 nM |
| 25 | H3A(+30+54) | GCG CCU CCC AUC CUG UAG GUC ACU G | Moderate 100−600 nM |
| 26 | H3D(+46−21) | CUU CGA GGA GGU CUA GGA GGC GCC UC | No skipping |
| 27 | H3A(+30+50) | CUC CCA UCC UGU AGG UCA CUG | Moderate 20−600 nM |
| 28 | H3D(+19−03) | UAC CAG UUU UUG CCC UGU CAG G | No skipping |
| 29 | H3A(−06+20) | UCA AUA UGC UGC UUCCCA AAC UGA AA | No skipping |
| 30 | H3A(+37+61) | CUA GGA GGC GCC UCC CAU CCU GUA G | No skipping |

### Antisense Oligonucleotides Directed at Exon 5

Antisense oligonucleotides directed at exon 5 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

H5A(+20+50) [SEQ ID NO:31] induces substantial exon 5 skipping when delivered into cells at a concentration of 100 nM. Table 7 below shows other antisense molecules tested. The majority of these antisense molecules were not as effective at exon skipping as H5A(+20+50). However, H5A(+15+45) [SEQ ID NO: 40] was able to induce exon 5 skipping at 300 nM.

Table 7 below discloses antisense molecule sequences that induce exon 5 skipping.

TABLE 7

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|--------|--------------------------------|----------|----------------------------|
| 31 | H5A(+20+50) | UUA UGA UUU CCA UCU ACG AUG UCA GUA CUU C | Working to 100 nM |

SRPT-VYDS-0005114

US 9,994,851 B2

39                                                                                    40

TABLE 7-continued

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 32 | H5D(+25-05) | CUU ACC UGC CAG UGG AGG AUU AUA UUC CAA A | No skipping |
| 33 | H5D(+10-15) | CAU CAG GAU UCU UAC CUG CCA GUG G | Inconsistent at 300 nM |
| 34 | H5A(+10+34) | CGA UGU CAG UAC UUC CAA UAU UCA C | Very weak |
| 35 | H5D(-04-21) | ACC AUU CAU CAG GAU UCU | No skipping |
| 36 | H5D(+16-02) | ACC UGC CAG UGG AGG AUU | No skipping |
| 37 | H5A(-07+20) | CCA AUA UUC ACU AAA UCA ACC UGU UAA | No skipping |
| 38 | H5D(+18-12) | CAG GAU UCU UAC CUG CCA GUG GAG GAU UAU | No skipping |
| 39 | H5A(+05+35) | ACG AUG UCA GUA CUU CCA AUA UUC ACU AAA U | No skipping |
| 40 | H5A(+15+45) | AUU UCC AUC UAC GAU GUC AGU ACU UCC AAU A | Working to 300 nM |

### Antisense Oligonucleotides Directed at Exon 10

Antisense oligonucleotides directed at exon 10 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

H10A(−05+16) [SEQ ID NO:41] induced substantial exon 10 skipping when delivered into cells. Table 8 below shows other antisense molecules tested. The antisense molecules ability to induce exon skipping was variable. Table 8 below discloses antisense molecule sequences that induce exon 10 skipping.

TABLE 8

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 41 | H10A(−05+16) | CAG GAG CUU CCA AAU GCU GCA | Not tested |
| 42 | H10A(−05+24) | CUU GUC CUC AGG AGC UUC CAA AUG CUG CA | Not tested |
| 43 | H10A(+98+119) | UCC UCA GCA GAA AGA AGC CAC G | Not tested |
| 44 | H10A(+130+149) | UUA GAA AUC UCU CCU UGU GC | No skipping |
| 45 | H10A(-33-14) | UAA AUU GGG UGU UAC ACA AU | No skipping |

### Antisense Oligonucleotides Directed at Exon 11

Antisense oligonucleotides directed at exon 11 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

FIG. **8B** shows an example of H11A(+75+97) [SEQ ID NO:49] antisense molecule inducing exon 11 skipping in cultured human cells. H11A(+75+97) induced substantial exon 11 skipping when delivered into cells at a concentration of 5 nM. Table 9 below shows other antisense molecules tested. The antisense molecules ability to induce exon skipping was observed at 100 nM.

SRPT-VYDS-0005115

US 9,994,851 B2

41

42

TABLE 9

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|--------|--------------------------------|----------|----------------------------|
| 46 | H11D(+26+49) | CCC UGA GGC AUU CCC AUC UUG AAU | Skipping at 100 nM |
| 47 | H11D(+11-09) | AGG ACU UAC UUG CUU UGU UU | Skipping at 100 nM |
| 48 | H11A(+118+140) | CUU GAA UUU AGG AGA UUC AUC UG | Skipping at 100 nM |
| 49 | H11A(+75+97) | CAU CUU CUG AUA AUU UUC CUG UU | Skipping at 100 nM |
| 46 | H11D(+26+49) | CCC UGA GGC AUU CCC AUC UUG AAU | Skipping at 5 nM |

### Antisense Oligonucleotides Directed at Exon 12

Antisense oligonucleotides directed at exon 12 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

H12A(+52+75) [SEQ ID NO:50] induced substantial exon 12 skipping when delivered into cells at a concentration of 5 nM, as shown in FIG. 8A. Table 10 below shows other antisense molecules tested at a concentration range of 5, 25, 50, 100, 200 and 300 nM. The antisense molecules ability to induce exon skipping was variable.

TABLE 10

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|--------|--------------------------------|----------|----------------------------|
| 50 | H12A(+52+75) | UCU UCU GUU UUU GUU AGC CAG UCA | Skipping at 5 nM |
| 51 | H12A(-10+10) | UCU AUG UAA ACU GAA AAU UU | Skipping at 100 nM |
| 52 | H12A(+11+30) | UUC UGG AGA UCC AUU AAA AC | No skipping |

### Antisense Oligonucleotides Directed at Exon 13

Antisense oligonucleotides directed at exon 13 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

H13A(+77+100) [SEQ ID NO:53] induced substantial exon 13 skipping when delivered into cells at a concentration of 5 nM. Table 11 below includes two other antisense molecules tested at a concentration range of 5, 25, 50, 100, 200 and 300 nM. These other antisense molecules were unable to induce exon skipping.

TABLE 11

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|--------|--------------------------------|----------|----------------------------|
| 53 | H13A(+77+100) | CAG CAG UUG CGU GAU CUC CAC UAG | Skipping at 5 nM |
| 54 | H13A(+55+75) | UUC AUC AAC UAC CAC CAC CAU | No skipping |
| 55 | H13D(+06-19) | CUA AGC AAA AUA AUC UGA CCU UAA G | No skipping |

### Antisense Oligonucleotides Directed at Exon 14

Antisense oligonucleotides directed at exon 14 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

H14A(+37+64) [SEQ ID NO:56] induced weak exon 14 skipping when delivered into cells at a concentration of 100 nM. Table 12 below includes other antisense molecules tested at a concentration range of 5, 25, 50, 100, 200 and 300 nM. The other antisense molecules were unable to induce exon skipping at any of the concentrations tested.

TABLE 12

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|--------|--------------------------------|----------|----------------------------|
| 56 | H14A(+37+64) | CUU GUA AAA GAA CCC AGC GGU CUU CUG U | Skipping at 100 nM |
| 57 | H14A(+14+35) | CAU CUA CAG AUG UUU GCC CAU C | No skipping |
| 58 | H14A(+51+73) | GAA GGA UGU CUU GUA AAA GAA CC | No skipping |

SRPT-VYDS-0005116

US 9,994,851 B2

43

44

TABLE 12-continued

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 59 | H14D(−02+18) | ACC UGU UCU UCA GUA AGA CG | No skipping |
| 60 | H14D(+14−10) | CAU GAC ACA CCU GUU CUU CAG UAA | No skipping |
| 61 | H14A(+61 +80) | CAU UUG AGA AGG AUG UCU UG | No skipping |
| 62 | H14A(−12+12) | AUC UCC CAA UAC CUG GAG AAG AGA | No skipping |

Antisense Oligonucleotides Directed at Exon 15

Antisense oligonucleotides directed at exon 15 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

H15A(−12+19) [SEQ ID NO:63] and H15A(+48+71) [SEQ ID NO:64] induced substantial exon 15 skipping when delivered into cells at a concentration of 10 Nm, as shown in FIG. 9A. Table 13 below includes other antisense molecules tested at a concentration range of 5, 25, 50, 100, 200 and 300 Nm. These other antisense molecules were unable to induce exon skipping at any of the concentrations tested.

TABLE 13

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 63 | H15A(−12+19) | GCC AUG CAC UAA AAA GGC ACU GCA AGA CAU U | Skipping at 5 Nm |
| 64 | H15A(+48+71) | UCU UUA AAG CCA GUU GUG UGA AUC | Skipping at 5 Nm |
| 65 | H15A(+08+28) | UUU CUG AAA GCC AUG CAC UAA | No skipping |
| 63 | H15A(−12+19) | GCC AUG CAC UAA AAA GGC ACU GCA AGA CAU U | No skipping |
| 66 | H15D(+17−08) | GUA CAU ACG GCC AGU UUU UGA AGA C | No skipping |

Antisense Oligonucleotides Directed at Exon 16

Antisense oligonucleotides directed at exon 16 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

H16A(−12+19) [SEQ ID NO:67] and H16A(−06+25) [SEQ ID NO:68] induced substantial exon 16 skipping when delivered into cells at a concentration of 10 nM, as shown in FIG. 9B. Table 14 below includes other antisense molecules tested. H16A(−06+19) [SEQ ID NO:69] and H16A(+87+109) [SEQ ID NO:70] were tested at a concentration range of 5, 25, 50, 100, 200 and 300 nM. These two antisense molecules were able to induce exon skipping at 25 nM and 100 nM, respectively. Additional antisense molecules were tested at 100, 200 and 300 nM and did not result in any exon skipping.

TABLE 14

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 67 | H16A(−12+19) | CUA GAU CCG CUU UUA AAA CCU GUU AAA ACA A | Skipping at 5 nM |

SRPT-VYDS-0005117

US 9,994,851 B2

45

46

TABLE 14-continued

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 68 | H16A(-06+25) | UCU UUU CUA GAU CCG CUU UUA AAA CCU GUU A | Skipping at 5 nM |
| 69 | H16A(-06+19) | CUA GAU CCG CUU UUA AAA CCU GUU A | Skipping at 25 nM |
| 70 | H16A(+87+109) | CCG UCU UCU GGG UCA CUG ACU UA | Skipping at 100 nM |
| 71 | H16A(-07+19) | CUA GAU CCG CUU UUA AAA CCU GUU AA | No skipping |
| 72 | H16A(-07+13) | CCG CUU UUA AAA CCU GUU AA | No skipping |
| 73 | H16A(+12+37) | UGG AUU GCU UUU UCU UUU CUA GAU CC | No skipping |
| 74 | H16A(+92+116) | CAU GCU UCC GUC UUC UGG GUC ACU G | No skipping |
| 75 | H16A(+45+67) | G AUC UUG UUU GAG UGA AUA CAG U | No skipping |
| 76 | H16A(+105+126) | GUU AUC CAG CCA UGC UUC CGU C | No skipping |
| 77 | H16D(+05-20) | UGA UAA UUG GUA UCA CUA ACC UGU G | No skipping |
| 78 | H16D(+12-11) | GUA UCA CUA ACC UGU GCU GUA C | No skipping |

### Antisense Oligonucleotides Directed at Exon 19

Antisense oligonucleotides directed at exon 19 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

H19A(+35+65) [SEQ ID NO:79] induced substantial exon 19 skipping when delivered into cells at a concentration of 10 nM. This antisense molecule also showed very strong exon skipping at concentrations of 25, 50, 100, 300 and 600 nM.

FIG. 10 illustrates exon 19 and 20 skipping using a "cocktail" of antisense oligonucleotides, as tested using gel electrophoresis. It is interesting to note that it was not easy to induce exon 20 skipping using single antisense oligonucleotides H20A(+44+71) [SEQ ID NO:81] or H20A(+149+170) [SEQ ID NO:82], as illustrated in sections 2 and 3 of the gel shown in FIG. 10. Whereas, a "cocktail" of antisense oligonucleotides was more efficient as can be seen in section 4 of FIG. 10 using a "cocktail" of antisense oligonucleotides H20A(+44+71) and H20A(+149+170). When the cocktail was used to target exon 19, skipping was even stronger (see section 5, FIG. 10).

FIG. 11 illustrates gel electrophoresis results of exon 19/20 skipping using "weasels" The "weasels" were effective in skipping exons 19 and 20 at concentrations of 25, 50, 100, 300 and 600 nM. A further "weasel" sequence is shown in the last row of Table 3C. This compound should give good results.

### Antisense Oligonucleotides Directed at Exon 20

Antisense oligonucleotides directed at exon 20 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

None of the antisense oligonucleotides tested induced exon 20 skipping when delivered into cells at a concentration of 10, 25, 50, 300 or 600 nM (see Table 15). Antisense molecules H20A(-11+17) [SEQ ID NO:86] and H20D(+08-20) [SEQ ID NO:87] are yet to be tested.

However, a combination or "cocktail" of H20A(+44+71) [SEQ ID NO: 81] and H20(+149+170) [SEQ ID NO:82] in a ratio of 1:1, exhibited very strong exon skipping at a concentration of 100 nM and 600 nM. Further, a combination of antisense molecules H19A(+35+65) [SEQ ID NO:79], H20A(+44+71) [SEQ ID NO:81] and H20A(+149+170) [SEQ ID NO:82] in a ratio of 2:1:1, induced very strong exon skipping at a concentration ranging from 10 nM to 600 nM.

TABLE 15

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 81 | H20A(+44+71) | CUG GCA GAA UUC GAU CCA CCG GCU GUU C | No skipping |
| 82 | H20A(+147+168) | CAG CAG UAG UUG UCA UCU GCU C | No skipping |
| 83 | H20A(+185+203) | UGA UGG GGU GGU GGU GGG UUG G | No skipping |
| 84 | H20A(-08+17) | AUC UGC AUU AAC ACC CUC UAG AAA G | No skipping |

SRPT-VYDS-0005118

US 9,994,851 B2

47        48

TABLE 15-continued

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 85 | H20A(+30+53) | CCG GCU GUU CAG UUG UUC UGA GGC | No skipping |
| 86 | H20A(-11+17) | AUC UGC AUU AAC ACC CUC UAG AAA GAA A | Not tested yet |
| 87 | H20D(+08-20) | GAA GGA GAA GAG AUU CUU ACC UUA CAA A | Not tested yet |
| 81 & 82 | H20A(+44+71) & H20A(+147+168) | CUG GCA GAA UUC GAU CCA CCG GCU GUU C CAG CAG UAG UUG UCA UCU GCU C | Very strong skipping |
| 80, 81 & 82 | H19A(+35+65); H20A(+44+71); H20A(+147+168) | GCC UGA GCU GAU CUG CUG GCA UCU UGC AGU U; CUG GCA GAA UUC GAU CCA CCG GCU GUU C; CAG CAG UAG UUG UCA UCU GCU C | Very strong skipping |

Antisense Oligonucleotides Directed at Exon 21

Antisense oligonucleotides directed at exon 21 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

H21A(+85+108) [SEQ ID NO:92] and H21A(+85+106) [SEQ ID NO:91] induced exon 21 skipping when delivered into cells at a concentration of 50 nM. Table 16 below includes other antisense molecules tested at a concentration range of 5, 25, 50, 100, 200 and 300 nM. These antisense molecules showed a variable ability to induce exon skipping

TABLE 16

| SEQ ID | Antisense Oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 90 | H21A(-06+16) | GCC GGU UGA CUU CAU CCU GUG C | Skips at 600 nM |
| 91 | H21A(+85+106) | CUG CAU CCA GGA ACA UGG GUC C | Skips at 50 nM |
| 92 | H21A(+85+108) | GUC UGC AUC CAG GAA CAU GGG UC | Skips at 50 nM |
| 93 | H21A(08+31) | GUU GAA GAU CUG AUA GCC GGU UGA | Skips faintly to |
| 94 | H21D(+18-07) | UAC UUA CUG UCU GUA GCU CUU UCU | No skipping |

Antisense Oligonucleotides Directed at Exon 22

Antisense oligonucleotides directed at exon 22 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

FIG. 12 illustrates differing efficiencies of two antisense molecules directed at exon 22 acceptor splice site. H22A(+125+106) [SEQ ID NO:96] and H22A(+80+101) [SEQ ID NO: 98] induce strong exon 22 skipping from 50 nM to 600 nM concentration.

H22A(+125+146) [SEQ ID NO:96] and H22A(+80+101) [SEQ ID NO:98] induced exon 22 skipping when delivered into cells at a concentration of 50 nM. Table 17 below shows other antisense molecules tested at a concentration range of 50, 100, 300 and 600 nM. These antisense molecules showed a variable ability to induce exon skipping.

US 9,994,851 B2

49 50

TABLE 17

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 95 | H22A(+22+45) | CAC UCA UGG UCU CCU GAU AGC GCA | No skipping |
| 96 | H22A(+125+146) | CUG CAA UUC CCC GAG UCU CUG C | Skipping to 50 nM |
| 97 | H22A(+47+69) | ACU GCU GGA CCC AUG UCC UGA UG | Skipping to 300 nM |
| 98 | H22A(+80+101) | CUA AGU UGA GGU AUG GAG AGU | Skipping to 50 nM |
| 99 | H22D(-13-11) | UAU UCA CAG ACC UGC AAU UCC CC | No skipping |

Antisense Oligonucleotides Directed at Exon 23

Antisense oligonucleotides directed at exon 23 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

Table 18 below shows antisense molecules tested at a concentration range of 25, 50, 100, 300 and 600 nM. These antisense molecules showed no ability to induce exon skipping or are yet to be tested.

TABLE 18

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 100 | H23A(+34+59) | ACA GUG GUG CUG AGA UAG UAU AGG CC | No skipping |
| 101 | H23A(+18+39) | UAG GCC ACU UUG UUG CUC UUG C | No Skipping |
| 102 | H23A(+72+90) | UUC AGA GGG CGC UUU CUU C | No Skipping |

Antisense Oligonucleotides Directed at Exon 24

Antisense oligonucleotides directed at exon 24 were prepared using similar methods as described above. Table 19 below outlines the antisense oligonucleotides directed at exon 24 that are yet to be tested for their ability to induce exon 24 skipping.

TABLE 19

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 103 | H24A(+48+70) | GGG CAG GCC AUU CCU CCU UCA GA | Needs testing |
| 104 | H24A(-02+22) | UCU UCA GGG UUU GUA UGU GAU UCU | Needs testing |

Antisense Oligonucleotides Directed at Exon 25

Antisense oligonucleotides directed at exon 25 were prepared using similar methods as described above. Table 20

below shows the antisense oligonucleotides directed at exon 25 that are yet to be tested for their ability to induce exon 25 skipping.

TABLE 20

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 105 | H25A(+9+36) | CUG GGC UGA AUU GUC UGA AUA UCA CUG | Needs testing |
| 106 | H25A(+131+156) | CUG GUG GCA CAU GUG AUC CCA CUG AG | Needs testing |
| 107 | H25D(+16-08) | GUC UAU ACC UGU UGG CAC AUG UGA | Needs testing |

Antisense Oligonucleotides Directed at Exon 26

Antisense oligonucleotides directed at exon 26 were prepared using similar methods as described above. Table 21 below outlines the antisense oligonucleotides directed at exon 26 that are yet to be tested for their ability to induce exon 26 skipping.

TABLE 21

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 108 | H26A(+132+156) | UGC UUU CUG UAA UUC AUC UGG AGU U | Needs testing |
| 109 | H26A(-07+19) | CCU CCU UUC UGG CAU AGA CCU UCC AC | Needs testing |
| 110 | H26A(+68+92) | UGU GUC AUC CAU UCG UGC AUC UCU G | Faint skipping at 600 nM |

Antisense Oligonucleotides Directed at Exon 27

Antisense oligonucleotides directed at exon 27 were prepared using similar methods as described above. Table 22 below outlines the antisense oligonucleotides directed at exon 27 that are yet to be tested for their ability to induce exon 27 skipping.

US 9,994,851 B2

51

52

TABLE 22

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 111 | H27A(+82+106) | UUA AGG CCU CUU GUG CUA CAG GUG G | Needs testing |
| 112 | H27A(-4+19) | GGG CCU CUU CUU UAG CUC UCU GA | Faint skipping at 600 and 300 nM |
| 113 | H27D(+19-03) | GAC UUC CAA AGU CUU GCA UUU C | v. strong skipping at 600 and 300 nM |

**Antisense Oligonucleotides Directed at Exon 28**

Antisense oligonucleotides directed at exon 28 were prepared using similar methods as described above. Table 23 below outlines the antisense oligonucleotides directed at exon 28 that are yet to be tested for their ability to induce exon 28 skipping.

TABLE 23

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 114 | H28A(-05+19) | GCC AAC AUG CCC AAA CUU CCU AAG | v. strong skipping at 600 and 300 nM |
| 115 | H28A(+99+124) | CAG AGA UUU CCU CAG CUC CGC CAG GA | Needs testing |
| 116 | H28D(+16-05) | CUU ACA UCU AGC ACC UCA GAG | v. strong skipping at 600 and 300 nM |

**Antisense Oligonucleotides Directed at Exon 29**

Antisense oligonucleotides directed at exon 29 were prepared using similar methods as described above. Table 24 below outlines the antisense oligonucleotides directed at exon 29 that are yet to be tested for their ability to induce exon 29 skipping.

TABLE 24

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 117 | H29A(+57+81) | UCC GCC AUC UGU UAG GGU CUG UGC C | Needs testing |
| 118 | H29A(+18+42) | AUU UGG GUU AUC CUC UGA AUG UCG C | v. strong skipping at 600 and 300 nM |
| 119 | H29D(+17-05) | CAU ACC UCU UCA UGU AGU UCC C | v. strong skipping at 600 and 300 nM |

**Antisense Oligonucleotides Directed at Exon 30**

Antisense oligonucleotides directed at exon 30 were prepared using similar methods as described above. Table 25 below outlines the antisense oligonucleotides directed at exon 30 that are yet to be tested for their ability to induce exon 30 skipping.

SRPT-VYDS-0005121

US 9,994,851 B2

53

54

TABLE 25

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 120 | H30A (+122+147) | CAU UUG AGC UGC GUC CAC CUU GUC UG | Needs testing |
| 121 | H30A (+25+50) | UCC UGG GCA GAC UGG AUG CUC UGU UC | Very strong skipping at 600 and 300 nM. |
| 122 | H30D (+19-04) | UUG CCU GGG CUU CCU GAG GCA UU | Very strong skipping at 600 and 300 nM. |

Antisense Oligonucleotides Directed at Exon 31

Antisense oligonucleotides directed at exon 31 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

FIG. 13 illustrates differing efficiencies of two antisense molecules directed at exon 31 acceptor splice site and a "cocktail" of exon 31 antisense oligonucleotides at varying concentrations. H31D(+03−22) [SEQ ID NO:124] substantially induced exon 31 skipping when delivered into cells at a concentration of 20 nM. Table 26 below also includes other antisense molecules tested at a concentration of 100 and 300 nM. These antisense molecules showed a variable ability to induce exon skipping.

TABLE 26

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 123 | H31D (+06-18) | UUC UGA AAU AAC AUA UAC CUG UGC | Skipping to 300 nM |
| 124 | H31D (+03-22) | UAG UUU CUG AAA UAA CAU AUA CCU G | Skipping to 20 nM |
| 125 | H31A (+05+25) | GAC UUG UCA AAU CAG AUU GGA | No skipping |
| 126 | H31D (+04-20) | GUU UCU GAA AUA ACA UAU ACC UGU | Skipping to 300 nM |

Antisense Oligonucleotides Directed at Exon 32

Antisense oligonucleotides directed at exon 32 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

H32D(+04−16) [SEQ ID NO:127] and H32A(+49+73) [SEQ ID NO:130] induced exon 32 skipping when delivered into cells at a concentration of 300 nM. Table 27 below also shows other antisense molecules tested at a concentration of 100 and 300 nM. These antisense molecules did not show an ability to induce exon skipping.

TABLE 27

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 127 | H32D (+04-16) | CAC CAG AAA UAC AUA CCA CA | Skipping to 300 nM |
| 128 | H32A (+151+170) | CAA UGA UUU AGC UGU GAC UG | No skipping |
| 129 | H32A (+10+32) | CGA AAC UUC AUG GAG ACA UCU UG | No skipping |
| 130 | H32A (+49+73) | CUU GUA GAC GCU GCU CAA AAU UGG C | Skipping to 300 nM |

US 9,994,851 B2

55

56

### Antisense Oligonucleotides Directed at Exon 33

Antisense oligonucleotides directed at exon 33 were pre-pared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

FIG. 14 shows differing efficiencies of two antisense molecules directed at exon 33 acceptor splice site. H33A(+64+88) [SEQ ID NO:134] substantially induced exon 33 skipping when delivered into cells at a concentration of 10 nM. Table 28 below includes other antisense molecules tested at a concentration of 100, 200 and 300 nM. These antisense molecules showed a variable ability to induce exon skipping.

TABLE 28

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 131 | H33D (+09-11) | CAU GCA CAC ACC UUU GCU CC | No skipping |
| 132 | H33A (+53+76) | UCU GUA CAA UCU GAC GUC CAG UCU | Skipping to 200 nM |
| 133 | H33A (+30+56) | GUG UUU AUC ACC AUU UCC ACU UCA GAC | Skipping to 200 nM |
| 134 | H33A (+64+88) | GCG UCU GCU UUU UCU GUA CAA UCU G | Skipping to 10 nM |

### Antisense Oligonucleotides Directed at Exon 34

Antisense oligonucleotides directed at exon 34 were pre-pared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

Table 29 below includes antisense molecules tested at a concentration of 100 and 300 nM. These antisense mol-ecules showed a variable ability to induce exon skipping.

TABLE 29

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 135 | H34A (+83+104) | UCC AUA UCU GUA GCU GGC AGC C | No skipping |
| 136 | H34A (+143+165) | CCA GGC AAC UUC AGA AUC CAA AU | No skipping |
| 137 | H34A (-20+10) | UUU CUG UUA CCU GAA AAG AAU UAU AAU GAA | Not tested |
| 138 | H34A (+46+70) | CAU UCA UUU CCU UUC GCA UCU UAC G | Skipping to 300 nM |
| 139 | H34A (+95+120) | UGA UCU CUU UGU GUU CAA UUC CAU AUC UG | Skipping to 300 nM |
| 140 | H34D (+10-20) | UUC AGU GAU AUA GGU UUU ACC UUU CCC CAG | Not tested |
| 141 | H34A (+72+96) | CUG UAG CUG CCA GCC AUU CUG UCA AG | No skipping |

SRPT-VYDS-0005123

US 9,994,851 B2

57

58

## Antisense Oligonucleotides Directed at Exon 35

Antisense oligonucleotides directed at exon 35 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

FIG. 15 shows differing efficiencies of antisense molecules directed at exon 35 acceptor splice site. H35A(+24+43) [SEQ ID NO:144] substantially induced exon 35 skipping when delivered into cells at a concentration of 20 nM. Table 30 below also includes other antisense molecules tested at a concentration of 100 and 300 nM. These antisense molecules showed no ability to induce exon skipping.

TABLE 30

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 142 | H35A (+141+161) | UCU UCU GCU CGG GAG GUG ACA | Skipping to 20 nM |
| 143 | H35A (+116+135) | CCA GUU ACU AUU CAG AAG AC | No skipping |
| 144 | H35A (+24+43) | UCU UCA GGU GCA CCU UCU GU | No skipping |

## Antisense Oligonucleotides Directed at Exon 36

Antisense oligonucleotides directed at exon 36 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

Antisense molecule H36A(+26+50) [SEQ ID NO:145] induced exon 36 skipping when delivered into cells at a concentration of 300 nM, as shown in FIG. 16.

## Antisense Oligonucleotides Directed at Exon 37

Antisense oligonucleotides directed at exon 37 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

FIG. 17 shows differing efficiencies of two antisense molecules directed at exon 37 acceptor splice site. H37A(+82+105) [SEQ ID NO:148] and H37A(+134+157) [SEQ ID NO:149] substantially induced exon 37 skipping when delivered into cells at a concentration of 10 nM. Table 31 below shows the antisense molecules tested.

TABLE 31

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 147 | H37A (+26+50) | CGU GUA GAG UCC ACC UUU GGG CGU A | No skipping |
| 148 | H37A (+82+105) | UAC UAA UUU CCU GCA GUG GUC ACC | Skipping to 10 nM |
| 149 | H37A (+134+157) | UUC UGU GUG AAA UGG CUG CAA AUC | Skipping to 10 nM |

## Antisense Oligonucleotides Directed at Exon 38

Antisense oligonucleotides directed at exon 38 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

FIG. 18 illustrates antisense molecule H38A(+88+112) [SEQ ID NO:152], directed at exon 38 acceptor splice site. H38A(+88+112) substantially induced exon 38 skipping when delivered into cells at a concentration of 10 nM. Table 32 below shows the antisense molecules tested and their ability to induce exon skipping.

