# EXHIBIT 30

# Redacted in its entirety

# EXHIBIT 31
# Redacted in its entirety

# EXHIBIT 32

# Redacted in its entirety

# EXHIBIT 33

# Redacted in its entirety

# EXHIBIT 34

# Redacted in its entirety

# EXHIBIT 35

# Redacted in its entirety