THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SAREPTA THERAPEUTICS, INC.,<br><br>　　　　Defendant. | C.A. No. 21-1015 (JLH) |
| SAREPTA THERAPEUTICS, INC. and THE UNIVERSITY OF WESTERN AUSTRALIA,<br><br>　　　　Defendant/Counter-Plaintiffs,<br><br>　v.<br><br>NIPPON SHINYAKU CO., LTD.<br>and NS PHARMA, INC.<br><br>　　　　Plaintiff/Counter-Defendants. | |

### DECLARATION OF STEVEN F. DOWDY, Ph.D.

I, Steven F. Dowdy, Ph.D., declare as follows:

1. My name is Steven F. Dowdy. I am a resident of the United States.

2. I have been retained by counsel for Defendant/Counter-Plaintiffs Sarepta Therapeutics, Inc. ("Sarepta") and the University of Western Australia ("UWA") as an independent expert in the above captioned matter.

3. On September 8, 2023, I provided my Opening Expert Report. I understand that Nippon Shinyaku Co., Ltd. and NS Pharma, Inc (collectively "NS") filed a copy of my Opening Expert Report to the Court on December 11, 2023. *See* D.I. 427, Ex. 1. I have reviewed it and

confirm that it is a true and correct copy of my Opening Expert Report, which I provided on behalf of Sarepta and UWA.  I also confirm that it is a true and correct statement of my opinions and the evidence on which those opinions are based.

4. On October 11, 2023, I provided my Rebuttal Expert Report.  I understand that NS filed a copy of my Rebuttal Expert Report to the Court on December 11, 2023.  *See* D.I. 427, Ex. 2.  I have reviewed it and confirm that it is a true and correct copy of my Rebuttal Expert Report, which I provided on behalf of Sarepta and UWA.  I also confirm that it is a true and correct statement of my opinions and the evidence on which those opinions are based.

5. On October 27, 2023, I provided my Reply Expert Report.  I understand that NS filed a copy of my Reply Expert Report to the Court on December 11, 2023.  *See* D.I. 427, Ex. 3.  I have reviewed it and confirm that it is a true and correct copy of my Reply Expert Report, which I provided on behalf of Sarepta and UWA.  I also confirm that it is a true and correct statement of my opinions and the evidence on which those opinions are based.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATE:  January 9, 2024                    By: _____
                                              Steven F. Dowdy, Ph.D.

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 12, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Amy M. Dudash, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>1201 North Market Street, Suite 2201<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Amanda S. Williamson, Esquire<br>Christopher J. Betti, Esquire<br>Krista Vink Venegas, Esquire<br>Maria E. Doukas, Esquire<br>Michael T. Sikora, Esquire<br>Zachary Miller, Esquire<br>Guylaine Haché, Ph.D.<br>Wan-Shon Lo, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>110 North Wacker Drive, Suite 2800<br>Chicago, IL  60606<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Alison P. Patitucci, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA  19103<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Jitsuro Morishita, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>16F, Marunouchi Building,<br>2-4-1 Marunouchi, Chiyoda-ku<br>Tokyo, 100-6316 Japan<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Megan E. Dellinger*
_____
Megan E. Dellinger (#5739)