# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., <br>  Plaintiff, <br><br> v. <br><br> SAREPTA THERAPEUTICS, INC., <br>  Defendant. | C.A. No. 21-1015 (GBW) <br><br> **DEMAND FOR JURY TRIAL** |
| SAREPTA THERAPEUTICS, INC. and THE UNIVERSITY OF WESTERN AUSTRALIA, <br>  Defendant/Counter-Plaintiffs, <br><br> v. <br><br> NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC., <br>  Plaintiff/Counter-Defendants. | |

## NS'S CONCISE STATEMENT OF FACTS IN SUPPORT OF ITS OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT NO. 2 REGARDING LOST PROFITS

Amanda S. Williamson (admitted *pro hac vice*)
Christopher J. Betti (admitted *pro hac* vice)
Krista V. Venegas (admitted *pro hac* vice)
Wan-Shon Lo (admitted *pro hac vice*)
Maria E. Doukas (admitted *pro hac vice*)
Zachary Miller (admitted *pro hac vice*)
Guylaine Haché (admitted *pro hac vice*)
Michael T. Sikora (admitted *pro hac vice*)
110 N. Wacker Drive, Suite 2800
Chicago, IL  60601
Telephone:  312.324.1000 | Fax: 312.324.1001
amanda.williamson@morganlewis.com
christopher.betti@morganlewis.com
krista.venegas@morganlewis.com
shon.lo@morganlewis.com
maria.doukas@morganlewis.com
zachary.miller@morganlewis.com
guylaine.hache@morganlewis.com
michael.sikora@morganlewis.com

Amy M. Dudash (DE Bar No. 5741)
**MORGAN, LEWIS & BOCKIUS LLP**
1201 N. Market Street, Suite 2201
Wilmington, DE 19801
Telephone:  302.574.3000 | Fax: 302.574.3001
amy.dudash@morganlewis.com

Alison P. Patitucci (admitted *pro hac vice*)
2222 Market Street
Philadelphia, PA  19103
Telephone: 215.693.5000 | Fax: 215.963.5001
alison.patitucci@morganlewis.com

*Attorneys for Plaintiff/Counterclaim Defendant Nippon Shinyaku Co., Ltd. and Counterclaim Defendant NS Pharma, Inc.*

**Dated:  January 12, 2024**

1. Nippon Shinyaku Co., Ltd. ("Nippon Shinyaku") █████████████ D.I. 39-5 at Art. 3(2).

2. ████████████████████████████ NS Ex. 55, Gendron Dep. at 71:13-15.

3. Nippon Shinyaku ██████████████████ ("NS Pharma") for ████████████████████████████ D.I. 426-1 (Ex. 53) NS00036893 at 93-94 (████).

4. The ████████████████████ Nippon Shinyaku and NS Pharma. *See, e.g.*, D.I. 426-1 (Ex. 52) NS00065827 (NS Pharma's ████████████████████"); D.I. 426-1 (Ex. 53) NS00036893 at 97.

5. ████████████████████████████ D.I. 426-1 (Ex. 53) NS00036893 at 96 (████).

6. ████████████████████████████ D.I. 426-1 (Ex. 53) NS00036893 at 94 (████). ████████████████████████████ NS Ex. 54 (Hosfield Op. Rpt.) at 59-60.

7. ████████████████████████████ D.I. 426-1 (Ex. 53) NS00036893 at 98-99 (████). ████████████████████████████ NS Ex. 55 (Gendron Dep.) at 70:17-71:12.

8. ████████████████████████████ D.I. 426-1 (Ex. 53) NS00036893 at 99 (████). 



1

███████████████████████████ *Id.* at 98 (█████).

9.  ████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

██████████ D.I. 426-1 (Ex. 53) NS00036893 at 98 (█████), 06-07 (█████

██████████; NS Ex. 54 (Hosfield Op. Rpt.) at 80 (█████████████████████

█████████████████.

10. ████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████ D.I. 426-1 (Ex. 53) NS00036893 at 97 (████████████████████████

████████████████████████████████████████████████████████████████

██████████████████████████████); *see also* NS Ex. 56 (Toda Dep.) at 72:5-74:2

(██████████████████████████████████████████████████).

11. Historically, ████████████████████████████████████████

████████████████████████ *See, e.g.*, NS Ex. 57, NS00091316 (████████

████████████████████████████████████████████████████).

12. Likewise, historically, ███████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████ *See, e.g.*, D.I. 426-1

(Ex. 53) NS00036893 at 06-07 (2020); D.I. 426-1 (Ex. 56) NS00036968 (2021); D.I. 426-1 (Ex.

54) NS00091311 (2022); D.I. 426-1 (Ex. 57) NS00091312 (implementing █████████

████████████████████████████████████████████████████████████████

██████); *see also* NS Ex. 55 (Gendron Dep.) at 110:18-112:13 ("████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████); NS Ex. 54 (Hosfield Op. Rpt.) at

23-26 (detailing ███████████████).

