IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., <br>     Plaintiff, <br><br> v. <br><br> SAREPTA THERAPEUTICS, INC., <br>     Defendant. <br><br> SAREPTA THERAPEUTICS, INC. and THE UNIVERSITY OF WESTERN AUSTRALIA, <br>     Defendant/Counter-Plaintiffs, <br><br> v. <br><br> NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC., <br>     Plaintiff/Counter-Defendants. | C.A. No. 21-1015 (JLH) |

**NS'S CONCISE STATEMENT OF FACTS IN SUPPORT OF ITS RESPONSE
TO SAREPTA AND UWA'S MOTION FOR SUMMARY JUDGMENT NO. 3
OF NO INEQUITABLE CONDUCT AND NO *WALKER PROCESS* FRAUD**

Amanda S. Williamson (admitted *pro hac vice*)
Christopher J. Betti (admitted *pro hac* vice)
Krista V. Venegas (admitted *pro hac* vice)
Wan-Shon Lo (admitted *pro hac vice*)
Maria E. Doukas (admitted *pro hac vice*)
Zachary Miller (admitted *pro hac vice*)
Guylaine Haché (admitted *pro hac vice*)
Michael T. Sikora (admitted *pro hac vice*)
110 N. Wacker Drive, Suite 2800
Chicago, IL 60601
Telephone: 312.324.1000 | Fax: 312.324.1001
amanda.williamson@morganlewis.com
christopher.betti@morganlewis.com
krista.venegas@morganlewis.com
shon.lo@morganlewis.com
maria.doukas@morganlewis.com
zachary.miller@morganlewis.com
guylaine.hache@morganlewis.com
michael.sikora@morganlewis.com

Amy M. Dudash (DE Bar No. 5741)
**MORGAN, LEWIS & BOCKIUS LLP**
1201 N. Market Street, Suite 2201
Wilmington, DE 19801
Telephone: 302.574.3000 | Fax: 302.574.3001
amy.dudash@morganlewis.com

Alison P. Patitucci (admitted *pro hac vice*)
2222 Market Street
Philadelphia, PA 19103
Telephone: 215.693.5000 | Fax: 215.963.5001
alison.patitucci@morganlewis.com

*Attorneys for Plaintiff/Counterclaim Defendant
Nippon Shinyaku Co., Ltd. and Counterclaim
Defendant NS Pharma, Inc.*

**Dated: January 12, 2024**

1. U.S. Patent Nos. 9,994,851 ("the '851 patent"), 10,227,590, and 10,266,827 (collectively, the "UWA Patents") (Sarepta Exs. 1-3) have substantively identical specifications and claim priority to PCT/AU2005/000943 ("the 2005 PCT") (Sarepta Ex. 11), the disclosure of which is substantively identical.

2. The 2005 PCT was filed on June 28, 2005. Sarepta Ex. 11.

3. Stephen Wilton and Sue Fletcher were involved in ▮▮▮▮▮▮▮▮▮▮▮▮. NS Ex. 38, Wilton Dep. 67:25-68:3; NS Ex. 39, Fletcher Dep. 63:20-23.

4. Table 39 in the UWA Patents' specification was first disclosed in the 2005 PCT.

5. The 2005 PCT and the UWA Patents' specification state that the antisense oligonucleotides ("AOs") in Table 39 were "tested at a concentration range of 50, 100, 300 and 600 nM" with the exception of one AO that was "not made yet." Sarepta Ex. 1, '851 patent Col. 64:46-47; Table 39.

6. The 2005 PCT and the UWA Patents' specification describes SEQ ID NO: 195 as a 2'-O-methyl phosphorothioate ("2-O-methyl") antisense oligonucleotide targeting H53A(+23+47). Sarepta Ex. 1, '851 patent, Table 39 and Col. 133-135.

7. Table 39 provides reports on the listed AOs' "ability to induce skipping" and that testing of SEQ ID NO: 195 showed "Very faint skipping to 50 nM." Sarepta Ex. 1, '851 patent, Table 39.

8. According to Sarepta's experts, the written description support for the limitation "induces exon 53 skipping" in the claims of the UWA Patents is found in Table 39. NS Ex. 8, Hirshfeld Report at 34 (citing Dowdy Report ¶ 117); NS Ex. 40, Hirshfeld Dep. 126:18-128:12 (discussing same).

9. ███████████████████████████████████████████
███ NS Ex. 41, ███████████ Notebook, SRPT-VYDS-0156085; NS Ex. 42, ███████
███ Notebook, SRPT-VYDS-0158109.

10. ███████████████████████████████████████████
██████████ NS Ex. 43, ███████████████ Notebook ███, SRPT-VYDS-0155714 at 754.

11. ██████████████████████████████████████████ NS Ex. 43, SRPT-VYDS-0155714 at 754; NS Ex. 44, ███████████████████████, FLETCHER0000226 at 250 (███████████████████).

12. ████████████████████████████████████ Ex. 41, SRPT-VYDS-0156085 at 088-89, 166, 172.

13. ███████████████████████████████████████████
████████████████████████████████ NS Ex. 41, SRPT-VYDS-0156085 at 088, 166, 172.

