# EXHIBIT 46

Redacted in its entirety