# EXHIBIT 47

Redacted in its entirety