# EXHIBIT 48

Redacted in its entirety