# EXHIBIT 49

Redacted in its entirety