# EXHIBIT 51

Redacted in its entirety