# EXHIBIT 52

# Redacted in its entirety