# EXHIBIT 53

Redacted in its entirety