# EXHIBIT 54

Redacted in its entirety