# EXHIBIT 55

ATTORNEYS' EYES ONLY
Transcript of Gardner Gendron, Designated Representative, and Individually
Conducted on July 11, 2023

1 (1 to 4)

---

**Page 1**

```
              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF DELAWARE
     - - - - - - - - - - - x
     NIPPON SHINYAKU CO.,    :
     LTD.,                   :
              Plaintiff,     :
         v.                  :   C.A. No. 21-1015
                             :
     SAREPTA THERAPEUTICS,   :   (GBW)
     INC.,                   :
              Defendant      :
                             :
     - - - - - - - - - - - x
     SAREPTA THERAPEUTICS,   :
     INC. and THE            :
     UNIVERSITY OF WESTERN   :
     AUSTRALIA,              :
              Defendant/     :
     Counter-Plaintiffs,     :
         v.                  :
     NIPPON SHINYAKU CO.,    :
     LTD. AND NS PHARMA,     :
     INC.,                   :
              Plaintiff/     :
     Counter-Defendants.
     - - - - - - - - - - - x
            ***ATTORNEYS' EYES ONLY***
     Videotaped Deposition of NIPPON SHINYAKU CO., LTD.,
              AND NS PHARMA, INC.,
         By and Through Designated Representative,
              GARDNER GENDRON,
            and In His Individual Capacity
              New York, New York
              Tuesday, July 11, 2023
                 9:35 A.M.
```

**Page 2**

Job No.: 494164
Pages: 1 - 220
Reported By: Anita M. Trombetta, RMR, CRR

Videotaped Deposition of GARDNER GENDRON, held at the offices of:

     Morgan Lewis & Bockius LLP (NY)
     101 Park Avenue
     New York, NY 10178-0060
     212.309.6000

Pursuant to notice, before Anita M. Trombetta, RMR, CRR, Notary Public in and for the State of New York.

**Page 3**

A P P E A R A N C E S
BEHALF OF NIPPON SHINYAKU CO., LTD. And NS PHARMA, INC.:
     AMANDA S. WILLIAMSON, ESQUIRE
     MORGAN, LEWIS & BOCKIUS LLP
     110 North Wacker Drive
     Chicago, Illinois 60606
     312.324.1450

ON BEHALF OF SAREPTA THERAPEUTICS, INC. AND THE UNIVERSITY OF WESTERN AUSTRALIA:
     RYAN P. O'QUINN, ESQUIRE, PH.D
     FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
     1875 Explorer Street
     Suite 800
     Reston, Virginia 20190-6023
     571.203.2426

ALSO PRESENT:
KEVIN GONZALEZ, LEGAL VIDEO SPECIALIST

**Page 4**

--------------------I N D E X-----------------
WITNESS
GARDNER GENDRON
EXAMINATION BY                      Page
MR. O'QUINN                          9
---------------E X H I B I T S-----------------

| Exhibit | Description | Page |
|---|---|---|
| Exhibit 1 | Notice of 30(b)(6) Deposition | 10 |
| Exhibit 2 | Notice of 30(b)(1) Deposition of Gardner Gendron | 33 |
| Exhibit 3 | PDF Printout of LinkedIn Page | 34 |
| Exhibit 4 | Document Bearing Beginning Bates Number NS00036975 | 38 |
| Exhibit 5A | Document in Japanese Bearing Initial Bates Number NS00036995 | 42 |
| Exhibit 5 | Translation of Exhibit 5A | 42 |
| Exhibit 6A | Japanese Language Production Document with Initial Bates Number NS00037036 | 64 |
| Exhibit 6 | Translation of Exhibit 6A | 64 |
| Exhibit 7 | Spreadsheet Bearing Bates Number NS00074042 | 68 |
| Exhibit 8 | Excel Workbook Bearing Bates Number NS00036993 | 74 |
| Exhibit 9 | Document Bearing Bates Number 36994 | 79 |
| Exhibit 10 | Document Bearing Bates Number 91316 | 80 |
| Exhibit 11 | Production Document Bearing Bates Number NS00091312 | 110 |
| Exhibit 12 | Printout of Native Spreadsheet | 112 |

ATTORNEYS' EYES ONLY
Transcript of Gardner Gendron, Designated Representative, and Individually                2 (5 to 8)
Conducted on July 11, 2023

