# EXHIBIT 56

OUTSIDE COUNSEL EYES ONLY
Transcript of Masaya Toda, Designated Representative, and Individually [1] (1 to 4)
Conducted on June 28, 2023

---

**Page 1**

```
 1         IN THE UNITED STATES DISTRICT COURT
 2            FOR THE DISTRICT OF DELAWARE
 3    --------------------------------x
 4    NIPPON SHINYAKU CO., LTD.,        :
 5       Plaintiff,                     :
 6          v.                          :
 7    SAREPTA THERAPEUTICS, INC.,       :  C.A. No. 21-1015
 8       Defendant.                     :     (GBW)
 9    --------------------------------  :
10    SAREPTA THERAPEUTICS, INC. and    :
11    THE UNIVERSITY OF WESTERN         :
12    AUSTRALIA,                        :
13       Defendant/Counter-Plaintiffs, :
14          v.                          :
15    NIPPON SHINYAKU CO., LTD. and     :
16    NS PHARMA, INC.,                  :
17       Plaintiff/Counter-Defendants. :
18    --------------------------------x
19          ** OUTSIDE COUNSEL EYES ONLY **
20    Videotaped Deposition of NIPPON SHINYAKU CO., LTD.
21    By and Through Designated Representative MASAYA TODA
22           and In His Individual Capacity
23                Chicago, Illinois
24            Wednesday, June 28, 2023
25                9:01 a.m. CST
```

**Page 2**

```
 1  Job No.:  4930116
 2  Pages:  1 - 146
 3  Reported Stenographically by:
 4  Tiffany M. Pietrzyk, CSR RPR CRR
 5
 6
 7      Videotaped deposition of MASAYA TODA, held at the
 8  location of:
 9
10      MORGAN, LEWIS & BOCKIUS LLP
11      110 North Wacker Drive
12      Chicago, Illinois 60606
13      312.324.1000
14
15
16
17      Pursuant to notice, before Tiffany M. Pietrzyk, a
18  Certified Shorthand Reporter in the States of
19  Illinois, Texas, and California, Registered
20  Professional Reporter, Certified Realtime Reporter,
21  and a Notary Public in and for the State of
22  Illinois.
23
24
25
```

**Page 3**

```
 1              A P P E A R A N C E S
 2  ON BEHALF OF NIPPON SHINYAKU CO., LTD. and NS
 3  PHARMA, INC.:
 4      WAN-SHON LO, ESQUIRE
 5      MORGAN, LEWIS & BOCKIUS LLP
 6      110 North Wacker Drive
 7      Chicago, Illinois 60606
 8      312.324.1450
 9
10  ON BEHALF OF SAREPTA THERAPEUTICS, INC. and THE
11  UNIVERSITY OF WESTERN AUSTRALIA:
12      RYAN P. O'QUINN, ESQUIRE
13      FINNEGAN, HENDERSON, FARABOW, GARRETT &
14      DUNNER, LLP
15      1875 Explorer Street
16      Suite 800
17      Reston, Virginia 20190-6023
18      571.203.2426
19
20  ALSO PRESENT:
21      Kazuhira Kobayashi, Esq. (Nippon Shinyaku)
22      Fumihiko Kato, Esq. (Nippon Shinyaku)
23      Asami Isomichi (Interpreter)
24      Ellen Shang Travis (Check Interpreter)
25      Gabriel Martin (Planet Depos Videographer)
```

**Page 4**

```
 1              C O N T E N T S
 2  EXAMINATION OF MASAYA TODA            PAGE
 3    By Mr. O'Quinn                15
 4
 5              E X H I B I T S
 6      (Attached to transcript.)
 7  DEPOSITION EXHIBITS                   PAGE
 8  Exhibit 1    Notice of Rule 30(b)(1)      17
 9               Deposition of Masaya Toda
10  Exhibit 2    Notice of Deposition of      18
11               Plaintiffs Pursuant to Fed
12               Rule Civ Procedure 30(B)(6)
13  Exhibit 2A   Japanese translation of      18
14               Notice of Deposition of
15               Plaintiffs Pursuant to Fed
16               Rule Civ Procedure 30(B)(6)
17  Exhibit 3    English version of U.S.      32
18               LinkedIn profile of Masaya
19               Toda
20  Exhibit 4    A document entitled ▮▮▮▮▮▮
21               ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
22               ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
23               ▮▮▮▮▮ beginning Bates
24               number NS00090737
25
```

