# EXHIBIT 57

Document Produced in Native Format

HIGHLY CONFIDENTIAL
NS00091316

1



2



3

4



5



7





10