# EXHIBIT 59

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD.,<br>　　　　　Plaintiff, ) | |
| ) | C.A. No. 21-1015 (GBW) |
| v. ) | **DEMAND FOR JURY TRIAL** |
| SAREPTA THERAPEUTICS, INC.,<br>　　　　　Defendant. ) | |

| | |
|---|---|
| SAREPTA THERAPEUTICS, INC. and THE )<br>UNIVERSITY OF WESTERN AUSTRALIA, )<br>　　　　　Defendant/Counter-Plaintiffs, ) | |
| ) | |
| v. ) |  |
| ) | |
| NIPPON SHINYAKU CO., LTD. and NS )<br>PHARMA, INC., )<br>　　　　　Plaintiff/Counter-Defendants. ) | |

## DECLARATION OF GARDNER GENDRON

I Gardner Gendron, declare as follows:

    1.    I am currently Vice President of Commercial for NS Pharma, Inc.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: January 11, 2024

Gardner Gendron