# EXHIBIT 11

# FULLY REDACTED