# EXHIBIT 12

# FULLY REDACTED