# EXHIBIT 60

# Redacted in its entirety