# EXHIBIT 62

# Redacted in its entirety