IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SAREPTA THERAPEUTICS, INC., ) <br> ) <br> Defendant. ) <br> SAREPTA THERAPEUTICS, INC. and THE ) <br> UNIVERSITY OF WESTERN AUSTRALIA, ) <br> ) <br> Defendant/Counter-Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> NIPPON SHINYAKU CO., LTD. ) <br> and NS PHARMA, INC. ) <br> ) <br> Plaintiff/Counter-Defendants. ) | C.A. No. 21-1015 (JLH) |

**SAREPTA THERAPEUTICS, INC. AND THE UNIVERSITY OF WESTERN
AUSTRALIA'S REQUEST FOR ORAL ARGUMENT**

Pursuant to D. Del. LR 7.1.4, Defendant/Counter-Plaintiffs Sarepta Therapeutics, Inc. and The University of Western Australia respectfully request oral argument on the following motions:

1. Motion to Preclude Inequitable Conduct Opinions and Testimony from Scott E. Kamholz, Esq. (D.I. 391);

2. Motion to Preclude Noninfringement Opinions and Testimony of Dr. Christine C. Esau (D.I. 392);

3. Motion to Preclude Certain Opinions and Testimony of Drs. Christine C. Esau, Michelle L. Hastings, and Matthew J.A. Wood (D.I. 393);

4. Motion to Preclude Doctrine of Equivalents Opinions and Testimony of Dr. Nathan W. Luedtke (D.I. 394);

5. Motion for Summary Judgment of Infringement of U.S. Patent Nos. 9,994,851 and 10,227,590 (Motion #1) (D.I. 396);

6. Motion for Summary Judgment of Lost Profits (Motion #2) (D.I. 397);

7. Motion for Summary Judgment of No Inequitable Conduct and No Walker Process Fraud Relating to U.S. Patent Nos. 9,994,851; 10,227,590; and 10,266,827 (Motion #3) (D.I. 398);

8. Motion for Summary Judgment No. 1 Regarding Invalidity of the UWA Patents (D.I. 399);

9. Motion for Partial Summary Judgment No. 2 Regarding Infringement of Certain NS Patents (D.I. 402);

10. Motion for Partial Summary Judgment No. 3 Regarding Breach of Contract Claim (D.I. 405)

11. Motion for Partial Summary Judgment No. 4 Regarding No Anticipation (D.I. 408);

12. Motion for Partial Summary Judgment No. 5 Regarding No Inequitable Conduct (D.I. 414);

13. *Daubert* Motion to Exclude Testimony and Opinions of Steven F. Dowdy, Ph.D. (D.I. 419);

14. *Daubert* Motion to Exclude Testimony and Opinions of Andrew Hirshfeld (D.I. 423);

Briefing on the motions was completed on January 26, 2024.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

OF COUNSEL:

Charles E. Lipsey
J. Derek McCorquindale
Ryan P. O'Quinn
L. Scott Burwell
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
1875 Explorer Street, Suite 800
Reston, VA  20190-6023
(571) 203-2700

Jack B. Blumenfeld (#1014)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Defendant/Counter-Plaintiffs Sarepta Therapeutics, Inc. and The University of Western Australia*

2

William B. Raich
Michael J. Flibbert
John M. Williamson
Yoonhee Kim
Yoonjin Lee
Kaitlyn S. Pehrson
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC  20001-4413
(202) 408-4000

Alissa K. Lipton
Eric J. Lee, Ph.D.
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, LLP
Two Seaport Lane
Boston, MA  02210-2001
(617) 646-1600

Amanda P. Reeves
Anna M. Rathbun
Graham B. Haviland
Jesse Aaron Vella
Michael A. Morin
David P. Frazier
Rebecca L. Rabenstein
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C.  20004
(202) 637-2200

Ernest Yakob
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

February 2, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 2, 2024 upon the following in the manner indicated:

| | |
|---|---|
| Amy M. Dudash, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>1201 North Market Street, Suite 2201<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Amanda S. Williamson, Esquire<br>Christopher J. Betti, Esquire<br>Krista Vink Venegas, Esquire<br>Maria E. Doukas, Esquire<br>Michael T. Sikora, Esquire<br>Zachary Miller, Esquire<br>Guylaine Haché, Ph.D.<br>Wan-Shon Lo, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>110 North Wacker Drive, Suite 2800<br>Chicago, IL  60606<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Alison P. Patitucci, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA  19103<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Jitsuro Morishita, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>16F, Marunouchi Building,<br>2-4-1 Marunouchi, Chiyoda-ku<br>Tokyo, 100-6316 Japan<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Megan E. Dellinger*

_____
Megan E. Dellinger (#5739)