IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 21-1015 (JLH) |
| SAREPTA THERAPEUTICS, INC., | ) ) ) |
| Defendant. | ) |
| SAREPTA THERAPEUTICS, INC. and THE UNIVERSITY OF WESTERN AUSTRALIA, | ) ) ) |
| Defendant/Counter-Plaintiffs, | ) ) |
| v. | ) ) |
| NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC. | ) ) ) |
| Plaintiff/Counter-Defendants. | ) |

**JOINT STIPULATION AMENDING STIPULATED PROTECTIVE ORDER**

WHEREAS, Plaintiff/Counter-Defendant Nippon Shinyaku Co., Ltd. and Counter-Defendant NS Pharma, Inc. ("NS") and Defendant/Counter-Plaintiff Sarepta Therapeutics, Inc. and Counter-Plaintiff The University of Western Australia ("Sarepta") (collectively, the "Parties") have agreed to enter into this stipulation in order to amend the June 21, 2022 Stipulated Protective Order in this matter (D.I. 117; as amended by D.I. 218), subject to the approval of the Court;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties hereto, and subject to the approval of the Court, as follows:

1. Paragraph 7.3(b) on pages 10-11 of the Stipulated Protective Order shall be amended to permit <u>four</u> In-House Counsel from each party to view "HIGHLY CONFIDENTIAL" information or items produced by a Designating Party upon executing and providing a copy of the

Acknowledgement and Agreement to Be Bound (Exhibit A to D.I. 117) to all Outside Counsel of record in this Action, pursuant to the terms of Paragraph 7.3(b).

2. Paragraph 7.3(b)(ii) on pages 10-11 of the Stipulated Protective Order shall be further amended to list the following four Sarepta In-House Counsel who may view "HIGHLY CONFIDENTIAL" information or items produced by a Designating Party:

    a. John Haberman, Vice President, Chief IP Officer.

    b. Jessica Driscoll, Executive Director, Litigation.

    c. Marc Evans, Senior Director and Head of RNA IP.

    d. Ryan Brown, Executive Vice President, Chief General Counsel.

IT IS SO STIPULATED:

| MORGAN, LEWIS & BOCKIUS LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Amy M. Dudash* | */s/ Megan E. Dellinger* |
| Amy M. Dudash (#5741)<br>1201 North Market Street, Suite 2201<br>Wilmington, DE 19801<br>(302) 574-3000<br>amy.dudash@morganlewis.com | Jack B. Blumenfeld (#1014)<br>Megan E. Dellinger (#5739)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>mdellinger@morrisnichols.com |
| *Attorneys for Plaintiff/Counter-Defendants Nippon Shinyaku Co., Ltd. and NS Pharma, Inc.* | *Attorneys for Defendant/Counter-Plaintiffs Sarepta Therapeutics, Inc. and The University of Western Australia* |

March 19, 2024

SO ORDERED this  20th  day of    March           , 2024.

                                                    The Honorable Jennifer L. Hall
                                                  United States District Court Judge