# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

**Megan E. Dellinger**
(302) 351-9366
mdellinger@morrisnichols.com

April 10, 2024

The Honorable Jennifer L. Hall                    *VIA ELECTRONIC FILING*
United States District Court
 for the District of Delaware
844 North King Street
Wilmington, DE 19801-3555

      Re:    *Nippon Shinyaku Co., Ltd. v. Sarepta Therapeutics, Inc.*;
            C.A. No. 21-1015 (JLH)

Dear Judge Hall:

      For the trial in the above-referenced action set to begin on May 13, 2024, the parties have agreed on the attached proposed juror questionnaire. Ex. 1. If the proposed questionnaire meets with Your Honor's approval and You are willing to allow it, the parties respectfully request that the questionnaire be sent to the prospective jurors.

      Counsel for the parties are available at the Court's convenience for any questions.

                          Respectfully,

                          */s/ Megan E. Dellinger*

                          Megan E. Dellinger (#5739)

MED:lo
Enclosure
cc:    Clerk of the Court (via hand delivery)
         All Counsel of Record (via CM/ECF and e-mail)