# EXHIBIT 1

The questionnaire below has been approved by the Court. To select jurors, the Court and the parties require certain information. This form is designed to save time and assist the Court and the parties to move forward as quickly as possible. Keep in mind there are no "right" or "wrong" answers, we just ask that you please answer the questions below honestly and completely, and provide the response in the enclosed envelope. If you need additional space, please use the back of this form. This information you provide will be treated as confidential and will not be used for any other purpose except to select a jury. As a prospective juror, you are prohibited from discussing the questions in this questionnaire or your answers with anyone, not even your family or friends. You are also prohibited from doing any independent research on Google or other internet sites or anywhere else involving anything related to this case (including terms or company names), from the time you fill out this questionnaire until you are excused from service. Thank you for your time and effort in completing this questionnaire.

**JUROR QUESTIONNAIRE**

Name: _____    Address: _____

Race: _____  Gender: _____  Age: _____  County of Residence: _____

1. What is the highest level of education you have completed? ☐ Less Than High School Diploma ☐ High School Diploma/GED ☐ Some College ☐ Technical/Business School ☐ Trade School ☐ Associate's Degree ☐ College Degree ☐ Post-Graduate Degree

List the degree(s) or certificates you have earned and your major area(s) of study:
_____
_____

2. Do you have any special training, education, or experience related to any of the following industries/fields: (Check all that apply) ☐ Law/Court System ☐ Healthcare ☐ Gene Therapy ☐ Biology ☐ Chemistry ☐ Medicine ☐ Accounting ☐ Finance or Economics ☐ Pharmaceuticals ☐ Intellectual Property/Patents ☐ Business ☐ Research and Development ☐ Sales ☐ Drug Development ☐ Genetic Disorders ☐ Genetic Research ☐ Marketing/Advertising ☐ Antitrust  ☐ Muscular Dystrophy (Duchenne, Becker, or another type)
If you checked any box, please describe: _____
_____
_____

3.  Are you a full or part time student?  ☐ Yes ☐ No  Are your classes online? ☐ Yes ☐ No

4. Employment status: (Check one) ☐ Employed Full-Time ☐ Employed Part-Time ☐ Homemaker ☐ Self-Employed ☐ Retired ☐ Unemployed  ☐ Disabled

5. Describe your current or most recent job.
Employer: _____ Type of Business: _____
Title/Position: _____ Length of Employment: _____
Reason for Leaving (if applicable): _____

6. In any of your jobs, have you ever held a management/supervisor position?  ☐ Yes  ☐ No

7. Have you or anyone close to you ever owned a business ☐ Yes, I have ☐ Yes, someone close to me  ☐ Yes, both   ☐ No.  If "Yes," please explain: _____
_____

8. What is your marital status? ☐ Single/Never married ☐ Married ☐ Living with Partner ☐ Divorced/ Separated ☐ Widow/ Widower

9. If applicable, what is your spouse's/partner's current or most recent job and who is/was the employer? _____

10. Have you ever been a plaintiff or defendant in a lawsuit (other than divorce)? ☐ Yes, a plaintiff ☐ Yes, a defendant  ☐ Yes, a plaintiff and defendant ☐ No.  If "Yes," please describe the lawsuit(s): _____

11. Have you ever been a witness at a trial, hearing, or deposition? ☐ Yes ☐ No.  If "Yes," please explain:

12. Have you previously served as a juror? ☐ Yes ☐ No.  Were you the jury foreperson?  ☐ Yes ☐ No.  What type of case was it?  ☐ Civil ☐ Criminal ☐ Grand Jury Proceedings ☐ I Do Not Remember.

13. Do you have any strong opinions about lawsuits or money awarded in lawsuits?
☐ Yes, strong positive opinions ☐ Yes, strong negative opinions ☐ No. If "Yes," please describe:

14. Do you have any strong opinions about pharmaceutical companies?
☐ Yes, strong positive opinions ☐ Yes, strong negative opinions ☐ No. If "Yes," please describe:

15. Have you ever invented anything? ☐ Yes, and I applied for and received a patent
☐ Yes, and I applied for, but did not receive, a patent  ☐ Yes, but I did not apply for a patent
☐ No.  If "Yes" describe what you invented:

16. Has someone close to you ever invented anything? ☐ Yes, and they applied for and received a patent  ☐ Yes, and they applied for, but did not receive, a patent  ☐ Yes, but they did not apply for a patent  ☐ Yes, but I don't know if they applied for or received a patent  ☐ No.  If "Yes" please explain:

17. Do you now or have you ever worked for a company where patented inventions were a central and important part of the business? ☐ Yes  ☐ No  If "Yes" please explain:

18. Do you have any strong opinions  about patents? ☐ Yes, strong positive opinions
☐ Yes, strong negative opinions ☐ No. If "Yes", please explain:

19. Do you have any strong opinions about the Patent Office or the US patent system?
☐ Yes, strong positive opinions  ☐ Yes, strong negative opinions ☐ No. If "Yes" please explain:

20.  Have you or anyone close to you had a genetic disorder? ☐ Yes, I have
☐ Yes, someone close to me has  ☐ Yes, both  ☐ No. If "Yes," please explain:

21.  Have you or anyone close to you ever had muscular dystrophy (Duchenne, Becker, or another type)? ☐ Yes, I have  ☐ Yes, someone close to me has ☐ Yes, both ☐ No.  If "Yes," please explain:

22.  Do you have any strong negative feelings about Japanese companies? ☐ Yes, strong negative feelings ☐ No. If "Yes", please explain: _____

_____

_____