## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NIPPON SHINYAKU CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 21-1015 (JLH) |
| | ) | |
| v. | ) | |
| | ) | |
| SAREPTA THERAPEUTICS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| SAREPTA THERAPEUTICS, INC. and THE | ) | |
| UNIVERSITY OF WESTERN AUSTRALIA, | ) | |
| | ) | |
| Defendant/Counter-Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NIPPON SHINYAKU CO., LTD. | ) | |
| and NS PHARMA, INC. | ) | |
| | ) | |
| Plaintiff/Counter-Defendants. | ) | |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

Plaintiff/Counter-Defendant Nippon Shinyaku Co., Ltd., Counter-Defendant NS Pharma, Inc., and Defendant/Counter-Plaintiffs Sarepta Therapeutics, Inc. and the University of Western Australia (collectively, the "Parties"), by and through their undersigned counsel and subject to the approval of the Court, hereby stipulate and agree that the time for the Parties to file their proposed final voir dire, preliminary jury instructions, final jury instructions, and verdict form (*see* D.I. 143, ¶ 20) is extended to April 29, 2024.

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

/s/ Amy M. Dudash
_____
Amy M. Dudash (#5741)
1201 North Market Street, Suite 2201
Wilmington, DE 19801
(302) 574-3000
amy.dudash@morganlewis.com

*Counsel for Plaintiff and Counter-Defendants
Nippon Shinyaku Co., Ltd. and NS Pharma,
Inc.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Megan E. Dellinger
_____
Jack B. Blumenfeld (#1014)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

*Counsel for Defendant and Counter-Plaintiffs
Sarepta Therapeutics, Inc. and the University
of Western Australia*

Dated:  April 25, 2024

SO ORDERED this ___ day of April, 2024

_____
Honorable Jennifer L. Hall
U.S. District Court Judge