IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SAREPTA THERAPEUTICS, INC., ) <br> ) <br> Defendant. ) <br> SAREPTA THERAPEUTICS, INC. and THE ) <br> UNIVERSITY OF WESTERN AUSTRALIA, ) <br> ) <br> Defendant/Counter-Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> NIPPON SHINYAKU CO., LTD. ) <br> and NS PHARMA, INC. ) <br> ) <br> Plaintiff/Counter-Defendants. ) | C.A. No. 21-1015 (JLH) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

Plaintiff/Counter-Defendant Nippon Shinyaku Co., Ltd., Counter-Defendant NS Pharma, Inc., and Defendant/Counter-Plaintiffs Sarepta Therapeutics, Inc. and the University of Western Australia (collectively, the "Parties"), by and through their undersigned counsel and subject to the approval of the Court, hereby stipulate and agree that the time for the Parties to file their proposed final voir dire, preliminary jury instructions, final jury instructions, and verdict form (*see* D.I. 143, ¶ 20; D.I. 533) is extended to April 30, 2024.

Respectfully submitted,

| | |
|---|---|
| MORGAN, LEWIS & BOCKIUS LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ *Amy M. Dudash* | /s/ *Megan E. Dellinger* |
| Amy M. Dudash (#5741)<br>1201 North Market Street, Suite 2201<br>Wilmington, DE 19801<br>(302) 574-3000<br>amy.dudash@morganlewis.com | Jack B. Blumenfeld (#1014)<br>Megan E. Dellinger (#5739)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>mdellinger@morrisnichols.com |
| *Counsel for Plaintiff and Counter-Defendants Nippon Shinyaku Co., Ltd. and NS Pharma, Inc.* | *Counsel for Defendant and Counter-Plaintiffs Sarepta Therapeutics, Inc. and the University of Western Australia* |

Dated:  April 29, 2024

SO ORDERED this __29th__ day of April, 2024

_____
Honorable Jennifer L. Hall
U.S. District Court Judge