IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD.,<br><br>      Plaintiff,<br><br>  v.<br><br>SAREPTA THERAPEUTICS, INC.,<br><br>      Defendant. | C.A. No: 21-1015-JLH |
| SAREPTA THERAPEUTICS, INC. and THE UNIVERSITY OF WESTERN AUSTRALIA,<br><br>      Defendant/Counter-Plaintiffs,<br><br>  v.<br><br>NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC.,<br><br>      Plaintiff/Counter-Defendants. | |

**ORDER**

This 1st day of May, 2024, consistent with the Memorandum Opinion issued this same day, **IT IS ORDERED** that

Sarepta Therapeutics, Inc. and the University of Western Australia's Motion for Summary Judgment of Infringement of U.S. Patent Nos. 9,994,851 and 10,277,590 (Motion #1) (D.I. 396) is GRANTED.

                                                                                            _____
                                                                                            Jennifer L. Hall
                                                                                     UNITED STATES DISTRICT JUDGE