IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SAREPTA THERAPEUTICS, INC., ) <br> ) <br> Defendant. ) <br> SAREPTA THERAPEUTICS, INC. and THE ) <br> UNIVERSITY OF WESTERN AUSTRALIA, ) <br> ) <br> Defendant/Counter-Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> NIPPON SHINYAKU CO., LTD. ) <br> and NS PHARMA, INC. ) <br> ) <br> Plaintiff/Counter-Defendants. ) | C.A. No. 21-1015 (JLH) |

**MOTION FOR LIMITED EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 15, 2023 STANDING ORDER ON PERSONAL DEVICES**

Defendant/Counter-Plaintiffs Sarepta Therapeutics, Inc. and The University of Western Australia ("Sarepta") move for an order to exempt Michael A. Morin, Ernest Yakob, Bornali Rashmi Borah, John Cremer and John Kozikowski from the District of Delaware's May 15, 2023 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 15, 2023 Standing Order"). In support of this Motion, Sarepta state as follows:

1.      The District of Delaware's May 15, 2023 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs

Federal Building and United States Courthouse, which require inter alia, for visitors to place personal electronic devices in a locked pouch provided by U.S. Marshals. Paragraph 4 of the May 15, 2023 Standing Order provides for certain exemptions to the Standing Order.

2. A pretrial conference is scheduled in this case for May 6, 2024 at 4:30 p.m.

3. Sarepta requests that Michael A. Morin, Ernest Yakob, and Bornali Rashmi Borah, co-lead counsel, be allowed to bring their electronic devices into the Courtroom. Mr. Morin, Mr. Yakob and Ms. Borah have been admitted *pro hac vice* in this matter but do not have access to a state-issued bar card.

4. Sarepta also requests that paralegals John Cremer of Latham & Watkins LLP and John Kozikowski of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, be allowed to bring their electronic devices into the Courtroom to assist with pretrial materials, as well as to communicate with trial team members who are not in the courtroom when necessary. However, they do not meet the exemptions listed in Paragraph 4 of the May 15, 2023 Standing Order.

WHEREFORE, Plaintiffs respectfully requests that the Court issue an order to exempt Mr. Morin, Mr. Yakob, Ms. Borah, Mr. Cremer and Mr. Kozikowski from the District of Delaware's May 15, 2023 Standing Order.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Charles E. Lipsey<br>J. Derek McCorquindale<br>Ryan P. O'Quinn<br>L. Scott Burwell<br>Jameson K. Gardner<br>FINNEGAN, HENDERSON, FARABOW,<br>   GARRETT & DUNNER, LLP<br>1875 Explorer Street, Suite 800<br>Reston, VA  20190-6023<br>(571) 203-2700<br><br>William B. Raich<br>Michael J. Flibbert<br>John M. Williamson<br>Yoonhee Kim<br>Yoonjin Lee<br>Kaitlyn S. Pehrson<br>FINNEGAN, HENDERSON, FARABOW,<br>   GARRETT & DUNNER, LLP<br>901 New York Avenue, NW<br>Washington, DC  20001-4413<br>(202) 408-4000<br><br>Alissa K. Lipton<br>Eric J. Lee, Ph.D.<br>FINNEGAN, HENDERSON, FARABOW,<br>   GARRETT & DUNNER, LLP<br>Two Seaport Lane<br>Boston, MA  02210-2001<br>(617) 646-1600 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Megan E. Dellinger*<br><br>_____<br>Jack B. Blumenfeld (#1014)<br>Megan E. Dellinger (#5739)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>mdellinger@morrisnichols.com<br><br>*Attorneys for Defendant/Counter-Plaintiffs Sarepta Therapeutics, Inc. and The University of Western Australia* |

Amanda P. Reeves
Anna M. Rathbun
Graham B. Haviland
Jesse Aaron Vella
Michael A. Morin
David P. Frazier
Rebecca L. Rabenstein
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
(202) 637-2200

Ernest Yakob
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

Will Orlady
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500

Michele D. Johnson
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
(714) 540-1235

Bornali Rashmi Borah
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Washington, DC 20004
(202) 637-2000

May 1, 2024

SO ORDERED, this 2nd day of May, 2024.

_____
The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE