IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD.,<br>     Plaintiff,<br><br>v.<br><br>SAREPTA THERAPEUTICS, INC.,<br>     Defendant. | )<br>)<br>)   C.A. No. 21-1015 (JLH)<br>)<br>)   **DEMAND FOR JURY TRIAL**<br>)<br>)<br>) |
| SAREPTA THERAPEUTICS, INC. and THE UNIVERSITY OF WESTERN AUSTRALIA,<br>     Defendant/Counter-Plaintiffs,<br><br>v.<br><br>NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC.,<br>     Plaintiff/Counter Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 15, 2023 STANDING ORDER ON PERSONAL DEVICES**

Plaintiff/Counter-Defendant Nippon Shinyaku Co., Ltd. and Counter-Defendant NS Pharma, Inc. ("NS") hereby move for an order to exempt certain persons from the District of Delaware's May 15, 2023 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 15 Standing Order"). In support of this Motion, the Parties state as follows:

1.  The District of Delaware's May 15, 2023 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require inter alia, for visitors to place personal electronic devices in a locked pouch provided by U.S. Marshals. Paragraph 4 of the May 15, 2023 Standing Order provides for certain exemptions to the Standing Order.

2. An approximately 5-day jury trial is scheduled in this case for May 13-17, 2024 in Courtroom 6D.

3. The pretrial conference in this case is scheduled for May 6, 2024 at 4:30 p.m.

4. Courtroom setup for the jury trial is scheduled for May 10, 2024.

5. The following staff, representatives, trial consultants, and witnesses[1] intend to appear at the pretrial conference, courtroom setup and/or the jury trial, require access to their electronic devices, but do not meet the exemptions listed in Paragraph 4 of the May 15, 2023 Standing Order:

- Jitsuro Morishita, Attorney
- Elsa Doi, Paralegal
- Marisa Alfano, Paralegal
- Ruth Renberg, Legal Practice Assistant
- Layne Hastings, Technology Consultant
- Jason Sabol, Technology Consultant
- Peder Rudling, Technology Consultant
- Susan Fillichio, Consultant
- Shin'ichi Takeda, Witness
- Masaya Toda, Witness
- Naoki Watanabe, Witness
- Kazuchika Takagaki, Witness
- Mami Hino, Attorney

---

[1] Listing an individual as a "witness" does not imply or require either party to call such individual to testify or make such individual available to testify at trial.

- Kazuhira Kobayashi, Client Representative
- Kunihisa Masuoka, Client Representative
- Yumi Schweizer, Interpreter
- Yaejoong Kim, Interpreter
- Fujiko Sato, Interpreter
- Gardner Gendron, Witness
- Leslie Magnus, Witness
- Michelle Hastings, Witness
- Mark Hosfield, Witness
- Nick Labraco, Consultant
- Scott Kamholz, Witness
- Jonathan Strober, Witness
- Matthew Wood, Witness
- Christine Esau, Witness

WHEREFORE, the Parties respectfully requests that the Court issue an order, in the form attached hereto, to exempt certain persons from the District of Delaware's May 15, 2023 Standing Order.

Dated:  May 3, 2024

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

*/s/Amy M. Dudash*
Amy M. Dudash (DE Bar No. 5741)
1201 N. Market Street, Suite 2201
Wilmington, Delaware 19801
Telephone:  302.574.3000
amy.dudash@morganlewis.com

Amanda S. Williamson (*pro hac vice*)
Jason C. White (*pro hac vice*)
Christopher J. Betti (*pro hac* vice)
Krista V. Venegas (*pro hac* vice)
Wan-Shon Lo (*pro hac* vice)
Maria E. Doukas (*pro hac vice*)
Zachary D. Miller (*pro hac vice*)
Guylaine Haché (*pro hac vice*)
Michael T. Sikora (*pro hac vice*)
110 N. Wacker Drive, Suite 2800
Chicago, IL  60601
Telephone:  312.324.1000

David L. Schrader (*pro hac vice*)
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071
Telephone: 213.612.2500

Alison P. Patitucci (*pro hac vice*)
2222 Market Street
Philadelphia, PA  19103
Telephone: 215.693.5000

*Counsel for Plaintiff/Counter-Defendant Nippon Shinyaku Co., Ltd. and Counter-Defendant NS Pharma, Inc.*