## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., <br>       Plaintiff, <br><br> v. <br><br> SAREPTA THERAPEUTICS, INC., <br>       Defendant. <br><br> SAREPTA THERAPEUTICS, INC. and THE UNIVERSITY OF WESTERN AUSTRALIA, <br>       Defendant/Counter-Plaintiffs, <br><br> v. <br><br> NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC., <br>       Plaintiff/Counter Defendants. | C.A. No. 21-1015 (JLH) <br><br> **DEMAND FOR JURY TRIAL** |

### [PROPOSED] ORDER FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 15, 2023 STANDING ORDER ON PERSONAL DEVICES

WHEREAS, the Court has considered the Parties' Motion for Exemption of Persons from the District of Delaware's May 15, 2023 Standing Order on Personal Devices (the "Exemption"),

IT IS HEREBY ORDERED that:

1. The Exemption is GRANTED.

2. For purposes of the May 6, 2024 pretrial conference, May 10, 2024 set-up and May 13-17, 2024 trial in the above-referenced action, the following persons are exempt from the District of Delaware's May 15, 2023 Standing Order and shall be permitted to retain and use their personal electronic devices and bring computer equipment with them into the courtroom:

- Jitsuro Morishita, Attorney
- Elsa Doi, Paralegal
- Marisa Alfano, Paralegal
- Ruth Renberg, Legal Practice Assistant
- Layne Hastings, Technology Consultant
- Jason Sabol, Technology Consultant
- Peder Rudling, Technology Consultant
- Susan Fillichio, Jury Consultant
- Shin'ichi Takeda, Witness
- Masaya Toda, Witness
- Naoki Watanabe, Witness
- Kazuchika Takagaki, Witness
- Mami Hino, Attorney
- Kazuhira Kobayashi, Client Representative
- Kunihisa Masuoka, Client Representative
- Yumi Schweizer, Interpreter
- Yaejoong Kim, Interpreter
- Fujiko Sato, Interpreter
- Gardner Gendron, Witness
- Leslie Magnus, Witness
- Michelle Hastings, Witness
- Mark Hosfield, Witness
- Nick Labraco, Consultant

- Scott Kamholz, Witness

- Jonathan Strober, Witness

- Matthew Wood, Witness

- Christine Esau, Witness

3. The persons listed in paragraph 2 of this Order shall present this Order along with a valid photographic ID to the United States Marshals upon entry to the J. Caleb Boggs Federal Building and United States Courthouse.

SO ORDERED this __3rd__ day of May, 2024.

                                                    Honorable Jennifer L. Hall
                                                  U.S. District Court Judge