## Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

**Megan E. Dellinger**
(302) 351-9366
mdellinger@morrisnichols.com

May 7, 2024

The Honorable Jennifer L. Hall                                          *VIA HAND DELIVERY AND*
United States District Court                                                *ELECTRONIC FILING*
  for the District of Delaware
844 North King Street
Wilmington, DE 19801-3555

        Re:    *Nippon Shinyaku Co., Ltd. v. Sarepta Therapeutics, Inc.*;
                  C.A. No. 21-1015 (JLH)

Dear Judge Hall:

      In response to the Court's order during the pretrial conference yesterday (Tr. at 46:6-11), Sarepta Therapeutics, Inc. ("Sarepta") and the University of Western Australia ("UWA") identify the following paragraphs in the reports of Nippon Shinyaku Co. Ltd. and NS Pharma's experts Dr. Michelle L. Hastings and Dr. Matthew J.A. Wood, relying on: (1) the prosecution history of the "Species Cases" and "Sazani Cases" and (2) the "'007 Interference" in support of their opinions.[1] Sarepta and UWA also identify the following responsive paragraphs in the reports of Sarepta and UWA's expert Dr. Steven F. Dowdy.

---

[1] The Species Cases refer to U.S. Patent Application Nos. 14/743,856, 14/213,641, and 14/776,533 and their child applications. The Sazani Cases refer to U.S. Patent Application No. 12/605,275 and its child applications and patents (e.g., U.S. Patent Nos. 9,434,948; 9,447,416; 9,453,225). The '007 Interference refers to Interference No. 106,007 before the U.S. Patent Trial and Appeal Board. Sarepta and UWA did not identify paragraphs relating to the claims and defenses that no longer remain in the case. *See* D.I. 526.

The Honorable Jennifer L. Hall
May 7, 2024
Page 2

| Arguments Involving | Species Cases | Sazani Cases | '007 Interference |
|---|---|---|---|
| **Wilton Patent** | | Hastings Reply Rpt. (D.I. 427-7), ¶¶37, 73 | Hastings Op. Rpt. (D.I. 427-5), ¶¶51, 54, 63, 116, 117<br><br>Hastings Reply Rpt. (D.I. 427-7), ¶¶20, 33-36, 73 |
| | | | Dowdy Reb. Rpt. (D.I. 427-2), ¶¶104, 120, 121, 266 |
| **NS Patents** | Hastings Resp. Rpt. (D.I. 427-6), ¶¶192-95, 199, 204-209<br><br>Wood Resp. Rpt. (D.I. 385-1, Exhibit 2), ¶¶76-79 | | |
| | Dowdy Reply Rpt. (D.I. 427-3), ¶¶95-101, 107, 112, 122-26, 243 | | |

We will be prepared to discuss the above paragraphs at the continued pretrial conference scheduled for May 9th at 10 a.m. ET.

Respectfully,

*/s/ Megan E. Dellinger*

Megan E. Dellinger (#5739)

cc:   Clerk of the Court (via hand delivery)
      All Counsel of Record (via CM/ECF and e-mail)