IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 21-1015 (JLH) |
| SAREPTA THERAPEUTICS, INC., | ) ) ) |
| Defendant. | ) |
| SAREPTA THERAPEUTICS, INC. and THE UNIVERSITY OF WESTERN AUSTRALIA, | ) ) ) |
| Defendant/Counter-Plaintiffs, | ) ) |
| v. | ) ) |
| NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC. | ) ) ) |
| Plaintiff/Counter-Defendants. | ) |

**SAREPTA'S MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 15, 2023 STANDING ORDER ON PERSONAL DEVICES**

Defendant/Counter-Plaintiffs Sarepta Therapeutics, Inc. and The University of Western Australia ("Sarepta") hereby moves for an order to exempt certain persons from the District of Delaware's May 15, 2023 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 15, 2023 Standing Order"). In support of this Motion, Sarepta states as follows:

1.  The May 15, 2023 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require *inter alia* for visitors to place personal electronic devices

in a locked pouch provided by U.S. Marshals. Paragraph 4 of the May 15, 2023 Standing Order provides for certain exemptions to the Standing Order.

2. A 5-day jury trial is scheduled in this case from May 13-17, 2024 in Courtroom 6D.

3. Courtroom setup for the trial is scheduled for May 10, 2024.

4. The following staff, trial consultants, and witnesses intend to appear at courtroom setup and/or the trial on behalf of Sarepta and request access to their electronic devices for purposes of the trial, but do not meet the exemptions listed in Paragraph 4 of the May 15, 2023 Standing Order:

- Rachel Blitzer, Esquire
- Bornali Rashmi Borah, Esquire
- Michael Morin, Esquire
- Ernest Yakob, Esquire
- Ryan E. Brown, Client Representative
- Jessica Driscoll, Client Representative
- John Haberman, Client Representative
- Catherine McKillop, Client Representative
- Beth Devlin, Trial Consultant
- Patricia Hastings, Trial Consultant
- Crystal Boyle, Paralegal
- John Cremer, Paralegal
- Fioranny Del Mar Santana Jimenez, Paralegal
- John Kozikowski, Paralegal
- Kristopher Krull, Paralegal

- Brian Koerper, IT Support
- Herbert Lee McClellan II, IT Support
- William Smith, Hot Seat Operator
- Abbey Sullivan, Hot Seat Operator
- Steven Dowdy, Expert Witness
- John Jarosz, Expert Witness
- Andrew Hirshfeld, Expert Witness
- Stanley Nelson, Expert Witness
- Frederick Schnell, Fact Witness
- Stephen Wilton, Fact Witness
- Joseph Zenkus, Fact Witness

WHEREFORE, Sarepta respectfully requests that the Court issue an order to exempt the above-named persons from the District of Delaware's May 15, 2023 Standing Order.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

Jack B. Blumenfeld (#1014)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Defendant/Counter-Plaintiffs Sarepta Therapeutics, Inc. and The University of Western Australia*

May 7, 2024

SO ORDERED, this __9th__ day of __May__, 2024.

_____
The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE