# Morgan Lewis

**Amy M. Dudash**
+1.302.574.7293
amy.dudash@morganlewis.com

May 10, 2024

**VIA CM/ECF**

Honorable Jennifer L. Hall
J. Caleb Boggs Federal Building
844 N. King Street, Room 6312
Wilmington, DE 19801-3555

    Re:  <u>*Nippon Shinyaku Co. v. Sarepta Therapeutics, Inc.*</u>, C.A. No. 21-1015-JLH

Dear Judge Hall:

In response to the Court's May 9, 2024 Oral Order (D.I. 575), I write on behalf of the parties to inform the Court that Nippon Shinyaku Co., Ltd. ("Nippon Shinyaku") and Sarepta Therapeutics, Inc. ("Sarepta") have reached an agreement to resolve Nippon Shinyaku's breach of contract claim. Nippon Shinyaku and Sarepta have executed a confidential settlement agreement and anticipate filing a stipulation of dismissal regarding Nippon Shinyaku's breach of contract claim in June 2024.

Based on the parties' executed agreement to resolve Nippon Shinyaku's breach of contract claim, the parties submit that the Court need not hold a bench trial regarding this claim next week.

Counsel are available should the Court have any questions.

Respectfully submitted,

*/s/ Amy M. Dudash*

Amy M. Dudash (DE Bar No. 5741)

CC: Counsel of Record (Via CM/ECF)

**Morgan, Lewis & Bockius LLP**

1201 N. Market Street, Suite 2201
Wilmington, DE 19801
United States
T +1.302.574.3000
F +1.302.574.3001