# Exhibit N

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., Plaintiff, <br><br> v. <br><br> SAREPTA THERAPEUTICS, INC., Defendant. <br><br> SAREPTA THERAPEUTICS, INC., Defendant and Counter-Plaintiff <br><br> v. <br><br> NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC., Plaintiff and Counter-Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 21-1015 (MN) |

**PLAINTIFF/COUNTERCLAIM DEFENDANT NIPPON SHINYAKU CO. LTD.'S AND COUNTERCLAIM DEFENDANT NS PHARMA, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION TO DEFENDANT SAREPTA THERAPEUTICS, INC. (NOS. 1-149)**

Plaintiff/Counterclaim Defendant Nippon Shinyaku Co., Ltd. and Counterclaim Defendant NS Pharma (collectively "NS") pursuant to Fed. R. Civ. P. 34, hereby requests that Defendant Sarepta Therapeutics, Inc. produce copies of, or produce for inspection and reproduction at the offices of Morgan, Lewis & Bockius LLP, 1201 N. Market Street, Suite 2201, Wilmington, DE 19801, or a location mutually agreeable to the parties, all documents and things in the possession, custody or control of Plaintiff as requested herein within thirty (30) days of service of these request for production ("Requests"). The following definitions and instructions shall apply to these Requests.

## DEFINITIONS

1. "Nippon Shinyaku," means Plaintiff/Counterclaim Defendant Nippon Shinyaku Co., Ltd., its successors, predecessors, assigns, members, directors, officers, employees, agents, and any other person acting on its behalf.

2. "NS Pharma" means Counterclaimant Defendant NS Pharma, Inc. its successors, predecessors, assigns, members, directors, officers, employees, agents, and any other person acting on its behalf.

3. "Sarepta" means Defendant Sarepta Therapeutics, Inc., including without limitation any corporate parents; corporate predecessors (including Antivirals, Inc. and AVI Biopharma, Inc.); corporate affiliates; past or present subsidiaries (directly, indirectly, wholly, or partly owned); joint ventures; divisions; departments; and any present or former officers, directors, managers, general partners, limited partners, principals, shareholders, agents, representatives, and employees of Sarepta Therapeutics, Inc., or any such predecessor in interest, parent, predecessor, affiliate, subsidiary, or joint venture. "AZL" means Academisch Ziekenhuis Leiden, along with any corporate parents; corporate predecessors; corporate affiliates; past or present subsidiaries (directly, indirectly, wholly, or partly owned); present or former officers, directors, managers, general partners, limited partners, principals, shareholders, agents, representatives, and employees.

4. "BioMarin" means BioMarin Leiden Holding BV, BioMarin Nederlands BV, BioMarin Technologies BV, along with any corporate parents; corporate predecessors; corporate affiliates; past or present subsidiaries (directly, indirectly, wholly, or partly owned); present or former officers, directors, managers, general partners, limited partners, principals, shareholders, agents, representatives, and employees of these entities.

5. "Prosensa" means Prosensa Holding BV and Prosensa Technologies BV, along with any corporate parents; corporate predecessors; corporate affiliates; past or present subsidiaries

2

## REQUESTS FOR PRODUCTION

**REQUEST NO. 1:**    Documents showing Sarepta's corporate structure, including organizational charts or documents showing affiliates, parent companies, subsidiaries, partnerships, joint ventures, acquisitions, and divisions, and any role each organization has related to the Accused Sarepta Products.

**REQUEST NO. 2:**    Documents showing Sarepta's leadership and company organization from 2016-present, including organizational charts or documents showing the names, positions, titles, duties, and reporting relationships of officers, employees, and other personnel in any groups, units, divisions, or departments who have or have had responsibility for or duties relating to the research, design, selection, development, testing, manufacture, use, regulatory approval or certification, distribution, export/importation, marketing, sale, sourcing, customer support, purchase, and/or licensing of any Accused Sarepta Products.

