EXHIBIT 1

# REDACTED IN ITS ENTIRETY

# EXHIBIT 2

☺ 🔗

🏛 **Ironclad** assigned [REDACTED] to **Accounting**.
May 13, 2022 at 11:28 AM

☺ 🔗

🏛 **Ironclad** sent email to [REDACTED]
Jan 4, 2022 at 2:15 PM

☺ 🔗

🏛 **Ironclad** concluded the signature request and stored the signed document.
Jan 4, 2022 at 2:15 PM

☺ 🔗

(PE) [REDACTED] signed on behalf of **Director and Secretary**.
Jan 4, 2022 at 2:15 PM

☺ 🔗

🏛 **Ironclad** sent signature request to [REDACTED] via DocuSign.
Jan 4, 2022 at 2:12 PM

☺ 🔗

(JO) [REDACTED] signed on behalf of **Finance Signatories**.
Jan 4, 2022 at 2:12 PM

☺ 🔗

(JO) [REDACTED] viewed the signature request on behalf of **Finance Signatories**.
Jan 4, 2022 at 2:11 PM

☺ 🔗

[REDACTED] left a comment.
Jan 4, 2022 at 2:08 PM

> [REDACTED] I sent this to [REDACTED] for signature on behalf of Inc then it will be routed to you as director and secretary for STIH Two

☺ ↩ 🔗

[REDACTED] sent signature request to [REDACTED] via DocuSign.
Jan 4, 2022 at 2:08 PM

OUTSIDE COUNSEL EYES ONLY  SRPT-VYDS-0247080

EXHIBIT 3



OUTSIDE COUNSEL EYES ONLY                                        SRPT-VYDS-0247081

please reach out to the sender by emailing them directly.

**Stop receiving this email**
Report this email or read more about Declining to sign and Managing notifications.

If you are having trouble signing the document, please visit the Help with Signing page on our Support Center.

 Download the DocuSign App

This message was sent to you by Sarepta Legal who is using the DocuSign Electronic Signature Service. If you would rather not receive email from this sender you may contact the sender with your request.

The information contained in this message may be confidential, privileged and protected from disclosure. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by email or telephone and destroy all copies of the original message. Thank you.

EXHIBIT 4

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| NIPPON SHINYAKU CO., LTD., | |
| Plaintiff, | |
| v. | |
| SAREPTA THERAPEUTICS, INC., | C.A. No. 21-1015 (JLH) |
| Defendant. | ██████████████████ |
| | ██████████████████ |
| SAREPTA THERAPEUTICS, INC. and THE UNIVERSITY OF WESTERN AUSTRALIA, | |
| Defendant/Counter-Plaintiffs, | |
| v. | |
| NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC., | |
| Plaintiff/Counter-Defendants. | |

## <u>DECLARATION OF PETER WALSH</u>

I, Peter Walsh, hereby declare as follows:

1.      I am currently Senior Director, Tax Planning and Compliance at Sarepta Therapeutics, Inc. and Director and Secretary for ST International Holdings Two, Inc.

2.      Sarepta Therapeutics, Inc.'s consolidated financial statements, which have been prepared in accordance with accounting principles generally accepted in the United States ("U.S. GAAP"), reflect the accounts of Sarepta and its wholly-owned subsidiaries (collectively, "Sarepta"). All intercompany transactions between and among its consolidated subsidiaries have been eliminated in the consolidated financial statements.



10.

11.

12.

13.

14.

15.

16. 

17.

18.

19.

20.

21.

4

EXHIBIT 1

REDACTED

# EXHIBIT 2



OUTSIDE COUNSEL EYES ONLY

EXHIBIT 3



OUTSIDE COUNSEL EYES ONLY

# EXHIBIT 4



OUTSIDE COUNSEL EYES ONLY

EXHIBIT 5



OUTSIDE COUNSEL EYES ONLY

SRPT-VYDS-0247050

# EXHIBIT 6



OUTSIDE COUNSEL EYES ONLY

EXHIBIT 7



OUTSIDE COUNSEL EYES ONLY

# EXHIBIT 8



OUTSIDE COUNSEL EYES ONLY

EXHIBIT 9



OUTSIDE COUNSEL EYES ONLY

SRPT-VYDS-0247051

EXHIBIT 10



OUTSIDE COUNSEL EYES ONLY                                        SRPT-VYDS-0247055



OUTSIDE COUNSEL EYES ONLY

SRPT-VYDS-0247056

EXHIBIT 11



OUTSIDE COUNSEL EYES ONLY



OUTSIDE COUNSEL EYES ONLY

EXHIBIT 12



OUTSIDE COUNSEL EYES ONLY

EXHIBIT 13



OUTSIDE COUNSEL EYES ONLY