# Exhibit A

## PRETRIAL ORDER TABLE OF ABBREVIATIONS

| Abbreviation | Description |
| --- | --- |
| Nippon Shinyaku | Nippon Shinyaku Co., Ltd. |
| NS Pharma | NS Pharma, Inc. |
| NS | Collectively, Nippon Shinyaku and NS Pharma |
| Sarepta | Sarepta Therapeutics, Inc. |
| UWA | The University of Western Australia |
| '851 Patent | U.S. Patent No. 9,994,851 |
| '590 Patent | U.S. Patent No. 10,227,590 |
| '827 Patent | U.S. Patent No. 10,266,827 |
| '361 Patent | U.S. Patent No. 9,708,361 |
| '092 Patent | U.S. Patent No. 10,385,092 |
| '461 Patent | U.S. Patent No. 10,407,461 |
| '106 Patent | U.S. Patent No. 10,487,106 |
| '741 Patent | U.S. Patent No. 10,647,741 |
| '217 Patent | U.S. Patent No. 10,662,217 |
| '322 Patent | U.S. Patent No. 10,683,322 |
| '318 PCT Application | International Patent Application No. PCT/JP2011/070318 |
| JP Application | Japanese Patent Application No. 2010196032 |
| NS Patents | Collectively, '361 Patent, '092 Patent, '461 Patent, '106 Patent, '741 Patent, and '217 Patent |
| Wilton Patents or UWA Patents | Collectively, '851 Patent, '590 Patent, and '827 Patent |
| '172 Application | U.S. Patent Application No. 15/705,172 |
| '371 Application | U.S. Patent Application No. 16/112,371 |
| '453 Application | U.S. Patent Application No. 16/112,453 |
| '943 PCT Application | International Patent Application No. PCT/AU2005/000943 |
| AU Application | Australian Patent Application No. 2004903474 |
| UWA Applications or Wilton Applications | Collectively, '172 Application, '371 Application, and '453 Application |

| Abbreviation | Description |
| --- | --- |
| UWA Inventors or Wilton Inventors | Stephen Wilton, Sue Fletcher, and Graham McClorey |
| ASO | Antisense oligonucleotide |
| DMD | Duchenne Muscular Dystrophy |
| FDA | U.S. Food and Drug Administration |
| MCA | Mutual Confidentiality Agreement (D.I. 2-1) |
| PMO | phosphorodiamidate morpholino oligomer |
| USPTO | United States Patent and Trademark Office |
| PTAB | Patent Trial and Appeal Board |
| IPR | *inter partes review* |

*\*For information and abbreviations regarding asserted claim classes see Pretrial Order, Exhibit 1.*