# EXHIBIT 1

# PRE-TRIAL ORDER
# EXHIBIT 1
# ASSERTED CLAIMS

The parties identify the following asserted claims.

With respect to the NS Patents, NS asserts that Sarepta has infringed, and Sarepta stipulates that it has infringed, the following claims (the "NS Asserted Claims" or "NS Patents Asserted Claims"):

- '092 Patent:  Claim 3;
- '461 Patent:  Claim 2;
- '106 Patent:  Claim 1;
- '741 Patent:  Claim 3;
- '217 Patent:  Claim 4

With respect to the Wilton Patents, Sarepta asserts that NS infringes the following claims (the "Wilton Patent Asserted Claim" or "Asserted UWA Claim":

- '851 Patent: Claim 1