# EXHIBIT 10

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 21-1015-JLH |
| ) | |
| SAREPTA THERAPEUTICS, INC. ) | **DEMAND FOR JURY TRIAL** |
| ) | |
| Defendant. ) | |
| ) | |
| SAREPTA THERAPEUTICS, INC. and THE ) | |
| UNIVERSITY OF WESTERN AUSTRALIA, ) | |
| ) | |
| Defendant/Counter-Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| NIPPON SHINYAKU CO., LTD. ) | |
| and NS PHARMA, INC., ) | |
| ) | |
| Plaintiff/Counter-Defendants. ) | |

## NIPPON SHINYAKU CO, LTD. AND NS PHARMA, INC.'S
## ANTICIPATED TRIAL WITNESS LIST

Nippon Shinyaku Co., Ltd. and NS Pharma, Inc. (collectively, "NS") intend to call the following witnesses at the trial scheduled to commence on May 13, 2024. NS reserves the right to supplement, amend or modify this witness list prior to and/or during trial based on case developments, witness availability, and/or in light of any order regarding the scope of the trial or in light of any information submitted by Sarepta Therapeutics, Inc. ("Sarepta") and the University of Western Australia ("UWA"). NS also reserves the right to call any witness that appears on Sarepta and/or UWA's witness list without waiving any objections to the admissibility of testimony offered by Sarepta and/or UWA. NS reserves all rights to call the witnesses by deposition as identified in its deposition designations or counter-designations (and any subsequent

modifications thereto) insofar as any such witness does not appear live at trial. NS reserves the right to call any other witnesses as necessary for impeachment and/or rebuttal. If Sarepta or UWA challenge the authenticity of any documents, articles, or things presented by NS at trial, NS reserves the right to call additional witnesses as may be required for document authentication. NS also reserves the right to substitute witnesses should one of the individuals listed in the disclosure not be available at the time of trial.

Inclusion on this list does not imply or establish that NS may compel the live testimony of that witness and does not waive any objections that NS may have should Sarepta or UWA seek to introduce testimony of that witness.

Based on the parties' agreement to call fact witnesses at trial only once, NS does not anticipate presenting deposition testimony from any witness who will be appearing live at trial (except for purposes of impeachment, as applicable). However, for completeness, due to the simultaneous exchange of anticipated will-call witness lists by the parties, NS has noted adverse witnesses NS anticipates playing deposition testimony from insofar as these witnesses do not appear live at trial.

NS's identification of witnesses for the bench trial portion of the case is based on NS's current understanding of the scope of the bench trial to occur during evenings of the scheduled trial and/or during the jury's deliberations for the jury trial portion. Insofar as the scope of the bench trial changes, NS reserves the right to make changes to its anticipated witness list.

| NS's Anticipated Will Call Witnesses | | |
|---|---|---|
| **Witness Name** | **Jury Trial** | **Bench Trial** |
| Abbie Adams (By Deposition) | X | x |
| Dr. Richard Bestwick (By Deposition) | x | |
| Dr. Christy Esau | x | |
| Dr. Zhengyu Feng (By Deposition) | | x |
| Dr. Sue Fletcher (By Deposition) | x | x |

2

3

| Witness Name | Jury Trial | Bench Trial |
|---|---|---|
| Brian Forsa (By Deposition) | x | |
| Dr. Diane Frank (By Deposition) | x | |
| Gardner Gendron | x | |
| Dr. Michelle Hastings | x | x |
| Mark Hosfield | x | |
| Dr. Scott Kamholz | | x |
| Dr. Leslie Magnus | x | |
| Amy Mandrogouras (By Deposition) | x | x |
| Penelope Meloni (By Deposition) | x | x |
| Paul Shanahan (By Deposition) | x | x |
| Dr. Jonathan Strober | x | |
| Kazuchika Takagaki (By Deposition) | x | |
| Dr. Shin'ichi Takeda | x | x |
| Masaya Toda | x | |
| Naoki Watanabe | x | x |
| Dr. Steve Wilton (Live/By Deposition) | x | x |
| Dr. Matthew Wood | x | |
| Ryan Wong (By Deposition) | x | |
| Joe Zenkus (Live/By Deposition) | x | |
| Sarepta Custodian of Record | x | x |
| UWA Custodian of Record | x | x |