# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD.,<br>        Plaintiff,<br><br>v.<br><br>SAREPTA THERAPEUTICS, INC.,<br>        Defendant.<br><br>SAREPTA THERAPEUTICS, INC. and THE UNIVERSITY OF WESTERN AUSTRALIA,<br>        Defendant/Counter-Plaintiffs,<br><br>v.<br><br>NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC.,<br>        Plaintiff/Counter Defendants. | C.A. No. 21-1015 (JLH)<br><br>**DEMAND FOR JURY TRIAL** |

## NOTICE OF WITHDRAWAL OF ATTORNEY

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 83.7, Guylaine Haché of Morgan, Lewis & Bockius LLP, hereby withdraws her appearance as counsel for Plaintiff/Counterclaim Defendant Nippon Shinyaku Co., Ltd. and Counterclaim Defendant NS Pharma, Inc.

[signature on following page]

| | |
|---|---|
| June 24, 2024 | Respectfully submitted, |
| | MORGAN, LEWIS & BOCKIUS LLP |
| | |
| | /s/Amy M. Dudash |
| Amanda S. Williamson (admitted *pro hac vice*) | Amy M. Dudash (DE Bar No. 5741) |
| Jason C. White (admitted *pro hac vice*) | 1201 N. Market Street, Suite 2201 |
| Christopher J. Betti (admitted *pro hac* vice) | Wilmington, Delaware 19801 |
| Krista V. Venegas (admitted *pro hac* vice) | Telephone:  302.574.3000 |
| Wan-Shon Lo (admitted *pro hac* vice) | Fax:  302.574.3001 |
| Maria E. Doukas (admitted *pro hac vice*) | amy.dudash@morganlewis.com |
| Zachary D. Miller (admitted *pro hac vice*) | |
| Michael T. Sikora (admitted *pro hac vice*) | *Attorneys for Plaintiff/Counterclaim* |
| 110 N. Wacker Drive, Suite 2800 | *Defendant Nippon Shinyaku Co., Ltd.* |
| Chicago, IL  60601 | *and Counterclaim Defendant NS* |
| Telephone:  312.324.1000 | *Pharma, Inc.* |
| Fax:  312.324.1001 | |
| amanda.williamson@morganlewis.com | |
| jason.white@morganlewis.com | |
| christopher.betti@morganlewis.com | |
| krista.venegas@morganlewis.com | |
| shon.lo@morganlewis.com | |
| maria.doukas@morganlewis.com | |
| zachary.miller@morganlewis.com | |
| michael.sikora@morganlewis.com | |

David L. Schrader (admitted *pro hac vice*)
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071
Telephone: 213.612.2500
Fax: 213.612.2501
david.schrader@morganlewis.com

Alison P. Patitucci (admitted *pro hac vice*)
2222 Market Street
Philadelphia, PA  19103
Telephone: 215.693.5000
Fax: 215.963.5001
alison.patitucci@morganlewis.com