# Exhibit A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD.,<br><br>  Plaintiff,<br><br>  v.<br><br>SAREPTA THERAPEUTICS, INC.,<br><br>  Defendant. | C.A. No. 21-1015 (JLH) |
| SAREPTA THERAPEUTICS, INC. and THE UNIVERSITY OF WESTERN AUSTRALIA,<br><br>  Defendant/Counter-Plaintiffs,<br><br>  v.<br><br>NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC.<br><br>  Plaintiff/Counter-Defendants. | |

**STIPULATION AND [PROPOSED] AMENDED SCHEDULING ORDER**

  WHEREAS, the parties have conferred and have agreed to extend certain discovery deadlines and limitations in connection with the continued trial (*see* D.I. 585);

  WHEREAS, the proposed deadlines do not affect the court-ordered dates for the pretrial conference and trial;

  WHEREAS, this Stipulation and [Proposed] Amended Scheduling Order is subject to the issues raised in the parties' joint letter filed contemporaneously herewith;

  IT IS HEREBY STIPULATED AND AGREED, by the parties, subject to the approval of the Court, that the following deadlines and conditions shall apply:

| Event | Proposed Deadline |
|---|---|
| Supplemental Technical Expert Opening Reports (Hastings/Wood*) (related to issues for which Nippon Shinyaku bears the burden of proof that are implicated by the Court's clarified and/or amended claim construction (D.I. 573))<br><br>*As set forth in the letter filed contemporaneously herewith, Sarepta believes Dr. Wood remains bound by his sworn promise to not opine on invalidity of the Wilton Patent.* | July 3, 2024 |
| Supplemental Technical Expert Rebuttal Report (Dowdy) (responding to Supplemental Technical Expert Opening Reports) | August 14, 2024 |
| Supplemental Technical Expert Reply Reports (Hastings/Wood) (replying to Supplemental Technical Expert Rebuttal Report) | September 4, 2024 |
| Complete Expert Depositions of Drs. Hastings, Wood, and/or Dowdy (depositions limited to 3.5 hours per expert and the content of the Supplemental Technical Expert Reports) | September 25, 2024 |
| Deadline to file any *Daubert* motions limited to Supplemental Technical Expert Reports and the related Technical Expert Depositions* (limited to 20 pages for the opening briefs, 20 pages for answering briefs, and 10 pages for reply briefs, per side)<br><br>*As set forth in the letter filed contemporaneously herewith, NS suggests that this also be the deadline for any supplemental summary judgment motions. Sarepta disagrees that a second round of summary judgment motions has been contemplated by the Court or is appropriate.* | October 2, 2024 |
| Deadline for Producing Supplemental Financial Information (including information current at least through August 31, 2024) | October 25, 2024 |
| Supplemental Opening Financial Expert Reports (Hosfield/Jarosz) (related to supplemental production) | November 5, 2024 |
| Supplemental Responsive Financial Expert Reports (Hosfield/Jarosz) (related to supplemental production[1]) | November 12, 2024 |

---

[1] Subject to resolution of the issues raised by Nippon Shinyaku and NS Pharma's Letter Brief Regarding Late Produced Licensing and No Lost Profits (D.I. 568) and Sarepta's response (D.I. 572).

2

| | |
|---|---|
| Deadline to File Revised Proposed Voir Dire, Preliminary Jury Instructions, Final Jury Instructions, and Pretrial Order | November 22, 2024 |
| Pretrial Conference | December 6, 2024 (no change) |
| Jury Selection before Magistrate Judge (*See* 2024-05-09 Status Conference Tr. 6:17-7:12) | December 13, 2024 (no change) |
| Trial (5 Day Jury trial) | December 16 – 20, 2024 (no change) |

Dated: July 1, 2024

| | |
|---|---|
| MORGAN, LEWIS & BOCKIUS LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Amy M. Dudash* | */s/ Megan E. Dellinger* |
| Amy M. Dudash (#5741)<br>1201 North Market Street, Suite 2201<br>Wilmington, DE  19801<br>(302) 574-3000<br>amy.dudash@morganlewis.com<br><br>*Attorney for Plaintiffs* | Jack B. Blumenfeld (#1014)<br>Megan E. Dellinger (#5739)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>mdellinger@morrisnichols.com<br><br>*Attorneys for Defendants* |

**SO ORDERED** this ___ day of _____, 2024.

_____
United States District Court Judge

3