IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SAREPTA THERAPEUTICS, INC., ) <br> ) <br> Defendant. ) <br> SAREPTA THERAPEUTICS, INC. and THE ) <br> UNIVERSITY OF WESTERN AUSTRALIA, ) <br> ) <br> Defendant/Counter-Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> NIPPON SHINYAKU CO., LTD. ) <br> and NS PHARMA, INC. ) <br> ) <br> Plaintiff/Counter-Defendants. ) | C.A. No. 21-1015 (JLH) |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that the appearance of Eric J. Lee of FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP for Sarepta Therapeutics, Inc. and The University of Western Australia is hereby withdrawn. Sarepta Therapeutics, Inc. and The University of Western Australia will continue to be represented by the firms of MORRIS, NICHOLS, ARSHT & TUNNELL LLP, FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP and LATHAM & WATKINS LLP.

                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                    */s/ Megan E. Dellinger*

                    _____
                    Jack B. Blumenfeld (#1014)
                    Megan E. Dellinger (#5739)
                    1201 North Market Street
                    P.O. Box 1347
                    Wilmington, DE  19899
                    (302) 658-9200
                    jblumenfeld@morrisnichols.com
                    mdellinger@morrisnichols.com

                    *Attorneys for Defendant/Counter-Plaintiffs*
                    *Sarepta Therapeutics, Inc. and The University of*
                    *Western Australia*

August 6, 2024

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 6, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Amy M. Dudash, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>1201 North Market Street, Suite 2201<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Amanda S. Williamson, Esquire<br>Christopher J. Betti, Esquire<br>Krista Vink Venegas, Esquire<br>Maria E. Doukas, Esquire<br>Michael T. Sikora, Esquire<br>Zachary Miller, Esquire<br>Wan-Shon Lo, Esquire<br>Jason C. White, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>110 North Wacker Drive, Suite 2800<br>Chicago, IL  60606<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Alison P. Patitucci, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA  19103<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Jitsuro Morishita, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>16F, Marunouchi Building,<br>2-4-1 Marunouchi, Chiyoda-ku<br>Tokyo, 100-6316 Japan<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

David L. Schrader, Esquire  *VIA ELECTRONIC MAIL*
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
*Attorneys for Plaintiff*

                        */s/ Megan E. Dellinger*

                        _____
                        Megan E. Dellinger (#5739)