# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD.,<br>    Plaintiff,<br><br>v.<br><br>SAREPTA THERAPEUTICS, INC.,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| SAREPTA THERAPEUTICS, INC. and THE UNIVERSITY OF WESTERN AUSTRALIA,<br>    Defendant/Counter-Plaintiffs,<br><br>v.<br><br>NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC.,<br>    Plaintiff/Counter Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

C.A. No. 21-1015 (JLH)

**DEMAND FOR JURY TRIAL**

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5, and the attached Certification, counsel moves for the admission *pro hac vice* of Julie S. Goldemberg to represent Plaintiff/Counterclaim Defendant Nippon Shinyaku Co., Ltd. and Counterclaim Defendant NS Pharma, Inc. in this matter.

Date: September 9, 2024

**MORGAN, LEWIS & BOCKIUS LLP**

 /s/   Amy M. Dudash
Amy M. Dudash (DE Bar ID No. 5741)
1201 N. Market Street, Suite 2201
Wilmington, DE 19801
Telephone: (302) 574-3000
amy.dudash@morganlewis.com

*Counsel for Nippon Shinyaku Co., Ltd. and NS Pharma, Inc.*

IT IS HEREBY ORDERED this ___ day of _____, 2024.