IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 21-1015 (JLH) |
| SAREPTA THERAPEUTICS, INC., | ) ) ) |
| Defendant. | ) |
| SAREPTA THERAPEUTICS, INC. and THE UNIVERSITY OF WESTERN AUSTRALIA, | ) ) ) |
| Defendant/Counter-Plaintiffs, | ) ) |
| v. | ) ) |
| NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC. | ) ) ) |
| Plaintiff/Counter-Defendants. | ) |

**SAREPTA THERAPEUTICS, INC. AND THE UNIVERSITY OF WESTERN AUSTRALIA'S MOTION (#1) TO EXCLUDE NS'S EXPERT OPINIONS AND TESTIMONY APPLYING A NEW AND <u>IMPROPER CONSTRUCTION OF "MORPHOLINO"</u>**

Pursuant to Federal Rule of Evidence 702, Sarepta Therapeutics, Inc. ("Sarepta") and the University of Western Australia ("UWA") respectfully move for the Court to exclude Drs. Michelle L. Hastings' and Matthew J.A. Wood's opinions and testimony that employ a new and incorrect claim construction. Specifically, Sarepta requests exclusion of:

- the opinions and testimony of Dr. Michelle L. Hastings relating to morpholino antisense oligonucleotides other than phosphorodiamidate morpholino oligomers, including Paragraphs 61-65, 80-81, 83, 104, 123-24, 126, 184, 188, 194-195, 200, 203, 206-207, and 214-217 of her Supplemental Expert Report and Paragraphs 13-

       16, 18-21, 49, 79, 85, 91, 93, 111, 117, and 119 of her Supplemental Reply Expert Report, served July 3, 2024 and September 4, 2024, respectively;

- the opinions and testimony of Dr. Matthew J.A. Wood relating to morpholino antisense oligonucleotides other than phosphorodiamidate morpholino oligomers, including Paragraphs 27-28, 77, and 82-86 of his Supplemental Expert Report and Paragraphs 14, 60, 65, and 82 of his Supplemental Reply Expert Report, served July 3, 2024 and September 4, 2024, respectively.

The grounds for this Motion are set forth in the Opening Brief in support thereof, filed concurrently.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

Charles E. Lipsey
J. Derek McCorquindale
Ryan P. O'Quinn
L. Scott Burwell
Jameson K. Gardner
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, LLP
1875 Explorer Street, Suite 800
Reston, VA 20190-6023
(571) 203-2700

William B. Raich
Michael J. Flibbert
John M. Williamson
Yoonhee Kim
Yoonjin Lee
Kaitlyn S. Pehrson
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4000

/s/ *Megan E. Dellinger*

_____
Jack B. Blumenfeld (#1014)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Defendant/Counter-Plaintiffs Sarepta Therapeutics, Inc. and The University of Western Australia*

2

Alissa K. Lipton
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
Two Seaport Lane
Boston, MA  02210-2001
(617) 646-1600

Amanda P. Reeves
Anna M. Rathbun
Graham B. Haviland
Michael A. Morin
David P. Frazier
Rebecca L. Rabenstein
Bornali Rashmi Borah
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C.  20004
(202) 637-2200

Ernest Yakob
Rachel Renee Blitzer
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY  10020
(212) 906-1200

Michele D. Johnson
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA  92626
(714) 540-1235

Will Orlady
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA  90067
(424) 653-5500

October 2, 2024

## **RULE 7.1.1 CERTIFICATE**

I hereby certify that the subject of the foregoing motion has been discussed with counsel for the plaintiff/counter-defendants and that we have not been able to reach agreement.

*/s/ Megan E. Dellinger*
_____
Megan E. Dellinger (#5739)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 21-1015 (JLH) |
| SAREPTA THERAPEUTICS, INC., | ) ) ) |
| Defendant. | ) |
| SAREPTA THERAPEUTICS, INC. and THE UNIVERSITY OF WESTERN AUSTRALIA, | ) ) ) |
| Defendant/Counter-Plaintiffs, | ) ) |
| v. | ) ) |
| NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC. | ) ) ) |
| Plaintiff/Counter-Defendants. | ) |

**[PROPOSED] ORDER GRANTING SAREPTA THERAPEUTICS, INC. AND THE UNIVERSITY OF WESTERN AUSTRALIA'S MOTION (#1) TO EXCLUDE NS'S EXPERT OPINIONS AND TESTIMONY APPLYING A NEW AND IMPROPER CONSTRUCTION OF "MORPHOLINO"**

Having considered Sarepta Therapeutics, Inc. ("Sarepta") and the University of Western Australia ("UWA's") motion to exclude Drs. Michelle L. Hastings' and Matthew J.A. Wood's opinions and testimony that employ a new and incorrect claim construction, and all related papers filed in connection therewith,

**IT IS HEREBY ORDERED** that Sarepta and UWA's Motion is **GRANTED**: the opinions and testimony of Nippon Shinyaku Co., Ltd. and NS Pharma, Inc.'s experts are excluded as follows:

- the opinions and testimony of Dr. Michelle L. Hastings relating to morpholino antisense oligonucleotides other than phosphorodiamidate morpholino oligomers, including Paragraphs 61-65, 80-81, 83, 104, 123-24, 126, 184, 188, 194-195, 200, 203, 206-207, and 214-217 of her Supplemental Expert Report and Paragraphs 13-16, 18-21, 49, 79, 85, 91, 93, 111, 117, and 119 of her Supplemental Reply Expert Report, served July 3, 2024 and September 4, 2024, respectively;

- the opinions and testimony of Dr. Matthew J.A. Wood relating to morpholino antisense oligonucleotides other than phosphorodiamidate morpholino oligomers, including Paragraphs 27-28, 77, and 82-86 of his Supplemental Expert Report and Paragraphs 14, 60, 65, and 82 of his Supplemental Reply Expert Report, served July 3, 2024 and September 4, 2024, respectively.

**IT IS SO ORDERED,** this _____ day of _____, 2024.

_____
The Honorable Jennifer L. Hall
U.S. District Court Judge

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 2, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Amy M. Dudash, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>1201 North Market Street, Suite 2201<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Amanda S. Williamson, Esquire<br>Christopher J. Betti, Esquire<br>Krista Vink Venegas, Esquire<br>Maria E. Doukas, Esquire<br>Michael T. Sikora, Esquire<br>Zachary Miller, Esquire<br>Wan-Shon Lo, Esquire<br>Jason C. White, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>110 North Wacker Drive, Suite 2800<br>Chicago, IL  60606<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Alison P. Patitucci, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA  19103<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Jitsuro Morishita, Esquire<br>MORGAN, LEWIS & BOCKIUS LLP<br>16F, Marunouchi Building,<br>2-4-1 Marunouchi, Chiyoda-ku<br>Tokyo, 100-6316 Japan<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

2

David L. Schrader, Esquire  *VIA ELECTRONIC MAIL*
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
*Attorneys for Plaintiff*

                */s/ Megan E. Dellinger*
                _____
                Megan E. Dellinger (#5739)

2