IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NIPPON SHINYAKU CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-1015 (JLH) |
| | ) | |
| SAREPTA THERAPEUTICS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| SAREPTA THERAPEUTICS, INC. and THE | ) | |
| UNIVERSITY OF WESTERN AUSTRALIA, | ) | |
| | ) | |
| Defendant/Counter-Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NIPPON SHINYAKU CO., LTD. | ) | |
| and NS PHARMA, INC. | ) | |
| | ) | |
| Plaintiff/Counter-Defendants. | ) | |

**SAREPTA THERAPEUTICS, INC. AND THE UNIVERSITY OF WESTERN
AUSTRALIA'S MOTION (#2) TO EXCLUDE DR. MATTHEW J.A. WOOD'S
IRRELEVANT AND UNHELPFUL OPINIONS AND TESTIMONY**

Pursuant to Federal Rules of Evidence 702 and 403, Sarepta Therapeutics, Inc. ("Sarepta")

and the University of Western Australia ("UWA") respectfully move for the Court to exclude the

opinions and testimony of Dr. Matthew J.A. Wood in his Supplemental Expert Report (served on

July 3, 2024) and Supplemental Reply Expert Report (served on September 4, 2024), including

Dr. Wood's opinions and testimony from his prior expert reports (served on September 8, 2023,

October 11, 2023, and October 27, 2023) that Dr. Wood incorporates or references in his

Supplemental Expert Reports.[1] The grounds for this Motion are set forth in the Opening Brief in Support thereof, filed concurrently.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

OF COUNSEL:

Charles E. Lipsey
J. Derek McCorquindale
Ryan P. O'Quinn
L. Scott Burwell
Jameson K. Gardner
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, LLP
1875 Explorer Street, Suite 800
Reston, VA  20190-6023
(571) 203-2700

William B. Raich
Michael J. Flibbert
John M. Williamson
Yoonhee Kim
Yoonjin Lee
Kaitlyn S. Pehrson
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC  20001-4413
(202) 408-4000

Alissa K. Lipton
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, LLP
Two Seaport Lane
Boston, MA  02210-2001
(617) 646-1600

Jack B. Blumenfeld (#1014)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Defendant/Counter-Plaintiffs
Sarepta Therapeutics, Inc. and The University of
Western Australia*

---

[1] Example paragraphs where Dr. Wood incorporates or references his earlier reports into his Supplemental Reports are Ex. 7 (Wood Supp. Expert Rep.) ¶¶ 12, 25, 27, 77, 82; Ex. 6 (Wood Supp. Reply Expert Rep.) ¶¶ 13, 16, 21 n.6, 57, 63, 81.

Amanda P. Reeves
Anna M. Rathbun
Graham B. Haviland
Michael A. Morin
David P. Frazier
Rebecca L. Rabenstein
Bornali Rashmi Borah
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C.  20004
(202) 637-2200

Ernest Yakob
Rachel Renee Blitzer
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY  10020
(212) 906-1200

Michele D. Johnson
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA  92626
(714) 540-1235

Will Orlady
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA  90067
(424) 653-5500

October 2, 2024

## **RULE 7.1.1 CERTIFICATE**

I hereby certify that the subject of the foregoing motion has been discussed with counsel

for the plaintiff/counter-defendants and that we have not been able to reach agreement.


*/s/ Megan E. Dellinger*

_____
Megan E. Dellinger (#5739)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NIPPON SHINYAKU CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-1015 (JLH) |
| | ) | |
| SAREPTA THERAPEUTICS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| SAREPTA THERAPEUTICS, INC. and THE | ) | |
| UNIVERSITY OF WESTERN AUSTRALIA, | ) | |
| | ) | |
| Defendant/Counter-Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NIPPON SHINYAKU CO., LTD. | ) | |
| and NS PHARMA, INC. | ) | |
| | ) | |
| Plaintiff/Counter-Defendants. | ) | |

**[PROPOSED] ORDER GRANTING SAREPTA THERAPEUTICS, INC. AND
THE UNIVERSITY OF WESTERN AUSTRALIA'S MOTION (#2) TO
EXCLUDE DR. MATTHEW J.A. WOOD'S IRRELEVANT
AND UNHELPFUL OPINIONS AND TESTIMONY**

Having considered Sarepta Therapeutics, Inc. ("Sarepta") and the University of Western

Australia's ("UWA") motion to exclude Dr. Matthew J.A. Wood's irrelevant and unhelpful

opinions and testimony and all related papers filed in connection therewith,

**IT IS HEREBY ORDERED** that Sarepta and UWA's Motion is **GRANTED**: the

opinions and testimony of NS's expert Dr. Matthew J.A. Wood in his Supplemental Expert Report

(served on July 3, 2024) and Supplemental Reply Expert Report (served on September 4, 2024),

including Dr. Wood's opinions and testimony from his prior expert reports (served on September

8, 2023, October 11, 2023, and October 27, 2023) that Dr. Wood incorporates or references in his

Supplemental Expert Reports are hereby excluded.

 

**IT IS SO ORDERED,** this _____day of _____, 2024.


_____
The Honorable Jennifer L. Hall
U.S. District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 2, 2024, upon the following in the manner indicated:

Amy M. Dudash, Esquire                          *VIA ELECTRONIC MAIL*
MORGAN, LEWIS & BOCKIUS LLP
1201 North Market Street, Suite 2201
Wilmington, DE 19801
*Attorneys for Plaintiff*

Amanda S. Williamson, Esquire                   *VIA ELECTRONIC MAIL*
Christopher J. Betti, Esquire
Krista Vink Venegas, Esquire
Maria E. Doukas, Esquire
Michael T. Sikora, Esquire
Zachary Miller, Esquire
Wan-Shon Lo, Esquire
Jason C. White, Esquire
MORGAN, LEWIS & BOCKIUS LLP
110 North Wacker Drive, Suite 2800
Chicago, IL 60606
*Attorneys for Plaintiff*

Alison P. Patitucci, Esquire                    *VIA ELECTRONIC MAIL*
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
*Attorneys for Plaintiff*

Jitsuro Morishita, Esquire                      *VIA ELECTRONIC MAIL*
MORGAN, LEWIS & BOCKIUS LLP
16F, Marunouchi Building,
2-4-1 Marunouchi, Chiyoda-ku
Tokyo, 100-6316 Japan
*Attorneys for Plaintiff*

David L. Schrader, Esquire                                    *VIA ELECTRONIC MAIL*
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
*Attorneys for Plaintiff*

/s/ *Megan E. Dellinger*
_____
Megan E. Dellinger (#5739)