# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD.,<br>    Plaintiff,<br><br>v.<br><br>SAREPTA THERAPEUTICS, INC.,<br>    Defendant. | )<br>)<br>)<br>)   C.A. No. 21-1015 (JLH)<br>)<br>)   **DEMAND FOR JURY TRIAL**<br>)<br>)<br>) |
| SAREPTA THERAPEUTICS, INC. and THE UNIVERSITY OF WESTERN AUSTRALIA,<br>    Defendant/Counter-Plaintiffs,<br><br>v.<br><br>NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC.,<br>    Plaintiff/Counter Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NIPPON SHINYAKU CO., LTD. AND
### NS PHARMA, INC.'S RULE 7.1.1 STATEMENT

Pursuant to Local Rule 7.1.1, the undersigned counsel avers that a reasonable effort was made to reach agreement regarding Nippon Shinyaku Co., Ltd. and NS Pharma, Inc.'s Motion to Exclude Opinions of Dr. Steven Dowdy, Ph.D. (D.I. 613) but counsel for the parties were unable to reach agreement.

| | |
|---|---|
| October 3, 2024 | Respectfully submitted,<br><br>MORGAN, LEWIS & BOCKIUS LLP<br><br>*/s/Amy M. Dudash* |
| Amanda S. Williamson (admitted *pro hac vice*)<br>Jason C. White (admitted *pro hac vice*)<br>Christopher J. Betti (admitted *pro hac* vice)<br>Krista V. Venegas (admitted *pro hac* vice)<br>Wan-Shon Lo (admitted *pro hac* vice)<br>Maria E. Doukas (admitted *pro hac vice*)<br>Zachary D. Miller (admitted *pro hac vice*)<br>Michael T. Sikora (admitted *pro hac vice*) | Amy M. Dudash (DE Bar No. 5741)<br>1201 N. Market Street, Suite 2201<br>Wilmington, Delaware 19801<br>Telephone: 302.574.3000<br>Fax: 302.574.3001<br>amy.dudash@morganlewis.com |

| | |
|---|---|
| 110 N. Wacker Drive, Suite 2800<br>Chicago, IL  60601<br>Telephone:  312.324.1000<br>Fax:  312.324.1001<br>amanda.williamson@morganlewis.com<br>jason.white@morganlewis.com<br>christopher.betti@morganlewis.com<br>krista.venegas@morganlewis.com<br>shon.lo@morganlewis.com<br>maria.doukas@morganlewis.com<br>zachary.miller@morganlewis.com<br>guylaine.hache@morganlewis.com<br>michael.sikora@morganlewis.com | *Attorneys for Plaintiff/Counterclaim Defendant Nippon Shinyaku Co., Ltd. and Counterclaim Defendant NS Pharma, Inc.* |

Julie S. Goldemberg (admitted *pro hac vice*)
Alison P. Patitucci (admitted *pro hac vice*)
2222 Market Street
Philadelphia, PA  19103
Telephone: 215.693.5000
Fax: 215.963.5001
alison.patitucci@morganlewis.com