IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD.,<br>        Plaintiff,<br><br>v.<br><br>SAREPTA THERAPEUTICS, INC.,<br>        Defendant. | )<br>)<br>)   C.A. No. 21-1015 (JLH)<br>)<br>)   **DEMAND FOR JURY TRIAL**<br>)<br>)<br>) |
| SAREPTA THERAPEUTICS, INC. and THE UNIVERSITY OF WESTERN AUSTRALIA,<br>        Defendant/Counter-Plaintiffs,<br><br>v.<br><br>NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC.,<br>        Plaintiff/Counter-Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

AND NOW, this _____ day of _____, 2024 it is hereby ordered that:

Plaintiff/Counter-Defendant Nippon Shinyaku Co., Ltd. and Counter-Defendant NS Pharma, Inc.'s Motion for Leave to File a Motion for Summary Judgment of Invalidity is GRANTED.

Defendant Nippon Shinyaku Co., Ltd. and Counter-Defendant NS Pharma, Inc.'s Motion for Summary Judgment is hereby deemed filed as of the date of this Order.

_____
Honorable Jennifer L. Hall