# Exhibit A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., <br>         Plaintiff, <br><br> v. <br><br> SAREPTA THERAPEUTICS, INC., <br>         Defendant. | ) ) ) ) ) ) ) ) )    C.A. No. 21-1015 (JLH) <br><br> **DEMAND FOR JURY TRIAL** |
| SAREPTA THERAPEUTICS, INC. and THE UNIVERSITY OF WESTERN AUSTRALIA, <br>         Defendant/Counter-Plaintiffs, <br><br> v. <br><br> NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC., <br>         Plaintiff/Counter-Defendants. | ) ) ) ) ) ) ) ) ) |

## NS'S MOTION FOR SUMMARY JUDGMENT NO. 1 - INVALIDITY OF CLAIM 1 OF THE '851 PATENT

Pursuant to Federal Rule of Civil Procedure 56, Plaintiff/Counter-Defendant Nippon Shinyaku Co., Ltd. and Counter-Defendant NS Pharma, Inc. (collectively, "NS") hereby move for summary judgment regarding its claim for declaratory judgment of invalidity of claim 1 of U.S. Patent No. 9,994,851 against Defendant Sarepta Therapeutics' and Counter-Plaintiff UWA's claims of infringement of the UWA Patents (originally Claim II of the Second Amended Complaint, D.I. 86, and Second Defense of NS's Answer to Sarepta's Counterclaims, D.I. 96.) The grounds for the instant motion are set forth in the accompanying opening brief in support, which is incorporated herein by reference.

Dated:  September 26, 2024

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

Amanda S. Williamson (admitted *pro hac vice*)
Christopher J. Betti (admitted *pro hac* vice)
Krista V. Venegas (admitted *pro hac* vice)
Wan-Shon Lo (admitted *pro hac* vice)
Maria E. Doukas (admitted *pro hac vice*)
Zachary D. Miller (admitted *pro hac vice*)
Michael T. Sikora (admitted *pro hac vice*)
110 N. Wacker Drive, Suite 2800
Chicago, IL  60601
Telephone:  312.324.1000
Fax:  312.324.1001
amanda.williamson@morganlewis.com
christopher.betti@morganlewis.com
krista.venegas@morganlewis.com
shon.lo@morganlewis.com
maria.doukas@morganlewis.com
zachary.miller@morganlewis.com
michael.sikora@morganlewis.com

Julie S. Goldemberg (admitted *pro hac vice*)
Alison P. Patitucci (admitted *pro hac vice*)
2222 Market Street
Philadelphia, PA  19103
Telephone: 215.693.5000
Fax: 215.963.5001
julie.goldemberg@morganlewis.com
alison.patitucci@morganlewis.com

*/s/Amy M. Dudash*
Amy M. Dudash (DE Bar No. 5741)
1201 N. Market Street, Suite 2201
Wilmington, Delaware 19801
Telephone:  302.574.3000
Fax:  302.574.3001
amy.dudash@morganlewis.com

*Attorneys for Plaintiff/Counterclaim Defendant Nippon Shinyaku Co., Ltd. and Counterclaim Defendant NS Pharma, Inc.*