IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD.,<br>      Plaintiff,<br><br>v.<br><br>SAREPTA THERAPEUTICS, INC.,<br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| SAREPTA THERAPEUTICS, INC. and THE UNIVERSITY OF WESTERN AUSTRALIA,<br>      Defendant/Counter-Plaintiffs,<br><br>v.<br><br>NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC.,<br>      Plaintiff/Counter-Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

C.A. No. 21-1015 (JLH)

**DEMAND FOR JURY TRIAL**

## **[PROPOSED] ORDER**

AND NOW, this ____ day of _____, 2024 it is hereby ordered that:

1. Plaintiff/Counter-Defendant Nippon Shinyaku Co., Ltd. and Counter-Defendant NS Pharma, Inc.'s Motion for Summary Judgment of Invalidity of the sole remaining asserted claim, claim 1 of U.S. Patent No. 9,994,851 (originally Claim II of the Second Amended Complaint, D.I. 86 and Second Defense of NS's Answer to Sarepta's Counterclaims, D.I. 96) is GRANTED;

2. Judgment is entered in favor of Plaintiff and Counter-Defendant and against Defendant Sarepta Therapeutics, Inc. and Counter-Plaintiff University of Western Australia regarding this claim.

_____
Honorable Jennifer L. Hall