IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NIPPON SHINYAKU CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 21-1015 (JLH) |
| | ) | |
| v. | ) | |
| | ) | |
| SAREPTA THERAPEUTICS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | | REDACTED - PUBLIC VERSION |
| SAREPTA THERAPEUTICS, INC. and THE | ) | |
| UNIVERSITY OF WESTERN AUSTRALIA, | ) | |
| | ) | |
| Defendant/Counter-Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NIPPON SHINYAKU CO., LTD. | ) | |
| and NS PHARMA, INC. | ) | |
| | ) | |
| Plaintiff/Counter-Defendants. | ) | |

**DECLARATION OF MEGAN E. DELLINGER IN SUPPORT OF SAREPTA
THERAPEUTICS, INC. AND THE UNIVERSITY OF WESTERN AUSTRALIA'S
MOTIONS TO EXCLUDE CERTAIN OPINIONS AND TESTIMONY OF
PLAINTIFF/COUNTER-DEFENDANTS' EXPERTS**

I, Megan E. Dellinger, hereby declare as follows:

1.      I am an attorney with the law firm of Morris, Nichols, Arsht & Tunnell LLP and counsel of record for Defendant/Counter-Plaintiffs Sarepta Therapeutics, Inc. ("Sarepta") and The University of Western Australia ("UWA") in the above-referenced matter adverse to Nippon Shinyaku Co., Ltd. and NS Pharma, Inc. (collectively, "NS").

2.      Attached as Exhibit 1 is a true and accurate copy of excerpts of the Declaration of Matthew J.A. Wood, filed in Patent Interference Nos. 106,007, 106,008, and 106,113, dated November 18, 2014.

3.      Attached as Exhibit 2 is a true and accurate copy of Summerton & Weller, *Morpholino Antisense Oligomers: Design, Preparation, and Properties*, 7 ANTISENSE & NUCLEIC ACID DRUG DEVELOPMENT 187-95 (1997).

4.      Attached as Exhibit 3 is a true and accurate copy of excerpts of the deposition transcript of Michelle L. Hastings, Ph.D., dated September 13, 2024.

5.      Attached as Exhibit 4 is a true and accurate copy of excerpts of the Supplemental Expert Report of Dr. Michelle L. Hastings, dated on July 3, 2024.

6.      Attached as Exhibit 5 is a true and accurate copy of excerpts of the deposition transcript of Dr. Matthew J.A. Wood, dated September 19, 2024.

7.      Attached as Exhibit 6 is a true and accurate copy of excerpts of the Supplemental Reply Expert Report of Dr. Matthew J.A. Wood, dated September 4, 2024.

8.      Attached as Exhibit 7 is a true and accurate copy of excerpts of the Supplemental Expert Report of Dr. Matthew J.A. Wood.

9.      Attached as Exhibit 8 is a true and accurate copy of U.S. Patent No. 6,784,291.

10.     Attached as Exhibit 9 is a true and accurate copy of U.S. Patent No. 9,994,851.

11.     Attached as Exhibit 10 is a true and accurate copy of excerpts of the file history for U.S. Patent. No. 9,024,007.

12.     Attached as Exhibit 11 is a true and accurate copy of Aartsma-Rus et al., *Comparative analysis of antisense oligonucleotide analogs for targeted DMD exon 46 skipping in muscle cells*, 11 GENE THERAPY 1391-98 (2004).

13.     Attached as Exhibit 12 is a true and accurate copy of excerpts of the Supplemental Rebuttal Expert Report of Steven F. Dowdy, Ph.D., dated August 14, 2024.

14.     Attached as Exhibit 13 is a true and accurate copy of Heasman, *Morpholino Oligos: Making Sense of Antisense?*, 243 DEVELOPMENTAL BIOLOGY 209-214 (2002).

15.     Attached as Exhibit 14 is a true and accurate copy of Gebski, et al., *Morpholino antisense oligonucleotide induced dystrophin exon 23 skipping in* mdx *mouse muscle*, 12 HUMAN MOLECULAR GENETICS 1801-1811 (2003).

16.     Attached as Exhibit 15 is a true and accurate copy of excerpts of the file history for U.S. Patent. No. 9,994,851.

17.     Attached as Exhibit 16 is a true and accurate copy of excerpts of the Expert Report of Dr. Matthew J.A. Wood, dated September 8, 2023.

18.     Attached as Exhibit 17 is a true and accurate copy of excerpts of the Supplemental Reply Expert Report of Dr. Michelle L. Hastings, dated September 4, 2024.

19.     Attached as Exhibit 18 is a true and accurate copy of excerpts of the Expert Reply Report of Dr. Matthew J.A. Wood, dated October 27, 2023.

20.     Attached as Exhibit 19 is a true and accurate copy of excerpts of the Expert Rebuttal Report of Dr. Matthew J.A. Wood, dated October 11, 2023.


Executed this 2nd day of October, 2024 in Wilmington, DE.

*/s/ Megan E. Dellinger*
Megan E. Dellinger (#5739)

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 2, 2024, upon the following in the manner indicated:

Amy M. Dudash, Esquire                                  *VIA ELECTRONIC MAIL*
MORGAN, LEWIS & BOCKIUS LLP
1201 North Market Street, Suite 2201
Wilmington, DE  19801
*Attorneys for Plaintiff*

Amanda S. Williamson, Esquire                           *VIA ELECTRONIC MAIL*
Christopher J. Betti, Esquire
Krista Vink Venegas, Esquire
Maria E. Doukas, Esquire
Michael T. Sikora, Esquire
Zachary Miller, Esquire
Wan-Shon Lo, Esquire
Jason C. White, Esquire
MORGAN, LEWIS & BOCKIUS LLP
110 North Wacker Drive, Suite 2800
Chicago, IL  60606
*Attorneys for Plaintiff*

Alison P. Patitucci, Esquire                            *VIA ELECTRONIC MAIL*
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103
*Attorneys for Plaintiff*

Jitsuro Morishita, Esquire                              *VIA ELECTRONIC MAIL*
MORGAN, LEWIS & BOCKIUS LLP
16F, Marunouchi Building,
2-4-1 Marunouchi, Chiyoda-ku
Tokyo, 100-6316 Japan
*Attorneys for Plaintiff*

David L. Schrader, Esquire                              *VIA ELECTRONIC MAIL*
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
*Attorneys for Plaintiff*

/s/ *Megan E. Dellinger*
_____
Megan E. Dellinger (#5739)

2