# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD.,<br>　　　　Plaintiff,<br><br>v.<br><br>SAREPTA THERAPEUTICS, INC.,<br>　　　　Defendant. | C.A. No. 21-1015 (JLH)<br><br>**DEMAND FOR JURY TRIAL** |
| SAREPTA THERAPEUTICS, INC. and THE UNIVERSITY OF WESTERN AUSTRALIA,<br>　　　　Defendant/Counter-Plaintiffs,<br><br>v.<br><br>NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC.,<br>　　　　Plaintiff/Counter-Defendants. | |

## [PROPOSED] ORDER

AND NOW, this _____ day of _____, 2024 it is hereby ordered that:

1. Plaintiff/Counter-Defendant Nippon Shinyaku Co., Ltd. and Counter-Defendant NS Pharma, Inc.'s Motion to Exclude Opinions of Dr. Steven Dowdy, Ph.D. is GRANTED.

2. The Court excludes Dr. Dowdy's reliance on post-priority date testing of antisense oligonucleotides as support for a "structure-function" correlation corresponding to the UWA Patents' claimed genus.

_____
Honorable Jennifer L. Hall