# EXHIBIT 1



# Transcript of Dr. Matthew J.A. Wood

**Date:** September 19, 2024
**Case:** Nippon Shinyaku Co., Ltd. -v- Sarepta Therapeutics, Inc.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
www.planetdepos.com

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

```
                IN THE UNITED STATES DISTRICT COURT

                        DISTRICT OF DELAWARE

  - - - - - - - - - - - - x

  NIPPON SHINYAKU CO.,     :
  LTD.,                    :
                           :    C.A. No. 21-1015 (JLH)
            Plaintiff,     :
                           :
            v.             :
                           :
  SAREPTA THERAPEUTICS,    :
  INC.,                    :
                           :
            Defendant.     :
  - - - - - - - - - - - - x
  SAREPTA THERAPEUTICS,    :
  INC. and THE             :
  UNIVERSITY OF WESTERN    :
  AUSTRALIA, Defendant     :
  and Counter-Plaintiff    :
                           :
            v.             :
                           :
  NIPPON SHINYAKU CO.,     :
  LTD. and NS PHARMA,      :
  INC., Plaintiff and      :
  Counter-Defendants.      :


                        ██████████████

                   DR. MATTHEW J.A. WOOD

                      Chicago, Illinois

                 Thursday, September 19, 2023

                          9:01 a.m.



  Job No.: 545432

  Pages: 1 - 132

  Reported By: Cynthia J. Conforti
```

Transcript of Dr. Matthew J.A. Wood
Conducted on September 19, 2024

2

```
1     Deposition of DR. MATTHEW J.A. WOOD, held at
2   the offices of:
3
4
5       MORGAN LEWIS & BOCKIUS LLP
6       110 North Wacker Drive
7       Chicago, Illinois 60606
8       312.324.1000
9
10
11
12
13     Pursuant to agreement, before Cynthia J.
14   Conforti, Notary Public in and for the County of
15   Cook.
16
17
18
19
20
21
22
23
24
25
```

```
 1              A P P E A R A N C E S
 2
 3     ON BEHALF OF PLAINTIFF and COUNTER-DEFENDANTS
 4   NIPPON SHINYAKU CO., LTD., NS PHARMA, INC and the
 5   WITNESS:
 6          SHON LO, ESQUIRE
 7          ALLISON PATITUCCI, ESQUIRE
 8          MORGAN LEWIS & BOCKIUS LLP
 9          110 North Wacker Drive
10          Chicago, Illinois 60601
11          312.324.1000
12          DAVID L. SHRADER, ESQUIRE
13          (Florida office)
14
15     ON BEHALF OF THE DEFENDANT and
16   COUNTER-PLAINTIFFS:
17          DAVID P. FRAZIER, ESQ.
18          LATHAM & WATKINS LLP
19          555 Eleventh Street, NW
20          Suite 1000
21          Washington, DC 20004-1304
22          202.637.2200
23
24     ALSO PRESENT:
25          Richard Figueroa, Videographer
```

Transcript of Dr. Matthew J.A. Wood
Conducted on September 19, 2024                              7

| | | |
|---|---|---|
| 1 | P R O C E E D I N G S | |
| 2 | (Exhibit 101 is marked for | |
| 3 | identification.) | 09:08:08 |
| 4 | THE VIDEOGRAPHER:  Here begins Media No. 1 | 09:08:08 |
| 5 | in the videotaped deposition of Dr. Matthew Wood | 09:08:22 |
| 6 | in the matter of Nippon Shinyaku Co., Ltd. vs. | 09:08:25 |
| 7 | Sarepta Therapeutics, Inc. in the United States | 09:08:34 |
| 8 | District Court for the District of Delaware, Case | 09:08:35 |
| 9 | Number C.A. No. 1-1015 (LPS). | 09:08:40 |
| 10 | Today's date is September 19, 2024.  The | 09:08:43 |
| 11 | time on the video monitor is 9:08 a.m.  The | 09:08:46 |
| 12 | videographer today is Richard Figueroa | 09:08:53 |
| 13 | representing Planet Depos. | 09:08:55 |
| 14 | This video deposition is taking place at | 09:08:56 |
| 15 | 110 North Wacker Drive, Chicago, Illinois 60601. | 09:08:59 |
| 16 | Would counsel please voice identify | 09:09:04 |
| 17 | themselves and state who they represent. | 09:09:06 |
| 18 | MR. FRAZIER:  David Frazier from Latham & | 09:09:09 |
| 19 | Watkins for Sarepta. | 09:09:11 |
| 20 | MS. LO:  This is Shon Lo from Morgan, | 09:09:12 |
| 21 | Lewis on behalf of Nippon Shinyaku and the | 09:09:15 |
| 22 | witness.  And also with me I have my colleagues, | 09:09:20 |
| 23 | Alison Patitucci and David Shrader. | 09:09:22 |
| 24 | THE VIDEOGRAPHER:  The court reporter | 09:09:27 |
| 25 | today is Cynthia Conforti representing Planet | 09:09:28 |

