# EXHIBIT 3



# Transcript of Michelle Hastings, Ph.D.

**Date:** September 13, 2024
**Case:** Nippon Shinyaku Co., Ltd. -v- Sarepta Therapeutics, Inc.

**Planet Depos**
**Phone:** 888.433.3767 | **Email:** transcripts@planetdepos.com
www.planetdepos.com
Michigan #8598 | Nevada #089F | New Mexico #566

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF DELAWARE
 3     - - - - - - - - - - - - - - - x
       NIPPON SHINYAKU CO., LTD.,     :
 4                                                 C.A. No. 21-1015
                 Plaintiff,           :   (CBW)
 5
          vs.                         :
 6
       SAREPTA THERAPEUTICS, INC.,    :
 7
                 Defendant.           :
 8     - - - - - - - - - - - - - - - x
       SAREPTA THERAPEUTICS, INC.,    :
 9
       and THE UNIVERSITY OF WESTERN  :
10
       AUSTRALIA,                     :
11
       Defendants/Counter-Plaintiffs,:
12
          vs.                         :
13
       NIPPON SHINYAKU CO., LTD.      :
14
       and NS PHARMA, INC.,           :
15
       Plaintiffs/Counter-Defendants.:
16     _____x
17
                  ███████████████████████████
18
         Videotaped Deposition of MICHELLE HASTINGS, Ph.D.
19
                        Chicago, Illinois
20
                  Friday, September 13, 2024
21
                           9:05 a.m.
22
23     Job No.: 553177
24     Pages: 1 - 134
25     Reported By: JENNIFER L. BERNIER, CSR, RMR, CRR
```

Transcript of Michelle Hastings, Ph.D.
Conducted on September 13, 2024

2

1    Videotaped deposition of MICHELLE HASTINGS,
2  Ph.D., held at the offices of:
3
4
5       Morgan Lewis & Bockius LLP
6       110 North Wacker Drive
7       Chicago, Illinois  60601
8       312.324-1000
9
10
11
12
13    Pursuant to notice, before Jennifer L. Bernier,
14  an Illinois Certified Shorthand Reporter, Registered
15  Merit Reporter, Certified Realtime Reporter.
16
17
18
19
20
21
22
23
24
25

Transcript of Michelle Hastings, Ph.D.
Conducted on September 13, 2024                         3

