# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., | ) |
| Plaintiff, | ) C.A. No. 21-1015 (JLH) |
| v. | ) **DEMAND FOR JURY TRIAL** |
| SAREPTA THERAPEUTICS, INC., | ) |
| Defendant. | ) |
| SAREPTA THERAPEUTICS, INC. and THE UNIVERSITY OF WESTERN AUSTRALIA, | ) |
| Defendant/Counter-Plaintiffs, | ) [REDACTED] |
| v. | ) REDACTED - PUBLIC VERSION |
| NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC., | ) |
| Plaintiff/Counter Defendants. | ) |

**NIPPON SHINYAKU CO., LTD. AND NS PHARMA, INC.'S REPLY IN SUPPORT OF MOTION TO EXCLUDE OPINIONS OF DR. STEVEN DOWDY, PH. D.**

Dated: October 23, 2024

Amy M. Dudash (DE Bar No. 5741)
**MORGAN, LEWIS & BOCKIUS LLP**
1201 N. Market Street, Suite 2201
Wilmington, DE 19801
Telephone: 302.574.3000
amy.dudash@morganlewis.com

*Attorneys for Plaintiff/Counterclaim Defendant Nippon Shinyaku Co., Ltd. and Counterclaim Defendant NS Pharma, Inc.*

*(additional counsel listed in signature block)*

NS's Daubert motion differs from its previous filings because the request is narrower: NS seeks to preclude Dr. Dowdy from testifying about post-priority date evidence only in support of his written description opinions. The law is clear that such testimony is not helpful and will only confuse the jury. And Dr. Dowdy himself agrees that "data that was not available [as of the priority date] would not reflect the understanding of a POSA at that time." D.I. 604-10 (Dowdy Suppl. Tr.). at 364:5-9.

Sarepta now tries to distance itself from Dr. Dowdy's admission, alleging he testified only that one particular post-priority reference Dr. Hastings reviewed was irrelevant to the exon 53 hotspot. D.I. 621 at 2. But Dr. Dowdy's testimony was not so limiting. *See* D.I. 621, Ex. 1 (Dowdy Supp. Tr.) at 363:25-364:9. And, even it were, there is no principled basis to prohibit Dr. Hastings from relying on such evidence while allowing Dr. Dowdy.

Sarepta next claims that its "post-priority evidence show[s] that ASOs chosen from the 168-sequence genus dependably induce exon 53-skipping, consistent with the teaching of the patent" and "the post-priority evidence in this case merely confirms the structure-function correlation that was already set forth in the patent." D.I. 621 at 4-5. But the Federal Circuit has never identified such a "consistent with" or "confirmatory" exception to the "general rule [that] events subsequent to the priority date are irrelevant to [] the adequacy of the application's written description." *Ethanol Boosting Sys., LLC v. Ford Motor Co.*, 2019 WL 6307680, at *2 (D. Del. Nov. 25, 2019). Indeed, the Federal Circuit held that a trier of fact "may not, however, use post-dated references as a source for later knowledge about later art-related facts . . . which did not exist on the filing date." *Bd. of Trustees of Leland Stanford Junior U. v. Chinese U. of Hong Kong*, 860 F.3d 1367, 1378 (Fed. Cir. 2017) (citing *In re Hogan*, 559 F.2d 595, 605 (Cust. & Pat. App. 1977)).

1

There can be no question that the later art-related facts on which Sarepta relies that purportedly are "consistent with" and "confirm" the disclosure in the specification did not exist on the filing date. Even under Sarepta's view, the specification discloses "[o]nly one of the 168 antisense oligonucleotides defined by Claim 1." D.I. 604-10 (Dowdy Suppl. Dep.) at 287:20-288:8. It defies logic for Sarepta to claim that Dr. Dowdy's post-priority date evidence—which spans many other ASOs—does not "implicat[e] 'later discovered species.'" *See* D.I. 621 at 4-5. Dr. Dowdy is improperly attempting to support the alleged existence of a structure-function correlation in 2005 by citing various ASOs that (undisputedly) no POSA had ever made or tested until years later.

Sarepta seeks to blur the important distinction between the confirmatory evidence that is irrelevant to written description and the evidence considered in *Amgen Inc. v. Sanofi*, 872 F.3d 1367, 1379 (Fed. Cir. 2017). But as this Court explained, "[i]n *Amgen*, the post-priority-date evidence – including the existence of the accused compound – was held admissible because it was relevant to the **number and nature** of species that actually exist within the claimed genus." *MorphoSys AG v. Janssen Biotech, Inc.*, 358 F. Supp. 3d 354, 367 (D. Del. 2019) (citing *Amgen*, 872 F.3d at 1373) (emphasis added). Here the confirmatory evidence Sarepa relies on is not relevant to the number nor the nature of the species. Sarepta cannot benefit from the *Amgen* exception.

