IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 21-1015 (JLH) |
| ) | |
| SAREPTA THERAPEUTICS, INC., ) | |
| ) | |
| Defendant. ) | |
| SAREPTA THERAPEUTICS, INC. and THE ) | |
| UNIVERSITY OF WESTERN AUSTRALIA, ) | |
| ) | |
| Defendant/Counter-Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| NIPPON SHINYAKU CO., LTD. ) | |
| and NS PHARMA, INC. ) | |
| ) | |
| Plaintiff/Counter-Defendants. ) | |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the deadline for the parties to submit a Joint Proposed Pretrial Order, Revised Proposed Voir Dire, Preliminary Jury Instructions, Final Jury Instructions, and Verdict Form (D.I. 597) is extended from November 22, 2024 to November 27, 2024.

MORGAN, LEWIS & BOCKIUS LLP

/s/ Amy M. Dudash
_____
Amy M. Dudash (#5741)
1201 North Market Street, Suite 2201
Wilmington, DE 19801
(302) 574-3000
amy.dudash@morganlewis.com

*Attorneys for Plaintiffs*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Megan E. Dellinger
_____
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778))
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
rsmith@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Defendants*

November 22, 2024

SO ORDERED this _____ day of _____, 2024.


_____
United States District Court Judge