IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SAREPTA THERAPEUTICS, INC., )<br>)<br>Defendant. )<br>SAREPTA THERAPEUTICS, INC. and THE )<br>UNIVERSITY OF WESTERN AUSTRALIA, )<br>)<br>Defendant/Counter-Plaintiffs, )<br>)<br>v. )<br>)<br>NIPPON SHINYAKU CO., LTD. )<br>and NS PHARMA, INC. )<br>)<br>Plaintiff/Counter-Defendants. ) | C.A. No. 21-1015 (JLH) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the deadline for the parties to submit a Joint Proposed Pretrial Order, Revised Proposed Voir Dire, Preliminary Jury Instructions, Final Jury Instructions, and Verdict Form (D.I. 597) is extended from November 22, 2024 to ~~November 27, 2024~~ November 26, 2024, at 9:00 AM.

| | |
|---|---|
| MORGAN, LEWIS & BOCKIUS LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ *Amy M. Dudash* | /s/ *Megan E. Dellinger* |
| Amy M. Dudash (#5741)<br>1201 North Market Street, Suite 2201<br>Wilmington, DE 19801<br>(302) 574-3000<br>amy.dudash@morganlewis.com | Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778))<br>Megan E. Dellinger (#5739)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>rsmith@morrisnichols.com<br>mdellinger@morrisnichols.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
| November 22, 2024 | |

SO ORDERED this 22nd day of November, 2024.

_____
United States District Court Judge