# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., Plaintiff,<br><br>v.<br><br>SAREPTA THERAPEUTICS, INC.,<br>Defendant.<br><br>SAREPTA THERAPEUTICS, INC.,<br>Defendant and Counter-Plaintiff<br><br>v.<br><br>NIPPON SHINYAKU CO., LTD. and<br>NS PHARMA, INC., Plaintiff and Counter-Defendants. | C.A. No. 21-1015 (JLH) |

## NIPPON SHINYAKU CO., LTD. AND NS PHARMA, INC.'S MOTION TO STRIKE CERTAIN SUPPLEMENTAL OPINIONS FROM SAREPTA'S ECONOMIC EXPERT JOHN JAROSZ

Nippon Shinyaku Co., Ltd. and NS Pharma, Inc. hereby move the Court to strike Sarepta Therapeutics, Inc.'s economic expert John Jarosz's supplemental opinions set forth in paragraphs 14-20 of Mr. Jarosz's November 5, 2024 Second Supplemental Expert Report. The reasons for the instant motion are set forth in the accompanying letter brief filed contemporaneously herewith.

Pursuant to Local Rule 7.1.1, the undersigned hereby certifies that counsel for the parties, including lead and Delaware counsel, made a reasonable effort to reach agreement on the subject of the instant motion, including via verbal meet and confer on November 22, 2024, and were unable to reach agreement.

| | |
|---|---|
| Dated: November 22, 2024 | Respectfully submitted, |
| | MORGAN, LEWIS & BOCKIUS LLP |
| | */s/Amy M. Dudash* |
| Amanda S. Williamson (admitted *pro hac vice*) | Amy M. Dudash (DE Bar No. 5741) |
| Christopher J. Betti (admitted *pro hac* vice) | 1201 N. Market Street, Suite 2201 |
| Krista V. Venegas (admitted *pro hac* vice) | Wilmington, Delaware 19801 |
| Wan-Shon Lo (admitted *pro hac* vice) | Telephone: 302.574.3000 |
| Maria E. Doukas (admitted *pro hac vice*) | Fax: 302.574.3001 |
| Zachary D. Miller (admitted *pro hac vice*) | amy.dudash@morganlewis.com |
| Michael T. Sikora (admitted *pro hac vice*) | |
| 110 N. Wacker Drive, Suite 2800 | *Attorneys for Nippon Shinyaku Co.,* |
| Chicago, IL 60601 | *Ltd. and NS Pharma, Inc.* |
| Telephone: 312.324.1000 | |
| Fax: 312.324.1001 | |
| amanda.williamson@morganlewis.com | |
| christopher.betti@morganlewis.com | |
| krista.venegas@morganlewis.com | |
| shon.lo@morganlewis.com | |
| maria.doukas@morganlewis.com | |
| zachary.miller@morganlewis.com | |
| michael.sikora@morganlewis.com | |

Julie S. Goldemberg (admitted *pro hac vice*)
Alison P. Patitucci (admitted *pro hac vice*)
2222 Market Street
Philadelphia, PA 19103
Telephone: 215.693.5000
Fax: 215.963.5001
julie.goldemberg@morganlewis.com
alison.patitucci@morganlewis.com

David L. Schrader
300 S Grand Ave 22nd Floor
Los Angeles, CA 90071
Telephone: 213.612.2500 | Fax: 213.612.2501
david.schrader@morganlewis.com