IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., Plaintiff,<br><br>v.<br><br>SAREPTA THERAPEUTICS, INC., Defendant.<br><br>SAREPTA THERAPEUTICS, INC., Defendant and Counter-Plaintiff<br><br>v.<br><br>NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC., Plaintiff and Counter-Defendants. | C.A. No. 21-1015 (JLH) |

**[PROPOSED] ORDER GRANTING NIPPON SHINYAKU CO., LTD. AND NS PHARMA, INC.'S MOTION TO STRIKE CERTAIN SUPPLEMENTAL OPINIONS FROM SAREPTA'S ECONOMIC EXPERT JOHN JAROSZ**

This ___ day of _____, 2024, the Court having considered Nippon Shinyaku Co., Ltd. and NS Pharma, Inc.'s Motion to Strike, it is hereby ordered that the Motion is GRANTED. Paragraphs 14-20 of Mr. Jarosz's November 5, 2024 Second Supplemental Expert Report are HEREBY stricken, and Mr. Jarosz is precluded from offering opinions or testimony regarding these paragraphs at the upcoming trial.

 

_____
Honorable Jennifer L. Hall
District Court Judge