IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 21-1015-JLH |
| ) | |
| SAREPTA THERAPEUTICS, INC. ) | **DEMAND FOR JURY TRIAL** |
| ) | |
| Defendant. ) | |
| _____ ) | |
| ) | |
| SAREPTA THERAPEUTICS, INC. and THE ) | |
| UNIVERSITY OF WESTERN AUSTRALIA, ) | |
| ) | |
| Defendant/Counter-Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| NIPPON SHINYAKU CO., LTD. ) | |
| and NS PHARMA, INC., ) | |
| ) | |
| Plaintiff/Counter-Defendants. ) | |

**JOINT SUBMISSION OF PARTIES' COMPETING PROPOSED VERDICT FORMS**

Pursuant to the Court's Stipulation and Amended Scheduling Order (D.I. 597) and , the parties Plaintiff /Counter-Defendant Nippon Shinyaku and Counter-Defendant NS Pharma, Inc., and Defendants/Counter-Plaintiffs Sarepta Therapeutics, Inc. and University of Western Australia ("UWA") respectfully submit their competing proposed verdict forms for the trial scheduled to begin December 13, 2024 in this action. D.I. 597. The parties met and conferred but were unable to come to an agreement on a joint proposed verdict form. Nippon Shinyaku and NS Pharma's proposed verdict form is attached hereto as Exhibit A. Sarepta and UWA's proposed verdict form is attached hereto as Exhibit B. The parties will be prepared to address the differences in the alternative forms at the Court's request.

Dated: November 25, 2024

| | |
|---|---|
| /s/ *Amy M. Dudash* | /s/ *Megan E. Dellinger* |
| Amy M. Dudash (No. 5741) | Jack B. Blumenfeld (#1014) |
| MORGAN, LEWIS & BOCKIUS LLP | Rodger D. Smith II (#3778) |
| 1201 N. Market Street, Suite 2201 | Megan E. Dellinger (#5739) |
| Wilmington, DE 19801 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| Tel: 302.574.3000 | 1201 North Market Street |
| amy.dudash@morganlewis.com | P.O. Box 1347 |
| | Wilmington, DE 19899 |
| Amanda S. Williamson (admitted *pro hac vice*) | (302) 658-9200 |
| | jblumenfeld@morrisnichols.com |
| Christopher J. Betti (admitted *pro hac* vice) | rsmith@morrisnichols.com |
| Krista V. Venegas (admitted *pro hac* vice) | mdellinger@morrisnichols.com |
| Wan-Shon Lo (admitted *pro hac* vice) | |
| Maria E. Doukas (admitted *pro hac vice*) | Charles E. Lipsey (admitted *pro hac vice*) |
| Zachary D. Miller (admitted *pro hac vice*) | J. Derek McCorquindale (admitted *pro hac vice*) |
| Michael T. Sikora (admitted *pro hac vice*) | |
| MORGAN, LEWIS & BOCKIUS LLP | Ryan P. O'Quinn (admitted *pro hac vice*) |
| 110 N. Wacker Drive, Suite 2800 | L. Scott Burwell (admitted *pro hac vice*) |
| Chicago, IL 60601 | Jameson K. Gardner (admitted *pro hac vice*) |
| Telephone: 312.324.1000 | FINNEGAN, HENDERSON, FARABOW, |
| amanda.williamson@morganlewis.com |    GARRETT & DUNNER, LLP |
| christopher.betti@morganlewis.com | 1875 Explorer Street, Suite 800 |
| krista.venegas@morganlewis.com | Reston, VA 20190-6023 |
| shon.lo@morganlewis.com | (571) 203-2700 |
| maria.doukas@morganlewis.com | |
| zachary.miller@morganlewis.com | William B. Raich (admitted *pro hac vice*) |
| michael.sikora@morganlewis.com | Michael J. Flibbert (admitted *pro hac vice*) |
| | John M. Williamson (admitted *pro hac vice*) |
| Julie S. Goldemberg (admitted *pro hac vice*) | Yoonhee Kim (admitted *pro hac vice*) |
| Alison P. Patitucci (admitted *pro hac vice*) | Yoonjin Lee (admitted *pro hac vice*) |
| MORGAN, LEWIS & BOCKIUS LLP | Kaitlyn S. Pehrson (admitted *pro hac vice*) |
| 2222 Market Street | FINNEGAN, HENDERSON, FARABOW, |
| Philadelphia, PA 19103 |    GARRETT & DUNNER, LLP |
| Telephone: 215.693.5000 | 901 New York Avenue, NW |
| julie.goldemberg@morganlewis.com | Washington, DC 20001-4413 |
| alison.patitucci@morganlewis.com | (202) 408-4000 |
| | |
| David L. Schrader (admitted *pro hac vice*) | Alissa K. Lipton (admitted *pro hac vice*) |
| MORGAN, LEWIS & BOCKIUS LLP | FINNEGAN, HENDERSON, FARABOW, |
| 300 South Grand Avenue, 22nd Floor |    GARRETT & DUNNER, LLP |
| Los Angeles, CA 90071 | Two Seaport Lane |
| Telephone: 213.612.7370 | Boston, MA 02210-2001 |
| david.schrader@morganlewis.com | (617) 646-1600 |

| | |
|---|---|
| *Attorneys for Plaintiff/Counterclaim Defendant Nippon Shinyaku Co., Ltd. and Counterclaim Defendant NS Pharma, Inc.* | Amanda P. Reeves (admitted *pro hac vice*)<br>Anna M. Rathbun (admitted *pro hac vice*)<br>Graham B. Haviland (admitted *pro hac vice*)<br>Michael A. Morin (admitted *pro hac vice*)<br>David P. Frazier (admitted *pro hac vice*)<br>Rebecca L. Rabenstein (admitted *pro hac vice*)<br>Bornali Rashmi Borah (admitted *pro hac vice*)<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 100<br>Washington, D.C. 20004<br>(202) 637-2200<br><br>Ernest Yakob (admitted *pro hac vice*)<br>Rachel Renee Blitzer (admitted *pro hac vice*)<br>LATHAM & WATKINS LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>(212) 906-1200<br><br>Michele D. Johnson (admitted *pro hac vice*)<br>LATHAM & WATKINS LLP<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626<br>(714) 540-1235<br><br>Will Orlady (admitted *pro hac vice*)<br>LATHAM & WATKINS LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA 90067<br>(424) 653-5500<br><br>*Attorneys for Defendant/Counter-Plaintiffs Sarepta Therapeutics, Inc. and The University of Western Australia* |