# Morgan Lewis

**Amy M. Dudash**
+1.302.574.7293
amy.dudash@morganlewis.com

December 2, 2024

**VIA CM/ECF**

Honorable Jennifer L. Hall
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

Re: <u>*Nippon Shinyaku Co. v. Sarepta Therapeutics, Inc.*, C.A. No. 21-1015-JLH</u>

Dear Judge Hall:

Pursuant to Paragraph 6(c) of the Scheduling Order (D.I. 143) in the above-referenced action, the parties write to confirm that briefing has been completed on Nippon Shinyaku Co., Ltd. and NS Pharma, Inc.'s Motion to Strike Certain Supplemental Opinions from Sarepta's Economic Expert John Jarosz (D.I. 640) and request a teleconference to address this motion.

Respectfully submitted,

*/s/ Amy M. Dudash*

Amy M. Dudash (DE Bar No. 5741)

cc: All Counsel of Record (via CM/ECF)

**Morgan, Lewis & Bockius LLP**

1201 N. Market Street, Suite 2201
Wilmington, DE 19801
United States

T +1.302.574.3000
F +1.302.574.3001