# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD.,    )<br>  )<br>   Plaintiff,    )<br>  )<br>   v.    )<br>  )<br>SAREPTA THERAPEUTICS, INC.,    )<br>  )<br>   Defendant.    )<br>SAREPTA THERAPEUTICS, INC. and THE )<br>UNIVERSITY OF WESTERN AUSTRALIA, )<br>  )<br>   Defendant/Counter-Plaintiffs,    )<br>  )<br>   v.    )<br>  )<br>NIPPON SHINYAKU CO., LTD.    )<br>and NS PHARMA, INC.    )<br>  )<br>   Plaintiff/Counter-Defendants.   ) | C.A. No. 21-1015 (JLH) |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties through their respective counsel, and subject to the approval of the Court, that the deadline to file a public version of the [Proposed] Amended Joint Pretrial Order (D.I. 646) is extended from December 3, 2024 until January 3, 2025.

Respectfully submitted,

| MORGAN, LEWIS & BOCKIUS LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Amy M. Dudash* | */s/ Megan E. Dellinger* |
| Amy M. Dudash (#5741)<br>1201 North Market Street, Suite 2201<br>Wilmington, DE 19801<br>(302) 574-3000<br>amy.dudash@morganlewis.com | Jack B. Blumenfeld (#1014)<br>Megan E. Dellinger (#5739)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>mdellinger@morrisnichols.com |
| *Counsel for Plaintiff and Counter-Defendants Nippon Shinyaku Co., Ltd. and NS Pharma, Inc.* | *Counsel for Defendant and Counter-Plaintiffs Sarepta Therapeutics, Inc. and the University of Western Australia* |

Dated: December 2, 2024

SO ORDERED this 3rd day of December, 2024

_____
Honorable Jennifer L. Hall
U.S. District Court Judge