IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD.,<br>   Plaintiff,<br><br>v.<br><br>SAREPTA THERAPEUTICS, INC.,<br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 21-1015 (JLH)<br><br>   **DEMAND FOR JURY TRIAL** |
| SAREPTA THERAPEUTICS, INC. and THE UNIVERSITY OF WESTERN AUSTRALIA,<br>   Defendant/Counter-Plaintiffs,<br><br>v.<br><br>NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC.,<br>   Plaintiff/Counter Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 17, 2024 STANDING ORDER ON PERSONAL DEVICES**

Plaintiff/Counter-Defendant Nippon Shinyaku Co., Ltd. and Counter-Defendant NS Pharma, Inc. ("NS") hereby move for an order to exempt certain persons from the District of Delaware's May 17, 2024 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 17 Standing Order"). In support of this Motion, the Parties state as follows:

1.   The District of Delaware's May 17, 2024 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require inter alia, for visitors to place personal electronic devices in a locked pouch provided by U.S. Marshals. Paragraph 4 of the May 17, 2024 Standing Order provides for certain exemptions to the Standing Order.

2. A pretrial conference is scheduled for December 9, 2024 in Courtroom 2B.

3. Jury selection and courtroom setup is scheduled for December 13, 2024 in Courtroom 6D.

4. A 5-day jury trial is scheduled in this case from December 16-20, 2024 in Courtroom 6D.

5. The following staff, representatives, trial consultants, and witnesses[1] intend to appear at the pretrial conference, courtroom setup and/or the jury trial, require access to their electronic devices, but do not meet the exemptions listed in Paragraph 4 of the May 17, 2024 Standing Order:

- Jitsuro Morishita, Attorney
- Elsa Doi, Paralegal
- Kathryn Thompson, Paralegal
- Melissa Trivett, Legal Practice Assistant
- Deryck Raske, Technology Support Analyst
- John Christian, Technology Support Analyst
- Layne Hastings, Technology Consultant
- Jason Sabol, Technology Consultant
- Peder Rudling, Technology Consultant
- Susan Fillichio, Consultant
- Shin'ichi Takeda, Witness
- Masaya Toda, Witness

---

[1] Listing an individual as a "witness" does not imply or require either party to call such individual to testify or make such individual available to testify at trial.

2

- Naoki Watanabe, Witness
- Kazuchika Takagaki, Witness
- Mami Hino, Attorney
- Shogo Sashihara, Attorney
- Aya Miyazaki, Attorney
- Kazuhira Kobayashi, Client Representative
- Masafumi Shintani, Client Representative
- Yumi Schweizer, Interpreter
- Yaejoong Kim, Interpreter
- Madoka Murakami, Interpreter
- Paul Hersey, Interpreter
- Dan Foy, Witness
- Leslie Magnus, Witness
- Michelle Hastings, Witness
- Mark Hosfield, Witness
- Nick Labraco, Consultant
- Scott Kamholz, Witness
- Jonathan Strober, Witness
- Matthew Wood, Witness

WHEREFORE, NS respectfully requests that the Court issue an order, in the form attached hereto, to exempt certain persons from the District of Delaware's May 17, 2024 Standing Order.

December 5, 2024

Amanda S. Williamson (admitted *pro hac vice*)
Jason C. White (admitted *pro hac vice*)
Christopher J. Betti (admitted *pro hac* vice)
Krista V. Venegas (admitted *pro hac* vice)
Wan-Shon Lo (admitted *pro hac* vice)
Maria E. Doukas (admitted *pro hac vice*)
Zachary D. Miller (admitted *pro hac vice*)
Michael T. Sikora (admitted *pro hac vice*)
110 N. Wacker Drive, Suite 2800
Chicago, IL  60601
Telephone:  312.324.1000
Fax:  312.324.1001
amanda.williamson@morganlewis.com
jason.white@morganlewis.com
christopher.betti@morganlewis.com
krista.venegas@morganlewis.com
shon.lo@morganlewis.com
maria.doukas@morganlewis.com
zachary.miller@morganlewis.com
michael.sikora@morganlewis.com

David L. Schrader (admitted *pro hac vice*)
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071
Telephone: 213.612.2500
Fax: 213.612.2501
david.schrader@morganlewis.com

Julie Goldemberg (admitted *pro hac vice*)
Alison P. Patitucci (admitted *pro hac vice*)
2222 Market Street
Philadelphia, PA  19103
Telephone: 215.693.5000
Fax: 215.963.5001
alison.patitucci@morganlewis.com

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

/s/*Amy M. Dudash*
Amy M. Dudash (DE Bar No. 5741)
1201 N. Market Street, Suite 2201
Wilmington, Delaware 19801
Telephone:  302.574.3000
Fax:  302.574.3001
amy.dudash@morganlewis.com

*Attorneys for Plaintiff/Counterclaim Defendant Nippon Shinyaku Co., Ltd. and Counterclaim Defendant NS Pharma, Inc.*

4