IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD.,<br>   Plaintiff,<br><br>v.<br><br>SAREPTA THERAPEUTICS, INC.,<br>   Defendant. | C.A. No. 21-1015 (JLH)<br><br>**DEMAND FOR JURY TRIAL** |
| SAREPTA THERAPEUTICS, INC. and THE UNIVERSITY OF WESTERN AUSTRALIA,<br>   Defendant/Counter-Plaintiffs,<br><br>v.<br><br>NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC.,<br>   Plaintiff/Counter Defendants. | |

**[PROPOSED] ORDER FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 17, 2024 STANDING ORDER ON PERSONAL DEVICES**

WHEREAS, the Court has considered the Parties' Motion for Exemption of Persons from the District of Delaware's May 17, 2024 Standing Order on Personal Devices (the "Exemption"), IT IS HEREBY ORDERED that:

1. The Exemption is GRANTED.

2. For purposes of the December 9, 2024 pretrial conference, December 13, 2024 jury selection and set-up and December 16-20, 2024 trial in the above-referenced action, the following persons are exempt from the District of Delaware's May 17, 2024 Standing Order and shall be permitted to retain and use their personal electronic devices and bring computer equipment with them into the courtroom:

- Jitsuro Morishita, Attorney

- Elsa Doi, Paralegal

- Kathryn Thompson, Paralegal

- Melissa Trivett, Legal Practice Assistant

- Deryck Raske, Technology Support Analyst

- John Christian, Technology Support Analyst

- Layne Hastings, Technology Consultant

- Jason Sabol, Technology Consultant

- Peder Rudling, Technology Consultant

- Susan Fillichio, Consultant

- Shin'ichi Takeda, Witness

- Masaya Toda, Witness

- Naoki Watanabe, Witness

- Kazuchika Takagaki, Witness

- Mami Hino, Attorney

- Shogo Sashihara, Attorney

- Aya Miyazaki, Attorney

- Kazuhira Kobayashi, Client Representative

- Masafumi Shintani, Client Representative

- Yumi Schweizer, Interpreter

- Yaejoong Kim, Interpreter

- Madoka Murakami, Interpreter

- Paul Hersey, Interpreter

- Dan Foy, Witness

- Leslie Magnus, Witness

- Michelle Hastings, Witness

- Mark Hosfield, Witness

- Nick Labraco, Consultant

- Scott Kamholz, Witness

- Jonathan Strober, Witness

- Matthew Wood, Witness

3. The persons listed in paragraph 2 of this Order shall present this Order along with a valid photographic ID to the United States Marshals upon entry to the J. Caleb Boggs Federal Building and United States Courthouse.

SO ORDERED this __ day of December, 2024.

_____
Honorable Jennifer L. Hall
U.S. District Court Judge