IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NIPPON SHINYAKU CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>SAREPTA THERAPEUTICS, INC.,<br><br>Defendant. | ) | C.A. No. 21-1015 (JLH) |
| SAREPTA THERAPEUTICS, INC. and THE UNIVERSITY OF WESTERN AUSTRALIA,<br><br>Defendant/Counter-Plaintiffs,<br><br>v.<br><br>NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC.<br><br>Plaintiff/Counter-Defendants. | ) | |

**SAREPTA'S MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 17, 2024 STANDING ORDER ON PERSONAL DEVICES**

Defendant/Counter-Plaintiffs Sarepta Therapeutics, Inc. and The University of Western Australia ("Sarepta") hereby moves for an order to exempt certain persons from the District of Delaware's May 17, 2024 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 17, 2024 Standing Order"). In support of this Motion, Sarepta states as follows:

1. The May 17, 2024 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require *inter alia* for visitors to place personal electronic devices

in a locked pouch provided by U.S. Marshals. Paragraph 4 of the May 17, 2024 Standing Order provides for certain exemptions to the Standing Order.

2. A pretrial conference is scheduled for December 9, 2024 in Courtroom 2B.

3. Jury selection and courtroom setup is scheduled for December 13, 2024 in Courtroom 6D.

4. A 5-day jury trial is scheduled in this case from December 16-20, 2024 in Courtroom 6D.

5. The following trial counsel, staff, trial consultants, and witnesses intend to appear at the pretrial conference, jury selection, courtroom setup and/or the trial on behalf of Sarepta and request access to their electronic devices for purposes of the trial, but do not have bar cards or otherwise meet the exemptions listed in Paragraph 4 of the May 17, 2024 Standing Order:

- Rachel Blitzer, Esquire
- D. Brian Kacedon, Esquire
- Michael Morin, Esquire
- Tiffany Weston, Esquire
- Ernest Yakob, Esquire
- John Cremer, Paralegal
- Linda Smith, Paralegal
- Michael Seigel, Paralegal
- Brian Koerper, IT Support
- Aldo Camacho, IT Support
- William Smith, Hot Seat Operator
- Matthew Hegerle, Hot Seat Operator

- Jessica Driscoll Bossert, Client Representative
- John Haberman, Client Representative
- Catherine McKillop, Client Representative
- Beth Devlin, Trial Consultant
- Patricia Hastings, Trial Consultant
- Jennifer Keeney, Trial Consultant
- Steven Dowdy, Expert Witness
- John Jarosz, Expert Witness
- Andrew Hirshfeld, Expert Witness
- Stanley Nelson, Expert Witness
- Frederick Schnell, Fact Witness
- Stephen Wilton, Fact Witness
- Joseph Zenkus, Fact Witness

WHEREFORE, Sarepta respectfully requests that the Court issue an order to exempt the above-named persons from the District of Delaware's May 17, 2024 Standing Order.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778))
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
rsmith@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Defendant/Counter-Plaintiffs Sarepta Therapeutics, Inc. and The University of Western Australia*

OF COUNSEL:

Charles E. Lipsey
J. Derek McCorquindale
Ryan P. O'Quinn
L. Scott Burwell
Jameson K. Gardner
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
1875 Explorer Street, Suite 800
Reston, VA 20190-6023
(571) 203-2700

William B. Raich
Michael J. Flibbert
John M. Williamson
Yoonhee Kim
Yoonjin Lee
Kaitlyn S. Pehrson
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4000

Alissa K. Lipton
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
Two Seaport Lane
Boston, MA 02210-2001
(617) 646-1600

December 4, 2024

SO ORDERED, this 6th day of December, 2024.

The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE