IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NIPPON SHINYAKU CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-1015 (JLH) |
| | ) | |
| SAREPTA THERAPEUTICS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| SAREPTA THERAPEUTICS, INC. and THE | ) | |
| UNIVERSITY OF WESTERN AUSTRALIA, | ) | |
| | ) | |
| Defendant/Counter-Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NIPPON SHINYAKU CO., LTD. | ) | |
| and NS PHARMA, INC., | ) | |
| | ) | |
| Plaintiff/Counter-Defendants. | ) | |

**STIPULATION AND [PROPOSED] ORDER REGARDING ADMISSIBILITY**

Plaintiff and Counter-Defendants Nippon Shinyaku Co., Ltd. and NS Pharma Inc. ("Plaintiffs") and Defendant and Counter-Plaintiffs Sarepta Therapeutics, Inc and The University of Western Australia ("Defendants"), stipulate and agree as follows:

Subject to resolution of the parties' motions *in limine*,[1] the parties agree that the following documents identified by their Bates number range (or other identifying descriptor, if no Bates range is available) shall otherwise be presumed admissible for the purposes of this lawsuit only absent a showing of good cause:

| | | |
|---|---|---|
| SRPT-VYDS-0246333 | SRPT-VYDS-0210679-695 | Jarosz Op. Rep. Tab 6 |
| (DTX-1581) | (DTX-0035, DTX-0631) | (DTX-1475) |

---

[1] The parties agree that this stipulation does not obviate any objections raised to use of these documents pursuant to the parties' pending or granted motions *in limine*.

| | | |
|---|---|---|
| SRPT-VYDS-0219874 (DTX-1065) | SRPT-VYDS-0210696 (DTX-1047) | Jarosz Op. Rep. Tab 12 (DTX-1481) |
| SRPT-VYDS-0219883 (DTX-1006) | SRPT-VYDS-0210697 (DTX-1048) | Jarosz Supp. Op. Rep. Tab 3 (DTX-1613) |
| SRPT-VYDS-0213333-80 (DTX-0047) | SRPT-VYDS-0210698 (DTX-1049) | Jarosz Supp. Op. Rep. Tab 4 (DTX-1614) |
| SRPT-VYDS-0213393-403 (DTX-0636) | SRPT-VYDS-0210701-25 (DTX-1055) | Jarosz Supp. Op. Rep. Tab 5 (DTX-1615) |
| SRPT-VYDS-0213381-82 (DTX-1108) | SRPT-VYDS-0210699 (DTX-1053) | Jarosz Supp. Op. Rep. Tab 6 (DTX-1616) |
| SRPT-VYDS-0213383-92 (DTX-0048) | SRPT-VYDS-0210700 (DTX-1054) | Jarosz Supp. Op. Rep. Tab 7 (DTX-1617) |
| SRPT-VYDS-0213404-10 (DTX-1109) | SRPT-VYDS-0210727-91 (DTX-0036) | Jarosz Supp. Op. Rep. Tab 8 (DTX-1618) |
| SRPT-VYDS-0213330-32 (DTX-0049, DTX-0635) | SRPT-VYDS-0210726 (DTX-1056) | Jarosz Supp. Op. Rep. Tab 9 (DTX-1619) |
| SRPT-VYDS-0213411-44 (DTX-1110) | SRPT-VYDS-0210792 (DTX-1002) | Jarosz Supp. Op. Rep. Tab 10 (DTX-1620) |
| SRPT-VYDS-0213458-507 (DTX-1112) | SRPT-VYDS-0210793 (DTX-1057) | Jarosz Supp. Op. Rep. Tab 11 (DTX-1621) |
| SRPT-VYDS-0213445-50 (DTX-0057) | SRPT-VYDS-0210794 (DTX-1058) | Jarosz Supp. Op. Rep. Tab 12 (DTX-1622) |
| SRPT-VYDS-0213451-57 (DTX-1111) | SRPT-VYDS-0210795 (DTX-1059) | Jarosz Supp. Op. Rep. Tab 13 (DTX-1623) |
| SRPT-VYDS-0213508-41 (DTX-0129) | SRPT-VYDS-0210796 (DTX-1060) | Jarosz Supp. Reb. Rep. Tab 3 (DTX-1687) |
| SRPT-VYDS-0219991-20030 (DTX-1118) | SRPT-VYDS-0210797 (DTX-1061) | Jarosz Supp. Reb. Rep. Tab 4 (DTX-1688) |
| SRPT-VYDS-0220074-79 (DTX-1121) | SRPT-VYDS-0210798 (DTX-1062) | Jarosz Supp. Reb. Rep. Tab 5 (DTX-1689) |
| SRPT-VYDS-0220070-73 (DTX-1120) | SRPT-VYDS-0210799 (DTX-1063) | Jarosz Supp. Reb. Rep. Tab 6 (DTX-1690) |
| SRPT-VYDS-0219822-25 (DTX-0637) | SRPT-VYDS-0210802-36 (DTX-1004) | Jarosz Supp. Reb. Rep. Tab 7 (DTX-1691) |
| SRPT-VYDS-0219933-38 (DTX-1115) | SRPT-VYDS-0210800 (DTX-1003) | Jarosz Supp. Reb. Rep. Tab 8 (DTX-1692) |
| SRPT-VYDS-0219884-91 (DTX-0055) | SRPT-VYDS-0210801 (DTX-1064) | Jarosz Supp. Reb. Rep. Tab 9 (DTX-1693) |
| SRPT-VYDS-0220031-39 (DTX-1119) | SRPT-VYDS-0227788-825 (DTX-1008) | Jarosz Supp. Reb. Rep. Tab 10 (DTX-1694) |
| SRPT-VYDS-0219875-82 (DTX-1113) | SRPT-VYDS-0227826 (DTX-1009) | Jarosz Supp. Reb. Rep. Tab 11 (DTX-1695) |
| SRPT-VYDS-0219826-73 (DTX-1041) | SRPT-VYDS-0227827 (DTX-1075) | Jarosz Supp. Reb. Rep. Tab 12 (DTX-1696) |
| SRPT-VYDS-0219892-932 (DTX-1114) | SRPT-VYDS-0227828 (DTX-1076) | Jarosz Supp. Reb. Rep. Tab 13 (DTX-1697) |

