# Morgan Lewis

**Amy M. Dudash**
+1.302.574.7293
amy.dudash@morganlewis.com

December 12, 2024

**VIA CM/ECF**

Honorable Jennifer L. Hall
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE  19801-3555

Re: <u>*Nippon Shinyaku Co. v. Sarepta Therapeutics, Inc.*</u>, C.A. No. 21-1015-JLH

Dear Judge Hall:

Pursuant to the Court's December 11, 2024 Oral Order (D.I. 644), the parties write to provide the Court with corrections to voir dire question number 3, which add a few attorney names who might be present at the trial and remove names of other attorneys who are unlikely to be present at trial, and question number 7, which contained a misspelled witness name.  The parties respectfully request that the Court use the voir dire attached hereto as Exhibit A for jury selection, which solely corrects questions number 3 and 7.

Respectfully submitted,

*/s/ Amy M. Dudash*

Amy M. Dudash (DE Bar No. 5741)

cc:  All Counsel of Record (via CM/ECF)