# Morgan Lewis

**Amy M. Dudash**
+1.302.574.7293
amy.dudash@morganlewis.com

December 12, 2024

**VIA CM/ECF**

Honorable Jennifer L. Hall
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE  19801-3555

Re: *Nippon Shinyaku Co. v. Sarepta Therapeutics, Inc.*, C.A. No. 21-1015-JLH

Dear Judge Hall:

Pursuant to the Court's instruction at the December 9, 2024 pretrial conference in the the above-referenced action, the parties submit the instant list of potential witness names and glossary of technical terms.[1]

## I.    Witness Names

- Abbie Adams
- Richard Bestwick
- Steve Dowdy
- Zhengyu Feng
- Sue Fletcher
- Brian Forsa
- Donald Foy
- Diane Frank
- Gardner Gendron
- Michelle Hastings
- Andrew Hirshfeld
- Mark Hosfield
- Ethan Jacoby
- John Jarosz
- Jurjus Jurayj
- Scott Kamholz

---

[1] Nothing herein obligates a party to call any particular listed witness at trial.

**Morgan, Lewis & Bockius** LLP

1201 N. Market Street, Suite 2201
Wilmington, DE  19801
United States
☎ +1.302.574.3000
🖷 +1.302.574.3001

Honorable Jennifer L. Hall
December 12, 2024
Page 2

- Leslie Magnus
- Amy Mandragouras
- Angela Melia
- Penelope Meloni
- Emily Naughton
- Stanley Nelson
- Patrick O'Malley
- Bradley Pentelute
- Youhei Satou
- Paul Shanahan
- Fred Schnell
- Ihor Sehinovych
- Stephen Sudovar
- Kazuchika Takagaki
- Shin'ichi Takeda
- Natsuko Tanaka
- Masaya Toda
- Toshihiro Ueda
- Naoki Watanabe
- Steve Wilton
- Matthew Wood
- Ryan Wong
- Joe Zenkus

II.    Glossary of Technical Terms

- 2'OMe (pronounced "2 prime O M E" or "2 prime O methyl")
- 3' (pronounced "3 prime")
- 5' (pronounced "5 prime")
- adenine
- AMONDYS 45
- annealing site
- antisense oligonucleotides
- AONs
- ASOs
- backbone chemistry
- base pairing
- base sequence
- casimersen
- CERI

Honorable Jennifer L. Hall
December 12, 2024
Page 3

- complementary
- complementarity
- cytosine
- DMD
- Duchenne Muscular Dystrophy
- dystrophin
- eteplirsen
- exon 53
- exon skipping
- EXONDYS 51
- golodirsen
- guanine
- moieties
- morpholino
- mRNA
- nucleobase
- nucleotide
- PMO
- phosphorodiamidate morpholino oligomer
- phosphorothioate
- RNA
- SEQ ID
- splice-site
- target region
- TEG
- thymine
- triethylene glycolVILTEPSO
- viltolarsen
- VYONDYS 53
- Watson-Crick base pairing

Respectfully submitted,

*/s/ Amy M. Dudash*

Amy M. Dudash (DE Bar No. 5741)

cc:  All Counsel of Record (via CM/ECF)