**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD.,<br>   Plaintiff,<br><br>v.<br><br>SAREPTA THERAPEUTICS, INC.,<br>   Defendant. | )<br>)<br>) C.A. No. 21-1015 (JLH)<br>)<br>)<br>)<br>)<br>) |
| SAREPTA THERAPEUTICS, INC. and THE UNIVERSITY OF WESTERN AUSTRALIA,<br>   Defendant/Counter-Plaintiffs<br><br>v.<br><br>NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC.,<br>   Plaintiff/Counter Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**VERDICT FORM (PHASE II)**

## **INSTRUCTIONS**

When answering the following questions and completing this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions for guidance on the law applicable to each question.

We, the jury, unanimously agree to the answers to the following questions as our verdict in this case:

### **FINDINGS OF PATENT DAMAGES FOR SAREPTA**

1. **State the amount of lost profits damages that Sarepta and UWA have proven by a preponderance of the evidence that they are entitled to for U.S. sales.**

    $ _____

2. **For any infringing U.S. sales for which you did not award lost profits, state the amount of reasonable royalty damages to which Sarepta and UWA have proven they are entitled by a preponderance of the evidence.**

    $ _____

You have now reached the end of the verdict form, and you should review it to ensure it accurately reflects your unanimous determinations. You must each sign the verdict form in the spaces below and notify the Jury Officer after you have reached a verdict.

Date: _____

_____       _____

_____       _____

_____       _____

_____       _____