# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

NIPPON SHINYAKU CO., LTD.,
    Plaintiff,

v.

SAREPTA THERAPEUTICS, INC.,
    Defendant.

SAREPTA THERAPEUTICS, INC. and THE UNIVERSITY OF WESTERN AUSTRALIA,
    Defendant/Counter-Plaintiffs,

v.

NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC.,
    Plaintiff/Counter-Defendants.

**EXHIBIT AND WITNESS LIST**

**JURY TRIAL**

Case Number: 21-cv-01015 (JLH)

| PRESIDING JUDGE: Judge Jennifer L. Hall | PLAINTIFF'S COUNSEL Amy M. Dudash | COURT REPORTER Bonnie Archer (Jury Selection) Jennifer Guy (Mon/Tues) Kim Bursner (Thurs) Brian Gaffigan (Wed) |
|---|---|---|
| TRIAL DATE(S) December 16, 2024-December 20, 2024 | DEFENDANT'S COUNSEL Jack B. Blumenfeld Rodger D. Smith II Megan E. Dellinger | COURTROOM DEPUTY Tyler Koehler |

| JTX NO. | PTX. NO. | DTX. NO. | DATE OFFERED | OBJECTIONS | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|---|
| JTX 0002 | | | | | 12/16/2024 | Certified Copy of Nippon Shinyaku Co., Ltd. Patent (U.S. Patent 10,385,092)<br><br>[Date: 08/20/2019; Beginning Bates: NS00000067; End Bates: NS00000134] |
| JTX 0008 | | | | | 12/17/2024 | Certified Copy of U.S. Patent Application No. 14/615,504 ('361 file history)<br><br>[Date: 02/06/2015; Beginning Bates: NS00000477; End Bates: NS00000826] |
| JTX 0015 | | | | | 12/16/2024 | Certified Copy of University of Western Australia Patent (U.S. Patent 9,994,851)<br><br>[Date: 06/12/2018; Beginning Bates: SRPT-VYDS-0002641; End Bates: SRPT-VYDS-0002756] |
| JTX 0018 | | | | | 12/17/2024 | Certified Copy of File History for University of Western Australia Patent Application (App. No. 15-705,172 - U.S. Patent 9,994,851)<br><br>[Date: 09/14/2017; Beginning Bates: SRPT-VYDS-0002984; End Bates: SRPT-VYDS-0005241] |

| JTX NO. | PTX. NO. | DTX. NO. | DATE OFFERED | OBJECTIONS | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|---|
| | PTX 0006 | | | | 12/17/2024 | Email forwarded by Steve Wilton to Sue Fletcher and Abbie Adams with "exon 53 paper", December 23, 2008<br><br>[Date: 12/23/2008; Beginning Bates: WILTON0017692; End Bates: WILTON0017695] |
| | PTX 0031 | | | | 12/18/2024 | "Declaration of Fred Schnell, Under 37 § C.F.R. 1.132," Application No. 14/776,533, December 11, 2018<br><br>[Date: 12/11/2018; Beginning Bates: NONE; End Bates: NONE] |
| | PTX 0128 | | | | 12/18/2024 | "CERI, Study Number 936-21-M-0643, Final Report, The assessment of exon skipping activities by 2'OMe-S-RNA in myotube using Lipofectin as a transfection reagent." Study completion date: May 17, 2023<br><br>[Date: 05/17/2023; Beginning Bates: NS00102924; End Bates: NS00102987] |
| | PTX 0129 | | | | 12/17/2024 | "CERI, Study Number 936-21-M-0644, Final Report, The assessment of exon skipping activities by PMO in myotube using Endo-Porter DMSO as a transfection reagent." Study completion date: May 17, 2023<br><br>[Date: 05/17/2023; Beginning Bates: NS00102988; End Bates: NS00103060] |
| | PTX 0130 | | | | 12/17/2024 | "CERI, Study Number 936-22-M-0661, Final Report, The assessment of exon skipping activities by PMO in myotube using Endo-Porter DMSO as a transfection reagent." Study completion date: May 17, 2023<br><br>[Date: 05/17/2023; Beginning Bates: NS00103061; End Bates: NS00103110] |
| | PTX 0157 | | | | 12/16/2024 | PL Harding et al., "The Influence of Antisense Oligonucleotide Length on Dystrophin Exon Skipping," 15:1 Molecular Therapy 157-166 (Jan. 2007)<br><br>[Date: 08/24/2006; Beginning Bates: WILTON0015237; End Bates: WILTON0015246] |
| | PTX 0165 | | | | 12/16/2024 | Highlights of Prescribing Information for Viltepso (viltolarsen injection) for intravenous use, revised 8/2020, dated 08/12/2020<br><br>[Date: 08/12/2020; Beginning Bates: NS00035358; End Bates: NS00035369] |
| | PTX 0251 | | | | 12/16/2024 | Paula R. Clemens, MD et al., "Safety, Tolerability, and Efficacy of Viltolarsen in Boys with Duchenne Muscular Dystrophy Amenable to Exon 53 Skipping," JAMA Neurology E1-E10 (May 26, 2020)<br><br>[Date: 05/26/2020; Beginning Bates: NS00035339; End Bates: NS00035348] |

