IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., | ) |
| Plaintiff, | ) ) ) C.A. No. 21-1015 (JLH) |
| v. | ) ) ) |
| SAREPTA THERAPEUTICS, INC., | ) ) ) |
| Defendant. | ) |
| SAREPTA THERAPEUTICS, INC. and THE UNIVERSITY OF WESTERN AUSTRALIA, | ) ) ) |
| Defendant/Counter-Plaintiffs, | ) ) |
| v. | ) ) ) |
| NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC. | ) ) ) |
| Plaintiff/Counter-Defendants. | ) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

WHEREAS, the Court previously ordered Nippon Shinyaku Co. Ltd. and NS Pharma, Inc. (collectively, "NS") to make any request pursuant to Federal Rule of Civil Procedure 37(c)(1)(A) within 14 days after the conclusion of the trial (D.I. 683, ¶ 4);

WHEREAS, the Parties are working to resolve the need for any such request without further motion practice;

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties through their respective counsel, and subject to the approval of the Court, that the deadline for NS to make any request pursuant to Federal Rule of Civil Procedure 37(c)(1)(A) within the scope set forth in the

Court's December 13, 2024 Order (D.I. 683) is extended from January 3, 2025 until January 8, 2025.

Respectfully submitted,

| MORGAN, LEWIS & BOCKIUS LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Amy M. Dudash* | */s/ Megan E. Dellinger* |
| Amy M. Dudash (#5741)<br>1201 North Market Street, Suite 2201<br>Wilmington, DE 19801<br>(302) 574-3000<br>amy.dudash@morganlewis.com | Jack B. Blumenfeld (#1014)<br>Megan E. Dellinger (#5739)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>mdellinger@morrisnichols.com |
| *Counsel for Plaintiff and Counter-Defendants Nippon Shinyaku Co., Ltd. and NS Pharma, Inc.* | *Counsel for Defendant and Counter-Plaintiffs Sarepta Therapeutics, Inc. and the University of Western Australia* |

Dated: January 3, 2025

SO ORDERED this ___ day of January, 2025

                                                                              Honorable Jennifer L. Hall
                                                                              U.S. District Court Judge