# Exhibit A

**PRETRIAL ORDER TABLE OF ABBREVIATIONS**

| Abbreviation | Description |
| --- | --- |
| Nippon Shinyaku | Nippon Shinyaku Co., Ltd. |
| NS Pharma | NS Pharma, Inc. |
| NCNP | National Center of Neurology and Psychiatry |
| Sarepta | Sarepta Therapeutics, Inc. |
| UWA | The University of Western Australia |
| '851 Patent | U.S. Patent No. 9,994,851 |
| Wilton Patent or UWA Patent | the '851 Patent |
| '172 Application or Wilton Application | U.S. Patent Application No. 15/705,172 |
| '943 PCT Application or Wilton International Application | International Patent Application No. PCT/AU2005/000943 |
| '057 Publication or Wilton International Publication | International Patent Publication No. WO 2006/000057 |
| Wilton Inventors | Stephen Wilton, Sue Fletcher, and Graham McClorey |
| '361 Patent | U.S. Patent No. 9,708,361 |
| '092 Patent | U.S. Patent No. 10,385,092 |
| '461 Patent | U.S. Patent No. 10,407,461 |
| '106 Patent | U.S. Patent No. 10,487,106 |
| '741 Patent | U.S. Patent No. 10,647,741 |
| '217 Patent | U.S. Patent No. 10,662,217 |
| '318 PCT Application or NS International Application | International Patent Application No. PCT/JP2011/070318 |
| NS JP Application | Japanese Patent Application No. 2010196032 |
| '213 Application | U.S. Patent Application No. 16/359,213 |

| Abbreviation | Description |
|---|---|
| '451 Application | U.S. Patent Application No. 16/364,451 |
| '427 Application | U.S. Patent Application No. 16/369,427 |
| '537 Application | U.S. Patent Application No. 16/449,537 |
| '686 Application | U.S. Patent Application No. 16/712,686 |
| NS Applications | Collectively, '213 Application, '451 Application, '427 Application, '537 Application, and '686 Application |
| NS Patents | Collectively, '092 Patent, '461 Patent, '106 Patent, '741 Patent, and '217 Patent |
| NS Inventors | Naoki Watanabe, Youhei Satou, Shin'ichi Takeda, and Tetsuya Nagata |
| Popplewell 2010 | Popplewell et al., *Comparative Analysis of Antisense Oligonucleotide Sequences Targeting Exon 53 of the Human DMD Gene: Implications for Future Clinical Trials*, 20(2) NEUROMUSCULAR DISORDERS 102 (2010) |
| Sazani 2010 | Sazani et al., *Safety Pharmacology and Genotoxicity Evaluation of AVI-4658*, 29(2) INT'L J. TOXICOLOGY 143 (2010) |
| AU Application | Australian Patent Application No. 2004903474 |
| ASO | Antisense oligonucleotide |
| DMD | Duchenne Muscular Dystrophy |
| FDA | U.S. Food and Drug Administration |
| MCA | Mutual Confidentiality Agreement (D.I. 2-1) |
| PMO | phosphorodiamidate morpholino oligomer |
| USPTO or PTO | United States Patent and Trademark Office |

*\*For information and abbreviations regarding asserted claim classes see Pretrial Order, Exhibit 1.*