# EXHIBIT 9

| Joint Trial Exhibit List | *Nippon Shinyaku Co., Ltd. v. Sarepta Therapeutics, Inc.* No. 1:21-cv-1015-JLH (D. Del.) | | | November 26, 2024 |

| JTX NO. | DESCRIPTION | DOC DATE | BEGBATES | ENDBATES |
|---|---|---|---|---|
| JTX0001 | Certified Copy of Nippon Shinyaku Co., Ltd. Patent (U.S. Patent 9,708,361) | 7/18/2017 | NS00000001 | NS00000066 |
| JTX0002 | Certified Copy of Nippon Shinyaku Co., Ltd. Patent (U.S. Patent 10,385,092) | 8/20/2019 | NS00000067 | NS00000134 |
| JTX0003 | Certified Copy of Nippon Shinyaku Co., Ltd. Patent (U.S. Patent 10,407,461) | 9/10/2019 | NS00000135 | NS00000201 |
| JTX0004 | Certified Copy of Nippon Shinyaku Co., Ltd. Patent (U.S. Patent 10,487,106) | 11/26/2019 | NS00000202 | NS00000269 |
| JTX0005 | Certified Copy of Nippon Shinyaku Co., Ltd. Patent (U.S. Patent 10,647,741) | 5/12/2020 | NS00000270 | NS00000339 |
| JTX0006 | Certified Copy of Nippon Shinyaku Co., Ltd. Patent (U.S. Patent 10,6662,217) | 5/26/2020 | NS00000340 | NS00000407 |
| JTX0007 | Certified Copy of Nippon Shinyaku Co., Ltd. Patent (U.S. Patent 10,683,322) | 6/16/2020 | NS00000408 | NS00000476 |
| JTX0008 | Certified Copy of U.S. Patent Application No. 14/615,504 ('361 file history) | 2/6/2015 | NS00000477 | NS00000826 |
| JTX0009 | Certified Copy of U.S. Patent Application No. 16/359,213 ('092 file history) | 3/20/2019 | NS00000827 | NS00009024 |
| JTX0010 | Certified Copy of U.S. Patent Application No. 16/364,451 ('461 file history) | 3/26/2019 | NS00009025 | NS00017240 |
| JTX0011 | Certified Copy of U.S. Patent Application No. 16/369,427 ('106 file history) | 3/29/2019 | NS00017241 | NS00026054 |
| JTX0012 | Certified Copy of U.S. Patent Application No. 16/449,537 ('741 file history) | 6/24/2019 | NS00026055 | NS00034593 |
| JTX0013 | Certified Copy of U.S. Patent Application No. 16/712,686 ('217 file history) | 12/12/2019 | NS00034594 | NS00034977 |
| JTX0014 | Certified Copy of U.S. Patent Application No. 16/717,274 ('322 file history) | 12/17/2019 | NS00034978 | NS00035327 |
| JTX0015 | Certified Copy of University of Western Australia Patent (U.S. Patent 9,994,851) | 6/12/2018 | SRPT-VYDS-0002641 | SRPT-VYDS-0002756 |

| Joint Trial Exhibit List | *Nippon Shinyaku Co., Ltd. v. Sarepta Therapeutics, Inc.* No. 1:21-cv-1015-JLH (D. Del.) | November 26, 2024 |

| JTX NO. | DESCRIPTION | DOC DATE | BEGBATES | ENDBATES |
|---|---|---|---|---|
| JTX0016 | Certified Copy of University of Western Australia Patent (U.S. Patent 10,227,590) | 3/12/2019 | SRPT-VYDS-0002757 | SRPT-VYDS-0002869 |
| JTX0017 | Certified Copy of University of Western Australia Patent (U.S. Patent 10,266,827) | 4/23/2019 | SRPT-VYDS-0002870 | SRPT-VYDS-0002983 |
| JTX0018 | Certified Copy of File History for University of Western Australia Patent Application (App. No. 15-705,172 - U.S. Patent 9,994,851) | 9/14/2017 | SRPT-VYDS-0002984 | SRPT-VYDS-0005241 |
| JTX0019 | Certified Copy of File History for University of Western Australia Patent Application (App. No. 16-112,371 - U.S. Patent 10,227,590) | 8/24/2018 | SRPT-VYDS-0005242 | SRPT-VYDS-0005992 |
| JTX0020 | Certified Copy of File History for University of Western Australia Patent Application (App. No 16-112,453 - U.S. Patent 10,266,827) | 8/24/2018 | SRPT-VYDS-0005993 | SRPT-VYDS-0006843 |

2