# EXHIBIT 11

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD.,<br><br>    Plaintiff,<br><br>    v.<br><br>SAREPTA THERAPEUTICS, INC.,<br><br>    Defendant. | C.A. No. 21-1015 (JLH) |
| SAREPTA THERAPEUTICS, INC. and THE UNIVERSITY OF WESTERN AUSTRALIA,<br><br>    Defendant/Counter-Plaintiffs,<br><br>    v.<br><br>NIPPON SHINYAKU CO., LTD.<br>and NS PHARMA, INC.<br><br>    Plaintiff/Counter-Defendants. | |

**DEFENDANT/COUNTER-PLAINTIFFS' REVISED WITNESS LIST**

Pursuant to the parties' agreed schedule for pre-trial exchanges, Defendant/Counter-Plaintiffs Sarepta Therapeutics, Inc. and The University of Western Australia (collectively, "Sarepta"), hereby provide their revised witness list for trial in the above-captioned matter. This list is not a commitment that Sarepta will call any particular witness at trial, or a representation that any of the witnesses listed below are available or will appear for trial. Sarepta reserves the right to supplement, amend, or modify this witness list prior to or during trial based on case developments and/or in light of any order regarding the scope of the trial or in light of any information submitted by Plaintiff/Counter-Defendants Nippon Shinyaku Co., Ltd. and NS

Pharma, Inc. (collectively, "NS"). Sarepta also reserves the right to call live any witness that NS designates as offering live testimony and to call by deposition any witness that NS designates as offering deposition testimony waiving any objections to the admissibility of testimony offered by NS. Sarepta reserves all rights to call the witnesses listed below as "May Call by Deposition" as identified in their deposition designations, counter-designations or counter-counter designations. Sarepta reserves the right to call any other witnesses as necessary for impeachment and/or rebuttal. Sarepta reserves the right to call any witness listed as Will Call Live for the bench trial only as a Will Call Live witness in the jury trial should circumstances warrant, and vice versa. If NS challenges the authenticity or admissibility of any documents, articles, or things presented by Sarepta at trial, Sarepta reserves the right to call additional witnesses as may be required for document authentication or to establish admissibility. If any witness becomes unavailable for trial, Sarepta also reserves the right to substitute witnesses or offer deposition testimony. Sarepta's representatives, employees, former employees, agents, witnesses, and/or any individual represented by Finnegan, Henderson, Farabow, Garrett & Dunner LLP ("Finnegan") should be contacted only through Finnegan.

      Inclusion on this list does not imply or establish that Sarepta may compel the live testimony of that witness and does not waive any objections that Sarepta may have should NS seek to introduce testimony of that witness.  Inclusion on this list does not concede the relevance or admissibility of any or all issues addressed in the testimony of each witness.  Inclusion on this list also does not waive or prejudice any pending motion that Sarepta may have filed to exclude some or all testimony of any particular witness.

**Jury Trial Witnesses**

| Name | Will Call Live | May Call Live | May Call by Deposition |
|---|---|---|---|
| Abbie Adams | | | X |
| Rick Bestwick | | | X |
| Steve Dowdy | X | | |
| Sue Fletcher | | | X |
| Brian Forsa | | | X |
| Diane Frank | | | X |
| Ethan Jacoby | | | X |
| John Jarosz | X | | |
| Jurjus Jurayj | | | X |
| Penny Meloni | | | X |
| Emily Naughton | | | X |
| Stanley Nelson | X | | |
| Patrick O'Malley | | | X |
| Bradley Pentelute | | | X |
| Fred Schnell | X | | |
| Ihor Sehinovych | | | X |
| Paul Shanahan | | | X |
| Steve Wilton | X | | |
| Ryan Wong | | | X |
| Joe Zenkus | X | | |
| Zhengyu Feng | | | X |
| Gardner Gendron | | | X |
| Leslie Magnus | | | X |
| Angela Melia | | | X |
| Youhei Satou | | | X |
| Stephen Sudovar | | | X |
| Kazuchika Takagaki | | | X |
| Shin'ichi Takeda | | | X |
| Natsuko Tanaka | | | X |
| Masaya Toda | | | X |
| Toshihiro Ueda | | | X |
| Naoki Watanabe | | | X |

**Bench Trial Witnesses**

| Name | Will Call Live | May Call Live | May Call by Deposition |
|---|---|---|---|
| Abbie Adams | | | X |
| Steve Dowdy | X | | |
| Sue Fletcher | | | X |
| Drew Hirshfeld | X | | |
| Amy Mandragouras | | | X |
| Penny Meloni | | | X |
| Steve Wilton | X | | |
| Scott Kamholz | | | X |