## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIPPON SHINYAKU CO., LTD., | ) |
| Plaintiff, | ) C.A. No. 21-1015 (JLH) |
| v. | ) |
| SAREPTA THERAPEUTICS, INC., | ) |
| Defendant. | ) |
| SAREPTA THERAPEUTICS, INC. and THE UNIVERSITY OF WESTERN AUSTRALIA, | ) |
| Defendant/Counter-Plaintiffs, | ) |
| v. | ) |
| NIPPON SHINYAKU CO., LTD. and NS PHARMA, INC. | ) |
| Plaintiff/Counter-Defendants. | ) |

**STIPULATION AND [PROPOSED] ORDER REGARDING POST-TRIAL BRIEFING**

IT IS HEREBY STIPULATED AND AGREED, by and between Nippon Shinyaku Co. Ltd. and NS Pharma, Inc. (collectively, "NS") and Sarepta Therapeutics, Inc. and the University of Western Australia (collectively, "Sarepta") (together, the "Parties") by and through their respective counsel, and subject to the approval of the Court, that the following schedule shall govern post-trial briefing for motions relating to the jury trial in the above-referenced matter:

| **Event** | **Deadline** |
|---|---|
| Parties' Opening Post-Trial Briefs, including the Parties' Opening Briefs from issues arising from the jury trial and NS's Opening Brief and Proposed Findings of Fact and Conclusions of Law from the bench trial on inequitable conduct | February 14, 2025 |
| Parties' Responsive Post-Trial Briefs, including the Parties' Responsive Briefs from | April 1, 2025 |

| | |
|---|---|
| issues arising from the jury trial and Sarepta's Answering Brief and Proposed Findings of Fact and Conclusions of Law from the bench trial on inequitable conduct | |
| Parties' Reply Post-Trial Briefs, including the Parties' Reply Briefs on issues arising from the jury trial and NS's Reply Brief on the bench trial on inequitable conduct | April 15, 2025 |

For the above-referenced post-trial briefing, each side shall be limited to 30 pages for their opening and responsive briefs and 15 pages for reply briefs.  The Parties' Proposed Findings of Fact and Conclusions of Law shall be limited to twenty pages.

MORGAN, LEWIS & BOCKIUS LLP

/s/ *Amy M. Dudash*

Amy M. Dudash (#5741)
1201 North Market Street, Suite 2201
Wilmington, DE  19801
(302) 574-3000
amy.dudash@morganlewis.com

*Counsel for Plaintiff and Counter-Defendants Nippon Shinyaku Co., Ltd. and NS Pharma, Inc.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Megan E. Dellinger*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
rsmith@morrisnichols.com
mdellinger@morrisnichols.com

*Counsel for Defendant and Counter-Plaintiff Sarepta Therapeutics, Inc.*

Dated:  January 3, 2025

SO ORDERED this 7th day of January, 2025.

_____
Honorable Jennifer L. Hall
United States District Court Judge