**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| NIPPON SHINYAKU CO., LTD.,<br>　　　　　　　Plaintiff, | ) ) ) | C.A. No. 21-1015 (JLH) |
| v. | ) ) | **DEMAND FOR JURY TRIAL** |
| SAREPTA THERAPEUTICS, INC.,<br>　　　　　　　Defendant. | ) ) ) | |
| SAREPTA THERAPEUTICS, INC. and THE<br>UNIVERSITY OF WESTERN AUSTRALIA,<br>　　　　Defendant/Counter-Plaintiffs, | ) ) ) ) | |
| v. | ) ) | |
| NIPPON SHINYAKU CO., LTD. and NS<br>PHARMA, INC.,<br>　　　　Plaintiff/Counter-Defendants. | ) ) ) ) | |

## NS'S MOTION FOR JUDGMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE, A NEW TRIAL ON THE INVALIDITY ISSUES

Pursuant to Federal Rule of Civil Procedure 50(b), Plaintiff/Counter-Defendant Nippon Shinyaku Co., Ltd. and Counter-Defendant NS Pharma, Inc. (collectively, "NS") hereby respectfully move to renew their motions for judgment as a matter of law on all issues tried to the jury. In the alternative, pursuant to Federal Rule of Civil Procedure 59, NS respectfully moves for a new trial on invalidity of all asserted claims tried to the jury. The grounds for the instant motion are set forth in the accompanying opening brief in support, which is incorporated herein by reference.

Dated:  February 14, 2025

Amanda S. Williamson (admitted *pro hac vice*)
Christopher J. Betti (admitted *pro hac* vice)
Krista V. Venegas (admitted *pro hac* vice)
Wan-Shon Lo (admitted *pro hac* vice)
Maria E. Doukas (admitted *pro hac vice*)
Zachary D. Miller (admitted *pro hac vice*)
Michael T. Sikora (admitted *pro hac vice*)
110 N. Wacker Drive, Suite 2800
Chicago, IL  60601
Telephone:  312.324.1000
Fax:  312.324.1001
amanda.williamson@morganlewis.com
christopher.betti@morganlewis.com
krista.venegas@morganlewis.com
shon.lo@morganlewis.com
maria.doukas@morganlewis.com
zachary.miller@morganlewis.com
michael.sikora@morganlewis.com

Julie S. Goldemberg (admitted *pro hac vice*)
Alison P. Patitucci (admitted *pro hac vice*)
2222 Market Street
Philadelphia, PA  19103
Telephone: 215.693.5000
Fax: 215.963.5001
julie.goldemberg@morganlewis.com
alison.patitucci@morganlewis.com

David L. Schrader (admitted *pro hac vice*)
300 South Grand Ave., 22nd Floor
Los Angeles, CA 9007
Telephone: 213.612.2500
Fax: 213.612.2501
david.schrader@morganlewis.com

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

*/s/Amy M. Dudash*
Amy M. Dudash (DE Bar No. 5741)
1201 N. Market Street, Suite 2201
Wilmington, Delaware 19801
Telephone:  302.574.3000
Fax:  302.574.3001
amy.dudash@morganlewis.com

*Attorneys for Plaintiff/Counterclaim Defendant Nippon Shinyaku Co., Ltd. and Counterclaim Defendant NS Pharma, Inc.*