SRPT-VYDS-0005124

US 9,994,851 B2

59                                                                                      60

TABLE 32

| Antisense SEQoligonucleotide ID name | Sequence | Ability to induce skipping |
|---|---|---|
| 150H38A (−01+19) | CCU UCA AAG GAA UGG AGG CC | No skipping |
| 151H38A (+59+83) | UGC UGA AUU UCA GCC UCC AGU GGU U | Skipping to 10 nM |
| 152H38A (+88+112) | UGA AGU CUU CCU CUU UCA GAU UCA C | Skipping to 10 nM |

### Antisense Oligonucleotides Directed at Exon 39

Antisense oligonucleotides directed at exon 39 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

H39A(+62+85) [SEQ ID NO:153] induced exon 39 skipping when delivered into cells at a concentration of 100 nM. Table 33 below shows the antisense molecules tested and their ability to induce exon skipping.

TABLE 33

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 153 | H39A (+62+85) | CUG GCU UUC UCU CAU CUG UGA UUC | Skipping to 100 nM |
| 154 | H39A (+39+58) | GUU GUA AGU UGU CUC CUC UU | No skipping |
| 155 | H39A (+102+121) | UUG UCU GUA ACA GCU GCU GU | No skipping |
| 156 | H39D (+10−10) | GCU CUA AUA CCU UGA GAG CA | Skipping to 300 nM |

### Antisense Oligonucleotides Directed at Exon 40

Antisense oligonucleotides directed at exon 40 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

FIG. 19 illustrates antisense molecule H40A(−05+17) [SEQ ID NO:157] directed at exon 40 acceptor splice site. H40A(−05+17) and H40A(+129+153) [SEQ ID NO:158] both substantially induced exon 40 skipping when delivered into cells at a concentration of 5 nM.

### Antisense Oligonucleotides Directed at Exon 42

Antisense oligonucleotides directed at exon 42 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

FIG. 20 illustrates antisense molecule H42A(−04+23) [SEQ ID NO:159], directed at exon 42 acceptor splice site. H42A(−4+23) and H42D(+19−02) [SEQ ID NO:161] both induced exon 42 skipping when delivered into cells at a concentration of 5 nM. Table 34 below shows the antisense molecules tested and their ability to induce exon 42 skipping.

TABLE 34

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 159 | H42A (−4+23) | AUC GUU UCU UCA CGG ACA GUG UGG UGC | Skipping to 5 nM |
| 160 | H42A (+86+109) | GGG CUU GUG AGA CAU GAG UGA UUU | Skipping to 100 nM |
| 161 | H42D (+19−02) | A CCU UCA GAG GAC UCC UCU UGC | Skipping to 5 nM |

US 9,994,851 B2

**61**

## Antisense Oligonucleotides Directed at Exon 43

Antisense oligonucleotides directed at exon 43 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

H43A(+101+120) [SEQ ID NO:163] induced exon 43 skipping when delivered into cells at a concentration of 25 nM. Table 35 below includes the antisense molecules tested and their ability to induce exon 43 skipping.

TABLE 35

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 162 | H43D (+10-15) | UAU GUG UUA CCU ACC CUU GUC GGU C | Skipping to 100 nM |
| 163 | H43A (+101+120) | GGA GAG AGC UUC CUG UAG CU | Skipping to 25 nM |
| 164 | H43A (+78+100) | UCA CCC UUU CCA CAG GCG UUG CA | Skipping to 200 nM |

## Antisense Oligonucleotides Directed at Exon 44

Antisense oligonucleotides directed at exon 44 were prepared using similar methods as described above. Testing for the ability of these antisense molecules to induce exon 44 skipping is still in progress. The antisense molecules under review are shown as SEQ ID Nos: 165 to 167 in Table 1A.

## Antisense Oligonucleotides Directed at Exon 45

Antisense oligonucleotides directed at exon 45 were prepared using similar methods as described above. Testing for the ability of these antisense molecules to induce exon 45 skipping is still in progress. The antisense molecules under review are shown as SEQ ID Nos: 207 to 211 in Table 1A.

## Antisense Oligonucleotides Directed at Exon 46

Antisense oligonucleotides directed at exon 46 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

FIG. 21 illustrates the efficiency of one antisense molecule directed at exon 46 acceptor splice site. Antisense oligonucleotide H46A(+86+115) [SEQ ID NO:203] showed very strong ability to induce exon 46 skipping. Table 36 below includes antisense molecules tested. These antisense molecules showed varying ability to induce exon 46 skipping.

**62**

## Antisense Oligonucleotides Directed at Exon 47

Antisense oligonucleotides directed at exon 47 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

H47A(+76+100) [SEQ ID NO:170] and H47A(−09+12) [SEQ ID NO:172] both induced exon 47 skipping when delivered into cells at a concentration of 200 nM. H47D(+25-02) [SEQ ID NO: 171] is yet to be prepared and tested.

## Antisense Oligonucleotides Directed at Exon 50

Antisense oligonucleotides directed at exon 50 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

Antisense oligonucleotide molecule H50A(+02+30) [SEQ ID NO: 173] was a strong inducer of exon skipping. Further, H50A(+07+33) [SEQ ID NO:174] and H50D(+07−18) [SEQ ID NO:175] both induced exon 50 skipping when delivered into cells at a concentration of 100 nM.

## Antisense Oligonucleotides Directed at Exon 51

Antisense oligonucleotides directed at exon 51 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

FIG. 22 illustrates differing efficiencies of two antisense molecules directed at exon 51 acceptor splice site. Antisense oligonucleotide H51A(+66+90) [SEQ ID NO:180] showed the stronger ability to induce exon 51 skipping. Table 37 below includes antisense molecules tested at a concentration range of 25, 50, 100, 300 and 600 nM. These antisense molecules showed varying ability to induce exon 51 skipping. The strongest inducers of exon skipping were antisense oligonucleotide H51A(+61+90) [SEQ ID NO: 179] and H51A(+66+95) [SEQ ID NO: 181].

TABLE 36

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|---|---|---|---|
| 168 | H46D (+16-04) | UUA CCU UGA CUU GCU CAA GC | No skipping |
| 169 | H46A (+90+109) | UCC AGG UUC AAG UGG GAU AC | No skipping |
| 203 | H46A (+86+115) | CUC UUU UCC AGG UUC AAG UGG GAU ACU AGC | Good skipping to 100 nM |
| 204 | H46A (+107+137) | CAA GCU UUU CUU UUA GUU GCU GCU CUU UUC C | Good skipping to 100 nM |
| 205 | H46A (-10+20) | UAU UCU UUU GUU CUU CUA GCC UGG AGA AAG | Weak skipping |
| 206 | H46A (+50+77) | CUG CUU CCU CCA ACC AUA AAA CAA AUU C | Weak skipping |

US 9,994,851 B2

63

64

TABLE 37

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|--------|-------------------------------|----------|---------------------------|
| 176 | H51A (-01+25) | ACC AGA GUA ACA GUC UGA GUA GGA GC | Faint skipping |
| 177 | H51D (+16-07) | CUC AUA CCU UCU GCU UGA UGA UC | Skipping at 300 nM |
| 178 | H51A (+111+134) | UUC UGU CCA AGC CCG GUU GAA AUC | Needs re-testing |
| 179 | H51A (+61+90) | ACA UCA AGG AAG AUG GCA UUU CUA GUU UGG | Very strong skipping |
| 180 | H51A (+66+90) | ACA UCA AGG AAG AUG GCA UUU CUA G | Very strong skipping |
| 181 | H51A (+66+95) | CUC CAA CAU CAA GGA AGA UGG CAU UUC UAG | Very strong skipping |
| 182 | H51D (+08-17) | AUC AUU UUU UCU CAU ACC UUC UGC U | No skipping |
| 183 | H51A/D (+08-17) & (-15+?) | AUC AUU UUU UCU CAU ACC UUC UGC UAG GAG CUA AAA | No skipping |
| 184 | H51A (+175+195) | CAC CCA CCA UCA GCC UCU GUG | No skipping |
| 185 | H51A (+199+220) | AUC AUC UCG UUG AUA UCC UCA A | No skipping |

### Antisense Oligonucleotides Directed at Exon 52

Antisense oligonucleotides directed at exon 52 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

FIG. 22 also shows differing efficiencies of four antisense molecules directed at exon 52 acceptor splice site. The most effective antisense oligonucleotide for inducing exon 52 skipping was H52A(+17+37) [SEQ ID NO:188].

Table 38 below shows antisense molecules tested at a concentration range of 50, 100, 300 and 600 nM. These antisense molecules showed varying ability to induce exon 50 skipping. Antisense molecules H52A(+12+41) [SEQ ID NO:187] and H52A(+17+37) [SEQ ID NO:188] showed the strongest exon 50 skipping at a concentration of 50 nM.

### Antisense Oligonucleotides Directed at Exon 53

Antisense oligonucleotides directed at exon 53 were prepared and tested for their ability to induce exon skipping in human muscle cells using similar methods as described above.

FIG. 22 also shows antisense molecule H53A(+39+69) [SEQ ID NO:193] directed at exon 53 acceptor splice site. This antisense oligonucleotide was able to induce exon 53 skipping at 5, 100, 300 and 600 nM. A "cocktail" of three exon 53 antisense oligonucleotides: H53A(+23+47) [SEQ ID NO:195], H53A(+150+176) [SEQ ID NO:196] and H53D(+14-07) [SEQ ID NO:194], was also tested, as shown in FIG. 20 and exhibited an ability to induce exon skipping.

Table 39 below includes other antisense molecules tested at a concentration range of 50, 100, 300 and 600 nM. These antisense molecules showed varying ability to induce exon 53 skipping. Antisense molecule H53A(+39+69) [SEQ ID NO:193] induced the strongest exon 53 skipping.

TABLE 38

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|--------|-------------------------------|----------|---------------------------|
| 186 | H52A (-07+14) | UCC UGC AUU GUU GCC UGU AAG | No skipping |
| 187 | H52A (+12+41) | UCC AAC UGG GGA CGC CUC UGU UCC AAA UCC | Very strong skipping |
| 188 | H52A (+17+37) | ACU GGG GAC GCC UCU GUU CCA | Skipping to 50 nM |
| 189 | H52A (+93+112) | CCG UAA UGA UUG UUC UAG CC | No skipping |
| 190 | H52D (+05-15) | UGU UAA AAA ACU UAC UUC GA | No skipping |

US 9,994,851 B2

65                                                                                         66

TABLE 39

| SEQ ID | Antisense oligonucleotide name | Sequence | Ability to induce skipping |
|--------|-------------------------------|----------|---------------------------|
| 191 | H53A (+45+69) | CAU UCA ACU GUU GCC UCC GGU UCU G | Faint skipping at 50 nM |
| 192 | H53A (+39+62) | CUG UUG CCU CCG GUU CUG AAG GUG | Faint skipping at 50 nM |
| 193 | H53A (+39+69) | CAU UCA ACU GUU GCC UCC GGU UCU GAA GGU G | Strong skipping to 50 nM |
| 194 | H53D (+14-07) | UAC UAA CCU UGG UUU CUG UGA | Very faint skipping to 50 nM |
| 195 | H53A (+23+47) | CUG AAG GUG UUC UUG UAC UUC AUC C | Very faint skipping to 50 nM |
| 196 | H53A (+150+176) | UGU AUA GGG ACC CUC CUU CCA UGA CUC | Very faint skipping to 50 nM |
| 197 | H53D (+20-05) | CUA ACC UUG GUU UCU GUG AUU UUC U | Not made yet |
| 198 | H53D (+09-18) | GGU AUC UUU GAU ACU AAC CUU GGU UUC | Faint at 600 nM |
| 199 | H53A (-12+10) | AUU CUU UCA ACU AGA AUA AAA G | No skipping |
| 200 | H53A (-07+18) | GAU UCU GAA UUG UUU CAA CUA GAA U | No skipping |
| 201 | H53A (+07+26) | AUC CCA CUG AUU CUG AAU UC | No skipping |
| 202 | H53A (+124+145) | UUG GCU CUG GCC UGU CCU AAG A | No skipping |

SEQUENCE LISTING

<160> NUMBER OF SEQ ID NOS: 214

<210> SEQ ID NO 1
<211> LENGTH: 24
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 1

gauagguggu aucaacaucu guaa                                                   24


<210> SEQ ID NO 2
<211> LENGTH: 21
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 2

gauagguggu aucaacaucu g                                                      21


<210> SEQ ID NO 3
<211> LENGTH: 25
<212> TYPE: RNA

SRPT-VYDS-0005128

US 9,994,851 B2

67                                                    68

-continued

```
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 3

gauagguggu aucaacaucu guaag                                25


<210> SEQ ID NO 4
<211> LENGTH: 20
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 4

ggugguauca acaucuguaa                                      20


<210> SEQ ID NO 5
<211> LENGTH: 20
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 5

guaucaacau cuguaagcac                                      20


<210> SEQ ID NO 6
<211> LENGTH: 23
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 6

ugcauguucc agucguugug ugg                                  23


<210> SEQ ID NO 7
<211> LENGTH: 25
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 7

cacuauucca gucaaauagg ucugg                                25


<210> SEQ ID NO 8
<211> LENGTH: 25
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 8

auuuaccaac cuucaggauc gagua                                25
```

SRPT-VYDS-0005129

US 9,994,851 B2

69                                                              70

-continued

```
<210> SEQ ID NO 9
<211> LENGTH: 21
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 9

ggccuaaaac acauacacau a                                          21


<210> SEQ ID NO 10
<211> LENGTH: 20
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Canine 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 10

cauuuuugac cuacaugugg                                            20


<210> SEQ ID NO 11
<211> LENGTH: 20
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Canine 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 11

uuugaccuac auguggaaag                                            20


<210> SEQ ID NO 12
<211> LENGTH: 26
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Canine 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 12

uacauuuuug accuacaugu ggaaag                                     26


<210> SEQ ID NO 13
<211> LENGTH: 22
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Canine 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 13

auuuuugacc uacaugggaa ag                                         22


<210> SEQ ID NO 14
<211> LENGTH: 23
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Canine 2'-O-methyl phosphorothioate antisense
```

SRPT-VYDS-0005130

US 9,994,851 B2

71                                                      72

-continued

```
        oligonucleotide

<400> SEQUENCE: 14

uacgaguuga uugucggacc cag                               23


<210> SEQ ID NO 15
<211> LENGTH: 25
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Canine 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 15

guggucuccu uaccuaugac ugugg                             25


<210> SEQ ID NO 16
<211> LENGTH: 17
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Canine 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 16

ggucuccuua ccuauga                                      17


<210> SEQ ID NO 17
<211> LENGTH: 24
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 17

ugucucagua aucuucuuac cuau                              24


<210> SEQ ID NO 18
<211> LENGTH: 24
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 18

ucuuaccuau gacuauggau gaga                              24


<210> SEQ ID NO 19
<211> LENGTH: 20
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 19

gcaugaacuc uuguggaucc                                   20


<210> SEQ ID NO 20
<211> LENGTH: 20
```

US 9,994,851 B2

73                                                    74

-continued

```
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 20

ccaggguacu acuuacauua                                              20


<210> SEQ ID NO 21
<211> LENGTH: 21
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 21

aucguguguc acagcaucca g                                            21


<210> SEQ ID NO 22
<211> LENGTH: 30
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 22

uguucagggc augaacucuu guggauccuu                                   30


<210> SEQ ID NO 23
<211> LENGTH: 31
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 23

uaggaggcgc cucccauccu guaggucacu g                                 31


<210> SEQ ID NO 24
<211> LENGTH: 31
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 24

aggucuagga ggcgccuccc auccuguagg u                                 31


<210> SEQ ID NO 25
<211> LENGTH: 25
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 25
```

US 9,994,851 B2

75                                                              76

-continued

gcgccuccca uccuguaggu cacug                                    25

<210> SEQ ID NO 26
<211> LENGTH: 26
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 26

cuucgaggag gucuaggagg cgccuc                                   26

<210> SEQ ID NO 27
<211> LENGTH: 21
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 27

cucccauccu guaggucacu g                                        21

<210> SEQ ID NO 28
<211> LENGTH: 22
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 28

uaccaguuuu ugcccuguca gg                                       22

<210> SEQ ID NO 29
<211> LENGTH: 26
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 29

ucaauaugcu gcuucccaaa cugaaa                                   26

<210> SEQ ID NO 30
<211> LENGTH: 25
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 30

cuaggaggcg ccucccaucc uguag                                    25

<210> SEQ ID NO 31
<211> LENGTH: 31
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic

SRPT-VYDS-0005133

US 9,994,851 B2

| 77 | 78 |
|---|---|

-continued

```
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 31

uuaugauuuc caucuacgau gucaguacuu c                              31


<210> SEQ ID NO 32
<211> LENGTH: 31
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 32

cuuaccugcc aguggaggau uauauuccaa a                              31


<210> SEQ ID NO 33
<211> LENGTH: 25
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 33

caucaggauu cuuaccugcc agugg                                     25


<210> SEQ ID NO 34
<211> LENGTH: 25
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 34

cgaugucagu acuuccaaua uucac                                     25


<210> SEQ ID NO 35
<211> LENGTH: 18
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 35

accauucauc aggauucu                                             18


<210> SEQ ID NO 36
<211> LENGTH: 18
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 36

accugccagu ggaggauu                                             18


<210> SEQ ID NO 37
```

SRPT-VYDS-0005134

US 9,994,851 B2

79                                                                          80

-continued

```
<211> LENGTH: 27
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 37

ccaauauuca cuaaaucaac cuguuaa                                        27


<210> SEQ ID NO 38
<211> LENGTH: 30
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 38

caggauucuu accugccagu ggaggauuau                                    30


<210> SEQ ID NO 39
<211> LENGTH: 31
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 39

acgaugucag uacuuccaau auucacuaaa u                                  31


<210> SEQ ID NO 40
<211> LENGTH: 31
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 40

auuuccaucu acgaugucag uacuuccaau a                                  31


<210> SEQ ID NO 41
<211> LENGTH: 21
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 41

caggagcuuc caaaugcugc a                                             21


<210> SEQ ID NO 42
<211> LENGTH: 29
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 42
```

SRPT-VYDS-0005135

US 9,994,851 B2

81                                                                      82

-continued

```
cuugucuuca ggagcuucca aaugcugca                          29


<210> SEQ ID NO 43
<211> LENGTH: 22
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 43

uccucagcag aaagaagcca cg                                 22


<210> SEQ ID NO 44
<211> LENGTH: 20
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 44

uuagaaaucu cuccuugugc                                    20


<210> SEQ ID NO 45
<211> LENGTH: 20
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 45

uaaauugggu guuacacaau                                    20


<210> SEQ ID NO 46
<211> LENGTH: 24
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 46

cccugaggca uucccaucuu gaau                               24


<210> SEQ ID NO 47
<211> LENGTH: 20
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 47

aggacuuacu ugcuuuguuu                                    20


<210> SEQ ID NO 48
<211> LENGTH: 23
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
```

US 9,994,851 B2

83

84

-continued

<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 48

cuugaauuua ggagauucau cug                                    23


<210> SEQ ID NO 49
<211> LENGTH: 23
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 49

caucuucuga uaauuuuccu guu                                    23


<210> SEQ ID NO 50
<211> LENGTH: 24
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 50

ucuucuguuu uuguuagcca guca                                   24


<210> SEQ ID NO 51
<211> LENGTH: 20
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 51

ucuauguaaa cugaaaauuu                                        20


<210> SEQ ID NO 52
<211> LENGTH: 20
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 52

uucuggagau ccauuaaaac                                        20


<210> SEQ ID NO 53
<211> LENGTH: 24
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 53

cagcaguugc gugaucucca cuag                                   24

SRPT-VYDS-0005137

US 9,994,851 B2

85 | 86

-continued

```
<210> SEQ ID NO 54
<211> LENGTH: 21
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 54

uucaucaacu accaccacca u                                         21


<210> SEQ ID NO 55
<211> LENGTH: 25
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 55

cuaagcaaaa uaaucugacc uuaag                                     25


<210> SEQ ID NO 56
<211> LENGTH: 28
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 56

cuuguaaaag aacccagcgg ucuucugu                                  28


<210> SEQ ID NO 57
<211> LENGTH: 22
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 57

caucuacaga uguuugccca uc                                        22


<210> SEQ ID NO 58
<211> LENGTH: 23
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 58

gaaggauguc uuguaaaaga acc                                       23


<210> SEQ ID NO 59
<211> LENGTH: 20
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide
```

SRPT-VYDS-0005138

US 9,994,851 B2

87                                                                                            88

-continued

```
<400> SEQUENCE: 59

accuguucuu caguaagacg                                            20


<210> SEQ ID NO 60
<211> LENGTH: 24
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 60

caugacacac cuguucuuca guaa                                       24


<210> SEQ ID NO 61
<211> LENGTH: 20
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 61

cauuugagaa ggaugucuug                                            20


<210> SEQ ID NO 62
<211> LENGTH: 24
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 62

aucucccaau accuggagaa gaga                                       24


<210> SEQ ID NO 63
<211> LENGTH: 31
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 63

gccaugcacu aaaaaggcac ugcaagacau u                              31


<210> SEQ ID NO 64
<211> LENGTH: 24
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 64

ucuuuaaagc caguugugug aauc                                       24


<210> SEQ ID NO 65
<211> LENGTH: 21
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
```

SRPT-VYDS-0005139

US 9,994,851 B2

89                                                           90

-continued

```
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 65

uuucugaaag ccaugcacua a                                      21


<210> SEQ ID NO 66
<211> LENGTH: 25
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 66

guacauacgg ccaguuuuug aagac                                  25


<210> SEQ ID NO 67
<211> LENGTH: 31
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 67

cuagauccgc uuuuaaaacc uguuaaaaca a                           31


<210> SEQ ID NO 68
<211> LENGTH: 31
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 68

ucuuuucuag auccgcuuuu aaaaccuguu a                           31


<210> SEQ ID NO 69
<211> LENGTH: 25
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 69

cuagauccgc uuuuaaaacc uguua                                  25


<210> SEQ ID NO 70
<211> LENGTH: 23
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 70

ccgucuucug ggcacugac uua                                     23
```

US 9,994,851 B2

91                                                      92

-continued

```
<210> SEQ ID NO 71
<211> LENGTH: 26
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 71

cuagauccgc uuuuaaaacc uguuaa                                    26


<210> SEQ ID NO 72
<211> LENGTH: 20
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 72

ccgcuuuuaa aaccuguuaa                                           20


<210> SEQ ID NO 73
<211> LENGTH: 26
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 73

uggauugcuu uuucuuuucu agaucc                                    26


<210> SEQ ID NO 74
<211> LENGTH: 25
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 74

caugcuuccg ucuucugggu cacug                                     25


<210> SEQ ID NO 75
<211> LENGTH: 23
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 75

gaucuuguuu gagugaauac agu                                       23


<210> SEQ ID NO 76
<211> LENGTH: 22
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide
```

SRPT-VYDS-0005141

US 9,994,851 B2

93                                                               94

-continued

<400> SEQUENCE: 76

guuauccagc caugcuuccg uc                                              22


<210> SEQ ID NO 77
<211> LENGTH: 25
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 77

ugauaauugg usucacuaac cugug                                           25


<210> SEQ ID NO 78
<211> LENGTH: 22
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 78

guaucacuaa ccugugcugu ac                                              22


<210> SEQ ID NO 79
<211> LENGTH: 19
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 79

cugcuggcau cuugcaguu                                                  19


<210> SEQ ID NO 80
<211> LENGTH: 31
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 80

gccugagcug aucugcuggc aucuugcagu u                                    31


<210> SEQ ID NO 81
<211> LENGTH: 28
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 81

cuggcagaau ucgauccacc ggcuguuc                                        28


<210> SEQ ID NO 82
<211> LENGTH: 22
<212> TYPE: RNA

US 9,994,851 B2

95

96

-continued

```
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 82

cagcaguagu ugucaucugc uc                                          22


<210> SEQ ID NO 83
<211> LENGTH: 19
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 83

ugauggggug guggguugg                                              19


<210> SEQ ID NO 84
<211> LENGTH: 25
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 84

aucugcauua acacccucua gaaag                                       25


<210> SEQ ID NO 85
<211> LENGTH: 24
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 85

ccggcuguuc aguuguucug aggc                                        24


<210> SEQ ID NO 86
<211> LENGTH: 28
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 86

aucugcauua acacccucua gaaagaaa                                    28


<210> SEQ ID NO 87
<211> LENGTH: 28
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 87

gaaggagaag agauucuuac cuuacaaa                                    28
```

SRPT-VYDS-0005143

US 9,994,851 B2

| 97 | 98 |
|---|---|

-continued

```
<210> SEQ ID NO 88
<211> LENGTH: 20
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 88

auucgaucca ccggcuguuc                                                 20


<210> SEQ ID NO 89
<211> LENGTH: 20
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 89

cagcaguagu ugucaucugc                                                 20


<210> SEQ ID NO 90
<211> LENGTH: 22
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 90

gccgguugac uucauccugu gc                                              22


<210> SEQ ID NO 91
<211> LENGTH: 22
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 91

cugcauccag gaacaugggu cc                                              22


<210> SEQ ID NO 92
<211> LENGTH: 23
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 92

gucugcaucc aggaacaugg guc                                             23


<210> SEQ ID NO 93
<211> LENGTH: 24
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
```

US 9,994,851 B2

99                                                              100

-continued

```
     oligonucleotide

<400> SEQUENCE: 93

guugaagauc ugauagccgg uuga                              24


<210> SEQ ID NO 94
<211> LENGTH: 24
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 94

uacuuacugu cuguagcucu uucu                              24


<210> SEQ ID NO 95
<211> LENGTH: 24
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 95

cacucauggu cuccugauag cgca                              24


<210> SEQ ID NO 96
<211> LENGTH: 22
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 96

cugcaauucc ccgagucucu gc                                22


<210> SEQ ID NO 97
<211> LENGTH: 23
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 97

acugcuggac ccauguccug aug                               23


<210> SEQ ID NO 98
<211> LENGTH: 21
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 98

cuaaguugag guauggagag u                                 21


<210> SEQ ID NO 99
<211> LENGTH: 23
```

US 9,994,851 B2

101                                                                102

-continued

```
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 99

uauucacaga ccugcaauuc ccc                                          23


<210> SEQ ID NO 100
<211> LENGTH: 26
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 100

acaguggugc ugagauagua uaggcc                                       26


<210> SEQ ID NO 101
<211> LENGTH: 22
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 101

uaggccacuu uguugcucuu gc                                           22


<210> SEQ ID NO 102
<211> LENGTH: 19
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 102

uucagagggc gcuuucuuc                                               19


<210> SEQ ID NO 103
<211> LENGTH: 23
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 103

gggcaggcca uuccuccuuc aga                                          23


<210> SEQ ID NO 104
<211> LENGTH: 24
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 104
```

US 9,994,851 B2

103                                                                 104

-continued

```
ucuucagggu uuguauguga uucu                              24


<210> SEQ ID NO 105
<211> LENGTH: 27
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide


<400> SEQUENCE: 105


cugggcugaa uugucugaau aucacug                           27


<210> SEQ ID NO 106
<211> LENGTH: 26
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide


<400> SEQUENCE: 106


cuguuggcac augugauccc acugag                            26


<210> SEQ ID NO 107
<211> LENGTH: 24
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide


<400> SEQUENCE: 107


gucuauaccu guuggcacau guga                              24


<210> SEQ ID NO 108
<211> LENGTH: 25
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide


<400> SEQUENCE: 108


ugcuuucugu aauucaucug gaguu                             25


<210> SEQ ID NO 109
<211> LENGTH: 26
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide


<400> SEQUENCE: 109


ccuccuuucu ggcauagacc uuccac                            26


<210> SEQ ID NO 110
<211> LENGTH: 25
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
```

SRPT-VYDS-0005147

US 9,994,851 B2

105                                                     106

-continued

Human 2'-O-methyl phosphorothioate antisense
oligonucleotide

<400> SEQUENCE: 110

ugugucaucc auucgugcau cucug                                    25


<210> SEQ ID NO 111
<211> LENGTH: 25
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 111

uuaaggccuc uugugcuaca ggugg                                    25


<210> SEQ ID NO 112
<211> LENGTH: 23
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 112

gggccucuuc uuuagcucuc uga                                      23


<210> SEQ ID NO 113
<211> LENGTH: 22
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 113

gacuuccaaa gucuugcauu uc                                       22


<210> SEQ ID NO 114
<211> LENGTH: 24
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 114

gccaacaugc ccaaacuucc uaag                                     24


<210> SEQ ID NO 115
<211> LENGTH: 26
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 115

cagagauuuc cucagcuccg ccagga                                   26


<210> SEQ ID NO 116

US 9,994,851 B2

107                                                          108

-continued

```
<211> LENGTH: 21
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 116

cuuacaucua gcaccucaga g                                          21


<210> SEQ ID NO 117
<211> LENGTH: 25
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 117

uccgccaucu guuaggqucu gugcc                                      25


<210> SEQ ID NO 118
<211> LENGTH: 25
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 118

auuuggguua uccucugaau gucgc                                      25


<210> SEQ ID NO 119
<211> LENGTH: 22
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 119

cauaccucuu cauguaguuc cc                                         22


<210> SEQ ID NO 120
<211> LENGTH: 26
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 120

cauuugagcu gcguccaccu ugucug                                     26


<210> SEQ ID NO 121
<211> LENGTH: 26
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 121
```