13.　　NS Pharma ████████████████████████████████████████

██████████████████████████████████████████████████████████

███████████████████████. NS Pharma ███████████████████████

███████████████████████ NS Ex. 55 (Gendron Dep.) at 110:18-112:13.

14.　　NS's expert Mr. Mark Hosfield's "quantification of lost profits damages is based

████████████████████████████████████." NS Ex. 54, Hosfield Op. Rpt. at 60 (emphasis

added). To reach that quantification, Mr. Hosfield did "████████████████████████

███████████████████████" *Id.*

15.　　Mr. Hosfield reached his quantification by █████████████████████

██████"██████████████████████████████████████████████████

███████████ Viltepso® for the United States market. NS Ex. 54, Hosfield Op. Rpt. at 76-78.

16.　　Mr. Hosfield also analyzed whether Nippon Shinyaku and NS Pharma would have,

in the "but-for" world, ██████████████████████████████████. *See* NS Ex. 54, Hosfield Op.

Rpt. at 61-72. Mr. Hosfield concluded:



*Id.* at 78 (also accounting for ████████████████████████████████████

█████████████████████████████).

17.　　Mr. Hosfield explains that "█████████████████████████████████

3

███████████████████████████████████████" NS Ex. 54, Hosfield Op. Rpt. at 79 ("████████████████████████████

████████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████████

███████████████████"); *see also supra* NS Counter-Facts 2-3, 5-8.

18.  Mr. Hosfield concluded that, in the but-for world, Nippon Shinyaku ███████

████████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████ NS Ex. 54, Hosfield Op. Rpt. at 80-81; *see also* NS Ex. 55 (Gendron Dep.) at 111:16-112:4 ("██████

█████████████████████████████████████████████████").

19.  Sarepta/UWA expert Mr. John Jarosz merely summarizes case law addressing the "inexorable flow" doctrine. D.I. 427 (Ex. 10) Jarosz Reb. Rpt. ¶¶ 169-174. Mr. Jarosz provides a competing lost profits estimate and does not dispute that, ████████████████████████████

████████████████████████████████████████████████████████████████████████████████

████████████████████████ *See id.* ¶¶ 169-75.

20.  Mr. Jarosz does not critique Mr. Hosfield's lost profits opinions based ███████

███████████████████████ *See generally* D.I. 427 (Ex. 10) Jarosz Reb. Rpt. ¶¶ 107-175. His rebuttal report mentions ████████████████████████ only once. *Id.* ¶ 213.

21.  ████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████████

████████████████████████████████ *Id.* ¶ 3.

4

Dated:  January 12, 2024

Amanda S. Williamson (admitted *pro hac* vice)
Christopher J. Betti (admitted *pro hac* vice)
Krista V. Venegas (admitted *pro hac* vice)
Wan-Shon Lo (admitted *pro hac* vice)
Maria E. Doukas (admitted *pro hac vice*)
Zachary D. Miller (admitted *pro hac vice*)
Guylaine Haché (admitted *pro hac vice*)
Michael T. Sikora (admitted *pro hac vice*)
110 N. Wacker Drive, Suite 2800
Chicago, IL  60601
Telephone:  312.324.1000
Fax:  312.324.1001
amanda.williamson@morganlewis.com
christopher.betti@morganlewis.com
krista.venegas@morganlewis.com
shon.lo@morganlewis.com
maria.doukas@morganlewis.com
zachary.miller@morganlewis.com
guylaine.hache@morganlewis.com
michael.sikora@morganlewis.com

Alison P. Patitucci (admitted *pro hac vice*)
2222 Market Street
Philadelphia, PA  19103
Telephone: 215.693.5000
Fax: 215.963.5001
alison.patitucci@morganlewis.com

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

*/s/Amy M. Dudash*
Amy M. Dudash (DE Bar No. 5741)
1201 N. Market Street, Suite 2201
Wilmington, Delaware 19801
Telephone:  302.574.3000
Fax:  302.574.3001
amy.dudash@morganlewis.com

*Attorneys for Nippon Shinyaku Co., Ltd. and NS Pharma, Inc.*

5

## CERTIFICATE OF SERVICE

I, Amy Dudash, certify that on January 12, 2024, I caused a copy of the foregoing document which was filed under seal, to be served via electronic mail on the following counsel of record:

Jack B. Blumenfeld
Megan E. Dellinger
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

Charles E. Lipsey
J. Derek McCorquindale
Ryan P. O'Quinn
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
1875 Explorer Street, Suite 800
Reston, VA  20190-6023
(571) 203-2700

William B. Raich
Michael J. Flibbert
Yoonhee Kim
Yoonjin Lee
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC  20001-4413
(202) 408-4000

Alissa K. Lipton
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
Two Seaport Lane
Boston, MA  02210-2001
(617) 646-1600

                                                */s/Amy M. Dudash*
                                                Amy M. Dudash (DE Bar No. 5741)