14. ███████████████████████████████████ NS Ex. 41, SRPT-VYDS-0156085; NS Ex. 42, SRPT-VYDS-0158109; NS Ex. 45, ███████████, SRPT-VYDS-0158291.

15. ███████████████████████████████████████████
████████████████ NS Ex. 41, SRPT-VYDS-0156085; NS Ex. 42, SRPT-VYDS-0158109; NS Ex. 45, SRPT-VYDS-0158291.

16. ████████████████████████████████████ NS Ex. 41, SRPT-VYDS-0156085 at 089, 265, 268, 273.



17. ███████████████████████████████████████ NS Ex. 41, SRPT-VYDS-0156085 at 089, 268-273.

18. ███████████████████████████████████████ NS Ex. 45, SRPT-VYDS-0158291 at 316-318.

19. ███████████████████████████████████████ NS Ex. 46, ███ Dep. 37:14-24, 38:17-20; NS Ex. 47, ██████████ Book █, SRPT-VYDS-0163133 at 231, 233 and 261, 284.

20. Harding et al., Mol. Ther. 15(1):157-166 (2007) ("Harding 2007") is an article by Wilton and Fletcher published in January 2007. Sarepta Ex. 55.

21. Harding 2007 was published after the claimed priority date of the UWA Patents.

22. The AOs studied in Harding 2007 include SEQ ID NO: 195. Sarepta Ex. 55, Harding 2007 at 159, Table 1 (listing H53A(+23+47)).

23. Harding 2007 states "amenable sites to redirect dystrophin splicing were identified at… 39-69 bases within the 212 base long exon 53." Sarepta Ex. 55, Harding 2007 at 164.

24. Harding 2007 was disclosed to the PTO during prosecution of each UWA Patent in Information Disclosure Statements that each disclosed over a thousand other references. Sarepta Ex. 14 at SRPT-VYDS-0003124-187; Sarepta Ex. 15 at SRPT-VYDS-0005451-608; Sarepta Ex. 16 at SRPT-VYDS-0006280-465.

25. ███████████████████████████████████

███████████████████ NS Ex. 38, Wilton Dep. 27:18-28:18; NS Ex. 39, Fletcher Dep. 208:7-10.

26. ██████████████████████████████████ NS Ex. 38, Wilton Dep. 27:18-28:18; NS Ex. 39, Fletcher Dep. 208:7-10.

27. ███████████████████████████████████

██████████████████████ NS Ex. 38, Wilton Dep. 30:5-14; NS Ex. 39, Fletcher Dep. 122:5-9, 125:21-126:5.

28. ███████████████████████████████████

██████████████████████ NS Ex. 38, Wilton Dep. 30:5-14; NS Ex. 39, Fletcher Dep. 122:5-9, 125:21-126:5.

Dated:  January 12, 2024

Amanda S. Williamson (admitted *pro hac vice*)
Christopher J. Betti (admitted *pro hac vice*)
Krista V. Venegas (admitted *pro hac vice*)
Wan-Shon Lo (admitted *pro hac vice*)
Maria E. Doukas (admitted *pro hac vice*)
Zachary D. Miller (admitted *pro hac vice*)
Guylaine Haché (admitted *pro hac vice*)
Michael T. Sikora (admitted *pro hac vice*)
110 N. Wacker Drive, Suite 2800
Chicago, IL  60601
Telephone:  312.324.1000
Fax:  312.324.1001
amanda.williamson@morganlewis.com
christopher.betti@morganlewis.com
krista.venegas@morganlewis.com
shon.lo@morganlewis.com
maria.doukas@morganlewis.com
zachary.miller@morganlewis.com
guylaine.hache@morganlewis.com
michael.sikora@morganlewis.com

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

*/s/Amy M. Dudash*
Amy M. Dudash (DE Bar No. 5741)
1201 N. Market Street, Suite 2201
Wilmington, Delaware 19801
Telephone:  302.574.3000
Fax:  302.574.3001
amy.dudash@morganlewis.com

*Attorneys for Plaintiff/Counterclaim Defendant Nippon Shinyaku Co., Ltd. and Counterclaim Defendant NS Pharma, Inc.*

4

Alison P. Patitucci (admitted *pro hac vice*)
2222 Market Street
Philadelphia, PA  19103
Telephone: 215.693.5000
Fax: 215.963.5001
alison.patitucci@morganlewis.com

## CERTIFICATE OF SERVICE

I, Amy Dudash, certify that on January 12, 2024, I caused a copy of the foregoing document which was filed under seal, to be served via electronic mail on the following counsel of record:

Jack B. Blumenfeld
Megan E. Dellinger
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

Charles E. Lipsey
J. Derek McCorquindale
Ryan P. O'Quinn
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
1875 Explorer Street, Suite 800
Reston, VA  20190-6023
(571) 203-2700

William B. Raich
Michael J. Flibbert
Yoonhee Kim
Yoonjin Lee
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC  20001-4413
(202) 408-4000

Alissa K. Lipton
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
Two Seaport Lane
Boston, MA  02210-2001
(617) 646-1600

*/s/Amy M. Dudash*
Amy M. Dudash (DE Bar No. 5741)