---

Page 5

| # | Exhibit | Description | Page |
|---|---|---|---|
| 1 | Exhibit 13A | Japanese Language Production Document Bearing Initial Bates Number NS00090751 | 118 |
| 2 | Exhibit 13 | English Translation of Exhibit 13A | 118 |
| 3 | Exhibit 14 | Production Document Bearing Initial Bates Number NS00074025 | 120 |
| 4 | Exhibit 15 | Production Document Bearing Bates Number NS00096857 | 123 |
| 5 | Exhibit 16 | Document Bearing Bates Number NS00096858 | 124 |
| 6 | Exhibit 17 | Document Bearing Bates Number NS97081 | 132 |
| 7 | Exhibit 18 | Document Bearing Initial Bates Number NS73479 | 133 |
| 8 | Exhibit 19 | Document Bearing Initial Bates Number NS00074895 | 136 |
| 9 | Exhibit 20 | Document Bearing Beginning Bates Numbers NS 00075034 | 138 |
| 10 | Exhibit 21 | Document Bearing Bates Numbers NS00074956 | 143 |
| 11 | Exhibit 22 | Document Bearing Initial Bates Number NS74987 | 145 |
| 12 | Exhibit 22 | Document Bearing Initial Bates Number NS00074976 | 147 |
| 13 | Exhibit 23 | Document Bearing Initial Bates Number NS00074933 | 149 |
| 14 | Exhibit 25 | Document Bearing Initial Bates Number NS75079 | 150 |
| 15 | Exhibit 26 | Document Bearing Initial Bates Number NS00075122 | 155 |

Page 6

| # | Exhibit | Description | Page |
|---|---|---|---|
| 1 | Exhibit 27 | Document Bearing Initial Bates Number NS74369 | 160 |
| 2 | Exhibit 28 | Production Document Bearing Beginning Bates Number NS00097297 | 169 |
| 3 | Exhibit 29 | Document Bearing Beginning Bates Number NS00097299 | 170 |
| 4 | Exhibit 30 | Production Document Bearing Bates Number NS96000 | 173 |
| 5 | Exhibit 31 | Document Bearing Beginning Bates Number NS96001 | 173 |
| 6 | Exhibit 32 | Document Bearing Initial Bates Number NS00041924 | 180 |
| 7 | Exhibit 33 | Document Bearing Beginning Bates Number NS00057814 | 187 |
| 8 | Exhibit 34 | Production Document Bearing Initial Bates Number NS58001 | 195 |
| 9 | Exhibit 35 | Document Bearing Beginning Bates Number NS00095398 | 196 |
| 10 | Exhibit 36 | Document Bearing Beginning Bates Number NS95403 | 196 |
| 11 | Exhibit 37 | Document Bearing Initial Bates Number NS00043395 | 199 |
| 12 | Exhibit 38 | Native Spreadsheet Bearing Bates Number NS00074040 | 208 |
| 13 | Exhibit 39 | Document Bearing Beginning Bates Number NS00096010 | 213 |
| 14 | Exhibit 40 | Document Bearing Initial Bates Numbers NS00096011 | 214 |
| 15 | Exhibit 41 | Document Bearing Beginning Bates Number NS00096031 | 215 |

Page 7

| # | Exhibit | Description | Page |
|---|---|---|---|
| 1 | Exhibit 42 | Document Bearing Beginning Bates Number NS00096050 | 215 |
| 2 | Exhibit 43 | Document With Beginning Bates Number NS96061 | 216 |
| 3 | Exhibit 44 | Document Bearing Beginning Bates Number NS96087 | 217 |
| 4 | Exhibit 45 | Launch Plan with Beginning Bates Number NS96093 | 217 |

(Exhibit 24 not marked.)

---

Page 8

P R O C E E D I N G S

THE VIDEOGRAPHER: This begins media number one in the video recorded deposition of Gardner Gendron, in the matter of Nippon Shinyaku, want Co., LTD. vs. Sarepta Therapeutics Inc., in the United States District Court for the District of Delaware. The case number is 21-0115 -- excuse me, 21-1015 (GBW.)

Today's date is July 11, 2023, and the time on the video monitor is 9:35 A.M. The videographer today is Kevin Gonzalez, representing Planet Depos. This video deposition is taking place at 101 Park Avenue, New York, New York 10178.

Would counsel please voice identify yourselves and state whom you represent, beginning with the noticing attorney.

MR. O'QUINN: Ryan O'Quinn from Finnegan LLP representing defendant/counterclaim plaintiffs Sarepta Therapeutics and the University of Western Australia.