5

E X H I B I T S (Cont.)

| DEPOSITION EXHIBITS | | PAGE |
|---|---|---|
| Exhibit 4A | Japanese translation of a document entitled '[redacted] beginning Bates number NS00090737 | 44 |
| Exhibit 5 | A document entitled [redacted] dated 9/20/19, beginning Bates number NS00065810 | [redacted] |
| Exhibit 5A | Japanese translation of a document entitled '[redacted], beginning Bates number NS00065810 | 52 |
| Exhibit 6 | [redacted]" beginning Bates number NS00036888 | [redacted] |

6

E X H I B I T S (Cont.)

| DEPOSITION EXHIBITS | | PAGE |
|---|---|---|
| Exhibit 6A | Machine-translated Japanese version of '[redacted] beginning Bates number NS00036888 | 56 |
| Exhibit 7 | A document entitled '[redacted], beginning Bates number NS00065827 | [redacted] |
| Exhibit 7A | Japanese translation of a document entitled '[redacted], beginning Bates number NS00065827 | 58 |
| Exhibit 8 | A document entitled [redacted] beginning Bates number NS00036893 | [redacted] |

7

E X H I B I T S (Cont.)

| DEPOSITION EXHIBITS | | PAGE |
|---|---|---|
| Exhibit 8A | Japanese machine translation of a document entitled '[redacted] beginning Bates number NS00036893 | 64 |
| Exhibit 9 | '[redacted], beginning Bates number NS00036966 | [redacted] |
| Exhibit 9A | Japanese machine translation of '[redacted], beginning Bates number NS00036966 | 78 |
| Exhibit 10 | A document, '[redacted], beginning Bates number NS00036968 | [redacted] |

8

E X H I B I T S (Cont.)

| DEPOSITION EXHIBITS | | PAGE |
|---|---|---|
| Exhibit 10A | Japanese machine translation of '[redacted] beginning Bates number NS00036968 | 80 |
| Exhibit 11 | A document entitled '[redacted]" beginning Bates number NS00091311 | [redacted] |
| Exhibit 12 | '[redacted], beginning Bates number NS00091314 | [redacted] |
| Exhibit 13 | A document entitled [redacted] beginning Bates number NS00091312 | 87 |



OUTSIDE COUNSEL EYES ONLY
Transcript of Masaya Toda, Designated Representative, and Individually 15 (57 to 60)
Conducted on June 28, 2023



57
1  documents.  Or not certified translations.
2      MR. O'QUINN:  Understood.
3      MS. LO:  Counsel, the Japanese version of
4  this document doesn't have -- oh, I'm sorry.  Okay.
5  BY MR. O'QUINN:
6      Q. Toda-san, do you understand this to be the
7  executed version of the
8
9      A. Yes.

13     A. Yes.

58
1  correct?
2      A. Yes.
3      MR. O'QUINN:  Let's take a break.
4      THE VIDEOGRAPHER:  We are going off the
5  record at 11:22 a.m.
6      (A short break was had.)
7      THE VIDEOGRAPHER:  We are back on the record
8  at 11:31 a.m.
9  BY MR. O'QUINN:
10     Q. Welcome back, Mr. Toda.
11     MR. O'QUINN:  I am gonna mark, as Toda
12  Exhibit 7, an English-language version of a
13  production document, bearing initial Bates number
14  NS00065827.
15     And Exhibit 7A is the Japanese version of
16  the same document.
17     (Exhibit 7 was marked for identification
18  and is attached to the transcript.)
19     (Exhibit 7A was marked for identification
20  and is attached to the transcript.)