**REQUEST NO. 3:**    Documents sufficient to show each of Sarepta's relationships with any Third Party that are or have been engaged in the research, design, selection, development, testing, manufacture, use, regulatory approval or certification, distribution, export/importation, marketing, sale, sourcing, customer support, purchase, and/or licensing of the Accused Sarepta Products.

**REQUEST NO. 4:**    All Documents related to agreements or licenses between Sarepta and its related entities or any Third Party regarding the Accused Sarepta Products, including, but not limited to, agreements or licenses related to research, design, selection, development, testing, manufacture, use, regulatory approval or certification, distribution, export/importation, marketing, sale, sourcing, customer support, purchase, consulting and/or clinical trials (including clinical trial agreements).

**REQUEST NO. 5:**    All Documents and Things relating to conception, reduction to

13

from 2008 through 2011.

**REQUEST NO. 89:** All Documents related to any ownership, assignment, license, security interest, lien, or transfer of any right(s) in any Sarepta Patent, whether to or from Sarepta or a Third Party.

**REQUEST NO. 90:** All Documents related to Sarepta's agreements with UWA relating to the UWA Patent Family, including without limitation any correspondence relating to the negotiation of such agreements.

**REQUEST NO. 91:** All Documents relating to any patent licenses entered into by Sarepta regarding the Sarepta Patent-Practicing Products, including any patent licenses entered into to secure rights to manufacture, market, and/or sell the Sarepta Patent-Practicing Products, and any discussions related thereto regardless whether a license was executed.

**REQUEST NO. 92:** All Documents relating to any licensing or discussions of licensing Sarepta's patents that purportedly cover the Sarepta Patent-Practicing Products, including the UWA Patents.

**REQUEST NO. 93:** All Documents relating to the development of oligonucleotide therapies or intellectual property therefor, including without limitation any agreements Sarepta entered into with Third Parties, such as UWA, BioMarin, Prosensa, AZL, Royal Holloway, and/or individuals associated with these institutions.

**REQUEST NO. 94:** All Documents relating to any agreements relating to work leading to the conception or reduction to practice of any invention claimed in any Sarepta Patent, including without limitation any employment agreements, consulting agreements, or testing agreements relating to such work or persons conducting such work.

**REQUEST NO. 95:** All patents assigned to, owned by, or licensed by Sarepta that relate, in whole or in part, to the Sarepta Patent-Practicing Products, the manufacturing process for the

25

Dated:  March 11, 2022

                                                    MORGAN, LEWIS & BOCKIUS LLP

Amanda S. Williamson (admitted *pro hac vice*)      */s/Amy M. Dudash*
Christopher J. Betti (admitted *pro hac* vice)      Amy M. Dudash (DE Bar No. 5741)
Krista V. Venegas (admitted *pro hac* vice)         1201 N. Market Street
Maria E. Doukas (admitted *pro hac vice*)           Suite 2201
Zachary Miller (admitted *pro hac vice*)            Wilmington, Delaware 19801
Guylaine Haché (admitted *pro hac vice*)            Telephone:  302.574.3000
Michael T. Sikora (admitted *pro hac vice*)         Fax:  302.574.3001
110 N. Wacker Drive, Ste 2800                       amy.dudash@morganlewis.com
Chicago, IL  60601
Telephone:  312.324.1000                            *Attorneys for Plaintiff/Counterclaim*
Fax:  312.324.1001                                  *Defendant Nippon Shinyaku Co.,*
amanda.williamson@morganlewis.com                   *Ltd. and Counterclaim Defendant NS*
christopher.betti@morganlewis.com                   *Pharma, Inc.*
krista.venegas@morganlewis.com
maria.doukas@morganlewis.com
zachary.miller@morganlewis.com
guylaine.hache@morganlewis.com
michael.sikora@morganlewis.com

## <u>CERTIFICATE OF SERVICE</u>

       I certify that on March 11, 2022, I caused a true and correct copy of the foregoing document to be served on the parties listed below via e-mail:

Jack B. Blumenfeld
Megan E. Dellinger
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com