Transcript of Dr. Matthew J.A. Wood
Conducted on September 19, 2024

8

| | | |
|---|---|---|
| 1 | Depos.  The witness will now be sworn. | 09:09:37 |
| 2 | (Witness sworn.) | 09:09:37 |
| 3 | DR. MATTHEW J.A. WOOD, | 09:09:37 |
| 4 | having been duly sworn, was examined and testified | 09:09:37 |
| 5 | as follows: | 09:09:37 |
| 6 | EXAMINATION | 09:09:38 |
| 7 | BY MR. FRAZIER: | 09:09:38 |
| 8 | Q  Good morning, Dr. Wood. | 09:09:39 |
| 9 | A  Good morning. | 09:09:40 |
| 10 | Q  You've been deposed in this case before? | 09:09:41 |
| 11 | A  Yes, I have. | 09:09:43 |
| 12 | Q  In November of 2023, does that sound | 09:09:44 |
| 13 | right? | 09:09:46 |
| 14 | A  That's correct, yes. | 09:09:46 |
| 15 | Q  Okay.  And so let me just go over a couple | 09:09:47 |
| 16 | of things briefly, logistics.  You understand | 09:09:48 |
| 17 | we're on an audio record, so it's important that | 09:09:52 |
| 18 | we not speak at the same time so -- | 09:09:54 |
| 19 | A  I do. | 09:09:56 |
| 20 | Q  So if you let me finish my questions and | 09:09:56 |
| 21 | try not to jump in, I'll do the same for you, all | 09:09:59 |
| 22 | right? | 09:10:03 |
| 23 | A  [Nonverbal response.] | 09:10:03 |
| 24 | Q  All right.  Okay.  Then, also, you | 09:10:04 |
| 25 | understand that you're not to speak with your | 09:10:07 |

Transcript of Dr. Matthew J.A. Wood
Conducted on September 19, 2024                        30

| | | |
|---|---|---|
| 1 | Q  And a morpholino is also a structural | 09:40:13 |
| 2 | requirement, correct? | 09:40:18 |
| 3 | A  It is. | 09:40:18 |
| 4 | Q  You agree that the claim itself does not | 09:40:19 |
| 5 | say anything about using modified nucleobases, | 09:40:21 |
| 6 | correct? | 09:40:29 |
| 7 | A  But it does not exclude them. | 09:40:29 |
| 8 | Q  All right.  And so just to get a clear | 09:40:33 |
| 9 | answer to my question, you agree that the claim | 09:40:35 |
| 10 | does not say anything about modified nucleobases? | 09:40:39 |
| 11 | A  I agree, but because it -- they're not | 09:40:44 |
| 12 | specifically excluded, then one must interpret the | 09:40:47 |
| 13 | claim as including them. | 09:40:49 |
| 14 | Q  And likewise, the claim does not recite | 09:40:51 |
| 15 | anything about being conjugated or attached in any | 09:40:53 |
| 16 | way to other moieties, correct? | 09:40:59 |
| 17 | A  That's correct.  But it doesn't | 09:41:02 |
| 18 | specifically exclude such moieties. | 09:41:05 |
| 19 | Q  And then, finally, you agree that the | 09:41:09 |
| 20 | claim does not recite any internucleoside | 09:41:12 |
| 21 | linkages, correct? | 09:41:19 |
| 22 | A  That's correct, but it does not exclude | 09:41:20 |
| 23 | variations on those types of linkages. | 09:41:22 |
| 24 | Q  Well, you agree that the term "morpholino" | 09:41:27 |
| 25 | is used interchangeably with the term "PMO" which | 09:41:33 |