```
 1              A P P E A R A N C E S
 2   APPEARED ON BEHALF OF PLAINTIFF/
 3   COUNTER-DEFENDANTS NIPPON SHINYAKU AND NS PHARMA:
 4      WAN-SHON LO, ESQUIRE
 5      CHRISTOPHER J. BETTI, Ph.D., ESQUIRE
 6      ALISON P. PAPITUCCI, Ph.D., ESQUIRE
 7      MORGAN LEWIS & BOCKIUS LLP
 8      110 North Wacker Drive
 9      Chicago, Illinois  60606-1511
10      312.324.1742
11
12   APPEARED ON BEHALF OF DEFENDANT/
13   COUNTER-PLAINTIFF SAREPTA THERAPEUTICS, INC.:
14      DAVID P. FRAZIER, Ph.D., ESQUIRE
15      LATHAM & WATKINS LLP
16      555 Eleventh Street, N.W. Suite 1000
17      Washington, D.C.  20004-1304
18      202.637.2200
19
20
21   ALSO PRESENT:
22   Erin Schuppert - PD Videographer
23   Cole Kirkendall - PD Videographer Trainee
24
25
```

Transcript of Michelle Hastings, Ph.D.
Conducted on September 13, 2024        5

| | | |
|---|---|---|
| 1 | THE VIDEOGRAPHER:  Here begins Media No. 1 | 09:04:49 |
| 2 | in the videotaped deposition of Michelle | 09:04:52 |
| 3 | Hastings, Ph.D. in the matter of Nippon Shinyaku, | 09:04:56 |
| 4 | Ltd. v. Sarepta Therapeutics, Incorporated in the | 09:05:00 |
| 5 | United States District Court for the District of | 09:05:04 |
| 6 | Delaware, Case No. C.A. No. 21-1015 (GBW). | 09:05:07 |
| 7 | Today's date is September 13th, 2024.  The | 09:05:21 |
| 8 | time on the video monitor is 9:05 a.m. Central. | 09:05:26 |
| 9 | The videographer today is Cole Kirkendall, | 09:05:29 |
| 10 | representing Planet Depos. | |
| 11 | This videotape deposition is taking place at | 09:05:36 |
| 12 | 110 North Wacker Drive, Chicago, Illinois 60601. | 09:05:38 |
| 13 | Would counsel please voice-identify | 09:05:42 |
| 14 | themselves and state whom they represent. | 09:05:45 |
| 15 | MR. FRAZIER:  David Frazier from Latham & | 09:05:48 |
| 16 | Watkins for Sarepta. | 09:05:01 |
| 17 | MS. LO:  This is Shon Lo from Morgan Lewis & | 09:05:54 |
| 18 | Bockius on behalf of Nippon Shinyaku and the | 09:05:57 |
| 19 | witness. | 09:05:58 |
| 20 | And with me, I have my colleagues | 09:05:58 |
| 21 | Allison Patitucci and Christopher Betti. | 09:06:01 |
| 22 | THE VIDEOGRAPHER:  The court reporter today | 09:06:06 |
| 23 | is Jennifer Bernier, representing Planet Depos. | 09:06:07 |
| 24 | Would the reporter please swear in the | 09:06:10 |
| 25 | witness. | 09:06:12 |

Transcript of Michelle Hastings, Ph.D.
Conducted on September 13, 2024                                6

| | |
|---|---|
| 1    (Witness sworn.) | |
| 2  WHEREUPON: | |
| 3           MICHELLE HASTINGS, | |
| 4  called as a witness herein, having been first duly | |
| 5  sworn, was examined and testified as follows: | |
| 6              EXAMINATION | |
| 7  BY MR. FRAZIER: | |
| 8    Q  Good morning, Dr. Hastings. | 09:06:23 |
| 9    A  Good morning. | 09:06:25 |
| 10   Q  You've been deposed before, correct? | 09:06:26 |
| 11   A  Yes. | 09:06:27 |
| 12   Q  Okay.  Let me just give you a few quick | 09:06:28 |
| 13  reminders that will make the day go more smoothly. | 09:06:30 |
| 14      First of all, it will work best if we don't | 09:06:34 |
| 15  talk at the same time.  So I'll try to ask a | 09:06:36 |
| 16  complete question and stop, give you time to answer. | 09:06:38 |
| 17  If I don't interrupt you, please, will you try not | 09:06:42 |
| 18  to interrupt me? | 09:06:46 |
| 19   A  Yes. | 09:06:47 |
| 20   Q  Excellent. | 09:06:48 |
| 21      And then is there any reason today that you | 09:06:49 |
| 22  can't give complete and truthful testimony?  Any | 09:06:51 |
| 23  medication or anything? | 09:06:54 |
| 24   A  No. | 09:06:55 |
| 25   Q  Okay.  And you prepared for your deposition | 09:06:56 |

Transcript of Michelle Hastings, Ph.D.
Conducted on September 13, 2024                                    9

| | | |
|---|---|---|
| 1 | But I have worked with antisense | 09:10:39 |
| 2 | oligonucleotides that have been designed against | 09:10:41 |
| 3 | various oligonucleotides that have been shown to be | 09:10:45 |
| 4 | active. And so in the course of that, we have used | 09:10:50 |
| 5 | some of them as controls on occasion. | 09:10:52 |
| 6 | Q But your -- your professional work does not | 09:10:54 |
| 7 | relate to designing antisense oligonucleotides for | 09:11:00 |
| 8 | the treatment of DMD, correct? | 09:11:05 |
| 9 | A Yeah, we don't design them to treat DMD. | 09:11:07 |
| 10 | They're usually used in the course of our work as -- | 09:11:12 |
| 11 | in antisense oligonucleotides. So we haven't worked | 09:11:14 |
| 12 | to treat -- to make a treatment for it, for | 09:11:17 |
| 13 | Duchenne's. | 09:11:22 |
| 14 | Q So -- all right. In your professional work, | 09:11:23 |
| 15 | you are not researching or developing treatments for | 09:11:25 |
| 16 | DMD, correct? | 09:11:29 |
| 17 | A That's right, we are not working to develop | 09:11:30 |
| 18 | treatments for DMD. | 09:11:35 |
| 19 | Q But you are an expert in antisense | 09:11:36 |
| 20 | oligonucleotides; is that right? | 09:11:41 |
| 21 | A That's right. We develop antisense | 09:11:43 |
| 22 | oligonucleotides for the treatment of a number of | 09:11:46 |
| 23 | other pediatric diseases. | 09:11:48 |
| 24 | Q And are you an expert in the design of | 09:11:50 |
| 25 | antisense oligonucleotides? | 09:11:53 |

Transcript of Michelle Hastings, Ph.D.
Conducted on September 13, 2024

10

| | | |
|---|---|---|
| 1 | A   Yes.  We do everything from the conception | 09:11:55 |
| 2 | to design, testing, manufacturing, and developing of | 09:11:58 |
| 3 | antisense oligonucleotides for treating disease. | 09:12:03 |
| 4 | Q   And you're an expert in the use of antisense | 09:12:06 |
| 5 | oligonucleotides? | 09:12:11 |
| 6 | A   Yes, we use them.  That's a focus of my -- | 09:12:12 |
| 7 | my research. | 09:12:16 |
| 8 | Q   And you're an expert in the treatment of | 09:12:16 |
| 9 | Duchenne's muscular dystrophy? | 09:12:20 |
| 10 | A   I don't treat.  I'm not a physician.  I | 09:12:22 |
| 11 | don't treat Duchenne's muscular dystrophy patients. | 09:12:23 |
| 12 | Q   So you're not an expert in the treatment of | 09:12:26 |
| 13 | Duchenne's muscular dystrophy? | 09:12:30 |
| 14 | A   I would say that I'm an expert in the -- in | 09:12:32 |
| 15 | the -- in the medicines that are used to treat | 09:12:34 |
| 16 | Duchenne's muscular dystrophy.  But I'm not a | 09:12:36 |
| 17 | physician.  I don't see patients that have | 09:12:40 |
| 18 | Duchenne's muscular dystrophy.  I do see -- | |
| 19 | (Reporter clarification.) | 09:53:16 |
| 20 | THE WITNESS:  Okay. | 09:12:51 |
| 21 | THE REPORTER:  Thank you. | |
| 22 | THE WITNESS:  I'm not a physician.  I don't | 09:12:51 |
| 23 | see patients that have Duchenne's muscular | 09:12:51 |
| 24 | dystrophy. | 09:12:55 |
| 25 | | |