Finally, this motion is not a rehash of NS' prior motion *in limine* (D.I. 536-15). NS's previous motion sought to more broadly exclude testimony from Dr. Dowdy about any post-priority date evidence, whereas here NS's request is limited to written description. NS also relies heavily on a new and crucial admission from Dr. Dowdy's supplemental deposition regarding the inapplicability of post-priority date evidence that was not available and could not have been cited

2

before.  If the Court were to deny NS's motion because it is either duplicative of a previous request or not based on new evidence, then under the same logic the Court must deny Sarepta's co-pending *Daubert* motions as well.

<table>
<tr><td>

October 23, 2024

Amanda S. Williamson (admitted *pro hac vice*)
Jason C. White (admitted *pro hac vice*)
Christopher J. Betti (admitted *pro hac* vice)
Krista V. Venegas (admitted *pro hac* vice)
Wan-Shon Lo (admitted *pro hac* vice)
Maria E. Doukas (admitted *pro hac vice*)
Zachary D. Miller (admitted *pro hac vice*)
Michael T. Sikora (admitted *pro hac vice*)
110 N. Wacker Drive, Suite 2800
Chicago, IL  60601
Telephone:  312.324.1000
Fax:  312.324.1001
amanda.williamson@morganlewis.com
jason.white@morganlewis.com
christopher.betti@morganlewis.com
krista.venegas@morganlewis.com
shon.lo@morganlewis.com
maria.doukas@morganlewis.com
zachary.miller@morganlewis.com
michael.sikora@morganlewis.com

David L. Schrader (admitted *pro hac vice*)
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071
Telephone: 213.612.2500
Fax: 213.612.2501
david.schrader@morganlewis.com

</td><td>

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

*/s/Amy M. Dudash*
Amy M. Dudash (DE Bar No. 5741)
1201 N. Market Street, Suite 2201
Wilmington, Delaware 19801
Telephone:  302.574.3000
Fax:  302.574.3001
amy.dudash@morganlewis.com

Julie S. Goldemberg (admitted *pro hac vice*)
Alison P. Patitucci (admitted *pro hac vice*)
2222 Market Street
Philadelphia, PA  19103
Telephone: 215.693.5000
Fax: 215.963.5001
julie.goldemberg@morganlewis.com
alison.patitucci@morganlewis.com

*Attorneys for Plaintiff/Counterclaim Defendant Nippon Shinyaku Co., Ltd. and Counterclaim Defendant NS Pharma, Inc.*

</td></tr>
</table>

4

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 23, 2024, a copy of the foregoing, NIPPON SHINYAKU CO., LTD. AND NS PHARMA, INC.'S REPLY IN SUPPORT OF MOTION TO EXCLUDE OPINIONS OF DR. STEVEN DOWDY, PH. D., which was filed under seal, was served via electronic mail on the following counsel of record:

Jack B. Blumenfeld
Megan E. Dellinger
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com

William B. Raich
Michael J. Flibbert
John M. Williamson
Yoonhee Kim
Yoonjin Lee
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4000
william.raich@finnegan.com
michael.flibbert@finnegan.com
john.williamson@finnegan.com
yoonhee.kim@finnegan.com
yoonjin.lee@finnegan.com

Charles E. Lipsey
J. Derek McCorquindale
Ryan P. O'Quinn
L. Scott Burwell
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
1875 Explorer Street, Suite 800
Reston, VA 20190-6023
(571) 203-2700
charles.lipsey@finnegan.com
derek.mccorquindale@finnegan.com
ryan.o'quinn@finnegan.com
scott.burwell@finnegan.com

Alissa K. Lipton
Eric J. Lee, Ph.D.
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
Two Seaport Lane
Boston, MA 02210-2001
(617) 646-1600
alissa.lipton@finnegan.com
eric.lee@finnegan.com

Amanda P. Reeves
Anna M. Rathbun
Graham B. Haviland
Jesse Aaron Vella
Michael A. Morin
David P. Frazier
Rebecca L. Rabenstein
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1359
(202) 637-2200
amanda.reeves@lw.com
anna.rathbun@lw.com
graham.haviland@lw.com
jesse.vella@lw.com
michael.morin@lw.com
david.frazier@lw.com
rebecca.rabenstein@lw.com

Ernest Yakob
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020-1300
(212) 906-1200
ernest.yakob@lw.com

Michele D. Johnson
**LATHAM & WATKINS LLP**
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
michele.johnson@lw.com

                                          */s/ Amy M. Dudash*
                                          Amy M. Dudash (DE Bar No. 5741)