| | | |
|---|---|---|
| SRPT-VYDS-0219939-44 (DTX-1116) | SRPT-VYDS-0233426-508 (DTX-0708) | Jarosz Supp. Reb. Rep. Tab 14 (DTX-1698) |
| SRPT-VYDS-0219945-62 (DTX-1117) | SRPT-VYDS-0232123-262 (DTX-0709) | Jarosz Supp. Reb. Rep. Tab 15 (DTX-1699) |
| SRPT-VYDS-0219963-90 (DTX-0052) | SRPT-VYDS-0232596-692 (DTX-0710) | Jarosz Supp. Reb. Rep. Tab 16 (DTX-1700) |
| SRPT-VYDS-0220040-67 (DTX-0051) | SRPT-VYDS-0232845-918 (DTX-0711) | Jarosz Supp. Reb. Rep. Tab 17 (DTX-1701) |
| SRPT-VYDS-0220068-69 (DTX-1042) | SRPT-VYDS-0233096-169 (DTX-0712) | Jarosz Supp. Reb. Rep. Tab 18 (DTX-1702) |
| SRPT-VYDS-0233649-795 (DTX-0698) | SRPT-VYDS-0233342-425 (DTX-0713) | Jarosz Supp. Reb. Rep. Tab 19 (DTX-1703) |
| SRPT-VYDS-0233796-923 (DTX-0699) | SRPT-VYDS-0232491-595 (DTX-0714) | Jarosz Supp. Reb. Rep. Tab 20 (DTX-1704) |
| SRPT-VYDS-0233924-107 (DTX-0700) | SRPT-VYDS-0232773-844 (DTX-0715) | Jarosz Supp. Reb. Rep. Tab 21 (DTX-1705) |
| SRPT-VYDS-0234108-296 (DTX-0701) | SRPT-VYDS-0233005-095 (DTX-0716) | Jarosz Supp. Reb. Rep. Tab 22 (DTX-1706) |
| SRPT-VYDS-0234297-447 (DTX-0702) | SRPT-VYDS-0233258-341 (DTX-0717) | Jarosz Supp. Reb. Rep. Tab 23 (DTX-1707) |
| SRPT-VYDS-0234448-613 (DTX-0703) | SRPT-VYDS-0233509-593 (DTX-0718) | Jarosz Supp. Reb. Rep. Tab 24 (DTX-1708) |
| SRPT-VYDS-0246710-877 (DTX-1610) | SRPT-VYDS-0232919-3004 (DTX-0706) | Jarosz Supp. Reb. Rep. Tab 25 (DTX-1709) |
| SRPT-VYDS-0246335-408 (DTX-1607) | SRPT-VYDS-0233170-257 (DTX-0707) | Jarosz Supp. Reb. Rep. Tab 26 (DTX-1710) |
| SRPT-VYDS-0246409-626 (DTX-1608) | SRPT-VYDS-0232693-772 (DTX-0704) | Jarosz Supp. Reb. Rep. Tab 27 (DTX-1711) |
| SRPT-VYDS-0246627-709 (DTX-1609) | SRPT-VYDS-0232263-490 (DTX-0705) | Jarosz Supp. Reb. Rep. Tab 28 (DTX-1712) |
| Hosfield Supp. Ex. 3A (PTX-1687) | Jarosz Supp. Reb. Rep. Tab 37 (DTX-1721) | Jarosz Supp. Reb. Rep. Tab 29 (DTX-1713) |
| Hosfield Supp. Ex. 3B (PTX-1688) | Jarosz Supp. Reb. Rep. Tab 38 (DTX-1722) | Jarosz Supp. Reb. Rep. Tab 30 (DTX-1714) |
| Hosfield Supp. Ex. 3C (PTX-1689) | Jarosz Supp. Reb. Rep. Tab 39 (DTX-1723) | Jarosz Supp. Reb. Rep. Tab 31 (DTX-1715) |
| Hosfield Supp. Ex. 4 (PTX-1690) | Hosfield Supp. Appx. B (PTX-1696) | Jarosz Supp. Reb. Rep. Tab 32 (DTX-1716) |
| Hosfield Supp. Ex. 5 (PTX-1691) | Hosfield Supp. Reb. Ex. 3 (PTX-1699) | Jarosz Supp. Reb. Rep. Tab 33 (DTX-1717) |
| Hosfield Supp. Ex. 6 (PTX-1692) | Hosfield Supp. Reb. Ex. 4 (PTX-1700) | Jarosz Supp. Reb. Rep. Tab 34 (DTX-1718) |
| Hosfield Supp. Ex. 8 (PTX-1694) | Hosfield Supp. Reb. Ex. 5 (PTX-1701) | Jarosz Supp. Reb. Rep. Tab 35 (DTX-1719) |
| Hosfield Supp. Appx. A (PTX-1695) | SRPT-VYDS-0211495-500 (DTX-0009) | Jarosz Supp. Reb. Rep. Tab 36 (DTX-1720) |