| JTX NO. | PTX. NO. | DTX. NO. | DATE OFFERED | OBJECTIONS | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|---|
| | PTX 0254 | | | | 12/16/2024 | Japanese Application Number JP2010-196032, Watanabe et al., "Antisense nucleic acid," Date of Application: September 1, 2010 (Japanese)<br><br>[Date: 09/01/2010; Beginning Bates: NONE; End Bates: NONE] |
| | PTX 0256 | | | | 12/17/2024 | Handwritten Journal, "NDK-B1, Development of Therapeutic Agent for Muscular Dystrophy, Yohei Sato, 2009.5" cover, index, and journal pages 1-98 (Japanese followed by English translation)<br><br>[Date: 05/01/2009; Beginning Bates: NS00059735; End Bates: NS00059976] |
| | PTX 0259 | | | | 12/18/2024 | Development of muscular dystrophy therapeutics (biological system) document (Japanese) (metadata date created 1/27/2010, date modified 1/28/2010)<br><br>[Date: 01/28/2010; Beginning Bates: NS00063643; End Bates: NS00063654] |
| | PTX 0260 | | | | 12/18/2024 | Development of muscular dystrophy therapeutics (biological system) document (certified English translation) (metadata date created 1/27/2010, date modified 1/28/2010)<br><br>[Date: 01/28/2010; Beginning Bates: NS00063643; End Bates: NS00063654] |
| | PTX 0291 | | | | 12/18/2024 | "Exclusive License Agreement," between The University of Western Australia and AVI BioPharma, Inc., entered into on November 24, 2008<br><br>[Date: 11/24/2008; Beginning Bates: UWA0000015; End Bates: UWA0000046] |
| | PTX 0319 | | | | 12/16/2024 | "NS Pharma Speaker Training Meeting, July 14, 2021 6:30 PM - 8:30 PM ET" presentation deck<br><br>[Date: 07/14/2021; Beginning Bates: NS00059145; End Bates: NS00059230] |
| | PTX 0342 | | | | 12/17/2024 | National Center of Neurology and Psychiatry and Nippon Shinyaku Co., Ltd. Joint research Agreement, from August 27, 2009 to March 31, 2010, dated August 27, 2009 (certified English translation)<br><br>[Date: 08/27/2009; Beginning Bates: NS00036935; End Bates: NS00036947] |
| | PTX 0348 | | | | 12/16/2024 | "Viltepso supply chain" chart (Japanese) (metadata date created 11/26/2021, date modified 11/26/2021)<br><br>[Date: 11/26/2021; Beginning Bates: NS00073427; End Bates: NS00073427] |