SRPT-VYDS-0005149

US 9,994,851 B2

109                                                         110

-continued

```
uccugggcag acuggaugcu cuguuc                              26


<210> SEQ ID NO 122
<211> LENGTH: 23
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 122

uugccugggc uuccugaggc auu                                 23


<210> SEQ ID NO 123
<211> LENGTH: 24
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 123

uucugaaaua acauauaccu gugc                                24


<210> SEQ ID NO 124
<211> LENGTH: 25
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 124

uaguuucuga aauaacauau accug                               25


<210> SEQ ID NO 125
<211> LENGTH: 21
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 125

gacuugucaa aucagauugg a                                   21


<210> SEQ ID NO 126
<211> LENGTH: 24
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 126

guuucugaaa uaacauauac cugu                               24


<210> SEQ ID NO 127
<211> LENGTH: 20
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
```

SRPT-VYDS-0005150

US 9,994,851 B2

**111**                                    **112**

-continued

```
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 127

caccagaaau acauaccaca                                              20


<210> SEQ ID NO 128
<211> LENGTH: 20
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 128

caaugauuua gcugugacug                                              20


<210> SEQ ID NO 129
<211> LENGTH: 23
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 129

cgaaacuuca uggagacauc uug                                          23


<210> SEQ ID NO 130
<211> LENGTH: 25
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 130

cuuguagacg cugcucaaaa uuggc                                        25


<210> SEQ ID NO 131
<211> LENGTH: 20
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 131

caugcacaca ccuuugcucc                                              20


<210> SEQ ID NO 132
<211> LENGTH: 24
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 132

ucuguacaau cugacgucca gucu                                         24
```

US 9,994,851 B2

113                                                    114

-continued

```
<210> SEQ ID NO 133
<211> LENGTH: 27
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 133

gucuuuauca ccauuuccac uucgagac                              27


<210> SEQ ID NO 134
<211> LENGTH: 25
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 134

ccgucugcuu uuucuguaca aucug                                 25


<210> SEQ ID NO 135
<211> LENGTH: 22
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 135

uccauaucug uagcugccag cc                                    22


<210> SEQ ID NO 136
<211> LENGTH: 23
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 136

ccaggcaacu ucagaaucca aau                                   23


<210> SEQ ID NO 137
<211> LENGTH: 30
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 137

uuucuguuac cugaaaagaa uuauaaugaa                            30


<210> SEQ ID NO 138
<211> LENGTH: 25
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide
```

SRPT-VYDS-0005152

US 9,994,851 B2

115                                          116

-continued

```
<400> SEQUENCE: 138

cauucauuuc cuuucgcauc uuacg                              25


<210> SEQ ID NO 139
<211> LENGTH: 26
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 139

ugaucucuuu gucaauucca uaucug                             26


<210> SEQ ID NO 140
<211> LENGTH: 30
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 140

uucagugaua uagguuuuac cuuuccccag                         30


<210> SEQ ID NO 141
<211> LENGTH: 26
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 141

cuguagcugc cagccauucu gucaag                             26


<210> SEQ ID NO 142
<211> LENGTH: 21
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 142

ucuucugcuc gggaggugac a                                  21


<210> SEQ ID NO 143
<211> LENGTH: 20
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 143

ccaguuacua uucagaagac                                    20


<210> SEQ ID NO 144
<211> LENGTH: 20
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
```

SRPT-VYDS-0005153

US 9,994,851 B2

117                                                              118

-continued

```
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide


<400> SEQUENCE: 144

ucuucaggug caccuucugu                                           20


<210> SEQ ID NO 145
<211> LENGTH: 25
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide


<400> SEQUENCE: 145

ugugaugugg uccacauucu gguca                                     25


<210> SEQ ID NO 146
<211> LENGTH: 20
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide


<400> SEQUENCE: 146

ccauguguu cugguauucc                                            20


<210> SEQ ID NO 147
<211> LENGTH: 25
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide


<400> SEQUENCE: 147

cguguagagu ccaccuuugg gcgua                                     25


<210> SEQ ID NO 148
<211> LENGTH: 24
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide


<400> SEQUENCE: 148

uacuaauuuc cugcaguggu cacc                                      24


<210> SEQ ID NO 149
<211> LENGTH: 24
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide


<400> SEQUENCE: 149

uucguguga aauggcugca aauc                                       24
```

SRPT-VYDS-0005154

US 9,994,851 B2

119                                                     120

-continued

```
<210> SEQ ID NO 150
<211> LENGTH: 20
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 150

ccuucaaagg aauggaggcc                                          20


<210> SEQ ID NO 151
<211> LENGTH: 25
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 151

ugcugaauuu cagccuccag ugguu                                    25


<210> SEQ ID NO 152
<211> LENGTH: 25
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 152

ugaagucuuc cucuuucaga uucac                                    25


<210> SEQ ID NO 153
<211> LENGTH: 24
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 153

cuggcuuucu cucaucugug auuc                                     24


<210> SEQ ID NO 154
<211> LENGTH: 20
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense oligonucleotide

<400> SEQUENCE: 154

guuguaaguu gucuccucuu                                          20


<210> SEQ ID NO 155
<211> LENGTH: 20
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide
```

SRPT-VYDS-0005155

US 9,994,851 B2

**121**                                                                                  **122**

-continued

```
<400> SEQUENCE: 155

uugucuguaa cagcugcugu                                    20


<210> SEQ ID NO 156
<211> LENGTH: 20
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 156

gcucuaauac cuugagagca                                    20


<210> SEQ ID NO 157
<211> LENGTH: 22
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 157

cuuugagacc ucaaauccug uu                                 22


<210> SEQ ID NO 158
<211> LENGTH: 25
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 158

cuuuauuuuc cuuucaucuc ugggc                              25


<210> SEQ ID NO 159
<211> LENGTH: 27
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 159

aucguuucuu cacggacagu gugcugg                            27


<210> SEQ ID NO 160
<211> LENGTH: 24
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 160

gggcuuguga gacaugagug auuu                               24


<210> SEQ ID NO 161
<211> LENGTH: 22
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
```

US 9,994,851 B2

123                                                              124

-continued

```
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide


<400> SEQUENCE: 161

accuucagag gacuccucuu gc                                             22


<210> SEQ ID NO 162
<211> LENGTH: 25
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide


<400> SEQUENCE: 162

uauguguuac cuacccuugu cgguc                                          25


<210> SEQ ID NO 163
<211> LENGTH: 20
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide


<400> SEQUENCE: 163

ggagagagcu uccuguagcu                                                20


<210> SEQ ID NO 164
<211> LENGTH: 23
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide


<400> SEQUENCE: 164

ucacccuuuc cacaggcguu gca                                            23


<210> SEQ ID NO 165
<211> LENGTH: 20
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide


<400> SEQUENCE: 165

uuugugucuu ucugagaaac                                                20


<210> SEQ ID NO 166
<211> LENGTH: 20
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide


<400> SEQUENCE: 166

aaagacuuac cuuaagauac                                                20
```

SRPT-VYDS-0005157

US 9,994,851 B2

125                                                          126

-continued

```
<210> SEQ ID NO 167
<211> LENGTH: 20
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 167

aucugucaaa ucgccugcag                                          20


<210> SEQ ID NO 168
<211> LENGTH: 20
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 168

uuaccuugac uugcucaagc                                          20


<210> SEQ ID NO 169
<211> LENGTH: 20
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 169

uccagguuca aguggggauac                                         20


<210> SEQ ID NO 170
<211> LENGTH: 25
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 170

gcucuucugg gcuuauggga gcacu                                    25


<210> SEQ ID NO 171
<211> LENGTH: 27
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 171

accuuuaucc acuggagauu ugucugc                                  27


<210> SEQ ID NO 172
<211> LENGTH: 21
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide
```

SRPT-VYDS-0005158

US 9,994,851 B2

127                                                              128

-continued

```
<400> SEQUENCE: 172

uuccaccagu aacugaaaca g                                          21


<210> SEQ ID NO 173
<211> LENGTH: 29
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 173

ccacucagag cucagaucuu cuaacuucc                                  29


<210> SEQ ID NO 174
<211> LENGTH: 27
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 174

cuuccacuca gagcucagau cuucuaa                                    27


<210> SEQ ID NO 175
<211> LENGTH: 25
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 175

gggauccagu auacuuacag gcucc                                      25


<210> SEQ ID NO 176
<211> LENGTH: 26
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 176

accagaguaa cagucugagu aggagc                                     26


<210> SEQ ID NO 177
<211> LENGTH: 23
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 177

cucauaccuu cugcuugaug auc                                        23


<210> SEQ ID NO 178
<211> LENGTH: 24
<212> TYPE: RNA
```

SRPT-VYDS-0005159

US 9,994,851 B2

129                                                  130

-continued

```
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 178

uucuguccaa gcccgguuga aauc                                        24


<210> SEQ ID NO 179
<211> LENGTH: 30
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 179

acaucaagga agauggcauu ucuaguuugg                                  30


<210> SEQ ID NO 180
<211> LENGTH: 25
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 180

acaucaagga agauggcauu ucuag                                       25


<210> SEQ ID NO 181
<211> LENGTH: 30
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 181

cuccaacauc aaggaagaug gcauuucuag                                  30


<210> SEQ ID NO 182
<211> LENGTH: 25
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 182

aucauuuuuu cucauaccuu cugcu                                       25


<210> SEQ ID NO 183
<211> LENGTH: 36
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 183

aucauuuuuu cucauaccuu cugcuaggag cuaaaa                           36
```

SRPT-VYDS-0005160

US 9,994,851 B2

131                                                                                          132

-continued

```
<210> SEQ ID NO 184
<211> LENGTH: 21
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 184

cacccaccau cacccucugu g                                              21


<210> SEQ ID NO 185
<211> LENGTH: 22
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 185

aucaucucgu ugauauccuc aa                                             22


<210> SEQ ID NO 186
<211> LENGTH: 21
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 186

uccugcauug uugccuguaa g                                              21


<210> SEQ ID NO 187
<211> LENGTH: 30
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 187

uccaacuggg gacgccucug uuccaaaucc                                     30


<210> SEQ ID NO 188
<211> LENGTH: 21
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 188

acuggggacg ccucuguucc a                                              21


<210> SEQ ID NO 189
<211> LENGTH: 20
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
```

SRPT-VYDS-0005161

US 9,994,851 B2

133                                            134

-continued

oligonucleotide

<400> SEQUENCE: 189

ccguaaugau uguucuagcc                                        20


<210> SEQ ID NO 190
<211> LENGTH: 20
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 190

uguuaaaaaa cuuacuucga                                        20


<210> SEQ ID NO 191
<211> LENGTH: 25
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 191

cauucaacug uugccuccgg uucug                                  25


<210> SEQ ID NO 192
<211> LENGTH: 24
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 192

cuguugccuc cgguucugaa ggug                                   24


<210> SEQ ID NO 193
<211> LENGTH: 31
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 193

cauucaacug uugccuccgg uucugaaggu g                           31


<210> SEQ ID NO 194
<211> LENGTH: 21
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 194

uacuaaccuu gguuucugug a                                      21


<210> SEQ ID NO 195
<211> LENGTH: 25

US 9,994,851 B2

135                                                                        136

-continued

```
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide


<400> SEQUENCE: 195

cugaaggugu ucuuguacuu caucc                                            25


<210> SEQ ID NO 196
<211> LENGTH: 27
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide


<400> SEQUENCE: 196

uguauaggga cccuccuucc augacuc                                          27


<210> SEQ ID NO 197
<211> LENGTH: 25
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide


<400> SEQUENCE: 197

cuaaccuugg uuucugugau uuucu                                            25


<210> SEQ ID NO 198
<211> LENGTH: 27
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide


<400> SEQUENCE: 198

gguaucuuug auacuaaccu ugguuuc                                          27


<210> SEQ ID NO 199
<211> LENGTH: 22
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide


<400> SEQUENCE: 199

auucuuucaa cuagaauaaa ag                                               22


<210> SEQ ID NO 200
<211> LENGTH: 25
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide


<400> SEQUENCE: 200
```

US 9,994,851 B2

| 137 | 138 |
|---|---|

-continued

```
gauucugaau ucuuucaacu agaau                              25


<210> SEQ ID NO 201
<211> LENGTH: 20
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide


<400> SEQUENCE: 201


aucccacuga uucugaauuc                                    20


<210> SEQ ID NO 202
<211> LENGTH: 22
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide


<400> SEQUENCE: 202


uuggcucugg ccuguccuaa ga                                 22


<210> SEQ ID NO 203
<211> LENGTH: 30
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide


<400> SEQUENCE: 203


cucuuuucca gguucaagug ggauacuagc                         30


<210> SEQ ID NO 204
<211> LENGTH: 31
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide


<400> SEQUENCE: 204


caagcuuuuc uuuuaguugc ugcucuuuuc c                       31


<210> SEQ ID NO 205
<211> LENGTH: 30
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide


<400> SEQUENCE: 205


uauucuuuug uucuucuagc cuggagaaag                         30


<210> SEQ ID NO 206
<211> LENGTH: 28
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
```

SRPT-VYDS-0005164

US 9,994,851 B2

139    140

-continued

```
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 206

cugcuuccuc caaccauaaa acaaauuc                                   28


<210> SEQ ID NO 207
<211> LENGTH: 26
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 207

ccaaugccau ccuggaguuc cuguaa                                     26


<210> SEQ ID NO 208
<211> LENGTH: 20
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 208

uccuguagaa uacuggcauc                                            20


<210> SEQ ID NO 209
<211> LENGTH: 27
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 209

ugcagaccuc cugccaccgc agauuca                                    27


<210> SEQ ID NO 210
<211> LENGTH: 20
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 210

cuaccucuuu uuucugucug                                            20


<210> SEQ ID NO 211
<211> LENGTH: 20
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 211

uguuuuugag gauugcugaa                                            20


<210> SEQ ID NO 212
```

SRPT-VYDS-0005165

US 9,994,851 B2

141                                                                 142

-continued

```
<211> LENGTH: 84
<212> TYPE: RNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Description of Artificial Sequence: Synthetic
      Human 2'-O-methyl phosphorothioate antisense
      oligonucleotide

<400> SEQUENCE: 212

cagcaguagu ugucaucugc ucaacuggca gaauucgauc caccggcugu ucaagccuga       60

gcugaucugc ucgcaucuug cagu                                            84


<210> SEQ ID NO 213
<211> LENGTH: 44
<212> TYPE: RNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 213

ucaugcacug agugaccucu uucucgcagg cgcuagcugg agca                       44


<210> SEQ ID NO 214
<211> LENGTH: 22
<212> TYPE: RNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 214

ccgugcagac ugacggucuc au                                               22
```

What is claimed is:

1. An antisense oligonucleotide of 20 to 31 bases comprising a base sequence that is 100% complementary to consecutive bases of a target region of exon 53 of the human dystrophin pre-mRNA, wherein the target region is within annealing site H53A(+23+47) and annealing site H53A(+39+69), wherein the base sequence comprises at least 12 consecutive bases of CUG AAG GUG UUC UUG UAC UUC AUC C (SEQ ID NO: 195), in which uracil bases are thymine bases, wherein the antisense oligonucleotide is a morpholino antisense oligonucleotide, and wherein the antisense oligonucleotide induces exon 53 skipping; or a pharmaceutically acceptable salt thereof.

2. A pharmaceutical composition comprising: (i) an antisense oligonucleotide of 20 to 31 bases comprising a base sequence that is 100% complementary to consecutive bases of a target region of exon 53 of the human dystrophin pre-mRNA, wherein the target region is within annealing site H53A(+23+47) and annealing site H53A(+39+69), wherein the base sequence comprises at least 12 consecutive bases of CUG AAG GUG UUC UUG UAC UUC AUC C (SEQ ID NO: 195), in which uracil bases are thymine bases, wherein the antisense oligonucleotide is a morpholino antisense oligonucleotide, and wherein the antisense oligonucleotide induces exon 53 skipping, or a pharmaceutically acceptable salt thereof; and (ii) a pharmaceutically acceptable carrier.

* * * * *

SRPT-VYDS-0005166

# ATTACHMENT F

SRPT-VYDS-0005167

PTO/AIA/26 (04-14)
Approved for use through 07/31/2016. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| TERMINAL DISCLAIMER TO OBVIATE A DOUBLE PATENTING REJECTION OVER A "PRIOR" PATENT | Docket Number (Optional) 4140.01500A9 |
|---|---|

In re Application of: **The University of Western Australia**

Application No.: 15/705,172

Filed: September 14, 2017

For: ANTISENSE OLIGONUCLEOTIDES FOR INDUCING EXON SKIPPING AND METHODS OF USE THEREOF

The applicant, **The University of Western Australia**, owner of ___100___ percent interest in the instant application hereby disclaims, except as provided below, the terminal part of the statutory term of any patent granted on the instant application which would extend beyond the expiration date of the full statutory term of **prior patent** No. __8,232,384 B2__ as the term of said **prior patent** is presently shortened by any terminal disclaimer. The applicant hereby agrees that any patent so granted on the instant application shall be enforceable only for and during such period that it and the **prior patent** are commonly owned. This agreement runs with any patent granted on the instant application and is binding upon the grantee, its successors or assigns.

In making the above disclaimer, the applicant does not disclaim the terminal part of the term of any patent granted on the instant application that would extend to the expiration date of the full statutory term of the **prior patent**, "as the term of said **prior patent** is presently shortened by any terminal disclaimer," in the event that said **prior patent** later:
  expires for failure to pay a maintenance fee;
  is held unenforceable;
  is found invalid by a court of competent jurisdiction;
  is statutorily disclaimed in whole or terminally disclaimed under 37 CFR 1.321;
  has all claims canceled by a reexamination certificate;
  is reissued; or
  is in any manner terminated prior to the expiration of its full statutory term as presently shortened by any terminal disclaimer.

Check either box 1 or 2 below, if appropriate.

1. ☐   The undersigned is the applicant. If the applicant is an assignee, the undersigned is authorized to act on behalf of the assignee.

I hereby acknowledge that any willful false statements made are punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

2. ☒   The undersigned is an attorney or agent of record. Reg. No. 58,403

| _(signature)_ | _April 3, 2018_ |
|---|---|
| Signature | Date |

Marsha Rose Gillentine
Typed or printed name

| Director | (202) 371-2600 |
|---|---|
| Title | Telephone Number |

☒   Terminal disclaimer fee under 37 CFR 1.20(d) included.

**WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

This collection of information is required by 37 CFR 1.321. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

9204086

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

# ATTACHMENT G

SRPT-VYDS-0005169

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

Page 1 of 1

PATENT NO.          : 9,994,851 B2
APPLICATION NO.     : 15/705172
DATED               : June 12, 2018
INVENTOR(S)         : Wilton et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

In the Specification

Column 1, Line 26, before "STATEMENT REGARDING SEQUENCE LISTING", insert:
--STATEMENT AS TO FEDERALLY SPONSORED RESEARCH
This invention was made with government support under grant number R01 NS044146 awarded by
the National Institutes of Health. The government has certain rights in the invention.--

Signed and Sealed this
Thirty-first Day of July, 2018

Andrei Iancu
*Director of the United States Patent and Trademark Office*

# ATTACHMENT H

SRPT-VYDS-0005171



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Food and Drug Administration
Silver Spring MD 20993

IND 119982

**IND AND FAST TRACK REQUEST
ACKNOWLEDGEMENT**

Sarepta Therapeutics, Inc.
Attention: Matthew Rael, MS
            Manager, Regulatory Affairs
215 First Street, Suite 415
Cambridge, MA 02142

Dear Mr. Rael:

We acknowledge receipt of your Investigational New Drug Application (IND) submitted under section 505(i) of the Federal Food, Drug, and Cosmetic Act (FDCA). Please note the following identifying data:

| | |
|---|---|
| **IND NUMBER ASSIGNED:** | **119982** |
| **SPONSOR:** | Sarepta Therapeutics, Inc. |
| **PRODUCT NAME(S):** | SRP-4053 |
| **DATE OF SUBMISSION:** | November 7, 2014 |
| **DATE OF RECEIPT:** | November 7, 2014 |
| **PROPOSED INDICATION:** | Treatment of patients with Duchenne muscular dystrophy amenable to exon 53 skipping |

You may not initiate studies in humans until 30 days after the date of receipt shown above unless we notify you sooner that you may proceed. If, on or before December 7, 2014, we identify deficiencies in the IND that require correction before human studies begin or that require restriction of human studies, we will immediately notify you verbally or in writing that (1) clinical studies may not be initiated under this IND ("clinical hold") or (2) certain restrictions apply to clinical studies under this IND ("partial clinical hold"). If we place your human studies on clinical hold, you will be notified in writing of the reasons and the information necessary to correct the deficiencies. In the event of such notification, you must not initiate or you must restrict such studies until you have submitted information to correct the deficiencies, and we have subsequently notified you that the information you submitted is satisfactory.

Reference ID: 3659524

SRPT-VYDS-0005172

IND 119982
Page 2

It has not been our policy to object to a sponsor, upon receipt of this acknowledgement letter, either obtaining supplies of the investigational drug or shipping it to investigators listed in the IND. However, if the drug is shipped to investigators, they should be reminded that studies may not begin under the IND until 30 days after the IND receipt date or later if the IND is placed on clinical hold.

## ACKNOWLEDGE FAST TRACK REQUEST

We also acknowledge receipt on November 7, 2014, of your November 7, 2014, request for Fast Track designation submitted under section 506 of the Act for the treatment of patients with Duchenne muscular dystrophy amenable to exon 53 skipping. We are reviewing your request and will respond to you within 60 days of the receipt date.

## FDAAA TITLE VIII RESPONSIBILITIES

You are also responsible for complying with the applicable provisions of sections 402(i) and (j) of the Public Health Service Act (PHS Act) [42 USC §§ 282 (i) and (j)], which was amended by Title VIII of the Food and Drug Administration Amendments Act of 2007 (FDAAA) (Public Law No, 110-85, 121 Stat. 904).

Title VIII of FDAAA amended the PHS Act by adding new section 402(j) [42 USC § 282(j)], which expanded the current database known as ClinicalTrials.gov to include mandatory registration and reporting of results for applicable clinical trials of human drugs (including biological products) and devices.

In addition to the registration and reporting requirements described above, FDAAA requires that, at the time of submission of an application under section 505 of the FDCA, the application must be accompanied by a certification that all applicable requirements of 42 USC § 282(j) have been met. Where available, the certification must include the appropriate National Clinical Trial (NCT) numbers [42 USC § 282(j)(5)(B)].

You did not include such certification when you submitted this application. You may use Form FDA 3674, "Certification of Compliance, under 42 U.S.C. § 282(j)(5)(B), with Requirements of ClinicalTrials.gov Data Bank," [42 U.S.C. § 282(j)] to comply with the certification requirement. The form may be found at http://www.fda.gov/opacom/morechoices/fdaforms/default.html.

In completing Form FDA 3674, you should review 42 USC § 282(j) to determine whether the requirements of FDAAA apply to any clinical trial(s) referenced in this application. Please note that FDA published a guidance in January 2009, "Certifications To Accompany Drug, Biological Product, and Device Applications/Submissions: Compliance with Section 402(j) of The Public Health Service Act, Added By Title VIII of the Food and Drug Administration Amendments Act of 2007," that describes the Agency's current thinking regarding the types of applications and submissions that sponsors, industry, researchers, and investigators submit to the Agency and accompanying certifications. Additional information regarding the certification form is available at:
http://www.fda.gov/RegulatoryInformation/Legislation/FederalFoodDrugandCosmeticActFDCA

SRPT-VYDS-0005173

IND 119982
Page 3

ct/SignificantAmendmentstotheFDCAct/FoodandDrugAdministrationAmendmentsActof2007/uc
m095442.htm. Additional information regarding Title VIII of FDAAA is available at:
http://grants.nih.gov/grants/guide/notice-files/NOT-OD-08-014.html. Additional information for
registering your clinical trials is available at the Protocol Registration System website
http://prsinfo.clinicaltrials.gov/.

When submitting the certification for this application, **do not** include the certification with other
submissions to the application. Submit the certification within 30 days of the date of this letter.
In the cover letter of the certification submission clearly identify that it pertains to **IND 119982**
submitted on November 7, 2014, and that it contains the FDA Form 3674 that was to accompany
that application.

If you have already submitted the certification for this application, please disregard the above.

## ADDITIONAL IND RESPONSIBILITIES

As sponsor of this IND, you are responsible for compliance with the FDCA
(21 U.S.C. §§ 301 et. seq.) as well as the implementing regulations [Title 21 of the Code of
Federal Regulations (CFR)]. A searchable version of these regulations is available at
http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfcfr/CFRSearch.cfm. Your responsibilities
include:

- Reporting any unexpected fatal or life-threatening suspected adverse reactions to this
  Division no later than 7 calendar days after initial receipt of the information
  [21 CFR 312.32(c)(2)].

  If your IND is in eCTD format, submit 7-day reports electronically in eCTD format via the
  FDA Electronic Submissions Gateway (ESG). To obtain an ESG account, see information
  at the end of this letter.

  If your IND is <u>not</u> in eCTD format:

  - you should submit 7-day reports by a rapid means of communication, preferably by
    facsimile or email. You should address each submission to the Regulatory Project Manager
    and/or to the Chief, Project Management Staff;

  - if you intend to submit 7-day reports by email, you should obtain a secure email account
    with FDA (see information at the end of this letter);

  - if you also send copies of these reports to your IND, the submission should have the
    same date as your facsimile or email submission and be clearly marked as "Duplicate."

- Reporting any (1) serious, unexpected suspected adverse reactions, (2) findings from other
  clinical, animal, or in-vitro studies that suggest significant human risk, and (3) a clinically
  important increase in the rate of a serious suspected adverse reaction to this Division and to
  all investigators no later than 15 calendar days after determining that the information

SRPT-VYDS-0005174

IND 119982
Page 4

qualifies for reporting [21 CFR 312.32(c)(1)]. If your IND is in eCTD format, submit 15-day reports to FDA electronically in eCTD format via the ESG. If your IND is not in eCTD format, you may submit 15-day reports in paper format; and

- Submitting annual progress reports within 60 days of the anniversary of the date that the IND became active (the date clinical studies were permitted to begin) [21 CFR 312.33].

## CHARGING FOR AN INVESTIGATIONAL DRUG

We remind you that, under 21 CFR 312.8(a)(3), you may not charge for this investigational drug without prior written authorization from FDA.

## GOOD LABORATORY PRACTICE

All laboratory or animal studies intended to support the safety of this product should be conducted in compliance with the regulations for "Good Laboratory Practice for Nonclinical Laboratory Studies" (21 CFR 58). If such studies have not been conducted in compliance with these regulations, provide a statement describing in detail all differences between the practices used and those required in the regulations.

## ENVIRONMENTAL ASSESSMENT

Box 13, item 7 of form FDA 1571 requests that either an "environmental assessment," or a "claim for categorical exclusion" from the requirements for environmental assessment, be included in the IND. If you did not include a response to this item with your application, please submit one. Information on environmental assessments is available in the guidance "Environmental Assessment of Human Drugs and Biologics." This document is available at http://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/ucm070561.pdf.

## DATA STANDARDS FOR STUDIES

CDER strongly encourages IND sponsors to consider the implementation and use of data standards for the submission of applications for investigational new drugs and product registration. Such implementation should occur as early as possible in the product development lifecycle, so that data standards are accounted for in the design, conduct, and analysis of clinical and nonclinical studies. CDER has produced a web page that provides specifications for sponsors regarding implementation and submission of clinical and nonclinical study data in a standardized format. This web page will be updated regularly to reflect CDER's growing experience in order to meet the needs of its reviewers. The web page may be found at: http://www.fda.gov/Drugs/DevelopmentApprovalProcess/FormsSubmissionRequirements/ElectronicSubmissions/ucm248635.htm

Reference ID: 3659524

SRPT-VYDS-0005175

IND 119982
Page 5

## PEDIATRIC ASSESSMENTS

As amended by the Food and Drug Administration Safety and Innovation Act (Public Law 112-144, 126 Stat. 993) of July 9, 2012, the Pediatric Research Equity Act (PREA) requires any sponsor who plans to file a marketing application for a drug or biological product (FDCA section 505 or PHSA section 351, respectively) that includes a new active ingredient, new indication, new dosage form, new dosing regimen, and/or new route of administration to submit an initial Pediatric Study Plan (PSP) (21 U.S.C. 355c). The intent of the PSP is to identify needed pediatric studies and begin planning for these studies. The timing and content of an initial PSP, including a template, can be found at http://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/UCM360507.pdf . Review this guidance and the PREA requirements to determine if your application must contain an assessment (pediatric clinical data), waiver request, and/or deferral request (21 U.S.C. 355c).