MS. WILLIAMSON: Amanda Williamson from Morgan Lewis representing Shinyaku and NS Pharma.

THE VIDEOGRAPHER: Thank you, counsel. The court reporter today is

**Page 9**

1  Anita Trombetta, representing Planet Depos. The
2  witness can now be sworn in.
3       THE VIDEOGRAPHER: You may proceed,
4  counsel.
5  G A R D N E R   G E N D R O N,
6       called as a witness, having been duly
7       sworn by a Notary Public, was examined and
8       testified as follows:
9  EXAMINATION BY
10 MR. O'QUINN:
11     Q  Good morning, Mr. Gendron.
12     A  Good morning.
13     Q  Have you ever been deposed before?
14     A  No.
15     Q  Congratulations on joining the club.
16       I'm going to ask you a few questions
17 today. If you have any issues with my question or
18 want me to clarify, please let me know. If you
19 answer my question, I'll assume that you
20 understood it as it was asked. Is that fair?
21     A  Yes.
22     Q  And the court reporter needs verbal
23 answers for the record: Yes, no. We can't nod
24 our head, shake our head, etc., is that fair?
25     A  Yes.

**Page 10**

1      Q  Your counsel will likely object throughout
2  the day, but unless she instructs you specifically
3  not to answer, I'd like to get an answer to the
4  question I've asked, correct? Is that okay?
5      A  Yes.
6      Q  I'll aim to take a break approximately
7  once an hour. You're welcome to take breaks at
8  different times if you'd like; just let me know,
9  I'll grant you that. I'd just ask that any
10 question that's pending be answered before we go
11 on break. Is that fair?
12     A  Yes.
13     Q  Is there any reason that you can't answer
14 the questions I'm about to ask you fully and
15 truthfully?
16     A  No.
17       (Gendron Exhibit 1, Notice of 30(b)(6)
18 Deposition, marked for identification.)
19     Q  I'm going to mark as Gendron Exhibit 1,
20 the Notice of 30(b)(6) Deposition on Plaintiffs.
21       Have you seen this document before,
22 Mr. Gendron?
23     A  I don't recall.
24     Q  Do you understand that you're here today
25 to -- in part, to give corporate testimony on

**Page 11**

1  behalf of Nippon Shinyaku Limited and for
2  NS Pharma?
3      A  Yes.
4      Q  And do you understand that as part of that
5  responsibility, you've been designated to testify
6  on particular topics?
7      A  Yes.
8      Q  Okay. If you could turn with me to
9  topic 48, which is on Page 14 of the document. Do
10 you see topic number 48, Mr. Gendron?
11     A  Yes.
12     Q  And it's long so I won't read it into the
13 record. But are you prepared to testify today on
14 behalf of Nippon Shinyaku and NS Pharma on
15 topic 48?
16       MS. WILLIAMSON: I'll just object to the
17 scope of the designation. He's designated to talk
18 on this topic as to the United States, but not any
19 ex-U.S.
20       MR. O'QUINN: Understood.
21     A  Yes.
22     Q  What did you do to prepare for topic
23 number 48 today, Mr. Gendron?
24     A  I had several meetings with the attorneys
25 and reviewed documents.

**Page 12**

1      Q  Which attorneys did you meet with?
2      A  Amanda and her Morgan Lewis co-attorneys.
3      Q  How many meetings did you have?
4      A  I don't recall the exact number. More
5  than four.
6      Q  Were all of those in person or were some
7  of them online?
8      A  So that's -- can you rephrase the
9  question?
10     Q  Were the meetings that you had with the
11 attorneys face-to-face, in person, or online, like
12 on Zoom, something like that?
13     A  Not all meetings were face-to-face.
14     Q  You said you reviewed documents. Did you
15 review any documents to prepare other than the
16 documents that counsel provided you?
17     A  No.
18     Q  Did you speak to anyone else other than
19 your attorneys in order to prepare?
20     A  Yes.
21     Q  Who did you speak with?
22     A  Taro Tsutsumi, the head of finance.
23     Q  Anyone else?
24     A  No.
25     Q  Did any of the documents you reviewed to