24     Have you seen this document before?
25     A. Yes.

59
1      INTERPRETER:  I'm sorry.  My mistake.
2      (Interpreter translated question again.)
3      A. I haven't seen this before.
4      MS. LO:  I'll note an objection to the use
5  of Exhibit 7, which does not appear to be a
6  certified translation.
7  BY MR. O'QUINN:

22     Do you see that?
23     A. Yes.
24
25

60

5      A. Yes.  As far as my understanding is
6  concerned, yes.

14     Do you see that?
15     A. Yes.

Case 1:21-cv-01015-JLH    Document 484-19    Filed 01/19/24    Page 5 of 13 PageID #: 39699

OUTSIDE COUNSEL EYES ONLY
Transcript of Masaya Toda, Designated Representative, and Individually  16  (61 to 64)
Conducted on June 28, 2023



16    MS. LO:  Objection to the extent it calls
17 for a legal conclusion.

19    Do you see that?
20    A. Yes.
21    MR. O'QUINN:  I'm going to mark, as Toda
22 Exhibit 8, an English-language version of a
23 production document, bearing initial Bates number
24 NS00036893, with Exhibit 8A being a Japanese machine
25 translation of the same document.

3    Do you see that?
4    A. Yes.

1    (Exhibit 8 was marked for identification
2 and is attached to the transcript.)
3    (Exhibit 8A was marked for identification
4 and is attached to the transcript.)
5 BY MR. O'QUINN:

15    MS. LO:  I'll caution the witness not to
16 divulge the substance of any attorney-client
17 communications in your answer, but you may answer,
18 if you can.



65

19    MS. LO:  Objection to the extent it calls
20 for a legal conclusion.

21    MS. LO:  Objection.  Calls for a legal
22 conclusion.  Outside the scope.

25    Do you see that?

66

18    Do you see that?
19    A. Yes.

23    MS. LO:  Object -- oh, never mind.  I see
24 it.  Withdrawn.
25    INTERPRETER:  90 -- what?

68

1    Do you see that?
2    A. Yes.

OUTSIDE COUNSEL EYES ONLY

Transcript of Masaya Toda, Designated Representative, and Individually  18 (69 to 72)

Conducted on June 28, 2023



69

1      Do you see that?
2      A. Yes.

18      MS. LO:  Objection.  Outside the scope.  The
19 witness can answer in his personal capacity.

70

71

3      MS. LO:  Objection.  Outside the scope.

24      MS. LO:  Objection.  Outside the scope.
25      A. I wouldn't know.

72

3      MS. LO:  Objection.  Outside the scope.
4      A. I don't know.  I don't know that.

12      MS. LO:  Objection.  Calls for a legal
13 conclusion.

OUTSIDE COUNSEL EYES ONLY

Transcript of Masaya Toda, Designated Representative, and Individually ¹⁹ (73 to 76)

Conducted on June 28, 2023

73

4      MS. LO:  Objection to the extent it calls
5    for a legal conclusion.

75

18      MS. LO:  Objection.  Vague.  Outside the
19    scope.

74

76

Case 1:21-cv-01015-JLH    Document 484-19    Filed 01/19/24    Page 9 of 13 PageID #: 39703

OUTSIDE COUNSEL EYES ONLY
Transcript of Masaya Toda, Designated Representative, and Individually    20 (77 to 80)
Conducted on June 28, 2023

77

1        MR. O'QUINN:  I can't hear you.



12        MR. O'QUINN:  Let's stop there and take our
13 lunch break.
14        THE VIDEOGRAPHER:  We are going off the
15 record at 12:32 p.m.
16        (A short break was had.)
17        THE VIDEOGRAPHER:  We are back on the record
18 at 1:22 p.m.
19 BY MR. O'QUINN:
20    Q. Welcome back, Mr. Toda.
21        MR. O'QUINN:  I am marking, as Toda
22 Exhibit 9, a document, bearing initial Bates number
23 NS00036966.
24        And Toda Exhibit 9A, which is a machine
25 translation into Japanese of the same document.