Transcript of Dr. Matthew J.A. Wood
Conducted on September 19, 2024                                31

| | | |
|---|---|---|
| 1 | does in fact fix particular internucleoside | 09:41:40 |
| 2 | linkages, correct? | 09:41:43 |
| 3 |     MS. LO:  Objection to form. | 09:41:44 |
| 4 |     THE WITNESS:  I said that they're used | 09:41:46 |
| 5 | interchangeably in a colloquial sense.  In a | 09:41:47 |
| 6 | strictly and precise scientific sense, they're not | 09:41:47 |
| 7 | interchangeable.  Morpholino refers to compounds | 09:41:51 |
| 8 | with a morpholino ring of which PMO is one type. | 09:41:55 |
| 9 | BY MR. FRAZIER: | 09:42:17 |
| 10 |    Q  Now, you're not offering opinions | 09:42:17 |
| 11 | concerning the validity of the '851 patent, | 09:42:19 |
| 12 | correct? | 09:42:21 |
| 13 |    A  That's correct. | 09:42:21 |
| 14 |    Q  You're not offering any opinions on the | 09:42:22 |
| 15 | written description requirement, correct? | 09:42:25 |
| 16 |    A  That's correct. | 09:42:26 |
| 17 |    Q  And you're not offering any opinions on | 09:42:27 |
| 18 | the enablement requirement? | 09:42:29 |
| 19 |    A  Correct. | 09:42:31 |
| 20 |    Q  So you have no view one way or another | 09:42:33 |
| 21 | that you're planning to offer in this case about | 09:42:35 |
| 22 | the validity of the '851 patent, correct? | 09:42:38 |
| 23 |    A  I haven't a view at all.  I haven't -- I | 09:42:41 |
| 24 | haven't considered it. | 09:42:44 |
| 25 |    Q  You haven't considered the issue of the | 09:42:45 |

Transcript of Dr. Matthew J.A. Wood
Conducted on September 19, 2024

121

| | | |
|---|---|---|
| 1 | BY MR. FRAZIER: | 12:54:43 |
| 2 |    Q   You may still proceed. | 12:54:43 |
| 3 |    A   Yeah, I think the scientifically precise | 12:54:45 |
| 4 | definition of a morpholino is a compound with a | 12:54:49 |
| 5 | morpholino ring. | 12:54:55 |
| 6 |    Q   But you understand what's put forth here | 12:54:57 |
| 7 | in paragraph 111 and specifically this figure on | 12:54:59 |
| 8 | page 40 to be illustrating a phosphoramidate | 12:55:03 |
| 9 | linkage, in other words, a PMO? | 12:55:08 |
| 10 |    A   Which is a type of -- | 12:55:09 |
| 11 |       MS. LO:  Objection -- oh, sorry.  Same | 12:55:11 |
| 12 | objections. | 12:55:14 |
| 13 |       THE WITNESS:  Which is a type of | 12:55:14 |
| 14 | morpholino. | 12:55:15 |
| 15 | BY MR. FRAZIER: | 12:55:16 |
| 16 |    Q   Right.  And here it's just described as a | 12:55:17 |
| 17 | morpholino, right? | 12:55:19 |
| 18 |       MS. LO:  Objection, asked and answered. | 12:55:20 |
| 19 |       THE WITNESS:  Well, the context is a | 12:55:25 |
| 20 | morpholino is a compound that contains a | 12:55:27 |
| 21 | morpholine ring of which this is one type. | 12:55:30 |
| 22 | BY MR. FRAZIER: | 12:55:33 |
| 23 |    Q   And the title on the figure illustrates a | 12:55:33 |
| 24 | phosphoramidate and describes it as a morpholino, | 12:55:39 |
| 25 | correct? | 12:55:43 |

```
 1        CERTIFICATE OF COURT REPORTER - NOTARY PUBLIC

 2

 3        I, Cynthia J. Conforti, Certified

 4   Shorthand Reporter No. 084-003064, CSR, CRR, and a

 5   Notary Public in and for the County of Cook, State

 6   of Illinois, the officer before whom the

 7   foregoing deposition was taken, do hereby certify

 8   that the foregoing transcript is a true and

 9   correct record of the testimony given; that said

10   testimony was taken by me stenographically and

11   thereafter reduced to typewriting under my

12   direction; that reading and signing was requested;

13   and that I am neither counsel for, related to, nor

14   employed by any of the parties to this case and

15   have no interest, financial or otherwise, in its

16   outcome.

17      IN WITNESS WHEREOF, I have hereunto set my

18   hand and affixed my notarial seal this 23rd day of

19   September, 2024.

20

21   My commission expires: January 4, 2028

22
     _____
23
24   Notary Public in and for the

25   State of Illinois
```