```
1                    C E R T I F I C A T E
2              I, JENNIFER L. BERNIER, a Certified
3      Shorthand Reporter, Registered Merit Reporter,
4      Certified Realtime Reporter, the officer before whom
5      the foregoing videotaped deposition was taken, do
6      hereby certify that the foregoing transcript is a
7      true and correct record of the testimony given; that
8      said testimony was taken by me stenographically and
9      thereafter reduced to typewriting under my
10     supervision; that reading and signing was requested;
11     and that I am neither counsel for or related to, nor
12     employed by any of the parties to this case and have
13     no interest, financial or otherwise, in its outcome.
14             IN WITNESS WHEREOF, I have hereunto set my
15     hand this September 18, 2024.
16
17     My commission expires May 31, 2025.
18
19
20     _____
21             JENNIFER L. BERNIER, CSR, RMR, CRR
22
23
24
25
```

No. 553177

Re:   Deposition of Michelle Hastings, Ph.D.
      Date: 9/13/2024
      Case: Nippon Shinyaku Co., Ltd. -v- Sarepta Therapeutics, Inc.
      Return to: transcripts@planetdepos.com

| Page | Line | Correction/Change | Reason |
|---|---|---|---|
| 21 | 6 | **PMLs** should be **PMOs** | Misspelling |
| 25 | 1 | **a set** should be **a cET** | Misspelling |
| 38 | 21 | **this** should be **there was** | Mistranscription |
| 40 | 9 | **say** should be **saw** | Misspelling |
| 41 | 25 | **user tees** should be **Us are Ts** | Misspelling |
| 99 | 2 | **AVR** should be **AVI** | Misspelling |
| 105 | 18 | **judge** should be **judgment** | Mistranscription |
| 108 | 19 | **morpholino** oligonucleotides should be **DNA** oligonucleotides | Mistranscription |

  October 14, 2024                                    *Michelle L Hastings*
      (Date)                                              (Signature)

Re: Deposition of **Michelle Hastings, Ph.D.**
Date: 9/13/2024
Case: Nippon Shinyaku Co., Ltd. -v- Sarepta Therapeutics, Inc.
Return to: transcripts@planetdepos.com

```
                    ACKNOWLEDGMENT OF DEPONENT


     I, Michelle Hastings, Ph.D., do hereby

acknowledge that I have read and examined the

foregoing testimony, and the same is a true, correct

and complete transcription of the testimony given by

me and any corrections appear on the attached Errata

sheet signed by me.


     10/14/2024
   _____    _____
          (Date)                     (Signature)
```