SRPT-VYDS-0247089-092
(DTX-1773)

SRPT-VYDS-0246984-019
(DTX-1781)

SRPT-VYDS-0246950-981
(DTX-1779)

SRPT-VYDS-0247083-088
(DTX-1786)

SRPT-VYDS-0246922-947
(DTX-1777)

SRPT-VYDS-0246948-949
(DTX-1778)

SRPT-VYDS-0246878-884
(DTX-1774)

SRPT-VYDS-0246982-983
(DTX-1780)

SRPT-VYDS-0247020-044
(DTX-1782)

SRPT-VYDS-0246897-921
(DTX-1776)

Jarosz 2d Supp. Op. Rep. Tab
4
(DTX-1825)

Jarosz 2d Supp. Op. Rep. Tab
5
(DTX-1826)

Jarosz 2d Supp. Op. Rep. Tab
3
(DTX-1824)

Jarosz 2d Supp. Op. Rep. Tab
7
(DTX-1828)

Jarosz 2d Supp. Op. Rep. Tab
8
(DTX-1829)

Jarosz 2d Supp. Op. Rep. Tab
6
(DTX-1827)

Jarosz 2d Supp. Op. Rep. Tab
10
(DTX-1831)

Jarosz 2d Supp. Op. Rep. Tab
11
(DTX-1832)

Jarosz 2d Supp. Op. Rep. Tab
9
(DTX-1830)

Jarosz 2d Supp. Op. Rep. Tab
13
(DTX-1834)

Jarosz 2d Supp. Reb. Rep. Tab
3
(DTX-1866)

Jarosz 2d Supp. Op. Rep. Tab
12
(DTX-1833)

Jarosz 2d Supp. Reb. Rep. Tab
5
(DTX-1868)

Jarosz 2d Supp. Reb. Rep. Tab
6
(DTX-1869)

Jarosz 2d Supp. Reb. Rep. Tab
4
(DTX-1867)

Jarosz 2d Supp. Reb. Rep. Tab
8
(DTX-1871)

Jarosz 2d Supp. Reb. Rep. Tab
9
(DTX-1872)