| JTX NO. | PTX. NO. | DTX. NO. | DATE OFFERED | OBJECTIONS | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|---|
| | PTX 0349 | | | | 12/16/2024 | "Viltepso supply chain" chart (certified English translation) (metadata date created 11/26/2021, date modified 11/26/2021)<br><br>[Date: 11/26/2021; Beginning Bates: NS00073427; End Bates: NS00073427] |
| | PTX 0355 | | | | 12/17/2024 | "Material 4, Materials for 52nd Work Invention Examination Committee, October 15, 2019" document, Title of Invention, "Antisense Nucleic Acid Capable of Inducing exon 53 Skipping" (Japanese followed by English translation)<br><br>[Date: 10/15/2009; Beginning Bates: NS00073536; NS00091091; End Bates: NS00073542; NS00091105] |
| | PTX 0358 | | | | 12/17/2024 | National Center of Neurology and Psychiatry and Nippon Shinyaku Co., Ltd., "Patent Joint Application Agreement," dated August 4, 2010 (Japanese followed by English Translation)<br><br>[Date: 08/04/2010; Beginning Bates: NS00036957; End Bates: NS00036965] |
| | PTX 0374 | | | | 12/17/2024 | "License and Supply Agreement," between Nippon Shinyaku Co., Ltd., and NS Pharma, Inc., entered into April 1, 2020 (Japanese)<br><br>[Date: 04/01/2020; Beginning Bates: NS00036893; End Bates: NS00036908] |
| | PTX 0375 | | | | 12/17/2024 | "Memorandum of Understanding," between Nippon Shinyaku Co., Ltd., and NS Pharma, Inc., entered into April 1, 2021, "Signed for Nippon Shinyaku Co., Ltd.," by Toru Nakai (English)<br><br>[Date: 04/01/2021; Beginning Bates: NS00036966; End Bates: NS00036967] |
| | PTX 0377 | | | | 12/17/2024 | NS Pharma, Inc., "Final Royalty Rate of Viltepso for Calendar Year 2021," to Mr. Yoshihiko Makita, dated January 31, 2022 (English)<br><br>[Date: 01/31/2022; Beginning Bates: NS00036968; End Bates: NS00036968] |
| | PTX 0379 | | | | 12/17/2024 | NS Pharma, Inc., "Final Royalty Rate of Viltepso for Calendar Year 2022" to Mr. Yoshihiko Makita, dated January 30, 2023 (English)<br><br>[Date: 01/30/2023; Beginning Bates: NS00091311; End Bates: NS00091311] |
| | PTX 0380 | | | | 12/17/2024 | "Memorandum of Understanding," between Nippon Shinyaku Co., Ltd., and NS Pharma, Inc., entered into April 1, 2023, "Signed for Nippon Shinyaku Co., Ltd.," by Yoshihiko Makita (English)<br><br>[Date: 04/01/2023; Beginning Bates: NS00091314; End Bates: NS00091315] |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| JTX NO. | PTX. NO. | DTX. NO. | DATE OFFERED | OBJECTIONS | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|---|
| | PTX 0381 | | | | 12/17/2024 | "Memorandum of the Pursuit of Litigation for Co-owned Patents," dated November 26, 2020 (Japanese followed by certified English translation)<br><br>[Date: 11/26/2020; Beginning Bates: NONE; End Bates: NONE] |
| | PTX 0382 | | | | 12/17/2024 | "Agreement," between National Center of Neurology and Psychiatry and Nippon Shinyaku Co., Ltd. "regarding Duchenne muscular dystrophy therapeutic agent NS-065/NCNP-01," dated September 20, 2019 (Japanese followed by certified English translation)<br><br>[Date: 09/20/2019; Beginning Bates: NS00036928; End Bates: NS00036934] |
| | PTX 0398 | | | | 12/17/2024 | Email thread between m.toda@po.nippon-shinyaku.co.jp and Matthew Gall @Sarepta.com (cc Bo Cumbo, s.morimura), Subject "RE: Status of Discussions" sent November 4 and 30, 2015 (English)<br><br>[Date: 11/30/2015; Beginning Bates: SRPT-VYDS-0222958; End Bates: SRPT-VYDS-0222959] |
| | PTX 0400 | | | | 12/17/2024 | Email thread between m.toda@po.nippon-shinyaku.co.jp and Matthew Gall @Sarepta.com (cc mgall), Subject "RE: Sarepta and Nippon Shinyaku" sent September 19 and 26, 2017 and October 3, 6, 7 and 13, 2017 (English)<br><br>[Date: 10/13/2017; Beginning Bates: SRPT-VYDS-0222796; End Bates: SRPT-VYDS-0222801] |
| | PTX 0402 | | | | 12/17/2024 | Email thread between m.toda@po.nippon-shinyaku.co.jp and Matthew Gall @Sarepta.com, Subject "RE: [EXTERNAL] Re: Sarepta Connection" dated October 17, 26, 27 and 29, 2018 (English)<br><br>[Date: 10/29/2018; Beginning Bates: SRPT-VYDS-0222970; End Bates: SRPT-VYDS-0222972] |
| | PTX 0428 | | | | 12/18/2024 | "Development of muscular dystrophy therapeutics, Select Antisense Array to Skip Exon53" presentation deck (metadata date created 5/12/2009, date modified 7/8/2009) (certified English translation)<br><br>[Date: 07/08/2009; Beginning Bates: NS00061808; End Bates: NS00061819] |
| | PTX 0429 | | | | 12/17/2024 | "Weekly Report (07/23/09 to 07/29/09) Sato" (metadata date created 7/30/2009, date modified 7/30/2009) (Japanese)<br><br>[Date: 07/30/2009; Beginning Bates: NS00060995; End Bates: NS00060995] |

| JTX NO. | PTX. NO. | DTX. NO. | DATE OFFERED | OBJECTIONS | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|---|
| | PTX 0430 | | | | 12/17/2024 | "Weekly Report (07/23/09 to 07/29/09) Sato" (metadata date created 7/30/2009, date modified 7/30/2009) (certified English translation)<br><br>[Date: 07/30/2009; Beginning Bates: NS00060995; End Bates: NS00060995] |
| | PTX 0466 | | | | 12/16/2024 | Email message from Jeremy Wright to Brian Forsa, Dallan Murray, Dan Madden, Doug Ingram, Ian Estepan, Joe Bratica, Maria Tornsen, Melinda Hurley, Michael O'Neil, Patrick Moss, Subject "Weekly Sales Summary 1/8/2021" attaching "VYONDYS 53 Weekly Sales Summary 2020," Weekly Sales Summary 01.08.2021.pdf, January 12, 2021<br><br>[Date: 01/12/2021; Beginning Bates: SRPT-VYDS-0219638; End Bates: SRPT-VYDS-0219647] |
| | PTX 0476 | | | | 12/16/2024 | WO 2010/048586 A1<br><br>[Date: 04/29/2010; Beginning Bates: SRPT-VYDS-0228276; End Bates: SRPT-VYDS-0228437] |
| | PTX 0477 | | | | 12/16/2024 | WIPO International Publication Number WO 2011/057350 A1, International Application No. PCT/AU20 20/00 1520, Wilton et al., "Antisense Molecules and Methods for Treating Pathologies," International Publication Date May 19, 2011<br><br>[Date: 05/19/2011; Beginning Bates: SRPT-VYDS-0228438; End Bates: SRPT-VYDS-0228539] |
| | PTX 0493 | | | | 12/18/2024 | Email chain from Masaya Toda to Bo Cumbo (cc Cheryl Roegner, M. Umehara) Subject: "RE: Cell Phone Number & Meeting room; to Sarepta from Nippon Shinyaku" and "Introduction" with Attachment "150106_Nipipon Shinyaku_Corporate profile.pdf" November 20, 2014 - January 8, 2015<br><br>[Date: 01/08/2015; Beginning Bates: SRPT-VYDS-0222226; End Bates: SRPT-VYDS-0222264] |
| | PTX 0759 | | | | 12/16/2024 | Popplewell, Linda, et al. "Design of Phosphorordiamidate Morpholino Oligomers (PMOs) for the Induction of Exon Skipping of the Human DMD Gene," Muscular Therapy (2009) 17(3): 554-561<br><br>[Date: 03/01/2009; Beginning Bates: SRPT-VYDS-0008344; End Bates: SRPT-VYDS-0008355] |
| | PTX 0765 | | | | 12/16/2024 | Wilton, Steve D., et al. "Antisense Oligonucleotide-Induced Exon Skipping Across the Human Dystrophin Gene Transcript," Molecular Therapy 15.7 (2007): 1288-1296<br><br>[Date: 01/01/2007; Beginning Bates: SRPT-VYDS-0007603; End Bates: SRPT-VYDS-0007615] |