If you have any questions, you may contact the Division of Pediatric and Maternal Health at 301-796-2200 or email pdit@fda.hhs.gov.

## SUBMISSION REQUIREMENTS

Cite the IND number listed above at the top of the first page of any communications concerning this application. Each submission to this IND must be provided in triplicate (original plus two copies). Please include three originals of all illustrations that do not reproduce well. Send all submissions, electronic or paper, including those sent by overnight mail or courier, to the following address:

> Food and Drug Administration
> Center for Drug Evaluation and Research
> Division of Neurology Products
> 5901-B Ammendale Road
> Beltsville, MD 20705-1266

All regulatory documents submitted in paper should be three-hole punched on the left side of the page and bound. The left margin should be at least three-fourths of an inch to assure text is not obscured in the fastened area. Standard paper size (8-1/2 by 11 inches) should be used; however, it may occasionally be necessary to use individual pages larger than standard paper size. Non-standard, large pages should be folded and mounted to allow the page to be opened for review without disassembling the jacket and refolded without damage when the volume is shelved. Shipping unbound documents may result in the loss of portions of the submission or an unnecessary delay in processing which could have an adverse impact on the review of the submission. For additional information, see http://www.fda.gov/Drugs/DevelopmentApprovalProcess/FormsSubmissionRequirements/DrugMasterFilesDMFs/ucm073080.htm.

Secure email between CDER and sponsors is useful for informal communications when confidential information may be included in the message (for example, trade secrets or patient

SRPT-VYDS-0005176

IND 119982
Page 6

information).  If you have not already established secure email with the FDA and would like to set it up, send an email request to SecureEmail@fda.hhs.gov.  Please note that secure email may not be used for formal regulatory submissions to applications (except for 7-day safety reports for INDs not in eCTD format).

The FDA Electronic Submissions Gateway (ESG) is the central transmission point for sending information electronically to the FDA and enables the secure submission of regulatory information for review.  If your IND is in eCTD format, you should obtain an ESG account.  For additional information, see http://www.fda.gov/ForIndustry/ElectronicSubmissionsGateway/.

If you have any questions, please contact me by phone or email at (301) 796-2899 or fannie.choy@fda.hhs.gov.

Sincerely,

{See appended electronic signature page}

Fannie Choy, R.Ph.
Regulatory Project Manager
Division of Neurology Products
Office of Drug Evaluation I
Center for Drug Evaluation and Research

Reference ID: 3659524

SRPT-VYDS-0005177

---

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

---

/s/

------------------------------------------------

YUET L CHOY
11/17/2014

Reference ID: 3659524

SRPT-VYDS-0005178

# ATTACHMENT I

SRPT-VYDS-0005179



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Food and Drug Administration
Silver Spring MD 20993

IND 119982

**REMOVE FULL CLINICAL HOLD**

Sarepta Therapeutics, Inc.
Attention: Matthew Curtis
          Director of Regulatory Affairs
215 First Street, Suite 415
Cambridge, MA 02142

Dear Mr. Curtis:

Please refer to your Investigational New Drug Application (IND) submitted under section 505(i) of the Federal Food, Drug, and Cosmetic Act for SRP-4053.

We also refer to your amendment dated December 29, 2015, that provides a complete response to our Full Clinical Hold letter of December 18, 2015, which cited the reasons for placing this IND on clinical hold and the information needed to resolve the clinical hold issues.

We further refer to your electronic communication of January 28, 2016, in response to our request of January 28, 2016, to revise the Informed Consent and Assent Forms for Study 4045-301. We note your commitment to make the changes as requested and to submit the final documents officially to the IND as soon as possible.

We have completed the review of your submissions and have concluded that the clinical trials may be resumed.

**ADDITIONAL IND RESPONSIBILITIES**

As sponsor of this IND, you are responsible for compliance with the FDCA (21 U.S.C. §§ 301 et. seq.) as well as the implementing regulations [Title 21 of the Code of Federal Regulations (CFR)]. A searchable version of these regulations is available at http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfcfr/CFRSearch.cfm. Your responsibilities include:

- Reporting any unexpected fatal or life-threatening suspected adverse reactions to this Division no later than 7 calendar days after initial receipt of the information [21 CFR 312.32(c)(2)].

   If your IND is in eCTD format, submit 7-day reports electronically in eCTD format via the FDA Electronic Submissions Gateway (ESG). To obtain an ESG account, see information at the end of this letter.

   If your IND is <u>not</u> in eCTD format:

SRPT-VYDS-0005180

IND 119982
Page 2

- you should submit 7-day reports by a rapid means of communication, preferably by facsimile or email. You should address each submission to the Regulatory Project Manager and/or to the Chief, Project Management Staff;

- if you intend to submit 7-day reports by email, you should obtain a secure email account with FDA (see information at the end of this letter);

- if you also send copies of these reports to your IND, the submission should have the same date as your facsimile or email submission and be clearly marked as "Duplicate."

- Reporting any (1) serious, unexpected suspected adverse reactions, (2) findings from other clinical, animal, or in-vitro studies that suggest significant human risk, and (3) a clinically important increase in the rate of a serious suspected adverse reaction to this Division and to all investigators no later than 15 calendar days after determining that the information qualifies for reporting [21 CFR 312.32(c)(1)]. If your IND is in eCTD format, submit 15-day reports to FDA electronically in eCTD format. If your IND is not in eCTD format, you may submit 15-day reports in paper format; and

- Submitting annual progress reports within 60 days of the anniversary of the date that the IND became active (the most recent date when clinical studies were permitted to begin) [21 CFR 312.33]. If your IND previously had an harmonized annual report due date, it is no longer valid and therefore you will need to submit a new request.

Secure email between CDER and sponsors is useful for informal communications when confidential information may be included in the message (for example, trade secrets or patient information). If you have not already established secure email with the FDA and would like to set it up, send an email request to SecureEmail@fda.hhs.gov. Please note that secure email may not be used for formal regulatory submissions to applications (except for 7-day safety reports for INDs not in eCTD format).

The FDA Electronic Submissions Gateway (ESG) is the central transmission point for sending information electronically to the FDA and enables the secure submission of regulatory information for review. If your IND is in eCTD format, you should obtain an ESG account. For additional information, see http://www.fda.gov/ForIndustry/ElectronicSubmissionsGateway/.

If you have any questions, contact Fannie Choy, Regulatory Project Manager, by phone or email at (301) 796-2899 or fannie.choy@fda.hhs.gov.

Sincerely,

{See appended electronic signature page}

Billy Dunn, M.D.
Director
Division of Neurology Products
Office of Drug Evaluation I
Center for Drug Evaluation and Research

Reference ID: 3879255

--------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed
electronically and this page is the manifestation of the electronic
signature.**

--------------------------------------------------------------------------------

/s/

--------------------------------------------------

ERIC P BASTINGS
01/28/2016
Signed for Dr. Dunn

SRPT-VYDS-0005182

# ATTACHMENT J

SRPT-VYDS-0005183



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Food and Drug Administration
Silver Spring MD 20993

NDA 211970

**NDA ACKNOWLEDGMENT**

Sarepta Therapeutics, Inc.
Attention: Patrick O'Malley
              Executive Director, Regular Affairs
215 First Street, Suite 415
Cambridge, MA 02142

Dear Mr. O'Malley:

We have received your New Drug Application (NDA) submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act (FDCA) for the following:

| | |
|---|---|
| Name of Drug: | Golodirsen injection, 50 mg/mL |
| Date of Application: | December 19, 2018 |
| Date of Receipt: | December 19, 2018 |
| Our Reference Number: | NDA 211970 |

Unless we notify you within 60 days of the receipt date that the application is not sufficiently complete to permit a substantive review, we will file the application on February 17, 2019, in accordance with 21 CFR 314.101(a).

If you have not already done so, promptly submit the content of labeling [21 CFR 314.50(l)(1)(i) in structured product labeling (SPL) format as described at http://www.fda.gov/ForIndustry/DataStandards/StructuredProductLabeling/default.htm. Failure to submit the content of labeling in SPL format may result in a refusal-to-file action under 21 CFR 314.101(d)(3). The content of labeling must conform to the content and format requirements of revised 21 CFR 201.56-57.

You are also responsible for complying with the applicable provisions of sections 402(i) and 402(j) of the Public Health Service Act (PHS Act) [42 USC §§ 282 (i) and (j)], which was amended by Title VIII of the Food and Drug Administration Amendments Act of 2007 (FDAAA) (Public Law No, 110-85, 121 Stat. 904).

Cite the NDA reference number at the top of each page of any submission related to this marketing application.

SRPT-VYDS-0005184

NDA 211970
Page 2

## SUBMISSION REQUIREMENTS

The Electronic Common Technical Document (eCTD) is CDER and CBER's standard format for electronic regulatory submissions. The following submission types: **NDA, ANDA, BLA, Master File** and **Commercial INDs** must be submitted in eCTD format. Submissions that do not adhere to the requirements stated in the eCTD Guidance will be subject to rejection. For more information please visit: http://www.fda.gov/ectd.

The FDA Electronic Submissions Gateway (ESG) is the central transmission point for sending information electronically to the FDA and enables the secure submission of regulatory information for review. Submissions less than 10 GB must be submitted via the ESG. For submissions that are greater than 10 GB, refer to the FDA technical specification *Specification for Transmitting Electronic Submissions using eCTD Specifications*. For additional information, see http://www.fda.gov/ForIndustry/ElectronicSubmissionsGateway.

Secure email is required for all email communications from FDA when confidential information (e.g., trade secrets, manufacturing, or patient information) is included in the message. To receive email communications from FDA that include confidential information (e.g., information requests, labeling revisions, courtesy copies of letters), you must establish secure email. To establish secure email with FDA, send an email request to SecureEmail@fda.hhs.gov. Please note that secure email may not be used for formal regulatory submissions to applications.

If you have any questions, contact me at (301) 796-2899 or fannie.choy@fda.hhs.gov.

Sincerely,

*{See appended electronic signature page}*

Fannie Choy, R.Ph.
Regulatory Project Manager
Division of Neurology Products
Office of Drug Evaluation I
Center for Drug Evaluation and Research

SRPT-VYDS-0005185

------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically. Following this are manifestations of any and all electronic signatures for this electronic record.**

------------------------------------------------------------------------------------

/s/

-------------------------------------------------------

YUET L CHOY
01/03/2019 10:52:53 AM

Reference ID: 4370874

SRPT-VYDS-0005186

# ATTACHMENT K

SRPT-VYDS-0005187

Chronology of Events on VYONDYS 53™

IND 119982

NDA 211970

**The table below lists significant communication with FDA during VYONDYS 53™ review**

**from the IND submission to the final NDA approval in descending order**

| Date | Submission Activity Name | Application | Summary |
|---|---|---|---|
| 11/7/2014 | Original IND 119982 | IND 119982 | |
| 11/16/2014 | ▓▓-fda-letter-ind fast-track-acknowledgement.pdf | IND 119982 | FDA's Acknowledgment with receipt of IND and Fast track Designation |
| 11/30/2014 | ▓▓-fda-email-03dec14-internal-safety-review-mtg.pdf | IND 119982 | FDA requesting SRPT to be on stand by as they have a scheduled an internal safety review meeting to discuss your pending IND 119982 on Wed 12/3/14 at 3 pm |
| 12/1/2014 | ▓▓-fda-email-ackn-rcpt.pdf | IND 119982 | FDA acknowledging receipt of email |
| 12/1/2014 | ▓▓-srpt-email-tcon-dial-in.pdf | IND 119982 | SRPT providing FDA the T-Con numbers for Dec 3rd |
| 12/2/2014 | ▓▓-fda-email-no-comments-or-questions.pdf | IND 119982 | FDA letting SRPT know that they had no comments or questions during meeting |
| 12/2/2014 | ▓▓-fda-email-still-in-discussion.pdf | IND 119982 | FDA letting SRPT know they are still discussing |
| 12/2/2014 | ▓▓-srpt-email-dialed-in-now.pdf | IND 119982 | SRPT letting FDA know they are in dialed in for the t-con post meeting |
| 12/2/2014 | ▓▓-srpt-email-thanks.pdf | IND 119982 | SRPT acknowledging FDA's email |
| 12/4/2014 | ▓▓-fda-email-comments-on-ib.pdf | IND 119982 | Reference is made to your IND 119982 for SRP-4053. We also refer to your submission of November 7, 2014. I am forwarding the following request from the review team. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |

1

SRPT-VYDS-0005188

| Date | Submission Activity Name | Application | Summary |
|---|---|---|---|
|  |  |  | ██████████████ |
| 12/4/2014 | ████-srpt-email-ackn-rcpt.pdf | IND 119982 | SRPT acknowledging receipt of email from FDA |
| 12/10/2014 | ████-fda-letter-fast-track-granted.pdf | IND 119982 | FDA's letter granting Fast Track Designation |
| 12/12/2014 | ████-srpt-email-ib-response.pdf | IND 119982 | SRPT providing FDA wih the responses for comments recieved on the 5th Dec and the proposed changes to the IB |
| 2/9/2015 | ████-fda-email-rqst-icf.pdf | IND 119982 | Reference is made to your IND 119982 for SRP-4053. I am forwarding the following request for the review team. We ask that you submit the current informed consent document for IND 119982. If it has previously been submitted, we ask that you direct us to its location in the IND. |
| 2/11/2015 | ████-srpt-email-ackn-rcpt (2).pdf | IND 119982 |  |
| 3/17/2015 | ████-fda-email-rqst-human-pk-summary.pdf | IND 119982 | Reference is made to your IND 119982 for SRP-4053. I am sending the following information request on behalf of the review team: ████ ██████████████ |
| 3/17/2015 | ████-srpt-email-ackn-rcpt.pdf | IND 119982 |  |
| 4/1/2015 | ████-srpt-roc-pnda-bd-image-proposal-and-804-protocol(3).pdf | IND 119982 |  |

SRPT-VYDS-0005189

| Date | Submission Activity Name | Application | Summary |
|---|---|---|---|
| 4/1/2015 | ▇-srpt-email-dystrophin-image-proposal-and-804-protocol(3).pdf | IND 119982 | |
| 5/3/2015 | ▇-srpt-roc-4053-investigational-plan.pdf | IND 119982 | |
| 5/19/2015 | ▇-fda-email-clinical-irs.pdf | IND 119982 | Reference is made to your IND 119982 for SRP-4053. I am sending the following information request on behalf of the review team: ▇ ████████████████ |
| 5/19/2015 | ▇-srpt-email-ackn-rcpt.pdf | IND 119982 | |
| 5/28/2015 | ▇-fda-email-inq-responses-to-20may15-clinical-irs.pdf | IND 119982 | |
| 5/28/2015 | ▇-srpt-email-ackn-rcpt.pdf | IND 119982 | |
| 6/1/2015 | ▇-srpt-email-response-to-20may15-clinical-irs.pdf | IND 119982 | |
| 6/1/2015 | ▇-fda-email-inq-response-by-cob-today.pdf | IND 119982 | |
| 6/1/2015 | ▇-fda-email-ackn-rcpt.pdf | IND 119982 | |
| 6/30/2015 | ▇-srpt-email-inq-clinical-hold-letter.pdf | IND 119982 | |
| 7/23/2015 | ▇-fda-efax-full-clinical-hold.pdf | IND 119982 | Please refer to your Investigational New Drug Application (IND) submitted under section 505(i) of the Federal Food, Drug, and Cosmetic Act for SRP-4053. ████████████████ |

3

SRPT-VYDS-0005190

| Date | Submission Activity Name | Application | Summary |
|---|---|---|---|
|  |  |  | ████████████████ |
| 7/23/2015 | ████ -srpt-email-ackn-rcpt.pdf | IND 119982 |  |
| 7/23/2015 | ████ -srpt-email-inq-clinical-hold-letter.pdf | IND 119982 |  |
| 10/5/2015 | ████ -srpt-contact-rpt-fda-tcon-min.pdf | IND 119982 |  |
| 10/25/2015 | ████ -srpt-email-how-is-complete-response-review-going.pdf | IND 119982 |  |
| 10/26/2015 | ████ -fda-email-we-need-srpt-on-standby-during-hold-rev-mtg.pdf | IND 119982 |  |
| 10/26/2015 | ████ -fda-email████ -confirm-prot-ver-ind119982.pdf | IND 119982 | FDA request to confirm submission of recent version of the protocol to ████ and IND 119982 (seq. 0004) on April 3, 2015 |
| 10/27/2015 | ████ -srpt-email-srpt-will-be-on-standby-cr-questions.pdf | IND 119982 |  |
| 10/27/2015 | ████ -srpt-email-4053-301-amendment-versions.pdf | IND 119982 |  |
| 10/27/2015 | ████ -fda-email-most-recent-version-of-301-submitted.pdf | IND 119982 |  |
| 11/3/2015 | ████ -fda-email-will-not-call-into-conference.pdf | IND 119982 |  |
| 11/3/2015 | ████ -srpt-email████ central-port-Oct15-tcon-min.pdf | IND 119982 | Email Sponsor meeting minutes from 06Oct2016 teleconference discussing central port use in the |

4

SRPT-VYDS-0005191

| Date | Submission Activity Name | Application | Summary |
|------|--------------------------|-------------|---------|
| | | | placebo population for the ████ clinical study |
| 11/3/2015 | ████-srpt-4053-complete-response-follow-up-t-con-request-call-in-number.pdf | IND 119982 | |
| 11/5/2015 | ████-srpt-email-ack-rcpt-email-ind-119982.pdf | IND 119982 | |
| 11/8/2015 | ████-fda-srp-4053-prot-████-remains-on-clin-hold.pdf | IND 119982 | We have completed the review of your submission and have concluded that removal of the clinical hold is not warranted. ████████████ |

5

SRPT-VYDS-0005192

| Date | Submission Activity Name | Application | Summary |
|---|---|---|---|
| 11/8/2015 | ███-srpt-ind-4053-acknowledge-4053-301-remains- | IND 119982 | |

SRPT-VYDS-0005193

| Date | Submission Activity Name | Application | Summary |
|---|---|---|---|
| | on-clin-hold.pdf | | |
| 12/17/2015 | ███-fda-letter-continue-4053-clin-hold.pdf | IND 119982 | We also refer to your amendment dated November 18, 2015, that provides a response to our Continue Full Clinical Hold letter of November 6, 2015, which cited the reasons this IND was placed on clinical hold and the information needed to resolve the clinical hold issues. ████████████ |
| 12/17/2015 | ███-fda-email-4053-re-clin-hold-ind119982.pdf | IND 119982 | FDA: Attached please find an electronic copy of the letters for ████ IND 119982, responding to the submissions of November 18, 2015. |
| 12/17/2015 | ███-srpt-email-ind-status.pdf | ████ IND 119982 | Thank you to FDA for letters responding to the November 18, 2015 submissions |
| 12/22/2015 | ███-fda-email-recd-4053-ib-cant-agree-to-commence-clock-today.pdf | IND 119982 | |
| 12/22/2015 | ███-srpt-email-courtesy-copy-4053-ib-icf-assent.pdf | IND 119982 | |
| 12/22/2015 | ███srpt-email-response-to-clinical-hold.pdf | IND 119982 | Response to Clinical Hold 4053-301 |
| 12/30/2015 | ███-fda-email-4053-response-to-clin-hold-request-for-icf-ind119983.pdf | IND 119982 | Request from FDA to send via email the Word version of Informed Consent Form and Assent Form at your earliest convenience. |
| 12/30/2015 | ███-srpt-email-icf-assent-forms.pdf | IND 119982 | Email response to FDA to send via email the Word version of Informed Consent Form and Assent Form at your earliest convenience. |
| 1/26/2016 | ███-fda-email-4053-comments-to-sponsor-ind119982.pdf | IND 119982 | FDA comments on the informed consent for protocol ████ Request to return the documents to FDA for review by 1200 noon EST on Thursday January 28, 2016. |
| 1/26/2016 | ███-srpt-email-thank-you.pdf | IND 119982 | Sarepta thank you/acknowledgement of RFI regarding Informed Consent 27Jan2016 |

7

SRPT-VYDS-0005194

| Date | Submission Activity Name | Application | Summary |
|---|---|---|---|
| 1/27/2016 | ███-fda-letter-4053-safe-to-proceed.pdf | IND 119982 | Please refer to your Investigational New Drug Application (IND) submitted under section 505(i) of the Federal Food, Drug, and Cosmetic Act for SRP-4053. We also refer to your amendment dated December 29, 2015, that provides a complete response to our Full Clinical Hold letter of December 18, 2015, which cited the reasons for placing this IND on clinical hold and the information needed to resolve the clinical hold issues. We further refer to your electronic communication of January 28, 2016, in response to our request of January 28, 2016, to revise the Informed Consent and Assent Forms for Study ███████. We note your commitment to make the changes as requested and to submit the final documents officially to the IND as soon as possible. We have completed the review of your submissions and have concluded that the clinical trials may be resumed. |
| 1/27/2016 | ███-fda-email-4053-comments-to-sponsor-ind119982.pdf | IND 119982 | Email string with FDA regarding the formal submission of the proposed Informed Consent and Assent Forms |
| 1/27/2016 | ███-srpt-email-revised-icf-assent-forms.pdf | IND 119982 | Sarepta email of the revised Informed Consent and Assent Forms for Study ███ |
| 1/27/2016 | ███-srpt-email-thank-you-b.pdf | IND 119982 | Thank you for FDA for clarification on submission of the proposed Informed Consent and Assent Forms |
| 1/27/2016 | ███-srpt-email-thank-you-a.pdf | IND 119982 | Thank you to ███ at FDA for heads up that a request will be coming |
| 1/28/2016 | ███-fda-letter-4053-remove-clinical-hold-ind119982.pdf | IND 119982 | FDA letter to remove full clinical hold for Study ███, FDA requests that the proposed Informed Consent and Assent Forms be formally submitted |
| 7/25/2016 | ███-srpt-email-fda-4053-nda211970-proposed-labeling-text.pdf | NDA 211970 | sarepta would like clarification on proposed labeling text received from agency as they do not seem to align with data |
| 8/30/2016 | ███-srpt-email-rqst-ind-annual-reporting-period-change.pdf | IND 119982 | |
| 9/6/2016 | ███-fda-email-approve-ind-annual-reporting-period-change.pdf | IND 119982 | |
| 3/9/2017 | ███-srpt-email-███ chronic-tox-study-response.pdf | IND 119982 | Email response to FDA info request, Regarding ███████ for ██████████ |

8

SRPT-VYDS-0005195

| Date | Submission Activity Name | Application | Summary |
|------|--------------------------|-------------|---------|
|  |  |  | ███████████ |
| 3/16/2017 | ███-srpt-email-advisory-mtg-notification-essence-response-nct02500381.pdf | ██;#IND 119982 | Email string between Sarepta and FDA regarding teleconference prior to May 18 to review the federal panel review (to evaluate ████ 4053 protocol) under 21 CFR 50.54 process and discuss our involvement in the meeting |
| 3/20/2017 | ███-srpt-email-updated-ra-contacts-ind119982.pdf | IND 119982 | Provided updated RA contacts |
| 3/20/2017 | ███-srpt-email-updated-racmc-contacts-ind119982.pdf | IND 119982 | Provided updated RA contacts |
| 3/29/2017 | ███-fda-email-mtg███-SRP-4053 -dmd-patients-essence-nct02500381.pdf | ██;#IND 119982 | FDA Information Request referencing the draft protocol, submitted on January 27, 2017, for Study SR-17-012 and PMR 3095-4 cited in NDA approval letter |
| 4/3/2017 | ███-fda-email-agency-breakdown███-4053-discussion.pdf | ██;#IND 119982 | Meeting with Sarepta to discuss the ████ and SRP-4053 in DMD Patients (ESSENCE) - NCT02500381 - Agency breakdown of 3April2017 discussion with Sarepta. |
| 4/6/2017 | ███-fda-email-peds-adcom-to-discuss-essence-ports.pdf | ██;#IND 119982 | Meeting with Sarepta to discuss the ████ and SRP-4053 in DMD Patients (ESSENCE) - NCT02500381 - Discussion after meeting |
| 5/1/2017 | ███-srpt-email-ind█ 119982-waiver-&-redacted-docs-18may17-pac-pes | ██;#IND 119982 | Waiver and Redacted documents for 18 May 2017 PAC-PES. Attachments: ██████████████ |
| 5/1/2017 | ███████████ | ██;#IND 119982 |  |
| 5/1/2017 | ███████████ | ██;#IND 119982 |  |
| 5/1/2017 | ███████████ | ██;#IND 119982 |  |
| 5/1/2017 | ███████████ | ██;#IND 119982 |  |

9

SRPT-VYDS-0005196

| Date | Submission Activity Name | Application | Summary |
|------|--------------------------|-------------|---------|
| 5/1/2017 | ███████████ | ██;#IND 119982 | |
| 5/1/2017 | ███████████ | ██;#IND 119982 | |
| 5/1/2017 | ███████████ | ██;#IND 119982 | |
| 5/1/2017 | ███████████ | ██;#IND 119982 | |
| 5/1/2017 | ███████████ | ██ 119982 | |
| 5/7/2017 | ███-fda-email-updated-redactions -pac-pes-meeting.pdf | ██;#IND 119982 | Updated Redactions for PAC-PES Meeting. Sarepta also provided "marked for redaction" versions of ████████████ |
| 5/10/2017 | ███-srpt-email-essence-pac-slides-and-attendees.pdf | ██;#IND 119982 | Badging Requirements for the PES/PAC with Attachment: FDA PAC-PES Sponsor Slides (11May2017) |
| 5/29/2017 | ███-fda-email-fda-determination-letter███.pdf | ██;#IND 119982 | String - Recommendation for Permitting the Use of a Totally Implantable Central Venous Access Device in the ███ Protocol |
| 7/10/2017 | ███-fda-email-comments-to sponsor-███-srp4053-protocol-v6.pdf | ██;#IND 119982 | FDA provided comments for he ███ Protocol consent regarding TICVAD statement |
| 7/17/2017 | ███-fda-email-request-53-study-status-53.pdf | IND 119982 | FDA Information Request - Status of Ongoing Phase 2 and Phase 3 Studies |
| 7/17/2017 | ███-srpt-email-ack-request-53-study-status-53.pdf | IND 119982 | Sarepta acknowledgment of receipt - Information Request - Status of Ongoing Phase 2 and Phase 3 Studies |
| 7/17/2017 | ███-srpt-email-ack-request-53-study-status.pdf | ██;#IND 119982; | Sarepta acknowledgment of receipt - Information Request - Status of Ongoing Phase 2 and Phase 3 Studies |
| 7/17/2017 | ███-fda-email-request-53-study-status-51.pdf | ██;#IND 119982 | FDA Information Request - Status of Ongoing Phase 2 and Phase 3 Studies |
| 7/17/2017 | ███-fda-email-request-53-study-status.pdf | ██IND 119982; | FDA Information Request - Status of Ongoing Phase 2 and Phase 3 Studies |
| 7/19/2017 | ███-sukl-letter███-ini-cta-add-questions-czech.pdf | ██;#IND 119982 | Announcement of Grounds for Refusal of an Application for Notification of a Clinical Trial. ███, Protocol number: ███, EudraCT number: 2015-002069-52. Agency requests amendment to both studies within 30 days to avoid refusal. |