69

1  Exhibit 7, has the Bates number NS00074042.  And
2  let me know when you have that one up on the
3  screen.
4      A  042?
5      Q  Yes.
6      A  Okay.
7      Q  Have you seen this spreadsheet before?
8      A  Yes.
9      Q  Can you describe for me at a high level
10 what this spreadsheet is?
11     A  ███████████████████████████
12 ███████████████████
13     Q  ███████████████████████████
14 ███████████████
15     Do you see that?
16     A  I do.
17     Q  ██████████████████████
18 ██████████████████████
19 ████████
20 ██████████████████████
21 ██
22 ██████████████████████
23 ████████████
24 ████████████████████
25 ████████████████████

70



71

72

5      MR. O'QUINN:  Can we go off the record.
6  I'll probably have to log back into this.
7      THE VIDEOGRAPHER:  Going off the record.
8  The time is 11:51 a.m.
9      (Recess.)
10     THE VIDEOGRAPHER:  The time is 11:52 a.m.
11 We are back on the record.

ATTORNEYS' EYES ONLY
Transcript of Gardner Gendron, Designated Representative, and Individually 28 (109 to 112)
Conducted on July 11, 2023

109

110

12    MS. WILLIAMSON: Could we just take an
13 opportunity to mark the transcript as attorneys'
14 eyes only.
15    (Gendron Exhibit 11, Production Document
16 Bearing Bates Number NS00091312, marked for
17 identification.)
18  **Q I'm going to mark as Exhibit 11 a**
19 **production document bearing Bates number**
20 **NS00091312.**
21    **Mr. Gendron, have you seen this document**
22 **before?**
23    A Yes.

111

14    MS. WILLIAMSON: Objection. Form.
15    A I'm unclear on what you're asking.

112

19    A Yes.
20    (Gendron Exhibit 12, Printout of Native
21 Spreadsheet, marked for identification.)
22  **Q I'm going to hand you Exhibit 12, which is**
23 a printout of a native spreadsheet, that when
24 produced bore the production number NS00091313.
25    Have you seen this document before?

ATTORNEYS' EYES ONLY

Transcript of Gardner Gendron, Designated Representative, and Individually 55 (217 to 220)

Conducted on July 11, 2023

---

**Page 217**

7  (Gendron Exhibit 44, Document Bearing
8  Beginning Bates Number NS96087, marked for
9  identification.)
17  Have you seen this document before?
18  A  (Document review.)
19  I have seen this before.
20  (Gendron Exhibit 45,
21  Beginning Bates Number NS96093, marked for
22  identification.)
23  Q  I'm going to mark as Exhibit 45 a document
24  beginning Bates number NS96093.
25

**Page 218**

1  
2  
3  A  Yes.
4  MR. O'QUINN:  Okay.  I don't have any more
5  questions for you, Mr. Gendron.  I think we're
6  going to need some more testimony at some point on
7  We didn't find
8  that document in the production other than the
9  document I just showed him, and he said that he
10 needed more material to speak to it.
11 MS. WILLIAMSON:  Well, we can take that
12 under advisement.
13 
14 (Reporter clarification.)
15 MS. WILLIAMSON:  -- we can consider
16 producing
17 MR. O'QUINN:  I think your understanding
18 is incorrect, based on the meet and confer we were
19 both on on Friday.  We can talk offline.
20 MS. WILLIAMSON:  I have no questions.
21 THE VIDEOGRAPHER:  This marks the end of
22 the deposition of Gardner Gendron.  We are going
23 off the record at 6:04 p.m.
24 (Time Noted: 6:04 P.M.)
25

**Page 219**

1  ACKNOWLEDGMENT OF DEPONENT
2  I, GARDNER GENDRON, do hereby acknowledge
3  that I have read and examined the foregoing
4  testimony and the same is a true, correct, and
5  complete transcription of the testimony given by
6  me and any corrections appear on the attached
7  errata sheet signed by me.
8  
9  _____   _____
10 (SIGNATURE)             (DATE)

**Page 220**

1  CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC
2  I, ANITA M. TROMBETTA, RMR, CRR the officer
3  before whom the foregoing deposition was taken, do
4  hereby certify that the foregoing transcript is a
5  true and correct record of the testimony given;
6  that said testimony was taken by me
7  stenographically and thereafter reduced to
8  typewriting under my direction; that reading and
9  signing was requested ; and that I am neither
10 counsel for, related to, nor employed by any of
11 the parties to this case and have no interest,
12 financial or otherwise, in its outcome.
13 IN WITNESS WHEREOF, I have hereunto set my
14 hand and affixed my notarial seal this 13th day of
15 July, 2023.
16 My commission expires: 10.07.2025

ANITA M. TROMBETTA, RMR, CRR