79

19    Q. Okay.  You can put that aside.
20        MR. O'QUINN:  I have marked, as Toda
21 Exhibit 10, an English-language production document,
22 bearing initial Bates number NS00036968.
23        (Exhibit 10 was marked for identification
24 and is attached to the transcript.)
25        MR. O'QUINN:  And I have marked, as Toda

78

1        (Exhibit 9 was marked for identification
2  and is attached to the transcript.)
3        (Exhibit 9A was marked for identification
4  and is attached to the transcript.)

80

1  Exhibit 10A, a Japanese machine translation of the
2  same document.
3        (Exhibit 10A was marked for
4  identification and is attached to the

OUTSIDE COUNSEL EYES ONLY
Transcript of Masaya Toda, Designated Representative, and Individually    37    (145 to 148)
Conducted on June 28, 2023



```
9      MR. O'QUINN:  All right.  Thank you very
10 much.
11     We'll reconvene at 9:00 a.m. Central
12 tomorrow.
13     THE VIDEOGRAPHER:  We are going off the
14 record at 5:49 p.m. with the end of Day 1 in the
15 deposition of Masaya Toda.
16     (Off the record at 5:50 p.m.)
17
18
19
20
21
22
23
24
25
```

146
```
1    CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC
2
3      I, Tiffany M. Pietrzyk, CSR RPR CRR, the
4  officer before whom the foregoing deposition was
5  taken, do hereby certify that the foregoing
6  transcript is a true and correct record of the
7  testimony given; that said testimony was taken by me
8  stenographically and thereafter reduced to
9  typewriting under my direction; that reading and
10 signing was not requested; and that I am neither
11 counsel for, related to, nor employed by any of the
12 parties to this case and have no interest, financial
13 or otherwise, in its outcome.
14
15      IN WITNESS WHEREOF, I have hereunto set my
16 hand and affixed my notarial seal this 7th of
17 July, 2023.
18
19
20
21
22
23 My commission expires:
24      February 28th, 2024
25
```

No. 493016

Re:    Deposition of **Masaya Toda, Designated Representative, and Individually**
       Date: 6/28/2023
       Case: Nippon Shinyaku Co., Ltd. -v- Sarepta Therapeutics, Inc.
       Return to: transcripts@planetdepos.com

| Page | Line | Correction/Change and Reason |
|------|------|------------------------------|
| 20 | 1 | Please change "Christa" to "Krista" to correct the typo. The words appear twice in the same line and both are to be corrected. |
| 20 | 8 | Please change "Christa" to "Krista" to correct the typo. |
| 20 | 10 | Please change "Christa" to "Krista" to correct the typo. |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

8/21/2023
_____
(Date)

DocuSigned by:
_Masaya Toda_
DA53B7A1C08B4A7...
_____
(Signature)

No. 493016

Re:     Deposition of **Masaya Toda, Designated Representative, and Individually**
        Date: 6/28/2023
        Case: Nippon Shinyaku Co., Ltd. -v- Sarepta Therapeutics, Inc.
        Return to: transcripts@planetdepos.com

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

8/21/2023

_____
(Date)

_____
(Signature)

No. 493016

Re:    Deposition of **Masaya Toda, Designated Representative, and Individually**
Date: 6/28/2023
Case: Nippon Shinyaku Co., Ltd. -v- Sarepta Therapeutics, Inc.
Return to: transcripts@planetdepos.com

```
                ACKNOWLEDGMENT OF DEPONENT


        I, Masaya Toda, Designated Representative,

   and Individually, do hereby acknowledge that I have

   read and examined the foregoing testimony, and the

   same is a true, correct and complete transcription of

   the testimony given by me and any corrections appear

   on the attached Errata sheet signed by me.
```

8/21/2023

_____          _____

(Date)                               (Signature)