No. 545432

Re:    Deposition of Dr. Matthew J.A. Wood
       Date: 9/19/2024
       Case: Nippon Shinyaku Co., Ltd. -v- Sarepta Therapeutics, Inc.
       Return to: transcripts@planetdepos.com

| Page | Line | Correction/Change | Reason |
|------|------|-------------------|--------|
| 22 | 1 | 'I'm' should read as 'It's' | Mistranscription |
| 24 | 6 | 'I.' should read 'I do' | Mistranscription |
| 25 | 5 | 'oligonucleotides +39 to +69' should read 'oligonucleotide +39 to +69' | Misspelling |
| 27 | 9 | 'It's impossible to determine whether is' should read 'It's impossible to determine whether there' | Mistranscription |
| 31 | 8 | 'with a morpholino ring of which PMO is one type' should read 'with a morpholine ring of which PMO is one type' | Misspelling |
| 36 | 9 | 'that I was doing was in an interview in this case' should read 'that I was doing was in an interference case' | Mistranscription |
| 57 | 9 | 'included group Dr. Dickson' should read 'group included Dr. Dickson' | Mistranscription |
| 57 | 16 | 'it was the Wilkin Trust, which is a foundation in' should read 'it was the Wellcome Trust, which is a foundation in' | Mistranscription |
| 66 | 24 | 'Well, to practice full scale with the' should read 'Well, to practice the full scope of the' | Mistranscription |
| 79 | 21 | 'it's debatable as to whether that archetype really' should read 'it's debatable as to whether that compound really' | Mistranscription |
| 84 | 17 | 'that this relates to the Watanabee 318 PCT' should read 'that this relates to the Watanabe 318 PCT' | Misspelling |
| 84 | 20 | 'that were reported in the Watanabee PCT 318' should read 'that were reported in the Watanabe PCT 318' | Misspelling |
| 84 | 23 | 'And the Watanabee PCT 318, you understand,' should read 'And the Watanabe PCT 318, you understand,' | Misspelling |
| 94 | 3 | 'Well, they hadn't arrived at a prior' should read 'Well, they hadn't used a prior' | Mistranscription |
| 121 | 5 | 'morpholino ring.' should read 'morpholine ring.' | Misspelling |

October 1, 2024

    (Date)                               (Signature)

Re:    Deposition of **Dr. Matthew J.A. Wood**
       Date: 9/19/2024
       Case: Nippon Shinyaku Co., Ltd. -v- Sarepta Therapeutics, Inc.
       Return to: transcripts@planetdepos.com

```
                    ACKNOWLEDGMENT OF DEPONENT


          I, Dr. Matthew J.A. Wood, do hereby

     acknowledge that I have read and examined the

     foregoing testimony, and the same is a true, correct

     and complete transcription of the testimony given by

     me and any corrections appear on the attached Errata

     sheet signed by me.


         October 1, 2024
     _____        _____
              (Date)                       (Signature)
```