Jarosz 2d Supp. Reb. Rep. Tab
7
(DTX-1870)

Jarosz 2d Supp. Reb. Rep. Tab
11
(DTX-1874)

Jarosz 2d Supp. Reb. Rep. Tab
12
(DTX-1875)

Jarosz 2d Supp. Reb. Rep. Tab
10
(DTX-1873)

Jarosz 2d Supp. Reb. Rep. Tab
14
(DTX-1877)

Jarosz 2d Supp. Reb. Rep. Tab
15
(DTX-1878)

Jarosz 2d Supp. Reb. Rep. Tab
13
(DTX-1876)

Jarosz 2d Supp. Reb. Rep. Tab
17
(DTX-1880)

Jarosz 2d Supp. Reb. Rep. Tab
18
(DTX-1881)

Jarosz 2d Supp. Reb. Rep. Tab
16
(DTX-1879)

Jarosz 2d Supp. Reb. Rep. Tab
20
(DTX-1883)

Jarosz 2d Supp. Reb. Rep. Tab
21
(DTX-1884)

Jarosz 2d Supp. Reb. Rep. Tab
19
(DTX-1882)

Jarosz 2d Supp. Reb. Rep. Tab
23
(DTX-1886)

Jarosz 2d Supp. Reb. Rep. Tab
24
(DTX-1887)

Jarosz 2d Supp. Reb. Rep. Tab
22
(DTX-1885)

Jarosz 2d Supp. Reb. Rep. Tab
26
(DTX-1889)

Jarosz 2d Supp. Reb. Rep. Tab
27
(DTX-1890)

Jarosz 2d Supp. Reb. Rep. Tab
25
(DTX-1888)

Jarosz 2d Supp. Reb. Rep. Tab
29
(DTX-1892)

Jarosz 2d Supp. Reb. Rep. Tab
30
(DTX-1893)

| | | |
|---|---|---|
| Jarosz 2d Supp. Reb. Rep. Tab 28 (DTX-1891) | Jarosz 2d Supp. Reb. Rep. Tab 32 (DTX-1895) | Jarosz 2d Supp. Reb. Rep. Tab 33 (DTX-1896) |
| Jarosz 2d Supp. Reb. Rep. Tab 31 (DTX-1894) | Jarosz 2d Supp. Reb. Rep. Tab 35 (DTX-1898) | Jarosz 2d Supp. Reb. Rep. Tab 36 (DTX-1899) |
| Jarosz 2d Supp. Reb. Rep. Tab 34 (DTX-1897) | Jarosz 2d Supp. Reb. Rep. Tab 38 (DTX-1901) | Jarosz 2d Supp. Reb. Rep. Tab 39 (DTX-1902) |
| Jarosz 2d Supp. Reb. Rep. Tab 37 (DTX-1900) | | |

| | | |
|---|---|---|
| NS00156944 (PTX1622) | NS00065881 (PTX1289) | NS00036935 (PTX0342) |
| NS00156939-40 (PTX1618) | NS00073479 (PTX0092) | NS00036957 (PTX0358) |
| NS00156942 (PTX1620) | NS00074895 (PTX0093) | PTX0381 |
| NS00156943 (PTX1621) | NS00075034 (PTX0094) | NS00036928 (PTX0382) |
| NS00036893 (PTX0374) | NS00074956 (PTX0095) | NS00036948 (PTX1174) |
| NS00036879 (PTX1242) | NS00074976 (PTX0096) | NS00036952 (PTX1175) |
| NS00036966 (PTX0375, PTX0376) | NS00074987 (PTX0097) | NS00036909 (PTX1220) |
| NS00036968 (PTX0377, PTX0378) | NS00074933 (PTX0098) | NS00091198 (PTX1221) |
| NS00091311 (PTX0379) | NS00075079 (PTX0099) | NS00091207 (PTX1222) |
| NS00091312 (PTX0084) | NS00075122 (PTX0100) | NS00091193 (PTX1232) |
| NS00091314 (PTX0380) | NS00074932 (PTX1302) | NS00090904 (PTX1243) |
| NS00156941 (PTX1619) | NS00074986 (PTX1303) | NS00091128 (PTX1244) |
| NS00073427 (PTX0348, PTX0349) | NS00075033 (PTX1304) | NS00091117 (PTX1245) |
| NS00091066; NS00073467 (PTX1288) | NS00075076 (PTX1305) | NS00091120 (PTX1246) |
| NS00073428; NS00090984 (PTX1295) | NS00075121 (PTX1306) | NS00091123 (PTX1247) |
| NS00073428; NS00090984 (PTX1296) | NS00075162 (PTX1307) | NS00065822 (PTX1248) |