| JTX NO. | PTX. NO. | DTX. NO. | DATE OFFERED | OBJECTIONS | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|---|
| | PTX 0806 | | | | 12/16/2024 | Clemens, Paula R., et al. "Efficacy and Safety of Viltolarsen in Boys With Duchenne Muscular Dystrophy: Results From the Phase 2, Open-Label, 4-Year Extension Study." J Neuromuscul Dis. 2023;10(3):439-447. doi: 10.3233/JND221656. PMID: 37005891; PMCID: PMC10200237 <br><br>[Date: 05/02/2023; Beginning Bates: SRPT-VYDS-0229855; End Bates: SRPT-VYDS-0229863] |
| | PTX 1014 | | | | 12/16/2024 | U.S. Patent No. 9,079,934 B2 <br><br>[Date: 07/14/2015; Beginning Bates: NS00154329; End Bates: NS00154391] |
| | PTX 1018 | | | | 12/18/2024 | U.S. Patent Application No. 14/776,533 <br><br>[Date: 03/14/2014; Beginning Bates: SRPT-VYDS-0020871; End Bates: SRPT-VYDS-0021539] |
| | PTX 1113 | | | | 12/18/2024 | U.S. Patent Application No. 14/776,533 Office Action Response <br><br>[Date: 08/28/2017; Beginning Bates: SRPT-VYDS-0089321; End Bates: SRPT-VYDS-0089352] |
| | PTX 1114 | | | | 12/18/2024 | U.S. Patent Application No. 14/776,533 Office Action Response <br><br>[Date: 12/14/2018; Beginning Bates: SRPT-VYDS-0089151; End Bates: SRPT-VYDS-0089188] |
| | PTX 1118 | | | | 12/16/2024 | N. Watanabe, et al. "NS-065/NCNP-01: An Antisense Oligonucleotide for Potential Treatment of Exon 53 Skipping in Duchenne Muscular Dystrophy." Molecular Therapy: Nucleic Acids 13:442-449 (2018) and Supplemental Information <br><br>[Date: 12/13/2018; Beginning Bates: SRPT-VYDS-0229611; End Bates: SRPT-VYDS-0229620] |
| | PTX 1123 | | | | 12/16/2024 | Arechavala-Gomeza, V. et al., "Comparative Analysis of Antisense Oligonucleotide Sequences for Targeted Skipping of Exon 51 During Dystrophin Pre-mRNA Splicing in Human Muscle," 18(9) Human. Gene Ther. 798-810 (September 2007) <br><br>[Date: 09/01/2007; Beginning Bates: SRPT-VYDS-0009069; End Bates: SRPT-VYDS-0009085] |
| | PTX 1128 | | | | 12/17/2024 | University of Western Australia v. Academisch Ziekenhuis Leiden, Interference No. 106,007, UWA Motion 1 (PTAB Nov. 18, 2014) <br><br>[Date: 11/18/2014; Beginning Bates: NONE; End Bates: NONE] |
| | PTX 1288 | | | | 12/16/2024 | Basic Business Agreement between Nippon Shinyaku Co., Ltd. and Ajinomoto Healthy Supply Co., Inc. <br><br>[Date: 08/20/2014; Beginning Bates: NS00091066; NS00073467; End Bates: NS00091090 NS00073478] |