SRPT-VYDS-0005197

| Date | Submission Activity Name | Application | Summary |
|------|--------------------------|-------------|---------|
| 10/29/2017 | ▮-srpt-email-fda-resp-fda-info-request-rec-171027.pdf | IND 119982 | Email of the 1.11.1 response to FDA request received 10/27/17, with notice that the official response is being submitted later in the day on 10/30/17. |
| 11/6/2017 | ▮-fda-email-ind119982-type-c-mtg-granted-proposed-new-date.pdf | IND 119982 | FDA responded to our Nov. 1, 2017, Type B Meeting Request. The meeting was changed to a Type C meeting and the FDA proposed a new date and time. |
| 11/8/2017 | ▮-srpt-email-fda-ind119982-accept-type-c-mtg-proposed-dates.pdf | IND 119982 | Sarepta replied in agreement to FDA's Type C meeting date proposal dated 11/7/17 |
| 11/13/2017 | ▮-fda-email-courtesy-copy-type-c-meeting-granted.pdf | IND 119982 | FDA sent a courtesy copy of the letter granting a Type C Meeting for 1/24/18 |
| 11/13/2017 | ▮-srpt-email-fda-request-new-delivery-date-briefing-doc.pdf | IND 119982 | Sarepta reached out to FDA to request more time to prepare the Type C Briefing Book for the 1/24/18 meeting |
| 11/13/2017 | ▮-fda-letter-ind119882-type-c-meeting-granted.pdf | IND 119982 | FDA letter granting Type C Meeting on January 24 2018. (Note: a request to change the date was later sent and this meeting was rescheduled for February 6, 2018) |
| 11/14/2017 | ▮-fda-email-response-request-new-delivery-date-briefing-doc.pdf | IND 119982 | FDA's response regarding Sarepta's request for an additional week to delivery the Type C Briefing Book for the 1/24/18 meeting |
| 11/27/2017 | ▮-fda-letter-4053-type-c-granted.pdf | IND 119982 | 4053 Type C Meeting, Feb 6, 2018 |
| 11/28/2017 | ▮-fda-email-type-c-mtg-granted-letter.pdf | IND 119982 | FDA sent email with attachment of Meeting Granted Letter for Type C Meeting on 2/6/18 |
| 12/18/2017 | ▮-srpt-email-fda-courtesy-copy-4053-bd.pdf | IND 119982 | Sarepta sent courtesy copy of 4053 Briefing Document for 2/6/18 Type C Meeting |
| 12/19/2017 | ▮-fda-email-thanks-courtesy-copy-type-c-briefing-book.pdf | IND 119982 | FDA sent thank you for the courtesy copy of the 2/6/18 Type C briefing document |
| 1/21/2018 | ▮-srpt-email-fda-add-attendee-ind119982-type-c-mtg-06feb2018.pdf | IND 119982 | Sarepta contacted FDA to provide a Foriegn Visitor Form for the 06Feb2018, Type C Meeting for IND 119882 |
| 1/23/2018 | ▮-fda-email-acknowledge-receipt-add-attendee-for-visit-form-ind119982-type-c-mtg-06feb2018.pdf | IND 119982 | FDA confirmed receipt of the Foriegn Visitor Form for the 06Feb2018, Type C Meeting for IND 119882 |
| 1/25/2018 | ▮-fda-email-acknowledgement-breakthrough-therapy-request.pdf | IND 119982 | FDA email copy of Acknowledgement Breakthrough Therapy Request letter |
| 1/25/2018 | ▮-fda-letter-acknowledgement-breakthrough-therapy-request.pdf | IND 119982 | FDA Acknowledgement Breakthrough Therapy Request letter |
| 1/29/2018 | ▮-srpt-email-fda-new-sponsor-contact-ind11998▮.pdf | ▮;#IND 119982 | New Sponsor Contact: Sarepta; ▮ & SRP-4053 Programs IND 119982); |
| 1/29/2018 | ▮-fda-email-confirmation-receipt-new-contact-▮ | ▮;#IND | FDA confirmation of receipt of new contact for ▮ and 4053 |

SRPT-VYDS-0005198

| Date | Submission Activity Name | Application | Summary |
|---|---|---|---|
| | ind119982.pdf | 119982 | |
| 1/31/2018 | ▇▇-fda-email ▇▇▇-4053-confirm-correspondence-received-contact-addition ▇▇▇▇ .pdf | ▇▇ ;#IND 119982 | FDA confirmation of the addition of ▇▇▇▇▇▇ to IND ▇▇ 119982 |
| 1/31/2018 | ▇▇-fda-email-ind119982-type-c-mtg-prelim-comments.pdf | IND 119982 | FDA preliminary comments for February 6, 2018 Type C Meeting |
| 2/1/2018 | ▇▇-srpt-email-follow-up-fda-prelim-comments-type-c-mtg-06feb2018.pdf | IND 119982 | Sarepta would like further discussion regarding questions 1, 2 and 4. We will aim to provide our slides on Monday evening, 5 February 2018. Provided an updated Sarepta attendee list for the meeting. |
| 2/4/2018 | ▇▇-fda-email-confirm-receipt-sarepta-resp-fda-prelim-comments-06fe2018-type-c-mtg-ind119882.pdf | IND 119982 | FDA confirming receipt of Sarepta's response to FDA Preliminary Comments for 06Feb2016 Type C Meeting |
| 2/4/2018 | ▇▇-srpt-email-response-fda-prelim-comments-type-c-mtg-06feb18-ind119982.pdf | IND 119982 | Sarepta response to FDA preliminary comments for 06Feb2018 Type C Meeting |
| 2/6/2018 | ▇▇-fda-email-list-fda-attendees-06feb18-type-c-mtg-ind119882.pdf | IND 119982 | FDA provided a list of FDA attendees for 06Feb2016 Type C Meeting |
| 2/6/2018 | ▇▇-srpt-email-fda-thank-you-type-c-mtg-06-feb-18-ind119982-fda-attendee-list.pdf | IND 119982 | Sarepta thank you to FDA for Type C meeting 06feb18 and for collaboration on this program, as well as the FDA attendee list provided 07feb2018 |
| 2/8/2018 | ▇▇-fda-email-rfi-▇▇▇-uk-stoppage.pdf | ▇▇ ;#IND 119982 | Reference is made to IND 119982 for golodirsen. We have the following request for information. We are aware that Study ▇▇▇ ▇▇▇ has been temporarily stopped in the UK due to a serious adverse event of rhabdomyolysis. Please provide additional information on the case and the reason that the study was halted. Specifically, please provide clarification on the UK specific stopping rules that caused the study to be halted. We request that you provide this information by COB February 12, 2018. |
| 2/8/2018 | ▇▇-srpt-email-fda-confirm-receipt-rfi ▇▇▇-uk-stoppage.pdf | ▇▇ ;#IND 119982 | Sarepta confirmation of receipt of request from FDA regarding ▇▇ UK stoppage. Thank you for your email. We are in the process of preparing a communication for the Division and appropriate information sharing is occurring with the investigators. |
| 2/14/2018 | ▇▇-srpt-email-fda-ind119982-sponsor-mtg-minutes-type-c-mtg-06feb18.pdf | IND 119982 | Sarepta Sponsor Meeting Minutes Type C Meeting with FDA 06Feb2018 |
| 2/21/2018 | ▇▇-fda-email-thanks-notify-type-b-mtg-request-to-be- | IND 119982 | FDA thank you for notification of pending Type B Pre-NDA CMC |

SRPT-VYDS-0005199

| Date | Submission Activity Name | Application | Summary |
|---|---|---|---|
| | submitted-shortly.pdf | | Meeting Request |
| 2/21/2018 | ▮▮-srpt-fda-email-notify-type-b-mtg-request-to-be-submitted-shortly.pdf | IND 119982 | Sarepta notified FDA a Type B Pre-NDA CMC Meeting Request would be sent via gateway with in the next few days |
| 2/26/2018 | ▮▮-fda-letter-4053-type-b-mtg-approved.pdf | IND 119982 | FDA letter, Type B Pre-NDA CMC Meeting approved for May 3, 2018 12p - 1p, White Oak Building, Silver Spring Maryland |
| 3/1/2018 | ▮▮-fda-letter-ind119982-type-c-mtg-minutes-06Feb18-meeting.pdf | IND 119982 | FDA meeting minutes Type C meeting held on 06Feb2018 |
| 3/4/2018 | ▮▮-fda-email-type-c-mtg-minutes-06Feb18-meeting.pdf | IND 119982 | FDA meeting minutes from 06F3eb2018, Type C Meeting |
| 3/19/2018 | ▮▮-email-fda-4053-btd-denied.pdf | IND 119982 | Notice of denial of Breakthrough Designation |
| 3/19/2018 | ▮▮-letter-fda-4053-btd-denied.pdf | IND 119982 | Notice of denial of Breakthrough Designation |
| 3/26/2018 | ▮▮-srpt-email-request-nda-number-4053.pdf | IND 119982 | Email request to FDA for NDA number for 4053 |
| 3/28/2018 | ▮▮-fda-email-4053-nda-number-assigned.pdf | NDA 211970;#IND 119982 | FDA assigned NDA number for 4053 Golodirsen |
| 4/18/2018 | ▮▮-srpt-email-fda-ind119982-proposed-amendment-▮▮-essence-trial.pdf | IND 119982 | Following our telephone conversations of Monday April 16th, AVI Biopharma International would like to make the Rapporteurs aware of a change in strategy with respect to the confirmatory study being proposed. This study is proposed as the means of addressing the Conditional Marketing Authorisation requirement to make comprehensive clinical data available. |
| 4/19/2018 | ▮▮-fda-email-confirm-receipt-ind119982-proposed-amendment▮▮-essence-trial-email.pdf | IND 119982▮ | Email to FDA with plan to modify ▮▮ protocol per the advice received in the 2/6/18 TYpe C Meeting |
| 4/23/2018 | ▮▮-fda-email-IND 119882-cmc-type-b-mtg-preliminary-responses.pdf | IND 119982 | Sarepta response to FDA preliminary comments regarding Briefing Material for Type B CMC PreNDA Meeting |
| 4/23/2018 | ▮▮-fda-letter-IND 119882-cmc-type-b-mtg-preliminary-responses.pdf | IND 119982 | Official Letter: FDA preliminary comments regarding Briefing Material for Type B CMC PreNDA Meeting |
| 4/23/2018 | ▮▮-srpt-email-fda-confirm-receipt-IND 119882-cmc-type-b-mtg-preliminary-responses.pdf | IND 119982 | FDA confirms receipt of Sarepta response to FDA preliminary comments regarding Briefing Material for Type B CMC PreNDA Meeting |
| 4/23/2018 | ▮▮-fda-email-ind119982-proposed-amendment▮▮essence-trial.pdf | IND 119982 | Proposed Amendment to ▮▮ Protocol |
| 5/1/2018 | ▮▮-fda-email-ind119882-preliminary-meeting-responses-pre-nda-cmc-mtg-cancelled.pdf | IND 119982 | Email to notify the FDA of intent to send formal request to cancel Pre-NDA CMC Type B Meeting |
| 5/1/2018 | ▮▮-fda-letter-ind119882-preliminary-meeting-responses- | IND 119982 | FDA Letter confirming the cancellation Pre-NDA CMC Type B |

13

SRPT-VYDS-0005200

| Date | Submission Activity Name | Application | Summary |
|------|--------------------------|-------------|---------|
| | pre-nda-cmc-mtg-cancelled.pdf | | Meeting |
| 5/14/2018 | ▆▆-srpt-email-fda-ind119982-notice-type-c-mtg-request-proposed-amendment-▆▆-trial.pdf | IND 119982▆ | Notification to FDA regarding the submission a Type C Meeting to discuss FDA proposed changes to ▆▆ trial |
| 5/16/2018 | ▆▆-fda-email-notification-type-c-mtg-request-received-essence▆▆ind119982.pdf | ▆▆;#IND 119982 | FDA confirmation that the Type C meeting request was received and will be filed in both the ▆▆ and the 119982 IND. |
| 5/20/2018 | ▆▆-srpt-email-fda-ind119982-seq0053-maintaining-integrity-following-safety-analysis▆▆.pdf | ▆#IND 119982 | Follow up to a submission made to the golodirsen IND (SN0053) on 27 April 2018, request for comment ▆▆ Safety Analysis |
| 5/20/2018 | ▆▆-fda-letter-ind119982-type-c-meeting-granted.pdf | ▆▆;#IND 119982 | Type C Meeting granted for 01Aug2018, 2-3pm. letter |
| 5/20/2018 | ▆▆-fda-email-▆ind119982-type-c-meeting-granted.pdf | ▆▆;#IND 119982 | Type C Meeting granted for 01Aug2018, 2-3pm. email |
| 5/20/2018 | ▆▆-fda-email-response-ind119982-seq0053-maintaining-integrity-following-safety-analysis▆▆.pdf | ▆▆;#IND 119982 | FDA confirmed receipt of Follow up email to a submission made to the golodirsen IND (SN0053) on 27 April 2018, request for comment ▆▆ Safety Analysis |
| 5/21/2018 | ▆▆-fda-email-ind119982-fda-express-concern-maintaining-integrity-following-safety-analysis▆▆.pdf | ▆▆;#IND 119982 | FDA expressed concern regarding having too many people who have access to the unblinded data may lead to accidental information leaking. We recommend that most of the team members have access only to the unblinded analysis output, but not patient level data. |
| 5/28/2018 | ▆▆-srpt-email-fda-notice-contact-change-from▆▆pdf | ▆▆IND 119982 | Notice to FDA of Change in Regulatory Leadership from ▆▆ |
| 6/4/2018 | ▆▆-fda-email-response-to-17may18-info-req-submission-response.pdf | IND 119982 | The draft NDA TOC provided to FDA is missing validation report for RT-PCR. Acknowledge response to comment to confirm all image analysis with multiple pathologists. |
| 6/4/2018 | ▆▆-srpt-email-fda-acknowledgement-fda-response-to-17may18-info-req-submission-response.pdf | IND 119982 | Confirming receipt of FDA feedback for 17May2018 info request |
| 6/14/2018 | ▆▆-fda-letter-ack-rolling-review-request-nda211970.pdf | IND 119982 | FDA letter acknowledging SRPT request for rolling review on NDA 211970 for golodirsen |
| 6/25/2018 | ▆▆-fda-email-request-info-ind199882-image-file-format.pdf | IND 119982 | Reference is made to your IND 119982 for golodirsen. We also refer to your submission of May 17, 2018, in response to the FDA minutes for the Feb 6, 2018, type C meeting. ▆▆ |

14

SRPT-VYDS-0005201

| Date | Submission Activity Name | Application | Summary |
|---|---|---|---|
| | | | ███████████████ |
| 6/25/2018 | ████-srpt-email-fda-acknowledge-receipt-request-info-ind199882-image-file-format.pdf | IND 119982 | SRPT acknowledges receipt of FDA email. |
| 6/25/2018 | ████-fda-email-request-pre-nda-mtg-ind119882-granted.pdf | IND 119982 | FDA acknowledging the SRPT meeting request and granting a date. |
| 6/27/2018 | ████-srpt-email-fda-thanks-notification-request-pre-nda-mtg-ind119882-granted.pdf | IND 119982 | SRPT acknowledges receipt of pre-NDA meeting granted letter |
| 6/27/2018 | ████-fda-email-formal-letter-request-pre-nda-mtg-ind119882-granted.pdf | IND 119982 | FDA grants pre-NDA meeting. |
| 7/4/2018 | ████-fda-email-rfi-clinpharm-and-cardiac-safety.pdf | IND 119982 | Reference is made to IND 119982 for golodirsen and to your 6/18/18 correspondence requesting a pre-NDA meeting. Please complete the attached ClinPharm and Cardiac Safety Table and include the response to this request in the meeting package. The meeting package is due to the Agency by 8/10/18. |
| 7/4/2018 | ████-srpt-email-confirm-rec-rfi-clinpharm-and-cardiac-safety.pdf | IND 119982 | I confirm receipt. |
| 7/5/2018 | ████-srpt-email-foreign-visitor-data-form████.pdf | IND 119982 | SRPT provided foreign visitor data form for ████ who will be present at FDA pre-NDA Meeting |
| 7/5/2018 | ████-fda-email-confirming-receipt-foreign-visitor-data-form████.pdf | IND 119982 | FDA confirmed receipt of Foreign Visitor Data Form for ████ who will be present at FDA for pre-NDA meeting for golodirsen. |
| 7/18/2018 | ████-fda-email-4053-nda211970-fda-request-for-study-data.pdf | NDA 211970 | FDA's preference on what information they want provided in a dataset and how to receive that data |
| 7/18/2018 | ████-srpt-email-fda-4053-nda211970-response-to-rfi-for study datadf.pdf | NDA 211970 | Sarepta's confirmation that data will be provided by end of day |
| 7/19/2018 | ████-srpt-email-45&53-list-sarepta-attendees-typec-meeting-august1st.pdf | IND 119982 | Type C Meeting Request (updated list of Sarepta attendees for the August 1st meeting) |

15

| Date | Submission Activity Name | Application | Summary |
|------|--------------------------|-------------|---------|
| 7/23/2018 | ███-fda-email-missing-new-investigators-███-ind119982.pdf | IND 119982 | Missing 1572s in ██████ ███ |
| 7/23/2018 | ███-fda-email-4053-nda-rolling-review-acceptance.pdf | NDA 211970;#IND 119982 | Your proposal for the timeline and content of the rolling submission is acceptable |
| 7/23/2018 | ███-srpt-email-response-missing-investigators-███-ind119982.pdf | ███;#IND 119982 | Response sent to FDA about the missing NI |
| 7/24/2018 | ███-fda-email-███-ind-119982-sn0053-trial-integrity-memo-safety-analysis.pdf | IND 119982 | FDA confirming receipt of response |
| 7/24/2018 | ███-srpt-email-███-ind-119982-sn-0053-maintaining-integrity-following-safety-analysis-essence-memo-attached.pdf | IND 119982 | maintaining the integrity following safety analysis for ESSENCE - with the memo's attached |
| 7/24/2018 | ███-srpt-email-4053-ind119982-response-comments-sn0059.pdf | IND 119982 | IND 119982 golodirsen (response to comments related to May 17, 2018 submission SN0059) |
| 7/25/2018 | ███-fda-email-4053-ind119982-req-telecon-comments-sn0059.pdf | IND 119982 | FDA providing a telecon timeslot to discuss on the responses |
| 7/25/2018 | ███-srpt-email-4053-ind119982-accept-telecon-response-sn0059.pdf | IND 119982 | SRPT accepting the telecon |
| 7/26/2018 | ███-fda-email-scheduled-visit-notification-from.pdf | IND 119982 | Scheduled Visit Notification from |
| 7/26/2018 | ███-fda-letter-1aug-type-c-mtg-prelim-comments.pdf | ███;#IND 119982 | Preliminary meeting comments for Type C Meeting (1 August 2018) |
| 7/30/2018 | ███-fda-email-4053-nda211970-telecon-180731-meeting-minutes.pdf | NDA 211970 | Teleconference to propose ███ ██████████████ |
| 8/2/2018 | ███-srpt-email-fda-ind119882-follow-up-███-type-c-mtg.pdf | IND 119982; ███ |  |
| 8/5/2018 | ███-fda-email-ind119882-follow-up-███-type-c-mtg-thanks-sent-response-with-submission-propsed-analysis.pdf | IND 119982 |  |
| 8/9/2018 | ███-srpt-email-nda211970-response-consent-submit-svs-filetype-ectd.pdf | NDA 211970 | FDA ESG response granting permission to request for permission to submit .svs files |
| 8/9/2018 | 180810-fda-email-nda211970-consent-submit-svs-filetype-ectd.pdf | NDA 211970 | SRPT request to submit .svs files |
| 8/22/2018 | ███-srpt-email-4053-ind119982-acknowledging-receipt-meeting-minutes-aug1st.pdf | IND 119982 | Confimed receipt of meeting minutes email. |
| 8/22/2018 | ███-fda-email-4053-ind119982-type-c-meeting-mins.pdf | ███;#IND 119982 | FDA Type C Meeting Minutes for August 1, 2018 Meeting to discuss ESSENCE Protocol ███ ███ |
| 8/26/2018 | ███-srpt-email-4053-ind119982-correction-errors-briefing-package.pdf | IND 119982 | Informed FDA of corrections to typographical error ███ ███ |

16

| Date | Submission Activity Name | Application | Summary |
|------|--------------------------|-------------|---------|
| | ▮▮▮▮▮ | | ▮▮▮▮▮▮▮▮▮▮ |
| 8/29/2018 | ▮▮▮-srpt-email-4053-ind119982-requesting response-sn0071.pdf | IND 119982 | SRPT request receipt of response from Division regarding submission SN0071 (Submitted on 17 Aug 2018) |
| 8/29/2018 | ▮▮▮-fda-email-4053-ind119982-response-requesting response-sn0071.pdf | IND 119982 | Acknowledge receipt of email |
| 8/30/2018 | ▮▮▮-srpt-email-4053-ind119982-pre-nda-meeting-sarepta-attendees.pdf | IND 119982 | SRPT provide FDA list of attendees and titles |
| 9/3/2018 | ▮▮▮-fda-email-4053-ind119982-acknowlegment-correction-errors-briefing-package.pdf | IND 119982 | FDA acknowledging receipt of the correctional errors in the briefing package. |
| 9/3/2018 | ▮▮▮-srpt-email-4053-nda211970-acknowlegment-image-files-sent-sn0071-ind119982.pdf | NDA 211970 | SRPT acknowledging the image files were sent in SN 0071. |
| 9/3/2018 | ▮▮▮-fda-email-4053-ind119982-ir-status-assay-anti-golodirsen-antibody.pdf | IND 119982 | FDA requesting information regarding the status of the Assay of Antibodies for Golodirsen. |
| 9/3/2018 | ▮▮▮-fda-email-4053-nda211970-image-files-sent-sn0071-ind119982.pdf | NDA 211970 | FDA requesting information regarding the status of the Image files sent in Sn 0071. |
| 9/4/2018 | ▮▮▮-srpt-email-4053-ind119982-ir-response-status-assay-anti-golodirsen-antibody.pdf | IND 119982 | SRPT Emailing FDA the repsonse document with the status of the assay for the Anti Golodirsen Antibody. |
| 9/4/2018 | ▮▮▮-srpt-email-4053-nda-211970-pre-nda-meeting-invitation-queries.pdf | NDA 211970 | SRPT Emailing FDA about questions regarding the meeting invitations. |
| 9/4/2018 | ▮▮▮-fda-email-4053-ind119982-ir-acknowledge-status-assay-anti-golodirsen-antibody.pdf | IND 119982 | FDA acknowledging the response for the information request. |
| 9/5/2018 | ▮▮▮-srpt-email-4053-nda211970-passcode-bioassay-image-external-drive.pdf | NDA 211970 | SRPT email with the passcode for the bioassay image external drive for Archives. |
| 9/5/2018 | ▮▮▮-srpt-emaill-4053-nda211970-response-image-files-sent-sn0071-ind119982.pdf | NDA 211970 | SRPT Emailing to FDA about the response with the tiff image files sent in SN 0071. |
| 9/6/2018 | ▮▮▮-srpt-email-4053-nda-211970-pre-nda-meeting-follow-up-invitation-queries.pdf | NDA 211970 | SRPT Emailing FDA questions about the Invitations for the Pre-NDA meeting. |
| 9/6/2018 | ▮▮▮-fda-email-4053-ind119982-acknowledgment-ir-response-status-assay-anti-golodirsen-antibody.pdf | IND 119982 | FDA Emailing SRPT with acknowledgment of receipt of the Information Request Response Submission. |
| 9/6/2018 | ▮▮▮-fda-email-4053-nda-211970-acknowledgment-pre-nda-meeting-follow-up-invitation-queries.pdf | NDA 211970 | FDA acknowledging the questions regarding the Pre-NDA meeting invitations. |
| 9/6/2018 | ▮▮▮-fda-email-4053-ind119982-pre-meeting-prelim-comments.pdf | IND 119982 | FDA providing SRPT with the preliminary responses for the questions. |
| 9/6/2018 | ▮▮▮-fda-email-4053-ind119982-pre-nda-mtg-status-plelim-comm.pdf | IND 119982 | FDA targeting to provide the preliminary comments today and Response regarding the QR codes. |

SRPT-VYDS-0005204

| Date | Submission Activity Name | Application | Summary |
|---|---|---|---|
| 9/9/2018 | ███-srpt-email-4053-nda-211970-acknowledgment-invitation-queries-response.pdf | NDA 211970 | SRPT emailing FDA with the acknowledgment of the response to the meeting invitation questions. |
| 9/9/2018 | ███-srpt-email-4053-ind119982-prelim-comments-discussion.pdf | IND 119982 | Based on the Prelim Comments SRPT would like to discuss questions 1, 2 and 5 and no discussion regarding other questions are needed. |
| 9/9/2018 | ███-fda-email-4053-ind119982-acknowledgment-type-b-pre-nda-meeting-questions.pdf | IND 119982 | FDA acknowledging receipt of the email and the barcode attachment. |
| 9/9/2018 | ███-srpt-email-4053-ind119982-follow-up-questions-type-b-pre-nda-meeting-questions.pdf | IND 119982 | SRPT emailing FDA to understand what "Discussion of the Content of a Complete Application" would mean. |
| 9/9/2018 | ███-srpt-email-4053-ind119982-acknowledgment-participants-qr-codes.pdf | IND 119982 | SRPT acknowledging FDA's confirmation that all 10 Sarepta meeting attendees are accounted for in the FDA visitor system |
| 9/13/2018 | ███-fda-letter-n211970-ack-presub.pdf | NDA 211970 | Acknowledgement of receipt of Part 1 of rolling NDA |
| 10/1/2018 | ███-srpt-email-4053-ind119982-expedited-review-sample-iss-datasets.pdf | IND 119982 | SRPT submitted sample ISS datasets and data definition files IND 119982, Sequence 0075 |
| 10/9/2018 | ███-fda-letter-ind119982-pre-nda-meeting-minutes.pdf | IND 119982 | Copy of official meeting minutes from Sept. 11,2018 to discuss format and content of NDA for SRP-4053. |
| 10/10/2018 | ███-fda-email-4053-ind119982-sample-iss-datasets-data-definition.pdf | IND 119982 | FDA responding to SRPTs email dtd 2nd Oct that they have included our comments regarding the sample ISS datasets and data definition files as post-meeting notes undet Q2 in Pre-NDA meeting minutes. |
| 10/10/2018 | ███-srpt-email-4053-ind119982-sample-iss-datasets-data-definition.pdf | IND 119982 | SRPT thanking FDA for the response. |
| 10/16/2018 | ███-fda-email-4053-nda211970-ir-cor-ndair-01.pdf | NDA 211970 | Information request for NDA 211070 for Golodirsen injection. |
| 11/1/2018 | ███-fda-email-4053-nda211970-ir-cmc-(cor-ndair-01).pdf | NDA 211970 | Please refer to your New Drug Application (NDA) dated August 27, 2018, received August 27, 2018, submitted under section 505(b)(1) of the Federal Food, Drug, and Cosmetic Act for Golodirsen Injection. We are reviewing the CMC section(s) of your submission and have the following comments and information requests. We request a prompt written response in order to continue our evaluation of your NDA by Friday, November 9, 2018. ███ |

18

SRPT-VYDS-0005205

| Date | Submission Activity Name | Application | Summary |
|------|--------------------------|-------------|---------|
| | | | ██████████████████. |
| 12/4/2018 | ███-srpt-email-4053-nda211970-external-usb-drive-data.pdf | NDA 211970 | Sarepta plans to submit the final NDA Sequence in December 2018 and it will be accompanied by a USB Drive containing all requested raw image files (90GB). |
| 12/5/2018 | ███-srpt-email-4053-sarepta-contact-change.pdf | NDA 211970 | SPRT inform FDA of contact change after ██████ departure. |
| 12/6/2018 | ███-srpt-email-4053-nda211970-external-usb-drive-data.pdf | NDA 211970 | SRPT inform FDA targeting submission of the final portion of the NDA during the week of 17Dec2018. |
| 12/6/2018 | ███-fda-email-4053-nda211970-external-usb-drive-data.pdf | NDA 211970 | FDA requests anticipated date for submission of the final portion of the NDA. |
| 12/18/2018 | ███-fda-email-4053-nda211970-cmc-ir.pdf | NDA 211970 | We request a prompt written response in order to continue our evaluation of your NDA by Friday, January 4, 2019. 1. Please provide hold time data for the bulk drug product solution prior to filling. 2. Provide leachables/extractables and compatibility study data for the drug product solution with LevMixer bag. |
| 12/18/2018 | ███-srpt-email-4053-nda211970-ack-cmc-ir.pdf | NDA 211970 | FDA Acknowledging ███ to be the Point of COntact for all Future Conversations |
| 12/18/2018 | ███-fda-email-4053-nda211970-ack-grl-change-cmc-ir.pdf | NDA 211970 | Sarepta acknowledgement of Golodersin NDA 211970 CMC RFI received 19Dec2018 |
| 12/18/2018 | ███-srpt-email-fda-notice-shipment-nda-211970-external-hard-drive-for-sq.0004-rolling-nda-pt2.pdf | NDA 211970 | SRPT Informing FDA about The USB Drive (external to the eCTD portion of NDA 211970 SQ0004) containing all requested image files |
| 12/18/2018 | ███-srpt-email-fda-notice-nda211970-rolling-part2-submission-sent-through-esg.pdf | NDA 211970 | SRPT Emailing FDA to Inform them of the ESG Transmission of Original NDA Rolling Submission Part 2 has begun. |
| 1/2/2019 | ███-fda-letter-4053-nda211970-nda-acknowledgement.pdf | NDA 211970 | NDA Acknowledgement Letter. PDUFA Date: 17 February 2019 |
| 1/3/2019 | ███-fda-email-4053-nda211970-info-req-follow-up.pdf | NDA 211970 | FDA Following Up on the CMC IR recvd 181219 |
| 1/3/2019 | ███-srpt-email-4053-nda211970-ack-resp-info-req-follow-up.pdf | NDA 211970 | SRPT Acknowledging that the Response for the CMC IR recvd 181219 Would be Submitted on 190104 |