| | | |
|---|---|---|
| NS00091106 (PTX1301) | NS00075163 (PTX1308) | UWA0000015 (PTX0291) |
| NS00073451; NS00091032 (PTX1298) | NS00074042 (PTX0080) | SRPT-VYDS-0154831 (PTX0481) |
| NS00073402; NS00090927 (PTX1291) | NS00074025 (PTX0088) | SRPT-VYDS-0154863 (PTX0482) |
| NS00073409; NS00090942 (PTX1292) | NS00074040 (PTX0111) | SRPT-VYDS-0154890 (PTX0296) |
| NS00073419; NS00090963 (PTX1293) | NS00140986 (PTX0807) | SRPT-VYDS-0205761 (PTX0819) |
| NS00073460; NS00091051 (PTX1299) | NS00140996 (PTX0833 | SRPT-VYDS-0207092 (PTX0146) |
| NS00073442; NS00091013 (PTX1297) | NS00073811 (PTX1249) | SRPT-VYDS-0207088 (PTX0489) |
| NS00065911; NS00090914 (PTX1290) | NS00073824 (PTX1250) | SRPT-VYDS-0207178 (PTX0487) |
| NS00140998 (PTX1255) | NS00140987 (PTX1251) | SRPT-VYDS-0206708 (PTX0272) |
| NS00140999 (PTX1256) | NS00140988 (PTX1252) | SRPT-VYDS-0206870 (PTX0490) |
| NS00141000 (PTX1257) | NS00140995 (PTX1253) | SRPT-VYDS-0206683 (PTX0491) |
| NS00141001 (PTX1258) | NS00140997 (PTX1254) | SRPT-VYDS-0204720 (PTX0492) |
| NS00157824 (PTX1762) | NS00157825 (PTX1763) | NS00157826_Replacement (PTX1764) |
| SRPT-VYDS-0247660 (PTX1765) | Hosfield 2nd Supp. Ex. 3A (PTX1854) | Hosfield 2nd Supp. Ex. 3B (PTX1855) |
| Hosfield 2nd Supp. Ex. 3C (PTX1856) | Hosfield 2nd Supp. Ex. 4 (PTX1857) | Hosfield 2nd Supp. Ex. 5 (PTX1858) |
| Hosfield 2nd Supp. Ex. 6 (PTX1859) | Hosfield 2nd Supp. Ex. 8 (PTX1860) | Hosfield 2nd Supp. Appx. A (PTX1861) |
| Hosfield 2nd Supp. Appx. B (PTX1862) | Hosfield 2nd Supp. Reb. Ex. 3 (PTX1867) | Hosfield 2nd Supp. Reb. Ex. 4 (PTX1868) |
| Hosfield 2nd Supp. Reb. Ex. 5 (PTX1869) | | |

Good cause would include issues relating to the completeness of the document (e.g., missing or incomplete pages). Good cause would additionally include the document being used in a manner contrary to a granted motion *in limine*.

The parties agree to meet and confer in good faith regarding any disputes about whether there is good cause to dispute the admissibility of a document under the terms of this stipulation,

and reserve the right to raise any disputes as to whether the good cause standard is met with regard to a challenged document with the Court prior to the introduction of that document at trial. Stipulating to the admissibility of these documents does not constitute a waiver of any claim or defense.

| | |
|---|---|
| MORGAN, LEWIS & BOCKIUS LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Amy M. Dudash* | */s/ Megan E. Dellinger* |
| Amy M. Dudash (#5741) | Jack B. Blumenfeld (#1014) |
| 1201 North Market Street, Suite 2201 | Rodger D. Smith II (#3778) |
| Wilmington, DE  19801 | Megan E. Dellinger (#5739) |
| (302) 574-3000 | 1201 North Market Street |
| amy.dudash@morganlewis.com | P.O. Box 1347 |
| | Wilmington, DE  19899 |
| *Attorneys for Plaintiffs* | (302) 658-9200 |
| | jblumenfeld@morrisnichols.com |
| | rsmith@morrisnichols.com |
| | mdellinger@morrisnichols.com |
| | *Attorneys for Defendants* |
| December 11, 2024 | |

SO ORDERED this _____ day of _____, 2024.


_____
United States District Court Judge