| JTX NO. | PTX. NO. | DTX. NO. | DATE OFFERED | OBJECTIONS | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|---|
| | PTX 1289 | | | | 12/16/2024 | Commercial Packaging Agreement between Nippon Shinyaku Co., Ltd. and AndersonBrecon Inc.<br><br>[Date: 07/17/2019; Beginning Bates: NS00065881; End Bates: NS00065910] |
| | PTX 1290 | | | | 12/16/2024 | Basic Ordering Agreement between Nippon Shinyaku Co., Ltd. and Mitsubishi Logistics Corporation (Japanese followed by certified English translation)<br><br>[Date: 01/25/2021; Beginning Bates: NS00065911; NS00090914; End Bates: NS00065916; NS00090926] |
| | PTX 1291 | | | | 12/16/2024 | Outsourcing Agreement for the Manufacture of Investigational New Drug between Nippon Shinyaku Co., Ltd. and Fuji Yakuhin Co., Ltd. (Japanese followed by certified English translation)<br><br>[Date: 07/06/2012; Beginning Bates: NS00073402; NS00090927; End Bates: NS00073408; NS00090941] |
| | PTX 1292 | | | | 12/16/2024 | Basic Manufacturing Agreement between Nippon Shinyaku Co., Ltd. and Fuji Yakuhin Co., Ltd. (Japanese followed by certified English translation)<br><br>[Date: 09/09/2019; Beginning Bates: NS00073409; NS00090942; End Bates: NS00073418; NS00090962] |
| | PTX 1293 | | | | 12/16/2024 | Outsourcing Agreement for the Manufacture of Investigational New Drugs between Nippon Shinyaku Co., Ltd. and Fuji Yakuhin Co., Ltd. (Japanese followed by certified English translation)<br><br>[Date: 10/06/2014; Beginning Bates: NS00073419; NS00090963; End Bates: NS00073425; NS00090977] |
| | PTX 1296 | | | | 12/16/2024 | Basic Agreement Pertaining to the Outsourcing of Manufacturing for NS-065 between Nippon Shinyaku Co., Ltd., Ajinomoto Bio-Pharma, and Ajinomoto Co., Inc. (Japanese followed by certified English translation)<br><br>[Date: 08/30/2019; Beginning Bates: NS00073428; NS00090984; End Bates: NS00073441; NS00091012] |
| | PTX 1297 | | | | 12/16/2024 | Manufacturing Entrustment Basic Agreement between Nippon Shinyaku Co., Ltd. and Fujimoto Chemicals Co., Ltd. (Japanese followed by certified English translation)<br><br>[Date: 10/19/2018; Beginning Bates: NS00073442; NS00091013; End Bates: NS00073450; NS00091031] |

| JTX NO. | PTX. NO. | DTX. NO. | DATE OFFERED | OBJECTIONS | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|---|
| | PTX 1298 | | | | 12/16/2024 | Basic Manufacturing Outsourcing Agreement between Nippon Shinyaku Co., Ltd. and Fujimoto Chemicals Co., Ltd. (Japanese followed by certified English translation)<br><br>[Date: 07/12/2018; Beginning Bates: NS00073451; NS00091032; End Bates: NS00073459; NS00091050] |
| | PTX 1299 | | | | 12/16/2024 | Trial Drug Manufacturing Outsourcing Agreement between Nippon Shinyaku Co., Ltd. and Fuji Yakuhin Co., Ltd. (Japanese followed by certified English translation)<br><br>[Date: 02/13/2017; Beginning Bates: NS00073460; NS00091051; End Bates: NS00073466; NS00091065] |
| | PTX 1301 | | | | 12/16/2024 | Memorandum of Revisions regarding "Standard Agreement regarding Contract Manufacturing of NS-065" between Nippon Shinyaku Co., Ltd. and GeneDesign Inc. and Ajinomoto Co., Inc. (Japanese)<br><br>[Date: 09/02/2022; Beginning Bates: NS00091106; End Bates: NS00091112] |
| | PTX 1619 | | | | 12/17/2024 | NS Pharma Final Royalty Rate of Viltepso for Calendar Year 20203<br><br>[Date: 02/14/2024; Beginning Bates: NS00156941; End Bates: NS00156941] |
| | PTX 1734 | | | | 12/17/2024 | Email thread between Francesco Muntoni and Steve Wilton, Subject: "Antisense" sent 04/20/2006<br><br>[Date: 04/20/2006; Beginning Bates: WILTON0026387; End Bates: WILTON0026388] |
| | PTX 1739 | | | | 12/17/2024 | Advance Pricing Agreement between NS Pharma, Inc. and The Internal Revenue Service, effective March 27, 2024<br><br>[Date: 03/27/2024; Beginning Bates: NS00156946; End Bates: NS00156963] |
| | PTX 1740 | | | | 12/17/2024 | Agreement on Mutual Consultation (Notice), dated December 1, 2023 (Japanese followed by certified English translation)<br><br>[Date: 12/01/2023; Beginning Bates: NS00156964; End Bates: NS00156972] |
| | PTX 1762 | | | | 12/16/2024 | Supplemental Financial Document: Native Excel Workbook, four worksheets: "Commerical_20, Commerical_21, Commercial_22, Commercial_23, and Commercial_24"<br><br>[Date: 08/01/2024; Beginning Bates: NS00157824; End Bates: NS00157824] |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| JTX NO. | PTX. NO. | DTX. NO. | DATE OFFERED | OBJECTIONS | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|---|
| | PTX 1763 | | | | 12/17/2024 | Supplemental Financial Document: Viltepso_Record of Costs of Shipping to the US (2020 -2024) (Japanese with certified English translation)<br><br>[Date: None; Beginning Bates: NS00157825; End Bates: NS00157825] |
| | PTX 1765 | | | | 12/18/2024 | Supplemental Financial Document: Sarepta's updated financial production - Native spreadsheet with tabs: (1) Vyondys Summary; and (2) Commercial Spend Detail<br><br>[Date: None; Beginning Bates: SRPT-VYDS-0247660; End Bates: SRPT-VYDS-0247660] |
| | PTX 1819 | | | | 12/17/2024 | Freier, et al., The ups and downs of nucleic acid duplex: structure-stability studies on chemically-modified DNA:RNA duplexes, Nucleic Acids Research, Vol. 25, No. 22, 4429-4443 (1997)<br><br>[Date: 10/01/1997; Beginning Bates: NS00157809; End Bates: NS00157823] |
| | PTX 1826 | | | | 12/17/2024 | Email thread between M. Wood, G. Dickson, and F. Muntoni regarding Exon 53 deep screening<br><br>[Date: 03/12/2011; Beginning Bates: WILTON0018486; End Bates: WILTON0018491] |
| | PTX 1835 | | | | 12/16/2024 | Harper et al., "Safety and efficacy of viltolarsen in ambulatory and nonambulatory males with Duchenne muscular dystrophy," Scientific Reports 14:23488 (2024)<br><br>[Date: 10/08/2024; Beginning Bates: NONE; End Bates: NONE] |
| | | | | | | Abbie Adams (By Deposition) |
| | | | | | | Donald Foy |
| | | | | | | Dr. Michelle Hastings |
| | | | | | | Dr. Leslie Magnus |
| | | | | | | Amy Mandragouras (By Deposition) |
| | | | | | | Paul Shanahan (By Deposition) |
| | | | | | | Kazuchika Takagaki |
| | | | | | | Dr. Shin'ichi Takeda |
| | | | | | | Masaya Toda |
| | | | | | | Naoki Watanabe |
| | | | | | | Dr. Matthew Wood |

# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

NIPPON SHINYAKU CO., LTD.,
    Plaintiff,

v.

SAREPTA THERAPEUTICS, INC.,
    Defendant.

SAREPTA THERAPEUTICS, INC. and THE UNIVERSITY OF WESTERN AUSTRALIA,
    Defendant/Counter-Plaintiffs,

v.

NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC.,
    Plaintiff/Counter-Defendants.

**EXHIBIT AND WITNESS LIST**

**JURY TRIAL PHASE II**

Case Number: 21-cv-01015 (JLH)

| PRESIDING JUDGE: <br> Judge Jennifer L. Hall | PLAINTIFF'S COUNSEL <br> Amy M. Dudash | COURT REPORTER <br> Bonnie Archer (Jury Selection) <br> Jennifer Guy (Mon/Tues) <br> Kim Bursner (Thurs) <br> Brian Gaffigan (Wed/Fri) |
|---|---|---|
| TRIAL DATE(S) <br> December 16, 2024-December 20, 2024 | DEFENDANT'S COUNSEL <br> Jack B. Blumenfeld <br> Rodger D. Smith II <br> Megan E. Dellinger | COURTROOM DEPUTY <br> Tyler Koehler |

| JTX NO. | PTX. NO. | DTX. NO. | DATE OFFERED | OBJECTIONS | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|---|
| | PTX 1867 | | | | 12/20/24 | Second Supplemental Rebuttal Expert Report of Mark J. Hosfield Exhibit 3 Schedule 1-2 <br><br> [Date: 11/12/2024; Beginning Bates: NONE; End Bates: NONE] |
| | PTX 1868 | | | | 12/20/24 | Second Supplemental Rebuttal Expert Report of Mark J. Hosfield Exhibit 4 <br><br> [Date: 11/12/2024; Beginning Bates: NONE; End Bates: NONE] |
| | PTX 1869 | | | | 12/20/24 | Second Supplemental Rebuttal Expert Report of Mark J. Hosfield Exhibit 5 Schedule 1-2 <br><br> [Date: 11/12/2024; Beginning Bates: NONE; End Bates: NONE] |
| | | | | | | Mark J. Hosfield |

# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

Nippon Shinyaku Co., Ltd.

v.

Sarepta Therapeutics, Inc.

**EXHIBIT AND WITNESS LIST**

Case Number: 21-1015 (JLH)

| PRESIDING JUDGE: Judge Jennifer L. Hall | PLAINTIFF'S COUNSEL Amy M. Dudash | COURT REPORTER Stacy Ingram |
|---|---|---|
| TRIAL DATE(S) December 16-20, 2024 | DEFENDANT'S COUNSEL Rodger Smith Megan E. Dellinger | COURTROOM DEPUTY Tyler Koehler |