SRPT-VYDS-0005206

| Date | Submission Activity Name | Application | Summary |
|---|---|---|---|
| 1/4/2019 | ████-fda-email-4053-nda211970-rfi-timing-ecg-collection.pdf | NDA 211970 | Reference is made to your new drug application (NDA) 211970 for golodirsen submitted on December 19, 2018. We request the following information by February 8, 2019. Please clarify the timing of ECG collection relative to dosing for the ECG assessments described in Table 1 in the "Summary of Clinical Safety". |
| 1/4/2019 | ████-srpt-email-fda-4053-nda211970-ack-rfi-timing-ecg-collection.pdf | NDA 211970 | SRPT confirmed receipt of FDA asked to clarify timing of ECG collection relative to dosing for the ECG assessments described in Table 1 in the "Summary of Clinical Safety". I confirm receipt. |
| 1/10/2019 | ████-fda-email-nda211970-ack-120-day-immunogenicity-report.pdf | NDA 211970 | |
| 1/10/2019 | ████-srpt-email-fda-nda211970-120-day-immunogenicity-report.pdf | NDA 211970 | |
| 1/13/2019 | ████-fda-email-nda211970-cmc-ir.pdf | NDA 211970 | Please refer to your New Drug Application (NDA) dated August 27, 2018, received August 27, 2018, submitted under section 505(b)(1) of the Federal Food, Drug, and Cosmetic Act for Golodirsen Injection. We are reviewing the CMC section(s) of your submission and have the following comments and information requests. We request a prompt written response in order to continue our evaluation of your NDA by Friday, January 18, 2019. 1. ████████████████ |

SRPT-VYDS-0005207

| Date | Submission Activity Name | Application | Summary |
|------|--------------------------|-------------|---------|
| | | | ███████████ |
| 1/13/2019 | ███-srpt-email-fda-nda211970-ack-cmc-ir.pdf | NDA 211970 | Sarepta confirms receipt of CMC RFI received January 14, 2019 consisting of 6 questions. I confirm receipt of your information request. |
| 1/14/2019 | ███-srpt-email-fda-updated-list-personnel-authorized-comm-fda.pdf | ███ IND 119982 ███ NDA 211970 | Acknowlegement of Sarepta email providing an updated list of personnel |
| 1/14/2019 | ███-fda-email-ack-updated-list-personnel-authorized-comm-fda.pdf | ███ IND 119982 ███ NDA 211970 | FDA acknowlegement of Sarepta email providing an updated list of personnel authorized to communicate with FDA. Ask Sarepta to formally submit to each application. |

21

SRPT-VYDS-0005208

| Date | Submission Activity Name | Application | Summary |
|---|---|---|---|
| 1/14/2019 | ██-srpt-email-fda-ack-updated-list-personnel-authorized-comm-fda.pdf | ██ IND 119982 ██ NDA 211970 | Sarepta replied to FDA acknowlegement of Sarepta email providing an updated list of personnel and confirmed that a formal submission would be made to each application. |
| 1/25/2019 | ██-fda-email-nda211970-resp-120-day-immunogenicity-report.pdf | NDA 211970 | FDA finds proposed plan acceptable to initiate golodirsen Study 4053-101 ██ |
| 1/25/2019 | ██-srpt-email-fda-nda211970-advice-120-day-immunogenicity-report.pdf | NDA 211970 | proposed plan to initiate golodirsen Study 4053-101 ██ |
| 1/28/2019 | ██-fda-email-4053-nda211970-igg-status-120-day-immunogenicity-report.pdf | NDA 211970 | FDA request an update on the status of ██ |
| 1/28/2019 | ██-srpt-fda-email-4053-nda211970-igg-status-120-day-immunogenicity-report.pdf | NDA 211970 | SRPT confirm the ██ has been submitted, reviewed and approved by FDA as part of ██. Plan to submit the ██ this week and the ██ in Feb. |
| 1/29/2019 | ██-fda-email-4053-nda211970-rfi-cr-cle-study.pdf | NDA 211970 | Please refer to your new drug application (NDA) 211970 for golodirsen submitted on December 19, 2018. We request the following information by February 6, 2019. To facilitate the review of the study report SR-18-090 (CR-CLE Study number: 180921.TBX), please submit the following information for each experiment: a. Raw and unaltered electrophysiology records (e.g., no baseline subtraction or zero'ing of baseline). The file format for the raw electrophysiology records should be in xls, xlsx or xpt format, and contain at a minimum information about time, voltage and current signals (note specific units for these signals). b. An overview file, e.g. in xls, xlsx, xpt or txt, describing the experimental conditions for each of the raw electrophysiology records. The description should include at a minimum the name of the file, temperature of the recording, when drugs and at what concentrations were added, and other information relevant to interpret the results. |
| 1/29/2019 | ██-srpt-email-fda-4053-nda211970-ige-status-120-day-immunogenicity-report.pdf | NDA 211970 | SRPT confirm the ██ was submitted to ██ |

22

SRPT-VYDS-0005209

| Date | Submission Activity Name | Application | Summary |
|---|---|---|---|
| | | | 28Jan2019 |
| 1/29/2019 | ▮▮-srpt-email-fda-4053-nda211970-rfi-ack-western-blot-test-facility.pdf | NDA 211970 | SRPT confirm receipt of FDA request for clarity on the multiple facilities listed for western blot study. I confirm receipt of your email. |
| 1/29/2019 | ▮▮-srpt-email-fda-4053-nda211970-rfi-ack-cr-cle-study.pdf | NDA 211970 | SRPT confirm receipt of FDA request for infromation re: NDA211970/CR-CLE Study |
| 1/29/2019 | ▮▮-fda-email-4053-nda211970-rfi-western-blot-test-facility.pdf | NDA 211970 | Please refer to your new drug application (NDA) 211970 for golodirsen submitted on December 19, 2018. We have the following request for information. In study report SR-17-044, you list multiple facilities that were involved in the western blot study. You state that the western blot immunodetection method was carried out in a controlled laboratory setting at ▮▮ We are unclear on whether your laboratories are based in this location. Please clarify if this location houses the laboratories where the western blot immunodetection was carried out, and where the analysts and raw data records related to the study report SR-17-044 are located. Provide this information by COB January 30, 2019. |
| 1/30/2019 | ▮▮-fda-email-4053-nda211970-120-day-immunogenicity-report.pdf | NDA 211970 | FDA not able to advise on the timing of the initiation of golodirsen study 4053-101 ▮▮ sample testing. |
| 1/31/2019 | ▮▮-fda-letter-4053-nda211970-proprietary-name-acknowledgment.pdf | NDA 211970 | FDA proprietary name acknowledgement for ▮▮ |
| 2/6/2019 | ▮▮-fda-email-4053-nda211970-rfi-clinical-sites-enrolled-icf.pdf | NDA 211970 | Reference is made to your new drug application (NDA) 211970 for golodirsen submitted on December 19, 2018. We ask that you provide a response to the following request by COB, Friday, 2/8/2019. Please provide the number of subjects currently enrolled in Protocol ▮▮ for Sites 401 and 403. Please submit Informed Consent Documents for Protocols 4053-101 and ▮▮. If these have been submitted with the NDA, please indicate the location in the submission. |
| 2/6/2019 | ▮▮-srpt-email-fda-4053-nda211970-ack-rfi-clinical-sites-enrolled-icf.pdf | NDA 211970 | I confirm receipt of your email. |

SRPT-VYDS-0005210

| Date | Submission Activity Name | Application | Summary |
|------|--------------------------|-------------|---------|
| 2/11/2019 | ▮▮▮-fda-email-4053-nda211970-rfi-monitoring-reports-france.pdf | NDA 211970 | Reference is made to your new drug application (NDA) 211970 for golodirsen submitted on December 19, 2018. We have the following request for information. Submit the monitoring reports for Sites 401 and 403 for Protocols 4053-101 and ▮▮▮. For Site 403, located in France, if monitoring reports are available in English, please submit the English version. Please submit by COB, Tuesday, 2/19/2019. |
| 2/11/2019 | ▮▮▮-srpt-email-fda-4053-nda211970-ack-rfi-monitoring-reports-france.pdf | NDA 211970 | SRPT confirms receipt of FDA request for information on monitoring report for sites 401 and 403 for protocols 4053-101 and ▮▮▮. I confirm receipt of your email. |
| 2/12/2019 | ▮▮▮-srpt-email-fda-4053-nda211970-ack-translators-servais-france.pdf | NDA 211970 | SRPT confirm reciept of email. |
| 2/12/2019 | ▮▮▮-fda-email-4053-nda211970-translators-▮▮-france.pdf | NDA 211970 | FDA request assistance with translators for ▮▮▮ site. |
| 2/12/2019 | ▮▮▮-srpt-email-fda-4053-nda211970-questions-translators▮▮▮-france.pdf | NDA 211970 | SPRT asks FDA to clarify which two investigators they are referring to. ▮▮▮ is the principle investigator for both Study 4053-101 and study ▮▮▮ |
| 2/12/2019 | ▮▮▮-fda-email-4053-nda211970-clarification-translators▮▮▮-france.pdf | NDA 211970 | SRPT refer two USFDA investigators. ▮▮▮ is the principle investigator for both Study 4053-101 and study ▮▮▮ |
| 2/13/2019 | ▮▮▮-fda-email-4053-nda211970-nda-filing-communication.pdf | NDA 211970 | FDA provide courtesy copy of FDA filing communication. |
| 2/13/2019 | ▮▮▮-fda-letter-4053-nda211970-nda-filing-communication.pdf | NDA 211970 | FDA provide hard copy of FDA filing communication. |
| 2/13/2019 | ▮▮▮-srpt-email-fda-4053-nda211970-ack-nda-filing-communication.pdf | NDA 211970 | SRPT confirm receipt of email of FDA provide hard copy of FDA filing communication. |
| 2/26/2019 | ▮▮▮-srpt-email-fda-4053-nda211970-immunogenicity-deferral.pdf | NDA 211970 | SRPT sponsor proposed changes to NDA section 1.12. requesting immunogenicity study deferral. Plan to separately submit a new 1.11.3 document which will cross reference the submission of ▮▮▮ to the ▮▮▮ since these methods will be applicable to both compounds. |
| 2/27/2019 | ▮▮▮- fda-email-4053-nda211970-midcycle-communication-190403.pdf | NDA 211970 | FDA tentatively schedule MCC tcon 11April2019 |
| 2/27/2019 | ▮▮▮-srpt-email-fda-4053-nda211970-updated-cmc-information.pdf | NDA 211970 | SRPT plans to update NDA with CMC information of leachables results. |
| 2/27/2019 | ▮▮▮-srpt-email-fda-4053-nda211970-ack-rmidcycle- | NDA 211970 | SRPT confirm receipt and tentatively scheduled MCC tcon |

24

| Date | Submission Activity Name | Application | Summary |
|------|--------------------------|-------------|---------|
| | communication-190411.pdf | | date. |
| 2/27/2019 | ▓▓▓-fda-email-4053-nda211970-response-immunogenicity-deferral.pdf | NDA 211970 | FDA provide information to provide in cross reference document for NDA 211970 |
| 2/27/2019 | ▓▓▓-srpt-email-fda-4053-nda211970-ack-response-immunogenicity-deferral.pdf | NDA 211970 | SRPT thanks for guidance on submitting cross reference document for NDA 211970 |
| 3/1/2019 | ▓▓▓-srpt-email-fda-4053-nda211970-acceptance-rmidcycle-communication-190411.pdf | NDA 211970 | SRPT confirm tentatively scheduled MCC tcon on 11April2019 is acceptable. |
| 3/3/2019 | ▓▓▓-fda-email-4053-nda211970-ack-updated-cmc-information.pdf | NDA 211970 | FDA confirms reciept of email regarding updating CMC information for NDA211970 |
| 3/3/2019 | ▓▓▓-srpt-email-fda-4053-nda211970-confirm-updated-cmc-information.pdf | NDA 211970 | SRPT requests FDA confirmation of support in making updates to submission to CMC information in NDA 211970 at this stage of the NDA review. |
| 3/4/2019 | ▓▓▓-srpt-email-fda-4053-nda211970-thank-updated-cmc-information.pdf | NDA 211970 | SRPT thank for the follow up and inform FDA submission of updated CMC information in NDA 211970 will be made later in the week. |
| 3/4/2019 | ▓▓▓-fda-email-4053-nda211970-ack-updated-cmc-information.pdf | NDA 211970 | FDA will consult team regarding making updates to submission to CMC information in NDA 211970 at this stage in the game. |
| 3/4/2019 | ▓▓▓-fda-email-4053-nda211970-confirmation-updated-cmc-information.pdf | NDA 211970 | FDA confirms support in making updates to submission to CMC information in NDA 211970 at this stage of the NDA review. |
| 3/4/2019 | ▓▓▓-fda-email-4053-nda211970-thank-updated-cmc-information.pdf | NDA 211970 | FDA thank you for SRPT notifying that updated CMC information in NDA 211970 submission will be made later in the week. |
| 3/11/2019 | ▓▓▓-fda-letter-4053-nda211970-rfi-method-verification.pdf | NDA 211970 | Please refer to your New Drug Application (NDA) submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act (FDCA) for Golodirsen Injection, 50mg/mL. |

SRPT-VYDS-0005212

| Date | Submission Activity Name | Application | Summary |
|------|--------------------------|-------------|---------|
|  |  |  | ███████████ |
| 3/11/2019 | ███-fda-email-4053-nda211970-rfi-ack-method-verification.pdf | NDA 211970 | FDA acknowledge email of method verification request; FDA requests confirmation request of materials was received and ETA on ship date. |
| 3/11/2019 | ███-srpt-email-fda-nda211970-rfi-ack-method-verification.pdf | NDA 211970 | I confirm receipt and will get back to you with a shipping estimate. |
| 3/15/2019 | ███-srpt-email-fda-4053-nda211970-rfi-response-method-verification.pdf | NDA 211970 | Sarepta is in process of securing the materials and documents FDA has requested. ███████ |

26

SRPT-VYDS-0005213

| Date | Submission Activity Name | Application | Summary |
|---|---|---|---|
| 3/18/2019 | ▮▮▮-fda-email-4053-nda211970-ack-response-method-verification.pdf | NDA 211970 | FDA confirm receipt of SRPT materials and request package be sent when available. |
| 3/25/2019 | ▮▮▮-fda-email-4053-nda211970-proprietary-name.pdf | NDA 211970 | FDA provide decision letter for proposed proprietary name submission under NDA 211970 (golodirsen) |
| 3/25/2019 | ▮▮▮-fda-letter-4053-nda211970-proprietary-name.pdf | NDA 211970 | FDA provide decision letter for proposed proprietary name submission under NDA 211970 (golodirsen) |
| 3/25/2019 | ▮▮▮-srpt-email-fda-4053-nda211970-ack-proprietary-name.pdf | NDA 211970 | SRPT acknowledge receipt of FDA decision letter for proposed proprietary name submission under NDA 211970 (golodirsen) |
| 3/26/2019 | ▮▮▮-fda-email-4053-nda211970-rfi-western-blot.pdf | NDA 211970 | Reference is made to your pending new drug application (NDA) 211970 for golodirsen submitted on December 19, 2018. We have the following request for information. Please provide responses by COB April 2, 2019. i▮▮▮ ████████████████ ████████████████ ████████████████ ████████████████ ████████████████ ████████████████ ████████████████ ████████████████ ████████████████ ████████████████ ████████████████ ████████████████ ████████████████ ████████████████ ████████████████ ████████████████ ████████████████ ████████████████ |
| 3/26/2019 | ▮▮▮-srpt-email-fda-4053-nda211970-ack-rfi-western-blot.pdf | NDA 211970 | SRPT confirm reciept of request of information regarding pending new drug applicatiton (NDA)211970 |
| 3/29/2019 | ▮▮▮-fda-letter-4053-nda211970-prop-name-vyondys53-sub-ack.pdf | NDA 211970 | FDA acknowledge receipt of request for proposed proprietary name, Vyondys 53. |
| 4/3/2019 | ▮▮▮srpt-email-fda-4053-nda211970-method-verification-response.pdf | NDA 211970 | SRPT informing FDA the method verification materials for NDA 211970 were shipped 03April2019. |

27

| Date | Submission Activity Name | Application | Summary |
|------|--------------------------|-------------|---------|
| 4/3/2019 | ███-fda-email-4053-nda211970-ack-response-rfi-method-verification.pdf | NDA 211970 | FDA acknowledge of email regarding method verification materials for NDA 211970 were shipped 03 April 2019. Thank you very much for the update. I will send you a materials received letter. |
| 4/4/2019 | ███srpt-email-fda-4053-nda211970-ack-comments-carton and container labeling.pdf | NDA 211970 | SRPT confirm receipt of FDA comments to pending new drug application NDA 211970 for golodirsen carton and container labeling. |
| 4/4/2019 | ███-fda-email-4053-nda211970-comments-carton and container labeling.pdf | NDA 211970 | FDA comments to pending new drug application NDA 211970 for golodirsen carton and container labeling. |
| 4/5/2019 | ███-fda-email-4053-nda211970-ack-response-method-verification-materials-received.pdf | NDA 211970 | FDA confirm receipt of Method Verification Materials received for NDA211970 |
| 4/5/2019 | ███-fda-email-4053-nda211970-rfi-clinical-dystrophin-intensity-data.pdf | NDA 211970 | Reference is made to your pending new drug application (NDA) 211970 for golodirsen submitted on December 19, 2018. We have the following request for information. ███████████████ |
| 4/5/2019 | ███-srpt-email-fda-4053-nda211970-ack-rfi-clinical-dystrophin-intensity-data.pdf | NDA 211970 | SRPT confirm receipt of FDA request for information re: NDA211970 for golodirsen on dystrophin intensity data. I confirm receipt of your email. |
| 4/5/2019 | ███-fda-letter-4053-nda211970-ack-response-method-verification-materials-received.pdf | NDA 211970 | FDA confirm receipt of Method Verification Materials received for NDA211970 |
| 4/9/2019 | ███-srpt-email-fda-4053-nda211970-midcycle-communication.pdf | NDA 211970 | SRPT request FDA agenda for Midcycle Communication tcon. |
| 4/9/2019 | ███-fda-email-4053-nda211970-midcycle-communication-agenda.pdf | NDA 211970 | FDA inform SRPT the Midcycle communication (MCC) is intended to provide an update on the status of |

28

SRPT-VYDS-0005215

| Date | Submission Activity Name | Application | Summary |
|---|---|---|---|
| | | | the review of application. Anticipate to end MCC agenda later today. |
| 4/10/2019 | ▮▮-fda-letter-4053-nda211970-mcc-agenda.pdf | NDA 211970 | FDA provide meeting agenda and list of participants for Midcycle Communication tcon on 11April2019. |
| 4/10/2019 | ▮▮-fda-email-4053-nda211970-mcc-agenda.pdf | NDA 211970 | FDA provide meeting agenda and list of participants for Midcycle Communication tcon on 11April2019. |
| 4/10/2019 | ▮▮-srpt-letter-fda-4053-nda211970-ack-mcc-agenda.pdf | NDA 211970 | FDA confirm receipt of SRPT participants Mid-Cycle communication tcon. |
| 4/11/2019 | ▮▮-srpt-letter-fda-4053-nda211970-additional-attendees-mcc.pdf | NDA 211970 | SRPT provides additional participants to Mid-Cycle Communications tcon. |
| 4/11/2019 | ▮▮-srpt-email-fda-4053-nda211970-ack-rfi-clinical-narrative-summary.pdf | NDA 211970 | SRPT confirms receipt of FDA request for information regarding NDA 211970 referring to listing Table 16.2.2. I confirm receipt. |
| 4/11/2019 | ▮▮-fda-email-4053-nda211970-rfi-clinical-narrative-summary.pdf | NDA 211970 | Reference is made to your pending NDA 211970 for golodirsen submitted on December 19, 2018. We have the following request for information. Referring to your Listing Table 16.2.2, provide a written narrative summary about the details surrounding each occasion of violations or deviations of unblinding, enrollment in violation of inclusion/exclusion criteria, and incorrect dose or infusion method. Please provide your response in 3 business days. |
| 4/11/2019 | ▮▮-srpt-email-fda-4053-nda211970-mcc-additinal-attendee.pdf | NDA 211970 | SRPT inform FDA of additional participant on regarding NDA 211970 mid-cycle communication |
| 4/19/2019 | ▮▮-srpt-email-fda-4053-nda211970-follow-up-inspection-coa.pdf | NDA 211970 | SRPT inform FDA plan to change practices to have CofAs stored locally, rather than on manufacturer website. Will send fourth and final CofA once received from vendor. |
| 4/19/2019 | ▮▮-fda-email-4053-nda211970-ack-follow-up-inspection-coa.pdf | NDA 211970 | FDA request confirmation when SRPT receives 4th COA printout |
| 4/23/2019 | ▮▮-srpt-email-fda-4053-nda211970-follow-up-inspection-last-coa.pdf | NDA 211970 | SRPT provides 4th and final CofA to FDA |
| 5/3/2019 | ▮▮-fda-letter-4053-nda211970-mcc-fda-meeting-minutes.pdf | NDA 211970 | FDA mid-cycle communicate meeting minutes for NDA 211970 on 11Apr2019 |
| 5/3/2019 | ▮▮-fda-email-4053-nda211970-mcc-fda-meeting-minutes.pdf | NDA 211970 | FDA provided meeting minutes for mid-cycle commuication tcon re: golodirsen NDA 211970. Since IND 77429 is being cross referenced in the golodirsen application, IND 77429 should be listed under the cross references section of 356h Form |

SRPT-VYDS-0005216

| Date | Submission Activity Name | Application | Summary |
|---|---|---|---|
| 5/3/2019 | ▮▮▮-srpt-email-fda-4053-nda211970-ack-mcc-fda-meeting-minutes.pdf | NDA 211970 | SRPT acknowledge receipt of FDA provided meeting minutes for mid-cycle commuication tcon re: golodirsen NDA 211970. Since IND 77429 is being cross referenced in the golodirsen application, IND 77429 should be listed under the cross references section of 356h Form |
| 5/6/2019 | ▮▮▮-fda-email-4053-nda211970-rfi-clinical-pharmacology.pdf | NDA 211970 | Reference is made to your new drug application (NDA) 211970 for golodirsen submitted on December 19, 2018. We have the following request for information. We ask for a response by COB, Friday 5/10/19. Regarding NDA 211970, please complete the bioanalytical method performance as explained in the attached document and it's performance in study (4053-101). |
| 5/6/2019 | ▮▮▮-srpt-email-fda-4053-nda211970-ack-rfi-clinical-pharmacology.pdf | NDA 211970 | SRPT confirm receipt of FDA request for information regarding NDA 211970 for complete bioanalytical method performance and performance in study (4053-101). I confirm receipt. |
| 5/9/2019 | ▮▮▮-fda-email-4053-nda211970-rfi-clinical-proteinuria.pdf | NDA 211970 | Reference is made to your new drug application (NDA) 211970 for golodirsen submitted on December 19, 2018. We have the following request for information. Provide this information by COB, Monday 5/13/19. For all subjects with an AE of proteinuria, regardless of treatment, provide a narrative including entry lab values and relevant (renal) medical history, and conmeds. Include progression through the trial(s) on this issue particularly including any assessment of renal function, e.g., but not limited to quantitated protein. |
| 5/9/2019 | ▮▮▮-srpt-email-fda-4053-nda211970-ack-rfi-clinical-proteinuria.pdf | NDA 211970 | SRPT acknowledge receipt of FDA request for information re: NDA 211970 for all subjects with an AE of proteinuria. I confirm receipt of your request. |
| 5/21/2019 | ▮▮▮-fda-email-4053-nda211970-late-cycle-meeting-request.pdf | NDA 211970 | Confirmation of reciept of meeting request and meeting type |
| 5/22/2019 | ▮▮▮-srpt-email-fda-4053-nda211970-request-for-telecon.pdf | NDA 211970 | meeting type request for telecon or face to face option |
| 5/22/2019 | ▮▮▮-fda-email-4053-nda211970-advice-method-Identification.pdf | NDA 211970 | confirmation Receipt of RFI and will follow-up |
| 5/23/2019 | ▮▮▮-fda-email-4053-nda211970-rfi-study-info.pdf | NDA 211970 | Confirmation of receipt of request for information |
| 5/24/2019 | ▮▮▮-fda-email-4053-nda211970-rfi-iss-ekg- | NDA 211970 | Confirmation of request for information |

30

SRPT-VYDS-0005217

| Date | Submission Activity Name | Application | Summary |
|---|---|---|---|
| | dataset.pdf | | |
| 5/29/2019 | ███-fda-email-4053-nda211970-fda-meeting-acceptance.pdf | NDA 211970 | FDa late-cycle meeting acceptance |
| 5/29/2019 | ███-srpt-email-fda-4053-nda211970-request-for-telecon.pdf | NDA 211970 | Follow-up to meeting acceptance about telecon or face-to-face |
| 5/31/2019 | ███-fda-letter-4053-nda211970-properietary-name-acceptable.pdf | NDA 211970 | proprietary name acceptable letter received |
| 5/31/2019 | ███-fda-email-4053-nda211970-properietary-name-acceptable.pdf | NDA 211970 | proprietary name acceptable letter received |
| 6/7/2019 | ███-fda-email-4053-nda211970-rfi-study-fin-info.pdf | NDA 211970 | Confirmation of receipt of information request |
| 6/12/2019 | ███-srpt-email-fda-4053-nda211970-proprietary-name-cond-approval.pdf | NDA 211970 | proprietary name acceptable conditional approval letter received |
| 6/17/2019 | ███-srpt-email-fda-4053-nda211970-late-cycle-meeting-info.pdf | NDA 211970 | late-cycle pre-meeting info such as dial in info, attendee list, and preliminary info |
| 6/17/2019 | ███-srpt-email-fda-4053-nda211970-late-cycle-meeting-info2.pdf | NDA 211970 | response to out of office notification to first late-cycle pre-meeting info such as dial in info, attendee list, and preliminary info |
| 6/20/2019 | ███-fda-email-4053-nda211970-accelerated-approval.pdf | NDA 211970 | accelerated approval notice that if received Sarepta plans to submit promotional materials and draft labeling |
| 7/6/2019 | ███-srpt-email-fda-4053-nda211970-meeting-package.pdf | NDA 211970 | Sarepta confirming FDA meeting time and date, and also providing FDA with meeting background package for Late Cycle Meeting |
| 7/11/2019 | ███-fda-email-4053-nda211970-late-cycle-meeting-minutes.pdf | NDA 211970 | FDA providing meeting minutes and feedback from Lat Cycle Meeting |
| 7/17/2019 | ███-srpt-email-fda-4053-nda211970-response-to-rfi.pdf | NDA 211970 | Results from preliminary biometrics team discussion for Study ███ |
| 7/17/2019 | ███-fda-email-4053-nda211970-rfi-study-info.pdf | NDA 211970 | I confirm receipt and will follow-up if there are questions. |
| 7/23/2019 | ███-fda-email ███-4053-119982-███-rfi-study-completion-date.pdf | IND 119982-███ | I confirm receipt. |
| 7/24/2019 | ███-srpt-email-fda-███-4053-119982-███-response-to-rfi-study-info.pdf | IND ███ 119982-███ | Sarepta's response to RFI for enrollment status for Study ███ |
| 7/24/2019 | ███-srpt-email-fda-███ 4053-119982-███ response-to-rfi-study-info2.pdf | IND 119982-███ | RFI for enrollment status for Study ███ |
| 7/24/2019 | ███-srpt-email-fda-███ 4053-119982-███-response-to-rfi-study-info3.pdf | IND 119982-███ | RFI for enrollment status for Study ███ |
| 7/25/2019 | ███-fda-email-4053-nda211970-proposed-labeling-text.pdf | NDA 211970 | Sarepta's confirmation of proposed labeling edits from Agency |
| 7/29/2019 | ███-fda-email-4053-nda211970-fda-labeling-comments.pdf | NDA 211970 | FDa provides clarification to prposed labeling edits. Sarepta acknowledges clarificaqtion, understands, and promises to incorporate edits to the response |

31

SRPT-VYDS-0005218

| Date | Submission Activity Name | Application | Summary |
|---|---|---|---|
| | | | draft |
| 7/31/2019 | ▮▮-srpt-email-fda-4053-nda211970-proposed-labeling-revision.pdf | NDA 211970 | Sarepta sent FDA notification that a submission was sent containing proposed labeling after incorporating edits from agency |
| 7/31/2019 | ▮▮-srpt-email-fda-4053-nda211970-proposed-labeling-text.pdf | NDA 211970 | Sarepta sent FDA MS word version of proposed labeling after incorporating edits from agency, because the agency says it received the submission but could not locate the proposed labeling text and requested a MS word version be sent via email |
| 7/31/2019 | ▮▮-fda-email▮▮-4053-ind119982-fda-validation-comments.pdf | IND 119982 | Sarepta's confirmation of receiving feedback and concerns on validation report |
| 8/1/2019 | ▮▮-fda-email-4053-nda211970-fda-request-labeling-revision.pdf | NDA 211970 | Thank you. We will update the submission appropriately. |
| 8/2/2019 | ▮▮-srpt-email-fda-4053-nda211970-labeling-revision.pdf | NDA 211970 | As a follow-up to the below communication, today we resubmitted the labeling revision document. The document is the same one we sent by email on Wednesday. |
| 8/5/2019 | ▮▮-fda-email-4053-nda211970-fda-request-for-labeling-info.pdf | NDA 211970 | Ongoing labeling negotiations with FDA for 4053 NDA: Reference is made to pending NDA 211970 for golodirsen submitted on December 19, 2018; We have the following request for information. We ask for a response by COB Tuesday, 8/6/19; ▮▮▮▮▮▮▮▮▮▮▮▮ |