| JTX NO. | PTX. NO. | DTX. NO. | DATE OFFERED | OBJECTIONS | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESS |
|---|---|---|---|---|---|---|
| | | DTX-0038 | | | 12/18/2024 | Research Report - Selection of PMO Sequence for Exon 53 SKIP-NMD Grant# 305370 |
| | | DTX-0042 | | | 12/18/2024 | Email from D. Frank to L. Cowan and R. Bestwick RE: RHUL Exon 53 recommended top sequences |
| | | DTX-0061 | | | 12/15/2024 | Highlights of Prescribing Information or Vyondys 53 (Revised 2/2021) |
| | | DTX-0104 | | | 12/18/2024 | Letter from G. Zisimatos to C. Edlin RE: FP7 Call for Proposals Grant Agreement No.: HEALTH-F4-2012-305370 Acronym: SKIP-NMD |
| | | DTX-0123 | | | 12/17/2024 | Laboratory Notebook of Jiminy Synthesis Runs Number 5 (505-617) |
| | | DTX-0124 | | | 12/17/2024 | Collins 3880 Account Book - Abbie Fall Human Book 1 - May 04 - June 05 |
| | | DTX-0126 | | | 12/17/2024 | Collins 3880 Account Book - Abbie Fall Human Book 2 - June 05 - Feb 06 |
| | | DTX-0138 | | | 12/18/2024 | Exclusive License Agreement between The University of Western Australia and AVI BioPharma, Inc. |
| | | DTX-0139 | | | 12/18/2024 | Amended and Restated Exclusive License Agreement between The University of Western Australia and Sarepta Therapeutics |
| | | DTX-0141 | | | 12/18/2024 | License Agreement between Sarepta Therapeutics, Inc. and Sarepta International C.V. and BioMarin Nederlands BV and BioMarin Technologies BV |
| | | DTX-0144 | | | 12/18/2024 | Non-Exclusive License Agreement between Royal Holloway and Bedford New College and Sarepta Therapeutics, Inc. |
| | | DTX-0149 | | | 12/18/2024 | Email from J. Zenkus to M. Today RE: Draft note to NS |
| | | DTX-0154 | | | 12/18/2024 | Overview of Patient Services and Market Access Strategy, NS Pharma Presentation |
| | | DTX-0199 | | | 12/16/2024 | Selective Antisense Array to Skip Exon53 |
| | | DTX-0200 | | | 12/16/2024 | Certified english translation of Selective Antisense Array to Skip Exon53 |
| | | DTX-0222 | | | 12/16/2024 | Email from Y. Washikita to A. Matsuura; T. Kyoi; M. Matsuoka; M. Hattori; H. Mukai; A. Nakamura; S. Ochi; H. Nishida; K. Kuwabara; S. Mitawaki; K. Kameyama; E. Doi; T. Ohgi; M. Tanaka; K. Mori; Y. Maruyama; T. Asaki; T. Harabe; T. Fujii; Y. Shirouchi; H. Fukui; S. Watanabe; K. Nonaka; S. Hayashi; S. Ishibashi; Y. Yamashita; K. Nawa; S. Sonoke; K. Takagaki RE: Drug Discovery Research Liaison Committee (8/17) Sending notes and attachment '090817 Drug Discovery Research Liaison Committee Memo.doc' |

| JTX NO. | PTX. NO. | DTX. NO. | DATE OFFERED | OBJECTIONS | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESS |
|---|---|---|---|---|---|---|
| | | DTX-0223 | | | 12/16/2024 | Certified English translation of Email from Y. Washikita to A. Matsuura; T. Kyoi; M. Matsuoka; M. Hattori; H. Mukai; A. Nakamura; S. Ochi; H. Nishida; K. Kuwabara; S. Mitawaki; K. Kameyama; E. Doi; T. Ohgi; M. Tanaka; K. Mori; Y. Maruyama; T. Asaki; T. Harabe; T. Fujii; Y. Shirouchi; H. Fukiu; S. Watanabe; K. Nonaka; S. Hayashi; S. Ishibashi; Y. Yamashita; K. Nawa; S. Sonoke; K. Takagaki RE: Drug Discovery Research Liaison Committee (8/17) Sending notes and attachment '090817 Drug Discovery Research Liaison Committee Memo.doc' |
| | | DTX-0236 | | | 12/16/2024 | L. Popplewell et al., Comparative analysis of antisense oligonucleotide sequences targeting exon 53 of the human DMD gene: Implications for future clinical trials, Neuromuscular Disorders 2(2): 102-110 (2010) |
| | | DTX-0238 | | | 12/18/2024 | E. Hoffman et al., Restoring dystrophin expression in Duchenne muscular dystrophy muscle: Project in exon skipping and stop codon read through, The American Journal of Pathology, 1279(1): 12-22 (2011) |
| | | DTX-0239 | | | 12/18/2024 | P. Sazani et al., Safety pharmacology and genotoxicity evaluation of AVI-4658, International Journal of Toxicology 29(2): 143-156 (2010) |
| | | DTX-0335 | | | 12/18/2024 | Mr. Sato's weekly report for August 20 to August 26, 2009 |
| | | DTX-0336 | | | 12/18/2024 | Certified English translation of Mr. Sato's weekly report for August 20 to August 26, 2009 |
| | | DTX-0346 | | | 12/17/2024 | Powerpoint presentation entitled '100729 Kitagawa Watanabe Added.ppt' |
| | | DTX-0347 | | | 12/17/2024 | Certified English translation of Powerpoint presentation entitled '100729 Kitagawa Watanabe Added.ppt' |
| | | DTX-0404 | | | 12/16/2024 | Highlights of Prescribing Information, Eteplirsen (Revised: 1/22) |
| | | DTX-0420 | | | 12/17/2024 | S. Fletcher et al., Dystrophin expression in the mdx mouse after localised and systemic administration of a morpholino antisense oligonucleotide, The Journal of Gene Medicine 8:207-216 (2006) |
| | | DTX-0429 | | | 12/17/2024 | B. Gebski et al., Morpholino antisense oligonucleotide induced dystrophin exon 23 skipping in mdx mouse muscle, Human Molecular Genetics 12(15):1801-1811 (2003) |
| | | DTX-0459 | | | 12/17/2024 | Muscular Dystrophy Association Celebrates FDA Approval of Viltolarsen for Treatment of Duchenne Muscular Dystrophy Amenable to Exon 53 Skipping, MDA Press Release |
| | | DTX-0475 | | | 12/18/2024 | S. Nelson et al., Emerging genetic therapies to treat Duchenne muscular dystrophy, Current Opinion in Neurology 22:532-538 (2002) |
| | | DTX-0542 | | | 12/16/2024 | J. Summerton & D. Weller, Morpholino antisense oligomers: design, preparation, and properties, Antisense & Nucleic Acid Drug Development 7:187-195 (1997) |
| | | DTX-0750 | | | 12/17/2024 | Laboratory Notebook to A. Adams, Human Book 3 |
| | | DTX-0810 | | | 12/17/2024 | Gene Tools Price List, 2005 |
| | | DTX-0834 | | | 12/17/2024 | Laboratory Notebook issued to L. Westcott |
| | | DTX-0837 | | | 12/16/2024 | M. Aung-Htut et al., Systematic approach to developing splice modulating antisense oligonucleotides, International Journal of Molecular Sciences 20(5030) (2019) |
| | | DTX-0856 | | | 12/18/2024 | D. Frank et al., Increased dystrophin production with golodirsen in patients with Duchenne muscular dystrophy, Neurology 94(21):e2270-e2282 (2020) |
| | | DTX-1233 | | | 12/17/2024 | Laboratory Notebook, Abbie Fall, Book No. 4 |
| | | DTX-1334 | | | 12/18/2024 | Curriculum Vitae of S. Dowdy |
| | | DTX-1337 | | | 12/18/2024 | Curriculum Vitae of S. Nelson |
| | | DTX-1466 | | | 12/17/2024 | Email from M. Toda to A. Willamson RE: Draft note to NS |
| | | DTX-1634 | | | 12/17/2024 | AVI BioPharma Presentation entitled 'AVI BioPharma Program in Duchenne Muscular Dystrophy' |
| | | DTX-1635 | | | 12/17/2024 | Email from K. Kameyama to C. Pohlod RE: AVI BioPharma - JP Morgan Follow-up |
| | | DTX-1640 | | | 12/17/2024 | Email from M. Takagi to partnering@avibio.com RE: Our interest in the RNA-based drug AVI-4658 (AVI Biopharma) |