SRPT-VYDS-0005219

| Date | Submission Activity Name | Application | Summary |
|------|--------------------------|-------------|---------|
| 8/6/2019 | ████-fda-email-4053-nda211970-fda-request-for-information-pmr.pdf | NDA 211970 | Discussion regarding draft proposed PMC, PMR: Please provide milestone dates and confirm your agreement with suggested milestone dates for golodirsen PMRs that would be imposed if the drug were to be approved. Propose milestone dates for PMRs #1-3 for the clinical study. Please clarify the clinical data that you propose to support PMRs #1-3. If the protocols have already been submitted and agreed upon, please let us know and use the submission dates for the milestone dates. Provide these dates by Thursday, August 8, 2019 ████ |

SRPT-VYDS-0005220

| Date | Submission Activity Name | Application | Summary |
|---|---|---|---|
| | | | ████████████████ |
| 8/7/2019 | ████-srpt-email-fda-4053-nda211970-pmr-rfi.pdf | NDA 211970 | Sarepta's response to PMR RFI (06 Aug 2019); Attached is our response to the below request as a reference. We will formally submit later today. |
| 8/12/2019 | ████-fda-email-4053-nda211970-pmr-comments.pdf | NDA 211970 | Sarepta confirms receipt of PMR comments that require follow-up |
| 8/12/2019 | ████-fda-email-4053-nda211970-fda-request-telecon.pdf | NDA 211970 | FDA request for tentative telecon meeting about immunogenicity and clinical related questions |
| 8/13/2019 | ████-srpt-email-fda-4053-nda211970-rir-pmr.pdf | NDA 211970 | Sarepta's informal resposne to a request for information regarding the PMR, with a formal submission to follow |
| 8/13/2019 | ████-srpt-email-fda-4053-nda211970-draft approval-press-release.pdf | NDA 211970 | Sarepta confirming that because all comments from the Division on the draft label had been accepted, would there be questions and concerns regarding the planned press release in order to align the release of the final label with the press release |
| 8/13/2019 | ████-fda-email-4053-nda211970-fda-proposed-labeling.pdf | NDA 211970 | Sarepta's follow-up to FDA's proposed edits , letting the agency know that all edits have been reviewed and accepted |
| 8/13/2019 | ████-fda-email-4053-nda211970-fda-proposed-labeling-text.pdf | NDA 211970 | Sarepta confirms receipt of proposed PI edits with the intent to follow-up |
| 8/14/2019 | ████-srpt-email-fda-4053-nda211970-request-for-advisory- | NDA 211970 | Confirmation of receipt of FDA Letter in response to request to |

SRPT-VYDS-0005221

| Date | Submission Activity Name | Application | Summary |
|------|--------------------------|-------------|---------|
|  | comments.pdf |  | OPDP advisory comments |
| 8/14/2019 | ████-srpt-email-fda-4053-nda211970-response-proposed-pmr.pdf | NDA 211970 | Attached reference to a request for response |
| 8/14/2019 | ████-fda-email-4053-nda211970-proposed-pmr.pdf | NDA 211970 | Sarepta confirming receipt of question regarding PMR█ with intent on replying after internal discussions |
| 8/14/2019 | ████-srpt-email-fda-4053-nda211970-pmr█-feedback.pdf | NDA 211970 | Sarepta's response to the FDA's questions about PMR█ |
| 8/14/2019 | ████-fda-email-4053-fda-proposed-pmr█-nda211970-receipt-confirmation.pdf | NDA 211970 | FDA Confirmation of receiving SRPT response to request, which we will formally submit to the NDA. One clarification as a follow-up to the teleconference related to the dates for PMR█ |
| 8/14/2019 | ████-fda-email-4053-fda-proposed-pmr█-nda211970.pdf | NDA 211970 | FDA following up to telecon, FDA proposed PMR█ if the drug were to be approved. |
| 8/14/2019 | ████-fda-email-4053-fda-proposed-pmrs-nda211970.pdf | NDA 211970 | FDA confirmation of receipt of attachments clarifying SRPT thinking related to PMRs█ after discussion about PMRs█ |
| 8/15/2019 | ████-srpt-email-fda-nda211970-proposed-labeling-correction-sq0039.pdf | NDA 211970 | Sarepta notifying FDA about an error in the final label submitted in sequence 0039 |
| 8/15/2019 | ████-fda-email-4053-fda-proposed-labeling-text-nda211970.pdf | NDA 211970 | FDA Confirmation of SRPT notification that there was an error in the final label submitted per the below email and with sequence 0039 |
| 8/19/2019 | ████-fda-email-4053-fda-action-letter-nda211970.pdf | NDA 211970 | FDA informing SRPT please submit equest for a Post-Action meeting/teleconference |
| 8/19/2019 | ████-fda-email-4053-fda-action-letter-nda211970-with-attachment.pdf | NDA 211970 | FDA sending an electronic copy of the Agency's action letter for NDA 211970 |
| 8/20/2019 | ████-srpt-email-fda-response-to-crl-meeting-request.pdf | NDA 211970 | Sarepta's acceptance of a teleconference meeting invite by the FDA CDER Division of Neurology to discuss the action letter Sarepta received on 8/19/19 |
| 8/20/2019 | ████-fda-email-4053-fda-action-letter-nda211970.pdf | NDA 211970 | FDA follow-up to 19Aug19 request for an informal teleconference |
| 8/23/2019 | ████-fda-email-4053-fda-action-letter-nda211970.pdf | NDA 211970 | FDA Confirming dial-in information and FDA attendee list |
| 8/23/2019 | ████-srpt-email-fda-4053-fda-action-letter-nda211970.pdf | NDA 211970 | SRPT confirming FDA granting meeting request, and providing FDA with SRPT attendee list |
| 8/26/2019 | ████-srpt-email-fda-4053-teleconference-follow-up.pdf | NDA 211970 | SRPT confirming time of meeting |
| 8/29/2019 | ████-fda-email-4053-golodirsen-nda211970-type-a-end-of-review-meeting-request.pdf | NDA 211970 | FDA confirming that SRPT will be submitting a Type A End of Review meeting request |
| 8/29/2019 | ████-srpt-email-fda-4053-golodirsen-nda211970-type-a-end-of-review-meeting-request.pdf | NDA 211970 | SRPT notifying FDA that SRPT will be submitting a Type A End of Review meeting request |

35

SRPT-VYDS-0005222

| Date | Submission Activity Name | Application | Summary |
|------|--------------------------|-------------|---------|
| 9/3/2019 | ■■■-fda-email-4053-golodirsen-nda211970-type-a-end-of-review-meeting-request.pdf | NDA 211970 | FDA acknowledge receipt of your 29Aug19, request for a Type A End of Review Meeting Request. FDA granted a face-to-face meeting and have scheduled the meeting |
| 9/3/2019 | ■■■-srpt-email-fda-4053-golodirsen-nda211970-type-a-end-of-review-meeting-request.pdf | NDA 211970 | SRPT confirming receipt of FDA receipt acknowledgement of 29Aug19, request for a Type A End of Review Meeting Request. FDA granted a face-to-face meeting and have scheduled the meeting |
| 9/4/2019 | ■■■-fda-email-4053-golodirsen-nda211970-type-a-end-of-review-meeting-request-granted.pdf | NDA 211970 | FDA letter formally granting your request for a Type A meeting and a Excel document for the list of attendees. FDA confirming receipt of completed Foreign Visitor Form |
| 9/4/2019 | ■■■-fda-email-4053-golodirsen-nda211970-type-a-end-of-review-meeting-request.pdf | NDA 211970 | FDA requesting SRPT fill out foreign visitor form prior to meeting |
| 9/10/2019 | ■■■fda-email-4053-fda-information-nda211970-type-a-meeting-prelim-comments.pdf | NDA 211970 | FDA confirm receipt of SRPT final attendee list for your meeting and the foreign visitor form. |
| 9/10/2019 | ■■■srpt-email-fda-4053-fda-information-nda211970-type-a-meeting-file-receipt-confirmation.pdf | NDA 211970 | SRPT receipt confirmation of the Agency's preliminary responses to questions |
| 9/12/2019 | ■■■-fda-email-4053-golodirsen-nda211970-request-for-formal-dispute-resolution.pdf | NDA 211970 | SRPT informed FDA of decision to submit a formal dispute resolution request. |
| 9/12/2019 | ■■■-fda-email-4053-final-participants-for-todays-meeting.pdf | NDA 211970 | FDA ack of SRPT update to meeting attendee list |
| 9/12/2019 | ■■■-srpt-email-fda-4053-final-participants-for-todays-meeting.pdf | NDA 211970 | SRPT updating meeting attendee list |
| 9/13/2019 | ■■■-fda-email-4053-golodirsen-eor-meeting.pdf | NDA 211970 | FDA confirming receipt of document which contains introductory remarks and the Sarepta positions shared during the meeting for each of the identified issues |
| 9/13/2019 | ■■■-srpt-email-fda-4053-golodirsen-eor-meeting.pdf | NDA 211970 | SRPT sending a document which contains introductory remarks and the Sarepta positions shared during the meeting for each of the identified issues |
| 9/16/2019 | ■■■-fda-email-4053-golodirsen-nda211970-request-for-formal-dispute-resolution.pdf | NDA 211970 | FDA confirmed receipt of FDRR Friday, Sept 13th. |
| 9/19/2019 | ■■■-fda-email-4053-golodirsen-nda211970-request-for-formal-dispute-resolution.pdf | NDA 211970 | FDA informed SRPT that our submission met criteria for acceptance. |
| 9/23/2019 | ■■■-fda-email-4053-golodirsen-nda211970-request-for-formal-dispute- | NDA 211970 | FDA will communicate a formal decision letter signed by ■■■. |

SRPT-VYDS-0005223

| Date | Submission Activity Name | Application | Summary |
|------|--------------------------|-------------|---------|
| | resolution.pdf | | |
| 9/26/2019 | ▮▮-fda-email-4053-nda211970-fdrr-meeting-scheduling-list-of-attendees.pdf | NDA 211970 | FDA provided list of CDER participants. |
| 9/26/2019 | ▮▮-fda-email-4053-nda211970-fdrr-meeting-scheduling.pdf | NDA 211970 | FDA scheduled f2f with FDRR for NDA 211970 on Oct 9th, 2019 |
| 9/26/2019 | ▮▮-srpt-email-fda-4053-nda211970-fdrr-meeting-scheduling.pdf | NDA 211970 | SRPT confirmed team available for a meeting on 9Oct2019 to meet with FDA and discuss the issues involved in appeal. |
| 9/27/2019 | ▮▮-fda-email-4053-nda211970-fdrr-ack-letter-attachment.pdf | NDA 211970 | FDA provided copy of FDRR acknowledgement letter. |
| 9/27/2019 | ▮▮-srpt-email-fda-4053-nda211970-fdrr-receipt-confirmation.pdf | NDA 211970 | SRPT confirm receipt of FDRR acknowledgment letter and request an agenda for the meeting on 09Oct2019 |
| 9/30/2019 | ▮▮fda-email-nda211970-fdrr.pdf | NDA 211970 | FDA provided list of questions ▮▮ would like to discuss in f2f meeting 09Oct2019 |
| 9/30/2019 | ▮▮-srpt-email-fda-4053-nda211970-fdrr-foreign-visitor-form-attendees-list.pdf | NDA 211970 | SRPT provided visitor attendees for f2f meeting at FDA on 09Oct2019 |
| 10/1/2019 | ▮▮-fda-email-4053-nda211970-fdrr.pdf | NDA 211970 | FDA confirm receipt of SRPT meeting attendee list. |
| 10/3/2019 | ▮▮-fda-email-4053-nda211970-fdrr.pdf | NDA 211970 | FDA confirmed receipt of SRPT attendee list. |
| 10/3/2019 | ▮▮-fda-email-4053-fda-information-nda211970-minutes.pdf | NDA 211970 | FDA sending a courtesy copy of meeting minutes for 12Sep19 meeting |
| 10/7/2019 | ▮▮fda-email-4053-fdrr-meeting-rescheduling-confirmation-for-nda211970.pdf | NDA 211970 | FDA rescheduled FDRR meeting to Oct 17,2019. |
| 10/7/2019 | ▮▮-srpt-email-fda-4053-fdrr-meeting-rescheduling-confirmation-for-nda211970.pdf | NDA 211970 | SRPT confirm team available for the updated meeting date at FDA on 17Oct2019 |
| 10/9/2019 | ▮▮-fda-email-4053-nda211970-fdrr-attendee-list-confirmation.pdf | NDA 211970 | FDA confirm receipt of new attendees |
| 10/9/2019 | ▮▮-srpt-email-fda-4053-nda211970-fdrr-updated-sarepta-meeting-attendee-list.pdf | NDA 211970 | SPRT provided 2 potential participants, subject to chanfe once agend received. |
| 10/15/2019 | ▮▮-srpt-email-fda-4053-nda211970-fdrr-updated-sarepta-meeting-attendee-list.pdf | NDA 211970 | SRPT provided updated attendee list to FDA and promise slides by email prior to the meeting. |
| 10/17/2019 | ▮▮-fda-email-4053-nda211970-fdrr-receipt-confirmation.pdf | NDA 211970 | FDA confirm receipt of slides SRPT provided for meeting. |
| 10/17/2019 | ▮▮-fda-email-4053-so-great-to-meet-you-today.pdf | NDA 211970 | FDA wish safe travels and will work with ▮▮ to get SRPT and interim response. |
| 10/17/2019 | ▮▮-srpt-email-fda-4053-nda211970-fdrr-meeting-slides.pdf | NDA 211970 | SRPT provide presentation slides to FDA |
| 10/21/2019 | ▮▮-fda-email-4053-fdrr-meeting-follow-up-with-attachment.pdf | NDA 211970 | FDA provided courtesy copy of interim IR. |
| 10/21/2019 | ▮▮-fda-email-4053-fdrr-meeting-follow-up.pdf | NDA 211970 | FDA advise SRPT to wait for formal IR nd to send response |

37

SRPT-VYDS-0005224

| Date | Submission Activity Name | Application | Summary |
|------|--------------------------|-------------|---------|
| | | | formally to NDA. |
| 10/21/2019 | ███-srpt-email-fda-fdrr-meeting-follow-up-receipt-confirmation.pdf | NDA 211970 | SRPT confirm receipt of courtesy copy of interim IR. |
| 10/21/2019 | ███-srpt-email-fda-4053-fdrr-meeting-follow-up-clarification-thanks.pdf | NDA 211970 | SRPT thanks to FDA for clarification that a formal IR will be sent. |
| 10/21/2019 | ███-srpt-email-fda-fdrr-meeting-follow-up-clarification-request.pdf | NDA 211970 | SRPT asks for clarity on process of RFI and how response should be submitted. |
| 10/24/2019 | ███-fda-email-fdrr-meeting-follow-up.pdf | NDA 211970 | FDA understands clarification provided by SRPT regarding FDA clarification request on articles - if they would be considered new information as publication dates or after date of CRL. |
| 10/24/2019 | ███-fda-email-4053-fdrr-meeting-follow-up-to-conversation.pdf | NDA 211970 | FDA request clarification on articles would be considered new information as publication dates or after date of CRL. |
| 10/24/2019 | ███-srpt-email-fda-4053-fdrr-meeting-follow-up-response-to-information-request.pdf | NDA 211970 | SRPT provided a courtesy copy of response to the information request from ███ |
| 10/25/2019 | ███-fda-email-4053-fdrr-meeting-follow-up.pdf | NDA 211970 | FDA thank SRPT for courtesy copy of our responses to the information request from ███. |
| 11/18/2019 | ███-fda-email-4053-nda211970-fdr-meeting-minutes.pdf | NDA 211970 | FDA provided SRPT courtesy copy of the FDR meeting minutes for NDA 211970. |
| 11/18/2019 | ███-srpt-email-fda-4053-nda211970-fdr-meeting-minutes.pdf | NDA 211970 | SRPT confirm receipt of FDR meeting minutes for NDA 211970. |
| 11/20/2019 | ███-fda-email-4053-nda211970-fdr-meeting-minutes-response-confirmtation.pdf | NDA 211970 | FDA clarify the response to SRPT would be 30 (business) days from actual IR. |
| 11/25/2019 | ███-fda-email-4053-nda211970-golodirsen-crl-fdr.pdf | NDA 211970 | FDA confirming time of call with SRPT |
| 11/25/2019 | ███-fda-email-4053-nda211970-golodirsen-crl-fdr-call-reschedule.pdf | NDA 211970 | FDA rescheduling call with SRPT |
| 11/25/2019 | ███-fda-email-4053-nda211970-golodirsen-crl-fdr-email-receipt.pdf | NDA 211970 | FDA confirming receipt of SRPT scheduling of phone call |
| 11/25/2019 | ███-fda-email-4053-nda211970-golodirsen-crl-fdr-call-schedule.pdf | NDA 211970 | FDA confirming receipt of email. Scheduling a call |
| 11/25/2019 | ███-srpt-email-fda-4053-nda211970-golodirsen-crl-fdr.pdf | NDA 211970 | SRPT confirming availablity for scheduled call with FDA.  SRPT providing dial-in info to FDA |
| 11/25/2019 | ███-srpt-email-fda-4053-nda211970-golodirsen-crl-fdr-complete-response-to-crl-post-appeal.pdf | NDA 211970 | SRPT providing FDA with two documents prior to call. 1. Proposed new draft final labeling 2. Draft cover letter for the submission outlining the content |
| 11/26/2019 | ███-fda-email-4053-nda211970-fdr-response.pdf | NDA 211970 | FDA responds to SRPT informing FDA the details of the clarification of resubmission process are being |

SRPT-VYDS-0005225

| Date | Submission Activity Name | Application | Summary |
|------|--------------------------|-------------|---------|
| | | | worked through |
| 11/26/2019 | ▆▆-fda-email-4053-nda211970-fdr-response-about-timing-and-logistics.pdf | NDA 211970 | FDA available to discuss terms of re-submitting and logics and timing. |
| 11/26/2019 | ▆▆-fda-email-4053-golodirsen-resubmission.pdf | NDA 211970 | FDA confirming 356h form looks good. |
| 11/26/2019 | ▆▆-fda-email-4053-golodirsen resubmission-correction.pdf | NDA 211970 | FDA notifying SRPT of corrected date of FDR meeting |
| 11/26/2019 | ▆▆-fda-email-4053-golodirsen-nda211970-proprietary-name-resubmission-received.pdf | NDA 211970 | FDA receipt of receiving SRPT follow-up to resubmission |
| 11/26/2019 | ▆▆-fda-email-4053-golodirsen-resubmission-link-to-previous-materials-request.pdf | NDA 211970 | FDA telling SRPT to provide links to the previous submitted materials |
| 11/26/2019 | ▆▆-fda-email-4053-golodirsen-resubmission-cover-letter-complete-response-to-crl-post-appeal-draft.pdf | NDA 211970 | FDA sending SRPT labeling suggestions for resubmission |
| 11/26/2019 | ▆▆-fda-email-4053-golodirsen-appeal-granted-and-resubmission.pdf | NDA 211970 | FDA notifying SRPT that information have ben shared with ▆▆ |
| 11/26/2019 | ▆▆-srpt-email-fda-4053-golodirsen-resubmission.pdf | NDA 211970 | SRPT asking for advice on 356h form |
| 11/26/2019 | ▆▆-srpt-email-fda-4053-golodirsen-resubmission-confirmation-request.pdf | NDA 211970 | SRPT asking for FDA to confirm that documents should be resubmitted instead of just providing links |
| 11/26/2019 | ▆▆-srpt-email-fda-4053-golodirsen-appeal-granted-and-resubmission.pdf | NDA 211970 | SRPT asking FDA if agency prefers links to previously submitted documents if possible |
| 11/27/2019 | ▆▆-srpt-email-fda-4053-golodirsen-resubmission.pdf | NDA 211970 | Informal notification from SRPT to FDA that submissions went in. |
| 11/29/2019 | ▆▆-fda-email-4053-golodirsen-resubmission-receipt-confirmation.pdf | NDA 211970 | FDA notifying SRPT that the submissions have been received via ESG |
| 11/29/2019 | ▆▆-srpt-email-fda-4053-golodirsen-resubmission.pdf | NDA 211970 | SRPT confirming FDA notification that the submissions were received via ESG |
| 12/2/2019 | ▆▆-fda-email-40543-fda-information-request-nda211970.pdf | NDA 211970 | FDA request for information regarding NDA 211970 in resubmission safety update submitted 27No2019. |
| 12/3/2019 | ▆▆-fda-email-4053-fda-proposed-pmrs-nda211970.pdf | NDA 211970 | FDA provided postmarketing requirements for the golodirsen NDA. |
| 12/3/2019 | ▆▆-srpt-email-fda-4053-fda-proposed-pmrs-nda211970.pdf | NDA 211970 | SRPT notifying FDA the proposed PMRs have been reviewed |
| 12/3/2019 | ▆▆-srpt-email-fda-4053-fda-information-request-nda211970.pdf | NDA 211970 | SRPT providing FDA courtesy copy of the response being submitted |
| 12/4/2019 | ▆▆-srpt-email-fda-4053-fda-proposed-pmrs-nda211970.pdf | NDA 211970 | SRPT notifying FDA of a formal submission |
| 12/6/2019 | ▆▆-fda-email-4053-fda-proposed-labeling-text-nda211970.pdf | NDA 211970 | FDA proposed labeling text for NDA 211970 |
| 12/6/2019 | ▆▆-srpt-email-fda-4053-fda-proposed-labeling-text- | NDA 211970 | SRPT providing courtesty copies of proposed final labeling to FDA |

SRPT-VYDS-0005226

| Date | Submission Activity Name | Application | Summary |
|------|--------------------------|-------------|---------|
|  | nda211970.pdf |  |  |
| 12/6/2019 | ▮▮-srpt-email-fda-4053-fda-proposed-labeling-text-nda211970-receipt-confirmation.pdf | NDA 211970 | SRPT confirming receipt of proposed labeling edits from FDA |
| 12/6/2019 | ▮▮-srpt-email-fda-4053-fda-proposed-labeling-text-nda211970(2).pdf | NDA 211970 | SRPT providing courtesy copies of proposed final labeling to FDA |
| 12/6/2019 | ▮▮-srpt-email-fda-4053-fda-proposed-labeling-text-nda211970-confirm-receipt.pdf | NDA 211970 | SRPT confirming receipt of proposed labeling edits from FDA |
| 12/9/2019 | ▮▮-fda-email-4053-request-for-information-fda-proposed-labeling-text-nda-211970.pdf | NDA 211970 | SRPT confirm receipt of proposed labeling text for NDA 211970 |
| 12/9/2019 | ▮▮-fda-email-4053-request-for-information-fda-proposed-labeling-text-nda211970.pdf | NDA 211970 | FDA asking for SRPT to provide a response to an information request |
| 12/9/2019 | ▮▮-srpt-email-fda-4053-request-for-information-fda-proposed-labeling-text-nda211970.pdf | NDA 211970 | SRPT confirming receipt of email from FDA about not submitting labeling until there is an agreed-upon PI |
| 12/9/2019 | ▮▮-srpt-email-fda-4053-fda-proposed-labeling-text-nda211970-rfi-renal-tox-labeling.pdf | NDA 211970 | SRPT response to an FDA information request |
| 12/9/2019 | ▮▮-srpt-email-fda-4053-fda-proposed-labeling-text-nda211970-rfi-response.pdf | NDA 211970 | SRPT thanking FDA for clarification. SRPT notifying FDA that submission will only include response to questions |
| 12/9/2019 | ▮▮-srpt-email-fda-4053-request-for-information-fda-proposed-labeling-text-nda211970-confirmation.pdf | NDA 211970 | SRPT confirm receipt of information request. |
| 12/9/2019 | ▮▮-fda-email-4053-fda-proposed-labeling-text-nda211970.pdf | NDA 211970 | FDA confirming SRPT notification of a formal submission of labeling. FDA tellign SRPT to wait until there is an agreed-upon PI |
| 12/10/2019 | ▮▮-srpt-email-fda-4053-fda-proposed-labeling-text-nda211970-fda-edits.pdf | NDA 211970 | SRPT sending FDA updated proposed PI |
| 12/10/2019 | ▮▮-fda-email-4053-fda-proposed-labeling-text-nda211970.pdf | NDA 211970 | FDA confirming receipt of updated proposed PI |
| 12/11/2019 | ▮▮-fda-email-4053-request-for-information-fda-proposed-labeling-text-nda211970.pdf | NDA 211970 | FDA instruct SRPT to respond to the proposed labeling via email. |
| 12/11/2019 | ▮▮-request-for-information-fda-proposed-labeling-text-nda211970.pdf | NDA 211970 | FDA request for information regarding proposed renal monitoring in labeling. |
| 12/11/2019 | ▮▮-srpt-email-fda-4053-fda-proposed-labeling-text-nda211970.pdf | NDA 211970 | SRPT confirming receipt of FDA notification that the agreed-upon labeling can be formally submitted |
| 12/11/2019 | ▮▮srpt-email-fda-4053-request-for-information-fda-proposed-labeling-text-nda211970.pdf | NDA 211970 | SRPT asking FDA if agency will have it's own press release about approval |
| 12/11/2019 | ▮▮-srpt-email-fda-4053-call-request-for-information-fda-proposed-labeling-text-nda211970.pdf | NDA 211970 | SRPT request for phone call with FDA |

SRPT-VYDS-0005227

| Date | Submission Activity Name | Application | Summary |
|------|-------------------------|-------------|---------|
| 12/11/2019 | ▮▮-srpt-email-fda-request-for-information-confirmation-fda-proposed-labeling-text-nda211970.pdf | NDA 211970 | SRPT asking FDA if proposed labeling can be sent via email or if a formal submission is needed |
| 12/11/2019 | ▮▮-srpt-email-fda-4053-fda-proposed-labeling-text-nda211970-receipt-confirmation.pdf | NDA 211970 | SRPT confiming receipt of and agreement to FDA proposed labeling text. |
| 12/11/2019 | ▮▮-srpt-email-fda-4053-fda-proposed-labeling-text-nda211970-fda-edits.pdf | NDA 211970 | SRPT proving FDA with revised proposed labeling incorporating response to FDA information request |
| 12/11/2019 | ▮▮-srpt-email-fda-4053-fda-proposed-labeling-text-nda211970-confirm-receipt-request.pdf | NDA 211970 | SRPT confirming FDA infromation request |
| 12/11/2019 | ▮▮-fda-email-4053-fda-proposed-labeling-text-nda211970-fda-edits.pdf | NDA 211970 | FDA sending SRPT FDA proposed labeling text, dated 11Dec2019 for golodirsen |
| 12/11/2019 | ▮▮-fda-email-4053-fda-proposed-labeling-text-nda211970-formally-submit-labeling.pdf | NDA 211970 | FDA notifying SRPT to formally submit the agreed-upon labeling |
| 12/12/2019 | ▮▮-fda-email-4053-agreed-upon-pi-fda-proposed-labeling-text-nda211970.pdf | NDA 211970 | FDA provided clean version of the golodirsen agreed-upon labeling dated 11Dec2019. |
| 12/12/2019 | NDA 211970 Approval | NDA 211970 | |

14481558.1

41

SRPT-VYDS-0005228



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22314-1450
www.uspto.gov

Food and Drug Administration
CDER, Office of Regulatory Policy
10903 New Hampshire Avenue,
Bldg. 51 Room 6250
Silver Spring MD 20993-0002

MAR 1 1 2020

Attention:  Beverly Friedman

The attached application for patent term extension of U.S. Patent No. 9,994,851 was filed on February 4, 2020, under 35 U.S.C. § 156.  Please note that patent term extension applications for U.S. Patent No. 9,024,007, U.S. Patent No. 10,227,590, U.S. Patent No. 10,266,827, U.S. Patent No. 10,421,966, and U.S. Patent No. RE47,691 for new drug application (NDA) No. 211970 for the drug product VYONDYS 53® (golodirsen) were filed concurrently, pursuant to the provisions of 37 C.F.R. § 1.785.

The assistance of your Office is requested in confirming that the product identified in the application, VYONDYS 53® (golodirsen), has been subject to a regulatory review period within the meaning of 35 U.S.C. § 156(g) before its first commercial marketing or use and that the application for patent term extension was filed within the sixty-day period beginning on the date the product was approved.  Since a determination has not been made whether the patent in question claims a product which has been subject to the Federal Food, Drug and Cosmetic Act, or a method of manufacturing or use of such a product, this communication is NOT to be considered as notice which may be made in the future pursuant to 35 U.S.C. § 156(d)(2)(A).

Our review of the application to date indicates that the subject patent would be eligible for extension of the patent term under 35 U.S.C. § 156.

Inquiries regarding this communication should be directed to the undersigned at (571) 272-0909 (telephone) or (571) 273-0909 (facsimile) or by e-mail at ali.salimi@uspto.gov.