**EXHIBIT AND WITNESS LIST – CONTINUATION**

| JTX NO. | PTX. NO. | DTX. NO. | DATE OFFERED | OBJECTIONS | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESS |
|---|---|---|---|---|---|---|
| | | DTX-1763 | | | 12/18/2024 | Sarepta Therapeutics Inc. 2021 Intracompany Royalties Report (Acct 419500 Entity 105 Sarepta GL Details) |
| | | DTX-1764 | | | 12/18/2024 | ST International Holdings Two, Inc. 2021 Intracompany Royalties Report (Acct 419500 Entity 150 Sarepta GL Details) |
| | | DTX-1765 | | | 12/18/2024 | Sarepta Therapeutics Inc. 2021 Intracompany Royalties Report (Acct 519500 Entity 105 Sarepta GL Details) |
| | | DTX-1766 | | | 12/18/2024 | ST International Holdings Two, Inc. 2021 Intracompany Royalties Report (Acct 519500 Entity 150 Sarepta GL Details) |
| | | DTX-1777 | | | 12/18/2024 | Manufacturing and Distribution Agreement by and between Sarepta International C.V. and Sarepta Therapeutics, Inc. |
| | | DTX-1780 | | | 12/18/2024 | Termination Agreement between ST International Holdings Two, Inc. and Sarepta Therapeutics, Inc. |
| | | DTX-1781 | | | 12/18/2024 | U.S. License Agreement between Sarepta Therapeutics, Inc. and Sarepta C.V. |
| | | DTX-1782 | | | 12/18/2024 | U.S. Sublicense Agreement between Sarepta Therapeutics, Inc. and ST International Holdings Two, Inc. |
| | | DTX-1790 | | | 12/18/2024 | File History for Wilton Patent Application (App. No. 14/316,609 - U.S. Patent 9,024,007) |
| | | DTX-1795 | | | 12/18/2024 | J. Deere et al., Antisense phosphorodiamidate morpholino oligomer length and target position effects on gene-specific inhibition in escherichia coli, Antimicrobial Agents and Chemotherapy, 49(1):249-255 (2005) |
| | | DTX-1797 | | | 12/18/2024 | M. Fulco et al., Sir2 regulates skeletal muscle differentiation as a potential sensor of the redox state, Molecular Cell. 12:51-62 (2003) |
| | | DTX-1799 | | | 12/18/2024 | Gene Tool Website: https://web.archive.org/web/20051220171348/http://www.genetools.com/node/9 |
| | | DTX-1807 | | | 12/18/2024 | S. Iezzi et al., Deacetylase inhibitors increase muscle cell size by promoting myoblast recruitment and fusion through induction of follistatin, Developmental Cell, 6:673-684 (2004) |