Ali Salimi
Senior Legal Advisor
Office of Patent Legal Administration
Office of the Deputy Commissioner
 for Patent Examination Policy

cc:    Eric K. Steffe
       Sterne, Kessler, Goldstein & Fox P.L.L.C.
       1100 New York Avenue, N.W.
       Washington, D.C. 20005

SRPT-VYDS-0005229



**U.S. FOOD & DRUG**
ADMINISTRATION

Re: VYONDYS 53
Patent Nos. 9,994,851; 9,024,007;
10,227,590; 10,266,827;
10,421,966; and RE47691
Docket Nos. FDA-2020-E-1318;
FDA-2020-E-1319;
FDA-2020-E-1320;
FDA-2020-E-1321;
FDA-2020-E-1322;
and FDA-2020-E-1323

The Honorable Andrei Iancu
Under Secretary of Commerce for Intellectual Property
Director, United States Patent and Trademark Office
Mail Stop Hatch-Waxman PTE
P.O. Box 1450
Alexandria, VA 22313-1450

JUL 14 2020

Dear Director Iancu:

This is concerning the applications for patent term extension for U.S. Patent Nos. 9,994,851; 9,024,007; 10,227,590; 10,266,827; 10,421,966; and RE47691 filed by The University of Western Australia, under 35 U.S.C. 156. The human drug product claimed by the patents is VYONDYS 53 (golodirsen), which was assigned new drug application (NDA) No. 211970.

A review of the Food and Drug Administration's official records indicates that this product was subject to a regulatory review period before its commercial marketing or use, as required under 35 U.S.C. 156(a)(4). Our records also indicate that it represents the first permitted commercial marketing or use of the product, as defined under 35 U.S.C. 156(f)(1).

NDA 211970 was approved on December 12, 2019, which makes the submission of the patent term extension application on February 4, 2020, timely within the meaning of 35 U.S.C. 156(d)(1).

Should you conclude that the subject patent is eligible for patent term extension, please advise us accordingly. As required by 35 U.S.C. 156(d)(2)(A) we will then determine the applicable regulatory review period, publish the determination in the *Federal Register*, and notify you of our determination.

**U.S. Food and Drug Administration**
**10903 New Hampshire Avenue**
WO Building 51, Room 1251
Silver Spring, MD 20993-0002
www.fda.gov

SRPT-VYDS-0005230

VYONDYS 53
Patent No. 9,994,851; 9,024,007; 10,227,590; 10,266,827; 10,421,966; and RE47691
Page 2

Please let me know if we can be of further assistance.

Sincerely yours,

Patrizia Cavazzoni, M.D., Acting Director
Center for Drug Evaluation and Research
Food and Drug Administration

cc:   Eric K. Steffe
      Sterne, Kessler, Goldstein & Fox P.L.L.C.
      1100 New York Avenue, N.W.
      Washington, DC  20005

SRPT-VYDS-0005231

 U.S. FOOD & DRUG ADMINISTRATION

Re: VYONDYS 53
Patent Nos. 9,994,851; 9,024,007;
10,227,590; 10,266,827;
10,421,966; and RE47691
Docket Nos. FDA-2020-E-1318;
FDA-2020-E-1319;
FDA-2020-E-1320;
FDA-2020-E-1321;
FDA-2020-E-1322;
and FDA-2020-E-1323

The Honorable Andrei Iancu
Under Secretary of Commerce for Intellectual Property
Director, United States Patent and Trademark Office
Mail Stop Hatch-Waxman PTE
P.O. Box 1450
Alexandria, VA 22313-1450

JUL 14 2020

Dear Director Iancu:

This is concerning the applications for patent term extension for U.S. Patent Nos. 9,994,851; 9,024,007; 10,227,590; 10,266,827; 10,421,966; and RE47691 filed by The University of Western Australia, under 35 U.S.C. 156. The human drug product claimed by the patents is VYONDYS 53 (golodirsen), which was assigned new drug application (NDA) No. 211970.

A review of the Food and Drug Administration's official records indicates that this product was subject to a regulatory review period before its commercial marketing or use, as required under 35 U.S.C. 156(a)(4). Our records also indicate that it represents the first permitted commercial marketing or use of the product, as defined under 35 U.S.C. 156(f)(1).

NDA 211970 was approved on December 12, 2019, which makes the submission of the patent term extension application on February 4, 2020, timely within the meaning of 35 U.S.C. 156(d)(1).

Should you conclude that the subject patent is eligible for patent term extension, please advise us accordingly. As required by 35 U.S.C. 156(d)(2)(A) we will then determine the applicable regulatory review period, publish the determination in the *Federal Register*, and notify you of our determination.

**U.S. Food and Drug Administration**
**10903 New Hampshire Avenue**

SRPT-VYDS-0005232

VYONDYS 53
Patent No. 9,994,851; 9,024,007; 10,227,590; 10,266,827; 10,421,966; and RE47691
Page 2

Please let me know if we can be of further assistance.

Sincerely yours,

Patrizia Cavazzoni, M.D., Acting Director
Center for Drug Evaluation and Research
Food and Drug Administration

cc:    Eric K. Steffe
Sterne, Kessler, Goldstein & Fox P.L.L.C.
1100 New York Avenue, N.W.
Washington, DC  20005

SRPT-VYDS-0005233



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22314-1450
www.uspto.gov

Food and Drug Administration
CDER, Office of Regulatory Policy
10903 New Hampshire Avenue,
Bldg. 51 Room 6250
Silver Spring MD 20993-0002

March 5, 2021

Attention:  Beverly Friedman

Dear Sir:

Transmitted herewith is a copy of the application for patent term extension of U.S. Patent No. 9,994,851.  The application was filed on February 4, 2020, under 35 U.S.C. § 156.  Please note that patent term extension applications for U.S. Patent No. 9,024,007, U.S. Patent No. 10,227,590, U.S. Patent No. 10,266,827, U.S. Patent No. 10,421,966, and U.S. Patent No. RE47,691 based on the regulatory review of NDA 211970 for the product VYONDYS 53® (golodirsen) were filed concurrently, pursuant to the provisions of 37 C.F.R. § 1.785.

The patent claims a product which has been subject to review under the Federal Food, Drug and Cosmetic Act, or a method of manufacturing or use of such a product.  Subject to final review, the subject patent is considered to be eligible for patent term extension.  Thus, a determination by your office of the applicable regulatory review period is necessary.  Accordingly, notice and a copy of the application are provided pursuant to 35 U.S.C. § 156(d)(2)(A).

Inquiries regarding this communication should be directed to the undersigned at (571) 272-0909 (telephone) or by e-mail to ali.salimi@uspto.gov.


_____/Ali Salimi/_____
Ali Salimi
Senior Legal Advisor
Office of Patent Legal Administration
Office of the Deputy Commissioner
  for Patent Examination Policy


cc:    Eric K. Steffe
       Sterne, Kessler, Goldstein & Fox P.L.L.C.
       1100 New York Avenue, N.W.
       Washington, D.C. 20005

RE:  VYONDYS 53® (golodirsen)
Docket No. FDA-2020-E-1318



## UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY.DOCKET NO./TITLE | REQUEST ID |
|---|---|---|---|---|
| 15/705,172 | 09/14/2017 | Stephen Donald WILTON | 4140.01500A9 | 135376 |

## Acknowledgement of Loss of Entitlement to Entity Status Discount

The entity status change request below filed through Private PAIR on 03/30/2021 has been accepted.

## CERTIFICATIONS:

| **Change of Entity Status:** |
|---|
| ✕ Applicant changing to regular undiscounted fee status.<br>NOTE: Checking this box will be taken to be notification of loss of entitlement to small or micro entity status, as applicable. |

**This portion must be completed by the signatory or signatories making the entity status change in accordance with 37 CFR 1.4(d)(4).**

| **Signature:** | /Christopher Verni, Reg. No. 48322/ |
|---|---|
| **Name:** | Christopher Verni |
| **Registration Number:** | 48322 |

AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court     **for the District of Delaware**     on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED<br>7/13/2021 | U.S. DISTRICT COURT<br>for the District of Delaware |
| --- | --- | --- |
| PLAINTIFF<br>NIPPON SHINYAKU CO., LTD. | | DEFENDANT<br>SAREPTA THERAPEUTICS, INC. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| --- | --- | --- | --- |
| 1 | 9,708,361 | 7/18/2017 | Nippon Shinyaku |
| 2 | 10,385,092 | 8/20/2019 | Nippon Shinyaku |
| 3 | 10,407,461 | 9/10/2019 | Nippon Shinyaku |
| 4 | 10,487,106 | 11/26/2019 | Nippon Shinyaku |
| 5 | 10,647,741 | 5/20/2020 | Nippon Shinyaku |

Additional patents including by initial pleading listed below.

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED<br>7/13/2021 | INCLUDED BY    ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☑ Other Pleading |
| --- | --- |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| --- | --- | --- | --- |
| 1 | 10,662,217 | 5/26/2020 | Nippon Shinyaku |
| 2 | 10,683,322 | 6/16/2020 | Nippon Shinyaku |
| 3 | 9,994,851 | 6/12/2018 | Sarepta Therapeutics, Inc. |
| 4 | 10,227,590 | 3/12/2019 | Sarepta Therapeutics, Inc. |
| 5 | 10,266,827 | 4/23/2019 | Sarepta Therapeutics, Inc. |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
| --- |
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
| --- | --- | --- |
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director**    **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**    **Copy 4—Case file copy**

SRPT-VYDS-0005236

Re: VYONDYS 53
Patent Nos.: 9,024,007; 9,994,851;
10,227,590; 10,266,827;
10,421,966; and RE47,691
Docket Nos.: FDA-2020-E-1318;
FDA-2020-E-1319; FDA-2020-E-1320;
FDA-2020-E-1321; FDA-2020-E-1322;
and FDA-2020-E-1323

The Honorable Drew Hirshfeld
Acting Under Secretary of Commerce for Intellectual Property and
Director, United States Patent and Trademark Office
Mail Stop Hatch-Waxman PTE
P.O. Box 1450
Alexandria, VA 22313-1450

OCT 2 2 2021

Dear Director Hirshfeld:

This is in regard to the applications for patent term extension for U.S. Patent Nos. 9,024,007;
9,994,851; 10,227,590; 10,266,827; 10,421,966; and RE47,691, filed by The University of
Western Australia, under 35 U.S.C. 156 et seq. The U.S. Food and Drug Administration (FDA)
has reviewed the dates contained in the applications and has determined the regulatory review
period for VYONDYS 53 (golodirsen), the human drug product claimed by the patents.

The total length of the regulatory review period for VYONDYS 53 is 1,833 days. During this
time, 1,474 days occurred during the testing phase and 359 days occurred during the approval
phase. These periods of time were derived from the following dates:

1.  The date this biologic product became effective according to an exemption under section
    505(i) of the Federal Food, Drug, and Cosmetic Act (FD&C Act)(21 U.S.C. 355(i)):
    December 7, 2014.

    The applicant claims January 28, 2016, as the date the investigational new drug
    application (IND) became effective. However, FDA records indicate that the IND's first
    effective date was December 7, 2014, which was thirty days after FDA receipt of the
    IND.

2.  The date the application was initially submitted with respect to the new drug application
    under section 505 of the Federal Food, Drug, and Cosmetic Act: December 19, 2018.

**U.S. Food and Drug Administration**
**10903 New Hampshire Avenue**
**WO Building 51, Room 6250**
**Silver Spring, MD 20993-0002**
**www.fda.gov**

FDA has verified the applicant's claim that the new drug application (NDA) for VYONDYS 53 (NDA 211970) was initially submitted on December 19, 2018.

3.    <u>The date the application was approved</u>: December 12, 2019.

FDA has verified the applicant's claim that NDA 211970 was approved on December 12, 2019.

This determination of the regulatory review period by FDA does not take into account the effective date of the patent, nor does it exclude one-half of the testing phase as required by 35 U.S.C. section 156(c)(2).

Please let me know if we can be of further assistance.

Sincerely yours,

Patrizia Cavazzoni, M.D., Director
Center for Drug Evaluation and Research
Food and Drug Administration

cc:    Eric K. Steffe
Sterne, Kessler, Goldstein & Fox P.L.L.C.
1100 New York Avenue, N.W.
Washington, DC 20005

we will also code and compare responses across types of drug names.

FDA estimates the burden of this collection of information as follows:

TABLE 1—ESTIMATED ANNUAL REPORTING BURDEN [1]

| Activity | Number of respondents | Number of responses per respondent | Total annual responses | Average burden per response | Total hours |
|---|---|---|---|---|---|
| **General Consumer Population** | | | | | |
| Pretest 1 screener (assumes 80% eligible) | 22 | 1 | 22 | 0.08 (5 minutes) | 1.8 |
| Pretest 1 survey | $15 + 10\%$ [2] $= 17$ | 1 | $15 + 10\%$ [2] $= 17$ | 0.33 (20 minutes) | 5.6 |
| Pretest 2 screener (assumes 80% eligible) | 22 | 1 | 22 | 0.08 (5 minutes) | 1.8 |
| Pretest 2 survey | $15 + 10\%$ [2] $= 17$ | 1 | $15 + 10\%$ [2] $= 17$ | 0.33 (20 minutes) | 5.6 |
| Main study screener completes (assumes 80% eligible). | 413 | 1 | 413 | 0.08 (5 minutes) | 33 |
| Main study survey completes | $300 + 10\%$ [2] $= 330$ | 1 | $300 + 10\%$ [2] $= 330$ | 0.33 (20 minutes) | 108.9 |
| **PCP Population** | | | | | |
| Pretest 1 screener (assumes 30% eligible) | 57 | 1 | 57 | 0.08 (5 minutes) | 4.6 |
| Pretest 1 survey | $15 + 10\%$ [2] $= 17$ | 1 | $15 + 10\%$ [2] $= 17$ | 0.33 (20 minutes) | 5.6 |
| Pretest 2 screener (assumes 30% eligible) | 57 | 1 | 57 | 0.08 (5 minutes) | 4.6 |
| Pretest 2 survey | $15 + 10\%$ [2] $= 17$ | 1 | $15 + 10\%$ [2] $= 17$ | 0.33 (20 minutes) | 5.6 |
| Main study screener completes (assumes 30% eligible). | 1,100 | 1 | 1,100 | 0.08 (5 minutes) | 88 |
| Main study survey completes | $300 + 10\%$ [2] $= 330$ | 1 | $300 + 10\%$ [2] $= 330$ | 0.33 (20 minutes) | 108.9 |
| Total | | | | | 374 |

[1] There are no capital costs or operating and maintenance costs associated with this collection of information.
[2] As with most online and mail surveys, it is always possible that some participants are in the process of completing the survey when the target number is reached and that those surveys will be completed and received before the survey is closed out. To account for this, we have estimated approximately 10 percent overage for both samples in the study.

Dated: October 22, 2021.

**Lauren K. Roth,**
*Associate Commissioner for Policy.*
[FR Doc. 2021–23731 Filed 10–29–21; 8:45 am]
BILLING CODE 4164–01–P

---

## DEPARTMENT OF HEALTH AND HUMAN SERVICES

### Food and Drug Administration

[Docket Nos. FDA–2020–E–1318, FDA–2020–E–1319, FDA–2020–E–1320, FDA–2020–E–1321, FDA–2020–E–1322, and FDA–2020–E–1323]

### Determination of Regulatory Review Period for Purposes of Patent Extension; VYONDYS 53

**AGENCY:** Food and Drug Administration, HHS.

**ACTION:** Notice.

**SUMMARY:** The Food and Drug Administration (FDA or the Agency) has determined the regulatory review period for VYONDYS 53 and is publishing this notice of that determination as required by law. FDA has made the determination because of the submission of applications to the Director of the U.S. Patent and Trademark Office (USPTO), Department of Commerce, for the extension of a patent which claims that human drug product.

**DATES:** Anyone with knowledge that any of the dates as published (see **SUPPLEMENTARY INFORMATION**) are incorrect may submit either electronic or written comments and ask for a redetermination by January 3, 2022. Furthermore, any interested person may petition FDA for a determination regarding whether the applicant for extension acted with due diligence during the regulatory review period by May 2, 2022. See "Petitions" in the **SUPPLEMENTARY INFORMATION** section for more information.

**ADDRESSES:** You may submit comments as follows. Please note that late, untimely filed comments will not be considered. Electronic comments must be submitted on or before January 3, 2022. The *https://www.regulations.gov* electronic filing system will accept comments until 11:59 p.m. Eastern Time at the end of January 3, 2022. Comments received by mail/hand delivery/courier (for written/paper submissions) will be considered timely if they are postmarked or the delivery service acceptance receipt is on or before that date.

*Electronic Submissions*

Submit electronic comments in the following way:

• *Federal eRulemaking Portal: https://www.regulations.gov.* Follow the instructions for submitting comments. Comments submitted electronically, including attachments, to *https://www.regulations.gov* will be posted to the docket unchanged. Because your comment will be made public, you are solely responsible for ensuring that your comment does not include any confidential information that you or a third party may not wish to be posted, such as medical information, your or anyone else's Social Security number, or confidential business information, such as a manufacturing process. Please note that if you include your name, contact information, or other information that identifies you in the body of your comments, that information will be posted on *https://www.regulations.gov.*

• If you want to submit a comment with confidential information that you do not want to be made available to the public, submit the comment as a written/paper submission and in the manner detailed (see "Written/Paper Submissions" and "Instructions").

*Written/Paper Submissions*

Submit written/paper submissions as follows:

• *Mail/Hand Delivery/Courier (for written/paper submissions):* Dockets Management Staff (HFA–305), Food and

Drug Administration, 5630 Fishers Lane, Rm. 1061, Rockville, MD 20852.

• For written/paper comments submitted to the Dockets Management Staff, FDA will post your comment, as well as any attachments, except for information submitted, marked and identified, as confidential, if submitted as detailed in "Instructions."

*Instructions:* All submissions received must include the Docket Nos. FDA–2020–E–1318, FDA–2020–E–1319, FDA–2020–E–1320, FDA–2020–E–1321, FDA–2020–E–1322, and FDA–2020–E–1323 for "Determination of Regulatory Review Period for Purposes of Patent Extension; VYONDYS 53". Received comments, those filed in a timely manner (see **ADDRESSES**), will be placed in the docket and, except for those submitted as "Confidential Submissions," publicly viewable at *https://www.regulations.gov* or at the Dockets Management Staff between 9 a.m. and 4 p.m., Monday through Friday, 240–402–7500.

• Confidential Submissions—To submit a comment with confidential information that you do not wish to be made publicly available, submit your comments only as a written/paper submission. You should submit two copies total. One copy will include the information you claim to be confidential with a heading or cover note that states "THIS DOCUMENT CONTAINS CONFIDENTIAL INFORMATION." The Agency will review this copy, including the claimed confidential information, in its consideration of comments. The second copy, which will have the claimed confidential information redacted/blacked out, will be available for public viewing and posted on *https://www.regulations.gov.* Submit both copies to the Dockets Management Staff. If you do not wish your name and contact information to be made publicly available, you can provide this information on the cover sheet and not in the body of your comments and you must identify this information as "confidential." Any information marked as "confidential" will not be disclosed except in accordance with § 10.20 (21 CFR 10.20) and other applicable disclosure law. For more information about FDA's posting of comments to public dockets, see 80 FR 56469, September 18, 2015, or access the information at: *https:// www.govinfo.gov/content/pkg/FR-2015-09-18/pdf/2015-23389.pdf.*

*Docket:* For access to the docket to read background documents or the electronic and written/paper comments received, go to *https:// www.regulations.gov* and insert the docket number, found in brackets in the heading of this document, into the "Search" box and follow the prompts and/or go to the Dockets Management Staff, 5630 Fishers Lane, Rm. 1061, Rockville, MD 20852, 240–402–7500.

**FOR FURTHER INFORMATION CONTACT:** Beverly Friedman, Office of Regulatory Policy, Food and Drug Administration, 10903 New Hampshire Ave., Bldg. 51, Rm. 6250, Silver Spring, MD 20993, 301–796–3600.

**SUPPLEMENTARY INFORMATION:**

**I. Background**

The Drug Price Competition and Patent Term Restoration Act of 1984 (Pub. L. 98–417) and the Generic Animal Drug and Patent Term Restoration Act (Pub. L. 100–670) generally provide that a patent may be extended for a period of up to 5 years so long as the patented item (human drug or biologic product, animal drug product, medical device, food additive, or color additive) was subject to regulatory review by FDA before the item was marketed. Under these acts, a product's regulatory review period forms the basis for determining the amount of extension an applicant may receive.

A regulatory review period consists of two periods of time: a testing phase and an approval phase. For human drug products, the testing phase begins when the exemption to permit the clinical investigations of the drug becomes effective and runs until the approval phase begins. The approval phase starts with the initial submission of an application to market the human drug product and continues until FDA grants permission to market the drug product. Although only a portion of a regulatory review period may count toward the actual amount of extension that the Director of USPTO may award (for example, half the testing phase must be subtracted as well as any time that may have occurred before the patent was issued), FDA's determination of the length of a regulatory review period for a human drug product will include all of the testing phase and approval phase as specified in 35 U.S.C. 156(g)(1)(B).

FDA has approved for marketing the human drug product VYONDYS 53 (golodirsen). VYONDYS 53 is indicated for the treatment of Duchenne muscular dystrophy (DMD) in patients who have a confirmed mutation of the DMD gene that is amenable to exon 53 skipping. This indication is approved under accelerated approval based on an increase in dystrophin production in skeletal muscle observed in patients treated with VYONDYS 53. Continued approval for this indication may be contingent upon verification of a clinical benefit in confirmatory trials. Subsequent to this approval, the USPTO received patent term restoration applications for VYONDYS 53 (U.S. Patent Nos. 9,024,007; 9,994,851; 10,227,590; 10,266,827; 10,421,966; and RE47,691) from The University of Western Australia, and the USPTO requested FDA's assistance in determining the patents' eligibility for patent term restoration. In a letter dated July 14, 2020, FDA advised the USPTO that this human drug product had undergone a regulatory review period and that the approval of VYONDYS 53 represented the first permitted commercial marketing or use of the product. Thereafter, the USPTO requested that FDA determine the product's regulatory review period.

**II. Determination of Regulatory Review Period**

FDA has determined that the applicable regulatory review period for VYONDYS 53 is 1,833 days. Of this time, 1,474 days occurred during the testing phase of the regulatory review period, while 359 days occurred during the approval phase. These periods of time were derived from the following dates:

1. *The date an exemption under section 505(i) of the Federal Food, Drug, and Cosmetic Act (FD&C Act) (21 U.S.C. 355(i)) became effective:* December 7, 2014. The University of Western Australia claims that January 28, 2016, is the date the investigational new drug application (IND) became effective. However, FDA records indicate that the IND's first effective date was December 7, 2014, which was 30 days after FDA receipt of the IND.

2. *The date the application was initially submitted with respect to the human drug product under section 505 of the FD&C Act:* December 19, 2018. FDA has verified the applicant's claim that the new drug application (NDA) for VYONDYS 53 (NDA 211970) was initially submitted on December 19, 2018.

3. *The date the application was approved:* December 12, 2019. FDA has verified the applicant's claim that NDA 211970 was approved on December 12, 2019.

This determination of the regulatory review period establishes the maximum potential length of a patent extension. However, the USPTO applies several statutory limitations in its calculations of the actual period for patent extension. In its applications for patent extension, this applicant seeks 80 days, 124 days, 276 days, 454 days, or 888 days of patent term extension.

## III. Petitions

Anyone with knowledge that any of the dates as published are incorrect may submit either electronic or written comments and, under 21 CFR 60.24, ask for a redetermination (see **DATES**). Furthermore, as specified in § 60.30 (21 CFR 60.30), any interested person may petition FDA for a determination regarding whether the applicant for extension acted with due diligence during the regulatory review period. To meet its burden, the petition must comply with all the requirements of § 60.30, including but not limited to: must be timely (see **DATES**), must be filed in accordance with § 10.20, must contain sufficient facts to merit an FDA investigation, and must certify that a true and complete copy of the petition has been served upon the patent applicant. (See H. Rept. 857, part 1, 98th Cong., 2d sess., pp. 41–42, 1984.) Petitions should be in the format specified in 21 CFR 10.30.

Submit petitions electronically to *https://www.regulations.gov* at Docket No. FDA–2013–S–0610. Submit written petitions (two copies are required) to the Dockets Management Staff (HFA–305), Food and Drug Administration, 5630 Fishers Lane, Rm. 1061, Rockville, MD 20852.

Dated: October 22, 2021.

**Lauren K. Roth,**

*Associate Commissioner for Policy.*

[FR Doc. 2021–23724 Filed 10–29–21; 8:45 am]

**BILLING CODE 4164–01–P**

## DEPARTMENT OF HEALTH AND HUMAN SERVICES

### Food and Drug Administration

[Docket No. FDA–2018–N–4130]

### Agency Information Collection Activities; Proposed Collection; Comment Request; Recordkeeping Requirements for Microbiological Testing and Corrective Measures for Bottled Water

**AGENCY:** Food and Drug Administration, HHS.

**ACTION:** Notice.

**SUMMARY:** The Food and Drug Administration (FDA, Agency, or we) is announcing an opportunity for public comment on the proposed collection of certain information by the Agency. Under the Paperwork Reduction Act of 1995 (PRA), Federal Agencies are required to publish notice in the **Federal Register** concerning each proposed collection of information, including each proposed extension of an existing collection of information, and to allow 60 days for public comment in response to the notice. This notice solicits comments on the procedure by which both domestic and foreign bottled water manufacturers that sell bottled water in the United States maintain records of microbiological testing and corrective measures, in addition to existing recordkeeping requirements.

**DATES:** Submit either electronic or written comments on the collection of information by January 3, 2022.

**ADDRESSES:** You may submit comments as follows. Please note that late, untimely filed comments will not be considered. Electronic comments must be submitted on or before January 3, 2022. The *https://www.regulations.gov* electronic filing system will accept comments until 11:59 p.m. Eastern Time at the end of January 3, 2022. Comments received by mail/hand delivery/courier (for written/paper submissions) will be considered timely if they are postmarked or the delivery service acceptance receipt is on or before that date.

*Electronic Submissions*

Submit electronic comments in the following way:

• *Federal eRulemaking Portal: https://www.regulations.gov.* Follow the instructions for submitting comments. Comments submitted electronically, including attachments, to *https://www.regulations.gov* will be posted to the docket unchanged. Because your comment will be made public, you are solely responsible for ensuring that your comment does not include any confidential information that you or a third party may not wish to be posted, such as medical information, your or anyone else's Social Security number, or confidential business information, such as a manufacturing process. Please note that if you include your name, contact information, or other information that identifies you in the body of your comments, that information will be posted on *https://www.regulations.gov.*

• If you want to submit a comment with confidential information that you do not wish to be made available to the public, submit the comment as a written/paper submission and in the manner detailed (see "Written/Paper Submissions" and "Instructions").

*Written/Paper Submissions*

Submit written/paper submissions as follows:

• *Mail/Hand Delivery/Courier (for written/paper submissions):* Dockets Management Staff (HFA–305), Food and Drug Administration, 5630 Fishers Lane, Rm. 1061, Rockville, MD 20852.

• For written/paper comments submitted to the Dockets Management Staff, FDA will post your comment, as well as any attachments, except for information submitted, marked and identified, as confidential, if submitted as detailed in "Instructions."

*Instructions:* All submissions received must include the Docket No. FDA–2018–N–4130 for "Agency Information Collection Activities; Proposed Collection; Comment Request; Recordkeeping Requirements for Microbiological Testing and Corrective Measures for Bottled Water." Received comments, those filed in a timely manner (see **ADDRESSES**), will be placed in the docket and, except for those submitted as "Confidential Submissions," publicly viewable at *https://www.regulations.gov* or at the Dockets Management Staff between 9 a.m. and 4 p.m., Monday through Friday, 240–402–7500.

• Confidential Submissions—To submit a comment with confidential information that you do not wish to be made publicly available, submit your comments only as a written/paper submission. You should submit two copies total. One copy will include the information you claim to be confidential with a heading or cover note that states "THIS DOCUMENT CONTAINS CONFIDENTIAL INFORMATION." The Agency will review this copy, including the claimed confidential information, in its consideration of comments. The second copy, which will have the claimed confidential information redacted/blacked out, will be available for public viewing and posted on *https://www.regulations.gov.* Submit both copies to the Dockets Management Staff. If you do not wish your name and contact information to be made publicly available, you can provide this information on the cover sheet and not in the body of your comments and you must identify this information as "confidential." Any information marked as "confidential" will not be disclosed except in accordance with 21 CFR 10.20 and other applicable disclosure law. For more information about FDA's posting of comments to public dockets, see 80 FR 56469, September 18, 2015, or access the information at: *https://www.govinfo.gov/content/pkg/FR-2015-09-18/pdf/2015-23389.pdf.*

*Docket:* For access to the docket to read background documents or the electronic and written/paper comments received, go to *https://www.regulations.gov* and insert the docket number, found in brackets in the heading of this document, into the "Search" box and follow the prompts and/or go to the Dockets Management

SRPT-VYDS-0005241